# TABLE OF CONTENTS (INTERACTIVE)

| LLLLLLLLLLLL | |
|---|---|
| PART 3 | Petitioner's Appendix to Petition for Review |

# EXHIBIT LLLLLLLLLL PART 3

2011

| | |
|---|---|
| **1996** | Personality Theory, Course Director/Instructor |
| **1998** | Psychological Trauma, Course Director/Instructor |
| **1998** | Psychological Trauma, Course Director/Instructor |
| **1999** | Psychological Trauma, Course Director/Instructor |
| **2000** | Psychological Trauma, Course Director/Instructor |
| **2002** | Psychological Trauma, Course Director/Instructor |

Presentations

**2000**  Lecture, "The Biology of Trauma: Dysregulation of the Embodied Self," Core Seminar for the Certificate Program in Traumatic Stress Studies of The Trauma Center, Brookline, MA.

**2000**  Lecture, "Frameworks for Connecting the Biology of Trauma to Clinical Practice," opening presentation of a one-day public workshop, "Integrative and Eclectic Approaches to Psychological Trauma," Provincetown, MA.

**2001**  Lecture, "Clinical Implications of Traumatic Memory Research: Phenomenology, Symptoms, and Biology," Public Lecture Series, The Trauma Center, Brookline, MA.

**2001**  Lecture, "Posttraumatic Stress Disorder: Diagnosis, Clinical Phenomenology and Treatment," Pfizer-sponsored Clinician Education Series, Beth Israel Hospital, Brookline, MA.

**2001**  Lecture, "Psychological Trauma and Biology," New England Region Public Lecture Series, Ben Gurion University, Public Library, Newton, MA.

**2002**  Lecture, "A Perspective on the Brain and Trauma," Public Lecture Series, The Trauma Center, Brookline, MA.

**2003**  Lecture, "The Biology of Trauma: Dysregulation of the Embodied Self," Postdoctoral Seminar Series, Victims of Violence Program, Central Hospital, Somerville, MA.

**2004**  Lecture, "The Biology of Trauma: Dysregulation of the Embodied Self," Postdoctoral Seminar Series, Victims of Violence Program, Central Hospital, Somerville, MA.

**2005**  Lecture, "Psychobiological Measures and Methodologies in Psychological Trauma Research," Postdoctoral Research Seminar Series, Victims of Violence Program, Central Hospital, Somerville, MA.

**2006**  Lecture, "Marijuana Intoxication and 'Cognitive Disinhibition' – An Integrative Model and Clinical Implications," Neurophysiology Seminar Series, Center for Sleep & Cognition, Beth Israel Deaconess Medical Center & Harvard Medical School, Boston, MA.

**2006**  One-day workshop, "Transforming Trauma with Mindfulness and Lovingkindness: Psychological Practices and Brain Processes," with Drs. Deborah Rozelle and Elizabeth Call, The Trauma Center & Boston University School of Medicine, Brookline, MA.

**Regional**

**2005**  Lecture, "Child Abuse-related PTSD, Self-Regulation Deficits and Substance Use in Women." Substance Abuse Seminar Series, Department of Psychiatry, Yale University School of Medicine, New Haven, Connecticut.

**2008**  One-day workshop, "Trauma and PTSD: Implications for Getting Accurate Victim Testimony." Annual Sexual Assault Investigative Training for law enforcement officers and prosecutors in the Upper Connecticut River Valley of

3

2011

New Hampshire and Vermont, co-hosted by WISE and the Lebanon Police Department, Lebanon, New Hampshire.

**2008**   Lecture, "Successes and Innovations in Treating Trauma: EMDR and Mindfulness." For mental health professionals in the Upper Connecticut River Valley of New Hampshire and Vermont, hosted by WISE, Lebanon, New Hampshire.

**2009**   Lecture, "The Marijuana High and How It Works: Cognitive and Brain Processes," Neurobiology Lecture Series, Worchester State College, Worchester, Massachusetts.

**2009**   Lecture and case conference, "Trauma and Affect Regulation: The Embodied Self, Aversion and Reward," Training Seminar, University Health Services mental Health Division, University of Massachusetts Amherst.

**National**

**2002**   Lecture, "Clinical Implications of Psychophysiology and Neuroimaging and Findings in PTSD," 13th Annual International Conference on Psychological Trauma, Boston University School of Medicine, Boston, MA.

**2004**   Two-day workshop, "Child Abuse and Problems with Self-Regulation: Research and Treatment." Department of Counseling, Idaho State University, Pocatello, Idaho.

**2004**   Lecture, "Neurobiology of Trauma," 15th Annual Conference on Psychological Trauma, Boston University School of Medicine, Boston, MA.

**2005**   Lecture, "Clinical Implications of Neuroscience Research for the Treatment of Traumatized Adults," 16th Annual Conference on Psychological Trauma, Boston University School of Medicine, Boston, MA.

**2006**   Plenary, "Male Sexual Assault Victims: Special Issues." Sexual Assault Response Coordinator Conference, United States Department of Defense Sexual Assault Prevention and Response Office, St. Louis, Missouri.

**2006**   Plenary, Dr. Frank Giesber Lecture, "From Posttraumatic Aversion and Addiction to Healing and Love: Brain Processes and Disciplined Practices to Recondition Them." Annual Krost Symposium, Texas Lutheran University, Seguin, Texas.

**2008**   Lecture, "The Neurobiology of Trauma," Michigan Victims Assistance Academy, United States Office for Victims of Crime Training and Technical Assistance Center, Ann Arbor, Michigan.

**2009**   Plenary, "Male Victims of Sexual Assault: Emotion, Masculinity, and Values." 2nd Annual United States Army Sexual Harassment/Assault Prevention Summit, Arlington, Virginia.

**2009**   Panel presentation, "Outcome: Neurobiological Perspectives." Neurobiology panel of the Transforming Trauma Leaders Forum, Garrison Institute, Garrison, New York.

**2010**   Workshop (90 minutes), "Discovering Evidence of Trauma / Interviewing for Complex Trauma," with Danalynn Recer, JD, Capital Case Defense Seminar, sponsored by California Attorneys for Criminal Justice and California Public Defenders Association, Monterey, California

**2011**   Plenary, "Psychological and Biological Effects of Sexual Assault." 4th Annual United States Army Sexual Harassment/Assault Prevention and Response (SHARP) Summit, Arlington, Virginia.

4

**2011**      Workshop, "Neuroscience, Mindfulness, and Yoga for Transforming Trauma and Addiction: An Introduction," with Dana Moore, 22nd Annual International Conference on Psychological Trauma, Boston University School of Medicine, Boston, MA.

### International

**2007**      Plenary, "Ecological Momentary Assessment in Substance Abuse Research." NIDA International Forum, Technological Innovations to Build International Research Capacity, Quebec City, Canada.

**2008**      Lecture, "Reconditioning Traumatized Minds and Brains: Parallels Between Neuroscience and Buddhism." Bi-annual conference in "Brain, Mind and Body: Trauma, Neurobiology, and the Healing Relationship," School of Medicine and Dentistry, University of Western Ontario, London, Ontario.

## Report of Clinical Activities

### Current Licensure

2000-      Clinical Psychologist, Massachusetts License 7763-PR

### Practice Activities

Psychotherapy      Arlington, Massachusetts
I have a small consulting practice focused on helping people identify treatment options for complex posttraumatic effects of child abuse.

### Forensic Activities

Expert Witness      Since 2003 I have conducted psychological and psychosocial history assessments on people accused or convicted of crimes. I have focused on evidence of trauma-related mitigation, especially sexual and physical abuse, to be considered during sentencing at trial and upon appeal. Since 2009 I have conducted evaluations of plaintiffs in civil suits involving "recovered memories."

## Report of Scholarship

### Peer Reviewed Publications

1.   Lisak D, **Hopper J**, Song P. Factors in the cycle of violence: Gender rigidity and emotional constriction. J Trauma Stress 1996;9:721-743.

2.   Lisak D, Conklin A, **Hopper J**, Miller P, Altschuler L, Smith B. The Abuse-Perpetration Inventory: Development of an assessment instrument for research on the cycle of violence. Family Viol Sexual Assault Bull 2000;16:21-30.

3.   **Hopper JW**, van der Kolk BA. Retrieving, assessing, and classifying traumatic memories. J Aggression, Maltreatment, Trauma 2001;4:33-71.

4.   Osterman JE, **Hopper J**, Heran WJ, Keane TM, van der Kolk BA. Awareness under anesthesia and the development of posttraumatic stress disorder. Gen Hosp Psychiatry 2001;4:198-204.

5.   van der Kolk BA, **Hopper JW**, Osterman JE. Exploring the nature of traumatic memory. J Aggression, Maltreatment, Trauma 2001;4:9-31.

6.   Lanius RA, Williamson PC, **Hopper JW**, Boksman K, Densmore M, Gupta MA, Neufeld RWJ, Gati JS, Menon R. Recall of emotional states in posttraumatic stress disorder: An fMRI investigation. Biol Psychiatry 2003;53:204-210.

5

2011

7.  Lanius RA, **Hopper JW**, Menon RS. Individual differences in a husband and wife who developed PTSD after a motor vehicle accident: A functional MRI case study. Am J Psychiat 2003;160:667-669.

8.  Sack M, **Hopper JW**, Lamprecht F. Low respiratory sinus arrhythmia and prolonged psychophysiological arousal in PTSD: Heart rate dynamics and individual differences in arousal regulation. Biol Psychiatry 2004;55:284-290.

9.  **Hopper JW**, Karlsgodt KH, Adler CM, Macklin EA, Lukas SE, Elman I. Effects of acute cortisol and cocaine administration on attention, recall and recognition task performance in individuals with cocaine dependence. Hum Psychopharmacol 2004;19:1-6.

10. **Hopper JW**, Spinazzola J, Simpson WB, van der Kolk BA. Preliminary evidence for parasympathetic influence on basal heart rate in posttraumatic stress disorder. J Psychosom Res 2006;60:83-90.

11. **Hopper JW**, Su Z, Looby AR, Ryan ET, Penetar DM, Palmer CM, Lukas SE. Incidence and patterns of polydrug use and craving for ecstasy in regular ecstasy users: An ecological momentary assessment study. Drug Alcohol Depend 2006;85:221-235.

12. van der Kolk BA, Spinazzola J, Blaustein M, **Hopper J**, Hopper E, Korn D, Simpson W. A randomized clinical trial of EMDR, fluoxetine and pill placebo in the treatment of PTSD: Treatment effects and long-term maintenance. J Clin Psychiatry 2007;68:37-46.

13. **Hopper JW**, Frewen PA, Sack M, Lanius RA, van der Kolk BA. The Responses to Script-Driven Imagery Scale (RSDI): Assessment of state posttraumatic symptoms for psychobiological and treatment research. J Psychopathol Behav Assess 2007;20:249-268.

14. **Hopper JW**, Frewen PA, van der Kolk BA, Lanius RA. Neural correlates of reexperiencing, avoidance, and dissociation in PTSD: Symptom dimensions and emotion dysregulation in responses to script-driven trauma imagery. J Trauma Stress 2007;22:713-725.

15. Frewen PA, Lanius RA, Dozois DJA, Neufeld RWJ, Pain C, **Hopper JW**, Densmore M, Steven TK. Clinical and neural correlates of alexithymia in PTSD. J Abnorm Psychol 2008;117:171-181.

16. **Hopper JW**, Pitman RK, Zhaohui S, Heyman GM, Lasko NB, Macklin LM, Orr SP, Lukas SE, Elman IE. Probing reward function in posttraumatic stress disorder: Expectancy and satisfaction with monetary gains and losses. J Psychiatr Res 2008;42:802-807.

P-App. 002388

## EXHIBIT B TO THE EXPERT REPORT OF JAMES W. HOPPER, PH.D.

### Materials reviewed by James W. Hopper Ph.D.

- Wendi Elizabeth Andriano's family documents including photographs, birth certificates, social security cards, adoption documentation, marriage documentation, school records, earnings statements, and employment records.

- Wendi's incarceration records.

- Wendi's medical and psychiatric history records.

- Miscellaneous writings by Wendi.

- Crime scene photographs.

- Audio recordings of 911 calls.

- Video and transcript of Wendi's interrogation by Phoenix Police.

- Trial testimony of Wendi.

- Phoenix Police Department interviews of witnesses.

- Public Defender interviews of witnesses.

- Trial testimony of witnesses.

- Donna Elizabeth Ochoa's family documents, including photographs, birth certificates, social security documentation, marriage documentation, letters, insurance documentation, correspondence to trial counsel, death certificates, military records, divorce records, wills, writings, and employment records.

- Donna's school and testing records.

- Donna's medical records.

- Donna's extended family marriage documentation, birth certificates, baptism documentation, death certificates, educational records, employment records, correspondence, behavioral & mental health records, medical records, psychiatric records, and housing records and documentation.

- Shelby Wayne "Skip" Robertson's photographs, birth, school, earnings statements, financial, divorce, military, arrest and incarceration records, and medical records and documentation.

- Alejo Lorenzana Ochoa's family documents, including photographs, border crossing documentation, birth certificates, death certificates, census records, marriage certificates, and divorce records.

- Alejo's personal birth records, social security documentation, school records, marriage certificate, earnings records, religion and pastorship documentation, personal writings and letters, medical records, police interview, police report and trial testimony.

- Ochoa family home movies.

- Tom King audio recordings of Harvest sermons.

- 91st Psalm and Harvest Pinal County Record documents, yearbook, photographs, documentation, parent materials, handbook, student application, handouts and family agreements.

- Communications regarding Wendi's psychological and psychiatric concerns by Leon Thikoll, Dr. Garcia-Bunuel, H. Kandy Rohde, G. David Delozier, and Jack Potts.

- Supplemental documentation relating to Wendi including letter to parents from Mexico and letter to Pat Hyduk.

- Supplemental documentation relating to Donna including diary, travel log, letters to Alejo, resume, and cards to Wendi.

- Supplemental documentation relating to Alejo including photographs.

- Supplemental documentation relating to Sharon Murphy including email correspondence to trial counsel, report by H. Kandy Rhode, and documentation of interviews of Wendi by Sharon.

- The declarations contained in Tabs 6 to 42 of the Petition.

- The Expert Report of Dr. George W. Woods.

- The Expert Report of Myla Young, Ph.D.

2

**CURRICULUM VITAE**

**George W. Woods, Jr., M.D.**

**4200 Park Boulevard, #545**
**Oakland, California 94602**

**57 Executive Park South, #360**
**Atlanta, Georgia  30326**
**United States of America**

EDUCATION

1981-1982:  American Psychiatric Association/National Institute of Mental Health
Fellowship Pacific Medical Center
San Francisco, California (Jeanne Spurlock, M.D., Chair)

1981:  Residency- Psychiatric - Pacific Medical Center
San Francisco, California (Allen Enelow, M.D., Chair)

1977-1978: Internship—Medical/Surgical, Highland Hospital
Oakland, California

1977:  MD, University of Utah
Salt Lake City, Utah

1969:  BA, Westminster College
Salt Lake City, Utah

LICENSES & CERTIFICATIONS

2009: Secretary General, International Academy of Law and Mental Health

2008: Certified Mediation Specialist, California State University, Sacramento, California

2004-2005: Interim License, Zanzibar Revolutionary Government

2004:  Fellow: American Psychiatric Association

1992:  Certified by the American Board of Psychiatry and Neurology

1979:  Licensed Physician in California

CLINICAL EXPERIENCE & CONSULTATION

1

2011: San Francisco Police Department Crisis Intervention Training (CIT): Suicide Assessment, Mood disorders, thought disorders, and personality disorders.

2010: Task Force on Mental Retardation and the Death Penalty, American Association for Individuals with Intellectual Disabilities.

2006-2009: Projects Among African Americans Explore Risks for Schizophrenia (PAARTNERS), Consensus Diagnosis Group, Minority Mental Health Research Group, Department of Psychiatry and Behavioral Sciences, Morehouse School of Medicine, Atlanta, Georgia

1996-present: Individual Private Practice, Oakland, California

2006: National Consortium on Disaster Response for the Poor and Underserved, Developmental Task Force for the Minority Mental Health Professions Foundation, Atlanta, Georgia

2006: Georgia Congressional Representative Cynthia McKinney's Post-Katrina Working Task Force

1998-2004: Consultant-the Board of Directors, Crestwood Behavioral Health Systems, Stockton, California

1996: Individual Private Practice, San Francisco, California

1994-1996: Senior Consulting Addictionologist, New Beginnings Programs, San Ramon and Pinole, California

1988-1996: Individual Private Practice, Pinole, California

1994-1995: Chemical Dependency Consultant, Physicians' Advisory Committee, Alameda Contra Costa Medical Association

1990-1995: Consultant, Insomnia Division of the Sleep Disorders Center, Doctors Hospital, Pinole, California

1992-1994: Qualified Medical Examiner, Industrial Medical Council, State of California

1990-1994: Medical Director, Pain Management Program, Doctors Hospital, Pinole, California

1991-1993: Psychiatric/Pharmacologic Consultant, Triumph Over Pain (TOP Program), Kentfield Rehabilitation Hospital, Kentfield, California

1991-1993: Psychiatric Consultation, NeuroCare Corporation, Concord, California

2

1989-1994: Clinical Director, New Beginnings Chemical Dependency Program, Doctors Hospital, Pinole, California

1988-1993: Private Practice, Comprehensive Psychiatric Services, Walnut Creek

1983-1990: Staff Psychiatrist, Crestwood Manor, Vallejo, California

1982-1983: Medical Director, Westside Geriatric Services of Family Service Agency of San Francisco

1982-1983: Staff Psychiatrist, Villa Fairmount Psychiatric Facility, San Leandro, California

1981-1982: Assistant Director of the Inpatient Center, Director of Geriatric Services, Pacific Medical Center, San Francisco, California

1980-1981: Medical Director, Clinica De La Raza, Blythe, California

1979-1981:  Emergency Room Physician, Medical Emergency Services, Fairmount Hospital, San Leandro, California

INTERNATIONAL CLINICAL EXPERIENCE & CONSULTATIONS

2006-2008: Adjunct Professor, Makerere University, Department of Psychiatry, Kampala, Uganda

2006-present: Human Rights Committee, International Academy of Law and Mental Health, Montreal, Quebec, Canada

2006: Visiting Staff Psychiatrist, Butabika National Hospital, Kampala, Uganda

2004: Clinical Consultant, Kidongo Chekundu Mental Hospital, Zanzibar, Tanzania

2004: Scientific Committee, International Academy of Law and Mental Health

1998-2004: Technical Advisor, Documentation Committee, Operation Recovery, Kenya Medical Association

1999-2003: Advisor - the Jomo Kenyatta National Hospital, PTSD Project, Nairobi, Kenya

1998-2003: Technical Advisor- Recovery Services, Ministry of Health, United Republic of Tanzania

ADVISORY BOARDS

2006-present: Executive Committee, International Academy of Law and Mental Health

2004-2007: Advisory Board, Health Law Institute, DePaul University, College of Law

3

2004-present: Advisory Board, Human Dignity and Humiliation Studies, University of Trondheim, Norway

2004-present: Board of Directors, The Center for African Peace and Conflict Resolution, College of Health and Human Services, California State University, Sacramento

2003-present: International Board of Directors, International Academy of Law and Mental Health

FACULTY AND PROFFESIONAL APPOINTMENTS

2008: Secretary, American Psychiatric Association's Africa Action Committee

2003-present: Adjunct Professor, California State University, Sacramento, Department of Educational Leadership and Public Policy, Sacramento, California

2002-present: Adjunct Professor, Morehouse College School of Medicine, Atlanta, Georgia

1999-2004: Affiliate Professor, University of Washington, Bothell Campus, Interdisciplinary Arts and Sciences

1986-2002: Adjunct Professor, University of Nebraska, Omaha, College of Public Affairs

1996-2000: Adjunct Professor, University of California, Davis, Department of Psychiatry, Forensic Fellowship

1992: Summer Faculty, North Central Educational Research Laboratory, Northeastern University

CLINICAL LECTURES

2011: Mood and Thought Disorders in Crisis Intervention: San Francisco County Sheriff's Crisis Intervention Training, San Francisco, California.

2011: Fetal Alcohol Spectrum Disorders and the Criminal Justice System, National Press Club, Washington, DC.

2011: The Epidemiology of Medicalization of Prisoners in the United States, International Academy of Law and Mental Health, Berlin, Germany

2011: Intellectual Disability and Fetal Alcohol Spectrum Disorder: International Academy of Law and Mental Health, Berlin, Germany

4

2011: Neuronal Plasticity: **Cognitive Skills Retraining for students with acquired brain injuries or learning disabilities**. College of Alameda, Alameda, California

2011: "The Neurobiology of Trauma In Children: Lessons About Early Childhood; Families First, Atlanta, Georgia

2010: From the Plantations/Asylums to the Prisons: The Relationship between Humiliation, Stigma, Economics and Correctional Care for the Mentally Ill: 2010 Workshop on Transforming Humiliation and Violent Conflict*□representing the□16th Annual Human DHS Conference□and the Seventh Workshop on Humiliation and Violent Conflict□□ Columbia University, Teachers College, New York

2010: Applying the Institute of Medicine Quality Chasm Framework to Improving Health Care for Mental and Substance Use Conditions; Morehouse School of Medicine, Department of Psychiatry, Journal Club

2010: Psychiatric Manifestations of Physical Disease. Morehouse School of Medicine, Department of Family Practice, Atlanta, Georgia.

2009: Sleep Disorders in Psychiatric Practice: Morehouse School of Medicine, Department of Psychiatry, Atlanta, Georgia

2008: Moderator: The Impact of Mental Health Issues on Aging, Particularly as it Relates to Alzheimer, Dementia, and Parkinson Disease, National Medical Association, Atlanta, Georgia

2008: Aging and Mental Health: What is Wellness and What is Pathology? National Medical Association, Atlanta, Georgia

2007: The Price of Leadership and the Cost of Success: Urban Leadership Program, Graduate School of Educational Leadership and Public Policy, California State University, Sacramento

2007: Cognitive Assessment and Curriculum, Department of Educational Policy, Urban Leadership Program, Graduate School of Educational Leadership, California State University, Sacramento

2007: Complex disorders of trauma and torture: The neurological bases examined through sleep disorders, Padua, Italy

2006: Clinical Aspects of Forensic Evaluation, Makerere University, Department of Psychiatry, Kampala, Uganda

2006: Memory, Medications, and Aging, Crockett, California Women's Club

2006: Cultural Differences: Ethics or Efficacy, Mental Health, Ethics and Social Policy, University of Montreal, Quebec, Canada

2006: An Update on Memory Function, Grand Rounds, Morehouse School of Medicine,

5

Atlanta, Georgia

2006:  Moderator & Respondent (Representing Morehouse School of Medicine)
Consortium for the Poor and Underserved- Cultural Factors, DePaul University School of
Law and Health, Health Law Institute

2005: Constitutional Theory and Medical Rights, Montreal, Quebec, Canada

2005: Medical Diseases with Psychiatric Manifestations: Morrison and Foerster, LLP

2004: Diagnosis and Treatment of Malaria-Induced Altered Mental States: Kidongo
Chekundo Mental Hospital, Zanzibar, Tanzania

2003:  Law, Mental Health, and Popular Culture: University of San Francisco College of Law

2003: Accommodating Mental Illness in the Workplace: The 28th International Conference,
International Academy of Law and Mental Illness, Sydney, Australia

2002: Cultural and Psycho-biological Factors In the Assessment and Treatment of Trauma:
Don't Believe Everything You Think: Traumatology 1003, The Trauma Recovery Institute,
Morgantown, West Virginia

2002: Trauma, Recovery and Resiliency: University of Washington, Bothell, 2002

2001: Understanding the Relationship Between Neuroimaging, Neuropsychology, and
Behavior: National Medical Association 2001 Annual Convention and Scientific Assembly,
Nashville, Tennessee, 2001

2001: The Thrill is Gone: Keynote Address, African American History Month, Loras
College, Dubuque, Iowa

2001: Disparate Access- Healthcare: University of Washington, Bothell Campus Nursing
Program

2000: Anger Management: West Contra Costa Stroke and Aphasia Support Group, Doctors
Hospital, San Pablo, California, 2000

2000: Race, Culture and Bioethics: American Society for Bioethics Annual Conference,
Panel Discussion, Salt Lake City, Utah

2000: Globalization and Postmodernism: International Congress on Law and Mental Health,
Siena, Italy

2000: Globalization and Neuropsychiatry: Answers that Transcend Culture? International
Congress on Law and Mental Health, Sienna, Italy

1998: Managed Care in the Kenyan Medical Environment: Kenyan Medical Environment:
Kenyan Medical Association, Aga Khan Hospital, Nairobi, Kenya

6

1994: The Relationship Between Holidays and Mood Disorders: Doctors Hospital Pinole, California

1994: The Role of the Mental Health Expert as a Liaison Between Chemical Dependency and Pain Management Programs: American Academy of Pain Management, Vancouver, Canada

1994: Chemical Dependency: Selected Topics: Critical Care Conference, Doctors Hospital, Pinole California

1993: Detox: The First Step to Recovery: National Medical Enterprises Management Services Division Annual Conference, Colorado Springs, Colorado

1993: Substance Use and Substance Induced Organic Mental Disorders: National Medical Enterprises Management Services Division Annual Conference, Colorado Springs, Colorado

1993: Dual Diagnosis in the Inpatient Setting- Professional Seminar, Doctors Hospital, Pinole, California

1993: Depression and Strokes: Brookside Hospital, San Pablo, California

1992: Drug Interactions in the ICU: Clinical Care Rounds, Doctors Hospital, Pinole, California

1992: Overview of Sleep Disorders: Grand Rounds, Doctor Hospital, Pinole, California

1991: Benzodiazepines: Uses and Abuses: Grand Rounds, Brookside Hospital, San Pablo, California

1990: Sleep Disorders in Schizophrenia: Quarterly Medical Staff Meeting, East Bay Hospital

1987: Afro-Centricity in Psychology: Grand Rounds, San Francisco General Hospital, San Francisco, California

1982: Geriatric Psychiatry-University of Southern California, 1982

PROFESSIONAL AFFILIATIONS

Northern California Psychiatric Society

American Society of Addition Medicine

American Psychiatric Association

Black Psychiatrists of America

American Neuropsychiatric Association

American Psychological Association

7

American Association for Intellectual and Developmental Disabilities

CLINICAL PROFESSIONAL ACTIVITIES

2010: American Association for Intellectual and Developmental Disabilities, Task Force

2007-2009: Neurocognitive Committee, PAARTNERS

2004-present: Scientific Committee, International Academy of Law and Mental Health

1993-1996: Medical Privileges Committee, Doctors Hospital, Pinole, California

1991-1996: Physicians' Advisory Committee, Doctors Hospital, Pinole, California
(Chair, 1994- 1995)

1993-1995: Physicians' Advisory Committee, Alameda Contra Costa Medical Association,
Oakland, California

1993-1994: Board of Directors, Solano Park Hospital, Fairfield, California

1992-1993: Board of Directors, East Bay Hospital, Richmond, California

1992: Chief of Staff, East Bay Hospital, Richmond, California

1992: Chairman, Medical Executive Committee, East Bay Hospital, Richmond, California

1992: Allied Health Committee, Doctors Hospital, Pinole, California

1992: Pharmacy & Therapeutics Committee, Doctors Hospital, Pinole, California

1991: Professional Activities Committee, Easy Bay Hospital, Richmond, California

1990: Psychiatry Committee, Chairman, East Bay Hospital, Richmond, California

HONORS

2009: Secretary General, International Academy of Law and Mental Health

2009: Co-Chair, International Academy of Law and Mental Health Congress, New York
University Law School,

2007: Co-Chair, International Academy of Law and Mental Health Congress, University of
Padua, Padua, Italy.

2007: Executive Committee, International Academy of Law and Mental Health

1993: Outstanding Professor Award, Goodrich Program, Department of Public Policy,

8

University of Nebraska at Omaha

1992: National Medical Enterprises' Outstanding Medical Director of Psychiatric, Rehabilitation and Recovery Hospitals

1992: Chief of Staff Award for Outstanding Service, East Bay Hospital, Richmond, California

CLINICAL PUBLICATIONS

Greenspan, Switzky, Woods: *Intelligence Involves Risk-Awareness and Intellectual Disability Involves Risk-Unawareness: Implications of a Theory of Common Sense*, Journal on Intellectual & Developmental Disability, 2011, in press.

Woods, Greenspan, Agharkar: *Ethnic and Cultural Factors in Identifying Fetal Alcohol Spectrum Disorders:* American Academy of Psychiatry and the Law, 2011, in press.

Bradford, Fresh, Woods: Not all patients are alike: *Ethnopsychopharmacology of Bipolar Disorder in African Americans*. Psychiatric Times, February, 2007.

Abueg, Woods, Watson: Disaster Trauma; Cognitive-Behavioral Strategies in Crisis Intervention: Second Edition, Guilford Press, New York and London; p. 73-290, 2000.

FORENSIC PRACTICE

1981-present: Psychiatric Consultant (Civil, Criminal and Appellate Judicial Proceedings)

1993-2001: Consultant- the Victims' Assistance Program, State Board of Control, State of California, Sacramento, California

1983-2000: Medical Examiner Panel, San Francisco County, Marin County and Contra Costa County Superior Courts

FORENSIC PROFESSIONAL LECTURES

2010:  The Trial of Hamlet, Morrison and Foerster, LLP, Law College, San Diego, California

2009:  Treatment of Mentally Ill Offenders in the United States, Canada, and Japan; Japanese Association of Forensic Psychiatry, Tokyo, Japan

1998-2007: In Association With The National Institute of Trial Advocacy Training, Notre Dame University, South Bend, Indiana; Georgia State Law School, Atlanta, Georgia; New York University Law School, New York City, University of North Carolina Law School, Chapel Hill, North Carolina; University of Houston Law School, Houston, Texas; University

9

of Tennessee Law School, Knoxville, Tennessee; Atlanta, Georgia; University of Texas Law School, Austin, Texas; Temple University School of Law, Philadelphia, Pennsylvania

2006: Aligning Clinical Services with Correctional Treatment, Luzira Prison, Kampala, Uganda

2006: Decision Tree for Forensic Evaluations, Butabika Hospital, Kampala, Uganda

2006: Neuropsychiatry and The Courts: The University of Texas Law School, Austin Texas

2002: Demystifying Emotional Damages Claims: Paul, Hastings, Janofsky & Walker, San Francisco, California

2000: An Introduction-Multi-Axial Assessment and DSM-IV: Second National Seminar on Mental Illness and the Criminal Law, Miyako Hotel, San Francisco, California

2000: Psychiatric Manifestations of Mental Disorders: Second National Seminar on Mental Illness and the Criminal Law, Miyako Hotel, San Francisco, California

1999: An Introduction-Multi-Axial Assessment and DSM-IV: First National Seminar on Mental Illness and the Criminal Law, Radisson Hotel, Washington, D.C.

1999: Psychiatric Manifestations of Medical Disorders: First National Seminar of Mental Illness and the Criminal Law, Radisson Hotel, Washington, D.C.

1999: The Kenya/Tanzania Embassy Bombings: When Forensic Science, Politics, and Cultures Collide: International Academy on Law and Mental Health, Toronto, Quebec, Canada

1999: Research Collaboration Between East Africa and the United States: World Psychiatric Association/Kenya Psychiatric Association, First Annual East African Conference, Nairobi, Kenya

1999: Trauma/Resiliency In East Africa Workshop: World Psychiatric Association/Kenya Psychiatric Association, First Annual East African Conference, Nairobi, Kenya

1998: Mental Health Litigation and the Workplace: Sponsored by the University of California Davis Health System, Division of Forensic Psychiatry, Department of Psychiatry, and Continuing Medical Education, Napa, California

1998: Psychological Disabilities: Charting A Course Under the ADA and Other Statutes: Yosemite Labor and Employment Conference, Yosemite, California

1998: Current Trends in Psychiatry and the Law: Developing a Forensic Neuro-Psychiatric Team: CLE, Federal Public Defenders for the District of Oregon, Portland, Oregon

1997: The Changing Picture of Habeas Litigation: The National Habeas Training Conference, New Orleans, Louisiana

10

1997: Accommodating Mental Illness in the Workplace: Employment Law Briefing, Orange County

1997: Accommodating Mental Illness in the Workplace: Employment Law Briefing, Palo Alto, California

1997: Accommodating Mental Illness in the Workplace: Employment Law Briefing, Morrison & Foerster, San Francisco

1997: Psychiatric Evaluations in the Appellate Process: Emory University, Department of Psychiatry, Forensic Fellowship, Atlanta, Georgia

1997: So You Wait Until Discovery Is Over to Consult with a Psychiatrist?  Can You Tell Me More About That? Morrison and Foerster Labor Law College, Los Angeles, California

1997: The Changing Cultural Perspectives in Forensic Psychiatry, San Francisco General Hospital Grand Rounds, San Francisco, California

1996: Evaluations of an Elementary School Child: Criminal Competency and Criminal Responsibility, Stanford University School of Medicine, Department of Psychiatry and Behavioral Sciences, Division of Child, Psychiatry and Child Development, Grand Rounds, Palo Alto, California

1996: Forensic Psychiatry: Cultural Factors in Criminal Behavior, Malingering, and Expert Testimony: The Black Psychiatrists of America Transcultural Conference, Dakar, Senegal, West Africa

1996: Dangerousness; Evaluation of Risk Assessment: Grand Rounds, Department of Psychiatry, University of California, Davis

1995: Violence in the Workplace: A Psychiatric Perspective of Its Causes and Remedies: The Combined Claims Conference of Northern California, Sacramento, California

1995: Experts: New Ways To Assess Competency- Neurology and Psychopharmacology: Santa Clara University Death Penalty College, Santa Clara, California

1995: Multiple Diagnostic Categories in Children Who Kill: Psychological and Neurological Testing and Forensic Evaluation:  The American College of Forensic Psychiatry 13th Annual Symposium, San Francisco, California

1995: Mock Trial: Client Competence in a Criminal Case: Testing the Limits of Expertise, The American College of Forensic Psychiatry 13th Annual Symposium, San Francisco, California

1995: The Use of Psychologists In Judicial Proceedings: The California Attorneys for Criminal Justice/California Public Defenders Association Capital Case Seminar, Monterey, California

11

1994: Commonly Seen Mental Disorders in Death Row Populations: The California Appellate Project, Training Session for Legal Fellows and Thurgood Marshall Investigative Interns, San Francisco, California

1994: Anatomy of a Trial: Mock Trial Participant, The California State Bar Annual Convention, Anaheim, California

1994: Developing a Forensic Neuropsychiatric Team: The American College of Forensic Psychiatry 12th Annual Symposium in Forensic Psychiatry, Montreal, Quebec, Canada

1994: Responsibility in Forensic Psychiatry: Department of Criminology Faculty Seminar, University of Nebraska, Omaha

1994: Attorney/Investigator Workshop: Brain Function: The 1994 California Attorneys for Criminal Justice/California Public Defenders Association Capital Case Seminar, Long Beach, California

1994: Appellate and Habeas Attorney/Investigator Workshop: Evaluating Mental Health Issues in Post-Conviction Litigation: The 1994 California Attorneys for Criminal Justice/California Public Defenders Association Capital Case Defense Seminar, Long Beach, California

1993: Psychological Issues in Police Misconduct: Police Misconduct Litigation, National Lawyers Guild, San Francisco

1993: Neuropsychiatry, Neuropsychology and Criminal Law: Maricopa County Office of the Public Defender, Seminar on Investigation for Mitigation and Capital Cases, Phoenix, Arizona

1993: Working With Experts: California Appellate Project, San Francisco, California

1991: Forensic Psychiatry and Ethnicity-Black District Attorneys Association, National Convention

PROFESSIONAL FORENSIC PUBLICATIONS

Psychiatry and Criminal Law, Contra Costa Lawyer, Volume II, No. 8, August 1998.

Mock Trial: Client Competence in a Criminal Case: Testing the Limits of Expertise, The Psychiatrist's Opinion as Scientific, The Expert's Foundation As Sufficient, 1995 (Available from The American College of Forensic Psychiatry and on Audiotape).

Multiple Diagnostic Categories in Children Who Kill: Psychological and Neurological Testing and Forensic Evaluation, 1995.  (Available from the American College of Forensic Psychiatry and on Audiotape).

Developing a Forensic Neuropsychiatric Team,1994. (Available from the American College of Forensic Psychiatry on Audiotape).

12

Anatomy of a Trial: 1994 (Available for the California State Bar).

PROFESSIONAL AFFILIATIONS

• International Academy of Law and Mental Health

PROFESSIONAL DEVELOPMENT & CORPORATE SERVICES

2011: Forefront Behavioral Telecare, LLC: Director of Clinical Research

2009-2010:  Forefront Behavioral Telecare, LLC: Chief Medical Officer

2009: AgeServe Communications, LLC: Director of Research/Director of Government Programs

2004: Consultant, Corporate Structure, Tostan, Non Governmental Organization, Theis, Senegal

2004: Toward Effective Retention Efforts: The use of narratives in understanding the experiences of racially diverse college students., Narrative Matters, Fredericton, New Brunswick, Canada

2003:    In Association with the Council on Education in Management, Charlotte, North Carolina, Accommodating Psychiatric Disabilities: Avoiding the Legal Pitfalls of the ADA, Human Resources Conference, Palm Springs, California

2001-2003: Consultant, Vulcan Inc., Seattle, Washington

1999: In Association with Matthew Bender Legal Publishing, New York: Psychiatric Disabilities and California Workplace Requirement, With the Bar Association of San Francisco, San Francisco

1998: Psychiatric Disabilities under the Americans With Disabilities Act: Without Pretrial Strategy, Atlanta, Georgia

1998: Psychiatric Disabilities under the Americans With Disabilities Act: Without Pretrial Strategy, Los Angeles, California

THE CRITICAL MOMENTS CONSULTING GROUP

2001: Part I- Responding Creatively to Cultural Diversity through Case Stories and Part II- Strategies and Challenges for Campus-wide Diversity Project: Models of Integrating Critical Moments, Fourteenth, Annual Conference on Race and Ethnicity in American Higher Education, Seattle Washington

13

2001: Teaching Complex Case Stories, Faculty Development, Loras College, Dubuque, Iowa

2000: Critical Moments:  Creating a Diversity Leadership Learning Community, 13th Annual National Conference on Race and Ethnicity in American Higher Education (sponsored by the University of Oklahoma, Southwestern Center for Human Relations Studies), Santa Fe, New Mexico

2000: Critical Moments: Practicum on Teaching Diversity Through Case Stories, 13th Annual National Conference on Race and Ethnicity in American Higher Education (sponsored by the University of Oklahoma, Southwestern Center for Human Relations Studies), Santa Fe, New Mexico

2000: Improving Undergraduate Education: Teaching and Learning in the Context of Cultural Differences, The Washington Center for Improving the Quality of Undergraduate Education, Thirteenth Annual Conference, Seattle, Washington

1999: Critical Moments: Deepening Our Understanding of Cultural Diversity through Critical Analysis, Effective Interviewing, Case Writing, and Case Teaching, The Washington Center, Evergreen State College, Olympia, Washington

1999: Teaching Complex Issues with Case Studies: A Workshop for Faculty and Graduate Teaching Assistants, University of Nebraska at Lincoln, Teaching and Learning Center and Critical Moments Project

1999: Critical Moments: Writing the Stories of Diverse Students, Washington Center for Improving the Quality of Undergraduate Education Workshop for College and University Faculty, Administrators, Staff and Students, Evergreen State College, Bothell, Washington

1999: Critical Moments: A Case Study Approach for Easing the Cultural Isolation for Under-represented College Students, Presented at Transforming Campuses Through Learning Communities, National Learning Communities Conference, Seattle, Washington

1993: Contextualism and Multi-Cultural Psychology-Graduate Seminar, University of Nebraska, Omaha, Nebraska

1992: Curriculum and Developmental Stages-North Central Educational Research Lab, Northwestern University

CRITICAL MOMENTS PUBLICATIONS

Diane Gillespie, Ph.D., Gillies Malnarich, and George Woods, M.D. (2006).  Critical Moments: Using College Students' Border Narratives as Sites for Cultural Dialogue, In M.B. Lee (Ed.), Ethnicity Matters:  Rethinking How Black, Hispanic and Indian Students Prepare for and Succeed in College.  (pp. 99-116).  New York: Peter Land Publishing Group.

Diane Gillespie, Ph.D. and George Woods, Jr., M.D. (2000).  Critical Moments: Responding Creatively Cultural Diversity Through Case Stories; Third Edition.

14

Updated January 8, 2012

15

**MYLA H. YOUNG, Ph.D., ABN**
**Diplomate – American Board of Professional Neuropsychology**
**PSY 11916**

July 11, 2011

CONFIDENTIAL NEUROPSYCHOLOGICAL TESTING

In response to your request, following is a report of neuropsychological and psychological testing for Wendi Andriano. Information includes a description of neuropsychological and psychological tests administered, information about those tests, neuroanatomical descriptions of brain functioning and results of her neuropsychological testing.

Name: Wendi Elizabeth Andriano
Date of Birth: 08/24/70
Dates of Evaluation: 12/06/10; 12/07/10; 2/15/11; and 2/16/11
Education: 14 estimated
Ethnicity: White
Handedness: R
Date of Report: 04/21/11

Wendi Andriano was seen for neuropsychological evaluation on 12/06; 12/07; 12/08/2010 and on 2/15 and 2/16/ 2011 for a total of 25 hours of evaluation. The evaluation was completed in a private contact room at Arizona State Prison, Perryville, Arizona. She was not restrained, there were no interruptions, the room was reasonably quiet, she was provided lunch and frequent breaks with food, and she was not directly viewed by any other individuals, including custody staff. Limitations to her confidentiality were explained, understood and agreed upon. Third party observers were not present.

Information Relied Upon:

Transcripts of testimony by Wendi Andriano – 2004
Consultations with legal and medical professionals associated with her legal defense

Review of records associated with her developmental, educational, work, social, medical, psychiatric, criminal, prison and jail records.

Procedures Completed:

The following neuropsychological tests were administered to Wendi Andriano:

Effort on Neuropsychological Testing
    15 Item Test
    Test of Malingering Memory (TOMM)
    Green Word Memory Test
    Structured Inventory of Malingered Symptomatology (SIMS)
    California Verbal Learning Test Forced Choice (CVLT-II)
    Rorschach Bolder Validity Index

Intellectual Functioning
    Wechsler Adult Intelligence Scale-IV

Neuropsychological Functioning
    Sensory and Motor Coordination
        Smell Identification Test (SIT)
        Klove-Reitan Sensory Perception Examination
        Grooved Pegboard
        Finger Tapping Test

    Attention and Concentration
        Conners' Continuous Performance Test (CPT)
        Paced Auditory Serial Attention Test (PASAT)
        Visual Search and Attention Test (VSAT)
        Conners' Adult ADHD Rating Scales (CAARS-Self Report)
        Seashore Rhythm Test
        Sensory Perception Test

    Memory and Learning
        California Verbal Learning Test (CVLT II)
            Trial Learning
            Interference Learning
            Short Delay-Free
            Short Delay-Cued
            Long Delay-Free
            Long Delay-Cued
            Recognition
            Forced Choice

        Wechsler Memory Scale (WMS-IV)
            Auditory Memory Subtests
            Visual Memory Subtests
            Working Memory Subtests
            Immediate Memory
            Delayed Memory

2

Rey Complex Figure Test (REY)
    Immediate Recall
    Delayed Recall
    Recognition

Tactual Performance Test
    Memory Trial
    Location Trial

Secondary Language
    Wechsler Individual Achievement Test (WIAT II)
        Word Recognition
        Reading Comprehension
        Pseudoword Decoding
        Numerical Operations
        Math Reasoning

Visual Perception
    Rey Complex Figure Test Copy Trial
    WAIS-IV Perceptual Organization Scales
    WAIS-IV Processing Speed Scales

Executive Functioning
    Executive Functioning Test
        Trail Making Tests
        Verbal Fluency Tests
        Design Fluency Tests
        Color-Word Interference Tests
        Sorting Tests
        Twenty Questions
        Tower Test
        Motor Speed

Wisconsin Card Sorting Test
Category Test
Iowa Gambling Test (IGI)
Comprehensive Affect Testing System (CATS)

Behavior Rating Scale – Self Report (BRIEF-A)

Halstead-Reitan Neuropsychological Battery
Reitan-Klove Sensory-Perceptual Examination
Finger Tapping Test (FTT)
Tactile Form Recognition
Trail Making A and B
Tactual Performance Test (TPT)
Seashore Rhythm Test
Speech Sounds Perception Test

3

Category Test

Emotional Testing:
        Rorschach Test
        Dissociative Experience Scale (DES)
        Multi-score Depression Inventory (MDI)
        Detailed Assessment of Posttraumatic Stress (DAPS)

Interview – Wendi Andriano:

Accommodations for testing were private, in an environmentally comfortable place, uninterrupted, and not directly observed by other viewers. She was advised, understood, and signed consent to complete this evaluation. Interviews with Wendi Andriano were limited to only that information that was needed to understand her brain and psychiatric functioning. She was not asked to provide information about her early developmental history and possibility of childhood victimization. I am aware that Wendi Andriano has had unusual childhood experiences which included being raised in a Fundamental Christian ministry/church and having minimal interaction with the general community. Most of her education was provided by a school program within the ministry church. The group moved and relocated frequently. She was at times homeless.

Interviews with Wendi were conducted on December 6, 7, and 8 2010 and on 2/15/11 and 2/16, 2011. Although she reported previously being prescribed antidepressants (Seroquel;Zoloft;Elavil) as well as Ativan, she had not been taking any psychotropic medications at this time. She indicated that she had not used alcohol and/drug in close proximity to testing.

She reported that she did not have a prior major medical disability and did not have any medical problem at the time of evaluation. She indicated that she was not currently receiving psychiatric treatment. She reported that she had received some counseling in 1996 and had previously received therapy while in jail.

She reported that she had never used or abused drugs or smoked tobacco. She reported a history of limited adult alcohol use. Her first drink of alcohol was when she was 18 years old. She reported that since 2000 she had used alcohol with friends, with alcohol use characterized as drinking wine coolers. She used alcohol most when was 21 years old, using alcohol at least once a week and overusing alcohol on some limited occasions. She indicated that she was not smoking tobacco at the time of the evaluation and had never smoked.

When she was 13 years old she was involved in a moving vehicle accident (MVA). Documented information describing this MVA was not currently available. She, however, reported repeated head injuries throughout her childhood ("I have a lot of traumas in my life. As a kid life was hard, real hard."). She described also having repeated head injuries throughout her marriage. She was not sure whether or not she experienced loss of consciousness, but indicated that "would see stars" and be "blank." When her head was hit particularly hard, she would "just go to sleep".

Other than the conviction for which she was given the death penalty, to my knowledge she does not have prior criminal offenses. She reported that she had received three disciplinary reports

4

while in prison—two for "using make up" and one for having tobacco on her food tray. She reported that she did not put the tobacco on the food tray because she had never had tobacco while in prison. It is her belief that the tobacco was placed on her food tray by a cafeteria worker or another inmate.

Reports indicate that her childhood was unusual. She reportedly did not have contact with her biological father after she was 5 years old. She was adopted by Alejo Ochoa when she was 5-6 years old. His occupation is described as construction, but primarily as "ministry activities" where he is described as "fundamental Christian." Elements of early childhood abuse are not fully described. *Although details not known to me, it is reported that she was sexually abused as a "very small child,"* before three years of age. As indicated, her early childhood was unusual, and would be considered abusive. Although family life as a Christian family is not considered "abusive," elements in her family life would be considered abusive. Her family was described as "fundamentally Christian." Her adoptive father is described as a "street minister" and part of a traveling ministry. They reported lived predominantly in a trailer, moving frequently. Her education was provided exclusively in a Christian school which apparently had somewhat limited typical educational experience, with biblical topics incorporated into educational subjects that were taught.

She was reportedly not allowed to dance or listen to "secular music." Her social activities were strictly limited. Her friends were permitted only to children of other Christian preachers, and her social interactions were permitted to be associated only with other individuals who were known to be Christian. Her first heterosexual date was when she was 18 years old, and that date was chaperoned by her parent(s).

Her discipline at home was described by her parents as atypical. She reportedly was "spanked with a wooden paddle," the severity of which is not known to me. Consequence of discipline was, however, described as being of such severity that she reportedly occasionally ran away from home with friends to avoid punishment. *Another incidence is described as her father yelling at her, grabbing her by the shoulders and shaking her and telling her to "get out of sight."* No further information about disciplinary procedures is known to me.

Wendi Andriano was married to the victim in this offense, Joe Andriano, in 1994. Her father reportedly disapproved of her relationship with him and at one point had refused to speak to her for at least one year because of the relationship. She and her husband initially lived with his parents. They have two children, Nicolas who was born in 1997 and Ashley who was born in 1998. Their marriage is described as often troublesome, with descriptions of frequent arguments, threats of harm to her, being hit on several occasions, and incidences of retreating to the bathroom and locking the door. On one occasion her husband is described as becoming so angered that he banged on the bathroom door until the door was broken and had to be replaced. She described being hit several times by him and on another occasion being squeezed "until it was hard to breathe."

In 1994 Joe Andriano was diagnosed with a "lump" in his neck which was surgically removed and diagnosed as benign. In 1995 and again in 1997 a lesion was again diagnosed, surgically removed and described as benign. In 1998, when a lesion again appeared and was again surgically removed, the lesion was identified as positive for cancer. He received extensive surgery, followed by radiation and chemotherapy and he sought what is described as "holistic"

5

treatment . While hospitalized he is described as uncooperative and aggressive with nursing staff, with at least one incidence of throwing a medical chart at nursing staff. Following hospitalization he is described as experiencing severe nausea, hair loss, anger and depression. In testimony, Wendi Andriano indicated that "he blamed me for God not healing him."

In 2000 he reportedly talked about suicide, sought cyanide but purchased sodium azide rather than cyanide. She testified that he believed that this method of suicide would be quick and painless. These actions were either quick or painless but resulted in more severe symptoms which left him "sick and scared." She testified that they then participated in "assisted suicide."

## Brain Functioning and Neuropsychological Assessment

Neuropsychological testing is guided by understanding of the phylogenetic structure of brain structures and brain connecting systems. One such developmental understanding was proposed by Ivan Yakovlev in 1967 and is currently supported and relied upon by contemporary neuroscientists in understanding brain function (Bear, Connors & Paradiso, 2001).

Yakovlev described the brain as organized in three separate but related systems, with three primary connecting systems. There is a primitive nuclear core of the brain, the allocortex, which includes the brain stem, reticular activating system, pons, medulla and cranial nerves, and functions to main ain consciousness, metabolism, respiration, and circulation and to filter stimuli received from the environment. The middle system, the neocortex, includes limbic system structures including the hypothalamus, hippocampus, thalamus, basal ganglia and amygdala, serves primary functions of motivation, memory, arousal, emotion and mood. The outer layer, the isocortex, includes the sensory and motor cortices, corpus callosum, cerebrum (occipital, parietal, temporal, and prefrontal lobes) and cerebellum. Orbitofrontal-paralimbic, hippocampal-paralimbic and subcortical-limbic connection circuits provide a "flow" of information throughout the brain (Yakovlev & Lacours, 1964/1967; Bear, Connors & Paradiso, 2001).

In addition to knowledge of the phylogenetic development of the brain, neuroscientists have known for many years that the normal brain develops in a specific and predictable sequence. Brain regions responsible for arousal, filtering information, auditory, visual, and tactile/kinesthetic abilities develop first; brain regions responsible for analyzing and integrating information sequentially develop next; and brain regions responsible for simultaneously analyzing and integrating information develop last, with the brain continuing to develop through adolescence and into young adulthood.

In early childhood, the primary portions of the brain that function for motor, sensory, attention filtering, visual dimension and color, and analyzing language sounds undergo the greatest maturation. In middle childhood, the secondary portions of the brain that function to develop abilities for reading, writing, spelling, arithmetic and other secondary language academic skills undergo the greatest maturation. In adolescence and into young adulthood, the tertiary portions of the cerebrum, particularly the temporal and prefrontal cortices undergo the greatest maturation (Luria, 1966/1973/1986).

Neuroscientists have known for many years that the prefrontal cortex and networks of connections to and from the prefrontal cortex are the last brain region to mature, undergoing

6

profound brain growth and change through adolescence and into young adulthood. It has been well established that the region of the brain that is undergoing the greatest maturation, is also the brain region that is most vulnerable to damage. Development and maturation of the prefrontal cortex is most vulnerable to damage during adolescence. As the prefrontal cortex develops and matures, the individual's abilities for executive functioning also mature. Prenatal neurodevelopmental abnormality and brain insult(s) as a child interfere with further development of all other brain systems and structures (Pfefferhan, 1994; Gied, 1999; Sowell, 2000/2001/2003; Adelman, 2002; Casey, 2000/2005; Durston, 2001; Gogtay, 2004).

Neuroscientists are also now aware of the consequences to brain development of childhood abuse and/or neglect. It is believed that when a child experiences persistent abuse or lives in a highly anxiety producing environment the brain noradrenic system is over stimulated leaving the child in a state of increased norepinehrine and dopamine production resulting in damage particularly to the prefrontal, temporal, hippocampus, amygdala, cerebellum and neuropathways throughout the brain results. If that abuse continues from childhood into adulthood, the brain damage continues with consequence of attention deficit, executive functioning deficiency, memory impairment, emotional dysfunction and psychiatric disorder, particularly depression and acute anxiety disorders (Teicher, 2002; Van der Kolk, 2003).

Neuroscientists are also aware of the consequences of brain damage associated with persistent fear or anxiety that is initiated during childhood and continues in adulthood but continues into adulthood. Prefrontal, temporal cortex, limbic system, hippocampus, amygdala, cerebellum, and neuropathways among these brain regions as previously described continue. Additionally, diminished right-left hemisphere integration in exchange between the right and left brain hemispheres across the corpus callosum and structured damage to the cerebellum, particularly the cerebellar vermis, and integration of information from the cerebellum to other brain region intensify. Abnormality of neurotransmitters, particularly norepinephrine and dopamine, as well as electrical activity particularly from the cerebellar vermis though pathways through the cortex continue and are demonstrated in individuals who experience one of several psychiatric disorders, including depression disorders and acute anxiety disorders.

As a result, degeneration and smaller brain structural size, neuropathway immaturity, abnormal neurotransmitter production, abnormal neural activity particularly electrical stimulation of neuron movement, and impaired postsynaptic receptors have been found in several psychiatric disorders, and particularly in depression and overwhelming anxiety disorders.    Prefrontal, temporal, hippocampus, amygdala, cerebellum, neuropathway and abnormal communication of information across the corpus callosum have been shown.

Results of Neuropsychological Evaluation:

Wendi Andriano's performance on neuropsychological testing is summarized in the following sections of this report. A detailed description of her abilities on neuropsychological testing is described in greater detail in an addendum to this report.

    Attitude Towards and Effort on Testing:  Wendi's attitude towards and effort on neuropsychological testing was evaluated using tests specifically developed to assess her effort on testing and possible attempt to manipulate her testing ability, or to malinger. These tests included 15 Item Test, Test of Malingering (TOMM), California Verbal Learning Test (CVLT

7

II) Forced Choice, Green Word Memory Test, Bolder Index of the Rorschach Test, and Structured Inventory of Malingered Symptoms (SIMS). Wendi Andriano's responses to all these tests of effort and potential manipulation indicate that she was cooperating with testing, was putting forth an appropriate level of effort on testing, and was not attempting to "fake" or "malinger" her test performance.

Wendi's attitude towards and effort on neuropsychological testing was also consistently evaluated through my observations of her abilities throughout the testing, through patterns of her abilities on individual neuropsychological tests. This is achieved through assessment of the consistency both *within and across her neuropsychological testing, and through* evaluation of patterns of abilities on neuropsychological tests that are known to be associated with specific neurological disorders. All indications are that Wendi Andriano was cooperating with testing, was putting forth substantial effort to complete all neuropsychological tests, and was not attempting to malinger or to manipulate the testing results. Wendi's abilities as described in this evaluation are considered a valid assessment of her functioning.

*Intellectual Functioning:* Wendi Andriano's general mental ability was evaluated using the Wechsler Adult Intelligence Scale (WAIS-IV). Her abilities on the WAIS-IV place her general mental ability in the Average Range of intellectual functioning (Full Scale =104, 61st %ile; 95% Confidence = 100 - 108). Her verbal abilities that require reasoning, comprehension and conceptualization using verbal information was in the High Average range (VCI =110, 75th %ile Confidence =104 – 115). Her nonverbal reasoning and visual-perceptual organization were in the High Average range *(PRI = 115, 84th %ile Confidence = 108 – 120)*. Her simultaneous and sequential processing of information, attention and concentration was substantially lower but within the Average range (WMI = 102, 55th %ile Confidence = 95 - 109 ). Her speed of mental processing and visual-perceptual skills were, however, significantly lower and in the Borderline Range (PSI = 76, 5th %ile Confidence = 70 – 87).

*Sensory Perception:* Wendi's sensory perception was evaluated using the Smell Identification Test (SIT) and bilateral primary and secondary sensory perception. On the SIT she had four errors (26th %ile) indicating Normosia to Mild Microsmia. Although she did not experience impairment on primary tactile, auditory or visual perception, her secondary sensory perception was significantly impaired with impairment in the moderate range. This pattern of impairment implicates reasonable normality of the primary sensory perception strip, but significant impairment when more complex information has to be integrated among the sensory strip and other brain regions. Prefrontal cortex, orbitofrontal pathway and frontal-subcortical pathway impairments are primarily indicated.

*Motor Coordination:* Wendi's motor coordination was evaluated using the Grooved Pegboard Test and Finger Tapping Test. On the Grooved Pegboard Test she had mild dominant (right) impairment and mild-moderate non-dominant (left) impairment (Grooved Pegboard Right = 56, SS -1; Left = 84 -1.5; Finger Tapping Right =36.7, SS -2; Left 33, SS-2).

Sustained fine motor ability is primarily mediated by the posterior motor region of the prefrontal cortex, in coordination with other brain regions. Her abilities on these tests of motor coordination indicate overall impairment within the motor strip, prefrontal cortex, orbitofrontal pathway, frontal-subcortical pathways, and corpus callosum.

8

*Attention and Concentration:*  Wendi's attention and concentration was evaluated using the Conners' Continuous Performance Test (CPT), Paced Auditory Serial Attention Test (PASAT), Visual Perception Test (VSPT), Seashore Rhythm Test and Sensory Perception Test. With the exception of the quick and simple VSPT and simple Sensory Perception Test, her abilities on all other measures of attention and concentration were significantly impaired.

Motor strip, prefrontal cortex and orbitofrontal and frontal subcortical pathways impairments are indicated.

Her ability on the VSPT and Sensory Perception Test was within the average range (VSP = 95th %ile; Sensory Perception Test = Average Range). Her abilities on the more complex CPT and PASAT, however, were significantly impaired.

On the CPT her performance demonstrated significantly impaired attention and concentration with an equal chance that her attention and concentration is like that of individuals who experience Attention Deficit Hyperactivity Disorder and attention disorder associated with other Neurological Disorder(s). Her reaction times were slowed and inconsistent. Her ability to change her response time as the time of the target stimuli changed was significantly impaired. When the target stimuli slowed, her abilities were most impaired. She also was impaired in her ability to sustain her attention to the test, with her abilities becoming more impaired the longer the test progressed. Poor performance indicates potential attention problems with several significantly elevated and impaired attention measures. Co-existing, poor performance indicates potential neurological deficit(s) other than attention problems, with several neurological measures also significantly elevated and like those of individuals who experience a neurological disorder.

The PASAT requires the individual to listen to numbers paired together and remember the last number heard, adding the number last heard to the number previously heard. There are four separate trials. The numbers do not change, but each successive trial presents the information more rapidly.  Of all tests of attention, her abilities on the PASAT were the most impaired, with classification of ability persistently in the inferior range. Her impairment ranged from mild to severe. Observing her attempt to complete this test was uncomfortable to observe. She was obviously expending extraordinary effort to be successful on the test. She simply was not able to accomplish the task. She was unable to successfully remember and manipulate simple numbers from the time the test was initiated and until the test was completed. Her abilities throughout this test were severely impaired, but became more impaired as the test progressed.

Both the CPT and PASAT are complex tests of attention and the VSAT is a simple test of attention requiring less than one minute to complete.  As the tests of attention became more complex, her abilities became more impaired.

In addition to completing tests which were directly administered, she independently responded to the Connors' CAARS.  This is a self-report test in which the individual is asked to respond to thirty questions describing behaviors or problems that are experienced by adults.  Their responses are then compared to the responses of individuals who have known attention deficit disorders and those who do not experience attention deficits.   Each question is ranked on a scale of 0 to 3, with 0 = Not at All and  3 = Very Much, Very Frequently.   Wendi's responses to this

9

self-report measure were significantly like those of individuals who are diagnosed with Attention Deficit Hyperactivity Disorder (ADHD).

Attention is process that allows awareness of a part or aspect of the environment and allows selective responsiveness to one class of stimuli while simultaneously being able to filter out or ignore information which is not essential or simply confusing to understanding a situation or environment. Attention is not a single ability, but rather includes multiple aspects including arousal, perception, divided attention, selective attention, sustaining attention and shifting attention. The entire brain is involved in attention and concentration. Primary neural regions include the prefrontal cortex, reticular activating system, cerebellum and frontosubcortical and orbitofrontal pathways. Attention forms the basis for all cognitive abilities. Her disabilities on tasks of attention and concentration, combined with descriptions of her daily functioning indicate impairment of these brain regions and structures.

*Memory and Learning:* Wendi's memory and learning of verbal and visual information were evaluated using the California Verbal Learning Test (CVLT-II), Rey Complex Figure Test (Rey), Wechsler Memory Scale IV (WMS-IV), Tactual Performance Test Memory and Location trials. Her abilities on the WMS-IV and Rey memory trials were in the average range.

Motor strip, prefrontal cortex and orbitofrontal and frontal subcortical pathways impairments are indicated. Her abilities on the WMS-IV and on the Rey immediate memory were in the average range. Her abilities on all other measures of memory and learning were, however, mild – moderately impaired.

The CVLT-II requires the individual to learn verbal information that is repeated several times, recall that same information both immediately and again after a 30 minute delay, and recognize information when a choice of information is provided. The CVLT-II also has one subtest that was developed specifically to identify individuals who are attempting to manipulate their testing abilities or are not providing sufficient effort to complete neuropsychological testing to the best of their ability. This CVLT-II subtest has been demonstrated to identify with 96% the accuracy those individuals who were not putting forth appropriate effort and/or were attempting to manipulate their abilities (Millis, Putnam, Adams & Ricker, 1995).

On CVLT-II, her ability to learn information after the information had be repeated five items was significantly impaired. Her ability to learn information the first time the information was heard was mild-moderately impaired (Trial 1 = SS-1.5). Her ability to learn new information was mild-moderately impaired. She had a significant error, remembering information that had never been presented (Intrusion = SS -1). There were a significant number of instances when she remembered information that had never been presented (Intrusion Errors = SS -1). On the Wechsler Memory Scale IV (WMS-IV) her abilities were within the average range.

The Rey Complex Figure Test requires the individual to copy a complex figure; recall the figure they had just copied after a one minute delay; recall the figure again after a 30 minute delay; and distinguish between accurate and inaccurate portions of the figure after a 30 minute delay. Her ability to recall the information immediately was in the average range (Immediate Recall = T = 50, 50th %ile ) . Her ability on all other measures was moderately – severely impaired (Total Recognition T = 33, 4th %ile; Recognition True Positive 2-5th %ile; Recognition False Negative 2-5th %ile). It is noteworthy that memory errors occurred even after requiring significantly

10

longer to copy the figure, which should have enhanced the probability of recalling the information (Copy = 7 minutes 3 seconds <1st%ile).

Memory and learning are primarily mediated by the brain's neocortex (thalamo-limbic system, hippocampus, amygdala, basal ganglia), the brain's mesocortex (temporal and prefrontal cortices), and all brain connecting systems (frontal-subcortical, hippocampal, orbitofrontal) connections to and from these brain structures. Memory and learning are also strongly impacted by the brain's ability to transfer information across the corpus callosum to and from the right and left brain hemispheres as well as transfer of information from the cerebellum vertex to the prefrontal cortex. Her *disabilities across these tasks of memory and learning indicate* impairment within all of these brain structures and pathways).

*Language*: Wend's secondary language was evaluated using the Wechsler Individual Achievement Test (WIAT II) Word Reading, Reading Comprehension, Pseudoword Decoding, Numerical Operations and Math Reasoning subtests. Although her Pseudoword Decoding and Math Reasoning abilities were in the mild range of impairment, her abilities on other WIAT-II subtests were in the average range. For her, primary parietal and occipital brain structures are strengths for her and within the average range. Connecting region between these structures, particularly the angular gyrus region is significantly impaired.

*Visual-Perceptual*: Wendi's visual perception was primarily evaluated using the copy trial of the Rey Complex Figure Test (Rey) and the WAIS-IV Perceptual Organization and Processing Speed Indices. The Rey is a test evaluating the individual's ability to copy a complex design while the figure can be seen. The WAIS-IV Perceptual Organization Index is a measure of the ability to analyze and synthesize abstract visual stimuli and the WIAS-IV Processing Speed Index is a measure of sort-term visual memory, cognitive flexibility, visual discrimination, psychomotor speed, speed of mental operation, attention and concentration.

The Rey Complex Figure Copy trial requires the individual to copy a figure while viewing the stimulus. Her ability to copy this figure was within the average range. It is noteworthy, however, that it required significantly more time for her to complete this task. Whereas most individuals required less than five minutes to copy the figure, she required 7 minutes 20 seconds (<1st %ile) to complete this task. As previously demonstrated on the WIAT II her visual-perception is brain strength. When required to coordinate information from these brain structures to the prefrontal cortex, however, her ability is severely impaired.

*Executive Functioning*: Executive functioning is an umbrella construct that describes processes responsible for guiding, directing, and managing thinking and emotional regulation. Mature executive functioning provides for purposeful, considered, goal directed actions. Executive functioning also is the ability to problem solve, and includes abilities to initiate, attend, inhibit, shift, monitor, organize, and control thinking and actions.

Executive functioning is mediated by the brain prefrontal cortex, but also requires interconnection among the prefrontal cortex and other cortical and subcortical regions of the brain, comprising a prefrontal *system*. As previously described, the developmental course of executive functioning is sequential and prolonged, beginning as a child, continuing through adulthood, and with the greatest maturation occurring during adolescence (12 – 18 years of age). Adequate and mature prefrontal cortex development is required for just about every aspect of

11

adult functioning—judgment, self-awareness, decision making, planning, organizing, flexible thinking, and initiating, monitoring, and controlling impulses and actions.

The prefrontal cortex is the largest brain structure in the human brain, comprising 20-25% of total brain tissue. The prefrontal cortex is divided into four regions--motor, mesial, dorsolateral and orbitofrontal. Each of these pre-frontal cortex regions mediates executive functioning, but each of these regions also is predominantly responsible for different aspects of executive functioning. For example, the motor region primarily regulates motor coordination and integration of motor coordination and sensory perception. The mesial region primarily regulates emotion, motivation, drive, and the ability to monitor actions. The dorsolateral region primarily regulates organization, initiation, planning, flexible thinking, problem solving, the ability to categorize and organize memory, and—in combination with the mesial region—the ability to monitor and change actions. The orbitofrontal region primarily regulates judgment, insight into deficits, irritability and emotional liability, olfaction, disinhibition, and control of actions. The orbitofrontal region also plays a primary interactive role with the limbic system, assessing and altering emotion.

Wendi Andriano's executive functioning was evaluated using subtests of the Executive Functioning Test (EFT), Wisconsin Card Sorting Test (WCST), Comprehensive Affect Testing System (CATS) and Iowa Gambling Test (IGT). The Executive Functioning Test is a series of tests which systematically evaluate functioning of each region of the prefrontal cortex as well as connecting systems to and from the prefrontal cortex and all other brain regions. The Wisconsin Card Sorting Test is one of the oldest tests of prefrontal cortex functioning, and requires the individual to develop a rule, consistently apply that rule, and respond to information provided by the test by flexibly changing their thinking and actions as signaled by the test. The Comprehensive Affect Testing System (CATS) is one of the newest tests of executive functioning (2003), and systematically evaluates the prefrontal cortex, temporal cortex (including extended limbic system), and connection between these brain regions. The Iowa Gambling Test (IGT) evaluates the individual's ability to think ahead, plan, organize, and weight the consequences making decisions.

Although she he was successfully able to complete some EFT subtests, her abilities were predominantly impaired. On the 25 EFT Primary Measures, her abilities were significantly impaired on 72% of EFT measures. On WCST, her abilities were significantly impaired on 88% of the measures. Her abilities on all CAT Subtests (Affect Recognition; Prosody Recognition; Emotional Recognition) were significantly impaired. On the IGT her ability to think about the task was within the average range. Any IGT measures which required decision making, however, were significantly impaired (Deck A Decision Making = 2-5th %ile; Deck D Decision Making – 11 – 16th %ile).

Although Wendi Andriano's abilities on tests of executive functioning were quite severely impaired, within these tests, those executive functioning tests which required rapid processing of information, flexible thinking, decision making, and/or inhibition were the most severely impaired. The ability to rapidly process information allows the individual to face a new or different situation, take in information that is relevant to that situation while ignoring information which is not relevant to that situation, and put that thinking into actions. Flexible thinking is a "hallmark" of executive functioning and is the ability to abandon a previous response to generate a new response when demands of the situation require a change. It is also the ability to move freely from one situation to another, one aspect of a problem to another, make transitions to new

12

thinking and actions, and consequently to effectively solve problems. Inhibition is the inability to stop responding to the immediate physical environment (what is happening at this moment and not beyond) in order to think, consider and plan alternate ways of solving a problem and responding accordingly to that situation. Inhibition also is the inability to disengage involvement in the immediate in order to organize, plan, problem solve and act in ways that are appropriate to the situation. Executive functioning is mediated by the prefrontal cortex. These particular executive functioning abilities are predominantly mediated by dorsolateral and orbitofrontal prefrontal cortex regions, as well as pathways among the prefrontal cortex and all other brain structures, particularly the hippocampus, temporal, limbic amygdala, and cerebellum.

Wendi had a range of abilities across measures of executive functioning, indicating a pattern of brain normalcy and abnormality. Her abilities across measures of executive range ranged from within average range to severely impaired, depending on which brain region within the prefrontal cortex was required to complete the specific test.   In the interest of some brevity, Wendi's abilities on all of these measures of executive functioning are described in detail in the addendum to this report. If further information is needed, please advise me.

Psychological Functioning:
Wendi Andriano's emotional functioning was evaluated using the Rorschach Test, Dissociative Experience Scale (DES), Multi-score Depression Inventory (MDI) and Detailed Assessment of Posttraumatic Stress (DAPS). Her responses to each of these tests indicate that she was not attempting to exaggerate her feelings and was providing a valid description of her emotional experience.

On the Rorschach Test her responses are like those of individuals who have experienced mild depression for much of their lives. Her Rorschach responses suggest that she is pervasively introverted. She would expend much effort looking inside her own feelings and attempting to understand them without the help of others. Unfortunately for Wendi, when she looks inside herself she experiences much pain and negative feelings about herself. Her responses are like those of individuals who have limited emotional resources, are extremely emotionally vulnerable and consequently are emotionally dependent. Her responses are like those of individuals who have experienced themselves as "damaged," and take a passive role in their interactions with others.   They are individuals who attempt to avoid emotion because they have some awareness of their emotional vulnerability. Overall, her responses are like those of individuals who have been diagnosed with Dysthymia or Mood Disorder. The possibility of Bipolar Disorder would not be ruled out.

On the Dissociative Association Scale (DAS) Wendi acknowledged several experiences consistent with the experience of dissociation.   Of particular note, she acknowledged some out of ordinary experiences of listening to someone talk and suddenly realizing that she did not hear part or all of what was said; of someone approaching her that she does not know and the individual calls her by name or insists that they have met previously. She acknowledged having no memory of some important event in her life (for example a wedding or graduation).   Of particular concern she indicated that she had experienced times when she was not sure whether things that she remembered had really happened or whether she just dreamed them; that sometimes when she is alone she talks out loud to herself; and that she had experienced hearing voices inside her head that tell her to do things or comment on things that she is doing.

13

On the Multiscore Depression Inventory (MDI) Wendi acknowledged extreme fatigue, overwhelming feelings of pessimism and hopelessness, extreme feelings of guilt and that she experiences overwhelming feelings of sadness. Overall, her responses to the MDI would satisfy the diagnosis of a Mood Disorder.

On the Detailed Assessment of Posttraumatic Stress (DAPS) she described her life as having experienced multiple situations of fearfulness and overwhelming anxiety dating back to childhood and continuing into adulthood. She described herself as frequently bothered by intrusive recollections of her experiences, as having upsetting memories, dreams and flashbacks of the experiences, and as regularly being bothered by intrusive recollections of these experiences of fear. She indicates that she has a tendency to withdraw or "shut down", particularly when her experience is of recalling her fear. Overall, her responses to the DAPS would satisfy the diagnosis of PTSD or of Acute Anxiety Disorder.

Summary
Wendi Andriano's abilities across neuropsychological tests are like those of individuals who experience serious neurological and psychiatric disorders. From a neuropsychological perspective, early childhood mistreatment and early childhood fear and anxiety are likely brain impairment consequences of Cognitive Disorder. From a psychiatric perspective these same factors of serious early childhood mistreatment, fear and anxiety, as well as continuing experiences of fear and anxiety into adulthood are likely psychiatric consequences of Depression Disorder and/or Anxiety Disorder.

Disabilities in thinking, reasoning, planning, making decisions, anticipating consequences of plans and actions, maintaining impulse control, attending and concentrating, remembering important information, recognizing emotional problem, seeking help for emotional problems, and consistently communicating information in accurate and meaningful ways would need to be considered.

Myla H. Young, Ph.D., ABN

Clinical Neuropsychology
Office:
1475 North Broadway, Suite 335
Walnut Creek, CA 94596
(925) 952-4350

Mailing:
1630 North Main Street #357
Walnut Creek, CA 94596

14

**MYLA H. YOUNG, Ph.D., ABN**
Diplomate – American Board of Professional Neuropsychology
PSY 11916

CONFIDENTIAL NEUROPSYCHOLOGICAL EVALAUTION

TEST SCORES

Name:   Wendi Elizabeth Andriano
Date of Birth:   08/26/70
Date of Evaluation:   12/06/10; 12/07/10; 12/08/10;  02/15/11; 02/16/11
Age at Time of Evaluation:  40 years
Education:   14 years estimated
Handedness:   Right
Date of Report:   07/11/11

### Attitude towards Evaluation

| Test | Score | Qualitative Description |
|------|-------|------------------------|
| 15 Item Test | 15/15 | Valid Protocol |
| Test of Malingering Memory | 49/50 | Valid Protocol |
| CVLT II Forced Choice | 100% | Valid Protocol |
| Green Word Memory Test | 98/98/98/100 | Valid Protocol |
| Bolder Index | 0 | Valid Protocol |
| Structured Inventory of Malingered Symptoms | 5 | Valid Protocol |

### Wechsler Adult Scale of Intelligence (WAIS IV)

| Scale | Sum of Scaled Scores | Index Score | 95% Confidence | %ile | Qualitative Description |
|-------|------|------|------|------|------|
| Verbal Comprehension | 36 | 110 | 104-115 | 75 | High Average |
| Perceptual Reasoning | 38 | 115 | 108-120 | 84 | High Average |
| Working Memory | 21 | 102 | 95-109 | 55 | Average |
| Processing Speed | 11 | 76 | 70-87 | 5 | Borderline |
| Full Scale | 106 | 104 | 100-108 | 61 | Average |

| Verbal Comprehension | Raw Score | Scaled Score | %ile |
|------|------|------|------|
| Similarities | 32 | 14 | 91 |
| Vocabulary | 39 | 10 | 50 |
| Information | 18 | 12 | 75 |
| Comprehension | 34 | 17 | 99 |
| (Con't) | | | |

1

| WAIS IV (Con't) | | | |
|---|---|---|---|
| Perceptual Reasoning | Raw Score | Scaled Score | %ile |
| Block Design | 62 | 16 | 98 |
| Matrix Reasoning | 18 | 10 | 50 |
| Visual Puzzles | 18 | 12 | 75 |
| Figure Weights | 18 | 12 | 75 |
| Picture Completion | 10 | 7 | 16 |
| Working Memory | Raw Score | Scaled Score | %ile |
| Digit Span | 31 | 11 | 63 |
| Arithmetic | 15 | 10 | 50 |
| Letter-Number Seq | 20 | 10 | 50 |
| Processing Speed | Raw Score | Scaled Score | %ile |
| Symbol Search | 20 | 5 | 5 |
| Coding | 49 | 6 | 9 |
| Cancellation | 26 | 6 | 9 |

**Wechsler Individual Achievement Test (WIAT-II)**

| Subtest | Standard Score | Composite Score | 95% Confid. Index | %ile |
|---|---|---|---|---|
| Reading | | | | |
| Word Reading | 115 | | 109-121 | 84 |
| Comprehension | 128 | | 122-134 | 97 |
| Pseudoword Decoding | 109 | | 104-114 | 73 |
| Composite | 352 | 130 | 126-134 | 98 |
| Mathematics | | | | |
| Numerical Reasoning | 118 | | 110-126 | 88 |
| Math Reasoning | 107 | | 100-114 | 68 |
| Composite | 225 | 112 | 106-118 | 79 |
| | | | | |

**Smell Identification Test**

| Errors | %ile | Qualitative Description |
|---|---|---|
| 4 | 26 | Normosia |

**Grooved Pegboard Test**

| Measure | Raw Score | Mean/SD – Comparison Group | Standard Score | Qualitative Description |
|---|---|---|---|---|
| Dominant | 56 | X=63;SD=7.4 | -1 | Mild Impairment |
| Non-Dominant | 84 | X=70.8; SD=8.9 | -1.5 | Mild-Moderate Impairment |

2

**Finger Tapping Test**

| | Mean Number Taps | Mean/SD-Comparison Group Mean | Standard Score | Qualitative Description |
|---|---|---|---|---|
| Dominant –R | 36.7 | 47.0/5.6 | -2 | Moderate Impairment |
| Non-Dominant | 33 | 43.5/5.2 | -2 | Moderate Impairment |

**Conners' Continuous Performance Test (CPT)**

**Inattention**

| Measure | T Score | Qualitative Description |
|---|---|---|
| Omissions | 42.82 | Average |
| Commissions | 31.63 | Average |
| Hit RT | 62.60 | Below Average |
| Hit RT Std. Error | 59.05 | Mild Impairment |
| Variability | 59.35 | Mild Impairment |
| Detectability | 16.37 | Average |
| Hit RT ISI Change | 60.74 | Mild Impairment |
| Hit SE ISI Change | 77.24 | Severe Impairment |

**Impulsivity**

| Measure | T Score | Qualitative Description |
|---|---|---|
| Omissions | 42.82 | Average |
| Commissions | 31.63 | Average |
| Hit RT | 62.60 | Average |
| Perseverations | 45.91 | Average |
| Commissions | 31.63 | Average |

**Vigilance**

| Measure | T Score | Qualitative Description |
|---|---|---|
| Hit RT Block Change | 35.50 | Average |
| Hit SE Block Change | 40.26 | Average |

**Paced Auditory Serial Addition Test (PASAT)**

| Pacing | Total Correct | SS | % | Classification |
|---|---|---|---|---|
| 2.4 | 28 | -2 | 46.6 | Inferior |
| 2.0 | 30 | -2 | 50.0 | Inferior |
| 1.6 | 7 | >-3 | >11.6 | Inferior |
| 1.2 | 2 | >-3 | .03 | Inferior |

3

**California Verbal Learning Test (CVLT-II)**

| Subtest | Raw Score | Standard Score | Qualitative Description |
|---|---|---|---|
| Trial 1 | 5 | -1.5 | Mild-Moderate Impairment |
| Trail 5 | 16 | 1 | Average |
| Trial B | 4 | -1.5 | Mild-Moderate Impairment |
| Short Delay-Free | 15.0 | 1 | Average |
| Short Delay-Cued | 15.0 | 1 | Average |
| Long Delay-Free | 15.0 | 1 | Average |
| Long Delay-Cued | 15.0 | .05 | Borderline |
| Recognition | 16.0 | 0 | Average |
| Intrusions | 0 | -1 | Mild Impairment |
| Forced Choice | | 100% | Valid Protocol |

**Wechsler Memory Scale (WMS-IV)**

| Index | Sum of SS | Index Score | %ile | Qualitative Description |
|---|---|---|---|---|
| Auditory Memory | 51 | AMI  117 | 87 | High Average |
| Visual Memory | 42 | VMI  103 | 58 | Average |
| Visual Working Memory | 20 | VWMI  100 | 50 | Average |
| Immediate Memory | 42 | IMI  103 | 58 | Average |
| Delayed Memory | 51 | DMI  119 | 90 | High Average |

**Rey Complex Figure Test**

| Measure | Raw Score | T Score | %ile | Qualitative Description |
|---|---|---|---|---|
| Copy | 35 | | >16 | Average |
| Immediate Recall | 21.5 | 50 | 50 | Average |
| Delayed Recall | 21 | 49 | 46 | Mild Impairment |
| Recognition | 18 | 33 | 4 | Moderate Impairment |
| Time to Copy | 7'3" | | <1 | Exceeds Normal Time |
| Recognition True Positive | 6 | | 2-5 | Moderate Impairment |
| Recognition False Positive | 0 | | >16 | Average |
| Recognition True Negative | 12 | | >16 | Average |
| Recognition False Negative | 6 | | 2-5 | Moderate Impairment |

**Executive Functioning Test (EFT)**

| Measure | Raw Score | Scaled Score | Qualitative Description |
|---|---|---|---|
| **Verbal Fluency Tests** | | | |
| Letter Fluency | 27 | 6 | Mild Impairment |
| Category Fluency | 39 | 10 | Average |
| Category Switching | 16 | 12 | Average |
| Category Switching Accuracy | 8 | 6 | Mild Impairment |
| (Con't) | | | |

4

| **Executive Functioning Test (Con't)** Measure | Raw Score | Scaled Score | Qualitative Description |
|---|---|---|---|
| **Trail Making Tests** | | | |
| Visual Scanning | 25 | 9 | Average |
| Number Sequencing | 42 | 8 | Borderline Impairment |
| Letter Sequencing | 41 | 8 | Borderline Impairment |
| Number-Letter Switching | 86 | 9 | Average |
| | | | |
| **Design Fluency** | | | |
| Filled | 10 | 10 | Average |
| Empty | 12 | 11 | Average |
| Switching | 6 | 9 | Average |
| | | | |
| **Color-Word Interference** | | | |
| Color | 41 | 4 | Moderate Impairment |
| Word | 32 | 4 | Moderate Impairment |
| Inhibition | 70 | 7 | Mild Impairment |
| Inhibition-Switching | 74 | 8 | Borderline Impairment |
| | | | |
| **Sorting Test** | | | |
| Confirmed Sorts | 8 | 9 | Average |
| Description | 30 | 9 | Average |
| Recognition | 36 | 10 | Average |
| | | | |
| **Twenty Questions** | | | |
| Abstraction | 25 | 9 | Average |
| Questions Asked | 20 | 13 | Average |
| Achievement | 19 | 15 | Average |
| | | | |
| **Tower Test** | | | |
| Achievement | 18 | 11 | Average |
| Rule Violations | 1 | 44%ile | Average |

**Wisconsin Card Sorting Test**

| Measure | Raw Score | T Score | %ile | Qualitative Description |
|---|---|---|---|---|
| | | | | |
| Total Correct | 56 | | | |
| Total Errors | 8 | 53 | 61 | Average |
| Perseverative Responses | 4 | 49 | 45 | Average |
| Perseverative Errors | 4 | 49 | 47 | Average |
| Nonperseverative Errors | 4 | 51 | 53 | Average |
| Conceptual Level | 53 | 51 | 55 | Average |
| Categories Completed | 5 | | >16 | |
| Trials to Complete | 11 | | >16 | |
| Failure to Maintain Set | 0 | | | |
| Learning to Learn | 0.19 | | >16 | |

5

**Short Category Test**

| Test | Raw Error | T Score | %ile | Qualitative Description |
|---|---|---|---|---|
| Total Errors | 48 | 41 | 18 | Low Average |

**Iowa Gambling Test**

| Score | Raw Score | % | Classification |
|---|---|---|---|
| A' | 21 | 2-5 | Moderate Impairment |
| B' | 30 | >16 | Average |
| C' | 26 | >16 | Average |
| D' | 23 | 11-16 | Average |

6

1
2
3
4
5
6                          SUPERIOR COURT OF ARIZONA
7                            COUNTY OF MARICOPA
8
9    State of Arizona,                    )
10                        Respondent,     )    No. CR2000-096032-A
11                                        )
         vs.                              )    **AFFIDAVIT OF**
12                                        )    **DANIEL PATTERSON**
     Wendi Elizabeth Andriano,            )
13                                        )    (Assigned to the Hon. Douglas Rayes)
14                       Petitioner.      )
                                          )
15   _____)
16
17   STATE OF ARIZONA        )
                             )    SS.
18   COUNTY OF MARICOPA      )
19           DANIEL PATTERSON, being first duly sworn upon oath deposes and states:
20
21       1.      I represented Wendi Andriano during her trial for first-degree murder in connection
22   with the death of her husband, Joseph Andriano.  I have personal knowledge of the facts stated
23   herein.
24
25                              **OVERVIEW**
26       2.      I commenced employment with the Public Defender's Office on July 23, 2001,
27   after leaving private practice.  Wendi's case was one of eight death penalty cases I assumed on
28
MADI_2575620.1

1  that date from former Deputy Public Defender Gerald Gavin, seven of which (including Wendi's)

2  were pending trial and one of which was awaiting sentencing. Wendi's case was the second-

3  newest of my caseload at that time (determined by date of the offense), and two of the cases were

4  set to go to trial in early 2002.

5

6  3.  In addition, I was subsequently assigned a very high-profile case in September

7  2001 (*State v. Roque*) in which I defended a man accused of committing an ethnically motivated

8  murder immediately following the September 11, 2001 terrorist attacks. The *Roque* case required

9  substantial attention and went to trial in the fall of 2003, before Wendi's trial. As a result, my

10  personal involvement in Wendi's representation was limited until early 2003, just before we had a

11  trial date set in her case. When Wendi's trial was continued to accommodate the *Roque* trial, my

12  involvement in her case was again limited throughout the remainder of 2003.

13

14  4.  Prior to my assignment, Ms. Andriano was successively represented by other

15  attorneys in the Public Defender's Office, including Attorneys Bethanne Klopp-Bryant and Gerald

16  Gavin, who represented her in 2000, and Attorney Wesley Peterson, who represented her in early

17  2001. As reflected in the docket in her case, there was some back-and-forth regarding whether

18  she would be represented by private counsel (initially Attorney Leon Thikoll, then Attorney

19  Thikoll and Attorney David DeLozier, and by March 2001 solely Attorney DeLozier) or the

20  Public Defender's Office, and there was a dispute raised in court between the Public Defender's

21  Office and Attorney DeLozier regarding payments of funds. Ms. Andriano was primarily

22  represented by private counsel for several months between December 2000 and June 2001. By

23  the time the case came to me, it was my understanding that the Public Defender's Office would

24  take the lead role and Attorney DeLozier would serve as co-counsel pursuant to *Knapp v. Hardy*,

25  111 Ariz. 107, 523 P.2d 1308 (1974).

2

1    5.    Prior to Wendi's case, I had no experience working with counsel retained pursuant

2    to *Knapp* in any felony case. Wendi's case is the first and only capital case I have defended with

3    *Knapp* counsel.

4

5    6.    From July 2001 until Wendi's sentence, I was the only attorney from the Public

6    Defender's Office assigned to Wendi's case, and the only attorney from that office who worked

7    on the case. I did not request or receive substantive assistance on the case from any attorney other

8    than Attorney DeLozier.

9

10    **RELATIONSHIP WITH CO-COUNSEL**

11    7.    As noted above, I represented Wendi in conjunction with her *Knapp* counsel,

12    Attorney David DeLozier.

13

14    8.    I first met with Attorney DeLozier at the Public Defender's Office on September

15    20, 2001, shortly after I was assigned the case. From our conversation and outside knowledge, I

16    recognized that Attorney DeLozier had no experience or training in death penalty cases, and that I

17    could not rely upon him for substantial assistance on issues relating to capital jurisprudence.

18

19    9.    Attorney DeLozier and I did not have regularly-scheduled meetings to discuss

20    Wendi's case. My communications with Attorney DeLozier were initially infrequent, but became

21    more common after the conclusion of the *Roque* trial discussed above.

22

23    10.    I was responsible for the majority of Wendi's case. I believed that it was necessary

24    for me to assume responsibility for the majority of the work on Wendi's case because I had the

25    relevant death penalty experience. I assigned specific tasks to Attorney DeLozier and did most of

26    the pre-trial work on Wendi's case myself.

27

28

MADI_2575620.1

3

11.     Among the tasks assumed by Attorney DeLozier was the primary responsibility for meeting with Ms. Andriano to prepare for trial. I was aware that Attorney DeLozier met with her frequently while she was awaiting trial, but I did not discuss the content of those meetings with him.

12.     It was not until I suggested that Attorney DeLozier perform Wendi's direct examination at trial, approximately four months before trial began in August 2004, that Wendi informed me that she and Attorney DeLozier had not discussed the details of her case during their meetings. Rather, Attorney DeLozier and Wendi had mainly discussed faith and religion. In accordance with Wendi's wishes, I performed Wendi's examination at trial.

13.     Several weeks into Wendi's trial, I began to notice that Attorney DeLozier was becoming increasingly thin and weak. I learned from Wendi that Attorney DeLozier was fasting during the trial for spiritual purposes. He told me that he was not consuming any food during this time, although he did drink fruit juice.

14.     An attorney at Attorney DeLozier's law firm was murdered during Wendi's trial on Sunday, October 17, 2000. I contacted the Court and requested two days of recess in light of the effect of this tragedy on Attorney DeLozier. The court reconvened on Wednesday, October 20, and Attorney DeLozier conducted direct examination of a witness that day. During the middle of the prosecutor's cross-examination of that witness, I observed that Attorney DeLozier appeared to be in a daze and not focused on the proceedings; he was not following the questioning or the witness's testimony, and he did not respond to my inquiry at counsel table concerning his condition. I was forced to interrupt the Court to ask to adjourn the trial for the day.

MADI_2575620.1

4

## MY INVESTIGATION

15.     My personal involvement in the pre-trial investigation of Wendi's case consisted primarily of inspecting and assessing the State's evidence and interviewing the individuals on the State's witness list. This was time-consuming because the witness list, with supplements, listed roughly 100 individuals. The interviews were conducted in the presence of counsel from the County Attorney, usually at his office.

16.     I interviewed 10-20 individuals associated with law enforcement or the fire department on six days in May 2002, another dozen or so associated with law enforcement, Wendi's apartment complex, or Wendi's attempts to obtain life insurance on six days in October 2002, and another 25-35 witnesses on various dates from December 2003 through April 2004. I did not conduct any follow-up interviews with any of these witnesses prior to trial.

17.     Prior to trial, I did not personally investigate or conduct interviews of mitigation-related fact witnesses, except for Wendi and her immediate family. I relied on others—including the mitigation specialist assigned to the case, Scott Mac Leod—to locate and interview potential witnesses not identified by the State who could be relevant to Wendi's defense.

## MITIGATION INVESTIGATION AND THE *RING* DECISION

18.     I had defended several death penalty cases prior to Wendi's trial, but I had only tried one death penalty case (*Roque*) since the Supreme Court decision in *Ring v. Arizona*, 536 U.S. 584 (2002).

19.     In my opinion, *Ring* made a dramatic difference in how death penalty cases are prepared and tried in Arizona. Before *Ring*, a judge was responsible for deciding whether a defendant found guilty of murder would be sentenced to death. Presenting a mitigation case

5

MADI_2575620.1

1   typically consisted of preparing a presentation about the positive aspects of the defendant's life

2   and about life circumstances that helped to explain the defendant's actions. After *Ring*, the fact-

3   finding necessary to the sentencing decision was made by a jury. Presenting a mitigation case to a

4   jury under the post-*Ring* standards required a much more extensive investigation into the

5   defendant's life history because a jury is less capable of considering proportionality, a factor that I

6   

7   routinely relied upon in making sentencing arguments to judges.

8       20.   Further, the amount of time between the guilt and sentencing phases was

9   eliminated post-*Ring*. Prior to *Ring*, defense counsel often was allowed more than a year

10  following a guilty verdict to investigate and prepare a mitigation case. It was my practice to wait

11  until after a defendant received a guilty verdict before focusing on the mitigation case. Following

12  

13  *Ring*, the sentencing phase began shortly after the guilt phase, requiring that defense counsel

14  begin to prepare the mitigation case much earlier. If I were to try Wendi's case today, with the

15  experience I now have in death-penalty cases post-*Ring*, I would have been more active in the

16  development of her mitigation case than I was.

17  

18      21.   I assigned most of the research and preparation of the mitigation case to Scott Mac

19  Leod, a mitigation specialist in our office who took over Wendi's case after a previous mitigation

20  specialist, Patrick Linderman, left the office in early 2004. I gave limited direction to Mr.

21  Linderman and Mr. Mac Leod as to developing themes and theories of mitigation. I do not recall

22  giving Mr. Mac Leod any specific direction and largely left the development of the mitigation

23  case to the discretion of Mr. Mac Leod and Attorney DeLozier, who had the primary relationship

24  with Wendi and her family.

25  

26  

27  

28

MADI_8575620.1

6

1      22.    I assigned Attorney DeLozier to take the lead in presenting the mitigation case.

2  The theme of the mitigation case, as I understood it, was that Wendi was a good person, mother,

3  and inmate, and an abused spouse, and therefore did not deserve the death penalty.

5      **LACK OF MENTAL HEALTH AND SOCIAL HISTORY INVESTIGATION**

6      23.    Attached as <u>Exhibit A</u> is a true and correct copy of a competency assessment made

7  by Dr. Jack Potts in March 2001, which was available to me once I assumed the role of lead

8  counsel in the case.

10     24.    Attached as <u>Exhibit B</u> is a true and correct copy of an email I sent to Patrick

11  Linderman, a former employee of the Public Defender's Office, on December 20, 2001.

13     25.    Attached as <u>Exhibit C</u> is a true and correct copy of an a competency assessment

14  performed by Dr. Richard Rosengard in August 2002, which was made available to me at that

15  time. I understand that Dr. Rosengard's report was obtained in response to my email in Exhibit B.

17     26.    I was aware that Wendi had been independently meeting with Kandi Rohde, while

18  Wendi was in pre-trial incarceration. Attached as <u>Exhibit D</u> is a true and correct copy of an email

19  I received from Michelle Arvanitas, an investigator with the Public Defender's Office assigned to

20  work on the Andriano matter, on February 14, 2002.

22     27.    Attached as <u>Exhibit E</u> is a true and correct copy of an August 4, 2004 report by Dr.

23  Michael Bayless, which was provided to me prior to Wendi's trial.

25     28.    I was aware that Wendi attempted suicide while incarcerated and was placed in a

26  psychiatric facility during her trial.

7

MADI_2575620.1

29.     I was also aware that Wendi was prescribed and took multiple psychoactive medications while incarceration. I was not aware of the specific medications she was taking.

30.     My investigation into Wendi's mental health and her personal and family mental health history was limited to the email attached as Exhibit B and the report prepared by Dr. Rosengard as Exhibit C. There was no strategic reason why I did not investigate further into Wendi's mental health and her personal and family mental health history, or engage an additional psychiatrist or neuropsychologist to evaluate Wendi's mental health. Based on the information then known to me, I did not believe that there was a viable mitigation theme based on Wendi's mental health.

31.     I was aware that Wendi's biological father was in prison for sexual molestation of another child, and I inquired of Wendi and her mother as to whether he had molested Wendi as well. Neither confirmed abuse by Wendi's biological father. Other than this inquiry, I did not investigate whether Wendi had suffered childhood abuse or trauma. There was no strategic reason why I did not do so.

32.     I did not conduct any interviews of individuals that knew Wendi from her childhood school or church that may have had information relevant to Wendi's mitigation case except for speaking with Shawn King in the presence of his lawyer, and I did not direct Scott Mac Leod or Attorney DeLozier to do so. There was no strategic reason why I did not do so.

33.     Scott Mac Leod did not recommend or assist in engaging any experts. The information that Mr. Mac Leod presented to me focused on Wendi's good upbringing and character and her good behavior in jail.

MADI_8575620.1

8

**ADDITIONAL DETAIL**

34.     I provided several boxes containing true and correct copies of documents from my file relating to Wendi's case to her post-conviction relief counsel. All materials provided (except for post-trial materials) were available to me at or before the time of Wendi's trial.

DATED this /6th day of June, 2011.

Daniel Patterson

Subscribed and sworn to before me this /6/ day of June, 2011.



Notary Public, State of Arizona
My Commission: April 20, 2015

OFFICIAL SEAL
ELIA HUBRICH
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires April 20, 2015

MADI_2675620.1

9

# SUPERIOR COURT OF ARIZONA
## COUNTY OF MARICOPA
### Forensic Services Unit

March 28, 2001

The Honorable Daniel A. Barker
Maricopa County Superior Court
222 East Javelina Avenue
Mesa, AZ 85210-6201

RE:   **Wendi Elizabeth Andriano**
      **Competency Screening Evaluation**
      **CR# 2000-096032**

Dear Judge Barker:

This is in reference to the above-named individual.  On March 9, 2001 your court ordered the Forensic Services Unit to evaluate the competency of Ms. Andriano.  I had an opportunity of visiting with the defendant for this evaluation on March 21, 2001.  At that time the defendant was housed within the general population of the Estrella Jail Facility, which is under the jurisdiction of the Maricopa County Sheriff.  When I saw the defendant for this evaluation in the Medical Dispensary of that unit, I informed her of the nature of our conversation and the fact it would not be privileged.  I also told the defendant the information she provided could not be used against her in further proceedings unless she were to enter a plea of Guilty Except Insane.  She understood the reason for the evaluation and agreed to continue.  Prior to completing my report I reviewed:

    1)    The Court's order;
    2)    Defense counsel's Motion;
    3)    A copy of a letter from counselor, Ms. Rohde;
    4)    A copy of the grand jury transcripts.

I appreciate having received the information I did in a timely fashion.  I also had an opportunity of discussing the case at length with Dr. Leonardo Garcia-Bunuel.  Dr. Garcia-Bunuel is a psychiatrist with Correctional Health Services.

Ms. Andriano is a 30-year-old widowed Caucasian female who is the mother of two preschool children.  When seen, she was dressed in routine jailhouse garb and had

201 West Jefferson • Phoenix, AZ 85003 • (602) 506-1509 • FAX (602) 506-2342    009178



The Honorable Daniel A. Barker
Wendi Elizabeth Andriano/Competency Screening Evaluation/CR# 2000-096032
March 28, 2001
Page 2

good hygiene. She was fully alert and oriented to her name, the date, our location, and
the reason for my evaluation. The defendant's thought processes were goal-directed
and intact throughout our conversation. There was no evidence she was suffering from
perceptual disturbances, such as auditory or visual hallucinations. She adamantly
denied having such experiences. The defendant denied being on any psychiatric
medications at the present time. Her affect was generally appropriate, but at times she
seemed quite depressed and was tearful. She denied any previous history of
psychiatric hospitalizations. She denied any known family history of psychiatric
hospitalizations. Apparently her family history is significantly positive for two paternal
cousins having successfully suicided. The defendant denies abuse of alcohol or other
illicit substances. Apparently Ms. Andriano was reared in Pinal County, where her
parents presently reside. She has worked in Phoenix for a number of years, and was
working in the field of property management when arrested. Her cognitive abilities are
quite likely consistent with that of the general population. She maintains she attended
classes at the University of Phoenix in "business management." I would estimate her
I.Q. as being within the average range. Her abilities to abstract and conceptualize, as
tested by having her interpret relatively common sayings/proverbs, were intact. Her
memory seemed to be grossly intact for both recent and remote events. She did
complain of having some lacunae in her memory. She was able to remember three out
of three unrelated items after a few minutes of intervening conversation. She was
neither suicidal nor homicidal at the time of my evaluation. She maintains that she is
religious and is a non-denominational Christian.

Ms. Andriano is very well aware of being charged with First Degree Murder. She also
understands the adversarial nature of the proceedings she is facing. She realizes that
she has certain Constitutional rights, and that if she is to enter a plea of Guilty, she will
waive those rights. She was able to talk in a coherent fashion about her various rights,
including her right not to testify, as well as her right to call witnesses on her own behalf
and confront the witnesses against her in a court of law. She was able to independently
identify her attorney. She maintains she has a lot of respect and confidence in Mr.
Delozier, Jr. The defendant maintains she has not been offered a plea agreement in
the charges she is facing.

In summary, I do not believe that grounds exist to further question the competency of
Ms. Andriano. It would be my opinion, within a reasonable degree of psychiatric
certainty, that she has a factual, as well as a rational understanding of the proceedings
she is facing. I also would opine that she can effectively assist her attorney in her
defense. Whether or not she has "amnesia" for the time around the alleged offense is
something I cannot determine. Defense counsel may wish to independently retain an
expert to evaluate his client's state of mind around the time of the offense. Certainly

009179

The Honorable Daniel A. Barker
Wendi Elizabeth Andriano/Competency Screening Evaluation/CR# 2000-096032
March 28, 2001
Page 3

there is something quite bizarre about what allegedly occurred.   If Ms. Rhode is
accurate in her diagnostic assessment, then the criminal culpability of the defendant
and her state of mind at the time of the alleged offense should be evaluated
independently, outside the scope of a Rule 11 evaluation.

If the Court has any further questions regarding my opinions, I will remain available.  (I
would also note that apparently previous Defense counsel instructed Ms. Andriano not
to talk to Dr. Garcia-Bunuel. I think this is a mistake, as I believe Dr. Garcia-Bunuel is
trying to treat the defendant for what he believes is a Depressive Disorder.  If such
treatment is indicated, I would hope that Defense counsel would be supportive of his
client receiving the necessary treatment from Dr. Garcia-Bunuel, who is a respected,
ethical, and competent psychiatrist.)

Respectfully,

Jack Potts, M.D.
Chief, Forensic Services Unit

009180

**Patrick Linderman - PDX**

| | |
|---|---|
| **From:** | Daniel Patterson - PDX |
| **Sent:** | Thursday, December 20, 2001 12:01 PM |
| **To:** | Patrick Linderman - PDX |
| **Subject:** | RE: referrals |

Pat- the two clients are REDACTED    and Wendi Andriano- both are death penalty cases- Patty Moncada has been asked to provide you with complete sets of discovery- both clients should be examined by mental health professionals- not because I believe they suffer from mental illness but as death penalty cases, a mental health exam can provide a source for mitigation- be glad to give you a synopsis of their respective cases at your convenience- just come see me- Thanks- Dan P.

    -----Original Message-----

| | |
|---|---|
| **From:** | Patrick Linderman - PDX |
| **Sent:** | Wednesday, December 19, 2001 9:15 AM |
| **To:** | Daniel Patterson - PDX; Patricia Moncada - PDX; Irene Esqueda - PDX |
| **Subject:** | referrals |

Hi Dan,

I received word recently that I am assigned as the Client Services Coordinator to two of your cases. I am unclear exactly which cases, but I believe that they are REDA  and someone named Wendy something. I would love to get together with you to gain some clarification and direction. I will also probably speak with Patty since it appears that she is the person also assigned to this case. I am sure that I can get the DRs and other important papers from her. All those legal assistants are always very organized. (Wish some of that would rub off on me) It is my understanding that our office has had these cases for some time, so I may need to jump right in and see what I can do to help.

Patrick Linderman

**EXHIBIT**

**B**

007684

1

Aug-28-02  12:55am  From-Arizona Community Psychiatric        602-843-7054        T-736  P.002/007  F-401

# Richard J. Rosengard, D.O.

Mailing Address:    5501 N. 7th Ave., PMB # 219              Diplomate, American Board of Psychiatry and Neurology
                    Phoenix, Arizona 85013-1755              Diplomate of the American Board of Forensic Medicine
                    (602) 843-0035 • FAX (602) 843-8963      Diplomate, American Board of Forensic Examiners



August 27, 2002


Dan Patterson, Deputy Public Defender
Office of the Public Defender
Southeast Facility
1750 South Mesa Drive, Suite 150
Mesa, Arizona  85210-6211                                    **Fax Number 506-2865**


RE:    State of Arizona v. Wendi Elizabeth Andriano
CR#:  2000-096032
DATE OF EVALUATION: June 23, 2002
DATE OF DICTATION: August 25, 2002
EVALUATION LOCATION: Estrella Jail

**IDENTIFICATION:** Wendi Andriano was seen on a referral from the Office of the Public
Defender and chief trial deputy, Larry Grant and presented as a 31-year-old, Caucasian female who
prior to her detention in the Estrella Jail, where she had been since October of 2000, had been
employed as a property manager. She was married and resided with her spouse and two children.

**INFORMANT:** The Defendant understood the extent and limitation of this evaluation and
consented for me to release information herewith obtained, knowing full well that I was not
establishing a physician/patient relationship with her. She also signed a Release of Information
indicating that I could review the records in the Estrella Jail Clinic. Those records indicated that
she had been on Seroquel 100 mg h.s. and that previously Remeron, trazodone, and Prozac had been
used and discontinued. A note from November 3, 2000, indicated that the psychiatrist felt that she
was labile.

I reviewed a cover letter written by Patricia Moncada, who was a legal assistant to Daniel Patterson,
Deputy Public Defender, listing the reports which were reviewed and included a Phoenix Police
Department narrative report, transcripts from 911 calls from the Phoenix Fire Department and
Phoenix Police Department, medical records regarding the victim from Dr. Kellogg, and the medical
examiner's report regarding the victim. The supplemental Phoenix Police Department Report
reviewing the 911 call, showed how the Defendant had apparently admitted that her husband was
stabbed, indicating that she possibly had done it and that she and her husband were fighting to the
point of him strangling her. She denied doing the action purposefully and appeared to be upset by
the situation. She indicated that her husband went into rages. She went on to indicate that she had
previously hit her husband over the head, and his rage simmered down and then started once again.
She indicated that she sent away the paramedics because she did not want to get her husband in
trouble. She indicated that her husband had episodes of rage and personality changes, secondary
to the chemotherapy that he was going through. She indicated that her husband had wrapped a cell

007544

EXHIBIT
C

Dan Patterson, Deputy Public Defender
Office of the Public Defender                                          Page 2
RE:   State of Arizona v. Wendi Elizabeth Andriano              August 27, 2002

phone cord around her throat, and she grabbed a knife in order to cut that cord; thereafter, they
wrestled around.

There was contact between Patricia Moncada and my office, indicating the charge against the
Defendant who indicated that she did not recall what had happened and was not involved with drugs
or alcohol. She reported that she had called the paramedics one to two hours earlier but sent them
away and then called the police thereafter. The victim apparently had a lot of outstanding business
loans. He also had terminal cancer with less than a year survival rate, according to the medical
examiner. She was seen to have superficial scrapes with a fake nail ripped off and redness around
her neck.

**PRESENTING SITUATION ACCORDING TO THE DEFENDANT:**  The Defendant indicated
that she had not pleaded as of yet and knew that she was charged with first degree murder. She
indicated that she read the police report accusation synopsis, as well as a newspaper where it was
alleged that she had slit her husband's throat and had given him poison over a period of time. She
indicated, though, that her husband had been on chemotherapy and was no longer working. She
indicates that he took sodium azide and an overdose of pills and wanted to kill himself. She
indicates that her husband got mad when a friend, Chris, was called and vacillated about what he
wanted to do. She indicates that in March of 2000, she had an affair, predominantly for
companionship but did consummate the relationship sexually. She felt that her husband sensed what
was going on and asked her about that, and she answered honestly. He got angry and had a physical
fight with her regarding that on the night that the incident happened. The next thing that the
Defendant recalled was sitting on the living room floor with her husband. Thereafter, she called her
parents and told her father and then called the police. She indicated that she could not recall calling
the paramedics earlier. She also admitted to making calls to buy sodium azide a few weeks prior
to the incident. Her husband wanted that. At first, he apparently wanted cyanide; and then the
Defendant had convinced a friend to assist in getting the sodium azide. She indicated that her
husband had suicidal thoughts in the past and went through therapy but did not want to go through
therapy again. He did have some family therapy in 1997 and 1998. Apparently, therapy was set up
but her husband did not want to go.

**STRESSORS:**  The Defendant indicated that her husband's cancer had been getting worse, since
they found out about it in March of 2000. He had had adeno cystic carcinoma since 1994, and was
diagnosed in 1996 or 1997. The Defendant was obviously now going through legal repercussions
of her alleged behavior and going through continued remorse and grief regarding the death of her
husband. Her husband had been going through chemotherapy, and they had two young children.
She worked, as her husband no longer did or could work.

**MOOD DISORDER SYMPTOMS:**  The Defendant was depressed for six to seven months prior
to coming into detention. While in detention, she was doing better with the level of depression, as

007545

Dan Patterson, Deputy Public Defender
Office of the Public Defender                                          Page 3
RE:     State of Arizona v. Wendi Elizabeth Andriano           August 27, 2002

there was relief from some of the stressors that existed previously. Nevertheless, the symptoms still included: insomnia and feeling depressed, helpless, and anhedonic. She had lost weight and had a reduced appetite with crying episodes. In the past, she felt particularly helpless, as she could not help her husband, particularly when he got irritable in the last few months of his life.

The Defendant denied symptoms that would be consistent with manic episodes but did admit to panic attacks since childhood. These happened at night on attempts to go to sleep and occurred less than a few times a year. During these episodes, she would have an increase in heart rate, dyspnea, dizziness, lightheadedness, shakes, sweats, and like a lump in her throat. She would have gastrointestinal upset, a fear of dying and losing control, and a sense of impending doom. She indicated that it was like having a heart attack. She also had symptoms of anxiety but would hide these feelings and focus in on somebody else when she had them.

The Defendant denied any history of suicidal attempts or homicidal ideation, intent, or actions. She had thoughts of hurting herself when she first came into detention for a few months but indicated that they were "Not serious."

**OTHER PSYCHIATRIC CONDITIONS:**  The Defendant denied symptoms consistent with phobias, obsessive-compulsive disorder, organicity, eating disorders, or thought process disorders. She denied having paranoia or hallucinations that were auditory or visual.

The Defendant indicated that her mother and therapist say that her biological grandfather sexually abused her when she under the age of 3; although, she could not recall that and had no dreams or flashbacks. She had difficulties in trusting others sexually but was able to enjoy herself with the exception of intercourse, and she did not like that. She got easily upset in dealing with others who were in abusive relationships; and with the aid of therapy, she felt that she was in an abusive relationship with her husband. She was particularly upset in finding out about and dealing with children that were sexually abused.

**SUBSTANCE ABUSE HISTORY:**  The Defendant denied use of cocaine, speed, cannabis, IV drugs, heroin, PCP, LSD, inhalants, or alcohol.

**PAST PSYCHIATRIC HISTORY:**  The Defendant had no history of acting out in violence, treatment with psychiatric medications, or placement in a psychiatric facility. She went for three to four appointments in 1996, to an EAP therapist but did not enjoy that therapy, indicating that they had blamed her husband and told her to leave him. In the year 2000, her husband's doctor gave her medication for anxiety and sleep; but she could not recall, the name of the medication and it was used for two to three months. She was out of that medication, I believe, for a week prior to being detained.

007546

Dan Patterson, Deputy Public Defender
Office of the Public Defender                                                          Page 4
RE:    State of Arizona v. Wendi Elizabeth Andriano                                    August 27, 2002

**FAMILY PSYCHIATRIC HISTORY:** The Defendant's father and grandfather abused alcohol
and there was no familial history of suicides, psychiatric illnesses, or drug abuse.

**PAST PERSONAL HISTORY:** The Defendant was born in Groom, Texas, and raised in Arizona
and California. She indicated that her childhood was "Different," as her mother and stepfather were
married when she was 4 years old. They travelled around on bus, being involved in a street ministry.
Until the age of 10, she was raised at home; and from 10 and on, she was in a private school. She
did well in school but indicated that she did get in trouble as she was "Being really hardheaded,"
even to the point of getting expelled. She could not recall what she did to merit that expulsion. She
always got honors in her grades. She was the only child from her biological father who lived with
her for a few years; and thereafter, her stepfather lived with her. She saw her biological father when
she was 8 years old and did not really know him. She indicated that she had no involvement with
the military or the law, except for some speeding tickets. In the last two years of high school, she
did junior college work, as well; and after high school, she went to Mexico, doing missionary work
for seven to eight months. Thereafter, she worked for a few months answering phones but
apparently had a temper and quit. Then, she worked in property management as a leasing agent for
a couple of years and ended that work to be an AP clerk accountant at Casa Grande Regional
Hospital. She left that job after less than four years to go into property management. While she had
been working at Casa Grande Regional Hospital, she attended college and indicates that she is two
classes shy of a BA degree. She met her husband in March of 1992, and they were married in
January of 1994. They have two children who are now being cared for by their paternal aunt. She
indicated that she had no relationships with other people and that her relationship with her husband
was difficult as he yelled at her daily. That is why she sought out the company of another man for
moral support. She indicated that, at that time, she got into alcohol, as well; but she ended the
relationship with that other man prior to the incident at hand.

**PAST MEDICAL HISTORY:** The Defendant denied any history of allergies to medications,
surgeries, seizures, fractures, head traumas, or other major medical problems. She denied any use
of tobacco. She used alcohol with peers, approximately four to five drinks at a time, drinking that
every other week in the year 2000, and a lot less prior to that time. She had been on Seroquel at the
time of the evaluation, 100 mg h.s. and had been on that for a couple of months. That was used to
help sleep. She indicated that her bunkmate took that medication. She had tried other medications
prior to the use of Seroquel, as I indicated above under informant.

**OBJECTIVE MENTAL STATUS EXAMINATION:** The Defendant appeared clean in jail garb
and was well-groomed. She wore glasses and was less than average in her build. She appeared her
stated age with a normal degree of alertness, posture, and gait. Her eye contact was good, and her
attention span was satisfactory. Her motor level was normal, and she appeared good and
cooperative as a historian. Her speech was normal. Her affect was labile, tearful, and sad; although,

007547

Dan Patterson, Deputy Public Defender
Office of the Public Defender                                                    Page 5
RE:     State of Arizona v. Wendi Elizabeth Andriano                           August 27, 2002

she was able to smile a few times. She denied and showed no psychotic thought processes. She
denied suicidal or homicidal ideation or intent. She indicated that her mood was "Fine." She was
friendly, trustful, and cordial in her interpersonal style and fair in her insight and judgement. She
was oriented to her own name, the day of the week, month, and year and knew the street and address
of the jail and the city, county, and state where it was located. She knew that the date was
somewhere in the twenties but did not know the exact date. Immediately, she was able to repeat
three out of three items that I asked her to repeat; and after five minutes, she was able to recall one
of them. She knew the name of the current and previous president of the United States and felt that
she did not know the one prior to Clinton but indicated that prior to Clinton was possibly Reagan.
She was able to do serial sevens accurately to 72 from 100 and accurately multiply six times eight
and nine times seven. She was able to spell the word "world" backwards and abstractly interpret
a proverb of moderate difficulty. She was thought to have an IQ that was above average.

**DIAGNOSTIC IMPRESSION:**

| | |
|---|---|
| AXIS I: | (a)  Major affective disorder, depression. |
| | (b)  Probable posttraumatic stress disorder. |
| | (c)  Panic disorder. |
| AXIS II: | None. |
| AXIS III: | None. |
| AXIS IV: | Stressors: 1) dealing with her husband's cancer that was getting worse; 2) dealing with the legal repercussions, as well as personal repercussions, of the loss of her husband; 3) currently being a single parent. |
| AXIS V: | Current GAF: 62. Highest GAF in last 12 months: 70. |

**SUMMARY, OPINIONS, AND RECOMMENDATIONS:** The Defendant was going through
a considerable amount of stress in dealing with not only the eventual loss of her husband at a very
early age and being the sole parent of her two young children but dealing with the slow and painful
demise of her husband, while her husband was becoming inappropriately irritable and mistreating
her emotionally and physically. She had seen a deterioration in their relationship; and apparently,
she had killed him. Perhaps no one will know exactly what occurred in the incident; and several
potentials exist, including the potential that she was defending herself to some extent. Questions
could arise as to how somebody who had a sound mind prior to and after the event could now have
blocked what had occurred, specifically at that juncture; and the issue of amnesia for the subject
appears all too convenient. I do not believe that there is any evidence that would conclude that what
had occurred was premeditated; and certainly, the actions were regretted from the very beginning,
as witnessed by the Defendant's response when answering questions posed to her when she called
the emergency numbers. Because of what she saw, she surmised that she actually had killed her
husband and admitted to feeling badly about it. An individual who goes through a traumatic event

007548

Dan Patterson, Deputy Public Defender
Office of the Public Defender                                                      Page 6
RE:    State of Arizona v. Wendi Elizabeth Andriano                          August 27, 2002

will often forget that extreme situation, because an individual is unable to deal with the thoughts
on an emotional basis. This occurs in both children and adults who have been physically or sexually
attacked and more than explains the Defendant's response, particularly in light of the fact that she
had a past history, apparently, of being abused and symptoms consistent with posttraumatic stress
disorder. That situation and the emotional responses that she has had from that situation make it
more likely that she would have had such an amnestic response to her apparent actions. That is true
whether her actions were a matter of self-defense or whether they were purposeful attacks in the
heat of a momentary aggressive outburst. The former appears more probable and the latter less
probable, based on the Defendant's statements currently and to the emergency crew that she dealt
with.

The Defendant certainly should receive appropriate therapeutic treatment, which would include
individual therapy and a strong consideration of an antidepressant, which could be beneficial both
for her depression and traits of posttraumatic stress disorder.

Should there be further questions regarding this Defendant or my report, I would be happy to answer
them at your earliest convenience.

Respectfully submitted,

Richard J. Rosengard, D.O.
RJR/mw/TMHT

007549

**Michelle Arvanitas - PDX**

| | |
|---|---|
| From: | Daniel Patterson - PDX |
| Sent: | Thursday, February 14, 2002 3:04 PM |
| To: | Michelle Arvanitas - PDX |
| Subject: | RE: Andriano |

Thank you- Michelle- Dan P.

-----Original Message-----
| | |
|---|---|
| From: | Michelle Arvanitas - PDX |
| Sent: | Wednesday, February 13, 2002 3:04 PM |
| To: | Daniel Patterson - PDX |
| Subject: | Andriano |

Hey Dan P.

I spoke with Dave Delozier this morning. He heard through Donna's sister in Texas (Nadine Bednorz) that Wendi called someone right after the accident by the name of Easy (probably a nickname). Supposedly she called this person prior to calling her father, Police or cousin. Dave heard that Mathew Ocker is on the state's witness list. Do you have an updated list that might verify this story? Easy worked at SESCO gas. That is the same place that Mathew Ocker worked at the time. Sherry Ocker mentioned to Nadine Bednorz that Mathew Bednorz was subpoenaed. (Hope you are following this explanation). Nadine has not mentioned this to Donna.

I also spoke with Kandy Rohde-Wendi's counselor.
Wendi was diagnosed with Three things according to Kandy.

1) Depersonalization Disorder (300.6) is persistent or recurrent episodes
or
of depersonalization characterized by a feeling of detachment
estrangement from one's self.
She does not let the "bad stuff in". She ignores any bad
feeling.

2) Disassociative Amnesia. (300.12) is an inability to recall
important
personal information, usually of a traumatic or stressful
nature,
that is too extensive to be explained by normal forgetfulness.

3) Physical, Sexual or Neglect of a child. V61.21

Kandy mentioned that Wendi avoided conflict or confrontation by doing everything Joe said.
Wendi's biological grandfather may have molested her as a child. Supposedly, her biol. father is in prison for molestation.
After Joe took the pill (poison) and didn't die he begin to panic. She wanted to take him to the hospital and put her purse in her car. He kept changing his mind-wanting to go to the hospital, then not wanting to go. He wanted her to call 911. He was really upset, she was trying to calm him down. He pushed her on the infidelity issue, wanted to know before he died. She felt he deserved to know. She finally admits and is surprised at how enraged he became. This is what escalated the fight . She recalls what made him angry and that Chris came and waited outside. Her standing in the kitchen and him coming after her with the phone cord. She remembers shiny knife on counter. She wakes up-so much blood. Rinses off glasses in order to see. Surprised to see scene-confused. appears to have materialized out of nowhere. Remembers calling parents. She recalls sitting outside waiting-snapshots. Recalls jail. Kandy mentions that she appears calm for being in jail the first time. Remembers thinking what can I do to fix this-she fixed everything for everybody. Heard 1st degree murder still thinking how she can fix-not in tune with severity of what happened. This is Kandy's chat in a nutshell. Looking forward to our meeting with Shawn and atty.

1

EXHIBIT

D

019106



MICHAEL B. BAYLESS & ASSOCIATES
3620 NORTH THIRD STREET
PHOENIX, ARIZONA 85012
PHONE: 602-230-7373
FAX: 602-230-5105

MICHAEL B. BAYLESS, PH.D.
LETICIA AMICK, PH.D.
CRISTY LOPEZ, PH.D.

August 4, 2004

## PSYCHOLOGICAL REPORT
### RE: WENDY ANDRIANO

**Reason for Referral:**
Wendy Andriano entered a plea of not guilty to first-degree murder. She is currently charged with the murder of her husband, Joe Andriano. According to the police reports Joe Andriano's death occurred on or about October 8, 2000. The purpose of this evaluation is to exam Wendy Andriano's intellect, personality, and overall emotional stability.

**Observations:**
Wendy Andriano is a relatively short, thinly-built 33-year-old female of Caucasian descent. At the time of the interview, Ms. Andriano was wearing jail attire and her hygiene appeared to be good. She was in relatively good mood and was very open and cooperative with this examiner. Her affect was normal to content. She did not exhibit any abnormal motor activity or mannerisms. She denied having any tattoos or identifying physical marks. She was alert, exhibited good eye contact, and maintained satisfactory attention span. Her thoughts and communications were coherent and seemed to follow logical sequence. There were no obvious deficits in her short or long-term memory.

**Consent to Evaluation:**
Wendy Andriano signed Bayless and Associates 's Forensic Consent Form indicating she read and understood the purpose of the evaluation and limits of confidentiality. She was aware that information from this evaluation would be reported to the court and may be disseminated to interested parties. Ms. Andriano consented to the evaluation and voluntarily answered all questions.

**Documents Reviewed:**
1. Photographs of the crime scene
2. Phoenix Police Department departmental Reports
3. Autopsy Report
4. Sharon B. Murphy, Ph.D. Report and Domestic Violence Data


EXHIBIT
E

Andriano
Page 2

**Procedures:**
1. The Shipley Institute of Living Scale.
2. The Williamson Sentence Completion Test.
3. The Minnesota Multiphasic Personality Inventory – II.
4. Clinical interview.

**Background:**
Wendy Andriano was born Groom, Texas and is an only child. Wendy did not know her biological
father. Her mother remarried when she was approximately four years of age to Alejo Ochoa. Her
stepfather raised her as his own daughter and was basically the only father she has ever known. Her
father worked as an assistant pastor and managed a tortilla factory and restaurant. Her mother is a human
resource person and both of her parents are described as being workaholics. However, she also states that
they were very caring, outgoing, and very loving. Her father was the main disciplinarian in the family.
She reports that she has always had a very loving and open relationship with her parents. She was raised
as a Christian and states as a young girl she participated in a lot of church activities. When asked whether
or not she had ever been physically or sexually abused, she reported that she was sexually abused by her
biological father and her grandfather. She believes that she was less than two years of age and can barely
remember what happened. She states that she remembers parts but not all of the things that happened.
Noteworthy, her biological father is in prison for child molestation. Wendy has a vague memory of the
molestation and states she can only remember it when she is dreaming.

Although she states that she was happy as a young girl, she did have a number of anxiety-related
problems. During her childhood she was a sleepwalker, experienced night terrors, bed wet,
and suffered from separation anxiety from her mother. Noteworthy, she continues to have night terrors to
this day.

As a teenager, Wendy enjoyed music, playing the piano, and swimming. She went to a very small high
school, such that there were only 15 kids in her high school class. She got along quite well with her peer
group. The most significant event that happened to her during her teenage years was her participation in
the church social group. She did not date during her high school years.

**Education:**
Wendy graduated from high school with honors and reports that she has always been a very good student
and really enjoyed her education. She went to a small Christian school and reports that everyone was best
friends. She has also completed approximately three years of college.

**Employment:**
Wendy's last job was working as a property manager for the San Riva apartments. She worked there
from September 1999 through October 8, 2000. She earned approximately $32,000 a year. Before she
was arrested, her goals were to work in real estate but now she simply wants to have her children back
and go back to having a normal life. Noteworthy, after Wendy was arrested for the murder of her husband
it was learned that there were some financial irregularities at the apartment complex. It was found that in
apartment #229, a man had been allowed to live rent free without documentation in that apartment. There
was also a full audit being done due to irregularities which had come to light. On a previous job, Wendy
stole approximately $18,000 from her employer. She reported that she stole the money because her
husband had created so much debt that she had to do something. She felt overwhelmed by the debt and
felt responsible for the family's happiness. Consequently, she was forced to steal $18,000.

Andriano
Page 3

**Relationships:**

Wendy has been married once and has two children. She was married from 1994 to 2000. Wendy's deceased husband had cancer and the last year of her marriage was very hard. She admitted to having an extra-marital affair during her last year of marriage. When asked about her affair, she reported that she had an affair with Rick Freeman. She met Rick at the apartment complex and they became friends. He was aware that her husband had cancer and he had told her that his fiancé had recently died. On one evening she went to Rockin' Rodeo, which is a local bar, with Rick and as they were coming home he kissed her. She stated that after they had kissed their relationship deepened and it became sexual. Noteworthy, Wendy reported to this examiner that she did not enjoy having sex and actually sex was quite painful for her. When asked about this, she stated "you can't just kiss on someone and not have sex with them, that's teasing". He was comforting me and as a trade I had sex with him". She reports she had sex with Rick Freeman five or six times. She claims he was quite gentle and although it wasn't painful for her, it was very uncomfortable. She stated "I don't know why my brain just clicks off. A lot of it is I was scared and thinking what do I do, how do I act. Joe was dying; life was going to be different".

**Psychological History:**

Wendy reports that she was treated by Candy Rhode in May once a week for three years. She denies receiving any other inpatient or outpatient treatment. This examiner did not receive copies of those records to review. Currently, while incarcerated, Wendy is taking Ativan, Zoloft and Seroquel. When asked if she had anyone in her family who had a history of mental illness or substance abuse, she reported her grandfather was an alcoholic and her aunt had a drug problem. She denies having a bad temper and states when she gets angry she would typically cry. She stated "I always see the best in people. Anger is a sin. I practice forgiveness and love".

Wendy denies having a frequent headaches, backaches, stomachaches, dizziness, heart palpitations, and fatigue. When she is under a great deal of stress she sometimes has difficulty sleeping and she used to have frequent nightmares. She reports her appetite is normal and she has not experienced any weight loss or weight gain.

Wendy denies experiencing hallucinations and/or delusions. She admitted that at times she does become depressed and has had suicidal ideations and one suicidal attempt. After being served papers about severing her parental rights she intentionally cut her arm. Further, she reported that she has a lot of fear and basic dislike of sexual intercourse due to it causing her pain.

Wendy is in relatively good physical condition and has not had any major operations or serious illnesses. She denies any neurological injuries.

**Alcohol/Drug Use:**

Wendy reported that she began drinking alcohol when she was 21 years of age. She typically drinks wine coolers and rarely if ever becomes intoxicated. She reports that she has been intoxicated maybe three or four times in her entire life. She denies using any illicit drugs. She does not drink coffee nor does she smoke cigarettes.

**Arrest Record:**

Wendy does not have a juvenile arrest record. She reports that this is the first time she has ever been arrested or charged with a crime. As noted earlier, Wendy is currently charged with first-degree murder. When asked how she is handling incarceration, she reported "I have adjusted. Either you sink or swim".

Andriano
Page 4

**Defendant Statements:**

In 1994 Wendy married Joe Andriano. They were married in Casa Grande, Arizona. Initially, there was some conflict over their church and beliefs but that quickly resolved and their marriage was basically okay. After the marriage, Wendy reported that she and her husband Joe both felt as if they had changed and they did not have to any longer "put on any airs". Through their marriage they learned who they both were and everything was fine. Wendy initially hung out with Joe and his friends and eventually lost touch with her own friends. Joe was working as a welder but quit that and went into his own business, auto glass replacement. They got a loan and started Joe's Windshield Repair. In the process of obtaining a new business, Wendy and Joe moved to her parent's farm and basically renovated the old shack and lived there until March of 1998. She reported she had her first child in the old farmhouse. Approximately seven months into the marriage it was discovered that Joe had a tumor, which supposedly the doctor removed successfully. However, in 1996 it came back, which started to wreak havoc in their lives. They both were upset and under a lot of stress. Joe was not a very good businessman and spent most of his money on pleasurable activities. As a result, Wendy felt as though she had to put money back into the business from her job and eventually became overwhelmed by debt. She stated, "I felt responsible for my family's happiness". As a result, Wendy over a period of four year's, stole approximately $18,000 from her employer. She was fired from her job.

When Wendy first met Joe, he was dating this very wealthy girl and would say to her quite often that if he had stayed with his rich girlfriend his life would not be as miserable as it is today. Wendy reported this really hurt and here she was working full-time, stealing money from her company, attempting to go to school, making dinner, cooking, doing the clothes, and everything else around the house but that was not good enough. She stated, "What could I do, how could I make him happy".

At this point during the marriage, she was only around members of Joe's family. She felt isolated, alone and decided to go back to church. She tried to teach Joe how to love and forgive but was not very successful. Wendy was pregnant with her first child and Joe was not working. At this point, she was taking care of the baby, working and her parents were also helping do almost everything. Then she found out that she was pregnant again and that was just totally overwhelming. In October 1997 she decided that she was going to leave Joe because she did not want her son to grow up like this. She went to Jerry, the man who had loaned them the money for the business, and he gave her $2,000 and told her that if she wanted to leave, for her to leave. Noteworthy, Wendy did not leave Joe and instead reported that she actually gave the $2,000 to Joe. She reported that she wrote Joe a letter telling him that she was going to leave and later that evening he came in, in the middle of the night, and had apparently found the letter. He was angry and was screaming at her "what does this mean". She stated by the time it was all done he was begging her to stay and for some reason he was able to talk her into not leaving. Joe had a way with words and also she was very much afraid of his temper. She stated she remembers the first time she asked Joe about living on the farm, just that she thought they were living there so that they could save money to buy a house. She stated Joe became extremely angry, grabbed her and shook her, which made her very much afraid. Previously Joe told her about catching his ex-girlfriend sleeping with another man and he became so upset that he had to move to California to keep him from hurting the guy with whom his girlfriend was having an affair. She believes one of the reasons Joe told this story was so that she would be afraid of him.

Wendy reported that she really was not angry with Joe and actually always felt bad for him. Joe, in her mind, was angry at the world because of his cancer. Wendy stated, "It was the worse thing you could go through. You expect it when you are old, not when you are young". Wendy also reported that Joe would feel very bad when he had his episodes of anger. The cancer was overwhelming and basically consumed him. She told this examiner it was Joe who asked her to order the poisons because he wanted to take it and end it all.

Andriano
Page 5

**Police Interviews:**

In witness interviews conducted by the Phoenix Police Department, Chris Hashisaki reported that Wendy had asked both Eric Vallente and James Yost to pose as Joe so she could a life insurance policy on Joe. She believed that they both were offered $50,000 to do this. Chris is also aware of an incident in which Wendy made an inquiry into a poison website. Apparently this occurred on Jerry Sentell's computer. Noteworthy, on the night of the incident in which the murder occurred, Chris described Wendy at the time as having no observable injuries.

Shannon Sweeney was also interviewed by the police and is one of Wendy's friends. Shannon and Wendy would often go to bars and hang out. Wendy apparently told Shannon that she had been having problems with Joe for a long time and would have left him if he had not become ill. Shannon believed that Joe was very possessive of Wendy. On one night, Shannon reported they took Wendy out for her birthday and they arrived home late. As they arrived home, Joe was very angry and threw Wendy's cellular phone and a glass bottle across the parking lot.

Shannon was also aware that Wendy had an affair with Rick Freeman. Apparently Wendy did not tell Rick that she was married and when Rick found out and wanted to end the relationship, Wendy did not want to end and became very persistent. Rick described this to Shannon as Wendy refusing to leave him alone. As an indicator of Wendy's persistence, there was a situation in which they ran into Rick and Eric at a club and after Rick initially said hello to them, he attempted to avoid Wendy. Wendy attempted to follow Rick around the bar and after which Rick left. Wendy later attempted to call Rick on the phone. When he would not answer, she began banging on his door and when he would not answer she threatened to get a passkey to his apartment. Shannon and Eric talked Wendy out of doing this. Later, Wendy also had a one night affair with a young man by the name of Travis whom she met at Rockin' Rodeo Bar.

Noteworthy, Wendy told Shannon about Joe screaming and would often break things. Wendy never told her about any incident in which Joe touched her. Shannon had never observed any injuries on Wendy. Apparently, Joe had a pending malpractice suit. Shannon was told that Wendy had told both James Yost and Eric that the lawsuit would be worth more if Joe were to die prior to settlement. Eric told Shannon that Wendy had asked him to pose as Joe to get a life insurance policy. Wendy told Eric there was no way the insurance company would find out about him posing as Joe. She also told Eric that Joe would most likely die of a heart attack due to his condition and treatment and that this would not be investigated. He also told Shannon that Wendy offered him $50,000 to pose as Joe. As to the poison ordered over the Internet, Wendy used a fictitious business license in order to order the poison. Noteworthy, Wendy gave an address to a company that she had no connection to. The poison Wendy ordered has the effect of mimicking a heart attack in its victim. Noteworthy, Wendy ordered poison from the website under the name of Anne Newton.

Ray Ortega, who was part of the management team that managed San Riva Apartments, found out that a man was living apartment 229 rent-free. Additionally, on October 10, 2000 Ray found in Wendy's office while he was cleaning the office, an envelope under Wendy's desk. Ray observed a pieced-together certificate from the City of Phoenix and a receipt for a chemical as well as several pages of information on cyanide. Two to three months prior to Joe's death, Ray was contacted by William Sentinel. William told him that while working on the office computer, he discovered where somebody had looked up a website containing information on cyanide as well as a point of reference site. Ray contacted Janice Lord and advised her of what William found. Ray, along with Janice, confronted Wendy about this. Wendy did not deny looking up this information but stated that she was helping a friend with a college report.

Eric Vaillent is a friend of Rick Freeman who was dating Wendy. He reported that Wendy would often pursue Eric and be at Rick's door at 2 or 3 o'clock in the morning. He would observe Wendy yelling and kicking his door asking Rick to let her in. He said this occurred several times over the summer. He also

Andriano
Page 6

observed Wendy at nightclubs drinking excessively and would flirt and kiss on guys she knew at the bar. He observed Joe yelling at Wendy for coming home late but never saw him lay a hand on her. Wendy never told Eric about any of the domestic violence or any situation in which she was physically hurt. Noteworthy in August, Wendy had called Eric and asked him to find Voigt on the Internet. Noteworthy, Voigt is a place on the Internet where you can buy poisons. Wendy told this examiner that it was Joe's idea to buy poison.

Wendy told Eric about the malpractice lawsuit and told him that when Joe died they were going to be awarded $20,000,000. She told Eric that she had researched things and that most people do not live past their third chemo treatment. Eric stated he got upset with Wendy and called her a money hungry bitch. Eric described Joe as being a nice guy who basically was fighting for his life. He believed Wendy did not really care for Joe any longer and she told him that she no longer had sex with Joe. This is quite interesting considering the fact that Wendy told this examiner that Joe demanded sex with her on a daily basis.

Rick Freeman admitted that he used to date Wendy and when he found out she was married he tried to break off the relationship. Wendy pursued him and often would come to his door in the middle of the night and bang on his door and call him incessantly. Wendy had told Rick that she often argued with Joe but she never told him anything about Joe being physically abusive.

Ted Bennett, who is a neighbor at the San Riva Apartments, reported that he last spoke to Joe approximately one week prior to his death. He described Joe as looking very sick. Wendy told Ted about their malpractice lawsuit but never told him how much money they expected to be awarded. Ted reported that Joe did not appear to have given up or want to die and in fact, Joe appeared to be very positive. He was unaware of any domestic problems. He never observed any injuries to Wendy. Noteworthy, while living at San Riva Apartments Ted had never been aware of any rodent problems that would require poison.

Debra Lewis was employed as a housekeeper for the San Riva Apartment complex. She is aware that Wendy and Joe were having some problems and was aware that Joe was questioning Wendy about where she was all the time and was checking up on her. Wendy was somewhat upset about Joe's continued checking up on her and Wendy also complained to Debra in the past about Joe not working. She also complained about having to take care of the kids and doing everything for Joe. Debra was unaware of any alligations of domestic violence between Wendy and Joe. She describes Joe as being a real pussy cat. Debra often observed Wendy talking to young male tenants and there were rumors about Wendy flirting with the men at the complex pool. Debra stated that Wendy acted as if she had already written off Joe and she believed Wendy acted as though Joe did not matter anymore. She described Wendy as acting as if she was not married.

Travis Black is a young man that Wendy met at a night club called the Rockin' Rodeo. She met Travis on September 27, 2000 and asked him to dance. They danced at the bar and were together. After dancing they went to breakfast and then went to Wendy's apartment and had sex. Wendy talked to Travis over the phone the following week and during these conversations Wendy told Travis that her husband had died of cancer.

On August 28, 2000 Wendy contacted Amica Life Insurance Company in reference to purchasing a life insurance policy on her husband Joe. Wendy talked to Carolyn Statalano and told her that Joe was staying out of town at his sister's house and had not set a date to return to Phoenix. In Carolyn's notes she stated this was a strange conversation. Noteworthy, no actual policy was ever taken out by Wendy. Also, on the application for a life insurance policy, the policy asks if Joe had cancer to which Wendy entered "no" on the application.

Andriano
Page 7

Based on the above-mentioned interviews, it appears clear that Wendy in more than one situation had a tendency to be less than truthful. She has the ability to be manipulative and attempted to encourage others to get involved in fraudulent schemes to collect money from an insurance company. Additionally, for a woman who did not enjoy sex, she clearly was sexually aggressive with one of her male boyfriends and on one occasion met a man at a bar one night and took him home and had sex with him. She seemed to become somewhat obsessed with Rick and seemed to have extreme difficulty accepting the fact that he no longer wanted to date her. Additionally, Wendy told this examiner that Joe asked her to buy the poison. Yet in her overall quest to buy the poison, she attempted to hide her identity, have the poison mailed to a business address, and seemed to want to hide her connection to the poison.

**Intellectual Functioning:**
Wendy Andriano's performance on the Shipley Institute of Living Scale yielded a total IQ score of 110 which places her in the above-average range of intellectual functioning. Ms. Andriano was oriented to reality and had a capacity to appreciate the difference between right and wrong. At the time of the testing her memory, judgment, and decision making ability were intact. Although she was mildly anxious during the testing her test scores appear to be an accurate representation of her abilities. She did not report nor did the test data indicate the presence of neurological impairment.

Wendy Andriano's performance on the Minnesota Multiphasic Personality Inventory yielded a valid and interpretable profile. Her scores on the Validity Scales indicate that she tends to be defensive, lack insight, and be slightly more conforming and moralistic than usual. Typically, these individuals have a tendency to repress or deny problems and unfavorable traits. She is prone to minimize and disregard problems with herself. Self-insight and self-understanding are usually lacking. She is very concerned about how she is perceived by others and typically views emotional problems as weaknesses.

Ms. Andriano's performance on the Clinical Scales reveals an individual who has a very mild level of emotional distress that is characterized by a general dissatisfaction with life rather than by any specific mood. She is so unaware of this dissatisfaction that she can say that she is happy most of the time and very seldom has "spells" of the "blues". Yet she frequently worries about something. She will use indirect means of expressing her anger.

Ms. Andriano sees herself as quite capable and able to make decisions easily. Her memory and concentration skills are good. She does not analyze her or others feelings and behavior. She daydreams very little. She believes that it is safe to trust others and that they are willing to help. She is very direct and comfortable in stating her opinions to others.

Although she is concerned about her health, she does not report any specific symptoms other than dizzy spells. Individuals with similar scores report that they do not wake up fresh and rested most mornings. They typically have behavioral problems in school and are likely to have been in trouble with the law. Although she may abuse substances, she is unlikely to have suicidal ideation. Typically individuals with similar profiles have a very poor prognosis. This is due to their problems being more characterological and not readily amenable to change. She is experiencing minimal emotional distress and has little concern about her behavior, limiting her motivation for treatment.

Noteworthy, clients with this profile tend to be defensive, and unwilling to acknowledge psychological problems even when they are readily apparent to others. They report little psychological emotional distress and describe themselves as less depressed and anxious than do most psychiatric patients. Behavioral problems are more likely to occur in this code type than in any other code type that includes Scale 3. Further, clients of this profile are characterized by poorly controlled anger and hostility that it is expressed in cyclic fashion. Often these clients are eventually incarcerated for their violent acts.

Andriano
Page 8

Typically, these clients are quiet, withdrawn individuals, and their sudden outbursts come as a surprise to others. They display poor judgment under stress, but their emotional or violent outbursts may be only minimally related to external stress or provocation. The cyclic pattern of violent outbursts with intermittent periods of appropriate behavior represents a chronic and stable personality disorder that is extremely difficult to change.

Ms. Andriano's performance on the Williamson Sentence Completion Test substantiates the findings noted above. Again we see an individual who has very little anxiety and who tends to be very superficial in her overall responses. This examiner finds this to be somewhat surprising considering what Ms. Andriano is being charged with and the fact that she is in jail. She tends to have very strict rules in which she expects herself and others to live up to. Further, she has a strong need to be needed and desperately wants to be seen in the eyes of others as being worthy. She has a rather naïve viewpoint of life such as she wants/desires a perfect existence. When she cannot get all her needs met she tends to feel guilty and has a tendency to externalize blame onto others for her own shortcomings. Her primary defense mechanism is denial.

Summary:
Wendy Andriano was raised in a very religious home environment in which there were very strict rules and regulations. She was well protected and was sent to private Christian schools from elementary to high school. After meeting her husband and working out their religious differences, they were married in 1994. Initially, Wendy hung out with her husband's friends and basically lost touch with her own. She claims that her husband was a very sexual person and although it was quite painful for her, she would always comply with his requests. In 1994, after several months of marriage, Joe Andriano found out that he had cancer and after an operation believed that it was all removed. However, the cancer came back in 1996. During this time period, Ms. Andriano reported that they had significant financial problems due to her husband not working. She stated "I felt responsible for our happiness. I was overwhelmed by debt". Consequently, to relieve some of that pressure she stole, over a period of four years, approximate $18,000 from her employer. She was fired from her job as a result of this.

According to witness statements, Ms. Andriano apparently became angry about her responsibility, believing that she did everything and that her husband was doing nothing. She took care of the kids, earned the money, took care of the house, cooked, cleaned, basically did everything. After a failed business attempt (windshield repair), Ms. Andriano seemed to become increasingly resentful and claims she decided to divorce her husband. Apparently her husband was able to talk her out of this. As her disappointment grew and as her husband became increasingly ill, Ms. Andriano seemed to look to other sources for enjoyment and support. She began going out with her friends, acting as if she were not married, and had an affair with Rick Freeman. Noteworthy, when Mr. Freeman found out that Ms. Andriano was married, he wanted to end the relationship. According to witness statements, Ms. Andriano became somewhat obsessed with Mr. Freeman and would call him incessantly, go to his door at all hours of the night and bang on his door and at one point threatened to get a passkey and go into his apartment without permission. It is unclear from the documents but it seems as though Mr. Freeman was living free at the apartment complex, which Ms. Andriano was managing.

As her discontent and resentment increased, Ms. Andriano began to scheme such that she asked a couple of her friends to pose as her husband so as to take out a life insurance policy. It was noted that on the life insurance policy she indicated that her husband did not have cancer. Additionally, she began to research poison and how to obtain it without her name being attached to it. She ordered the poison from the Internet through a fictitious name and had it sent to a separate business. Noteworthy, according to Ms. Andriano, her husband wanted her to get the poison because he wanted to commit suicide.

Andriano
Page 9

Although Ms. Andriano claims that she was physically and psychologically abused by her husband, none of her friends ever witnessed any marks or evidence of the abuse. Her husband apparently was suspicious and somewhat upset about her staying out late and not coming home when she was supposed to. It was reported that he would throw things, yell and sort of go on a tirade about her inappropriate behavior but at no time did he become physically violent. The examiner notes that this is understandable considering Ms. Andriano's behavior and general response toward her husband. During this time period in which Ms. Andriano's husband was very suspicious of her behavior, she was, in fact, having an affair. As a matter of fact, she admits to having actually two affairs. This examiner finds this is quite interesting in light of the fact that Ms. Andriano reports that she did not enjoy sex and that it was quite painful.

In an interview with the police, Ms. Andriano reported that on the night of the offense she and her husband were engaged in a physical fight. She alleged that he had attempted to choke her with a telephone cord and had earlier pushed her into the dresser and onto her bed. He also pushed her into their wedding display case, shattering it, grabbed her in a bear hug and they both were wrestling around in the house. As her husband began to reach for a belt to hit her, she was able to wiggle away from him, grab the barstool and hit him on the back of his head. Apparently Joe was knocked unconscious and was severely injured. She gave him a pillow and blanket. She called Chris and told her Joe was having a heart attack. While she was waiting for Chris to come, she covered the blood on the carpet with a towel. Chris came over and told Wendy to call 911. Wendy told the 911 operator Joe was having a heart attack. The Fire Department came and Wendy sent them away. She also told Chris to go home. When she returned to the apartment and Joe was standing up. At this time he wrapped the charging cord from his cell phone around her neck and as they struggled and moved toward the kitchen she grabbed a knife and cut the cord from around her neck. She reported that the next thing she remembers was struggling with her husband in the living room. She still had the knife in her hand and the next thing she knew she had blood all over her. Noteworthy, after her husband was cut severely on the neck and appeared to be unconscious on the floor, she waited until he stopped making noises to call her father.

Previously, she calmly talked to the firemen that were there because of her 911 call and calmly told them that she did not need their help. During this time her husband was on the floor bleeding from his injuries. It was also noted that based on Chris's report, it appeared that Wendy had taken a shower and changed when she went out to meet the firemen. Based on the amount of blood noted and the physical condition of her husband, it is unreasonable to believe that Ms. Andriano did not know that her husband was severely injured and in need of help. It is also noteworthy that the firemen and her friend Chris did not report that Wendy appeared to have been attacked or injured in any way.

Further this examiner could not find any evidence to support Wendy Andriano's claim the she was a victim of domestic violence.

Diagnosis:

| | |
|---|---|
| Axis I: | Depressive disorder NOS. |
| Axis II: | Personality disorder NOS with antisocial and borderline traits. |
| Axis III: | None. |
| Axis IV: | Marital conflict, financial problems. |
| Axis V: | GAF = 65. |

Michael B. Bayless, Ph.D.
Clinical and Forensic Psychologist

**NOTES**
**RE: WENDY ANDRIANO**

**Note 1:** In the interview with Leslie Herb Duncan, AKA Herb, Chris reported that Wendy had asked both Eric Vallente and James Yost to pose as Joe so she get a life insurance policy on Joe. She believed that they both would offered $50,000 to do this. Chris was also aware of an incident in which Wendy made an inquiry into a poison website. Apparently this occurred on Jerry Sentell's computer. Noteworthy, on the night of the incident in which the murder occurred, Chris described Wendy at the time as having no observable injuries.

**Note 2:** Interview with Shannon Sweeney. Shannon Sweeney was a friend of Wendy's and would often go to bars and hang out with Wendy. Wendy apparently told Shannon that she had been having problems with Joe for a long time and would have left him if he not become ill. Shannon believed that Joe was very possessive of Wendy. On one incident, Shannon reported that they took Wendy out for her birthday and they arrived home late. As they arrived home, Joe was very angry and threw Wendy's cellular phone and a glass bottle across the parking lot. Shannon was also worried that Wendy had an affair with Rick Friedman. Apparently Wendy did not tell Rick that she was married and when Rick found out and wanted to end the relationship, Wendy did not want to end it and became very persistent. Rick described this to Shannon as Wendy refusing to leave him alone. As an indicator of Wendy's persistence, there was a situation in which they ran into Rick and Eric at a club and after Rick initially said hello to them, he attempted to avoid Wendy. Wendy attempted to follow Rick around the bar and after which Rick left. Wendy later attempted to call Rick on the phone. When he would not answer, she began banging on his door and when he would not answer, she would threaten to get a passkey to his apartment. Shannon and Eric talked Wendy out of doing this.

Later Wendy also began dating a day by the name of Travis whom she met at a rock rodeo bar. Noteworthy is that Wendy told Shannon about Joe screaming and would often break things. Wendy never told her about any incidents in which Joe touched her. Shannon had never observed any injuries on Wendy. Apparently Joe had a pending malpractice suit. Shannon was told that Wendy had told both James Yost and Eric that the lawsuit would be worth more if Joe were to die prior to settlement. Eric told Shannon that Wendy had asked him to pose as Joe to get a life insurance policy. Wendy told Eric there was no way the insurance company would find out about him posing as Joe. She also told Eric that Joe would most likely die of a heart attack due to his condition and treatment and that this would not be investigated. He also told Shannon that Wendy offered him $50,000 to pose as Joe. As to the poison ordered over the Internet, Wendy had used a fictitious business license in order to order the poison. Noteworthy, Wendy gave an address to a company that she had no connection to.

**Note 3:** Interview with Ray Ortega. Ray Ortega is part of the management team that managed San Riva Apartments which Wendy Andriano was a manager. It was found out that in Apartment #229 a man had been allowed to live rent-free without documentation in that apartment. Noteworthy, there was a full audit being done due to irregularities which had come to light after Wendy's arrest.

**Note 4:** Interview: Eric Vaillent. Eric was a friend of Rick Friedman who was dating Wendy. He reported that Wendy would often pursue Eric and be at Rick's door at 2 or 3 o'clock in the morning. He would observe Wendy yelling and kicking his door asking Rick to let her in. He said this occurred several times over the summer. He also observed Wendy at nightclubs in which she would often drink excessively and would flirt and kiss on guys she met at the bar. He observed Joe yelling at Wendy for coming home late but never saw him lay a hand on her. Wendy never told Eric about any domestic violence or any situation which she was physically hurt. Noteworthy in August, Wendy had called Eric and asked him to find Voigt on the internet. Noteworthy, Voigt is a place on the Internet where you can

Notes
Wendy Andriano
Page 2

buy poisons. Wendy told this examiner that it was Joe's idea to buy poison. Wendy told Eric about the malpractice lawsuit and told him that when Joe died they were going to be awarded $20 million dollars. She told Eric that she had researched things and that most people do not live past their third chemo treatment. Eric stated that he got upset with Wendy and called her a money-hungry bitch. Eric described Joe as being a nice guy who basically was fighting for his life. He believed that Wendy did not really care for Joe any longer and she had told him that she no longer had sex with Joe. This was quite interesting in the fact that Wendy told this examiner that Joe demanded sex from her on a daily basis.

Note 5: Interview: Rick Friedman. Rick admitted that he used to date Wendy and when he found out she was married, he tried to break off the relationship. Wendy pursued him and often would come to his door in the middle of the night and bang on his door and call him incessantly. Wendy had told Rick that she often argued with Joe but she never told him anything about Joe being physically abusive.

Note 6: Witness: Ted Bennett. Ted reported that he last spoke to Joe approximately one week prior to his death. He described Joe as looking very sick. Wendy told Ted about their malpractice lawsuit but never told him about how much money they expected to be awarded. Ted reported that Joe did not appear to have given up and wanted to die and, in fact, Joe appeared to be very positive. He was unaware of any domestic problems. He never observed any injuries to Wendy. Noteworthy, while living at San Riva Apartments, Ted had never been aware of any rodent problems that would require poison.

Note 7: Interview: Deborah Lewis. Deborah Lewis was employed as a housekeeper for the San Riva Apartment complex. She was aware that Wendy and Joe were having some problems in the fact that Joe was questioning her about where she was all the time and was checking up on her. Wendy was somewhat upset about Joe continually checking up on her and Wendy also complained to Deborah in the past about Joe not working. She also complained about having to take care of the kids and doing everything for Joe. Deborah was unaware of any allegations of domestic violence between Wendy and Joe. She described Joe as being a real pussycat. Deborah often observed Wendy talking to young male tenants and there were rumors about Wendy flirting with the men at the complex pool. Deborah stated that Wendy acted as if she had already written off Joe and she believed Wendy acted as though Joe did not matter anymore and that he was not here anymore. She described Wendy as acting as if she was not married.

Note 8: Witness: Travis Black. Travis is a young man that Wendy met at a nightclub called the Rocking Rodeo. She met Travis on 09/27/00 and asked him to dance. They danced at the bar and were together. After dancing they went to breakfast and then they went to Wendy's apartment and had sex. Wendy talked to Travis over the phone the following week and during these conversations, Wendy told Travis that her husband had died of cancer.

Note 9: Witness: Ray Ortega. Ray on 10/10/00 found in Wendy's office while he was cleaning the office an envelope under Wendy's desk. Ray observed a pieced-together certificate from the City of Phoenix and a receipt for a chemical as well as several pages of information on cyanide. Two to three months prior to Joe's death, Ray was contacted by William Sentinel. William told him that while working on the office computer, he discovered where somebody had looked up a website containing information on cyanide as well as a point of reference site. Ray contacted Janis Lord and advised her of what William found. Ray along with Janis confronted Wendy about this. Wendy did not deny looking up this information but stated she was helping a friend with a college report. Noteworthy, Ray is unaware of the apartment complex having a rodent problem.

**Notes**
**Wendy Andriano**
**Page 3**

Note 10: Witness: Carolyn Catalano at Amica Life Insurance Company. Apparently Wendy contacted Amica Life Insurance Company on 08/28/00 in reference to purchasing a life insurance policy on her husband Joe. On 09/22/00 Carolyn called Wendy on the phone. Wendy told her that Joe was staying out of town at his sister's house and had not set a date to return to Phoenix. In Carolyn's notes, she stated that this was a strange conversation. Noteworthy, no actual policy was ever taken out by Wendy. Noteworthy, on the application for life insurance policy, the policy asked if Joseph had cancer to which Wendy entered no on the application. Noteworthy, Wendy ordered poison from the website under the name of Anne Newton.

_____
**Michael Brad Bayless, Ph.D.**
**Forensic and Clinical Psychologist**

## INTERVIEW FORMAT

NAME & DOE: *Wendi Andriano*

REFERRAL INFORMATION: *1st degree Murder*

*Had Cat Burtty –*

*Date of Death / 10-8-00 Called 911 = Reported*

*Husband Dead – Intellect, Personality, Emotional Stat .*

## BEHAVIORAL OBSERVATIONS

AGE: *33*                          RACE: *Cauc.*

DOB: *8/26/72*               HYGIENE/ATTIRE: *Yes / Norm / Cas*

HEIGHT: *5' 4"*                MOOD: *OK , Euth*

WEIGHT: *110*                 AFFECT: *Nl .*

PHYSICAL IDIOSYNCRASIES: *No*

EXAM ATTITUDE....cooperative, pleasant, did not mind personal inquiry, inquisitive, overly anxious, complaining, indifferent, resistant, defensive, too revealing

TEST-TAKING ATTITUDE....needed reassurance, easily frustrated, impulsive, grew tired, worked slowly, gave good effort, perfectionistic, organized, persistent, inconsistent

SENSORIUM....alert, hypervigilant, confused, sleepy, stuporous

EYE CONTACT....good, avoided, appeared distracted

ATTENTION SPAN...poor, satisfactory, distractible

MOTOR LEVEL....normal, hyperactive, hypoactive, psychomotor retardation

POSTURE....normal, relaxed, slumped, rigid, leaning to side

MANNERISMS....none, tics, EPS, tardive dyskinesia, fidgety, rocking, leg shaking

SPEECH...normal, rapid/slow, loud/soft, excessive detail/impoverished, stuttered, mumbled, slurred, pressured, lisp

LANGUAGE ABILITIES....monolingual/bilingual....speaking/reading/writing fluency

THINKING....incoherent, loose, circumstantial, tangential, concrete, logical, linear

MEMORY....grossly intact, confused, superficial/poor historian, contradictions, perseverated

PERSONALITY TRAITS....shy, gregarious, sense of humor, frank, bizarre, suspicious, hostile, manipulative, help-seeking, complaining, immature, narcissistic, argumentative

THOUGHT CONTENT:

JUDGMENT/INSIGHT:

SUICIDAL/HOMICIDAL IDEATION:

## BACKGROUND

**PLACE OF BIRTH & RELOCATIONS:** *Groom, Texas*

**BIRTH ORDER/# OF SIBLINGS:** *Only Child -*
**BIRTH/DEVELOPMENTAL PROBLEMS:** *StepDAD.*

**PARENTS' NAMES & AGES:** *Alejo, Donna Ochoa*
**DIVORCE/DEATH (TIME/CAUSE):** *Raised her since Age 4*
**REMARRIAGES:**
**PARENTS' OCCUPATIONS:** *Artist Mother @ Mamas a Textile*
*factory & Restaurant - Step - Prison Release Person*
**PARENTS' PERSONALITIES:** *quiet mobile, very easy goin -*
*Quiet - loving - mom - same - lots space -*
**HOME ATMOSPHERE/DISCIPLINE:** *Very detailed - Perfectionist*
*DAD - Spank - spanked -*
**RELATIONSHIP WITH PARENTS:** *Good - Stressed -*

**RELATIONSHIP WITH SIBLINGS/FRIENDS:** *N/A*

**RELIGION (CHILD/CURRENT):** *Christian*

**SIGNIFICANT CHILDHOOD EVENTS (ABUSE):** *Yes - step father*
*@ Grand father - 2 @ under - Mom Best Not*
*tell @ this -*
**EARLY CHILDHOOD...** happy, poor health, nail biting, stuttering, thumb sucking, sleepwalking, night terrors, bed wetting, separation anxiety, fears, rituals, hyperactivity
*2 Age 9.   still   9-10 yrs.   mom ephesis.*
**TEEN HOBBIES/INTERESTS:** *(Music), Piano, Swim Team -*

**PEER GROUP (GANGS):** *Very Small - 15 Kids in H.S. Class*
**SIGNIFICANT TEEN EVENTS:** *- Church Social Group -*

## EDUCATION

**HIGHEST GRADE COMPLETED:** *15 yrs -*  **GED?:**
**SPECIAL ED/HELD BACK:**
**GENERAL ATTITUDE/GRADES:** *H.S. A Honors -*
**BEHAVIOR PROBLEMS:** *No -  /  Popular -*
**PEER RELATIONS (TEASING↔):** *No  /*
**COLLEGE/TRADE SCHOOL:**
*Christian School - Very Small*
*- E.O was Best Friends -*

## EMPLOYMENT

**FIELD OF WORK:** *Manager - SAB Robt AMB*

**CURRENT/LAST JOB TITLE & DATES:** *Sept 99 to Oct 8. 2000 Property Motors.*

**SATISFIED/REASON FOR LEAVING:** _____

**EARNINGS VS. COSTS:** *$32,000*

**JOB HISTORY (FIRST, LONGEST, DATES & REASONS FOR LEAVING):** _____

**HX OF SSI/SSD/WKMAN'S COMP:** _____

**HX OF GRIEVANCE/HARASSMENT:** _____

**AMBITION/GOALS:** *Rt Now — Want my Children Back Before — wanted to wk in Real Estate.*

**MILITARY BRANCH :** _____

**DURATION OF SERVICE:** *No*

**TYPE OF DISCHARGE & RANK:** _____

**SPECIAL AWARDS/DISCIPLINARY ACTIONS:** _____

## RELATIONSHIPS

**NUMBER OF MARRIAGES:** *1*

**NAME, AGE, OCCUPATION, PERSONALITY OF CURRENT PARTNER:** *Joe Medina — 94 - 2000*

**HX & STATUS OF CURRENT RELATIONSHIP:** *Deceased Husband 2nd Common - last yr. of marriage was hard*

**OTHER MARRIAGES/SIGNIFICANT RELATIONSHIPS:** *Had a Sexual Rel. — Eight Month Affair.*

**DOMESTIC VIOLENCE:** _____

**GENDER/AGES OF CHILDREN:** *2   Ages — 6 - 5 yrs   Boy Girl*

**DESCRIPTION OF CHILDREN (SPECIAL PROBLEMS?):** _____

**RELATIONSHIP WITH CHILDREN:** _____

**MISCARRIAGES/ABORTIONS:** _____

(RELATIONSHIPS CONTINUED)

AGE/CIRCUMSTANCES OF FIRST EXPOSURE TO DATING & SEX: _____

ATTITUDE ABOUT SEX: _____

HX OF SEXUAL FUNCTIONING (OVERALL/CURRENT): _____

PSYCHOLOGICAL HISTORY

INPATIENT FACILITY & DOCTOR:                DATES/LENGTH:

OUTPATIENT PRACTIONERS: *Carley Rhode, MA.*    DATES/FREQUENCY: *1 X wk for 3yrs –*

HX OF COT?: _____

OUTCOME OF TX (PSYCHOTROPICS/DIAGNOSES): _ _____

TX COMPLIANCE/BENEFIT: _____

CURRENT MEDICATION(RX, NON-RX, HERBS): *Ativan (.mg. 25.mg. Zoloft  100 mg. Seroquel )*  *Dr. Belogia*

CURRENT COMPLIANCE (LAST DOSAGE): _____  *Dr. Perry*

FAMILY HISTORY OF ABUSE/MENTAL ILLNESS/SUBSTANCE USE: *G.F. Alcoholic; Aunt (mom's sister) bing*  *WVH*

TEMPER/ANGER (DTO: EASILY AGITATED, LOSE CONTROL): *NO – Cry –*

*always See The Best in people
Anger is a Sin – Forgive
& Let*

## PSYCHOSOMATIC SYMPTOMS

**HEADACHES:** _No_          **DIZZINESS:** _No_
**BACKACHES:** _?_          **PALPITATIONS:** _?_
**STOMACH/GI SX:** _?_          **FATIGUE:** _?_
**ALLERGIES:** _?_          **NUMBNESS:** _?_

**SLEEP DISTURBANCES:** _S.I. – Stress / use nightmares._

**CHANGES IN APPETITE:** _?_

## PSYCHOPATHOLOGICAL SYMPTOMS

**HALLUCINATIONS:** _No_

**DELUSIONS:** _No_
**PARANOIA:** _?_
**GRANDIOSITY:** _No_

**DEPRESSION:** _Yes – S.I. – / S.A._

_Cut my arm inside_

**DTS:**
**MANIA:** _elbow – since being in_

**PANIC/AGORAPHOBIA:** _Cal. After being_
**PHOBIAS:** _?_
**OBSESSIONS/COMPULSIONS:** _Sexuest_ _?_
**PTSD:**
**GAD:** _severing_ _?_

**SEXUAL DYSFUNCTIONS:** _fear a dislike of Intercourse._
**PARAPHILIAS:**
**GENDER ID:** _Female_ _?_

**ANOREXIA:**
**BULIMIA/BINGE:** _No_

**INTERMITTENT/EXPLOSIVE:**
**PYRO/KLEPTO/TRICHO/GAMBLING:**
**DISSOCIATION/UNREALITY:**

**PERSONALITY D/O (STRENGTHS/WEAKNESSES):**

_Started Embell. from job . ) fired_
_Stole $18000 in 4 yrs – // from job_

## MEDICAL AND NEUROLOGICAL

**CURRENT GENERAL HEALTH:** _MRS~_
**HEALTH HX (ILLNESSES, OPERATIONS, ACCIDENTS):** _____

_____

**HX OF NEUROLOGICAL INJURIES/PROBLEMS:** _NO_

**COGNITIVE FUNCTIONING/MEMORY:** _____

**OTHER UNTREATED PAIN/COMPLAINTS:** _NO_

### SUBSTANCE USE

**AGE STARTED ALCOHOL:** _21_
**USUAL TYPE OF ALCOHOL:** _Wine Coolers_
**AVERAGE, PEAK, LONGEST WITHOUT:**

_Intox 3 to 4 X 3 in life_
**ROUTINE:**
**EFFECTS (INTOX, BLACKOUTS, SOC/OCC FUNCTION, TOL/WITHD):** _____

**CURRENT USE (LAST 30 DAYS):** _____

**AGE STARTED DRUGS:** _No_
**TYPES OF DRUGS:** _____

**AVERAGE, PEAK, LONGEST WITHOUT:** _____

**ROUTINE/PARAPHERNALIA:** _____

**EFFECTS (BLACKOUTS, SOC/OCC FUNCTION, TOL/WITHD):** _____

**CURRENT USE (LAST 30 DAYS):** _____

**CAFFEINE INTAKE:** _No_
**CIGARETTE USE:** _1-2 mons_
**OVERALL DRUG OF CHOICE:** _mons_
**TREATMENT:** _No_

## CRIMINAL/LEGAL

**JUVENILE ARRESTS:**      **DATE:**      **DISPOSITION:**

*No*

**ADULT ARRESTS:**      **DATE:**      **DISPOSITION:**

*1st Time*

**WEAPONS (TRAINING, BELIEFS, OWN?):** *No — should had guns & knives ...*

**FAMILY HX OF CRIMINAL BEHAVIOR:** *Father in prison for violation*

**FUNCTIONING IN JAIL:** *I Adjusted — Either Sink or Swim —*

**LITIGATION HISTORY:** _____

## CURRENT FUNCTIONING

**LIVING SITUATION/OTHERS IN HOME:** *Jail*

**DAILY ROUTINE:** _____

**CURRENT INTERESTS (FREE TIME):** _____

**CURRENT PEER & SUPPORT GROUPS:** _____

**STRESSES (LEGAL/FINANCIAL PROBLEMS):** _____

STATEMENTS

Married Joe (Age 26) Wendi (28) 1994

married in Casa Grande —

Religious conflict over church —

finally running was ok — marriage

was better both felt the change —

we didn't have to put on "airs"

turned into we were — it was fine

for me — use to things out + his finances

got touch to mine — He had a

Career Chg. — was welding — then

auto re placement (6 mos) — got a

loan — started Soc's Upholstery Repair

tended a house — moved to the farm

to a small old store, she helping —

take d there, until March '98 —

has my 1st child in store —

9 months a marriage — He was fun.

we got it filled — then it come back ——— 1996

but a good bus. manager — He said

the money the pleasure things — then I

had to put money in the business from

my job — that whatever by deb't —

felt responsible for our happiness, "what

more can I do" Stole $8,000

**RULE 11/26.5**

**UNDERSTANDS CHARGES:** *[handwritten]*

*[handwritten lines]*

**UNDERSTANDS PLEAS (G/NG):** *[handwritten]*

**UNDERSTANDS COURT ROLES:** *[handwritten]*

*[handwritten lines]*

**ABILITY TO HELP LAWYER:** *[handwritten]*

*[handwritten lines]*

**UNDERSTANDS CONSTITUTIONAL RIGHTS:** *[handwritten]*

*[handwritten lines]*

**UNDERSTANDS WAIVER OF RIGHTS WITH GUILTY PLEA:** _____

**COMPETENCE TO STAND TRIAL:** _____

**COMPETENCE RELATED TO MEDS?:** _____

**AMENABILITY TO TREATMENT:** _____

**DANGER TO COMMUNITY:** _____

**(IF REQUESTED) MENTAL STATUS AT OFFENSE:** _____



# MMPI-2™ Minnesota Multiphasic Personality Inventory-2™

## Profile for Validity and Clinical Scales

FEMALE

Name Wendi Andriano
Address
Occupation
Education                          Age          Marital Status
Referred by
MMPI-2 Code
Scorer's Initials

Product Number 24001



# MMPI-2™  Minnesota Multiphasic Personality Inventory-2™

The VRIN scale consists of 49 pairs of specially selected items. The members of each VRIN item pair have either similar or opposite content; each pair is scored for the occurrence of an inconsistency in responses to the two items. The scale score is the total number of times item pairs are answered inconsistently. (Refer to the *MMPI-2 Manual for Administration, Scoring, and Interpretation* for directions on interpreting scores.)

**Directions for scoring:**

1. Transfer responses to the item pairs from the answer sheet to the recording grid on the right by blackening in the appropriate circle:
   Example: If response to item 6 was false   6   Ⓣ●

2. Place the scoring template VRIN-1 over the grid; in the blank provided in the third column, enter a "+" (plus sign) for each item pair in which both template boxes show a blackened response.
   Example: The response 3 ●Ⓕ   39 ●Ⓕ   would receive a "+" because both boxes of the scoring template show a blackened response.

3. Do the same for scoring template VRIN-2.

4. Total the +'s and record the total score.

Form for use with the MMPI-2 test as published and copyrighted by the Regents of the University of Minnesota. All rights reserved. Distributed exclusively under license from the University of Minnesota by NCS Pearson, Inc., P.O. Box 1416, Minneapolis, MN 55440.
800-627-7271  http://assessments.ncspearson.com
Printed in the United States of America.
"MMPI-2" and "Minnesota Multiphasic Personality Inventory-2" are trademarks of the University of Minnesota. The NCS Assessments logo is a trademark of NCS Pearson, Inc.

Product Number
24007

VRIN Total  10



# MMPI-2

**Minnesota Multiphasic Personality Inventory-2™**

The TRIN scale consists of 20 pairs of items that are opposite in content. If a subject responds inconsistently by answering True to both items of certain pairs, one point is added to the TRIN score; if the subject re-sponds inconsistently by answering False to certain item pairs, one point is sub-tracted. (Refer to the *MMPI-2 Manual for Administration, Scoring, and Interpretation* for directions on interpreting scores.)

**Directions for scoring:**

1. Transfer responses to the item pairs from the answer sheet to the recording grid on the right by blackening in the appropriate circle:
   Example: If response to item 3 was false   3 ⓉⒻ

2. Place the scoring template TRIN-1 over the grid; in the blank provided in the third column, enter a "+" (plus sign) for each item pair in which both template boxes show a blackened response.
   Example: The response 3 ●Ⓕ   39 ●Ⓕ   would receive a "+" because both template boxes show a blackened response.

3. Count the number of "+"s and enter the TRIN-1 total.

4. Place the TRIN-2 scoring template over the grid; in the blank provided in the third column, enter a "-" (minus sign) for each item pair in which both template boxes show a blackened response.

5. Count the number of "-"s and enter the TRIN-2 total.

6. Subtract the TRIN-2 total from the TRIN-1 total and enter the result.

7. Add 9 points to obtain the TRIN total.
   Example:  TRIN-1 total      2
               TRIN-2 total     −1
                                  1
                                 +9
               TRIN Total       10

| | | | | | |
|---|---|---|---|---|---|
| 3 | ⓉⒻ | | 39 | ●Ⓣ | ___ |
| 9 | ●Ⓣ | | 56 | ⓉⒻ | ___ |
| 12 | ⓉⒻ | | 166 | ●Ⓣ | ___ |
| 40 | ⓉⒻ | | 178 | ⓉⒻ | ___ |
| 48 | ⓉⒻ | | 184 | ●Ⓣ | ___ |
| 63 | ⓉⒻ | | 127 | ●Ⓣ | ___ |
| 65 | ⓉⒻ | | 95 | ●Ⓣ | ___ |
| 73 | ●Ⓣ | | 239 | ⓉⒻ | ___ |
| 83 | ●Ⓣ | | 268 | ⓉⒻ | ___ |
| 99 | ⓉⒻ | | 314 | ●Ⓣ | ___ |
| 125 | ⓉⒻ | | 195 | ⓉⒻ | − |
| 140 | ⓉⒻ | | 196 | ⓉⒻ | ___ |
| 152 | ●Ⓣ | | 464 | ⓉⒻ | ___ |
| 165 | ●Ⓣ | | 565 | ⓉⒻ | ___ |
| 209 | ⓉⒻ | | 351 | ●Ⓣ | ___ |
| 262 | ●Ⓣ | | 275 | ⓉⒻ | ___ |
| 265 | ⓉⒻ | | 360 | ●Ⓣ | ___ |
| 359 | ●Ⓣ | | 367 | ⓉⒻ | ___ |
| 377 | ●Ⓣ | | 534 | ⓉⒻ | ___ |
| 556 | ●Ⓣ | | 560 | ●Ⓣ | + |

TRIN-1       1

− TRIN-2     1

−            0

             +9

TRIN TOTAL   9

Form for use with the MMPI-2 test as published and copyrighted by the Regents of the University of Minnesota. All rights reserved. Distributed exclusively under license from the University of Minnesota by NCS Pearson, Inc., P.O. Box 1416, Minneapolis, MN 55440.
800-627-7271   http://assessments.ncspearson.com
Printed in the United States of America.
"MMPI-2" and "Minnesota Multiphasic Personality Inventory-2" are trademarks of the University of Minnesota. The NCS Assessments logo is a trademark of NCS Pearson, Inc.

A B C D 2000

Product Number
24007

## Part II

**Instructions:** Complete the following by filling in either a number or a letter for each dash ( _____ ). Do the items in order, but don't spend too much time on any one item.

**EXAMPLE:** A B C D _E_

(1) 1 2 3 4 5 _6_

(2) white black   short long   down _u_ _p_

(3) AB . BC   CD   D _E_

(4) Z Y X W V U _T_

(5) 12321   23432   34543   456 _5_ _2_

(6) NE/SW   SE/NW   E/W   N/ _S_

(7) escape   scape   cape _a_ _p_ _e_

(8) oh ho   rat tar   mood ___ _a_ _a_ ___

(9) A Z B Y C X D _W_

(10) tot tot   bard drab   537 _7 3 5_

(11) mist is   wasp as   pint in   tone _o_ _n_

(12) 57326   73265   32657   26573 _6 5 7 3 2_

(13) knit in   spud up   both to   stay _a_ _t_

(14) Scotland   landscape   scapegoat _g_ _o_ _a_ _t_ ee

(15) surgeon 1234567   snore 17635   rogue _1 5 3 7 6_

(16) tam tan   rib rid   rat raw   hip _b i t_

(17) tar pitch throw   saloon bar rod   fee tip end   plank _t a b l e_ meals

(18) 3124   82   73   154   46   13 _42_

(19) lag leg   pen pin   big bog   rob _r u b_

(20) two w   four r   one o   three _L_

IQ~110

### Summary Scores

| | | | | |
|---|---|---|---|---|
| V: Raw _32_ | T_____ | A: Raw _36_ | T_____ | Total: Ra _68_ | T_____ |
| CQ: _____ | AQ: _____ | Est. IQ: _____ | | |

1
2
3
4
5
6        SUPERIOR COURT OF ARIZONA
         COUNTY OF MARICOPA
7
8
9    State of Arizona,                    )
                                          )
10                      Respondent,       )    No. CR2000-096032-A
                                          )
11       vs.                              )    **DECLARATION OF**
                                          )    **G. DAVID DELOZIER**
12                                        )
     Wendi Elizabeth Andriano,            )
13                                        )    (Assigned to the Hon. Douglas Rayes)
                        Petitioner.       )
14                                        )
                                          )
15   ─────────────────────────────────── )

16
17       1.      I served as counsel to Wendi Andriano during her first degree murder trial in

18   connection with the death of her husband, Joseph Andriano.

19
20       2.      Prior to Wendi's case, I had never tried a death penalty case. I had some

21   criminal defense experience starting in the mid-1990s, including some felony cases. I also

22   played a secondary role in a couple second-degree murder cases in the late 1990s, similar

23   to the role I ultimately assumed in Wendi's case. I had never worked on a criminal matter

24   comparable to the magnitude of Wendi's case.
25
26       3.      The Public Defender's Office initially represented Wendi along with *Knapp*
27   counsel Leon Thikoll. I assumed representation of Wendi's case on December 2, 2000,
28
MADl_2575622.1

1   after speaking with Pastor Andrew Cunningham, a friend of the Ochoas. For several

2   months in early 2001, I had sole representation of Wendi, taking over for both Attorney

3
    Thikoll and the Public Defender's Office. The Public Defender's Office resumed the lead
4
5   role in the case in mid-2001, when it became clear that the cost and expense of the case

6   would be prohibitive for Wendi and her family to pursue with privately retained counsel.

7
8       4.      Prior to the Public Defender's resumption of representation in mid-2001, I

9   sought the appointment of experts and was actively involved in the preparation of the case.

10
11      5.      My active involvement in the case ceased when the Public Defender's Office

12   resumed primary responsibility for the case in mid-2001. Dan Patterson was the attorney

13   assigned to Wendi's case from the Public Defender's Office, and from our first meeting in

14
     September 2001 forward, I understand that my role was to be passive—providing
15
16   assistance on discrete tasks when requested by Attorney Patterson—rather than taking the

17   lead on any aspects of the pre-trial preparation or investigation. From that time forward, I

18   did not assume responsibility for any tasks related to Wendi's case unless Attorney

19
20   Patterson asked for my assistance. Because I viewed my role in the case as limited to

21   tasks that Attorney Patterson assigned me, I did not continue to pursue my own

22   investigation of the case after Attorney Patterson's appointment.

23
24      6.      Attorney Patterson rarely requested my assistance in Wendi's case. He only

25   met with me a few times total between our first meeting in 2001 until Wendi's trial in

26   August 2004, and he rarely communicated with me by phone. Attorney Patterson

27   frequently failed to return my calls and correspondence when I attempted to contact him

28
                                                    2
MADI_2575622.1

1    about Wendi's case.  Attorney Patterson did not inform me which witnesses he wanted me

2    to examine until after the trial was underway.

3

4        7.    As a result, I worked on very limited, discrete tasks in the months leading up

5    to the trial.  My billing records indicate that I spent a total of 36.35 hours working on the

6    case during a seven-month time period (December 2003 through June 2004) prior to trial.

7

8        8.    I communicated with Wendi regularly during the time leading up to trial.

9    These meetings were primarily to discuss topics unrelated to her case, such as family and

10   our belief in God.  I viewed my role with Wendi as a combination of an attorney and a

11

12   spiritual counselor.  One of the primary goals of my meetings with Wendi was to provide

13   psychological and religious support.  Because I was not routinely kept "in the loop" on

14   case strategy and progress by Attorney Patterson, I generally did not communicate with

15

16   her regarding matters relating to the substance of her case.

17

18       9.    I fasted during Wendi's trial to provide spiritual insight.  I went 70 days

19   without eating any solid food, although I did consume fruit juices during this time.

20

21       10.   An attorney that worked in my law firm, Justin Blair, was murdered during

22   Wendi's trial.  I was devastated by this loss and found it very difficult to focus on Wendi's

23   case after this happened.  I believe that this loss also greatly affected my concentration and

24   performance during the trial.  Additionally, Mr. Blair's death was disruptive because Mr.

25   Blair had assisted me with Wendi's case, both by performing legal research and helping

26   me prepare for direct examination of the defense witnesses.

27

28                                              3

MADI_2575622.1

11.     On at least one day during the trial (October 20, 2004), I felt weak to the extent that I began trailing off toward the end of my direct examination of William Joe Collier, a witness who testified regarding sodium azide, and realized that I was unable to follow along during the prosecutor's cross-examination of Mr. Collier. Midway through the cross-examination, Attorney Patterson recognized that I was feeling ill and asked the Court to adjourn early.

12.     Attorney Patterson requested that I be the principal lawyer involved in preparing and presenting Wendi's mitigation case in the spring of 2004. Attorney Patterson did not participate in preparing or presenting the mitigation case until after the verdict.

13.     I met with some of Wendi's friends and family to research the mitigation case and then narrated a Power Point prepared by Scott Mac Leod with photographs of Wendi during the mitigation case. I initially requested that Donna Ochoa, Wendi's mother, write the script for the Power Point. Donna recommended that a family friend, Cindy Schaider, write the script, which I later read during the Power Point.

14.     I only met with Scott Mac Leod, the mitigation specialist from the Public Defender's Office, a few times before Wendi's trial and had minimal contact by phone. When I did see him, he appeared tired and preoccupied. Other than Scott's preparing the slides for the Power Point presentation I narrated, we did not coordinate on the mitigation portion of the case.

MADI_2575622.1

4

15.     I was aware of information while preparing for trial that suggested that Wendi had mental health problems and a history of childhood sexual abuse. For example, I communicated with Kandi Rohde, a mental-health counselor who treated Wendi during her pre-trial incarceration. Wendi authorized Ms. Rohde to communicate to me information disclosed during her counseling sessions, and Ms. Rohde frequently contacted me regarding her concerns about Wendi's mental health. On February 19, 2001, Ms. Rohde sent me a letter urging that I pursue a psychiatric consultation for Wendi. Ms. Rohde's February 19, 2001 letter is attached as Exhibit A. Ms. Rohde's letter indicated that Wendi displayed symptoms of a personality disorder and emphasized that Wendi's mother had reported that Wendi was sexually abused by her paternal grandfather. *See* Ms. Rohde's February 19, 2001 letter at p. 1.

16.     Ms. Rohde also sent me a letter on March 12, 2001, which is attached as Exhibit B. In her letter, Ms. Rohde reported that she believed Wendi had been sexually molested by her paternal grandfather as a child and that Wendi suffered from depersonalization disorder, dissociative amnesia, and a personality disorder and asked that I seek a psychological examination of Wendi. *See* Ms. Rohde's March 12, 2001 letter at p. 1-2.

17.     On several occasions, Ms. Rohde sent me her notes from the counseling sessions, including sessions held on September 29, 2003 and October 2, 2003. Ms. Rohde's notes from the sessions are attached as Exhibit C. These sessions occurred shortly after Wendi attempted suicide, requiring emergency medical treatment and

5

placement in a psychiatric facility. Ms. Rohde's notes from these counseling sessions detailed Wendi's psychiatric symptoms of anxiety and distress. *Id.*

18.    Dr. Jack Potts conducted a competency evaluation of Wendi in March of 2001. Dr. Potts' competency report, which I received prior to Wendi's trial, is attached as Exhibit D. Dr. Potts' report noted Wendi's depression and memory problems, urging that Wendi's mental health be independently evaluated. *See* Dr. Potts' Report, p. 2-3.

19.    I was not aware that Dr. Richard Rosengard had performed an additional competency evaluation of Wendi in August of 2002.

20.    Dr. Michael Bayless conducted a psychological evaluation of Wendi for the prosecution and issued a report dated August 4, 2004, which I received prior to Wendi's trial. Dr. Bayless's report is attached as Exhibit E. In his report, Dr. Bayless diagnosed Wendi with depressive disorder and personality disorder with antisocial and borderline traits. *See* Dr. Bayless's Report, p. 9. Dr. Bayless also noted that Wendi reported a history of childhood sexual abuse by her paternal grandfather and biological father, and that Wendi's biological father was currently in prison for child molestation of his step-daughter. *Id.* at 2.

21.    I was generally aware that Wendi was taking psychoactive medications prior to and during trial. I did not monitor her medications.

22.    I was also aware of Wendi's grueling schedule during the trial. Each day during her trial, Wendi was required to wake up at 1:00 a.m. to prepare to be transported to

6

MADI_2575622.1

Madison Jail, where she was held from 2:20-7:30 a.m. in a holding cell. At 7:30 a.m., Wendi was transported to Mesa Courthouse. Wendi reported difficulty getting adequate sleep and exhaustion during her trial. Wendi was also provided only two meals each day during her trial – one at 3:00 a.m. and one at 6:30 p.m. Wendi reported hunger during her trial. A handwritten note by Wendi from during her trial detailing her daily schedule is attached as Exhibit F. A letter from Wendi's healthcare providers during her incarceration at Durango Jail, expressing concern regarding her lack of adequate meals, is attached as Exhibit G.

23.     I did not investigate Wendi's personal and family history of mental health problems or engage a psychiatrist or neuropsychologist to evaluate Wendi's mental health. I sent copies of some of Kandy Rohde's notes regarding Wendi's mental health to Attorney Patterson, but he did not ask me to follow up. I know of no strategic reason for not investigating Wendi's personal and family history of mental health problems.

24.     I did not investigate Wendi's history of possible childhood abuse. I know of no strategic reason for not investigating childhood abuse of Wendi.

25.     I provided several boxes containing true and correct copies of documents from my file relating to Wendi's case to her post-conviction relief counsel. All materials provided (except for post-trial materials) were available to me at or before the time of Wendi's trial.

26.     I declare under penalty of perjury that the foregoing is true and correct.

7

MADI_2575622.1

1    DATED this 7th day of June, 2011

2

3                                   _____
                                    David DeLozier
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MADI_2575622.1

                                    8

FROM : G. David DeLozier,P.C.        PHONE NO. : 602 867 5894        Feb. 21 2001 12:47PM P2

Feb-21-01 07:28A                                          310 836 0695            P.01

H. Kandy Rohde, CPC<br>
5507 East Shea Blvd.<br>
Scottsdale AZ 85254<br>
(480) 443-9313

Law Offices of G.David DeLozier
4016 East Forest Pleasant Place
Cave Creek, AZ 85331

February 19, 2001

Dear Mr. DeLozier,

    I have been meeting with Wendi Andriano, and I recommend that a psychiatrist be called in to examine her. I believe that her willingness to give up her will to others is a symptom of some kind of personality disorder. I also suspect that her defense system includes dissociation. Her mother's reference to possible abuse by Wendi's paternal grandfather could be the origin of that dissociation. The intense sense of peace she describes since her arrest is sufficiently inappropriate to cause me to ask for collaboration from another professional.

    It would assist me greatly in diagnosis and treatment if she could be evaluated by a psychiatrist. Ideally I would like to have him or her administer personality tests and perhaps interview Wendi under hypnosis. I would also hope she could be evaluated for medication.

    Please let me know if this is possible and if I can confer with the professional she chooses. Thank you.

Sincerely,<br>
H.Kandy Rohde, CPC

EXHIBIT
A

H.Kandy Rohde
Certified Professional Counselor
5507 East Shea Blvd.
Scottsdale AZ 85254
(480) 443-9313

Law Offices of G.David DeLozier
4016 East Forest Pleasant Place
Cave Creek AZ 85331

March 12, 2001

Dear Mr. DeLozier,

      I have been meeting with Wendi Andriano since January 9, 2001. I have
seen her for eight sessions of counseling totally thirteen and one half hours. I suspect that
she was molested by her natural father and/or grandfather when she was less than four
years old. She seems to have begun dissociating as a defense beginning as a very young
child and continuing until today. She told me that she has no trouble remembering events
in her life, even stressful events, yet when I asked her about her childhood, her marriage
and her imprisonment she was unable to recall large sections of her history. After I
brought that to her attention, she spoke to her mother who said that Wendi habitually
"forgot" anything that was unpleasant. She said that, as a child, Wendi would go sit in a
large closet to disappear from anything that she found stressful. Wendi said that she
found life easier if she "didn't think about things as upsetting." Wendi reports being
content in jail and says that she does not worry about the ultimate possibilities that
threaten her. Wendi describes the weeks prior to Joe's death as a time in which she felt
detached from her own feelings. She said she could see herself and questioned her lack
of feeling, but still had no feelings.

      In addition to my belief that she is the victim of sexual molestation and that she
suffers from Depersonalization Disorder as well as Dissociative Amnesia, I believe she
exhibits the symptoms of the Cluster C Personality Disorders. She seems to have
desperately needed the relationship with Joe, and she was willing to give up her friends,
freedom and individual choice to be with him. She was preoccupied with complying
with his requirements and drove herself to exhaustion meeting his demands. She would
take on every task to keep him from becoming frustrated and angry. She would sacrifice
her identity and social life to fit in with his expectations. She has a deep fear of
confrontation and she spent her life keeping him from yelling at her. She believed that if
she always complied with his wishes, he would be nice to her. She rationalized this by
saying to herself that his expectations were reasonable and that she deserved his anger
when she did not meet his expectaions.

      I believe she was the victim of emotional abuse as well as some physical abuse
during her marriage. I think she was able to cope by dissociating and rationalizing. She

007110


EXHIBIT
B

became more and more isolated from her friends and family to please him and because she was ashamed and wanted to paint the best possible picture of her marriage.

I think Wendi suffers from serious psychological disorders and am anxious to have examined by another professional for a second opinion. If I can be of assistance to that person, please let me know. I intend to continue seeing Wendi. Our goals are to help her learn to establish and enforce boundaries so that she can live a life defined by her standards rather than giving herself up to others.

Sincerely,

H. Kandy Rohde, CPC

007111

Sep 30 03 05:14p                    4803680704           p.1

*To David*
*From Kandy*   {  CONFIDENTIAL

giving herself up another is codependency and as long as she was asking Robin for the
things that Wendi needs it is not that. She said that she had been in a spiteful adolescent
drama with Robin and acknowledged that it was a power struggle. This seems
appropriate for Wendi because the struggle for power is conscious and she does not feel
guilty trying to get something for herself even when Robin calls her selfish. Wendi cried
and said it had been very unpleasant. I urged her to speak frankly with Robin, not to give
herself up and not to get even if she feels like Robin is engaging in a power play. I asked
to call me if there is any physical violence because I believe it is mandatory that Wendi
not befriend anyone who might abuse her physically. She agreed. She asked me to return
in a week.

September 24, 2003  12:30-1:30

Met with Wendi in contact booth. She said that she had asked David to help Laurie
Warren her former roommate and she was worried that Laurie had not met him this
morning. Wendi said that Laurie had said that she would help Wendi in exchange. It
seems that Wendi is trusting people unworthy of her trust. I asked if she were prepared to
be disappointed and she cried. I suggested that she be aware of the differences between
the jail culture and the outside culture. She said that she still knew how she was and
would be able to return to a less threatening dramatic world. Will speak to Dave. Wendi
said that Dr. Garcia has still not returned. I am concerned that she needs to see him to cut
the ativan down from the 4 mg she is now taking.

September 29, 2003  6:15 pm -8:15 pm

Received a call from David that Wendi was in the psych ward at Durango after a suicide
attempt. Met with Wendi face to face in psych ward. She was very thin and pale. Her

000364

EXHIBIT
C

4903680704

P.2

hands were cold. She cried on and off, but generally seemed possessed. She said that she had reached her breaking point with Robin and her clique who were manipulating and threatening her. She said that she had begun to feel anxious and upset Wednesday night. She said that Baby was in the next pod and she had been talking to her through the glass. She said that Robin had become angry and possessive. Wendi said that she could not ignore Robin anymore. She said that she asked the guards to get her out. She asked to be transferred to the pod that Baby was in. The guard agreed to put Wendi in voluntary lock down until an evaluator could come and see if it would be safe to drop the "keep away" from Baby. Wendi said that by the third day she feared that she would be left in lock up indefinitely. She said that she was terrified of an extended stay there because of the emotional strain of the last time she had been in solitary. The last time she was in for 30 days and the guards threatened her with 90 days if she ever went back again. It seemed at the time that the indeterminate sentence along with the lack of a valid reason for isolating her made her feel out of control of her own life. Wendi tries to find ways of coping that allow her to feel that there is some order to her life. She seems to become anxious when she perceives chaos. Wendi asked a guard whom she trusted to check her file and see when the evaluator was coming. The guard found out that Wendi was in involuntary lock down and no evaluator was scheduled. Wendi said that the confirmation of her worst fear set off an extreme sense of anxiety. She said that she felt trapped and could think of no way to manage her anxiety. She said that she tried listening to Christian music and praying, but that when the commercial came on she could no longer distract herself. She said that she calmly wanted to die. She said that she intentionally cut the vein at the fold of her elbow. She said that she had looked at pictures of her children and had written a

060365

Sep 30 03 05:14p

·⌐03680704         P.3

letter and had not cried.  She said that she felt peace about escaping the angst.  Wendi
said that she watched the blood seep out and puddle calmly thinking that she wondered
how long it would take.  She said that she passed out at some point and woke up with
bright lights in her eyes.  She said that she was given blood and fluids in the hospital and
was sent back on the bus to Estrella jail.  She said that she had cut herself Saturday (late
afternoon?) and had been in jail that night.  Wendi said that she slipped in and out of
consciousness on the bus.  She said that they took her back to Durango to the psych
hospital.  At the hospital she was questioned by a nurse (?).  The nurse spoke abusively to
Wendi and insisted that Wendi stop blaming others for her suicide attempt.  She put
Wendi into a black molded restraint chair at about 5 a.m. Sunday.  Wendi said that she
had urinated on herself while she was unconscious.  She said that she was cold and weak.
She said that the woman left her in the restraints for 6 hours during which she would
return and ask Wendi to admit responsibility.  Wendi said that she could not move at all
in the chair.  She said that her body was held in a painful posture as she waited without
knowing if and when the treatment would end.  She said that she got no water or food and
she felt weak, frightened and angry.  She said that she tried to reason with the woman, but
that she would not listen to Wendi's explanation.  Wendi said that at 11 a.m. she was
taken out of the restraint chair and was put in four point restraint on a cot.  She said that
this was also painful and that she could not sleep.  She said that a doctor came out to see
her and remove two of the restraints so that she could move enough to sleep.  Wendi said
that she tried to tell the hospital staff that she was not suicidal and that this was an
impulsive act.  She said that she felt like she was treated like a trouble maker rather than
someone in distress.

8⌐⌐3⌐6

Sep 30 03 05:15p                               703680704                    p.4

I spoke to the nurse on duty and the social worker (Laura). The nurse said that Wendi's
medical records were at Estella not Durango. I asked if they were aware of the fact that
Wendi had been prescribed 4 mg of ativan. They said that she was on 1mg twice a day.
Wendi told me that they had cut her ativan from 4 mg to 2 mg on Wednesday. That was
the day she began feeling unable to handle the anxiety. It seems that she would have
been feeling rebound anxiety from the cut in her ativan which could reasonably have
made it impossible to cope with the social stress of the pressure from Robin and her
crowd as well as the fear of indefinite involuntary lock down. Laura assured me that Dr.
Garcia was back and would handle Wendi's case at Estrella. Wendi said that she was
cold and had asked for an extra blanket, but that they did not have her records authorizing
another blanket. I asked the nurse and she said that she would write the request. She also
said that Wendi was getting 2 prenatal vitamins as well as 2 mg of ativan and a seroquel
for sleep. I am concerned that Wendi's weight is very low and she needs food water and
rest to regain her health. Wendi said that she no longer wanted to die and would not do
anything to hurt herself.

000307

Oct 03 03 11:19a           ANDRIANO      *803680704           p.1

To: DAVID
FROM: KANDY    CONFIDENTIAL

Wendi Adriano October 2, 2003 3:30 – 4:45pm

Met with Wendi at Durango psych unit. She looked puffy and pale when I arrived and said that she had taken seroquel. She said that she had asked the doctors about it and they said that it was from the blood loss. By the end of the session she seemed less swollen. Wendi detailed the time line of the suicide attempt:

She cut her arm about 5 pm Saturday. She was aware of the second shift of guards when and they leave at 11 pm. She was aware of the third shift of guards who come on at 11 pm. She knows that she was in county hospital for some period of time, but she does not know how long. She knows that she told them that she was well enough to be transported back to jail. She remembers being on the bus to Estrella and that she was very cold. The third shift was on when she returned to Estrella. They go off at 5 am. Wendi recalls that she was put in the chair at Estrella at about 5:30 am. She said that she had no food or water since breakfast Saturday. She was locked in the chair until noon. The nurse scolded her several times telling her that she needed to be punished for what she did so she would not do it again. (Therapeutically, this is inappropriate because driving a suicidal person deeper into despair is more likely to increase suicidality.) Wendi said that she told the nurse that this was inhumane. Wendi was taken out of the chair at noon and was told to stand up to get on the bus. She was too weak to stand and a guard (Branson) gave her bread. She ate the bread and was still too weak and he offered milk. Wendi said that she still couldn't stand and was in and out of consciousness. They were trying to chain her to another girl when Wendi fell. She said that she saw the milk on the floor. She said that the guards dragged her up the steps onto the bus. She was wet and couldn't lift her head. She said the transportation guards were saying "hurry and Stand" and she kept saying she couldn't and that she was going to pass out. She said that she was wet and too weak to lift her head so she only looked at the ground. Wendi slept on the bus and felt someone poke his finger into her chest to wake her. She said that they pulled her by the arm off the bus and put her into a wheel chair. When she got to D2 at Durango she got to change her wet clothes. She was four pointed on a cot. Wendi told the nurse what had happened and she got a doctor to look at Wendi. He allowed the restraints to be partially removed (two point) saying

Wendi said that the protocol for a suicide attempt is 6 hours in the chair if the attempt is more drama than suicide. Wendi's blood loss seems to have serious enough that this should have been viewed as a medical emergency as much as a psychiatric one. Punishing suicide attempts seems cruel and counterproductive at any rate.

At this visit Wendi expressed optimism about the trial and the attention she getting from the defense. She said that she finally believes the end is in sight. She said that she has adjusted to the current dose of ativan. I encouraged her to talk to Dr. Garcia about slowing weaning it down some more. She said that she is resting and reading and feels better, but is still extremely weak.

000308

P-App. 002489

# Andriano Trial Schedule

1:00 AM   Wake up, dress, wait for MCSO transportation

2:00 AM   Pickup by MCSO staff, transport to Madison Jail

2:20 AM   Housed in a holding cell; given one sack lunch;
7:30 AM   holding cell only has cold metal beds.

7:30 AM   Pickup by MCSO staff, transport to Mesa Courthouse

8:00   Housed in a holding cell until court time.

8:30 AM   Alternate between holding cell and court room;
5:00 pm   No food available.

5:30 pm   Pickup by MCSO staff, return to Durango Jail

6:30 pm   Dinner is served. Sleep for 5.5 hours; wake up
1:00 AM   and start routine again.

Please Note that food is supplied to inmate by MCSO
at 3:00 AM and 6:30 pm. Due to the rigorous schedule,
this is not sufficient food to allow the inmate to
participate competently in her trial. Inmate has access
to food through a jail commissary; however, MCSO rules
prohibit her from bringing food to court. An exception to
the rules, ordered by your Honor, would solve our

009192

EXHIBIT
F

dilemma. Permission to bring breakfast, lunch, and a snack would serve to meet her needs.

Secondly, Inmate Arellano will only have 5.5 hours to sleep. After arriving at Madison, there are four more hours which could be used for sleeping. Allowing the inmate to bring one blanket would ensure her ability to sleep while waiting in the holding cells. Due to the longevity of the trial, the inmate requires sufficient sleep to avoid physical exhaustion and ultimately mental breakdown.

From:                                          09/01/2004 15:26 #032 P.002



**Maricopa County
Health Services
Department**

David DeLozier, Esq.                                    September 1, 2004
Scottsdale, Arizona

Re: Wendi Andriano
    Booking #A631830

Dear Mr. DeLozier:

As Ms. Andriano's main Healthcare Providers in the Durango Jail, we are concerned
about Ms. Andriano's ability to maintain her physical and mental health throughout the
current period of what appears will be a lengthy and grueling trial. As you might be
aware, because of transportation realities and the logistics of getting Ms. Andriano to and
from the Courthouse, she is subjected to very lengthy periods away from the jail for
several days per week. While she can be fed before leaving and after returning, there is a
lengthy period during the day when she has no access to food. We are requesting that
you assist in arranging permission from the the Mesa Police department for Ms. Andriano
to carry with her on her person three or four food items per day for consumption during
the middle of the day.

Thank you for your assistance in this matter.

Sincerely,

Gerald M. Perry, Psy.D.
Licensed Psychologist

Pamela Drapeau, M.D.
Psychiatrist

Cc: Patient's chart

EXHIBIT
G1

3225 West Durango Avenue • D2 • Phoenix, Arizona 85009 • (602) 256-1959

1
   Di COPPERSMITH SCHERMER & BROCKELMAN PLC
   2800 North Central Avenue
   Suite 1200
2
   Phoenix, Arizona 85004
   (602) 224-0999
   Scott M. Bennett, State Bar No. 022350
3
   FOLEY & LARDNER LLP
   150 E. Gilman Street
4
   Madison, WI 53703
   Telephone: (608) 257-5035
   Fax:       (608) 258-4258
5
   Allen A. Arntsen, Admitted *Pro Hac Vice*
   Stephan J. Nickels, Admitted *Pro Hac Vice*
6
   Matthew R. Lynch Admitted *Pro Hac Vice*

   *Attorneys for Petitioner*
7
   Wendi Andriano

8
                SUPERIOR COURT OF ARIZONA
9
                  COUNTY OF MARICOPA

10

11   State of Arizona,                                  )
                                                        )
12                                 Respondent,          )    No. CR2000-096032-A
                                                        )
13           vs.                                        )    **AFFIDAVIT OF SCOTT A.**
                                                        )    **MAC LEOD**
14                                                      )
     Wendi Elizabeth Andriano,                          )
15                                                      )    (Assigned to the Hon. Douglas Rayes)
                                                        )
16                                 Petitioner.          )
                                                        )
17   _____ )

18

19   STATE OF ARIZONA          )
                                )   SS.
20   COUNTY OF MARICOPA         )

21           SCOTT A. MAC LEOD, being first duly sworn upon oath deposes and states:

22           1.      I an adult resident of Maricopa County. I was employed as

23
     mitigation specialist for the Maricopa County Office of the Public Defender from August
24
     2001 to January 2007, and I served as the mitigation specialist assigned to the defense
25
26   team for Wendi Andriano from April 2004 through her sentencing in December 2004. I

27   have personal knowledge of the matters stated herein.

28
MADI_2583195.1

## PROFESSIONAL BACKGROUND

2.      I joined the Office of the Public Defender in August 2001 as a trial group mitigation specialist. The job of a mitigation specialist is to investigate and compile information relating to the client's background and to present that information to the Court as a basis for a particular sentence the implementation of pre- and post-sentencing plans.

3.      Prior to my work at the Public Defender's Office, I served for two-and-a-half years as a probation officer for Maricopa County. It was common for probation officers to transfer to mitigation specialists; at the time, there were roughly ten mitigation specialists at the Office of the Public Defender, and about half of them were former probation officers.

4.      My educational background was in political science and criminal justice. I did not have any degrees or educational background in social work, sociology, psychology, or other behavioral sciences.

5.      I do not recall any formal, introductory training or programs specific to the mitigation specialist position when I started. As I recall, the training was on-the-job, which may have included some job shadowing of an more senior mitigation specialist.

6.      As a trial group mitigation specialist, I handled mitigation work for standard (non-capital) felonies. When I was assigned a case, I would typically review the police report and other documents, interview the client several times, interview his or her family members, and prepare a report for the attorney to present to the Court. The report would advocate for a particular sentence that usually consisted of a combination of prison and rehabilitative programs or services for the client's reintegration into society.

2

MADI_2583195.1

7.      As a trial group mitigation specialist, I handled roughly 10 to 15 cases at one time. None of my cases involved jury sentencing, and very few went to trial. For those that did go to trial, there was typically a one- or two-month period after the verdict before sentencing by the Court.

8.      Until my work on Wendi Andriano's case, I had never served as a mitigation specialist in a capital case. I had also never worked as a mitigation specialist for a case involving jury sentencing.

9.      I applied for and became a capital case mitigation specialist in June 2004, roughly two months after I was assigned as the mitigation specialist for Wendi Andriano's capital murder case. I do not recall receiving any additional training specific to the role of mitigation in capital cases versus standard felony cases.

10.     There were some differences in the emphasis of my job duties when I became a capital mitigation specialist. Namely, I did not have to write a report advocating a specific sentence to the Court (because there was jury sentencing), and it seemed like the investigation of the client's background was more intensive. Overall, however, I did not view my role as a mitigation specialist any differently; there is nothing that I would not have done in standard felony cases that I would otherwise do in capital cases.

11.     Whether as a trial group mitigation specialist or a capital case mitigation specialist, I took my direction from the lawyers on a particular case. In my view, they were the ones holding the law license, and I deferred to their judgment in all matters relating to mitigation. Generally speaking, the lawyers told me what they wanted in terms of mitigation evidence, and I would investigate accordingly. I believe I had

3

MADI_2583195.1

1  authority to pursue other avenues that counsel had not directed me down, but I would

2  normally raise those potential avenues with the attorneys and receive a go-ahead from

3  them prior to pursuing those areas of investigation on my own.

4

5         12.    I am familiar with the Supreme Court decision in *Ring v. Arizona*,

6  536 U.S. 584 (2002), and I do not recall any changes office-wide or for me personally in

7  my role as a mitigation specialist following that decision. I did not change my approach to

8  mitigation investigation in Ms. Andriano's case as a result of the *Ring* decision. Because I

9

10  viewed the lawyers as responsible for setting overall mitigation strategy and coordination

11  with the other phases of the case, any changes based on *Ring* would have come in the form

12  of different directions and deadlines from them; I would not on my own implement any

13

14  changes in my overall approach in response to the fact that sentencing was handled by a

15  jury rather than a judge.

16         13.    The mitigation specialist position is a 40-hour per week job, and I

17  typically worked 40 hours per week. I do not specifically recall working overtime; if I

18  had, I am fairly certain that I would not have been paid overtime for the extra work.

19

20         **INVOLVEMENT IN WENDI ANDRIANO'S CASE**

21         14.    As noted above, I was assigned to work as the mitigation specialist on

22  Wendi Andriano's case in April 2004, while I was still a trial group mitigation specialist.

23         15.    I do not recall whether my remaining workload was reduced in

24  response to this assignment. I believe I was winding up my remaining standard felony

25

26  cases shortly after becoming a capital case mitigation specialist. At that time, I also took

27  on a few other capital cases besides Ms. Andriano's case.

28                                              4

MADL_2583195.1

16.     My recollection of the work that I did on this case is limited. I remember meeting with Ms. Andriano, as well as her mother and stepfather. I looked through pictures and other documents relating to Ms. Andriano's childhood and prepared a slide show depicting her positive achievements and impact. I also attended the trial. I know that I talked to other people and did more work, but I cannot recall who else I interviewed, how many other people I interviewed, or what other investigation or work I did relating to the case.

17.     I do not recall "scrambling" or rushing to conduct the mitigation investigation in the four months between the time I began working on the case (in April 2004) and the beginning of Ms. Andriano's trial (in August of 2004).

18.     I recall efforts to use the slide show and photographs to describe Ms. Andriano's life, but I do not recall preparing any written, comprehensive life history reports or any documented psycho-social history of Ms. Andriano.

19.     I do not recall investigating any trauma experienced by Ms. Andriano other than domestic violence by Joe Andriano, nor do I recall investigating or analyzing the effect of any early trauma on Ms. Andriano's development.

20.     I do not recall identifying or investigating any childhood abuse of Ms. Andriano.

21.     I do not recall recommending the retention of any experts in the case, or assisting in identifying appropriate experts.

22.     I do not recall providing any social history information to any experts in the case.

5

MADI_2583195.1

23.     The themes for mitigation were provided to me by Dan Patterson; mitigation strategy was always his call, as far as I was concerned.  Those themes included the contention that Ms. Andriano was a victim of domestic violence by her late husband, and that she had a good upbringing and character.  I do not recall working with counsel to include additional themes or facts based on my investigation.

24.     I do not recall investigating any possible explanations for Ms. Andriano's affairs and other seemingly out-of-character actions in the months leading up to the death of her husband, other than domestic violence.

25.     I recall that the defense team had some sense that Ms. Andriano's childhood church/parochial school had what some might consider to be strange teachings, but I did not investigate further because no one on the case asked me to do so.

26.     As a mitigation specialist you always screen for mental health issues, but I do not recall identifying or investigating any potential issues relating to Ms. Andriano's mental health.

DATED this _1_ day of *March* ~~February~~, 2011.

_____
Scott A. Mac Leod

Subscribed and sworn to before me
this _15_ day of February, 2011.

_____
Notary Public, State of Arizona.
My Commission: *Oct 14, 2013*

OFFICIAL SEAL
ROSA RAMIREZ
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Oct. 14, 2013

6

MADL_583195.1

FEB 1 6 2012

1
2
3
4
5
6              SUPERIOR COURT OF ARIZONA
7                 COUNTY OF MARICOPA
8
9    State of Arizona,                    )
                                          )
10                         Respondent,    )    No. CR2000-096032-A
                                          )
11      vs.                               )    **DECLARATION OF**
                                          )    **WENDI ANDRIANO**
12   Wendi Elizabeth Andriano,            )
                                          )
13                                        )
                                          )
14                         Petitioner.    )
                                          )
15   _____    )
16
17      WENDI ANDRIANO, declares as follows:
18                          **OVERVIEW**
19      1.      I retained Attorney David DeLozier to represent me in 2000.  I also retained
20   Attorney Leon Thikoll in 2000, but Attorney Thikoll was not involved with my case after
21   March 2001.
22
23      2.      Attorney Daniel Patterson was assigned by the Public Defenders' Office to
24   represent me in July 2001.  Several other attorneys from the Public Defenders' Office
25   were briefly involved in my case before Attorney Patterson was assigned.
26
27
28
4826-5108-5196.2

3.    Mitigation expert Scott Mac Leod was assigned by the Public Defenders' Office to my case in 2004, after the mitigation expert previously assigned to my case, Patrick Linderman, left the Public Defenders' Office.

4.    I recall meeting with both Attorneys Patterson and DeLozier together once in 2003. I do not recall meeting with Attorneys Patterson and DeLozier together at any other time until 2004, when I met with them together several times both shortly before trial began and during trial.

5.    I do not recall meeting with Attorney Patterson, Attorney DeLozier, and Mr. Mac Leod together until shortly before my trial began.

**ATTORNEY DAVID DELOZIER**

6.    A childhood friend, Jeri Lynn Cunningham, referred me to Attorney David DeLozier because her husband knew Attorney DeLozier from serving on a church board with him. I agreed to meet with Attorney DeLozier at the prison to discuss the possibility of him serving as my defense attorney. Although I was aware that Attorney DeLozier had no experience defending a death penalty case, I agreed to hire him after he told me that God had sent him to help me. I believed that God wanted me to hire Attorney DeLozier to serve as my defense attorney.

7.    I met frequently with Attorney DeLozier during the four years leading up to my trial, but these meetings rarely involved any discussion about my case. Attorney

2

4826-5168-5196.2

1  DeLozier spent most of our meetings discussing God and religion with me. Attorney

2  DeLozier typically brought a Bible to our meetings, which we used for Bible study.

3

4      8.    Attorney DeLozier told me that he believed that God was assisting in my

5  defense case and would not allow me to be sentenced to death. Attorney DeLozier told me

6  that God was involved in many aspects of my case, from small details such as making sure

7

8  that he was able to find a parking space at the jail to more significant decisions involving

9  legal strategy.

10

11      9.    A few months before my trial began, Attorney Patterson informed me that he

12  planned to have Attorney DeLozier perform my direct examination at trial. I told Attorney

13  Patterson that I did not believe that Attorney DeLozier knew enough about my case to be

14  able to perform my direct examination because we had not discussed the details of my

15

16  case during my meetings with him over the last four years. When Attorney Patterson

17  heard this, he told me he would perform my direct examination.

18

19      10.    Prior to trial, Attorney DeLozier told me that he planned to fast during the

20  duration of my trial to seek God's favor and to give him a better spiritual connection with

21  God and to make him more receptive to hearing God's instructions about how to defend

22  my case. During trial, Attorney DeLozier told me that he was not consuming any food and

23

24  was only drinking water and juices. Attorney DeLozier appeared tired and weak

25  throughout my trial, as if he were in a state of prayer during my trial. Attorney DeLozier

26  appeared to lose a significant amount of weight. Attorney DeLozier told me that he had

27  lost so much weight that he had to buy a new suit because his old suits did not fit him.

28

4826-5168-5196.2

11.     An attorney with Attorney DeLozier's law firm was murdered during my trial. Attorney DeLozier appeared very upset about this loss, and appeared to have difficulty focusing on my trial after his death. At one point, Attorney Patterson had to request that the judge adjourn the trial for the day because Attorney DeLozier was so upset about his associate's death that he was unable to concentrate on or participate in my trial.

### ATTORNEY DANIEL PATTERSON

12.     In July 2001, Attorney Patterson was assigned by the Public Defenders' Office to represent me. At the time he was assigned to my case, he was responsible for several other death penalty cases. Shortly after beginning on my case, he was also assigned to represent the defendant in *State v. Roque*. Attorney Patterson told me that the *Roque* case would be very demanding of his time and attention. Therefore, he said that I was "second in line" and that he would not be able to put much time in on my case until *Roque* was resolved.

13.     Attorney Patterson only met with me a few times each year until 2004, when he appeared to increase his attention to my case in preparation for my trial. During 2004, Attorney Patterson met with me much more frequently than he had during 2001-2003 – often several times in one month. These meetings were typically less than an hour long.

14.     Attorney Patterson spent a few hours on one day preparing me for my testimony during the guilt phase. This occurred after my trial had started. Attorney

4

4826-5468-5196.2

1    DeLozier did not attend this meeting and was not involved with preparing me for my

2    testimony.

3

4         15.    The day before I gave my allocution, Attorney Patterson told me that I

5    would need to prepare a statement to read to the jury. Attorney Patterson told me that the

6    purpose of this statement was to ask the jury to have mercy on me and not sentence me to

7

8    death. I wrote part of my allocution when I returned to my jail cell that evening, and

9    completed the rest of it while in transit to the courthouse and while waiting in a holding

10   cell at the courthouse. I showed the statement I had written to Attorney Patterson, who

11   read it and said it was "fine." Attorneys Patterson and DeLozier did not provide any

12

13   suggestions or changes to my allocution and did not have me practice giving my

14   allocution.

15

16                    **MITIGATION SPECIALIST SCOTT MAC LEOD**

17        16.    When I first met with Scott Mac Leod, he asked me to tell him my "life

18   story." I provided a ten-minute summary of my life. I do not recall him asking many

19   follow-up questions about my life story.

20

21        17.    When I met with Mr. Mac Leod, we talked more about gossip regarding the

22   Public Defenders' Office and his plans to go to law school than we discussed my case.

23

24        18.    Mr. Mac Leod told me that the purpose of the mitigation phase was to

25   convince the jury that I was a good person that did not deserve the death penalty. Most of

26   my meetings with Mr. Mac Leod revolved around identifying photographs and topics for a

27

28                                              5

4826-8468-5196.2

1    Power Point presentation that he prepared for the mitigation phase.  Mr. Mac Leod told me

2    that the purpose of the presentation was to show the jury evidence of the good things that I

3    have done during my life.

4

5         19.     During my trial, Mr. Mac Leod expressed frustration to me about how

6    Attorneys Patterson and DeLozier were handling my trial.  He did not identify specifically

7

8    how he believed Attorneys Patterson and DeLozier were providing me with inadequate

9    representation, but stated that he wished he could go to law school because then "all of this

10   stuff would not be happening."

11

12   **MITIGATION INVESTIGATION**

13        20.     Attorney Patterson asked me about my health history.  In response to this

14   question, I told him that I had been prescribed medication for insomnia and anxiety by

15   Joe's oncologist prior to Joe's death.  I told Attorney Patterson that Joe's oncologist

16

17   suggested this prescription because he noticed that I was frequently stressed and tearful

18   during Joe's appointments.  Attorney Patterson told me that he would seek these medical

19   records, although I do not know whether he ever did this.  I also told Attorney Patterson

20   that I saw a counselor in 1996 because of stress and problems at work.  Attorneys

21

22   Patterson and DeLozier and Mr. Mac Leod did not ask me any additional questions about

23   the circumstances surrounding the prescription or counseling I received or about my

24   physical or mental health history.  I would have been willing to provide additional

25   information if requested.

26

27

28

4826-5168-5196.2

6

21.     Attorneys DeLozier and Patterson and Mr. Mac Leod did not ask me to provide any information about the physical or mental health history of my family. I would have been willing to provide this information if requested.

22.     Attorneys DeLozier and Patterson and Mr. Mac Leod did not ask me to provide any information about the backgrounds or childhoods of my mother, father, stepfather, or other family members. I would have been willing to provide this information if requested.

**TRIAL SCHEDULE**

23.     As a result of my transportation schedule during my trial, I felt extremely tired throughout my trial and had difficulty remaining awake and focused while in court or when meeting with my attorneys. During my trial, I was typically woken up at 1:00 a.m. each day to get ready for transportation to Madison Jail from Durango Jail. At 2:00 a.m., I was transported to Madison Jail. At 3:00 a.m., I was given a sack lunch for the day, which was for both my breakfast and lunch. I remained in a holding cell until approximately 7:30 a.m., when I was transported to Mesa Courthouse to attend trial. I returned to Durango Jail around 5:30 p.m. each day. Dinner was served at 6:30 p.m., after which I would try to sleep as much as possible until I was woken up to be transported back to a holding cell in Madison Jail at 1:00 a.m. Although my scheduled varied somewhat throughout my trial, I consistently felt too tired to participate in my representation and trial.

7

4826-5168-8196.2

24.     The sack lunch I was provided at 3:00 a.m. each morning was not enough food for both breakfast and lunch. I was not allowed to eat any food other than that provided by the prison and was not given any additional food during the day beyond what was in the sack lunch I received at 3:00 a.m. As a result, I frequently had difficulty focusing on and participating in my trial and meetings with my attorneys because I was hungry. During trial, I informed Attorneys Patterson and DeLozier that I was consistently tired from lack of sleep and hungry because of insufficient food.

25.     I declare under penalty of perjury that the foregoing is true and correct.

DATED this 13 day of February , 2012.

_____
Wendi Andriano

8

4826-5168-5196.2

## DECLARATION OF CONSTANCE BOYS

I, Constance Boys, declare as follows:

1.      My name is Constance Boys.  Everyone calls me "Connie."  I was born on May 31, 1952 in Oklahoma City, Oklahoma.  My family moved to Phoenix, Arizona when I was four years old.  My son, Lonnie, was born in Phoenix, Arizona in May of 1970.  I married George Carlin in 1973 in Phoenix, Arizona, and shortly thereafter we moved to Casa Grande, Arizona.  I have two daughters with George: Sarah, who was born in 1974, and Rachel, who was born in 1976.  George also adopted my son, Lonnie. I first met Wendi Ochoa in the late 1970s when her family began attending our church.

2.      In about 1976, my then-husband George and I began attending a small church in Casa Grande, Arizona, called "91st Psalm Ministries."  The pastor, Calvin "Cal" Lorts, and his wife, Barbara "Barb" Lorts, were friends of ours − we knew them before they went to Bible school.  At that time, the church was brand new − there wasn't even a building yet, and services were held in Cal and Barb's house.  George and I, along with a few other families, helped Cal and Barb build the church.  We actually laid cement and built walls and that sort of thing.

3.      In 1977, Cal opened a school at the church called "91st Psalm Christian School."  I enrolled Lonnie in that school the same year.  When Sarah and Rachel were school-aged, they began attending school there as well.  Over the years, I also volunteered at the church school two or three days a week.  I worked in the nursery and I taught

Page 1 of 17

*CB*
Initials

kindergarten. I am not certain of the date, but at some point, Wendi Ochoa and her parents, Donna and Alejo Ochoa, began attending 91ˢᵗ Psalm.

4.    Sometime in the mid 1980s, Cal Lorts left the school. He went to start another school up in Phoenix. At that time, the associate pastor, Tom King, took over the church and school. He renamed the church "Harvest Family Church," and the school became "Harvest Christian Academy." We remained at the church, and I remained at the school as a part-time volunteer.

5.    When Cal Lorts first left, the church was different, but not dramatically so. Over the next couple of years, it got progressively worse. In the beginning, Tom's sermons were pretty typical, but they became so harsh over time. The church became very cultish, though it didn't start that way. Everything became so warped.

6.    I remember that Tom King frequently preached that children should be spanked. He encouraged us to spank our children often. I got the distinct impression that he didn't care how old they were – he even spanked teenagers. Nearly every transgression warranted a spanking in Tom King's mind. He quoted scriptures about it, such as, "Foolishness is born in the heart of a child and the rod of correction will drive it far from him." I recall specifically that he quoted scriptures that said that if we spanked our children, they would not die.

7.    Wendi's step-father, Alejo, was the youth pastor at the church. I believe that he held that position before Cal left and that he continued on in that capacity when Tom took over. I think that he was a pervert and I think that everyone else thought so

Page 2 of 17

Initials

too. For years, there were rumors abounding that Alejo was molesting Wendi. Wendi complained about it to other members of the church. I don't remember specifically who knew what, but I do remember that it was generally discussed. I recall hearing that Wendi had told the principal, Mark Keating, and that Mark had gone to Tom about it. When this came out, Wendi wasn't believed. In fact, she was punished for saying it. At that school, corporal punishment was delivered frequently, and it seemed to me that Wendi received a lot of punishment. Wendi was physically punished for saying those things about her father. I recall that, Alejo and Tom King kicked Wendi out of school frequently. During that time, Wendi was put to work doing manual labor on the school and church grounds. The church consisted of a large, ten-acre compound. She was outside chopping weeds all day in the hot sun, instead of attending class. No one was allowed to speak to her. This occurred when Wendi was a teenager or preteen, but I do not recall exactly how old she was.

8.    Alejo constantly made comments and jokes of a sexual nature around children as well as adults. He was inappropriate. I remember that many of the children, when they entered the pubescent stage, complained that Alejo was making sexually inappropriate comments to them. I recall firsthand that he spoke that way to myself and to Cyndee Justus. I recall telling him time and again, "That's not funny, Alejo." He always responded the same way, with something like, "You have a dirty mind Connie, you're the one taking it there." There was always a sexual undercurrent to the things Alejo said. I remember that on one occasion, he said something to me about my breasts,

Page 3 of 17

CB
Initials

and I said, "What makes you think you can say that to me?" We had words over it, and I was pretty mad. But when I mentioned his behavior to other people, they customarily responded, "Oh, that's just Alejo." Everyone knew how Alejo was, but no one seemed to care. Tom King and the church leaders did absolutely nothing about it except punish children if they complained.

9.      I do remember that on one occasion I spoke to my then-husband, George, about Alejo's behavior and George took him aside and told him that he didn't appreciate it. George told me that Alejo apologized, but I was not there so I don't know exactly what transpired between them.

10.      Members of the church were scared of Alejo, especially the children. I believe that, in part, this was because you never knew how he was going to be. Sometimes he was so happy-go-lucky and such a goof-off, and other times he got in these black moods. It was as if there was a dark cloud over him. One minute, he was joking around and having fun, and he actually could be quite funny, and the next moment he was dark and moody and anyone around him was afraid to say or do anything.

11.      I recall that my daughter, Sarah, complained to me about Alejo. She told me that she and her best friend, Lisa Daugherty, were eating popsicles when Alejo made a sexual comment to them. I don't recall exactly what he said, but he made a reference to oral sex. Lisa and Sarah were about fourteen or fifteen years old at that time. I talked to my husband, George, about it and he confronted Alejo. Alejo denied it, and George

Page 4 of 17

Initials

and I went to Tom King. Tom said, "If that was true, God would have told me." That's when I realized just how crazy Tom was.

12. I recall hearing the things that Wendi said about Alejo, and I wondered if there was truth to them. When it happened to my own kid, however, it was a different story. I went to the pastor several times to complain about Alejo's behavior, but he had Alejo's back and covered for him so nothing ever happened to Alejo.

13. While attending the church, I was good friends with the church secretary, Lola Archuleta. I took her daughter, Frances, home with me every day and kept her until Lola got off of work. Frances was a part of my family. I recall being angry about the way that Tom and Alejo treated Frances. She was often disciplined in much the same way as Wendi. They had her outside all the time chopping weeds. I recall indicating to Lola on several occasions that I did not think it was right the way they were treating her daughter. I never came right out and said it because Lola was so tight with Tom and Alejo.

14. Alejo was a very shady individual. I recall that he was constantly putting eye drops in his eyes and eating breath mints to hide his smoking. Wendi had told other kids that her father smoked marijuana, but everyone always covered for him. I knew that he was smoking – you could smell it on him.

15. On one occasion, a teenage boy by the name of Jasper ("JC") Neace found some porn magazines that belonged to Alejo. They weren't just *Playboys* or anything like that – it was really hardcore porn. When JC found them, he went to Tom King about it. Tom King asked Alejo, and Alejo said that he was outside and found them by the trash

Page 5 of 17



Initials

can. He said that he picked them up so the kids wouldn't see them, and brought them to his house, where he had forgotten about them. JC was kicked out of school shortly after that incident. I believed that he was kicked out for reporting this to Tom King, but Tom never just came out and said things like that. When Tom threw someone out of school, he customarily said that it was because they were "rebellious" or had a "bad attitude." He was pretty subtle about his reasons. After JC left the school, he became embittered. That happened to a lot of the kids at the school. They were so turned off by God and Church due to their experience at Harvest that they walked away from Christianity entirely. JC was not a bad kid, but he did a complete 180 when he left the school. He got involved in drugs and he's been in and out of prison for drugs and domestic violence ever since.

16.     Prior to that incident, JC had been really close with Alejo. JC's family was poor. His father didn't live at home, and his mother was trying to raise eight or nine kids on her own. They couldn't afford to pay the school fees, so Cal, and later, Tom, let them come to the school for free. JC worked around the school to help pay for the school fees. He was constantly around Alejo. I think that Alejo was kind of a father figure to him. I'm sure that it was hard for him to tell on Alejo, but he thought he was doing the right thing.

17.     My daughter, Sarah, and her best friend, Lisa Daugherty, were the "wild girls" at the school. They were funny kids. They had the big hair that was popular back then, and they wore a lot of make-up. They were always in trouble, not because they

Page 6 of 17

Initials

were bad kids, but because everything was forbidden.  They were just trying to have a normal childhood, but "normal" wasn't permissible in that environment.  I recall that when Sarah was in eighth grade, she tried bringing some of her friends to the Church. One would think that Tom King would have been appreciative that she was bringing new people around, but instead, he became angry with her.  He seemed very uncomfortable with having new people in his church.  I remember that Tom King referred to my daughter, Sarah, and some other students at the school, as "worldly," because they participated in activities, and had friends, outside the church.  In Tom's mind, this was a sin.  I recall him saying that people who were not a part of our church were "of the world."  Social activities that were not put on by the church were strongly discouraged.

18.     Sarah challenged everything.  She knew what kind of person Alejo was, and she didn't stand for it.  She constantly made him mad.  I recall that he made her write a twenty-page report one time when she was fourteen or fifteen years old.  She was always getting into trouble.  I know that there were numerous occasions when Alejo made her write reports.  I recall that Sarah was so defiant that when Alejo asked her to write a report she wrote the same sentence over and over again.  I don't recall what the report was about, but whatever it was, Sarah just wrote, "This is a report about…" several times.

19.     Sarah was also kicked out of school for approximately three months.  She was caught kissing a boy behind the oleander bushes on the church property when she

Page 7 of 17

_CB_
Initials

was thirteen or fourteen years old.  She brought him to the church – he was not a student at Harvest.

20.    Tom King's sister-in-law, Cyndee Justus, the sister of Tom King's wife, Patricia, worked at the school.  Her husband, Steve Justus was business partners with another man who also attended our church, Dick Herdegen.  Dick Herdegen was also a friend of Tom King's. REDACTED

REDACTED

REDACTED

                                                                                            R Shortly

after that came out, I was in the office with Tom.  I don't remember who else was there, REDACTED
but I heard Tom say something like,
REDACTED

REDACTED                                                                              I

couldn't believe he said that.

21.    REDACTED                                                                              I

think there was a lot of guilt and anger there REDACTED

REDACTED                        .  Cyndee and Steve eventually got a divorce, and though it may

not have been entirely because of that, I know that it contributed.  Dick Herdegen ended

Page 8 of 17

Initials

up leaving the area. REDACTED

REDACTED

22.     Casa Grande was a small town, and our church was a small community inside that small town. For that reason, when some scandal occurred, everyone knew. REDACTED

23.     I recall that several years ago, I had a conversation with Cyndee. We sat down and we talked about the church and how crazy it all was. I'm not going to remember everyone now, but we counted thirteen families that left the school directly because of Alejo. Many people went to Tom about Alejo's behavior, and Tom refused to believe it. He completely rejected it. It sickens me to even think about it.

24.     I recall that, when Wendi was a teenager, something in her changed. Something just wasn't right. I recall my daughter, Sarah, telling me that Wendi had shown Sarah some negligees and lingerie that her father had bought for her. Sarah said, "Isn't that weird?" Those last couple years, it was as if Wendi came to the realization that she just couldn't fight it. She completely gave in, and became "Daddy's little girl" and was always hanging on her father. She always seemed like a free thinking little girl before that, and suddenly she was a model student. She became quiet and withdrawn. I remember that she had the cutest clothes and shoes – all that her dad had purchased for her. He just lavished her with things like that. Of course, everyone at the church said, "Praise God, Wendi finally learned." They said that she had finally "repented" and had "got her life right with God," but I feel that they had finally broken her. She had no one

Page 9 of 17

*CB*
Initials

to turn to. When she reported the abuse that she was experiencing at the hands of her father, she was punished – and punished harshly. I believe that she must have realized that no one was going to help her, and she finally gave in to it – she just threw in the towel, so to speak.

25.     I know that Wendi confided in my son, Lonnie, a lot. Lonnie, however, cannot even talk to me about Harvest – he is too traumatized. He is really bitter. He's forty years old, he's been out of the church for twenty-two years, and he still can't talk about the things he experienced there. To this day, I rarely speak to my son. We don't have a great relationship.

26.     I think my daughters did better than Lonnie because we eventually pulled them out. We sent them to Valley Christian School in Tempe. They got to experience a normal high school. They are both college graduates and are doing well. They seem to have done better than Lonnie.

27.     Lonnie went to Harvest until he was expelled at the end of his junior year of high school. The circumstances surrounding his expulsion are almost laughable to me now. Lonnie was having sex with his girlfriend at the time, another Harvest student by the name of Kim Ethington. He felt guilty about it, and he thought he could talk to Tom. When he did tell Tom, however, he was kicked out of school. I don't recall what started that whole thing, but I remember that there was a big blow-up at the school at that time, wherein Tom was questioning the kids about their relationships. I recall that another girl, Laura Bell, who was a very close friend of Wendi's, was also expelled from school because

Page 10 of 17

Initials

someone had reported to Tom that she was having sex with her boyfriend. For some reason, however, Kim Ethington was not expelled from school – she continued going. I don't know why that was. Lonnie was treated horribly and I feel so badly about it now.

28.     After Lonnie was expelled, we continued going to the church for a year or two, despite my objections. In the church, we were taught that women were to be subservient to men. Since that was so ingrained in me, I obeyed my husband. I wanted to leave the church, but I couldn't convince my husband to do so. I recall crying and begging my husband to leave. We fought over it. I prayed every night that God would release us from that place.

29.     My husband, George, ~~only~~ went to the church on Sundays services & Wed. CB – he didn't work there like I did. For this reason, he didn't see as much of what went on. He never really got it. I wanted to leave for years before we actually did, but I had a hard time convincing him. He didn't see things the way I did. I believe that the turning point for him was when he saw how our daughter, Sarah, was being treated.

30.     In addition to my husband's feelings about the church, I, personally, had a hard time leaving. We were so involved in the church. It was our social life. It had such power over us. We had a fear of being ostracized because we had seen that happen to other people, and, when we did decide to leave, we lost most of our friends. Each time a family left the church, Tom King insinuated to the other members of the congregation that the members who left were "bad people," and that we were not to talk to them. He never came right out and said this, but it was definitely implied. It took a lot for us to

Page 11 of 17

CB<br>Initials

leave; we were so afraid to do it. I recall that when George finally went to talk to the pastor, I was praying that he would come out of there and say, "Okay, we're leaving." I still have the letter that Tom gave us, "releasing" us from the church. I can't throw it away, though I have tried to do it many times. I was so thrilled and the girls were so excited. The summer that we left was a joyous time.

31.     I remember that when Rachel and Sarah were teenagers – probably about fourteen or fifteen years old, I allowed them to walk to Kmart. It was only about three blocks from our house. Someone from the church saw them there without me, and reported it to Tom King. Tom called me in and questioned me about it. He said, "I've had a report your daughters were at Kmart without you." I couldn't believe it. That was my decision, not his – it had nothing to do with him. That's an example of how controlling he was about every little thing.

32.     I remember another girl at the school who was reprimanded when she was sixteen years old. She and some other teenagers got into trouble with Tom King. I don't recall what the infraction was, but I know that it was something minor. I think that they may have stayed out too late on one of their breaks or something like that. There were about fifteen kids involved. Tom King rounded them all up and spanked them. This one young girl probably hadn't been spanked since she was five or six – she was a good kid. I remember that her parents took her out of school because of that incident. It was all about control with Tom.

Page 12 of 17

CB<br>Initials

33.    I remember seeing a program on the Discovery Channel about Warren Jeffs. I recall thinking that there were many parallels between that religious cult and our own. It was definitely the same type of control.

34.    When Lonnie was kicked out of school, he moved out of town. He enrolled in classes at Eastern Arizona College in Thatcher. When he came home to visit, however, my husband, George, made him come to church with us. Lonnie knew that those were the rules. Tom allowed him to come, but Lonnie was not to socialize with other teenagers. It must have been so hard for him. I think that he feels that we chose the church over him. He was so ostracized – he could not be seen talking to other kids. There is no doubt in my mind that this has hurt him.

35.    George and I separated in 2001, and our divorce went through the following year. From what my kids tell me, he is an alcoholic now. The last couple years of my marriage, he started drinking a lot. When we left the church, we left Casa Grande altogether. We moved to Chandler. We visited a couple churches in Chandler, but George never wanted to go to church again.

36.    I remember that Donna and Alejo adopted Wendi's little cousin, Brandon. We left the church before Brandon was old enough to start school, but I remember when they first got him. They were so strict on that little boy. I worked in the church nursery from time to time, so I had Brandon with me during some of the services. Many of the adults worked in the nursery and we took turns watching the kids. I remember that the punishment that Brandon received from Alejo was always so harsh. It seemed to me that

Page 13 of 17

Initials

he was beaten a lot.  I recall that Alejo talked to him with such a harshness to his voice.
Brandon always seemed nervous when Alejo was around.  Brandon was a hyper little kid
and Alejo yelled at him constantly.  I can't remember any specifics because so much time
has passed, but I do have impressions.  I know that Brandon was definitely afraid of Alejo.
There was more to it than just the fact that Alejo was the father figure.

37.    From 1983 until1985, I was working for Ak-Chin tribal community in the
finance department.  I knew that Donna and Alejo had nothing – they were poor as
church mice.  Alejo was the children's church pastor, but he wasn't bringing in very
much money – they were extremely poor.  I felt sorry for them, and I helped Donna get a
job at Ak-Chin.  I knew Donna from church, but I didn't really know her that well.  I
recall riding to work with her in the mornings, and she constantly talked about how hard
everything was and how broke she and Alejo were.  At some point, Donna began
embezzling from Ak-Chin.  The manager of Ak-Chin Farms was a man named Donny
England.  His family was involved in the church as well.  I went to Donny to tell him
about Donna's theft several times, and he told me he would take care of it, but he never
did.

38.    Donna had a PriceClub card through work.  Once a week, she took a truck
from the farm and drove to PriceClub.  She used a personal check to pay for the items,
and reimbursed herself when she got back.  I could see her from the window when she
returned from a shopping trip.  She opened the trunk of her car and began moving things
from the truck to her trunk.  I knew what she was doing.  At first it was maybe two or

Page 14 of 17

CB<br>Initials

three-hundred dollars per week, but eventually she was stealing about eight-hundred dollars per week. I recall that during that time, Donna and Alejo had a couple of parties for teens at their house. My son, Lonnie, came back from them and told me, "Donna and Alejo have all new furniture and appliances." Donna was making a little money from the farm as a bookkeeper, but it wasn't enough to account for all the new stuff they had. She also bought Alejo a new truck, expensive tools, and generators. He had many tools that most average, working people don't have.

39. When I discovered that Donna was stealing from our place of employment, I repeatedly reported it to Donny England. When he did nothing about it, I decided to quit my job. I told the chairperson at that time, a woman named Leona Kaker, of my plans and she asked me to go to work in the fire department instead. At that time, the Ak-Chin fire department was brand new and it was built through a grant that I wrote when I was in the accounting department. There was a fire chief, but he was the only employee. I fell in love with the work and became a firefighter, which I continued to do for twenty-two years. I retired approximately two years ago.

40. When Donna began stealing from our place of employment, I felt betrayed. I had a hard time with it because I was the one who had helped her get a job in the first place. I recall that on one occasion, Delia Carlyle, who was the tribal chairperson, wanted a membership at PriceClub. She was told that Donna, Martha England, who is the wife of Donny England, and Suzie England, who was Donny and Martha's daughter, were the only ones with memberships. This made her mad, because Martha and Suzie

Page 15 of 17

_CB_
Initials

didn't even work there – only Donny did.  Delia was so mad that she went back and pulled all the records.  She saw what was happening and she took them to a meeting with Tribal Counsel and their attorney.  The tribal counsel got involved, but they didn't want to involve the feds or the state police.  Sovereign immunity is huge in tribal communities and they didn't want anyone coming in.  Donna confessed to everything.  They allowed her to resign, but she had to sign something stating that she would pay back the thirty-thousand dollars she had embezzled over the years.  Delia told me before I retired that Donna had not paid back a dime.

41.     I recall that Donna was caught stealing on a Wednesday.  That night, we had church.  When I arrived at church that evening, Tom King pulled me into his office and said, "Don't you dare tell anyone."  It didn't seem to bother him in the slightest that Donna was a thief.                                          *formerly Cyndee Justus*
                                                                                              *CB*

42.     I sat down a couple years ago with Cyndee Jorgensen and we discussed the church.  We both thought it was so strange how much sexual abuse was occurring at that school.  REDACTED

REDACTED

                                                                                              On

one occasion, REDACTED

REDACTED

That settled things as far as Tom was concerned.

Page 16 of 17

*CB*
Initials

43.     Sometimes I think about Wendi.  I think about how hard things must have been for her.  I have seen the impact that the Church had on my own children, and they were not as enmeshed in it as Wendi was.  It was so much worse for her.

44.     Many of the statements I have made in this declaration are conclusions that I have drawn based on things that I witnessed at 91st Psalm and Harvest.  Everything that I have said in this declaration is true to the best of my recollection, and is based on my own opinions.  Because many of these things occurred a long time ago, I do not recall all the details.  Until now, no one has talked to me before about Wendi or the church and school.  If I had been asked to testify on Wendi's behalf, I would have done so.  If I had been asked to provide the information contained in this declaration, I would have done so.  In fact, if I had been contacted sooner, I likely would have recalled more information.

I have read the foregoing declaration consisting of seventeen (17) pages and forty-four (44) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this _9__ day of November 2010 at Pinal County, Arizona.

_Constance Boys_
Constance Boys

Page 17 of 17

_CB_
Initials

## DECLARATION OF GEORGE CARLIN

I, George Carlin, declare as follows:

1.      I was born May 17, 1950 in Safford, Arizona. In May of 1973, I married Connie Dwin. We later divorced in 2002. Together, we have three children. Lonnie was born May 10, 1970, Sarah was born February 26, 1974, and Rachel was born September 28, 1976. Lonnie, who I adopted, is Connie's son from a previous relationship. Sarah and Rachel are our biological children. Around 1973 or 1974 we moved from Phoenix, Arizona to Casa Grande, Arizona. In about 1975, my family began attending a church called 91st Psalm, headed by Pastor Cal Lorts. While attending 91st Psalm, we met fellow church members Alejo Ochoa, his wife, Donna Ochoa, and their daughter, Wendi Ochoa.

2.      When we joined 91st Psalm, church membership was going strong. At one point, the church had about two hundred attendees. *Maybe More* JC   The teachings of the church at that time focused on proselytizing, bringing others into the church. Pastor Cal Lorts was a very charismatic figure. The congregation just loved him. He had a very magnetic personality. In the beginning, we met for worship services in a junior high school. Shortly after joining, the congregation began constructing a church. The majority of the men and some women used their various construction skills to make it all come together. The church also had a school on its grounds. Connie and I sent our kids to the school as did Donna and Alejo and many other families belonging to 91st Psalm.

3.      The main leaders at 91st Psalm were Pastor Cal Lorts, Pastor Tom King, and

Page 1 of 7

Initials

Alejo Ochoa. It was my understanding that Cal and Alejo knew each other previously from when they were younger, when they used to do drugs or sell drugs. I don't really know the whole story behind their drug dealing or use. In fact, many of the people who founded 91st Psalm came from a background of having previously battled drug or alcohol abuse. I believe Cal's brother, Barry Lorts, also came from that background. As the church got up and running, nothing about Alejo, Donna, or Wendi stood out to me. They were just kind of in the background at church. Alejo was involved in the youth ministry, Donna worked at the church school in some capacity, and Wendi was a quiet child.

4.      Around the early to mid-1980's there was a major shift in the church. Pastor Cal Lorts left 91st Psalm to start up a church in the Phoenix area. Cal turned over the pastorship to Tom King. At the time of Cal's departure, I thought the relationship between Pastor Cal and Pastor Tom was amicable. It was not until years later, in talking to other members of the congregation, that I was informed that Cal and Pastor Tom split off from one another on less-than-friendly terms.

5.      Under Pastor Tom King, the church was called "Harvest Family Church." It became something completely different under Pastor Tom's rule. Pastor Tom was very controlling. He was condemning–literally condemning. He had a number of rules that if broken, meant you were going to Hell. Just the way he looked at me and other members of the church, it was as if he had the ability to say "you're not living right," or "you're not doing right," just with his gaze. He was scary and the children were scared of him as well.

Page 2 of 7

_signature_
Initials

6.     To be honest, I can't recall what Pastor Tom specifically preached about from the pulpit. I snoozed through church some of the time. I went to church mostly because I felt like it was something I ought to do. I do recall, however, many of the church members becoming increasingly disillusioned by Pastor Tom's sermons. I recall someone saying, "What has gotten in to Pastor Tom?" referring to how extreme his sermons had become.

7.     Throughout the years at Harvest Family Church, Pastor Tom really emphasized how effective his parenting style was. When it came to disciplining children, Pastor Tom encouraged corporal punishment, which included spanking, swatting, and paddling. Pastor Tom sent the message "do it like I'm doing it, because my kids are perfect," which was a point of contention between myself and Pastor Tom. I never bought into that, though I'm sure many members of the church did. Pastor Tom had some of his congregation brainwashed. It reminded me of the cult leader Jim Jones, but on a smaller scale.

8.     I recall one time when my daughter Sarah was about thirteen or fourteen years-old, she brought some of her friends to the church. I'm sure Sarah thought this was the right thing to do, but Pastor Tom wasn't having any of it. Pastor Tom was quite upset and thought Sarah's friends were bad influences. In contrast to Pastor Cal, Pastor Tom was very closed-minded about outsiders. Instead of being pleased with Sarah's interest in bringing nonmembers to church, Tom thought her choice of friends reflected poorly on her. Sarah always had a mind of her own, though, and Pastor Tom didn't like that.

Page 3 of 7

Initials

9.      It wasn't long after Pastor Tom's takeover that members of the congregation began leaving the church. I specifically remember the church school principals, Mark and Nancy Keating, leaving the church on bad terms with Pastor Tom. Mark and Nancy left around 1987. Pastor Tom was very critical of Mark and Nancy, who were great friends with me and my ex-wife, Connie. I think Pastor Tom was unhappy with Mark and Nancy because they were so popular amongst the congregation. People just loved them. Unlike Pastor Cal, Mark, and Nancy, Pastor Tom didn't have a charismatic quality to his personality. In my opinion, Pastor Tom was jealous of Mark and Nancy Keating, and that's why bad feelings developed and they left.

10.     During all of this, Alejo occupied a more prominent role at the school as an assistant pastor and youth minister. I was made aware by my then-wife, Connie, and my daughter, Sarah, who was a young teenager, that Alejo made sexually inappropriate comments to them. Because it was so long ago, I cannot recall specifically what he said to them, but it made me very angry. Around the same time I ~~also learned from my daughter,~~ was concerned that ~~Sarah, that~~ Alejo had been sexually molesting Wendi. I was so upset with Alejo's behavior, I called him up on the phone and arranged a meeting between us. When I spoke with Alejo, I told him the reason I was calling and I asked him to meet me at church to discuss it further. He agreed to come meet me. When I arrived at the church, Alejo was standing outside. He didn't want to meet inside the church, probably because he didn't want anyone else to find out about the subject of our meeting. At the beginning of our conversation,

Page 4 of 7

Initials

Alejo denied everything. He denied it several times until he finally confessed to his inappropriate behavior and admitted he had a problem sexually. Alejo asked me, "What should I do? Should I resign from the church?" Looking back on it, I wish I would have just told him to resign, but instead I told him that he needed to ask for forgiveness and stop his inappropriate behavior.

11.     There were other things about Alejo that just didn't seem right. I recall he had some inappropriate dealings with a former student from the church school, Ronnie Neace. I think Ronnie was about nineteen years-old at the time. Alejo apparently met up *I heard they* with him to buy drugs, such as marijuana.

12.     I don't recall ever seeing Donna have a reaction to Alejo's inappropriate sexual behavior. I don't know for sure how aware she was of what was said about him at the church, though I don't see how she could have been totally oblivious to it. For the most part, to me Donna was just part of the backdrop at Harvest Family Church. The main thing that really stands out to me about Donna is that, for a time, she worked at Ak-Chin Farms with Connie. During Donna's employment with Ak-Chin, I noticed that Alejo had a bunch of brand new, expensive power tools. Donna and Alejo never had much money, so I wondered how they were able to afford such nice, fancy equipment. I later found out from Connie, my wife at the time, that Donna embezzled money from Ak-Chin Farms. I believe she lost her job because of that. This happened in the mid to late-1980's.

13.     Shortly after Alejo made sexually inappropriate comments to Connie and

Page 5 of 7

_Initials_

Sarah, I brought up Alejo's sexually inappropriate behavior to Pastor Tom. Pastor Tom just ignored it and criticized my family's child-rearing practices, which he believed were too permissive, instead of doing anything about Alejo. Subsequently, my son, Lonnie, was expelled from the church school for having sex with his girlfriend, Kimberly Ethington, who was also a member of the church school. By that point, I had had enough of Tom King. When Lonnie was in his last year of high school, Sarah was in her junior year of high school, and Rachel was about to start high school, my wife and I decided to pull our kids out of the church school and put them in a school in Tempe, Arizona. When I met with Pastor Tom and Alejo to discuss my issues with the church and school, Pastor Tom insulted my wife's parenting skills yet again and I just couldn't stand for that. I came close to getting into a physical altercation with Pastor Tom because he was so insulting to me, Connie, and my family. During the meeting, Alejo said nothing. I assume Alejo was so silent because he was terrified I would bring up his sexually inappropriate behavior again. Pastor Tom kicked my family out of the church. In fact, my wife, Connie, kept the severance letter he gave us.

14.    In the end, Pastor Tom's congregation whittled down to just a few members and that's where it stands today. He is so controlling, cold, and unforgiving, very few people have an interest in his teachings. The only person I can think of, aside from his immediate family, who has remained totally loyal to him, is the church secretary, Lola Archuleta. Lola is about the last person from the church that doesn't bad-mouth Pastor Tom. I don't know why she has remained so faithful to his church over the years, but I've often wondered if he

Page 6 of 7

Initials

has something on her. That's the only reason I can think of that she would have stayed with him. I don't get it.

15.      When I learned about Wendi's arrest and incarceration, I followed the news stories about it. They offered few details. In discussions with my family, we talked about the possibility that information about Alejo molesting Wendi would come out at trial. I never read anything about it, so I don't know whether or not it was ever revealed. If Alejo never came forward with that information, that wouldn't surprise me. If Donna never came forward with the information, I can't understand that. I believe that Donna knows about what Alejo *allegedly* did to Wendi. Many people at the church knew about it.

16.      Until now, no one has ever contacted me about Wendi or my experiences at 91st Psalm and Harvest Family Church. If I had been questioned back in 2000 after Wendi was first arrested, I am sure my memory would have been clearer on details and specifics. If I had been asked to provide information about Wendi, her family, my family, the church and the school or to testify on Wendi's behalf, I would have done so. If I had been asked to testify to the information contained in this declaration, I would have done so.

I have read the foregoing declaration consisting of _7_ pages and _16_ paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct. Signed this _11_ day of November 2010 in Maricopa County, Arizona.

George Carlin

Page 7 of 7

Initials

## DECLARATION OF JERI LYNN CUNNINGHAM

I, Jeri Lynn Cunningham, declare as follows:

1.      I was born May 20, 1970 in Phoenix, Arizona.  My parents are John and June Wilkirson.  I have one sibling, Wade Wilkirson, who was born December 22, 1971.  When I was about ten years-old, my family began attending 91st Psalm church and school in the town of Casa Grande, Arizona, where we lived.  91st Psalm was headed by Pastor Cal Lorts.  It was at 91st Psalm that I met Wendi Ochoa, who also attended the church and school.  Wendi and I were the same age.  Her parents, Donna and Alejo Ochoa, were also a part of the 91st Psalm church.

2.      I remember that Alejo had a couple of jobs at the 91st Psalm church and school.  Alejo worked in the children's ministry teaching what the church referred to as "devotions."  Devotions were classes that explained Bible scripture to children.  Alejo also taught children's church, which was a Sunday service offered to children while their parents attended regular Sunday services.  Children's church taught Christian concepts to children and included activities like puppet shows and other things that appealed to kids.

3.      When I began attending 91st Psalm church and school, Wendi and I struck up a friendship.  Wendi went out of her way to befriend me.  I was a very shy child and didn't have a lot of friends.  Wendi, on the other hand, was very popular and stood out amongst the crowd.  Wendi played piano and sang at church and school.  On her own time, she

Page 1 of 12

Initials

helped her dad, Alejo, with the upkeep of the church and school grounds, hoeing weeds. We were so different. Soon after meeting, Wendi's mom, Donna, arranged for Wendi and I to play together at her house. Despite the differences in our personalities, Wendi and I bonded quickly and became inseparable. I began spending a lot of time at Wendi's house. Sometimes I spent the night there. We were best friends.

      4.    I admired so many things about Wendi. She was compassionate and available to anybody who needed her, myself included. Before I met Wendi, I was quiet and withdrawn. After developing a strong bond with Wendi, it laid the foundation for me to develop new friendships with others. I was more self-confident with Wendi as my friend. She was so bubbly and fun, it made me want to be bubbly and fun too. I remember a time when a new girl came to the church school at 91st Psalm. I don't remember her name, but I remember that being new, she didn't have any friends. Just as Wendi had done with me, Wendi befriended that girl. When I saw them playing together, I couldn't help but feel a twinge of jealousy seeing someone else play with my best friend Wendi. Wendi intuitively picked up on my jealousy and explained, "Just because I'm her friend, doesn't mean I'm not your friend too. You're still my best friend." Wendi knew what to say and how to comfort me when I was upset. I always knew that Wendi was truly my friend and I never worried that she talked behind my back or talked bad about me because it was so apparent how fair and compassionate she was toward everyone.

Page 2 of 12

Initials

5.      As I began to get to know Wendi and her family better, I noticed some things about Wendi's home life. Wendi's parents were on the strict side. They didn't seem overly-strict to me, but they were very involved in Wendi's life and there was a definite sense of what was acceptable and what was unacceptable in their home. Wendi had a number of chores that her parents told her to do on a regular basis, such as cleaning her room and doing the dishes. She wasn't permitted to listen to secular music, which Wendi and I sometimes listened to anyway. I recall one time when Wendi and I were verbally reprimanded by Donna for using words she thought were unsuitable. They weren't curse words or swear words—they were words like "gross." Sometimes Wendi told me, "I don't want to get the rod," which was an expression used to describe spanking or paddling, though I never saw Wendi "get the rod" while I visited her. I can also recall times when Wendi was grounded and we weren't permitted to see each other. During those times, we found ways to secretly communicate such as meeting in the bathroom at school. We told each other how much we missed playing together and looked forward to a time when we could resume our friendship again. The grounding probably lasted for about two weeks, though it felt like an eternity to us.

6.      In school, there were many rules. I recall Pastor Cal's wife, Barbara Lorts, was a respected figure at the 91st Psalm school. She was the kind of woman who seemed to have "eyes in the back of her head." We really couldn't get anything past her. One of the things that wasn't permitted at school was having a "bad attitude." On one occasion, Wendi and

Page 3 of 12

Initials

I were called to the principal's office for having bad attitudes. I can't recall what it was we were doing that conveyed that we had a bad attitude. I imagine we must have been complaining or doing something that caught the attention of one of the school officials. I was so terrified on the way to the office, I couldn't help but look upset. Wendi told me over and over again, "You need to smile or we're going to get in trouble again for having a bad attitude." Though I was anxious about being in such big trouble, we were only talked to about our infraction. I can't recall whether or not it was explained what exactly Wendi and I had done wrong, but I was relieved that the punishment did not include being paddled. Though paddling was a common punishment for breaking the rules at 91st Psalm, I was never paddled in school.

7.    The way Wendi handled our trip to the school office by telling me to smile was very typical of Wendi. She knew how to talk and act like an adult. Even her mannerisms seemed very grown up to me. She made eye contact with the person she was speaking to and tipped her head during conversation. She was very polite and very well-mannered. In general, I always felt that Wendi was older and more mature than me even though I was technically several months older than her.

8.    In 1982, I went with Wendi and her parents, Donna and Alejo, on a family vacation to California. I know that Wendi and her parents were in California to see relatives, but I cannot recall who we saw or what their names were. There are a couple of things I *do* remember about that vacation that stand out in my mind. I remember that we all went to

Page 4 of 12

Initials

the amusement park Sea World, in San Diego. I didn't have a lot of spending money with me, but Wendi had some of her own money which she used to buy me little trinkets. I distinctly remember her buying me a little flamingo toy from Sea World. I really liked flamingos. The gesture meant so much to me, I have kept it with me all these years. I still have it. I also remember me, Wendi, Donna, and Alejo camping at the beach in California. Wendi and I used the outdoor showers to wash off. We were both freezing, showering off in our bathing suits. Alejo pulled out his camera and took a bunch of pictures of us as we showered. He laughed and made fun of us until Wendi said, "Stop, dad!" Alejo thought it was so funny. During the family vacation to California, I didn't see Donna or Alejo interact a lot. I didn't see them argue, but I didn't see them be affectionate with each other, either.

9.      Around 1983 or 1984, Pastor Cal Lorts left 91st Psalm in Casa Grande to start up a new 91st Psalm in Tempe, Arizona. Pastor Cal turned the church in Casa Grande over to Pastor Tom King. Previous to Pastor Cal's departure, Pastor Tom directed the chapel classes at 91st Psalm. When Pastor Cal told the congregation that he was called to move to the Tempe location because it required his leadership, he was very gracious. After Pastor Cal's announcement, Pastor Tom stood up and said, "I'm glad he's leaving," and proceeded to tell the congregation that Pastor Cal's departure provided him with the freedom to do what the Lord called him to do. It was a very memorable statement.

10.      Pastor Cal was more involved in the church part of 91st Psalm and left school

Page 5 of 12

_____
Initials

matters to his wife, Barbara. In contrast, Pastor Tom took an active role as a disciplinarian at the 91st Psalm school in addition to his pastorship. One time, when Wendi and I were about twelve years-old, we got in trouble with Pastor Tom for chasing boys at school. When I say we were chasing boys, I mean that we were literally running after boys. Pastor Tom had a big problem with that and said, "Girls should not chase boys." I felt that Pastor Tom was implying that we were trying to get boyfriends, but we were just having some innocent fun.

11.     The transition between Pastor Cal starting up a new 91st Psalm in Tempe and Pastor Tom taking over the Casa Grande 91st Psalm location was gradual. I think it took about six months. During that time, I continued to go to the school in Casa Grande and went to services in Tempe. I recall that Wendi and Donna went to services in Tempe during that time, as did other members of the Casa Grande 91st Psalm church. When the transition was final, my family moved with Pastor Cal to his new location in Tempe, so I was not privy to the goings-ons at 91st Psalm in Casa Grande after Pastor Cal left. I know Pastor Tom changed the name from 91st Psalm to "Harvest Family Church." I remember overhearing adult conversations, probably between my parents and their friends, about Pastor Tom becoming power-hungry and that his church membership declined under his leadership.

12.     After my family stopped attending 91st Psalm in Casa Grande, I missed Wendi very much. I often called Wendi and asked, "Can I come out and see you?" From the time I was about thirteen years-old until I was about sixteen years-old, my parents or Wendi's

Page 6 of 12

Initials

parents drove me from my house to Wendi's house. I spent the night at Wendi's house in Casa Grande on the occasional weekend and at other opportunities our parents approved of. Back then, Wendi's house was on the outskirts of Casa Grande. The house was in a regular neighborhood, but it was away from the center of town. At Wendi's house, she and I acted silly together and did the kinds of things you'd expect most young teenage girls to do. We talked and did each other's make-up. We had a lot of fun together.

13.     When I was over at Wendi's house, Alejo acted like a big kid, even though he was Wendi's dad. He played jokes on us. Sometimes he scared us by banging on the window outside. Alejo and Wendi played pranks on each other and on other people. Alejo seemed to encourage that kind of playful behavior in Wendi. I recall one time Wendi gave me some of her mom's chocolate laxatives as a joke. We all thought it was funny and Alejo kept asking me if I had any trouble going to the bathroom.

14.     When Alejo and Wendi interacted they had a different kind of relationship—it didn't seem like a father-daughter relationship. Looking back on it now, I would call their relationship "flirty." Sometimes when Wendi spoke to Alejo, the tone of her voice changed and she gave him these flirtatious looks, especially if she wanted or needed something from Alejo. Wendi switched between calling Alejo "dad" and "Alejo."

15.     I remember so clearly that Donna went to sleep very early every night. The reason I remember this so distinctly is because Alejo's mannerisms and actions changed as soon as Donna went to sleep, when it was just the three of us: Alejo, Wendi, and me. REDACTED

Page 7 of 12

Initials

REDACTED

REDACTED   He $_{ACT}^{RED}$ sexually molested Wendi.

16.   I remember a time when Wendi and I wanted so badly for Alejo to take us into the desert behind Wendi's house, so we could tell each other scary stories in the dark.  In exchange for promising to drive us out to the desert, Alejo laid on the couch and forced Wendi to rub his feet and me to rub his head until he fell asleep.  As we did this, REDACTED
REDACTED

REDACTED                                    It went on for what seemed to be a very long time until Wendi "woke up" Alejo and asked him to hold up his end of the bargain and drive us out to the desert.

17.   Wendi and I liked to go out into the desert and we went there many times when we were kids.  Alejo drove us to the desert, about ten minutes away, under the condition that we wear our nightgowns.  I don't recall Alejo explaining why we had to change into our nightgowns.  Wearing my nightgown at Alejo's request made me feel uncomfortable and I knew something wasn't right about it.  When we got to the desert, we usually just sat in the car and told ghost stories.  There was one time when Wendi and I asked Alejo to leave us in the middle of the desert, thinking it would be a great adventure. We didn't expect him to actually leave, but he took off and left us there for about ten

Page 8 of 12

Initials

minutes before coming back.

18.     When I spent the night at Wendi's, Wendi and I slept in her bed in her bedroom. REDACTED

REDACTED

REDACTED                              Alejo's behavior made me feel sick and uncomfortable.

REDACTED

REDACTED   . I don't recall Donna ever waking up to see where Alejo was or what he was doing.

19.     Until now, I never told anyone about        REDACTED        . I thought about telling my parents, but I was afraid of what my dad would do to        REDACTED        When I was a young teenager, my mother was in the hospital at Casa Grande Regional Medical Center for pleurisy. I recall my father telling me to stay at Wendi's house, since it was so close to the hospital. I didn't want to stay there, REDACTED

REDACTED   , but I didn't want to tell my father why, so I said, "It takes me too long to get ready in the morning when I stay at the Ochoa house." My dad thought I was being ridiculous, but he had no idea why I was so reluctant to stay there. Another reason I never told anyone about what happened, is because I was afraid I would never see Wendi again. It sounds so silly saying it now, but that's the way the mind of a child works. I really enjoyed my friendship with Wendi and I thought that        REDACTED

Page 9 of 12

Initials

REDACTED , then I might not see Wendi ever again.  Wendi and I never discussed      REDACTED

REDACTED

       We just didn't.

    20.    When I was about thirteen years-old,    REDACTED    I don't know

why it stopped when it did, but I remember that there came a time when    REDACTED

                REDACTED

                                                  Wendi and I remained friends

until we gradually drifted apart as adults.  The last time I saw Wendi before her arrest was

at the funeral of Brad King, who was the son of Pastor Tom.  Brad died in a plane crash.

The funeral was in 1994 and I was pregnant with my first child.  I talked with Wendi briefly.

She said, "I can't believe you're pregnant."  It was just small talk.

    21.    About a month before Wendi's arrest in 2000, my mom gave me Wendi's

phone number.  Wendi came in to my mom's work to get some things printed off and gave

my mom her phone number and told her to pass it along to me.  I was really busy at the time

and I never made contact with Wendi.  A few weeks went by and I heard the news that

Wendi was arrested in connection with the death of her husband.  I was mad at myself for

not getting in touch with Wendi and I couldn't help but think about the possibility that Joe

might not be dead and Wendi might not be in jail if I'd been available to Wendi, as a

supportive friend.  It's just one of those things you can't help but wonder about.

Page 10 of 12

Initials

22.     After I learned of Wendi's arrest, I got in touch with Donna and Alejo. I wanted to visit with Wendi. I was able to make arrangements to visit Wendi and did so.

23.     As a child, I wasn't aware of anyone knowing that            REDACTED
I assumed that no one at the church knew, because I couldn't imagine why they would allow him to be the youth minister at 91st Psalm and Family Harvest Church knowing that. I just assumed no one else knew except me, Wendi, and Alejo. I'm just beginning to face what happened to me and I wish I would have said something at the time it was going on or during Wendi's trial.

24.     During Wendi's trial, I read that Joe was abusive and Wendi did not seek refuge from his abuse or reach out for help. I did not know Joe, but if he was abusive, it makes sense to me that Wendi suffered in silence and covered up for her husband. Wendi has been covering up for others her whole life. During the course of our friendship, not once did Wendi talk about Alejo sexually molesting her. She covered up for him probably in the same way she covered up for Joe.

25.     If I could say anything to a jury of strangers considering Wendi's sentencing, I would say that Wendi is sweet and compassionate. The person described by the prosecution is not Wendi. I know Wendi as the kind of person who doesn't say mean things about others. Wendi is a good person who was probably pushed over the edge by an accumulation of things that happened to Wendi growing up and in her marriage. It's just unbelievable to me that Wendi is actually on death row. She doesn't belong there.

Page 11 of 12

Initials

26.     Until now, no one has ever contacted me about Wendi. If I had been asked to provide information about Wendi, her family, my family, the church and the school or to testify on Wendi's behalf, I would have done so. If I had been asked to testify to the information contained in this declaration, I would have done so.

I have read the foregoing declaration consisting of 12 pages and 26 paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct. Signed this 11 day of November 2010 in Maricopa County, Arizona.

Jeri Lynn Cunningham

Page 12 of 12

Initials

DECLARATION OF MARK KEATING

I, Mark Keating, declare as follows:

1.      I was born August 24, 1956. I am a formal educator. In ~~1880~~ *1979* [MK], I graduated from the University of North Carolina Chapel Hill with a B.A. in Radio, Television, and Motion Picture. I furthered my education from 1981 to 1983, by attending Rhema Bible *TRAINING CENTER* [MK] ~~College~~ in Oklahoma.    In 1991, I graduated with a Master's Degree from Regent University in Virginia Beach, Virginia.    Currently, I work at Veritas Christian Academy as Director of the Dialectic and Rhetoric School (Upper Division) and as Swim Coach and Tennis Coach.    I have been an educator for 28 years and I have taught thousands of students over the course of my professional career. [MK]

2.      From 1983 to 1988, I was the principal at 91ˢᵗ Psalm Christian ~~Church~~ *School* [MK] in Casa Grande, Arizona, alongside my wife, Nancy Keating.  We were asked to come to 91ˢᵗ [MK] Psalm by Pastor Cal Lorts, who was someone I ~~knew~~ *met* [MK] *at* ~~from~~ Rhema Bible ~~College~~ *Training Center* [MK], in Oklahoma. Soon after Nancy and I accepted the position at 91ˢᵗ Psalm, Pastor Cal decided to leave his location in Casa Grande and start a new church up in the Phoenix area.  We remained at the school in Casa Grande and it was taken over by a new pastor named Tom King.  Tom King renamed the school Harvest Christian Academy.

Page 1 of 5

*[signature]*

Initials

3.    I met Wendi Ochoa and her parents, Alejo and Donna Ochoa. My first memory of seeing Wendi was when she came inside the church after pulling weeds with the King boys, Shawn and Brad. Shawn and Brad are Pastor Tom's sons. Wendi was about twelve years old. Wendi was a student at 91st Psalm and Harvest. Her father, Alejo, was the groundskeeper and youth *children's* pastor there.

4.    Wendi made a big impression on me when Nancy and I started up a swim team at Harvest. Wendi participated in a swim time trial and she was the fastest girl out there. She swam one-hundred meters. Wendi stayed with the swim team until her senior *junior me* year of high school. Her parents pulled her out because she lost a lot of weight and her chest became flatter. I thought it was abnormal for a parent to be concerned about the size of his or her child's breasts

5.    Wendi's father, Alejo, joked around a lot. A lot *Some mk* of his jokes were not well-received at the church. Alejo was addressed by a number of the fathers at 91st Psalm and Harvest about his sexual gestures made toward some of the adult women at the church, Cindee Justus and Connie Carlin, in particular. Another time Alejo was accused by a student, Jasper 'JC' Neace, of having pornography.

6.    There were things about Alejo's dynamic with Wendi that did not sit right with me. I used to live in an A-frame house on the church property with Nancy. One night, I was standing on the balcony as I got ready for Wednesday night services. I looked

Page 2 of 5

Initials

into the parking lot and I saw Wendi and Alejo. Wendi leaned into Alejo and they kissed on the mouth. Something was weird about it. It was not a father-daughter kiss. After the kiss, Wendi went in one direction and Alejo went in the other direction. This stuck out in my mind so much, I told Nancy about it.

7.    One time while Nancy and I were in a small classroom at the church, Wendi came in and said, "Can I talk to you?" She looked very anxious and concerned. Just as Wendi prepared to tell us what was heavy on her heart, Alejo walked in. Within the classroom was a closet and Wendi backed right up into it, very affected by Alejo's presence. Wendi never did tell us what was on her mind. ~~I was afraid it had something to do with~~ _It seemed to be related to the porno Alejo was accused of having bought_ ~~sexual abuse, having observed Alejo's inappropriate behavior and strange dynamic with Wendi.~~ When she came to talk to us, it was on the heels of a sermon that a guest-minister named Kevin McNulty made about sexual sins and sexual abuse. _by JC Pierce MC_

8.    Another time, when I was at the tennis courts at the fitness center in Casa Grande, I saw Wendi there. To my surprise, she was wearing a Playboy Bunny ~~costume~~ _workout outfit_. She was just a teenager. ~~A guy at the fitness center made a lewd comment about Wendi and it upset me.~~ _workout outfit MC_ Wendi said that Alejo bought Playboy Bunny ~~costumes~~ for her. I did not think it was right for her to be walking around in an outfit like that, but since it appeared that her parents were aware of how Wendi was dressed and even encouraged it, there was not much I could do.

Page 3 of 5

_MC_
_____
Initials

9.      Before I left Harvest, I pulled Wendi into my office because I needed to tell her something.  I told Wendi that if something was going on with her at home, if there was anything that was going wrong in her life, she needed to find someone she trusted to share it with.  That person did not need to be me, necessarily.  I just wanted Wendi to know that if something was not okay with her, there was help.

10.     Within the church administration, with Pastor Tom as its head, things really deteriorated.  He was friends with a man named Dick Herdegen who was a big financial contributor to the church.  The money he got from Dick became a big part of Tom's pastorship.  It all kind of unraveled when it was discovered that REDACTED REDACTED , was molested by Dick Herdegen.

11.     Tom's need for control got to a point where church members and students needed to go through him to find out whether or not they were right with God.  I even found myself falling into that trap.  One time, I was shopping for clothes and I thought about buying a pair of jeans and I found myself thinking, "What would Tom think of this?"  The church was becoming more and more like a cult.  I noticed that during this time, Tom really loved "baby Christians," meaning people who were new to Christianity and easier to convince of anything.  More seasoned and thoughtful Christians who questioned Tom's authority were shunned by Tom.

Page 4 of 5

*nie*
_____
Initials

12.    In 1988, Nancy and I resigned and were encouraged not to finish the school year there. We packed up and left and went to Oklahoma, ~~to go to graduate school.~~

13.    After we left, we kept in touch with George Carlin, another church member. He kept us informed about Harvest and its members. After we left, things just completely fell apart. Marriages were broken and some of the students had a difficult time staying on the right path. Some of the kids like JC Neace and Jamie Allen wound up in prison. I heard that Shiloh Justus got into drugs as an adult.

14.    In 2000 or 2001, George called to tell me that Wendi had been arrested. I could not believe it. I remember Wendi as a very dedicated student, wanting to do so well in school. I could not help but think that whatever was going on in her childhood home might have had something to do with how her life turned out.

15.    Until now, no one has come to speak with me about Wendi. If they had, I would have said what I have said in this declaration. If I had been asked to testify, I would have done so.

I have read the foregoing declaration consisting of five (5) pages and fifteen (15) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Virginia, Arizona, and the United States of America that it is true and correct. Signed May 24, 2011 at Suffolk County, Virginia.

_Mark Keating_
Mark Keating

Page 5 of 5

_MK_
Initials

## DECLARATION OF NANCY KEATING

I, Nancy Keating, declare as follows:

1.     I was born December 7, 1959.  In 1982, I earned a B.A. in Education with a concentration in Health and Physical Education from the University of North Carolina.  In 1991, I completed my Masters Degree at Regent University, Virginia Beach, Virginia in the school of Education with endorsements in Reading and Learning Disabilities Specialist. Currently, I work at Veritas Christian Academy as Elementary Assistant, Department Head of Physical Education, Elementary Reading Teacher, and Head Cross Country Coach.  I have been an educator for 29 years and have taught thousands of students.

2.     I met Wendi Ochoa (Andriano) and her parents, Alejo and Donna Ochoa in 1983 when I began working at 91st Psalm Christian School in Casa Grande, Arizona.  I came to work at 91st Psalm through my husband, Mark Keating.  Mark and I were invited to the church by its pastor, Cal Lorts.  Because both Mark and I had backgrounds in formal education, Cal brought us into the school to step up the experience and quality of education.  Shortly after we arrived, there was a change in pastorship from Pastor Cal to a new pastor named Tom King.  Though we liked Pastor Cal and his wife, Barbara, very much, Mark and I prayed about it and decided to stay at 91st Psalm in Casa Grande instead of following Pastor Cal to his new church near Phoenix.  From 1983 to 1988, Mark and I acted as school principals at 91st Psalm, later renamed Harvest Christian Academy by Pastor Tom.

Page 1 of 6

_NK_
Initials

3.      When I first arrived at 91ˢᵗ Psalm, it did not take me long to realize that the culture there was very backwards. A big part of my educational platform is integrating sports and the spirit of athleticism into schools. So, I showed up to one of our first school events wearing Bermuda shorts and began participating in a game of basketball with the men, unaware of how foreign the concept of female athleticism was to the church community. Women at 91ˢᵗ Psalm wore long pants or skirts, even in the hot Arizona weather. They did not wear clothes that were appropriate for sports or physical activity.

4.      As educators, Mark and I encouraged students to look beyond the community of Casa Grande and to continue to be educated, to go to college, and to take pride in their education and sportsmanship. We wanted them to have goals. One of the ways in which we instilled these concepts was to incorporate sports into the curriculum. We started a swim team and a track team. We also hosted sporting events in the community, like Harvest Track Classic, and that helped Harvest shed their negative reputation within Casa Grande.

5.      Wendi was one of our students who really pushed herself. She was a lovely little girl; always very put together and a very conscientious student. I say this very humbly, but I believe she was inspired to take pride in herself because of the messages that Mark and I passed on to her and the rest of the students. She wanted to make something of herself. Wendi loved to sing and had a great competitive spirit. Wendi participated on our swim team for many years, until her senior year of high school.

Page 2 of 6

*NK*
Initials

6.  Wendi's father, Alejo Ochoa, worked at the church as a groundskeeper and a

*NK Children's Pastor* children's minister.  Alejo was often side-tracked to perversion.  He made perverted jokes in front of and to some of the adults, including Connie Carlin and Cindee Justus, both of whom were bothered by Alejo's behavior.  Alejo just laughed to himself and found ways to talk about objects as if they were male genitalia. Before a school recital or performance, Alejo made such a joke about one of the microphones, in front of everyone.  Sometimes he made gestures imitating intercourse.  Alejo also made sexual jokes in front of Lola Archuleta, the church secretary.  He upset a lot of people with his inappropriate behavior.

7.  Something was off about Alejo's relationship with Wendi.  It was more of a teasing relationship, not so much a father-daughter relationship.  Alejo did not seem protective of Wendi, as his daughter.  Alejo *was* very proud of Wendi being his daughter.  He praised her when she sang or participated in a swim competition.  I felt that Wendi needed to be perfect around Alejo.  I do not know if the word "perfectionist" quite describes Wendi's personality, but she always performed very well.

8.  Alejo was with Wendi most of the time.  After school, she was out there on the church yard for a long time, helping Alejo with his grounds-keeping.  They were together quite a bit.  In contrast, I didn't see Alejo with his wife, Donna, too much.  I didn't see Wendi with Donna much, either.  Donna was someone who was more like a once-a-week church goer, whereas Alejo and Wendi were at the school most of the day.

Page 3 of 6

N|K
Initials

9.     A couple of times when Wendi was a teenager, I observed Alejo trying to get Wendi to pull the weeds or do some type of manual labor on the church grounds. Like a typical teenager, Wendi rolled her eyes or expressed a desire not to do what was asked of her. Instead of telling Wendi not to talk back, Alejo did something very strange with Wendi. He *begged* her to do what was asked of her, sometimes in exchange for something else. He said, "Please, Wendi. Please..." I cannot recall what he offered her in exchange for performing her required tasks, but it was as if Wendi was his little princess and he needed to entice her to get her to do what he wanted.

10.    A couple of years after Mark and I started working at 91st Psalm and Harvest, we were dealing with curriculum in a very small classroom at the school. Wendi came in and said she had something she wanted to tell us, but she could not get much out. She was very nervous and swallowing a lot. Alejo came into the room just as Wendi was about to reveal whatever it was she wanted to talk to us about, and she just shut down. Her eyes got really big. She looked like she had been caught saying something bad. I think Alejo's presence scared Wendi. I thought at the time that maybe she was going to tell us that she was being molested.

11.    This happened around the time that it was discovered that REDACTED REDACTED , was being molested by a man named Dick Herdegen, who was a huge financial contributor to the church and a good friend to Pastor Tom. Pastor Tom did not do much about REDACTED being molested. When the news about REDACTED being molested broke at the church, it was shocking. After word spread, Dick took off up north never to be seen or heard from again.

Page 4 of 6

_N.K._
Initials

When all of this came to light, I just knew that Mark and I could not start a family in Casa Grande. Not in that environment. It was not healthy there.

12. When Wendi was in her ~~senior~~ junior [NK] year of high school, Donna and Alejo pulled Wendi from swim team. The reasoning behind this, according to Donna, was that Wendi lost too much body fat and was losing her breasts. It was another thing about Wendi and her parents that made me suspect that something was terribly wrong at home.

13. Around the time that Wendi ended her participation with the swim team, Mark and I left Harvest School.

14. After Harvest, we moved to Oklahoma [NK] ~~and went to graduate school.~~

15. Two of my Harvest students, Lisa Daugherty and Sarah Carlin, wanted to come visit me and Mark after we moved to Oklahoma. They told me that Pastor Tom and the rest of the administration gave them a really hard time for wanting to come visit us. Sarah's parents, George and Connie Carlin, decided not let Sarah visit us because it jeopardized her position at the school. Lisa and her sister, Kristin, *did* come visit us, but they told me that they were ridiculed by the Harvest administration for doing so.

16. Another Harvest student, Jamie Allen, also visited us in Oklahoma. Jamie brought with him an eight year-old boy who also went to Harvest. I can't remember how old Jamie was, but he was in his late teens. When they stayed with us, the little boy needed to take a bath and Jamie was quick to pipe up and say that he could take care of it. A couple years later, Jamie was arrested for child molestation and went to prison.

Page 5 of 6

NK
Initials

17.     I think about Harvest and I could write a book about all of the tragic stories that came out of that church.  Around 2000 or 2001, I heard from George Carlin that Wendi was arrested.  Though I could not imagine Wendi doing what she was accused of, I also thought about my suspicions that Wendi was molested while she was growing up.  Like many other students who attended Harvest, Wendi is /NK most likely a by-product of that unhealthy environment at Harvest Christian Academy.

18.     No one in connection with Wendi's case ever contacted me before now.  If they had, I would have told them what I have said in this declaration.  If I had been asked to testify on Wendi's behalf, I would have done so, under subpoena. NK.

I have read the foregoing declaration consisting of six (6) pages and eighteen (18) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the state of Virginia, Arizona, and the United States of America that it is true and correct.  Signed May 24, 2011 at Suffolk County, Virginia.

_Nancy Keating_
Nancy Keating

Page 6 of 6

WK
Initials

Shawn King - July 11, 2011                    1

SUPERIOR COURT OF ARIZONA

COUNTY OF MARICOPA


STATE OF ARIZONA,                )
                                 )
         Respondent,             )
                                 )
v.                               ) No.   CR2000-096032-A
                                 )
WENDI  ELIZABETH                 )
ANDRIANO,                        )
                                 )
         Petitioner.             )
                                 )


DEPOSITION OF SHAWN KING

Phoenix, Arizona

July 11, 2011


Prepared by:

CINDY MAHONEY, RPR, RMR
Certified Court Reporter
Certificate No. 50680

**Coash & Coash, Inc., 602-258-1440**

P-App. 002554

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

Page 2

```
1              THE DEPOSITION OF SHAWN KING
2  commenced at 1:47 p.m. on July 11, 2011, at
3  Coppersmith Schermer & Brockelman,  2800 North
4  Central Avenue, Phoenix, Arizona, before Cindy
5  Mahoney, RPR, RMR, Arizona Certified Court
6  Reporter No. 50680.
7
8  APPEARANCES:
9
     For the Deponent:
10      BROWN & LITTLE, P.L.C.
        By:   Adrian W. Little, Esq.
11            950 West Elliot Road
              Suite 107
12            Tempe, Arizona 85284
              480-299-2093
13
     For the Petitioner:
14      FOLEY & LARDNER LLP
        By:   Allen A. Arntsen, Esq.
15            150 East Gilman Street
              Madison, Wisconsin 53703
16            608-257-5035
17   For the Respondent:
        OFFICE OF THE ATTORNEY GENERAL
18      STATE OF ARIZONA
        By:   Lacey Stover Gard, Esq.
19            400 West Congress
              Tucson, Arizona 85701
20            520-628-6654
21
22
23
24
25
```

Page 3

```
               I N D E X
1
2  WITNESS                            PAGE
3  SHAWN KING
4  Examination by Mr. Arntsen            4
5  Examination by Ms. Gard              45
6
7             (No exhibits)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

12:48:32-13:48:27

Page 4

```
1            SHAWN KING,
2  the witness herein, being first duly sworn,
3     was examined and testified as follows:
4            EXAMINATION
5     Q BY MR. ARNTSEN:  Can you please state
6  your name.
7     A  Shawn King.
8     Q  Where do you live, Mr. King?
9     A  2102 North Hill, Mesa, Arizona.
10     Q  Have you ever had your deposition
11 taken before?
12     A  Yes.
13     Q  Couple things.  If you don't
14 understand a question, let me know, and I'll
15 try to rephrase it.  Okay?
16     A  Okay.  Yes.
17     Q  Are there -- is there anything -- for
18 instance, are you on any medications today
19 that would interfere with your ability to
20 testify truthfully and completely?
21     A  No.
22     Q  And you understand that this
23 deposition is in connection with some
24 post-conviction proceedings relating to -- on
25 behalf of Wendi Andriano?  Do you understand
```

13:48:27-13:49:26

Page 5

```
1  that?
2     A  Yes, I do.
3     Q  Just to let you know, I'm
4  representing Ms. Andriano in these
5  post-conviction proceedings.
6        So that's sort of the context in
7  which this deposition is being taken.  Okay?
8     A  All right.
9     Q  And if I refer to Ms. Andriano as
10 Wendi Andriano, you'll know who I mean; right?
11     A  Yes.
12     Q  Even though it's my understanding
13 most of time you knew her, her name was Wendi
14 Ochoa; correct?
15     A  Yes.
16     Q  When did you first meet Wendi?
17     A  I can't tell a specific year.  I
18 probably was eight years old.  So it would be
19 '79.
20     Q  What was the context?
21     A  We went to school at the same place.
22     Q  How long did you go to school
23 together?
24     A  From either 1981 until she graduated
25 in '88, I believe.
```

Min-U-Script®

(1) Page 2 - Page 5

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

1    Q  When did you graduate?
2    A  I graduated in 1990.  She might have
3  graduated -- she was '89, I think.
4    Q  What was the name of the school?
5    A  91st Psalm originally, and then
6  Harvest Christian Academy it became.  It was
7  the same school.
8    Q  Was that school affiliated with
9  church?
10   A  Yes.
11   Q  And what was the name -- was the name
12 of the church the same as the school?
13   A  Well, it was -- it was Harvest Family
14 Church and then 91st Psalm before that.
15   Q  Was your father the pastor of the
16 church?
17   A  My dad was the pastor of Harvest
18 Family Church.  He was the associate pastor at
19 91st Psalm.
20   Q  And do you recall when it was that --
21 when did it -- did the church go from being
22 91st Psalm to Harvest Family Church?
23   A  I think it was -- I'm saying '82,
24 '83, somewhere in there, yeah.
25   Q  And again, that's when your father

1  went from being the assistant pastor to
2  becoming the pastor?
3    A  Yes.
4    Q  And is the church still there?
5    A  Yes.  Well, the one -- the building
6  that it was both 91st Psalm and Harvest, it
7  burned down.  There was an arson in 2003.  And
8  they're rebuilding something on the site now.
9    Q  They being the congregation?
10   A  Actually, yes.  It's a -- my dad and
11 the congregation rebuilding it.
12   Q  Did you know Wendi's parents?
13   A  Yes.
14   Q  How did you know them?
15   A  Alejo Ochoa -- well, that's her
16 stepdad, I believe --
17   Q  Right.
18   A  -- was the -- was an associate pastor
19 at Harvest Family Church for sure, maybe at
20 91st Psalm.  He might have been there at that
21 time.  I don't know if he was pastor at that
22 point.
23   Q  Okay.  And then --
24   A  He was definitely associated with it
25 though.

1    Q  That's Alejo Ochoa?
2    A  Yes.  And then Donna Ochoa, his wife,
3  Wendi's biological mother, I believe I knew
4  her through him, I guess, just through Alejo,
5  the fact that she would come with him
6  sometimes to be around the church or whatever
7  or the school.
8    Q  So I believe you indicated starting
9  when you were -- you met Wendi when you were
10 around eight or so?
11   A  Yeah.
12   Q  And did you -- was your -- were your
13 interactions with Wendi initially at the
14 school?
15   A  Yes.
16   Q  Any place other than at school?
17   A  Yeah.  My recollection was only --
18 well, yeah, it was at school first for the
19 first -- I don't know -- couple years.  And
20 then we were invited to various places, like
21 there would be a party, birthday party at --
22 well, there was an A-framed house on the
23 school and church grounds.  It was a
24 parsonage, and they would have a party there.
25      So she would be at that and I would

1  be at that.  And then there was also -- they
2  would have another set of parties at Carlin --
3  Lonny Carlin, his house -- or his parents'
4  house, and I went there, and she would be
5  there.  And I don't recall when I went to
6  their house.  But it was when they lived -- to
7  Alejo and Donna's house.  It wasn't until they
8  lived in Indian Hills, which was -- I don't
9  know.  I don't have any idea when that was.
10   Q  Do you recall approximately how old
11 you were?
12   A  Well, yeah.  Where did I live in -- I
13 would have lived in -- it would have been more
14 like 12, I think, whenever I started going --
15 or we would go there and -- and then just -- I
16 mean, it was always with -- usually -- well,
17 yeah, it was with my parents and other people
18 that I would go -- other friends and whatever.
19   Q  Were these events sort of sponsored
20 by the church or the school?  Were they in
21 connection with that?
22   A  Not always.  I mean, there would be
23 like -- they would just have a get-together
24 for whatever reason, party for something,
25 somebody's birthday.  That wouldn't be the

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

---

**13:54:15-13:55:18**      Page 10

1  school or church having anything to do with
2  it.
3       Q  Did you -- did you actually live
4  on -- was the school on the same property as
5  the church?
6       A  Yes.
7       Q  Okay.
8       A  It used the same building.
9       Q  Did you live on that property also?
10       A  Not until '85 -- no, it was --
11  actually, it's not the church property that we
12  lived at. It was -- it was a -- like, the
13  church is a big parcel of 10 acres or
14  something or 15, 20 acres, but -- and then we
15  have -- my parents have another parcel beside
16  that.
17       Q  Okay. Just adjacent?
18       A  Yeah, yeah. It's like a quarter mile
19  away. So they built a -- I helped my dad
20  build a house that was done -- actually, I
21  think we moved in like '87 or '88. So we
22  didn't live there until then. Otherwise we
23  never lived in the parsonage. That was the
24  parsonage for the previous pastor before it
25  became Harvest Christian -- or Harvest Family

---

**13:55:18-13:56:33**      Page 11

1  Church.
2       Q  What can you tell me about Wendi as a
3  child when you first met her?
4       A  She was very -- she was a very, for
5  lack of a better word, I guess spry kind of
6  thing, very energetic and outgoing and not
7  very sporty. She didn't, like, play --
8  whenever we'd play dodge ball and stuff like
9  that, she didn't play much. She'd get
10  involved but not a lot.
11       But I mean, she was a -- she was
12  happy as a general rule. But there was always
13  a bit of perhaps question in that from my -- I
14  don't know. From my perspective, you know,
15  like a little bit underneath it maybe. That's
16  from my recollection now of how it was.
17       Q  What do you mean by that little bit
18  underneath it, that thing that's different
19  from being happy?
20       A  She was just very -- she was very --
21  I mean, I don't know how else to say it. She
22  was kind of devious in things. So I always
23  knew she had kind of a plan underneath what
24  she was doing.
25       Q  Can you give me an example?

---

**13:56:36-13:57:52**      Page 12

1       A  I'm trying to think. Well, she got
2  away with anything, like pinching, that was a
3  big thing I remember from one time whenever
4  people would be pinching each other and girls
5  were pinching guys. That was the big thing at
6  one time.
7       And all these other girls -- not all,
8  but a few would get in trouble. She never got
9  caught. She'd always be pinching me or my
10  brother or something like that. Never got
11  caught, even though I wouldn't try to get her
12  caught. But she was just very good at that on
13  the sly kind of thing.
14       Q  About how old was she when this --
15       A  This was early on, like eight. She's
16  my age, I think. Yeah, she's like six months
17  older than me.
18       And we didn't have grades. So we
19  were all with everybody all the time. It
20  wasn't a big school. I can't think of any
21  other kind of thing, but it did seem like she
22  had a -- a more -- like 12, as we got into
23  teenage years, she had control over other
24  girls.
25       Q  Like what other girls?

---

**13:57:55-13:58:58**      Page 13

1       A  Like, who am I trying to think of? I
2  can't remember. Gerri Lynn. I don't know.
3  That's one of the girls I'm thinking of.
4  That's just a name. I can't think of a
5  particular -- like, not bossing around, but
6  like her leadership or something, she's the --
7  the top dog kind of thing. That's just the
8  feeling I got.
9       I didn't know that for sure. But, of
10  course, I was always interested in her, in a
11  relationship with her from like probably 12 or
12  something.
13       Q  Okay.
14       A  And so --
15       Q  And what -- so what do you mean by
16  you were interested in a relationship with her
17  from about 12?
18       A  Well, it would be primarily, you
19  know, like romantic kind of relationship. I
20  just thought she would be my sweetheart kind
21  of thing. I was very naive at that point,
22  having not been raised on television or
23  anything.
24       And probably right about that time is
25  when I started watching TV, being allowed to

---

Min-U-Script®

(3) Page 10 - Page 13

| 13:59:03-14:00:26 | Page 14 |
| --- | --- |

1  watch TV. I mean, I watched sports, but I
2  couldn't watch commercials or anything. So --
3  and no movies. And so she was just the
4  epitome of real life -- or not -- yeah,
5  epitome of worldly, if you know what I'm
6  talking, you know.
7      Q  Would it be fair to say you had a
8  crush on her?
9      A  Yeah, definitely. From probably 12
10  years old or something like that.
11      Q  And for how long did this crush last?
12      A  It lasted until I was -- well, until
13  I guess it -- whenever we started going out at
14  16, 17, something like that, I mean, I still
15  had a crush. I mean, she was like in total
16  control of my life. Not -- I mean, yeah, she
17  could get me to do anything pretty much.
18      Q  Like what?
19      A  Well, because I didn't generally
20  disobey the rules of the school or whatever,
21  but if she wanted me to do something, I would
22  do it. And so she -- like, kissing and stuff
23  like that was not allowed and hand holding, so
24  we'd hold hands like at probably 16 or, you
25  know, I'd do that or she'd do that, and I'd do

| 14:01:51-14:03:12 | Page 16 |
| --- | --- |

1  it was a general crush, jealousy I guess at
2  that time. It became a freak-out later. And
3  based on what she -- yeah, stuff I found out
4  later.
5      Q  What do you mean by that?
6      A  Well, I mean, whenever we went out
7  and -- whatever years those were, because I
8  think '91 is when it ended, so I would have
9  been 20. But before that time, I mean, we
10  were -- we got -- it was probably '88 that we
11  got sexually active to some degree.
12      And from that time until '91 or, you
13  know, until like mid '91, I assumed that we
14  were -- or I mean, I believed that we were
15  monogamous, you know, together exclusively.
16  And I find out from multitudes of people that
17  she had been with so many guys during my
18  tenure with her. And that just blew me away.
19      I  Caught her with a couple guys a
20  couple different times, and she talked me out
21  of it. She got me to believe -- like, I
22  walked back into her house and believed that
23  it was okay. So I -- somehow.
24      Then finally, that's whenever I did
25  the -- the breakup with her was finally in

| 14:00:27-14:01:48 | Page 15 |
| --- | --- |

1  it even though I didn't want to or whatever.
2      Q  Hold hands?
3      A  Yeah. Well, that or kissing or
4  whatever. So it was kind of interesting. But
5  she always kind of -- it seemed to me like I
6  was the -- not the goody two-shoes. I wasn't
7  like that at all, but that I was the good part
8  of her, is what it seemed like to me. But
9  that's in retrospect. So I have no clue for
10  sure.
11      Q  Did you -- was -- was your friendship
12  a good one?
13      A  Yeah. I was always mistrustful,
14  though. I mean, not terribly so, but once I
15  found out, you know, later on I became freaked
16  out. But yeah, I did like her. I mean, we
17  talked about -- we had a good intellectual
18  connection. And I was always reading, and she
19  had read a lot of the same stuff. And we
20  seemed to connect well.
21      And we like -- she didn't really like
22  sports that much. So that was a problem for
23  me. Although she swam, but she didn't
24  really -- I was worried that she was trying to
25  look all sexy for everyone. And so, I mean,

| 14:03:15-14:04:42 | Page 17 |
| --- | --- |

1  '91. I heard about a couple of different guys
2  and different -- different -- different guys
3  than the two I caught her with. And so that
4  was pretty -- yeah.
5      So then I mistrusted her completely.
6  But before that, I really thought -- I was
7  just naive and just thought all is well with
8  us.
9      Q  So over what period of time were you
10  and Wendi a couple?
11      A  Definitely ended in fall of '91. I
12  believe it started officially -- well, I know
13  it sexually started in -- it may have been
14  '87, late '87 because I was 17. My birthday
15  is in December. Before that we might have --
16  it might have been at the start of the school
17  year. So early -- mid '87.
18      Q  So when you say you caught Wendi with
19  a couple of guys, tell me what happened?
20      A  Okay. One time I -- well, the one
21  time I caught her for -- is that -- I mean, I
22  didn't actually see her in the act with
23  anyone. I didn't -- but she -- okay. She's
24  in her apartment. She got an apartment after
25  she got out of school, I think. So this was

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

---

**14:04:47-14:05:49**        Page 18

1 '89, I believe, probably I caught -- or '90
2 maybe.
3      But I found her -- I went to her
4 apartment. And the door is locked, and I hear
5 some noises inside. So I start beating the
6 door down -- or, I mean, banging on the door a
7 ton, not breaking it. And then she finally
8 comes up and answers the door in like a
9 nightie kind of thing with nothing on.
10      Then I walk into the -- I come
11 running into the bedroom, and there's a guy
12 getting up with pretty much nothing on as
13 well. He's pulling up some boxers or
14 something.
15      And that's the one where I'm like --
16 I'm positive something was happening here.
17 And I'm going off on her. Then she -- or I
18 mean, I'm just, you know, crying and stuff.
19 Then she takes me over to the -- outside to
20 the porch. There's a little porch thing. It
21 was up a flight of stairs, I think. And she
22 talked me into thinking it's fine.
23      I don't know -- I mean, I was so
24 different back then, unaware I guess you'd
25 say. But I mean, I believed her somehow.

---

**14:05:50-14:06:58**        Page 19

1      Q What did she tell you?
2      A That they were just resting. Why
3 they had no clothes on, I don't -- oh, they
4 had swum (sic). Or they had been swimming. I
5 don't know if that's a word, swum. Anyway,
6 yeah, and so they had to have their clothes
7 off. So I bought it.
8      Q And you indicated you caught her on
9 another occasion?
10      A Yes. Well, that was in a truck. She
11 was delivered back -- she was supposed to have
12 been at the apartment for us to meet, you
13 know, for one of our little dates or whatever
14 one night. She wasn't there.
15      And so I stayed there like for two
16 hours or something because there were other
17 friends that lived around there. So I was
18 talking to them or whatever. And she shows up
19 and -- or this truck shows up. There's this
20 guy sitting in the driver's seat, and she's
21 nowhere to be seen.
22      And then she gets out and she's --
23 then she suddenly gets out and her hair is all
24 disheveled and everything. Her dress is all
25 messed up. She's got her underwear pulling up

---

**14:07:00-14:08:24**        Page 20

1 as she walks out.
2      So I was -- I just -- at that point I
3 assumed -- I didn't catch her in anything, but
4 it was soon after that that I broke up because
5 I was -- I became convinced that she had been
6 with -- because other people had told me --
7 other friends of hers or friends of ours had
8 told me that they had seen her at parties
9 doing stuff actually in the act. And so I
10 was.
11      Q You said friends of yours told you
12 that they had seen Wendi having sexual
13 intercourse at parties?
14      A Yeah, I believe -- yeah, definitely,
15 they had said -- like Kim -- I think Kim was
16 one.
17      Q Who?
18      A Kim Ethington. She used to live
19 close to -- that's not her name now, but I
20 know she's been married at least twice. But I
21 don't keep up with her really. Just hear
22 through other people.
23      Then I think -- I can't -- I can't
24 recall any -- I think Lonny Carlin may have
25 seen her once or more than once. And I don't

---

**14:08:26-14:09:39**        Page 21

1 think -- yeah, I don't think, like, Lonny's
2 sister Sarah, I don't think she saw anything.
3      Q By the way, what were the names of
4 these guys that you caught Wendi with?
5      A God, I have no idea. I never knew.
6 Wait a second. One of the guys was Anthony.
7 Definitely there was an Anthony because I
8 hated that name from then on until like 10
9 years later. So got over it.
10      Q And again, what did Kim Ethington
11 tell you about Wendi?
12      A She was saying that she saw her
13 making out for sure at multiple parties. But
14 then she saw her at one sitting on a guy
15 essentially who was sitting on the couch, but
16 then she's sitting on the guy, and he's out of
17 his pants kind of thing. She's basically
18 having sex with him on the couch.
19      Q And do you recall what Lonny Carlin
20 told you?
21      A No. I mean, it was just something
22 about sex, I think. I don't know the
23 actual -- the specifics. I can't remember
24 any.
25      Q Did you and Wendi have a sexual

---

Min-U-Script®

(5) Page 18 - Page 21

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

| | |
|---|---|
| 14:09:40-14:10:52 | Page 22 |

1   relationship?
2      A  Yes, we did.  But we never had -- we
3   never -- we never had anything but oral
4   intercourse because she was saving herself for
5   marriage like we were taught allegedly.  And I
6   didn't know how to -- or I didn't know a thing
7   at that point.
8      Q  And for how long a period before you
9   broke up were you and Wendi having oral sex?
10     A  It was from '88 to '91.  So we would
11  do that fairly frequently, I mean, like once
12  or twice a week.  That's not too frequently.
13     Q  When you're saying oral sex, you
14  performed oral sex on her and she performed
15  oral sex on you?
16     A  Yeah.
17     Q  So what was it that prompted the
18  breakup of your relationship?
19     A  Well, it was that guy in the -- in
20  the truck or the thing in the truck, whatever
21  went on there.  And because she didn't say --
22  she didn't explain anything.  Or somehow she
23  explained it to a point where I was okay with
24  it for then, but then like three days later I
25  went -- she wasn't showing up at places

| | |
|---|---|
| 14:10:55-14:12:05 | Page 23 |

1   whenever we were supposed to go out or
2   whatever, and so I just got irritated and
3   decided that's it.
4      Q  Tell me the -- what happened, the
5   circumstances of your and Wendi's breakup?
6      A  Well, we -- there was the one --
7   yeah, it was the night that I -- I walked --
8   did I walk or ride the bike?  I can't remember
9   exactly, but I went to her apartment complex.
10        She had just bought a new car.  I
11  smashed the windows out of the car with a
12  rock, and I told her that's it.
13        Oh, yeah, and then -- and then I
14  don't know if it was before that -- I think it
15  was a time before that where I had given her a
16  ring of promise, and I took that off her
17  finger, bit it, and threw it down.  But I
18  think that was before the breakup.  That
19  didn't work.  The breakup didn't take that
20  time.  And so then I had to get it the next
21  time.
22        Whenever I broke the windows, that
23  definitely was it.  And I don't think I said
24  anything to her after that.  Just didn't -- we
25  just didn't talk.

| | |
|---|---|
| 14:12:07-14:13:44 | Page 24 |

1      Q  That was in '91?
2      A  Yeah.
3      Q  Tell me what you recall about Wendi's
4   interactions with her parents, her mother and
5   her stepfather?
6      A  I don't -- I mean, her mother -- she
7   got along well with people, with authority
8   figures because we looked at adults, you know,
9   as authority figures.  It wasn't like they
10  were our friends or anything.  But she was
11  more friendly with people than I was for sure.
12        And it seemed like she felt like her
13  mom was commanding, but not too bad.  And
14  Alejo, I mean, just seemed more like chummy,
15  you know, like they were just --
16     Q  What do you mean?
17     A  -- friends.  I mean, more friendly
18  than -- I mean, just like friend to friend
19  kind of thing, not -- I mean, it wasn't like
20  he was lording over her or anything but -- as
21  much as her mom would.  But otherwise, I
22  didn't notice any major -- yeah, no big
23  differences from other friends that had
24  parents, you know.
25     Q  How much interaction did you have

| | |
|---|---|
| 14:13:46-14:14:54 | Page 25 |

1   with Alejo, given that he was an assistant
2   pastor?
3      A  We did a fair amount, I mean, like
4   working together on a -- because I would work
5   construction stuff with them around the church
6   with my dad and with the church and the house
7   and what have you.  I would do work,
8   construction.
9        So he also worked construction.  So I
10  would learn.  And then he -- he would -- you
11  know, like we'd dig ditches and stuff like
12  that.  So he was pretty -- he would be singing
13  spiritual type songs, you know, more of the --
14  he would just be fun, oh, Lord, would you buy
15  me a Mercedes-Benz or something like that.  So
16  we'd sit there and sing.  We had a good time
17  just joking and messing around and stuff.
18        And as I got older, I got into
19  computers.  And so I went away from him,
20  veered away.  And he was like -- started to
21  get into photography and stuff, so I didn't
22  have anything to do with him pretty much from
23  then on.  So I mean, not intentionally.  It
24  just happened, divergent paths.
25     Q  Were there any problems between you

Min-U-Script®

(6) Page 22 - Page 25

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

---

**14:14:55-14:16:24**        Page 26

1  and Alejo?
2      A  Oh, no, none.
3      Q  Was the church -- was it sort of --
4  would you describe it as a sort of male
5  dominated culture, or would that not be right?
6      A  I don't -- I mean, I had most -- my
7  best relationships were with ladies, not like
8  the ladies -- not a ladies man or anything,
9  but I was able to connect best with women.
10 And I felt like I was guided by a certain set
11 of women in the church.
12      So I wouldn't say it's too male.
13 There's -- like, the Bible is pretty male
14 oriented, if you don't mind.  And -- and I
15 didn't necessarily agree with that.  But I
16 thought that there was enough -- my mom was
17 the music leader and all that, and there were
18 others that did teachings and devotional type
19 things and stuff.  So I thought that was all
20 right.
21      Q  Are you still a member of the church?
22      A  Not necessarily.  Actually, I did
23 just go back for the first time in eight --
24 seven, eight years.  I went back a couple
25 weeks ago.

---

**14:16:28-14:17:31**        Page 27

1      I just had -- since my accident, I've
2  kind of grown in various ways and learned
3  to -- learned, you know, I go a different --
4  my spirituality is different now from theirs.
5  And it doesn't really work for me.
6      As long as it works for them, I'm
7  cool with it.  I was able to go and be cool
8  with what they did at their church and hang
9  out.  And it was good spiritual stuff for
10 them.  For me, it was somewhat spiritual but
11 not big time, not the kind of thing I want to
12 do every week.
13      Q  Did you have a sort of abrupt, you
14 know, split with your parents and the church
15 or anything like that?
16      A  No.  There was no -- I just -- it was
17 actually through counseling, through my
18 spiritual advisors in counseling type stuff
19 that I realized that my path is diverging from
20 theirs.  So I just told them.  And we've
21 remained in great connection, my parents and
22 I.
23      Q  You indicated you had an accident.
24      Can you just describe briefly what
25 the accident was?

---

**14:17:34-14:18:52**        Page 28

1      A  In October of -- of 1999, I was
2  walking from a friend's house.  It was like 6
3  in the morning or 6:55, something like that.
4  But I was -- I was still under the influence
5  of alcohol.
6      And I walked across the street on a
7  red crosswalk light, and a truck hit me, 1950
8  Chevy pickup.  And I dented the hood with my
9  head.  So it caused traumatic brain injury.
10 And then, plus I flew across the street, flew
11 across five lanes and smacked my head on the
12 concrete.
13      So it caused brain traumatic -- both
14 traumatic brain injuries.  And then my legs
15 were essentially cut off, smashed up,
16 pulverized, my lower legs.  They were able to
17 put them back on, whatever.
18      So that was the big -- then I was
19 laid up for like a year, almost a year.  Well,
20 I couldn't hardly get out.  I couldn't roll a
21 wheelchair because my left side was --
22 prognosis was paralyzed for life on the left
23 side because of the right side head trauma.
24 I ended up being able to get action
25 eventually, but not during really 2000.  So

---

**14:18:55-14:20:04**        Page 29

1  that was the extent.
2      My -- whenever you have traumatic
3  brain injury, apparently one grows up again,
4  and it can happen multiple times.  So I -- I
5  mean, I kept journals from the time about six
6  months into it -- no, three months.  Yeah, I
7  started keeping journals because my counselor,
8  like before the accident, told me to do that.
9  So I did it.
10      And I can see how I grew up
11 multiple -- you know, I would start like a
12 little kid and grow up again and again, you
13 know.  So it happened over a long period.
14      So my brain was not working well
15 during the first probably five years.  And
16 then seven years after the accident -- it was
17 in 2008, so that was nine years that I started
18 a neurocognitive rehabilitation program.  And
19 that has just done amazing things.  But
20 anyway.
21      Q  So a very extensive physical and sort
22 of mental and psychological, emotional
23 rehabilitation --
24      A  Yes.
25      Q  -- process?

---

Min-U-Script®

(7) Page 26 - Page 29

14:20:06-14:21:29                                            Page 30

1      A Yeah, yeah. I've been in full effort
2   ever since the accident. Well, ever since I
3   got out of the coma.
4      Q Did you stay in touch at all with
5   Wendi after you broke up?
6      A No, definitely not with her. I would
7   hear about her from, like, my parents or from
8   friends that would say she's doing this. I
9   mean, she had -- she got married, had kids. I
10  heard about that. But I didn't see them or
11  anything.
12         It seemed like -- well, yeah, she
13  even came to church because I kept playing the
14  drums at my parents' church. I had always
15  played like from '95 -- or '85 through '99. I
16  played every Sunday pretty much, played drums
17  for the music ministry.
18         And for a while there she was coming
19  to church. And I would -- they had a
20  particular place where Alejo and Donna and her
21  would sit. And then I remember them sitting
22  there. But I was always completely distant
23  and aloof. I never went and saw them. I
24  would never go talk to them afterward. I
25  would just leave out another door. I didn't

14:21:31-14:22:49                                            Page 31

1   like to talk to anybody.
2      Q Was there -- do you recall her being
3   at the church with Joe or her kids?
4      A I guess so. I mean, before -- like,
5   in '95, something like that, maybe before --
6   yeah. I don't remember when she married Joe.
7   You know, once she moved -- she moved, I
8   heard -- yeah, she definitely moved up to
9   somewhere in Phoenix, and she just quit coming
10  to church.
11         At one point Alejo was no longer a
12  pastor. So they quit coming. So then I don't
13  have any idea what happened. Because I
14  was -- I was disconnected from the church
15  really, even though I keep coming every
16  Sunday. I was -- I didn't pay attention to --
17  my life was in Scottsdale and work and stuff
18  like that.
19      Q Did you ever meet Joe?
20      A I think I did before the accident,
21  yeah.
22      Q Okay. Do you recall the
23  circumstances?
24      A I didn't go to her wedding, did I? I
25  mean, I could have gone to her wedding if

14:22:51-14:23:55                                            Page 32

1   somebody had dragged me along, or else he was
2   at church or something. I do think I
3   remember -- I'm not positive about this -- but
4   shaking his hand one time. And I definitely
5   never talked to him like as anybody. I mean,
6   I just said hi, and that was it as far as I
7   recall.
8      Q As best you can -- did you ever talk
9   with Joe anytime other than that, whether it's
10  over the phone or in person?
11      A Definitely not. No, I definitely
12  didn't. I mean, I barely knew him. I
13  wouldn't know him by sight at all now.
14      Q Now, after Joe died, did you talk
15  with -- did the police come and interview you?
16      A No.
17      Q Did the prosecutor's office come and
18  interview you?
19      A No.
20      Q Did you -- do you recall talking with
21  anyone from the police department?
22      A No.
23      Q Do you recall talking with anyone
24  from the prosecutor's office?
25      A No.

14:24:16-14:25:34                                            Page 33

1      Q Is there anything else you can recall
2   that kind of sticks in your mind about Wendi
3   growing up that kind of, you know, stands out
4   about her as, you know, someone you knew for a
5   dozen years or so?
6      A Well, I mean, -- well, a primary
7   thing, from my perspective, was her
8   flirtatiousness. That, like, stands out in my
9   mind because of how she was with me and -- but
10  then I saw how she was with -- she was that
11  way with a lot of people, but not -- not more
12  than me.
13         It seemed like she was more directed
14  at me, you know. It seemed like she would be
15  more intense, if you will. Maybe that was
16  just my hope. But I just remember her being
17  very -- it was kind of -- I almost want to say
18  cheerfully flirtatious but not -- I don't
19  know. Bubbly -- no, not really. I don't know
20  how to describe it.
21         But it was a very -- I mean, at one
22  point I thought it was wholesome, very
23  wholesome, but obviously my -- based on future
24  events, my recollection is tainted, I'm sure.
25      Q The future events being those you've

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

14:25:35-14:26:45                                          Page 34

1   talked about?
2       A  Yeah.
3       Q  Was she flirtatious with a lot of
4   people?
5       A  Yeah.  It seemed like most everybody
6   that she -- you know, she'd be -- she would be
7   flirtatious with girls, with guys.  She was
8   just very flirtatious.
9       Q  And just -- can you just elaborate a
10  little more as to the specific conduct that
11  you're -- you know, you're lumping within
12  flirtatious?
13      A  There's the -- there's a lot of
14  touching going on when she would talk to
15  the -- I mean, people do that, but -- and then
16  there would be like shoulder action, you know.
17  Just the way she would move would be kind of
18  sexy doing whatever.  Not -- you know, not
19  real -- but she would always, you know, like
20  throw her hips in like to my hip or whatever
21  and stuff like that at times.
22          And that was more with me than the
23  kids at school and stuff.  She wouldn't do it
24  because that was completely illegal from our
25  school rules and stuff.  But I would go to --

14:26:47-14:28:16                                          Page 35

1   I didn't really go to parties with her that
2   were outside of the school or outside of
3   people from the school.  And so I think she'd
4   do that with most other people.
5           And I would see her sometimes at a
6   pool party or something or a pool gathering
7   that they would have for the swim team.  I
8   would come at the end because my track coach
9   was married to the swim coach.
10          So anyway, I would see her kind of
11  being like that with other guys.  And I'd be
12  like -- I don't know.  At that time I just
13  wrote it off.
14      Q  Was she like that with adults too or
15  just kids?
16      A  Oh, yeah, it seemed like it.  But
17  less -- but she would, like, use -- I mean,
18  she -- my understanding and my recollection is
19  that she taught me the meaning of feminine
20  wiles, you know.  And she could use her charm
21  to get things from men especially.
22      Q  Can you give me some examples?
23      A  I'm trying to think of something.  If
24  she -- it wouldn't -- it definitely would not
25  work on my dad, but other -- like, I'm trying

14:28:20-14:29:30                                          Page 36

1   to think of a guy.
2           Like, there was this big guy, Jim
3   Nish, that would be telling her to do
4   something.  And she would just get all smiley
5   and, you know, flirtatious, batting the eye
6   kind of thing and wiggling around a little
7   bit.  And this was when she was 14, something
8   like that.  And then he would just back off,
9   just tell her, you know, okay, do whatever you
10  want.
11          And that was the -- that's what I
12  recall as far as dealing with adults.  With
13  women, she was more -- if I'm remembering
14  correctly, she was bristled a little bit more.
15  She wouldn't try too much flirtation with
16  certain women, at least that I saw.
17          With girls, she was kind of
18  flirtatious, with people her own age and
19  younger adults.
20      Q  Do you recall this flirtatious
21  behavior from when you met Wendi or did that
22  start at some point in time?  Did she change
23  at all?
24      A  Seems like early on -- it seems like
25  she grew in it, like, got better and better at

14:29:32-14:30:46                                          Page 37

1   it.  But it seemed like she was kind of -- I
2   would call it originally very outgoing, but I
3   don't know if I just grew up in my knowledge
4   and understanding or if she grew into it
5   and --
6       Q  Do you recall any -- generally, how
7   did Wendi dress when -- you know, again at the
8   school and that --
9       A  Well, at school we had uniforms,
10  so -- so she would always wear a uniform,
11  although she would kind of -- I mean, well,
12  after school, is the -- I mean, you had to
13  have it buttoned, I think.  Or I can't
14  remember what girls had.  I think it was to
15  the top.  Yeah, definitely.  We had to wear
16  ties, as guys.
17          And so she would -- but after school,
18  before leaving, like in the 10 minutes you're
19  waiting for your parents to come get you, she
20  would unbutton her thing further and show
21  whatever.
22          But then at parties and stuff or like
23  outside of school, she never -- I mean, until
24  she became -- because, yeah, in high school we
25  were allowed to dress ourselves -- or I mean,

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

14:30:50-14:32:10 — Page 38

1 choose our clothes. But we had to follow a
2 dress code. And she would follow the dress
3 code, but her clothes would be tight usually.
4 And they definitely revealed her figure. And
5 most all the time, I believe -- or yeah, I'm
6 sure.
7        And then I mean, she didn't really do
8 too much crazy stuff like at -- at the pool,
9 you know. I mean, she'd be in a two-piece
10 bathing suit, but -- I don't know. She never
11 did, like, strip down or anything like that in
12 front of much people that I knew of.
13       And -- but I think it was more -- to
14 me it was always more her manner. Whatever
15 she was wearing, it just looked hot. And she
16 played it quite well to whoever was watching,
17 in my opinion, obviously. But that was a
18 tainted opinion back then.
19    Q It was a teenage boy's opinion?
20    A Right. And I know other guys thought
21 the same way that were my friends.
22    Q Have we covered everything you can
23 recall about Wendi being with other guys?
24    A Yeah. Everything I know as far as --
25 you're talking about during the -- during

14:32:11-14:33:24 — Page 39

1 my -- you know, until '91?
2    Q Right.
3    A Yeah. That's -- yeah, that's as far
4 as I can recall.
5    Q Again, it's my understanding then
6 that from, you know, after '91 really until
7 after your accident, you had very little
8 contact with Wendi?
9    A Yeah, very little. Although -- yeah,
10 yeah.
11    Q Anything come to mind in terms of
12 either, you know, interaction with her or
13 knowing of her during that period?
14    A I do recall in '91 -- in '99, we
15 went -- before the accident, we went out to
16 dinner, I believe. Yeah, we had dinner. And
17 then I thought she had totally changed.
18    Q Tell me about that.
19       What led up to you and Wendi having
20 dinner?
21    A Well, I was moving to Chicago.
22    Q In '99?
23    A Yeah. In fact, three days after my
24 accident I had a one-way ticket to Chicago.
25 All my stuff -- I sold my house. All my stuff

14:33:26-14:34:21 — Page 40

1 was on a truck to Chicago. It actually worked
2 out nicely when you're in a coma and all your
3 stuff gets rerouted to my parents' house, gets
4 stored at their place, and I move into my
5 parents' place after I come out of the
6 hospital. It's all good.
7        But beyond that, I was leaving, so
8 she thought -- I don't know what -- how -- I
9 mean it was -- she started it, the meeting.
10    Q How did she know how to get a hold of
11 you?
12    A Through my parents.
13    Q Okay.
14    A Because -- well, I came to church
15 every Sunday. She knew about it. They were
16 living somewhere else. They didn't come to
17 church anymore.
18    Q They being Wendi and Joe?
19    A Yes. Right. And their kids or
20 whatever. I don't think I ever even met the
21 kids. Yeah, I definitely have no
22 recollection. I don't even know when they
23 were born.
24       But she -- maybe I saw them at
25 church. I don't know. I definitely didn't

14:34:23-14:35:33 — Page 41

1 meet them.
2        But I heard -- maybe I heard that she
3 had asked about me or something, so I
4 called -- I don't know. Somehow I got in
5 touch with her. We went to dinner one time.
6 And she just sounded so changed and, you know,
7 like she had grown up or whatever.
8        And, you know, the whole -- I think
9 Joe was sick. Yeah, he had been diagnosed
10 with cancer at that point. I don't remember
11 for sure. I don't know if she even brought up
12 Joe.
13       But I can't remember much of that
14 because my memory didn't come back well
15 late -- my early memory is okay. My late
16 memory is not great up to the accident.
17    Q Do you recall whose idea it was that
18 you guys have dinner?
19    A Yeah, that's what I'm not entirely
20 sure about. But I mean, I know that if I had
21 heard that she contacted me, that I would be
22 interested in -- or that she asked about me, I
23 would be interested in saying what's up, so
24 why not get together and do something.
25    Q And it was just the two of you?

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

**Page 42** — 14:35:33-14:36:44

1    A Yeah.
2    Q Do you remember where you went?
3    A Someplace downtown -- or not
4  downtown. Like 24th and Camelback. I can't
5  remember what it's called. I'm sure it was a
6  nice place.
7    Q Do you recall what you talked about?
8    A No. That's the thing. We talked
9  about just life. Not just -- but I'm sure we
10  talked about -- we talked about, you know,
11  well, the fact that I was going to Chicago and
12  my idea of life and her married life and, you
13  know, whatever. I might have said -- I mean,
14  I don't know. I don't want to conjecture.
15    Q No, I just want what you can recall.
16    A Okay. That would be it as far as
17  what I remember.
18    Q And you said she was changed. In
19  what way?
20    A That was just based on her
21  conversation about her kids. She actually
22  seemed genuinely interested, you know,
23  enthused about leading her kids into life, you
24  know. And I mean, I don't recall if she said
25  anything about Joe, but I think she talked

**Page 43** — 14:36:52-14:38:12

1  about being with him, you know, being more --
2  it just seemed like she was more adult or, you
3  know, than I recall from '99 for sure. She
4  wasn't all flirtatious or any stuff like that.
5  Yeah, it was interesting.
6    Q So I mean what -- I'm not trying to
7  put words in your mouth, but what I'm
8  gathering is, to the extent she talked about
9  her relationship with Joe, it seemed like a
10  positive thing?
11    A From what I can remember.
12    Q From what you can recall?
13    A Yeah, yeah. I don't remember any
14  negative. Although, I do remember feeling
15  like we might have been able to do something
16  that night had I made the move, but I didn't.
17  And I don't do that.
18    But I actually -- I mean, for
19  whatever reason, I remember thinking that. It
20  could have been hope. I don't know what it
21  would have been.
22    Q That was the first time you had spent
23  any significant amount of time with Wendi
24  since your breakup; correct?
25    A Oh, yeah, as far as -- yeah. I mean,

**Page 44** — 14:38:17-14:39:19

1  yeah, yeah. Alone, I mean, definitely for
2  sure.
3    MR. ARNTSEN: That's all I've got.
4  Thank you.
5    EXAMINATION
6    Q BY MS. GARD: Just a couple follow-up
7  questions.
8    You mentioned that you had been
9  deposed previously?
10    A Yes.
11    Q Was that in connection with this
12  case?
13    A Yes.
14    Q And I'm assuming since you didn't
15  talk to the prosecutors that that was some
16  sort of defense interview?
17    A Yeah.
18    Q I wanted to follow up about the
19  example that you gave about the man in the
20  truck.
21    And I want to see if you remember
22  more information about what exactly Wendi told
23  you, how she explained that?
24    A I can't -- I have no recollection
25  necessarily, no specific recollection. I know

**Page 45** — 14:39:24-14:40:21

1  that in situations that seemed strange to me,
2  she was always -- I'm just having fun. We're
3  just bouncing around doing, you know,
4  whatever. And I bought it. I was like okay.
5    Q So whatever she told you at that
6  point was something that you accepted?
7    A Yeah.
8    Q At least for the time being?
9    A Early on. I mean, even at that time,
10  and then I started thinking about it and heard
11  words from other people.
12    Q Would you say she had a very
13  convincing way about her, very persuasive?
14    A Oh, yeah.
15    Q You made a little -- you alluded a
16  little bit to some memory problems from your
17  accident?
18    A Yes.
19    Q But am I correct in understanding
20  that your earlier memories are pretty clear?
21  It's just closer in time to the accident that
22  you have trouble remembering?
23    A My early memories are better than my
24  later ones. I would just say -- I mean, I
25  don't know how great my earlier ones are. But

P-App. 002565

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

**14:40:24-14:41:26**                                    Page 46

1   they've been identified with, you know,
2   coinciding with other people's accounts and
3   things they do all right.
4       Q  But the impressions that you've
5   shared today about Wendi, are those pretty
6   clear in your mind?
7       A  I believe so, yes.  They are clear to
8   me.  I can't guarantee that they're right.
9       Q  Okay.
10      A  They're right for what I feel.
11      Q  The dinner that you spoke about in
12  '99 with Wendi, you said that you thought that
13  you could have done something with her that
14  evening.
15          What did she do to give you that
16  impression?  Do you recall?
17      A  I don't know that she did much of
18  anything.  I mean, it just seemed -- I mean,
19  she was a little bit flirty but yet more adult
20  and sophisticated, if you will, I thought
21  perhaps.  But I just felt this vibe, I guess.
22          But at the time I was -- I had just
23  come off a big breakup and was with a fiancee.
24  I was the one that broke up, but I just
25  didn't -- I just wasn't about to make any kind

**14:41:30-14:42:49**                                    Page 47

1   of move.  Plus I was scared.  I mean --
2       Q  What do you mean?
3       A  I say scared, I was just -- you know,
4   I was like -- I was like a little kid still in
5   relationship with her.  That's how I felt.  I
6   just felt like the little boy that was all
7   into her at like 15 years old, not little
8   obviously, but the -- the crazy teenager and
9   whatever.  My face all, you know, sheepishly
10  looking at her.  I just felt like that, so I
11  wouldn't --
12      Q  Okay.  I'm sorry, I cut you off.
13      A  I wouldn't have made a move because
14  of that.
15      Q  Okay.
16      A  So that's the reason.
17      Q  How did you learn what had happened
18  to Joe?
19      A  My parents.  I think they woke me up
20  because I was living at my parents' house at
21  the time.  They woke me up that morning,
22  whatever day it was, and told me that Joe was
23  dead or something and Wendi was arrested.
24  Alejo and Donna had gone to help or something
25  or do something.

**14:42:51-14:44:12**                                    Page 48

1       Q  What was your reaction when you heard
2   that?
3       A  Well, I was pretty -- I don't know.
4   I mean, I wasn't -- I mean, he was terminally
5   ill.  And I don't know what else -- I mean,
6   but I was -- I was surprised that she would
7   have done that, but I couldn't -- I couldn't
8   believe it.  But I heard that there was some
9   thought of defense or something like, her
10  defending herself.  I don't know what.
11          MS. GARD:  That's all I have.
12          MR. ARNTSEN:  She'll type up the
13  transcript.  You'll get a chance to read it
14  over and make sure that she got everything --
15          THE WITNESS:  Okay.
16          MR. ARNTSEN:  You'll have probably 30
17  days.  That's what it is most places.  Then if
18  there are mistakes, you can correct the
19  mistakes.  Whether you want to do that or
20  whether you want to be done with this process
21  now --
22          THE WITNESS:  I'll do it just to make
23  sure.
24
25

**14:44:18**                                             Page 49

1                   (The deposition concluded at 2:45
2   p.m.)
3
4
5
6
7                        SHAWN KING
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

14:44:18                                                            Page 50

```
 1
 2    STATE OF ARIZONA      }
      COUNTY OF MARICOPA    }
 3          BE IT KNOWN that the foregoing deposition
 4    was taken by me pursuant to stipulation of counsel;
 5    that I was then and there a Certified Court Reporter
 6    in the State of Arizona, and by virtue thereof
 7    authorized to administer an oath; that the witness
 8    before testifying was duly sworn by me to testify to
 9    the whole truth; pursuant to request, notification
10    was provided that the deposition is available for
11    review and signature; that the questions propounded
12    by counsel and the answers of the witness thereto
13    were taken down by me in shorthand and thereafter
14    transcribed into typewriting under my direction;
15    that the foregoing pages are a full, true and
16    accurate transcript of all the proceedings had upon
17    the taking of said deposition, all done to the best
18    of my skill and ability.
19          I FURTHER CERTIFY that I am in no way
20    related to nor employed by any parties hereto; nor
21    am I in any way interested in the outcome thereof.
22          Dated at Phoenix, Arizona, this _____ day
23    of July, 2011.
24
25                  CINDY MAHONEY, RMR, No. 50680
```

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

## 1

**10 (3)** 10:13:54:41   12.5;
21:14:08:43   7.5;
37:14:30:17   17.5
**12 (5)** 9:13:53:31   13.5;
12:13:57:40   21.5;
13:13:58:21   10.5,
13:58:34   16.5;
14:13:59:22   8.5
**14 (1)** 36:14:28:34   6.5
**15 (2)** 10:13:54:44   13.5;
47:14:41:43   6.5
**16 (2)** 14:13:59:37   13.5,
14:00:21   23.5
**17 (2)** 14:13:59:37   13.5;
17:14:04:01   13.5
**1950 (1)** 28:14:17:49   6.5
**1981 (1)** 5:13:49:18   23.5
**1990 (1)** 6:13:49:28   1.5
**1999 (1)** 28:14:17:31   25.5

## 2

**20 (2)** 10:13:54:44   13.5;
16:14:02:11   8.5
**2000 (1)** 28:14:18:45   24.5
**2003 (1)** 7:13:50:42   6.5
**2008 (1)** 29:14:19:41   16.5
**2102 (1)** 4:13:47:40   8.5
**24th (1)** 42:14:35:39   3.5

## 3

**30 (1)** 48:14:43:59   15.5

## 6

**6 (1)** 28:14:17:34   1.5
**6:55 (1)** 28:14:17:38   2.5

## 7

**79 (1)** 5:13:49:08   18.5

## 8

**82 (1)** 6:13:50:18   22.5
**83 (1)** 6:13:50:20   23.5
**85 (2)** 10:13:54:31   9.5;
30:14:20:50   14.5
**87 (4)** 10:13:55:03   20.5;
17:14:04:01   13.5,
14:04:01   13.5,
14:04:12   16.5
**88 (4)** 5:13:49:22   24.5;
10:13:55:03   20.5;
16:14:02:17   9.5;
22:14:10:09   9.5
**89 (2)** 6:13:49:31   2.5;
18:14:04:42   15.5

## 9

**90 (1)** 18:14:04:42   25.5
**91 (10)** 16:14:02:30   12.5,
14:02:24   11.5,
14:02:09   7.5;
17:14:03:12   25.5,
14:03:49   10.5;
22:14:10:09   9.5;
24:14:12:05   25.5;
39:14:32:44   13.5,
14:32:10   25.5,
14:32:19   5.5
**91st (6)** 6:13:50:07   18.5,
13:50:15   21.5,
13:49:55   13.5,
12:14:10:09   9.5,
13:51:18   19.5
**95 (2)** 30:14:20:50   14.5;
31:14:21:46   4.5
**99 (5)** 30:14:20:50   14.5;
39:14:33:15   21.5,
14:32:44   13.5;
43:14:36:55   2.5;
46:14:40:44   11.5

## A

**ability (1)** 4:13:48:04   18.5
**able (5)** 26:14:15:24   8.5;
27:14:16:42   6.5;
28:14:18:18   15.5,
14:18:42   23.5;
43:14:37:23   14.5
**abrupt (1)**
27:14:16:58   12.5
**Academy (1)**
6:13:49:40   5.5
**accepted (1)**
45:14:39:32   5.5
**accident (13)**
27:14:16:24   25.5,
14:17:28   24.5,
14:17:24   22.5;
29:14:19:37   15.5,
14:19:17   7.5;
30:14:20:06   1.5;
31:14:22:34   19.5;
39:14:32:23   6.5,
14:32:50   14.5,
14:33:19   23.5;
41:14:35:08   15.5;
45:14:40:06   20.5,
14:40:00   16.5
**accounts (1)**
46:14:40:24   1.5
**acres (2)** 10:13:54:44   13.5,
13:54:41   12.5
**across (3)**
28:14:18:01   9.5,
14:18:04   10.5,

14:17:45   5.5
**act (2)** 17:14:04:30   21.5;
20:14:07:21   8.5
**action (2)**
28:14:18:42   23.5;
34:14:26:12   15.5
**active (1)** 16:14:02:22   10.5
**actual (1)** 21:14:09:33   22.5
**Actually (11)**
7:13:50:52   9.5;
10:13:54:33   10.5,
13:55:01   19.5,
13:54:16   2.5;
17:14:04:30   21.5;
20:14:07:21   8.5;
26:14:16:13   21.5;
27:14:17:07   16.5;
40:14:33:24   25.5;
42:14:36:27   20.5;
43:14:37:34   17.5
**adjacent (1)**
10:13:54:52   16.5
**adult (2)** 43:14:36:52   1.5;
46:14:41:01   18.5
**adults (4)** 24:14:12:32   7.5;
35:14:27:21   13.5;
36:14:29:10   18.5,
14:28:49   11.5
**advisors (1)**
27:14:17:11   17.5
**affiliated (1)**
6:13:49:44   7.5
**A-framed (1)**
8:13:52:37   21.5
**afterward (1)**
30:14:21:23   23.5
**again (7)** 6:13:50:25   24.5;
21:14:08:50   9.5;
29:14:18:58   2.5,
14:19:26   11.5,
14:19:26   11.5;
37:14:29:50   6.5;
39:14:32:16   4.5
**age (2)** 12:13:57:13   15.5;
36:14:29:07   17.5
**ago (1)** 26:14:16:22   24.5
**agree (1)** 26:14:15:45   14.5
**alcohol (1)**
28:14:17:43   4.5
**Alejo (10)** 7:13:51:08   14.5;
8:13:51:26   25.5,
13:51:38   3.5;
9:13:53:08   6.5;
24:14:12:57   13.5;
25:14:13:44   25.5;
26:14:14:54   25.5;
30:14:21:10   19.5;
31:14:22:04   10.5;
47:14:42:45   23.5
**allegedly (1)**
22:14:09:54   4.5
**allowed (3)**
13:13:58:55   24.5;

14:14:00:18   22.5;
37:14:30:44   24.5
**alluded (1)**
45:14:39:54   14.5
**almost (2)**
28:14:18:24   18.5;
33:14:25:01   16.5
**Alone (1)** 44:14:38:12   25.5
**along (2)** 24:14:12:27   6.5;
32:14:22:49   25.5
**aloof (1)** 30:14:21:19   22.5
**Although (4)**
15:14:01:39   22.5;
37:14:30:01   10.5;
39:14:32:28   8.5;
43:14:37:20   13.5
**always (15)** 9:13:53:43   15.5,
13:54:02   21.5;
11:13:56:26   21.5,
13:55:56   11.5;
12:13:56:55   8.5;
13:13:58:16   9.5;
15:14:00:34   4.5,
14:01:25   17.5,
14:01:02   12.5;
30:14:20:48   13.5,
14:21:15   21.5;
34:14:26:23   18.5;
37:14:29:58   9.5;
38:14:31:28   13.5;
45:14:39:24   1.5
**amazing (1)**
29:14:19:51   18.5
**amount (2)**
25:14:13:48   2.5;
43:14:38:04   22.5
**Andriano (4)**
4:13:48:25   24.5;
5:13:48:40   8.5,
13:48:30   3.5,
13:48:51   9.5
**Anthony (2)**
21:14:08:38   5.5,
14:08:41   6.5
**anymore (1)**
40:14:34:00   16.5
**apartment (5)**
17:14:04:37   23.5,
14:04:37   23.5;
18:14:04:52   3.5;
19:14:06:18   11.5;
23:14:11:18   8.5
**apparently (1)**
29:14:18:58   2.5
**approximately (1)**
9:13:53:18   9.5
**Arizona (1)** 4:13:47:40   8.5
**ARNTSEN (4)**
4:12:48:32   4.5;
44:14:38:27   2.5;
48:14:43:50   11.5,
14:43:59   15.5
**around (8)** 8:13:51:44   5.5,

13:51:56   9.5;
13:13:58:03   4.5;
19:14:06:31   16.5;
25:14:13:54   4.5,
14:14:28   16.5;
36:14:28:32   5.5;
45:14:39:27   2.5
**arrested (1)**
47:14:42:40   22.5
**arson (1)** 7:13:50:42   6.5
**assistant (2)**
7:13:50:30   25.5;
25:14:13:44   25.5
**associate (2)**
6:13:50:03   17.5;
7:13:51:11   17.5
**associated (1)**
7:13:51:25   23.5
**assumed (2)**
16:14:02:30   12.5;
20:14:07:02   2.5
**assuming (1)**
44:14:38:40   13.5
**attention (1)**
31:14:22:21   15.5
**authority (2)**
24:14:12:37   8.5,
14:12:27   6.5
**away (5)** 10:13:54:57   18.5;
12:13:56:36   1.5;
16:14:02:49   17.5;
25:14:14:33   18.5,
14:14:38   19.5

## B

**back (5)** 16:14:03:00   21.5;
18:14:05:42   23.5;
19:14:06:16   10.5;
26:14:16:19   23.5,
14:16:15   22.5;
28:14:18:22   16.5;
36:14:28:37   7.5;
38:14:31:41   17.5;
41:14:34:57   13.5
**bad (1)** 24:14:12:49   12.5
**ball (1)** 11:13:55:46   7.5
**banging (1)**
18:14:04:56   5.5
**barely (1)** 32:14:23:16   11.5
**based (3)** 16:14:01:56   2.5;
33:14:25:23   22.5;
42:14:36:25   19.5
**basically (1)**
21:14:09:18   16.5
**bathing (1)**
38:14:31:17   9.5
**batting (1)** 36:14:28:29   4.5
**beating (1)**
18:14:04:54   4.5
**became (6)**
6:13:49:40   5.5;
10:13:55:14   24.5;

Coash & Coash, Inc., 602-258-1440

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

15:14:01:11  14.5;
16:14:01:51  1.5;
20:14:07:09  4.5;
37:14:30:37  23.5
**becoming (1)**
7:13:50:32  1.5
**bedroom (1)**
18:14:05:09  10.5
**behalf (1)** 4:13:48:25  24.5
**behavior (1)**
36:14:29:16  20.5
**beside (1)**
10:13:54:48  14.5
**best (3)** 26:14:15:24  8.5,
14:15:16  6.5;
32:14:23:07  7.5
**better (4)** 11:13:55:34  4.5;
36:14:29:27  24.5,
14:29:27  24.5;
45:14:40:10  22.5
**beyond (1)**
40:14:33:38  6.5
**Bible (1)** 26:14:15:36  12.5
**big (9)** 10:13:54:41  12.5;
12:13:56:46  4.5,
13:56:42  2.5,
13:57:26  19.5;
24:14:13:28  21.5;
27:14:16:56  10.5;
28:14:18:23  17.5;
36:14:28:20  1.5;
46:14:41:16  22.5
**bike (1)** 23:14:11:14  7.5
**biological (1)**
8:13:51:33  2.5
**birthday (3)**
8:13:52:32  20.5;
9:13:54:09  24.5;
17:14:04:01  13.5
**bit (8)** 11:13:56:14  16.5,
13:56:08  14.5,
13:56:00  12.5;
23:14:11:38  16.5;
36:14:28:54  13.5,
14:28:34  6.5;
45:14:39:57  15.5;
46:14:41:01  18.5
**blew (1)** 16:14:02:49  17.5
**born (1)** 40:14:34:15  22.5
**bossing (1)**
13:13:58:03  4.5
**both (2)** 7:13:50:39  5.5;
28:14:18:09  12.5
**bought (3)**
19:14:06:05  6.5;
23:14:11:22  9.5;
45:14:39:29  3.5
**bouncing (1)**
45:14:39:27  2.5
**boxers (1)**
18:14:05:15  12.5
**boy (1)** 47:14:41:41  5.5
**boy's (1)** 38:14:31:43  18.5

**brain (5)** 28:14:17:58  8.5,
14:18:09  12.5,
14:18:11  13.5;
29:14:19:30  13.5,
14:18:58  2.5
**breaking (1)**
18:14:04:59  6.5
**breakup (7)**
16:14:03:08  24.5;
22:14:10:31  17.5;
23:14:11:02  4.5,
14:11:42  17.5,
14:11:45  18.5;
46:14:41:16  22.5
**briefly (1)** 27:14:17:27  23.5
**bristled (1)**
36:14:28:54  13.5
**broke (5)** 20:14:07:05  3.5;
22:14:10:05  8.5;
23:14:11:53  21.5;
30:14:20:17  4.5;
46:14:41:20  23.5
**brother (1)**
12:13:56:58  9.5
**brought (1)**
41:14:34:50  10.5
**Bubbly (1)**
33:14:25:10  18.5
**build (1)** 10:13:55:01  19.5
**building (2)**
7:13:50:37  4.5;
10:13:54:26  7.5
**built (1)** 10:13:54:57  18.5
**burned (1)** 7:13:50:42  6.5
**buttoned (1)**
37:14:30:06  12.5
**buy (1)** 25:14:14:20  13.5

## C

**call (1)** 37:14:29:32  1.5
**called (2)** 41:14:34:29  3.5;
42:14:35:43  4.5
**came (2)** 30:14:20:46  12.5;
40:14:33:53  13.5
**Camelback (1)**
24:14:13:39  3.5
**Can (16)** 4:12:48:32  4.5;
11:13:56:31  24.5,
13:55:18  1.5;
29:14:19:21  9.5,
14:19:03  3.5;
32:14:23:07  7.5;
33:14:23:55  25.5;
34:14:25:50  8.5;
35:14:27:44  21.5;
38:14:31:53  21.5;
39:14:32:16  3.5;
42:14:36:15  14.5;
43:14:37:16  10.5;
14:37:17  11.5;

48:14:44:03  17.5
**cancer (1)** 41:14:34:47  9.5
**car (2)** 23:14:11:24  10.5,
14:11:22  9.5
**Carlin (4)** 9:13:52:54  2.5,
13:52:49  1.5;
20:14:08:10  23.5;
21:14:09:25  18.5
**case (1)** 44:14:38:40  11.5
**catch (1)** 20:14:07:02  2.5
**caught (10)**
12:13:57:04  11.5,
13:57:01  10.5,
13:56:55  8.5;
16:14:02:52  18.5;
17:14:04:26  20.5,
14:04:17  17.5,
14:03:20  2.5;
18:14:04:42  25.5;
19:14:06:07  7.5;
21:14:08:33  3.5
**caused (2)**
28:14:18:09  12.5,
14:17:58  8.5
**certain (2)**
26:14:15:28  9.5;
36:14:29:00  15.5
**chance (1)**
48:14:43:52  12.5
**change (1)**
36:14:29:20  21.5
**changed (3)**
39:14:33:00  16.5;
41:14:34:34  5.5;
42:14:36:20  17.5
**charm (1)** 35:14:27:36  19.5
**cheerfully (1)**
33:14:25:07  17.5
**Chevy (1)** 28:14:17:55  7.5
**Chicago (4)**
39:14:33:19  20.5,
14:33:19  23.5;
40:14:33:24  25.5;
42:14:36:03  10.5
**child (1)** 11:13:55:22  2.5
**choose (1)**
38:14:30:46  25.5
**Christian (2)**
6:13:49:40  5.5;
10:13:55:14  24.5
**chummy (1)**
24:14:12:57  13.5
**church (34)** 6:13:49:47  8.5,
13:49:50  11.5,
13:50:11  20.5,
13:49:55  13.5,
13:50:03  17.5,
13:50:15  21.5,
13:50:01  15.5;
7:13:51:13  18.5,
13:50:34  3.5;
8:13:52:40  22.5,
13:51:44  5.5;

9:13:53:55  19.5;
10:13:54:41  12.5,
13:54:23  4.5,
13:54:33  10.5,
13:54:12  25.5;
11:13:55:18  25.5;
25:14:13:56  5.5,
14:13:54  4.5;
26:14:14:56  2.5,
14:16:03  20.5,
14:15:31  10.5;
27:14:17:01  13.5,
14:16:46  7.5;
30:14:21:06  18.5,
14:20:48  13.5,
14:20:46  12.5;
31:14:22:17  13.5,
14:22:03  9.5,
14:21:35  2.5;
32:14:22:51  1.5;
40:14:34:00  16.5,
14:33:53  13.5,
14:34:19  24.5
**circumstances (2)**
23:14:11:02  4.5;
31:14:22:38  22.5
**clear (3)** 45:14:40:03  19.5;
46:14:40:32  6.5,
14:40:31  5.5
**close (1)** 20:14:07:52  18.5
**closer (1)** 45:14:40:06  20.5
**clothes (4)**
19:14:05:54  2.5,
14:06:00  5.5;
38:14:30:52  2.5,
14:30:46  25.5
**clue (1)** 15:14:00:48  8.5
**coach (2)** 35:14:27:04  7.5,
14:27:07  8.5
**code (2)** 38:14:30:52  2.5,
14:30:50  1.5
**coinciding (1)**
46:14:40:24  1.5
**coma (2)** 30:14:20:10  2.5;
40:14:33:26  1.5
**coming (4)**
30:14:21:02  17.5;
31:14:22:20  14.5,
14:22:01  8.5,
14:22:09  11.5
**commanding (1)**
24:14:12:49  12.5
**commercials (1)**
14:13:59:03  1.5
**completely (4)**
4:13:48:07  19.5;
17:14:03:29  4.5;
30:14:21:15  21.5;
34:14:26:38  23.5
**complex (1)**
23:14:11:18  8.5
**computers (1)**
25:14:14:33  18.5

**concrete (1)**
28:14:18:07  11.5
**conduct (1)**
34:14:25:53  9.5
**congregation (2)**
7:13:50:50  8.5,
13:50:56  10.5
**conjecture (1)**
42:14:36:13  13.5
**connect (2)**
15:14:01:32  19.5;
26:14:15:24  8.5
**connection (5)**
4:13:48:17  22.5;
9:13:53:59  20.5;
15:14:01:25  17.5;
27:14:17:20  20.5;
44:14:38:37  10.5
**construction (3)**
25:14:14:02  8.5,
14:14:02  7.5,
14:13:54  4.5
**contact (1)**
39:14:32:27  7.5
**contacted (1)**
41:14:35:21  20.5
**context (2)** 5:13:48:35  5.5,
13:49:09  19.5
**control (2)**
12:13:57:43  22.5;
14:13:59:47  15.5
**conversation (1)**
42:14:36:27  20.5
**convinced (1)**
20:14:07:09  4.5
**convincing (1)**
45:14:39:49  12.5
**cool (2)** 27:14:16:42  6.5,
14:16:42  6.5
**correctly (1)**
36:14:28:54  13.5
**couch (2)**
21:14:09:12  14.5,
14:09:22  17.5
**counseling (2)**
27:14:17:11  17.5,
14:17:07  16.5
**counselor (1)**
29:14:19:14  6.5
**Couple (9)**
4:13:47:48  12.5;
8:13:52:26  18.5;
16:14:02:55  19.5,
14:02:52  18.5;
17:14:04:20  18.5,
14:03:12  25.5,
14:03:45  9.5;
26:14:16:19  23.5;
44:14:38:31  5.5
**course (1)** 13:13:58:16  9.5
**covered (1)**
38:14:31:53  21.5
**crazy (2)** 38:14:31:09  7.5;

Min-U-Script®

Coash & Coash, Inc., 602-258-1440

(2) becoming - crazy

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

47:14:41:47   7.5
**crosswalk (1)**
28:14:17:49   6.5
**crush (4)** 14:13:59:27   10.5,
13:59:21   7.5,
13:59:46   14.5;
16:14:01:48   25.5
**crying (1)** 18:14:05:26   17.5
**culture (1)** 26:14:15:05   4.5
**cut (2)** 28:14:18:15   14.5;
47:14:42:04   11.5

**D**

**dad (5)** 6:13:50:01   16.5;
7:13:50:52   9.5;
10:13:54:57   18.5;
25:14:13:56   5.5;
35:14:28:11   24.5
**dates (1)** 19:14:06:21   12.5
**day (1)** 47:14:42:32   21.5
**days (3)** 22:14:10:47   23.5;
39:14:33:16   22.5;
48:14:44:00   16.5
**dead (1)** 47:14:42:40   22.5
**dealing (1)**
36:14:28:49   11.5
**December (1)**
17:14:04:06   14.5
**decided (1)**
23:14:10:58   2.5
**defending (1)**
48:14:43:27   9.5
**defense (2)**
44:14:38:44   15.5;
48:14:43:21   8.5
**definitely (17)**
7:13:51:25   23.5;
14:13:59:22   8.5;
17:14:03:49   10.5;
20:14:07:36   15.5;
21:14:08:41   6.5;
23:14:11:55   22.5;
30:14:20:22   5.5;
31:14:21:58   7.5;
32:14:22:56   3.5,
14:23:14   10.5,
14:23:14   10.5;
35:14:27:53   23.5;
37:14:30:10   14.5;
38:14:30:58   3.5;
40:14:34:10   20.5,
14:34:19   24.5;
44:14:38:12   25.5
**degree (1)**
16:14:02:22   10.5
**delivered (1)**
19:14:06:16   10.5
**dented (1)** 28:14:17:55   7.5
**department (1)**
32:14:23:48   20.5
**deposed (1)**
44:14:38:36   8.5

**deposition (3)**
4:13:47:44   9.5,
13:48:17   22.5;
5:13:48:38   6.5
**describe (3)**
26:14:15:02   3.5;
27:14:17:27   23.5;
33:14:25:12   19.5
**devious (1)**
11:13:56:21   21.5
**devotional (1)**
26:14:15:55   17.5
**diagnosed (1)**
41:14:34:45   8.5
**died (1)** 32:14:23:30   13.5
**differences (1)**
24:14:13:35   22.5
**different (9)**
11:13:56:16   17.5;
16:14:02:55   19.5;
17:14:03:15   1.5,
14:03:15   1.5,
14:03:15   1.5,
14:03:12   25.5;
18:14:05:42   23.5;
27:14:16:35   3.5,
14:16:33   2.5
**dig (1)** 25:14:14:09   10.5
**dinner (6)**
39:14:33:12   19.5,
14:32:55   15.5,
14:32:55   15.5;
41:14:35:14   17.5,
14:34:31   4.5;
46:14:40:41   10.5
**directed (1)**
33:14:24:50   12.5
**disconnected (1)**
31:14:22:17   13.5
**disheveled (1)**
19:14:06:52   23.5
**disobey (1)**
14:14:00:00   19.5
**distant (1)**
30:14:21:15   21.5
**ditches (1)**
25:14:14:09   10.5
**divergent (1)**
25:14:14:49   23.5
**diverging (1)**
27:14:17:14   18.5
**dodge (1)** 11:13:55:46   7.5
**dog (1)** 13:13:58:10   6.5
**dominated (1)**
26:14:15:05   4.5
**done (5)** 10:13:55:01   19.5;
29:14:19:51   18.5;
46:14:40:50   12.5;
48:14:44:07   19.5,
14:43:13   6.5
**Donna (3)** 8:13:51:30   1.5;
30:14:21:10   19.5;
47:14:42:45   23.5

**Donna's (1)** 9:13:53:08   6.5
**door (5)** 18:14:05:02   7.5,
14:04:56   5.5,
14:04:52   3.5,
14:04:56   5.5;
30:14:21:26   24.5
**down (4)** 7:13:50:42   6.5;
18:14:04:56   5.5;
23:14:11:38   16.5;
38:14:31:19   10.5
**downtown (2)**
42:14:35:39   3.5,
14:35:38   2.5
**dozen (1)** 33:14:24:27   4.5
**dragged (1)**
32:14:22:49   25.5
**dress (5)** 19:14:06:52   23.5;
37:14:30:44   24.5,
14:29:50   6.5;
38:14:30:50   1.5,
14:30:50   1.5
**driver's (1)**
19:14:06:41   19.5
**drums (2)**
30:14:20:55   15.5,
14:20:48   13.5
**duly (1)** 4:12:48:32   1.5
**during (6)**
16:14:02:46   16.5;
28:14:18:45   24.5;
29:14:19:33   14.5;
38:14:32:06   24.5,
14:32:06   24.5;
39:14:32:41   12.5

**E**

**earlier (2)**
45:14:40:16   24.5,
14:40:03   19.5
**early (6)** 12:13:57:10   14.5;
17:14:04:12   16.5;
36:14:29:24   23.5;
41:14:35:04   14.5;
45:14:40:10   22.5,
14:39:36   8.5
**effort (1)** 30:14:20:04   25.5
**eight (5)** 5:13:49:06   17.5;
8:13:51:56   9.5;
12:13:57:10   14.5;
26:14:16:15   22.5,
14:16:19   23.5
**either (2)** 5:13:49:18   23.5;
39:14:32:39   11.5
**elaborate (1)**
34:14:25:50   8.5
**else (5)** 11:13:56:24   20.5;
32:14:22:49   25.5;
33:14:23:55   25.5;
40:14:33:57   15.5;
48:14:43:06   4.5
**emotional (1)**
29:14:19:59   21.5

**end (1)** 35:14:27:04   7.5
**ended (3)**
16:14:02:09   7.5;
17:14:03:49   10.5;
28:14:18:42   23.5
**energetic (1)**
11:13:55:37   5.5
**enough (1)**
26:14:15:48   15.5
**enthused (1)**
42:14:36:33   22.5
**entirely (1)**
41:14:35:15   18.5
**epitome (2)**
14:13:59:12   3.5,
13:59:16   4.5
**especially (1)**
35:14:27:41   20.5
**essentially (2)**
21:14:09:12   14.5;
28:14:18:15   14.5
**Ethington (2)**
20:14:07:51   17.5;
21:14:08:50   9.5
**Even (9)** 5:13:48:53   11.5;
12:13:57:01   10.5;
15:14:00:26   25.5;
30:14:20:46   12.5;
31:14:22:20   14.5;
40:14:34:13   21.5,
14:34:05   19.5;
41:14:34:50   10.5;
45:14:39:36   8.5
**evening (1)**
46:14:40:52   13.5
**events (3)** 9:13:53:53   18.5;
33:14:25:29   23.5,
14:25:32   24.5
**eventually (1)**
28:14:18:45   24.5
**everybody (2)**
12:13:57:21   18.5;
34:14:25:40   4.5
**everyone (1)**
15:14:01:45   24.5
**exactly (2)**
23:14:11:18   8.5;
44:14:38:59   21.5
**EXAMINATION (2)**
4:12:48:32   3.5;
44:14:38:31   4.5
**examined (1)**
4:12:48:32   2.5
**example (2)**
11:13:56:31   24.5;
44:14:38:51   18.5
**examples (1)**
35:14:27:44   21.5
**exclusively (1)**
16:14:02:38   14.5
**explain (1)**
22:14:10:43   21.5
**explained (2)**

22:14:10:45   22.5;
44:14:39:01   22.5
**extensive (1)**
29:14:19:55   20.5
**extent (2)**
29:14:18:52   25.5;
43:14:37:10   7.5
**eye (1)** 36:14:28:29   4.5

**F**

**face (1)** 47:14:41:55   8.5
**fact (3)** 8:13:51:41   4.5;
39:14:33:16   22.5;
42:14:36:03   10.5
**fair (2)** 14:13:59:20   6.5;
25:14:13:48   2.5
**fairly (1)** 22:14:10:13   10.5
**fall (1)** 17:14:03:49   10.5
**Family (5)** 6:13:49:52   12.5,
13:50:15   21.5,
13:50:03   17.5;
7:13:51:13   18.5;
10:13:55:14   24.5
**far (6)** 32:14:23:02   5.5;
36:14:28:49   11.5;
38:14:32:03   23.5;
39:14:32:12   2.5;
42:14:36:18   15.5;
43:14:38:09   24.5
**father (2)** 6:13:50:25   24.5,
13:49:58   14.5
**feel (1)** 46:14:40:38   9.5
**feeling (2)**
13:13:58:13   7.5;
43:14:37:20   13.5
**felt (6)** 24:14:12:44   11.5;
26:14:15:28   9.5;
46:14:41:09   20.5;
47:14:41:41   5.5,
14:41:37   4.5,
14:42:01   9.5
**feminine (1)**
35:14:27:34   18.5
**few (2)** 12:13:56:52   7.5
**fiancee (1)**
46:14:41:16   22.5
**figure (1)** 38:14:30:58   3.5
**figures (2)**
24:14:12:32   7.5,
14:12:37   8.5
**finally (3)**
16:14:03:08   24.5,
14:03:05   23.5;
18:14:04:59   6.5
**find (1)** 16:14:02:42   15.5
**fine (1)** 18:14:05:38   21.5
**finger (1)** 23:14:11:38   16.5
**first (8)** 4:12:48:32   1.5;
5:13:48:59   15.5;
8:13:52:26   18.5,
13:52:21   17.5;
11:13:55:22   2.5;

**Coash & Coash, Inc., 602-258-1440**

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

26:14:16:15  22.5;
29:14:19:33  14.5;
43:14:38:02  21.5
**five (2)** 28:14:18:04  10.5;
29:14:19:33  14.5
**flew (2)** 28:14:18:01   9.5,
14:18:01  9.5
**flight (1)** 18:14:05:35  20.5
**flirtation (1)**
36:14:28:58  14.5
**flirtatious (9)**
33:14:25:07  17.5;
34:14:25:46   6.5,
14:25:37  2.5,
14:25:58  11.5,
14:25:48  7.5;
36:14:29:07  17.5,
14:29:14  19.5,
14:28:29  4.5;
43:14:37:00  3.5
**flirtatiousness (1)**
33:14:24:36  7.5
**flirty (1)** 46:14:41:01  18.5
**follow (3)** 38:14:30:50  1.5,
14:30:46  25.5;
44:14:38:46  17.5
**follows (1)** 4:12:48:32  2.5
**follow-up (1)**
44:14:38:31  5.5
**found (3)**
15:14:01:11  14.5;
16:14:01:56  2.5;
18:14:04:48  2.5
**freaked (1)**
15:14:01:11  14.5
**freak-out (1)**
16:14:01:51  1.5
**frequently (2)**
22:14:10:13  10.5,
14:10:18  11.5
**friend (2)** 24:14:13:12  17.5,
14:13:12  17.5
**friendly (2)**
24:14:13:10  16.5,
14:12:40  10.5
**friends (10)** 9:13:53:51  17.5;
19:14:06:31  16.5;
20:14:07:16   6.5,
14:07:27  10.5,
14:07:16   6.5;
24:14:13:35  22.5,
14:12:39   9.5,
14:13:10  16.5;
30:14:20:31   7.5;
38:14:31:48  20.5
**friend's (1)**
28:14:17:34   1.5
**friendship (1)**
15:14:00:52  10.5
**front (1)** 38:14:31:22  11.5
**full (1)** 30:14:20:04  25.5
**fun (2)** 25:14:14:20  13.5;
45:14:39:24  1.5

**further (1)**
37:14:30:23  19.5
**future (2)** 33:14:25:32  24.5,
14:25:23  22.5

## G

**GARD (2)**
44:14:38:31   5.5;
48:14:43:31  10.5
**gathering (2)**
35:14:26:58   5.5;
43:14:37:10  7.5
**gave (1)** 44:14:38:51  18.5
**general (2)**
11:13:55:56  11.5;
16:14:01:48  25.5
**generally (2)**
14:13:59:59  18.5;
37:14:29:48  5.5
**genuinely (1)**
42:14:36:29  21.5
**Gerri (1)** 13:13:57:55  1.5
**gets (4)** 19:14:06:49  22.5,
14:06:46  21.5;
44:14:33:29  2.5,
14:33:29  2.5
**get-together (1)**
9:13:54:04  22.5
**girls (8)** 12:13:57:49  24.5,
13:57:49  23.5,
13:56:50  6.5,
13:56:43  3.5;
13:13:57:58  2.5;
34:14:25:46  6.5;
36:14:29:06  16.5;
37:14:30:08  13.5
**given (2)** 23:14:11:34  14.5;
25:14:13:44  25.5
**God (1)** 21:14:08:36  4.5
**good (7)** 12:13:57:04  11.5;
15:14:01:22  16.5,
14:00:56  11.5,
14:00:41   6.5;
25:14:14:25  15.5;
27:14:16:48   8.5;
40:14:33:37  5.5
**goody (1)** 15:14:00:37  5.5
**grades (1)**
12:13:57:18  17.5
**graduate (1)**
6:13:49:26  25.5
**graduated (3)**
5:13:49:18  23.5,
6:13:49:31  2.5,
13:49:28  1.5
**great (3)** 27:14:17:20  20.5;
41:14:35:08  15.5;
45:14:40:16  24.5
**grew (4)** 29:14:19:21  9.5;
36:14:29:27  24.5;
37:14:29:40  3.5,
14:29:37  2.5

**grounds (1)**
8:13:52:40  22.5
**grow (1)** 29:14:19:26  11.5
**growing (1)**
33:14:24:20  2.5
**grown (2)** 27:14:16:28  1.5;
41:14:34:37  6.5
**grows (1)** 29:14:18:58  2.5
**guarantee (1)**
46:14:40:34  7.5
**guess (7)** 8:13:51:38  3.5;
11:13:55:34  4.5;
14:13:59:33  12.5;
16:14:01:48  25.5;
18:14:05:42  23.5;
31:14:21:43  3.5;
46:14:41:09  20.5
**guided (1)** 26:14:15:28  9.5
**guy (7)** 18:14:05:09  10.5;
19:14:06:41  19.5;
21:14:09:14  15.5,
14:09:09  13.5;
22:14:10:34  18.5;
36:14:28:16  25.5,
14:28:20  1.5
**guys (14)** 12:13:56:46  4.5;
16:14:02:52  18.5,
14:02:46  16.5;
17:14:03:12  25.5,
14:04:20  18.5,
14:03:15  1.5;
21:14:08:38  5.5,
14:08:33  3.5;
34:14:25:46  6.5;
35:14:27:14  10.5;
37:14:30:12  15.5;
38:14:31:46  19.5,
14:31:58  22.5;
41:14:35:14  17.5

## H

**hair (1)** 19:14:06:49  22.5
**hand (2)** 14:14:00:18  22.5;
32:14:22:56  3.5
**hands (2)**
14:14:00:21  23.5;
15:14:00:27  1.5
**hang (1)** 27:14:16:46  7.5
**happen (1)**
29:14:19:03  3.5
**happened (6)**
17:14:04:20  18.5;
23:14:11:00  3.5;
25:14:14:49  23.5;
29:14:19:28  12.5;
31:14:22:14  12.5;
47:14:42:10  16.5
**happening (1)**
18:14:05:22  15.5
**happy (2)**
11:13:56:19  18.5,
13:55:56  11.5

**hardly (1)** 28:14:18:29  19.5
**Harvest (8)**
6:13:50:01  16.5,
13:49:52  12.5,
13:49:40  5.5,
13:50:15  21.5;
7:13:51:13  18.5,
13:50:39  5.5;
10:13:55:14  24.5,
13:55:14  24.5
**hated (1)** 21:14:08:43  7.5
**head (3)** 28:14:18:39  22.5,
14:18:04  10.5,
14:17:58  8.5
**hear (3)** 18:14:04:52  3.5;
20:14:08:00  20.5;
30:14:20:26  6.5
**heard (9)**
17:14:03:12  25.5;
30:14:20:36  9.5;
31:14:21:58  7.5;
41:14:34:23  1.5,
14:34:23  1.5,
14:35:21  20.5;
45:14:39:38  9.5;
48:14:42:49  25.5,
14:43:18  7.5
**help (1)** 47:14:42:45  23.5
**helped (1)**
10:13:54:57  18.5
**herein (1)** 4:12:48:32  1.5
**herself (2)**
22:14:09:49  3.5;
48:14:43:27  9.5
**hi (1)** 32:14:23:02  5.5
**high (1)** 37:14:30:37  23.5
**Hill (1)** 4:13:47:40  8.5
**Hills (1)** 9:13:53:11  7.5
**hip (1)** 34:14:26:25  19.5
**hips (1)** 34:14:26:25  19.5
**hit (1)** 28:14:17:49  6.5
**hold (3)** 14:14:00:21  23.5;
15:14:00:27  1.5;
40:14:33:48  9.5
**holding (1)**
14:14:00:18  22.5
**hood (1)** 28:14:17:55  7.5
**hope (2)** 33:14:24:57  15.5;
43:14:37:39  19.5
**hospital (1)**
40:14:33:37  5.5
**hot (1)** 38:14:31:31  14.5
**hours (1)** 19:14:06:28  15.5
**house (12)** 8:13:52:37  21.5;
9:13:52:57  3.5,
13:53:05  5.5,
13:53:08  6.5,
13:52:54  2.5;
10:13:55:01  19.5;
16:14:03:00  21.5;
25:14:13:56  5.5;
28:14:17:34  1.5;
39:14:33:22  24.5;

40:14:33:29  2.5;
47:14:42:25  19.5

## I

**idea (2)** 9:13:53:16   8.5;
21:14:08:36  4.5;
31:14:22:14  12.5;
41:14:35:12  16.5;
42:14:36:05  11.5
**identified (1)**
46:14:40:21  25.5
**ill (1)** 48:14:43:06  4.5
**illegal (1)** 34:14:26:38  23.5
**impression (1)**
46:14:40:54  15.5
**impressions (1)**
46:14:40:27  3.5
**Indian (1)** 9:13:53:11  7.5
**indicated (3)**
8:13:51:51  7.5;
19:14:06:07  7.5;
27:14:17:24  22.5
**influence (1)**
28:14:17:41  3.5
**information (1)**
44:14:38:59  21.5
**initially (1)** 8:13:52:10  12.5
**injuries (1)**
28:14:18:11  13.5
**injury (2)** 28:14:17:58   8.5;
29:14:18:58  2.5
**inside (1)** 18:14:04:54  4.5
**instance (1)**
4:13:48:03  17.5
**intellectual (1)**
31:14:01:22  16.5
**intense (1)**
33:14:24:56  14.5
**intentionally (1)**
25:14:14:47  22.5
**interaction (2)**
24:14:13:41  24.5;
39:14:32:39  11.5
**interactions (2)**
8:13:52:10  12.5;
24:14:12:16  3.5
**intercourse (2)**
20:14:07:35  12.5;
22:14:09:49  3.5
**interested (5)**
13:13:58:31  15.5,
13:58:16   9.5;
41:14:35:26  22.5,
14:35:23  21.5;
42:14:36:29  21.5
**interesting (2)**
15:14:00:30   3.5;
43:14:37:04  4.5
**interfere (1)**
4:13:48:04  18.5
**interview (3)**
32:14:23:43  17.5,

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

14:23:36  14.5;
44:14:38:44  15.5
**into (12)** 12:13:57:40  21.5;
16:14:03:00  21.5;
18:14:05:38  21.5,
14:05:09  10.5,
14:05:08  9.5;
25:14:14:31  17.5,
14:14:42  20.5;
29:14:19:11  5.5;
37:14:29:40  3.5;
40:14:33:32  3.5;
42:14:36:33  22.5;
47:14:41:43  6.5
**invited (1)** 8:13:52:28  19.5
**involved (1)**
11:13:55:50  9.5
**irritated (1)**
23:14:10:55  1.5

**J**

**jealousy (1)**
16:14:01:48  25.5
**Jim (1)** 36:14:28:20  1.5
**Joe (12)** 31:14:22:30  18.5,
14:21:49  5.5,
14:21:35  2.5;
32:14:23:30  13.5,
14:23:09  8.5;
40:14:34:00  17.5;
41:14:34:45  8.5,
14:34:54  11.5;
42:14:36:42  24.5;
43:14:37:12  8.5;
47:14:42:32  21.5,
14:42:13  17.5
**joking (1)** 25:14:14:28  16.5
**journals (2)**
29:14:19:14  6.5,
14:19:08  4.5

**K**

**keep (2)** 20:14:08:00  20.5;
31:14:22:20  14.5
**keeping (1)**
29:14:19:14  6.5
**kept (2)** 29:14:19:08  4.5;
30:14:20:46  12.5
**kid (2)** 29:14:19:26  1.5;
47:14:41:34  3.5
**kids (8)** 30:14:20:33  8.5;
31:14:21:35  2.5;
34:14:26:36  22.5;
35:14:27:23  14.5;
40:14:34:10  20.5,
14:34:02  18.5;
42:14:36:33  22.5,
14:36:27  20.5
**Kim (4)** 20:14:07:51  17.5,
14:07:38  14.5,
14:07:38  14.5;

21:14:08:50  9.5
**kind (25)** 11:13:56:29  22.5,
13:56:26  21.5,
13:55:34  4.5;
12:13:57:32  20.5,
13:57:07  12.5;
13:13:58:38  18.5,
13:58:10  6.5,
13:58:42  19.5;
15:14:00:30  3.5,
14:00:34  4.5;
18:14:05:05  8.5;
21:14:09:18  16.5;
24:14:13:16  18.5;
27:14:16:56  10.5,
14:16:28  1.5;
33:14:25:01  16.5,
14:24:20  2.5,
14:24:16  1.5;
34:14:26:16  16.5;
35:14:27:11  9.5;
36:14:29:06  16.5,
14:28:32  5.5;
37:14:30:01  10.5,
14:29:30  25.5;
46:41:41:23  24.5
**King (3)** 4:13:47:39  7.5,
13:47:38  6.5,25.5
**kissing (2)**
14:14:00:07  21.5;
15:14:00:28  2.5
**knew (8)** 5:13:48:55  12.5;
8:13:51:33  2.5;
11:13:56:29  22.5;
21:14:08:36  4.5;
32:14:23:16  11.5;
33:14:24:23  3.5;
38:14:31:22  11.5;
40:14:33:54  14.5
**knowing (1)**
39:14:32:41  12.5
**knowledge (1)**
37:14:29:37  2.5

**L**

**lack (1)** 11:13:55:34  4.5
**ladies (3)** 26:14:15:20  7.5,
14:15:16  6.5,
14:15:20  7.5
**laid (3)** 28:14:18:24  18.5
**lanes (1)** 28:14:18:04  10.5
**last (1)** 14:13:59:27  10.5
**lasted (1)** 14:13:59:30  11.5
**late (3)** 17:14:04:01  13.5;
41:14:35:04  14.5,
14:35:04  14.5
**later (6)** 15:14:01:11  14.5;
16:14:02:00  3.5,
14:01:51  1.5;
21:14:08:46  8.5;
22:14:10:47  23.5;
45:14:40:13  23.5

**leader (1)**
26:14:15:51  16.5
**leadership (1)**
13:13:58:07  5.5
**leading (1)**
42:14:36:33  22.5
**learn (2)** 25:14:14:05  9.5;
47:14:42:10  16.5
**learned (2)**
27:14:16:33  2.5,
14:16:28  1.5
**least (3)** 20:14:07:55  19.5;
36:14:29:00  15.5;
45:14:39:34  7.5
**leave (1)** 30:14:21:26  24.5
**leaving (2)**
37:14:30:17  17.5;
40:14:33:38  6.5
**led (1)** 39:14:33:10  18.5
**left (2)** 28:14:18:35  21.5,
14:18:32  20.5
**legs (2)** 28:14:18:18  15.5,
14:18:11  13.5
**loss (1)** 35:14:27:28  16.5
**life (8)** 14:13:59:12  3.5,
13:59:47  15.5;
28:14:18:35  21.5;
31:14:22:25  16.5;
14:36:05  11.5,
14:36:05  11.5,
14:36:33  22.5
**light (1)** 28:14:17:49  6.5
**little (16)** 11:13:56:14  16.5,
13:56:08  14.5;
18:14:05:32  19.5;
19:14:06:21  12.5;
29:14:19:26  11.5;
34:14:25:53  9.5;
36:14:28:54  13.5,
14:28:32  5.5;
39:14:32:28  8.5,
14:32:23  6.5;
45:14:39:57  15.5,
14:39:54  14.5;
46:14:41:01  18.5;
47:14:41:34  3.5,
14:41:43  6.5,
14:41:41  5.5
**live (6)** 4:13:47:39  7.5;
9:13:53:21  11.5;
10:13:55:05  21.5,
13:54:16  2.5,
13:54:27  8.5;
20:14:07:51  17.5
**lived (6)** 9:13:53:11  7.5,
13:53:05  5.5,
13:53:28  12.5;
10:13:54:36  11.5,
13:55:08  22.5;
19:14:06:31  16.5
**living (2)** 40:14:33:57  15.5;
47:14:42:25  19.5

**locked (1)** 18:14:04:52  3.5
**long (5)** 5:13:49:14  21.5;
14:13:59:27  10.5;
22:14:10:00  7.5;
27:14:16:40  5.5;
29:14:19:28  12.5
**longer (1)**
31:14:22:04  10.5
**Lonny (3)** 9:13:52:54  2.5;
20:14:08:10  23.5;
21:14:09:25  18.5
**Lonny's (1)**
21:14:08:24  25.5
**look (1)** 15:14:01:45  24.5
**looked (2)**
24:14:12:32  7.5;
38:14:31:31  14.5
**looking (1)**
47:14:42:01  9.5
**Lord (1)** 25:14:14:20  15.5
**lording (1)**
24:14:13:19  19.5
**lot (5)** 11:13:55:50  9.5;
15:14:01:28  18.5;
33:14:24:46  10.5;
34:14:26:00  12.5,
14:25:37  2.5
**lower (1)** 28:14:18:18  15.5
**lumping (1)**
34:14:25:56  10.5
**Lynn (1)** 13:13:57:55  1.5

**M**

**major (1)** 24:14:13:28  21.5
**making (1)**
21:14:09:05  12.5
**male (3)** 26:14:15:02  3.5,
14:15:36  12.5,
14:15:33  11.5
**man (2)** 26:14:15:20  7.5;
44:14:38:51  18.5
**manner (1)**
38:14:31:28  13.5
**many (1)** 16:14:02:46  16.5
**marriage (1)**
22:14:09:54  4.5
**married (5)**
20:14:07:55  19.5;
30:14:20:33  8.5;
31:14:21:49  5.5;
35:14:27:07  8.5;
42:14:36:05  11.5
**may (2)** 17:14:03:59  12.5;
20:14:08:10  23.5
**maybe (7)** 7:13:51:13  18.5;
11:13:56:08  14.5;
18:14:04:47  1.5;
31:14:21:46  4.5;
33:14:24:56  14.5;
40:14:34:17  23.5;
41:14:34:23  1.5
**mean (67)** 5:13:48:51  9.5;

9:13:54:02  21.5,
13:53:43  15.5;
11:13:56:24  20.5,
13:56:14  16.5,
13:55:51  10.5;
13:13:58:27  14.5;
14:13:58:58  25.5,
13:59:47  15.5,
13:59:46  14.5,
13:59:37  13.5;
15:14:01:14  15.5,
14:01:06  13.5,
14:01:45  24.5;
16:14:02:34  13.5,
14:02:11  8.5,
14:02:03  5.5,
14:02:00  4.5;
17:14:04:26  20.5;
18:14:05:46  24.5,
14:05:40  22.5,
14:05:26  17.5,
14:04:56  5.5;
21:14:09:29  20.5;
22:14:10:13  10.5;
24:14:13:07  15.5,
14:13:12  17.5,
14:13:16  18.5,
14:13:10  16.5,
14:12:57  13.5,
14:12:25  5.5;
25:14:14:47  22.5,
14:13:48  2.5;
26:14:15:12  5.5;
29:14:19:08  4.5;
30:14:20:13  10.5;
31:14:22:47  24.5,
14:22:25  4.5;
32:14:23:16  11.5,
14:22:58  4.5;
33:14:25:12  20.5,
14:24:30  5.5;
34:14:26:10  14.5;
35:14:27:28  16.5;
37:14:30:44  24.5,
14:30:30  22.5,
14:30:03  11.5,
14:30:01  10.5;
38:14:31:07  6.5,
14:31:13  8.5;
40:14:33:43  8.5;
41:14:35:17  19.5,
42:14:36:37  23.5,
14:36:09  12.5;
43:14:38:09  24.5,
14:37:34  17.5,
14:37:05  5.5;
44:14:38:12  25.5;
45:14:40:13  23.5,
14:39:36  8.5;
46:14:40:59  17.5,
14:40:59  17.5;
47:14:41:26  25.5,
14:41:30  1.5;

Coash & Coash, Inc., 602-258-1440

P-App. 002572

State of Arizona vs.
Andriano

48:14:43:00  3.5,
14:43:00  3.5,
14:43:06  4.5
**meaning (1)**
35:14:27:34  18.5
**medications (1)**
4:13:48:03  17.5
**meet (4)** 5:13:48:59  15.5;
19:14:06:18  11.5;
31:14:22:30  18.5;
41:14:34:21  25.5
**meeting (1)**
40:14:33:43  8.5
**member (1)**
26:14:16:03  20.5
**memories (2)**
45:14:40:03  19.5,
14:40:10  22.5
**memory (4)**
41:14:35:04  14.5,
14:34:57  13.5,
14:35:08  15.5;
45:14:39:57  15.5
**men (1)** 35:14:27:41  20.5
**mental (1)**
29:14:19:59  21.5
**mentioned (1)**
44:14:38:34  7.5
**Mercedes-Benz (1)**
25:14:14:22  14.5
**Mesa (1)** 4:13:47:40  8.5
**messed (1)**
19:14:06:55  24.5
**messing (1)**
25:14:14:28  16.5
**met (4)** 8:13:51:53  8.5;
11:13:55:22  2.5;
36:14:29:16  20.5;
40:14:34:05  19.5
**mid (2)** 16:14:02:30  12.5;
17:14:04:12  16.5
**might (6)** 6:13:49:28  1.5;
7:13:51:18  19.5;
17:14:04:11  15.5,
14:04:06  14.5;
42:14:36:09  12.5;
43:14:37:23  14.5
**mile (1)** 10:13:54:54  17.5
**mind (5)** 26:14:15:40  13.5;
33:14:24:39  8.5,
14:24:16  1.5;
39:14:32:34  10.5;
46:14:40:31  5.5
**ministry (1)**
30:14:20:58  16.5
**minutes (1)**
37:14:30:17  17.5
**mistakes (2)**
48:14:44:05  18.5,
14:44:03  17.5
**mistrusted (1)**
17:14:03:29  4.5
**mistrustful (1)**

15:14:01:02  12.5
**mom (3)** 24:14:13:26  20.5,
14:12:49  12.5;
26:14:15:48  15.5
**monogamous (1)**
16:14:02:38  14.5
**months (3)**
12:13:57:13  15.5;
29:14:19:11  5.5,
14:19:11  5.5
**more (20)** 9:13:53:28  12.5;
12:13:57:40  21.5;
20:14:08:13  24.5;
24:14:12:57  13.5,
14:13:10  16.5,
14:12:40  10.5;
25:14:14:15  12.5;
33:14:24:56  14.5,
14:24:50  12.5,
14:24:46  10.5;
34:14:26:33  21.5,
14:25:53  9.5;
36:14:28:54  13.5,
14:28:52  12.5;
38:14:31:28  13.5,
14:31:25  12.5;
43:14:36:44  25.5,
14:36:52  1.5;
44:14:38:59  21.5;
46:14:41:01  18.5
**morning (2)**
28:14:17:38  2.5;
47:14:42:28  20.5
**most (6)** 5:13:48:55  12.5;
26:14:15:12  5.5;
34:14:25:40  4.5;
35:14:26:53  3.5;
38:14:31:02  4.5;
48:14:44:00  16.5
**mother (3)** 8:13:51:33  2.5;
24:14:12:25  5.5,
14:12:16  3.5
**mouth (1)** 43:14:37:08  6.5
**move (5)** 34:14:26:16  16.5;
40:14:33:32  3.5,
14:33:37:28  15.5,
47:14:41:26  25.5,
14:42:04  12.5
**moved (4)**
10:13:55:03  20.5;
31:14:21:58  7.5,
14:21:55  6.5,
14:21:55  6.5
**movies (1)**
14:13:59:05  2.5
**moving (1)**
39:14:33:13  20.5
**much (13)** 11:13:55:48  8.5;
14:13:59:52  16.5;
15:14:01:35  21.5;
18:14:05:12  11.5;
24:14:13:41  24.5,
14:13:26  20.5;

25:14:14:44  21.5;
30:14:20:55  15.5;
36:14:28:58  14.5;
38:14:31:22  11.5,
14:31:09  7.5;
41:14:34:56  12.5;
46:14:40:57  16.5
**multiple (3)**
21:14:09:05  12.5;
29:14:19:24  10.5,
14:19:03  3.5
**multitudes (1)**
16:14:02:42  15.5
**music (2)**
26:14:15:51  16.5;
30:14:20:58  16.5

## N

**naive (3)** 13:13:58:46  20.5;
17:14:03:36  6.5
**name (8)** 4:13:47:37  5.5;
5:13:48:55  12.5;
6:13:49:47  10.5,
13:49:47  10.5,
13:49:34  3.5;
13:13:58:00  3.5;
20:14:07:52  18.5;
21:14:08:43  7.5
**names (1)** 21:14:08:31  2.5
**necessarily (3)**
26:14:16:13  21.5,
14:15:45  14.5;
44:14:39:16  24.5
**negative (1)**
43:14:37:20  13.5
**neurocognitive (1)**
29:14:19:47  17.5
**new (1)** 23:14:11:22  9.5
**next (1)** 23:14:11:47  19.5
**nice (1)** 42:14:35:46  5.5
**nicely (1)** 40:14:33:26  1.5
**night (3)** 19:14:06:23  13.5;
23:14:11:11  6.5;
43:14:37:28  5.5
**nightie (1)** 18:14:05:05  8.5
**nine (1)** 29:14:19:41  16.5
**Nish (1)** 36:14:28:24  2.5
**noises (1)** 18:14:04:54  4.5
**none (1)** 26:14:14:55  1.5
**North (1)** 4:13:47:40  8.5
**notice (1)** 24:14:13:28  21.5
**nowhere (1)**
19:14:06:44  20.5

## O

**obviously (3)**
33:14:25:23  22.5;
38:14:31:38  16.5;
47:14:41:47  7.5
**occasion (1)**
19:14:06:11  8.5

**Ochoa (4)** 5:13:48:57  13.5;
7:13:51:08  14.5;
8:13:51:30  1.5,
13:51:26  25.5
**October (1)**
28:14:17:31  25.5
**off (8)** 18:14:05:23  16.5;
19:14:06:05  6.5;
23:14:11:37  15.5;
28:14:18:15  14.5;
35:14:27:20  12.5;
36:14:28:37  7.5;
46:14:41:16  22.5;
47:14:42:04  11.5
**office (2)** 32:14:23:52  23.5,
14:23:40  16.5
**officially (1)**
17:14:03:55  11.5
**old (5)** 5:13:49:06  17.5;
9:13:53:18  9.5;
12:13:57:08  13.5;
14:13:59:25  9.5;
47:14:41:43  6.5
**older (2)** 12:13:57:15  16.5;
25:14:14:31  17.5
**once (5)** 15:14:01:06  13.5;
20:14:08:13  24.5,
14:08:13  24.5;
22:14:10:13  10.5;
31:14:21:55  6.5
**one (20)** 7:13:50:37  4.5;
12:13:56:49  5.5,
13:56:42  2.5;
13:13:57:58  2.5;
15:14:00:56  11.5;
17:14:04:22  19.5,
14:04:22  19.5;
18:14:05:19  14.5;
19:14:06:23  13.5,
14:06:21  12.5;
20:14:07:48  15.5;
21:14:09:09  13.5,
14:08:38  5.5;
23:14:11:06  5.5;
29:14:18:58  2.5;
31:14:22:00  10.5;
32:14:22:56  3.5;
33:14:25:12  20.5;
41:14:34:31  4.5;
46:14:41:20  23.5
**ones (2)** 45:14:40:16  24.5,
14:40:13  23.5
**one-way (1)**
39:14:33:19  23.5
**only (1)** 8:13:52:19  16.5
**opinion (3)**
38:14:31:43  18.5,
14:31:41  17.5,
14:31:38  16.5
**oral (5)** 22:14:10:26  14.5,
14:10:23  13.5,
14:10:20  12.5,
14:10:05  8.5,

14:09:46  2.5
**oriented (1)**
26:14:15:00  13.5
**originally (2)**
6:13:49:37  4.5;
37:14:29:32  1.5
**others (1)** 26:14:15:55  17.5
**Otherwise (2)**
10:13:55:05  21.5;
24:14:13:26  20.5
**ours (1)** 20:14:07:16  6.5
**ourselves (1)**
37:14:30:44  24.5
**out (24)** 14:13:59:33  12.5;
15:14:01:14  15.5,
14:01:11  14.5;
16:14:02:55  19.5,
14:02:42  15.5,
14:02:03  5.5,
14:01:56  2.5;
17:14:04:40  24.5;
19:14:06:49  22.5,
14:06:46  21.5;
20:14:06:58  25.5;
21:14:09:14  15.5,
14:09:05  12.5;
23:14:10:52  25.5,
14:11:24  10.5;
27:14:16:48  8.5;
28:14:18:29  19.5;
30:14:21:26  24.5,
14:20:10  2.5;
33:14:24:36  7.5,
14:24:20  2.5;
39:14:32:50  14.5;
40:14:33:35  4.5,
14:33:26  1.5
**outgoing (2)**
11:13:55:37  5.5;
37:14:29:32  1.5
**outside (4)**
18:14:05:28  18.5;
35:14:26:47  1.5,
14:26:47  1.5;
37:14:30:30  22.5
**over (8)** 12:13:57:43  22.5;
17:14:03:43  8.5;
18:14:05:28  18.5;
21:14:08:46  8.5;
24:14:13:19  19.5;
29:14:19:28  12.5;
32:14:23:13  9.5;
48:14:43:54  13.5
**own (1)** 36:14:29:07  17.5

## P

**pants (1)** 21:14:09:18  16.5
**paralyzed (1)**
28:14:18:35  21.5
**parcel (2)**
10:13:54:41  12.5,
13:54:48  14.5

parents (11)
  7:13:50:59  11.5;
  9:13:53:46  16.5;
  10:13:54:48  14.5;
  24:14:13:37  23.5,
  14:12:16  3.5;
  27:14:17:20  20.5,
  14:17:01  13.5;
  30:14:20:26  6.5;
  37:14:30:20  18.5;
  40:14:33:50  11.5;
  47:14:42:20  18.5
parents' (5)
  9:13:52:54  2.5;
  30:14:20:48  13.5;
  40:14:33:45  4.5,
  14:33:29  2.5;
  47:14:42:25  19.5
parsonage (3)
  8:13:52:42  23.5;
  10:13:55:10  23.5,
  13:55:08  22.5
part (1) 15:14:00:41  6.5
particular (2)
  13:13:58:03  4.5;
  30:14:21:10  19.5
parties (6) 9:13:52:49  1.5;
  20:14:07:35  12.5,
  14:07:18  7.5;
  21:14:09:05  12.5;
  35:14:26:45  25.5;
  37:14:30:28  21.5
party (5) 8:13:52:42  23.5,
  13:52:32  20.5,
  13:52:32  20.5;
  9:13:54:06  23.5;
  35:14:26:58  5.5
pastor (10) 6:13:50:03  17.5,
  13:50:01  16.5,
  13:49:58  14.5;
  7:13:51:21  20.5,
  13:51:11  17.5,
  13:50:32  1.5,
  13:50:30  25.5;
  10:13:55:10  23.5;
  25:14:13:46  1.5;
  31:14:22:09  11.5
path (1) 27:14:17:14  18.5
paths (1) 25:14:14:49  23.5
pay (1) 31:14:22:21  15.5
people (15)
  9:13:53:46  14.5;
  12:13:56:43  3.5;
  16:14:02:42  15.5;
  20:14:08:02  21.5,
  14:07:14  5.5;
  24:14:12:40  10.5,
  14:12:27  6.5;
  33:14:24:46  10.5;
  34:14:26:10  14.5,
  14:25:39  3.5;
  35:14:26:53  3.5,
  14:26:49  2.5;

36:14:29:07  17.5;
38:14:31:22  11.5;
45:14:39:42  10.5
people's (1)
  46:14:40:24  1.5
performed (2)
  22:14:10:23  13.5,
  14:10:23  13.5
perhaps (2)
  11:13:56:00  12.5;
  46:14:41:09  20.5
period (4)
  17:14:03:43  8.5;
  22:14:10:00  7.5;
  29:14:19:28  12.5;
  39:14:32:41  12.5
person (1) 32:14:23:13  9.5
perspective (2)
  11:13:56:07  13.5;
  33:14:24:34  6.5
persuasive (1)
  45:14:39:49  12.5
Phoenix (1)
  31:14:22:01  8.5
phone (1) 32:14:23:13  9.5
photography (1)
  25:14:14:42  20.5
physical (1)
  29:14:19:55  20.5
pickup (1) 28:14:17:55  7.5
pinching (1)
  12:13:56:55  8.5,
  13:56:46  4.5,
  13:56:43  3.5,
  13:56:36  1.5
place (6) 5:13:49:11  20.5;
  8:13:52:14  15.5;
  30:14:21:10  19.5;
  40:14:33:35  4.5,
  14:33:32  3.5;
  42:14:35:46  5.5
places (3) 8:13:52:28  19.5;
  22:14:10:50  24.5;
  48:14:44:00  16.5
plan (1) 11:13:56:29  22.5
play (3) 11:13:55:48  8.5,
  13:55:46  7.5,
  13:55:42  6.5
played (4)
  30:14:20:55  11.5,
  14:20:55  15.5,
  14:20:50  14.5;
  38:14:31:34  15.5
playing (1)
  30:14:20:46  12.5
please (1) 4:12:48:32  4.5
plus (2) 28:14:18:01  9.5;
  47:14:41:26  25.5
point (10) 7:13:51:23  21.5;
  13:13:58:46  20.5;
  20:14:07:00  1.5;
  22:14:10:45  22.5,
  14:09:59  6.5;

31:14:22:04  10.5;
33:14:25:20  21.5;
36:14:29:20  21.5;
41:14:34:47  9.5;
45:14:39:32  5.5
police (2)
  32:14:23:48  20.5,
  14:23:36  14.5
pool (3) 35:14:26:58  5.5,
  14:26:58  5.5;
  38:14:31:09  7.5
porch (2) 18:14:05:32  19.5,
  14:05:32  19.5
positive (3)
  18:14:05:22  15.5;
  32:14:22:53  2.5;
  43:14:37:14  9.5
post-conviction (2)
  4:13:48:20  23.5;
  5:13:48:33  4.5
pretty (10) 14:13:59:52  16.5;
  17:14:03:24  3.5;
  18:14:05:12  11.5;
  25:14:14:44  21.5,
  14:14:11  11.5;
  26:14:15:36  12.5;
  30:14:20:55  15.5;
  45:14:40:03  19.5;
  46:14:40:29  4.5;
  48:14:42:53  2.5
previous (1)
  10:13:55:10  23.5
previously (1)
  44:14:38:36  8.5
primarily (1)
  13:13:58:36  17.5
primary (1)
  33:14:24:30  5.5
probably (9)
  5:13:49:06  17.5;
  13:13:58:54  23.5,
  13:58:21  10.5;
  14:13:59:22  8.5,
  14:00:21  23.5;
  16:14:02:17  9.5;
  18:14:04:42  25.5;
  29:14:19:33  14.5;
  48:14:43:59  15.5
problem (1)
  15:14:01:35  21.5
problems (2)
  25:14:14:52  24.5;
  45:14:39:57  15.5
proceedings (2)
  4:13:48:20  23.5;
  5:13:48:33  4.5
process (2)
  29:14:20:03  24.5;
  48:14:44:07  19.5
prognosis (1)
  28:14:18:35  21.5
program (1)
  29:14:19:47  17.5

promise (1)
  23:14:11:37  15.5
prompted (1)
  22:14:10:28  16.5
property (3)
  10:13:54:20  3.5,
  13:54:33  10.5,
  13:54:27  8.5
prosecutors (1)
  44:14:38:42  14.5
prosecutor's (2)
  32:14:23:52  23.5,
  14:23:40  16.5
Psalm (6) 6:13:49:55  13.5,
  13:49:37  4.5,
  13:50:15  21.5,
  13:50:07  18.5;
  7:13:51:18  19.5,
  13:50:39  5.5
psychological (1)
  29:14:19:59  21.5
pulling (2)
  18:14:05:15  12.5;
  19:14:06:55  24.5
pulverized (1)
  28:14:18:18  15.5
put (2) 28:14:18:22  16.5;
  43:14:37:08  6.5

Q

quarter (1)
  10:13:54:54  17.5
quit (2) 31:14:22:09  11.5,
  14:22:01  8.5
quite (1) 38:14:31:34  15.5

R

raised (1) 13:13:58:50  21.5
reaction (1)
  48:14:42:49  25.5
read (2) 15:14:01:28  18.5;
  48:14:43:52  12.5
reading (1)
  15:14:01:25  17.5
real (2) 14:13:59:12  3.5;
  34:14:26:23  18.5
realized (1)
  27:14:17:14  18.5
really (11) 15:14:01:43  23.5,
  14:01:34  20.5;
  17:14:03:34  5.5;
  20:14:08:00  20.5;
  27:14:16:38  4.5;
  28:14:18:45  24.5;
  31:14:22:20  14.5;
  33:14:25:10  18.5;
  35:14:26:45  25.5;
  38:14:31:07  6.5;
  39:14:32:19  5.5
reason (3)
  9:13:54:06  23.5;

43:14:37:35  18.5;
47:14:42:08  15.5
rebuilding (2)
  7:13:50:56  10.5,
  13:50:47  7.5
recall (25) 6:13:50:08  19.5;
  9:13:53:18  9.5,
  13:53:00  4.5;
  20:14:08:10  23.5;
  21:14:09:25  18.5;
  24:14:12:09  2.5;
  31:14:22:36  21.5,
  14:21:31  1.5;
  32:14:23:50  22.5,
  14:23:44  19.5,
  14:23:06  6.5;
  33:14:23:55  25.5;
  36:14:29:14  19.5,
  14:28:49  11.5;
  37:14:29:48  5.5;
  38:14:31:58  22.5;
  39:14:32:44  13.5,
  14:32:16  3.5;
  41:14:35:12  16.5;
  42:14:36:37  23.5,
  14:36:15  14.5,
  14:35:48  6.5;
  43:14:37:17  11.5,
  14:36:55  2.5;
  46:14:40:54  15.5
recollection (7)
  8:13:52:19  16.5;
  11:13:56:11  15.5;
  33:14:25:29  23.5;
  35:14:27:31  17.5;
  40:14:34:13  21.5;
  44:14:39:16  24.5,
  14:39:13  23.5
red (1) 28:14:17:49  6.5
refer (1) 5:13:48:40  8.5
rehabilitation (2)
  29:14:20:02  22.5,
  14:19:47  17.5
relating (1) 4:13:48:20  23.5
relationship (7)
  13:13:58:38  18.5,
  13:58:31  15.5,
  13:58:21  10.5;
  22:14:10:31  17.5,
  14:09:39  25.5;
  43:14:37:12  8.5;
  47:14:41:37  4.5
relationships (1)
  26:14:15:16  6.5
remained (1)
  27:14:17:20  20.5
remember (19)
  12:13:56:42  2.5;
  13:13:57:55  1.5;
  21:14:09:33  22.5;
  23:14:11:14  7.5;
  30:14:21:12  20.5;
  31:14:21:49  5.5;

P-App. 002574

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

32:14:22:53    2.5;
33:14:24:57   15.5;
37:14:30:08   13.5;
41:14:34:56   12.5,
14:34:47   9.5;
42:14:36:19   16.5,
14:35:43   4.5,
14:35:33    1.5;
43:14:37:35   18.5,
14:37:20   13.5,
14:37:18   12.5,
14:37:16   10.5,
44:14:38:57   20.5
**remembering (2)**
36:14:28:52   12.5;
45:14:40:08   21.5
**rephrase (1)**
4:13:47:53   14.5
**representing (1)**
5:13:48:30    3.5
**rerouted (1)**
40:14:33:29    2.5
**resting (1)** 19:14:05:50    1.5
**retrospect (1)**
15:14:00:48    8.5
**revealed (1)**
38:14:30:58    3.5
**ride (1)** 23:14:11:14    7.5
**right (13)** 5:13:48:51    9.5,
13:48:40   7.5;
7:13:51:09   16.5;
13:13:58:54   23.5;
26:14:16:02   19.5,
14:15:05   4.5;
28:14:18:39   22.5;
38:14:31:46   19.5;
39:14:32:11    1.5;
40:14:34:02   18.5,
46:14:40:38    9.5,
14:40:34   7.5,
14:40:26    2.5
**ring (1)** 23:14:11:37   15.5
**rock (1)** 23:14:11:26   11.5
**roll (1)** 28:14:18:29   19.5
**romantic (1)**
13:13:58:38   18.5
**rule (1)** 11:13:55:56   11.5
**rules (2)** 14:14:00:00   19.5;
34:14:26:40   24.5
**running (1)**
18:14:05:09   10.5

**S**

**same (7)** 5:13:49:11   20.5;
6:13:49:50   11.5,
13:49:43    6.5;
10:13:54:26    7.5,
13:54:20    3.5;
15:14:01:28   18.5;
38:14:31:48   20.5
**Sarah (1)** 21:14:08:26    1.5
**saving (1)** 22:14:09:49    3.5

**saw (7)** 21:14:09:09   13.5,
14:09:04   11.5,
14:08:26    1.5;
30:14:21:19   22.5;
33:14:24:44    9.5;
36:14:29:00   15.5;
40:14:34:17   23.5
**saying (4)** 6:13:50:18   22.5;
21:14:09:04   11.5;
22:14:10:20   12.5;
41:14:35:26   22.5
**scared (2)**
47:14:41:31    2.5,
14:41:26   25.5
**school (28)** 5:13:49:14   21.5,
13:49:11   20.5;
6:13:49:50   11.5,
13:49:44    7.5,
13:49:43    6.5,
13:49:34    3.5;
8:13:52:40   22.5,
13:52:21   17.5,
13:52:14   15.5,
13:52:13   13.5,
13:51:51    6.5;
9:13:53:55   19.5;
10:13:54:20    3.5,
13:54:12   25.5;
12:13:57:26   19.5;
14:14:00:00   19.5;
17:14:04:40   24.5,
14:04:11   15.5;
34:14:26:40   24.5,
14:26:36   22.5;
35:14:26:49    2.5,
14:26:47    1.5;
37:14:30:37   23.5,
14:30:30   22.5,
14:30:15   16.5,
14:30:03   11.5,
14:29:55    8.5,
14:29:54    7.5
**Scottsdale (1)**
31:14:22:25   16.5
**seat (1)** 19:14:06:41   19.5
**second (1)**
21:14:08:38    5.5
**seem (1)** 12:13:57:32   20.5
**seemed (16)**
15:14:01:32   19.5,
14:00:46    7.5,
14:00:34    4.5;
24:14:12:57   13.5,
14:12:44   11.5;
30:14:20:41   11.5;
33:14:24:52   13.5,
14:24:50   12.5;
34:14:25:40    4.5;
35:14:27:24   15.5;
37:14:29:30   25.5;
42:14:36:29   21.5;
43:14:37:12    8.5,
14:36:52    1.5;

45:14:39:19   25.5;
46:14:40:59   17.5
**seems (2)**
36:14:29:24   23.5,
14:29:24   23.5
**set (2)** 9:13:52:49    1.5;
26:14:15:28    9.5
**seven (2)**
26:14:16:19   23.5;
29:14:19:37   15.5
**sex (6)** 21:14:09:30   21.5,
14:09:22   17.5;
22:14:10:26   14.5,
14:10:23   13.5,
14:10:20   12.5,
14:10:05    8.5
**sexual (2)**
20:14:07:31   11.5;
21:14:09:36   24.5
**sexually (2)**
16:14:02:22   10.5;
17:14:03:59   12.5
**sexy (2)** 15:14:01:45   24.5;
34:14:26:18   17.5
**shaking (1)**
32:14:22:56    3.5
**shared (1)** 46:14:40:29    4.5
**Shawn (4)** 4:13:47:38    6.5,
25.5
**sheepishly (1)**
47:14:41:55    8.5
**shoulder (1)**
34:14:26:12   15.5
**show (1)** 37:14:30:23   19.5
**showing (1)**
22:14:10:50   24.5
**shows (2)**
19:14:06:37   18.5,
14:06:33   17.5
**sic (1)** 19:14:05:56    3.5
**sick (1)** 41:14:34:45    8.5
**side (3)** 28:14:18:39   22.5,
14:18:39   22.5,
14:18:32   20.5
**sight (1)** 32:14:23:22   12.5
**significant (1)**
43:14:38:04   22.5
**sing (1)** 25:14:14:25   15.5
**singing (1)**
25:14:14:11   11.5
**sister (1)** 21:14:08:26    1.5
**sit (2)** 25:14:14:25   15.5;
30:14:21:12   20.5
**site (1)** 7:13:50:47    7.5
**sitting (5)**
19:14:06:41   19.5;
21:14:09:14   15.5,
14:09:12   14.5,
14:09:09   13.5;
30:14:21:12   20.5
**situations (1)**
45:14:39:19   25.5
**six (2)** 12:13:57:13   15.5;

29:14:19:08    4.5
**sly (1)** 12:13:57:07   12.5
**smacked (1)**
28:14:18:04   10.5
**smashed (2)**
23:14:11:24   10.5;
28:14:18:15   14.5
**smiley (1)** 36:14:28:26    3.5
**sold (1)** 39:14:33:22   24.5
**somebody (1)**
32:14:22:49   25.5
**somebody's (1)**
9:13:54:09   24.5
**somehow (4)**
16:14:03:02   22.5;
18:14:05:46   24.5;
22:14:10:43   21.5;
41:14:34:29    3.5
**someone (2)**
33:14:24:23    3.5
**Someplace (1)**
42:14:35:38    2.5
**sometimes (2)**
8:13:51:44    5.5;
35:14:26:56    4.5
**somewhat (1)**
27:14:16:53    9.5
**somewhere (3)**
6:13:50:20   23.5;
31:14:22:01    8.5;
40:14:33:57   15.5
**songs (1)** 25:14:14:15   12.5
**soon (1)** 20:14:07:05    3.5
**sophisticated (1)**
46:14:41:05   19.5
**sorry (1)** 47:14:42:04   11.5
**sort (7)** 5:13:48:35    5.5;
9:13:53:53   18.5;
26:14:15:02    3.5,
14:14:56    2.5;
27:14:16:58   12.5;
29:14:19:55   20.5;
44:14:38:44   15.5
**sounded (1)**
41:14:34:34    5.5
**specific (3)**
5:13:49:04   16.5;
34:14:25:53    9.5;
44:14:39:16   24.5
**specifics (1)**
21:14:09:33   22.5
**spent (1)** 43:14:38:02   21.5
**spiritual (4)**
25:14:14:15   12.5;
27:14:17:11   17.5,
14:16:53    9.5,
14:16:48    8.5
**spirituality (1)**
27:14:16:35    3.5
**split (1)** 27:14:17:01   13.5
**spoke (1)** 46:14:40:41   10.5
**sponsored (1)**
9:13:53:53   18.5

**sports (2)**
14:13:58:58   25.5;
15:14:01:35   21.5
**sporty (1)** 11:13:55:42    6.5
**spry (1)** 11:13:55:34    4.5
**stairs (1)** 18:14:05:35   20.5
**stands (2)**
33:14:24:36    7.5,
14:24:20    2.5
**start (4)** 17:14:04:11   15.5;
18:14:04:54    4.5;
29:14:19:24   10.5;
36:14:29:20   21.5
**started (10)** 9:13:53:31   13.5;
13:13:58:55   24.5;
14:13:59:33   12.5;
17:14:03:59   12.5,
14:03:55   11.5;
25:14:14:38   19.5;
29:14:19:41   16.5,
14:19:14    6.5;
40:14:33:43    8.5;
45:14:39:38    9.5
**starting (1)** 8:13:51:51    7.5
**state (1)** 4:12:48:32    4.5
**stay (1)** 30:14:20:13    3.5
**stayed (1)**
19:14:06:26   14.5
**stepdad (1)**
7:13:51:09   15.5
**stepfather (1)**
24:14:12:20    4.5
**sticks (1)** 33:14:24:16    1.5
**still (5)** 7:13:50:34    3.5;
14:13:59:37   13.5;
26:14:16:03   20.5;
28:14:17:41    3.5;
47:14:41:34    3.5
**stored (1)** 40:14:33:32    3.5
**strange (1)**
45:14:39:19   25.5
**street (2)** 28:14:18:01    9.5,
14:17:45    5.5
**strip (1)** 38:14:31:19   10.5
**stuff (23)** 11:13:55:46    7.5;
14:14:00:07   21.5;
15:14:01:28   18.5;
16:14:01:56    2.5;
18:14:05:26   17.5;
20:14:07:21    8.5;
25:14:14:42   20.5,
14:14:28   16.5,
14:14:09   10.5,
14:13:54    4.5;
26:14:16:00   18.5;
27:14:17:11   17.5,
14:16:48    8.5;
31:14:22:25   16.5;
34:14:26:40   24.5,
14:26:36   22.5,
14:26:30   20.5;
37:14:30:28   21.5;
38:14:31:09    7.5;

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

39:14:33:22  24.5,
14:33:22  24.5;
40:14:33:29   2.5;
43:14:37:00   3.5
**suddenly (1)**
19:14:06:49  22.5
**suit (1)** 38:14:31:17   9.5
**Sunday (3)**
30:14:20:55  15.5;
31:14:22:21  15.5;
40:14:33:54  14.5
**supposed (2)**
19:14:06:16  10.5;
23:14:10:52  25.5
**sure (15)** 7:13:51:13   18.5;
13:13:58:14   8.5;
15:14:00:51   9.5;
21:14:09:05  12.5;
24:14:12:40  10.5;
33:14:25:29  23.5;
38:14:31:05   5.5;
41:14:35:17  19.5,
14:34:50  10.5;
42:14:35:53   8.5,
14:35:43   4.5;
43:14:36:55   2.5;
44:14:38:17   1.5;
48:14:44:12  22.5,
14:43:54  13.5
**surprised (1)**
48:14:43:12   5.5
**swam (1)** 15:14:01:39  22.5
**sweetheart (1)**
13:13:58:42  19.5
**swim (2)** 35:14:27:07   8.5,
14:27:01   6.5
**swimming (1)**
19:14:05:56   3.5
**sworn (1)** 4:12:48:32   1.5
**swum (2)** 19:14:05:59   4.5,
14:05:56   3.5

**T**

**tainted (2)**
33:14:25:29  23.5;
38:14:31:41  17.5
**talk (7)** 23:14:12:03  24.5;
30:14:21:23  23.5;
31:14:21:29  25.5;
32:14:23:30  13.5,
14:23:07   7.5;
34:14:26:06  13.5;
44:14:38:42  14.5
**talked (11)**
15:14:01:22  16.5;
16:14:02:55  19.5;
18:14:05:38  21.5;
32:14:22:58   4.5;
34:14:25:34  25.5;
42:14:36:42  24.5,
14:35:59   9.5,
14:35:59   9.5,

14:35:51   7.5,
14:35:48   6.5;
43:14:37:10   7.5
**talking (5)**
14:13:59:19   5.5;
19:14:06:33  17.5;
32:14:23:50  22.5,
14:23:44  19.5;
38:14:32:06  24.5
**taught (2)** 22:14:09:54   4.5;
35:14:27:34  18.5
**teachings (1)**
26:14:15:55  17.5
**team (1)** 35:14:27:01   6.5
**teenage (2)**
12:13:57:43  22.5;
38:14:31:43  18.5
**teenager (1)**
47:14:41:47   7.5
**television (1)**
13:13:58:50  21.5
**telling (1)** 36:14:28:24   2.5
**tenure (1)**
16:14:02:49  17.5
**terminally (1)**
48:14:43:00   3.5
**terms (1)** 39:14:32:34  10.5
**terribly (1)**
15:14:01:06  13.5
**testified (1)** 4:12:48:32   2.5
**testify (1)** 4:13:48:07  19.5
**theirs (2)** 27:14:17:18  19.5,
14:16:35   3.5
**thinking (4)**
13:13:57:58   2.5;
18:14:05:38  21.5;
43:14:37:35  18.5;
45:14:39:38   9.5
**though (6)**
5:13:48:53  11.5;
7:13:51:26  24.5;
12:13:57:01  10.5;
15:14:01:06  13.5,
14:00:26  25.5;
31:14:22:20  14.5
**thought (12)**
13:13:58:42  19.5;
17:14:03:36   6.5,
14:03:34   5.5;
26:14:16:00  18.5,
14:15:48  15.5;
33:14:25:20  21.5;
38:14:31:46  19.5;
39:14:33:00  16.5;
40:14:33:40   7.5;
46:14:41:05  19.5,
14:40:44  11.5;
48:14:43:21   8.5
**three (3)** 22:14:10:47  23.5;
29:14:19:11   5.5;
39:14:33:16  22.5
**threw (1)** 23:14:11:38  16.5
**throw (1)** 34:14:26:25  19.5

**ticket (1)** 39:14:33:19  23.5
**ties (1)** 37:14:30:12  15.5
**tight (1)** 38:14:30:52   2.5
**times (3)** 16:14:02:55  19.5;
29:14:19:03   3.5;
34:14:26:30  20.5
**today (2)** 4:13:48:03  17.5;
46:14:40:29   4.5
**together (4)**
5:13:49:15  22.5;
16:14:02:38  14.5;
25:14:13:50   3.5;
41:14:35:28  23.5
**told (10)** 20:14:07:27  10.5,
14:07:18   7.5,
14:07:14   5.5;
21:14:09:27  19.5;
23:14:11:26  11.5;
27:14:17:18  19.5;
29:14:19:17   7.5;
44:14:38:59  21.5;
45:14:39:31   4.5;
47:14:42:32  21.5
**ton (1)** 18:14:04:59   6.5
**took (1)** 23:14:11:37  15.5
**top (2)** 13:13:58:10   6.5;
37:14:30:10  14.5
**total (1)** 14:13:59:46  14.5
**totally (1)** 39:14:33:00  16.5
**touch (2)** 30:14:20:13   3.5;
41:14:34:31   4.5
**touching (1)**
34:14:26:06  13.5
**track (1)** 35:14:27:04   7.5
**transcript (1)**
48:14:43:52  12.5
**trauma (1)**
28:14:18:39  22.5
**traumatic (4)**
28:14:18:11  13.5,
14:18:09  12.5,
14:17:58   8.5;
29:14:18:55   1.5
**trouble (2)**
12:13:56:52   7.5;
45:14:40:08  21.5
**truck (7)** 19:14:06:37  18.5,
14:06:12   9.5;
22:14:10:38  19.5,
14:10:38  19.5;
28:14:17:49   6.5;
40:14:33:24  25.5;
44:14:38:56  19.5
**truthfully (1)**
4:13:48:07  19.5
**try (3)** 4:13:47:53  14.5;
12:13:57:01  10.5;
36:14:28:58  14.5
**trying (6)** 12:13:56:33  25.5;
13:13:57:52  25.5;
15:14:01:43  23.5;
35:14:28:11  24.5,
14:27:50  22.5;

43:14:37:05   5.5
**TV (2)** 13:13:58:55  24.5;
14:13:58:58  25.5
**twice (2)** 20:14:07:55  19.5;
22:14:10:18  11.5
**two (3)** 17:14:03:20   2.5;
19:14:06:26  14.5;
41:14:35:30  24.5
**two-piece (1)**
5:13:49:15  22.5
**two-shoes (1)**
15:14:00:57   3.5
**type (4)** 25:14:14:15  12.5;
26:14:15:55  17.5;
27:14:17:11  17.5;
48:14:43:50  11.5

**U**

**unaware (1)**
18:14:05:42  23.5
**unbutton (1)**
37:14:30:23  19.5
**under (1)** 28:14:17:41   3.5
**underneath (3)**
11:13:56:29  22.5,
13:56:16  17.5,
13:56:08  14.5
**underwear (1)**
19:14:06:55  24.5
**uniform (1)**
37:14:29:58   9.5
**uniforms (1)**
37:14:29:55   8.5
**up (32)** 18:14:05:35  20.5,
14:05:15  12.5,
14:05:12  11.5,
14:05:02   7.5;
19:14:06:55  24.5,
14:06:55  24.5,
14:06:37  18.5,
14:06:33  17.5;
20:14:08:00  20.5,
14:07:05   3.5;
22:14:10:50  24.5,
14:10:05   8.5;
28:14:18:42  23.5,
14:18:24  18.5,
14:18:15  14.5;
29:14:19:26  11.5,
14:19:21   9.5,
14:18:58   2.5;
30:14:20:17   4.5;
31:14:21:58   7.5;
33:14:24:20   2.5;
37:14:29:37   2.5;
39:14:33:10  18.5;
41:14:34:37   6.5,
14:35:26  22.5,
14:35:08  15.5,
14:34:50  10.5;
44:14:38:46  17.5;
46:14:41:20  23.5;

47:14:42:28  20.5,
14:42:20  18.5;
48:14:43:50  11.5
**use (2)** 35:14:27:36  19.5,
14:27:28  16.5
**used (2)** 10:13:54:26   7.5;
20:14:07:51  17.5
**usually (2)**
9:13:53:43  15.5;
38:14:30:52   2.5

**V**

**various (1)**
8:13:52:28  19.5;
27:14:16:28   1.5
**veered (1)**
25:14:14:38  19.5
**vibe (1)** 46:14:41:09  20.5

**W**

**Wait (1)** 21:14:08:38   5.5
**waiting (1)**
37:14:30:20  18.5
**walk (2)** 18:14:05:08   9.5;
23:14:11:14   7.5
**walked (3)**
16:14:03:00  21.5;
23:14:11:11   6.5;
28:14:17:45   5.5
**walking (1)**
28:14:17:34   1.5
**walks (1)** 20:14:06:58  25.5
**watch (2)** 14:13:59:03   1.5,
13:58:58  25.5
**watched (1)**
14:13:58:58  25.5
**watching (2)**
13:13:58:55  24.5;
38:14:31:34  15.5
**way (6)** 21:14:08:31   2.5;
33:14:24:46  10.5;
34:14:26:16  16.5;
38:14:31:48  20.5;
42:14:36:24  18.5;
45:14:39:49  12.5
**ways (1)** 27:14:16:28   1.5
**wear (2)** 37:14:30:10  14.5,
14:29:58   9.5
**wearing (1)**
38:14:31:31  14.5
**wedding (2)**
31:14:22:47  24.5,
14:22:42  23.5
**week (2)** 22:14:10:18  11.5;
27:14:16:57  11.5
**weeks (1)**
26:14:16:22  24.5
**Wendi (27)** 4:13:48:25  24.5;
5:13:48:51   9.5,
13:48:59  15.5,
13:48:55  12.5;

State of Arizona vs.
Andriano

8:13:52:10  12.5,
13:51:53  8.5;
11:13:55:18  1.5;
17:14:04:17  17.5,
14:03:45  9.5;
20:14:07:31  11.5;
21:14:09:36  24.5,
14:08:53  10.5,
14:08:33  3.5;
22:14:10:05  8.5;
30:14:20:17  4.5;
33:14:24:16  1.5;
36:14:29:16  20.5;
37:14:29:50  6.5;
38:14:31:58  22.5;
39:14:33:10  18.5,
14:32:27  7.5;
40:14:34:00  17.5;
43:14:38:04  22.5;
44:14:38:59  21.5;
46:14:40:44  11.5,
14:40:29  4.5;
47:14:42:40  22.5
**Wendi's (4)**
7:13:50:59  11.5;
8:13:51:33  2.5;
23:14:11:02  4.5;
24:14:12:09  2.5
**what's (1)** 41:14:35:26  22.5
**wheelchair (1)**
28:14:18:32  20.5
**whenever (9)**
9:13:53:31  13.5;
11:13:55:46  7.5;
12:13:56:42  2.5;
14:13:59:33  12.5;
16:14:03:05  23.5,
14:02:03  5.5;
23:14:10:52  25.5,
14:11:53  21.5;
29:14:18:55  1.5
**whole (1)** 41:14:34:40  7.5
**wholesome (2)**
33:14:25:23  22.5,
14:25:20  21.5
**whose (1)**
41:14:35:12  16.5
**wife (1)** 8:13:51:30  1.5
**wiggling (1)**
36:14:28:32  5.5
**wiles (1)** 35:14:27:36  19.5
**windows (2)**
23:14:11:53  21.5,
14:11:24  10.5
**within (1)** 34:14:25:56  10.5
**witness (3)** 4:12:48:32  1.5;
48:14:44:10  21.5,
14:43:58  14.5
**woke (2)** 47:14:42:28  20.5,
14:42:20  18.5
**women (4)**
26:14:15:31  10.5,
14:15:24  8.5;

36:14:29:00  15.5,
14:28:52  12.5
**word (2)** 11:13:55:34  4.5;
19:14:05:59  4.5
**words (2)** 43:14:37:08  6.5;
45:14:39:42  10.5
**work (6)** 23:14:11:45  18.5;
25:14:13:58  6.5,
14:13:50  3.5;
27:14:16:38  4.5;
31:14:22:25  16.5;
35:14:28:11  24.5
**worked (2)**
25:14:14:02  8.5;
40:14:33:24  25.5
**working (2)**
25:14:13:50  3.5;
29:14:19:30  13.5
**works (1)** 27:14:16:40  5.5
**worldly (1)**
14:13:59:16  4.5
**worried (1)**
15:14:01:43  23.5
**wrote (1)** 35:14:27:20  12.5

## Y

**year (4)** 5:13:49:04  16.5;
17:14:04:12  16.5;
28:14:18:24  18.5,
14:18:24  18.5
**years (12)** 5:13:49:06  17.5;
8:13:52:26  18.5;
12:13:57:43  22.5;
14:13:59:25  9.5;
16:14:02:06  6.5;
21:14:08:46  8.5;
26:14:16:19  23.5;
29:14:19:41  16.5,
14:19:37  15.5,
14:19:33  14.5;
33:14:24:27  4.5;
47:14:41:43  6.5
**younger (1)**
36:14:29:10  18.5

Coash & Coash, Inc., 602-258-1440

```
 1   STATE OF ARIZONA    )
     COUNTY OF MARICOPA   )
 2            Be it known that the foregoing deposition was

 3   taken by me pursuant to stipulation of counsel; that I

 4   was then and there a Certified Court Reporter in the

 5   State of Arizona, and by virtue thereof authorized to

 6   administer an oath; that the witness before testifying

 7   was duly sworn by me to testify to the whole truth;

 8   deposition review and signature was waived; that the

 9   questions propounded by counsel and the answers of the

10   witness thereto were taken down by me in shorthand and

11   thereafter transcribed into typewriting under my

12   direction; that the foregoing pages are a full, true,

13   and accurate transcript of all the proceedings had

14   upon the taking of said deposition, all done to the

15   best of my skill and ability.

16            I FURTHER CERTIFY that I am in no way related

17   to nor employed by any parties hereto; nor am I in any

18   way interested in the outcome thereof.

19            Dated at Phoenix, Arizona, this  11th  day of

20   July                        , 2011.

21

22            Cindy Mahoney
            CINDY MAHONEY, RMR, No. 50680

23

24

25
```

## DECLARATION OF BARRY LORTS

I, Barry Lorts, declare as follows:

1.      I am the brother of Calvin Lorts, who is the former pastor of 91st Psalm Christian School in Casa Grande, Arizona. I was born to Bill and Dion Lorts in Kansas City, Missouri. I have four brothers and sisters: Calvin, Lonnie, Vicki, and Colleen. I have two children of my own: Matthew and Vanessa Lorts.

2.      I lived in Higginsville, Missouri for most of my childhood. I moved from Higginsville to Casa Grande with my parents in 1969 when I was fifteen years old. My father was an electrical superintendent with a company that built restaurants, and he followed his work to Casa Grande. When he finished the projects there, we stayed because we preferred the warm weather. My sisters were already married and out of the house, and my brother, Calvin was in the Marines at this time. Lonnie also stayed behind in Missouri, so it was just my parents and I that went to Casa Grande.

3.      I attended Casa Grande Union High School beginning in my freshman year. This is where I first met Wendi's Andriano's father, Alejo Ochoa. Alejo became a close friend of mine. We hung out together, and we were druggies. We did our share of acid and smoked marijuana. We also drank alcohol. We didn't get into much trouble though, and nobody really messed with us. We weren't violent and I don't recall getting into any fights. We were the "longhairs."

4.      When we were in high school, Alejo's parents owned a tortilla factory called "Ochoa's Tortillas." Alejo's job was to deliver the tortillas to various grocery stores

Page 1 of 5

Initials

around Casa Grande, and I often went with him. I knew Alejo's mother, she was real nice and liked to cook for us, but I never met his father. I have no idea where his father was – Alejo didn't talk about him and I never asked.

5.    My brother, Calvin, served in Vietnam during his stint in the military. After he got out of the Marine Corps sometime in the early 1970s, he went to ministry school in Tulsa, Oklahoma. When he completed ministry school, he went to a town called Mexico, Missouri and started a ~~Christian school~~ Church BC there. When I graduated from high school, I went up to Mexico to work with him. Calvin decided that he was going to go to Washington DC to start ~~another school~~ Church BC, and I told him that I would not go with him and that I was returning to Casa Grande. Calvin then decided to also return to Casa Grande.

6.    In about 1978, Calvin founded a church and school in Casa Grande called 91st Psalm. He was the pastor of the school and church. The curriculum used at 91st Psalm was called Accelerated Christian Education, or ACE. Learning was mostly independent and the students were taught by completing PACE booklets, which were ordered from ACE. Each booklet had a test in the back, and each classroom had a monitor. When a student completed a PACE booklet, he or she handed it to the monitor who graded it. The monitors weren't really teachers, they were there mostly to keep order in the classroom and to grade the tests, but they also answered questions that the students had about their work. I think that the monitors were all volunteers. I do not believe that the school had any paid employees at that time.

Page 2 of 5

BL
Initials

7.    The school had different rules and standards than a public school. For one, it was more godly based and the bible was a focal point of the student's studies. In addition, corporal punishment was a common method of discipline at 91st Psalm, something that would not go over well in a public school. As I understand it, my brother, Calvin, administered the punishment. I believe that he used a paddle, though I am not sure. As far as I know, they didn't linger about it, and the punishment was delivered soon after the transgression took place.

8.    Calvin started a satellite church in Phoenix, also called 91st Psalm, sometime in the early 80s. He traveled back and forth between the two schools in the beginning, in order to get the new one off the ground. I took over as pastor at the 91st Psalm in Phoenix. Sometime in the mid-80s, I lost my way. I took my eyes off what I should have been paying attention to. Let's just say I got distracted by a female member of the congregation, and I left the Church altogether.

9.    Calvin left the 91st Psalm church and school in Casa Grande to take over for me at the church and school in Phoenix when I quit. The school in Casa Grande was turned over to Pastor Tom King. When Tom King took over the church in Casa Grande, it was renamed Harvest Family Church, and the school was renamed Harvest Christian Academy. I knew Tom King from 91st Psalm and he seemed like a nice guy, but I remember that he made me uneasy. There was a difference in how we saw things; he was more dogmatic and assertive than I was. I could be easily silenced if I did disagree, so we never really had words over it. Tom King constantly quoted scripture – he was very letter-of-the-law and conservative. I was a lot more liberal, but I didn't feel

Page 3 of 5

Initials

that I knew enough to argue with him. Tom King's wife, Patricia King, also worked at the school and I remember that she was a really sweet lady. I heard that they lost one son, Brad, in a plane crash, and that another son, Shawn, was in a bad accident, which nearly killed him.

10.     My nieces, Kyre, Keather and Kaileen attended school at 91st Psalm and so did my children, Matthew and Vanessa. Kyre, Keather, and Kaileen are the daughters of my brother Calvin. Wendi also attended school there and she and Kyre were close friends. They are the same age. Kyre did not graduate from the school in Casa Grande, however. I believe that she graduated from the school in Phoenix.

11.     Wendi's parents, Donna and Alejo, worked at the 91st Psalm in Casa Grande. Alejo was the children's pastor and Donna worked in the office. They attended church every Sunday and the students seemed to like them. I lost contact with Donna and Alejo after I moved to Phoenix in the late 70s or early 80s. I have tried to call Alejo a few times since then, but he does not return my calls.

12.     Sometime after Wendi's arrest, probably about six or seven years ago, REDACTED, REDACTED, confided in me that Alejo was sexually abusive to both Wendi and herself. REDACTED frequently spent the night at Wendi's home, and, according to REDACTED, Alejo molested her and Wendi on a regular basis. REDACTED did not go in to detail with me about the abuse and I didn't ask too many questions about it. She kept it quiet for a long time and as far as I know, I was the first person she told. She still had a lot of anger built up about it when she told me, and I think she just needed to get it off her chest. At that time, she was trying to work things out in her life and come to terms with it. I know that Kyre and

Page 4 of 5


Initials

Wendi spent a lot of time with two other girls, <sup>REDACTED</sup>, so it is possible that Alejo was molesting them as well. I was very surprised to hear that this had happened. Alejo never seemed like that kind of person to me. I am under the impression that it took place after I moved to Phoenix. I don't know if Donna was aware of what was going on in her home, but I believe that this may be the reason that Alejo does not return my calls. Maybe he is afraid of what I will do. Who knows what he thinks?

13.    The last time I saw Wendi, she was twelve or thirteen years old. I remember that she was a really sweet little girl. When I heard about what happened with her husband I was very surprised. It shocked everybody that knew her. It definitely seemed out of character and it is so sad.

14.    Until now, no one has ever contacted me about Wendi or my experiences with 91st Psalm and Harvest. If I had been asked to testify on Wendi's behalf and to what I have said in this declaration, I would have done so.

I have read the foregoing declaration consisting of five (5) pages and fourteen (14) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this _19_ day of August 2010 at Maricopa County, Arizona.

Barry Lotts

Page 5 of 5

Initials

**DECLARATION OF KELSEY LEON MCGUFFEE, JR.**

I, Kelsey Leon McGuffee, Jr., declare as follows:

1.     Most people call me "Lee." I was born to Kelsey Leon McGuffee, Sr. and Thelma Faye McGuffee on January 21, 1948 in Fittstown, Oklahoma. I have four younger sisters, who in birth order are: Alice, who was born on February 11, 1949; Charlotte, who was born on May 1, 1950; Bonnie, who now goes by "Deblen," who was born on November 9, 1951; and Debbie, who was born in about 1955. My family moved to Tucson Arizona when I was eight years old. I currently work for the Tucson Fire Department as an Emergency Vehicle Technician. My father passed away when I was twelve years old and a couple of years later, when I was about fourteen, my mother remarried to Burl Boyd "Buck" Robertson. Buck was the brother of Wendi's biological father, Shelby Wayne "Skip" Robertson. Buck later fathered a son, Wade, with my mother. Wade is my half-brother.

2.     I first met Wendi's mother, Donna, in about 1958, when I was ten years old and she was a year or two younger. She was friends with my sister Alice, and she was over at our house all the time because her dad was gone a lot. Donna and Alice were about the same age. They were inseparable. Donna frequently came over in the morning and had breakfast with our family, and then she hung around and spent the day with my sisters. Every once in a while, she had a slumber party with my sisters. She was in and out of the house, part of the gang. She was a like

Page 1 of 8

Initials

another sister to me. I think her dad was in the Navy and I don't know much about her mom. Donna was sociable and outgoing. She was never in trouble or anything like that.

3.      Wendi's father, Skip Robertson, on the other hand, was always in trouble, the whole time I knew him. He and I were about the same age so we were in the same grade in school. *I heard* ~~AHe~~ got into trouble for stealing, ditching school, and drinking. You name it, Skip was probably in trouble for it. Eventually, after Skip and his friends got caught stealing a vending machine from a filling station, Skip was forced by the court to choose between the Marine Corps and jail time. He chose the Marine Corps.

4.      After my mother married Buck, Buck moved into our house. Once he moved in, I never liked it at home. He was really overbearing and there was a lot of tension in the house. He criticized me non-stop. For example, when I was a kid, I liked to build model airplanes. I am a bit of a perfectionist so I would spend a lot of time on them, painting them and making them look nice. He always criticized me for this. He said things like, "Paint don't make it fly any better." That was the main reason that I later joined the Marines – to get out of there.

5.      Skip lived with us for about a year, up until the time he went into the military. We were about sixteen when he moved in. I shared a room with him, but I never liked him. We did not associate that much with each other, especially outside

Page 2 of 8

Initials

of the house. He hung out with what we called the "hoodlums" and I hung around with what people would refer to today as "jocks," the athletic types. Skip did drugs and drank quite a bit. He and his buddies huffed gasoline. During the time he lived with us, I saw Skip and his pals take the cap off of a motorcycle tank and breathe in the fumes.

      6.     Buck and Skip's other brothers, Glen, AV, Jerry Don, and Bud, also stayed with us quite a bit, from the time that Buck moved in with us until I moved out of my mother's house at the age of nineteen. It seemed that one of them was always there at any given time. They were truckers, or at least most of them were, and when they came to town they stayed on our couch. They were constantly in and out of the house. I did not like any of them. I was teased all the time by the whole blessed group of them. They teased me for being too "straight-laced." They said that I was not daring and did not take chances because I did not like hanging around with them and I did not get drunk or go to bars with them. They were all very arrogant and boastful, and they all drank a lot. I spent most of my time trying to avoid the lot of them. When we went on fishing trips, I went off to fish by myself. When we went camping, I did my own thing.

      7.     The term that I often heard used to describe my stepfather, Buck Robertson, was "Banty Rooster." He was short, only about 5'5 and he tried to make up for it by being the "big man." When he was driving trucks, if he ran into a group

Page 3 of 8

Initials

of people he knew at a truck stop restaurant, he'd buy everyone's meals even though he couldn't afford it. He always talked big and flirted with and came on to the waitresses. In fact, my mother met Buck while she was working as a waitress at the 84 truck stop café in Tucson.

8.      When my mother married Buck, Buck's mother was already dead and his father, Boyd, moved around constantly to live with all his kids. He stayed at our house quite a bit. He was a weird duck. He always talked strangely about women – he talked down about them. He said that they were playthings. One of the last times he stayed in our house my mother threw him out because he grabbed her butt.

9.      Boyd's attitude towards women was pretty much the standard with all the Robertson men. They were all older than me, Glen was the oldest next to Buck and was about fourteen years older, so he was about twenty-eight years old when my mother and Buck got married. Then Jerry, who was about nine years older than me, about twenty-three or so, then AV who was about seven years older than me, and was about twenty one, and Tommie Lee "Bud", who was about three or four years older and around seventeen or eighteen. I stopped going boating on the lake with them because all they talked about all the time was their conquests of women, by which they meant the women who they had had sex with. They described these "conquests" in graphic detail, even Buck who was married to my mom at the time.

Page 4 of 8

Initials

They mostly talked about waitresses that they slept with while they were on the road, or prostitutes that they visited while on the road in Louisiana.

     10.    From the time my mother married Buck, I was always uncomfortable at home. If I got into trouble, Buck grounded me for long stretches. Skip on the other hand, did what he pleased. He was treated like a guest in the house and Buck and my mother pretty much let him do whatever he wanted. One time he was thrown in jail in Nogales, on the other side of the border in Mexico. Buck went down there and got him and brought him back and nothing was ever really said about it.

     11.    When I was about eighteen years old there was a huge problem at home with <sup>REDACTED</sup> There was a big blow up and Buck and my mom beat <sup>REDACTED</sup> severely. <sup>REDACTED</sup> reported it and took them to court and, as a result, <sup>REDACTED</sup> I saw <sup>REDACTED</sup>, the day after this occurred and she had a black eye and bruises all over her cheeks. She also had bruises on her arms. She looked terrible. I am still not clear on what exactly caused the fight, but after <sup>REDACTED</sup> she stayed separate from our family for about fifteen years.

     12.    Buck tried to beat me up on one occasion, when I was a senior in high school and about eighteen years old. I stayed out after curfew one day and was grounded for it. I kept going out even though I was not supposed to leave the house, and I kept getting grounded for longer and longer periods. Eventually, Buck told me

Page 5 of 8

Initials

that I was "too old to whoop," so he was going to take me outside to beat my ass. He smoked three packs of camel cigarettes a day, so I was able to hold him off until he got winded. He swung at me, but I held him at arm's distance until he got tired. My mom was there and saw the whole thing, but she never stood up for us when it came to Buck.

13.    When I was about nineteen years old, I joined the Marine Corps to escape the environment at my house. I served in Vietnam for thirteen months, and returned in 1969. When I got back, I learned              REDACTED              that our stepfather and his brothers, including Skip, were all child molesters.   At that point in time, I cut off most of my contact with the Robertsons. In fact, even today, I do not talk much to my mother and have not spoken with her in about a year. Likewise, I do not care very much for my half brother, Wade, because he is too much like his father.

14.    According to              REDACTED              were all molested by the Robertsons. I am not sure if REDACTED was or not. I have never spoken to REDACTED or REDACTED about the molestation. The sexual abuse would have occurred during the time that Donna spent a lot of time at our house, but I never discussed this with Donna. After              REDACTED

a              REDACTED

REDACTED    During that time, she confirmed what REDACTED had told me.  She said

Page 6 of 8

Initials

that my stepfather and all his brothers molested her. In fact, she told me that when REDACTED she reported the sexual abuse, but Buck said she was lying and my mom backed him up. My mom always defended Buck. I feel that it was really unfair that my mother and Buck got away with what they did to REDACTED

15.     I do not know exactly when the sexual abuse started, because I was not aware that it was happening at the time, but I was under the impression that it reached its peak while I was over in Vietnam.          REDACTED          both told me that my mom knew what was going on and that they had told her that it was happening. My mom denied the whole thing. She pretty much let Buck do what he pleased. This sounds about right to me based on my own experiences with Buck and my mom, and knowing how they are. Several times I tried to talk to my mother about Buck's behavior and how he treated me and she acted the same way, just ignoring everything he did. On the inside, I think she believed it. She knew what was going on, but vocally she denied it.

16.     Skip eventually went to prison for child molestation. He was in for about seventeen years.

17.     I may have seen Skip once or twice after returning from Vietnam, but for the most part, I avoided him. When I learned that Skip and Donna got married, I was very surprised. Being that she spent so much time around    REDACTED    I thought that Donna probably knew that Skip was a child molester.

Page 7 of 8

Initials

18.    Since Donna was friends with <sup>REDACTED</sup> I still saw her from time to time after we became adults. Donna and<sup>REDACTED</sup>also hung around my first wife, Sharon. I saw Wendi a couple times when she was a child. I think she was probably about eight years old the last time I saw her.

19.    I still consider Donna a friend and we have communications from time to time. She has asked us to keep Wendi in our prayers, which we do.

20.    Until now, no one has come to speak to me about Wendi or my family history. If they had, I would have told them what I have said in this declaration. I would have answered whatever questions were asked. If I had been asked to testify on Wendi's behalf and to what I have said in this declaration, I would have done so.

I have read the foregoing declaration consisting of eight (8) pages and twenty (20) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this ___ day of September 2011 at Pima County, Arizona.

Kelsey Leon McGuffee

Page 8 of 8

Initials

## DECLARATION OF MARJORIE MICEK

I, Marjorie Micek, declare as follows:

     1.    I am the maternal first cousin of Wendi Andriano. I was born "Marjorie Bednorz" on July 24, 1973 in Jacksonville, Florida to Clark and Nadine Bednorz. I have one brother, Clark Bednorz, Jr. who was born in 1971 in Asmara, Ethiopia. My family moved to Victoria, Texas in 1979. My mother, Nadine Ann Bednorz nee Zens is the half-sister of Wendi's mother, Donna Ochoa nee Worsham. They have the same mother, Laverne Ann Tilley Zens Worsham. In 1991, I married Jeffrey Micek. Together, we have four children. In birth order they are: Brett, who was born on November 20, 1991; Kayla, who was born on November 16, 1993; Tyler, who was born on March 13, 2002; and Logan who was born on June 23, 2010. My mother died in December of 2008. My father died in June of 2003.

     2.    I did not have that much contact with Wendi growing up since we lived in different states. I went out to Arizona a couple times with my family, and my brother, Clark, went out and stayed with Wendi, Donna and Alejo one time for a month or more. I always admired Wendi for her hard work and achievements in school. Also, from what I heard about her through my family, it seemed that she never got into trouble and she never did anything wrong. My mother always spoke very highly of her. I looked up to Wendi even though she lived a thousand miles away.

Page 1 of 8

Initials

3. My mom and I were very close, but while I was growing up she struggled with REDACTED She was diagnosed with REDACTED REDACTED When mom got mad, she flew into a rage. It was impossible to distract her from it; that's where all her focus was. That's all she could see in that moment. As she aged, my mother became a packrat. She kept old newspapers and outdated magazines. She had stacks of them all over her house and when I asked her why she did not toss them, she said that she was planning on reading them someday. My dad was also a packrat and, later in life, their house was very cluttered. He was a handyman, and when something broke, such as the food processor, he kept it, insisting that he was going to fix it. He never did and it just sat around the house. Their house was full of things like that, newspapers, magazines, and broken appliances. After my dad passed, my mom and I went through their things. My dad printed off and saved every email. They kept all of Clark's and my school records.

4. My brother, Clark, was always different. He was diagnosed with REDACTED REDACTED but I think he must have had something else. I suspect that he is REDACTED My son, Tyler, is REDACTED REDACTED Tyler, like, Clark, has some anger issues. Clark never really had many friends growing up. He was a hermit, but he tried to impress people with material items, like his racing cars. He was always that way, but I think it got worse when he was in junior high and high school. He did not have a good sense of socially appropriate behavior and often said things that other children and people found

Page 2 of 8

Initials

offensive. Sometimes, so much so that they became aggressive with him. As kids, we just thought he was being obnoxious, but Clark just didn't communicate well with other people. He did not pick up on social cues.

5.     Looking back on it, I don't think Clark should have been in mainstream school.  He should have been in Special-Ed.  He was held back and repeated kindergarten. He had such a hard time fitting in. He was always trying to impress other kids. He made weird noises, such as snorting like a pig. He also had strange habits. He grabbed locks of his hair and wrapped them around and around his finger for twenty or thirty minutes at a time. This frustrated my parents, and eventually they buzzed his head. It was the only way to get him to stop. He was also constantly trying to show off in front of other children. Overall, he was an odd character.

6.     I do not think that Clark ever graduated from high school, but I think he got his GED. He went up to Waco to attend Texas State Technical College (TSTC). He got into trouble all the time up there, mostly for drinking, and eventually dropped out. Later, he went to Texas Vocational School, here in Victoria, for electronics. He finished and opened a computer shop, which my mom and dad provided the funding for.  Clark married Johnda Harris in 1992 and they have two daughters together, Aireal and Allie. The marriage did not last long and Clark and Johnda divorced a few years after marrying.

7.     In the summer of 2002, my brother Clark was living in Austin, Texas.  My husband, Jeff, and our three children, and I drove up there to visit him. My son, Tyler,

Page 3 of 8

Initials

was a baby at the time, and Kayla and Brett were eight and ten, respectively.  Clark had a semi-automatic rifle propped up against the wall by his front door.  I asked him if he could please move it, since my kids were in the house and he responded with something like, "What if the Middle-Eastern people come?"  He was paranoid and I think, delusional.  In November or December of 2002, Clark stopped going into work.  In January of 2003, he was real sick.  He had nodules in his legs and he was getting frequent nosebleeds.  I asked him why he didn't go to the doctor, and he told me that he never got his new insurance card from work.  That is how I found out that he had not been at work for some time.

    8.    In the spring of 2003, Clark was            REDACTED            He was high somewhere, I believe on crack cocaine or methamphetamine, and someone called the police at the store he was in.  He was arrested, and when my dad bailed him out, he told my dad that he had seen little green Martians on the dashboard of his car.  He was completely paranoid and delusional by this time, and his teeth were rotting out of his head.  After that, he spent at least a month in           REDACTED           While he was there, his house was foreclosed on and my dad, my husband, Jeff, my kids, and I all drove up on Mother's Day weekend to clear his belongings from the house.  It was a disaster.  There was junk everywhere, a lot of it trash.  There were papers, computer parts, clothes, and towels all over the place.  I'm not sure what Clark was diagnosed with while REDACTED REDACTED but I think it was      REDACTED      He was prescribed medication, but he refused to take it.  Clark got out of the hospital in June of 2003, and my dad passed away a few

Page 4 of 8

mmm
Initials

weeks later. Clark was angry that he did not inherit my dad's truck, even though my parents had previously purchased a car for him.

9.    In 2004, my brother, Clark, tried to burn my mother's house down, but only succeeded in setting fire to her shed. The night prior, my mom came to my house to spend the night. She had heard someone trying to break in to her house and she was convinced that it was Clark. She was scared of him, and she did not want to be at home alone. He had come by the house on other occasions, wanting things, and she never knew when he was going to show up. He was physically much stronger than my mom and he had a really bad temper. On several occasions, he put holes in the wall with his fist. That night, my mother slept at my house. The next morning she went to her car to find that there was ketchup all down the side of it. Brett and Kayla went with her back to her house, and, as they were pulling up, they saw writing from Clark all over the garage. My mother went inside to take a shower, and Brett went outside and saw smoke coming from the shed. Brett tried to put the fire out, but the shed burnt down. Later, they found a threatening letter that Clark had written to my mother stuck to the front door. They hadn't seen it when they arrived because they went in through the garage. Clark was angry because my mom refused to give him money and she had recently thrown him out of the house. He was charged with arson and "terroristic threat," but I believe those charges were dropped. He was held in the Victoria County Jail for several months, possibly even a year, on other charges.

Page 5 of 8

Initials

10.    After Clark was released from the Victoria County Jail, he went by my mother's house. She gave him money for food and a bus ticket. That was the last time any of us saw him. About three or four years ago, a childhood friend of ours saw Clark somewhere in Victoria. Clark told him that he was working as a day laborer in Austin and staying in a motel. That was the last time I heard anything about him. I have no idea where Clark is now, but I think he is probably homeless. I do not even think that he knows that our mother passed away. I would like to know that he is okay, but I do not want him to know where I live because Clark is unpredictable. I do not think his REDACTED

REDACTED              and so I fear for myself, for my home, and for my family.

11.    My mother moved to Arizona in 2006. She passed away, in Arizona, in December of 2008. Before her death, I had contact with Donna and her husband, Alejo, off and on. Since her death, I don't really talk to them anymore. Truth is, I was mad and resentful because I felt that they convinced my mom to move out to Arizona, where they live. About six weeks prior to my mother's death, they changed her will without my knowledge. I do not know what happened to my mom's money after she passed, but Donna insists that there was no money. I think that they took advantage of my mom. I was a little put out by all of that, and I tried to talk to them a couple of times, but they did not return my phone calls.

12.    Donna and Alejo are more interested in talking to my daughter, Kayla, than they are in talking to me. Kayla went to Arizona to visit my mom in 2007 and again in 2008. Kayla told me that when she was there, she spent most of her time with Alejo,

Page 6 of 8

Initials

and that they joked and played around a lot. Donna was usually at work. Ever since Kayla came back from Arizona, Alejo and Kayla have been in frequent contact. They send text messages back and forth. They also talk on facebook. I asked Kayla what she talks to Alejo about, and she told me that they talk about different things. For example, if she is having trouble with her boyfriend, she will talk to Alejo rather than me. It weirded me out a little at first. I got the sense that Alejo was trying to replace Wendi with my daughter. I was also worried that Donna and Alejo were trying to put things in Kayla's head, to turn her against me. But Kayla is seventeen years old now, and has matured significantly. She has a keen sense for filtering information.

13.     My son Brett and my daughter Kayla have both been diagnosed with REDACTED My son Tyler is                REDACTED                He has a lot of anger problems. Brett was eleven years old when my dad passed away. They were very close and Brett was extremely affected by his grandfather's death. Even though he was only eleven years old, I was unable to get him to go to school. Eventually, I had to

REDACTED

REDACTED  Because I've had trouble dealing with Tyler's problems, and with my mom's passing, I currently REDACTED

14.     My mother never said much about her biological father. He passed away when she was six or seven years old. All I can recall my mom telling me about her stepfather, Hank, was that he was a drunk, that he was in the navy and was her recruiter,

Page 7 of 8

Initials

and that my grandmother caught him "shacked up with a Mexican woman." That woman's name was "Virgie" and she is the mother of Donna's younger half-sister. My mother told me that my grandmother, Laverne Ann, never liked Alejo, because he was Mexican and Hank left my grandmother for a Mexican woman. My mother told me that every day, after work, she watched Hank ~~walk~~ drive *unen* right by their house and straight to the bar.

15.     Until now, no one has come to speak to me about Wendi or our shared family history. If they had, I would have told them what I have said in this declaration. I would have answered whatever questions were asked. If I had been asked to testify on Wendi's behalf and to what I have said in this declaration, I would have done so.

I have read the foregoing declaration consisting of eight (8) pages and fifteen (15) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this __1__ day of August 2011 at Victoria County, Texas.

*Marjorie Micek*
Marjorie Micek

Page 8 of 8

*Initials*
Initials

1
2
3
4
5
6                     SUPERIOR COURT OF ARIZONA
7                         COUNTY OF MARICOPA
8
9    State of Arizona,                    )
                                          )
10                        Respondent,     )    No. CR2000-096032-A
                                          )
11        vs.                             )    **DECLARATION OF**
                                          )    **JEFFREY B. MILLER**
12                                        )
     Wendi Elizabeth Andriano,            )
13                                        )    (Assigned to the Hon. Douglas Rayes)
                                          )
14                        Petitioner.     )
                                          )
15   _____ )
16
17        JEFFREY B. MILLER, declare as follows:

18        1.      I am a practicing attorney in Arizona and one of the founding partners

19   of Miller Weber Kory LLP.  From the fall of 1998 through October 2000, I represented

20   Joe and Wendi Andriano (the "Andrianos") in pursuing a malpractice claim against certain

21   medical providers, alleging that those providers unreasonably failed to properly diagnose

22

23   and treat Joe's cancer before it became terminal.  I have personal knowledge of the matters

24   stated herein.

25        2.      The Andrianos and I spoke from the outset of my representation

26   regarding the possibility that Joe's health could deteriorate and the malpractice claim

27   might not be decided before his cancer took his life.  I informed the Andrianos that if this

28

MADL_2747675.1

occurred, the claim would continue for the benefit of their family. I also explained the concept of causation to the Andrianos, and informed them that if Joe died of something other than the cancer, they would not have a viable claim for damages. The Andrianos told me that they understood and accepted these realities regarding their case.

3.      During the course of my representation, I spoke periodically with Joe and/or Wendi to request information, inquire as to Joe's health and any other concerns, and to update them regarding the status of my investigation of their claim.

4.      In the months prior to Joe's October 2000 death, I received two or three distressed phone calls from Wendi relating to her observations of Joe. In each of these phone calls, Wendi stated that she was feeling very concerned and frightened for Joe. Wendi said that she had perceived Joe becoming more depressed, and that he had recently expressed a desire to die and an intent to take his own life. Wendi told me that she was worried that Joe would hurt himself, and asked me to speak with him regarding his mental state and recommend a counselor for Joe. Wendi also asked me to remind Joe that, from a legal perspective, he would be hurting his family by committing suicide because the malpractice claim would be dismissed.

5.      I subsequently spoke with Joe regarding these concerns. I told Joe that his family was concerned about his mental state and worried that he was contemplating suicide. Joe acknowledged these concerns and did not deny that they were accurate. Joe said he understood that the malpractice claim would not continue if he died from something other than cancer, and told me not to worry. I recommended a counselor to Joe, but I do not know if Joe ultimately received treatment from that counselor.

2

MADI_2747675.1

6.    After learning of Joe's death, I sent a letter to Wendi advising her that the malpractice case should be dismissed. A true and correct copy of that letter is attached as **EXHIBIT 1**.

7.    I was called to testify on September 29, 2004 as a witness for the State in Wendi's murder trial. Given the facts I knew, I was surprised that the State sought to use my testimony in an effort to argue that Wendi killed Joe to somehow benefit from their malpractice claim; that simply could not have been the case, given that I had on multiple occasions explained to each of them that the malpractice claim would be dismissed if Joe died from something unrelated to the misdiagnosed cancer. I was also surprised because lawyers for both the State and Wendi had interviewed me prior to trial, and I had informed them of Wendi's concern that Joe was suicidal in the months before his death. Her concerns seemed inconsistent with the State's theory that Wendi had formed an intent to kill Joe months before his death.

8.    During my testimony, Wendi's lawyer once attempted to ask me about my conversations with the Andrianos regarding Joe's mental state and Wendi's concerns. The State raised an objection, which was sustained, and Wendi's lawyer did not argue further or attempt to return to the subject. Had I been permitted to testify regarding those communications, I would have described them as set forth in this Declaration.

9.    I declare under penalty of perjury that the foregoing is true and correct.

DATED this ____ day of July, 2011.

MADI_2747675.1

3

1

2                                     Jeffrey B. Miller

3

4

5

6

7

8

9

10

11      SUBSCRIBED AND SWORN TO before me this 28th day of July, 2011.

12

13                    Notary Public

14

15   08 | 11 | 11

16                   BARBARA A. DEMARCHI
                      Notary Public - Arizona

17                      Maricopa County
                      Expires 08/11/2011

18

19

20

21

22

23

24

25

26

27

28

MADI_2747675.1

4

*Roush, McCracken, Guerrero & Miller*

*Attorneys at Law*
*A Partnership of Professional Corporations*

650 North Third Avenue
Phoenix, Arizona 85003
(602) 253-3554
FAX (602) 340-1896
rmg@rmglaw.com

PETER A. GUERRERO, P.C.
ROBERT D. MCCRACKEN, P.C.
CHARLES D. ROUSH, P.C.
JEFFREY B. MILLER, P.C.

of counsel
FRANK X. GORDON, JR.

October 10, 2000

**ATTORNEY/CLIENT PRIVILEGE MATERIAL**
**TO BE OPENED ONLY BY ADDRESSEE**

Wendi Andriano
1104 North Park
Casa Grande, Arizona 85222

> Re: *Andriano Medical Malpractice Claim*

Dear Wendi:

I received your message and have also seen some of the various media reports. I am sorry. I have no idea what happened or why, and it is probably best that we not discuss it in case any attorney hired to represent you with respect to criminal charges has any need to call me as a witness. Everything which you, Joe and I discussed is protected by the attorney-client privilege unless and until such time as you waive it, but it is at least possible that your criminal defense attorney may find it advisable to waive that privilege if information about your civil litigation explains in any way what occurred.

With respect to that civil litigation, as you know from our discussions when you were concerned about the possibility that Joe might attempt suicide, Joe's death from something other than cancer is a devastating blow to your case. Under the current circumstances (regardless of the outcome of any criminal charges against you), I believe pursuing the case is not an option. Any claim Joe had for his personal injuries was extinguished at his death, as was your derivative claim for loss of consortium. While we knew that in the event Joe died from his cancer, there would be a wrongful death claim for you, the children, as well as Joe's parents, we were not yet to that point in time, and it would be incumbent upon us to prove that Joe's death resulted from the malpractice, which appears to be impossible. Obviously, if there are facts of which I should be aware to evaluate the connection

October 10, 2000
Page 2

between his death and the malpractice, we may need to talk about those, but I know you are aware from our discussions of the difficulty of proving that connection when the cause of death is not cancer.

There is at least in theory an action which exists for Joe's Estate to recover medical bills incurred by the Estate for medical treatment which Joe would not have had to have, but for the negligence of the defendant doctors in failing to detect the cancer sooner. In looking at the medical treatment of which I am aware, it does not appear, however, that such bills are significant, given that Joe would have had to have medical treatment for his cancer whenever it was discovered that would likely not have been less expensive than what was incurred here after the cancer was discovered. I raise this issue because it is a claim which could conceivably be made by whoever is the personal representative of Joe's Estate. Under most circumstances, the likely personal representative would be you as having priority as the surviving spouse. You will know better than I whether such an appointment would likely be contested by anyone else under the circumstances. Further, if money was recovered by the Estate, it would be subject to the claims of those to whom the Estate also owes money (health care providers, persons who have loaned the family money to pay for bills, etc.). Thus, while this claim exists in theory, as a practical matter, it does not appear to be a claim worth pursuing, although you have more information in this regard that I do. No matter what, it is not a claim which our office has any desire to pursue on behalf of anyone, because it would appear that the proceeds would, at best, provide a very uncertain recovery on the vast amount of time and expenses necessary to prove that portion of the case.

There are a couple of ways of proceeding given the current circumstances, but they all, in my view, ultimately lead to the same place, which is dismissal of the current malpractice action. The first, and easiest, is for you simply to give me authority to dismiss the malpractice action in exchange for the defendant doctors agreeing not to seek costs or attorneys' fees against you or the Estate for having to defend the case thus far. This at least provides the Estate with some protection in exchange for the dismissal. While I could seek a dismissal "without prejudice" (which means that the case could be refiled by someone else later), I do not have a great deal of optimism that the defense attorneys will agree to it. Rather, I would anticipate that the defense attorneys would file motions for summary judgment which would have a significant chance for success in getting the case dismissed and

October 10, 2000
Page 3

that would still leave the Estate open to attorneys' fees and costs.

Should you wish to substitute other lawyers for us in the event that you disagree and wish to pursue this matter further, or if you wish to pursue the action for unpaid medical bills as a "survival action" (an action which survives Joe's death), the last option would be for our law firm to move to withdraw and substitute counsel. If you disagree with the advice that is set forth in this letter, which is to dismiss the case in a manner which protects you from further claims against the Estate, then we will have to move to withdraw in any event, because we do not believe that pursuing the claim further makes financial or legal sense for either you or the law firm.

Our law firm has been a strong believer in this case and has supported that belief with thousands of dollars in costs and hundreds of hours in time. We sincerely hoped to be able to go forward on behalf of you and Joe to a successful recovery. Because I have no idea what happened, please do not misunderstand anything in this letter as being judgmental in any way. Unfortunately, we simply have to face the fact that what has occurred, in our view, for all practical purposes makes pursuit of this claim unreasonable and unlikely to be successful. I can only wish you and your family our condolences and our hopes under what must be incredibly difficult circumstances.

If you agree with the dismissal of this case with prejudice in exchange for an agreement not to seek fees or costs against you or the Estate, please sign a copy of this letter and return it to me at your earliest convenience. If you disagree or wish to discuss any of the other options further, please call or write me or let me know how I can discuss them with you and I will be pleased to do so.

Very truly yours,

Jeffrey B. Miller

JBM.wkg

_____
Wendi Andriano
I hereby authorize dismissal of this case with prejudice.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUPERIOR COURT OF ARIZONA
COUNTY OF MARICOPA

State of Arizona,                          )
                                           )
                      Respondent,          )     No. CR2000-096032-A
                                           )
     vs.                                   )     **DECLARATION OF**
                                           )     **SHARON MURPHY**
Wendi Elizabeth Andriano,                  )
                                           )     (Assigned to the Hon. Douglas Rayes)
                      Petitioner.          )
                                           )
                                           )
_____)

SHARON MURPHY, declare as follows:

1.      I am an assistant professor at the University of New Hampshire
Department of Social Work, where I have served on the faculty since 2004. I previously
taught social work classes at Arizona State University, and testified as an expert witness
for the defense in the murder trial of Wendi Andriano. I have personal knowledge of the
matters stated below.

2.      In 2002, I was asked to serve as a expert witness for the defense in
Wendi's case by defense attorney Dan Patterson. My academic specialty is domestic
violence, and I was retained to assess whether and to what extent Wendi was a victim of
domestic violence by her late husband, Joe Andriano. I was not asked to explore any

1  sources of abuse other than Joe Andriano, and the defense attorneys did not present me

2  with any evidence of other abuse, such as childhood abuse. Therefore, my assessment and

3

4  testimony was almost entirely limited to evaluating Wendi as a victim of spousal abuse.

5          3.      I had previously testified as an expert on domestic violence, but

6  Wendi's case was and remains the only time I testified in a death-penalty case.

7          4.      From the outset, I was uncomfortable with the defense counsel's

8
   theory of the case—namely, the total focus on Wendi as a victim of spousal abuse. Wendi
9
10 was a victim of emotional and sexual abuse by her late husband—which often produces

11 more disproportionate and unpredictable responses by the victim than the responses of

12 those who are victimized by the stereotypical "wife-beating" spouse—but there was not a

13
   documented history of more conventional physical violence by her late husband. In my
14
15 experience, jurors have difficulty comprehending the mindset of a domestic violence

16 victim, and even more so when the domestic violence is in the form of sexual and

17 emotional abuse by a spouse rather than more obvious physical abuse evidenced by

18
   bruises, cuts, and trips to the emergency room. In our first meeting, I communicated these
19
20 concerns to Dan Patterson.

21         5.      In my interviews with Wendi, she revealed certain information to me

22 that made me suspect that she had suffered childhood sexual abuse or other trauma. I did

23
   not pursue this line of inquiry further with Wendi, because I recognized that it was an
24
25 emotionally charged area for her. Given Wendi's mental state at the time and my narrow

26 charge of evaluating her as a victim of spousal abuse, I did not believe it was appropriate

27 for me to probe into this subject more fully. I did, however, raise this issue with Dan

28

1    Patterson during a meeting with him and other members of the defense team and

2    encouraged him to investigate further.

3

4            6.     I also met several times with Kandy Rohde, a certified counselor who

5    met regularly with Wendi while Wendi was in pre-trial incarceration. Ms. Rohde

6    confirmed to me that Wendi likely suffered childhood trauma.

7            7.     I have some training and qualifications in mental illness and

8

9    recognized from our interviews that Wendi was likely suffering from depression and/or

10    post-traumatic stress disorder, but I told Dan Patterson that I did not feel comfortable

11    testifying as an expert on these issues in a death penalty case. I am aware that Kandy

12    Rohde urged Dan Patterson before the trial to utilize a mental health expert in light of her

13    observations of Wendi.

14

15            8.     Had defense counsel investigated the possibility of childhood trauma

16    and sexual abuse and determined that such events occurred, it would have impacted my

17    opinions and testimony regarding Wendi's relationship with her late husband. The effects

18

19    of sexual abuse and trauma upon a person tend to be cumulative in nature, weighing down

20    a victim over time. If the abuse by Wendi's late husband was a continuation of a much

21    longer pattern of abuse by other men in Wendi's life since childhood, it likely would have

22    made Wendi more susceptible to severe reactions or "lashing out" when subject to

23

24    significant stress. It also would have impaired her ability to react to such stressors in ways

25    that non-victims would consider to be rational.

26

27

28

9.     I had the opportunity to work with defense counsel prior to and during Wendi's trial, primarily Dan Patterson. I also attended portions of the trial and had the opportunity to observe the performance of both Dan Patterson and David DeLozier.

10.    David DeLozier appeared to be unprepared and unfit for a case of this magnitude, a perception that was reinforced throughout the trial. I raised my concerns with Dan Patterson, who acknowledged them but stated, "I can't do this case by myself."

11.    For his part, Dan Patterson appeared to be a far more experienced litigator, but he faded over the course of the trial. I knew that he had served as lead counsel in a very high profile death-penalty case immediately before turning his attention to Wendi's case, and he seemed to run out of steam as Wendi's trial wore on.

12.    I remember reaching this conclusion following Dan Patterson's cross-examination of the State's expert, Michael Bayless. At Dan's request, I had reviewed the report of Dr. Bayless regarding his evaluation of Wendi as a victim of domestic violence. I believed that Dr. Bayless lacked the credentials to testify as an expert regarding domestic violence and noted numerous conclusions and methods that were unsupportable according to the standard practices in the field. I communicated these points to Dan and, at his request, prepared a lengthy list of topics and questions for cross-examination of Dr. Bayless. Dan's cross-examination ignored many of the key areas; from at least that point of the case forward, it appeared to me that he had given up or was too exhausted to thoroughly rebut the State's evidence.

13.    I was especially struck by the superficiality and overall weakness of the mitigation case presented by the defense. From my interviews with Wendi, I knew her

1    to be a deep and multifaceted adult, who had suffered through significant hardship and

2    stresses in her life. The mitigation case the defense presented failed to portray Wendi as a

3
     complex person, and in particular failed to provide information about Wendi as an adult.
4
5    The defense lawyers called very few mitigation witnesses, and most of the character

6    witnesses did not even know Wendi as an adult; most were just acquaintances of her

7    parents who knew Wendi was she was growing up. I found the mitigation case as a whole

8
     to be cursory and shallow.
9
10           14.     Although I saw him at meetings, I did not work directly with

11   mitigation specialist Scott Mac Leod in preparing the mitigation portion of the case. At

12   one point before the trial, the late Melissa Kupfenberg (another mitigation specialist in the

13
     Public Defender's Office, who was not assigned to the case) confided in me that she
14
15   believed Scott Mac Leod lacked the necessary work ethic and experience to be responsible

16   for mitigation in this capital case. I recall a meeting at the Public Defender's Office in

17   which Melissa volunteered to help with the mitigation investigation, but Dan Patterson

18
     declined her assistance.
19
20           15.     I declare under penalty of perjury that the foregoing declaration is

21   true and correct.

22           DATED this 2nd day of September, 2011.

23

24                                                    _____
                                                      Sharon Murphy
25

26

27

28

## DECLARATION OF BRENDA NAGORE

I, Brenda Nagore, declare as follows:

1.     I was born "Brenda Ward" on September 17, 1957 in Charleston, West Virginia. I moved with my family to Tucson, Arizona when I was five years old, and I have lived there ever since. I married Frank Nagore on September 18, 1976 in Tucson, Arizona, the day after my nineteenth birthday. Together, we have three children, Colleen, Jennifer, and Jake. Jake passed away in June of 1998. Frank and I also adopted our granddaughter, Alexis, who is Jennifer's daughter.

2.     I first met Joe Andriano when he was approximately twenty-one years old. Frank and I spent a lot of time at Apache Lake, Arizona during that time, and Joe often hung out there with his friends. I was about ten years older than Joe and his friends but we had a common interest in boating, and my husband and I developed a close relationship with Joe. I never spent too much time talking to the other kids from Casa Grande, however. After the first few times we saw Joe at the lake, we began making arrangements to be there on the same weekends he was.

3.     Joe and his friends liked to party. At the lake, the guys all got drunk. They reminisced about the same old things all the time. They told wild stories about the dumb things they did – just typical drunken stories. I remember that, at the campsite, the guys liked to mess around with fire. I recall that on one occasion the guys tied one of Joe's friends to a tree and poured jet fuel in a ring around it. Then they set the jet fuel on fire so that Joe's friend couldn't escape. They were always pulling stupid pranks like that. I

Page 1 of 10

Initials

remember that no one wanted to camp anywhere near us or the Casa Grande kids because we were all so obnoxious.

4.      The guys also went in the boats together, and raced them after they had been drinking. I never drank while at that lake because I acted as their babysitter. I usually stayed sober and drove Joe's boat with the women in it, while Joe and the guys rode in Frank's boat. A lot of the time, I spent the day at the campsite while the guys took the boats out on the lake and drank. I remember cooking and cleaning a lot. I stayed behind because I didn't want to be around a bunch of drunks. Frank and Joe and the other guys all got drunk and went across the lake as fast as they could. Depending on the boat, that could be anywhere from seventy to ninety miles per hour. Later, when my husband got more involved in professional boat races, he became concerned with safety and stopped doing things like that. With the pro drag boats, there were always rescue boats alongside in case there was an accident, and I think he realized how dangerous speed boating could be.

5.      I remember a couple of occasions when there were accidents at the lake because the guys were screwing around. I recall that on one occasion one of Joe's friends was on a Sea-Doo, and he kept weaving in front of Frank's boat. Frank told him to stop because he had trouble seeing him, and eventually Frank hit the Sea-Doo. I think that there was damage to it, but Joe's friend wasn't hurt. He threatened to sue, but my husband just said, "Go ahead, it was your fault, and we've all been drinking." Nothing ever came of that.

Page 2 of 10

*Bh*
Initials

6.     I remember that when he was younger and before he was diagnosed with cancer, that Joe was a fun, nice guy. We loved him very much. Over the years we knew Joe, he had different girlfriends that he brought with him to the lake. I remember that he had one girlfriend, Shelly, for a long time. All I really remember about Joe and Shelly's relationship is that they fought all the time. They were constantly bickering and they broke up quite often. I never really connected with Shelly or any of the other girls that Joe brought to the lake, but I remember that the first time he brought Wendi to the lake, I said to my husband, Frank, "Joe is going to marry her." Frank said, "How do you know?" And I said, "I just do." Sure enough, they got engaged shortly thereafter.

7.     When Joe and Wendi got married, my husband and I went to the wedding. I was also invited to the baby shower for their son, Nicholas, but I don't think that I went. We were very close with Wendi and Joe. I remember that they also came to the high school graduation of our daughter, Colleen, in 1995 or 1996. Colleen and Joe were good friends, and Colleen got along with Wendi well too.

8.     Wendi was a real sweetheart. She was always very thoughtful and stood up for everyone. She never wanted to hurt anyone's feelings, and she always tried to minimize any conflict. I remember that she was always very good with my kids. She was, and I believe still is, a very good person.

9.     Joe and his friends had all known each other since grade school. They came from a farming community and they were all close to each other. I believe that Wendi had grown up going to a private, Christian school, so she wasn't around them

Page 3 of 10

_Bh_
Initials

during that time. Wendi never really fit in with Joe's friends because she was not like the other girls. They were all little wild girls, and they never sat down and talked with me the way that Wendi did. I don't want to say that they were trampy, exactly, but they were the kinds of girls that were always wearing little bikinis and falling down drunk. Wendi was not like that. She dressed very modestly. I know she did not wear string bikinis or anything like that – I remember her wearing a one-piece most of the time. She was a very innocent, naïve, and modest girl, and she just never fit in. It was a very close knit, cliquish group, and a lot of the other girls had wanted Joe to marry his previous girlfriend, Shelly, who was a little blonde-headed girl that they had also known for a long time. As a result, I think that, in the beginning, they didn't care too much for Wendi.

10.     I met many of Joe's friends. As I recall, it was Joe's friends who were at the lake, and Wendi hung out with Joe's crowd.

11.     I remember that Wendi drank a little, but I never saw her falling down drunk or passed out. She was very sweet and seemed very inexperienced in the kinds of activities that Joe and his friends were into like drinking and boating. She drank a little, and when she did, became a giggly girl. I think that Wendi was very naïve before she met Joe.

12.     In contrast, I saw Joe very drunk many, many times. Around us, he was usually a fun drunk, but he did like to drink. I never thought that he was an ugly or mean drunk, however. In those days he was just young and wanted to have a good time. He

*BN*
Initials

always seemed to get drunker than my husband, Frank.  Frank could really hold his liquor though.

13.    Joe's friends were rich kids.  Their daddies bought them new trucks all the time and when they wanted a new boat, that was provided for them too.  They were spoiled to say the least.  I don't think that Joe was as spoiled as the rest of them.  I remember Joe saying that his father was really mean and that Joe and his father did not get along real well.  Joe said that his dad didn't give him anything, and his mom was not very loving.  He just wasn't close with his parents.  I remember that after Wendi and Joe had Nicholas, Wendi's parents always watched Nicholas when Joe and Wendi needed childcare because Joe's parents couldn't be bothered to do it.

14.    After Wendi and Joe had Nicholas, they occasionally brought him to the boat races.  Wendi was very excited to be a mom, and was an excellent mother.  She was a really loving, kind person.  Joe was a good father too, but he was a typical guy in that he thought it was a woman's job to take care of the baby.  Wendi was always the one watching their son, while Joe was free to party and piddle around with the boats.

15.    I recall that on one occasion we were at Saguaro Lake with Joe and Wendi.  There was some obnoxious guy there who threw a beer bottle and hit me in the head with it.  Joe and Frank were understandably angry, and they were going to beat him up, but Wendi talked them down from getting in a fight.  She was always doing things like that.

Page 5 of 10

Initials

16.     I remember that Wendi often brought her little brother, Brandon, who I believe was actually her cousin, to the lake and to the boat races with us. She was very protective of Brandon, and even though he was her cousin, she always introduced him as her brother. I remember that he was always pretty quiet and did what she told him to do. She never seemed to mind taking him anywhere.

17.     Wendi's parents, Donna and Alejo, also came to the lake with Joe and Wendi sometimes. I remember that Wendi's dad had long dark hair and that he was very religious. I believe that he was a minister of some sort, but he wasn't the kind of guy who pushed it on you. He was just a very Christian man. I remember Wendi's mother as a very nice lady.

18.     When Joe got sick, before he knew it was cancer, he came down to Tucson to have tests done at the University of Arizona. I remember that he had a lump on his lymph nodes. When he came down for the tests, he usually stayed at our house with us.

19.     I recall that on one occasion, we loaned Joe and Wendi money when they were having financial problems. I think we gave them a couple thousand dollars. They paid it all back as soon as they could. They were very honest, good people. I also remember that Joe sometimes came down and helped my husband and I. We were contractors, and Joe helped me wire a few houses.

20.     In June of 1998, my son, Jake, committed suicide. I recall seeing Wendi and Joe at his funeral. We were in mourning for a long time, and other people didn't know how to deal with it. It's hard to know what to say to someone when they've lost

Page 6 of 10

Initials

their child. As a result, we lost contact with most of our friends, including Wendi and Joe. We still spoke to them occasionally, but it was not a daily interaction like it once was.

21.    After our son's death, I heard through the grapevine that Joe and Wendi were having some marital problems. I was in my own little world at that time though, and I didn't really care about anyone else. It was hard to care about other people's problems after what we'd been through.

22.    I recall that, shortly after Joe's death, Frank and I received a call from someone in Casa Grande who said that Wendi had killed Joe. I don't remember who it was that called, but I remember that we were doing a contracting job at the time. We were wiring a house out on Tangerine Road in Tucson. I remember being very shocked. Frank and I were unable to continue working and we took the rest of the day off and cried. We prayed.

23.    Frank and I went to Joe's funeral. I recall that we saw Wendi's parents there and we spoke to them a little. Joe's friends were mad that we were talking to Wendi's parents. Joe's friends were very bitter towards Wendi and they were angry that Wendi's parents showed up at the funeral.

24.    My husband, Frank, still talks to some of Joe's friends occasionally. I don't think that they discuss Joe for the most part, but I do know that they occasionally mention him and say that they miss him.

25.    I know that many of Joe's friends were angry with Wendi. I didn't feel that way, however. I know that there must have been something going on that caused her to

Page 7 of 10

Initials

do what she did, if she even did it at all. Wendi may have made a mistake, but I'm not God, and I don't judge her. It was a terrible tragedy for everyone involved. After my son's death, I realized that you can't judge people based on one act. I can't pretend to know what happened between Wendi and Joe, but I do know that I still have so much love and trust for Wendi that, to this day, I would let her move into my house and be around my granddaughter.

26.     I recall hearing from some of our friends that Joe had become a different person after he was diagnosed with cancer. We knew people who'd seen him at the lake and they said that he just wasn't the same – that he was angry, mean, and violent. I recall specifically that a friend of ours said that he saw Joe at the lakes just before Joe's death. He said that Joe was changing from the cancer, he had become short tempered, and he was fighting with everyone around him.

27.     After Wendi's arrest, I called her mother, Donna a few times. I usually got the machine, but sometimes I spoke to her. I always felt so badly for her. She lost her son-in-law, her daughter, and her grandkids all in one night. I don't talk to Donna anymore. I don't think that she's doing too well, and she probably doesn't really want to talk to anyone. She does send me a Christmas card every year though.

28.     I remember that one of the boats Joe had was a boat that we sold to him. He still had it when he died, and his parents inherited it. After Joe's death, Joe's friend Brandon called to tell us that Joe's dad wanted to sell the boat. Brandon called to see if

Initials

we wanted to buy it. He knew we would want it back because it was a rare kind of boat. Joe's dad sold the boat back to my husband about five years ago.

29.     I remember that just before Wendi's trial, I called someone who was helping to defend her. I think that I got the number from Wendi's mother, Donna, or from Wendi. It was a very short conversation, no more than ten minutes. I don't recall who it was, but they didn't really ask me any questions. I did all the talking. I told them that Wendi was a perfect friend and a perfect person. I told them that I would be glad to testify as a character witness at Wendi's trial, but I never heard from them again. I was really surprised that they didn't contact me, because I would have been a very positive witness for Wendi.

30.     After she was arrested, I began writing to Wendi and I sent her some money. I remember that, despite the fact that she was incarcerated, Wendi's letters were always very uplifting and optimistic. She always knew how to make me feel better and she helped me through some hard times. We corresponded for a while, but then, on March 21, 2009, my husband, Frank, got into a boating accident in Lake Elsinore, California. He was in the hospital in Loma Linda for several weeks, and we thought he might die. After the accident, he was paralyzed from the chest down. Now, however, he is paralyzed from the waist down and he is beginning to get feeling back in his legs. About a month after my husband's accident, I wrote to Wendi to tell her that I may not be corresponding with her for a while because of what happened with Frank. I have not been in contact with her since that time.

Page 9 of 10

*Bn*
Initials

31.     Other than the very brief conversation I had with someone working on Wendi's behalf previously which I initiated, I have not been contacted in connection with Wendi's case.   If I had been asked to provide the information contained in this declaration, I would have done so.   I would have provided any information that was asked of me.  If I had been asked to testify on Wendi's behalf and to what I have said in this declaration, I would have done so.

I have read the foregoing declaration consisting of ten (10) pages and thirty-one (31) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this _9_ day of November 2010 at Pima County, Arizona.

Brenda Nagore

Page 10 of 10

Initials

## DECLARATION OF FRANK NAGORE

I, Frank Nagore, declare as follows:

1.      I was born on June 25, 1955. I married Brenda Ward on September 18, 1976. Together, we have three children, Colleen, Jennifer, and Jake. We also adopted our granddaughter, Alexis, who is the daughter of our daughter, Jennifer.

2.      I first met Joe Andriano at Apache Lake, Arizona in the early 1990s. He was in his early twenties at the time and we hit it off real well. I was quite a bit older than he was, but I can make friends with anyone, and we had a common interest, which was fast boats at the lake. Joe was a real nice guy. He was good and honest. He and his friends liked to drink and hang around. I met Joe and his friends up there once or twice and then we started planning trips to be at the lake on the same weekends. They were a lot younger than me, but I guess I never grew up. In addition to hanging out with Joe and his friends at the lake, they came down to parties in Tucson, and I went up to parties in Casa Grande.

3.      When I met Joe, he had a girlfriend named Shelly, but within a couple years, he was no longer dating Shelly and he met Wendi. I remember Joe introducing us to Wendi when he brought her to the lake one time. I absolutely loved her. I just thought she was the absolute nicest, most genuine person in the world. She was young, younger than Joe, and she was naïve. She was just a sweet, sweet, little girl.

Page 1 of 6

Initials

4.      Joe and Wendi got married and we went to the wedding. In time, they also had a child together. I remember that they were real good with their son, but it was the typical thing where the mom takes care of the kid and the dad does whatever he wants. I remember that their son was real little, and we all went to the races together. Wendi was a very good mother and she took great care of her son.

5.      Joe and I talked about everything. Our biggest interest, however, was in boats. We talked about boats all the time, and how to make them run better. Joe also helped me work on boats and helped me at the races. I recall that at one point Joe was also starting a glass business, and we talked about that some.

6.      At the lake, Joe and I and the other guys raced around together, drank beer, and went on water skis. He was a good, fun, guy, and, you know, when you're younger, anything goes. He was levelheaded most of the time, but sometimes he got into fights. I remember one time in specific, someone threw a beer at me and missed and it hit my wife. I started fighting the guy, and another guy jumped in so Joe jumped in to help. We were just typical, stupid guys when we were drinking.

7.      I remember Wendi drinking a little bit too, but I never ever saw her drink more than one or two drinks. She was younger than Joe and his friends. She was always levelheaded and reasonable, and she was the sensible person even with a lot of the other stuff that went on. Everyone really, really liked her - she was a real sweet girl. I always thought of Wendi as a daughter and that's the way I treated her. I treated her just like one of my own daughters.

Page 2 of 6

Initials

8.     I also remember that Wendi's little brother, Brandon, came to the races with us. Wendi brought him with her a lot. He seemed to be a typical, good little kid. He helped us wipe down the boats after the races and things like that, and he seemed to be really into it.

9.     In 1998, two years before Joe died, our son, Jake, passed away. I remember that Wendi and Joe called from time to time to make sure that we were okay. They also came down to Tucson to check on us and to support us. They were always good friends like that.

10.     After Joe got sick, we didn't see as much of Joe or Wendi, but occasionally I saw them at the lakes. I don't recall why we lost contact with them, but maybe it was because he was on chemotherapy. I remember that the chemotherapy made him really sick. I really don't remember much else about that time.

11.     I recall that a friend of mine, Bob Dermer, told me that he saw Joe at the lake after he got sick. Bob told me that he could tell that Joe had become a really angry person. He said that the cancer and the chemo had changed him.

12.     After Joe's death, one of Joe's friends called Brenda and I to tell us what happened. I remember that my reaction was one of disbelief. I really couldn't believe what I was hearing. It totally shocked me. Wendi was such a sweet, kind girl. She was so young. In the time that I knew her, I always watched out for her and made sure nothing bad happened to her. She was really like a daughter to me.

Page 3 of 6

Initials

13.    I remember that at Joe's funeral, Joe's friends were pissed off that Wendi's family was there. I didn't really understand that. I said to them, "You're just going to be pissed off your whole life and you're never going to come to terms with Joe's death if you keep thinking that way."

14.    I do believe in the death penalty for the right people, but in this case I don't believe it's appropriate for Wendi. I remember that when I heard that they were seeking the death penalty, it pissed me off. I just don't think that the punishment is justifiable in Wendi's case. It would kill me if Wendi was executed. I still have contact with some of Joe's friends and they know how I feel but they don't agree with me. The way I look at it, if I was told, "We're gonna let her out but you're responsible for her," I would accept that responsibility. I would let her come and stay in my house. I would do it in a second, without hesitation. I would trust her completely in my house, with my kids, and with my grandkids. If she ever does go free, and she needs somewhere to live, she is welcome in my house. She is a genuine, good person, and, though I have no idea what happened between her and Joe that night, I know that Wendi is not an evil person. I think the world of Wendi.

15.    I recall that my wife, Brenda, approached someone who was involved with Wendi's case. I don't remember who it was or what time that was, but Brenda told that person that we were both willing to testify as character witnesses for Wendi. In fact, we wanted to do it. In spite of the fact that we reached out and offered to testify, we were never contacted again. It really surprised us. We would have been really positive

Page 4 of 6

Initials

witnesses for Wendi and it didn't seem right to us that we were not given the opportunity to testify on her behalf.

16.     From what I heard about Wendi's trial, it really didn't sound like she got a fair one. Brenda was in contact with Wendi's mom at that time and we heard things that way. I don't remember reading much about it in the paper or seeing anything on television – and I'm the kind of person who knows you can't believe all the things you read in the paper. There are so many times in life where you think you know something, or the way something happened, and you come to find out that you don't. I don't know what happened that night, but I know that Wendi is a wonderful person.

17.     I recall that Wendi had a few different attorneys in the beginning. I don't remember why they couldn't seem to hold onto one, but I remember wishing that we had money to give to her to get a good attorney the first time around. I know that that can make all the difference. I have been in trouble myself a couple times, for things related to drinking, nothing violent or anything like that, and I always represented myself because I didn't want to deal with a public defender. I also have a son-in-law who is a public defender and he tells me that they are loaded down with so much work that they can't possibly adequately represent all their clients.

18.     Since Joe's death and Wendi's arrest, I have sustained two brain injuries in boating accidents. As a result, my memory is not what it once was. If someone had come to talk to me sooner, I would have remembered more things and been able to provide more details.

Page 5 of 6

_____
Initials

19.   Until now, no one has come to talk to me about Wendi, Joe, or our experiences together.  If they had, I would have provided all the information that I have provided in this declaration.  I would have answered whatever questions were asked of me.  If I had been asked to testify on Wendi's behalf and to what I have said in this declaration, I would have done so.  In fact, if someone had come to talk to me sooner, I would have remembered more details.

I have read the foregoing declaration consisting of six (6) pages and nineteen (19) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this _43_ day of November 2010 at Pima County, Arizona.

Frank Nagore

Initials

## DECLARATION OF JASPER NEACE

I, Jasper Neace, declare as follows:

1.     My name is Jasper Neace.  I was born on February 10, 1967, in Portsmouth, Ohio.  I am the son of Ronnie Gordon Neace and Glenda Sue Neace.  I have eight siblings.  In birth order they are: Ronnie, me, Sherry, Michael, Holly, Rene, Amanda, Candy and Manuel.  My family moved to Casa Grande, Arizona, from Georgia in about 1979.  Prior to our arrival in Casa Grande, my family had moved back and forth from Georgia to Florida.  I have known Wendi Andriano since shortly after my family arrived in Casa Grande when I was about twelve years old. When I first met Wendi, she was a child and called by her maiden name, "Wendi Ochoa."

2.     I am a former student of the 91st Psalm Christian School and former member of the 91st Psalm Christian Church located in Casa Grande, Arizona.  During the time I was there, the name 91st Psalm Christian Church was changed to Harvest Family Church and the school became Harvest Christian Academy.  This change in name occurred when the church changed hands.  When I first began attending church there, Calvin "Cal" Lorts was the pastor.  When he left, a man named Tom King took over and renamed the church and school.  I became a member of the church and began attending school there at the time my family arrived in Casa Grande in about

Page 1 of 25

Initials

1979. I remained at the school for about six years until the end of 1985 or the beginning of 1986, at which time I was eighteen years old.

3.      I remember Wendi well as I saw her every day for years and years. I remember Wendi as the all-American girl. She was funny and cute. She was talkative, outgoing and smart. She was everything a guy would want. I never took an interest in her because she was too young for me. She was only twelve years old when I was fifteen. Wendi was in and out of all the groups and was accepted by everybody.

4.      Within a couple months of us moving there, my dad was gone. My mother kicked him out because the church convinced her that he was a sinner. The associated scripture was "A house divided against itself shall not stand."

5.      When my dad left, my family could not afford to remain in the house we were living in. At that time, we moved to the projects. At that time, my mother also started collecting welfare. I recall that every month, when she got her welfare check, we went to the grocery store. We had two shopping carts. We filled one cart with cheap food. The other cart was filled with high quality, healthier food. We bought the food from both carts with our welfare money. We kept the cheap food for ourselves, and gave the good food to Tom and Patricia King, the pastor at Harvest and his wife. I remember stopping by their house on the way home from the market and bringing the food up to their house. My mother did this every month. I asked her why she was doing that and she responded, "God will bless us." I still recall how bad that made me

Page 2 of 25

Initials

feel. I guess, in another sense, I felt good about it. They had me okey-doked too, and I believed my mother when she said that God would bless us. But at the same time, I couldn't understand why Tom King accepted my mother's food. Never once did he refuse the food even though he knew we were poor and barely had enough for ourselves.

6.    I remember specifically that my mother would purchase three or four gallons of milk for Tom and Pat, and one for us. She poured half of our gallon of milk into an empty gallon container, and filled the remainder of both gallons with water and powdered milk. I also recall that the meat that she bought for Tom and Pat was of a higher quality than the meat she bought for us. They got rib eye steaks, and we got hamburger meat. Ours probably cost about a dollar a pound, while the meat we bought for them was ten dollars a pound. Still, we managed to get by. My mother was an amazing cook and she could make anything taste good.

7.    The idea behind my mother giving food to Tom King was the Bible instruction on tithing ten percent of what you have. Supposedly, if you do so, the Lord will return it to you one hundred fold. Church members signed a piece of paper stating how much they were committing to give. Regular collections were placed in a basket in the church during services. The contribution was in an envelope filled out with the person's name on it. The church kept a log and record of what each person gave. The church favored those that gave more. One of the biggest contributors was Martha England who donated ten to fifteen thousand dollars at a time. Another

Page 3 of 25

Initials

church member, whose name I cannot recall, purchased a couple of buses for the school to use.

8. Sometime in late 1982 or early 1983, I returned to Georgia with my family. My father had persuaded my mother to take him back. He promised to quit drinking. We remained in Georgia for about four or five months. We left because my father continued to drink, and we returned to Casa Grande. We snuck away while he was at work one day. At that time, my siblings and I returned to school at Harvest.

9. As members of the congregation at Harvest, we were not permitted to associate with anyone who did not attend the church. Harvest was our whole world; we spent our days there, and then went home. The only recreational activities we were permitted were those put on by the church. For example, if I went to hang out with my neighbor buddy, and someone from the church found out, they reported to my mother that I was hanging out with "bad people." A "bad person" was anyone who did not subscribe to Tom King's way of thinking. Kids who did not attend our church and school were branded this way. They were called bad influences, and to spend time hanging out with them was to "tempt the Devil." We were told that they were ungodly and that we would become that way too if we spent our time with them. In this way, the church tried to control every aspect of our lives. It was not just limited to our behavior at the church and school, but any outside activities as well.

10. I feel that I missed out on a lot as a child. I never watched "Mork and Mindy" or "Gilligan's Island." All television was forbidden. They called it the Devil's

Page 4 of 25

Initials

box. We were only allowed to watch Christian movies, such as Ben Hur, and all other movies were also forbidden. I recall that I wanted to see Indiana Jones so bad, but I was not allowed. I was told that it was evil. We didn't watch or hear any news from the world outside, and I knew nothing of politics or world events. We were told that it was too much death and destruction. We were not permitted to eat sugar, and used honey for sweetener. We also were not permitted to eat white bread. I felt isolated and was cut off from how other children played and things they did. I lived in the projects and, though my mother tried, she couldn't always keep us away from all the neighbor kids. On the rare occasion that I was around kids not from the church, I remember hearing them talking about things, movies and television, and I couldn't participate in the conversation. I recall that my brother and I occasionally snuck off to the drive-in theatre. We cut a hole in the fence so we could watch movies that way. On those occasions, we told my mother that we were going to the park.

11.    I attended public schools until the sixth grade. After my family moved to Casa Grande I started attending 91st Psalm School. The church school was very different than the public schools. We were required to memorize and be able to recite fifteen verses from the King James Bible each month. The scripture assignment was given out at the beginning of the month and anytime during the month that a child was ready to recite, they could. If the end of the month came around and students still had not volunteered to recite the scripture assignment, they were called upon to do so. This was very difficult for my brother Michael. He is hearing impaired and as a result,

Page 5 of 25

Initials

had poor pronunciation. Nevertheless, he was punished for not properly reciting the scripture assignment. Sometimes he lost recreation as punishment, and sometimes he was whooped.

12.    91st Psalm charged tuition for students to attend. In order to pay for the tuition for me and my brothers and sisters, I worked at the church and school until seven or eight in the evenings every night and on weekends to pay for our tuition. I did this for the entire six years I was there. Alejo Ochoa oversaw the work I did; for all intents and purposes, he was my boss. I was very dedicated to the church and school. The only sibling of mine who did not attend the school was my youngest brother, Manuel. We were all ousted from the church and school in 1985 or 1986, before Manuel entered school.

13.    As a result of working there and being around the school and church so much, I saw many things that went on both inside the classrooms, at the church, and after regular school and church hours. I never received actual payment in money for my work at the school and church. There was a written accounting that tracked how much I worked against the costs of my siblings to attend church and school. I know that we were charged for each Accelerated Christian Education ("ACE") booklet we used plus an amount for each semester that may have cost about $150 for each student.

14.    I think that the church and school were not so bad at the beginning when Calvin Lorts and his wife, Barb were there. Cal Lorts left 91st Psalm to take over

Initials

at a sister church, the 91st Psalm in Phoenix. His brother, Barry, was running the school up there before Cal left. After Cal went up to Phoenix to take over for Barry, Tom King rose to the position of head pastor and things went downhill. Initially, Cal traveled back and forth from Phoenix to Casa Grande and tried to remain at both schools. Tom King went behind his back and took over. Eventually, Cal didn't want to deal with it anymore, and he signed everything over to Tom. At that time, Tom changed the name to Harvest Family Church and the school became Harvest Christian Academy. The congregation dropped in number and the number of students at the school declined.

15.    Tom King's wife, Pat King, was a sweet lady who was devoted to Tom and right or wrong, she always had good things to say. She was jolly, played the piano and sang a lot. I felt sorry for her. Tom was hard on his two sons. One son, Shawn, who wound up dating Wendi, was run over in an automobile accident. The other, Brad, died in a plane crash. Their daughter, Amy, became a police officer. When Brad died, Tom King tried to raise him from the dead.

16.    Pat King was the head lady of the singing in the church and she played the piano during the church services. During the Sunday sermons by Tom, he liked to have attendees speak in tongues and then he interpreted what the person was saying. During these times, Pastor Tom would be preaching that the Lord is asking someone to speak and the piano would be going low in a real dramatic way. When a person

Page 7 of 25

Initials

stood to speak, the piano stopped. When the person stopped speaking in tongues, the piano started up again. Pastor Tom then interpreted what they said as a message from God that he was able to decipher for the rest of us. I ran the recording booth during the services. I operated the lights so that they were dim during dramatic moments like when people came up for healings and I operated the microphones and tape decks to record the sermons.

17.     Pastor Tom also did healing by laying his hands on people. After preaching for a while, Tom would say that Jesus had healing power. I dimmed the lights and Tom asked that if anyone was sick, they should come up. When they did, Tom laid his hands on them and prayed. I never saw him make the blind see or the deaf hear. It was always something inside, not something visible that was healed. Both Tom and Calvin laid their hands on people to heal them. I saw people pass out. I thought they were faking it but Calvin really could make you believe anything. He was charismatic.

18.     There were special sermons given at the church about marriage and for couples. The sermons drew from the Old Testament and talked about how women were to be faithful to their husband and if they were not, they should be stoned because that was the greatest sin a woman could commit. The man is the boss and the woman is his backbone. If a woman is your wife then what the man says goes. It

Page 8 of 25

Initials

seems to me that all of the worst punishment in the adult realm was reserved for the women. The women were also the butt of any jokes that were made.

19.   The Sunday service usually lasted about two or two-and-a-half hours. There were some years when there were more people in the church and for a while there were two Sunday services, one at 7:30 am and another at 10:00 am. After the sermons every day I went in and cleaned. I swept the floor and wiped down the benches and got the place ready for the next service.

20.   During the years that Cal was the pastor, the sermons were shorter and more exciting. Tom's sermons tended to be long and drawn out and boring. Tom was a negative person, he preached damnation, but Cal was more positive and optimistic. Cal could make you feel good.

21.   School was held in one large rectangular room. There were tables around the perimeter of the room with dividers or partitions between each student to the right and to the left so that we faced the wall and could not see the students to our right or to our left. With the partition on either side, it created individual cubicles for each student. There were adults, "monitors" who we called teachers and from whom we could request assistance. If we needed help, we placed a small American flag in a hole in the wall above our table so that it hung down for the "teacher" to see. The teacher would then come over and help us with whatever we needed. The monitors or teachers were members of the church who volunteered at the school. A few of the

Initials

school monitors were my neighbor, Connie Carlin; Sherry West; Joyce Casey; and Barbara Lorts, Cal Lorts' wife. The monitors had set schedules. Some of the monitors didn't work a normal job because their husbands supported them. Those individuals came in to volunteer "teach" five days a week. Others both worked and volunteered at the school, so they only came in two or three days a week. I recall that Connie Carlin and Sherry West came in two or three days a week, while Joyce Casey and Barbara Lorts came in five days a week.

22.     Because the monitors were not teachers, they were often not able to help with the questions I had. Barbara Lorts was pretty smart and she was able to help sometimes. The only man who I recall being a monitor was Johnny Casey for a period of time. He was a college graduate and so he was also able to help.

23.     The school was very strict. There were no professionally trained teachers with credentials and no formal group instruction except when we were instructed in the Bible, sewing, cooking, welding, physical education ("PE"), or photography. The remainder of our education was self-taught using ACE booklets. A typical school day started at seven thirty or eight in the morning. It varied over the years. We said the pledge of allegiance and then said our prayers for the day. After prayers, we worked at our cubicles for a couple of hours and then had a break for recess. After recess, we returned to our desks until lunch. There was no cafeteria and we brought lunch from home and ate outside. Unlike in the classroom, during recess and lunch we were able to hang out and talk with our schoolmates. After lunch, we

Initials

returned to our desks again. We had another break in the afternoon and then school concluded at three thirty.

24.     Alejo was the children's church pastor and youth pastor. He was the number one man behind the scenes. He was Tom King's right hand man, and also the janitor. Before Alejo, a man named Mikey Long was the children's church pastor for a time. He was a man who lived with Cal and Barbara when they were still in Casa Grande, before they moved to Phoenix.

25.     Formal Bible instruction took place about three times a week, but Bible teachings infiltrated nearly every subject we were taught in school. The Bible instruction took place in the children's church, which was separate from the adult church. Alejo or Johnny taught Bible instruction but usually it was Alejo. It was a lot like turning on a Christian channel on TV. He would start with scripture, read through it, and then give an explanation. There were different themes each week. One week, the class would be about anger, the next week, love, the next week, tithing, etc. It lasted approximately forty-five minutes to an hour. I recall that Alejo put most of his attention on the girls in the class. I remember feeling that he was more interested in them. I remember him licking his finger and touching their ears and acting real flirty. None of the guys liked Alejo; we all talked about it.

26.     During the time I attended school at Harvest, Mark and Nancy Keating came to work at the school. I believe they were actually real teachers. They were both college graduates and real athletic. Mark was into swimming and Nancy was also the

Initials

track coach. They were real nice, but it seemed like they had problems with Tom King. That was the impression I got from being around the office all the time. They were real good with the students and they always acted real professional. I never had one bad experience with either one of them. I recall that at parent conferences they always spoke highly of me to my mother. When they arrived, we began having more activities at school. They started a track team, and some of us ran up to ten miles per day. I think they were still there when I left at the end of 1985.

27. In the church system how I was raised, just about anything I did or wanted to do in the outside world was a sin so it was very difficult to cope. There were the standard kinds of sins, such as lying, stealing, and cheating. But there were other things that were normal that were also referred to as sins. Thinking negative thoughts was a sin. Gossip was a sin. Engaging in romantic relationships was a sin. Talking badly about people was a sin. I can still hear the words, "Sin is pleasure for a season but the end thereof is death." Upon reflection, it seemed that as long as Pastor Tom was happy, we were all going to heaven. But, if Tom was not happy for some reason or if he did not like you, anything you did was a sin.

28. There are several main principles and guiding scriptures that were taught at the school and to which the school and church adhered. One that sticks out for me referred to us children, "Beat them when they are young and when they are old, they won't depart from it." Another was "Honor thy mother and thy father and

Page 12 of 25

Initials

with long life will I satisfy thee." Corporal punishment was standard at Harvest. If there was one thing the adults enjoyed, it was beating the hell out of kids. That was the number one thing adults did at the school. Kids at school got whoopings for nearly everything; disobeying, not following orders, being unable or unwilling to memorize the scripture assignment, lying, cheating, and incomplete homework.

29.   Tom King encouraged our parents to spank us. He preached about it in sermons. I recall him saying, "Beat them while they're young and when they're old, they won't depart from it." When students were punished at the school, the monitor took them to an office and the beating was done in private. The students were beaten with paddles that had scriptures inscribed on them. When the kids were swatted, they bent over and touched the desk while they received the swats with the paddle. I think that it was pretty standard for a child to receive between three and five swats on their rear ends. I remember those paddles well and remember dusting them every day. After the kids were swatted, they returned to the main classroom. Everyone knew what happened. There were no opportunities to hide what had happened and we were not permitted to have any secrets. The kid came back in the classroom and you could see it on their face. Sometimes they were just red and embarrassed, sometimes they were crying.

30.   The church recommended that parents keep paddles in the home to hit their children with, and my mother ascribed to the church teachings that children

Page 13 of 25


Initials

should be beaten. She used a paddle that I made out of a two-by-four. It was two feet long and was sanded down with scriptures written on it. When we were hit with it, we had to read both sides of the paddle that had scriptures about discipline and obeying. I never had a whooping until I was twelve years old after my mom began attending the 91st Psalm Church, and then I had one from her nearly every day until I was seventeen. I usually got about ten licks. I believe that my mother thought she was doing the right thing. She was brainwashed by the church's teachings, and she acknowledges that now. Every time I talk to her, she apologizes for what she put us through. I have to be careful not to bring up, because she cries and cries and feels so badly about it.

31.    I remember being in a welding class taught by Tom King. It was a class that we could take to earn extra credits. Tom owned some welding equipment and he taught us how to use it and how to operate heavy equipment. One day during class, I was sitting in the back of a pick up truck. Tom King and I exchanged words. I don't recall what we were arguing about, but I made him mad. He grabbed me out from the back of the pick-up truck, lifted me high above it and let me drop to the ground. He said, "There you go, how does that feel?" I hit the ground hard and it was gravel, so it scraped up my knees and the palms of my hands pretty bad. It caught me off guard and it hurt like hell. When I asked him why he did it, he responded, "You needed it."

32.    I recall another occasion when an adult at the school physically assaulted me. His name was Steve Justus. His wife, Cyndee Justus, was the sister of Patricia

Page 14 of 25

Initials

King. Steve and Cyndee helped run the teen church, and we were on a teen camping trip. There was a kid who attended school at Harvest who was also on the trip. His name was Jordan and I didn't really like him. He wanted to trade watches with me, and I knew that his was watch was more expensive, so I agreed. Before we traded, however, Jordan asked me if my watch was waterproof. It said "water resistant" on it, so I told him it was. We held our watches under water to make sure, and after a couple minutes, they were both still working, so we traded. Later on in the day, the watch I gave to him quit working. He wanted his old watch back, and I told him, "Too bad, a deal's a deal." Steve heard us and he was angry. He called me a "Georgia-used-car salesman." He grabbed me and dragged me across the ground real hateful. I pushed him and he punched me and beat me up a little.

33.    It seemed like Tom King and the monitors at Harvest singled out certain kids for more frequent and harder beatings. Some kids really got it bad. Alejo was particularly abusive to the children and to my brother Michael. In addition to whooping the children during the school week, Alejo whooped the kids during Sunday school. I didn't get swatted at school too much. I think that I was such an asset to the church because I did so much work, that they kind of left me alone. Maybe they suspected that I wouldn't put up it. My sister, Sherry, and my brother, Michael, were some of the hardest hit, both physically and mentally. They were whooped about three times a week.

Page 15 of 25

Initials

34.     I'm not sure why my sister and brother were abused so frequently.  I know they never really did their homework, and I think that was the catalyst for a lot of the beatings.  They were also easy targets.  Michael was mostly deaf.  He had a very difficult time memorizing and reciting the Bible versus and was punished heavily and beaten hard because of his disability.  Sherry, bless her heart, was kind of an ugly little girl.  I hate to say it, but she had big buckteeth and thin hair and she never really fit in with the other students.

35.     The church destroyed Sherry.  They picked on her, drove her real hard. When Sherry was about sixteen, she got a ride home from a churchgoer, and he raped her.  My family never would tell me who the man was, because they were afraid what I might do to him.  Later, Sherry turned to hard drugs to cope.  In addition to Sherry, my brother Michael was also raped by a Christian man, and also later did drugs.

36.     Although Wendi Ochoa was younger than me, we were in the same classroom together for years.  All of the students were together in one room for many years and we all saw each other every day.  Sometime before I left the school, the classroom was divided so that junior high and senior high-level students were in one room and the other children in another room.  Wendi and I were always in the same room together, and were around each other a lot.

37.     I was on the school and church grounds until late everyday working. Wendi was also there late because she had to wait until her father left to get a ride home.  We spent so much time there we practically lived there.  Wendi sometimes

Page 16 of 25


Initials

helped clean up the church, but sometimes she just stayed there doing schoolwork or studying. She spent about 90% of her waking time at the church and school. While I don't recall Wendi getting beaten at the school, I remember her remarking about getting whoopings at home. I think that due to the fact that she lived with Alejo, most of her punishments were delivered after school, in her home.

38.    I always had good feelings about Wendi's mother, Donna. She was a really sweet, kind person; a pretty woman; and generally well-liked. Wendi's father, Alejo was a different story. I frequently saw him flirting with women. I saw him flirt with another church member, Connie Carlin, in the little kitchen area of the school. I remember seeing him lick his finger and touch her ear with it.

39.    Alejo acted very differently around his wife, Donna. I never saw him flirt with her the way he did with the other women or the young girls. Alejo and Donna's relationship appeared to be more professional than romantic.

40.    On numerous occasions I heard many different young girls complain about being alone with Alejo, and another man who was a teacher at the school, Johnny Casey. Girls did not like being alone with either one of them. As I understand it, Alejo and Johnny touched the girls in PE class. It was all under the guise of aiding them in stretching and things like that, but the children were under the impression that it was just an excuse to touch them. I remember specifically that Samantha Nichols talked about not liking being alone with Alejo or with Johnny. Alejo and Johnny spent a lot of time together. It creeped out the girls that Alejo licked his finger and then

Page 17 of 25



Initials

touched their ears with it. I think that it was his way of being able to touch them somehow.

41.    I recall hearing that two members of the church, Connie and George Carlin, confronted Tom King about Alejo's behavior with one of their daughters, either Sara or Rachel. Connie and George confronted Alejo about it but Tom King took Alejo's side and stood up for him. Connie and George left the church and never came back.

42.    I also remember that Wendi told me that Alejo touched her in a sexual way. I was about fourteen or fifteen years old when Wendi told me this, so she was eleven or twelve. She was really upset and she was crying about it. I recall being under the impression that Alejo wanted to have sex with her. She told me things on several occasions that led me to believe that. Often, they were just little remarks. She said that her dad was disgusting. She said that her dad licked her neck. She said that her dad put his tongue on her and rubbed her upper leg. Other times, my impressions were from facial expressions that she made. She often screwed up her face in disgust when Alejo was nearby. I got the impression that she was afraid to be alone with him, that she was scared of what he might do. She was always real quiet when he was around, she didn't joke around like she normally did. She immediately changed when he walked in the room. I recall that she always crossed her legs and kept her dress pulled down as far as it would go. She sat there real quiet, and you could just feel the

Page 18 of 25

Initials

tension. She never wanted to sit too close to him, and when she got in the car with him, I recall that she'd get in the back seat. She never sat next to him in the front. It seemed that no one had the guts to flat out tell on Alejo and what he was up to with her. It was hard being a kid in that situation because the adults had all the power.

43. I recall hearing, long after I was gone from the school and church, that Alejo was no longer a part of the church because of his sexual behavior with girls. I heard that he abused a girl sexually. This does not surprise me.

44. In addition to being a teacher at the school for a time, Johnny Casey worked as the back-up pastor. He did the sermons once in a while if Tom King wasn't around for some reason. He was always okay with me, but the girls didn't like him. He always tried to get the girls alone. I recall that a student, Samantha Nichols, told me that Johnny looked up her dress. He wasn't as obvious about touching or flirting with young girls as Alejo was, but the girls complained about him.

45. I also witnessed what I consider a lot of hypocrisy. For example, when I worked at Kingdom Construction, the owners were two men who were members of the church. However, one of them drank alcohol, which was strictly prohibited by the church. When I cleaned out his truck, I found beer cans under his seat. When I approached the other owner about it, I was told to "keep it to yourself and pray for him."

46. As I got older, I obtained a second job at Basha's grocery, in addition to the job working to pay tuition for myself and my siblings at the school and church. I

Page 19 of 25


Initials

worked an entire summer and part of the school year and saved up enough money to buy a motorcycle. I also worked odd jobs for church families and for Kingdom Construction. However, when Tom King saw the motorcycle, he told me that I had to sell it and give the money to my mother for food. I refused. I felt that it was none of his business what I did with my money, and I think that it was hypocritical for him to say something like that to me. He probably knew that if I sold my motorcycle and gave my mother the money, he'd end up with his ten percent.

47.    During the time I was at the church and school, we did outreach to people in impoverished communities in Arizona. I recall going out on buses and being dropped off in public housing projects. Areas were mapped out and we each went with two or three people in a group going door to door. We knocked on doors, telling people where we were from and about any specific event that was going on. We were given candy to take to the kids in order to try and convince them to go to church. We had books and fliers to pass out. At first I was a little uncomfortable doing it, but I got real good at it. I probably convinced hundreds of people to come to the church.

48.    We also did charity works. We went to Mexico to towns about an hour or so past the border with busloads of clothing and canned food. When we went, we spent the day with children handing out clothes.

49.    Another community event was building a Christmas Nativity Scene in town every year. The scene would be in place for twelve days and church members

Page 20 of 25


Initials

played the parts of Jesus, Mary, Joseph and others. I helped build the nativity each year I was with the church.

50.     My family was ousted from the church in about 1985, all of them except for me. My mother met someone and wanted to get married. The man she wanted to marry was not a member of the church. She asked Tom King's permission to marry him. He said no. Tom King did not like the man my mom wanted to marry because he was not a member of the church. My mom married him anyway. As a result, she was kicked out. At the time, I was living at the house of Barbara Lorts' mother. I was taking care of it for her. I wasn't kicked out of school when the rest of my family was because I wasn't living at home with them. I recall showing up at church and my family wasn't there. I went by my mother's house and asked her why she wasn't in church and she explained to me that she had been kicked out. I had every intention of leaving too, but my mom asked me to stay. She wanted me to finish school there because I was so close to graduating.

51.     I was expelled from school at the age of seventeen or eighteen after Wendi brought the cover of a pornographic magazine to school and told me that it belonged to her father, Alejo Ochoa. She gave it to me and I put it in my locker, and then I told the pastor, Tom King, that I needed to talk to him about something important. My intention was to tell Tom King about the magazine. All the other kids were too afraid to say anything. I wanted Alejo to face the consequences for all the damage he was doing. I was angry about what I saw to be extreme hypocrisy. I was in

Page 21 of 25

Initials

trouble for buying a motorcycle, and my mother got kicked out for getting married, but Alejo faced no consequences for his sexual behavior with children, for whooping on kids, and for looking at dirty magazines. Tom King called me into his office and asked me what I had to say. I told Tom King about the magazine, but Alejo was sitting right there in the office and he flatly denied it. Tom King said, "Are you sure you have the magazine? I'd like to see it." I said "Go to my locker, you'll find it." But when we went back to my locker to retrieve the magazine, it was gone. I still to this day have no idea what happened to it. I thought at the time that it was possible that Wendi took it out of my locker. She may have been afraid of what would happen if I showed it to Tom King. After it was discovered that the magazine was not in my locker, Tom and Alejo brought me back to the office. They looked so smug. I pointed my finger at Tom King, and I said to him, "I've always wanted to tell you this: Fuck you, Tom." I had intended on telling Tom King about Alejo's inappropriate behavior with Wendi, but I never got the opportunity. After I cussed at Tom, he told me he was going to call the cops. He started rattling off scriptures and he said that he was rebuking me in the name of Jesus and that he was turning me over to the devil. He said that I was an outcast and a liar and that I was evil just like my father. I tried to leave, but Tom King blocked one door and told Alejo to block the other. Tom King pinned me against the wall. I pulled my fist back to punch him and he said, "In the name of Jesus, you will not hit a man of God." I punched him in the chest as hard as I

Page 22 of 25


Initials

could, and then I turned around and knocked Alejo down. I ran out the door and hopped on my motorcycle.

52.     After that incident, Tom King announced in a sermon that I was a demon and that no one was to talk to me. He told the congregation that they would perish in hell if they had anything to do with me.

53.     Shortly after we were ousted, my mother and siblings moved back to Georgia. I remained in Arizona and completed high school at another 91st Psalm School, the school in Phoenix that was run by Calvin Lorts, the former Pastor of 91st Psalm in Casa Grande. I stayed in Arizona because I was in love with a Christian girl from the school. Her name was Denise Miller. We dated for about two years. I stayed in the home of Calvin and Barbara Lorts and I attended Cal's church in Phoenix.

54.     Thinking back on my experience at 91st Psalm and Harvest, I realize that during the years I was growing up there, I was going through hell. The church made me think a certain way and it went so far it got to the point where it brainwashed me. In order to cope with all of the horrible things I went through at that church and school, I turned to drugs and alcohol, as I was becoming an adult. The teachings of the church had me convinced that I was a sinner and was going to hell; they crammed it down your throat day in and day out. I truly believed that I was going to hell. I turned to drugs to numb the pain and to forget about my impending fate in hell. I turned to drugs to break free. When I was eighteen, I went hog wild because I never

Page 23 of 25

Initials

had a chance to experience anything.  My whole life had been about what I could not do, I never heard anything about what I *could* do.

55.    I remember that on my eighteenth birthday, I got stoned and drank beer.  A year later, I was doing cocaine and a year and a half after that, I was using methamphetamine.  Drugs were my way out.  Drugs were my way out of thinking that if I did not put Jesus first that I was going to hell.

56.    The problems and issues that stemmed from my drug abuse probably weren't any better than those I had from being part of the Harvest church and school, but at least I wasn't depressed.  They were my release.

57.    My sister Sherry went down the same path I did after we left the school.  She started doing drugs, and spent time in prison.  She smoked crack and marijuana and did cocaine.  I believe that she, like me, turned to drugs in an attempt to cope with her problems.  She has been clean now for a year and a half.  My brother Michael also got caught up in drugs.  He recently signed a ten-year plea deal for possession charges.

shoe

58.    In 2001, I shot my first wife in the ~~foot~~.  I came home and discovered a man crawling out of the window.  Knowing my wife cheated on me caused me to become enraged.  I became so enraged that I temporarily lost my mind.  At some point, I blacked out, and though I don't remember what happened, I was told later that I was quoting bible scriptures and that I was shooting a gun at my wife.  I told her that she had committed the gravest of all sins.  I believe that the church environment

Page 24 of 25

Initials

in which I was raised led to my losing my mind that way. At school, we had been taught that the punishment for adultery was death. We were taught about accounts of women being stoned to death for committing adultery.

59.     The life I lived there was so strange. Coming out of it was very hard. I remember watching television for five years trying to catch up on all that I missed. I think that overall it all started with good intentions and went bad somehow. It seems to me that Tom King destroyed so many lives with the way he did things and the way he got people to follow him and obey him. In the end he wound up with nothing, just a burnt down building. I have never even told my wife about the life I had there. I have four children and I never considered sending them to a Christian School of any kind. I do not want them in a church environment because I saw what could happen.

60.     Until now, no one has ever contacted me about Wendi or our experiences growing up together. If I had been asked to testify on Wendi's behalf to what I have said in the declaration, I would have done so.

I have read the forgoing declaration consisting of twenty-five (25) pages and sixty (60) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that the foregoing is true and correct. Signed this 7 day of June 2010 in Pima County, Arizona.

Jasper Neace

Initials

## DECLARATION OF ALEJO LORENZANA OCHOA

I, Alejo Lorenzana Ochoa, declare as follows:

1.      I am the adoptive father of Wendi Ochoa Andriano.  I have been married to Wendi's mother, Donna Worsham Ochoa, since June 1975, when Wendi was almost five years old.  I was born on August 1, 1952, in Torrance, California to Alejo Molina Ochoa and Natalia "Natalie" Lorenzana.  I have one sibling, a sister, Delia Rose Rascon Alvarez, who is about three years older than I am.  My wife, Donna, was born on September 20, 1949.

2.      Donna and I also legally adopted Donna's half-sister Kathie's son, Brandon, when he was about two-and-a-half years old.  When Brandon came to live with us, the people from foster care dropped him off with us at a café while we were vacationing in the mountains.

3.      My father, Alejo Molina Ochoa, was born in Bisbee, Arizona on May 12, 1927. At the time I was born, he worked at "Standard," a company that manufactured toilets.  My paternal grandparents were Alejo B. Ochoa and Guadalupe Molina Ochoa. My father's siblings who survived infancy are Michael; Cecilia; Maria, "Mary;" Angeline, "Angie;" Guadalupe, "Lupe;" and Lucia, "Lucy."  Michael died when he was in high school after being hurt playing football in Casa Grande.

Page 1 of 58

*AO*
Initials

4.      My mother, Natalia "Natalie" Lorenzana, was born in Phoenix, Arizona on June 1, 1925 and died on September 27, 2003 of a massive heart. *attack A.O.* Her parents were older when she was born.  My maternal grandfather was named Ygnacio Lorenzana and as far as I know, my maternal grandmother was named Maria.  My mother's siblings that I know of are Elena, "Helen;" Lavaro, Ignacio; "Nacio;" Maria; and Frank, "Baldy."  My mother's parents had both been orphaned and grew up in the Lorenzana Orphanage in Mexico City and received the surname of Lorenzana.

5.      My family left Torrance and moved to Casa Grande, Arizona when I was about three years old.  I grew up in Casa Grande.  While I was growing up, my dad worked from his panel truck selling dry goods such as canned food and household supplies to migrant workers living in camps near or around Casa Grande while they followed work picking cotton or lettuce.  When I was about five years old, he started taking me with him in the truck when he went around selling his wares.  He also delivered newspapers and I remember sometimes getting up at two in the morning to go with him to help deliver newspapers. *He also worked as a meat cutter. A.Y.*

6.      We lived on 4th and Lincoln on the east side of Casa Grande from my early years until the end of my sixth grade school year.  We then moved to the house on Park. The house on Park was in a working-class neighborhood consisting mostly of white families.

Page 2 of 58

*A.O.*
Initials

7.     Growing up, I spent most of my family time with my mother and with my aunts. They all were very harsh in the way they constantly made jokes and teased, primarily about sexually related things. For example, when I was about eleven or twelve, my mother and my aunts teased me about masturbation.

8.     As a young teen, I always felt embarrassed listening to my aunts. You would think it was a bunch of guys in a bar the way they talked and joked. Once, I remember I was lying down working under a machine in the tortilla factory. I was trying to find a hole for a screw. My one aunt said, "Put some hairs on it. That way you will find the hole." It was that kind of constant joking and teasing. They also said things like I should quit looking at girls because my pecker would fall off. They asked to see the palm of my hand, saying if there were hairs growing it meant I masturbated too much. I was already insecure and their teasing was unbearable. My aunts made sexual comments to and about anybody and everybody. Their husbands did it too including my uncle Oscar, aunt Lupe's husband. My dad joined in with them, as did my mother. My mother laughed at me when my aunts teased with sexual jokes. I always tried to walk away because it was so embarrassing.

9.     Before we moved to the house on Park, when I was about seven years old or younger, I saw "nudist books." Our dog, Cookie had puppies and we made a bed for her in the laundry room. I visited her every day there. One time when I was in there, I climbed on top of the washing machine and looked in the cupboard and saw magazines

Page 3 of 58

A. O.
Initials

in there with naked people. I showed the books to my sister Delia and she called them "nudist books." I knew my mom used the cabinet so she must have known they were there. I was scared by it and I put the magazines back and never mentioned it again.

10.    My father teased Delia horribly because of her weight when she was a child. He told her she was fat. My father also teased me. Whenever he found me crying he called me a mama's boy, a sissy. He was a happy-go-lucky drinker when I was a kid, but he got angry with me when I misbehaved or told lies. We got our whippings when Dad was angry. My dad did the spanking ninety-nine percent of the time when he got home from work. He spanked us with his belt. Once, one of us, myself or my sister Delia, took something from his panel truck. He made us stand against a door with our hands raised up and he hit us with the belt, asking who took whatever it was. Neither of us admitted it until after about seven lashes, I finally told him I did it because I did not want to get beat anymore. Other times, dad hit us about three or four times with whatever belt he was wearing at the time. When my mom got angry, she stopped speaking to us, at times for an hour and at times for the whole day. As a kid I enjoyed life but did not like it at all when my mom did not speak to me. I still recall how much that hurt me.

11.    I was raised Roman Catholic and my family attended St. Anthony's Church in Casa Grande while I was growing up. My mom made me go to church until after I was finished with junior high school. About that time she got busy with the family

Page 4 of 58

*A.O.*
Initials

tortilla shop and stopped insisting that I go. We continued being members of St. Anthony's after that, but stopped going to mass on Sundays. I was a Catholic in name and member of St. Anthony's until I was about twenty or twenty-one years old.

12.    In 1st grade, I transferred to Central Elementary, a public school in Casa Grande. I was punished by being spanked at school if I spoke Spanish at Central Elementary School. I attended Central and Evergreen Elementary School from 1st to 3rd grades. I attended East Elementary School, now called "Palo Verde," from 4th through 6th grades; Casa Grande Junior High School for 7th and 8th grades; and Casa Grande High School from 9th though 12th grades. I graduated from Casa Grande High School.

13.    My parents divorced when I was about thirteen or fourteen years old. This began when my dad became involved with another woman named Billie. After my mom learned of the affair, my dad moved out of our house. He lived in a separate apartment in Casa Grande for a couple of months, then moved to Phoenix.

14.    My parents had an ugly divorce. There was yelling and a lot of fighting with physical violence. I spent a lot of time outside our home crying while my parents were inside arguing and fighting. I felt like I could not talk to either of them. Prior to the divorce starting, I loved my dad. I enjoyed being around him and wanted to be like him. That changed during the divorce.

Page 5 of 58

Initials

P-App. 002657

15.    When I was growing up, my aunts and uncles all got together frequently in Casa Grande. On one occasion, after my parents were divorced, my extended family got together to have a picnic at a park.  Both of my parents were there.  Some of my family members were drinking alcohol, and there was serious animosity between my mom and my dad.  With everyone else around, my dad slapped my mom. To defend her I punched him in the mouth, and then he went after me.  After that, I had no contact with my dad for a while.

16.    My dad asked my mom to let him come back to her before the divorce was over, and even afterward he wanted to come back to her, but she refused.  Following the divorce, my sister, Delia, lived with my dad, and I stayed with my mom.  I saw my dad only a couple of times during the next several years, once for a couple of days when I was fifteen years old and then again when I was eighteen years old. I did not see him again until after I was married, and at that time I decided to make amends with him.

17.    After the divorce there was a split between my sister and me because she took my dad's side.  When she returned from living with him and came back to live with us, she was ugly and disrespectful toward my mom.  She talked to her like she was scum. Delia and my mom were always at each other, fighting all the time.

18.    My mother was depressed and bitter after the divorce.  She developed a drinking problem. She started to drink after work, then started drinking all the time.

Page 6 of 58

_AO_

Initials

19.    After my parents divorced, I was ashamed that it happened. I took it personally like it was something I did. After they were apart, I fended for myself and started getting in trouble. The divorce was a big turning point for me. Some people have said that I am cold blooded because it appears that I do not show emotion. I think this started for me around the time of my parents' divorce. I learned to hold things in and not show how I was truly feeling. As a teen, if I showed weakness, I knew I would be a dead dog, especially later on, when I was dealing with the people with whom I was arranging drug deals.

20.    My first sexual experience was when I was thirteen or fourteen years old. I went to a friend's house to ask him to come out and play basketball. He was not home and his oldest sister, who was about seventeen, answered the door and asked me to come in. When I got in the house, another sister, who was about sixteen years old, was coming out of the shower. The older one directed me to go over to the other sister. I was scared and not sure what was going on. The older sister then directed the younger sister who had sexual intercourse with me. I was so scared not knowing what was going on. The older sister told me not to say anything to anybody. I ran home. The experience was exciting, scary and confusing. This was during the first summer at the house on Park. I was already masturbating by then and looking at Sears catalogs but not having sex or any encounters with girls. I was very shy and there was no way I was going to talk to my aunts. They would have turned it into a joke anyway. I had one more experience with

Page 7 of 58

Initials

those sisters when I was a little older, when I was fourteen. They asked me if I wanted to try something. They told me to "pull it out" meaning pull my penis out. I did and the older one directed the younger to perform oral sex on me. The older one was laughing and the younger one did not like what she was doing. I recall a lot of laughing and again being told not to say anything to anybody. After that, I would not go over there. I called and met my friend at school but never went to his house again.

21.    When I was about sixteen years old,                      REDACTED
              REDACTED
                                                          I felt like I could talk to her.
I never felt comfortable talking to my aunts and uncles and my dad was not around. I asked her what do girls like and she taught me about holding hands and putting your arms around a girl. She taught me to get flowers and gifts for girls and taught me how to get girls to like me. She showed me how to kiss. She took me under her wing. It got to where she invited me over almost every day. I helped her in the yard. At the time there was a girl that I liked and the neighbor coached me on how to have more confidence with her. Within a couple of months,                      REDACTED
                       REDACTED

                          REDACTED

22.    When I was about seventeen or eighteen years old, I went on a date. I did not even hold hands or kiss the girl. After the date, my aunts made a big deal saying they wanted to see if there was blood in the van I drove on the date to see if I had sex with the

Page 8 of 58

                                                          $\bigwedge$ $\mathcal{O}$.
                                                          Initials

girl. There was no respect. My aunts were always laughing at others' expense. My mom did it too, right along with them but maybe not as bad. My aunt Lupe and Celia were the worst ones. They talked to me and to Delia's kids that way. Sex talk and sexual jokes were always in my awareness even before it started being directed at me.

23.    From time to time while growing up, my family went to Mexico. We had family in Hermosillo and Banamichie. When my dad bought liquor at the liquor store in Nogales, they gave him little sample bottles of liquor. I was in junior high school at the time. I brought one of the sample whiskey bottles to school one day and drank it during lunch. The other guys could smell it and wanted some of their own. I started selling the little bottles of whiskey. When my parents divorced, my dad left about thirty large bottles of whiskey behind at my mom's home. I started using them to refill and resell the little sample bottles. The other kids drank their whiskey after school and returned the small bottles to me to be refilled.

24.    One of the trips I took to Mexico was with my Aunt Celia and her second husband, my uncle Elsey Pearson, when I was about fifteen years old. We visited my second and third cousins and I had my first marijuana joint there. While there, I obtained phone numbers from people I met who I later connected with to arrange deals for the sale of marijuana. At that time, you had to be twenty-one years old or have notarized papers to cross the border. I had an older friend who made phony documents and papers.

Page 9 of 58

Initials

He set me up with papers when I was underage so that I could slip back and forth across the border. I was about sixteen years old when I made my first trip alone.

25.     Over time, I learned how to be the in-between guy and get part of the cut on marijuana deals. This continued during my years of drug use in high school when I'd make trips to Mexico here and there to connect.

26.     One of the times I went to Mexico, when I was eighteen years old, I was arrested and taken to a jail in Hermosillo.  I had picked up some marijuana and was supposed to drive from one house to another.  The Mexican police were following me. The pulled me over by a lake and when I got out of the car, I threw the keys.  The people I was dealing with had paid the police for protection, and had given me the name of someone to call if I was ever stopped.  I kept telling the police to call that person, but the police began beating me and I went unconscious.  When I came to, I was at the jail, tied in a chair and beaten.  They wanted to know where I was going and I would not tell them.  I just kept saying to call the certain individual.  They whipped on me, shoved rifle butts in my back and hit me with their fists and slapped me.  I was very frightened and thought I would be killed.  I was in a lot of pain and I knew I was going to die.  After that, they untied me and threw me in a cell.

REDACTED

27.     Eventually they came and got me and took me out.  I was surprised.  We went out and we drove out to the car that I had been driving and found the keys.  They then drove me to Magdalena near the border and let me out and gave me my car.  I was

Page 10 of 58

A.S.
Initials

told not to come back. As I was crossing the border, the officials asked me what happened because I was beaten and bloody. I told them I got drunk and got beat up.

28.    I really thought that when they were done with me, they were going to dump me in the lake and my mother would never know what happened to me. I had nightmares for a couple of years after that. Sometimes, even now, if I watch war movies and there is an interrogation, I have to get up and leave the room. There were just too many of them for me to do anything but I still felt like a wimp. I slept with a gun for a couple of years after that. I sometimes woke up thinking it was happening again.

29.    Later on, when I was volunteering with a drug program, I remember going to talk to my cousin in jail and they closed the cell door on me. It was very traumatic because I instantly recalled being in the cell in the jail in Mexico. It took me about thirty minutes to compose myself. I always felt like what happened to me in Mexico was my own fault because I put myself in that situation and that's what happened to me. I have had guys point guns at my head but I never felt like I did in that cell. To this day, I like to make sure my back is not to the door and I want to see all available exits.

30.    My first drink was when I was a little kid. I drank a half a can of beer at a family barbeque, and then threw it up. There was always a lot of alcohol at family gatherings while I was growing up.

A.O.
Initials

31.   I starting drinking alcohol regularly around the time that my parents were getting divorced, and my drug use developed from there.  During and after high school, me and a lot of my friends got high frequently.  I started smoking marijuana and using cocaine in high school. Cocaine was not easily available in Casa Grande so I went looking for it.  I had heard stories about it, that it made you feel good and made you confident.

32.   The first time I ever did cocaine was when I was about fifteen years old and was a high school freshman, with a girl who was about seventeen. It felt good and made me confident. I used about six times during the first year after that, then more regularly, about once per week, and then two or three times per week for a two-to-three-year period.  I snorted it and stayed away from needles.  I thought my blood pressure was high during high school from using cocaine.  I wanted to play basketball and football but was not permitted to do so because of the high blood pressure.

33.   I took LSD for the first time as a high-school freshman at about age fifteen, and during high school took about thirty hits of LSD with paper tabs. I took mescaline in tablet form, also starting at about age fifteen.  My friends and I also drank. We went out partying and drinking.  Some went overboard with drugs.  In one three-month period in 1972 or 1973 I lost six friends to drugs. Three were killed, two died from drug overdoses, and one committed suicide.

Page 12 of 58

Initials

34.     My drug of choice was LSD.  I had all good trips on acid.  If I was with friends, I liked to smoke weed.  If I was with a girl, I liked to do cocaine.  I also liked mescaline and peyote and drank beer and whiskey.  When I did acid, I was in my own little world and I liked that.  I did not have to be around people and everything was calm. It felt like an out of body experience.  I never did it in a group setting.

35.     As a senior in high school I started trying to clean up my drug use.  I joined high school clubs.  I was in the speech club. By the end of senior year of high school I still drank and smoked marijuana, but was off cocaine and other drugs.  I drank the most when I was nineteen years old.  I was drunk in a bar when I decided I did not like it anymore and would stop.  I quit drinking alcohol on and off when I was twenty or twenty-one years old because it just did not taste good to me anymore.  By the time I was twenty-one years old, I stopped drinking all together.

36.     When I was twenty years old, a man named Calvin "Cal" Lorts and his wife, Barbara "Barb", got me involved in Christianity and I started attending the Casa Grande Christian Church. I met Cal through his brother Barry Lorts, who I knew from high school. Cal is three or four years older than Barry.

37.     Cal and Barb, had been asking me to go with them to a place called "God's Warehouse" and I finally went.  It was a place with Christian rock music up in Phoenix. I asked Cal and Barb if they believed in UFOs because I had seen one once while driving

Page 13 of 58

Initials

with my mother. While we were driving back, Cal asked me if I wanted to make Christ my Lord and Savior and I said, "No, not yet." He also asked his brother, Barry, who was with us and Barry also said no. About fifteen miles outside of Phoenix, we saw a hitchhiker and Cal picked him up. The hitchhiker sat beside Barry. The guy was gone and talking like he was from another planet. He said he did not live in this world, that he lived somewhere else and he could not find his way home. Cal said, "That's enough," and the man stopped talking and Cal pulled over and dropped him off. We arrived back in Casa Grande and Cal dropped me and Barry off. I went into the house and was there alone, as my mother had gone to Mexico. I could not sleep. I turned the music up. I kept thinking that something was wrong, that someone was dying. I walked outside and, just as I did, Cal and Barb drove up. They said that Barry was ready and had committed himself to Christ. They told me that they had just baptized Barry. They then asked me again if I was ready to commit and I said yes. Cal and Barb then took me to the church and I was baptized.

38.     Soon after, I was initiated into speaking in tongues, which became part of my religious practice. Speaking in tongues is a heavenly language that is between God and me. The process itself feels like a rush. The Bible talks about being baptized in the Holy Spirit and once you give your life over to God, you just open your mouth.

Page 14 of 58

Initials

39.   Two weeks after I was baptized, I went back to God's Warehouse where I met a man who told me that he was told to pray for me so I could speak in an unknown language. He had an anointing for me. He was one of the elders associated with God's Warehouse. Right there on the spot, he put his hands on my head and I closed my eyes while he prayed. When I opened my eyes, he was there along with about twenty-five people who had gathered around us. I put my head down. I somehow felt different, weird in a way I could not explain. That was on Saturday night.

40.   When I returned home that night, I felt like a well opened up. I was talking in tongues and I was freaking out. I could not stop and I did not want to. The feeling was unbelievable. I got scared and I went out on the road to pray. It felt like a sexual experience started and I began to feel excited and it felt more and more like I was having an orgasm. That was the first time I spoke in tongues.

41.   Sometime after that, Cal Lorts went to Tulsa and studied to be a minister. He returned to Casa Grande and started the 91st Psalm Christian Church which Donna and I later joined and in which I later became the teen and children's pastor.

42.   In the early 1970s, a man named Gene Moffit, now deceased, who worked in the local school system, and a teacher named Jean Beach, helped some of my friends and I to start an organization to help rehabilitate drug users and alcoholics. They introduced us to people and organizations, including one that took people off the streets. I

Page 15 of 58

_A.O._
Initials

volunteered with this group which included an attorney, police, community members, educators, and school people who tried to provide drug-and-alcohol counseling and rehabilitation. It was a volunteer organization that stepped in to help police when someone was having a bad trip or had overdosed on drugs. The cops tried to help when they could rather than arrest the drug users. We did what we could to assist by talking people down when they were high or taking them to the hospital if this became necessary. We had a house called "The Mountain" where we did counseling in the basement.

43.    The local Rotary, Women's, and Optimists' Clubs helped with initial funding for our organization and the city of Casa Grande gave us a building to use free of charge. The building was in a less-than-ideal location across from the train tracks. The organization grew and in about 1974, we received funding from the State of Arizona, which allowed us to begin hiring professionals.

44.    Rick Barnes was the director of our organization. I cannot recall what the name of it was then. We hired Wendi's mother, Donna, from a drug program in Phoenix because we needed counselors for our program and had funding to hire someone. I did not meet Donna until after she was hired. In addition to working as a counselor, Donna handled our accounting and bookkeeping. After she was hired, I went to Phoenix to help her and Wendi move from Phoenix to Casa Grande. Donna was divorced from her first husband, Shelby "Skip" Robertson, by then. Wendi was about four years old at the time.

Page 16 of 58

Initials

I did not especially like Donna when we first met. Part of it may have been due to seeing marijuana butts between her mattress and box spring when I went up to Phoenix to help her move.

45.   After we hired Donna, we brought in alcohol programs. Until then the organization had focused primarily on drug users. We combined both into a single program called "Pinal Alcohol and Drug Abuse Council," or "PADAC" and included an Alcoholics Anonymous group.  Donna was the first paid counselor for PADAC, and at this time the only paid employee.  The director, Rick Barnes was the only other person receiving payment.

46.   At the time Donna and I met, my mom and I worked together running Ochoa's Tortillas, our family business.  My work with PADAC was as a volunteer.  My grandfather Ochoa started Ochoa's Restaurant in Casa Grande and also started a tortilla factory.  When my grandfather died, he left the restaurant and the tortilla shop to my ~~Dad~~. ~~Aunt Lucy and she continued to run them.~~  My aunt Celia then started another restaurant, Little Sombrero.  Both Ochoa's Restaurant and Little Sombrero are still in operation.  Celia's daughter continues to own and operate Little Sombrero.  There were many family disputes over family business over the years.

47.   After we met, Donna and I saw each other at work. There was nothing more than a working relationship between us.  My worries about her from when I saw the

Page 17 of 58

Initials

marijuana butts had subsided.  I understood that Donna really was no longer smoking pot, although she was still drinking.  Donna shared an apartment with a woman named Nicki Barnes in the same apartment complex where Rick Barnes/lived.  Nicki was going to school at the time. Donna and Nicki and Wendi and Nicki's daughter, Tasha lived in the apartment together.

48.     During this time, while Donna lived with Nicki, I lived in Casa Grande with my mom. Late one night I went to the PADAC offices.  Donna was there working the telephone call in line.  Wendi was asleep in one of the other offices.  Donna and I started talking.  The next thing I knew, we were kissing.  We made love that first night there at the PADAC office.  We never really dated.  We went from no relationship to being physically intimate in one night and then continued to see each other after that.

49.     By the time Donna and I got together, I already had a relationship with Wendi from her being at the PADAC offices on 1st Street. My first memory of Wendi is when Donna brought her to PADAC when Wendi was about four years old. Some people from the office wanted to go shoot pool. Donna went with them and left Wendi behind at the office. Wendi was outside playing by herself. She told me "I want to go with my mom." When I told her that she could not, she said, "You are not the boss of me. I want my mother."

Page 18 of 58

Initials

50.     Wendi was a sweet, outgoing child.   She had already attended pre-school in Tempe prior to moving to Casa Grande.  When Wendi was only about four-and-a-half or five years old, she sometimes went to the shop next door to PADAC called "Stoney's Furniture." There was an old guy at the store in his 60s or 70s. Wendi begged him to give her quarters, dimes, and nickels.  Also, when strangers walked past, Wendi begged for money from them.  Essentially, Stoney taught her how to panhandle.

51.     After that first night with Donna at the office, I started spending nights with her at the apartment she shared with Nicki and then, for a few weeks before we were married, I lived with her and Wendi.

52.     A Justice of the Peace married Donna and me on June 6, 1975 in Florence, Arizona.  My mom knew beforehand that Donna and I were marrying, but she did not tell our family until afterwards.  I asked my mom not to tell anyone we were getting married because there was so much dissention in my family I could not see how they could all get together without there being problems. We did not see my extended family much while Wendi was growing up.  On my father's side, my paternal grandmother, Guadalupe, had held the extended family together, and when she passed away, it all fell apart and there was a lot of arguing, gossip, jealousy, in-fighting, and craziness. Donna and I did not want to be a part of that so we did not see the family on my father's side very often.  There were also bad feelings in the family over how the tortilla shop got taken

Initials

away from my mom. I reconnected with my dad and the rest of his side of the family to an extent when Wendi was five or six years old, partly because my mom encouraged me to do that, and then I started seeing them on Thanksgiving, at Christmas parties, and at funerals. The only member of my family who saw Wendi all the time while she was growing up was my mother, Natalie.

53.    After Donna and I were married, we continued to live at the apartment for about two or three months.

54.    From the time I met Wendi, I felt like she was my little girl. She was special and I cherished her. There was just something there with Wendi. You could not help but fall in love with her, she was just so cute. As soon as I met Wendi, I liked her, it was her mom I did not like at first. When Wendi was about seven or eight years old, I told her that I would love her no matter what. That bond carried through to her teens.

55.    There were a lot of things that I instructed Wendi about that Donna did not. I explained to her about boys and about sex. Donna grew up pretty straight and I think maybe she was embarrassed to talk about sex with Wendi. She told me I had to do it. By time, I felt comfortable with discussing sex. When I worked with Cal, I even advised him that we needed to provide sex education for married couples in the church and I had already started doing that counseling for them by the time I talked to Wendi about sex. I also instructed Wendi in life lessons, not just about boys and sex. I believe I

Page 20 of 58

*AO*

Initials

was the more levelheaded parent.

56.     After Donna and I married, we moved into my mother's house and stayed there for a couple or a few months.  We were saving money to move into a house being built in a new subdivision where we would be able to make payments according to our income. We moved to that house, located eight miles outside of town in the desert. It was a new house with three bedrooms and one-and-a-half bathrooms. Donna and I stayed in one bedroom and Wendi stayed in another. We lived at the subdivision house from the time Wendi was five until she was almost seven years old.  Wendi attended Evergreen Elementary School at that time.

57.     Nicki Barnes who Donna and Wendi had lived with in the apartment had since married Randy Crawford and they came to stay with us with Nicki's little girl, Tasha.  Nicki and Randy stayed in the guest bedroom and Wendi and Tasha then shared Wendi's bedroom.  Tasha was about a year younger than Wendi.

58.     I would have been happy to have an apartment with no chores for painting, lawn care, or maintenance, but Donna wanted to buy the house in the subdivision.  After Donna and I were married, I stopped working at the tortilla shop and I resigned from volunteering at PADAC.  I started working as a landscaper for Desert Living Landscape. It was a brand new company at the time. The owner's name was Barry Grimmer, who is now deceased. I helped him build the business and learned how to do everything he did.

Page 21 of 58

Initials

We worked to put in new landscapes and also did landscape maintenance for places like schools and apartment complexes. Barry had a drinking problem and sometimes showed up drunk to jobs. I was with him for a year or a year-and-a-half.

59.    After I stopped working for Desert Living Landscape, I went to work for Foxworth Galbraith Lumber. They served the whole Pinal County area. I was hired to help them start a nursery in the Casa Grande area. When they hired me, they promised minimum wage hourly plus a commission at the end of the year. The store manager stole from me. He ultimately got fired, and after he was fired we could not find the contracts promising me the commission. At the end of the year they said there was no contract and I lost $4,000 in earnings. I was with them for less than a year. After working at the nursery for Foxworth Galbraith Lumber, I went out on my own to do landscaping and landscape maintenance work. I worked out of my own truck.

60.    In the early years after Donna and I married, I sometimes told Wendi, "You a little honky girl, and I'm a Mexican." One time after that, when Wendi was little, Donna's mother, Ann, came for a visit. Wendi told her grandma, "I'm a Mexican and you're a honky," and after that, it took some doing to get Ann to like me.

61.    One day at the subdivision house, Wendi wanted the door to her room painted, so I painted all the doors in the house different colors. Wendi also wanted a playhouse so I made a fort for the two of us by digging a trench and making a table out of

Page 22 of 58

Initials

dirt. We got dirty and grubby playing in the fort. I remember on one occasion that Wendi
and I were in the fort having tea when I realized some of the construction guys had
stopped work and were all staring at us, and I got embarrassed. It happened again about
a week later when the guys watched us playing in the fort and then they started clapping.

62.     While living in the subdivision development, Donna met Rick Miller and
Allen Farmer at a Christian bookstore after which she started going to church meetings at
the bookstore and at people's houses. Rick and Al came over to our place and held Bible
Studies. At that time, I was no longer going to church. It was through Donna's
association with Rick and Al that we came to later travel with them and the Fishers of
Men ministries.

63.     The three of us, including Wendi, left Casa Grande to be part of a traveling
ministry, the Fishers of Men. We were on our way to California. Our first destination
was Wilcox, Arizona, where we spent a few weeks, and where two girls, Rebecca and
Rosalie, joined us. We then traveled to Tucson, where Donna, Wendi, myself, and
Rebecca and Rosalie moved in with a couple named Michael and Mary Castro. One of
them owned the house and we all stayed there together to gather resources to embark on
the trip to California together. The idea was to sell the Tucson house after which Mike
and Mary would join us in traveling to California. Rick Miller and Al Farmer had
already gone out to California and the plan was for us to meet up with them out there in

Page 23 of 58

*A.O.*

Initials

Martinez.

64.    In Tucson, Michael and I went into business as painters and painted about a dozen apartment complexes on the inside and outside. We got paid so much per week. In less than a year, the guy in charge skipped town and went to Mexico with a couple of hundred thousand dollars. As a result, Michael and I were owed over $12,000 for painting work we had done that we never got paid for.

65.    We stayed in Tucson for a little less than a year.  Before we went on the road, once when Donna and I were visiting her father Hank and his wife Virgie, Wendi got really sick and came down with a high fever.  She was probably about six years old.  I prayed for her and waited a couple of hours.  When the fever did not subside, we took her to the emergency room.

66.    Before leaving Tucson, I traded my pick up truck for a VW van which Donna, Wendi and I travelled and lived in.  The van itself was pulled by a converted school bus that belonged to Al and Rick.  The pick up was then used to pull a 5th wheel trailer.  This was our caravan in which we lived and went from place to place preaching the word. The VW van itself did not have a bathroom or kitchen but the 5th wheel and converted school bus did.  In addition to these vehicles, we also had a thirty foot cargo carrier that pulled a nine passenger van. In addition to feeling called to travel and preach, we were also on a mission to start a church.  However, we never did start a church.

Page 24 of 58

Initials

67.    When we left Tucson, Rebecca was still single. Rosalee had connected with Rick Miller and they became a couple. Rosalee had one or two small children. She left those children behind with her mother because there was some complaint that either she or Rick or both were abusive to the children.

68.    We headed to Walnut Creek but wound up in Martinez in Northern California. From there we traveled all over, going to Los Angeles and San Diego. While traveling we did a lot of singing, and during that time Wendi learned how to play guitar.

69.    When we first started traveling, Donna, Wendi and I stayed in the van. After some time that changed, and sleeping arrangements were switched around. Much of the time, Wendi slept in the overhang of the 5th Wheel with Rebecca and Rosalee. Whatever money we had was pooled together and our living expenses were treated communally.    We asked for and received contributions from people to whom we preached and brought to various churches. Our decision to travel with the ministry and to return when we did was inspired by God.

70.    Thinking of Wendi during this time period and later on, after we returned from the ministry, when she was eight, nine, and ten years old, she was a bubbly, outgoing, friendly kid. Wendi always wanted to please me and please others.

Page 25 of 58

Initials

71.   After we'd been in California for a year-and-a-half or two years we felt that it was time to come back to Arizona and settle down. We told the group that we were leaving, and came back to Tucson. Our plan was to get a place there. We were out of money so we stayed with Donna's father, Hank, while I worked in construction to get us back on our feet.

72.   After a couple of months in Tucson, Donna wanted to move back to Casa Grande. I was attending the Laborers' Union School in Prescott. Donna asked if she could leave to go back to Casa Grande. She moved back there from Tucson while I was still in the union school. We were away from Casa Grande for a total of about two and half years.

73.   I think Wendi grew up quickly because she was not around other kids during the time we were with the traveling ministry. Before we left Casa Grande, Wendi was a little kid. When we returned, it seemed like she was a little adult. As a child, Wendi was always mothering others, even me and kids her own age, at school, home, or if her friends were over at our home. I did not notice this about her until we returned after the years with the traveling ministry. When tested, she was actually ahead of her age in school. As a child she seemed to be able to communicate better with adults than with other kids.

Page 26 of 58

Initials

74.    I was not well connected and had a difficult time getting union jobs. I returned to Casa Grande and continued to work in construction at a non-union job with Gallo. After returning to Casa Grande, I reconnected with Cal who had by this time been to Bible College and had started 91st Psalm Church. I reconnected with Cal because Donna had started attending 91st Psalm. Cal had a history, like many of us who later gravitated to the church life. Some years before he had been busted trying to sell a couple barrels of marijuana out in California. He got off on a technicality.

75.    Cal asked me to teach teens on Sunday mornings which I agreed to do. Over the years, Cal and I butted heads but I was motivated to stay because I cared about the kids. My thing was working with the teens. I taught devotions, which was a method of interpreting scripture in a way that it could be applied in everyday life.

76.    In the mid 1980s Cal left 91st Psalm and Tom King became the pastor and changed the name to Harvest Family Church. Tom was more dogmatic and not as charismatic as Cal. Tom can come across hard and did not show mercy. For example, if someone wanted to leave the church, they could go, but Tom would never speak with them again if they departed. He called it a divorce. I worked over the years at the church with both Cal and Tom. I worked helping out with the church and school buildings and grounds and I was the teen and children's pastor. With Cal, it was more of a friendship relationship. With Tom, it was more of a business relationship. I butted

Page 27 of 58

*AO.*
Initials

heads with each of them and everybody butted heads with each other. With Tom it was a little sticky because Wendi and Shawn, Tom's son, liked each other.

77.     When Wendi was between the ages of eleven and thirteen, I saw that she was growing up quick. By the time she was twelve, thirteen, and fourteen, she was looking at boys and spreading her wings. She wanted to be away from the house more and do things with other kids. She wanted to spend nights sleeping over at her friends' houses. Until this time, the three of us, Wendi, Donna and me were always together, especially when we had been on the road.

78.     I saw that Wendi was growing up and I felt like she was leaving and I was losing her. I made her promise me a few things. One promise I asked her to make me was that she go on her first date with me. I think she was thirteen or fourteen years old at the time. She and I each got dressed up and I took her out to Red Lobster and then went cruising around. I showed her how a guy was supposed to be respectful toward her. I showed her how the boy should pull her chair out for her and open the door for her and treat her like a lady. I also made her promise that she would not have sexual intercourse until she was eighteen years old. The last promise I asked her to make was that she would call if she had any kind of trouble and I told her, "I'll try not to yell and we'll sit and talk."

79.     As I said, as she got older, I felt like I was losing her because I could have her less and less as she did more and more outside the home. I observed her with Shawn,

Page 28 of 58

A.O.
Initials

Tom King's son and saw that they had a good, strong friendship. I also was very protective of her when she and Shawn actually started dating. The way we were raising our children in the church, we sought to keep the boys away from the girls and the kids in general were more secluded from the outside world.

80.     Generally, I had the sense that Tom was very possessive and Shawn was the same. It was like, "These are mine and you cannot play with them unless I say so." When Wendi and Shawn were dating I saw that Shawn was jealous because I wanted to be around when they were together. It was interesting though because he was not that way if Donna wanted to be around them. When they broke up, his parents were happy because they never really wanted Shawn to be with Wendi. I think they thought she was too outgoing.

81.     In general and specifically, there were differences between the way Tom and I saw things. Tom was adamant about male authority in the household. I disagreed with that and believe that a married couple should work together.   I may have made decisions that Donna did not like but we always tried to work together. Tom also thought that children should not watch movies, television and engage in dancing. That part did ease up over time and the rules were relaxed about television and movies.

82.     There were rules at Harvest about students having contact with each other. For the little kids, there was a six inch rule, meaning they had to stay apart at least six

Page 29 of 58

Initials

inches from each other. The rule was made to keep them from hitting or slapping each other. For the pre-teens and teens, there was a twelve inch rule, meaning that boys and girls had to stay apart from each other at least twelve inches. That rule was designed to keep them from holding hands or kissing.

83.     When I was the teen pastor, I had teen get togethers and let the kids dance even though the church and school prohibited it. I also let Wendi watch television. However, when I let her watch television in the early days before the rules were relaxed, I told her that she could not talk about it. Even after the rules about movies and television were relaxed, students were still not permitted to talk about movies and television at school. I let Wendi watch Saturday Night Live and other television shows that the church and school instructed should not be watched.

84.     When Wendi wanted to take classes at Central Arizona College (CAC) during high school, I eventually supported it even though it meant she would be exposed to the outside world. *A.G.* TOM was very against it and it took alot for me to convince TOM to let Wendi take the classes. *A.G.*

85.     I was definitely the disciplinarian in the house. At the same time, I was the more playful parent. I was strict but not letter-of-the-law. I often kept Wendi home from school on Mondays while Donna was working just for Wendi to have a chance to hang out or for us to go shopping. Usually Wendi and I went on day trips together. I took her clothes shopping. Wendi preferred to go with me because I agreed to what she wanted to

Page 30 of 58

*A.G.*
Initials

buy and did not mind buying things for her.

86.    Wendi and I spent a lot of time together.  There were many evenings that Wendi and I spent together without Donna because Donna always went to sleep so early. Even if we all started watching a movie together, Donna usually fell asleep well before it was over.

87.    During the time Cal was the pastor, the church grew to its largest congregation, which was maybe 275 people. After Cal left, the congregation dropped by half and then after Mark Keating had been there a while, it dropped by half again. Cal managed to keep the church afloat but he had a tendency to overspend and when he left, the church was in debt.  Tom did get the finances under control.

88.    Sometime in the early 1980s, just before Cal left I think, we needed to have a certified teacher at Harvest.  We hired Mark and Nancy Keating.  They were not really desert people and ultimately left the church.

89.    I had difficulty with Mark that started with Wendi.  She was on the swim team, which Mark coached.  Wendi was having some troubles from the athletic demands and was not getting her period and she had no body fat.  We took her to a doctor who said that she needed to slow down.  I told Tom that I was thinking of pulling her from the swim team.  Mark threw a fit.  He wanted to be the one making those decisions.  From

Page 31 of 58

Initials

there, things between us just went downhill and Nancy followed whatever Mark said and did. I did pull Wendi from the swim team. I think that Wendi starting eating and sleeping better after that, once she did not have as many demands on her time and body. Wendi herself never complained about the swim team and it was not her idea to quit, that was my thinking based on her health.

90.    Wendi was very talented in many ways. As a teen she loved to babysit and loved the younger kids. She never liked to sweat so when Mark started the swim team, Wendi was first in line. While swimming, she was able to be active but she did not have to have that sweaty feeling when she was in the water. Wendi was good with her schoolwork. She also helped some of the other kids who had difficulty learning. Wendi could put off assignments till the end and then just cram the night before and still get an A. That was so unlike me. It made me so mad—when I was in school, I struggled with assignments for weeks and hoped to maybe get a B.

91.    Wendi loved music and sang both at the church and at Central Arizona College. I loved to watch her and loved seeing her do the things she loved to do and that made her happy. I could feel when she really liked a song. I know hearing Wendi sing also made Donna very happy.

92.    As Wendi got older, I still took her places and had her do things with me like going to Christian Rock concerts. Not only was I her father, but also I felt like we

Initials

were friends.  Wendi invited Shawn several times to go to the concerts but he was not allowed to go.  Mainly it was me and Wendi doing these things.  Sometimes Laura or Frances went with us.  Laura was a good friend of Wendi's and Frances was the daughter of the church secretary, Lola Archuleta.

93.     Wendi and I had a good father-daughter relationship and also a good friend relationship.  I thought of her not just as my daughter but as a buddy as well.  There were not a lot of things I did with other adults and did not have many adult friendships.  I have been very guarded from being hurt too many times in the past.  Early on at the church, Donna and I had friendships with Debbie and Allen Bain and with Barry and Pam Lorts but those relationships dwindled away and I never really had any other adult connections. Being at the church all the time, my connections were mainly with the kids and the teens.

94.     During Wendi's teen years, I took special interest in some of the kids such as Razin Irani.  All of the students at Harvest were required to participate in state-wide Christian competition conventions.  Razin was a little slow and did not have anything to enter in the competition.  There were various categories such as math, science, poetry and music.  I decided to help him.  I bought a camera from a student named Jamie Allen. I went to the library and took out books on photography and taught myself so that I could teach Razin.  He really took to it and so did I.

Page 33 of 58

Initials

95.     Wendi was a cute girl and had a lot of attention from boys. When she was about sixteen years old, several boys at school liked her because she was so pretty. Even Shawn's brother, Brad, liked her. Another student, Brian Munn also liked her, and she also had the attention of another boy who was at least four years older than her.

96.     One of Wendi's best friends growing up at 91st Psalm and Harvest was Laura Bell. She spent a lot of time with Wendi and at our house. She was a sweet, loving girl. She often spent time with me and sat on the couch with me, reading, like one of my daughters. Jeri Lynn was also a good friend of Wendi's and she also spent a lot of time with us. Kyre, Cal's daughter was also a good friend with Wendi before Wendi's teen age years.

97.     Wendi was very adaptable. For instance, she was good friends with both Jeri Lynn and with Laura. She was able to enjoy different things with each of them. Laura liked horses and even though that was not Wendi's thing and she was afraid of horses, she still went riding with Laura because Laura liked it. Jeri Lynn was more of a tomboy. Wendi herself I think was more of a town girl. She would rather dress up and go to a nice restaurant than go to a barn to dance but she would do whatever was on the program.

98.     I had a very close relationship with Jeri Lynn and she slept over at our house many times. She was very obedient and a good kid. She did anything I said,

Page 34 of 58

*A.O.*
Initials

whether it was her homework or chores. When Jeri Lynn's family was moving to Tempe, Jeri Lynn lived with us while she finished out the school year. Her family moved up to Tempe to follow Cal who left Casa Grande to start 91st Psalm up in Tempe.

99.     After Jeri Lynn moved to Tempe, I became closer to Laura. Laura was around during the time she was growing into a teen. It seemed to me that she gravitated toward me because her dad was not around much. She hung on to me as a dad figure. Laura always wanted to cuddle up with us when Wendi and I were cuddling. We were very affectionate. Wendi often scratched my head until I fell asleep. I remember wrestling around with Laura and Wendi all the time. Eventually we stopped, as Laura got older, because she was developing. Wendi and I still wrestled around but when Laura was about fifteen I stopped including her because I did not want to give the wrong impression.

100.     Other kids from the church and school who were around Wendi and who I spent time with were the Carlin kids – Lonnie, Sarah and Rachel, Leon Howerton, Will Galyon, and Kim Ethington. Kim and Lonnie were a couple and there was a falling out between them and the church because it turned out that          REDACTED          When I confronted them about it, they tried to deflect attention away from themselves by Kim telling Tom and Mark Keating that I looked at her wrong, as in a sexual way. Both Lonnie and Kim were going to be expelled but Lonnie's mother asked Pastor Tom not to

Page 35 of 58

$A$ $\ell$ ·
Initials

expel Lonnie. Tom then told both Lonnie and Kim to apologize to me about lying and saying that I was inappropriate with Kim. They did apologize and I never revealed that I knew that REDACTED because of my vow to keep the teens' business confidential. Then, it all came out anyway.

101.    When Wendi was a teenager, Tom had a problem with some of the older kids at the school. He thought they were partying and having sex when they were fifteen, sixteen and seventeen years old. I do not know where he got that. Mark was also on the witch-hunt. Tom had a saying, "if she'll smoke, she'll poke" meaning that if a girl smoked cigarettes then she would be willing to have sex. Donna always hated that saying. As part of Tom's search and allegations, it was learned that REDACTED
REDACTED                          As a result, she was expelled from school. That is when I asked Wendi to promise me that she would wait until she was eighteen or out of school before having sex. I did not want Wendi to go through what REDACTED Wendi did promise me and when she did eventually have sex, she came and told me.

102.    I first talked to Wendi explicitly about sex when she was about fifteen years old. Brian Munn had given her a ride home from school and had tried to kiss her. She told me about it and asked me what a hand job was. She would not tell me who she heard use that term. I explained it to her and spoke frankly with her about sex. Before that conversation, I did not speak explicitly but in more general terms, telling her that sex was for when she was older and that she should hold off.

Page 36 of 58

Initials

103.   I was very close with the church secretary, Lola Archuleta. I felt like she was my sister. She was easy to talk to. We shared the same office and we really bonded. I took her daughter, Frances, under my wing. She was a good kid. She did not fit in and some looked down on her because she did not have a dad around. I helped Frances. I counseled her, I disciplined her. I knew she just needed a father figure.

104.   The biggest difficulties I had working at the church was with the parents. Everything I discussed with the teens was confidential and sometimes the parents wanted to know what was being said but I refused to break that confidentiality. I finally resigned because I could not handle the parents anymore.

105.   The actual last straw came when Tom paddled a child for throwing mud on me. It was ridiculous how heavy handed Tom was. One day at school when it had been raining, I had the little kids who were from ages six to eight have a mud fight. After we were finished, I had them line up so I could hose them down and they could put their clothes back on. I was wearing my slacks, a leather jacket and tie as was required by the school. One little boy, Seth Galyon, was so keyed and wired up that he continued to throw mud and threw mud on me. I told Seth he was going to have to work pay for my clothes to be cleaned. My intention was that I would give his father a dollar and tell him to have Seth take out the trash extra and pay Seth the dollar and then I would make Seth give me the dollar as payment to have my clothes cleaned. It was a way for Seth to learn

Page 37 of 58

Initials

a lesson.  When Seth's father, Jimmy Galyon came to school, he came over to me and told me that Tom had given Seth four swats for throwing the mud.  I did not know that Tom had done that.  I apologized to Jimmy.  I told Jimmy what my plan had been.  There was no reason for Seth to get whipped for that.  By then, things had been building up and once again, there was contention with a parent and that incident became the last straw.

106.    There were various difficulties over the years at 91st Psalm and at Harvest including a serious allegation that Dick Herdegen, a major financial supporter of Harvest and of Pastor Tom, sexually molested              REDACTED              Dick had a business drilling for water and              REDACTED              I do not know how the allegation came out but Dick was accused of              REDACTED              Both Tom and I spoke with Steve and Tom told me that he had approached Dick about it.  My position was that              REDACTED              should get the police involved if they thought the allegation was true but they never did.  Dick quit the church and moved to Orcus Island in the Pacific Northwest.  I did not know what to believe.

107.    We never had specific services at Harvest or 91st Psalm for speaking in tongues but it often happened when we gathered in preparation for going door to door in the early years of 91st Psalm.  Before going out, we gathered in the sanctuary and prayed and sometimes we did pray in tongues.  We stood in a circle and asked for guidance for our work for a revelation of what needs to be done.  For me, the spirit would come and I

Page 38 of 58

_Initials_

walked back and forth or lay down. It is an amazing experience. In some ways it feels like the rush of a cocaine onset, a rush that keeps you going and going like you can accomplish anything. I feel inspired and energized. It is a momentum that starts slow and builds and sometimes there is a vocalization and sometimes it is all internal. It is like a good orgasm. When I am praying in tongues, I know what I am communicating in English but it does not come out as English. When I listen to myself sometimes it sounds like Swahili, sometimes like an Oriental language, and sometimes Native American. I am hearing what comes out of my mouth and I know what I am doing but I cannot understand the actual words. In my mind, I know what I am saying. I received revelations quite a bit during these times.

108.    I often prayed for Wendi and Donna. When I did there were times when out of the blue I would see things and know what Wendi was doing. When I revealed these things to her, she wanted to know how I knew. For example, there was a time when I had a revelation that Wendi had sex twice and when I asked her, she confirmed that it was true. Sometimes even driving during the day and praying for Wendi I received revelations and needed to talk to her. I even was able to predict basketball scores or who was going to win a game and, sure enough, it would be true. I stopped doing that because I did not want people placing bets on it.

Initials

109.   Some of the questions I asked while praying were how to help a certain church, what do we need to do, what members need to be lifted up, who would be a leader. It got to where I knew who to talk to for the best results, be it a church member, the pastor, or the board. I often received specific information about people, especially when I was counseling them. I did couples' counseling and I often received revelations about what their marital problems were through prayer. One time in particular there was a couple I counseled. The husband complained that the wife never fixed dinner. At the same time, he asked for sex everyday. The wife was not cooking because the husband was asking for sex. I received information that if he helped her then she would be happy to give him sex once a month. Then we went even deeper and I explained to him that he needed to get her ready and romance her, not just spread her legs. I knew from praying that the husband was not doing things to help his wife enjoy sex. I told him this. I also told the wife that she has not told her husband what she wants and that she must do this. The marriage bed is undefiled and anything goes as long as you want it.

110.   As far as revelations are concerned, if I am praying for individuals to help counsel them, it does not mean that I brought everything to them that was revealed. Revelations are both a knowing and God talking. There is a scripture, "Touch not God's anointed nor do them any harm." Once you receive the gift, it does not matter what happens after, you still get the revelations.

Page 40 of 58

Initials

111.   When I was a pastor, I took off one day a month to go into meditation.  In the winter I went out into the desert and in the summer I went to the mountains or to a hotel room with air conditioning.  It was a way to pray and get close to God.  Those times were to build myself up for my family and me.  It was a drain teaching all the time and working with people's problems.  We called it "prayer mountain" based on how Moses went to the mountain to pray.  It was not always a mountain, sometimes a cheap hotel room.  Many times after these days in isolation, I came back knowing things about Wendi or Donna that they never told me.  Here's a cute one – I found out that there were certain things Donna wanted me to do in bed and I did them and there were explosions.  She never told me and when I did them, she asked me how I knew that was what she wanted.  Sex is from God and I can recall praying for revelations of how to please Donna better in the bedroom.

112.   When I married Donna, I told her that I never wanted to divorce.  Over the years we have had our difficulties but I remained true to that commitment.  One source of contention over the years has been Donna's tendency to spend too much on things I believe we do not need.  She makes senseless purchases and does so in multiples.  For example, if I say I like something, such as a hat, instead of buying me the hat, she will buy four or five or six of them.  As a result, there are many things that pile up and crowd the house.  I know that she often shops and hides things in the car rather than bring them directly into the house when she thinks I will see her.  This was another thing I learned

Page 41 of 58

Initials

about through prayer, that Donna bought things and hid them in the trunk.

113.    Along those same lines, Donna also overbuys with food and frequently our freezer is filled with food that never gets eaten and sometimes stays there for years until I finally get her to throw it away.

114.    Donna has always been the person to handle the money and when I received paychecks, I always gave her my money and then she gave me spending money for my day-to-day needs.

115.    There are many ways in which Donna and Wendi are alike. They both can be very mothering and also have a tendency to scold me in the same way, both are very smart but sometimes lack common sense. They are different in that Donna likes to hold on to everything whereas if Wendi buys something, she also gets rid of the old thing. In fact, there were times when Wendi gave her things away to friends if they said they liked something even if it was something we gave her that we considered special.

116.    When Wendi became a teenager, she started relating to me in many of the same ways Donna did. She told me what shirts to wear and what ties went with them. If I grumbled at something Donna made for dinner, Wendi might retort by telling me something like, "Just eat it – there is nothing wrong with it."

117.    I feel like I still love Donna, she is a part of me. Wendi is still my little girl, still my peaches. Sometimes I still see Wendi as just eight or nine or ten years old and I

Initials

A.2.

say to her, "hey gorgeous.[4] I call her that, as she will always be my pretty little girl. I wish I could get her out and bring her home and love on her till she could get on her feet and make good decisions. I would love to be able to bring her home so she and Donna could be happy.

118.   When Wendi was about thirteen years old, Donna got sick and needed a hysterectomy. There was a big stink about it at the church because she had the surgery. She had asked for a prayer for her healing. When her condition did not improve, I pushed for the surgery. She was hurting so much by then, she was willing to have the surgery. I do believe in miraculous healings but also support medical treatment when prayer does not work.

119.   I do believe it is possible for miraculous healings to take place and for the dead to be brought back to life. I have heard of people doing it. If your faith is strong enough, you can raise the dead. I know that I am not at that place.

120.   Donna had two surgeries. The first was a partial hysterectomy and the second a complete hysterectomy. After the first surgery, I did not touch her sexually
AD until she was healed AD
much! After the second surgery, she really became cold toward me and I became more and more frustrated. At one time, Donna wanted to go to Tom for counseling but I knew that Tom's approach was you turn off the lights, she lays down and you get on top.

121.   Our lack of sexual intimacy became an issue in my relationship with Donna. So, probably not unlike most couples, our biggest arguments have been over sex

Initials

P-App. 002695

and money.   Starting with the time before her surgeries, when Donna was feeling discomfort, I always wanted more sex than Donna wanted.   As a result, I was often frustrated.   My frustration lead to me losing control and yelling at Donna.   Typically, Donna and Wendi retreated to another room and I often left and went out to cool off. What I had a difficult time dealing with was that over time in our relationship, Donna refused to do things with me sexually that she previously seemed to enjoy.   I tried different things to get her interested in me again but it just did not happen.

122.   It has been hard seeing the relationship between me and Donna deteriorate.   It started when we lived on Arapahoe.   I sometimes ask why I did not leave. I had such a temper.   Sometimes when I left, I went tearing out in my truck, driving fast, taking out my frustration.   There was one time when Donna turned away from me when I was screaming at her and I grabbed her arm.   I apologized many many times for this.

123.   It seemed to me that Donna always had an excuse why she did not want to be sexually intimate with me.   It would start in the morning with her refusing me and then it built and built all day and I spent the day hoping she would change her mind until I was ready to explode.   That only made things worse and turned her off to me so I was not helping my own cause.   Donna never said anything and just clammed up which irritated me more.   I often started by slamming doors to let them know I was mad. Wendi took it hard and did not like it when I exploded.   But she always forgave me when

Page 44 of 58

*A.O.*
Initials

I apologized and hugged me after the blow-ups.

124.   While Donna and I were fighting, we sometimes went for days after my yelling avoiding each other. Sometimes Wendi took the brunt of it. I did try and make it up to them if it was my fault, which was most of the time. I would say that ninety percent of the arguments were about sex and ten percent were about money. Over the years, I kept saying it will get better, it will get better. I felt led on because it never did and it just kept getting worse and worse.

125.   In the 1980s there was a big study on sex that was distributed to the churches and from that Tom started preaching from the pulpit about sexual practices and preached that oral sex was not Godly. The things Donna and I were doing, he would have been shocked and probably fire me.

126.   Most of the screaming I did was at Donna. I can recall screaming at Wendi once that way when Wendi was about five years old. Instead, if Wendi needed to be reprimanded, I spanked her. We believed that spanking with instruction was the way to instruct her. I used a wooden paddle and it was a specific number of swats depending on what she had done after which we read scriptures and hugged. Wendi did not like to be spanked and she always cried. She definitely felt it.

127.   Wendi get fewer swats as she got older and we did more talking. Later on, Wendi's punishment was pulling weeds or having to do extra chores or being grounded.

Initials

After she started driving, I took the car away if she needed punishment.  There came a time when I did not want to be associated with the kind of pain that was inflicted by paddling children.

128.   I came up with the idea of pulling weeds as punishment for the children. We put them out there in the sun for a couple of hours pulling weeds and it gave them time to think.

129.   The same method of spanking was used at 91st Psalm and at Harvest.  I often was a witness when children were spanked there.  We had specific instruction on how to discipline children.  The Baptists sent out memos on what we could and could not do when spanking.  For example, at school if a child needed to be paddled either the parents would give permission to the school to do the swatting or they had to come and paddle the child or remove the child and do the paddling at home.  Legally, we were permitted to give two or three swats.  Usually the principal did the spanking.  It can work if it is done right.  There was also always a witness to the paddling, either a parent or another staff member in addition to the person administering the swats.

130.   I do not recall the situation but there was a time when Wendi was almost expelled.  She really wanted to go to another school.  She was out of school for two or three weeks.  Looking back, I wish I had pulled her out.  She missed out on society by being isolated at Harvest.  She was in too much of a box there which was not good for

Initials

her. It was ok for several years I think but I should have pulled her out and let her experience things. I was afraid she might turn out like me so I overprotected her and held on to her too long.

131.    I did not spend a lot of time with Donna's side of the family. Early on when we returned from the traveling ministry, I stayed with Hank and Virgie for a little bit while trying to get work with the laborers union. I came to know Nadine, Donna's half sister, later in her life in the time after her husband Clark died. Nadine needed some help remodeling her home and clearing out a space that Clark had enclosed for use in connection with his rifle hobbies. I went down to Texas where she lived and helped her sell the guns. There were about four or five rifles and six or seven guns.

132.    Nadine suffered from                    REDACTED                    When I arrived at her house, she looked like a downtrodden dog and had no will to live. She was REDACTED and had been as long I knew about her. When I first arrived, she did not get out of her bed for two or three days. She had not cared for her dog for weeks and had not fed the dog for some time. She was like a walking zombie.

133.    Nadine was afraid of her daughter Margie and her son Clark, Jr. She thought they were both crazy. They both have violent tempers. Margie was very aggressive and Nadine feared that Margie would physically abuse her. Both Margie and Clark Jr. had emotional difficulties throughout their lives. At one point, Nadine's shed

Page 47 of 58

_A-O_
Initials

was burnt to the ground and her son, Clark was arrested for it. It later was revealed that perhaps Margie's son, Brett was actually responsible for it.

134.   Nadine was concerned for the well being of her granddaughter Kayla, Margie's daughter. She asked me to speak with both Kayla and Brett about sex. I made contact with Kayla and helped her by answering her questions about sex and guiding her. At that time, Kayla was about sixteen years old. We starting communicating by text messages and I still remain in contact with her. Nadine did not want Kayla to fall into the same trap as Margie who got pregnant before she was married and then married because she was pregnant.

135.   Donna and I adopted Brandon when he was two-and-a-half years old, after the state took him away from his mother. We began the adoption process for Brandon right away, immediately after all of Kathie's kids went into foster homes. I had to be convinced to adopt Brandon because I was under the impression that he might be returned to Kathie. Wendi and Donna pushed hard for Brandon to come live with us. Wendi was getting older and I actually hoped to have more time exploring and going places with Donna since Wendi was started to go out on her own more and more. Brandon lived with us until he was about fourteen years old. At that time, he had started running away from home and ultimately decided to go and live with his mother in Tucson.

Initials

136.   I had a more difficult time with Brandon than I did with Wendi. I felt like he wanted more than what we gave him. I caught Brandon stealing money from us and I slapped him. He ran away to Martha and Donnie England's house. Martha was a member of our church. He had snuck out of bed and met up with Martha's grandson, Kyle. Martha called me saying that Brandon was with her and that he was trying to get to his mother Kathie's house in Tucson. I went over to Martha's house and they brought him out. He told me that he wanted to be with his mother and that he missed his brother.

137.   Brandon was going through a very difficult time. He did not want to go to school and he did not like me. So, I suggested that he try living with his mother, which he then did.

138.   Brandon did not like me because he thought I was too strict. I enforced curfews and we lived a simple life. Kathie, his mother, always had fancy cars and was running with drug dealers, which looked more attractive to Brandon. He also had a hard time with Harvest Church and school. He was bothered, and I guess I was too, that Pastor Tom called him a faggot. Brandon also did not like the schoolwork and the repetitive nature of memorizing scriptures.

139.   Wendi's husband, Joe Andriano, was a likeable guy. He had an outgoing personality, and he drew you in. He was just real easy to like. On the other hand, Joe was

Page 49 of 58

Initials

also very selfish. I remember that when he wanted a new truck, he had Wendi sell her car. He did not work, and as far as I know he never held a job or brought in much money during their entire marriage but he made sure that Wendi worked to support him and provide luxuries like the fuel for his boat. He had a real nice boat and that was his primary thing – to take the boat on the lake. He then got a second, bigger boat as well. He was completely in love with his boats.

140. Joe did try to get some businesses going but none of them ever came to much. When Joe attempted to get his own business going, he refused to work on the weekends, because he wanted to make sure that he was at the lake every weekend.

141. Joe's dad, Joe Andriano, Sr., was a recovering alcoholic and his wife, Jeanette, was a retired school teacher. He was a farmer, but he lost his farm and he is selling cars now. Joe, Jr. had problems with his dad over a long period of time, for the whole time I knew him while he was with Wendi. His parents never offered to send him to college, even though they sent the other kids to college. They kept tabs on every dollar bill they gave to Joe, and Joe came across a running account in his father's desk of all the money his father ever gave him. It was a written list with every dollar Joe Sr. had ever given to Joe.

142. Joe held a grudge against his parents because they never offered to send him to college. He only ever brought it up when he talked about his dad "ripping him

Initials

off." He was angry that his dad kept track of the money his father gave him.

143.   Joe and Wendi were always asking for money for bills. When they lost their business, I bought a hotdog cart. I told Joe that he could work whenever he wanted, and he did a couple of times. It was pretty good money, but he did not want to work, so that did not go too far.

144.   Most of Joe's friends were farmers. Joe also had friends in Tucson, a married couple, Brenda and Frank Nagore. Wendi met them through Joe, and they took Joe and Wendi under their wings, so to speak. They taught Joe everything he knew about boats and boat racing.

145.   Joe and Wendi's relationship started off good, but they slowly began to argue more. There was not a lot of affection between them, at least not in front of me. But it is possible that they just kept it away from Donna and I. I saw the occasional peck on the cheek, but I never saw them hold hands or hug.

146.   Donna and I tried to teach Joe to give Wendi greeting cards and encouraged him to bring her flowers. She always enjoyed getting cards. We tried to tell him that he should give her cards for her birthday, for their anniversary, for Valentine's Day, etcetera. We also tried to encourage him to send her flowers and things like that. I told him, "girls like that kind of thing." As far as I know he never did give her cards or

Page 51 of 58

A.O.
Initials

flowers.

147.   I saw Joe lay his hands on Wendi a couple of times, and their relationship just seemed to get worse and worse.  One time, he was upset because he could not go to the lake, and he grabbed Wendi by the neck and pushed her inside the pickup truck.  This happened outside our house in the driveway.  He stopped when he saw me nearby.  I forget the other incident.  When I confronted him about it later, he was pretty calm, but I was stern.  I told him that I did not like what I saw, and he had cooled down by that point and agreed with me.

148.   When Joe spent the weekends with his friends at the lake, they usually slept in the back of their pick-ups, but once in a while they got a room.  When Joe went to the lake, Wendi watched the kids.  Sometimes she went along and watched them at the lake, but most of the time she stayed home.

149.   When Joe and his friends went to the lake, they did a lot of drinking, but I never saw them drinking while out on the water.  In the evening times, they got pretty lit. I think they mostly just drank beer.  I never saw any of them fight each other, but Joe frequently got very drunk.  I remember seeing him staggering on more than one occasion, but I never saw him falling-down dead drunk.

Page 52 of 58

Initials

150. Joe was very irresponsible with money. He was a welder, and he occasionally fixed things for me at the tortilla shop.   I paid him forty-five or fifty-five dollars an hour, which was the prevailing rate at the time. He did pretty good work. That stopped because Joe owed money to his parents' farm, and his parents took his welding equipment away. Joe owned the welding equipment outright, but his parents took it as collateral and brought it to their farm in Oklahoma.

151.   When Nicholas and Ashlee were small, Brandon helped care for them. He often spent the weekends with Wendi and Joe, and sometimes he was at their house for a week or two at a time.

152.   When Joe got sick, Donna and I paid his medical bills at the Mayo Clinic. When he got sick, he blamed God, he blamed Wendi, and he even started to blame me. I told him, I said, "I had nothing to do with it, Joe." He blamed me for his cancer, because he thought that the welding might have caused it, so he blamed me for having hired him to do welding work.

153.   At first, Wendi handled the cancer okay. She was optimistic that they could try to fight it. Joe wanted prayer but Tom said he could not pray for Joe's cancer because Tom said did not have enough faith to pray for the cancer to be gone. He did pray for Joe to have the strength to deal with the cancer. Wendi brought Joe to church because Joe blamed God for his illness. Joe expected Wendi to read to him out of the Bible every

Page 53 of 58

Initials

night, as part of his healing. Joe got mad if she did not have time, and told her that it was her fault that his cancer was not going away. There was a lot of hurt on Wendi's side. She tried to tell him that he could read out of the Bible too, that she had to work, but he refused to do it. He expected her to do everything for him, even something as simple as reading the Bible.

154.   On one occasion, Joe had a boat propeller in the back of his SUV. He opened the door to put groceries in, and he set Nicholas in the back while he was loading the car. Nicholas sliced his leg open on the propeller and rather than being concerned about Nicholas, Joe yelled at Nicholas for getting on top of the propeller. He also blamed the people who made the propeller for making it so sharp. He could not ever accept responsibility; everything was always someone else's fault. Joe called me and asked me to come over to the hospital. When I arrived, Nicholas was screaming and Joe was crying. I picked Nicholas up and calmed him down. Joe could not control himself enough to be able to comfort Nicholas. Wendi got to the hospital about ten or fifteen minutes after I did. After things settled down, Joe told me what happened.

155.   After his surgery, Joe had a hole in his neck with a tube in it. I packed it and dressed it three times a day because Wendi could not handle it. Joe did not want to ask his own parents, so he asked me.

Page 54 of 58

Initials

156.   While Wendi was on trial, she was required to wear a stun belt around her waist, which she wore underneath her jacket. You could not see it. We were, however, precluded from attending her trial because we were expected to testify. We were able to see her in the morning sometimes before trial started.

157.   I have back problems that started in about 2005. Before that, I had back discomfort but nothing too serious. In 2005, I was lifting a heavy box, about sixty to seventy pounds, and had a pain go up my leg that threw me to the ground. I could not move for 30 minutes. I crawled out of the walk-in refrigerator and the next morning wound up in the emergency room.

158.   All these years after high school I'm back on drugs with prescription medications.                                    REDACTED

159.   My mother was still drinking heavily in late 1979 when I returned to Casa Grande after being away with the traveling ministry. My mother had a heart attack and a stroke, I am not sure which was first. After the heart attack or stroke, whichever came first, she finally stopped drinking. She died in about 2003 at a rest home in Casa Grande of a massive heart attack.

160.   After marrying his third wife, Shirley, in the early 1980s, my father and Shirley moved to Springerville, Arizona in about 1995. My dad still lives there and I am

Page 55 of 58

$A.O.$
Initials

still in contact with him. He is about eighty three years old.

161.   Donna's half-sister, Kathie, has been married at least three times. Kathie parties and runs around with men and I think is still using drugs. I do not think she ever quit. She does cocaine and pills and smokes marijuana.

162.   My sister, Delia Rose Rascon Alvarez, has been married and divorced three or four times.

163.   I am not that good at remembering specific time frames and dates and durations of events. As an adult, I have relied on my wife Donna to provide the details when needed. I also rely on her to take care of most of the household logistics. She is much better at it than I am. Even when it comes to my side of the family, Donna has better information than I do.

164.   I also had a couple of memory losses when I was struck by lightning. I was struck by ground lightning once when I was taking pictures in the White Mountains during an electrical storm. I was twenty miles from a power station. The lightning traveled to my tripod and knocked me unconscious. When I came to, I was twenty feet away from my camera equipment. As a result, I lost all most of my short term memory for several years. My father had to draw a map for me so that I could find my way home from the mountains. I also had to carry a piece of paper with my name and address on it.

Page 56 of 58

Initials

I was struck by lightning again a year later while at home.  To this day I sometimes leave the house and momentarily forget where I am supposed to be going.

165.  I have enjoyed photography since I took it up years ago.  I most enjoy taking landscape and scenery shots.  I enjoy long exposure photography and like taking pictures in the desert electrical storms.  I photographed Wendi and was able to capture a lightening from an electrical storm about fifty miles away which resulted in her being in silhouette with her hands on her hips and the appearance of the lightening being at her elbows.  I have been approached over the years to do photography for special occasions and events such as weddings and quincineras.  I have been paid to take shots of the historical buildings in Phoenix in the wee hours of the morning.  I was even approached by someone to shoot pornography.  I decided that was not something I wanted to do.  I had Wendi model for me in a swim suit by a swimming pool to try it out.  Wendi really did not like posing for me.  It made her nervous.  I think it was because I am her father.

166.  About the third or fourth day after Wendi was arrested, Donna completely lost it.  She was on the floor, kneeled over, wailing.  It went on all day.  I could not speak with her for day.  She was depressed for weeks and barricaded and isolated herself.

167.  I never wanted to divorce Donna but now I think that if we had split this would not have happened.  I wonder about how our fighting impacted Wendi.  I second-guess our decision to go on the road with the ministry, my school choices for Wendi and if

Page 57 of 58

Initials

I spoiled her.

168.    Prior to Wendi's trial, I spoke with her lawyers but never to the extent that I have in this declaration.  They did not ask the kinds of questions and explore the topics discussed in this declaration.  If they had asked about these things, I would have testified to what is in this declaration.

I have read the foregoing declaration consisting of 58 (fifty-eight) pages and 168 (one hundred sixty-eight) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct.  Signed this 19th day of June 2011 at Los Angeles County, California.

Alejo Lorenzana Ochoa

Page 58 of 58

Initials

## DECLARATION OF ALEJO OCHOA

I, Alejo Ochoa, declare as follows:

1.      I met with Attorneys David DeLozier and Daniel Patterson in person less than five times before and during Wendi's trial.  Most of these meetings involved Attorneys DeLozier and Patterson providing updates on the status of Wendi's case.

2.      I met with mitigation expert Scott Mac Leod approximately five times in preparation for Wendi's trial. These meetings primarily involved identifying photographs for use in the Power Point presentation Mr. Mac Leod prepared for the mitigation phase. Mr. Mac Leod told me that the purpose of his investigation and presentation was to show that Wendi did not deserve the death penalty because she was a good person.

3.      Attorneys DeLozier and Patterson and Mr. Mac Leod did not ask me any questions about Wendi's mental health history.  I would have been willing to provide this information if requested.

4.      Attorneys DeLozier and Patterson and Mr. Mac Leod did not ask me any questions about Wendi's family mental health history.  I would have been willing to provide this information if requested.

5.      Attorneys DeLozier and Patterson and Mr. MacLeod did not ask me any questions about my family background or childhood, or about the family background or

Page 1 of 2

Initials
A-O.

childhood of Wendi's mother or father. I would have been willing to provide this information if requested.

6.     Before my testimony during the guilt phase of Wendi's trial, Attorneys DeLozier and Patterson told me that I should answer honestly any questions that they or the prosecutor asked. Attorneys DeLozier and Patterson did not do anything else to help me prepare for my testimony beyond telling me this. Attorneys DeLozier and Patterson did not tell me what types of questions I could expect from the prosecutor.

7.     During the trial, Attorney DeLozier said he was fasting to obtain God's favor and to be better able to hear his instructions. During the trial, Attorney DeLozier appeared to have a slowed reaction time and to need additional time to think before providing responses.

I have read the foregoing declaration consisting of two (2) pages and seven paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct. Signed this 26th day of October 2011.

*Alejo Ochoa*

Alejo Ochoa

Page 2 of 2

Initials
A-O.

## DECLARATION OF BRANDON OCHOA

I, Brandon Ochoa, declare as follows:

1.      I am the biological cousin and adopted brother of Wendi Andriano.  I was born to Kathie Worsham on October 16, 1985, in Tucson, Arizona.  My biological mother, Kathie Worsham, is the half sister of Wendi's mother, Donna Ochoa.  They have the same father, Henry Worsham.  When I was approximately three years old I was sent to live with Donna and her husband, Alejo, who then adopted me.

2.      My maternal grandparents are Henry and Virginia Worsham.  Together they have two kids, my mother, Kathie, and my uncle, Steven, who we call "Stevie." Virginia also had two children before she met Henry: Adolpho, who we call "Snapper;" and Connie.

3.      My biological mother, Kathie Worsham, has a long history of substance abuse.  She was addicted to narcotics.  Cocaine was her drug of choice, but I know that she was also fond of pills, alcohol, and pot.

4.      When I was around two years old, after my mother's husband Lee's death, my mother spiraled into a deep and debilitating depression.  She stopped eating, she stopped bathing, and she stopped taking care of her children.  Before Lee's death, my mother was a drug user, but, as I understand it, was still an affectionate and somewhat-functioning parent.  After Lee's death she became completely neglectful.  My grandfather came by the house daily to change our diapers and feed us.  He forced my mother to take

Page 1 of 13


Initials

showers and to eat. She could not take care of herself, much less her children. Eventually, my grandmother, Virginia, called Child Protective Services. My grandfather, Henry Worsham, took my brother Joshua in. My brother Garrett and I went into foster care. Shortly thereafter, Garrett went to live with his biological father, and my mother's sister Donna and her husband, Alejo adopted me.

5.     I did not know that I was adopted until I was twelve or thirteen years old. Donna and Alejo never told me. When I finally did find out that I had been adopted, it was through Wendi. I guess she thought I had the right to know. I was in the car with her at the time – I believe on the way to a lake. I was upset – I had been doing poorly in school and I had been fighting with Alejo a lot. I think that Donna told Wendi to take me with her because of this. We had a really long conversation about things that had been bothering me, and I remember I felt at the time that Wendi was taking Donna and Alejo's side. She told me that they had the best intentions at heart and that they were trying to do good for me. At some point over the course of that conversation, she told me that I was adopted.

6.     Prior to this, Donna and Alejo had led me to believe that they were my biological parents and that Kathie was my aunt, not my mother. They never gave me the cards my mother sent to me and they discouraged her from visiting. After I discovered that Kathie was my mother, I found six years worth of birthday and holiday cards from her in Donna's filing cabinet.

Page 2 of 13

Initials

7.     While I lived with my aunt and uncle, I attended school at the Christian Academy run by Harvest Family Church.   Harvest was accredited through ACE academies, an independent curriculum for Christian education.  Tom King was the head pastor and the boss of the church and school.  Alejo was a junior pastor at the church.  He did not have any credentials; he just helped out around the school in whatever way was needed.

8.     Most days, we had to be at school at eight in the morning.  On Wednesdays, we had to be at school by five am.  On Wednesday mornings, we prayed in tongues for an hour.  Wednesdays were also fasting days, and we did not drink or eat anything.  Even water was discouraged.

9.     Tom King and the other individuals who worked at the school believed very strongly in corporal punishment.  It seemed like I got beaten for everything I did.  When students violated one of the many rules at the school, we were swatted with a paddle.  For example, I got swatted for incomplete work, for lying, and for talking out of turn.  Tom King, Alejo or other adults at the church such as Patricia King, Tom King's wife administered the punishments. In addition to this more structured form of abuse, Tom King had a temper.  On one occasion I was angry with Tom King and mouthed off to him.  His temper flared and he punched me in the face.  When Alejo said something to him about it, he responded with something like, "If the Devil was not in your son, you would not have this problem."  On another occasion, I was participating in the annual

Page 3 of 13

*BO*
Initials

trash pick-up. I remember that I was in the back of a truck, and I made some kind of smart-ass comment. Tom said to me, "You need to repent for that." And I told him, "God can kiss my ass." Tom stomped on my foot, and held it there, then grabbed me by the throat and held me at a tilt.

10.     Tom King humiliated kids. He made a public scene, right out in front of everyone. When I was very young, I had a crush on a little girl at the school named Priscilla. Her parents were poor and they lived in the blue cottage on the Church property. One day, during recess, when Priscilla was about five or six years old, she had an accident in her pants and she tried to hide in the bathroom. Tom King's wife, Patricia, found her and brought her out. It was the end of recess so we all had to line up to go back into the classroom. While we were lined up, Tom King called Priscilla out in front of all the other kids and asked her if she pissed herself. Priscilla turned beet red. She tried telling him that it was pickle juice, but Tom kept at her. He would not drop it. She told him that she would go home and change but he would not leave it alone. He held her there until she admitted in front of everyone that she had pissed her pants.

11.     When I was about thirteen years old, Donna and Alejo pulled me out of school at Tom King's suggestion. They made me their "labor mule." Every day, instead of attending class, I did manual labor on the school and church grounds. I had to maintain the track and clean the grounds. I usually worked longer than school hours – I was often there until eight or nine pm. I pulled weeds with hoes or my hands. I watered the

Page 4 of 13

Initials

vegetation around the complex. I was basically the maintenance guy. Every day Alejo gave me a list of stuff to do and if I did not finish it, I was swatted. Sometimes I was sent to bed without dinner, and sometimes I was sent to bed right after dinner. Every once in a while I said, "Fuck this, it's too hot, I'm not working anymore." It was so humiliating. All the other kids saw me out there but I was not allowed to talk to them. If I was caught talking to them when they were out for recess or on one of their breaks, I was sent home and spanked. Tom and Alejo occasionally pulled up alongside me in a truck and I told them that I was hungry. They did not give me food or let me eat. Instead they said things like, "You can eat in two hours." If I had to go to the bathroom, the church secretary, Lola Archuleta, walked with me there.

12.    Donna and Alejo were very religious and heavily influenced by Tom King and by the teachings of the church. They were fanatical. They tried to keep me isolated and attempted to avoid any potential for "secular influence" on my life. As a child in their household, I was not permitted to watch television. If I was lucky and had finished my homework, I could watch the evening news with them while we had dinner. I was not allowed to engage in any social interaction outside the church. They tried to keep me in the dark about drugs and sex, and other "evils" of the so-called secular world. On one occasion, Alejo took all of my toys and put them in trash bags and threw them in the backyard. As far as I know, neither Donna nor Alejo was particularly religious before they

Page 5 of 13

Initials

met. I think they did it to each other. Each of them was looking for a purpose and the church was an easy thing for them to fall into.

13.     In addition to the extreme isolation I experienced at school and in the household, I was subject to beatings at home. The beatings started when I was about eleven years old. At the time, Donna and Alejo got up every day around five-thirty in the morning. They woke me around six-fifteen, and Donna left for work shortly thereafter. By the time I was out of the shower at six-thirty, Donna and Alejo were gone. Alejo was working at the church at the time, and he left to get an early start and came back to the house to pick me up around seven-thirty or eight. I was starting to catch on to the fact that I was alone for an hour and a half every morning, and so I started watching cartoons during that time. One day, I was watching television and heard Alejo arrive. I panicked and jumped up and turned off the television. Alejo had already heard the TV, and asked me if I was watching it. I tried to deny it, so he punched me in the face.

14.     After that incident, beatings became more and more common. I think, in part, this was because I became more and more defiant. I started doing things that I knew would make Alejo angry, just to spite him. For example, after Alejo caught me watching television that morning, I was angry about the confrontation. About a week later, I got up in the middle of the night, went to the living room, and turned the television on. I knew that Alejo would hear it and I wanted him to. He came out to the living room and beat me.

Page 6 of 13

Initials

15.     There was about a three-month span where things got really bad between me and Alejo and he hit me very often. The school encouraged parents to swat with a wooden paddle, and as I got older, when Alejo tried to swat me, I laughed at him. He said that there was no point, that I was defiant, and that there was no reasoning with me. Alejo hit me so hard and so often that I ached for days. Tom King preached that if we did not cry from a paddling, they had not broken us. Sometimes Tom or Alejo hit me and hit me until I would ache for days. I refused to cry, which just made Alejo and Tom and the others hit me harder and more often.

16.     Alejo also hit me with a long, wooden paddle that the Church recommended. I had welts and bruises after a paddling. I think that church members either made their own paddles or purchased them from a Christian bookstore -- some establishment in Casa Grande. The paddles had scriptures on them such as "Spare the rod, spoil the child." There was one time where I did not cry after receiving several swattings. Tom King told Alejo, in front of me, to drill holes in the paddle to make it hurt more. I think they wanted to break me. And Tom King was right—those holes made the paddle hurt more.

17.     It was around this time that Wendi told me that Kathie was my biological mother. She even brought me to Tucson to see Kathie. I was angry when I found out, angry that I had been fed so many deceptions. I think that Donna and Alejo began to realize that they had made a mistake. All of the lies they had fed me were beginning to fall apart.

Page 7 of 13

Initials

18.     During this same time, when I was twelve or thirteen, I received one of the worst beatings I ever got from Alejo. Alejo was into photography and had a cabinet where he kept his photography stuff. I was snooping in that cabinet one day when I came across six sheets of proofs of pictures that Alejo had taken of Wendi and my cousin Barbara Mitchell in lingerie. The pictures were taken in the desert and Wendi and my cousin were wearing Victoria's secret type stuff—the kind of stuff you would wear on your honeymoon. The pictures really disturbed me—why was Alejo taking pictures of his daughter and niece—my sister and cousin—wearing sexy lingerie? I did not want anyone to have pictures of my sister like that, so I took the pictures and hid them under my bed. Donna found them and told Alejo. Donna slapped me across the face and Alejo beat me. The beating was more severe then usual. I was all bruised and bloody. After that, Donna and Alejo started searching my room every day.

19.     When I was twelve or thirteen years old, I began contemplating suicide. I felt I had to either find another life, or stop living.

20.     Around that same time, I started to help Wendi take care of her son Nicholas. I lived with Wendi and her husband, Joe, for approximately two years on and off. I went back and forth between the home of Wendi and Joe and the home of Donna and Alejo. It was about a week to day ratio. I stayed at Wendi and Joe's for a week, and then at Donna and Alejo's for a day. Joe was working at the time, and Wendi had an online job. I do not know exactly what her job was, but I think it was in customer service

Page 8 of 13


Initials

because she was on the phone a lot. Nicholas was four or five months old when I first started spending extended periods of time at Wendi and Joe's. Staying at Wendi and Joe's had its advantages for me and for Wendi and Joe. I watched Nicholas so that Wendi was freed up to work, and, in exchange, I had freedom to do things I was not permitted to do at home.

21.     Wendi and Joe were my escape from the church and from my life with Donna and Alejo. They were laid back and very honest with me. I think Wendi went through something similar to what I did when she first left her parents house. She was completely unprepared for life outside the church. I think that she was fascinated with Joe for this reason. He represented something different. For Wendi, Joe was her life outside the church.

22.     Wendi and Joe had great days when any observer could swear they would be together forever. They also had bad days when they screamed at each other. Looking back now, all in all, I would say that before Joe got sick, they had a relatively normal relationship.

23.     When Joe got sick, he tried to find a way around it. He tried everything. He tried religion, herbalists, and health spas. Nothing worked and his condition got worse. He became increasingly disappointed and he was irritable and depressed.

24.     I loved Joe. He was the closest thing I had to a brother at that time. But after he got sick, he became abusive towards Wendi. He had trouble controlling his

Page 9 of 13

Initials

temper and was prone to violent displays. He did anything to get his way and this often involved emotional and physical abuse. When he lost his temper, he had trouble regaining his composure. We thought that there were certain frustrations to be expected with Joe's worsening condition, and so we turned a blind eye. Some doctors said that Joe's increased moodiness was due to the medications he was on, and some said that it was simply the psychological impact of being sick. Whatever it was, it changed Joe. In the time that I lived with them, I saw Joe hit Wendi on at least five or six occasions. Despite this recurrent abuse, Wendi never wanted to leave him. She always made excuses for him and stood firmly behind him.

25.     On one occasion, Joe and Wendi were arguing in the back room. I do not remember what they were arguing about, but I remember seeing Joe hit Wendi hard in the face with a closed fist.

26.     Joe had a nice boat that he loved. One time, Joe, Wendi, and I were on his boat and I was driving. I crashed his boat and Joe got very angry. He took a swing at me with a boat ore. Wendi stepped in to stop him and he slapped her across the face, hard. She cried but did not retaliate.

27.     Joe also liked to drink – that was his vice. I saw him drinking all the time. When I was out with Joe and Wendi, Joe hit on other girls and said rude things to Wendi in public. I felt that he treated Wendi as his property, not as his wife. Wendi was always

Page 10 of 13

Initials

submissive and did what she could to end the fight. I remember Joe pushing her, grabbing her by the arm, that kind of thing. He always wanted Wendi by his side, or at his hip.

28.    One night, when I was staying with Wendi and Joe, Wendi got a little bit drunk. She was crying, and she said to me, "If you only knew what kind of person Alejo really was, someday you'll understand who he is." I remember being confused, and I said to her, "Well, he can't be that bad or Donna would not stay with him," and Wendi responded, "Mom lets Dad do what he wants." She did not say anything else about it because Joe interrupted and told Wendi to go to bed. Wendi's comment was pretty vague, but it stuck with me. I cannot forget the look on Wendi's face when she said that—it haunts me to this day. She looked heartbroken.

29.    When I was fourteen years old, I left Donna and Alejo's home to live with my biological mother in Tucson. About a year later, I got a call from Donna and Alejo. They told me that I needed to come to Phoenix, that it was an emergency. At first I refused. I did not want anything to do with them. But then they told me that Wendi was in trouble, and I felt I had to come.

30.    I learned that Joe was dead and Wendi was arrested. Shortly after I found out what happened, I got into a fight at school. Some kids were teasing me and throwing rocks at me, and I hit one of them with a hockey stick. I do not remember being in the fight. I essentially blacked out while it was occurring. After the fight, I knew what had happened, but I could not remember actually hitting the kid. I was sent to therapy—it was

Page 11 of 13

Initials

supposed to be for a year, but I did not want to talk to the counselor. I did not feel like he was helping me. I ended up doing community service instead of going back to therapy.

31.    Recently a similar thing happened to me. I was out with friends and someone said something offensive to me about Wendi and what happened to Joe. I ended up in a pretty bad fight with the person but I do not remember it actually happening. It was like the incident with the hockey stick—I sort of blacked out during the actual fight. I ended up in jail for the night because of the fight but I was not formally charged.

32.    Shortly after Joe's death and Wendi's arrest, Donna came down to Tucson to visit with my mother. Kathie and Donna appeared to be high on marijuana. I laughed and said to Kathie's husband, Arturo, that they were stoned. Arturo said that they were stoned, because Donna was having a hard time.

33.    I took Wendi's arrest very hard. I felt that it was my fault, because it happened so soon after I left. I thought that if I had stayed, maybe I could have done something, or that maybe it would not have happened. You tell yourself all kinds of things in situations like that.

34.    I testified at Wendi's trial. I was not coached by anyone—the truth is the truth, and I told the truth as I saw it. I waited outside the courtroom for four days straight, waiting to be called. I was not allowed to hear anyone else's testimony. No one prepared me for my testimony and Wendi's trial lawyers did not spend much time interviewing me.

Page 12 of 13

Initials

35.    Donna was the closest thing to a mother that I ever had.  My father did not take responsibility for me, and my mother struggled with addiction.  Donna took me in when I had no one else.  While I do feel that way about Donna, Alejo was never a father to me.  At least I never thought of him that way.  Today, I am courteous and cordial with them when I do see them, but I do not seek them out.

36.    Wendi was really the only person who had my best interests at heart.  With Wendi, all she wanted was to make sure I was okay.  It was never about her.  She never had an ulterior motive like the rest of them.  She wanted to provide for me in whatever way she could without thinking about herself at all.  I miss her and wish I still had her around.

I have read the foregoing declaration consisting of thirteen (13) pages and thirty-six (36) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct.

Signed this _26_ day of May 2011 at _Pima County_, _Az_.

Brandon Ochoa

Page 13 of 13

Initials

# HEARING EXHIBIT 27
# FILED UNDER SEAL

**P-App. 002726-2887**

# HEARING EXHIBIT 28
# FILED UNDER SEAL

**P-App. 002888-2932**

# HEARING EXHIBIT 29

# FILED UNDER SEAL

**P-App. 002933-2936**

## DRAFT DECLARATION OF DEBLEN OKE

I, Deblen Oke, declare as follows:

1.    I was born Bonita "Bonnie" McGuffee in Colorado on November 9, 1951 to Thelma "Faye" Snell and Kelsey McGuffee. My family moved to Tucson, Arizona when I was four years old. I have four siblings: Leon, who is _4_ years older than me, Alice, who is _3_ years older than me, Charlotte, who is _2_ years older than me, and Debbie, who is _4_ years younger than me, and one half-sibling, Wade, who is _14_ years younger than me. My biological father was killed in a mining accident when I was eight or nine years old. When I was ten, my mother remarried to Buck Robertson, who is the paternal uncle of Wendi Andriano. My mother and Buck had one child together, Wade. Wendi's father, who we called "Skipper," or "Skip," lived in our house off and on from the time I was ten until I was fourteen or fifteen years old. I changed my name to Deblen when I was _16_ years old because of what happened to me as a child. My stepfather, his father, and all of his brothers, including Skipper, his youngest brother,    REDACTED time I was ten until I moved out of my mother's house at the age of eighteen.

2.    I spent the first nine years of my life in and out of the hospital with rheumatic fever. I was very shy and withdrawn and was afraid of my own shadow. I can't remember ever feeling safe as a child. I didn't start talking until I was five years old. It was around that time that my little sister, Debbie, started trying to talk. At that time, Debbie would be just a year old or so. I think I started talking so I could talk to her.

Page 1 of 7

Initials

DO

I never talked much to anyone else. She was always been the "older sister," even though she's four years younger than me.

3.   In 1960 my father was killed in a mining accident. About a year later, my mom married Buck. Buck moved into our house with us. He was a truck driver. Right after my mom and Buck got married, they went on the road for six weeks. As soon as they got back.   REDACTED   I was ten years old. The REDACTED continued for the next eight years, until I got out of the house.

Berl Boxle   Thomas   Shelby Wayne

4.   Buck had five brothers: Glen, AV, Bud, Jerry Don and Skip, Wendi's biological father. On a regular basis, one of the brothers or Buck's father stayed at our house. Skipper was a teenager at the time, and he came around quite often. Sometimes both Skipper and his father stayed with us. Skipper was about the same age as my brother Leon, maybe a year younger, so he was three or four years older than me. It was a revolving door, and it seemed like one of the Robertsons was always around. They stayed for three, four, six months at a time. My brother Leon was gone a lot, so sometimes Bud, Skipper or Jerry Don stayed in Leon's room, and sometimes they stayed in the living room. At one point, Buck's father got an apartment about a block away from our house. The Robertsons were always around.

5.   Buck was a monster. He used to call me into his bedroom. He told me to get him some tea or bring him something. When I went back into the room.   REDACTED
REDACTED I often wish I was as smart then as I am now, I would have brought a camera with me and taken a picture so I'd have had the proof. Buck walked around the house naked

Page 2 of 7

DO
Initials

when my mother was at work.  He cut the pockets out of his pants to play with himself.

There is one occasion in particular that sticks out for me              REDACTED

REDACTED

6.      There were four bedrooms at my mother's house.  I shared a room with my

sister Debbie.  Charlotte and Alice shared another room, and Leon had his own room.  It

seemed that every night                    REDACTED                              Sometimes

they            REDACTED              in there.   But I was tiny, so I could be moved, and so

REDACTED

Debbie was in

the same room as me and she knew what was happening, but we never shared anything

with each other.  To this day, we haven't really spoken about it.              REDACTED

REDACTED

REDACTED

7.      Buck was a truck driver so he was on the road a lot.  Every time he came

home he and my mom fought for a good day about other women my mom suspected him

of seeing.  There was another woman back East that my mom found about one time.  I

guess Buck had a whole other life going on back there.

8.      The Robertsons were big drinkers and they were often drunk.  They usually

drank beer.  They went drinking which they called, "Honky-Tonking."  In that family,

turning fifteen meant you finally got to go Honky-Tonking.  When I turned fifteen, I did

not want to go, and I was punished for it.  The way I felt I was usually punished was that

my mom or Buck made me go on a hunting trip with Buck or Jerry Don.  The hunting

Page 3 of 7


Initials

trips typically lasted a weekend and                    REDACTED                    My mom

pretends like she did not know what was going on, but I don't believe that she did not

know.

9.      When I was thirteen or fourteen years old, my mom and Jerry Don bought

me a package of see-through underwear for Christmas. The underwear had the days of

the week on them, one pair for each day. They thought that was real funny.

10.     When my sister, Charlotte, was about sixteen years old, Buck just about

beat her to death. She was an extremely emotional girl, and she wanted more freedom.

Buck and my mother always said that as long as we were under their roof or until we

were paying rent that we were to do things their way. One day Charlotte slapped some

money down on the table and said something like, "There's my rent." My mom would

tell you that Charlotte hit her first, but I was there and I saw it. My mom slapped

Charlotte and Charlotte hit her back. Buck and my mom both went to town on her. The

fight started in the living room, but Buck drug Charlotte by her hair down the hall and

into the bedroom. Debbie and I hid under the bed crying and saw the whole thing. I was

terrified. I thought Buck might kill her, and I was also scared he would turn it on me and

beat me too. Buck hit ~~Debbie~~ *Charlotte* with his fists to where you could not recognize her face

any longer. When he finally left the room, Charlotte escaped out the window. Her

boyfriend took her to the hospital and someone came by my school the next day to

interview me about it. I think it was a detective of some sort. Charlotte was removed

from the home and sent to live with some other family. My mom has always maintained

Page 4 of 7

Initials

that Charlotte hurt herself climbing out the window.  My understanding is that when Charlotte was removed, the judge decided that she needed to be in a "stricter" home, that she was a rebellious kid.

11.     Buck told me and my siblings that he would kill the next one of us to do something like what Charlotte did.  I was about fourteen years old when Charlotte left.  I used to sneak out to go see her once in a while.  Charlotte never recovered from what happened to her.  She had a rough adult life.        REDACTED        big time and she was married five times.  She died about five years ago of a heart attack and stroke.

12.     I did my best to lay low in that house, so I was never punished in the same way Charlotte was.  I was so afraid of everything.  I frequently got grounded for weeks at a time.  I could not do anything right in my mom and Buck's eyes.  Most of the time, when I got in trouble, it felt like I then had to go somewhere with one of the Robertson's. I had to go on hunting trips with Buck or Jerry Don, or on some other errand.  In reality,
REDACTED

13.     Wendi's mother, Donna, was best-friends with my older sister Alice when we were growing up.  She reminded me of Goldie Hawn from the Laugh-In days.  She was ditzy, funny, outgoing.  Everyone loved her.  She was at our house a lot.  When it was announced that Skip and Donna were getting married, I thought to myself, "Are you kidding me?"  To the outside world, they were charmers, the Robertsons.  After Skip married Donna, I did not see him anymore.

Page 5 of 7

$\mathcal{D}\mathcal{C}$
Initials

14. In July of 1970, when I was 18 years old, Buck and my mom told me they REDACTED I was very screwed up. REDACTED like Charlotte, and I was down to ninety pounds. I'm 5'4" so I was very skinny. After Buck and my mom told me REDACTED they left for the day to go up to Phoenix. I called my boyfriend and told him I needed to get out of there. I went and stayed with a friend and my boyfriend and I got married three weeks later.

15. In June of 1977, right after I had my son, I was having a lot of problems. I was having flashbacks and night sweats. I went to a facility in San Jose called "Parents United" for three weeks. My counselor there told me I should confront my mom about REDACTED so I called her and talked to her about it a little on the phone. After our telephone conversation, I went by the house to further speak with my mom, and all she had to say was that it was all just "part of life." I asked her why it had to be that way and she threw me out of the house. I did not talk to my mom or Buck for twenty-nine years.

16. My brother, Leon, went on fishing trips with the Robertson brothers. He told me that they were always bragging about young girls that they were messing around with. He did not know at the time that REDACTED but we pieced it together in conversations we had later on.

17. The only consistently good thing about my childhood was my little sister Debbie. After I left the house, Debbie lasted for about a year- until she was about fifteen or sixteen. She got pregnant and moved out of the house. Eventually she moved out of state. We were apart for nine years before I saw her again.

Page 6 of 7

$\mathcal{D}\partial$
Initials

18.    My first husband turned out to be just as much of a monster as Buck and the rest of the Robertsons. I am on disability and I cannot hold a steady job.

19.    In the early 1990's, Skipper and Bud went to prison for molesting a thirteen-year-old girl. When Bud got out of prison, he was not supposed to be around kids, but my mom let him stay at her house even though she had little kids around.

20.    I never met Wendi, but I heard about what happened, and that she is now on death row. I would do anything I could to help Wendi because I know personally that being a child around Skip and the Robertson's can really affect you in your adult life.

21.    Until now, no one has contacted me about Wendi or the Robertson family. If they had, I would have told them what I have said in this declaration. I would have answered whatever questions were asked of me. If I had been asked to testify on Wendi's behalf and to what I have said in this declaration, I would have done so.

I have read the foregoing declaration consisting of seven (7) pages and twenty-one (21) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this 22 day of ___April___ 2011 at Pima County, Arizona.

Deblen Oke

Page 7 of 7

Initials

# DECLARATION OF GIA PALICKI

I, Gia Palicki, declare as follows:

1.      I was born on May 15, 1963, in Chicago, Illinois.  I moved to Arizona in 1997

or 1998.  I have four children: Anthony, Ashley, Abby and Jesse.  I was the nanny for Joe

and Wendi Andriano's two children, Nicholas and Ashlee, beginning in the summer or fall

of 1999 until the time of Joe's death and Wendi's arrest.  I first met Joe Andriano sometime

in the late summer or early fall when he interviewed me about my services as a nanny, and I

met Wendi a few weeks later.  I cared for Nicholas and Ashlee almost every day for ~~about~~ a over year

year, and developed a close friendship with both Wendi and Joe.  My daughters were like

big sisters to Wendi and Joe's kids.

2.      When I met Joe, I was running a daycare service with my friend, Kim Payne.

Joe came to interview us at Kim's house.  It was an in-home daycare service, meaning that

we watched other people's kids at our homes.  When I first started watching Nicholas and

Ashlee they spent most of the day at Kim's house, where I worked, and then I took them

home with me.  Pretty soon after they started at daycare, they became the only two kids I

provided nanny services for and they spent the whole day at my house.  Wendi + Joe payed me extra to have them my only kids.

3.      At the time we met, Joe claimed that he had a glass business, where he

replaced windows or windshields or something like that.  That was the last I heard about it.

While I was a nanny for Joe and Wendi, Joe never operated a business or worked at a job.

Wendi was always the one working and paying me.  She was generous and also occasionally

Page 1 of 8

Initials

paid me extra just to help me out. Wendi and Joe told me that Joe's job was the kids, and

Wendi's job was work, but really Joe spent his time doing whatever he wanted. Wendi was

responsible for taking care of all the bills as long as Joe made sure that the children were

dropped off for daycare. He loved to go boating, and that's what he spent most of his time

doing. Wendi encouraged that hobby, and she was glad to have me care for her children so

that Joe was free to go have fun. This arrangement was mutually agreed

between Wendi & Joe. This was how their family worked.

4.     As I said, I met Joe first, and then met Wendi within a few weeks after that.

Because Wendi was working, it worked out better for Joe to pick the kids up. Nicholas and

Ashlee became like part of my family, and my two daughters, Abby and Ashley, loved them.

I became fast, close friends with Wendi and Joe. Over time, I got to know Wendi and Joe's

extended families as well. I cared greatly for Joe as well as Wendi & especially

the kids.

5.     Wendi's biggest concern after I met her in 1999 and during the time that I

watched her kids was that she wanted Joe to enjoy the time he had left. Wendi came to me

several times, crying, because she did not have enough money to take care of Joe the way

she wanted to. She wanted to provide him with everything he wanted in the little bit of time

he had left. Wendi was always concerned with Joe's comfort and she obsessed about taking

care of him. She went out of her way to make sure he got whatever he wanted. When Joe

was not well enough to go to the lake or go out to have fun, she went out of her way to find

his favorite foods. One of her greatest fears was that Joe would not be

around to have the opportunity to enjoy the malpractice settlement money.

6.     Wendi and Joe's relationship was such that Joe could do whatever he wanted

as long as he dropped the kids off at the babysitter, which at that time was me. Otherwise,

Page 2 of 8

Initials

P-App. 002945

he was always boating and having fun. I never heard anything else about the glass business after our initial meeting. He was always at the lake, never working. And Wendi didn't mind. She wanted Joe to enjoy himself and to do what he wanted. She did not care about Joe going boating until his friend was killed in a boating accident, and then she cared only because she was concerned for Joe's safety. This really scared her *self*.

7.     Wendi was also constantly buying the kids everything they wanted. She went to Toys R Us and bought everything on the list.

8.     Wendi and Joe were very open with me about Joe's illness almost from the start, and as I became close friends with them, they confided things in me. I knew that Joe was trying to obtain a life insurance policy. Both Wendi and Joe talked to me about it. That was really soon after we met, because they told me about looking for life insurance and about a malpractice lawsuit when they first told me that Joe was sick with cancer. One of Joe's biggest concerns was that he might die before he obtained life insurance or the malpractice suit went through. He wanted all of that taken care of before he passed. Joe and Wendi were trying to get a life insurance policy and they told me they were running into difficulties because of Joe's cancer. Joes concern was that Wendi & the kids would not be financially set after he was gone. *CW*

9.     I was very close to Joe and Wendi for the year that I knew them. We knew each other well enough and trusted each other enough that when Joe's sister, Jana, came in to town, she gave me her kids to watch without ever meeting me.

10.     I did not know that much about Wendi's childhood, just that she was a small-town girl and that she was close to her mom and step-dad. Wendi and Joe told me that they

Page 3 of 8

Initials

met in Casa Grande. Joe was a big, hot cowboy, and Wendi was a naïve young country girl who was swept off her feet. It was a cute story. When Wendi met Joe, he became her life. It was not until she moved up here to the Phoenix area, and started working at San Riva, that she developed a social life of her own, apart from Joe and his friends.

11.   Wendi and Joe had a very structured romantic life and a very strict routine. Every Saturday night, they put the kids to bed, took a bath together with candles and did their thing. It was so regimented and controlled. Wendi told me that she wanted her relationship with Joe to be more affectionate and intimate. She told me that Joe refused to kiss her at all. "Joe was her Destfriend" she told me numerous times.

12.   On one occasion, Joe wanted a particular kind of soup, and Wendi called around to all the different restaurants to find it. She seemed so distressed, almost in a panic. I thought to myself, "just get the guy some canned soup." But Wendi was so intent on making things perfect for Joe. If she wasn't calling around looking for Joe's favorite foods, Wendi cooked tried to for him every night. or they would order out. During this time, Wendi came over to my house and she cried over two things. She cried because she thought that Joe was not going to be able to enjoy himself in his final days because they did not have any money. And she cried because she wondered how she would go on when he died. She was not prepared to deal with Joe's death. When he was sick from treatments Wendi took fridays off so her & Joe could spend the day together, usually at the movies like he wanted.

13.   I loved Joe very much, but he was very jealous, very controlling, and very obsessed. "Obsessed" is a good word to describe both of them. While Wendi was so afraid of being without Joe, so obsessed with taking the best care of him while he was dying, and

Page 4 of 8

Initials

worried about him leaving her when he passed. Joe was so obsessed with their relationship and what Wendi was doing day to day, moment to moment. He needed to know where she was at all times, all hours of the day. If she was five minutes late getting home, he called around looking for her. If she was five minutes late picking the kids up from my house, he called me wanting to know where she was. This was not something I noticed right away, but it definitely started happening within the first six months of our friendship. *He would even come over to see how long it was when she picked up the kids.*

14.    Joe wanted his life to be over, and Wendi never wanted Joe to die. He hated the chemotherapy treatments and he did not want to go. Wendi had to argue with him to convince him to get treatment. He just wanted his discomfort and suffering to be over with and he was aggravated about even having to go through it at all. He didn't want to be sick anymore, and he hated going to chemotherapy and having to fight to get better.

15.    Wendi told me that sometimes Joe got angry. She told me that he grabbed her and that he broke things. Joe also talked to me about his temper, and they both blamed it on the medication.

16.    I went boating with Wendi and Joe and Joe's friends one time. Everyone made fun of Wendi because she couldn't keep up with the drinking and she frequently fell asleep early. We joked that Wendi fell asleep "by 6:00 pm." Everyone teased her about it.

17.    Joe went boating a lot, and he used nitrous to make the boats go faster than anything else on the lake. When Joe's friend crashed his boat and died during a race, Wendi helped put the funeral together – she ordered the food and made the calls. Joe was at the lake that day, and was supposed to be in that race, but he wasn't feeling well enough. This

*I asked Wendi why she didn't go boating more often because we had so much fun & she told me she did the boating thing for Ten years, she was tired of it. Which was partly their arrangement worked.*

Initials

really got to Wendi. She wanted Joe to stop boating. It really upset her and freaked her out. She was really worried about Joe's safety but Joe did not take it seriously, even though Joe was the one who saw his friend crash and die. His biggest concern was that Wendi help handle all the funeral arrangements for his friend.

18.    When I met Joe, he was a free spirit, but towards the end he was not that way anymore. His attitude completely changed. Joe changed drastically over the year that I knew him. In the beginning, things were so different. He was all about the kids, having fun, and being happy. As the illness progressed, Wendi became the sole caregiver for the children. She also was the only one working. It got so that Joe was always pissed off, and he was hardly ever at home. Eventually he was almost never around at all and I hardly saw him anymore. I even started picking the kids up in the morning instead of Joe dropping them off if Wendi couldn't.

19.    Later, towards the end of Joe's life, Wendi confided in me that she went out and met a guy. She said that she met him at a bar, and she told me that she just liked to kiss, and that the guy kissed her, while Joe did not.

20.    Wendi told me that the guy that she was seeing while married to Joe came to her house one time. He called her from the parking lot outside the house and he wanted to see her. I think it stressed her out a little bit because she was at home with her family. She did not really like that. She told me that if Joe asked her about her relationship with the other man, she would have told him. I know she wanted to talk to him about it and she did not want to lie to him, she just had trouble knowing how to bring it up.

Page 6 of 8

Initials

21.    If it is true that Wendi had an affair, I can understand that.  She was afraid to

be alone.  She did not know anyone different than Joe, and towards the end he was not very

affectionate with her, which is about all she would have asked for from him.  He was dying,

and later on he was always angry even though she was doing everything she could to make

his remaining time as comfortable and happy as possible.   She was young, and her

relationship with Joe was cold physically.  If she had an affair, it was not because she did not

love Joe.

22.    When I heard about Joe's death, I could not believe it.  I knew it had to be a

*When I found out there was an incident (I called looking for kids) my first*

mistake.  My first opinion of the whole thing, my first thought was, "What the hell did Joe   *Was*

*thought was the Joe hurt Wendi.* ~~was seen~~ ~~some person~~ *when I found out*

do that caused Wendi to do this?"  I knew there was some part of the story missing.

*Joe was dead - - -*

23.    I recall hearing someone say that the food in the apartment was laced with

poison.  I find this shocking.  I ate the food there and Wendi and Joe's kids ate the food

there.  I cannot believe that Wendi and Joe would put the kids' lives at risk.  Everything

definitely makes more sense to me when I think that Wendi and Joe were in on it together

and that Joe took the poison to end his life with Wendi's help.  *My children also ate +*

*played there, they would not put my children at stake especially abbi who is*

24.    Wendi and I wrote to each other a couple of times while she was in jail after   *also ill.*

Joe's death.  This was before Joe's sister, Jeanea, took custody of Nicholas and Ashlee, and I

still thought I was going to be allowed in their lives.  Wendi asked me to please take care of

her kids, and she told me that she appreciated that I had written to her and that she wished

she could talk to me in detail about everything that had happened, but she couldn't.  I still

wish she had called me that night.  Just before Joe's death, my daughter, Abby, had been

Initials

sick. She was in the hospital leading up to the time of Joe's death, and Wendi did not

communicate with me much in the days before his death because she had told me that she

did not want to trouble me while my daughter was ill.

25.    At the trial, the attorneys were asking Jana about a time when Jana came to

town. According to Jana, Wendi went out, and did not care what anyone had to say about

it. She supposedly did not invite Jana or Joe. I was there at that incident, however, and

Wendi actually did invite Jana out, but Jana did not want to go. Wendi's attorneys did not

*I was also invited. I think it was for her birthday.*

seem to care much about these kinds of details. I asked them Jana could just lie in her

testimony and get away with it. Wendi's attorneys just told me that no one cared, that the

jury didn't care.

26.    I was not prepared when I testified at Wendi's trial and Wendi's trial attorneys

never properly interviewed me. In fact, at the time I testified I was under the impression

that I was testifying at a custody hearing, not a criminal trial. I was mostly asked about the

relationships Wendi and Joe had with their children. If I had been asked about the things I

have said in this declaration then, I would have said what I have said here. If I had been

asked to testify to what I have said here, I would have done so.

I have read the foregoing declaration consisting of eight (8) pages and twenty-six (26)
paragraphs and it has been read to me. I declare under penalty of perjury under the laws of
the state of Arizona and the United States of America that it is true and correct.
Signed this 29 day of _May_ 2011 at Maricopa County, Arizona.

_____
Gia Palicki

Page 8 of 8

_____
Initials

## DECLARATION OF SHELBY WAYNE "SKIP" ROBERTSON

I, Shelby "Skip" Wayne Robertson, declare as follows:

1.     I am the biological father of Wendi Andriano.  Most people know me as
"Skip."  I last saw Wendi when she was a just a little girl, about five or six years old.  Until
I was told in 2009 that she is on death row, I had no knowledge of her whereabouts or
what happened to her.  At the time I learned about her conviction and sentence to death,
I was in the Arizona State Prison at the Winchester Unit in Tucson, Arizona, serving time
for child molestation.  I was devastated by the news.  I could not believe it.  It hurt to the
core.

2.     I found it unbelievable that I was never told about Wendi's arrest and
charges.  I was not hard to find as I was in prison.  I believe I could have helped and
know I would have helped in whatever way was asked of me.

3.     I met Donna Worsham, Wendi's mother, when I was a teenager living with
my brother, Burl Boyd "Buck" Robertson, in Tucson, Arizona.  I was thirteen years old
and in the 9th grade at Flowing Wells High School.  Donna was younger than me.  She
was friends with one of my brother's four stepdaughters, Alice.  I remember that Leon,
Buck's stepson, teased Donna because she was so skinny.  We called her "Olive Oyl" and
said things like, "Stick your tongue out so we can see you."

4.     I was born on April 11, 1948 in Fort Stockton, Texas on the Red Ink Farm,
to Flora Pearl Harrison and Boyd Gravely "BG" Robertson.  I was the youngest of eight

Page 1 of 26

*L. R.*
Initials

children born to my parents. In birth order, my siblings are: Eva Jane "Janey," born in about 1928 or 1929; Burl Boyd, "Buck," born in 1932; Glen Franklin, born in 1935; Jerry Don, born in 1939; AV, born in 1942; Myrna Louise, born in 1943; Tommie Lee "Bud," born in 1945; and myself, Shelby Wayne "Skip." For a time, my sister Janey's daughter, Susie, lived with us because her stepfather, Roy, was very abusive.

5.      My family was, and many still are, all country folk. We are originally from the area around Pecos County. We later moved to the area around San Angelo, Texas when I was about four years old. When my family stopped farming, many of the men in my family became truckers, driving big rig tractor-trailers, either locally or all across the United States. The little bit of family still back in Texas live in the San Angelo area. Growing up, I lived in San Angelo until I completed the 5th grade. By the time I was in 6th grade, we moved to Chandler, Arizona.

6.      My momma died of a stroke on December 26, 1961 when I was twelve years old. I was there with her on Christmas night at about eleven o'clock when she had the stroke. She was taken to the hospital and died at about three in the morning. It was a hard time for me. I was booted around a lot and felt very alone for quite a while. My oldest brothers and sisters were out of the house by then and it was just me, Tommie and Myrna at home. Just before I was to end 8th grade, my dad moved us to Tucson. We stayed there for a while and then my dad wanted to go and work for my sister Janey and her husband, Roy, back in the Chandler area.

Page 2 of 26

Initials

7.     When my dad went back to Chandler, I was sent to live with my oldest brother, Buck. He lived in Tucson, across the street from Flowing Wells High School. By then, Buck had married Faye McGuffee, a widower with four daughters and a son whose husband had died in a mining accident. Faye's children, in birth order, are: Leon, Alice, Charlotte, Bonnie and Debbie. Eventually, Buck had one child with Faye, a boy named Wade.

8.     Just before I went to live with Buck and Faye, Myrna got married and moved out on her own. Myrna had gotten pregnant before she was married and Buck and Faye cared for her baby, Cindy, for several months until Myrna got married and situated back in Texas. Tommie joined the army just before I went to live with Buck and Faye. My mother's death had already been pretty hard for me and then with the last of the siblings closer to my age gone off, it became harder. I felt pretty alone. The time I lived there with Buck, things were hard for me. I was a country boy and Faye and her kids were city folks. While I was happy to be out in the pastures, they wanted to do things like go roller-skating and go to the movies. I shared a room with Leon and it was clear that I was the new kid in the place. I was punished a lot. I felt like favoritism was showed toward the other children. If I forgot to take out the trash, I was grounded for 30 days where as if Leon forgot, he just was reprimanded or corrected. I never really got to know Faye. It was always just, "Yes, Ma'am, No Ma'am." There were no conversations. Even after I was grown and I went by to visit Buck, she never stayed around when I visited but

Page 3 of 26

<u>A.R.</u>
Initials

went off to her room after I got there. I thought she did not like me but also, if I showed up, most likely I'd have been drinking beer and be there to be drinking with Buck.

9.    After living in the apartment for a while with my dad, I stayed with Buck and Faye and their kids through the 9th grade and then was sent to stay with my sister Janey in Chandler where I started 10th grade. By then, my dad wanted to move back to Tucson. He moved back to Tucson and took me with him during 10th grade. I lived there in Tucson in an apartment with my dad. Things got even worse. I felt alone and things were very dark. My dad worked at a Rexall drug store and left for work at one or two in the morning. By the time I got up for school, there was no one there. When I came home, sometimes he made dinner and sometimes he didn't. We never really spoke. I was brought up that way. Grown ups and kids did not speak to each other much. You only talked if you were talked to and the kids ate last. The grown ups all ate first and us kids had to wait and we got the leftovers from what the grownups didn't finish. Sometimes we had to wait hours, especially if there were aunts and uncles over in which case there would be seven or eight of them eating. We stayed outside and went in when they were done. After I had kids, they always ate first.

10.    In 1963, I was also sent to live with my brother AV and his wife, Betty. They had racehorses and were constantly on the move. I lived with them and we traveled around to South Dakota, Idaho and Colorado. I remember we wintered out on

Page 4 of 26

a ranch outside Twin Falls, Idaho in 1963. After that, we moved to Colorado where I left and hitchhiked back to Chandler to live with my sister Janey.

11.     Things eventually got so bad, I became depressed and I tried committing suicide. I was about fifteen or sixteen years old. I knew my dad had a lot of pills in the medicine cabinet. By then, all of my brothers were truckers and I knew that they all had pills they took to help them stay awake on the road and to help them sleep when they needed to rest up. I took as many pills as I could find. I woke up in my brother Glen's house in Phoenix. I stayed with my brother Glen and his wife Ophelia and they nursed me back. Ninety percent of the time I am a good ole boy and the rest of the time, I get depressed and things build up.

12.     We never talked about my attempted suicide. In my family, we do not discuss things. That has changed for me since I was arrested and went to prison. Before I went to prison, I was in counseling and then had three years of counseling while I was in prison. I can recall when I was just a little kid, maybe seven years old, hearing my father talking to his brother, my uncle Floyd. He told my uncle that if you go out and kill someone, you have to live with it the rest of your life, that it is your business and your burden to bear, you don't tell anyone. That stuck with me – that whatever I did, it was my business and you just don't tell people about your personal business.

Page 5 of 26

_Initials_

13.     There have been other times in my life when my depression got really bad. When I am depressed, I don't want to be bothered with anyone and I isolate. Over my life, I have thought about suicide every once in a while.

14.     On a positive note, I was always the best swimmer in the schools I attended. I started swimming in rivers when I was just four or five years old.

15.     Once when we were still living in Texas, I remember that my brother Buck
REDACTED
                                                        Back then, we all often slept together and shared beds because there were so many of us.  Buck had already been out and married and divorced by then but still back home and stayed from time to time.  I was about eight or nine years old.  I remember it was me, AV and Buck in the bed.         REDACTED
                                            REDACTED


REDACTED
                                From then on, I did not sleep next to him.  When he was there, I slept on the couch until my daddy left for work around midnight then crawled into bed with my mom, or I slept on the floor.

16.     I first learned about sex after we moved to Chandler, Arizona.  I was about ten or eleven years old.  I went to an abandoned horse stable where we played and the boy who lived next door to me, who was about the same age as me, was on top of his girl cousin.  He told me to try it and I did but nothing happened and I did not like trying to
                                            REDACTED
do it.

Page 6 of 26

Initials

REDACTED

She got me all worked up and excited but we never did do more than kiss. After that, my brothers took me down to Nogales, Mexico and sent me to a prostitute when I was sixteen or seventeen years old. I wound up with gonorrhea.

17.     I got together with Donna when I was nineteen years old. The first time I went out with Donna, our first "official" date, was New Year's, 1968. We went to a party on Speedway Boulevard. I'm pretty sure that Donna was eighteen years old and attending college at the time. I was nineteen years old and I was home from the Marine Corps on a twenty-day leave. When I arrived home, I first went to Phoenix, Arizona, and that was on December 24th, 1967. I stayed in Phoenix for two or three days and then headed down to Tucson, where Buck and Alice and Donna and Faye all lived. By then, Donna had grown up from the skinny girl we used to tease. She was going to college in Stafford, Arizona.

18.     I remember after that first official date with Donna, I came down with the flu and I was sick in bed for a week or two or however long I had left on leave. I stayed at Buck and Faye's house and that whole time Donna nursed me. After my leave was up, I headed back to Camp Pendleton in California. By then, I had finished my tour of duty in Vietnam. After my tour of duty in Vietnam, I had three or four different jobs and ultimately was transferred to a military police job in San Diego, California.

Page 7 of 26

Initials

19. I was on twenty-seven operations in Vietnam. I took a ricochet shot in the leg. I was medivaced to the hospital ship. But, I returned by the next morning. I remember that hospital ship—it smelled like death. I had had enough with all of the dead guys wrapped in ponchos. After I received the treatment on the hospital ship, I got up, dressed, and I went over to the hospital pad for the first battalion, third Marines to De Nang Headquarters. I went back with the supplies including sixty mortars. I left the hospital without checking out. I just wanted to get back and get away from all the death and dead bodies on the ship.

20. I had an attitude for a few years after coming back from Vietnam. It was a difficult time and when we came back from Vietnam, people called us "baby killers." It was hard and treacherous being in the jungle in Vietnam. Everything was face-to-face and very close. The first time that I was out there on an operation and I saw guys getting shot up, I got sick and vomited. After about five or six months, I was numb. I had to relate the shooting to hunting an animal, like shooting a deer, because I couldn't handle shooting a human being. But really, that was like taking an aspirin for a headache—it just covered it up.

21. When I was in Vietnam, at night, we holed up in dugouts covered with ponchos. The Vietnamese had satchel charges with pull pins that had a twenty second delay. So, they could pull the pin and throw it a long way before it detonated. As we lay there in the night, I thought any little movement or sound was a satchel charge. I was

Page 8 of 26

*S.R.*
Initials

always on alert and very jumpy.   When I first returned from Vietnam, the first few months, especially, were really bad.   I remember laying in bed with Donna in San Clemente and throwing her out of bed, thinking I was under attack.   I had nightmares. Another time, I woke up to find myself on top of her on the floor.   She had rolled over in bed and threw her arm across my chest and I thought I was being attacked.   Donna also woke me up plenty of times because I was hollering to get down.

22.    If I watch war movies, I have nightmares and I wake up hollering and screaming.   It still happens every once in a while.   I have to be careful what I watch on television.   Even some of the PBS documentaries or just an advertisement can kick me off. In prison, if someone hit his shower shoes together somewhere and it made that slapping sound, I jumped.

23.    I have learned since going to prison and having counseling that what I experience is post-traumatic stress disorder.   Also related to this is the rush I get after driving in dangerous conditions and making it through.   I can recall driving through the snow and ice, hauling 80,000 pounds and knowing just one wrong tap on the brakes and me or maybe hundreds of people could be killed.   The stress and tension built in my muscles, in my shoulders and neck.   But after coming through it, the high and the rush is like it was when we were ambushed or under attack and afterwards checking to make sure I was not hit and still alive.   I can recall jackknifing in Chicago and thinking, "This is it."   But I came through it and felt that same rush.

Page 9 of 26

$\mathcal{S}.\mathcal{R}.$
Initials

24.     Donna and I started going out after my visit home when she nursed me back to health and were married in February 1968 in Silver City, New Mexico. I had a three-day pass and there was no wait time there to get married, and that's why we got married there. We took our honeymoon at my brother Jerry Don's house and then moved to San Clemente and then on to San Diego.

25.     Donna and I lived in San Clemente in a one-bedroom bungalow. After that, we moved to San Diego where we lived in an apartment above a dentist's office. I remember we could see Sea World from our apartment window. During this time, I was an MP–Military Police. In San Diego, Donna worked at a beauty salon.

26.     When we got out of the service, in April 1969, Donna and I moved to an apartment in the North end of Phoenix, Arizona. I started driving trucks, delivering paper for an office supply company for about three or four months. I then started working for Showalter, driving coast to coast and into Canada. I worked as a team with my brothers Glen, Jerry and AV. After I had enough experience, I started going out on my own. I went on runs that had me gone two weeks, three weeks, sometimes a month or longer. Donna did not like me being gone working for days at a time. We then moved to a place near where my brother Jerry lived. Jack West, who had a truck stop in Groom, Texas, offered me a job.

27.     Donna never spoke much about her family. Just after we were married, her father Hank and her mother, Ann moved to the state of Washington. Ann returned from

Page 10 of 26

_l l_
Initials

Washington without Hank.  She said that Hank had left her and they were not together anymore.  I later learned that Hank had another woman in Tucson with whom he had two or three kids all the while he was married to Ann.

28.     When Donna was about six months pregnant, we moved to Groom, Texas. At the time, it seemed to me like she was all for it.  Groom was very small, the population was maybe 500 people.  In Groom, I had a job at the Phillips 66 that put me home every night.  In Groom, I worked six days a week from six in the morning until six in the evening.  It was hard work at the truck stop.  I fixed flat tires for big rigs and dump trucks. Back then, it was all done by hand.  There were hundreds of dump trucks out that way because they were building Interstate 40.  By the time I got to work some mornings, there were eight to ten flats waiting for me.

29.     Sometimes I had a beer or two after work with the boss.  After that, I came home tired.  I ate dinner and then just went to bed.  So although I was not on the road, I also was not around that much because of how much I worked.  I thought we had some good times though, in Texas, when we were together.  We went fishing together.  Once, when Donna was really far along, pregnant with Wendi, we went fishing and ran into a bull.  Donna was very large, very far along in her pregnancy, eight months, maybe more. We went cat fishing.  On the way back, we came over a little bank and the bull was there. I distracted the bull so Donna could climb back out through the barbed wire fence and get away.  We came out unscathed.

Page 11 of 26

Initials

30.   Donna's mom came with us to live with us in Groom. We lived in a two-story house. She had a bedroom up the stairs from the living room/dining room area of the house. Our bedroom was downstairs. Ann was very much to herself. I never knew her to have any friends. When we all lived together in Groom, Texas, she worked in a café there but never made friends with anyone, never did anything or went anywhere. Even after we moved back to Arizona from Texas, I never heard her once say she had an engagement or something to do. Even if we had a family get together, she was always invited but she never came.

31.   I assumed that Donna and Ann were close because Ann was always around. It seemed to me that Donna consulted with her about decisions because she often wanted to speak with her mom before agreeing with me on anything. They were not warm toward each other or physically affectionate.

32.   We only stayed in Groom for about four months. Wendi was still an infant when we returned to Arizona. We moved to Phoenix and shared a house with Ann. I started to go back out on the road again, although I worked driving more locally. However, it seemed like things went downhill. I never saw Donna angry but she never spoke her mind, either. She held things in.

33.   I remember Wendi as a beautiful baby and a good kid until the time I last saw her when she was about six-and-a-half years old. She walked by the time she was a year or less and we took her bottle away when she was a year old. She was completely

Page 12 of 26

Initials

toilet trained by fifteen or sixteen months. She jabbered all the time and by two years old she was a pretty good talker. She was a smart kid.

34.    After we were back from Groom for a few months, Ann got her own apartment and we moved into a house out by 32nd Avenue. Donna worked for U.S. Life Title Company. At one point, I went to work for the title company with Donna, trying to please her. I did title searches but it just was not for me. I was not a nine to five guy. I had to be outside, doing something. I quit the title company and went to work for Arizona Western Transport also known as Drake. I was driving for Drake trucking to places in Arizona and Southern California. Donna did go with me a few times and when she did, we left Wendi with my brothers and their wives.

35.    We moved from Phoenix to Tempe when Donna was transferred to the Tempe office of the title company. We lived in a duplex near Broadway and Hammond and that is where Donna started socializing with neighbors that I did not care for.

36.    Until we moved to Tempe, Donna's mom seemed to always be around. When we lived in Tempe, she was not around as much. Wendi went to day care when we lived in Tempe. We spent a lot of time with my dad and my brothers. When we all got together, we had backyard cookouts and did a lot of drinking.

37.    All my brothers and my father were drinkers. My brothers also all took mini bennies and pink hearts to stay awake while driving. My brother Tommie always took a lot of speed when he was driving. The first time I took pills while working on the

Page 13 of 26

_L.R._
Initials

road, I was about twenty-one or twenty-two years old, before Wendi was born.  I was driving for Showalter with my brother Glen.  We were back East and he got sick with the flu and could not drive and I had to keep the truck going.  The first time I bought speed myself, I bought a jar of 100 pink hearts, a type of speed, in Las Cruces, New Mexico, for ten dollars.  Later on, when I was working for JL Jarden, the boss gave us 30 mg RJS – yellow jackets, another kind of speed.  I recall driving to California and back to Texas without sleeping at all.

38.    By the time Wendi was less than a year old, I was already back out on the road.  In the spring of 1971, I arrived in Ohio around six in the evening and had to wait until the next morning to unload.  I parked in a lot with a bar and went in and started drinking.  I hooked up with some guys from the bar and went out to other bars with them and continued drinking.  Later on, they dropped me at a house they said was theirs and told me to go on in because we were going to have something to eat.  They told me they would be right in.  I went in the house, into the kitchen and helped myself to some food.  The next thing I knew, a guy with a baseball bat was coming after me.  I remember seeing dollar bills on the table and thinking I had put them there.  I grabbed the bills and took off running.  I was crazy scared.  I flagged down a car, which was a police car and was arrested.  I think the guys that took me drinking duped me.

39.    While living in Tempe, in 1972, I took a job drilling wells, which again took me away from home for several days or weeks at a time.  Wendi was just about a year and

Page 14 of 26

*S.R.*
Initials

half old. Sometimes Donna or Donna and Wendi came and spent the weekend with me in the hotel room where I was staying on the job. I injured my finger while drilling wells and could not work so I decided to use my VA benefits to go to refrigeration school.

40.    I went to RFI refrigeration school with a VA loan for eight months. I worked part time at a Texaco station while I was in school. After I graduated, I worked at one place for a few months and then got a job with Parker refrigeration but found it boring and realized it would take years of working myself up through the union to be able to go out into the field on my own. We were barely getting by on our wages.

41.    I got to know Donna's father, Hank, a bit before Donna and I split up. He worked by court appointment in troubled businesses, where he went in for a period of time to resolve problems the businesses were having. I stayed with him and his wife, Virginia for a while when I was drilling wells. They had a couple of kids there when I stayed with them. I knew that Donna had an older sister but I never met her. It was two different worlds, Donna's family and mine. In my family we all knew where everyone was and what they were doing.

42.    During holidays, we went over to Jerry's house or to one of my family members. I recall one or two Christmases there at the house with Ann. Sometimes I was on the road and not even home for Christmas or other holidays. I stayed away from 4th of July celebrations because of Vietnam. I might watch fireworks from afar but do not go near them because the loud noise is too much for me.

Page 15 of 26

Initials

43.    While I was married to Donna, I bought a fourteen-foot boat with a thirty-five-power horsepower motor.  We took the boat out to Canyon Lake and to Apache Lake to go fishing.  We did a lot of night fishing.  Wendi played in the water and we took her out on the boat.  She was a quick learner and never cried.  She was a good kid and I loved the devil out of her.

44.    Things continued to go downhill between Donna and me.  I was drinking too much and generally dissatisfied.  We had a hard time communicating.  We also were growing apart.  She was going to potluck dinners and socializing with people who I did not like back then.  I did not want to go with her.  Back then I thought of them as hippies and draft dodgers.  Her friends were not allowed in my house.  She held things inside too long like her not liking me being on the road.  She waited until "the fire done burnt the log in two."  I still liked Donna and still talked to her for a while after the divorce.

45.    I was getting itchy, wanted to get out and live life.  Things became routine and I felt like we were eighty years old.  I knew things were not good in our sex life anymore because Donna always seemed like she just wanted to get it over with.  If it was not for Wendi, I would have been gone sooner.  My sister-in-law, Ophelia, Glen's wife, helped me get the divorce going.  Glen and Ophelia had married when I was in high school.  Ophelia and my brother Glen met each other when they were both in prison.  I told Donna I was going to Texas to work.  The next morning, I got a ride to Casa

Initials

Grande where I was picked up by a trucker who took me down to Texas to start driving for JL Jarden Trucking.

46.     I knew that me being on the road all the time was no way to raise a kid. When Donna moved to Casa Grande and asked me to sign my rights away, I did it. By then, I was in Texas hauling cattle. I wish now I would have been around more. At the time, I thought I was doing the right thing.

47.     During the time Donna and I were together, my dad and brothers were often around. Over the years, I have been told about my father and my brothers sexually molesting or abusing children in the family. By the time I heard about it, the time had long since passed that the acts had occurred.

48.     I always thought that my brother Tommie must have had some weird sexual behavior. I also at times thought maybe he was a homosexual. He never did marry. There was something strange about his time in the service. He returned early and no one ever told me why he did not do his full time. I recall seeing strange things, sex toys. I once asked him about it and he said he found them. I did not ask any more questions. There were also times when he would go off and I did not see him for long stretches of time. He may have suffered from depression also.

49.     When Tommie was about fifteen and I was about thirteen years old, he still really did not have any friends. He did not socialize. He spent a lot of time by himself. He built model ships. He built the entire west coast war fleet. We had an old pond in the

Page 17 of 26

Initials

side yard and I remember that after Tommie spent all that time building the ships, he put model glue on them and lit them on fire and watched them sink. He also shot them up with a bb gun. He had strange ways and I thought it was crazy for him to do that. It took him weeks or months to build those models. Our older brothers teased him saying it was sissy stuff and maybe that is why he destroyed them.

50.     Around the time Donna and I were going through our divorce, or maybe just after we divorced, Tommie and I took Wendi on the road in our rig to Texas. In Texas, I bought her jeans and boots. Wendi was a good, lovable kid. We were gone for a few days. I did not think anything of it at the time but Wendi, who was three, maybe four years old, was in the sleeper compartment of the truck, in bed with Tommie. Looking back on it, I would not be surprised if Tommie molested her.

51.     After living in Texas, I moved to Las Vegas, Nevada and married my second wife, Gail Currie, who I had met in Texas. I met Gail on a bet at the Golden Spur, a bar across from a truck stop. It was a gathering place for truckers where we hung out and waited to see if we got called for a run. I was there with my brother Tommie. I was about twenty-six years old. I took a bet that she would go out with me because all the guys said she would not date any of the customers. I won the bet when me and Gail and Tommie and a girl he picked up there all closed the place and finished the night and morning off dancing and honky tonkin' down in Matamoros, Mexico.

Page 18 of 26

_L.R._
Initials

52.    Gail had two children, Joann and Bobby, both of whom took my last name. I stayed in Nevada until the end of 1976. My brother Buck got a hauling job with Kerley Chemical and asked me to come work with him. I moved to Sahuarita, Arizona with Gail and her two children. Gail and I then had a daughter together, Crystal Kaye, who was born on April 22, 1977. I remember that she looked a lot like Wendi.

53.    After Gail and got together, I picked Wendi up at Donna's house in Casa Grande and took her to a rodeo. By then, Gail and I and her two children were living in Sahuarita. We took Wendi for the weekend and she stayed with me and Gail and Joann and Bobby. I recall waiting outside when I went to pick her up. When I looked in the house, I saw that the television set was facing the wall. It was the Magnavox TV that Donna and I had together and was a nice piece of furniture and I thought that it was strange that it was facing the wall.

54.    I last saw Wendi just before my daughter Crystal was born. I picked Wendi up from her house in Casa Grande and took her out for a visit. We may have gone for an ice cream. We only spent an hour or two together. At that time, the house Wendi lived in looked plain and did not have a welcoming feel. I was not invited in but could see through the screen. Donna told me, "I'll let you know the next time you can come by." I got the feeling not to come around anymore and I never did.

55.    I heard through Buck that Donna and her husband had joined some kind of religious sect. I grew up Baptist and now I am just a Christian. I do not believe that the

Initials

Lord belongs to any one group or doctrine. When Donna and I were together, I do not recall Donna or Ann being religious and we did not go to church. I recall that in 1978, when the news broke about Jim Jones and all the people dying, I worried that Donna and Wendi were part of it. However, I think the names of the people who died were published and I looked to make sure Donna and Wendi were not on the list.

56.     While living in California from 1981 through 1985, I had three Driving Under the Influence cases. Gail and I divorced in 1982 and we maintained joint custody of Crystal. Crystal died in a car accident in Seattle when she was 29 years old. She has a daughter, Crystal Rue Ann Robertson who is now living with Gail in Redding, CA. I remained in Bakersfield until July of 1983.

57.                     REDACTED                     I never got the

                                            REDACTED
details as to which ones, how many or exactly what he did.
                          REDACTED

                                                              My

father was around Theresa when she was about three to five years old. He was around her again when she was a teenager when he was in his 70s. I found out about Theresa when my father came to stay with me in Bakersfield, California. At the time, I was living with my wife Gail and her children, Bobby and Joann and our daughter Crystal. When
                                                REDACTED
Jerry Don heard that my Dad was coming to stay he told me to watch it.
              REDACTED
                                            At that time, I did not

Page 20 of 26

Initials

believe it and did not ask more about it. I did, however keep and eye on him during the three or four months he lived with us.

58.    Sometime in the mid to late 1970s, my brother Jerry Don suffered a bout of depression. My brother Glen told me that Jerry was run down, was vitamin deficient and had sores on his body that did not heal.

59.    In July 1983, I loaded up and went to Houston. While in Houston, I worked in construction. I stayed there until 1984 when I went to Phoenix and worked for a few months at Luke Air Force Base. I then returned to Bakersfield later in 1984 and started driving trucks again. By then, Gail and I were friends again and she and her new husband, Bob, and me got together all the time.

60.    In the mid 1980s I heard that my brother AV and his wife, Linda, were getting a divorce.                    REDACTED                              Soon after that, AV became religious and eventually became a deacon in his church.    REDACTED

                              REDACTED

                    REDACTED

                                                          , I told him that it could be him sitting there in prison.

61.    Near the end of 1987, I was loading trucks for Coast Gas. I drove out to Tucson to visit my dad. After that visit, I decided to stay in Arizona. In January 1988, I moved to Arizona and stayed with my sister-in-law, Ophelia. By then, my brother Glen had died. My niece Donna and her husband, Rim, asked me to help them out at their

Page 21 of 26

Initials

company, Empire Fruit. I starting working for them but after a few months, I told them that the drive was too far to make each day. They wanted to keep me so they moved a small trailer onto their place and hooked it up with lights, gas and a phone. Later on, when I was with Crystal, my next wife, they got a bigger trailer and I lived in that with Crystal and her kids. I continued to work for Empire until late 1991. I worked seven days a week loading citrus for Rim's company, Empire Fruit. After that, I started working at Rickets Trucking, the last place I worked before getting arrested.

62.   In 1990, I remarried again, in Las Vegas, Nevada, to Crystal Overpeck, who I had met in the summer of 1989, and stayed married to her until 1998. I was in prison by then and she kept coming to see me, faithfully, every Saturday for five years. After five years in prison, she asked for a divorce, which I did not object to. She had another guy in her life. She said she still wanted to see me after she started the divorce but I took her off my visiting list because I wanted her to get on with her life, with her new relationship.

63.   In 1987, I drove with my brother Tommie for Frymiller. I was feeling alone and isolated. That time, I did not attempt suicide. I just drank a lot to drown my sorrows. The next time my depression got bad like that was when I was working at Empire and married to Crystal in about 1990 or 1991. I had been working seven days a week for ten months straight for Empire Fruit. We lived out in an area with no neighbors in the middle of nowhere. I drank quite a bit then. Crystal was working a lot also and it

Page 22 of 26

Initials

was just me and Julie and James, Crystal's kids. About one year after I married Crystal, I

wished I never had but I stayed with her. I think this fed my depression.

64.    I continued to work for Empire and continued to feel isolated and

REDACTED

depressed.

REDACTED

I was intoxicated at the time. In the morning, I knew what I had done.   REDAC
TED

REDACTED

65.    By December of 1992, I was arrested.                REDACTED

REDACTED

REDACTED                        Tommie had a

fifth wheel trailer that he lived in that was parked out there on the property. As soon as I

saw the pictures, I told Tommie he had to leave the premises. He left and went to stay

with Buck and Faye down in Tucson. A few months later, we were both arrested.

66.    The police detective called me in to meet with him for an interview in

Mesa. He told me it was about Tommie. When I arrived, he met me at my car and told

me to leave my wallet in there.                REDACTED

REDACTE
D    I denied it at first but then, after about an hour, I told him everything that had

Page 23 of 26

*l. ll.*

Initials

REDACTED

happened.

REDACTED   I also signed a plea bargain because otherwise, she would have been put

through a trial. I wanted it to end. I knew I did it and I knew it was wrong. I was not

thinking about the consequences when I confessed, just that I wanted it all to be over

with.

67.   I was arrested in November 1992 and went to prison in 1993 after pleading

guilty to molestation charges. During the time I was in prison, I worked the first one or

two years as a porter making between twenty-five and thirty cents an hour. I later

worked for a private interest, ACI, making minimum wage. I was able to retain fifty cents

an hour on my books. I sent the rest of the money out to my daughter Crystal and paid

for her college education and I bought her a car.

68.   A strange thing happened in 1997 or 1998 when I was in prison. I was

filling out a special visit form for my daughter Crystal but instead of putting Crystal's

information down, I filled it in with Wendi's information—her name and date of birth

instead of Crystal's.

69.   Before I went to Vietnam, I was a friendly guy and in school had lots of

friends. After Vietnam, things changed with me. I became more isolated and felt better

if I was off by myself. I learned to hide my emotions to be able to survive over there. I

felt like I had to keep my guard up, otherwise, it hurt too much. I could not make friends

because I never knew who would be killed. If I allowed myself to take everything in that I

Page 24 of 26

Initials

experienced, I think would have wound up in the psycho ward.  The Marine Corps teaches you to be a killing machine.  Most of the time, we were shooting off into the jungle but we also came close to people we had to shoot.  It was hard to shoot someone and I never got used to it.  I think there must be something wrong with someone in the head to be able to just shoot someone.

70.  In retrospect, driving trucks allowed me be to be isolated and away and not have to see and deal with things.  At the time, I thought I liked it and liked doing what my brothers were doing.

71.  Since my incarceration, I have learned a lot, including how to recognize when I am getting depressed and I know to do things to get myself out of it.

72.  I believe that someone had to know where I was or that some of my relatives must have known what happened with Wendi and could have told me.  If I had been told about her case back then, I would have done anything I could have to reach out and offer assistance in any way I could.  I would have gone to my prison counselor to see what I could do to help.

73.  The last information I had before now was that Donna and Wendi were on the road, which I learned during a visit with my brother Buck.  When Donna asked me to allow her husband to adopt Wendi, and said that she thought that was for the best, I agreed.  I never did make any efforts to pursue finding out more about where they were.

Initials

Now, I certainly wish I would have. If I had known about Wendi's case, maybe I could even have helped pay for her legal costs.

74.     Until now, no one ever came and talked to me about Wendi's case. If I had been asked to provide the information contained in this declaration, I would have done so. If I had been asked to testify at Wendi's trial, I would have testified to what I have said in this declaration.

I have read the foregoing declaration consisting of 26 (twenty-six) pages and 74 (seventy-four) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct. Signed this 22nd day of June 2011 at Los Angles County, California.

_Shelby Wayn Robertson_
Shelby Wayne Robertson

Page 26 of 26

_L. R._
Initials

## DECLARATION OF STUART WADE ROBERTSON

I, Stuart Wade Robertson, declare as follows:

1.    I am the paternal first cousin of Wendi Andriano.  Everyone calls me by my middle name, "Wade."  My father, Berle Boyd "Buck" Robertson, is the oldest brother of Wendi's biological father, Shelby "Skip" Robertson.  I was born on August 20, 1966 to Berle Boyd "Buck" Robertson and Thelma "Faye" Robertson in Tucson, Arizona.  I have five half-siblings on my mother's side.  In birth order they are: Leon, Alice, Charlotte, Bonnie, who goes by "Deblen," and Debbie.  All five of my half-siblings have the same father, Kelsey McGuffee.  I'm the youngest among my siblings.  My sister, Alice, and Wendi's mother, Donna, were best friends growing up.

2.    My father, Buck, and Wendi's father, Skip, have six other siblings: Janie, AV, Glen, Myrna, Tommy Lee "Bud" and Jerry Don, for a total of eight siblings in the family.  Buck is the oldest son and Skip is the youngest sibling.  Janie, who was the oldest, passed away before I was born.  Glen passed away about twenty years ago, Bud passed away eight or ten years ago, and AV passed away in late 2009 or early 2010.  My father passed away in 1994.  Myrna and Jerry Don are both still living.

3.    As a child in my parents' household, I was expected to behave.  If I didn't, I got the belt.  I got into trouble occasionally for things most kids get in trouble for.  If I stayed out too late, or if I borrowed the car without permission, for example, I got a beating.  If I was somewhere I wasn't supposed to be, same thing.  I grew up in a very strict household.  I suppose today it would be called abuse, but I think of it as discipline.  I

Page 1 of 7

Initials

knew how to behave. Kids today all run around thinking they're owed something. I didn't grow up that way.

4.      Though I have siblings, I grew up mostly as an only child, because I was so much younger than them. Debbie was the last one to leave the house aside from me, and she left when she was about seventeen, so I would have been five or six years old. My dad was on the road driving trucks most of the time and my mom was working. I was easy to raise and I pretty much raised myself.

5.      I started working when I was twelve years old. I did landscaping and maintenance at a trailer park in the afternoons after school. I had two paper routes and I paid for any extra things that I wanted, that is, anything above and beyond the essentials. I spent the money I earned on toys or models. I didn't depend on my parents for that sort of thing.

6.      I haven't had much contact with the Robertson family since my father's death in 1994. Even when my father was alive, the Robertsons were not a big part of my life. All of the men in the Robertson family were truck drivers, so they were gone a lot. I didn't even see much of my father. He was gone for most of my childhood.

7.      Wendi's father, who we call "Skip," lived with my parents when he was in high school, before I was born. As I understand it, he eventually got into trouble with the law and he had to choose between military service and jail. I don't know exactly what kind of trouble he was in, but I think he was stealing cars and things like that. He enlisted in the Marines in 1966 or 1967, around the time I was born.

Page 2 of 7

8.      Sometime between 1967 and 1970, Skip married Wendi's mother, Donna. Wendi was born shortly thereafter.  They were only together a few years before they got a divorce.

9.      From 1974 until 1977, after Skip and Donna split, Skip worked with my father at Kerley Chemical, a chemical plant in Sahuarita, Arizona.  His job was to haul caustic soda into the mines.  He lived in a trailer at the plant, and I don't believe that he was allowed to see Wendi at that time.

10.      I recall that Skip drank quite a bit.  This was during the time that he was living with his niece, Susie, in Queen Creek, so I would have been in my early 20s.  When he was sober, he was pleasant to be around.  We went fishing and to the movies and did other fun things.  When he was drunk, however, I didn't like to be around him.  He was a mean drunk.  He wasn't the kind of person who could just have a few beers – he drank to the point of being drunk every time.  When he was drinking, he aggravated people.  I recall that he always managed to find a button to push and kept pushing it.  He threw rocks at me and tried to get me to fight him. This occurred at my parent's house when I was a child, as well as at Skip's house in Queen Creek.  He came down every once in a while to visit.  He just liked to pick at me for some reason, and sometimes I let it annoy me – I let it get the better of me.  I might say something like, "Knock it off, Skip, you're being an asshole," but usually I just tried to ignore him.  He just kept at it though, and nothing I did made him leave me alone.

Page 3 of 7

SW
Initials

11.    From what I've heard, all of the Robertson men were aggressive drunks. I recall hearing stories. They liked to drink and they liked to fight.

12.    I remember firsthand that my father liked to drink as well. He didn't drink at home. He always went out to the bars, and sometimes he came home really trashed. I don't remember him drinking that frequently, but there were a couple times where he went on a binge. I remember that when I was sixteen or seventeen, my father rode my horse to the bar. It made me angry. I went to the bar and pulled him out with every intention of having it out with him on the street. It made me angry because my mother worked so hard, and my father went out and got drunk. My mother was a meat-wrapper at Safeway for more than twenty years. As far as I know, my father stopped drinking after that incident.

13.    My father developed melanoma around 1989. He battled cancer for about five years. He was in a lot of pain, but he wasn't telling anybody. He finally went into the hospital on a Wednesday in 1994, and he died that Friday. He wanted a high quality of life, even if that meant it wouldn't be a very long one.

14.    While my father was sick, my uncle, Jerry Don, came around quite a bit. We went to the lakes with him to go fishing. After my dad passed, however, we lost contact. He did the eulogy at my father's funeral, but I don't think I've seen him since then. He called when Tommy died, to let us know.

15.    Skip went to prison in 1993, before my father died, for molesting <span>REDACTED</span>
REDACTED
                                At that time, he was living in Queen Creek

Page 4 of 7

<span>Initials</span>

and working for his niece, Susie, at Empire Fruit. Susie is the daughter of either Myrna or Janie, I'm not sure which. I was never close with either of them, and, outside of my uncles, I didn't know the Robertsons well. The whole family was pretty shocked by Skip's crime, but there was no telling what he would do when he was drinking, so I wasn't that surprised.

16.    I know that Skip got out of prison recently. My mother told me that my sister, Deblen, had a fit over it. I'm not sure why it upset her so much. She's a different character altogether – a bit strange.

17.    I met Skip's step-daughter once. She seemed kind of different. She was slow and attention-starved. I think at the time I met her she was about twelve or thirteen years old but she acted like she was eight or nine. She was very clingy. She was perpetually holding onto someone's arm or leaning on someone. Skip's wife at the time, Crystal, the mother of the little girl, was a nice lady, but kind of dingy and naïve. I know that there was also a little boy who was Crystal's son, but I don't remember his name.

18.    I recall that on one occasion we were at the lake. I remember Crystal asked, "How do you get in and out of the boat?" And I thought to myself, "What do you mean? You just step off the damn thing." She just wasn't too bright.

19.    Tommy got in trouble at the same time as Skip, REDACTED REDACTED I was pretty close with Tommy and, after my dad passed away, I was the only one who continued to visit him in prison. When Tommy got out, I took him to Phoenix so he could set up his parole. This was in the late 1990s. He couldn't stay with us due to

Page 5 of 7

Initials

stipulations in his parole. I had kids that were the same age as the girl he abused. I was not overly concerned that something would happen, but he wasn't allowed to stay with us nevertheless. He went to work for Ricketts Trucking when he got out of prison. He lived in a motor home parked in the truck yard until he died in 2001 or 2002.

20.     I have been around trucks my whole life. When I was a child, I spent summers on the truck with my father, driving around the country. It wasn't that exciting, you don't see much out the window of a truck, but I could drive a truck before I could drive a car. In high school, I studied mechanics and after high school I worked as a mechanic for several years. Now I work as the maintenance supervisor for Saguaro Environmental Services, a waste management facility in Tucson, Arizona.

21.     I don't know much about Wendi's childhood, or her parents, Donna and Alejo. I know that Donna was close to my sister Alice and that they grew up together. When I was very young, Donna lived in the house behind ours, but I don't remember anything about her from that time. I know her, but not well. I also met Alejo a few years ago through my sister, Alice. Alejo seemed like a nice guy.

22.     I enlisted in the Marine Corps in October of 1986. I was stationed at the Marine Corps Recruitment Depot in San Diego, California. I had previously had surgery on my knee, and the injury caused me problems in the military. I was only in for a couple of months and due to my injury, I was discharged.

23.     My grandfather, Boyd Gravely Robertson, stayed with us from June of 1983 to December of 1986. In December of 1986, he went to stay with my uncle, Jerry

Initials

Don, in California.  He came back not long after that, and stayed with us until he died.
He was set in his ways and he had problems with Jerry Don's wife.  My grandfather was a
difficult person.  When you took him grocery shopping, he read every label.  Everything
you bought had too much of this, or too much of that.  He insisted on having brand-
name things; he wouldn't settle for the generic equivalent.  He also only wanted to eat
TV dinners.  We found ways around it.  I recall that we bought food and cooked it and
put it in the TV dinner trays.  We also bought generic painkillers and put them in an
Advil or Tylenol bottle.  He was set in his ways and did not like Jerry Don's wife, so he
wound up coming back to stay with us. He passed away in 1987.  He was eighty years old
when he died.

24.     No one in connection with Wendi's case ever contacted me before now.  If
they had, I would have told them what I have said in this declaration or provided
whatever information was asked of me.  If I had been asked to testify on Wendi's behalf, I
would have done so.

I have read the foregoing declaration consisting of seven (7) pages and twenty-four (24)
paragraphs and it has been read to me.  I declare under penalty of perjury under the laws
of the state of Arizona and the United States of America that it is true and correct.
Signed this 22 day of October 2010 at Pima County, Arizona.

Stuart Wade Roberston

Page 7 of 7

Initials

## DECLARATION OF CYNTHIA DENISE SCHAIDER

I, Cynthia Denise Schaider, declare as follows:

1.      Everyone calls me "Cindy." I was born "Cynthia Denise McCann" on July 6, 1957 in Phoenix, Arizona. I have lived in Casa Grande, Arizona since January of 1980. I married my husband, Stephen "Steve" Schaider, in November of 1980, after we moved together to Casa Grande. I do not have any biological children of my own, but I have one stepdaughter, Bree Schaider, who was born on December 31, 1974. I have an Associate's degree in criminal justice, and a Bachelor's degree in public administration. I am the executive director of "CGA, Inc," a non-profit organization devoted to drug abuse prevention. I have known Wendi Andriano since she was nine years old. Though I have no training as an attorney and no work history in a law office or in any legal capacity, I wrote significant portions of the opening and closing arguments for the penalty phase of Wendi's trial.

2.      I met Wendi Andriano, and her parents, Donna and Alejo Ochoa, through our church in Casa Grande, Arizona in 1980. At that time, Wendi was a child and was called by her maiden name, "Wendi Ochoa." Later, our daughter, Bree, also attended school with Wendi at the Christian school on the church grounds. We got to know Wendi over the years. I saw her regularly at church and at the Christian school that was attached to the church. When she was a teenager, I let her do some work around my house to earn some extra money, and she also babysat for my stepdaughter, Bree.

Page 1 of 17


Initials

3.      Wendi's parents, Donna and Alejo, had nothing, meaning they were always very poor. They told me that before I knew them, they were part of a street ministry in Northern California. They followed another strong-willed, "turn or burn" pastor there. It was a different time; the Jesus-freak movement was in full swing. It consisted of born-again hippies who traveled around spreading "Jesus power." This was in the mid-1970s. Donna and Alejo told me that while they were in the ministry, Wendi panhandled for them. They lived out of a bus and walked the streets preaching and handing out tracts.

4.      When we began going to the church in 1980, Donna and Alejo lived in a rental house on the south side of the tracks in Casa Grande. It was a low-income area. Later, Donna, Alejo and Wendi moved to a house in another housing project called "Hopi Hills," or "Indian Hills," or something like that. The development was built specifically for copper miners. The mine was a major employer in the area, and it closed and re-opened several times. It closed for good around 1993, when the price of copper plummeted. The soil in the housing development was very sandy, and the construction crew didn't build the footers deep enough. The foundations of all the houses cracked and they were boarded up.

5.      My husband and I began attending 91st Psalm Ministries in July or August of 1980. Wendi's family also attended the church, and her father, Alejo, was the youth pastor there. The head pastor at that time was a man named Calvin "Cal" Lorts. There was also a private school for kids on the church grounds called "91st Psalm Christian School." A few years later in about 1983, Cal Lorts left 91st Psalm and the leadership of

Page 2 of 17


Initials

the church and school was passed on to Tom King. The church was renamed "Harvest Family Church," and the school was renamed "Harvest Christian Academy."

6.      Wendi's father, Alejo, was a recovering drug addict. The first words that come to mind when I think of Alejo are "drug burn-out," but that may be because I'm in the drug treatment business. Alejo was unpredictable and temperamental. As youth pastor, he could be silly, irreverent and playful with the children and they enjoyed him at times because, in many respects, he was a big kid himself. He was goofy. On the other hand, he created loose and unsteady boundaries with them. Some days the children could get away with almost anything. The next day, however, the same behavior wasn't permissible and was punished. He used his authority at school to bully the children. If they did something to make him angry, he made sure that they were humiliated. He was so harsh on them.   Alejo sometimes let the children blow off steam during Children's Church on Wednesday nights. They were permitted to be loud and rambunctious. After getting them all wound up, however, Alejo scolded them.   He had the unreasonable expectation that the children would calm down at the drop of a hat. It was confusing to the children and it hurt them.

7.      Alejo also liked photography. When Wendi was fifteen or sixteen, Alejo took a series of photographs using Wendi as a model. He showed me the photographs. They were a part of his portfolio, examples of "modeling shots." In the pictures, Wendi was dressed in lingerie, a white teddy, and posing in the desert. I always took issue with that. I felt that it was very inappropriate for a stepfather to take his beautiful, curvy step-

Page 3 of 17


Initials

daughter out into the desert in her underwear and take sexy photographs of her. It was unseemly to me, but it was not my place to comment on the behavior of one of the pastors.

8.     Wendi grew up in a male-dominated environment.  Tom King frequently preached that a woman's place was in submission to her husband. He often said that women should quit their jobs and stay at home. He was sexist. There were certain roles that men and women were expected to fulfill, and this was embedded in the culture of the church. According to Tom, if a girl wore a bathing suit and a boy got aroused it was the girl's fault.

9.     As parents, we were encouraged by the pastor to use corporal punishment on our children. This was presented as the Biblical way to raise children. Wendi had a domineering daddy and grew up in a church with a domineering pastor.

10.     My family attended 91st Psalm and Harvest Family Church from 1980 until 2001. We were dedicated churchgoers and we attended nearly every service for more than twenty years. There were three services per week, two on Sundays and one on Wednesdays. There were also three-day "special weekends" when a guest speaker came to the church. We attended nearly every one of those. We volunteered on workdays and helped with construction projects. Steve and I were core members of the church, along with about ten other families, meaning that we attended nearly every service and we were almost always there on workdays.

Page 4 of 17

Initials

11.    Cal Lorts, the original pastor who oversaw 91st Psalm from before we arrived until about 1983, was a very charismatic individual. Everyone in the church liked him. Cal had visions of becoming a great and powerful TV preacher in Phoenix. He said that God told him he must go into the television ministry. He left to establish an associated church, the 91st Psalm in Phoenix, Arizona.    It was painful for the congregation when Cal left and many of the key members of the church went with him. I was very sorry to see Cal go.

12.    Prior to Cal's departure, Tom was already teaching the adult Sunday school.    There were thirty or forty people on average who attended his classes. Occasionally, Tom also preached at the main services. Just before Cal left the church, there were about one hundred and fifty people with the church. Church services were held in the sanctuary, and there was not enough room for that number of people, so we had two services every Sunday to accommodate them all. Many of the church members just came to the church services, and were not involved in the weekday school in any way. When Cal left, there were dramatic changes. I remember people saying that all the good people left with Cal.

13.    Tom King was not as charismatic as Cal. Their preaching styles were very different. Tom saw himself as a teacher, not a preacher, and these are two different gifts according to the Word, meaning the Word of God in the Bible. Tom was a country boy, a preach-in-your-jeans kind of guy. He was very lowbrow. He prided himself on being a common man and often used words like "ain't." Over time, Tom King became more

Page 5 of 17



Initials

rigid and oppressive, almost tyrannical. He did not preserve the sanctity of the pulpit. When speaking as our pastor, he brought in his own opinions. It became a "bully pulpit" that he used to control the lives of church members. He tried to put the weight of God behind anything he said, even when it was obviously his own opinion. Wendi's adoptive brother, Brandon, dyed his hair orange when he was twelve or thirteen years old. Tom didn't like it, so he told the congregation on Sunday, speaking publicly as our pastor while delivering a sermon, that Brandon had dyed his hair and that he looked like a faggot. He instructed us to make fun of Brandon. Tom King was extremely homophobic and considered it a very big sin to engage in homosexual behavior. Tom King harangued the children of the congregation about this. Two boys could simply be wrestling each other, or even just standing close to each other, and Tom King approached them and called them "faggots."

14.     Tom King was also a recovering alcoholic. He got sober, but from the perspective of a treatment professional, he never got healthy. His addiction to alcohol was replaced by an addiction to Jesus. Tom was also socially inept and did or said whatever came to his mind. There was not any social filter in his brain. He was often rude, blunt, coarse, uncouth. He was flippant in his responses and he made jokes when jokes were not appropriate; he was irreverent in circumstances where he should have been reverent. A good word to describe Tom King is "adolescent."

15.     Tom King used ridicule, humiliation, strong statements, and the fear of God to influence his congregation. Sometimes, his messages were more subtle. He said

Page 6 of 17


Initials

things like, "I turn my television off because I don't like what it says – you might do the same." Tom King actually turned his television to face the wall. Tom also preached that if you were a Christian, you had to be a Republican, and he expected the entire congregation to be Republican. He told us from the pulpit how to vote in public elections. There were voting materials in the church – propaganda for certain candidates on the sideboard in the entryway.

16.     The kids liked Tom more than the adults did, I think. Tom was really another big kid himself. Tom was very similar to Alejo in that, when he scolded the children, he did so harshly and unexpectedly. He was disrespectful towards the children.

17.     Church members socialized with each other to the exclusion of almost everyone else. We were encouraged to do so with the backup of scripture. Tom said things like, "You're either with me or you're against me." He said "Be not unequally yoked with unbelievers." The implication was that we shouldn't be tightly linked to people outside our church culture. Tom's versions of what scriptures meant were usually intended to control us. Tom referred to other Christians as "nominal Christians," meaning those Christians who did not pray in tongues, who did not operate in the gifts, and who were denominational, like Methodists, Baptists, Presbyterians, and others.

18.     The differences between this Christian cult led by Cal Lorts and Tom King, and a denominational church, are vast. 91st Psalm and Harvest were established out of a born-again-Christian-revival movement, wherein the Bible was taken literally. We truly

Page 7 of 17


Initials

believed that if we laid our hands on the sick and prayed they would recover. This included fatal illnesses like cancer. We called it "operating in the gifts."

19.    Tom King's wife, Patricia King, had a sister who attended the church named Cyndee Justus. Cyndee was married to a man named Steve Justus, and they had a daughter named Shiloh. Steve Justus worked for a man named Dick Herdegen, who owned a well-drilling business and who was involved in the church. REDACTED

REDACTED

REDACTED             Dick swore that it was all a lie and he continued coming to church at Harvest, which Tom allowed him to do. Cyndee and Steve went to the police and there was an investigation. I was working at the jail at the time, and because the detectives knew me, they came and interviewed me. The evidence was not substantial enough to move forward with prosecuting the case.

20.    As a teenager, Shiloh Justus developed an addiction to methamphetamine. She got married on the sly against her mother's wishes when she was sixteen years old. She moved to New Hampshire where she lived with her husband, Daniel Demers, in a trailer. He was a meth addict, and she got involved in that lifestyle and also became addicted.

21.    My stepdaughter, Bree, attended school at Harvest from 1984 to about 1990. At the time, I honestly believed we were doing the right thing and that she was getting a good education. Steve and I were brainwashed. We were taught that if we

Page 8 of 17


Initials

loved our children, we were to keep them segregated from other children and people who weren't part of the church.

22.     My daughter, Bree, is still traumatized from her experiences. She is not walking with Jesus. I regret having put her through the trauma she suffered at Harvest School and Church, and having punished and swatted her so harshly while she was growing up. Recently, my husband and I had to give her permission to leave her husband. She had it in her head that she had to stay married, because of what she learned at the church. She is distant from us. She has bad feelings about us that are wrapped up in the church.

23.     The curriculum used at Harvest and at 91st Psalm was called "Accelerated Christian Education" ("ACE"). The children were almost entirely self-taught, working out of workbooks called PACES. There weren't really teachers, but volunteer parents, called "monitors" who kept order in the classrooms and answered questions as they came up. The children sat in cubicles around the perimeter of the room with dividers between each student. They could not see or interact with the other students. They worked silently. If they had a question, they placed a small flag in a hole in the wall above their desk and waited for the monitor to come to them.

24.     During school hours, there was something called a "six inch rule." The children were not allowed to touch each other, and they had to keep six inches of distance between them. During some of their breaks, they walked around the school in a line, in a

Page 9 of 17


Initials