# TABLE OF CONTENTS (INTERACTIVE)

| LLLLLLLLLLL PART 12 | Petitioner's Appendix to Petition for Review |
| --- | --- |

# EXHIBIT LLLLLLLLLL
# PART 12

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT         PAGE NUMBER:   4      DR NUMBER: 2000 01797849    22

APPEARED TO BE BLOOD ON THE STUCCO WALL OUTSIDE OF THE FRONT DOOR. THERE
WAS A SECOND STAIN THAT APPEARED TO BE BLOOD ON THE OUTSIDE OF THE FRONT
DOOR. THIS STAIN WAS SLIGHTLY ABOVE AND TO THE NORTH OF THE DEADBOLT LOCK.
THERE WAS A "WELCOME" MAT ON THE OUTSIDE SIDEWALK IN FRONT OF THIS DOOR.

AT APPROXIMATELY 0559 HOURS I ATTENDED A BRIEFING THAT WAS CONDUCTED BY
SERGEANT RICHARDS. SEE ORIGINAL REPORT BY LUCERO FOR DETAILS OF THIS
BRIEFING. AFTER THE BRIEFING SERGEANT SMALLMAN ASSIGNED LUCERO AS THE CASE
AGENT WITH DILLIAN ASSISTING HIM. SMALLMAN ASSIGNED ME AS THE SCENE AGENT
BUT RELATED THAT DETECTIVE OLSON WOULD BE ARRIVING SHORTLY TO ASSIST IN
CONDUCTING THE SCENE INVESTIGATION.

I NOTED THE FOLLOWING ABOUT THE LOCATION. BUILDING # 5 WAS A TAN AND BROWN
STUCCO STRUCTURE. THE FRONT DOOR TO APARTMENT # 132 FACED WEST. THIS DOOR
WAS GRAYISH-GREEN IN COLOR. THE NUMERALS "132" WERE ON A PLAQUE, WHICH WAS
ON THE WALL SOUTH OF THE FRONT DOOR.

I PREPARED AN AFFIDAVIT AND SEARCH WARRANT FOR THE PURPOSE OF SEARCHING
APARTMENT # 132.

ON OCTOBER 8, 2000 I PRESENTED THIS AFFIDAVIT AND SEARCH WARRANT TO THE
HONORABLE JUDGE LESTER PEARCE OF THE NORTH MESA JUSTICE COURT. UPON
READING THE AFFIDAVIT AND FINDING THAT PROBABLE CAUSE EXISTED JUDGE PEARCE
SIGNED THE AFFIDAVIT AND SEARCH WARRANT AT APPROXIMATELY 0826 HOURS.

AT APPROXIMATELY 0901 HOURS I ARRIVED BACK AT THE LOCATION OF 2155 EAST
LIBERTY. SERGEANT SMALLMAN ADVISED ME THAT DETECTIVE OLSON WAS ON HIS WAY
AND REQUESTED THAT I WAIT UNTIL OLSON ARRIVED PRIOR TO MY ENTERING THE
APARTMENT.

DURING THIS TIME PERIOD I NOTED THE FOLLOWING.

THE HALLWAY IN FRONT OF APARTMENT # 132 WAS APPROXIMATELY 52' 1" IN LENGTH
FROM NORTH TO SOUTH. IT RAN IN VARYING WIDTHS FROM APPROXIMATELY 5' 3" TO
7' 11" FROM EAST TO WEST.

DIRECTLY ACROSS (WEST) OF APARTMENT # 132 WAS APARTMENT # 131. ON THE SAME
SIDE OF THE HALLWAY AND TO THE NORTH OF # 132 WAS APARTMENT # 125.
DIRECTLY ACROSS (WEST) OF APARTMENT # 125 WAS APARTMENT # 126.

THERE WAS A BABY STROLLER ON THE SIDEWALK OF THE HALLWAY OUTSIDE OF THE
FRONT DOOR TO APARTMENT # 132. THIS STROLLER WAS SOUTH OF THE FRONT DOOR.
I SUBSEQUENTLY MEASURED THE APPROXIMATE LOCATION OF THIS STROLLER BY
UTILIZING THE SOUTH AND EAST WALLS OF THE HALLWAY AS A REFERENCE POINT.
THE STROLLER MEASURED AS FOLLOWS:

RIGHT FRONT WHEEL - 8' NORTH AND 18" WEST
LEFT FRONT WHEEL - 8' 6" NORTH AND 5" WEST
RIGHT REAR WHEEL - 10' NORTH AND 8" WEST
LEFT REAR WHEEL - 10' 3" NORTH AND 26" WEST

2000 01797849    22                                    Continued.

000009338

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   5        DR NUMBER: 2000 01797849     22

THESE MEASUREMENTS WERE MADE WITH A STANDARD TAPE MEASURE AND WERE TO THE
APPROXIMATE CENTER OF THE WHEELS.

AT APPROXIMATELY 0945 HOURS DETECTIVE OLSON ARRIVED. WE MADE ENTRY INTO
APARTMENT # 132 AT APPROXIMATELY 1010 HOURS. I NOTED THE FOLLOWING.

UPON ENTERING THE APARTMENT WE WERE STANDING IN A SMALL ENTRYWAY. THERE
WAS CERAMIC TILE ON THE FLOOR OF THIS ENTRY. TO THE SOUTH WAS THE LIVING
ROOM. THE CEILING FAN AND CEILING FAN LIGHT WERE BOTH TURNED ON. THE BODY
OF JOSEPH ANDRIANO WAS LAYING ON THE FLOOR OF THE LIVING ROOM. (SEE
SUPPLEMENT BY OLSON REGARDING THE DESCRIPTION OF THIS ROOM AND OF JOSEPH
ANDRIANO'S BODY).

NORTH OF THE LIVING ROOM WAS THE DINING ROOM. WEST OF THE DINING ROOM WAS
THE KITCHEN. THERE WAS A MICROWAVE OVEN OVER THE STOVE. THE LIGHT
UNDERNEATH THE MICROWAVE WAS TURNED ON. (SEE SUPPLEMENT BY OLSON REGARDING
THE DESCRIPTIONS OF THESE ROOMS).

TO THE EAST, IN BETWEEN THE DINING ROOM AND LIVING ROOM WAS A HALLWAY THAT
RAN IN AN EAST/WEST DIRECTION. THIS HALLWAY WAS APPROXIMATELY 3' 3" IN
WIDTH FROM NORTH TO SOUTH AND APPROXIMATELY 16' 8" IN LENGTH FROM EAST TO
WEST.

WHILE TRAVELLING EAST DOWN THIS HALLWAY I NOTED THE FOLLOWING.

DIRECTLY TO THE EAST AND ON THE NORTH WALL OF THE HALLWAY WERE DOUBLE
BI-FOLD DOORS. THESE DOORS WERE CLOSED. THEY WERE EVENTUALLY FOUND TO BE
THE DOORS TO A LAUNDRY CLOSET. INSIDE OF THIS CLOSET WAS A WASHING MACHINE
AND A CLOTHES DRYER. THE WASHING MACHINE WAS TO THE WEST AND THE CLOTHES
DRYER WAS TO THE EAST. BOTH THE WASHING MACHINE AND THE CLOTHES DRYER WERE
EMPTY. THERE WAS A SHELF ON THE BACK WALL OF THIS CLOSET. THERE WERE
VARIOUS ITEMS ON THIS SHELF WHICH INCLUDED LAUNDRY/CLEANING ITEMS. A
LAUNDRY BASKET WAS ON TOP OF THE CLOTHES DRYER.

NORTH OF THE LAUNDRY CLOSET, ALONG THE NORTH WALL WAS ANOTHER DOOR. THIS
DOOR OPENED OUT INTO THE HALLWAY. THIS DOOR WAS CLOSED BUT WAS LATER FOUND
TO BE THE DOOR FOR A HALLWAY CLOSET. THERE WERE NUMEROUS ITEMS IN THIS
CLOSET INCLUDING WRAPPING PAPER, SILK PLANT, SUITCASE, ETC.

ACROSS THE HALLWAY FROM THIS CLOSET, ALONG THE SOUTH WALL WAS ANOTHER
DOORWAY. THIS DOOR WAS OPEN AND WAS FOUND TO BE THE DOORWAY FOR A BEDROOM.
THIS BEDROOM WILL BE REFERRED TO AS THE MIDDLE BEDROOM FOR DESCRIPTION
PURPOSES IN THIS SUPPLEMENT.

EAST OF THE CLOSET, ALONG THE NORTH WALL WAS ANOTHER DOORWAY. THIS DOOR
WAS OPEN AND WAS FOUND TO BE THE DOORWAY FOR A BATHROOM. THIS BATHROOM
WILL BE REFERRED TO AS THE HALLWAY BATHROOM FOR DESCRIPTION PURPOSES IN
THIS SUPPLEMENT.

EAST OF THIS BATHROOM, IN THE NORTHEAST CORNER OF THE HOME WAS ANOTHER
BEDROOM. THE DOOR TO THIS BEDROOM WAS ON THE EAST WALL OF THE HALLWAY.

2000 01797849     22                                        Continued.

000009339

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   6        DR NUMBER: 2000 01797849     22

THIS BEDROOM WILL BE REFERRED TO AS THE NORTHEAST CORNER BEDROOM FOR
DESCRIPTION PURPOSES IN THIS SUPPLEMENT.

IN THE SOUTHEAST CORNER OF THE HALLWAY WAS A SMALL ALCOVE AREA. THIS
ALCOVE AREA WAS APPROXIMATELY 2' 10" FROM NORTH TO SOUTH AND APPROXIMATELY
3' 7" FROM EAST TO WEST. ON THE WEST WALL OF THIS ALCOVE AREA WAS A DOOR.
THIS DOOR WAS PARTIALLY OPEN AND WAS FOUND TO BE A LINEN TYPE CLOSET. ON
THE SOUTH WALL OF THIS ALCOVE AREA WAS A DOOR. THIS DOOR WAS OPEN AND WAS
FOUND TO LEAD TO THE MASTER BEDROOM. INCORPORATED INTO THE MASTER BEDROOM
WAS THE MASTER BATHROOM AND CLOSET. THIS BEDROOM WILL BE REFERRED TO AS
THE MASTER BEDROOM FOR DESCRIPTION PURPOSES IN THIS SUPPLEMENT.

THE FOLLOWING ARE THE DESCRIPTIONS FOR EACH OF THESE ROOMS.

MIDDLE BEDROOM
--------------

THE DOOR TO THIS BEDROOM WAS ON THE NORTH WALL IN THE NORTHEAST CORNER OF
THE ROOM. THE DOOR OPENED IN TO THE ROOM WITH THE HINGES ON THE EAST SIDE.
THIS BEDROOM WAS APPROXIMATELY 11' 6" FROM NORTH TO SOUTH AND
APPROXIMATELY 11' 3" FROM EAST TO WEST. THE NORTHWEST CORNER PORTION OF
THE WALL WAS AT A SLIGHT ANGLE.

ALONG THE NORTH WALL, WEST OF THE DOOR WAS A CHILD'S BED. THIS BED WAS IN
THE SHAPE OF A CAR.

ALONG THE WEST WALL WAS A DESK. THERE WAS A CHAIR IN FRONT OF THE DESK.
THIS DESK HAD A REAR SHELF PORTION. ON THE SHELF PORTION WERE NUMEROUS
CHILDREN'S TYPE MOVIES. A "TARZAN" MOVIE WAS LAYING ON THE DESK. THE DESK
HAD A DRAWER IN THE CENTER AND THREE DRAWERS DOWN THE LEFT SIDE. IN THE
CENTER DRAWER WERE VARIOUS BILLS AND RECEIPTS. THE TWO UPPER LEFT HAND
SIDE DRAWERS ALSO CONTAINED VARIOUS BILLS AND RECEIPTS. THE BOTTOM LEFT
SIDE DRAWER CONTAINED CHILDREN'S ITEMS SUCH AS CRAYOLAS, PAPER, ETC.

SOUTH OF THE DESK WAS A BOOKSHELF. THIS BOOKSHELF CONTAINED CHILDREN'S
BOOKS.

ON THE SOUTH WALL WAS A WINDOW. THE WINDOW WAS COVERED WITH CURTAINS,
WHICH WERE CLOSED. ON THE FLOOR IN FRONT OF THE WINDOW WERE STUFFED
ANIMALS. THERE WAS ALSO A SMALL AIR PURIFIER ON THE FLOOR IN FRONT OF THE
WINDOW. ON TOP OF THE AIR PURIFIER WAS A TELEVISION SET. THE TELEVISION
SET WAS TURNED OFF.

2000 01797849     22                                          Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT             PAGE NUMBER:   7        DR NUMBER: 2000 01797849     22

IN THE SOUTHEAST CORNER, ALONG THE SOUTH WALL WAS A DRESSER. THERE WAS A
LAMP ON TOP OF THE DRESSER. THIS LAMP WAS TURNED ON. THE DRAWERS OF THE
DRESSER CONTAINED YOUNG GIRL'S CLOTHING.

ON THE EAST WALL WAS A CLOSET. THERE WERE SLIDING MIRRORED DOORS ON THIS
CLOSET. INSIDE OF THE CLOSET WERE CHILDREN'S CLOTHING AND ITEMS.

THE ITEMS INSIDE OF THIS ROOM GAVE THE APPEARANCE THAT THE ROOM HAD BEEN
OCCUPIED BY A CHILD.

HALLWAY BATHROOM
----------------

THE DOOR TO THIS BATHROOM WAS ON THE SOUTH WALL IN THE SOUTHEAST CORNER OF
THE ROOM. THE DOOR OPENED IN TO THE ROOM WITH THE HINGES ON THE EAST SIDE.
THIS BATHROOM WAS APPROXIMATELY 6' 10" FROM NORTH TO SOUTH AND
APPROXIMATELY 12' 2" FROM EAST TO WEST.

THE SOUTH WALL, WEST OF THE DOOR WAS INDENTED INTO THE ROOM. THERE WERE
TWO TOWEL RACKS ON THIS WALL. THE TOWEL RACK THAT WAS CLOSEST TO THE DOOR
HAD TOWELS AND A HANGER ON IT. THERE WERE NO ITEMS ON THE OTHER TOWEL
RACK.

THE SHOWER/BATHTUB WAS ON THE WEST WALL. THE MULTICOLORED SHOWER CURTAIN
WAS OPEN. THERE WERE CHILDREN'S BATH TOYS INSIDE OF THE BATHTUB. THERE WAS
NO WATER IN THE TUB.

ALONG THE NORTH WALL, EAST OF THE BATHTUB WAS THE TOILET. THE UPPER
PORTION OF THE ATTACHED TOILET SEAT WAS IN AN UP POSITION. THE LOWER
PORTION OF THE TOILET SEAT WAS IN A DOWN POSITION. THERE WAS A CHILD'S
TOILET SEAT ON THE FLOOR IN FRONT OF THE TOILET.

FURTHER EAST ON THE NORTH WALL WAS THE SINK CABINET. THIS CABINET EXTENDED
TO THE NORTHEAST CORNER OF THE BATHROOM. THERE WAS A COUNTERTOP ON THE
CABINET, WHICH HAD TWO SINKS INSTALLED INTO IT. THE FRONT OF THIS CABINET
HAD DOUBLE DOORS BELOW EACH OF THE SINKS. THERE WERE THREE DRAWERS IN
BETWEEN EACH SET OF DOUBLE DOORS. THE TOP TWO DRAWERS WERE PARTIALLY OPEN.
THE BOTTOM DRAWER WAS CLOSED. THESE DRAWERS AND CABINET CONTAINED VARIOUS
BATHROOM ITEMS.

THERE WAS PACKAGE CONTAINING ROLLS OF TOILET PAPER ON THE FLOOR IN FRONT
OF THE CABINET.

NORTHEAST CORNER BEDROOM
------------------------

2000 01797849     22                                    Continued.

000009341

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   8      DR NUMBER: 2000 01797849      22

THE DOOR TO THIS BEDROOM WAS ON THE WEST WALL IN THE SOUTHWEST CORNER OF
THE ROOM. THE DOOR OPENED IN TO THE ROOM WITH THE HINGES ON THE SOUTH
SIDE. THIS BEDROOM WAS APPROXIMATELY 10' 10" FROM NORTH TO SOUTH AND
APPROXIMATELY 12' FROM EAST TO WEST.

ALONG THE SOUTH WALL EAST OF THE DOOR WAS A SMALL ROCKING CHAIR. EAST OF
THIS CHAIR WAS A LARGER ROCKING CHAIR. THE BACK OF THE LARGER CHAIR FACED
THE SOUTHEAST CORNER OF THE ROOM.

THERE WAS A WINDOW ON THE EAST WALL. THE WINDOW BLINDS WERE CLOSED. A
SMALL DRESSER WAS UNDERNEATH THIS WINDOW. THE DRAWERS IN THIS DRESSER
CONTAINED SMALL CHILDREN'S CLOTHING.

ANGLED IN THE NORTHEAST CORNER OF THE ROOM WAS ANOTHER DRESSER. THERE WAS
A LAMP ON TOP OF THIS DRESSER. THE LAMP WAS TURNED OFF. THE DRAWERS IN
THIS DRESSER CONTAINED SMALL CHILDREN'S CLOTHING.

ALONG THE NORTH WALL, WEST OF THE DRESSER WAS A CRIB.

WEST OF THE CRIB, IN THE NORTHWEST CORNER OF THE ROOM WAS A FLOOR LAMP.
THIS FLOOR LAMP WAS TURNED ON.

ON THE WEST WALL, IN THE NORTHWEST CORNER OF THE ROOM WAS A DOOR. THIS
DOOR OPENED OUT INTO THE BEDROOM WITH THE HINGES ON THE NORTH SIDE. THIS
DOOR WAS OPEN AND LED TO A WALK IN CLOSET. THERE WERE CHILDREN'S CLOTHING
AND ITEMS SUCH AS STUFFED ANIMALS, ETC. IN THIS CLOSET.

THE ITEMS INSIDE OF THIS ROOM GAVE THE APPEARANCE THAT THE ROOM HAD BEEN
OCCUPIED BY A CHILD.


HALLWAY LINEN CLOSET
--------------------


THE DOOR TO THIS CLOSET WAS LOCATED IN THE ALCOVE AREA THAT LED TO THE
MASTER BEDROOM. THE DOOR OPENED OUT INTO THE HALLWAY WITH THE HINGES ON
THE SOUTH SIDE. THIS DOOR WAS ON THE EAST WALL OF THE CLOSET ITSELF. THE
DOOR WAS PARTIALLY OPEN.

THERE WERE SHELVES ON THE WEST WALL OF THE CLOSET. ON THESE SHELVES WERE
VARIOUS LINENS AND TOWELS.

THERE WAS A SHOE RACK ON THE INTERIOR OF THIS CLOSET DOOR. NUMEROUS SHOES
WERE HANGING ON THIS SHOE RACK.

2000 01797849      22                                        Continued.

000009342

P-App. 005073

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   9        DR NUMBER: 2000 01797849      22

ON THE HALLWAY FLOOR NEXT TO THE LINEN CLOSET DOOR WAS A PAIR OF BLACK
COLORED, OPEN HEELED SHOES. THERE WERE REDDISH COLORED STAINS ON THE TOPS
OF THESE SHOES THAT APPEARED TO BE BLOOD. WE SUBSEQUENTLY SEIZED THESE
SHOES.


MASTER BEDROOM
--------------


THE DOOR TO THIS BEDROOM WAS ON THE NORTH WALL IN THE NORTHWEST CORNER OF
THE ROOM. THE DOOR OPENED IN TO THE ROOM WITH THE HINGES ON THE WEST SIDE.
THIS DOOR WAS OPEN. THIS BEDROOM WAS APPROXIMATELY 19' FROM NORTH TO SOUTH
AND APPROXIMATELY 12' 10" FROM EAST TO WEST.

INCORPORATED IN THE NORTHEAST CORNER OF THIS ROOM WAS THE MASTER BATHROOM
AND CLOSET. THESE AREAS WERE INCLUDED IN THE OVERALL 19' NORTH TO SOUTH
MEASUREMENT. THE ACTUAL MASTER BEDROOM NOT INCLUDING THE MASTER BATHROOM
AND CLOSET AREAS WAS APPROXIMATELY 12' 10" FROM NORTH TO SOUTH.

UPON FIRST ENTERING THIS ROOM I WAS IN A SMALL HALLWAY. ON THE EAST WALL
OF THIS HALLWAY WAS THE DOORWAY LEADING INTO THE MASTER BATHROOM AND
CLOSET. ON THE WEST WALL OF THIS HALLWAY WAS AN IRONING BOARD THAT WAS IN
AN OPEN POSITION. THERE WERE CLOTHES ON TOP OF THE IRONING BOARD.

ALONG THE WEST WALL, SOUTH OF THE IRONING BOARD WAS A DRESSER. THERE WERE
WOMEN'S CLOTHING IN THE DRAWERS OF THIS DRESSER.

SOUTH OF THE DRESSER WAS A JEWELRY CHEST. THIS CHEST HAD NUMEROUS DRAWERS
IN IT. ONE OF THE DRAWERS WAS MISSING. ON TOP OF THE CHEST WAS A V.C.R.
THERE WAS NO TAPE IN THE V.C.R.

AFFIXED TO THE WALL ABOVE THE JEWELRY CHEST WAS A TELEVISION SET. THE
TELEVISION SET WAS ON AND WAS PROGRAMMED TO "FOX" CHANNEL 10.

SOUTH OF THE JEWELRY CHEST, ON THE WEST WALL WAS A DOOR. THIS DOOR LED TO
A REAR PATIO AREA OF THE APARTMENT. THE BLINDS ON THE DOOR WERE CLOSED.
THE DOOR WAS CLOSED BUT UNLOCKED. THE WIND BLEW THE DOOR OPEN AT ONE POINT
WHILE WE WERE IN THE APARTMENT.

ON THE SOUTH WALL WAS A WINDOW. THE WINDOW WAS CLOSED. THE DRAPES IN FRONT
OF THE WINDOW WERE PARTIALLY OPEN.

IN THE SOUTHEAST CORNER OF THE ROOM, ALONG THE EAST WALL WAS A NIGHTSTAND.
THERE WERE NUMEROUS ITEMS ON TOP OF THIS NIGHTSTAND. THERE WAS A SPOT ON
THE NIGHTSTAND THAT APPEARED TO HAVE ONCE BEEN THE SPOT FOR A LAMP TYPE
OBJECT. ON THE FLOOR NEAR THE FRONT OF THIS NIGHTSTAND WAS A PARTIAL BOWL
OF POPCORN.

2000 01797849    22                                          Continued.


000009343

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  10      DR NUMBER: 2000 01797849    22

ON THE EAST WALL WAS THE BED. THE BED WAS UNMADE. THE HEAD SECTION OF THE
BED WAS AGAINST THE WALL AND THE FOOT SECTION EXTENDED TO THE WEST. THERE
WAS A GLASS LAMP SHADE ON TOP OF THE SOUTH SIDE OF THE BED. THE SCREW/NUT
PORTION OF THE SHADE WAS ON THE BED. THIS SHADE APPEARED SIMILAR TO THE
SHADE THAT WAS ON A LAMP THAT WAS ON THE NIGHTSTAND, WHICH WAS ON THE
NORTH SIDE OF THE BED. (DESCRIBED BELOW).

THERE WAS A CEILING FAN/LAMP ON THE CEILING ABOVE THE BED. BOTH THE
CEILING FAN AND LAMP WERE TURNED OFF.

ON THE FLOOR, AT THE FOOT OF THE BED WAS A CHEST. ON TOP OF THE CHEST WAS
AN EMPTY LAMP BOX. THE PICTURE ON THE BOX DEPICTED A LAMP THAT WAS SIMILAR
TO THE LAMP WAS ON THE NIGHTSTAND LOCATED ON THE NORTH SIDE OF THE BED.
(DESCRIBED BELOW). THE PICTURE OF THE SHADE FOR THAT LAMP DEPICTED A SHADE
THAT WAS SIMILAR TO BOTH THE SHADE THAT WAS ON THE NIGHTSTAND LAMP AND THE
SHADE THAT WAS LAYING ON THE BED.

ALONG THE EAST WALL, NORTH OF THE BED WAS ANOTHER NIGHTSTAND. THERE WERE
NUMEROUS ITEMS ON THIS NIGHTSTAND. THE ITEMS INCLUDED A SMALL LAMP. THIS
LAMP WAS TURNED OFF. THERE WAS A SMALL FOUNTAIN ON THIS NIGHTSTAND. THE
FOUNTAIN WAS TURNED ON.

THERE WAS A TELEPHONE ON THIS NIGHTSTAND. THE TELEPHONE HAD AN ANSWERING
MACHINE THAT SHOWED TWO MESSAGES WAITING. I LISTENED TO THESE MESSAGES AND
OBSERVED THEM TO BE AS FOLLOWS.

THE FIRST MESSAGE WAS LISTED AS BEING RECEIVED SUNDAY AT 3:24 A.M. THIS
MESSAGE WAS A MALES VOICE WHO STATED, "WENDI, IT'S YOUR DAD CAN YOU PICK
UP THE PHONE".

THE SECOND MESSAGE WAS LISTED AS BEING RECEIVED SUNDAY AT 10:30 A.M. THIS
MESSAGE WAS A MALE SUBJECT WHO WAS CALLING FOR "JOE". I COULD NOT
UNDERSTAND WHAT THE MALE WAS STATING BUT IT SOUNDED AS IF THE MALE WAS
INVITING JOE SOMEWHERE. THE MALE RELATED THAT HE WOULD CALL BACK.

NORTH OF THE NIGHTSTAND WAS A SHORT STOOL. THIS STOOL WAS IN THE NORTHEAST
CORNER OF THE ROOM. ON TOP OF THE STOOL WAS A WATER JUG AND A WALK MAN
TYPE RADIO.

ALONG THE NORTH WALL, WEST OF THE STOOL WAS A CHAIR. THERE WAS A LAUNDRY
BASKET ON TOP OF THIS CHAIR.

WEST OF THIS CHAIR WAS A TALL DRESSER. THERE WERE MEN'S CLOTHES INSIDE THE
DRAWERS OF THIS DRESSER. THERE WAS DAMAGE TO THE FRONTS OF THE SECOND AND
THIRD DRAWERS OF THIS DRESSER. (PHOTOGRAPHS WERE TAKEN OF THE DAMAGE).

MASTER BATHROOM
---------------

2000 01797849    22                              Continued.

000009344

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  11        DR NUMBER: 2000 01797849     22

THE DOOR TO THIS BATHROOM WAS ON THE WEST WALL IN THE NORTHWEST CORNER OF
THE ROOM. THE DOOR OPENED IN TO THE BATHROOM WITH THE HINGES ON THE NORTH
SIDE. THIS DOOR WAS OPEN. THE BATHROOM WAS APPROXIMATELY 5' 6" FROM NORTH
TO SOUTH AND APPROXIMATELY 12' FROM EAST TO WEST.

IN THE SOUTHWEST CORNER OF THE BATHROOM WAS THE SINK CABINET. THIS CABINET
HAD ONE SINK INSTALLED IN IT. ON TOP OF THE CABINET WERE VARIOUS ITEMS
INCLUDING EIGHT PARTIALLY BURNED CANDLES. THERE WAS A HAIR DRYER AND A
CURLING IRON ON THE TOP OF THE CABINET. BOTH OF THESE ITEMS WERE PLUGGED
INTO THE WALL ELECTRICAL SOCKET.

THERE WAS A PARTIALLY FULL PLASTIC BOTTLE OF COLOR VIVE GENTLE SHAMPOO ON
THE COUNTER NEXT TO THE SINK. THIS BOTTLE WAS LAYING ON ITS SIDE ON TOP OF
A PARTIALLY USED TUBE OF TOOTHPASTE.

ALONG THE SOUTH WALL, EAST OF THE CABINET WAS THE TOILET. THE TOP PORTION
OF THE TOILET SEAT WAS IN AN UP POSITION. THE BOTTOM PORTION OF THE TOILET
SEAT WAS IN A DOWN POSITION. THERE WAS A TOWEL RACK ON THE WALL ABOVE THE
TOILET. THIS RACK HAD A TOWEL ON IT.

THE SHOWER/BATHTUB WAS ALONG THE EAST WALL OF THE BATHROOM. THERE WERE TWO
SHOWER CURTAINS ON THE SHOWER. THE OUTSIDE CURTAIN WAS OPEN TO THE SOUTH
AND WAS HANGING ON THE OUTSIDE OF THE TUB. THE INSIDE CURTAIN WAS OPEN TO
THE SOUTH AND WAS HANGING ON THE INSIDE OF THE TUB. THERE WAS NO WATER IN
THE BATHTUB. A SMALL WINDOW WAS ON THE EAST WALL OF THE SHOWER AREA.

THERE WAS A PARTIALLY FULL BOTTLE OF BUBBLE BATH ON THE SOUTHEAST CORNER
LEDGE OF THE TUB. THIS WAS JUST EAST OF THE FAUCET.

ALONG THE NORTH WALL, WEST OF THE SHOWER WAS ANOTHER TOWEL RACK. THERE WAS
NO TOWEL ON THIS RACK.

ON THE NORTH WALL, WEST OF THE TOWEL RACK WERE THE DOORS THAT LED INTO THE
CLOSET.

THE BATHROOM LIGHT AND FAN WERE BOTH TURNED OFF.


MASTER BEDROOM CLOSET
---------------------


THE DOORS OF THE MASTER BEDROOM CLOSET WERE ON THE SOUTH WALL OF THE
CLOSET. THE DOORS WERE DOUBLE DOORS THAT OPENED IN TO THE CLOSET. THE
DOORS WERE OPEN AND OPENED IN THE CENTER. THE CLOSET WAS APPROXIMATELY 3'
9" FROM NORTH TO SOUTH AND APPROXIMATELY 11' 9" FROM EAST TO WEST.

2000 01797849    22                                      Continued.


000009345

P-App. 005076

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER: 12      DR NUMBER: 2000 01797849      22

ALONG THE EAST WALL OF THE CLOSET WERE WIRE SHELVES. THERE WERE CLOTHES
STACKED ON THESE SHELVES.

ALONG THE NORTH WALL OF THE CLOSET WAS A WIRE SHELF/CLOTHES POLE. THERE
WERE CLOTHES STACKED ON THE SHELF AS WELL AS HUNG ON THE POLE.

THERE WERE NUMEROUS CLOTHES AND SHOES STREWN ABOUT THE FLOOR OF THE
CLOSET.

THERE WERE BOTH MEN'S AND WOMEN'S CLOTHING IN THIS CLOSET.

THE CLOSET LIGHT WAS TURNED OFF.

LATENT TECH R. MORAN PROCEEDED TO PHOTOGRAPH THE INTERIOR OF THE APARTMENT
AND ITS CONTENTS.

DETECTIVE OLSON AND I CONDUCTED THE SCENE INVESTIGATION.

AT APPROXIMATELY 1428 HOURS PERSONNEL FROM THE MEDICAL EXAMINER'S OFFICE
ARRIVED. WE EXAMINED JOSEPH ANDRIANO'S BODY WITH THE MEDICAL EXAMINER'S
PERSONNEL. REFERENCE THIS EXAMINATION SEE DETECTIVE OLSON'S SUPPLEMENT.

THE BODY OF JOSEPH ANDRIANO WAS PLACED INTO A BODY BAG THAT WAS SEALED
WITH SEAL # 1059117. THE BODY WAS REMOVED FROM THE SCENE.

WE CONTINUED THE SCENE INVESTIGATION.

LATENT TECHS KALINA AND FINLAY SUBSEQUENTLY ARRIVED TO ASSIST WITH THE
SCENE INVESTIGATION.

SEVERAL ITEMS OF EVIDENCE WERE SEIZED FROM THE APARTMENT. REGARDING ALL
ITEMS SEIZED FROM THE OUTSIDE ENTRYWAY, INSIDE ENTRYWAY, LIVING ROOM,
DINING ROOM, AND KITCHEN SEE SUPPLEMENT BY DETECTIVE OLSON.

THE FOLLOWING ITEMS WERE SEIZED FROM THE HALLWAY, MASTER BATHROOM AND
MASTER BEDROOM CLOSET AREAS.

ITEM # 89 - ONE PAIR OF WOMAN'S OPEN HEELED, BLACK COLORED SHOES. LOCATED
ON THE FLOOR OF THE HALLWAY NEXT TO THE HALLWAY LINE CLOSET DOOR.

ITEM # 90 - ONE BUICK KEY RING CONTAINING SEVERAL KEYS. LOCATED ON THE
EAST END OF THE COUNTER TOP, WHICH WAS AGAINST THE SOUTH WALL OF THE
MASTER BATHROOM.

ITEM # 91 - ONE PAIR OF BLUE AND WHITE PLAID SHORTS. LOCATED ON THE FLOOR
OF THE MASTER BEDROOM CLOSET.

ITEM # 92 - ONE PAIR OF RED AND GREEN PLAID SHORTS. LOCATED ON THE FLOOR

2000 01797849      22                                    Continued.

000009346

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:  13      DR NUMBER: 2000 01797849      22

OF THE MASTER BEDROOM CLOSET.

ITEM # 93 - SEVERAL PHOTOGRAPHS. LOCATED ON TOP OF THE DRESSER THAT WAS
AGAINST THE WEST WALL OF THE MASTER BEDROOM.

ITEM # 94 - ONE PAIR OF BLACK AND WHITE CHECKERED SHORTS. LOCATED ON THE
FLOOR UNDERNEATH THE SOUTH END OF THE BED, WHICH WAS AGAINST THE EAST WALL
OF THE MASTER BEDROOM.

ITEM # 95 - ONE PAIR OF MULTI-COLORED FLOWERED SHORTS. LOCATED ON THE
FLOOR NORTH OF THE BED, WHICH WAS AGAINST THE EAST WALL OF THE MASTER
BEDROOM.

ITEM # 96 - ONE PAPER FROM ATTORNEY REFERENCE MEDICAL MALPRACTICE LAWSUIT.
LOCATED ON THE LIVING ROOM FLOOR.

THESE ITEMS WERE NOT MEASURED BUT APPEAR IN THE PHOTOGRAPHS TAKEN AT THE
SCENE.

REFERENCE THE SCENE INVESTIGATION SEE SUPPLEMENT PREPARED BY DETECTIVE
OLSON.

DURING THE SCENE INVESTIGATION WE DID NOT LOCATE ANY ALCOHOLIC BEVERAGES
IN THE KITCHEN AREA. VARIOUS PRESCRIPTION MEDICATIONS TO JOSEPH ANDRIANO
WERE SEIZED. THE MEDICATION WERE AS FOLLOWS.

ITEM # 56 - A PRESCRIPTION VIAL LABELED DEXAMETHASONE 4MG TABS
          RX # 0877071-04046      WALGREENS PHARMACY 3960 E CHANDLER BLVD
          DOCTOR C. KELLOGG          DATED 08/01/00
          IN NAME OF JOSEPH ANDRIANO    QUANTITY PRESCRIBED - 20
                                        (TAKE AS DIRECTED)
          THERE WERE 32 GREEN COLORED TABLETS IN THE VIAL

ITEM # 56 - A PRESCRIPTION VIAL LABELED CHLORPROMAZINE 25MG TABS
          RX # 0885354-04046      WALGREENS PHARMACY 3960 E CHANDLER BLVD
          DOCTOR C. KELLOGG          DATED 08/24/00
          IN NAME OF JOSEPH ANDRIANO    QUANTITY PRESCRIBED - 40
                                        (TAKE 1-2 TABS EVERY 6 HOURS)
          THERE WERE 36 BROWN COLORED TABLETS IN THE VIAL

ITEM # 56 - A PRESCRIPTION VIAL LABELED PROCHLORPERAZINE 10MG TABS
          RX # 0868898-04046      WALGREENS PHARMACY 3960 E CHANDLER BLVD
          DOCTOR C. KELLOGG          DATED 07/11/00
          IN NAME OF JOSEPH ANDRIANO    QUANTITY PRESCRIBED - 60
                                        (TAKE 1 TAB EVERY 6 HOURS)
          THERE WERE 51 BROWN COLORED TABLETS IN THE VIAL

ITEM # 58 - A PRESCRIPTION BOX LABELED ZOFRAN 8MG TABS
          RX # 0866199-04046      WALGREENS PHARMACY 3960 E CHANDLER BLVD
          DOCTOR C. KELLOGG          DATED 08/22/00
          IN NAME OF JOSEPH ANDRIANO    QUANTITY PRESCRIBED - 9

2000 01797849      22                                    Continued.

000009347

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  14          DR NUMBER: 2000 01797849     22

(TAKE 1 TAB EVERY 8 HOURS)
THERE WERE 3 TAN COLORED TABLETS IN THE BOX

DURING THE SCENE INVESTIGATION I NOTED THAT THERE WAS A CORDLESS TELEPHONE
BASE THAT WAS IN THE LIVING ROOM. THE BASE WAS STILL PLUGGED INTO THE WALL
OUTLET.

THERE WAS A LETTER (ITEM # 96) IN THE LIVING ROOM THAT HAD BEEN ADDRESSED
TO JOSEPH AND WENDI ANDRIANO AT 2155 EAST LIBERTY LANE. THE LETTER WAS
FROM THE LAW OFFICE OF ROUSH, MCCRACKEN, GUERRERO AND MILLER. THE LETTER
DETAILED AN ONGOING MEDICAL MALPRACTICE CLAIM THAT WAS BEING SOUGHT BY THE
ANDRIANOS. THE LETTER WAS DATED AUGUST 14, 2000.

WE COMPLETED THE SCENE INVESTIGATION AT APPROXIMATELY 0240 HOURS.

ON OCTOBER 09, 2000 AT APPROXIMATELY 0323 HOURS DETECTIVE OLSON AND I TOOK
THE MAJORITY OF THE SEIZED ITEMS TO THE PHOENIX POLICE DEPARTMENT POLICE
AND PUBLIC SAFETY BUILDING, 620 WEST WASHINGTON STREET. THE ITEMS THAT
WERE TAKEN THERE WERE PLACED INTO THE GENERAL INVESTIGATIONS BUREAU DRYING
FACILITY BAY # 31. THIS BAY WAS SEALED WITH SEAL # 071326. THIS WAS A
SECURED BAY IN AN ALARMED ROOM. ACCESS TO THIS BAY WAS TO THE ASSIGNED
DETECTIVES. WHEN PLACING THE ITEMS INTO THE BAY I INADVERTANTLY WROTE 1523
HOURS ON THE BAY CONTROL FORM. THE CORRECT TIME SHOULD HAVE READ 0323
HOURS.

ON OCTOBER 09, 2000 SERGEANT SMALLMAN TOOK ITEMS # 13A, # 31, AND # 31A TO
THE PHOENIX POLICE IMPOUND LOT. ONCE THERE, SMALLMAN PLACED THESE ITEMS
INTO A ROOM THAT WAS LOCATED IN AN ALARMED BUILDING ON THE LOT. THE REASON
FOR THIS WAS THAT THESE ITEMS WERE TOO LARGE TO BE PLACED INTO THE DRYING
FACILITY. THESE ITEMS HAD WET STAINS ON THEM THAT NEEDED TO BE DRIED PRIOR
TO IMPOUNDING. SMALLMAN PLACED CLEAN BUTCHER PAPER UNDERNEATH THE ITEMS TO
PREVENT ANY CONTAMINATION TO THE ITEMS.

ITEM # 90 (SET OF KEYS) WERE TURNED OVER TO DETECTIVES LUCERO AND DILLIAN.
THE PURPOSE OF THIS WAS TO HAVE THESE DETECTIVES SEIZE THE BUICK VEHICLE
THAT THESE KEYS BELONGED TO. THE VEHICLE AND THE KEYS WERE PLACED INTO A
SECURED, ALARMED BUILDING AT THE PHOENIX POLICE IMPOUND LOT. THE VEHICLE
WAS SUBSEQUENTLY SEARCHED.

ON OCTOBER 10, 2000 AT APPROXIMATELY 1100 HOURS DETECTIVE OLSON ENTERED
THE DRYING BAY # 31 FOR THE PURPOSE OF COMPLETING AN IMPOUND INVOICE. HE
REMOVED SEAL # 071326. AT APPROXIMATELY 1200 HOURS DETECTIVE OLSON
RESEALED THE DRYING BAY WITH SEAL # 071351.

ON OCTOBER 11, 2000 AT APPROXIMATELY 0509 HOURS I ENTERED THE DRYING BAY #
31. I REMOVED SEAL # 071351. I REMOVED ITEM # 17, WHICH WERE THE SHORTS
THAT JOSEPH ANDRIANO WAS WEARING AND ITEM # 56 (PRESCRIPTION MEDICATIONS).
THE PURPOSE WAS TO PROVIDE THESE ITEMS TO DETECTIVE LUCERO WHO WAS TO
ATTEND THE AUTOPSY OF JOSEPH ANDRIANO. THE MEDICAL EXAMINER REQUESTED THAT
THESE ITEMS BE BROUGHT TO THE AUTOPSY. I PROVIDED THESE ITEMS TO DETECTIVE
LUCERO. I RESEALED THE DRYING BAY WITH SEAL # 071364.

2000 01797849     22                                            Continued.

000009348

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  15          DR NUMBER: 2000 01797849      22

ON OCTOBER 12, 2000 AT APPROXIMATELY 1315 HOURS I ENTERED THE DRYING BAY #
31. I REMOVED SEAL # 071364. I IMPOUNDED THE ITEMS THAT WERE INSIDE OF
THIS BAY. I OBTAINED ITEM # 17 (SHORTS) FROM DETECTIVE LUCERO AND
IMPOUNDED THOSE. I IMPOUNDED ALL OF THE SEALS THAT HAD BEEN UTILIZED TO
SECURE DRYING FACILITY BAY # 31.

DETECTIVE OLSON SUBSEQUENTLY REMOVED ITEMS # 13A, # 31, AND # 31A FROM THE
POLICE IMPOUND BUILDING AND IMPOUNDED THEM.

I SUBSEQUENTLY OBTAINED ITEM # 56 (PRESCRIPTION MEDICATIONS) FROM THE
MEDICAL EXAMINER'S OFFICE. THESE ITEMS WERE STILL SEALED IN THE IMPOUND
ENVELOPE THAT I HAD PLACED THEM INTO AT THE SCENE. I IMPOUNDED THESE
ITEMS.

ON OCTOBER 24, 2000, I RETRIEVED ITEM # 90 (KEYS) FROM THE POLICE IMPOUND
BUILDING. I IMPOUNDED THE KEYS.

THE ITEMS OF EVIDENCE WERE IMPOUNDED ALONG WITH A REQUEST THAT THE ITEMS
BE PROPERLY PRESERVED FOR ANY FUTURE ANALYSIS IF NEEDED.

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

    DR ENTERED BY : 3550     DR FINALIZED BY : 3550

                        END OF REPORT          DR NO: 2000 01797849    022

000009349

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:    1      DR NUMBER: 2000 01797849     23

REPORT DATE: 20001012    TIME: 0931

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: CLIFTON JEWELL              3526      UNIT: C33

OFFENSE INVOLVED:  BIAS -

*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 101100                SEARCH WARRANT INVOLVED: NO

0001  PKG 001 CODE:EI   UK00
            ITEM: RATAPE  BRAND: BASF   MODEL:            COLOR:
      SIZE:          QUANTITY: 0002   SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO TAPE RECORDINGS OF INTERVIEW WITH
      SHANNON SWEENEY.

0002  PKG 001 CODE:EI   UK00
            ITEM: RVTAPE  BRAND: MAXELL MODEL:            COLOR:
      SIZE:          QUANTITY: 0002   SERIAL/ACCT/ID:
      DESCRIPTION: VIDEO TAPE RECORDINGS OF INTERVIEW WITH
      SHANNON SWEENEY.

*** NARRATIVE ****

   SERIAL NUMBER: 3526

THIS SUPPLEMENT IS BEING WRITTEN TO GENERATE A PROPERTY INVOICE.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:      2778582

   DR ENTERED BY : 3526    DR FINALIZED BY : 3526

                        END OF REPORT          DR NO: 2000 01797849    023

000009350

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1     DR NUMBER: 2000 01797849    24

REPORT DATE: 20001012   TIME: 0939

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE            BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: CLIFTON JEWELL          3526    UNIT: C33

OFFENSE INVOLVED:  BIAS -

*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 101100              SEARCH WARRANT INVOLVED: NO

0001  PKG 001 CODE:EI   UK00
        ITEM: RATAPE  BRAND: BASF   MODEL:            COLOR:
    SIZE:          QUANTITY: 0003   SERIAL/ACCT/ID:
    DESCRIPTION: AUDIO TAPE RECORDINGS OF INTERVIEW WITH CHRIS
    HASHISAKI.

0002  PKG 001 CODE:EI   UK00
        ITEM: RVTAPE  BRAND: BASF   MODEL:            COLOR:
    SIZE:          QUANTITY: 0002   SERIAL/ACCT/ID:
    DESCRIPTION: VIDEO TAPE RECORDINGS OF INTERVIEW WITH CHRIS
    HASHISAKI.

**** NARRATIVE ****

  SERIAL NUMBER: 3526

THIS SUPPLEMENT IS BEING WRITTEN TO GENERATE A PROPERTY INVOICE.

  VICTIM RECEIVED RIGHTS INFORMATION:  NO        MAIL-IN SUPPLEMENT:

INVOICES:    2778584

  DR ENTERED BY : 3526   DR FINALIZED BY : 3526

                    END OF REPORT         DR NO: 2000 01797849   024

000009351

P-App. 005082

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    25

REPORT DATE: 20001012   TIME: 1112

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: CLIFTON JEWELL              3526     UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 101200                SEARCH WARRANT INVOLVED: NO

0001  PKG 001 CODE:EI   UK00
          ITEM: RATAPE  BRAND: BASF    MODEL:              COLOR:
     SIZE:          QUANTITY: 0002   SERIAL/ACCT/ID:
     DESCRIPTION: AUDIO TAPE RECORDINGS OF INTERVIEW WITH ERIK
     VAILLANT.

0002  PKG 001 CODE:EI   UK00
          ITEM: RVTAPE  BRAND: BASF    MODEL:              COLOR:
     SIZE:          QUANTITY: 0002   SERIAL/ACCT/ID:
     DESCRIPTION: VIDEO TAPE RECORDINGS OF INTERVIEW WITH ERIK
     VAILLANT.

****  NARRATIVE  ****

   SERIAL NUMBER: 3526

THIS SUPPLEMENT IS BEING WRITTEN TO GENERATE A PROPERTY INVOICE.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO         MAIL-IN SUPPLEMENT:

INVOICES:    2778616

   DR ENTERED BY : 3526    DR FINALIZED BY : 3526

                    END OF REPORT       DR NO: 2000 01797849    025

000009352

P-App. 005083

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:    1        DR NUMBER: 2000 01797849      26

REPORT DATE: 20001012    TIME: 1406

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                  BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: TINA AYALA              A3894      UNIT: LAB

OFFENSE INVOLVED:  BIAS -

*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 000000
DATE: 000000              SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI    UK00
          ITEM: IPHOTO  BRAND:        MODEL:          COLOR:
     SIZE:         QUANTITY: 0004    SERIAL/ACCT/ID:
     DESCRIPTION: (117) EXPOSURES ON (4) ROLLS OF UNDEVELOPED FILM
     OF ANDRIANO, WENDI DOB: 08/26/70 TAKEN AT 620 W WASHINGTON ON 10/08/00

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:      2778682

   DR ENTERED BY : A3894     DR FINALIZED BY : A3894

END OF REPORT          DR NO: 2000 01797849    026

000009353

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849    27

REPORT DATE: 20001012   TIME: 1412

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: TINA AYALA              A3894     UNIT: LAB

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000000
DATE: 000000              SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   UK00
         ITEM: IPHOTO  BRAND:        MODEL:        COLOR:
    SIZE:          QUANTITY: 0006   SERIAL/ACCT/ID:
    DESCRIPTION: (179) EXPOSURES ON (6) ROLLS OF UNDEVELOPED FILM
    OF ANDRIANO, WENDI DOB: 08/26/70 TAKEN AT 2939 W DURANGO ST ON 10/12/00

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:    2778684

   DR ENTERED BY : A3894    DR FINALIZED BY : A3894

                    END OF REPORT          DR NO: 2000 01797849    027

000009354

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849     28

REPORT DATE: 20001012    TIME: 1432

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: CLIFTON JEWELL          3526      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 3526

ROOM #1
-------

ON 10-11-00 AT 1523 HOURS, I MONITORED AN INTERVIEW OF CHRIS HASHISAKI
CONDUCTED AT 620 WEST WASHINGTON, IN THE GENERAL INVESTIGATIONS BUREAU.  I
RECORDED THE INTERVIEWS ON SEPARATE VIDEO AND AUDIO CASSETTES.  I UTILIZED
ONLY NEW, FACTORY SEALED VIDEO AND AUDIO CASSETTES FOR RECORDING.

THE PRIMARY VIDEO RECORDER (TAPE MARKED ORIGINAL) UTILIZED IS A PANASONIC
VHS DECK, MODEL AG1980P, SERIAL NUMBER L7TC01593.  IF A VIDEO COPY WAS
MADE SIMULTANEOUSLY (TAPE MARKED COPY), THE VIDEO RECORDER UTILIZED IS A
PANASONIC VHS DECK, MODEL NUMBER AG1980P, SERIAL NUMBER L7TC01425.  THE
VIDEO MONITOR IS A PANASONIC, MODEL CT2086Y; THE MICROPHONE POWER SUPPLY
IS A SHURE M267, SERIAL NUMBER IS 980750751.  THE AUDIO RECORDERS UTILIZED
ARE BOTH MARANTZ MODEL PMD-221 RECORDERS, SERIAL NUMBERS MZ029317920311
AND MZ029335970398.

THE INTERVIEW ENDED AT 1630.  I INITIALED EACH CASSETTE USED AND REMOVED
THE TABS TO PREVENT INADVERTENT ERASURE OF FURTHER RECORDING ONTO THE
CASSETTES.  THE CASSETTES WERE THEN TURNED OVER TO DETECTIVE LUCERO.

THERE WERE NO INTERRUPTIONS IN THE MONITORING AND/OR RECORDING OF THE
INTERVIEW FROM ITS BEGINNING TO ITS CONCLUSION.

10-12-2000  1436; GIB A2663 LYDIA

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : A2663     DR FINALIZED BY : 3526

END OF REPORT          DR NO: 2000 01797849    028

000009355

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849     29

REPORT DATE: 20001012   TIME: 1438

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: CLIFTON JEWELL            3526      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

   SERIAL NUMBER: 3526

ROOM #1
-------

ON 10-11-00 AT 1645 HOURS, I MONITORED AN INTERVIEW OF SHANNON SWEENEY
CONDUCTED AT 620 WEST WASHINGTON, IN THE GENERAL INVESTIGATIONS BUREAU.  I
RECORDED THE INTERVIEWS ON SEPARATE VIDEO AND AUDIO CASSETTES.  I UTILIZED
ONLY NEW, FACTORY SEALED VIDEO AND AUDIO CASSETTES FOR RECORDING.

THE PRIMARY VIDEO RECORDER (TAPE MARKED ORIGINAL) UTILIZED IS A PANASONIC
VHS DECK, MODEL AG1980P, SERIAL NUMBER L7TC01593.  IF A VIDEO COPY WAS
MADE SIMULTANEOUSLY (TAPE MARKED COPY), THE VIDEO RECORDER UTILIZED IS A
PANASONIC VHS DECK, MODEL NUMBER AG1980P, SERIAL NUMBER L7TC01425.  THE
VIDEO MONITOR IS A PANASONIC, MODEL CT2086Y; THE MICROPHONE POWER SUPPLY
IS A SHURE M267, SERIAL NUMBER IS 980750751.  THE AUDIO RECORDERS UTILIZED
ARE BOTH MARANTZ MODEL PMD-221 RECORDERS, SERIAL NUMBERS MZ029317920311
AND MZ029335970398.

THE INTERVIEW ENDED AT 1726.  I INITIALED EACH CASSETTE USED AND REMOVED
THE TABS TO PREVENT INADVERTENT ERASURE OF FURTHER RECORDING ONTO THE
CASSETTES.  THE CASSETTES WERE THEN TURNED OVER TO DETECTIVE LUCERO.

THERE WERE NO INTERRUPTIONS IN THE MONITORING AND/OR RECORDING OF THE
INTERVIEW FROM ITS BEGINNING TO ITS CONCLUSION.

10-12-2000  1447; GIB A2663 LYDIA


   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : A2663    DR FINALIZED BY : 3526

                              END OF REPORT        DR NO: 2000 01797849    029

000009356

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849      30

REPORT DATE: 20001012   TIME: 1448

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: CLIFTON JEWELL              3526      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 3526

ROOM #1
-------

ON 10-12-00 AT 0944, I MONITORED AN INTERVIEW OF ERIK VAILLANT CONDUCTED
AT 620 WEST WASHINGTON, IN THE GENERAL INVESTIGATIONS BUREAU.  I RECORDED
THE INTERVIEWS ON SEPARATE VIDEO AND AUDIO CASSETTES.  I UTILIZED ONLY
NEW, FACTORY SEALED VIDEO AND AUDIO CASSETTES FOR RECORDING.

THE PRIMARY VIDEO RECORDER (TAPE MARKED ORIGINAL) UTILIZED IS A PANASONIC
VHS DECK, MODEL AG1980P, SERIAL NUMBER L7TC01593.  IF A VIDEO COPY WAS
MADE SIMULTANEOUSLY (TAPE MARKED COPY), THE VIDEO RECORDER UTILIZED IS A
PANASONIC VHS DECK, MODEL NUMBER AG1980P, SERIAL NUMBER L7TC01425.  THE
VIDEO MONITOR IS A PANASONIC, MODEL CT2086Y; THE MICROPHONE POWER SUPPLY
IS A SHURE M267, SERIAL NUMBER IS 980750751.  THE AUDIO RECORDERS UTILIZED
ARE BOTH MARANTZ MODEL PMD-221 RECORDERS, SERIAL NUMBERS MZ029317920311
AND MZ029335970398.

THE INTERVIEW ENDED AT 1042.  I INITIALED EACH CASSETTE USED AND REMOVED
THE TABS TO PREVENT INADVERTENT ERASURE OF FURTHER RECORDING ONTO THE
CASSETTES.  THE CASSETTES WERE THEN TURNED OVER TO DETECTIVE LUCERO.

THERE WERE NO INTERRUPTIONS IN THE MONITORING AND/OR RECORDING OF THE
INTERVIEW FROM ITS BEGINNING TO ITS CONCLUSION.

10-12-2000  1454; GIB A2663 LYDIA

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : A2663    DR FINALIZED BY : 3526

END OF REPORT        DR NO: 2000 01797849   030

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849      31

REPORT DATE: 20001012   TIME: 1536

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: THOMAS KULESA           3550     UNIT: C33

OFFENSE INVOLVED:  BIAS -

*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 000000
DATE: 000000              SEARCH WARRANT INVOLVED:

0029A PKG 000 CODE:EI   UK01
          ITEM: PSPECIM BRAND:        MODEL:          COLOR:
     SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
     DESCRIPTION: CONTROL SAMPLE FROM WALL OUTSIDE FRONT DOOR.

0097 PKG 000 CODE:EI   UK01
          ITEM: *MISC  BRAND:        MODEL:          COLOR:
     DESCRIPTION: PHOENIX POLICE DRYING BAY CONTROL FORM FOR BAY
# 31. ALSO THREE SEPARATE BAY SEALS.

**** NARRATIVE ****
   SERIAL NUMBER: 3550

SUPPLEMENT GENERATED FOR IMPOUND PURPOSES.

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2778732

DR ENTERED BY : 3550    DR FINALIZED BY : 3550

                    END OF REPORT        DR NO: 2000 01797849   031

000009358

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849    32

REPORT DATE: 20001013   TIME: 0514

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE            BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: THOMAS KULESA            3550     UNIT: C33

OFFENSE INVOLVED:  BIAS -
```
     ================================================================
     =                                                              =
     =       ***  REQUEST FOR SCIENTIFIC ANALYSIS  ***              =
     =                                                              =
     ================================================================
```
CURRENT DR IS: 2000 01797849    032   BIOLOGICAL EVID (BLOOD,SEMEN,TISSUE): N
NAM: ANDRIANO        WENDI     ELIZABETH
NAM:                                    OFF:HOMICIDE
LOCATION: 002155 E   LIBERTY           LA          JAILED: Y
OFCR REQ OF ANALYSIS:KULESA, THOMAS           DATE OCC:100800 TIME:0338
(LAST,FIRST,MIDDLE) FIRM NAME USE BUS.        DATE REQ:101300 TIME:0515
VIC: ANDRIANO        JOSEPH     D            DUI RELATED:N
BUS:

 MARIJUANA:  DRUGS:   BLOOD ALC:    BREATH ALC:   OTHER: Y PER INVOICE: N

 INVOICE    ITEM # SFX   TYPE          INVOICE    ITEM # SFX    TYPE

 0002777913   0014      PSPECIM       0002777913  0031          PCLOTHE

BLOOD DRAWN BY:                      1.DATE/TIME DRAW:000000 / 0000
LOC OF DRAWING:                      2.DATE/TIME DRAW:000000 / 0000

                    ****  NARRATIVE  ****
  SERIAL NUMBER: 3550



           **** CAUTION - CAUTION - CAUTION ****

        **** POSSIBLE PRESENCE OF SODIUM AZIDE OR SIMILAR CHEMICAL ****

PLEASE EXAMINE THESE TWO ITEMS FOR THE PRESENCE OF SODIUM AZIDE OR ANY
OTHER SIMILAR CHEMICALS. ALSO CHECK THE ITEMS FOR ANY FOREIGN SUBSTANCES.
BOTH ITEMS ARE BELIEVED TO CONTAIN VOMIT FROM THE VICTIM. ITEM # 14 IS A
SWABBED SAMPLE OF ONE OF THE POOLS CONTAINED IN ITEM # 31. ITEM # 31 IS A
LARGE PORTION OF THE THROW RUG THAT THE VICTIM WAS LAYING ON. THERE
APPEARS TO BE VOMIT AND BLOOD ON THIS ITEM.


  2000 01797849    32                              Continued.



000009359

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT               PAGE NUMBER:   2        DR NUMBER: 2000 01797849      32

ITEMS ALSO NEED TO BE PRESERVED FOR POSSIBLE FUTURE ANALYSIS.

VICTIM RECEIVED RIGHTS INFORMATION:   NO            MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 3550      DR FINALIZED BY : 3550

END OF REPORT          DR NO: 2000 01797849    032

000009360

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    33

REPORT DATE: 20001013   TIME: 0745

TYPE OF REPORT:  HOMICIDE                           OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: MICHAEL LANNING           5568     UNIT: C33

OFFENSE INVOLVED:  BIAS -

                    ***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 003032 S 22ND AV
DATE: 101200              SEARCH WARRANT INVOLVED: YES

0001  PKG 000 CODE:EI   AP01
          ITEM: IDRIVER BRAND: AZ      MODEL: DRIVERS LIC COLOR:
      SIZE:         QUANTITY: 0000   SERIAL/ACCT/ID: 527659703
      DESCRIPTION: DRIVERS LICENSE FOR WENDI ELIZABETH ANDRIANO FOUND
      ON THE DASHBOARD OF THE GMC YUKON.

0002  PKG 000 CODE:EI   AP01
          ITEM: *MISC   BRAND:        MODEL: ATM RECEIPT COLOR:
      DESCRIPTION: MISCELLANEOUS ATM RECEIPTS.  FOUND IN THE CENTER
      CONSOLE OF THE GMC YUKON.

0003  PKG 000 CODE:EI   AP01
          ITEM: IPHOTO  BRAND:       MODEL:          COLOR:
      SIZE:         QUANTITY: 0015   SERIAL/ACCT/ID:
      DESCRIPTION: 35MM PHOTOGRAPHS OF WENDI AND FRIENDS.  FOUND IN
      THE CENTER CONSOLE OF THE GMC YUKON.

0004  PKG 000 CODE:EI   AP01
          ITEM: *MISC   BRAND:        MODEL: PHONE BILL  COLOR:
      DESCRIPTION: VERIZON WIRELESS CELLULAR PHONE BILL.  PHONE
      NUMBER 602-618-9177 FOR JOE ANDRIANO.  FOUND IN THE CENTER CONSOLE OF THE
      GMC YUKON.

0005  PKG 000 CODE:EI   AP01
          ITEM: *MISC   BRAND:        MODEL:          COLOR:
      DESCRIPTION: WELLS FARGO BANK STATEMENT FOR JOE AND WENDI
      ANDRIANO ACCOUNT NUMBER 944-9504883; BILL FROM GOLDMAN AND KAPLAN LTD
      DATED 10-03-00 SHOWING $200 OWED FOR ESTATE PLANNING; COLLECTION NOTICE TO
      JOE ANDRIANO REFERENCE A CAPITOL ONE SERVICES ACCOUNT. (SEE NARRATIVE)
      FOUND ON THE REAR DRIVER SIDE FLOORBOARD.

0006  PKG 000 CODE:EI   AP01
          ITEM: *MISC   BRAND:        MODEL:          COLOR:
      DESCRIPTION: PIECE OF PAPER WITH A NAME AND POSSIBLE JAIL
      BOOKING NUMBER.  ALSO HAS A PHONE NUMBER AND ANOTHER NAME. (SEE NARRATIVE)
      FOUND IN THE GLOVE COMPARTMENT OF THE GMC YUKON.


 2000 01797849    33                                Continued.



000009361



P-App. 005092

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2        DR NUMBER: 2000 01797849      33

**** NARRATIVE ****

SERIAL NUMBER: 5568

VEHICLE INFORMATION:
--------------------

1998 GMC YUKON FOUR DOOR
AZ LICENSE 903BBK, EXPIRES 12-31-00

VEHICLE IDENTIFICATION NUMBER: 1GKEK13R7WJ721049

REGISTERED OWNER:  DONNA E OCHOA, BANCAMERICA AUTO FINANCE CORP
                   1104 N PARK AVENUE, CASA GRANDE, AZ 85222


ON 101100 AT APPX 1305 HOURS, I WENT TO THE IMPOUND LOT AT 3032 SOUTH 22ND
AVENUE TO EXECUTE SEARCH WARRANT NUMBER CR00-04726SW ON THE LISTED
VEHICLE.

KHRISTINE FLACK #A3800, A PHOTOGRAPHER FROM THE CRIME LAB, WAS WITH ME TO
PHOTOGRAPH THE VEHICLE AND ANY EVIDENCE THAT WAS RECOVERED.

I HAD KRISTINE TAKE PHOTOGRAPHS OF THE EXTERIOR AND INTERIOR OF THE
VEHICLE PRIOR TO MY SEARCHING IT.

THIS VEHICLE IS A 1998 GMC YUKON SPORT UTILITY VEHICLE FOUR DOOR.  THE
EXTERIOR WAS IN GOOD CONDITION WITH NO OBVIOUS DAMAGE.   THE INTERIOR
CONTAINED PERSONAL BELONGINGS AND IT WAS NOT CLEAN.

UPON SEARCHING THE VEHICLE, I LOCATED AND COLLECTED THE FOLLOWING ITEMS:

        IN THE CENTER CONSOLE BETWEEN THE FRONT SEATS:  FIFTEEN 35MM
PHOTOGRAPHS OF WENDI ANDRIANO AND HER FRIENDS; A CELLULAR PHONE BILL
ADDRESSED TO JOE ANDRIANO FOR PHONE NUMBER 602-618-9177; SEVERAL ATM
RECEIPTS WHICH DOCUMENT WITHDRAWALS AND INQUIRIES.

        ON THE DASHBOARD:  DRIVER'S LICENSE FOR WENDI ANDRIANO

        REAR DRIVER SIDE FLOORBOARD:  WELLS FARGO BANK STATEMENT FOR
ACCOUNT NUMBER 944-9504883 SHOWING A BALANCE ON 10-3-00 OF $1,324.50; A
BILL FROM GOLDMAN AND KAPLAN LTD TO JOSEPH ANDRIANO FOR $200 FOR ESTATE
PLANNING; A COLLECTION NOTICE FROM ASSOCIATED RECOVERY SYSTEMS TO JOE D
ANDRIANO FOR A CAPITOL ONE SERVICES INC. ACCOUNT OFFERING A $466.76
SETTLEMENT ON AN OUTSTANDING BALANCE OF $880.67 IF PAID BY 10-17-00.

        IN THE GLOVE COMPARTMENT:   A PIECE OF PAPER WITH THE NAME LINDA
COULTER AND A POSSIBLE JAIL BOOKING NUMBER OF A631811.  ALSO HAS THE PHONE
NUMBER 602-673-1623 AND THE NAME ALENA JAMISON.

OTHER ITEMS IN THE VEHICLE THAT WERE NOT TAKEN:  A BOTTLE OF PILLS FOR
DONNA OCHOA, CLOTHING, TIRES, CAR PARTS, CATALOGS FOR COMPUTER PROGRAMS

 2000 01797849     33                                      Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   3      DR NUMBER: 2000 01797849     33

FOR BUSINESSES, CAR SEATS, CHILD'S PAPERS, FOOD.

A RECEIPT FOR THE ITEMS COLLECTED WAS LEFT IN THE VEHICLE.

VICTIM RECEIVED RIGHTS INFORMATION:   NO            MAIL-IN SUPPLEMENT:

INVOICES:     2778951

DR ENTERED BY : 5568     DR FINALIZED BY : 5568

                         END OF REPORT        DR NO: 2000 01797849    033

000009363

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    34

REPORT DATE: 20001013   TIME: 0808

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: MICHAEL LANNING            5568      UNIT: C33

OFFENSE INVOLVED:  BIAS -

*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 003032 S 22ND AV
DATE: 101200          SEARCH WARRANT INVOLVED: YES

0001 PKG 000 CODE:EI   AP01
          ITEM: *MISC   BRAND:        MODEL: PAYSTUB      COLOR:
     DESCRIPTION: PAY STUB DATED 090100 FOR WENDI ANDRIANO.
     FOUND ON THE FRONT PASSENGER FLOORBOARD OF THE VEHICLE.

**** NARRATIVE ****

  SERIAL NUMBER: 5568

VEHICLE INFORMATION:
--------------------

1994 BUICK PARK AVENUE FOUR DOOR

AZ LICENSE PLATE 981BSG, EXPIRES 2-28-01

VEHICLE IDENTIFICATION NUMBER:  1G4CW52L6R1630270

REGISTERED OWNER:  JOSEPH C ANDRIANO AND JEANETTE ANDRIANO
                   1998 N THORNTON RD, CASA GRANDE, AZ 85222

ON 101200 AT APPROXIMATELY 1350 HOURS, I EXECUTED SEARCH WARRANT NUMBER
CR00-04726SW ON THE LISTED VEHICLE WHILE AT THE IMPOUND LOT AT 3032 S 22ND
AVENUE.

KHRISTINE FLACK #A3800, A PHOTOGRAPHER FROM THE CRIME LAB, WAS WITH ME TO
TAKE PHOTOGRAPHS OF THE VEHICLE AND ANY EVIDENCE THAT I OBTAINED.

I HAD KHRISTINE PHOTOGRAPH THE EXTERIOR AND INTERIOR OF THE VEHICLE BEFORE
I BEGAN SEARCHING IT.

DURING A SEARCH OF THE VEHICLE, THE ONLY ITEM THAT I COLLECTED WAS A PAY
STUB FOR WENDI ANDRIANO DATED 090100 THAT WAS FOUND IN THE GLOVE
COMPARTMENT OF THE VEHICLE.  THIS PAY STUB SHOWS THAT WENDI MAKES AND
HOURLY WAGE PLUS COMMISSION AND FOR THE TWO WEEK PERIOD ENDING 082700 SHE
NETTED $2,043.84.  PAID BY FF PROPERTIES L.P.  ALSO SHOWS YEAR TO DATE

  2000 01797849    34                                  Continued.

000009364

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   2      DR NUMBER: 2000 01797849    34

EARNINGS OF $33,345.83 GROSS PAY.

I LOCATED THE REGISTRATION AND INSURANCE FOR THE VEHICLE ABOVE THE DRIVER
SIDE VISOR.   THESE ITEMS WERE PHOTOGRAPHED AND LEFT IN THE VEHICLE.

THERE WAS VERY LITTLE OTHER PROPERTY IN THE VEHICLE.

I LEFT A RECEIPT FOR THE ITEMS TAKEN IN THE VEHICLE.

  VICTIM RECEIVED RIGHTS INFORMATION:   NO          MAIL-IN SUPPLEMENT:

INVOICES:      2778954

  DR ENTERED BY : 5568    DR FINALIZED BY : 5568

                              END OF REPORT        DR NO: 2000 01797849    034

000009365

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1       DR NUMBER: 2000 01797849      35

REPORT DATE: 20001013   TIME: 1208

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: CLIFTON JEWELL                3526     UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 3526

PERSON INTERVIEWED:        MCKINNON, BENJAMIN III
                          W/M, 06-02-63
                          FIREFIGHTER/PARAMEDIC
                          PHOENIX FIRE DEPARTMENT
                          STATION 46, RESCUE 46 "A" SHIFT
                          15402 S. MARKET PLACE WAY
                          PHOENIX, AZ. 85048
                          602-262-6346

DATE/TIME:                10-13-00 0920 HRS.

LOCATION:                 FIRE STATION 46.
=======================================================================

ON 10-13-00 AT 0920 HRS., I CONTACTED MR. MCKINNON, WHO GOES BY THE NAME
"TRIP" AT HIS WORK STATION.  I BEGAN A TAPE RECORDED INTERVIEW WITH TRIP
OBTAINING HIS PERSONAL INFORMATION.  WE WERE THEN INTERRUPTED BY AN
EMERGENCY CALL THAT HIS ENGINE COMPANY HAD TO RESPOND TO.  I WENT OFF TAPE
UNTIL HE RETURNED.  THE FOLLOWING IS A SUMMARY OF THE INTERVIEW.

AT 0956 HRS., I RESUMED THE INTERVIEW.  TRIP TOLD ME HE HAS BEEN A
PARAMEDIC FOR 15 YEARS AND A FIREFIGHTER WITH THE PHOENIX FIRE DEPARTMENT
FOR 10 YEARS.  TRIP SAID THAT HE WAS WORKING ON 10-08-00 AS A MEMBER OF
RESCUE UNIT 46.  AT ABOUT 0230 HRS., HIS STATION RECIEVED A CALL OF A
PERSON HAVING DIFFICULTY BREATHING AT 2155 E. LIBERTY LN.  THEY RESPONDED
TO THIS CALL AND WHEN THEY ARRIVED WERE FLAGGED DOWN IN THE PARKING LOT BY
A WHITE FEMALE WHO IDENTIFIED HERSELF AS A FRIEND OF THE OCCUPANTS OF THE
APARTMENT.  HE COULD NOT REMEMBER THE APARTMENT NUMBER.  THE FEMALE SAID
SHE HAD CALLED BECAUSE THE NEIGHBOR HAD CANCER AND WAS VERY ILL AND SHE
FELT HE NEEDED TO BE CHECKED.  AS THEY ENTERED THE BREEZEWAY TO THE
APARTMENT THE FEMALE TOLD THE FIREFIGHTERS THAT THE FAMILY THREW HER
(THE WHITE FEMALE'S) PURSE OUT OF THE APARTMENT AND KICKED HER OUT OF THE
APARTMENT AND SHE DIDN'T THINK THE WIFE OF THE PATIENT WOULD ANSWER THE
DOOR FOR THEM.  WHEN TRIP AND THE OTHER FIREFIGHTERS WENT TO THE APARTMENT
THE FEMALE KNOCKED ON THE DOOR STATING, TO THE PEOPLE INSIDE, "IT'S ME,
IT"S ME."  THEY GOT NO RESPONSE.  TRIP SAID HE KNOCKED ON THE DOOR AND
ANNOUNCED THAT IT WAS THE FIRE DEPARTMENT AND STILL GOT NO RESPONSE.  THE
CAPTAIN CALLED THE ALARM ROOM AND TOLD THE DISPATCHER TO CALL THE

    2000 01797849    35                                    Continued.

000009366

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:    2          DR NUMBER: 2000 01797849     35

APARTMENT.  THE DISPATCHED CLEARED BACK OVER THE RADIO AND TOLD THEM THAT
SOMEONE WAS GOING TO CONTACT THEM.  WHILE WAITING FOR THE FRONT DOOR TO
OPEN THEY NOTICED A FEMALE (NOW KNOWN TO BE WENDI ANDRIANO) ENTER THE
BREEZEWAY FROM THE BACK SIDE OF THE APARTMENT, THE FRONT DOOR WAS NEVER
OPENED.  TRIP SAID WENDI ANDRIANO LOOKED LIKE SHE HAD JUST SHOWERED AS HER
HAIR WAS WET AND HER CLOTHES WERE CLEAN.  WENDI ANDRIANO THEN WALKED
DIRECTLY UP TO THE FEMALE (NOW KNOWN AS CHRIS HASHISAKI) AND STATED "THIS
IS A MISTAKE.  WE DON'T NEED YOUR ASSISTANCE, MY HUSBAND'S HAD CANCER FOR
THE LAST SIX YEARS, WE'VE BEEN DEALING WITH THIS PROBLEM...THANK YOU FOR
COMING, PLEASE GO."  ULTIMATELY, THEY BELIEVED THAT WENDI ANDRIANO KNEW
HOW TO COPE WITH THE SITUATION AND OFFERED HER ANY ASSISTANCE AND
QUESTIONED HER AS TO WHETHER OR NOT SHE KNEW ALL OF THE STEPS FOR HOSPICE,
ETC.  WENDI ANDRIANO TOLD THEM SHE HAS "DO NOT RESUCITATE" ORDERS AND TOLD
TRIP "I'M SORRY WE CALLED, PLEASE GO."  ENGINE 46 THEN WENT BACK INTO
SERVICE.  I ASKED TRIP WHAT WENDI ANDRIANO'S DEMEANOR WAS LIKE AND HE SAID
VERY CALM AND QUIET AND THAT IT WAS CLEAR SHE WANTED THEM TO GO.

TRIP THEN EXPLAINED THAT ABOUT AN HOUR LATER THE STATION RECIEVED A RETURN
CALL TO THE SAME APARTMENT, THIS TIME FOR A PATIENT WHOSE THROAT HAD BEEN
SLASHED.  THEY STAGED (WAITED FOR) FOR POLICE OFFICER'S TO ARRIVE AND
AFTER THE OFFICER'S GOT THERE THEY WERE SUMMONED TO THE SCENE.  AS THEY
PULLED UP TO THE APARTMENT BUILDING A PATROLMAN TOLD TRIP THAT HE FOUND NO
SIGNS OF LIFE ON THE PATIENT.  AS THEY WALKED INTO THE BREEZEWAY WENDI
ANDRIANO WAS BEING ESCORTED OUT OF THE APARTMENT.  TRIP SAID WHEN HE GOT
TO THE APARTMENT DOOR HE COULD SEE THE PATIENT LYING ON THE FLOOR ABOUT
FIVE FEET INSIDE THE DOOR.  THE PATIENT WAS LYING ON HIS BACK WITH HIS
FEET CROSSED.  A BLANKET WAS COVERING THE LEFT SIDE OF THE PATIENT'S FACE.
TRIP SAID HE REMEMBERS THIS BECAUSE HE HAD TO MOVE THE BLANKET TO APPLY
THE HEART MONITOR PADS TO THE PATIENT'S CHEST.  TRIP SAID THERE WAS A HUGE
AMOUNT OF BLOOD BESIDE THE PATIENT AND HE NOTICED A BROKEN BAR STOOL.
THERE WAS DRIED BLOOD ALL OVER THE PLACE.  TRIP SAID THE HUGE AMOUNT OF
BLOOD AROUND THE PATIENT WAS NOT FRESH AND HAD BEEN THERE FOR A WHILE.
TRIP SAID THERE WAS BLOOD SPLATTERED AROUND THE APARTMENT AND WENDI HAD
DRY BLOOD SPLATTERED ON HER SHIRT.  HE DOES NOT BELIEVE SHE WAS
WEARING THE SAME SHIRT ON THE TWO CALLS TO THE APARTMENT AND THE FIRST
TIME HE WAS THERE WENDI ANDRIANO HAD NO BLOOD ON HER SHIRT.

TRIP SAID THAT AFTER ATTACHING THE HEART MONITOR LEADS THEY FOUND NO SIGNS
OF LIFE AND THAT THE PATIENT HAD MASSIVE INJURIES.  HE DESCRIBED THE ONES
HE SAW AS BLUNT FORCE INJURIES TO THE BACK AND RIGHT SIDE OF THE HEAD.
THERE WAS ALSO A LACERATION ON THE RIGHT SIDE OF THE FACE AND A "MASSIVE"
LACERATION ON THE LEFT SIDE OF THE NECK.  THEY DECIDED NOT TO CHECK THE
BODY FURTHER SO AS NOT TO DESTROY ANY EVIDENCE.

TRIP SAID HE DID NOT SPEAK WITH WENDI ANDRIANO THIS TIME AND HE COULD NOT
HEAR WHAT SHE WAS SAYING.  AT THIS POINT WENDI ANDRIANO'S FATHER WAS
PRESENT AND TRIP AND ANOTHER FIREFIGHTER WENT TO GET THE CHILDREN TO GIVE
THEM TO THE GRANDFATHER.  THEY TOOK THE KIDS OUT THROUGH THE MASTER
BEDROOM BACK DOOR, OVER THE PATIO WALL AND GAVE THEM TO THE GRANDFATHER.
I ASKED TRIP IF HE GAVE THE GRANDFATHER A PURSE FROM THE APARTMENT.  HE
SAID HE DID NOT AND DOESN'T REMEMBER SEEING ONE.  THE GRANDFATHER WAS

2000 01797849     35                                          Continued.

000009367

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:   3       DR NUMBER: 2000 01797849     35

GIVEN A BAG OF CHILDREN'S CLOTHING.

I ASKED IF WENDI ANDRIANO APPEARED TO BE UNDER THE INFLUENCE OF ANYTHING.
HE SAID SHE DID NOT APPEAR TO BE.   TRIP SAID THAT THEY ROUTINELY CHECK THE
SCENE FOR ANY MEDICATIONS AND THEY WERE SHOCKED WHEN THEY FOUND NONE SINCE
THE VICTIM WAS A TERMINAL CANCER PATIENT.   THEY FOUND NO MEDICAL EQUIPMENT
EITHER, SUCH AS A HOSPITAL BED, TUBING, OXYGEN AND ANY KIND OF EQUIPMENT
HE HAS SEEN AT EVERY OTHER TERMINAL PATIENT CALL HE'S BEEN ON.

TRIP THEN REMEMBERED THAT THE FIRST TIME THEY WERE AT THE APARTMENT HE SAW
WHAT HE BELIEVES TO BE A DRIED BLOOD SMEAR ON THE OUTSIDE OF THE APARTMENT
DOOR, ABOVE THE DOOR KNOB.

I ENDED THE INTERVIEW AT ABOUT 1043 HRS.


   VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : 3526    DR FINALIZED BY : 3526

                         END OF REPORT          DR NO: 2000 01797849    035

000009368

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849     36

REPORT DATE: 20001013   TIME: 1351

TYPE OF REPORT:  HOMICIDE                           OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: KHRISTINE FLACK         A3800     UNIT: LAB

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000000
DATE: 000000                  SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   UK00
            ITEM: IPHOTO   BRAND:          MODEL:          COLOR:
      SIZE:          QUANTITY: 0064   SERIAL/ACCT/ID:
      DESCRIPTION: 64 PHOTO NEGS OF LIGHT BROWN GMC YUKON AZ 903-BBK,
      AND LIGHT BLUE BUICK PARK AVENUE AZ 981-BSG, PHOTOGRAPHED 10/12/00 AT
      3032 S. 22ND AVE.; 3 ROLLS

   VICTIM RECEIVED RIGHTS INFORMATION:  NO        MAIL-IN SUPPLEMENT:

INVOICES:    2779063

DR ENTERED BY : A3800    DR FINALIZED BY : A3800

                    END OF REPORT        DR NO: 2000 01797849    036

000009369

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849     37

REPORT DATE: 20001013   TIME: 2001

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: ELAINE FINLAY              A3835     UNIT: LAB

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000000
DATE: 000000                    SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   UK00
           ITEM: IPHOTO  BRAND:        MODEL:           COLOR:
      DESCRIPTION: 3 ROLLS  94 COLOR EXPOSURES OF:
      SCENE AND EVIDENCE IN OFFICES AT 2155 E.LIBERTY LANE   ON  10-10-00
      DURING SEARCH WARRANT.

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:    2779158

  DR ENTERED BY : A3835    DR FINALIZED BY : A3835

                        END OF REPORT          DR NO: 2000 01797849    037

000009370

P-App. 005101

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849     38

REPORT DATE: 20001014   TIME: 0644

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE            BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: CLIFTON JEWELL           3526      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****
SERIAL NUMBER: 3526

PERSON INTERVIEWED:     GROENVELD, ANDREW C.
                       W/M, 090266
                       FIREFIGHTER/EMT
                       PHOENIX FIRE DEPARTMENT
                       STATION 46, RESCUE 46 "A" SHIFT
                       15402 S. MARKET PLACE WAY
                       PHOENIX, AZ. 85048
                       602-262-6346

DATE/TIME:             10-13-00, 1029 HRS.

LOCATION:              FIRE STATION 46.

========================================================================
ON 10-13-00 AT 1029 HRS., I CONTACTED ANDREW GROENVELD AT HIS WORK STATION
AND CONDUCTED A TAPE RECORDED INTERVIEW.  THE FOLLOWING IS A SUMMARY OF
THAT INTERVIEW.

I BEGAN BY OBTAINING PERSONAL INFORMATION.  ANDREW TOLD ME THAT HE HAS
BEEN A FIREFIGHTER FOR 10 YEARS AND AN EMT (EMERGENCY MEDICAL TECHNICIAN)
FOR THE LAST 15 YEARS.  ANDREW TOLD ME THAT HE WAS WORKING ON 10-08-00 AND
RESPONDED TO A STABBING AT ABOUT 0300 HRS., AT 2155 E. LIBERTY LN.  HE DID
NOT RESPOND TO THE FIRST CALL AT THAT LOCATION.  WHEN HE ARRIVED AT THE
COMPLEX THE ENGINE AND RESCUE UNIT STAGED (WAITED FOR) UNTIL POLICE
OFFICERS ARRIVED AND DETERMINED IT WAS SAFE TO GO TO THE SCENE.  WHEN THEY
ARRIVED ANDREW SAID HE SAW THE SUSPECT, WENDI ANDRIANO, OUTSIDE BY
THE COVERED PARKING AREA.  HE NOTED SHE HAD BLOOD ON HER SHIRT.

WHEN THEY GOT TO THE APARTMENT HE COULD SEE THE PATIENT LYING ON THE FLOOR
WITH HIS LEGS CROSSED.  HE NOTED THERE WAS BLOOD AND BROKEN PIECES OF
FURNITURE AROUND.  THERE WAS A TOWEL ON THE LEFT SIDE OF THE PATIENT'S
NECK AND A LARGE AREA OF BLOOD AT THE HEAD.  HE ALSO NOTED BLOOD SPATTER
ON THE WALLS AND CEILING, SOME OF IT AS FAR AWAY FROM THE BODY AS 15 FEET.
ANDREW ALSO SAW A LARGE KITCHEN KNIFE, APPROXIMATELY 12 INCHES IN LENGTH,
NEXT TO THE BODY.  THERE WERE SUBSTANTIAL INJURIES TO THE BACK OF THE HEAD
WHICH HE BELIEVES WAS CAUSED BY A BLUNT OBJECT RATHER THAN THE KNIFE.
ANDREW SAID THAT WHEN HIS PARTNER, "TRIP" MCKINNON, MOVED THE TOWEL FROM

2000 01797849    38                                    Continued.

000009371

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849     38

THE PATIENT'S NECK HE OBSERVED THE NECK INJURY WHICH HE DESCRIBED AS
SUBSTANTIAL AND WOULD HAVE CAUSED A PERSON TO "BLEED OUT" VERY QUICKLY.
THE BLOOD ON THE CARPET DID NOT APPEAR TO BE FRESH AND WAS COAGULATING.

ANDREW SAID THAT HE WAS STANDING NEAR THE FRONT DOOR WHEN HE ACCIDENTLY
LEANED AGAINST THE WALL WHERE THERE WAS SOME BLOOD SPATTER.  THE BLOOD WAS
DRY ENOUGH THAT IT DID NOT TRANSFER TO HIS SHIRT.  ANDREW SAID THAT DUE TO
HIS KNOWLEDGE AND EXPERIENCE HE BELIEVED THE INJURIES TO MR. ANDRIANO HAD
OCCURRED ABOUT AN HOUR BEFORE THEY ARRIVED.

ANDREW SAID THAT THE CHILDREN WERE TAKEN OUT OF THE APARTMENT AND GIVEN TO
THE GRANDFATHER.  ANDREW SAID HE THOUGHT THE GRANDFATHER MUST HAVE LIVED
NEARBY BECAUSE HE WAS ON SCENE VERY QUICKLY.  ANDREW THEN FOUND OUT THE
GRANDFATHER LIVES IN CASA GRANDE AND HE DIDN'T UNDERSTAND WHY THE
GRANDFATHER WAS THERE SO QUICKLY.

I ENDED THE INTERVIEW AT ABOUT 1043 HRS.


  VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : 3526    DR FINALIZED BY : 3526

                        END OF REPORT         DR NO: 2000 01797849    038

000009372

P-App. 005103

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1     DR NUMBER: 2000 01797849      39

REPORT DATE: 20001014   TIME: 0919

TYPE OF REPORT:  HOMICIDE                        OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000120 S 6 AV
DATE: 101100                   SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI    V 01
              ITEM: IPHOTO  BRAND:       MODEL:           COLOR:
       SIZE:          QUANTITY: 0001   SERIAL/ACCT/ID:
       DESCRIPTION: AUTOPSY PHOTOS

****  NARRATIVE  ****

  SERIAL NUMBER: 4913

THIS SUPPLEMENT WAS GENERATED TO IMPOUND THE LISTED AUTOPSY PHOTOS

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2779344

  DR ENTERED BY : 4913     DR FINALIZED BY : 4913

                         END OF REPORT        DR NO: 2000 01797849    039

000009373

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849      40

REPORT DATE: 20001016   TIME: 1028

TYPE OF REPORT:  HOMICIDE                           OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: CLIFTON JEWELL           3526     UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 101200             SEARCH WARRANT INVOLVED: NO

0001  PKG 001 CODE:EI   UK00
            ITEM: RVTAPE  BRAND: BASF   MODEL:           COLOR:
      SIZE:        QUANTITY: 0002   SERIAL/ACCT/ID:
      DESCRIPTION: TWO VIDEO TAPES OF INTERVIEW WITH JAMES YOST.

0002  PKG 001 CODE:EI   UK00
            ITEM: RATAPE  BRAND: BASF   MODEL:           COLOR:
      SIZE:        QUANTITY: 0004   SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO CASSETTE TAPES OF INTERVIEW WITH JAMES YOST.

****  NARRATIVE  ****
   SERIAL NUMBER: 3526

THIS SUPPLEMENT IS BEING WRITTEN TO GENERATE A PROPERTY INVOICE.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO         MAIL-IN SUPPLEMENT:

INVOICES:    2780055

   DR ENTERED BY : 3526   DR FINALIZED BY : 3526

                        END OF REPORT         DR NO: 2000 01797849    040

000009374

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    41

REPORT DATE: 20001017   TIME: 0726

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: KATHI GALBARI             4107      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4107

DETECTIVES
INVOLVED:      SGT M SMALLMAN #3142   SUPERVISOR
               S. DILLIAN     #4689   AFFIANT/FINDER
               D. LUCERO      #4913   CASE AGENT
               K. GALBARI     #4107   SCRIBE
               C. JEWELL      #3526   FINDER
               P. HILL        #3727   FINDER
               G. ALLINICH    #5185   PPD/ORGANIZED CRIME BUREAU
               J. GUZMAN      #3980   PPD/ORGANIZED CRIME BUREAU

PATROL
OFFICERS:      JD. BAKER      #7128   SECURE SCENE UNTIL ARRIVAL OF DETS.
               J. MCCRACKEN   #6726   SECURE SCENE UNTIL ARRIVAL OF DETS.
                                      ALSO TURNED OVER ITEM #1 TO THIS DETECTIVE
                                      AT 3:50PM UPON ARRIVAL OF DETECTIVES FOR
                                      EXECUTION OF THE SEARCH WARRANT.
               M. FIGUEROA    #6932   SECURE APARTMENT #132 DURING THE
                                      EXECUTION OF SEARCH WARRANT

SEARCH WARRANT: #CR-00 -07426SW PRESENTED TO AND SIGNED BY JUDGE WILLIAM
                DEMARS OF THE EAST PHOENIX #1 JUSTICE COURT

EVIDENCE:       ALL ITEMS OF EVIDENCE WERE COLLECTED, PACKAGED, MARKED AND
                SEALED BY THIS DETECTIVE INSIDE THE RESIDENCE DURING THE
                TIME THE WARRANT WAS EXECUTED.  ALL ITEMS WERE TRANSPORTED
                TO THE MAIN POLICE BUILDING AT 620 W. WASHINGTON AND
                PLACED INSIDE A SECURE LOCKER.  ALL EVIDENCE WAS IMPOUNDED
                ON OCTOBER 11, 2000.

   ON OCTOBER 10, 2000, AT APPROXIMATELY 4:10PM DETECTIVES OF THE PHOENIX
POLICE DEPARTMENT HOMICIDE UNIT EXECUTED A SEARCH WARRANT AT 2155 E.
LIBERTY, APARTMENT #132.  ENTRY INTO THE APARTMENT OCCURRED AT 4:10PM AND
EXIT FROM THE APARTMENT OCCURRED AT 12:45AM ON OCTOBER 11, 2000.

   ON OCTOBER 10, 2000, I ASSISTED DETECTIVES LUCERO AND DILLIAN WITH THE
EXECUTION OF A SEARCH WARRANT AT 2155 E. LIBERTY LANE APARTMENT #132.
THIS LOCATION WAS THE SCENE OF THE HOMICIDE OF JOSEPH ANDRIANO ON OCTOBER
8, 2000.  WENDY ELIZABETH ANDRIANO WAS ARRESTED FOR THE MURDER OF HER

2000 01797849   41                                        Continued.

000009375

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   2       DR NUMBER: 2000 01797849      41

HUSBAND.

BETWEEN OCTOBER 8TH AND OCTOBER 10TH, DETECTIVES LUCERO AND DILLIAN
DEVELOPED ADDITIONAL INFORMATION REGARDING THE MURDER OF JOSEPH ANDRIANO.
WITH THIS INFORMATION, DETECTIVES LUCERO AND DILLIAN AUTHORED ADDITIONAL
SEARCH WARRANTS FOR EXECUTION ON OCTOBER 10, 2000.

AT APPROXIMATELY 3:45PM, (10/10/00) I ARRIVED AT THE SAN RIVA APARTMENT
COMPLEX WITH THE LISTED HOMICIDE DETECTIVES IN PREPARATION FOR THE SEARCH
WARRANT EXECUTION AT APARTMENT #132.  PRIOR TO ENTERING THE APARTMENT,
DETECTIVE DILLIAN AND I MET WITH PATROL OFFICERS BAKER AND MCCRACKEN WHO
TURNED OVER ITEM #1 TO ME AT APPROXIMATELY 3:50PM.  ITEM #1 CONSISTED OF
TWO LARGE YELLOW, PAPER ENVELOPS WITH DOCUMENTS CONCERNING THE PURCHASE OF
A LETHAL CHEMICAL AND OTHER DOCUMENTS SHOWING E-MAIL INQUIRIES REGARDING
THE PURCHASE OF LETHAL CHEMICALS BY WENDI ANDRIANO.  BOTH ENVELOPS HAD
BEEN REMOVED FROM THE OFFICE OF WENDI ANDRIANO UNDER THE AUTHORITY OF
SEARCH WARRANT #CR00-02478SW AND GIVEN TO BAKER AND MCCRACKEN TO SECURE
UNTIL THE ARRIVAL OF HOMICIDE DETECTIVES.

AT 4:10PM OFFICER M. FIGUEROA KNOCKED AND ANNOUNCED OUR PRESENCE ON
APARTMENT DOOR #132.  THERE WAS NO ANSWER TO THE KNOCK AND THE DOOR WAS
OPENED WITH A MASTER KEY PROVIDED BY MANAGER MR. RAY ORTEGA.  THE
APPEARANCE OF THE APARTMENT WAS AS IT WAS LEFT ON OCTOBER 8TH AFTER THE
EXECUTION OF THE WARRANT AUTHORED BY DETECTIVE T. KULESA CONCERNING THE
COLLECTION OF ALL HOMICIDE RELATED EVIDENCE.

I ASSISTED WITH THE COLLECTION OF ALL EVIDENCE BY SERVING AS A SCRIBE,
DOCUMENTING EACH PIECE OF EVIDENCE ON A SUPPLEMENTAL REPORT AS COLLECTED
BY DETECTIVES DILLIAN, LUCERO, HILL AND JEWELL.  I PACKAGED AND LABELED
EACH PIECE OF EVIDENCE BEGINNING IN THE KITCHEN AND CONTINUING TO THE
MASTER BEDROOM, MASTER BATHROOM AND CHILDREN'S BEDROOM.  DUE TO THE NATURE
OF THIS CASE, DETECTIVES ALLINICH AND GUZMAN SEIZED ITEM #23, A COMPAQ
PRESARIO LAP TOP COMPUTER AND WILL EXTRACT AND ANALYZE EVIDENCE FROM THIS
ITEM.  ITEM #23 IS IMPOUNDED UNDER INVOICE #2778218.

UPON COMPLETION OF THIS SEARCH WARRANT, ALL EVIDENCE WAS TRANSPORTED TO
620 W. WASHINGTON AND SECURED INSIDE A TEMPORARY LOCKER, (BAY #28 & #29).

ON OCTOBER 11, 2000, I IMPOUNDED EACH PIECE OF EVIDENCE IN THIS CASE AND
ACCOUNTED FOR ALL ITEMS EXCEPT ITEM #87, AN ASSORTMENT OF PEDIATRIC,
OVER-THE-COUNTER MEDICATIONS WHICH WERE REMOVED FROM THE THE LEFT SIDE
CUPBOARD ABOVE THE KITCHEN STOVE.  THIS ITEM WAS NOT ACCOUNTED FOR AT 620
W. WASHINGTON AND IS BELIEVED TO HAVE BEEN MISTAKENLY LEFT AT THE
APARTMENT.  THIS ITEM WAS NOT RETRIEVED DUE TO THE APARTMENT BEING
PROFESSIONALLY CLEANED AND RENOVATED THE FOLLOWING DAY.

A REQUEST FOR SCIENTIFIC ANALYSIS WERE AUTHORED FOR ITEMS #4, THE FILM,
AND ITEM #136, A PIECE OF LAMP WITH POSSIBLE BLOOD ON IT.  A PRIORITY
FORM WAS INCLUDED WITH ITEM #136.

2000 01797849     41                                        Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   3        DR NUMBER: 2000 01797849    41

VICTIM RECEIVED RIGHTS INFORMATION:   NO            MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4107     DR FINALIZED BY : 4107

END OF REPORT          DR NO: 2000 01797849    041

000009377

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:   1      DR NUMBER: 2000 01797849      42

REPORT DATE: 20001017   TIME: 0958

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                  4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 002155 E LIBERTY ST
DATE: 101000              SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI    AP01
            ITEM: *MISC   BRAND:        MODEL:              COLOR:
      SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: LIFE INSURANCE POLICY ON WENDY OCHOA. FOUND IN
      STORAGE LOCKER 315.

0002  PKG 002 CODE:EI    AP01
            ITEM: *MISC   BRAND:        MODEL:              COLOR:
      SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: MASS MUTUAL LIFE INSURANCE RECEIPT. FOUND IN
      STORAGE LOCKER 315

0003  PKG 003 CODE:EI    AP01
            ITEM: *MISC   BRAND:        MODEL:              COLOR:
      SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: IRS DOCUMENT TO WENDY AND JOSEPH ANDRIANO. FOUND
      IN STORAGE LOCKER #315

0004  PKG 004 CODE:EI    AP01
            ITEM: *MISC   BRAND:        MODEL:              COLOR:
      SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: LETTER FROM WENDY TO DONNO OCHOA CONTAINING A
      NEWSPAPER ARTICLE. FOUND IN STORAGE LOCKER 315.

0005  PKG 005 CODE:EI    AP01
            ITEM: *MISC   BRAND:        MODEL:              COLOR:
      SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: BANK ONE DOCUMENT TO COYOTE ENTERPRISES. FOUND IN
      STORAGE LOCKER 315.

0006  PKG 006 CODE:EI    AP01
            ITEM: *MISC   BRAND:        MODEL:              COLOR:
      SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: BANK OF AMERICA BANK STATEMENT AND CHECK #1161
      FOR WYNDSTAR ENTERPRISES. FOUND IN STORAGE LOCKER 315.

2000 01797849     42                                    Continued.

000009378

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849     42

0007  PKG 007 CODE:EI   AP01
            ITEM: *MISC   BRAND:         MODEL:            COLOR:
      SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: MISC MEDICAL DOCUMENTS FOR VICTIM FROM DIFFERENT
      MEDICAL FACILITIES. FOUND IN STORAGE LOCKER 315.

0008  PKG 008 CODE:CI   AP01
            ITEM: *MISC   BRAND:         MODEL:            COLOR:
      SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: CARDBOARD BOX CONTAINING BROWN BOTTLE OF SODIUM
      AZIDE. FOUND IN STORAGE LOCKER 315.

0009  PKG 009 CODE:CI   AP01
            ITEM: *MISC   BRAND:         MODEL:            COLOR:
      SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: ONE PAIR OF LATEX GLOVES. REMOVED FROM CARDBOARD
      BOX WHICH CONTAINS BOTTLE OF SODIUM AZIDE.

0010  PKG 010 CODE:CI   AP01
            ITEM: *MISC   BRAND:         MODEL:            COLOR:
      SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: ONE PAIR OF LATEX GLOVES. REMOVED FROM CARDBOARD
      BOX WHICH CONTAINS BOTTLE OF SODIUM AZIDE.

0011  PKG 011 CODE:CI   AP01
            ITEM: *MISC   BRAND:         MODEL:            COLOR:
      SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: BLUE PLASTIC FORK WITH WHITE POWDER RESIDUE.
      REMOVED FROM CARDBOARD BOX CONTAINING BOTTLE OF SODIUM AZIDE.

0012  PKG 012 CODE:CI   AP01
            ITEM: *MISC   BRAND:         MODEL:            COLOR:
      SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: ONE BLUE PLASTIC KNIFE. REMOVED FROM CARDBOARD
      BOX WHICH CONTAINS BOTTLE OF SODIUM AZIDE.

0013  PKG 013 CODE:CI   AP01
            ITEM: *MISC   BRAND:         MODEL:            COLOR:
      SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: ONE SMALL PLASTIC BOWL. REMOVED FROM CARDBOARD
      BOX WHICH CONTAINS BOTTLE OF SODIUM AZIDE.

0014  PKG 014 CODE:CI   AP01
            ITEM: *MISC   BRAND:         MODEL:            COLOR:
      SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: SILVER COLORED PACKING MATERIAL. FOUND ON TOP OF
      CARBOARD BOX WHICH CONTAINS BOTTLE OF SODIUM AZIDE.

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

2000 01797849    42                              Continued.

000009379

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT               PAGE NUMBER:   3      DR NUMBER: 2000 01797849    42

INVOICES:     2780435    2780436

DR ENTERED BY : 4913     DR FINALIZED BY : 4913

END OF REPORT          DR NO: 2000 01797849   042

000009380

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849     43

REPORT DATE: 20001017   TIME: 2107

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: SANDRA RODRIGUEZ-SUNCIN        4639      UNIT: C31

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4639

ON 101200 AT 1330 HOURS, I MONITORED AN INTERVIEW OF JAMES YOST CONDUCTED
AT 620 WEST WASHINGTON, IN THE GENERAL INVESTIGATIONS BUREAU.  I RECORDED
THE INTERVIEWS ON SEPARATE VIDEO AND AUDIO CASSETTES.  I UTILIZED ONLY
NEW, FACTORY SEALED VIDEO AND AUDIO CASSETTES FOR RECORDING.

THE PRIMARY VIDEO RECORDER (TAPE MARKED ORIGINAL) UTILIZED IS A PANASONIC
VHS DECK, MODEL AG1980P, SERIAL NUMBER L7TC01593.  IF A VIDEO COPY WAS
MADE SIMULTANEOUSLY (TAPE MARKED COPY), THE VIDEO RECORDER UTILIZED IS A
PANASONIC VHS DECK, MODEL NUMBER AG1980P, SERIAL NUMBER L7TC01425.   THE
VIDEO MONITOR IS A PANASONIC, MODEL CT2086Y; THE MICROPHONE POWER SUPPLY
IS A SHURE M267, SERIAL NUMBER 980750751.  THE AUDIO RECORDERS UTILIZED
ARE BOTH MARANTZ MODEL PMD-221 RECORDERS, SERIAL NUMBERS MZ029317920311
AND MZ029335970398.

THE INTERVIEW ENDED AT 1352 HOURS.  I INITIALED EACH CASSETTE USED AND
REMOVED THE TABS TO PREVENT INADVERTENT ERASURE OR FURTHER RECORDING ONTO
THE CASSETTES.  THE CASSETTES WERE THEN TURNED OVER TO DETECTIVE JEWELL.

THERE WERE NO INTERRUPTIONS IN THE MONITORING AND/OR RECORDING OF THE
INTERVIEW FROM ITS BEGINNING TO ITS CONCLUSION.

J. JENINS-A3977 / 4639 / 101700 / 2110 HOURS / GIB FT. DESK


VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : A3977    DR FINALIZED BY : A3616

END OF REPORT          DR NO: 2000 01797849    043

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849      44

REPORT DATE: 20001018   TIME: 0711

TYPE OF REPORT:  HOMICIDE                                OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                  BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: KATHI GALBARI                  4107     UNIT: C33

OFFENSE INVOLVED:  BIAS -
```
    ================================================================
    =                                                              =
    =        ***  REQUEST FOR SCIENTIFIC ANALYSIS  ***             =
    =                                                              =
    ================================================================
```

CURRENT DR IS: 2000 01797849    044    BIOLOGICAL EVID (BLOOD,SEMEN,TISSUE): N
NAM: ANDRIANO          WENDI      ELIZABETH
NAM:                                       OFF:HOMICIDE
LOCATION: 002155  E   LIBERTY          LA              JAILED: Y
OFCR REQ OF ANALYSIS:GALBARI, KATHI          DATE OCC:100800 TIME:0230
(LAST,FIRST,MIDDLE) FIRM NAME USE BUS.        DATE REQ:101800 TIME:0700
VIC: ANDRIANO          JOSEPH                 DUI RELATED:N
BUS:

MARIJUANA:  DRUGS:   BLOOD ALC:    BREATH ALC:   OTHER: Y PER INVOICE: Y

INVOICE      ITEM # SFX   TYPE          INVOICE      ITEM #  SFX      TYPE

 0002778373   0004        CMISC

BLOOD DRAWN BY:                       1.DATE/TIME DRAW:000000 / 0000
LOC OF DRAWING:                       2.DATE/TIME DRAW:000000 / 0000

                    ****  NARRATIVE  ****
   SERIAL NUMBER: 4107

   PLEASE DEVELOP THE FILM CONTAINED WITHIN THIS PLASTIC BAGGIE AND RETURN
DEVELOPED PHOTOGRAPHS TO DETECTIVE D. LUCERO #4913 IN GIB/HOMICIDE. THANKS


   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : 4107    DR FINALIZED BY : 4107

                         END OF REPORT        DR NO: 2000 01797849    044

000009382

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT             PAGE NUMBER:   1      DR NUMBER: 2000 01797849     45

REPORT DATE: 20001018   TIME: 0714

TYPE OF REPORT:  HOMICIDE                        OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 000000              SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   AP01
          ITEM: RATAPE  BRAND:         MODEL:         COLOR:
     SIZE:          QUANTITY: 0002   SERIAL/ACCT/ID:
     DESCRIPTION: VIDEO TAPE RECORDING OF INTERVIEW WITH WENDI
     ANDRIANO

0002  PKG 001 CODE:EI   AP01
          ITEM: RATAPE  BRAND:         MODEL:         COLOR:
     SIZE:          QUANTITY: 0009   SERIAL/ACCT/ID:
     DESCRIPTION: AUDIO TAPE RECORDING OF INTERVIEW WITH WENDI
     ANDRIANO.

****  NARRATIVE  ****

   SERIAL NUMBER: 4913

ON 100800, AT APPROXIMATELY 0733 HOURS, I INTERVIEWED WENDI ANDRIANO IN AN
INTERVIEW ROOM IN THE HOMICIDE UNIT. WENDI WAS SEATED AND UNHANDCUFFED
DURING THIS INTERVIEW. THIS INTERVIEW WAS MONITORED BY DETECTIVE DILLIAN
#4689 AND WAS VIDEO/AUDIO RECORDED.

THE FOLLOWING IS A SUMMARY OF MY INTERVIEW WITH WENDI.

THIS INTERVIEW BEGAN BY OBTAINING WENDI'S BIOGRAPHICAL INFORMATION. WENDI
IS THE WIFE OF VICTIM JOSEPH ANDRIANO. SHE HAD BEEN THE MANAGER AT THE SAN
RIVA APARTMENT COMPLEX WHERE THIS INCIDENT OCCURRED, FOR APPROXIMATELY ONE
YEAR.

WENDI ASKED IF SHE NEEDED AN ATTORNEY. I TOLD HER THAT IT WAS UP TO HER
AND THAT I COULD NOT GIVE HER LEGAL ADVISE. SHE ALSO ASKED IF SHE WAS
UNDER ARREST. I TOLD HER WE WERE TRYING TO FIGURE EVERYTHING OUT AND THAT
SHE WAS NOT FREE TO LEAVE. I TOLD HER THAT BECAUSE SHE WAS NOT FREE TO
LEAVE, I WAS GOING TO ADVISE HER OF HER RIGHTS.

I ADVISED WENDI OF HER MIRANDA WARNINGS PER THE DEPARTMENT ISSUED CARD.
SHE STATED, "YA" TO UNDERSTANDING.

   2000 01797849    45                              Continued.

000009383

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849      45

I TOLD WENDI THAT I WANTED TO RECORD ANY INJURIES SHE MIGHT HAVE. SHE
AGREED AT WHICH TIME I LEFT THE INTERVIEW ROOM FOR A SHORT TIME TO SPEAK
WITH A POLICE PHOTOGRAPHER. I RETURNED A COUPLE OF MINUTES LATER WITH
PHOTOGRAPHER TINA AYALA #A3894 AND DOCUMENTED WENDI'S INJURIES.

I OBSERVED THE FOLLOWING INJURIES ON WENDI:

1) BRUISING ON THE INSIDE OF HER RIGHT WRIST.

2) SMALL CUT ON THE INDEX FINGER OF HER RIGHT HAND.

3) BRUISING TO INDEX FINGER ON HER RIGHT HAND.

4) BROKEN FINGER NAIL ON HER LEFT HAND MIDDLE FINGER.

5) ABRASION ON RIGHT HAND MIDDLE FINGER KNUCKLE.

6) SMALL CUT AND SWELLING TO PALM AREA ON LEFT HAND.

7) BRUISING ON LEFT HAND INDEX FINGER.

8) BRUISING ON LEFT HAND MIDDLE FINGER.

9) SUPERFICIAL SCRATCHES ON FRONT AND BOTH SIDE OF NECK.

10) BROKEN RIGHT THUMB NAIL.

11) COMPLAINED OF PAIN IN RIB AREA.

12) SCRAPE ON OUTSIDE OF RIGHT CALF.

13) COMPLAINED OF A HEADACHE AND PAIN AT THE BACK OF HER HEAD.

WENDI WHO WAS CLOTHED IN A WHITE COTTON TEE SHIRT AND BLACK JEAN STYLE
SHORTS, HAD A LARGE AMOUNT OF BLOOD SPATTER ON THE FRONT OF HER SHIRT AND
SHORTS.

WENDI AND JOE BEGAN DATING IN MARCH OF 1992 AND MARRIED IN JANUARY OF
1994. THEY LIVED TOGETHER FOR A SHORT TIME PRIOR TO GETTING MARRIED. THEY
HAVE TWO CHILDREN, THREE YEAR OLD NICHOLAS AND TWO YEAR OLD ASHLEY.

I QUESTIONED WENDI ABOUT USING ANY TYPE OF STREET DRUG, PRESCRIPTION
MEDICATION OR ALCOHOL PRIOR TO THIS INCIDENT. SHE DENIED USING ANY OF THE
THREE.

JOE HAD BEEN DIAGNOSED WITH ADENOID CYSTIC CARCINOMA. HE  TRIED THE "
HOMOPATHIC WAY" BUT THIS DID NOT APPEAR TO BE WORKING. APPROXIMATELY FOUR
MONTHS AGO HE BEGAN TAKING CHEMOTHERAPY TREATMENTS. HE HAD FOUR
TREATMENTS WHICH WERE TAKEN APPROXIMATELY THREE WEEKS APART. HIS LAST
TREATMENT WAS APPROXIMATELY ONE WEEK AGO. HE HAD ALSO BEEN GETTING SOME
UNKNOWN TYPE OF SHOT DAILY.

2000 01797849     45                                        Continued.

000009384

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   3     DR NUMBER: 2000 01797849      45

JOE WAS UNDER THE CARE OF DOCTOR KELLOG WHO PRACTICES AT THE CHANDLER
REGIONAL MEDICAL HOSPITAL. HE HAD RECENTLY COMPLAINED OF HEART PAINS.

WENDI RELATED THAT JOE'S PROBLEMS BEGAN IN 1994 WHEN HE BEGAN HAVING PAINS
IN HIS JAW. JOE WENT TO A DOCTOR WHO DIAGNOSED THIS AS SOME TYPE OF GROWTH
WHICH WAS SURGICALLY REMOVED. THE DOCTOR PERFORMED A BIOPSY ON THE GROWTH
WHICH HE DETERMINED TO BE A BENIGN MIX TUMOR. THE DOCTOR TOLD JOE NOT TO
WORRY ABOUT THIS AND THAT IT SHOULD NOT COME BACK.

IN 1995 THE TUMOR RETURNED AND JOE UNDERWENT A SECOND SURGERY AT THE
UNIVERSITY OF ARIZONA. IN 1996 THE SAME DOCTOR FROM THE UNIVERSITY OF
ARIZONA PERFORMED ANOTHER SURGERY ON JOE.

JOE CONTINUED TO HAVE PROBLEMS AFTER THIS AND WAS EVENTUALLY REFERED TO A
CANCER SPECIALIST AT THE UNIVERSITY OF ARIZONA. THE SPECIALIST REVIEWED
EVERYTHING AND SUGGESTED THAT SAMPLES OF THE TUMOR FROM THE PRIOR
SURGERIES BE SENT TO THE WALTER REED HOSPITAL IN WASHINGTON. WENDI AND JOE
WERE CONTACTED AFTER THE SAMPLES WERE TESTED AND WERE ADVISED THAT JOE HAD
ADENOID CYSTIC CARCINOMA WHICH HAD SPREAD TO HIS LUNGS.

IN 1998 JOE HAD ANOTHER SURGERY AT THE MAYO CLINIC IN SCOTTSDALE. THE
DOCTOR WHO PERFORMED THE SURGERY TOLD THEM THE TUMORS HAD BEEN CANCEROUS
SINCE THE BEGINNING. THE DOCTOR TOLD HIM THAT IF THIS HAD BEEN PROPERLY
DIAGNOSED AND TREATED CORRECTLY, THE CANCER WOULD HAVE BEEN LIMITED TO HIS
JAW AND WOULD NOT HAVE SPREAD TO HIS LUNGS. THE DOCTOR ALSO RECOMMENDED
THEY SEEK LEGAL ADVICE.

THE DOCTOR AT THE MAYO CLINIC WANTED JOE TO BEGIN CHEMO AND RADIATION
TREATMENTS IMMEDIATELY FOLLOWING THE SURGERY. JOE INITIALLY REFUSED AND
WANTED TO TRY OTHER METHODS OF TREATMENT. JOE WENT TO A CLINIC IN COLORADO
WHERE HE WAS "DETOXIFIED" AND PLACED ON HERBS. THE FOCUS OF THIS TREATMENT
WAS HEALTHY EATING, DRINKING JUICES AND TAKING VITAMINS AND MINERALS.

JOE BEGAN HAVING PAIN NEAR HIS TEETH AND WAS REFEREED BY HIS DENTIST BACK
TO THE DOCTOR. JOE REFUSED TO GO TO THE DOCTOR AND EVENTUALLY THE PAIN
WENT AWAY.

JOE LATER RETURNED TO THE DOCTOR WHERE A CAT SCAN WAS PERFORMED. THE SCAN
REVEALED THAT THE CANCER HAD NOT GONE AWAY AND INSTEAD HAD SPREAD. AFTER
LEARNING THIS, JOE AGREED TO UNDERGO CHEMO TREATMENTS.

WENDI SAID THIS CREATED A LOT OF STRESS IN THEIR MARRIAGE. JOE STOPPED
WORKING IN AUGUST OF 1998 WHICH ALSO CREATED STRESS IN THE MARRIAGE.

DURING THE SPRING OF 1999, JOE BEGAN HAVING PROBLEMS DEALING WITH CANCER.
WENDI DESCRIBED THIS AS JOE HAVING A SHORT TEMPER.

JOE AND WENDI RETAINED A MEDICAL MALPRACTICE ATTORNEY. TWO YEARS AFTER
RETAINING THE ATTORNEY, THE ATTORNEY FILED A MALPRACTICE LAWSUIT. JOE FELT
HE WAS RUNNING OUT OF TIME AND THAT THE ATTORNEY'S WERE DRAGGING THEIR

2000 01797849     45                                        Continued.

000009385

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:    4        DR NUMBER: 2000 01797849      45

FEET.

WENDI SAID JOE WAS RECEIVING FIVE HUNDRED DOLLARS A MONTH WHICH HE SPENT
BUILDING A MOTOR FOR HIS BOAT. SHE STATED THAT SHE "WORKED HER BUTT OFF"
TO PAY THE BILLS. SHE BELIEVED JOE WAS BOTHERED THAT HE WAS UNABLE TO BE
THE BREAD WINNER AND BELIEVED HE WAS JEALOUS OF HER JOB.

WENDI STATED THAT THEIR RELATIONSHIP CHANGED FROM A HUSBAND-WIFE
RELATIONSHIP TO HER BEING HIS CARETAKER. WHEN HE BEGAN TAKING THE CHEMO
TREATMENTS, HE BECAME VERY TIRED AND SLEPT OFTEN. SHE ALSO STATED THAT
THIS AFFECTED HIS TEMPER, MAKING IT "CRAZY".

WENDI AND JOE DID NOT ARGUE IN FRONT OF THEIR CHILDREN AS THIS UPSET THE
CHILDREN. WHEN THE CHILDREN WERE IN BED, JOE WOULD ARGUE WITH WENDI
"PICKING" AT HER.

WHEN WENDI TURNED THIRTY IN AUGUST, SHE WENT OUT WITH THE GIRLS FROM THE
OFFICE. WHEN SHE ARRIVED HOME AT 0130 HOURS, JOE BECAME VERY UPSET
BREAKING THE BED AND DRESSER. JOE ALSO ACCUSED HER OF HAVING AN AFFAIR
WITH ANOTHER MAN. HE ALSO ACCUSED HER OF NOT WEARING HER WEDDING RING.

WENDI STATED THAT ONCE SHE TOOK ON THE CARETAKER ROLE, SHE NO LONGER
WANTED TO BE "ROMANTIC" WITH JOE. THIS UPSET JOE WHO TOLD WENDI HE
BELIEVED SHE NO LONGER LOVED HIM. WENDI SAID SHE BELIEVED JOE WAS GOING TO
DIE AND BECAUSE OF THIS NO LONGER WANTED TO HAVE SEX WITH JOE. ALTHOUGH
SHE NO LONGER WANTED TO HAVE SEX WITH JOE, SHE STILL HAD SEX WITH HIM
EVERY OTHER DAY.

I QUESTIONED WENDI ABOUT THERE BEING PRIOR INCIDENTS OF DOMESTIC VIOLENCE.
WENDI RELATED THAT DURING THEIR FIRST MONTH OF MARRIAGE, THEIR WAS AN
INCIDENT WHICH OCCURRED WHEN THEY WERE BOTH DRINKING. WHILE ARGUING JOE
WENT INTO A "RAGE" AND JUMPED THROUGH A WOODEN DOOR CUTTING HIS CHEST. JOE
THEN THREW WENDI AGAINST THE WALL AND ATTEMPTED TO HIT HER IN THE HEAD
WITH A POT. WHEN JOE SWUNG THE POT AT WENDI, SHE MOVED HER HEAD AT WHICH
TIME THE POT STRUCK THE WALL PUTTING A HOLE IN IT.

WENDI RECALLED ANOTHER INCIDENT WHICH OCCURRED WHILE LIVING IN AN
APARTMENT IN CASA GRANDE. DURING THIS INCIDENT, JOE HIT HER. SHE THEN
BEGAN TELLING ME THAT JOE ALWAYS TRIED TO "STRANGLE" HER OR "SQUEEZE" HER
UNTIL SHE WAS UNABLE TO BREATH. SHE SAID SHE WAS USUALLY ABLE TO "KICK"
JOE OFF OF HER WHICH WOULD CAUSE HIM TO STOP.

THE ABOVE DESCRIBED INCIDENTS HAPPENED TWO DIFFERENT TIMES WHILE LIVING IN
CASA GRANDE. WENDI DID NOT HAVE ANY VISIBLE INJURIES FROM THESE INCIDENTS.
SHE STATES SHE NEVER CALLED THE POLICE BECAUSE SHE WAS THE MANAGER OF THE
APARTMENT COMPLEX WHERE THEY LIVED AND THAT IT WAS A SMALL TOWN. THE ONLY
PERSON WENDI TOLD ABOUT THESE INCIDENTS WAS HER FATHER.

AFTER MOVING TO PHOENIX, JOE AND WENDI ARGUED OFTEN BECAUSE JOE BELIEVED
SHE WAS HAVING AN AFFAIR. JOE FELT SHE SPENT TO MUCH TIME AT WORK AND NO
LONGER LOVED HIM AND THE CHILDREN. THEY HAD SEVERAL PHYSICAL FIGHTS IN

2000 01797849    45                                        Continued.

000009386

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:    5      DR NUMBER: 2000 01797849     45

WHICH JOE WOULD "GRAB AND SQUEEZE" WENDI UNTIL SHE COULD NO LONGER BREATH.
JOE NEVER PUNCHED WENDI. WENDI ADMITTED TO PUNCHING AND KICKING JOE TO GET
HIM OFF OF HER DURING THE FIGHTS. WHEN ASKED IF JOE EVER DID ANYTHING ELSE
TO HER, WENDI STATED THAT JOE ALWAYS TRIED TO WRAP SOMETHING AROUND HER
NECK. WHEN ASKED FOR SPECIFICS ABOUT JOE WRAPPING SOMETHING AROUND HER
NECK, SHE STOPPED AND THOUGHT FOR A MINUTE PRIOR TO ANSWERING MY QUESTION.
SHE THEN STATED THAT HE HAD WRAPPED A COAT HANGER, A BELT AND HIS HANDS
AROUND HER THROAT. WHEN ASKED IF JOE EVER LEFT ANY MARKS ON HER NECK, SHE
STATED SHE DID NOT BRUISE OR MARK EASILY.

WENDI STATED THAT IN ORDER TO GET JOE TO STOP CHOKING HER, SHE WOULD HAVE
TO TALK ABOUT THEIR CHILDREN. SHE SAID THIS WOULD GET TO JOE AND "BRING
HIM BACK TO REALITY". JOE WOULD TELL HER HE WANTED TO KILL HER WHILE DOIN
THIS. JOE WOULD LATER APOLOGIZE AND TELL HER THAT HE TRUSTED HER AND DID
NOT KNOW WHY HE DID THIS. ON A COUPLE OF OCCASIONS, JOE HAD CHOKED HER
UNTIL SHE HAS PASSED OUT.

IT SHOULD BE NOTED THAT ALTHOUGH WENDI STATED THAT JOE ALWAYS ATTEMPTED TO
WRAP SOMETHING AROUND HER NECK WHILE FIGHTING, SHE NEVER MENTIONED IT
UNTIL THIS POINT IN THE INTERVIEW.

WENDI SAID SHE NEVER CALLED THE POLICE BECAUSE SHE "COULD NOT AFFORD TO
AND WAS THE ONLY ONE WORKING". SHE STATES SHE WISHED SHE WOULD HAVE.

WENDI AND JOE ATTENDED A CHURCH NEAR THEIR HOME BUT NEVER ASKED FOR
COUNSELING. SHE DID NOT BECAUSE SHE WAS EMBARRASSED TO DISCUSS THEIR
PERSONAL PROBLEMS WITH ANYBODY.

JOE MADE TWO DIFFERENT APPOINTMENTS FOR HE AND WENDI TO ATTEND COUNSELING
SESSION WITH A COUNSELOR FROM THE CANCER CENTER. WENDI CANCELLED ONE
APPOINTMENT DUE TO SCHEDULING CONFLICTS WITH HER WORK. JOE CANCELLED THE
OTHER APPOINTMENT TO TAKE WENDI TO A MOVIE.

WENDI SAID THERE HAD BEEN ONE VIOLENT FIGHT SINCE HER BIRTHDAY. THIS
OCCURRED WHILE SHE WAS WALKING FROM HER OFFICE TO THEIR APARTMENT. DURING
THIS FIGHT, JOE GRABBED WENDI BY THE HAIR BANGING HER HEAD ON THE WALL. HE
ALSO HELD HER IN A "BEAR HUG". DURING THIS, WENDI ALSO HIT JOE. JOE
STOPPED WHEN WENDI THREATENED TO CALL HIS SISTER.

ON SATURDAY MORNING 100700, WENDI, JOE AND BOTH CHILDREN ALONG WITH JOE'S
MOTHER, WENT TO THE SWAP MEET WHERE THEY PURCHASED TOYS FOR THE CHILDREN.
AFTER LEAVING THE SWAP MEET, THEY DROVE TO THE STORE WHERE THEY PURCHASED
STEAKS FOR A BARBECUE AT JOE'S MOTHER'S HOUSE. AFTER LEAVING THE STORE,
THEY RETURNED HOME TO THEIR APARTMENT.

IN THE AFTERNOON BETWEEN 1400 AND 1500 HOURS, WENDI'S PARENTS STOPPED BY
TO VISIT. THERE WERE NO PROBLEMS BETWEEN WENDI AND JOE AT THIS TIME BUT
WENDI'S FATHER WAS UPSET AT HER MOTHER. SHE BELIEVED HER FATHER WAS UPSET
AS HE WANTED TO GO HOME AND HER MOTHER WAS TAKING TO LONG. WENDI'S FATHER
LEFT THE APARTMENT AND WHILE OUTSIDE BEGAN HONKING HIS VEHICLE HORN. THIS

2000 01797849    45                                          Continued.

000009387

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   6      DR NUMBER: 2000 01797849      45

IRRITATED JOE.

AFTER WENDI'S PARENTS LEFT, JOE AND BOTH CHILDREN LAYED DOWN TO TAKE A
NAP. WENDI DID NOT TAKE A NAP AND READ A BOOK INSTEAD.

AT APPROXIMATELY 1730 HOURS, WENDI, JOE AND BOTH CHILDREN LEFT THEIR
APARTMENT AND DROVE TO CASA GRANDE WHERE THEY ATE DINNER WITH JOE'S
PARENTS. THEY STAYED AND VISITED AFTER DINNER LEAVING HIS PARENTS HOUSE
BETWEEN 2230 AND 2330 HOURS.

I ASKED WENDI IF THERE WERE ANY PROBLEMS BETWEEN HER AND JOE WHILE AT HIS
PARENTS HOUSE. SHE STATED SHE WAS NOT AROUND HIM MUCH AND BECAUSE OF THIS
DID NOT KNOW. SHE ALSO STATED SHE WAS NOT CONCENTRATING ON HIM.

WHEN THEY ARRIVED HOME, THEY TUCKED THE KIDS IN BED PRIOR TO GOING TO
THEIR BEDROOM. ONCE IN THEIR BEDROOM, WENDI GOT INTO HER PAJAMAS AND GOT
INTO BED. WHILE IN BED, WENDI BEGAN READING A BOOK WHILE JOE WATCHED TV.

WHILE LYING IN BED, JOE BEGAN QUESTIONING WENDI AGAIN ABOUT WHAT OCCURRED
ON THE NIGHT OF HER BIRTHDAY. JOE CONTINUED TO ASK WENDI WHY SHE DID NOT
HAVE HER WEDDING RING ON. SHE STATED THAT THIS WAS THE "SAME OLD WHAT
EVER". THIS IRRITATED WENDI.

AFTER ARGUING, JOE WANTED TO HAVE SEX WITH WENDI BECAUSE HE "COULD NOT
SLEEP AND WAS FRUSTRATED OR WHATEVER". WENDI SUGGESTED THEY GO TO THE
BATHROOM AND TAKE A BATH. JOE AGREED AND THEY BOTH WENT TO THE BATHROOM
WHERE WENDI RAN A "BUBBLE BATH" FOR THEM. SHE ALSO LIT SEVERAL CANDLES IN
THE BATHROOM. THIS OCCURRED AT APPROXIMATELY 0100 HOURS.

WHILE SITTING IN THE BATHTUB TOGETHER, THEY BEGAN ARGUING. THIS INVOLVED
JOE ASKING WENDI SEVERAL QUESTIONS ABOUT HER GETTING FAKE FINGERNAILS AND
PURCHASING A NEW PAIR OF UNDERWEAR. SHE STATED THAT DURING THIS ARGUMENT,
JOE "BUILT HIMSELF INTO A RAGE".

AFTER ARGUING IN THE BATHROOM FOR APPROXIMATELY TEN MINUTES, WENDI GOT OUT
OF THE BATHTUB AND PUT ON A T-SHIRT AND SHORTS. JOE GOT OUT A COUPLE OF
MINUTES LATER AND ATTEMPTED TO CONTINUE THE ARGUMENT. WENDI STATES THAT
SHE DID NOT ARGUE WITH JOE WHICH UPSET HIM MORE. WENDI THEN BECAME
"IRRITATED".

AS THE ARGUMENT CONTINUED, JOE BEGAN PUSHING WENDI. HE PUSHED HER INTO
BOTH THE DRESSER AND ONTO THE BED. SHE BELIEVED HE WAS DOING THIS IN AN
ATTEMPT TO MAKE HER MAD.

WENDI TOLD JOE THAT IF HE WAS GOING TO CONTINUE TO ARGUE, SHE WANTED TO GO
TO THE LIVING ROOM SO THE KIDS WOULD NOT HEAR THEM.

WENDI WHO HAD BEEN COMPLAINING OF A BAD HEADACHE, STATED SHE WAS SICK TO
HER STOMACH AND NEEDED TO USE THE RESTROOM. DUE TO THIS, I STOPPED THE
INTERVIEW AND HAD DETECTIVE DILLIAN TAKE WENDI TO THE RESTROOM. IT SHOULD
BE NOTED THAT WENDI ALSO ASKED FOR ASPIRIN AND WAS GIVEN ASPIRIN AND

2000 01797849     45                                      Continued.

000009388

P-App. 005119

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   7      DR NUMBER: 2000 01797849    45

WATER.

UPON RETURNING TO THE INTERVIEW ROOM, I CONTINUED MY INTERVIEW WITH WENDI.

ONCE IN THE LIVING ROOM, JOE PUSHED WENDI INTO THEIR WEDDING DISPLAY CASE
SHATTERING IT. JOE ATTEMPTED TO GRAB WENDI AROUND THE WAIST IN A BEAR HUG,
BUT WENDI RESISTED AT WHICH TIME THEY "WRESTLED" AROUND. WENDI STATED THAT
"FROM EXPERIENCE" SHE KNEW JOE WAS GOING TO ATTEMPT TO GO FOR HER NECK.

WENDI BECAME FRIGHTENED WHEN JOE BROKE THEIR WEDDING DISPLAY CASE. IN THE
PAST, NO MATTER WHAT HAPPENED THEY HAD NEVER THREATENED TO DIVORCE ONE
ANOTHER. SHE DESCRIBED HERSELF AS BEING "FREAKED OUT" AT THIS POINT.

WHILE WRESTLING, JOE BEGAN LOOKING FOR SOMETHING TO GRAB WHICH SHE
BELIEVED TO BE A BELT. AT THIS POINT, WENDI WAS ABLE TO "WIGGLE" AWAY FROM
JOE AND GRABBED A BAR STOOL. WENDI STATED, "MY THOUGHTS AT THAT POINT WERE
KNOCK HIM UNCONSCIOUS SO HE CAN LEAVE MY ALONE BECAUSE HE IS IN A RAGE, I
DON'T KNOW WHAT TO DO". WHEN JOE BENT OVER TO PICK UP THE BELT, WENDI
"KONKED" JOE ON THE HEAD WITH THE BAR STOOL. WHEN SHE DID THIS, JOE
"BELLOWED" AND BECAME "SO PISSED". SHE STATES WHEN HE LOOKED UP AT HER, HE
HAD "FIRE IN HIS EYES". JOE THEN LEANED OVER TO PICK UP THE BELT AGAIN AT
WHICH TIME WENDI STRUCK HIM IN THE HEAD ONE OR TWO TIMES WITH THE BAR
STOOL WHICH BROKE IN HER HANDS. JOE WHO HAD BEEN KNOCKED TO THE GROUND,
STOOD UP HOLDING THE BELT IN HIS HAND. WENDI BEGAN APOLOGIZING TO JOE WHO
WAS NOW BLEEDING.

WENDI CHANGED HER STORY SLIGHTLY AT THIS POINT STATING THAT JOE WAS NOW ON
THE GROUND.

WENDI GOT A PILLOW AND A BLANKET AND GAVE IT TO JOE WHO WAS NOW LYING ON
THE LIVING ROOM FLOOR. WENDI STATES SHE WAS TRYING TO MAKE HIM BETTER BUT
DID NOT KNOW WHAT TO DO. SHE ALSO STATES SHE KNEW SHE NEEDED TO TAKE HIM
TO THE HOSPITAL.

WENDI CALLED HER FRIEND CHRIS WHO LIVES AT SAN RIVA. SHE TOLD CHRIS SHE
BELIEVED JOE WAS HAVING A HEART ATTACK AND ASKED IF SHE WOULD COME OVER
AND STAY WITH THEIR CHILDREN WHILE SHE TOOK JOE TO THE HOSPITAL. SHE
STATES SHE TOLD CHRIS THIS BECAUSE SHE DID NOT WANT CHRIS TO KNOW WHAT WAS
GOING ON IN HER PERSONAL LIFE.

WHILE WAITING FOR CHRIS TO COME OVER, WENDI COVERED THE BLOOD ON THE
CARPET WITH A TOWEL. SHE STATES SHE DID THIS BECAUSE SHE DID NOT WANT
CHRIS TO SEE WHAT HAD HAPPENED. WENDI DESCRIBED THE BLOOD BEING ON THE
LIVING ROOM FLOOR NEAR JOE. SHE DESCRIBED JOE AT THIS POINT AS BEING
"DAZED" WHICH WAS "FREAKING" HER OUT.

WHEN CHRIS ARRIVED, SHE TOLD WENDI TO CALL 911 WHICH SHE DID. WENDI TOLD
THE 911 OPERATOR THAT JOE WAS HAVING A HEART ATTACK. THE 911 OPERATOR
ASKED WENDI ABOUT JOE'S COLOR WHICH WENDI DESCRIBED AS BEING "FINE". WENDI
BELIEVED JOE COULD NOT "FOCUS" ON HER WHICH SCARED HER.

 2000 01797849    45                                          Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT             PAGE NUMBER:   8        DR NUMBER: 2000 01797849      45

AFTER WENDI'S 911 CALL, CHRIS WENT OUT FRONT TO WAIT FOR THE AMBULANCE.
WHILE CHRIS WAS OUTSIDE, JOE "STARTS COMING TO" AT WHICH TIME HE TELLS
WENDI TO GET CHRIS OUT OF HERE. SHE STATES JOE "SEES WHAT'S GOING ON" AND
GETS PISSED AT HER. HE ALSO TELLS HER THAT HE IS NOT GOING TO THE HOSPITAL
AND TO MAKE THE AMBULANCE GO AWAY.

WHILE INSIDE WITH JOE, WENDI RECEIVED A PHONE CALL FROM THE FIRE
DEPARTMENT. SHE WAS TOLD THAT SHE HAD TO GO OUTSIDE AND TALK TO THE
FIREMEN. WENDI EXITED THROUGH HER BEDROOM DOOR AND MET THE FIREMEN
OUTSIDE. SHE STATES SHE TOLD THE FIREMEN THAT HER HUSBAND WAS SICK AND TO
LEAVE HIM ALONE. SHE ALSO TOLD THEM THEY WERE HAVING PROBLEMS AND THAT HER
HUSBAND DID NOT WANT THEM HERE. WENDI ALSO TOLD CHRIS TO GO HOME AND THAT
SHE WOULD CALL HER LATER.

WHEN WENDI RETURNED TO THEIR APARTMENT JOE WAS STANDING UP. JOE WHO WAS
UPSET BEGAN YELLING AT HER ASKING HER WHY SHE HIT HIM. JOE GRABBED HIS
CELLULAR PHONE WHICH HAD BEEN ATTACHED THE A CHARGER AND WRAPPED THE
CHARGING CORD AROUND HER NECK. THIS OCCURRED IN THE LIVING ROOM.

WHILE JOE WAS ATTEMPTING TO CHOKE WENDI WITH THE CORD, SHE WAS ABLE TO
GRAB THE CORD WHICH WAS "STRETCHY" AND PULL IT AWAY FROM HER NECK. WENDI
STATES THAT AS THIS WAS OCCURRING, SHE WORKED HER WAY INTO THE KITCHEN
WHERE SHE THOUGHT ABOUT GETTING A KNIFE TO CUT THE CORD. WENDI REACHED
INTO THE KITCHEN DRAWER WHERE SHE OBTAINED A KNIFE. JOE ATTEMPTED TO PULL
HER AWAY FROM THE KNIFE AT WHICH TIME SHE GRABBED ONTO HE REFRIGERATOR.
AFTER OBTAINING THE KNIFE, WENDI CUT THE CELLULAR PHONE CORD WHICH WAS
STILL WRAPPED AROUND HER NECK.

I ASKED WENDI IF SHE WAS HAVING TROUBLE BREATHING WHEN THE CORD WAS
WRAPPED AROUND HER NECK. SHE STATES THAT SHE WAS AND HAD ALMOST BLACKED
OUT. SHE BELIEVES THIS MADE HER VERY "PANICKY AND SCARED". SHE ALSO
BELIEVED THAT IF SHE WERE TO BLACK OUT, HE WOULD KILL HER BECAUSE HE HAD
BEEN THREATENING TO KILL HER.

WENDI STATES THE NEXT MEMORY SHE HAD, WAS BEING BACK IN THE LIVING ROOM
STRUGGLING WITH JOE. WENDI STATES THAT SHE STILL HAD THE KNIFE IN HER HAND
AND THE NEXT THING SHE KNEW, SHE HAD BLOOD ALL OVER HER. THE BLOOD WAS ON
HER GLASSES, HER FACE AND ON HER CLOTHING.

WENDI DESCRIBED JOE AS NOW BEING IN THE LIVING ROOM LYING FACE DOWN ON THE
FLOOR. SHE ALSO DESCRIBED THERE BEING BLOOD EVERYWHERE.

WENDI WENT INTO THE BATHROOM WHERE SHE RINSED OFF HER GLASSES AND HER
HANDS. SHE THEN STOOD IN THE BATH TUB WHERE SHE RINSED THE BLOOD OFF OF
HER LEGS. SHE STATES SHE WAS "DISGUSTED" BECAUSE SHE HAD BLOOD ALL OVER
HER.

AFTER WASHING, WENDI CALLED HER FATHER ON THE PHONE FROM THE BATHROOM. SHE
DID NOT KNOW IF JOE WAS STILL ALIVE AT THIS POINT AND WAS AFRAID TO GO
BACK INTO THE LIVING ROOM. SHE STATES THE ONLY THING SHE COULD THINK OF
WAS THAT "SHE HOPED TO GOD THAT NICHOLAS DOES NOT WAKE UP".

 2000 01797849      45                                        Continued.

000009390

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   9      DR NUMBER: 2000 01797849     45

IT SHOULD BE NOTED THAT WENDI ACTED AS THOUGH SHE WAS GOING TO CRY AT THIS POINT, BUT NEVER DID. SHE SHOWED VERY LITTLE EMOTION THROUGH OUT THE INTERVIEW.

WHEN WENDI INITIALLY CALLED HER FATHER THE ANSWERING MACHINE PICKED UP. SHE TRIED TO CALL HIM AGAIN BOTH ON HIS HOME PHONE AND ON HIS CELLULAR PHONE BUT RECEIVED NO ANSWER.

BETWEEN PHONE CALLS, WENDI WALKED INTO THE HALLWAY WHERE SHE LOOKED INTO THE LIVING ROOM. JOE WAS WHO WAS STILL LYING ON THE LIVING ROOM FLOOR WAS NOT MOVING AND APPEARED BLUE IN COLOR.

WENDI WAS EVENTUALLY ABLE TO REACH HER AUNT, LUPE GARCIA WHO LIVES IN THE SAME HOME AS HER FATHER. SHE TOLD LUPE THAT SHE HAD AN EMERGENCY AND ASKED HER TO GET HER FATHER.

WHEN WENDI'S FATHER CALLED BACK, SHE TOLD HIM THAT JOE WAS DEAD ON THE LIVING ROOM FLOOR. SHE TOLD HIM THEY HAD BEEN IN A FIGHT AND ASKED HIM WHAT TO DO. HER FATHER TOLD HER SHE NEEDED TO CALL 911. SHE IS UNSURE HOW LONG HER CONVERSATION LASTED WITH HER FATHER BUT STATES HE ASKED HER "FIFTY MILLION QUESTIONS".

AFTER HANGING UP WITH HER FATHER, WENDI RETURNED TO THE BATHROOM WHERE SHE THREW UP IN THE TOILET. WENDI THEN RETURNED TO THE LIVING ROOM WHERE SHE CALLED 911.

WENDI STATES SHE TOLD THE 911 OPERATOR THAT JOE WAS DEAD. THE OPERATOR TOLD WENDI TO ROLL JOE OVER WHICH SHE INITIALLY REFUSED TO DO. THE OPERATOR TOLD HER THAT AFTER SHE ROLLED HIM OVER SHE NEEDED TO HELP JOE B PLACING A RAG ON HIS NECK. WENDI STATED THAT THE OPERATOR WAS "INSANE" AND HAD NO IDEA WHAT SHE WAS LOOKING AT. WENDI ROLLED JOE OVER ONTO HIS BACK AND PLACED A BLANKET ON HIS NECK. IT WAS AT THIS POINT THAT THE POLICE ARRIVED.

WENDI SAID SHE HAD NO IDEA HOW MANY TIMES JOE WAS CUT WITH THE KNIFE. SHE THEN STATED SHE DID NOT STAB HIM IF THAT IS WHAT I WAS ASKING. SHE DENIED KNOWING HOW HE WAS CUT WITH THE KNIFE ALTHOUGH SHE ADMITTED TO HAVING IT IN HER HAND WHEN JOE FELL TO THE GROUND.

I ASKED WENDI IF JOE CHOKED HER WITH ANYTHING OTHER THAN THE CELLULAR PHONE CORD. SHE BEGAN TELLING ME HE CHOKED HER WITH A BELT PRIOR TO HIM CHOKING HER WITH THE CORD.

WENDI DID NOT KNOW HOW LONG SHE WAITED TO CALL HER FATHER AFTER JOE HAD BEEN STABBED. UPON QUESTIONING HER FURTHER ABOUT THIS, SHE BELIEVED IT COULD HAVE BEEN AN HOUR BETWEEN THE TIME JOE WAS STABBED AND WHEN SHE WAS ABLE TO SPEAK TO HER FATHER ON THE PHONE. DURING THIS TIME WENDI SAT IN THE BATHROOM LISTENING TO JOE WHO WAS MAKING "NOISES". SHE SAID SHE WAS ABLE TO HEAR JOE TALKING AND BELIEVED HE WAS GOING TO COME AND "GET HER". ONCE THE NOISE STOPPED, SHE WENT TO THE MASTER BEDROOM WHERE SHE CALLED

2000 01797849     45                                    Continued.

000009391

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  10     DR NUMBER: 2000 01797849     45

HER FATHER.

IT SHOULD BE NOTED THAT AT ONE POINT, SHE STATES SHE HAD TO GO INTO THE
LIVING ROOM TO ANSWER THE PHONE WHEN HER FATHER CALLED ALTHOUGH SHE SAID
SHE HAD A PHONE IN THE BATHROOM WHEN SHE ATTEMPTED TO CALL HIM EARLIER.

WENDI SAID SHE DID NOT CALL 911 DURING THE TIME SHE SPENT IN THE BATHROOM
BECAUSE SHE DID NOT HAVE THE PHONE WITH HER. SHE LATER SAID SHE TALKED TO
HER FATHER A COUPLE OF TIMES ON HIS CELLULAR PHONE WHILE HE WAS ENROUTE
FROM CASA GRANDE.

BETWEEN THE TIME WHEN JOE WAS STABBED AND THE TIME WENDI CALLED 911, SHE
WALKED INTO THE LIVING ROOM WHERE SHE CHECKED ON JOE. SHE DESCRIBED JOE A
LYING FACE DOWN ON THE LIVING ROOM FLOOR NOT MOVING. SHE BELIEVED JOE WAS
DEAD AT THIS POINT.

UPON GOING OVER THE INCIDENT AGAIN, WENDI BELIEVED THE STABBING OCCURRED
FIFTEEN TO TWENTY MINUTES AFTER THE FIRE DEPARTMENT LEFT. I ASKED WENDI IF
SHE EVER HIT JOE WITH THE BAR STOOL ONCE HE WAS ON THE GROUND. SHE SAID
JOE WAS ON "ALL FOURS" ON THE GROUND AND WAS GOING TO "STILL GET" HER AND
BECAUSE OF THIS SHE CONTINUED TO HIT HIM WITH THE BAR STOOL. SHE WAS
UNSURE HOW MANY TIMES SHE HIT HIM.

I ASKED WENDI HOW LONG THE DOCTORS EXPECTED JOE TO LIVE. THE DOCTOR LAST
TOLD JOE THAT HE COULD CONTINUE CHEMO TREATMENTS FOR NINE MONTHS. THE
DOCTOR TOLD HIM THAT WITHIN A COUPLE OF MONTHS OF THE LAST CHEMO
TREATMENT, THE CANCER WOULD PUT HIM IN THE HOSPITAL AS HE WOULD BE UNABLE
TO BREATH. SHE ALSO HAD A FRIEND WHO'S FATHER HAD THE SAME TYPE OF CANCER
AND DIED AFTER THREE MONTHS OF TREATMENT. BASE ON THIS, SHE BELIEVED JOE
WOULD DIE "SOON".

WENDI AND JOE BOTH HAD THEIR OWN CELLULAR PHONES. THE NUMBER FOR WENDI'S
PHONE IS (602) 826-0997 AND JOE'S IS (602) 618-9177. SHE DENIED USING
JOE'S CELLULAR PHONE DURING THIS INCIDENT.

WENDI AND JOE OWN TWO VEHICLES WHICH ARE A WHITE CHEVY ASTRO VAN UNKNOWN
YEAR AND A 1998 PEWTER COLORED GMC YUKON. THEY ARE ALSO CURRENTLY
BORROWING JOE'S PARENTS BLUE BUICK.

I ASKED WENDI HOW THE INJURIES TO HER FINGERS OCCURRED. SHE SAID SHE DID
NOT KNOW. I ASKED HER ABOUT ANY TYPE OF ALCOHOL OR DRUG USE. SHE ADMITTED
TO BEING A SOCIAL DRINKER BUT DENIED ANY DRUG USAGE. SHE SAID JOE DID NOT
DRINK BUT BELIEVED HE WAS POSSIBLY USING DRUGS. SHE SAID SHE BASED THIS ON
HIS PERSONALITY CHANGES.

I ASKED WENDI IF SHE WAS HAVING AN AFFAIR. SHE DENIED THIS ALTHOUGH SHE
DID ADMIT TO SOCIALIZING WITH MALE FRIENDS OUTSIDE OF WORK.

AT THIS TIME IN THE INTERVIEW, WENDI'S INJURIES WERE PHOTOGRAPHED AGAIN TO
SHOW THE DEVELOPMENT OF HER INJURIES.

2000 01797849     45                                    Continued.

000009392

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  11        DR NUMBER: 2000 01797849    45

AFTER PHOTOGRAPHING WENDI'S INJURIES, SHE WAS TAKEN FROM THE INTERVIEW
ROOM TO THE RECORDS AND IDENTIFICATION BUREAU WHERE SHE WAS FINGERPRINTED.

AFTER BEING FINGERPRINTED AND AFTER THE ARRIVAL OF MEDICAL ASSISTANT HOMER
SHAULIS, A BLOOD SAMPLE AND HEAD HAIR SAMPLES WERE OBTAINED FROM WENDI. IT
SHOULD BE NOTED THAT WENDI CONSENTED TO THE BLOOD DRAW AND HAIR SAMPLE
BEING TAKEN. (A NEW VIDEO TAPE WAS STARTED AT 1245 HOURS)

FOLLOWING THE BLOOD DRAW, I CONTINUED MY INTERVIEW WITH WENDI.

I TOLD WENDI THAT CHRIS WAS PROVIDING A DIFFERENT STORY OF WHAT OCCURRED.
I TOLD HER CHRIS SAID JOE WAS NOT BLEEDING WHEN SHE WAS THERE. WENDI SAID
JOE WAS BLEEDING AND THAT SHE HAD COVERED HIM WITH A TOWEL.

I TOLD WENDI THAT BASED UPON WHAT CHRIS AND THE FIRE DEPARTMENT WAS
TELLING US, IT APPEARED AS SHE HAD SHOWERED AND CHANGED WHEN SHE WENT OUT
FRONT TO MEET THE FIREMEN. SHE DENIED THIS.

I TOLD WENDI I DID NOT BELIEVE HER AND THAT SHE NEEDED TO BE HONEST. SHE
CONTINUED TO MAINTAIN THAT SHE WAS TELLING THE TRUTH. I TOLD HER I
BELIEVED SHE WAS HAVING AN AFFAIR AND THAT JOE FOUND OUT ABOUT THIS WHICH
STARTED THE FIGHT. WENDI CHANGED HER STORY AT THIS POINT AND ADMITTED TO
HAVING A SEXUAL AFFAIR WITH A COUPLE OF DIFFERENT GUYS. SHE ALSO ADMITTED
TO TELLING CHRIS THAT JOE BELIEVED SHE WAS HAVING AN AFFAIR, BUT CONTINUED
TO DENY THAT JOE ACTUALLY KNEW SHE WAS.

WENDI CHANGED HER STORY AGAIN SAYING THAT WHEN THE FIRE DEPARTMENT
ARRIVED, SHE ASKED JOE IF HE REALLY WANTED THEM TO SEE HIM IN THIS
CONDITION. WHILE SITTING NEXT TO JOE TALKING TO HIM, JOE GRABBED WENDI AT
WHICH TIME HE GOT BLOOD ON HER FACE AND IN HER HAIR. BECAUSE OF THIS,
WENDI DUNKED HER HAIR IN THE SINK. SHE ALSO ADMITTED TO CHANGING HER
SHORTS PRIOR TO GOING OUT TO SPEAK TO THE FIREMEN BUT DENIED CHANGING HER
SHIRT.

I ASKED WENDI HOW SHE WAS ABLE TO CUT THE CORD FROM HER NECK WITHOUT
CUTTING HERSELF. SHE SAID SHE WAS ABLE TO DUE THIS BECAUSE SHE HAD THE
CORD IN HER HAND.

WENDI DID ADMIT TO HITTING JOE REPEATEDLY WITH THE BAR STOOL UNTIL IT
BROKE. SHE CONTINUED TO SAY THIS OCCURRED AFTER THE FIRE DEPARTMENT LEFT.
SHE DESCRIBED JOE BEING ON "ALL FOURS" AT THIS TIME AND STATES SHE DID
THIS BECAUSE SHE BELIEVED HE WAS GOING TO GET UP AND GET HER. SHE ALSO
STATES HE TOLD HER HE WAS GOING TO KILL HER.

I ASKED WENDI WHY SHE DID NOT ASK THE FIRE DEPARTMENT FOR HELP INSTEAD OF
SENDING THEM AWAY. SHE SAID SHE DID NOT BECAUSE SHE BELIEVED JOE WAS GOING
TO STOP.

WENDI CHANGED HE STORY AGAIN AND SAID SHE ACTUALLY OBTAINED THE KNIFE
BEFORE CHRIS CAME OVER. SHE BELIEVED THE KNIFE WAS SITTING ON EITHER THE
LAZY BOY CHAIR OR ON THE COUCH WHILE CHRIS WAS THERE. SHE STATES THAT JOE

2000 01797849     45                                        Continued.

000009393

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  12       DR NUMBER: 2000 01797849     45

HAD THREATENED HER AND BECAUSE OF THIS, SHE GRABBED THE KNIFE AND TOLD HIM
THAT IF HE WERE TO COME NEAR HER SHE WOULD GET HIM.

I TOLD WENDI I BELIEVED JOE WAS ON THE GROUND WHEN HIS NECK WAS CUT. SHE
DESCRIBED HIM AS SITTING UP AND THEN FALLING FORWARD. WENDI WAS SITTING ON
THE GROUND NEXT TO JOE AT THIS TIME.

I ASKED WENDI WHY SHE STABBED JOE. SHE SAID SHE FELT AS THOUGH SHE WAS
WATCHING A "ZOMBIE STILL TRYING TO GET ME, THAT IS WHY". SHE BELIEVED SHE
HAD THE KNIFE IN HER LEFT HAND AT THAT TIME. SHE THEN STATED THAT JOE FELL
FORWARD ONTO THE KNIFE. SHE DENIED STABBING HIM ANYWHERE ELSE. SHE
CONTINUED TO MAINTAIN THAT THE STABBING OCCURRED AFTER THE FIRE DEPARTMENT
LEFT.

I ASKED WENDI WHY SHE DID NOT TRY TO HELP JOE AFTER HE HAD BEEN STABBED.
SHE SAID SHE COULD NOT BECAUSE SHE HAD BLOOD ALL OVER HER. SHE DENIED
WANTING JOE TO DIE.

WENDI WAS INTERVIEWED FURTHER BUT MAINTAINED THE SAME BASIC STORY.

FOR FURTHER INFORMATION REFER TO TAPES OF INTERVIEW.

IT SHOULD BE NOTED THAT THE FIRST VIDEO TAPE RECORDING OF WENDI ENDED AT
APPROXIMATELY 1107 HOURS. THE SECOND VIDEO TAPE RECORDING BEGAN AT
APPROXIMATELY 1245 HOURS. DURING THE TIME BETWEEN 1107 AND 1245 HOURS,
WENDI WAS FINGERPRINTED AND THEN RETURNED TO THE INTERVIEW ROOM WHERE SHE
WAITED UNTIL THE ARRIVAL OF MEDICAL ASSISTANT HOMER SHAULIS. SHE WAS NOT
INTERVIEWED DURING THIS TIME.

WHILE IN THE INTERVIEW ROOM NOT BEING INTERVIEWED, WENDI MADE A PHONE CALL
TO HER COWORKER SHANNON SWEENEY. DURING THIS CALL, WENDI ASKED SHANNON TO
REMOVE ALL OF HER PERSONAL PAPERWORK FROM THE OFFICE WHICH WAS STORED IN A
WICKER BASKET. WENDI WAS NOT BEING RECORDED AT THE TIME THE CALL WAS MADE.

DETECTIVE DILLIAN, OFFICER MARRINER AND I WERE ABLE TO BOTH HEAR AND SEE
WENDI MAKING THIS CALL FROM THE MONITORING ROOM. BASED ON THIS, I
CONTACTED SERGEANT SMALLMAN AND ASKED HIM TO SECURE THE OFFICE. UPON
ENTERING THE OFFICE, SERGEANT SMALLMAN OBSERVED SHANNON SWEENEY GOING
THROUGH PAPERS IN THE OFFICE. SERGEANT SMALLMAN HAD SHANNON LEAVE THE
PAPERS.

DETECTIVE BALLENTINE CONTACTED SHANNON SWEENEY. SHANNON CONFIRMED THAT SHE
HAD RECEIVED A PHONE CALL FROM WENDI ASKING HER TO REMOVE HER PERSONAL
PAPER WORK FROM THE OFFICE.

DETECTIVE BALLENTINE OBTAINED A SEARCH WARRANT AND RECOVERED WENDI'S
PERSONAL PAPER WORK. REFER TO DETECTIVE BALLENTINE'S SUPPLEMENT FOR
DETAILS.

WENDI WAS TAKEN TO PHOENIX MEMORIAL HOSPITAL WHERE A MEDICAL RELEASE WAS
OBTAINED. SHE WAS THEN BOOKED INTO THE MARICOPA COUNTY JAIL FOR ONE COUNT

2000 01797849     45                                        Continued.

000009394

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT             PAGE NUMBER:  13      DR NUMBER: 2000 01797849     45

OF SECOND DEGREE MURDER.

INVESTIGATION CONTINUING.


   VICTIM RECEIVED RIGHTS INFORMATION:  NO            MAIL-IN SUPPLEMENT:

INVOICES:     2793790

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                              END OF REPORT        DR NO: 2000 01797849    045

P-App. 005126

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1     DR NUMBER: 2000 01797849     46

REPORT DATE: 20001018   TIME: 0719

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE            BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: KATHI GALBARI              4107     UNIT: C33

OFFENSE INVOLVED:  BIAS -
```
    ================================================================
    =                                                            =
    =       ***  REQUEST FOR SCIENTIFIC ANALYSIS  ***            =
    =                                                            =
    ================================================================
```
CURRENT DR IS: 2000 01797849     046    BIOLOGICAL EVID (BLOOD,SEMEN,TISSUE): Y
NAM: ANDRIANO              WENDI
NAM:                                          OFF:HOMICIDE
LOCATION: 002155  E  LIBERTY           LA              JAILED: Y
OFCR REQ OF ANALYSIS:GALBARI, KATHI          DATE OCC:100800 TIME:0230
(LAST,FIRST,MIDDLE) FIRM NAME USE BUS.        DATE REQ:101800 TIME:0700
VIC: ANDRIANO           JOSEPH               DUI RELATED:N
BUS:

 MARIJUANA:  DRUGS:  BLOOD ALC:    BREATH ALC:   OTHER: Y PER INVOICE: N

 INVOICE    ITEM # SFX  TYPE          INVOICE    ITEM #  SFX    TYPE

 0002778372   0136      *MISC

BLOOD DRAWN BY:                    1.DATE/TIME DRAW:000000 / 0000
LOC OF DRAWING:                    2.DATE/TIME DRAW:000000 / 0000

                    ****  NARRATIVE  ****
   SERIAL NUMBER: 4107

   THIS SMALL PIECE OF LAMP APPEARS TO HAVE BLOOD ON IT. PLEASE CONDUCT THE
FOLLOWING ANALYSIS:

1.) DETERMINE IF BLOOD IS PRESENT ON THIS ITEM
2.) IF BLOOD IS PRESENT, PLEASE DETERMINE IF IT'S HUMAN OR ANIMAL
3.) PRESERVE FOR FUTURE DNA ANALYSIS AND COMPARISON TO THE VICTIM'S BLOOD

   THANKS


   VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : 4107    DR FINALIZED BY : 4107


   2000 01797849    46                              Continued.



                        000009396

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2       DR NUMBER: 2000 01797849    46

END OF REPORT          DR NO: 2000 01797849    046

000009397

P-App. 005128

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1          DR NUMBER: 2000 01797849     47

REPORT DATE: 20001019   TIME: 1901

TYPE OF REPORT:  HOMICIDE                                    OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: GREGORY ALLINICH              5185      UNIT: C23

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 002155 E LIBERTY APT #382 LA
DATE: 101000                    SEARCH WARRANT INVOLVED: YES

0001  PKG 000 CODE:EI    W 01
              ITEM: DCOMPUT BRAND: COMPAQ MODEL:              COLOR: BLK
         SIZE:           QUANTITY: 0001   SERIAL/ACCT/ID: 1V96CLRDA2L4
         DESCRIPTION: COMPAQ "PRESARIO" LAPTOP COMPUTER, GIVEN TO
         DETECTIVE ALLINICH #5185 BY ERIK VAILLANT.

****  NARRATIVE  ****

   SERIAL NUMBER: 5185

ON THURSDAY, OCTOBER 12, 2000, AT APPROXIMATELY 1030 HOURS, I RECEIVED
THE LISTED PROPERTY FROM ERIK VAILLANT WHILE AT THE PHOENIX POLICE
DEPARTMENT, 620 W. WASHINGTON STREET.

ERIK STATED THAT THE LISTED LAPTOP COMPUTER BELONGED TO HIS ROOMMATE WHO
HAD ASKED HIM (ERIK) TO TURN IT OVER TO THE POLICE FOR HIM.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:    2781389

   DR ENTERED BY : 5185    DR FINALIZED BY : 5185

                         END OF REPORT          . DR NO: 2000 01797849    047

000009398

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1     DR NUMBER: 2000 01797849     48

REPORT DATE: 20001020   TIME: 0926

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DENNIS OLSON              2979     UNIT: C81

OFFENSE INVOLVED:  BIAS -

                    ****  NARRATIVE  ****
   SERIAL NUMBER: 2979

LEGEND
======

EVIDENCE TECHNICIANS:      ROSA MORAN #A3328
                           KAY KALENA #A2760
                           ELAINE FINLEY #A3835


MEASUREMENTS:              KITCHEN        10'6" E/W
                                          10'2" N/S

                           DINING ROOM    9'0" E/W
                                          8'10" N/S

                           LIVING ROOM    15'3" E/W
                                          17'3" N/S


RP:      S/E/C LIVING ROOM


BODY:    HEAD           10'0" N, 7'0" W
         LEFT HAND       9'0" N, 9'6" W
         RIGHT HAND     11'0" N, 5'0" W
         FEET           14'0" N, 10'6" W


1.    SILVER FORK
      BLOODSTAINED HANDLE
      12'9" N, 6'0" W

2.    BROWN/BLACK MEN'S BELT
      BLOODSTAINED EACH END OF BELT
      12'0" N, 6'6" W

3.    BLACK HANDLE KITCHEN KNIFE
      BLOODSTAINED - DENSE ZONE OF BLOOD BORDERS SHARP EDGE
      12'0" N, 6'6" W

   2000 01797849    48                                Continued.

P-App. 005130

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  2      DR NUMBER: 2000 01797849      48

4.    WHITE GIRL'S PANTS
      BLOODSTAINED - IMPACT SPATTER
      10'8" N, 10'0" W

5.    LARGER BROKEN SECTION OF STOOL SEAT
      BLOODSTAINED - BOTTOM SIDE (HEAVY), TOP SIDE (LIGHT)
      12'0" N, 5'2" W

6.    LEG SECTION OF STOOL
      BLOODSTAINED - ARTERAL SPURT, BOTTOM PORTION
                     TRANSFER PATTERN TOP PORTION

7.    SMALLER BROKEN SECTION OF STOOL SEAT
      BLOODSTAINED - BOTTOM SIDE ONLY, FEW DROPS ON TOP SIDE
      8'4" N, 6'6" W

8.    RED AND WHITE BLANKET
      BLOODSTAINED - TRANSFER PATTERN
      9'0" N, 7'6" W

9.    TAN PLASTIC GARBAGE CAN
      BLOODSTAINED -   CAST OFF PATTERN/IMPACT SPATTER
                       BACK SIDE AND LEFT SIDE ONLY
      13'0" N, 11'0" W

10.   DOWEL PORTION OF STOOL
      BLOODSTAINED - IMPACT SPATTER
      17'0" N, 5'4" W

11.   BLOOD POOL - SAMPLE
      ABOVE VICTIM'S HEAD
      BLOOD DRAINAGE FROM TOP OF HEAD WOUND
      7'9" N, 6'10" W

11A:  PIECE OF CARPET UNDER ITEM #11
      BLOODSTAINED
      *MARKED ITEM #31A ON SUPPLEMENT #8*

12.   BLOOD POOL - SAMPLE
      EAST OF VICTIM'S NECK
      PART OF ARTERIAL SPURT PATTERN AND BLOOD DRAINAGE FROM WOUND
      11'6" N, 6'0" W

12A:  PIECE OF CARPET UNDER ITEM #12
      BLOODSTAINED
      *MARKED ITEM #31B ON SUPPLEMENT #19*

13.   SAMPLE OF BLOODSTAIN
      ARTERIAL SPURT PATTERN
      CARPET EAST OF VICTIM'S HEAD AND NECK

2000 01797849    48                              Continued.

000009400

P-App. 005131

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT                PAGE NUMBER:   3       DR NUMBER: 2000 01797849      48

12'0" N, 6'0" W

13A.   BLOODSTAIN PATTERN
       ARTERIAL SPURT - NORTHEAST DIRECTION
       START   11'0" N, 7'0" W
       END     14'0" N, 4'0" W

14.    VOMIT POOL - SAMPLE
       ABOVE VICTIM'S HEAD
       10'0" N, 7'0" W

15.    WHITE NAPKIN
       BLOODSTAINED - CAST OFF PATTERN EAST DIRECTION
       11'3" N, 2'0" W

16.    BROKEN LAMP PIECE
       BLOODSTAINED - IMPACT SPATTER INSIDE
       11'5" N, 2'6" W

17.    GREEN MEN'S SHORTS
       BLOODSTAINED - REAR BELT LINE
       11'6" N, 9'0" W

18.    BROKEN LAMP PIECE
       BLOODSTAINED - BOTH SIDES
       14'0" N, 1'6" W, 1'6" HIGH

19.    WHITE PILLOW CASE
       BLOODSTAINED -  POSSIBLE EXPIRATED BLOOD
                      TRANSFER PATTERN
       13'0" N, 3'1" W, 1'8" HIGH

20.    BROKEN LAMP PIECE
       BLOODSTAINED - OUTSIDE
       13'10" N, 3'6" W

21.    HAIR IN LEFT HAND OF VICTIM
       9'0" N, 9'6" W

22.    HAIR IN RIGHT HAND OF VICTIM
       11'0" N, 5'0" W

23.    DOOR HANDLE FROM FRONT DOOR
       BLOODSTAINED - INSIDE INTERIM HANDLE
       3'0" HIGH

24.    OUTSIDE FRONT DOOR - SAMPLE OF BLOODSTAIN
       FINGER SMEAR PATTERN
       3'9" HIGH

25.    INTERIOR FRONT DOOR - LOWER DEAD BOLT LOCK

2000 01797849    48                                    Continued.

000009401

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT             PAGE NUMBER:   4       DR NUMBER: 2000 01797849      48

SAMPLE OF BLOODSTAIN
FINGER SMEAR PATTERN
3'6" HIGH

26.   INTERIOR FRONT DOOR - UPPER DEAD BOLT LOCK
      SAMPLE OF BLOODSTAIN
      FINGER SMEAR PATTERN
      4.0" HIGH

27.   SAMPLE OF BLOODSTAIN
      INTERIOR OF FRONT DOOR
      FINGER SMEAR PATTERN
      3.5" HIGH

28.   SAMPLE OF BLOODSTAIN
      INTERIOR OF FRONT DOOR
      FINGER SMEAR PATTERN
      3'8" TO 4'0" HIGH

29.   SAMPLE OF BLOODSTAIN
      EXTERIOR WALL BY FRONT DOOR
      SMEAR PATTERN
      17'3" N, 16'6" W, 3'7" HIGH

30.   PLASTIC BAG AND LADIES BARRETT
      BLOODSTAINED - IMPACT SPATTER ON BAG
      12'0" N, 2'6" W

31.   CUT OUT SECTION OF THROW RUG
      BLOODSTAINED

32.   CUSHION COVER OF SEAT OF ARCH
      NORTH SIDE CUSHION
      BLOODSTAINED -  IMPACT SPATTER ON FRONT SIDE
                      CAST OFF ON TOP - EAST DIRECTION
      10'0" N, 3'0" W, 1'6" HIGH

33.   CUSHION COVER OF SEAT OF COUCH
      SOUTH SIDE CUSHION
      BLOODSTAINED -  IMPACT SPATTER ON FRONT SIDE
                      CAST OFF ON TOP - EAST DIRECTION
      5'0" N, 3'0" W, 1'6" HIGH

34.   FLOWERED PILLOW - NORTH SIDE OF COUCH
      BLOODSTAINED - CAST OFF - EAST DIRECTION
      9'6" N, 3'0" W, 2'0" HIGH

35.   FLOWERED PILLOW - NORTH SIDE OF COUCH
      BLOODSTAINED - CAST OFF
      10'0" N, 3'0" W, 2'0" HIGH

2000 01797849    48                                    Continued.

000009402

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT             PAGE NUMBER:   5      DR NUMBER: 2000 01797849    48

36.  ARM COVER OF COUCH
     NORTH ARM
     BLOODSTAINED - IMPACT SPATTER
     11'0" N, 3'0" W, 2'7" HIGH

37.  DUST SKIRT - FRONT OF COUCH
     NORTH SIDE
     BLOODSTAINED - IMPACT SPATTER
     9'0" N, 3'6" W

38.  DUST SKIRT - FRONT OF COUCH
     SOUTH SIDE
     BLOODSTAINED - IMPACT SPATTER
     5'0" N, 3'6" W

39.  SAMPLE OF BLOODSTAIN
     EAST LIVING ROOM WALL ABOVE COUCH
     CAST OFF PATTERN
     8'10" N, 0'0" W, 3'0" HIGH

40.  SAMPLE OF BLOODSTAIN
     EAST LIVING ROOM WALL, NORTH OF COUCH
     CAST OFF PATTERN - DOWN AND NORTH DIRECTION
     13'9" N, 0'0" W, 0'11" HIGH

41.  SAMPLE OF BLOODSTAIN
     SOUTH WALL OF LIVING ROOM
     CAST OFF PATTERN - DOWN AND EAST DIRECTION
     0'0" N, 0'4" TO 3'0" W, 4'0" TO 0'6" HIGH

42.  SEAT CUSHION COVER
     CHAIR AGAINST SOUTH LIVING ROOM WALL
     BLOODSTAINED - IMPACT SPATTER/CAST OFF PATTERN
     2'0" N, 5'0" W, 1'8" HIGH

43.  FLOWERED PILLOW
     CHAIR AGAINST SOUTH LIVING ROOM WALL
     BLOODSTAINED - IMPACT SPATTER
     2'0" N, 5'0" W, 2'0" HIGH

44.  SAMPLE OF BLOODSTAIN
     SOUTH LIVING ROOM WALL WEST OF CHAIR
     CAST OFF PATTERN - DOWN AND WEST DIRECTION
     0'0" N, 12'4" W, 2'7" HIGH

45.  SAMPLE OF BLOODSTAIN
     SOUTH LIVING ROOM WALL, WEST OF CHAIR
     CAST OFF PATTERN, DOWN AND WEST DIRECTION
     0'0" N, 13'9" W, 2'2" HIGH

46.  SAMPLE OF BLOODSTAIN

2000 01797849    48                                      Continued.

000009403

P-App. 005134

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  6     DR NUMBER: 2000 01797849     48

WEST LIVING ROOM WALL
CAST OFF PATTERN - SOUTH DIRECTION
1'0" N, 15'3" W, 6'6" HIGH

47.   SAMPLE OF BLOODSTAIN
      WEST LIVING ROOM WALL
      CAST OFF PATTERN - DOWN AND SOUTH DIRECTION
      1'8" N, 15'3" W, 1'6" HIGH

48.   SAMPLE OF BLOODSTAIN
      SOUTH LIVING ROOM WALL BY BASEBOARD
      CAST OFF PATTERN - DOWN DIRECTION
      0"0" N, 13'3" W, 0'1" HIGH

49.   SAMPLE OF BLOODSTAIN
      BOTTOM OF T.V. STAND - WEST LIVING ROOM WALL
      CAST OFF PATTERN - DOWN DIRECTION
      6'1" N, 13'5" W, 0'5" HIGH

50.   SAMPLE OF BLOODSTAIN
      NORTH WALL OF LIVING ROOM BY T.V.
      CAST OFF PATTERN - DOWN AND WEST DIRECTION
      10'2" N, 12'6" TO 14'0" W, 4'0" TO 2'0" HIGH

51.   SAMPLE OF BLOODSTAIN
      WEST WALL BY DOOR
      CAST OFF PATTERN - DOWN DIRECTION
      10'3" N, 12'3" W, 5'1" HIGH

52.   FRAMED PICTURE - WEST LIVING ROOM WALL
      BLOODSTAINED - CAST OFF PATTERN
      10'6" N, 12'3" W, 4'5" HIGH

53.   SAMPLE OF BLOODSTAIN
      NORTH WALL OF LIVING ROOM BY DOOR
      CAST OFF PATTERN - DOWN AND WEST DIRECTION
      17'3" N, 11'9" W, 5'7" HIGH

54.   SAMPLE OF BLOODSTAIN
      TILE FLOOR BY NORTH LIVING ROOM WALL
      CAST OFF PATTERN - NORTHWEST DIRECTION
      16'0" TO 17'3" N, 12'2" TO 13'2" W

                  **  MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009404

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   7     DR NUMBER: 2000 01797849     48

**** NARRATIVE ****

RP:   N/W/C KITCHEN

55.   LADIES WEDDING RING
      TOP OF KITCHEN COUNTER
      8'10" S, 8'1" E, 3'0" HIGH

56.   VICTIM'S PRESCRIPTION BOTTLES
      (1) CHLORPROMAZINE
      (1) DELAMETHASONE
      (1) PROCHLORPERAZINE
      TOP OF KITCHEN COUNTER
      5'10" S, 9'9" E, 3'0" HIGH

57.   QUALCOMM CELLULAR PHONE
      TOP OF KITCHEN COUNTER
      5'7" S, 8'0" E, 3'0" HIGH

58.   ONE PRESCRIPTION BOX
      (1) ZOFRAN
      TOP OF KITCHEN COUNTER
      7'6" S, 8'0" E, 3'0" HIGH

59.   THREE DAMP TOWELS
A-B   KITCHEN FLOOR BY EAST COUNTER
      7'8" S, 7'4" E, 3'0" HIGH

60.   CUT CELLULAR PHONE CORD
      KITCHEN FLOOR
      4'6" S, 5'4" E

61.   SAMPLE OF BLOODSTAIN
      TOP OF NORTH SIDE OF KITCHEN COUNTER
      FINGER SMEARS
      5'4" S, 10'0" E, 3'0" HIGH

62.   PICTURE AND FRAME WITH BROKEN GLASS
      REMOVED FROM HALLWAY AND PLACED ON KITCHEN FLOOR
      5'10" S, 4'0" E

63.   FLOWER POT (BROKEN)
      TOP OF PICTURE AND FRAME - KITCHEN FLOOR
      5'10" S, 4'0" E

64.   WOOD SILVERWARE DRAWER
      NORTH KITCHEN COUNTER
      BLOODSTAINED - FINGER SMEAR
      3'0" S, 3'6" E, 2'9" HIGH

65.   SAMPLE OF BLOODSTAIN

   2000 01797849    48                              Continued.

000009405

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   8        DR NUMBER: 2000 01797849      48

KITCHEN FLOOR
SMEAR PATTERN
3'9" S, 6'0" E

66.    SAMPLE OF BLOODSTAIN
       KITCHEN FLOOR
       BLOOD DRIPS
       2'10" S, 7'0" E

**   MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009406

P-App. 005137

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   9      DR NUMBER: 2000 01797849    48

**** NARRATIVE ****

RP:   S/E/C LIVING ROOM

67.   MANILA FOLDER
      DINING ROOM FLOOR
      BLOOD DRIPS
      21'6" N, 6'0" W

68.   PIECE OF PAPER
      DINING ROOM FLOOR
      BLOOD DROPS
      21'0" N, 5'4" W

69.   NOTEBOOK PAPER
      DINING ROOM FLOOR
      FINGER SMEAR
      20'0" N, 5'4" W

70.   SET OF CAR KEYS WITH ALARM
      DINING ROOM FLOOR
      19'2" N, 5'4" W

        **  MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009407

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:  10       DR NUMBER: 2000 01797849      48

**** NARRATIVE ****

RP:  N/W/C KITCHEN

71.    SAMPLE OF BLOODSTAIN
       EAST SIDE OF REFRIGERATOR
       FINGER SMEAR
       2'7" S, 7'0" E, 3'9" HIGH

72.    SAMPLE OF BLOODSTAIN
       FRONT OF REFRIGERATOR
       FINGER SMEAR
       2'7" S, 5'0" E, 3'8" HIGH

73.    SAMPLE OF BLOODSTAIN
       REFRIGERATOR DOOR HANDLE
       FINGER SMEARS
       2'9" S, 4'8" E, 3'0" HIGH

74.    SET OF KEYS WITH ALARM
       HOOK ON SOUTH WALL OF KITCHEN
       10'3" S, 7'5" E, 3'10" HIGH

** MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009408

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:  11       DR NUMBER: 2000 01797849      48

**** NARRATIVE ****

RP:  S/E/C LIVING ROOM

75.    PAPER (MAP OF COMPLEX)
       TOP OF DINING ROOM TABLE
       CAST OFF PATTERN
       23'6" N, 1'0" W, 2'4" HIGH

76.    SAMPLE OF BLOODSTAIN
       BACK OF GREEN CHILD'S CHAIR
       CAST OFF PATTERN - DOWN DIRECTION
       24'9" N, 4'3" W, 0'10" HIGH

77.    SAMPLE OF BLOODSTAIN
       NORTH DINING ROOM WALL
       CAST OFF PATTERN - DOWN DIRECTION
       27'6" N, 3'1" W, 2'8" HIGH

78.    SAMPLE OF BLOODSTAIN
       NORTH DINING ROOM WALL
       CAST OFF PATTERN - DOWN DIRECTION
       27'6" N, 3'0" W, 2'0" HIGH

79.    SAMPLE OF BLOODSTAIN
       NORTH DINING ROOM WALL
       CAST OFF PATTERN
       27'6" N, 2'8" W, 2'0" HIGH

80.    SAMPLE OF BLOODSTAIN
       MIRROR NORTH DINING ROOM WALL
       CAST OFF PATTERN - DOWN DIRECTION
       27'6" N, 2'4" W, 5'8" HIGH

81.    SAMPLE OF BLOODSTAIN
       MIRROR NORTH DINING ROOM WALL
       CAST OFF PATTERN - DOWN DIRECTION
       27'6" N, 1'6" W, 5'6" HIGH

82.    SAMPLE OF BLOODSTAIN
       MIRROR NORTH DINING ROOM WALL
       CAST OFF PATTERN - DOWN AND EAST DIRECTION
       27'6" N, 1'0" W, 2'6" HIGH

83.    STOOL
       N/E/C OF DINING ROOM
       27'0" N, 0'6" W

**  MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009409

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  12        DR NUMBER: 2000 01797849      48

**** NARRATIVE ****

RP:   S/E/C LIVING ROOM

84.   SAMPLE OF BLOODSTAIN
      NORTH HALLWAY WALL
      CAST OFF PATTERN - EAST DIRECTION
      19'2" N, 2'0" E, 4'5" HIGH

85.   SAMPLE OF BLOODSTAIN
      CEILING OF LIVING ROOM
      CAST OFF PATTERN - NORTH DIRECTION
      13'6" N, 5'0" W, 9'0" HIGH

86.   SAMPLE OF BLOODSTAIN
      CEILING OF LIVING ROOM
      CAST OFF PATTERN -  NORTH DIRECTION
      18'4" N, 5'0" W, 9'0" HIGH

87.   SAMPLE OF BLOODSTAIN
      CEILING OF LIVING ROOM
      CAST OFF PATTERN - NORTH DIRECTION
      8'0" N, 8'6" W, 9'0" HIGH

88.   SAMPLE OF BLOODSTAIN
      CEILING FAN BLADE
      CAST OFF PATTERN
      7'0" N, 9'0" W, 8'0" HIGH

**  MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009410

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  13          DR NUMBER: 2000 01797849      48

**** NARRATIVE ****

NO MEASUREMENTS ON BELOW ITEMS OF EVIDENCE:

89.   PAIR OPEN TOE BLACK LADIES SHOES
      BLOODSTAINED
      HALLWAY FLOOR BY CLOSET - WEST SIDE

90.   SET OF KEYS TO BUICK
      BATHROOM COUNTER

91.   BLUE AND WHITE PLAID SHORTS
      FLOOR OF CLOSET IN BATHROOM

92.   RED AND GREEN PLAID SHORTS
      FLOOR OF CLOSET IN BATHROOM

93.   PHOTOGRAPHS OF SUSPECTS AND FRIENDS
      TOP OF DRESSER AGAINST WEST WALL OF BEDROOM

94.   BLUE AND WHITE CHECKERED SHORTS
      FLOOR UNDER SOUTH END OF BED IN BEDROOM

95.   MULTICOLORED FLOWERED SHORTS
      FLOOR UNDER NORTH END OF BED IN BEDROOM

96.   LAWSUIT DOCUMENTS
      FLOOR OF LIVING ROOM


FRIDAY, OCTOBER 20, 2000    1305    GIB    A2606MARIA


   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : A2606    DR FINALIZED BY : 2979

                              END OF REPORT        DR NO: 2000 01797849    048

000009411

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849     49

REPORT DATE: 20001020   TIME: 1329

TYPE OF REPORT:  HOMICIDE                                OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO               4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***    PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 101900                   SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI    AP01
            ITEM: RATAPE  BRAND:        MODEL:          COLOR:
      SIZE:          QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO TAPE RECORDING OF POLICE RADIO TRANSMISSION

****  NARRATIVE  ****
   SERIAL NUMBER: 4913

THIS SUPPLEMENT WAS GENERATED TO IMPOUND THE LISTED EVIDENCE.


   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:
INVOICES:     2781618

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT        DR NO: 2000 01797849   049



000009412

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849      50

REPORT DATE: 20001020   TIME: 1436

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO               4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

****  NARRATIVE  ****

  SERIAL NUMBER: 4913

THE FOLLOWING IS A TRANSCRIPT OF THE 911 CALL OBTAINED FROM THE PHOENIX
POLICE DEPARTMENT.

3 CALLS:       #1  0224 HOURS
               #2  0230 HOURS
               #3  0337 HOURS


LEGEND:  F.D.:    FIRE DEPARTMENT
         WENDI:   WENDI ANDRIANO
=====================================================================

911:     NINE ONE ONE, WHAT IS YOUR EMERGENCY?

WENDI:   OH, HELLO

911:     YES, PHOENIX POLICE SOMEONE DIALED NINE ONE ONE AND HUNG UP

WENDI:   YES, I DID SORRY, I WAS OUT IN THE HALL, LOST UH

911:     THAT'S OKAY, WHAT'S THE PROBLEM?

WENDI:   UH, MY HUSBAND UHM HAS BEEN TAKING CHEMO AND HE IS FEELING
         REALLY SICK RIGHT NOW

911:     ALRIGHTIE HOLD ON FOR THE FIRE DEPARTMENT, JUST A MOMENT

WENDI:   THANK YOU.

F.D.:    FIRE DEPARTMENT, CAN I HELP YOU?

911:     YEAH HI, JOHN WITH P D

F.D.:    HI JOHN.

911:     I'M GONNA CONFERENCE YOU A, A NINE ONE ONE CALL THAT HAD HUNG
         UP.  I'M GONNA STAY ON A BRIEF WHILE IN CASE YOU HAVE PROBLEM
         HEARING THESE PEOPLE, I'LL TRY TO HELP.

  2000 01797849    50                                   Continued.


000009413

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849     50

F.D.:     THANK YOU.

911:      HERE THEY COME.  MA'AM GO AHEAD PLEASE.

WENDI:    OKAY, UH MY NAME IS WENDI ANDRIANO AND I'M AT TWENTY-ONE
          FIFTY-FIVE EAST LIBERTY LANE APARTMENT ONE THIRTY-TWO

F.D.:     LIBERTY?  I COULDN'T CA', I'M SORRY.  IS THAT EAST LIBERTY LANE?

WENDI:    YEAH.

F.D.:     OKAY IS THAT A HOUSE OR AN APARTMENT?

WENDI:    APARTMENT.

F.D.:     WHAT'S THE APARTMENT NUMBER WE NEED TO GO TO?

WENDI:    ONE THIRTY-TWO.

F.D.:     AND WHAT'S THE PHONE NUMBER YOU'RE CALLING FROM?

WENDI:    UHM, AREA CODE FOUR EIGHT OH, SIX FIVE NINE, TWENTY-SIX THIRTY.

F.D.:     TWENTY-SIX THIRTY?

WENDI:    UH HUH.

F.D.:     AND WHAT'S THE EMERGENCY OUT THERE?

WENDI:    UH, MY HUSBAND'S NOT FEELING WELL, HE'S KIND OF TURNING BLUE.
          HE VOMITED ON THE FLOOR.  HE SAYS HE FEELS LIKE HE'S HAVING A
          HEART ATTACK.

F.D.:     MA'AM YOU SAID HE'S TURNING BLUE?

WENDI:    YEAH.

F.D.:     OKAY, IS HE TALKING TO YOU RIGHT NOW?

WENDI:    YEAH, HE IS CONSCIOUS THOUGH.

F.D.:     OKAY, DOES HE HAVE ANY HISTORY OF HEART PROBLEMS?

WENDI:    NO, HE DOESN'T BUT HE IS TAKING CHEMO.

F.D.:     IS THERE ANY PREVIOUS HISTORY OF BREATHING PROBLEMS?

WENDI:    YES, HE HAS LUNG CANCER.

F.D.:     OKAY.  HOW OLD IS YOUR HUSBAND?

2000 01797849     50                                      Continued.

000009414

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   3      DR NUMBER: 2000 01797849     50

WENDI:    HE'S THIRTY-THREE.

F.D.:     OKAY IS HE SITTING UP RIGHT NOW?

WENDI:    NO, HE'S LAYING DOWN.

F.D.:     OKAY.  IS HE HAVING ANY OTHER SYMPTOMS?

WENDI:    UHM, HE'S JUST BREATHING HEAVY.

F.D.:     OKAY.  HOW OLD IS HE?

WENDI:    THIRTY-THREE.

F.D.:     THIRTY-TWO, YOU SAID?

WENDI:    THIR...(CUT OFF)

(THERE IS A PAUSE)

F.D.:     MA'AM.

WENDI:    YES.

F.D.:     OKAY.  HOW'S HE DOING?

WENDI:    HE...(CUT OFF)

(PAUSE)

WENDI:    LIBERTY LANE.

F.D.:     OKAY.  IS THERE A NAME TO THE APARTMENT COMPLEX?

WENDI:    SAN REVA.

F.D.:     SAN REVA.  OKAY.  ALRIGHT.  THEY'RE GONNA BE OUT THERE SOON.

WENDI:    OKAY.

F.D.:     AS LONG AS HE KEEPS BREATHING AND DOESN'T GO UNCONSCIOUS OR
          ANYTHING LIKE THAT, BEFORE WE GET THERE THAT'S GREAT IF HE DOES
          OR SOMETHING CHANGES OR GETS WORSE, CALL US RIGHT BACK ON NINE
          ONE ONE, OKAY.

WENDI:    OKAY.

F.D.:     THANK YOU.

WENDI:    SHOULD I TRY TO GET HIM IN THE CAR?

2000 01797849     50                                    Continued.

000009415

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   4       DR NUMBER: 2000 01797849      50

F.D.:       WERE YOU.  YOU KNOW WHAT WHEN WHEN YOU FIRST THOUGHT THAT HE WAS
            TURNING BLUE LIKE, LET'S NOT TRY TO MOVE HIM.  YOU JUST GO AHEAD
            AND HAVE HIM STAY WHERE'S HE AT.

WENDI:      OKAY.

F.D.:       (INAUDIBLE) LET THE FIRE DEPARTMENT COME CHECK HIM.

WENDI:      OKAY, THANKS.

F.D.:       THANKS.

                        **   MORE NARRATIVE CONTINUED ON NEXT PAGE.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   5      DR NUMBER: 2000 01797849      50

**** NARRATIVE ****

911:      NINE ONE ONE, WHAT IS YOUR EMERGENCY?

WENDI:    UHM I JUST CALLED IN AND I JUST WANNA KNOW HOW LONG THE
          AMBULANCE IS GONNA TAKE TO GET HERE?

911:      ONE MOMENT PLEASE.

F.D.:     FIRE DEPARTMENT, WHAT'S THE LOCATION OF YOUR EMERGENCY?

WENDI:    SAN REVA, UH TWENTY-ONE FIFTY-FIVE EAST LIBERTY LANE.

F.D.:     YES MA'AM, I WAS JUST TALKING TO YOU ABOUT YOUR HUSBAND.

WENDI:    RIGHT.

F.D.:     OKAY, WHAT'S GOING ON?

WENDI:    UH JUST HOW LONG WILL IT BE, HE WANTS TO KNOW.

F.D.:     UHM OKAY LET ME SEE.  THEY SHOULD BE ABOUT A MILE AND A HALF
          AWAY, IT'S GONNA BE A FEW MINUTES (CUT OFF)

          **  MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009417

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   6     DR NUMBER: 2000 01797849     50

**** NARRATIVE ****

911:     NINE ONE ONE, WHAT IS YOUR EMERGENCY?

WENDI:   MY HUSBAND'S DEAD.

911:     OKAY, WHAT'S YOUR ADDRESS MA'AM?

WENDI:   UH, TWENTY-ONE FIFTY-FIVE EAST LIBERTY LANE.  I CALLED EARLIER,
         I NEED SOMEBODY HERE PLEASE.

911:     OKAY, LET ME CHECK ON THAT CALL, HOLD ON PLEASE.

WENDI:   MY HUSBAND TRIED TO KILL ME.

911:     OKAY.  HOW?  WHAT HAPPENED..(CUT OFF)

WENDI:   WE GOT IN A FIGHT.

911:     AND WHAT HAPPENED TO HIM?

WENDI:   I, AND I, I CALLED EARLIER CAUSE HE TRIED TO STRANGLE ME AND I
         HIT HIM AND THEN I TRIED TO CALL NINE ONE ONE AND THEN I DIDN'T
         WANT TO GET INVOLVED AND SO I STOPPED AND THEN HE SO STARTED
         BEING MAD AT ME AND THEN TRIED TO TAKE OFF AFTER ME AGAIN AND I
         HIT HIM AGAIN AND (CRYING) WE WERE IN THE KITCHEN AND I
         (INAUDIBLE) WITH A THE KNIFE CAUSE HE WAS TRYING ...

911:     YOU HIT HIM, UH YOU.

WENDI:   (CRYING) OH MY GOD

911:     DID YOU HIT HIM WITH THE KNIFE.

WENDI:   OH I THINK I, I DON'T KNOW WHAT I DID (CUT OFF)

911:     OKAY, WHAT IS YOUR NAME MA'AM

WENDI:   THERE'S BLOOD EVERYWHERE.  MY NAME'S WENDI.

911:     OKAY WENDI

WENDI:   (INAUDIBLE) PLEASE HELP ME

911:     I'M GONNA GET YOU ON LINE WITH THE PARAMEDICS AND I'LL HAVE AN
         OFFICER RIGHT OUT OKAY.

WENDI:   UH YEAH (INAUDIBLE) I NEED HELP

911:     OKAY, WHAT'S YOUR PHONE NUMBER?

2000 01797849    50                                    Continued.

000009418

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   7      DR NUMBER: 2000 01797849      50

WENDI:    OH GOD UHM, UHM, SIX FIVE NINE TWENTY-SIX THIRTY.

911:      OKAY.  STAY ON THE LINE

WENDI:    (INAUDIBLE)

911:      I'LL GET HELP RIGHT OUT TO YOU, HOLD ON.

WENDI:    I HAVE MY BABIES HERE.

911:      OKAY, HOLD ON.

WENDI:    PLEASE.

F.D.:     FIRE DEPARTMENT, WHAT'S THE ADDRESS?

911:      HI FIRE WE'LL BE GOING UH HOT ON THIS.  MA'AM GO AHEAD AND TALK
          TO THE FIRE DEPARTMENT OKAY?

F.D.:     OKAY, WHAT'S GOING ON?

WENDI:    I, I THINK YOU GUYS WERE OUT HERE EARLIER FOR MY HUSBAND.

F.D.:     UH HUH

WENDI:    AND WE WERE ACTUALLY HAVING A FIGHT.

F.D.:     OKAY.

WENDI:    AND UH, I THINK I STABBED HIM BECAUSE HE WAS TRYING TO STRANGLE
          ME AND I (CUT OFF)

F.D.:     WHAT'S THE ADDRESS WHERE YOU'RE AT?

WENDI:    I'M AT SAN REVA, I'M AT UHM

RADIO:    RADIO.

WENDI:    I DON'T KNOW IT'S TWENTY-ONE UHM TWENTY-ONE FIFTY-FIVE
          (INAUDIBLE)

CHASE:    RADIO, IT'S CHASE SOUTH (INAUDIBLE)

?         SEVEN EIGHT FORTY-NINE ...

WENDI:    TWENTY-ONE (INAUDIBLE)

?         ON LIBERTY DOMESTIC VIOLENCE

F.D.:     OKAY, WHAT APARTMENT NUMBER ARE YOU IN?

2000 01797849     50                                        Continued.

000009419

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT             PAGE NUMBER:   8       DR NUMBER: 2000 01797849      50

| ? | ON LINE WITH FIRE NOW |
| WENDI: | UHM ONE THIRTY-TWO |
| F.D.: | OKAY AND YOUR PHONE NUMBER? |
| WENDI: | UHM SIX FIVE NINE TWENTY-SIX (INAUDIBLE) |
| F.D.: | OKAY |
| WENDI: | CAN YOU GUYS HURRY, THIS IS JUST (INAUDIBLE) |
| F.D.: | (INAUDIBLE) WE'RE GONNA GET SOMEBODY OVER THERE AS SOON AS WE CAN, THEY'RE GONNA BE ON THEIR WAY OKAY. |
| WENDI: | (INAUDIBLE) |
| F.D.: | HOW OLD IS HE? |
| WENDI: | UHM THIRTY-THREE. |
| F.D.: | THIRTY-THREE?  (INAUDIBLE) FIGHTING ANYMORE, RIGHT |
| WENDI: | NO I THINK. |
| F.D.: | OKAY. |
| WENDI: | NO CAUSE I THINK HE'S DEAD. |
| F.D.: | OKAY.  UHM (INAUDIBLE) |
| WENDI: | THERE'S BLOOD EVERYWHERE. |
| F.D.: | OKAY, LISTEN TO ME.  I WANT YOU TO HELP HIM OKAY? |
| WENDI: | (INAUDIBLE) TOUCH HIM |
| F.D.: | WE NEED TO GET HIM FLAT ON HIS BACK |
| WENDI: | I CAN'T TOUCH HIM. |
| F.D.: | OKAY, I NEED YOU TO HELP OKAY. |
| WENDI: | OKAY. |
| F.D.: | OKAY WE NEED TO GET HIM FLAT ON HIS BACK, ON THE FLOOR. |
| (PAUSE) | |
| F.D.: | LET ME KNOW WHEN YOU GET HIM ON HIS BACK, OKAY. |

2000 01797849    50                                    Continued.

000009420

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   9     DR NUMBER: 2000 01797849     50

WENDI:    OH ...

F.D.:     AND WE'RE GONNA HELP YOU AS SOON AS WE CAN OKAY?

WENDI:    OH, HE'S DEAD.

F.D.:     OKAY BUT WE NEED TO HELP HIM.

WENDI:    OH .... (INAUDIBLE)

F.D.:     OKAY.  IS THE (INAUDIBLE)

WENDI:    NO, IT'S LAYING ON THE FLOOR.

F.D.:     OKAY.  GET A CLEAN TOWEL.  PUT DIRECT PRESSURE ON WHERE HE'S
          BLEEDING FROM.  ANYBODY ELSE IN THE HOUSE?

WENDI:    I HAVE A TWO AND A THREE YEAR OLD THAT ARE SLEEPING.

F.D.:     OKAY.

WENDI:    OH... THIS LOOKS NASTY.

FIRE:     OKAY.  ANYTHING CONTAGIOUS IN THE HOME?  LIKE TB OR HEPATITIS?

WENDI:    NO.  MY HUSBAND HAS CANCER BUT IT'S NOT CONTAGIOUS.

FIRE:     OKAY.

WENDI:    OH GOD.

FIRE:     OKAY.  DO YOU KNOW HOW TO CHECK FOR A PULSE?

WENDI:    NO, HE'S, HE'S DEAD. (INAUDIBLE)

FIRE:     OKAY.  OKAY, LET'S HELP HIM.  I WANT YOU TO CHECK FOR A PULSE.

WENDI:    THERE IS NO PULSE.

FIRE:     OKAY.  I WANT YOU TO PUT

WENDI:    I'VE ALREADY DONE THAT.  I DIDN'T KNOW WHAT ELSE TO DO.

FIRE:     OKAY.  LET'S BREATHE FOR HIM, OKAY.  PUT ONE HAND ON HIS
          FOREHEAD... ONE HAND UNDERNEATH HIS CHIN...

WENDI:    NO, THERE'S NO BLEEDING.  YOU DON'T, I MEAN, THERE'S NO,

FIRE:     OKAY.

2000 01797849    50                                    Continued.

000009421

P-App. 005152

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:  10      DR NUMBER: 2000 01797849      50

WENDI:    I CAN'T (INAUDIBLE)

FIRE:     OKAY.  BUT WE NEED TO BREATHE FOR HIM, OKAY, UNTIL WE GET THERE.

WENDI:    I CAN'T.  OH MY GOD, (INAUDIBLE) THIS IS (INAUDIBLE)

FIRE:     OKAY.  THEY'RE GET, THEY'RE GETTING THERE AS FAST

WENDI:    I DIDN'T MEAN FOR THIS TO HAPPEN.

FIRE:     OKAY.  AND

WENDI:    (CRYING)

FIRE:     OKAY, LET'S TRY TO HELP HIM, OKAY?

WENDI:    PLEASE (CRYING)

FIRE:     OKAY.  PUT ONE HAND ON HIS FOREHEAD.  ONE HAND UNDERNEATH HIS
          CHIN, TILT HIS HEAD UP

WENDI:    (CRYING)

FIRE:     I WANT YOU TO PINCH HIS NOSE CLOSED.

WENDI:    HIS HEAD IS HANGING BACKWARDS WHAT AM I SUPPOSED TO DO.

FIRE:     OKAY.

WENDI:    THERE'S BLOOD EVERYWHERE.

FIRE:     OKAY.  WELL LET'S BREATHE FOR HIM OKAY.  PUT SOME AIR INTO HIS
          LUNGS.

WENDI:    NO.  I... I CAN'T.

FIRE:     YOU CAN'T?

WENDI:    THERE'S BLOOD EVERYWHERE.

FIRE:     OKAY.

RADIO:    IS THIS LIBERTY?

911:      YES.

RADIO:    IS THERE AN APARTMENT NUMBER?

911:      YEAH, I GOT IT, 132.

WENDI:    132.

2000 01797849    50                                    Continued.

000009422

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  11     DR NUMBER: 2000 01797849      50

RADIO:    ALL RIGHT.

911:      THANKS.

WENDI:    I'M IN BUILDING FIVE.

911:      BUILDING FIVE?  OKAY.

WENDI:    I'LL HAVE THE DOOR OPEN.  OH DEAR GOD I'M GONNA BE SICK.
          (CRYING)  I CALLED MY DAD SO HE COULD COME GET THE BABIES.

FIRE:     YEAH.  OKAY.

WENDI:    OH DEAR GOD I'M GONNA BE SICK.

911:      WENDI, WE HAVE OFFICERS ON THE WAY TO YOU, OKAY?

WENDI:    (CRYING)  OH... GOD.

911:      THEY SHOULD BE THERE SHORTLY.

WENDI:    (CRYING)  HE WOULD ALWAYS GO INTO THESE RAGES AND I DIDN'T MEAN
          TO.....

RADIO:    CAN YOU CHECK YOUR MDT... FOR A MESSAGE.

911:      YEAH, I GOT IT.  THANKS.

911:      WENDI?

WENDI:    WHAT?

911:      DID... WERE THE POLICE OUT THERE EARLIER AT ALL?

WENDI:    WELL, THE PARAMEDICS WERE BECAUSE I HAD HIT HIM OVER THE HEAD
          AND THEN I THOUGHT HE WOULD BEHAVE AND THEN WE STARTED TO GO TO
          BED AND HE GOT IN A RAGE AGAIN AND HE STARTED THROWING
          (INAUDIBLE) EVERYWHERE.  (CRYING)

911:      OKAY... SO... THE PARAMEDICS WERE OUT THERE EARLIER?

WENDI:    THEY WERE AND I TOLD 'EM IT WAS OKAY, DON'T WORRY ABOUT IT.
          CAUSE I DIDN'T WANT HIM TO GET IN TROUBLE.

911:      OKAY.  HOW, HOW DID HE GET HURT THE FIRST TIME?

WENDI:    WELL HE WENT TO GRAB ME AND I HIT HIM.  AND SO HE STOPPED.  AND
          I'M LIKE, LEAVE ME ALONE.

2000 01797849    50                                    Continued.

000009423

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:  12        DR NUMBER: 2000 01797849      50

911:      YOU GUYS WERE JUST HAVING A FIGHT?

WENDI:    WE, WE DO.  HE'S BEEN TAKING CHEMO AND IT LIKE CHANGES HIS
          PERSONALITY OR SOMETHING AND HE GOES INTO THESE RAGES.  AND LAST
          TIME HE BEAT UP ON MY BEDROOM FURNITURE.

911:      OKAY.

WENDI:    AND SO I HAVE HOLES ALL IN THAT AND I NEVER CALLED THE POLICE
          BUT THIS TIME HE SCARED ME.

911:      OKAY.

WENDI:    CAUSE HE JUST LIKE GOES OUT OF CONTROL.

911:      OKAY.  AND SO HE GOT OUT OF CONTROL THIS EVENING...

WENDI:    OH MY GOD (CRYING)

911:      WHAT HAPPENED AFTER THE PARAMEDICS LEFT THE FIRST TIME?

WENDI:    WELL I WENT OUT THERE CAUSE HE WAS LIKE, YOU MAKE 'EM GO AWAY,
          WE DON'T NEED TO DEAL WITH ALL THIS. WE HAVE, YOU DON'T
          UNDERSTAND HOW MUCH SHIT WE HAVE TO DEAL WITH.

911:      RIGHT.  BUT WHEN THE PARAMEDICS LEFT THE FIRST TIME?

WENDI:    YEAH.

911:      THEN WHAT HAPPENED AFTER THAT.

WENDI:    WELL THEN HE'S SITTING IN THE LIVING ROOM AND HE STARTS JUST
          QUESTIONING ME AND TALKING, AND YELLING AND CARRYING ON AND I'M
          TELLING HIM TO SHUT UP AND NOT WAKE UP THE BABIES....

911:      RIGHT.

WENDI:    AND SO HE STARTED GRABBING ME WITH THE CELL PHONE CORD...

911:      HE WAS, HE WAS GRABBING YOU WITH THE CORD.

WENDI:    YEAH, YEAH.  HE WRAPPED IT AROUND MY THROAT AND WAS TRYING TO
          GET ME, AND I, WE WERE FIGHTING IN THE KITCHEN AND I GRABBED A
          KNIFE AND CUT THE CORD SO HE WOULDN'T HURT ME.  AND SO WE
          STARTED WRESTLING AROUND SOME MORE AND THEN.... HE GRABBED ONE
          OF MY BELTS THAT I HAVE AND STARTED USING THAT AND THAT'S WHEN I
          HAD THE KNIFE IN MY HAND AND I

911:      WHEN, HOW DID YOU GET THE KNIFE, WERE YOU GUYS IN THE KITCHEN
          OR...?

2000 01797849    50                                    Continued.

000009424

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:  13        DR NUMBER: 2000 01797849      50

WENDI:    YEAH, WE WERE IN THE KITCHEN.

911:      WHAT KIND OF A KNIFE IS IT?

WENDI:    JUST ONE OF MY KITCHEN KNIVES.

911:      A KITCHEN KNIFE?

WENDI:    YEAH.

911:      OKAY.  SO YOU JUST KIND OF GRABBED THAT OUT OF A DRAWER?

WENDI:    YEAH, I DID.  CAUSE I HAD TO GET THAT OFF OF MY NECK.

911:      OKAY.

WENDI:    CAUSE HE WOULDN'T STOP.

911:      AND THE KITCHEN KNIFE IS ON THE FLOOR THERE?

WENDI:    OH, GOD... IT'S RIGHT HERE BY HIM.

911:      OKAY.  AND THEN WHAT HAPPENED AFT.... YOU GRABBED THE KNIFE AND
          THEN WHERE DID YOU CUT HIM.

WENDI:    WELL, IT LOOKS LIKE RIGHT THERE ON THE NECK AND I DIDN'T KNOW
          THAT TILL THE GUY MADE ME (GASPING) OH GOD, MADE ME ROLL HIM
          OVER.

911:      OKAY.  CAN... ARE YOU IN THE... WHERE IS HE IN THE HOUSE RIGHT
          NOW.

WENDI:    HE'S LAYING IN THE LIVING ROOM FLOOR.

911:      ON THE LIVING ROOM FLOOR?

WENDI:    YEAH, BECAUSE HE WOULDN'T STOP AND I HIT HIM WITH THE STOOL WE
          HAVE.  THAT'S WHAT I HIT HIM WITH THE FIRST TIME... AND IT BROKE
          IT IN HALF.

911:      OKAY.  SO YOU GRABBED THE KITCHEN KNIFE AND YOU WENT TO CUT THE
          PHONE CORD...?  AND THEN DID YOU JUST STAB AT, AT HIM AT THAT
          TIME?

WENDI:    YEAH, I... WELL SEE HE HAD ME WRAPPED AROUND THE NECK WITH THE
          BELT AND I WAS JUST REACHING UP, TRYING TO MAKE HIM STOP.

911:      OKAY.

WENDI:    AND THAT'S WHEN HE FELL FACE FORWARD.

2000 01797849     50                                    Continued.

000009425

P-App. 005156

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:  14       DR NUMBER: 2000 01797849     50

911:     OKAY.

WENDI:   AND THEN I DON'T KNOW.  AND THEN HE JUST LIKE, MADE OUT THIS BIG
         OLD WHATEVER AND IT FREAKED ME OUT.

911:     HE... OKAY, SO, YOU GRABBED THE KITCHEN KNIFE, WHAT, OUT OF THE
         DRAWER?

WENDI:   YEAH.

911:     OKAY.  AND THEN... DID YOU TURN AROUND?

WENDI:   (INAUDIBLE)

911:     OR DID YOU JUST KIND OF SWING AT HIM BACKWARDS.

WENDI:   I DON'T KNOW.

911:     OKAY, THAT'S OKAY.

WENDI:   NO I, I CAN'T REMEMBER I'M SORRY.

911:     NO, NO, NO.  THAT'S OKAY.  YOU'RE DOING FINE.  UHM... DID YOU
         JUST STAB HIM ONCE.

WENDI:   YEAH.

911:     OKAY.

WENDI:   YEAH.  AND THEN HE FELL.  HE FELL FORWARD AND THEN I DON'T KNOW
         WHAT HAPPENED (CRYING).  AND I'VE BEEN SITTING HERE, I DON'T
         KNOW WHAT TO DO.

911:     OKAY.

WENDI:   I CALLED MY DAD.  BECAUSE I NEED MY DAD.

911:     RIGHT.  HOW FAR AWAY DOES YOUR DAD LIVE?

WENDI:   HE LIVES IN CASA GRANDE.  AND I TOLD HIM TO PLEASE HURRY AND
         COME HELP ME.

911:     OKAY.  HOW LONG AGO DID YOU CALL HIM.

WENDI:   I DON'T KNOW.  IT JUST SEEMS LIKE FOREVER.

911:     WHAT KIND OF CAR DOES YOUR DAD DRIVE?

WENDI:   OH... UHM, A TRUCK.  A CHEVY TRUCK.

911:     A CHEVY.  WHAT COLOR IS IT.

   2000 01797849     50                                    Continued.

000009426

P-App. 005157

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  15       DR NUMBER: 2000 01797849     50

WENDI:    IT'S BROWN.

911:      A BROWN CHEVY.  IS IT A NEWER TRUCK.

WENDI:    I DON'T KNOW.

911:      OH, THAT'S OKAY.  OKAY.  SO YOU

WENDI:    I'M GONNA (INAUDIBLE).

911:      YOU, THAT'S OKAY.  WHERE IN THE AH, HOUSE ARE YOU RIGHT NOW.

WENDI:    I'M SITTING RIGHT BESIDE HIM.

911:      OKAY.  WOULD YOU FEEL MORE COMFORTABLE GOING INTO A DIFFERENT
          ROOM?

WENDI:    I DON'T KNOW.  I JUST.... I NEED SOMEBODY TO COME HELP ME.

911:      THEY'RE ON, YEAH, THEY'RE ON THE WAY.

WENDI:    PLEASE....

911:      THEY'RE ON THE WAY.

WENDI:    LIKE PLEASE SOMEBODY HELP ME.

911:      WE'VE GOT HELP ON THE WAY FOR YOU WENDI, OKAY?

WENDI:    OKAY.

911:      TRY AND TAKE A DEEP BREATH.  I KNOW IT'S REAL HARD.

WENDI:    I CAN'T.

911:      OKAY.  THE OFFICERS SHOULD BE PULLING UP TO YOU

WENDI:    THEY ARE, SOMEONE'S HERE.

911:      CAN YOU GO AHEAD AND GO TO THE DOOR FOR ME?

WENDI:    (INAUDIBLE) PARAMEDICS.


10-20-2000     GIB A2663/LYDIA
10-21-2000 1351 GIB A2955/MARGE


2000 01797849     50                                    Continued.

P-App. 005158

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  16      DR NUMBER: 2000 01797849    50

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : A2663    DR FINALIZED BY : A2955

                        END OF REPORT          DR NO: 2000 01797849   050

000009428

P-App. 005159

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849      51

REPORT DATE: 20001020    TIME: 1554

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                 4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 101900                    SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI    AP01
        ITEM: *MISC    BRAND:        MODEL:          COLOR:
    SIZE:           QUANTITY: 0001    SERIAL/ACCT/ID:
    DESCRIPTION: COPY OF FIRE DEPARTMENT HISTORY REPORT AND FIRE'S
    MEDICAL REPORT

**** NARRATIVE ****

SERIAL NUMBER: 4913

THIS SUPPLEMENT WAS GENERATED TO IMPOUND THE LISTED EVIDENCE.

VICTIM RECEIVED RIGHTS INFORMATION:  NO        MAIL-IN SUPPLEMENT:

INVOICES:    2781666

DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT        DR NO: 2000 01797849    051

000009429

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT         PAGE NUMBER:  1      DR NUMBER: 2000 01797849    52

REPORT DATE: 20001020   TIME: 1647

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE            BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO               4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -

                   ***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 002155 E LIBERTY ST
DATE: 101000               SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   AP01
              ITEM: *MISC   BRAND:        MODEL:         COLOR:
       SIZE:          QUANTITY: 0001   SERIAL/ACCT/ID:
       DESCRIPTION: HAND WRITTEN NOTE ON PINK PAPER WHICH CONTAINS
       WENDI ANDRIANO'S PASSWORD FOR THE INTERNET.

0002  PKG 002 CODE:EI   AP01
              ITEM: *MISC   BRAND:        MODEL:         COLOR:
       SIZE:          QUANTITY: 0001   SERIAL/ACCT/ID:
       DESCRIPTION: ONE E-MAIL PAGE FROM JIMI YOST TO WENDI ANDRIANO
       AND ONE HAND WRITTEN NOTE, VIVA.COM, 18886868482X5421. (LISTED AS ITEM
       NUMBER THREE ON SEARCH WARRANT SUPPLEMENT FORM)

0003  PKG 003 CODE:EI   AP01
              ITEM: *MISC   BRAND:        MODEL:         COLOR:
       SIZE:          QUANTITY: 0001   SERIAL/ACCT/ID:
       DESCRIPTION: LIFE INSURANCE POLICY IN THE NAME OF JOE
       ANDRIANO FROM AMICA LIFE INSURANCE COMPANY. INITIAL FACE VALUE OF 100,000.
       DOLLARS. (LISTED AS ITEM FOUR ON SEARCH WARRANT SUPPLEMENT FORM)

0004  PKG 004 CODE:EI   AP01
              ITEM: *MISC   BRAND:        MODEL:         COLOR:
       SIZE:          QUANTITY: 0001   SERIAL/ACCT/ID:
       DESCRIPTION: ONE HAND WRITTEN NOTE ABOUT COMPUTER. (LISTED AS
       ITEM 5 ON SEARCH WARRANT SUPPLEMENT FORM)

0005  PKG 005 CODE:EI   AP01
              ITEM: *MISC   BRAND:        MODEL:         COLOR:
       SIZE:          QUANTITY: 0012   SERIAL/ACCT/ID:
       DESCRIPTION: ELEVEN E*TRADE PAPERS AND ONE HAND WRITTEN NOTE
       (LISTED AS ITEM 6 ON SEARCH WARRANT SUPPLEMENT FORM)

0006  PKG 006 CODE:EI   AP01
              ITEM: *MISC   BRAND:        MODEL:         COLOR:
       SIZE:          QUANTITY: 0008   SERIAL/ACCT/ID:
       DESCRIPTION: SEVEN HAND WRITTEN NOTES AND ONE BUSINESS CARD.

 2000 01797849   52                                    Continued.

000009430

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849    52

(LISTED AS ITEM 7 ON SEARCH WARRANT SUPPLEMENT FORM)

0007  PKG 007 CODE:EI    AP01
            ITEM: *MISC    BRAND:        MODEL:            COLOR:
      SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: ON LINE BANKING RECEIPT WITH HAND WRITTEN NOTES.
      (LISTED AS ITEM 8 ON SEARCH WARRANT SUPPLEMENT FORM

**** NARRATIVE ****

  SERIAL NUMBER: 4913

SEARCH WARRANT# CR00-04726SW
EAST PHOENIX #1 JUSTICE COURT
JUDGE DUMARS

ON 101000, AT 1600 HOURS, I SERVED THE ABOVE LISTED SEARCH WARRANT ON THE
OFFICE AT THE SAN RIVA APARTMENT COMPLEX, 2155 E LIBERTY LANE. REGIONAL
MANAGER JANICE LIND AND REGIONAL MAINTENANCE TRAINER RAY ORTEGA WERE
PRESENT WHEN THE WARRANT WAS SERVED.

I SEARCHED WENDI'S OFFICE WHICH IS LOCATED IN THE CENTER OF THE OFFICE
COMPLEX. THE ABOVE LISTED ITEMS WERE FOUND BOTH IN WENDI'S DESK AND IN
BOXES ALONG THE WALL IN HER OFFICE. THE ITEMS IN THE BOXES WERE REMOVED
FROM WENDI'S DESK AND PLACED IN THE BOXES BY EMPLOYEE SHERYL GREEN AT THE
DIRECTION OF JANICE LIND.

THE OFFICE COMPUTER LOCATED IN CHRIS HASHISAKI'S OFFICE WAS SEIZED BY
DETECTIVES ALLINICH AND GUZMAN. REFER TO DETECTIVE ALLINICH'S SUPPLEMENT
FOR DETAILS.

THE ENVELOPE CONTAINING THE ITEMS MENTIONED IN SUPPLEMENT #93 WERE HANDED
OVER TO A PHOENIX POLICE PATROL OFFICER PRIOR TO OUR ARRIVAL. REFER TO
DETECTIVE DILLIAN AND GALBARI'S SUPPLEMENT FOR DETAILS.

THE OFFICE WAS PHOTOGRAPHED BY EVIDENCE TECHNICIAN ELAINE FINLAY #A3835.

A COPY OF THE SEARCH WARRANT AND ITEMS SEIZED WAS GIVEN TO JANICE LIND.

INVESTIGATION CONTINUING.

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2781685

  DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                         END OF REPORT      DR NO: 2000 01797849   052

000009431

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849     53

REPORT DATE: 20001021   TIME: 0235

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: PHILIP MARRINER          7149      UNIT: 44K

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 7149

ON 10-08-00, AT 0339 HOURS, I RESPONDED TO EMERGENCY TRAFFIC OF A DOMESTIC
VIOLENCE AT 2155 EAST LIBERTY LANE.   THE DETAILS OF THE CALL STATED THE
COMPLAINANT WAS SAYING HER HUSBAND WAS DEAD BECAUSE SHE STABBED HIM SO
THERE WAS BLOOD ALL OVER.   WHILE ENROUTE TO THE CALL, I WAS ADVISED THE
COMPLAINANT WAS IN BUILDING #5, APARTMENT #132.

UPON ARRIVAL TO THE LOCATION, I NOTICED THE FRONT DOOR TO THE APARTMENT
WAS OPEN AND THERE WAS A WHITE MALE, LATER IDENTIFIED AS V1 JOSEPH DUANE
ANDRIANO, LYING ON HIS BACK WITH HIS LEGS CROSSED JUST INSIDE THE DOORWAY.
THERE WAS A LARGE AMOUNT OF CONGEALED BLOOD AROUND HIS HEAD AND NECK AREA
AND HIS FEET AND LEGS WERE VERY PALE.   THERE WAS A BROKEN BAR STOOL ON THE
GROUND LYING NORTHWEST OF THE VICTIM'S FEET.   UPON ENTRY TO THE APARTMENT,
I SAW THE COMPLAINANT, SP1 WENDI ELIZABETH ANDRIANO, SITTING ON THE GROUND
WITH HER BACK TO A WALL THAT SEPARATES THE KITCHEN FROM THE DINING AREA.
SP1 ANDRIANO WAS FACING SOUTH STARING AT V1 JOSEPH WHILE CLUTCHING A WHITE
CORDLESS PHONE IN HER RIGHT HAND.   SHE SEEMED TO BE IN A DAZE AND JUMPED
AS IF SHE WAS STARTLED WHEN I GRABBED HER ARM.

I HAD HER DROP THE PHONE AND PULLED HER OUT OF THE APARTMENT THROUGH A
HALLWAY AND INTO A GRASS COMMON AREA SO FIRE COULD ASSESS V1 JOSEPH'S
INJURIES, AFTER OFFICER WERNES 7107 AND OFFICER STEVENS 6690 SECURED THE
APARTMENT.   WHILE I WAS STANDING BY WITH SP1 ANDRIANO, I ASKED HER THE
FOLLOWING:

Q:   "WHAT HAPPENED?"
A:   "WE WERE ARGUING AND HE PUT A PHONE CORD AROUND MY NECK SO I
     STABBED HIM."

I ASKED HER WHAT STARTED THE FIGHT AND WHAT THEY WERE ARGUING OVER AND SHE
ANSWERED, "I CAN'T REMEMBER."

I THEN ASKED HER TO TELL ME EXACTLY WHAT HAPPENED FROM START TO FINISH AND
SHE SAID THEY STARTED VERBALLY FIGHTING AROUND MIDNIGHT WHEN V1 JOSEPH
BEGAN BREAKING ALL OF THEIR WEDDING STUFF IN THE LIVING ROOM.   V1 JOSEPH
STARTED WALKING DOWN THE HALLWAY WHEN SHE TOOK A STOOL AND BROKE IT OVER
HIS HEAD STRIKING HIM ONE TIME WITH IT.   V1 JOSEPH THEN GOT VERY ANGRY AND
PUSHED HER INTO THE KITCHEN WHERE HE TOOK THE PHONE CORD AND WRAPPED IT
AROUND HER NECK TRYING TO CHOKE HER WITH IT.   SP1 ANDRIANO GRABBED A KNIFE

2000 01797849    53                                    Continued.

000009432

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2     DR NUMBER: 2000 01797849     53

AND CUT THE CORD V1 JOSEPH HAD WRAPPED AROUND HER NECK.

SHE SAID THEY WERE PHYSICALLY FIGHTING FACE TO FACE ADVANCING FROM THE
KITCHEN TO THE LIVING ROOM WHEN SHE STABBED HIM ONE TIME IN THE NECK.  V1
JOSEPH THEN LET OUT A "TERRIBLE SOUND" AND COLLAPSED FACE FIRST ON TOP OF
THE KNIFE.

SP1 ANDRIANO BEGAN ASKING FOR HER DAD AND KEPT REPEATING, "I'M SO COLD,
ALL I WANT TO DO IS SLEEP." I ASKED HER HOW HER DAD KNEW WHAT HAPPENED
BETWEEN SHE AND HER HUSBAND AND SHE REPLIED, "BECAUSE I CALLED HIM RIGHT
AFTER IT HAPPENED."

SP1 ANDRIANO SAID, "I WAS SO CONFUSED I DIDN'T KNOW WHO TO CALL.  IT WAS
MY DAD WHO TOLD ME TO DIAL 911." I THEN ASKED HER WHAT ELSE SHE DID PRIOR
TO CALLING THE POLICE AND SHE SAID SHE WENT TO THE BATHROOM AND "CLEANED
OFF THE MESS." I ASKED WHAT SHE MEANT BY "CLEAN OFF THE MESS" AND SHE
SAID, "I WASHED ALL OF HIS BLOOD OFF MY ARMS, FACE, LEGS AND GLASSES."
THEN SHE WENT AND LOOKED AT HIM AGAIN BEFORE SHE CHECKED ON HER KIDS WHO
WERE SLEEPING IN THEIR BEDROOMS.

AFTER SHE CHECKED ON HER KIDS, SHE WALKED BACK INTO THE LIVING ROOM, THREW
UP, THEN CALLED THE POLICE.

I ASKED HER IF SHE AND HER HUSBAND HAVE HAD AN ONGOING PROBLEM OF PHYSICAL
FIGHTING BETWEEN THE TWO OF THEM AND SHE SAID, "HE NEVER HITS ME, HE JUST
CHOKES OR SQUEEZES ME." I THEN ASKED IF WE HAVE BEEN OUT TO HER APARTMENT
BEFORE ON ANY TYPE OF DOMESTIC VIOLENCE CALL AND SHE SAID, "YOU GUYS WERE
OUT HERE EARLIER, BUT I MADE YOU LEAVE BECAUSE HE WAS PISSED AND DIDN'T
WANT ANYTHING LIKE DOMESTIC VIOLENCE ON HIS RECORD."

I ASKED HER WHAT SHE TOLD THE DISPATCHER ON THE PHONE TO GET THE POLICE
OUT TO HER RESIDENCE AND SHE SAID, "I TOLD THEM HE WAS HAVING A HEART
ATTACK."

WHEN THE FIRE DEPARTMENT ARRIVED TO TREAT V1 JOSEPH, SP1 ANDRIANO SAID, "I
ANSWERED THE DOOR AND TOLD THEM TO LEAVE BECAUSE JOE DIDN'T WANT THEIR
HELP." SHE SAID THE FIREMAN ASKED HER IF SHE WAS REFUSING THEIR SERVICE
AND SHE SAID, "NO, I'M NOT, HE IS."

IT SHOULD BE NOTED SP1 ANDRIANO TOLD ME THE WHOLE TIME SHE WAS SPEAKING
WITH THE FIREFIGHTERS V1 JOSEPH WAS PACING ANGRILY BACK AND FORTH IN THE
LIVING ROOM OF THE APARTMENT WAITING FOR THEM TO LEAVE.

SP1 ANDRIANO'S FATHER ARRIVED FROM CASA GRANDE SHORTLY AFTER I CONCLUDED
MY INTERVIEW TO PICK UP HIS GRANDCHILDREN.

WHILE SP1 ANDRIANO WAS SPEAKING WITH HER FATHER, I WAS TALKING INFORMALLY
WITH A FEMALE FIREFIGHTER  WHO HAD GONE TO THE APARTMENT ON THE FIRST CALL
APPROXIMATELY 45 MINUTES BEFORE WE WERE DISPATCHED.  THE FIREFIGHTER, WHOM
I DID NOT IDENTIFY, TOLD ME SP1 ANDRIANO NEVER ANSWERED THE FRONT DOOR;
RATHER, SHE MADE CONTACT WITH THE FIREFIGHTERS AS THEY STOOD IN THE

2000 01797849    53                                    Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT                 PAGE NUMBER:   3        DR NUMBER: 2000 01797849      53

HALLWAY IN FRONT OF HER CLOSED DOOR BY TALKING TO THEM THROUGH AN OPENING
IN THE WALL THAT IS JUST SOUTH OF HER FRONT DOOR.

THE FIREFIGHTER NOTED SP1 ANDRIANO APPEARED TO BE WET AND SHE MAY HAVE
POSSIBLY HAD BLOOD ON HER SHIRT.

I ALLOWED SP1 ANDRIANO TO SLEEP IN THE BACK OF MY PATROL CAR, WHICH I
STOOD BY FOR G.I.B. HOMICIDE TO ASSUME THE INVESTIGATION.

A3667/7149/102100/0305/GIB DESK/

    VICTIM RECEIVED RIGHTS INFORMATION:   NO             MAIL-IN SUPPLEMENT:

INVOICES:

    DR ENTERED BY : A3667     DR FINALIZED BY : A2606

                            END OF REPORT        DR NO: 2000 01797849    053

000009434

P-App. 005165

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849      54

REPORT DATE: 20001021    TIME: 0337

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: BRYAN RICHARDS             5046      UNIT: 44K

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 5046

ON 10-08-00, AT 0338 HOURS, I RESPONDED TO AN EMERGENCY RADIO CALL AT 2155 EAST LIBERTY LANE, APARTMENT 132.  THE CALLER SAID THAT HER HUSBAND WAS DEAD.

THE CALLER WAS WENDI ANDRIANDO.  SHE SAID HER HUSBAND TRIED TO STRANGLE HER.  SHE STABBED HIM IN THE THROAT AND THE KNIFE WAS ON THE FLOOR.  SHE ALSO STATED THAT IT WAS AN ACCIDENT.

OFFICER MARRINER 7149 ARRIVED AND ENTERED THE APARTMENT.  HE FOUND JOSEPH ANDRIANDO ON THE FLOOR IN THE LIVING ROOM.  JOSEPH WAS ON HIS BACK IN A POOL OF BLOOD.  HE THEN FOUND WENDI SITTING ON A STOOL IN THE KITCHEN WITH A PHONE IN HER HAND.  OFFICER MARRINER HAD WENDI LEAVE THE APARTMENT THROUGH THE FRONT DOOR.

WHEN I ARRIVED, WENDI WAS STANDING OUTSIDE IN THE PARKING LOT WITH OFFICER MARRINER.  AS I REACHED THE APARTMENT #132, I SAW SEVERAL FIREFIGHTERS CHECKING JOSEPH.

VICTIM JOSEPH WAS PALE IN COLOR.  THE BLOOD ON THE FLOOR WAS ALREADY STARTING TO DRY.  AS I LOOKED IN THE DOORWAY, I COULD SEE THAT VICTIM JOSEPH HAD BLOOD ON HIS NECK AND FACE.  THERE WAS A BROKEN STOOL BY HIS RIGHT ARM WITH A PART BY HIS HEAD.  I ALSO SAW A LARGE KNIFE ON THE FLOOR BY HIS RIGHT HAND.  THERE WAS A BROWN BELT BY THE KNIFE.

TWO SMALL CHILDREN WERE FOUND IN THE BEDROOMS.  THEY WERE REMOVED FROM THE APARTMENT THROUGH THE SOUTH SIDE PATIO DOOR.  THE CHILDREN WERE TURNED OVER TO DONNA OCHOA, THE GRANDMOTHER.

OFFICER STEVENS WAS POSTED BY THE FRONT DOOR TO APARTMENT 132.  OFFICER MARRINER STAYED WITH WENDI.  OFFICER WENNES INTERVIEWED ALEJO OCHOA.

THE SCENE WAS TURNED OVER TO G.I.B. DETECTIVES.

A3667/5046/102100/0415/GIB DESK/

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

2000 01797849    54                                   Continued.

```
                    PHOENIX POLICE DEPARTMENT REPORT

    SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849    54

INVOICES:

    DR ENTERED BY : A3667     DR FINALIZED BY : A2606

                          END OF REPORT          DR NO: 2000 01797849    054
```

000009436

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849      55

REPORT DATE: 20001021    TIME: 0420

TYPE OF REPORT:  HOMICIDE                                OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                  BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: BRANDON STEVENS              6690      UNIT: 44K

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 6690

ON 10-08-00, AT 0339 HOURS, I RESPONDED TO EMERGENCY TRAFFIC OF A FAMILY
FIGHT AT 2155 EAST LIBERTY LANE, APARTMENT #132.  THE CALL STATED THAT THE
FEMALE CALLER HAD BEEN IN A FIGHT WITH HER HUSBAND WHO HAD TRIED TO
STRANGLE HER WITH A BELT.  SHE WENT ON TO SAY THAT SHE STABBED HIM IN THE
NECK AND THOUGHT THAT HE WAS DEAD.

UPON ARRIVAL, I FOLLOWED OFFICERS MARRINER #7149 AND WENNES #7107 TO
APARTMENT #132.  I FOLLOWED BOTH OFFICERS INTO THE APARTMENT AND SAW A
WHITE FEMALE SITTING ON THE FLOOR WITH HER BACK AGAINST THE COUNTER WHICH
SEPARATES THE KITCHEN FROM THE DINING AREA.  DIRECTLY TO HER RIGHT
APPROXIMATELY FIVE FEET WAS A W/M LYING FACE UP IN A POOL OF BLOOD WITH
HIS ARMS EXTENDED AWAY FROM HIS BODY AND HIS LEGS CROSSED AT THE ANKLES
(SIMILAR TO THAT OF THE BODY OF CHRIST ON THE CROSS).  LOCATED ON THE LEFT
OF THE BODY, AS I LOOKED AT IT FROM THE FEET, I SAW A BLACK HANDLED KNIFE
10 TO 12 INCHES IN LENGTH COVERED IN BLOOD.  ON TOP OF THE KNIFE LAY A
BROWN LEATHERLIKE BELT WITH NO BUCKLE.  A WHITE BAR STOOL (WOODEN) IN
SEVERAL PIECES WAS ALSO COVERED IN BLOOD AND LOCATED NEXT TO THE W/M'S
RIGHT HAND.

I CHECKED THE W/M FOR A PULSE AND WHILE DOING SO, I SAW TWO POSSIBLE KNIFE
WOUNDS ON THE BACK RIGHT AREA OF V1'S HEAD.  GETTING NO PULSE, I FOLLOWED
OFFICER MARRINER #7149 AND THE FEMALE CALLER OUT OF THE APARTMENT AND HAD
OFFICER WENNES #7107 STAND BY WHILE I WENT TO DIRECT FIRE PERSONNEL TO THE
APARTMENT.   I THEN RETRIEVED A CRIME SCENE ROSTER FORM AND RETURNED TO
APARTMENT #132 WHERE I STARTED TO GAIN THE NAMES OF ALL PERSONNEL INSIDE
THE APARTMENT.

WHEN I RETURNED TO THE APARTMENT, I SAW FIRE PERSONNEL REMOVING THE LEADS
FROM V1 AND AS I WAS SPEAKING TO THE FIRE CAPTAIN FOR E46, "A" SHIFT, HE
TOLD ME THAT HIS FIRE ENGINE #46 WAS OUT AT THIS APARTMENT ABOUT 0235
HOURS ON A SUBJECT VOMITING.  WHEN THEY ARRIVED AT APARTMENT #132, NO
ONE WOULD ANSWER THE DOOR.  A FEMALE HAD MET THEM IN THE BREEZEWAY SAYING HE
HAS CANCER AND WANTS TO BE LEFT ALONE.  THE CAPTAIN SAID SHE HAD EXITED
THE APARTMENT FROM THE PATIO AND NEVER LET THEM INTO THE APARTMENT.  THEY
LEFT ABOUT 15 MINUTES AFTER ARRIVING.

OFFICER WENNES #7107 REMOVED THE TWO SMALL CHILDREN FROM THE APARTMENT
THROUGH THE BALCONY LOCATED OFF OF THE MASTER BEDROOM TO AVOID VISIBLE

2000 01797849    55                                      Continued.

000009437

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849     55

CONTACT WITH V1.

WHILE FURTHER EXAMINING THE APARTMENT, I SAW A GLASS OBJECT IN THE CORNER
OF THE LIVING ROOM WHICH WAS BROKEN INTO SEVERAL PIECES.  I ALSO SAW ON
THE CEILING NEAR THE CEILING FAN SEVERAL SPOTS OF BLOOD. ON THE WALL NEAR
THE COUCH I SAW ANOTHER SPOT OF BLOOD AND ANOTHER SPOT OF BLOOD ON THE
NORTH WALL OF THE DINING AREA UNDER THE PICTURE FRAME.   ON THE EDGE OF THE
COUNTERTOP, WHICH THE CALLER HAD BEEN SITTING NEAR, WAS WHAT APPEARED TO
BE SMEARING OF BLOOD  A CHAIR FROM THE DINING AREA WAS TOPPED OVER AND
PARTIALLY BLOCKING THE HALLWAY TO THE BEDROOMS.   THIS CHAIR NOR ANY OF THE
OTHER ITEMS INSIDE THE APARTMENT WERE MOVED DURING MY TIME LOCATED AT THE
ENTRANCE TO THE APARTMENT #132 OR DURING THE SHORT TIME I WAS IN THE
APARTMENT.

WHILE POSTED OUTSIDE APARTMENT #132, I CONTACTED THE RESIDENTS OF #131,
LOCATED DIRECTLY ACROSS THE HALLWAY.  I SPOKE TO BARNEY HALSTEAD AND LOIS
HALSTEAD WHO BOTH RESIDE IN #131 AND DID NOT HEAR OR SEE ANYTHING LAST
NIGHT OR ANYTIME IN THE PAST.   THEY BOTH RELAYED TO ME THAT THEY THOUGHT
THAT THE MALE IN #132 HAD CANCER AND WAS GOING THROUGH CHEMO AND THAT
WENDI, THE FEMALE, WAS THE MANAGER OF THE COMPLEX.

I STOOD BY THE ENTRANCE TO APARTMENT #132 UNTIL 0740 HOURS WHEN I WAS
RELIEVED BY OFFICER WOOD #7148.

A3667/6690/102100/0430/GIB DESK/

VICTIM RECEIVED RIGHTS INFORMATION: NO                MAIL IN SUPPLEMENT

INVOICES:

   DR ENTERED BY : A3667     DR FINALIZED BY : A2606

                            END OF REPORT     DR NO: 2000 01797849    055

000009438

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT             PAGE NUMBER:   1       DR NUMBER: 2000 01797849      56

REPORT DATE: 20001021    TIME: 0449

TYPE OF REPORT:  HOMICIDE                                OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: JOE WENNES                7107       UNIT: 44K

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

   SERIAL NUMBER: 7107

ON 10-08-00, AT APPROXIMATELY 0344 HOURS, I RESPONDED TO A DOMESTIC
VIOLENCE RADIO CALL AT 2155 EAST LIBERTY LANE, BUILDING 5, APARTMENT #132.
OFFICER P. MARRINER #7149 ENTERED THE APARTMENT FIRST.  I WAS DIRECTLY
BEHIND HIM AND OFFICER STEVENS #6690 WAS BEHIND ME.  OFFICER MARRINER MET
WITH THE WIFE OF THE VICTIM AND ASSISTED HER IN GETTING OUT OF THE
APARTMENT THROUGH THE FRONT DOOR.  OFFICER MARRINER #7149 CONTINUED TO
STAY WITH HER WHILE OFFICER STEVENS #6690 CHECKED THE VICTIM'S PULSE.  I
PUT A FLASHLIGHT TO HIS PARTIALLY OPENED EYES AND THERE WAS NO RESPONSE.
OFFICER STEVENS WAS UNABLE TO FIND A PULSE.

THE FIRE DEPARTMENT ARRIVED ON SCENE WITHIN SECONDS.  THE FIRE DEPARTMENT
DETERMINED THE SUBJECT HAD EXPIRED.  I WAS THEN DIRECTED BY SERGEANT
RICHARDS #5046 TO CHECK THE REST OF THE APARTMENT.  IT SHOULD BE NOTED THE
VICTIM WAS LYING ON HIS BACK NEAR THE FRONT DOOR.  HIS LEGS WERE CROSSED
AND HIS SKIN COLOR WAS GREY.

THE APARTMENT APPEARED IN DISARRAY WITH A STOOL AND CHAIR BROKEN AND A
GLASS TABLE SHATTERED.  A LONG KITCHEN KNIFE WAS LAYING NEXT TO THE
VICTIM'S BODY.  THE BODY APPEARED TO HAVE SUFFERED SEVERAL BLOWS.  THERE
WAS A DEEP GASH IN THE BACK OF THE VICTIM'S HEAD AND A LARGE POOL OF
BLOOD.  THE BLOOD APPEARED TO BE ALMOST DRIED.

I CHECKED THE REST OF THE APARTMENT AND WAS ABLE TO LOCATE THE KIDS, A
LITTLE GIRL IN HER CRIB AND A SMALL BOY IN HIS BED.  THE KIDS WERE IN
SEPARATE BEDROOMS.  A FIREMAN ASSISTED ME IN REMOVING THE KIDS FROM THE
APARTMENT THROUGH THE BALCONY/PORCH AREA LOCATED ON THE SOUTH SIDE OF THE
BUILDING.  WHEN WE BROUGHT THE KIDS TO THE FRONT OF THE COMPLEX, WE WERE
MET BY THE VICTIM'S WIFE'S PARENTS.  THEY WERE ABLE TO CHANGE THE KIDS'
DIAPERS AND PUT THEM IN THEIR CAR.  I TALKED TO THE GRANDFATHER WHO STATED
HIS DAUGHTER WENDI HAD CALLED HIM IN CASA GRANDE OVER AN HOUR AGO, BETWEEN
2:30 AND 3 AM.  HE STATED HIS DAUGHTER WENDI "SEEMED TO BE IN SHOCK."  SHE
STATED SHE HAD CALLED THE FIRE DEPARTMENT, BUT WOULD NOT GIVE HIM ANY
DETAILS.  HE STATED WENDI KEPT REPEATING, "I NEED YOU, I NEED YOU."
WENDI'S MOTHER DONNA WAS RELEASED SHORTLY AFTER TO TAKE THE KIDS BACK HOME
TO CASA GRANDE.  THE KIDS APPEARED TO BE OKAY.

I WAS THEN INSTRUCTED BY MY LIEUTENANT TO CALL R&I TO DETERMINE IF THERE
WAS ANY PAST POLICE HISTORY AT THE LISTED LOCATION OR WITH WENDI AND JOE

   2000 01797849    56                                    Continued.

000009439

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849     56

(THE VICTIM).  NO HISTORY WAS FOUND.  NEGATIVE R&I ON WENDI AND JOE ALSO.
PLEASE SEE THE CRIME WORKSHEET OF SERGEANT RICHARDS 5046 FOR STATS ON JOE
ANDRIANO (THE VICTIM) HIS WIFE, WENDI ANDRIANO; WENDI'S PARENTS, ALEJO
OCHOA AND DONNA OCHOA, AND JOE AND WENDI'S KIDS.

I ALSO SPOKE TO THE FIRE DEPARTMENT.  I TALKED TO MR. JIM FRAZER.  MR.
FRAZER STATED THE FIRE DEPARTMENT HAD RESPONDED TO A CALL AT THE ADDRESS
EARLIER, INCIDENT #162335, BUT WAS TURNED AWAY BY WENDI.  THE FIRE
DEPARTMENT STATED SHE HAD COME OUT THROUGH THE BACK PORCH AND MET THEM OUT
FRONT.  WENDI STATED, "EVERYTHING IS FINE" AND "WE DON'T NEED YOU."
INCIDENT #162335 WAS DISPATCHED AT 0225 HOURS.  THE SECOND RESPONSE TO
SAME LISTED LOCATION, INCIDENT #162360, WAS DISPATCHED AT 0339 HOURS.  THE
FIREMEN SAID THEY COULD NOT DETERMINE ON SCENE THE EXACT TIME OF DEATH,
HOWEVER, THEY STATED BECAUSE OF THE DRIED BLOOD AND GENERAL CONDITION OF
THE BODY, IT APPEARED TO THEM THAT HE HAD BEEN DEAD FOR AN HOUR OR BETTER.

J. WENNES 7107

A3667/7107/102100/0510/GIB DESK/


    VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:

    DR ENTERED BY : A3667    DR FINALIZED BY : A2606

                              END OF REPORT            DR NO: 2000 01797849  056

000009440

P-App. 005171

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1      DR NUMBER: 2000 01797849    57

REPORT DATE: 20001021   TIME: 1114

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO               4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

   SERIAL NUMBER: 4913

FOLLOWING IS A TRANSCRIPTION OF THE PHONE MESSAGES COPIED FROM WENDI
ANDRIANO'S ANSWERING MACHINE ON 10-20-2000.


MONDAY, 3:24 A.M.


WENDI, IT'S YOUR DAD, CAN YOU PICK UP THE PHONE?  WEN.....


MACHINE CUTS OFF
=================================================================

MONDAY, 10:30 A.M.

AH YEAH, _____ THIS IS JAMES, I WAS JUST TRYING TO GET A HOLD
OF YOU.  UHM, SEE IF YOU WANTED TO GO TO _____.  I'LL BE IN
THE SHOWER, I'LL GIVE YOU A CALL WHEN I GET DONE GETTING READY.  TALK TO
YOU LATER.  BYE.
=================================================================


MONDAY, 10:35 A.M.

HEY, WENDI, IT'S _____.  THANKS, BYE.
=================================================================


MONDAY, 11:58 A.M.

HI, IT'S _____ AGAIN.  UHM.... GETTING VERY WORRIED.  CALL ME,
BYE.
=================================================================

                    ** MORE NARRATIVE CONTINUED ON NEXT PAGE.


000009441

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2     DR NUMBER: 2000 01797849     57

**** NARRATIVE ****

TUESDAY, 6:50 P.M.


NO MESSAGE
========================================================================
FRIDAY, 8:01 A.M.


HELLO, MY NAME IS CAROLYN _____ CALLING FROM AMICA LIFE INSURANCE.
AND I WAS FOLLOWING UP ON THE LIFE INSURANCE INFORMATION THAT I HAD
_____ FOR JOE.  WAS WONDERING AH, WHAT _____ QUESTIONS
YOU HAD AT THIS TIME.  PLEASE GIVE ME A CALL AT 1-800-234-5433, MY
EXTENSION IS 3881.  THANK YOU.


========================================================================
TUESDAY, 12:55 P.M.


NO MESSAGE

========================================================================

END OF MESSAGES.


10-21-2000 1121 GIB A2955/MARGE

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : A2955     DR FINALIZED BY : A2955

                          END OF REPORT          DR NO: 2000 01797849   057


000009442


P-App. 005173

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849      58

REPORT DATE: 20001021   TIME: 1152

TYPE OF REPORT: HOMICIDE                            OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE          BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4913

THE FOLLOWING IS A TRANSCRIPT OF THE 911 CALLS OBTAINED FROM THE PHOENIX
FIRE DEPARTMENT.


TRANSCRIPTION KEY:
==================

FIRE:      FIRE DEPARTMENT OPERATOR

POLICE:    911 OPERATOR

WENDI:     CALLER

RADIO:     POLICE DISPATCHER
==================================================

FIRE:      FIRE DEPARTMENT, CAN I HELP YOU.

POLICE:    YEAH HI, JOHN WITH P.D.

FIRE:      HI, JOHN.

POLICE:    I'M GONNA CONFERENCE YOU AH, A 911 CALL THAT HAS HUNG UP.  I'M
           GONNA STAY ON A BRIEF WHILE IN CASE YOU HAVE A PROBLEM HEARING
           THESE PEOPLE.  I'LL TRY TO HELP.

FIRE:      THANK YOU.

POLICE:    HERE THEY COME.  MA'AM GO AHEAD PLEASE.

WENDI:     OKAY.  UHM, MY NAME IS WENDI ANDRIANO AND I'M AT 2155 EAST
           LIBERTY LANE IN PHOENIX...

FIRE:      LIBERTY?

WENDI:     (INAUDIBLE)

FIRE:      I COULDN'T AH, I'M SORRY.... IS THAT EAST LIBERTY LANE?

2000 01797849      58                                      Continued.

000009443

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849     58

WENDI:    YEAH.

FIRE:     OKAY, IS THAT A HOUSE OR AN APARTMENT.

WENDI:    APARTMENT.

FIRE:     WHAT'S THE APARTMENT NUMBER WE NEED TO GO TO.

WENDI:    132.

FIRE:     AND WHAT'S THE PHONE NUMBER YOU'RE CALLING FROM.

WENDI:    UHM... AREA CODE 480... 659... 2630.

FIRE:     2630?

WENDI:    UH HUH.

FIRE:     AND WHAT'S THE AH, EMERGENCY OUT THERE.

WENDI:    UHM, MY HUSBAND'S NOT FEELING WELL... HE'S KIND OF TURNING BLUE,
          VOMITED ON THE... FLOOR, HE SAYS HE FEELS LIKE HE'S HAVING A
          HEART ATTACK.

FIRE:     MA'AM?... YOU SAID HE'S  TURNING BLUE?

WENDI:    YEAH.

FIRE:     OKAY.  IS HE TALKING TO YOU RIGHT NOW?

WENDI:    YEAH, HE IS CONSCIOUS THOUGH.

FIRE:     OKAY.  DOES HE HAVE ANY HISTORY OF HEART PROBLEMS.

WENDI:    NO, HE DOESN'T.  BUT HE IS TAKING CHEMO.

FIRE:     IS THERE ANY PREVIOUS HISTORY OF BREATHING PROBLEMS.

WENDI:    YES.  HE HAS LUNG CANCER.

FIRE:     OKAY.  HOW OLD IS YOUR HUSBAND.

WENDI:    HE'S THIRTY-THREE.

FIRE:     OKAY.  IS HE SITTING UP RIGHT NOW?

WENDI:    NO, HE'S LAYING DOWN.

FIRE:     OKAY.  AH, IS HE HAVING ANY OTHER SYMPTOMS.

2000 01797849    58                                    Continued.

000009444

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   3     DR NUMBER: 2000 01797849     58

WENDI:    AH... HE'S JUST BREATHING HEAVY.

FIRE:     OKAY.  HOW OLD IS HE?

WENDI:    THIRTY-THREE.

FIRE:     THIRTY-TWO YOU SAID?

WENDI:    THIRTY-THREE.

FIRE:     THIRTY-THREE?  AND IS THERE ANY CONTAGIOUS OR INFECTIOUS

WENDI:    IS THERE ANY WHAT?

FIRE:     ANY CONTAGIOUS OR INFECTIOUS DISEASES IN THE HOME.

WENDI:    NO... NO.

FIRE:     NO... HOW LONG HAS HE BEEN LIKE THIS TONIGHT.

WENDI:    UHM, ABOUT AN HOUR.

FIRE:     IS HE ON OXYGEN?

WENDI:    NO.

FIRE:     OKAY.  WE WANT HIM TO JUST SIT DOWN AND TAKE SOME SLOW DEEP
          BREATHS, OKAY?  DON'T TRY TO GET 'EM TO EAT OR DRINK ANYTHING.

WENDI:    OKAY.

FIRE:     AND... IT'S IMPORTANT TO KNOW THAT... IS... WHAT COLOR ARE HIS
          LIPS RIGHT NOW.

WENDI:    UHM... I DON'T KNOW.

FIRE:     CAN YOU TAKE THE PHONE TO WHERE HE IS.


SILENCE

FIRE:     MA'AM?

WENDI:    YEAH.

FIRE:     OKAY, HOW'S HE DOING.

WENDI:    HE, HE'S BREATHING HEAVY.

FIRE:     OKAY.

   2000 01797849    58                              Continued.

000009445

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   4      DR NUMBER: 2000 01797849    58

WENDI:    HIS EYES ARE OPEN.

FIRE:     OKAY.  WHAT ARE THE COLOR, IN HIS FACE AND LIPS.

WENDI:    (INAUDIBLE) IT'S AH....

FIRE:     ARE HIS LIPS BLUE?

WENDI:    NO.

FIRE:     OKAY, GOOD.  GOOD.  THAT MEANS HE'S STILL GETTING A, A GOOD
          AMOUNT OF OXYGEN.  OKAY?  I'VE ALREADY GOT THEM STARTED...
          AGAIN, YOU, TELL ME YOUR ADRRESS ONE MORE TIME.

WENDI:    WHAT'S THAT?

FIRE:     TELL ME YOUR ADDRESS ONE MORE TIME.

WENDI:    2155 EAST LIBERTY LANE.

FIRE:     OKAY.  IS THERE A NAME TO THE APARTMENT COMPLEX?

WENDI:    SAN RIVA.

FIRE:     SAN RIVA.  OKAY.  ALL RIGHT.  THEY'RE GONNA BE OUT THERE SOON.

WENDI:    OKAY.

FIRE:     AS LONG AS HE KEEPS BREATHING, DOESN'T GO UNCONSCIOUS, ANYTHING
          LIKE THAT, BEFORE WE GET THERE THAT'S GOOD.  IF HE DOES, IF
          SOMETHING CHANGES OR GETS WORSE, CALL US RIGHT BACK ON 911 OKAY?

WENDI:    OKAY.

FIRE:     THANK YOU.

WENDI:    SHOULD I TRY TO GET HIM IN THE CAR?

FIRE:     WERE YOU... YOU KNOW WHAT?  WHEN, WHEN YOU FIRST SAID THAT HE
          WAS TURNING BLUE LIKE THAT, LET'S NOT TRY TO MOVE HIM.  YOU JUST
          GO AHEAD AND HAVE HIM STAY WHERE HE'S AT.

WENDI:    OKAY.

FIRE:     LET US, (INAUDIBLE) LET THE FIRE DEPARTMENT COME CHECK HIM OUT.

WENDI:    OKAY, THANKS.

FIRE:     THANKS.

                    **   MORE NARRATIVE CONTINUED ON NEXT PAGE.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   5     DR NUMBER: 2000 01797849    58

**** NARRATIVE ****

FIRE:      FIRE DEPARTMENT, WHAT'S THE LOCATION OF YOUR EMERGENCY?

WENDI:     SAN RIVA.  AH, 2155 EAST LIBERTY LANE.

FIRE:      YES MA'AM, I WAS JUST TALKING TO YOU ABOUT YOUR HUSBAND?

WENDI:     RIGHT.

FIRE:      OKAY, WHAT'S GOING ON.

WENDI:     AH, JUST HOW LONG WILL IT BE.  HE WANTS TO KNOW.

FIRE:      OKAY, LET ME SEE.  THEY SHOULD BE ABOUT A MILE AND A HALF AWAY.
           IT'S GONNA BE A FEW MINUTES, OKAY?

WENDI:     OKAY.

FIRE:      I KNOW IT'S, IT'S, AH, HELLO?

WENDI:     YES.

FIRE:      OKAY.  WANTED TO JUST MAKE SURE I HADN'T LOST YOUR CONNECTION
           THERE.

WENDI:     (INAUDIBLE)

FIRE:      OKAY.

WENDI:     OKAY.

FIRE:      I KNOW BEING OUT THAT, THAT DIRECTION IT'S KINDA A LITTLE BIT
           LONGER TIME

WENDI:     OKAY.

FIRE:      FOR THEM TO GET THERE, BUT THEY ARE RESPONDING JUST AS QUICK AS
           THEY CAN, OKAY?

WENDI:     OKAY.  THANK YOU.

FIRE:      HAS HE CHANGED AT ALL?

WENDI:     NO.  HE JUST WANTS TO KNOW WHEN YOU, WHEN THEY'RE GONNA BE HERE.

FIRE:      OKAY.

WENDI:     ALL RIGHT.  THANK YOU.

FIRE:      UH HUH, BYE.

                    **  MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009447

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   6     DR NUMBER: 2000 01797849     58

**** NARRATIVE ****

FIRE:      FIRE DEPARTMENT, WHAT'S THE ADDRESS.

POLICE:    HI FIRE, WE'LL BE GOING AH, HOT ON THIS.  MA'AM GO AHEAD AND
           TALK TO THE FIRE DEPARTMENT, OKAY?

FIRE:      OKAY, WHAT'S GOING ON.

WENDI:     (INAUDIBLE) GUYS WERE OUT HERE EARLIER FOR MY HUSBAND.

FIRE:      UH HUH.

WENDI:     AND WE WERE HAVE, WERE HAVING A FIGHT.

FIRE:      OKAY.

WENDI:     AND UHM, I THINK I STABBED HIM BECAUSE HE WAS STRANGLING ME AND
           I (CRYING)

FIRE:      OKAY, WHAT'S THE ADDRESS WHERE YOU'RE AT.

WENDI:     I'M AT SAN RIVA, I'M AT UHM

RADIO:     RADIO, RADIO CHASE SOUTH

WENDI:     (INAUDIBLE) 21... UHM, 2155 EAST LIBERTY.

FIRE:      OKAY, WHAT APARTMENT ARE YOU IN?

WENDI:     UHM, 132.

FIRE:      OKAY.  AND YOUR PHONE NUMBER?

WENDI:     UHM, 659-2632.

FIRE:      OKAY.

WENDI:     CAN YOU GUYS HURRY (INAUDIBLE)

FIRE:      OKAY.  ALL RIGHT WE'RE GONNA GET, WE'RE GONNA GET SOMEBODY OVER
           THERE AS SOON AS WE CAN.  THEY'RE ALREADY ON THE WAY, OKAY?

WENDI:     (INAUDIBLE)

FIRE:      HOW OLD IS HE?

WENDI:     UHM... THIRTY-THREE.

FIRE:      THIRTY-THREE?  OKAY, YOU GUYS AREN'T FIGHTING ANY MORE RIGHT?

2000 01797849     58                                Continued.

000009448

P-App. 005179

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   7      DR NUMBER: 2000 01797849     58

WENDI:     NO, I THINK,

FIRE:      OKAY.

WENDI:     NO.  CAUSE I THINK HE'S DEAD.

FIRE:      OKAY.  UHM, WHAT I WANT YOU TO

WENDI:     (INAUDIBLE) THERE'S BLOOD EVERYWHERE.

FIRE:      OKAY.  LISTEN TO ME.  I WANT YOU TO HELP HIM, OKAY?

WENDI:     I CAN'T TOUCH HIM.

FIRE:      WE NEED TO GET HIM FLAT ON HIS BACK...

WENDI:     I CAN'T TOUCH HIM.

FIRE:      OKAY.  I NEED YOU TO HELP, OKAY.

WENDI:     OKAY.

FIRE:      OKAY.  WE NEED TO GET HIM FLAT ON HIS BACK.... ON THE FLOOR.

WENDI:     OKAY (CRYING)

FIRE:      LET ME KNOW WHEN YOU GET HIM ON HIS BACK.  OKAY?

WENDI:     OH GOD.....

FIRE:      AND WE'RE GETTING HELP TO YOU AS SOON AS WE CAN, OKAY?

WENDI:     OH... HE'S DEAD.

FIRE:      OKAY.  BUT WE NEED TO HELP HIM.  OKAY.

WENDI:     OH GOD....  THE KNIFE GOT HIM RIGHT IN THE THROAT.  OH....
           (CRYING)

FIRE:      OKAY.  IS THE KNIFE STILL IN HIS THROAT.

WENDI:     OH.... NO... IT'S LAYING ON THE FLOOR.

FIRE:      OKAY.  GET A CLEAN TOWEL.

WENDI:     (CRYING)

FIRE:      PUT DIRECT PRESSURE ON WHERE HE'S BLEEDING FROM.

WENDI:     (CRYING)

2000 01797849     58                                    Continued.

000009449

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   8     DR NUMBER: 2000 01797849    58

FIRE:    ANYBODY ELSE IN THE HOUSE?

WENDI:   I HAVE A TWO AND A THREE YEAR OLD THAT'RE SLEEPING. OH, THIS
         LOOKS NASTY.

FIRE:    OKAY.  ANYTHING CONTAGIOUS IN THE HOME?  LIKE TB OR HEPATITIS?

WENDI:   NO.  MY HUSBAND HAS CANCER BUT IT'S NOT CONTAGIOUS.

FIRE:    OKAY.

WENDI:   OH GOD.

FIRE:    OKAY.  DO YOU KNOW HOW TO CHECK FOR A PULSE?

WENDI:   NO, HE, HE'S DEAD. (INAUDIBLE)

FIRE:    OKAY.  OKAY, LET'S HELP HIM.  I WANT YOU TO CHECK FOR A PULSE.

WENDI:   THERE IS NO PULSE.

FIRE:    OKAY.  I WANT YOU TO PUT

WENDI:   I'VE ALREADY DONE THAT.  I DIDN'T KNOW WHAT ELSE TO DO.

FIRE:    OKAY.  LET'S BREATHE FOR HIM, OKAY.  PUT ONE HAND ON HIS
         FOREHEAD... ONE HAND UNDERNEATH HIS CHIN...

WENDI:   NO, THERE'S NO BLEEDING.  YOU DON'T, I MEAN, THERE'S NO,

FIRE:    OKAY.

WENDI:   I CAN'T (INAUDIBLE)

FIRE:    OKAY.  BUT WE NEED TO BREATHE FOR HIM, OKAY, UNTIL WE GET THERE.

WENDI:   I CAN'T.  OH MY GOD, (INAUDIBLE) THIS IS (INAUDIBLE)

FIRE:    OKAY.  THEY'RE GET, THEY'RE GETTING THERE AS FAST

WENDI:   I DIDN'T MEAN FOR THIS TO HAPPEN.

FIRE:    OKAY.  AND

WENDI:   (CRYING)

FIRE:    OKAY, LET'S TRY TO HELP HIM, OKAY?

WENDI:    PLEASE (CRYING)

FIRE:    OKAY.  PUT ONE HAND ON HIS FOREHEAD.  ONE HAND UNDERNEATH HIS

   2000 01797849    58                                    Continued.

000009450

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT                 PAGE NUMBER:   9      DR NUMBER: 2000 01797849      58

CHIN, TILT HIS HEAD UP

WENDI:    (CRYING)

FIRE:     I WANT YOU TO PINCH HIS NOSE CLOSED.

WENDI:    HIS HEAD IS HANGING BACKWARDS WHAT AM I SUPPOSED TO DO.

FIRE:     OKAY.

WENDI:    THERE'S BLOOD EVERYWHERE.

FIRE:     OKAY.  WELL LET'S BREATHE FOR HIM OKAY.  PUT SOME AIR INTO HIS
          LUNGS.

WENDI:    NO.  I... I CAN'T.

FIRE:     YOU CAN'T?

WENDI:    THERE'S BLOOD EVERYWHERE.

FIRE:     OKAY.

RADIO:    IS THIS LIBERTY?

911:      YES.

RADIO:    IS THERE AN APARTMENT NUMBER?

911:      YEAH, I GOT IT, 132.

WENDI:    132.

RADIO:    ALL RIGHT.

911:      THANKS.

WENDI:    I'M IN BUILDING FIVE.

911:      BUILDING FIVE?  OKAY.

WENDI:    I'LL HAVE THE DOOR OPEN.  OH DEAR GOD I'M GONNA BE SICK.
          (CRYING)  I CALLED MY DAD SO HE COULD COME GET THE BABIES.

FIRE:     YEAH, OKAY.

WENDI:    OH DEAR GOD I'M GONNA BE SICK.

911:      WENDI, WE HAVE OFFICERS ON THE WAY TO YOU, OKAY?

WENDI:    (CRYING)  OH... GOD.

2000 01797849     58                                    Continued.

000009451

P-App. 005182

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  10      DR NUMBER: 2000 01797849     58

911:    THEY SHOULD BE THERE SHORTLY.

WENDI:  (CRYING)  HE WOULD ALWAYS GO INTO THESE RAGES AND I DIDN'T MEAN
        TO.....

RADIO:  CAN YOU CHECK YOUR MDT FOR A MESSAGE.

911:    YEAH, I GOT IT.  THANKS.

911:    WENDI?

WENDI:  WHAT?

911:    DID... WERE THE POLICE OUT THERE EARLIER AT ALL?

WENDI:  WELL, THE PARAMEDICS WERE BECAUSE I HAD HIT HIM OVER THE HEAD
        AND THEN I THOUGHT HE WOULD BEHAVE AND THEN WE STARTED TO GO TO
        BED AND HE GOT IN A RAGE AGAIN AND HE STARTED THROWING
        (INAUDIBLE) EVERYWHERE. (CRYING)

911:    OKAY... SO... THE PARAMEDICS WERE OUT THERE EARLIER?

WENDI:  THEY WERE AND I TOLD 'EM IT WAS OKAY, DON'T WORRY ABOUT IT.
        CAUSE I DIDN'T WANT HIM TO GET IN TROUBLE.

911:    OKAY.  HOW, HOW DID HE GET HURT THE FIRST TIME?

WENDI:  WELL HE WENT TO GRAB ME AND I HIT HIM.  AND SO HE STOPPED.  AND
        I'M LIKE, LEAVE ME ALONE.

911:    YOU GUYS WERE JUST HAVING A FIGHT?

WENDI:  WE, WE DO.  HE'S BEEN TAKING CHEMO AND IT LIKE CHANGES HIS
        PERSONALITY OR SOMETHING AND HE GOES INTO THESE RAGES.  AND LAST
        TIME HE BEAT UP ON MY BEDROOM FURNITURE.

911:    OKAY.

WENDI:  AND SO I HAVE HOLES ALL IN THAT AND I NEVER CALLED THE POLICE
        BUT THIS TIME HE SCARED ME.

911:    OKAY.

WENDI:  CAUSE HE JUST LIKE GOES OUT OF CONTROL.

911:    OKAY.  AND SO HE GOT OUT OF CONTROL THIS EVENING...

WENDI:  OH MY GOD (CRYING)


 2000 01797849     58                                    Continued.


000009452


P-App. 005183

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:  11        DR NUMBER: 2000 01797849      58

911:      WHAT HAPPENED AFTER THE PARAMEDICS LEFT THE FIRST TIME?

WENDI:    WELL I WENT OUT THERE CAUSE HE WAS LIKE, YOU MAKE 'EM GO AWAY,
          WE DON'T TO

(TAPE CUTS OUT)

WENDI:    WITH ALL THIS.  WE HAVE, YOU DON'T UNDERSTAND HOW MUCH SHIT WE
          HAVE TO DEAL WITH.

911:      RIGHT.  BUT WHEN THE PARAMEDICS LEFT THE FIRST TIME?

WENDI:    YEAH.

911:      THEN WHAT HAPPENED AFTER THAT.

WENDI:    WELL THEN HE'S SITTING IN THE LIVING ROOM AND HE STARTS JUST
          QUESTIONING ME AND (INAUDIBLE) AND YELLING AND CARRYING ON AND
          I'M TELLING HIM TO SHUT UP AND NOT WAKE UP THE BABY....

911:      RIGHT.

WENDI:    AND SO HE STARTED GRABBING ME WITH THE CELL PHONE CORD...

911:      HE WAS, HE WAS GRABBING YOU WITH THE CORD.

WENDI:    YEAH, YEAH.  HE WRAPPED IT AROUND MY THROAT AND WAS TRYING TO
          GET ME, AND I, WE WERE FIGHTING IN THE KITCHEN AND I GRABBED A
          KNIFE AND CUT THE CORD SO HE WOULDN'T HURT ME.  AND SO WE
          STARTED WRESTLING AROUND SOME MORE AND THEN.... HE GRABBED ONE
          OF MY BELTS THAT I HAVE AND STARTED USING THAT AND THAT'S WHEN I
          HAD THE KNIFE IN MY HAND AND I

911:      WHEN, HOW DID YOU GET THE KNIFE, WERE YOU GUYS IN THE KICHEN
          OR...?

WENDI:    YEAH, WE WERE IN THE KITCHEN.

911:      WHAT KIND OF A KNIFE IS IT?

WENDI:    JUST ONE OF MY KITCHEN KNIVES.

911:      A KITCHEN KNIFE?

WENDI:    YEAH.

911:      OKAY.  SO YOU JUST KIND OF GRABBED THAT OUT OF A DRAWER?

2000 01797849    58                                Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  12      DR NUMBER: 2000 01797849      58

WENDI:    YEAH, I DID.  CAUSE I HAD TO GET THAT OFF OF MY NECK.

911:      OKAY.

WENDI:    CAUSE HE WOULDN'T STOP.

911:      AND THE KITCHEN KNIFE IS ON THE FLOOR THERE?

WENDI:    OH, GOD... IT'S RIGHT HERE BY HIM.

911:      OKAY.  AND THEN WHAT HAPPENED AFT.... YOU GRABBED THE KNIFE AND
          THEN WHERE DID YOU CUT HIM.

WENDI:    WELL, IT LOOKS LIKE RIGHT THERE ON THE NECK AND I DIDN'T KNOW
          THAT TILL THE GUY MADE ME (GASPING) OH GOD, MADE ME ROLL HIM
          OVER.

911:      OKAY.  CAN... ARE YOU IN THE... WHERE IS HE IN THE HOUSE RIGHT
          NOW.

WENDI:    HE'S LAYING IN THE LIVING ROOM FLOOR.

911:      ON THE LIVING ROOM FLOOR?

WENDI:    YEAH, BECAUSE HE WOULDN'T STOP AND I HIT HIM WITH THE STOOL WE
          HAVE.  THAT'S WHAT I HIT HIM WITH THE FIRST TIME... AND IT BROKE
          IT IN HALF.

911:      OKAY.  SO YOU GRABBED THE KITCHEN KNIFE AND YOU WENT TO CUT THE
          PHONE CORD...?  AND THEN DID YOU JUST STAB AT, AT HIM AT THAT
          TIME?

WENDI:    YEAH, I... WELL SEE HE HAD ME WRAPPED AROUND THE NECK WITH THE
          BELT AND I WAS JUST REACHING UP, TRYING TO MAKE HIM STOP.

911:      OKAY.

WENDI:    AND THAT'S WHEN HE FELL FACE FORWARD.

911:      OKAY.

WENDI:    AND THEN I DON'T KNOW.  AND THEN HE JUST LIKE, MADE OUT THIS BIG
          OLD WHATEVER AND IT FREAKED ME OUT.

911:      HE... OKAY, SO, YOU GRABBED THE KITCHEN KNIFE, WHAT, OUT OF THE
          DRAWER?

WENDI:    YEAH.

911:      OKAY.  AND THEN... DID YOU TURN AROUND?

2000 01797849    58                                    Continued.

000009454

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  13     DR NUMBER: 2000 01797849     58

WENDI:    (INAUDIBLE)

911:      OR DID YOU JUST KIND OF SWING AT HIM BACKWARDS.

WENDI:    I DON'T KNOW.

911:      OKAY, THAT'S OKAY.

WENDI:    NO I, I CAN'T REMEMBER I'M SORRY.

911:      NO, NO, NO.  THAT'S OKAY.  YOU'RE DOING FINE.  UHM... DID YOU
          JUST STAB HIM ONCE.

WENDI:    YEAH.

911:      OKAY.

WENDI:    YEAH.  AND THEN HE FELL.  HE FELL FORWARD AND THEN I DON'T KNOW
          WHAT HAPPENED (CRYING).  AND I'VE BEEN SITTING HERE, I DON'T
          KNOW WHAT TO DO.

911:      OKAY.

WENDI:    I CALLED MY DAD.  BECAUSE I NEED MY DAD.

911:      RIGHT.  HOW FAR AWAY DOES YOUR DAD LIVE?

WENDI:    HE LIVES IN CASA GRANDE.  AND I TOLD HIM TO PLEASE HURRY AND
          COME HELP ME.

911:      OKAY.  HOW LONG AGO DID YOU CALL HIM.

WENDI:    I DON'T KNOW.  IT JUST SEEMS LIKE FOREVER.

911:      WHAT KIND OF CAR DOES YOUR DAD DRIVE?

WENDI:    OH... UHM, A TRUCK.  A CHEVY TRUCK.

911:      A CHEVY.  WHAT COLOR IS IT.

WENDI:    IT'S BROWN.

911:      A BROWN CHEVY.  IS IT A NEWER TRUCK.

WENDI:    I DON'T KNOW.

911:      OH, THAT'S OKAY.  OKAY.  SO YOU

WENDI:    I'M GONNA (INAUDIBLE).

911:      YOU, THAT'S OKAY.  WHERE IN THE AH, HOUSE ARE YOU RIGHT NOW.

        2000 01797849    58                              Continued.

000009455

P-App. 005186

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:  14      DR NUMBER: 2000 01797849      58

WENDI:    I'M SITTING RIGHT BESIDE HIM.

911:      OKAY.  WOULD YOU FEEL MORE CONFORTABLE GOING INTO A DIFFERENT
          ROOM?

WENDI:    I DON'T KNOW.  I JUST.... I NEED SOMEBODY TO COME HELP ME.

911:      THEY'RE ON, YEAH, THEY'RE ON THE WAY.

WENDI:    PLEASE....

911:      THEY'RE ON THE WAY.

WENDI:    LIKE PLEASE SOMEBODY HELP ME.

911:      WE'VE GOT HELP ON THE WAY FOR YOU WENDI, OKAY?

WENDI:    OKAY.

911:      TRY AND TAKE A DEEP BREATH.  I KNOW IT'S REAL HARD.

WENDI:    I CAN'T.

911:      OKAY.  THE OFFICERS SHOULD BE PULLING UP TO YOU

WENDI:    THEY ARE, SOMEONE'S HERE.

911:      CAN YOU GO AHEAD AND GO TO THE DOOR FOR ME?

WENDI:    (INAUDIBLE) PARAMEDICS.


10-21-2000 1310 GIB A2955/MARGE

   VICTIM RECEIVED RIGHTS INFORMATION:  NO              MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : A2955    DR FINALIZED BY : A2955

                           END OF REPORT        DR NO: 2000 01797849   058

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849      59

REPORT DATE: 20001023    TIME: 0841

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: SALLIE DILLIAN              4689     UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4689

RESPONSE SUPPLEMENT
=========================================================================
ON 10-08-2000 AT 0430 HOURS I WAS CALLED AT MY HOME BY DETECTIVE SERGEANT
MICHAEL SMALLMAN.  SERGEANT SMALLMAN REQUESTED THAT I RESPOND TO 2155 E.
LIBERTY LANE #132 THE SAN RIVA APARTMENTS REGARDING A HOMICIDE
INVESTIGATION.  I ARRIVED AT THE SCENE AT 0545 HOURS.

I ATTENDED A BRIEFING GIVEN BY SERGEANT BRENT VERMEER.  AT THE CONCLUSION
OF THE BRIEFING SERGEANT SMALLMAN MADE CASE ASSIGNMENTS.  I WAS ASSIGNED
TO ASSIST DETECTIVE LUCERO WITH THE INTERVIEW OF WENDI ANDRIANO.

I RESPONDED TO 620 WEST WASHINGTON AT 0650 HOURS ARRIVING AT 0720.  I
MONITORED THE INTERVIEW PROCESS AND ASSISTED WITH EVIDENCE COLLECTION.
REFER TO SUPPLEMENT ONE FOR DETAILS.

VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4689    DR FINALIZED BY : 4689

END OF REPORT          DR NO: 2000 01797849    059

000009457

P-App. 005188

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849      60

REPORT DATE: 20001023    TIME: 0843

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: SALLIE DILLIAN            4689       UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 100800             SEARCH WARRANT INVOLVED: NO

0001  PKG 000 CODE:EI   AP01
              ITEM: *MISC   BRAND:        MODEL: MED RELEASE COLOR:
       SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
       DESCRIPTION: COPY OF THE MEDICAL RELEASE AND TREATMENT OF WENDI
       ANDRIANO ON 10-08-00 AT PHOENIX MEMORIAL HOSPITAL.

****  NARRATIVE  ****

   SERIAL NUMBER: 4689

MEDICAL RELEASE INFORMATION
====================================================================
ON 10-08-00 AT THE CONCLUSION OF HER INTERVIEW, I COMPLETED THE NECESSARY
BOOKING PAPERWORK REGARDING WENDI ELIZABETH ANDRIANO FOR ONE COUNT OF
SECOND DEGREE MURDER, A.R.S. 13-1104, A CLASS ONE FELONY.

OFFICER S. ALEXANDER #6102 RESPONDED TO 620 WEST WASHINGTON TO TRANSPORT
HER TO THE MARICOPA COUNTY JAIL FACILITY.  DUE TO INJURIES TO WENDI'S HAND
AND THE INITIAL EXAMINATION BY HOMER SHAULIS AT THE TIME OF THE BLOOD DRAW
I REQUESTED THAT WENDI BE TAKEN TO PHOENIX MEMORIAL HOSPITAL FOR TREATMENT
AND IN ORDER TO OBTAIN A MEDICAL RELEASE.  IT SHOULD BE NOTED THAT WENDI
HAD BEEN ASKED AND HAD DECLINED EARLIER OFFERS OF MEDICAL TREATMENT.

WENDI WAS TRANSPORTED TO PHOENIX MEMORIAL HOSPITAL IN POLICE CUSTODY.  SHE
WAS TREATED FOR HER INJURIES.  P.A. JIM URSIN TREATED HER AT THE HOSPITAL
AND X-RAYS WERE TAKEN.  X-RAYS INDICATED THERE WERE NO BROKEN FINGERS AND
PRESSURE WAS RELIEVED FROM THE NAIL BED OF HER INDEX FINGER.

A MEDICAL RELEASE WAS OBTAINED THAT READ:  BASED ON MY EXAMINATION OF THE
PATIENT JAIL CUSTODY WILL NOT ENDANGER THE PATIENT.

OFFICER J. HOSKIN #6689 TRANSPORTED HER FROM THE HOSPITAL TO THE MARICOPA
COUNTY JAIL, MADISON WHERE SHE WAS BOOKED WITHOUT INCIDENT.

A COPY OF THE MEDICAL RELEASE HAS BEEN IMPOUNDED UNDER THIS SUPPLEMENT.

   2000 01797849    60                          Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   2     DR NUMBER: 2000 01797849    60

VICTIM RECEIVED RIGHTS INFORMATION:   NO          MAIL-IN SUPPLEMENT:

INVOICES:     2784734

DR ENTERED BY : 4689     DR FINALIZED BY : 4689

END OF REPORT          DR NO: 2000 01797849    060

000009459

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1     DR NUMBER: 2000 01797849    61

REPORT DATE: 20001023    TIME: 0847

TYPE OF REPORT:  HOMICIDE                           OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: SALLIE DILLIAN              4689      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NEXT OF KIN INFORMATION ****

NEXT OF KIN -01:
              NAME: ANDRIANO, JOSEPH

    RACE: W  SEX: M  AGE:      DOB:        HT: 000      WT: 000

    CLOTHING DESC & MISC:
    WIFE JEANETTE
    HOME:                                APT/SUITE:
                                         ZIP CODE:
    RES.NAME:                            PHONE:


**** NARRATIVE ****

SERIAL NUMBER: 4689

INTERVIEW WITH JOSEPH AND JEANETTE ANDRIANO
==============================================================================
ON 10-08-2000 AT 1730 HOURS DETECTIVE DAVE LUCERO AND I WENT TO THE
ANDRIANO RESIDENCE IN CASA GRANDE TO TELL THEM OF THE DEATH OF THEIR SON
JOSEPH ANDRIANO.

WE WENT TO THE HOME INITIALLY WITH OFFICER CURTIS MECCIA #113 FROM THE
CASA GRANDE POLICE DEPARTMENT.  MECCIA LEFT SHORTLY AFTER INTRODUCTIONS
AND THE NOTIFICATION WAS MADE.

JOSEPH'S PARENTS WERE DEVASTATED BY THE NEWS OF THEIR SONS DEATH.  I DID
ASK SEVERAL QUESTIONS REGARDING WENDI AND JOE.  I LEARNED THAT ON
10-07-2000 THAT JEANETTE HAD SPENT MOST OF THE DAY WITH JOE AND WENDI HERE
IN PHOENIX AND THEY HAD GONE TO THE SWAP MEET.

JOE AND WENDI HAD COME OVER TO THE FAMILY HOME IS CASA GRANDE ON
10-07-2000 FOR DINNER AND HAD ARRIVED AROUND 6:30PM AND STAYED UNTIL
AROUND 10:30PM.  NEITHER WENDI OR JOE HAD ANYTHING ALCOHOLIC TO DRINK
DURING THE EVENING.  BOTH PARENTS SAID THAT JOE SEEMED VERY TIRED AND
SPENT MOST OF THE EVENING SITTING/LYING ON THE COUCH.  THEY ATTRIBUTED HIS
LACK OF ENERGY TO RECENT CHEMOTHERAPY TREATMENT.  JEANETTE SAID WENDI
SEEMED TO BE VERY ATTENTIVE TO JOE AND THEY BOTH SEEMED IN GOOD SPIRITS.

2000 01797849    61                                      Continued.


000009460

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849    61

JOE'S PARENTS SAID JOE RECENTLY HAD BEEN UNABLE TO HOLD THE CHILDREN
BECAUSE OF LACK OF STRENGTH.   I ASKED IF HE WOULD HAVE THE ENERGY FOR A
PHYSICAL FIGHT AND THEY BOTH FELT THAT HE WOULD HAVE BEEN UNABLE TO HOLD
HIS OWN IN A FIGHT.

BOTH PARENTS SAID THAT THEY KNEW OF NO COMPLAINTS OR TROUBLES BETWEEN
WENDI AND JOE AND THOUGHT EVERYTHING WAS OKAY.   THEY SAID THERE WERE
FINANCIAL DIFFICULTIES AND EMOTIONALLY DEALING WITH THE TERMINAL CANCER
BUT BOTH WENDI AND JOE SEEMED OKAY.

THEY KNEW OF NO HISTORY OF ANY DOMESTIC VIOLENCE BETWEEN WENDI AND JOE.
JEANETTE SAID JOE DID HAVE A TEMPER WHEN HE WAS YOUNG BUT HAD SEEMED TO
OUTGROW IT.   THEY KNEW OF NO DOMESTIC VIOLENCE DURING THE ENTIRE TIME THAT
JOE AND WENDI HAD BEEN MARRIED.   JOE HAD NEVER MENTIONED ANYTHING ABOUT
INFIDELITY OR DIVORCE.   JOE HAD MENTIONED THAT WENDI WAS GOING OUT SEVERAL
NIGHTS WITH THE GIRLS.

BOTH JOSEPH AND JEANETTE SAID THEY DID NOT SEE ANY INJURIES TO WENDI OR
JOE WHEN THEY WERE THERE.

JOSEPH SAID HE WAS AWARE THAT WENDI HAD BEEN OFFERED A JOB DEAL TO MOVE TO
CALIFORNIA BY HER PRESENT MANAGEMENT COMPANY.   JOE HAD TOLD HER HE DID NOT
WANT TO LEAVE ARIZONA BECAUSE OF HIS CANCER TREATMENTS AND BOTH FAMILIES
BEING NEAR BY TO HELP OUT.   JOSEPH SAID THE COMPANY HAD SINCE TOLD HER
THEY WOULD BE TRYING TO CREATE A JOB FOR HER HERE IN CHANDLER WHICH WOULD
HAVE PROVIDED THEM WITH A HOUSE.   BOTH FELT JOE AND WENDI WERE HAPPY WITH
THIS NEWS.

WE PROVIDED THEM WITH A VICTIM INFORMATION PAMPHLET AND THE POLICE REPORT
NUMBER AND OUR TELEPHONE NUMBERS WHERE WE COULD BE CONTACTED.   THEY WERE
ADVISED OF THE NEED TO CONTACT THE MEDICAL EXAMINERS OFFICE.

BOTH JOE AND JEANETTE ASKED ABOUT WENDI AND SEEMED GENUINELY CONCERNED FOR
HER AS WELL.   THEY WERE TOLD THE CHILDREN WERE WITH WENDI'S PARENTS.   THE
ANDRIANO FAMILY SAID THEY WOULD CONTACT HER PARENTS.

THE FAMILY ASKED US TO PLEASE CONTACT JOE'S SISTER JEANNA IN GILBERT AS
THEY DID NOT WANT TO TELL HER ON THE TELEPHONE.   THEY SAID JEANNA WAS
CLOSE TO JOE AND PERHAPS HE HAD SPOKEN TO HER OF DIFFICULTIES.

  VICTIM RECEIVED RIGHTS INFORMATION:   NO              MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : 4689     DR FINALIZED BY : 4689

                          END OF REPORT          DR NO: 2000 01797849     061

000009461

P-App. 005192

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:   1      DR NUMBER: 2000 01797849      62

REPORT DATE: 20001023    TIME: 0848

TYPE OF REPORT:  HOMICIDE                           OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE           BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: SALLIE DILLIAN              4689      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NEXT OF KIN INFORMATION ****

NEXT OF KIN -02:
                NAME: LAMBETH, JEANNA

    RACE: W  SEX: F  AGE:          DOB: ███████   HT: 000        WT: 000

    CLOTHING DESC & MISC:
    SISTER OF VICTIM
    HOME: ████████                         APT/SUITE:
          ████████        AZ               ZIP CODE: ██████
    RES.NAME:                              PHONE: ████████

**** NARRATIVE ****

SERIAL NUMBER: 4689

INTERVIEW WITH BRAD AND JEANNA LAMBETH
==============================================================================
ON 10-08-2000 AT 2010 HOURS DETECTIVE LUCERO AND I WENT TO THE BRAD AND
JEANNA LAMBETH'S HOME AT THE REQUEST OF HER PARENTS TO MAKE NOTIFICATION
OF JOSEPH'S DEATH.   JOSEPH AND JEANNA ARE BROTHER AND SISTER.

IT WAS OBVIOUS WHEN BRAD ANSWERED THE DOOR THAT THEY WERE AWARE OF THE
NEWS OF JOE'S DEATH.   AFTER WE INTRODUCED OURSELVES THEY INVITED US IN AND
WE SPOKE BRIEFLY WITH THEM REGARDING JOE AND WENDI.

JEANNA SAID SHE WAS AWARE OF SOME STRAIN IN JOE AND WENDI'S MARRIAGE.  JOE
HAD MENTIONED THAT WENDI DURING THE PAST SIX MONTHS HAD BEEN STAYING OUT
LATE WITH THE GIRLS.   THIS WAS APPARENTLY GETTING MORE FREQUENT AND JOE
WANTED HER TO BE HOME WITH HIM AND THE CHILDREN.

JEANNA AND BRAD HAD MET WENDI AND JOE IN LAUGHLIN NEVADA AT THE END OF
AUGUST AND SAID EVERYTHING APPEARED TO BE OKAY BETWEEN THEM AT THAT TIME.

NEITHER JOE OR WENDI HAD EVER TALKED ABOUT ANY DOMESTIC VIOLENCE AND THEY
SAW NO INDICATIONS THERE WAS A PROBLEM.

JEANNA SAID SHE HAD BEEN AT HER PARENTS ON 10-07-2000 WITH HER FAMILY.
SHE SAID JOE SPENT MOST OF THE EVENING LYING ON THE COUCH AND SEEMED VERY

2000 01797849      62                              Continued.

000009462

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2       DR NUMBER: 2000 01797849      62

WEAK.  SHE HAD ATTRIBUTED THIS TO HIS CHEMOTHERAPY TREATMENT APPROXIMATELY
12 DAYS EARLIER.  JEANNA SAW NO SIGNS OF ANY INJURIES TO JOE OR WENDI AT
HER PARENTS HOUSE.

JEANNA SAID JOE HAD A VERY POSITIVE ATTITUDE AND WANTED TO FIGHT THE
CANCER SO HE WOULD HAVE AS MUCH TIME AS POSSIBLE WITH HIS FAMILY.

BRAD TOLD US THAT HE HAD SPOKEN TO JOE ABOUT THE PENDING MALPRACTICE
LAWSUIT WENDI AND JOE HAD FILED REGARDING THE ALLEGATION OF A MISS
DIAGNOSIS OF JOE'S CANCER.  JOE HAD TOLD BRAD THEY STOOD TO BE AWARDED UP
TO ELEVEN MILLION DOLLARS AS A RESULT OF THE LITIGATION.  JOE SAID THE
ATTORNEYS FELT THAT THE CASE WAS QUITE STRONG AGAINST THE MEDICAL DOCTORS.
BRAD SAID JOE NEVER SPOKE OF ANY PROBLEMS IN HIS MARRIAGE AND WAS A VERY
DEDICATED FATHER.  BRAD KNEW JOE WAS STRUGGLING WITH THE SIDE EFFECTS OF
HIS CHEMOTHERAPY TREATMENTS BUT SAID JOE APPEARED TO HAVE A POSITIVE
ATTITUDE ABOUT HIS FUTURE.

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4689     DR FINALIZED BY : 4689

                         END OF REPORT          DR NO: 2000 01797849   062

000009463

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  1      DR NUMBER: 2000 01797849    63

REPORT DATE: 20001023   TIME: 0850

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: SALLIE DILLIAN            4689    UNIT: C33

OFFENSE INVOLVED:  BIAS -

***     PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 002155 E LIBERTY LA
DATE: 101000              SEARCH WARRANT INVOLVED: YES

0001  PKG 000 CODE:EI   UK01
         ITEM: *MISC   BRAND:        MODEL: COPY WARRNT COLOR:
      SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: CR00-04726SW -COMPLETE COPY OF SEARCH WARRANT AND
      RETURN DOCUMENTS.

0002  PKG 000 CODE:EI   UK01
         ITEM: *MISC   BRAND:        MODEL: COPY WARRNT COLOR:
      SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: CR00-04727SW -COMPLETE COPY OF SEARCH WARRANT AND
      RETURN DOCUMENTS.

0003  PKG 000 CODE:EI   UK01
         ITEM: *MISC   BRAND:        MODEL: COPY WARRNT COLOR:
      SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: CR00-04728SW -COMPLETE COPY OF SEARCH WARRANT AND
      RETURN DOCUEMNTS.

****  NARRATIVE  ****

  SERIAL NUMBER: 4689

SEARCH WARRANT INFORMATION
=======================================================================
SEARCH WARRANT #:      CR00-04726SW
ISSUING JUDGE:         WILLIAM DEMARS PROTEM
ISSUING COURT:         EAST PHOENIX #1 JUSTICE COURT
AFFIANT:               SALLIE S. DILLIAN #4689
DATE SIGNED:           10-10-2000 AT 1332 HOURS
DATE SERVED:           10-10-2000 AT 1610 HOURS
DATE RETURNED:         10-17-2000
=======================================================================
WARRANT ADDRESSED:     ON THE PERSONS OF WENDI ELIZABETH ANDRIANO W/F
                       08-26-70 5'4" TALL, 110 POUNDS, BROWN HAIR, BROWN
                       EYES.

                       ON THE PREMISES KNOWN AS 2155 E. LIBERTY #132.

 2000 01797849    63                                    Continued.

000009464

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2     DR NUMBER: 2000 01797849     63

```
                    IN THE VEHICLES DESCRIBED AS:
                    1) A 1998 GMC YUKON, AZ 903BBK
                    2) A 1994 BUICK PARK AVENUE, AZ 981BSG
                    3) A 1990 GMC 1/2 TON VAN, AZ MMY987
```
===========================================================================
N 10-10-2000 I AUTHORED THE ABOVE SEARCH WARRANT.  I PRESENTED THE WARRANT
TO THE HONORABLE JUDGE DEMARS.  I WAS SWORN IN, AND SIGNED THE DOCUMENT.
THE JUDGE THEN REVIEWED AND SIGNED THE WARRANT.

===========================================================================
===========================================================================
```
SEARCH WARRANT #:        CR00-04727SW
ISSUING JUDGE:           WILLIAM DEMARS PROTEM
ISSUING COURT:           EAST PHOENIX #1 JUSTICE COURT
AFFIANT:                 SALLIE S. DILLIAN #4689
DATE SIGNED:             10-10-2000 AT 1350 HOURS
DATE SERVED:             10-10-2000 AT 1600 HOURS
DATE RETURNED:           10-17-2000
```
===========================================================================
WARRANT ADDRESSED:       ON THE PREMISES KNOWN AS THE SAN RIVA APARTMENT
                         COMPLEX OFFICE, LOCATED AT 2155 E. LIBERTY LANE.
===========================================================================
ON 10-10-2000 I AUTHORED THE ABOVE SEARCH WARRANT.  I PRESENTED THE
WARRANT TO THE HONORABLE JUDGE DEMARS.  I WAS SWORN IN, AND SIGNED THE
DOCUMENT.  THE JUDGE THEN REVIEWED AND SIGNED THE WARRANT.

===========================================================================
===========================================================================
```
SEARCH WARRANT #:        CR00-04728SW
ISSUING JUDGE:           WILLIAM DEMARS PROTEM
ISSUING COURT:           EAST PHOENIX #1 JUSTICE COURT
AFFIANT:                 SALLIE S. DILLIAN #4689
DATE SIGNED:             10-10-2000 AT 1337 HOURS
DATE SERVED:             10-10-2000 AT 1855 HOURS
DATE RETURNED:           10-17-2000
```
===========================================================================
WARRANT ADDRESSED:       ON THE PREMISES KNOWN AS 2155 E. LIBERTY #382, THE
                         SAN RIVA APARTMENT COMPLEX.
===========================================================================
ON 10-10-2000 I AUTHORED THE ABOVE SEARCH WARRANT.  I PRESENTED THE
WARRANT TO THE HONORABLE JUDGE DEMARS.  I WAS SWORN IN, AND SIGNED THE
DOCUMENT.  THE JUDGE THEN REVIEWED AND SIGNED THE WARRANT.
===========================================================================
===========================================================================
A COMPLETE COPY OF THESE SEARCH WARRANTS INCLUDING THE RETURN DOCUMENTS
HAVE BEEN IMPOUNDED UNDER THIS SUPPLEMENT.


   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:


   2000 01797849     63                                        Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT             PAGE NUMBER:   3      DR NUMBER: 2000 01797849    63

INVOICES:     2785008

DR ENTERED BY : 4689      DR FINALIZED BY : 4689

END OF REPORT          DR NO: 2000 01797849    063

000009466

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849     64

REPORT DATE: 20001023   TIME: 0851

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE            BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: SALLIE DILLIAN            4689     UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** WITNESS INFORMATION ****

WITNESS -01:
                    NAME: KOEPPEN, STEPHANIE

        RACE: W  SEX: F  AGE:       DOB: 081076  HT: 505      WT: 135
        HAIR: BLN       EYES: BRO    SSN: ▓▓▓▓▓▓
        HOME: 002155 E  LIBERTY LANE            APT/SUITE: 337
            PHOENIX        AZ               ZIP CODE:
        RES.NAME: SAN RIVA APARTMENTS          PHONE: (480)659-2821
        WORK: 002155 E LIBERTY LANE            APT/SUITE:
            PHOENIX        AZ               ZIP CODE:
        BUS.NAME: FAIRFIELD MANAGEMENT COMPANY  PHONE: (480)283-8488 EXT.
        OCCUPATION: LEASING CONSULTANT
        CAN ID SUSPECT(S): YES                 SUSPECT(S): AP1
        WILL TESTIFY: YES                      MISC.

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 101100                    SEARCH WARRANT INVOLVED: NO

0001  PKG 000 CODE:EI   W 01
            ITEM: RVTAPE  BRAND:        MODEL: KOEPPEN, S. COLOR:
        SIZE:          QUANTITY: 0001   SERIAL/ACCT/ID:
        DESCRIPTION: ONE ORIGINAL VIDEO TAPE OF INTERVIEW WITH
        STEPHANIE KOEPPEN WITH DETECTIVE DILLIAN ON 10-11-2000.

0002  PKG 000 CODE:EI   W 01
            ITEM: RATAPE  BRAND:        MODEL: KOEPPEN, S. COLOR:
        SIZE:          QUANTITY: 0002   SERIAL/ACCT/ID:
        DESCRIPTION: TWO ORIGINAL AUDIO TAPES OF INTERVIEW WITH
        STEPHANIE KOEPPEN BY DETECTIVE DILLIAN ON 10-11-2000.

**** NARRATIVE ****

SERIAL NUMBER: 4689

INTERVIEW WITH STEPHANIE KOEPPEN W/F 8-10-76
=======================================================================

2000 01797849    64                              Continued.

000009467

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   2      DR NUMBER: 2000 01797849      64

ON 10-11-2000 AT 1515 HOURS I INTERVIEW STEPHANIE KOEPPEN REGARDING THIS
INVESTIGATION.  THE INTERVIEW TOOK PLACE AT 620 WEST WASHINGTON AND WAS
BOTH AUDIO AND VIDEO TAPE RECORDED.  THE FOLLOWING IS A SUMMARY OF THE
INTERVIEW.  PLEASE REFER TO THE AUDIO AND VIDEO TAPE FOR ADDITIONAL
DETAILS.

DETECTIVE DAVE LUCERO AND I HAD SPOKEN WITH STEPHANIE AND SEVERAL OF HER
COWORKERS/FRIENDS AT THE SAN RIVA APARTMENTS ON 10-09-2000.  SEE DETECTIVE
LUCERO'S SUPPLEMENT FOR DETAILS.  AT OUR REQUEST STEPHANIE AND SEVERAL OF
HER FRIENDS CAME TO 620 WEST WASHINGTON FOR A COMPLETE INTERVIEW.

I BEGAN THE INTERVIEW BY OBTAINING STEPHANIE'S BIOLOGICAL INFORMATION.
STEPHANIE EXPLAINED TO ME THAT SHE WAS A LEASING CONSULTANT FOR THE
FAIRFIELD MANAGEMENT COMPANY AND WORKED AT THE SAN RIVA APARTMENT COMPLEX.
STEPHANIE HAS KNOWN WENDI ANDRIANO FOR ABOUT ONE YEAR.  WENDI HAD COME TO
WORK AS THE MANAGER AT SAN RIVA IN DECEMBER OF 1999.  STEPHANIE SAID THAT
WENDI HAD IMMEDIATELY MOVED INTO THE APARTMENT #132.  WENDI WAS THE TOP
MANAGER AT THE COMPLEX.

STEPHANIE SAID SHORTLY AFTER WENDI ARRIVED SHE AND SOME OF THE OTHER GIRLS
WHO WORKED AT THE COMPLEX BEGAN GOING OUT TOGETHER.  THE BASIC GROUP
CONSISTED OF STEPHANIE, SHANNON, WENDI AND SOMETIMES CHRIS.  MOST OF THE
TIME THEY WOULD GO TO THE TIAJUANNA COUNTRY CLUB AND ROCKING RODEO IN
TEMPE.

STEPHANIE WAS AWARE THAT JOE WAS SICK AND HAD BEEN SINCE BEFORE WENDI AND
JOE HAD MOVED INTO THE COMPLEX.  WENDI DID NOT TALK MUCH ABOUT JOE IN THE
BEGINNING BUT DID TALK MORE AS THE GIRLS STARTED TO GET CLOSE.  I ASKED
WHAT WENDI HAD SAID ABOUT HER RELATIONSHIP WITH JOE.  STEPHANIE SAID, "WE
ACTUALLY UMM WE DIDN'T REALLY DISCUSS HIM THAT MUCH, UMM, YOU KNOW.  I KNOW
SHE WAS VERY FRUSTRATED UMM FOR THE FACT THAT SHE HE WASN'T' BRINGING ANY
INCOME HE WASN'T HELPING OUT WITH KIDS ANYMORE AND JUST THING LIKE THAT
JUST KIND OF YOU KNOW.  BUT WEND'S KIND OF I DON'T KNOW WEND IS VERY YOU
KNOW IF SOMETHING BOTHERED HER YOU WOULD NEVER KNOW IT SHE WAS A VERY
STRONG PERSON AND EVERYTHING SO I MEAN SHE NEVER YOU KNOW BROKE DOWN
CRYING AND SAID YOU KNOW I CAN'T TAKE THIS ANYMORE OR ANYTHING LIKE THAT
BUT SHE HAD YOU KNOW MENTIONED THAT YOU KNOW SHE WAS YOU KNOW HAVING A
HARD TIME YOU KNOW TRYING TO MANAGE THE KIDS, A JOB YOU KNOW BE THE BREAD
WINNER AND EVERYTHING LIKE THAT."

I ASKED HER IF THINGS HAD SEEMED TO BE GETTING WORSE.  STEPHANIE SAID SHE
DID NOT KNOW AND FELT THAT WENDI JUST FELT MORE COMFORTABLE TALKING TO HER
AS THEY BECAME BETTER FRIENDS.  WENDI KNEW THAT JOE HAD STARTED
CHEMOTHERAPY ABOUT THREE MONTHS AGO.

I TOLD STEPHANIE WE WERE AWARE WENDI HAD SEVERAL BOYFRIENDS.  I ASKED WHAT
SHE KNEW ABOUT OTHER RELATIONSHIPS THAT SHE HAD.  STEPHANIE SAID SHE KNEW
OF TWO RELATIONSHIPS THAT WENDI REALLY CARED ABOUT AND THAT WAS RICK
FREELAND AND TRAVIS.  STEPHANIE DID NOT KNOW TRAVIS' LAST NAME.  WENDI
TALKED TO HIM A LOT ON THE TELEPHONE AND PROBABLY HAD SEEN HIM THREE
TIMES.  STEPHANIE DESCRIBED TRAVIS AS A W/M 30, 6' 190 POUND WITH SHORT

2000 01797849    64                                    Continued.

000009468

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   3       DR NUMBER: 2000 01797849     64

BROWN HAIR.  WENDI HAD MET TRAVIS AT ROCKING RODEO.  TRAVIS WORKS FOR A
CONSTRUCTION COMPANY BUT SHE DID NOT KNOW WHICH ONE.  STEPHANIE THOUGHT
SHE MAY HAVE TRAVIS' TELEPHONE NUMBER AT HER APARTMENT.  STEPHANIE SAID
WENDI HAD MET TRAVIS ABOUT A MONTH AGO AND WAS INTERESTED IN HIM.

STEPHANIE SAID THAT WENDI WOULD ALWAYS GO HOME TO JOE AND HAD TO BE HOME
BY MIDNIGHT.  I ASKED HOW OFTEN THEY HAD GONE OUT AND STEPHANIE SAID,
"RECENTLY IT'S BEEN MORE OFTEN."  SHE SAID THEY USE TO GO OUT ONCE A WEEK
ON TUESDAY NIGHT TO TCC'S.  BUT THAT OCCASIONALLY IT HAD BEEN TWO AND AS
MANY AS THREE TIMES A WEEK.  THEY WENT OUT ON SPECIAL OCCASIONS.  I ASKED
IF JOE EVER CAME OUT WITH THEM.  STEPHANIE SAID HE DID BEFORE HE STARTED
CHEMO BUT THAT AFTER CHEMO HE COULD NOT DRINK OR ANYTHING LIKE THAT SO HE
NEVER CAME OUT WITH THEM ANYMORE.  STEPHANIE SAID JOE STARTED SPENDING A
LOT OF TIME AT THE LAKE WHICH WAS WHAT HE LIKED TO DO.  SPENDING TIME WITH
HIS FRIEND AND WOULD BE GONE FOR THE WEEKEND AND THAT "HE WAS DOING HIS
OWN THING AS WELL SO."

I ASKED IF WENDI EVER SPOKE ABOUT HER RELATIONSHIP WITH JOE.  STEPHANIE
KNEW THAT WENDI WAS FRUSTRATED.  SHE SAID WENDI NEVER SAID ANYTHING BAD
ABOUT JOE BUT SHE KNEW WENDI WAS NOT HAPPY WITH WHAT WAS GOING.  WENDI DID
NOT LIKE HAVING ALL THE STRESS IN HER LIFE. STEPHANIE WAS SURPRISED ABOUT
WHAT HAD HAPPENED TO JOE AND THAT WENDI WAS INVOLVED IN HIS DEATH.
STEPHANIE NEVER HEARD WENDI SAY ANYTHING HATEFUL OR MEAN ABOUT JOE.

I ASKED STEPHANIE HOW MANY TIMES SHE HAD BEEN OVER TO JOE AND WENDI'S.
STEPHANIE SAID FIVE OR SIX TIME.  I ASKED IF SHE HAD EVER SEEN ANY FIGHTS
BETWEEN JOE AND WENDI.  STEPHANIE ONLY KNEW WHAT WENDI HAD TOLD HER.
WENDI TOLD STEPHANIE THAT JOE HAD BUSTED THE FURNITURE IN THE BEDROOM WHEN
HE HAD GOTTEN IN A "TIZZY" WHEN WENDI HAD BEEN OUT TOO LATE.

STEPHANIE DID RECOUNT ON THE EVENING OF AUGUST 26/27, 2000 ALL OF THE
GIRLS HAD GONE OUT TO CELEBRATE WENDI'S BIRTHDAY.  THEY HAD RENTED A LIMO
AND HAD GOTTEN HOME 15 MINUTES LATE.  JOE WAS STANDING OUT FRONT OF THE
COMMUNITY AND HE GRABBED WENDI'S CELL PHONE AND BUSTED IT ON THE SIDEWALK.

STEPHANIE DID NOT KNOW ABOUT ANY PHYSICAL ALTERCATIONS BETWEEN THE TWO OF
THEM.  STEPHANIE HAS SEEN JOE UPSET AND YELLING BUT THAT HE NEVER EVEN SAW
JOE GRAB WENDI BY THE ARM.

I ASKED IF SHE EVER SAW ANY EMOTIONAL EXCHANGE BETWEEN WENDI AND JOE, IE.
HOLDING HANDS OR KISSING.  STEPHANIE SO NO SHE HAD NOT.  STEPHANIE
ATTRIBUTED IT TO THE FACT, "I GUESS AFTER YOU'RE MARRIED A WHILE ANYWAY
THAT DOESN'T HAPPEN ANYMORE."  SHE NEVER SAW WENDI KISS JOE OR SAY I LOVE
YOU WHEN SHE GOT OFF THE TELEPHONE WITH HIM.

I CONFIRMED THAT STEPHANIE DID NOT GO OVER TO WENDI'S HOUSE THE NIGHT THIS
HAPPENED.  I ASKED HER WHEN SHE FOUND OUT.  STEPHANIE SAID SHANNON CALLED
HER SUNDAY MORNING AROUND 0900, AND TOLD HER THAT JOE WAS DEAD.  SHANNON
TOLD HER WENDI'S DAD HAD CALLED HER AND HE HAD SAID "SOMETHING HAD
HAPPENED TO JOE AND SOMETHING ABOUT SELF DEFENSE."

  2000 01797849    64                                      Continued.

000009469

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   4       DR NUMBER: 2000 01797849      64

I ASKED STEPHANIE WHEN SHE FIRST HEARD THAT THERE HAD BEEN SOME
UNAUTHORIZED E-MAIL USE.  STEPHANIE SAID WENDI SPENT A LOT OF TIME ON THE
INTERNET, OFTEN TIME RESEARCHING ABOUT JOE'S CANCER.

I ASKED HOW THE ISSUE OF THE POISON CAME UP.  STEPHANIE SAID ALL OF THE
PEOPLE AT THE COMPLEX SAT DOWN AND THEY STARTED PUTTING LITTLE PIECES
TOGETHER.  WHEN THEY MENTIONED THE PACKAGE AND HER USE OF THE COMPUTER AND
SOME OTHER THINGS THEY GOT WORRIED.

STEPHANIE SAID CHRIS TOLD EVERYONE THEY NEEDED TO TELL THE POLICE WHAT
THEY KNEW.

I ASKED STEPHANIE WHAT SHE KNEW ABOUT THE PACKAGE.  STEPHANIE SAID IT "WAS
SO SECRETIVE IT WAS WEIRD THAT SHE WOULD FAKE A BUSINESS LICENSE AND THEN
IT CAME FROM SHANNON THAT ERIC SAID AND I THINK HE'S COMING DOWN HERE
TOMORROW THAT WHATEVER WAS IN THERE HE SAID SOMETHING OR OTHER AND IT
SOUNDED STRANGE YOU KNOW LIKE A CHEMICAL OR SOMETHING. BUT ALL I KNOW IS
WHERE IT WAS SENT AND NEVER YOU KNOW TOLD US WHAT WAS IN IT SO I DON'T
KNOW.  I JUST THOUGHT IT WAS KIND A WEIRD BUT."

I ASKED IF WENDI HAD TOLD HER ABOUT FAKING A BUSINESS LICENSE TO GET THIS.
STEPHANIE NODDED YES AND SAID "UMM HUH."  I CONFIRMED THAT WENDI DID NOT
TELL HER WHAT IT WAS.

STEPHANIE SAID WENDI TOOK SOMEONE ELSE'S BUSINESS LICENSE, TAPED OVER
DIFFERENT INFORMATION, COPIED IT AND FAXED IT TO THIS PLACE AND THEY
BOUGHT IT.

I ASKED WHAT ADDRESS SHE USED.  STEPHANIE SAID WENDI JUST MADE UP AN
ADDRESS BECAUSE SHE FIGURED SHE COULD GET THE PACKAGE TO COME TO A
DIFFERENT LOCATION.  THE COMPANY THEN TOLD HER THEY WOULD ONLY SEND THE
PACKAGE TO THE BUSINESS ADDRESS.  STEPHANIE SAID "SHE TOOK COPPER STATE
GLASSES ADDRESS AND JUST FUDGED THE NUMBERS AND HAD IT SENT TO THERE."
WENDI SAID SHE DROVE BY TO SEE IF IT WAS AN ADDRESS AND SAID SHE WOULD
OFFER THEM A HUNDRED BUCKS TO SIGN FOR IT OR SOMETHING.  WENDI FOUND THAT
IT WAS NOT A VALID ADDRESS AND SHE WENT TO THE BUSINESS NEXT DOOR AND
ASKED THEM TO SIGN FOR THE PACKAGE AND THEY TOLD HER "SURE, NO PROBLEM."
WENDI THEN CAME BACK AND CALLED AIRBORNE EXPRESS AND SAID THAT HER
BUSINESS WAS GOING TO BE CLOSED AND ASKED THEM TO DELIVER IT TO THE
BUSINESS NEXT DOOR AND THEY AGREED.

I ASKED WHAT NAME SHE USED ON THE LICENSE AND STEPHANIE SAID IT WAS "WYND
STAR INCORPORATED."  I ASKED WHAT PERSONAL NAME SHE USED AND STEPHANIE
SAID, "UMM I DIDN'T LOOK AT IT CLOSELY I WOULD ASSUMING, I, THAT IT SAID
WENDI ANDRIANO BUT I'M I COULDN'T SAY FOR CERTAIN CUZ I DIDN'T LOOK AT IT
THAT CLOSE.  I WAS JUST LIKE, OKAY, YOU KNOW, YOU GOOF BALL. I'M LIKE YOU
NEVER CEASE TO AMAZE ME, BUT YOU KNOW, SO I DIDN'T LOOK AT IT THAT
CLOSELY."

I ASKED STEPHANIE IF SHE MADE THE ARRANGEMENTS FOR THE PACKAGE AND

2000 01797849      64                                        Continued.

000009470

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   5      DR NUMBER: 2000 01797849    64

STEPHANIE SAID NO THAT WENDI HAD.  I ASKED WHEN THE PACKAGE HAD BEEN
DELIVERED AND STEPHANIE SAID, "EITHER THIS THURSDAY OR FRIDAY THAT SHE
PICKED IT UP.  SO IT'S VERY RECENT.  SHE CONFIRMED THAT THIS WOULD BE
THREE DAYS BEFORE JOE HAD DIED.

STEPHANIE SAID WENDI WAS IN THE OFFICE AND SHE HAD THE PACKAGE WITH HER
FRIDAY AFTERNOON.  WENDI HAD HER MAKEUP SITTING ON TOP OF IT AND STEPHANIE
HAD ASKED HER WHAT WAS IN THE PACKAGE AND WENDI HAD SAID, "OH LIKE NEVER
MIND."  STEPHANIE SAID WENDI TOLD CHRIS THAT THE PACKAGE WAS A PRESENT FOR
A FRIEND.

I ASKED IF SHE HAD PAID THE PEOPLE WHO SIGNED FOR THE PACKAGE AND WENDI
SAID THAT SHE DIDN'T HAVE TO.

I ASKED IF WENDI EVER SAID THAT SHE WISHED THAT JOE WOULD DIE.  STEPHANIE
SAID WENDI DID NOT.  STEPHANIE SAID THEY DID HAVE TALKS ABOUT JOE DYING AND
WHAT WENDI WAS GOING TO DO.  " WENDI DID EXPRESS SOME CONCERN BUT SHE HAD
EXPRESSED SOME RELIEF TOO THAT, YOU KNOW, I MEAN.  I THINK A LOT OF TIMES
SHE EXPRESSED THAT SHE WAS WORRIED THAT SHE WAS GOING TO BE FORTY AND HE
WAS GOING TO DIE AND SHE WAS GOING TO BE ALONE WITH TWO KIDS AND THINGS
LIKE THAT AND SO I MEAN SHE NEVER REALLY EXPRESSED THAT SHE WANTED HIM TO
DIE, YOU KNOW, SO."

I ASKED IF WENDI EVER HAD SAID WHEN JOE WAS GOING TO DIE AND IF SHE WAS
SURE JOE WAS GOING TO DIE.  STEPHANIE SAID, "THE DOCTORS WERE CERTAIN SO I
MEAN SHE KNEW THAT HE WAS GONNA YOU KNOW PASS"  I ASKED IF WENDI EVER SAID
WHEN JOE WAS GOING TO DIE.  STEPHANIE SAID SHE WAS NOT SURE.  THEY WERE
GOING TO GO IN AND CHECK TO SEE IF THE CHEMO HAD DONE ANY GOOD AND IF NOT
THEY WERE GOING TO TAKE HIM OFF OF THE CHEMO.  STEPHANIE SAID, "BUT LIKE
FOUR YEARS AGO WHEN HE HAD BEEN DIAGNOSED WITH THEM, THEY HAD GIVEN HIM
LIKE SIX MONTHS.  SO THEY JUST KEEP SAYING SIX MONTH, SIX MONTHS, SIX
MONTHS, SIX MONTHS SO I MEAN SHE YOU KNOW DOESN'T REALLY KNOW, YOU KNOW
AND THEY'VE GONE THROUGH ALL OF THE, HE GET MASSAGES AND ALL THE HERBAL
THERAPY AND STUFF LIKE THAT SO I MEAN I DON'T THINK SHE WAS REAL CERTAIN
AND THE DOCTORS REALLY COULDN'T GIVE THEM AN ANSWER FOR CERTAIN WETHER IT
WAS GOING TO BE SIX MONTH OR TWO YEARS."

STEPHANIE SAID JOE STARTED REALLY LOOKING SICK ONCE HE STARTED THE
CHEMOTHERAPY AND BEFORE THAT YOU WOULD NOT BE ABLE TO TELL HE WAS SICK.

I ASKED IF JOE WAS BALD.  STEPHANIE TOLD ME JOE HAD SHAVED HIS HEAD
BECAUSE HE WAS LOOSING HIS HAIR BECAUSE OF THE CHEMOTHERAPY.

I ASKED IF WENDI EVER SAID ANYTHING ABOUT POISONING HER HUSBAND.
STEPHANIE SAID, "NO NOT EVER."

STEPHANIE KNEW THAT WENDI HAD TWO BOYFRIENDS THAT SHE WOULD CALL SERIOUS.
STEPHANIE SAID WENDI WAS WITH RICK FOR SEVERAL MONTHS AND THAT HE HAD
BROKEN OFF THE RELATIONSHIP.  STEPHANIE SAID RICK REALLY LIKED WENDI WHEN
HE FIRST MET HER AND THEN WHEN HE FOUND OUT ABOUT THE WHOLE SITUATION

2000 01797849    64                                      Continued.

000009471

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   6      DR NUMBER: 2000 01797849      64

ABOUT HER BEING MARRIED AND THE KIDS AND HIM BEING SICK AND EVERYTHING
THAT RICK DID NOT FEEL RIGHT ABOUT THE RELATIONSHIP. I ASKED HOW WENDI HAD
RESPONDED TO THAT.  STEPHANIE SAID WENDI TRIED TO HANG ON TO THE
RELATIONSHIP BUT THAT RICK REJECTED HER.

I ASKED HOW MANY STORAGE SHEDS WENDI HAD.  STEPHANIE THOUGHT THAT SHE HAD
TWO NOW BUT AT ONE POINT HAD HAD THREE.  I ASKED IF ALL OF WENDI'S
BUSINESS DEALING WERE ABOVE BOARD.  STEPHANIE ONLY KNEW ABOUT A FRIEND OF
HERS WHO LIVED IN 229 WHO DID NOT PAY RENT AND HE WAS HAVING TO MOVE OUT.
WENDI HAD ACCESS TO THE COMPUTERS AND COULD DO WHATEVER SHE WANTED.   SHE
KNEW WENDI HAD GIVE PEOPLE CONCESSIONS AND FREE RENT OR WAIVING THE LATE
FEES.    STEPHANIE DESCRIBED WENDI AS "VERY EASY GOING LIKE THAT IN HER
BUSINESS...AND THAT WAS ONE REASON WHY EVERYONE LOVED WENDI SO MUCH
BECAUSE SHE WAS VERY UNDERSTANDING TO OTHER PEOPLES PROBLEMS AND YOU KNOW,
THING LIKE THAT, AND THAT'S WHY EVERYONE, YOU KNOW, LIKED WENDI."

STEPHANIE SAID SHE WONDERED ABOUT SOMETHING STRANGE  BECAUSE "WENDI ALWAYS
SEEMED TO KISS HIS BUTT ALL THE TIME.  LIKE ANYTHING HE SAID 'OH DO YOU
NEED THIS OR DO YOU NEED THAT?' IT WAS JUST KIND A WEIRD LIKE IN A WAY SHE
WAS AFRAID OF HIM OR WHAT NOT.  AGAIN I'M NOT AWARE OF HER PERSONAL
SITUATION THERE.  BUT SHE ALMOST SEEMED LIKE SHE WAS CUZ WENDI NOT,
WENDI'S JUST LIKE KIND OF A WHATEVER YOU KNOW, TYPE OF PERSON."  STEPHANIE
SAID THAT IT ALWAYS SEEMED WENDI WAS TRYING TO PLEASE JOE.

I ASKED WHAT TYPE OF PURSE WENDI CARRIED AND SHE DESCRIBED A SMALL BROWN
PURSE WITH HANDLES.  STEPHANIE SAID MOST OF THE TIME THAT THEY WENT OUT
THAT WENDI MADE OTHER PEOPLE CARRY HER STUFF AND DOESN'T CARRY A PURSE
VERY OFTEN.  I ASKED STEPHANIE IF SHE KNEW WHERE WENDI'S PURSE WAS AND SHE
TOLD ME NO.

STEPHANIE THEN TOLD ME THAT TRAVIS DID NOT KNOW THAT WENDI WAS MARRIED.  I
ASKED IF WENDI WORE HER WEDDING RING WHEN THEY WENT OUT.  STEPHANIE TOLD
ME SHE WOULD PUT HER RING ON HER OTHER HAND.  STEPHANIE SAID THAT THE
TUESDAY BEFORE JOE DIED HE HAD BEEN UPSET BECAUSE HE DID NOT THINK SHE HAD
HER RING ON WHEN SHE HAD GONE OUT FOR HER BIRTHDAY.  I ASKED WHO PAID FOR
THE LIMO AND STEPHANIE SAID WENDI'S FATHER HAD.

I ASKED IF WENDI HAD CONTACTED HER SINCE THIS HAPPENED.  STEPHANIE TOLD ME
SHE HAD NOT.  I ASKED IF SHE HAD ANY PROPERTY OR MONEY THAT WENDI HAD
ASKED HER TO HOLD AND SHE TOLD ME NO.

THE INTERVIEW ENDED AT 1607 HOURS.

THE ORIGINAL 1-AUDIO AND 2-VIDEO TAPES WILL BE IMPOUNDED UNDER THIS
REPORT.  A COPY OF THE TAPES WAS GIVEN TO DETECTIVE LUCERO.

2000 01797849      64                                          Continued.

000009472

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   7      DR NUMBER: 2000 01797849      64

VICTIM RECEIVED RIGHTS INFORMATION:   NO            MAIL-IN SUPPLEMENT:

INVOICES:      2789397

DR ENTERED BY : 4689     DR FINALIZED BY : 4689

END OF REPORT          DR NO: 2000 01797849    064

000009473

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849     65

REPORT DATE: 20001023   TIME: 0853

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: SALLIE DILLIAN              4689      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****
SERIAL NUMBER: 4689

ON 12-13-2000 I SPOKE TO SHANNON SWEENEY, ON THE TELEPHONE.  SHANNON TOLD
ME SEVERAL THINGS.  SHANNON SAID ON 10-12-00 SHE HAD RECEIVED A TELEPHONE
CALL FROM CYNTHIA EDWARDS WHO SAID SHE WAS A FRIEND OF WENDI'S.  CYNTHIA
SAID SHE WANTED TO TALK TO SHANNON ABOUT WENDI'S CASE.  CYNTHIA ASKED HER
TO PLEASE NOT TELL ANYONE SHE HAD CALLED HER AND THAT SHE (CYNTHIA) WANTED
TO KEEP HER INVOLVEMENT VERY PRIVATE.  I TOLD SHANNON I WOULD TELL
DETECTIVE LUCERO ABOUT THE TELEPHONE CALL.  I EXPLAINED THAT SHE WAS FREE
TO SPEAK TO CYNTHIA AND IT WAS HER DECISION.

SHANNON TOLD ME THAT SHE HAD REMEMBERED WENDI ASKING HER TO GO ONTO THE
INTERNET AND FIND OUT HOW TO CONVERT POUNDS TO KILOGRAMS.  WENDI TOLD
SHANNON THE HERBOLOGIST AT ADAM PINK'S SALON HAD GIVEN HER SOMETHING FOR
JOE TO HELP WITH THE SIDE EFFECTS OF THE CHEMOTHERAPY.  WENDI SAID SHE
NEEDED TO GIVE JOE ONE PILL FOR EVERY 10 KILOGRAMS HE WEIGHED.  SHANNON
SAID SHE WENT TO YAHOO AS SEARCH ENGINE, TYPED IN CONVERSIONS, AND GOT THE
NECESSARY INFORMATION.  SHANNON PRINTED A COPY AND GAVE IT TO WENDI.
SHANNON SAID SHE HAD USED THE COMPUTER AT THE OFFICE TO OBTAIN THIS
INFORMATION.

VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4689    DR FINALIZED BY : 4689

                              END OF REPORT       DR NO: 2000 01797849   065

000009474

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  1       DR NUMBER: 2000 01797849    66

REPORT DATE: 20001023   TIME: 1009

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: MARK FIGUEROA              6932    UNIT: 44F

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 6932

ON 10-10-00 AT APPROXIMATELY 1645 HOURS, WHILE RIDING AS A SINGLE MAN UNIT
IN A FULLY MARKED PATROL CAR IN THE CITY OF PHOENIX LIMITS, I WAS
DISPATCHED TO 2155 EAST LIBERTY LANE, APARTMENT #132, THE SAN RIVA
APARTMENTS TO SEE DAY SHIFT UNITS AND TO RELIEVE THEM OF THEIR DUTIES.  I
WAS TO STAND BY APARTMENT #132 AND AWAIT THE ARRIVAL OF HOMICIDE
DETECTIVES.

AT 1650 HOURS, I ENTERED APARTMENT #132 AND STOOD AT THE FRONT DOORWAY OF
THE APARTMENT TO MAKE SURE THAT NO ONE ENTERED THE APARTMENT WITHOUT
PROPER IDENTIFICATION PER HOMICIDE DETECTIVES.

AT APPROXIMATELY 1954 HOURS, I HELPED HOMICIDE DETECTIVES SERVE A SEARCH
WARRANT ON APARTMENT #382 WHERE I STOOD BY TO MAKE SURE THE OCCUPANTS OF
THE LISTED APARTMENT DID NOT ENTER WHILE HOMICIDE DETECTIVES CONDUCTED THE
SEARCH WARRANT INVESTIGATION.

AT APPROXIMATELY 2030 HOURS, I WENT BACK TO APARTMENT #132 OF THE SAN RIVA
APARTMENTS AND STOOD BY THE FRONT ENTRY WAY UNTIL HOMICIDE DETECTIVES WERE
DONE WITH THEIR INVESTIGATION.

AT APPROXIMATELY 0045 HOURS, I ASSISTED HOMICIDE DETECTIVES IN LOADING MY
PATROL CAR WITH THE EVIDENCE FROM THE APARTMENT AND TRANSPORTED ALL THE
EVIDENCE TO 620 WEST WASHINGTON WHERE I ASSISTED DETECTIVES IN PLACING THE
EVIDENCE IN THE DRYING ROOM LOCATED IN THE BASEMENT OF POLICE
HEADQUARTERS, 620 WEST WASHINGTON.

MONDAY, OCTOBER 23, 2000   1014   GIB   A2606MARIA

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : A2606    DR FINALIZED BY : 4107

END OF REPORT          DR NO: 2000 01797849    066

000009475

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849     67

REPORT DATE: 20001011    TIME: 1104

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: ELIZABETH CIOTO          A3143     UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: A3143

ORIGINATING DR: 200001797849 018  LIMS: 00-21123 Report 11

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

-- RESULTS OF SCIENTIFIC ANALYSIS --

SECTION : Serology Screening    ANALYST: Elizabeth Cioto(A3143)

A portion of the blood in the tube marked "Andriano, Joseph" (item
2778214-0001)  was preserved and retained in laboratory freezer storage.


Evidence Disposition:

At the conclusion of analysis, item 2778214-0001 was released to the
Property Management Bureau.

At the conclusion of analysis, item 2778214-0001.1 was retained in the
laboratory section.


VICTIM RECEIVED RIGHTS INFORMATION:  NO         MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : DRLAB    DR FINALIZED BY : DRLAB

END OF REPORT        DR NO: 2000 01797849    067

000009476

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849      68

REPORT DATE: 20001024   TIME: 0634

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: CLIFTON JEWELL              3526       UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 3526

PERSON INTERVIEWED:            YOST, JAMES WADE
                              W/M, 30 YEARS, 07-22-70
                              6'4", 240 LBS., BLU/BLN,
                              18330 N. 79TH AVE. #2152
                              GLENDALE, AZ. 85308
                              CELL: 602-628-6768
                              EMPLOYED AS THE MANAGER FOR
                              AVENTURA APARTMENTS
                              10350 W. MCDOWELL RD.
                              OFFICE:  623-536-6888
                              FORMERLY WAS AN ASSISTANT
                              MANAGER UNDER WENDI ANDRIANO

DATE/TIME OF INTERVIEW:        10-12-00, 1337 HRS.
LOCATION OF INTERVIEW:         HOMICIDE UNIT, 620 W. WASHINGTON ST

===============================================================================

ON 10-12-00 AT 1337 HRS., I CONDUCTED AN AUDIO AND VIDEO RECORDED
INTERVIEW WITH JAMES YOST, WHO GOES BY JIMMY.  I INTRODUCED MYSELF AND
OBTAINED PERSONAL HISTORY INFORMATION FROM JIMMY.  THE FOLLOWING IS A
SUMMARY OF THIS INTERVIEW.

I ASKED JIMMY WHY HE WANTED TO TALK TO US REGARDING THE ANDRIANO HOMICIDE.
JIMMY SAID HE WAS OUT OF TOWN WHEN HE RECIEVED A PHONE CALL FROM ONE OF
THE WORKERS (SHANNON) FROM SAN RIVA APARTMENTS.  JIMMY SAID HE HAS
EXPECTED TO GET A CALL AND THAT HE HAS KNOWN WENDI AND JOE ANDRIANO SINCE
THE APARTMENTS OPENED AND WENDI CAME THERE TO BECOME THE MANAGER.  JIMMY
SAID HE LIKED WENDI VERY MUCH AND THEY CONFIDED IN EACH OTHER ABOUT
PERSONAL PROBLEMS.  HE KNEW OF JOE'S DECLINING HEALTH AND WHEN HE GOT THE
CALL HE KNEW THAT JOE HAD PASSED AWAY.  THE CALL CAME IN AROUND NOON ON
10-08-00.  SHANNON TOLD JIMMY THAT JOE WAS DEAD AND WENDI HAD BEEN
ARRESTED FOR MURDER.  THE CELL PHONE WENT DEAD AND JIMMY HAD TO DRIVE
CLOSER TO PHOENIX BEFORE HE WAS ABLE TO GET SHANNON BACK ON THE PHONE.
SHANNON THEN TOLD JIMMY THAT APPARENTLY JOE HAD FOUND OUT THAT WENDI HAD
BEEN CHEATING ON HIM AND JOE GRABBED WENDI AROUND THE THROAT.  WENDI THEN
HIT JOE ON THE HEAD.  WENDI HAD TOLD SHANNON THAT "IT WAS SELF DEFENSE".

2000 01797849    68                                    Continued.

000009477

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849      68

JIMMY WENT HOME AND BEGAN TO CALL AROUND TO THE POLICE AND JAIL TO SEE IF
WENDI NEEDED BAIL OR IF HE COULD TALK TO HER.  JIMMY WAS TOLD THERE WOULD
BE A 24-48 HOUR PROCESSING BEFORE SHE COULD HAVE VISITORS.  JIMMY SAID AN
ASSISTANT OF HIS NAMED DOUG CALLED HIM AND SAID THAT HE (DOUG) HAD HEARD
THROUGH THE "GRAPEVINE" THAT WENDI WAS POISONED.  JIMMY SAID HE HEARD THAT
JOE WAS HIT IN THE HEAD.

JIMMY SAID THAT HE IS UNDERGOING THERAPY AND HE WENT TO HIS REGULAR
THERAPY APPOINTMENT.  THEY TALKED ABOUT THIS SITUATION.  JIMMY LEFT THE
THERAPY APPOINTMENT AND ON HIS WAY HOME HE GOT A CELL PHONE CALL FROM HIS
REGIONAL MANAGER JANICE.  JANICE WAS THE PERSON WHO TOLD JIMMY TO COME
TALK WITH THE THE POLICE.  JANICE TOLD JIMMY TO COME TO SAN RIVA AS A
CRISIS COUNSELLOR WAS GOING TO TALK WITH EVERYONE.  JIMMY SAID HE WENT TO
THE MEETING AND GOT THE "WHOLE STORY" FROM CHRIS.  JIMMY SAID THAT WAS THE
FIRST HE HAD HEARD OF THE KNIFE AND STABBING OF JOE.  CHRIS TOLD THE GROUP
THAT WENDI HAD CALLED HER (CHRIS) AROUND TWO IN THE MORNING AND SAID SHE
HAD TO TAKE JOE TO THE HOSPITAL AND SHE (WENDI) WANTED CRIS TO COME OVER
AND WATCH THE KIDS.  JIMMY SAID THAT WAS NOT UNUSUAL SINCE WENDI TOOK JOE
TO THE HOSPITAL BEFORE.  I ASKED JIMMY IF HE KNEW WHETHER OR NOT WENDI
ACTUALLY TOOK JOE TO THE HOSPITAL ON THOSE OCCASIONS.  JIMMY SAID THAT HE
CONSIDERED WENDI HIS BEST FRIEND AND HE ASSUMED SHE DID AND THAT SHE WOULD
NOT LIE TO HIM.  WENDI HAD CONFIDED TO JIMMY ABOUT JOE'S CANCER WHICH
HAPPENED TO BE THE SAME RARE FORM OF CANCER HIS GRANDMOTHER DIED OF.
SINCE THEY HAD THIS IN COMMON THEY BECAME CLOSE FRIENDS.  CRIS CONTINUED
SAYING THAT WENDI CALLED HER BACK IN FIVE MINUTES TO ASK IF SHE (CHRIS)
WAS COMING YET.  JIMMIE SAID IT IS IMPOSSIBLE FOR CHRIS TO GET TO WENDI'S
IN THAT SHORT A TIME.  CHRIS SAID SHE RUSHED DOWN TO WENDI'S AND WENDI WAS
IN THE BREEZEWAY OUTSIDE THE APARTMENT.  CHRIS SAID WENDI TOLD HER THAT
"SHE DIDN'T WANT JOE TO KNOW SHE (WENDI) HADN'T CALLED 911 YET."  CHRIS
SAID THAT WHEN SHE WENT INTO THE APARTMENT JOE WAS ON THE FLOOR IN FRONT
OF THE COUCH IN THE FETAL POSITION.  CHRIS WENT OVER TO JOE AND TOLD WENDI
TO CALL 911.  WENDI WENT INTO THE BACK BEDROOM AND CHRIS BEGAN TO TALK TO
JOE.  JOE SAID TO CHRIS "I NEED HELP!"  CHRIS TOLD JOE THEY (FIRE) WERE
COMING AND JOE SAID WORDS TO THE EFFECT OF "WHY IS IT TAKING 45 F-ING
MINUTES?"  CHRIS THEN WENT INTO THE BEDROOM AND THEN BACK INTO THE
LIVINGROOM WITH WENDI.  WENDI BEGAN DEMANDING THAT THEY GET JOE INTO THE
CAR.  CHRIS ARGUED WITH WENDI TELLING HER THAT THEY WERE WAITING FOR 911.
WENDI THEN TOLD CHRIS THAT 911 TOLD WENDI TO TAKE JOE TO THE HOSPITAL IF
THEY COULD DO IT QUICKER THAN TO WAIT.  CHRIS THEN WENT OUTSIDE TO WAIT
FOR THE PARAMEDICS.  WHEN SHE WENT BACK TO THE DOOR, WENDI WOULD NOT
ANSWER IT OR ACKNOWLEDGE THEY WERE THERE.  THE PARAMEDICS LEFT AND CHRIS
ENT HOME.  CHRIS SAID WENDI CALLED HER BACK A FEW MINUTES LATER AND SAID
THAT SHE (WENDI) HAD LIED AND SHE NEEDED CHRIS BACK THERE.  CHRIS ASKED
WHAT WAS WRONG AND WENDI TOLD HER THAT SHE (WENDI) HAD COME HOME AND JOE
HAD FOUND OUT THAT WENDI HAD BEEN CHEATING ON HIM.  WENDI TOLD CHRIS THAT
JOE GRABBED HER BY THE THROAT AND SHE HIT JOE OVER THE HEAD WITH A BAR
STOOL.  CHRIS TOLD WENDI TO CALL 911 AND WENDI SAID SHE WANTED TO WAIT TIL
HER FATHER GOT THERE.  CHRIS WENT BACK TO THE APARTMENT AND CHRIS THEN
CHANGED HER MIND AND THREW CHRIS' PURSE INTO THE BREEZEWAY AND TOLD HER TO
LEAVE.  THE PARAMEDICS RETURNED AND WENDI REFUSED TO OPEN THE DOOR.  THE
PARAMEDICS WERE THEN TOLD BY THE DISPATCHER THAT WENDI WAS ON THE PHONE

2000 01797849    68                                    Continued.

000009478

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   3          DR NUMBER: 2000 01797849     68

AND WOULD MEET THEM OUTSIDE.  WENDI CAME TOWARDS THEM FROM THE HALLWAY,
NOT VIA THE FRONT DOOR.  CHRIS SAID WENDI'S HAIR WAS WET AND SHE WAS
WEARING DIFFERENT CLOTHES.  WENDI TOLD THE PARAMEDICS THAT SHE WAS GOING
TO HANDLE THIS.  THE PARAMEDICS ASKED IF THERE WAS A "DO NOT RESCUSITATE
ORDER" AND WENDI SAID THERE WAS.  JIMMY SAID THIS SUPRISED HIM BECAUSE HE
KNEW JOE WELL AND JOE WOULD NOT HAVE SUCH AN ORDER.  JIMMY SAID JOE HAD A
DIFFERENT WAY OF DEALING WITH HIS CANCER.  JOE DIDN'T WANT TO BE THE
CANCER PATIENT, HE WANTED TO BE "NORMAL".  ULTIMATELY, THE PARAMEDICS AND
CHRIS LEFT AGAIN.

DURING THE THERAPY THE COUNSELLOR ASKED IF ANYONE KNEW OF ANY DOMESTIC
VIOLENCE IN THE PAST AND EVERYONE SAID NO.  JIMMY SAID HE WAS SHOCKED AT
THE QUESTION BECAUSE WENDI HAD NEVER MENTIONED ANYTHING LIKE THAT.  JIMMY
WAS ASKED IF HER KNEW ANYTHING ELSE AND JIMMY SAID HE TOLD THE THERAPIST
THAT HE NEEDED TO TAKE TO HIS BOSS, JANICE, IN PRIVATE RATHER THAN IN
FRONT OF EVERYONE.  THEY CONTINUED THE THERAPY AND THE TOPIC OF LIFE
INSURANCE CAME UP AND JIMMY SAID THAT'S WHY HE IS HERE TALKING NOW.
EVERYONE WAS ASKED IF WENDI HAD LIFE INSURANCE AND EVERYONE SAID NO.
AFTER THE THERAPY WAS OVER EVERYONE LEFT AND JIMMY SAID HE SPOKE WITH
JANICE ABOUT WENDI CONFIDING IN HIM ABOUT THEIR DOMESTIC PROBLEMS.  JIMMY
SAID THAT HE WAS HAVING A CONVERSATION WITH WENDI, SOMETIME AGO, AND HE
ASKED WENDI IF JOE HAD EVER PHYSICALLY HIT HER.  WENDI TOLD JIMMY THAT JOE
HAD NEVER PHYSICALLY HARMED HER, BUT, HAS GOTTEN MAD AND ON ONE OCCAISION
JOE THREW A TABLE AT HER.  THERE WAS ALSO A BEDROOM ISSUE WHERE WENDI TOLD
JIMMIE SHE CAME HOME ONE NIGHT AND JOE HAD BROKEN ALL THE BEDROOM
FURNITURE.  WENDI HANDLED IT AND ALWAYS EXPLAINED THINGS WITH A SMILE ON
HER FACE.

ON 10-05-00 JIMMY SAID HE CALLED WENDI BECAUSE HE NEEDED A PHONE NUMBER.
HE ASKED WENDI HOW THINGS WERE GOING AND WENDI REPLIED SOMETHING LIKE
"WELL MY HUSBAND'S PYSCHO" OR "CRAZY".  JIMMY SAID WENDI WAS SEEING OTHER
PEOPLE AND WAS HAVING A SEXUAL RELATIONSHIP WITH AT LEAST ONE PERSON NAMED
RICK FREELAND.  THERE WAS SPECULATION ABOUT ANOTHER GUY BUT THERE WASN'T A
RELATIONSHIP THERE.  I ASKED JIMMY IF THERE WERE ANY RUMORS GOING AROUND
THAT HE AND WENDI WERE HAVING A RELATIONSHIP.  JIMMY SAID THERE WAS NO
PHYSICAL RELATIONSHIP BETWEEN HIM AND WENDI.

I ASKED JIMMY IF HE RECALLS THERE EVER BEING A RODENT PROBLEM AT THE SAN
RIVA COMPLEX WHILE HE WORKED THERE.  JIMMY SAID THERE WERE NO PROBLEMS
REPORTED BY ANY TENANTS, NOR DID THE ON SITE EXTERMINATOR REPORT ANY
RODENT PROBLEMS.  THE COMPLEX USES TONY'S PEST CONTROL.

I ASKED JIMMY IF IT WOULD BE POSSIBLE FOR WENDI TO HAVE PEOPLE LIVING IN
AN APARTMENT OFF THE BOOKS.  HE SAID THAT HE WAS AWARE THAT THAT DID OCCUR
WITH RICK FREELAND, THE PERSON WENDI WAS HAVING AN AFFAIR WITH.  THE FACT
THAT RICK WAS LIVING OFF THE BOOKS WAS BROUGHT TO HIS ATTENTION BY THE
MAINTENANCE MAN, JERRY.  JERRY AND WENDI DID NOT GET ALONG.  JERRY IS VERY
METICULOUS AND HAD GONE TO A VACANT APARTMENT TO PREPARE IT FOR RENTAL AND
DISCOVERED THAT RICK WAS LIVING THERE.  I ASKED JIMMY HOW HARD IT WOULD BE
FOR WENDI TO DO THIS AND HE SAID IT WOULD BE AS SIMPLE AS HANDING OVER A
SET OF KEYS AND KEEPING IT FROM THE REST OF THE STAFF.

2000 01797849    68                                           Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:   4       DR NUMBER: 2000 01797849      68

I ASKED JIMMY IF HE KNEW WHAT WENDI'S SALARY WAS AS A MANAGER AND JIMMY
EXPLAINED THAT HE WAS IN A POSITION TO RE-NEGOTIATE HIS SALARY AND HE
ASKED WENDI FOR ADVICE.  WENDI SAID SHE MADE $36,000.00 A YEAR, PLUS
COMMISSIONS AND BONUSES.  JOE HAD NO INCOME AND WAS ALWAYS WITH HIS KIDS.
I ASKED IF THE ANDRIANO'S USED A BABYSITTER AND HE SAID THAT JERRY THE
MAINTENANCE GUY HAS A TEEN AGED DAUGHTER WHO WOULD SOMETIMES BABYSIT THE
KIDS.  THERE WAS ALSO A HISPANIC LADY THAT LIVED IN CASA GRANDE THAT MAY
HAVE WATCHED THE KIDS IN THE PAST.

I ASKED IF IT WOULD BE POSSIBLE FOR A PACKAGE TO BE DELIVERED, OF A
PERSONAL NATURE, TO THE OFFICE.  JIMMY SAID THE STAFF ALL KNEW THE
DELIVERY MEN PERSONALLY AND THEY RECEIVED PACKAGES ALL THE TIME.  I ASKED
IF JIMMY EVER SIGNED FOR A PERSONAL PACKAGE FOR WENDI.  JIMMY SAID HE WAS
AWARE OF THE PACKAGE I WAS REFERRING TO BECAUSE HE HAD BEEN TOLD ABOUT IT
AFTER THE DEATH.  JIMMY DID NOT PERSONALLY SIGN FOR ANY PACKAGES FOR
WENDI.

I THEN ASKED JIMMY WHAT HE KNOWS ABOUT LIFE INSURANCE.  JIMMY SAID HE AND
WENDI WERE IN THE OFFICE ABOUT 4 MONTHS AGO AND THEY WERE DISCUSSING THE
MALPRACTICE SUIT THAT WAS PENDING FOR JOE'S MISSED DIAGNOSIS FOR CANCER.
AS FAR AS JIMMY KNOWS THE CANCER STARTED ABOUT 3 YEARS AGO.  JIMMY ASKED
WHEN THE LAWSUIT WAS GOING TO HAPPEN.  WENDI TOLD JIMMY IF THE LAWSUIT IS
SETTLED NOW THEY WOULD GET A CERTAIN AMOUNT OF MONEY, BUT, IF JOE WAS DEAD

THE LAWSUIT WOULD BE WORTH MORE MONEY.  THE CONVERSATION THEN TURNED TO
LIFE INSURANCE.  WENDI ASKED IF JIMMY KNEW ANYTHING ABOUT LIFE INSURANCE
AND WHETHER OR NOT A PHYSICAL WOULD BE REQUIRED.  JIMMY WAS TAKEN ABACK
AND ASKED WHAT SHE NEEDED LIFE INSURANCE FOR WITH THE PENDING LAW SUIT.
WENDI SAID THAT SHE HAD A POLICY ON JOE BUT CANCELLED IT ALONG TIME AGO
DUE TO MONEY PROBLEMS.  JIMMY TOLD WENDI THAT NO COMPANY WOULD INSURE JOE
SINCE HE HAS TERMINAL CANCER.  WENDI MENTIONED THAT IF SOMEONE STOOD IN
FOR, OR POSED AS JOE, THEY WOULD APPROVE IT.  JIMMY TOLD WENDI THAT THE
INSURANCE COMPANY WOULD FIND OUT AND THAT IT WOULD BE FRAUD.  WENDI SAID
THAT THEY WOULDN'T FIND OUT BECAUSE THE CORONER'S REPORT WOULD LIST A
HEART ATTACK AS THE CAUSE OF DEATH.  WENDI ALSO SAID WORDS TO THE EFFECT
THAT WHEN HE (JOE) GOES IT WILL BE A HEART ATTACK.  WENDI INSINUATED THAT
JIMMY COULD TAKE JOE'S PLACE FOR THE PHYSICAL AND WENDI HAD JOE'S DRIVER'S
LICENSE AND WALLET IN HER DESK.  JIMMY AGAIN ASKED WHY SHE NEEDED A LIFE
INSURANCE POLICY WITH THE LAW SUIT PENDING.  WENDI REITERATED THAT JOE IS
WORTH MORE DEAD THAN ALIVE AND THAT AFTER HE DIES HER CAREER IS OVER
BECAUSE SHE'LL HAVE TO TAKE CARE OF THE KIDS.  JIMMY SAID WENDI NEVER
DIRECTLY ASKED HIM TO POSE FOR THE PHYSICAL BUT DID OFFER HIM MONEY BY
SAYING SHE WOULD MAKE IT WORTH HIS WHILE TO DO IT.  WENDI FINALLY OFFERED
JIMMY $10,000.00 TO POSE FOR THE PHYSICAL.  JIMMY REFUSED CITING INSURANCE
FRAUD.  WENDI THEN ASKED FOR HELP ON THE INTERNET TO FIND A COMPANY THAT
WOULDN'T REQUIRE A PHYSICAL.  JIMMY SAID WENDI WAS LOOKING FOR A MILLION
DOLLAR PLUS POLICY.  AGAIN JIMMY SAID HE ASKED WHY SHE NEEDED THE LIFE
INSURANCE MONEY.  WENDI SAID THAT AFTER JOE DIES IT COULD TAKE AS LONG A
18 MONTHS BEFORE SHE WOULD GET THE MONEY AND SHE NEEDED IT TO SUPPLEMENT
HER INCOME.  JIMMY ASKED WENDI IF SHE DID'NT HAVE INSURANCE THROUGH THE

2000 01797849     68                                          Continued.

000009480

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   5       DR NUMBER: 2000 01797849      68

COMPANY.  WENDI SAID SHE HAD A SMALL POLICY.  WENDI THEN ASKED JIMMY IF HE
THOUGHT ERIC MIGHT POSE FOR THE PHYSICAL.  JIMMY SAID HE JUST DECIDED TO
DROP THE WHOLE ISSUE AND DID SO FOR SEVERAL DAYS.  WENDI CAME TO HIM AFTER
A FEW DAYS AND ASKED IF HE HAD CHECKED ON THE INTERNET.  JIMMY SAID HE
LIED TO HER AND SAID HE DID, BUT, THAT IT WOULDN'T FLY SINCE THE COMPANY
WILL CHECK MEDICAL RECORDS.  WENDI TOLD HIM THEY COULDN'T CHECK MEDICAL
RECORDS BECAUSE OF THE PRIVACY ACT.  WENDI ALSO SAID THAT NO ONE REALLY
LOOKS AT PHOTO ID.

I ASKED JIMMY IF IT WAS A FAIR STATEMENT TO MAKE THAT JOE DID NOT WANT TO
DIE.  JIMMY SAID ABSOLUTELY HE DIDN'T WANT TO DIE.  JOE NEVER DISCUSSED
HIS CANCER AND ALWAYS WANTED TO BE TREATED AS IF HE DIDN'T HAVE IT.

I ASKED IF WENDI EVER CONFIDED IN JIMMY ABOUT JOE AND WENDI'S SEX LIFE.
JIMMY SAID THEY DID TALK ABOUT SUCH THINGS AND WENDI TOLD JIMMY THERE WAS
NO SEX LIFE WITH JOE.  WENDI REFERRED TO JOE AS A "WHAM BAM, THANK YOU
MAAM" KIND OF LOVER.  RICK ON THE OTHER HAND WAS A VERY GOOD LOVER.

I ENDED THE INTERVIEW AT ABOUT 1532 HRS.  FOR DETAILS OF THE COMPETE
INTERVIEW REFER TO THE VIDEO TAPES.


  VICTIM RECEIVED RIGHTS INFORMATION:  NO            MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : 3526     DR FINALIZED BY : 3526

                        END OF REPORT          DR NO: 2000 01797849    068

000009481

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  1      DR NUMBER: 2000 01797849     69

REPORT DATE: 20001024   TIME: 0707

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                  4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 100800                    SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI    AP01
          ITEM: RATAPE  BRAND:        MODEL:          COLOR:
      SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO TAPE RECORDING OF 911 CALLS (FIRE DEPT)

0002  PKG 002 CODE:EI    AP01
          ITEM: RATAPE  BRAND:        MODEL:          COLOR:
      SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO TAPE RECORDING OF 911 CALLS (POLICE DEPT)

**** NARRATIVE ****
    SERIAL NUMBER: 4913

THIS SUPPLEMENT WAS GENERATED TO IMPOUND THE LISTED EVIDENCE.

    VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:    2782667

    DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT          DR NO: 2000 01797849    069

000009482

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849     70

REPORT DATE: 20001024    TIME: 1226

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: KAYE KALINA              A2760     UNIT: LAB

OFFENSE INVOLVED:  BIAS -

***    PROPERTY/EVIDENCE    ***

RECOVERY LOCATION: 000000
DATE: 000000             SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:CI   UK00
   LAB/FIELD:L ITEM: IPRINT  BRAND:        MODEL:           COLOR:
      SIZE:        QUANTITY: 0018   SERIAL/ACCT/ID:
      DESCRIPTION: 18 LIFTS FROM THE FRONT DOOR AT 2155 E.
      LIBERTY LANE, ACQUIRED ON 10-08-00.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO        MAIL-IN SUPPLEMENT:

INVOICES:    2782763

   DR ENTERED BY : A2760    DR FINALIZED BY : A2760

END OF REPORT           DR NO: 2000 01797849    070

000009483

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849      71

REPORT DATE: 20001024  TIME: 1226

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: KAYE KALINA              A2760    UNIT: LAB

OFFENSE INVOLVED:  BIAS -

```
===============================================================
=                                                             =
=    ***  REQUEST FOR LATENT PRINT OR EVIDENCE EXAMINATION *** =
=                                                             =
===============================================================
```

CURRENT DR IS: 2000 01797849    071
DATE OF REP: 102400 TIME OF REP: 1226  OFFENSE: HOMICIDE
LOCATION OF OCC: 002155 E  LIBERTY          LA
    LATENT LIFT CARDS:                   INVOICE NUMBER: 0002782763

INVOICE     ITEM # SFX   TYPE          INVOICE     ITEM #  SFX    TYPE

 0002782763   0001        IPRINT

**** SPECIAL INSTRUCTIONS  ****

OFFICER REQUESTING ANALYSIS: KALINA, KAYE
DIVISION OR SECTION: LAB        EXTENTION: 0000000

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : A2760    DR FINALIZED BY : A2760

                         END OF REPORT        DR NO: 2000 01797849   071

000009484

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    72

REPORT DATE: 20001011    TIME: 2017

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: ELIZABETH CIOTO              A3143      UNIT: C23

OFFENSE INVOLVED:  BIAS -

                    ****  NARRATIVE  ****
   SERIAL NUMBER: A3143

ORIGINATING DR: 200001797849 021   LIMS: 00-21123 Report 10

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

                -- RESULTS OF SCIENTIFIC ANALYSIS --

SECTION : Serology Screening     ANALYST: Elizabeth Cioto(A3143)

A portion of the blood in the tube marked "Andriano, Wendi E" (item
2778375-0003)  was preserved and retained in laboratory freezer storage.


Evidence Disposition:

At the conclusion of analysis, item 2778375-0003 was released to the
Property Management Bureau.

At the conclusion of analysis, item 2778375-0003.1 was retained in the
laboratory section.


   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : DRLAB     DR FINALIZED BY : DRLAB

                        END OF REPORT        DR NO: 2000 01797849    072

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    73

REPORT DATE: 20001025   TIME: 0923

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE            BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: CLIFTON JEWELL          3526     UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 015402 S MARKET PLACE WY
DATE: 101300              SEARCH WARRANT INVOLVED: NO

0001  PKG 001 CODE:EI   UK00
          ITEM: RATAPE  BRAND: BASF   MODEL:          COLOR:
     SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
     DESCRIPTION: ORIGINAL AUDIO CASSETTE TAPE OF INTERVIEW WITH
     FIREFIGHTER BENJAMIN MCKINNON.

0002  PKG 002 CODE:EI   UK00
          ITEM: RATAPE  BRAND: BASF   MODEL:          COLOR:
     SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
     DESCRIPTION: ORIGINAL AUDIO CASSETTE TAPE OF INTERVIEW WITH
     PARAMEDIC ANDREW GROENFELD.

****  NARRATIVE  ****
  SERIAL NUMBER: 3526

THIS SUPPLEMENT IS BEING WRITTEN TO GENERATE A PROPERTY INVOICE.


  VICTIM RECEIVED RIGHTS INFORMATION:  NO        MAIL-IN SUPPLEMENT:

INVOICES:    2783056

  DR ENTERED BY : 3526   DR FINALIZED BY : 3526

                    END OF REPORT      DR NO: 2000 01797849   073

000009486

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1      DR NUMBER: 2000 01797849    74

REPORT DATE: 20001028    TIME: 0823

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                 4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -
```
    ================================================================
    =                                                          =
    =       ***  REQUEST FOR SCIENTIFIC ANALYSIS  ***          =
    =                                                          =
    ================================================================
```

CURRENT DR IS: 2000 01797849    074    BIOLOGICAL EVID (BLOOD,SEMEN,TISSUE): N
NAM: ANDRIANO          WENDI
NAM:                                              OFF:HOMICIDE
LOCATION: 002155  E  LIBERTY          LA                  JAILED: Y
OFCR REQ OF ANALYSIS:LUCERO, DAVE              DATE OCC:100800 TIME:0225
(LAST,FIRST,MIDDLE) FIRM NAME USE BUS.         DATE REQ:102800 TIME:0820
VIC: ANDRIANO          JOSEPH                  DUI RELATED:N
BUS:

MARIJUANA:  DRUGS:   BLOOD ALC:    BREATH ALC:   OTHER: Y PER INVOICE: N

| INVOICE | ITEM # | SFX | TYPE | INVOICE | ITEM # | SFX | TYPE |
|---------|--------|-----|------|---------|--------|-----|------|
| 0002780436 | 0008 | | *MISC | 0002780436 | 0011 | | *MISC |
| 0002780436 | 0012 | | *MISC | 0002780436 | 0013 | | *MISC |

BLOOD DRAWN BY:                        1.DATE/TIME DRAW:000000 / 0000
LOC OF DRAWING:                        2.DATE/TIME DRAW:000000 / 0000

                    ****  NARRATIVE  ****

   SERIAL NUMBER: 4913

PLEASE EXAMINE CONTENTS IN BROWN BOTTLE AND IN MIXING BOWL UNDER BOTTLE.
DETERMINE IF THE WHITE POWDER IS SODIUM AZIDE.

PLEASE EXAMINE PLASTIC FORK, KNIFE AND SMALL PLASTIC BOWL TO DETERMINE IF
SODIUM AZIDE IS PRESENT ON THESE ITEMS.

PLEASE WEIGH ALL OF THE SODIUM AZIDE AND DETERMINE HOW MUCH IS MISSING.

NOTE: THESE ITEMS MUST BE FINGERPRINTED AS WELL.


   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:


   2000 01797849    74                              Continued.


000009487

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT                PAGE NUMBER:   2        DR NUMBER: 2000 01797849      74

INVOICES:

   DR ENTERED BY : 4913      DR FINALIZED BY : 4913

                         END OF REPORT         DR NO: 2000 01797849    074

000009488

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849      75

REPORT DATE: 20001028   TIME: 0853

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -

```
================================================================
=                                                              =
=    ***  REQUEST FOR LATENT PRINT OR EVIDENCE EXAMINATION *** =
=                                                              =
================================================================
```

CURRENT DR IS: 2000 01797849    075
DATE OF REP: 102800 TIME OF REP: 0854  OFFENSE: HOMICIDE
LOCATION OF OCC: 002155 E  LIBERTY         LA
    LATENT LIFT CARDS:                       INVOICE NUMBER: 0002780436

| INVOICE | ITEM # | SFX | TYPE | INVOICE | ITEM # | SFX | TYPE |
|---------|--------|-----|------|---------|--------|-----|------|
| 0002780436 | 0008 | | *MISC | 0002780436 | 0009 | | *MISC |
| 0002780436 | 0010 | | *MISC | 0002780436 | 0011 | | *MISC |
| 0002780436 | 0012 | | *MISC | 0002780436 | 0012 | | *MISC |
| 0002780436 | 0013 | | *MISC | 0002780436 | 0014 | | *MISC |

****  SPECIAL INSTRUCTIONS  ****

PLEASE EXAMINE ALL ITEMS INCLUDING BOX, BOTTLE AND PACKAGING FOR LATENT

FINGERPRINTS. SEE SUPPLEMENT #74 PRIOR TO PROCESSING

OFFICER REQUESTING ANALYSIS: LUCERO, DAVE
DIVISION OR SECTION: GIBH        EXTENTION: 0053657

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                        END OF REPORT          DR NO: 2000 01797849    075

000009489

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT           PAGE NUMBER:   1       DR NUMBER: 2000 01797849    76

REPORT DATE: 20001028   TIME: 0931

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE            BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

```
===================================================================
=                                                                 =
=     ***  REQUEST FOR LATENT PRINT OR EVIDENCE EXAMINATION *** =
=                                                                 =
===================================================================
```

CURRENT DR IS: 2000 01797849   076
DATE OF REP: 102800 TIME OF REP: 0932  OFFENSE: HOMICIDE
LOCATION OF OCC: 002155 E  LIBERTY          LA
     LATENT LIFT CARDS:                     INVOICE NUMBER: 0002778372

INVOICE    ITEM # SFX   TYPE           INVOICE    ITEM # SFX    TYPE

 0002778372   0001       *MISC

**** SPECIAL INSTRUCTIONS ****

PLEASE EXAMINE THE LISTED ITEM FOR LATENT PRINTS. (NOTE) ITEM MUST BE USED

FOR HAND WRITTING COMPARISON AS WELL.

OFFICER REQUESTING ANALYSIS: LUCERO, DAVE
DIVISION OR SECTION: GIBH       EXTENTION: 0053657

VICTIM RECEIVED RIGHTS INFORMATION:  NO         MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT        DR NO: 2000 01797849   076

000009490

P-App. 005221

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  1      DR NUMBER: 2000 01797849      77

REPORT DATE: 20001028    TIME: 0936

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO            4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

=================================================================
=                                                               =
=       ***  REQUEST FOR LATENT PRINT COMPARISON  ***           =
=                                                               =
=================================================================

 CURRENT DR IS: 2000 01797849    077   DATE OF REP: 102800  TIME OF REP: 0937
 LOCATION OF OCC: 002155 E  LIBERTY              LA
 OFFENSE: HOMICIDE

  OFFICER REQUESTING ANALYSIS: LUCERO, DAVE
  DIVISION OR SECTION: GIBH        EXTENTION: 0053657

 COMPARE PRINTS OF THE FOLLOWING PEOPLE WITH LATENT IMPRESSIONS OBTAINED IN DR
   SCN       FP   LAST NAME         FIRST     MIDDLE       DOB   SEX

  0010080158    ANDRIANO        WENDI     ELIZABETH    82670  F

                **** SPECIAL INSTRUCTIONS ****

 PLEASE COMPARE WENDI ANDRIANO'S FINGERPRINTS TO ANY PRINTS OBTAINED IN
 REQUESTS FROM SUPPLEMENTS 75 AND 76.


  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

 INVOICES:

  DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                        END OF REPORT      DR NO: 2000 01797849    077

000009491

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849      78

REPORT DATE: 20001030   TIME: 0635

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE          BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DENNIS OLSON           2979     UNIT: C81

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 2979

RESPONSE
********

ON 10/8/00 AT 0700 HOURS, I WAS CONTACTED BY SERGEANT SMALLMAN, WHO
ADVISED THEY HAD A HOMICIDE AT 2155 EAST LIBERTY DRIVE IN AHWATUKEE.  HE
WAS REQUESTING MY ASSISTANCE IN PROCESSING THE SCENE, WITH DETECTIVE
KULESA.

DETECTIVE KULESA WAS IN THE PROCESS OF OBTAINING A SEARCH WARRANT FOR THE
APARTMENT.

SERGEANT SMALLMAN RECONTACTED ME AT 0900 HOURS AND ADVISED THEY WERE NOW
READY FOR ME TO RESPOND, AS DETECTIVE KULESA OBTAINED THE SEARCH WARRANT.
I ARRIVED AT 0945 HOURS AND WAS BRIEFED BY DETECTIVE KULESA TO THE KNOWN
FACTS UP TO THIS POINT.

HE STATED THAT THE VICTIM'S WIFE HAD CONTACTED 9-1-1 LAST NIGHT AND
REQUESTED THE FIRE DEPARTMENT, AS HER HUSBAND WAS HAVING A HEART ATTACK.
WHEN THEY ARRIVED, SHE ADVISED THEM EVERYTHING WAS OKAY AND FOR THEM TO
LEAVE, WHICH THEY DID.

A SHORT TIME LATER SHE RECONTACTED 9-1-1 AND STATED SHE HAD STABBED HER
HUSBAND DURING A DOMESTIC VIOLENCE QUARREL.  WHEN THE OFFICERS ARRIVED,
THEY FOUND THE VICTIM, OBVIOUSLY DEAD, LAYING IN THE LIVING ROOM AND THEY
TOOK THE WIFE INTO CUSTODY.

DETECTIVE KULESA ADVISED THAT THERE WAS QUITE A BIT OF BLOOD ON THE
VICTIM, FLOOR AND WALLS OF THE LIVING ROOM.

WE ENTERED THE APARTMENT AT APPROXIMATELY 1010 HOURS AND I OBSERVED THAT
THE FRONT DOOR ENTERS INTO THE LIVING ROOM.  THE KITCHEN AND DINING ROOM
WERE ON THE NORTH SIDE AND THE LIVING ROOM WAS ON THE SOUTH SIDE OF THE
APARTMENT.  THERE WAS A HALLWAY THAT LED EAST TO THE BACK BEDROOMS AND
MASTER BATHROOM.

DETECTIVE KULESA AND I DECIDED THAT HE WOULD PROCESS THE HALLWAY AND THE

2000 01797849    78                                      Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2     DR NUMBER: 2000 01797849     78

BACK BEDROOMS AND BATHROOM, WHILE I PROCESSED THE LIVING ROOM, KITCHEN AND
DINING ROOM.

I LOCATED, MARKED, PHOTOGRAPHED, MEASURED AND COLLECTED ITEMS #1 THROUGH
#88 AND ITEM #96.  DETECTIVE KULESA MARKED, PHOTOGRAPHED AND COLLECTED
ITEMS #89 THROUGH #95.

LATENT PRINT TECHNICIANS MORIN #3328, KALINA #A2760 AND FINLEY #A3835
PROCESSED THE SCENE FOR FINGERPRINTS AND PHOTOGRAPHED THE SCENE, AT OUR
DIRECTION.

AFTER ALL THE EVIDENCE WAS COLLECTED, WE EXITED THE APARTMENT AT 0240
HOURS.  WE TRANSPORTED THE EVIDENCE TO 620 WEST WASHINGTON, WHERE WE
PLACED IT IN THE DRYING ROOM AT 0320 HOURS.  WE LATER IMPOUNDED THE
EVIDENCE.

SEE ATTACHED SUPPLEMENTS FOR DETAILS OF THE SCENE INVESTIGATION.

INVESTIGATION CONTINUING.


10/30/00 - 0710 - A3649SAF


   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : A3649     DR FINALIZED BY : 2979

                         END OF REPORT          DR NO: 2000 01797849    078

000009493

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1       DR NUMBER: 2000 01797849     79

REPORT DATE: 20001024   TIME: 1226

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: STACY HUBBARD          A3161     UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: A3161

ORIGINATING DR: 200001797849 071   LIMS: 00-21123 Report 12

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

-- RESULTS OF LATENT PRINT EVIDENCE EXAMINATION --

SECTION : Latent Print Evaluation   ANALYST: Stacy Hubbard(A3161)

Invoice #2782763-0001 contains 18 latent cards/photographs.

Latent Prints of Value  --  YES

Latents were entered into AZAFIS.

The evidence was released to the Property Management Bureau for
disposition.

VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : DRLAB    DR FINALIZED BY : DRLAB

END OF REPORT        DR NO: 2000 01797849   079

000009494

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849     80

REPORT DATE: 20001031   TIME: 0940

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: GREGORY ALLINICH           5185     UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** WITNESS INFORMATION ****

WITNESS -01:
                NAME: COOMBS, GAIL

     RACE:     SEX:    AGE:        DOB: 100664   HT: 000      WT: 000
     WORK: 005401 E  VAN BUREN STREET      APT/SUITE:
          PHOENIX         AZ               ZIP CODE: 85008
     BUS.NAME: RED ROCK VILLAS             PHONE: (602)244-8300 EXT.
     OCCUPATION: MANAGER


WITNESS -02:
                NAME: HASHISAKI, CHRIS

     WORK: 002155 E  LIBERTY LANE          APT/SUITE:
          PHOENIX         AZ               ZIP CODE: 85048
     BUS.NAME: SAN RIVA APARTMENTS         PHONE: (480)283-8488 EXT.
     OCCUPATION: BOOK KEEPER


WITNESS -03:
                NAME: GREEN, CHERYL

     RACE: W SEX: F AGE:       DOB:        HT: 000      WT: 000
     WORK: 008260 E  RAINTREE ROAD         APT/SUITE:
          SCOTTSDALE      AZ               ZIP CODE: 85260
     BUS.NAME: SAN RIVA APARTMENTS         PHONE: (480)991-3605 EXT.
     OCCUPATION: REGIONAL MANAGER


WITNESS -04:
                NAME: LIND, JANICE

     RACE: W  SEX: F  AGE:       DOB:      HT: 000      WT: 000
     WORK: 008260 E  RAINTREE ROAD         APT/SUITE:
          SCOTTSDALE      AZ               ZIP CODE: 85260
     BUS.NAME: SAN RIVA APARTMENTS         PHONE: (480)991-3605 EXT.

2000 01797849     80                              Continued.


000009495

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   2      DR NUMBER: 2000 01797849     80

OCCUPATION: REGIONAL MANAGER

**** NARRATIVE ****

SERIAL NUMBER: 5185

REFERENCE:      SEARCH WARRANT / 10-10-2000
                "SAN RIVA" APARTMENTS
                2155 E. LIBERTY LANE
                PHOENIX, AZ., 85048
                TELEPHONE NUMBER:(480) 283-8488
                FAX NUMBER: (480) 283-8588

ON OCTOBER 10, 2000, DETECTIVE LUCERO #4913, REQUESTED MY ASSISTANCE WITH
THIS INVESTIGATION. LUCERO REQUESTED THAT DETECTIVE GUZMAN #3980 AND I
ACCOMPANY HIM (LUCERO) TO THE "SAN RIVA" APARTMENTS TO ASSIST WITH THE
SEIZURE AND IMPOUNDING OF THE LISTED COMPUTER EQUIPMENT.

UPON OUR ARRIVAL TO THE "SAN RIVA" APARTMENTS, LUCERO REQUESTED THAT I
SPEAK WITH JANICE LIND, IN REFERENCE TO A DISKETTE THAT SHE HAD RECEIVED
FROM ANOTHER EMPLOYEE. AS I SPOKE WITH JANICE LIND, DETECTIVE GUZMAN
SEIZED THE LISTED OFFICE COMPUTER WHICH WAS LOCATED IN CHRIS HASHISAKI'S
OFFICE.

BEFORE SPEAKING WITH JANICE LIND, CHERYL GREEN APPROACHED ME AT 1725
HOURS AND REQUESTED TO SPEAK WITH ME IN WINDY ANDRIANO'S OFFICE. CHERYL
THEN INFORMED ME THAT AT APPROXIMATELY 1400 HOURS ON THIS DATE
(10-10-2000) SHE REMOVED ALL OF WINDY ANDRIANO'S PERSONAL PROPERTY FROM
HER DESK AS WINDY WAS NO LONGER EMPLOYED THERE, AND PLACED THE ITEMS IN A
BOX WHICH WAS ON THE FLOOR NEXT TO THE DESK. CHERYL THEN INFORMED ME THAT
SHE HAD REMOVED A NOTE FROM THE MIDDLE DESK DRAWER, WHICH WAS FOUND ALL
THE WAY TO THE BACK (REAR) OF THE DRAWER. SHE ALSO STATED THAT THIS NOTE
CONTAINED INFORMATION ON HOW TO "DELETE COOKIES."

********************

THE NOTE THAT CHERYL GREEN FOUND IN WINDY ANDRIANO'S DESK DRAWER STATED
THE FOLLOWING:

START
PROGRAMS
WIN.EXP.        FULL SCREEN

LEFT COLUMN
        WINDOWS
        HISTORY         TEMP INT. FILS
        CTRL A,         DELETE

        YES - TO DELETE COOKIES

 2000 01797849     80                                        Continued.

000009496

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   3      DR NUMBER: 2000 01797849      80

*********************

THIS CONCLUDED MY CONVERSATION WITH CHERYL GREEN.

****************************************************

ON TUESDAY, OCTOBER 10, 2000, AT 1800 HOURS, I SPOKE WITH JANICE LIND,
PRIVATELY, WHILE IN THE OFFICE RECEPTION AREA, AS THE OFFICE WAS CLOSED.
IT SHOULD BE NOTED THAT THIS CONVERSATION WAS NOT RECORDED.

JANICE STATED THAT SHE HAD PREVIOUSLY SPOKEN WITH JERRY SENTELLE ON THE
TELEPHONE IN REFERENCE TO A COMPUTER DISKETTE THAT HE WANTED TO GIVE HER.
SHE ALSO STATED THAT SHE COULD NOT REMEMBER THE DAY OR DATE THAT SHE HAD
THIS CONVERSATION WITH JERRY. JANICE CONTINUED BY SAYING THAT JERRY HAD
INFORMED HER THAT HE HAD MADE A COPY OR BACKUP, OF SOME OF THE FILES THAT
HE HAD FOUND ON THE OFFICE COMPUTER. SHE ALSO STATED THAT JERRY INFORMED
HER THAT HE HAD FOUND INTERNET "PORNOGRAPHY" SITES AND SITES OR WEB PAGES
DEALING WITH "POISON" AND SPECIFICALLY "CYANIDE POISON." JANICE ALSO
STATED THAT JERRY INFORMED HER THAT HE HAD COPIED THE COMPUTERS "INTERNET
HISTORY FILES" SHOWING THE DATES AND TIMES THESE INTERNET SITES WERE
ACCESSED ON THE OFFICE COMPUTER TO A "3.5 INCH COMPUTER DISKETTE."

JANICE ALSO STATED THAT JERRY INFORMED HER THAT PRIOR TO COPYING THE
INTERNET INFORMATION TO THE DISKETTE HE HAD SEEN WINDY ANDRIANO WITH A
MALE IN THE OFFICE AS THE MALE WAS USING THE COMPUTER. JANICE ALSO SAID
THAT JERRY INFORMED HER THAT HE COPIED THE INTERNET INFORMATION SEVERAL
DAYS AFTER HE OBSERVED WINDY AND THE MALE IN THE OFFICE AND THAT IT WAS
THE FOLLOWING WEEK THAT HE GAVE THE DISKETTE TO HER.

WHEN I ASKED JANICE LIND IF SHE STILL HAD THE DISKETTE THAT JERRY
SENTELLE HAD MADE, SHE STATED THAT SHE WASN'T SURE, AND THAT SHE THOUGHT
THAT IT WAS IN HER DESK DRAWER AT HER OFFICE. SHE THEN STATED THAT SHE
WOULD LOOK FOR THE DISKETTE AND IF SHE STILL HAD IT SHE WOULD EITHER CALL
OR HAVE SOMEONE DELIVER THE DISKETTE. THIS CONCLUDED MY CONVERSATION WITH
JANICE LIND.

*******************************************

I THEN SPOKE BRIEFLY WITH CHRIS HASHISAKI. CHRIS STATED THAT SHE HAD SEEN
WINDY ANDRIANO USING THE OFFICE COMPUTER BEFORE AND THEN EXPLAINED THAT
THE OFFICE COMPUTER IS USED FOR INVOICING, BANK DEPOSITS, APARTMENT WORK
ORDERS, RESIDENT LIST AND DAILY REPORTS.

CHRIS ALSO STATED THAT SHE SPOKE WITH JERRY SENTELLE ON A MONDAY (CHRIS
COULD NOT REMEMBER THE EXACT DATE) AND THAT JERRY HAD INFORMED HER
(CHRIS) THAT HE HAD SEEN WINDY ANDRIANO AND A MALE IN THE OFFICE AS THE
MALE WAS USING THE OFFICE COMPUTER WHILE WINDY WAS IN THE ROOM WITH THE
MALE. CHRIS THEN INFORMED ME THAT WINDY HAS ACCESS TO ALL THE OFFICE
COMPUTERS, HOWEVER NO ONE ELSE IS SUPPOSED TO BE USING THE "SAN RIVA'S"
COMPUTERS AND THAT IT IS A VIOLATION OF POLICY TO LET ANYONE USE THE

2000 01797849    80                                      Continued.

000009497

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  4      DR NUMBER: 2000 01797849     80

COMPUTERS. CHRIS ALSO STATED THAT JERRY INFORMED HER THAT HE HAD CHECKED
THE INTERNET HISTORY FILES OVER THE WEEKEND AND HAD FOUND REFERENCES TO
INTERNET "PORNOGRAPHY" SITES AND SITES OR WEB PAGES DEALING WITH
"POISON." CHRIS THEN STATED THAT WHEN SHE ATTEMPTED TO CHECK THE HISTORY
FILES, SHE NOTED THAT THEY HAD BEEN ERASED. THIS CONCLUDED MY
CONVERSATION WITH CHRIS HASHISAKI.

*****************************************

DURING THIS TIME, DETECTIVE GUZMAN SEIZED THE LISTED OFFICE COMPUTER,
"MICRON CLIENTPRO," SERIAL #1733592-0001, FROM THE OFFICE OF CHRIS
HASHISAKI.

IT SHOULD BE NOTED THAT THE FOLLOWING ITEMS WERE NOT SEIZED:

1-"MICRON MONITOR"      SERIAL #9185R1H13768
1-"MICRON KEYBOARD"     SERIAL #31690245
1-"MICROSOFT MOUSE"     ID #52463-OEM-4666085-00000
1-"H/P LASERJET 1100"   SERIAL #USGH008925

IT SHOULD ALSO BE NOTED THAT AT THE TIME OF SEIZURE THE LISTED COMPUTER
SYSTEM WAS TURNED ON AND IN USE. GAIL COOMBS MADE A BACK UP OF THE DAYS
BUSINESS AND THEN TURNED THE COMPUTER SYSTEM OFF.

***************************************************

DETECTIVE GUZMAN AND I THEN PROCEEDED TO APARTMENT #132. AT THAT
LOCATION, DETECTIVE GUZMAN SEIZED THE LISTED "COMPAQ PRESARIO" LAPTOP
COMPUTER. THIS COMPUTER WAS FOUND TURNED "OFF" AT THE TIME OF SEIZURE
HOWEVER THE COMPUTER POWER CORD WAS PLUGGED INTO THE WALL POWER OUTLET.

***************************************************

DETECTIVE GUZMAN AND I THEN PROCEEDED TO APARTMENT #382. DETECTIVE GUZMAN
THEN SEIZED THE LISTED MID TOWER COMPUTER WHICH WAS FOUND IN THE LIVING
ROOM AREA ON TOP OF A COMPUTER DESK. THIS COMPUTER SYSTEM WAS FOUND
TURNED "OFF" AT THE TIME OF SEIZURE ALTHOUGH THE COMPUTER POWER CORD WAS
PLUGGED INTO THE WALL POWER OUTLET.

IT SHOULD BE NOTED THAT THE FOLLOWING ITEMS WERE NOT SEIZED:

1-"VIEWSONIC MONITOR"   SERIAL #JC72180356
1-"KEYBOARD"            SERIAL #A91700035
1-"LOGITECH MOUSE"      FCC ID #DZL201215
1-"LEXMARK PRINTER"     SERIAL #09290293684
1-"VISIONEER SCANNER"   SERIAL #010C010653D1

 VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

 2000 01797849    80                                      Continued.

000009498

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:   5       DR NUMBER: 2000 01797849     80

DR ENTERED BY : 5185      DR FINALIZED BY : 5185

END OF REPORT              DR NO: 2000 01797849    080

000009499

P-App. 005230

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:   1        DR NUMBER: 2000 01797849      81

REPORT DATE: 20001101    TIME: 1627

TYPE OF REPORT:  HOMICIDE                                OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: GREGORY ALLINICH            5185      UNIT: C23

OFFENSE INVOLVED:  BIAS -

*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 000000
DATE: 000000                    SEARCH WARRANT INVOLVED:

0001  PKG 000 CODE:EI    W 01
            ITEM: DDISK   BRAND:        MODEL:           COLOR:
      SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: ONE 3.5 INCH COMPUTER DISKETTE. THIS DISKETTE WAS
      ORIGINALLY GIVEN TO JANICE LIND BY JERRY SENTELLE (REF SUPP #80).

**** NARRATIVE ****

SERIAL NUMBER: 5185

ON OCTOBER 11, 2000, AT APPROXIMATELY 1030 HOURS, RAY ORTEGA DELIVERED
THE LISTED DISKETTE TO DET. GUZMAN, AT THE PHOENIX POLICE DEPARTMENT
COMPUTER FORENSIC UNIT, 620 W. WASHINGTON STREET.

ORTEGA INFORMED GUZMAN THAT HE DELIVERED THE DISKETTE AT THE REQUEST OF
JANICE LIND WHO HAD GIVEN HIM THE DISKETTE (REF SUPP #80).

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:    2785468

DR ENTERED BY : 5185    DR FINALIZED BY : 5185

END OF REPORT          DR NO: 2000 01797849    081

000009500

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1          DR NUMBER: 2000 01797849     82

REPORT DATE: 20001020   TIME: 0926

TYPE OF REPORT:  HOMICIDE                                OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                    BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DENNIS OLSON                  2979      UNIT: C81

OFFENSE INVOLVED:  BIAS -

                        ****  NARRATIVE  ****

    SERIAL NUMBER: 2979

                        CRIME SCENE
                        AND
                        BLOODSTAIN INVESTIGATION
                        <<<<<<<<<<<>>>>>>>>>>>>

TRAINING:        140 HOURS OF BLOODSTAIN INTERPRETATION AND PATTERN
                 IDENTIFICATION FROM JUNE 1988 UNTIL PRESENT.

                 INSTRUCTORS INCLUDED CRIMINALIST JUDITH BUNKER, RETIRED
                 DEPUTY CHIEF ROD ENGLERT, CRIMINALIST TED YESHION,
                 CRIMINALIST HENRY LEE, AND RETIRED DETECTIVE MITCH REA.

                 INSTRUCTION INCLUDED SLIDES, PHOTOGRAPHS, LECTURE,
                 EXPERIMENTS, HANDS ON TRAINING, AND CASE HISTORY.

                 I HAVE INSTRUCTED SEVERAL CLASSES ON DEATH
                 INVESTIGATIONS AND CRIME SCENE RECONSTRUCTION, WHICH
                 INCLUDED BASIC BLOOD PATTERNS INVESTIGATIONS, AND
                 ASSISTED ROD ENGLERT SEVERAL TIMES IN THE INSTRUCTION
                 OF ADVANCED BLOOD PATTERN INVESTIGATIONS.

                 TWENTY FOUR HOURS OF INSTRUCTION ON PRESUMPTIVE BLOOD
                 TESTING AND LUMINOL TESTING.

                 TESTIFIED AT LEAST 21 TIMES IN SUPERIOR COURT AS AN
                 EXPERT IN BLOODSTAIN INTERPRETATION AND PATTERNS.

PROFESSIONAL ORGANIZATIONS:

       1) ARIZONA HOMICIDE INVESTIGATORS ASSOCIATION (A.H.I.A.)

          A) MEMBER SINCE 1988

       2) INTERNATIONAL ASSOCIATION OF BLOODSTAIN PATTERN ANALYSTS
          (I.A.B.P.A.)

          A) MEMBER SINCE 1995

  2000 01797849    82                              Continued.

                        000009501

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849      82

3)   ASSOCIATION FOR CRIME SCENE RECONSTRUCTION (A.C.S.R.)

   A) MEMBER SINCE 1997

                        ** MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009502

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   3          DR NUMBER: 2000 01797849     82

**** NARRATIVE ****

PHENOLPHTHALEIN TEST:   THE FOLLOWING IS A SUMMARY OF THE TESTING
PROTOCOL AND A LISTING OF THE CHEMICAL REAGENTS INVOLVED:

PHENOLPHTHALEIN ZINC

ETHANOL

3% SOLUTION OF HYDROGEN PEROXIDE

KNOWN SAMPLE OF BLOOD

STERILE FILTER PAPER OR SWABS

PHENOLPHTHALEIN REAGENT, ALSO REFERRED TO AS
KASTLE-MEYER REAGENT, IS A CHEMICAL REAGENT
UTILIZED IN A TWO PART PRESUMPTIVE TEST FOR THE
PRESENCE OF BLOOD.   THE PHENOLPHTHALEIN TEST
ALSO UTILIZES ETHANOL AND A 3% HYDROGEN PEROXIDE
SOLUTION.   THE USE OF THIS TWO PART TEST
ELIMINATES FALSE POSITIVE REACTIONS CAUSED BY
THE PRESENCE OF CHEMICAL OXIDIZERS.

PHENOLPHTHALEIN TEST IS SPECIFIC TO BLOOD (ID PRESENCE OF POSSIBLE BLOOD)

1) THE PHENOLPHTHALEIN TEST WORKS ON THE
   PRINCIPLE OF AN OXIDATION-REDUCTION REACTION.

   A) CHEMISTS REDUCE (OXIDATION REDUCTION
      REACTION) PHENOLPHTHALEIN BY SEPARATING
      HYDROGEN PEROXIDE AND OXYGEN TO MAKE THE
      CHEMICAL COLORLESS.   THE ORIGINAL COLOR IS
      PINK.

   B) PHENOLPHTHALEIN IS DROPPED ON THE
      BLOODSTAIN AND THERE SHOULD BE NO
      REACTION.

   C) HYDROGEN PEROXIDE IS DROPPED ON SAME
      BLOODSTAIN AND THE HEMOGLOBIN OF THE
      BLOOD (ENZYMES) CAUSES A BREAKDOWN OF
      THE HYDROGEN PEROXIDE, SEPARATING THE
      OXYGEN FROM THE HYDROGEN PEROXIDE.

   D) THE OXYGEN IS TRANSFERRED TO THE
      PHENOLPHTHALEIN REAGENT CAUSING IT TO BE
      OXIDIZED (BACK TO ORIGINAL COLOR) FORMING
      THE PINK COLOR.

   ** MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009503

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   4      DR NUMBER: 2000 01797849     82

**** NARRATIVE ****

PROCEDURE:              1) TEST A KNOWN SAMPLE OF BLOOD TO VERIFY
                           REAGENTS ARE WORKING PROPERLY.

                        2) TEST FILTER PAPERS/SWABS TO MAKE SURE NO
                           REACTION TO CHEMICALS.

                        3) MOISTEN SWAB OR FILTER PAPER WITH ETHANOL.

                        4) TOUCH QUESTIONED AREA WITH SWAB OR FILTER
                           PAPER.

                        5) MOISTEN SWAB OR FILTER PAPER WITH
                           PHENOLPHTHALEIN REAGENT.

                        6) THERE SHOULD BE NO COLOR CHANGE, IF THERE IS,
                           THIS WOULD BE CONSIDERED A FALSE POSITIVE.

                        7) MOISTEN SWAB OR FILTER PAPER WITH HYDROGEN
                           PEROXIDE.

                        8) IF BLOOD IS PRESENT, THERE WILL BE AN
                           IMMEDIATE COLOR CHANGE OF AN INTENSE
                           PINK/RED COLOR.

                 ** MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009504

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   5      DR NUMBER: 2000 01797849     82

**** NARRATIVE ****

BLOODSTAIN TERMINOLOGY

ANGLE OF IMPACT:          THE INTERNAL ANGLE AT WHICH BLOOD STRIKES A
                         TARGET.

ARTERIAL GUSHING:        CHARACTERISTIC PATTERNS RESULTING FROM BLOOD
                         EXITING UNDER PRESSURE FROM A BREACHED ARTERY.

BLOODSTAIN:              BLOOD THAT HAS COME IN CONTACT WITH A SURFACE.

CAST OFF PATTERN:        BLOOD THAT IS PROJECTED ONTO A SURFACE FROM OTHER
                         THAN AN IMPACT SOURCE.  THIS BLOODSTAIN PATTERN IS
                         CREATED WHEN BLOOD IS THROWN OFF A BLOODY OBJECT
                         IN MOTION.

DIRECTIONALITY:          RELATING TO OR INDICATING THE DIRECTION OF A DROP
                         OF BLOOD TRAVELED IN SPACE FROM ITS POINT OF
                         ORIGIN.  THE SPINE POINTS IN DIRECTION BLOOD WAS
                         TRAVELING PRIOR TO IMPACTING THE SURFACE.

DRIP PATTERN:            BLOOD THAT DRIPS INTO BLOOD RESULTING IN
                         CHARACTERISTIC, USUALLY ROUND SATELLITE SPATTERS.

EXPIRED PATTERN:         PROJECTED BLOOD BLOW OUT THE MOUTH, NOSE OR
                         COMBINATION OF BOTH.  IT WILL PRODUCE BLOODSTAINS
                         THAT APPEAR TO BE MEDIUM VELOCITY AND OCCASIONALLY
                         HIGH VELOCITY.  THE VICTIM'S FACE MUST REFLECT THE
                         PRESENCE OF BLOOD IN THE MOUTH AND/OR NOSE.  AIR
                         BUBBLES MAY BE PRESENT IN THE BLOODSTAINS.

FORWARD SPATTER:         BLOOD THAT TRAVELS IN THE SAME DIRECTION AS THE
                         FORCE THAT CAUSED THE SPATTER.

HIGH VELOCITY
IMPACT SPATTER:          BLOODSTAIN PATTERNS CHARACTERIZED BY A MIST LIKE
                         APPEARANCE THAT IS CAUSED BY A HIGH VELOCITY
                         FORCE.  THIS SPATTER TRAVELS ONLY A SHORT DISTANCE
                         IN FLIGHT.  THE SPEED OF H.V.I.S. IS CONSIDERED TO
                         BE APPROXIMATELY 100 FEET PER SECOND OR GREATER.

IMPACT SITE:             USUALLY THE AREA WHICH RECEIVES SOME SORT OF BLOW
                         OR GUNSHOT OR THE AREA ON THE SURFACE OF A TARGET
                         WHICH IS STRUCK BY BLOOD IN MOTION.

LOW VELOCITY
IMPACT SPATTER:          BLOODSTAIN PATTERN CHARACTERIZED BY SIZE, THAT IS

 2000 01797849    82                                        Continued.

000009505

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   6      DR NUMBER: 2000 01797849      82

CAUSED BY A LOW VELOCITY FORCE (GRAVITY).  THE
SPEED OF L.V.I.S. IS CONSIDERED TO BE
APPROXIMATELY 5 FEET PER SECOND OR LESS.

MEDIUM VELOCITY
IMPACT SPATTER:          BLOODSTAIN PATTERN CHARACTERIZED BY SPOT SIZE,
THAT IS CAUSED BY A MEDIUM VELOCITY FORCE.  THE
SPEED OF M.V.I.S. IS CONSIDERED TO BE
APPROXIMATELY 25 FEET PER SECOND.

PARENT DROP:          A DROP OF BLOOD FROM WHICH A WAVE CAST OFF, OR
SATELLITE SPATTER ORIGINATES.

POINT OF
CONVERGENCE:          A POINT TO WHICH A BLOODSTAIN PATTERN CAN BE
PROJECTED.  THIS POINT IS DETERMINED BY TRACING
WELL DEFINED BLOOD DROPS WITHIN THE PATTERN BACK
TO A COMMON POINT OR SOURCE.

POINT OF ORIGIN:          THE LOCATION FROM WHICH THE BLOOD THAT PRODUCED
A BLOODSTAIN ORIGINATED.  THIS IS DETERMINED BY
PROJECTING ANGLES OF INCIDENCE OF WELL DEFINED
BLOOD DROPS BACK TO AN AXIS CONSTRUCTED THROUGH
THE POINT OF CONVERGENCE.

PROJECTED BLOOD
PATTERN:          A PATTERN CREATED WHEN A FORCE, OTHER THAN A LOW
VELOCITY IMPACT, ACTS UPON A QUANTITY OF BLOOD OF
MORE THAN APPROXIMATELY 1.0 ML.

SATELLITE SPATTER:          SMALL DROPLETS OF BLOOD THAT ARE PROJECTED AROUND
OR BESIDE THE DROP OF BLOOD UPON IMPACT WITH A
SURFACE.  A WAVE CAST OFF IS ALSO CONSIDERED
SATELLITE SPATTER.

SECONDARY SPLASHING
OR RICOCHET:          LARGE VOLUMES OF BLOOD, WHEN IMPACTING A SURFACE
MAY DEFLECT OFF FROM THE INITIAL TARGET TO ANOTHE
TARGET.

SMUDGE:          A BLOODSTAIN THAT HAS BEEN DISTORTED TO A DEGREE
THAT ITS HISTORY CANNOT NORMALLY BE IDENTIFIED.

SPINE:          THE POINTED EDGE CHARACTERISTICS THAT RADIATE
AWAY FROM THE CENTER OF A BLOOD DROP.  IF SPINES
OCCUR, THEIR FORMATION DEPENDS UPON IMPACT
VELOCITY AND SURFACE TEXTURE.

SPLASH:          A REACTION CREATED WHEN A LOW VELOCITY IMPACT
ACTS UPON ON A BLOOD QUANTITY OF MORE THAN
APPROXIMATELY 1.0 ML.

2000 01797849     82                                    Continued.

000009506

P-App. 005237

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   7      DR NUMBER: 2000 01797849    82

SWIPE OR SMEAR:          THE TRANSFER OF BLOOD ONTO A SURFACE NOT ALREADY
                        CONTAMINATED WITH BLOOD.  ONE EDGE IS USUALLY
                        FEATHERED.

TARGET:                 A SURFACE ONTO WHICH BLOOD HAS BEEN DEPOSITED.

TERMINAL VELOCITY:      THE GREATEST SPEED TO WHICH A FREE FALLING DROP
                        OF BLOOD CAN ACCELERATE IN AIR-25.1 FEET PER
                        SECOND.

TRANSFER PATTERN:       A CONTACT BLOODSTAIN CREATED WHEN A WET, BLOODY
                        SURFACE COMES IN CONTACT WITH A SECOND SURFACE.
                        A RECOGNIZABLE IMAGE OR AT LEAST A PORTION OF THE
                        ORIGINAL SURFACE MAY OR MAY NOT BE TRANSFERRED
                        TO THE SECOND SURFACE.

WAVE CAST OFF:          A SMALL BLOOD DROPLET THAT ORIGINATES FROM A
                        PARENT DROP OF BLOOD DUE TO THE WAVE LIKE ACTION
                        OF THE LIQUID IN CONJUNCTION WITH STRIKING A
                        SURFACE AT AN ANGLE OTHER THAN NINETY DEGREES.

WIPE:                   BLOODSTAIN PATTERN CREATED WHEN AN OBJECT MOVES
                        THROUGH AN EXISTING BLOODSTAIN REMOVING BLOOD
                        FROM THE ORIGINAL STAIN AND ALTERING THAT
                        STAIN'S APPEARANCE.

                        **   MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009507

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   8     DR NUMBER: 2000 01797849      82


**** NARRATIVE ****

CHARACTERISTICS OF BLOOD, TARGET SURFACE AND SURFACE TENSION
*************************************************************

1)   GRAVITY WILL PULL THE BLOOD TO THE GROUND AFTER IT LEAVES THE BODY

2)   BLOOD IS HELD TOGETHER BY "SURFACE TENSION"

3)   GRAVITATIONAL ATTRACTION FOR THE BLOOD DROP MUST EXCEED SURFACE
     TENSION

4)   THE SURFACE TENSION MUST BE OVERCOME BY ENERGY TO SPATTER

5)   TYPICAL BLOOD DROP IS APPROXIMATELY .05 ML.

6)   THE HEIGHT OF BLOOD DROP FALLING DOES NOT ALTER/CHANGE PATTERN

7)   THE TERMINAL VELOCITY OF A TYPICAL BLOOD DROP IS APPROXIMATELY
     25.1 FEET PER SECOND

8)   THE SURFACE FALLS HAS AN EFFECT UPON THE EXTENT IT SPATTERS

9)   THE HARDER AND LESS POROUS THE SURFACE, THE LESS SPATTER

10)  THE SOFTER AND MORE POROUS THE SURFACE, THE MORE SPATTER


**   MORE NARRATIVE CONTINUED ON NEXT PAGE.


000009508

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT                PAGE NUMBER:   9      DR NUMBER: 2000 01797849     82

**** NARRATIVE ****

ON 10/8/00 AT 1010 HOURS, DETECTIVE KULESA AND MYSELF BEGAN THE SCENE
INVESTIGATION AT 2155 EAST LIBERTY LANE.  IT WAS PREVIOUSLY DECIDED THAT
DETECTIVE KULESA WOULD CONDUCT THE INVESTIGATION OF THE TWO BATHROOMS AND
THE THREE BEDROOMS OF THE APARTMENT, ALONG WITH THE HALLWAY.  I WAS TO
CONDUCT THE INVESTIGATION OF THE LIVING ROOM, DINING ROOM AND KITCHEN
AREA.

THE FRONT DOOR LEADS INTO THE LIVING ROOM AREA.  THE DOOR OPENS INWARD AND
TO THE NORTH.  THERE IS A SMALL CLOSET THAT IS LOCATED DIRECTLY SOUTH OF
THE FRONT DOOR.  THE ENTRY WAY TO THE APARTMENT IS TILED, WITH THE LIVING
ROOM CARPETED.  THE LIVING ROOM IS LOCATED ON THE SOUTH SIDE OF THE
APARTMENT, AND THE KITCHEN AND DINING ROOM ARE LOCATED ON THE NORTH SIDE.

I OBSERVED THE VICTIM'S BODY LAYING IN THE LIVING ROOM, WITH THE HEAD
POINTED TOWARDS THE SOUTH/EAST AND HIS FEET POINTED TOWARDS NORTH/WEST.
HE WAS LAYING ON HIS BACK, WITH HIS ARMS OUTSTRETCHED FROM HIS BODY.  THE
VICTIM'S HEAD WAS BLOODY AND TILTED TO THE WEST.  THERE WAS A STRONG
CONCENTRATION OF BLOOD ON THE EAST SIDE OF HIS BODY, ON THE FLOOR.

THERE WERE A FEW BLOOD POOLS ABOVE HIS HEAD ON THE CARPET, AND THERE WERE
A NUMBER OF ITEMS LAYING ON THE FLOOR THAT WERE BLOODSTAINED.  I OBSERVED
A BELT AND A LARGE KNIFE THAT WERE BLOODSTAINED, LAYING ON THE FLOOR, EAST
OF THE VICTIM'S BODY.

THERE WAS A TRASH CAN ON THE WEST SIDE OF HIS BODY, THAT WAS TIPPED OVER
AND WAS BLOODSTAINED.

I OBSERVED BLOODSTAINS ON THE EAST WALL, SOUTH WALL AND WEST WALL OF THE
LIVING ROOM.  THERE WERE BLOODSTAINS ON THE WEST WALL OF THE CLOSET, WHICH
WAS BESIDE THE FRONT DOOR.  I ALSO OBSERVED SOME BLOODSTAINS ON THE NORTH
WALL OF THE LIVING ROOM AND ON THE TILED FLOOR.

I OBSERVED BLOODSTAINS ON THE CEILING FAN AND ON THE CEILING, IN THE
LIVING ROOM AND DINING ROOM.

I BRIEFLY EXAMINED THE DINING ROOM, WHICH WAS LOCATED NORTH OF THE LIVING
ROOM AND EAST OF THE KITCHEN.  THERE WAS A WOODEN TABLE WITH FOUR CHAIRS
AROUND IT.  THE FIFTH CHAIR WAS LAYING ON ITS SIDE AT THE ENTRANCE TO THE
HALLWAY.  THERE WERE BLOODSTAINS ON PAPER ON TOP OF THE TABLE, THE NORTH
WALL AND ON A MIRROR ON THE NORTH WALL.

THERE WERE SOME PAPERS LAYING ON THE CARPETED FLOOR, ON THE WEST SIDE OF
THE TABLE, THAT WERE BLOODSTAINED.

I BRIEFLY EXAMINED THE KITCHEN NEXT.  THE KITCHEN IS LOCATED IN THE
NORTH/WEST CORNER OF THE APARTMENT.  THERE IS A COUNTER TOP THAT SEPARATES
THE DINING ROOM AND THE KITCHEN.  THERE WAS MEDICATION AND A CELLULAR

2000 01797849     82                                          Continued.

000009509

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  10       DR NUMBER: 2000 01797849      82

PHONE ON TOP OF THE COUNTER TOP, ALONG WITH SOME BLOODSTAINS.

THE KITCHEN FLOOR WAS MADE OUT OF TILE AND I OBSERVED A BROKEN PICTURE
WITH A FLOWER POT ON TOP OF IT, IN THE CENTER OF THE FLOOR.  THERE WERE
SOME BLOODSTAINS ON THE FLOOR, ON THE REFRIGERATOR AND ON THE SILVERWARE
DIVIDER IN A DRAWER, AGAINST THE NORTH SIDE OF THE KITCHEN.

I ALSO OBSERVED A CELLULAR PHONE TELEPHONE CORD, THAT WAS CUT IN HALF,
LAYING ON THE KITCHEN FLOOR.

I NOTICED THAT THE LIGHTS IN THE HALLWAY WERE ON AND THE NIGHT LIGHT ABOVE
THE STOVE IN THE KITCHEN WAS ON.  I DID NOT NOTICE ANY OTHER LIGHTS ON IN
THE LIVING ROOM OR DINING ROOM.

BEFORE I STARTED MY INVESTIGATION, DETECTIVE KULESA LOCATED SOME DARK
COLORED SPOTS IN THE HALLWAY.  HE WANTED ME TO CHECK THE SPOTS WITH THE
PHENOPHALIN CHEMICALS, TO SEE IF THEY WERE BLOOD OR NOT.  I CHECKED THE
SPOTS WITH THE PHENOPHALIN, HOWEVER, IT WAS NEGATIVE FOR BLOOD.

I EXAMINED THE LIVING ROOM.  THE LIVING ROOM MEASURED AT APPROXIMATELY 17
FEET NORTH/SOUTH AND 15 FEET 3 INCHES EAST/WEST.  THE EAST WALL OF THE
LIVING ROOM, STARTING AT THE NORTH END, HAD A GREEN LAZY BOY CHAIR FACING
NORTH/WEST, WITH A BLOODSTAINED PILLOW ON TOP OF IT.  THE CHAIR WAS 3 FEET
WIDE AND 3 FEET LONG WITH THE SEAT 1 FOOT 6 INCHES HIGH.  THERE WAS ALSO A
BLOODY PIECE OF AN OBJECT, THAT WE LATER DETERMINED TO BE PART OF A LAMP.

BEHIND THE GREEN LAZY BOY CHAIR, WAS A SMALL TABLE THAT CONTAINED A GREEN
BOX, MISCELLANEOUS PAPERS ON THE FLOOR AND LADY'S SHOES.  SOME OF THE
PAPERS WERE BLOODSTAINED AND THERE WAS ANOTHER OBJECT THAT WAS
BLOODSTAINED, THAT I LATER DETERMINED BELONGED TO A LAMP.  THE BASE OF THE
PHONE WAS LAYING ON THE FLOOR APPARENTLY KNOCKED OVER FROM THE TABLE.

THE COUCH EXTENDED FROM THE TABLE SOUTH, TO THE DOOR THAT LEADS ONTO THE
PATIO.  THE COUCH WAS FULL SIZED AND HAD BLOODSTAINS ON TOP OF THE
CUSHIONS AND ON THE DUST COVER IN FRONT OF THE COUCH.  THE COUCH WAS
MEASURED AT 7 FEET 6 INCHES LONG, 3 FEET 6 INCHES WIDE AND THE SEAT 1 FOOT
6 INCHES HIGH.  THERE WERE BLOODSTAINS ON THE WALL ABOVE THE COUCH AND
BEHIND THE GREEN LAZY BOY CHAIR.

THERE WAS A DOOR ON THE EAST WALL OF THE LIVING ROOM BY THE SOUTH WALL
THAT LEADS OUT ONTO THE BACK PATIO.  THE DOOR OPENS INWARD AND TO THE
SOUTH, THAT HAD MINI BLINDS COVERING THE WINDOWS.  THE DOOR WAS LOCKED AND
CLOSED.  THERE WERE BLOODSTAINS ON THE MINI BLINDS AND ON THE DOOR.

THERE WAS A WINDOW THAT WAS ON THE SOUTH WALL OF THE LIVING ROOM WITH
VERTICAL MINI BLINDS, THAT WERE CLOSED.  THERE WAS AN OVERSIZED CHAIR WITH
AN OTTOMAN, ON THE WEST SIDE AGAINST THE SOUTH WALL.  THERE WERE
BLOODSTAINS ON TOP OF THE CHAIR.  THE CHAIR MEASURED AT 4 FEET LONG, 3
FEET WIDE AND THE SEAT 1 FOOT 6 INCHES HIGH.  THE OTTOMAN WAS MEASURED AT
2' SQUARE AND 1'6" HIGH.

   2000 01797849      82                                    Continued.

                              000009510

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  11        DR NUMBER: 2000 01797849      82

THE SOUTH/WEST CORNER OF THE LIVING ROOM HAD A WEDDING DISPLAY THAT WAS
BROKEN AND LAYING ON THE FLOOR.  THIS CONSISTED OF DOLLS, WEDDING ITEMS
AND BROKEN GLASS. THERE WAS A BLOOD OR TWO LOCATED ON TOP OF THE BROKEN
GLASS.

THERE IS A TV, STEREO AND ENTERTAINMENT CENTER AGAINST THE WEST WALL OF
THE LIVING ROOM.  THE ENTERTAINMENT CENTER MEASURED 2 FOOT 6 INCHES LONG 2
FOOT WIDE AND 5 FEET HIGH.   THE TV WAS OFF AND THERE WERE BLOODSTAINS ON
THE TV SCREEN AND ON THE ENTERTAINMENT CENTER, NEAR THE FLOOR.   THERE WERE
BLOODSTAINS ON THE WEST WALL, SOUTH OF THE ENTERTAINMENT CENTER.   THERE
WAS A SPEAKER IN THE SOUTH/WEST CORNER OF THE LIVING ROOM AND A SPEAKER AT
THE NORTH/WEST CORNER.   THERE WAS AN ARTIFICIAL PLANT THAT WAS KNOCKED
OVER, LAYING ON THE FLOOR IN FRONT OF THE ENTERTAINMENT CENTER.

THE CLOSET IS LOCATED BETWEEN THE FRONT DOOR AND THE ENTERTAINMENT CENTER.
THE CLOSET MEASURED 3 FEET LONG AND 2 FOOT 2 INCHES WIDE.  THERE WERE
BLOODSTAINS ON THE SOUTH SIDE OF THE CLOSET AND ON THE WEST SIDE OF THE
LIVING ROOM WALL.   THERE WAS A 21 INCH TALL PLASTIC GARBAGE CAN THAT WAS
LAYING ON TOP OF A BACK PACK, JUST SOUTH OF THE FRONT DOOR.   THERE WERE
BLOODSTAINS ON THE GARBAGE CAN.

I NOTICED THAT ON TOP OF THE COUCH AGAINST THE EAST WALL THERE WAS A
REMOTE CONTROL CHANGER LAYING ON THE SOUTH ARM OF THE COUCH.   THERE WAS A
SMALL BOWL OF POPCORN THAT WAS ON THE SEAT OF THE SOUTHERN PORTION OF THE
COUCH. I NOTICED ON THE FLOOR IN FRONT OF THE COUCH, WAS A PINKISH COLORED
STAIN, WHICH I TESTED WITH THE PHENOPHALIN CHEMICALS AND IT WAS NEGATIVE
FOR BLOOD.

THE FLOOR OF THE LIVING ROOM WAS CARPETED WITH A LARGE AREA RUG, OVER THE
CARPET.  THE VICTIM WAS LAYING, ON HIS BACK, WITH HIS HEAD TO THE
SOUTH/EAST AND THE FEET TO THE NORTH/WEST.   THE RIGHT HAND WAS EXTENDED
HORIZONTALLY, AWAY FROM HIS BODY AND THE LEFT HAND WAS BENT AT THE ELBOW,
EXTENDED AWAY FROM THE BODY.   THE HEAD WAS TILTED TO THE WEST.

HE WAS WEARING GREEN SHORTS WITH NO SHIRT, SHOES OR SOCKS.  THE FEET WERE
CROSSED, WITH THE LEFT FOOT OVER THE RIGHT.   THERE WAS A BLANKET WADDED UP
NEXT TO THE LEFT SIDE OF HIS NECK AND THERE WERE TWO FIRE DEPARTMENT
PATCHES ON HIS CHEST.

THERE WAS A BROKEN PORTION OF THE SEAT OF A STOOL, LAYING ON THE FLOOR
ABOVE HIS HEAD, ON TOP OF A LARGE BLOOD POOL.   THERE WAS A LARGE KITCHEN
KNIFE LAYING ON THE RIGHT SIDE OF HIS BODY, WITH THE KNIFE EDGE POINTING
TOWARDS THE BODY AND THE HANDLE AWAY.   THE BOTTOM PORTION OF THE KNIFE
BLADE WAS BLOOD SOAKED AND THERE WAS A BROWN AND BLACK BELT, LAYING ON TOP
OF THE KNIFE.   THERE WAS A LARGE BLOODSTAIN ON THE RIGHT SIDE OF HIS BODY,
WITH THE OTHER PORTION OF THE BROKEN STOOL SEAT, LAYING ON TOP OF THIS
BLOOD POOL.   THE BROKEN BOTTOM PORTION OF THE STOOL IS LAYING ON TOP OF
THIS SEAT TO THE RIGHT SIDE OF THE VICTIM'S BODY.   THERE WAS ALSO A
BLOODSTAINED FORK LAYING ON THE FLOOR, NORTH OF THE KNIFE.

THE HEAD OF THE BODY IS TURNED TO THE WEST AND THERE IS A LARGE

2000 01797849     82                                    Continued.

000009511

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  12          DR NUMBER: 2000 01797849      82

CONCENTRATION OF BLOOD ON THE RIGHT SIDE OF HIS FACE, BELOW HIS EAR.
THERE IS ALSO A BLOODSTAIN ON TOP OF HIS HEAD, THAT IS RUNNING FROM THE
BACK OF HIS HEAD FORWARD, TO HIS FOREHEAD.  I NOTICED THERE WAS HARDLY ANY
BLOOD ON HIS CHEST, PANTS, LEGS AND FEET.  ALL THE BLOOD IS CONCENTRATED
AROUND THE UPPER SHOULDERS, NECK, HEAD AREA AND ARMS.  THE BLOOD ON THE
RIGHT AND LEFT HAND WAS ON THE OUTSIDE AND INSIDE OF THE HANDS.  THERE WAS
BLOOD TRAVELING DOWN THE RIGHT SIDE OF HIS HEAD TO THE NECK THEN TO THE
BACK.

I OBSERVED A VOID AREA ON THE TOP SIDE OF HIS RIGHT BICEP, WHICH IS BY THE
LARGE BLOOD POOL ON THE RIGHT SIDE OF HIS BODY.  I ALSO NOTICED THERE WAS
HAIR IN BOTH OF HIS HANDS.

I EXAMINED THE DINING ROOM NEXT.  THE DINING ROOM IS 8 FEET 10 INCHES
NORTH/SOUTH AND 9 FEET EAST/WEST.  STARTING AT THE NORTH WALL AT THE WEST
END, THERE IS A STANDARD HIGH CHAIR FOR A BABY AND THEN A SMALL TABLE AND
CHAIR SET FOR A BABY.  ON THE BACK SIDE OF THE GREEN CHAIR WAS A
BLOODSTAIN.  THERE IS A MIRROR ON THE NORTH WALL THAT HAS BLOODSTAINS ON
THE MIRROR AND ON THE WALL.  THEY APPEARED TO BE GOING IN A DOWN
DIRECTION.

THERE IS A PICTURE HANGING ON THE EAST WALL OF THE DINING ROOM AND THERE
IS A TABLE AND CHAIR SET, LOCATED IN THE MIDDLE OF THE DINING ROOM.  THERE
IS ONE CHAIR AT THE NORTH END, TWO CHAIRS ON THE EAST SIDE AND ONE CHAIR
ON THE WEST SIDE OF THE TABLE.  THE OTHER MATCHING CHAIR IS LAYING ON ITS
BACK AT THE ENTRANCE TO THE HALLWAY, WITH THE LEGS FACING EAST.  THE TABLE
MEASURED 5'6" LONG, 3'6" WIDE AND 2'4" HIGH.

THERE IS A WOODEN STOOL LOCATED IN THE NORTH/EAST CORNER OF THE DINING
ROOM, WHICH MATCHES THE BROKEN STOOL THAT IS LAYING IN THE LIVING ROOM.

ON TOP OF THE DINING ROOM WOODEN TABLE, THERE ARE MISCELLANEOUS PAPERS, A
CASE OF SNAPPLE, TWO PAPER BACK BOOKS AND OTHER MISCELLANEOUS ITEMS.
THERE WAS ALSO DRIED FLOWER RESIDUE ON THE SOUTHWEST CORNER OF THE TABLE.
THERE WAS A MAP OF THE COMPLEX LAYING ON TOP OF THE TABLE THAT WAS
BLOODSTAINED.

THE FLOOR OF THE DINING ROOM WAS CARPETED AND THERE WERE MISCELLANEOUS
PAPERS, CAR KEYS, SUNGLASSES, LOTION AND BOTTLED WATER LAYING ON THE FLOOR
BETWEEN THE TABLE AND THE KITCHEN COUNTER.  SOME OF THE PAPERS ON THE
FLOOR WERE BLOODSTAINED.  I WAS UNSURE IF THIS WAS KNOCKED FROM THE TABLE
OR THE KITCHEN COUNTER.

I EXAMINED THE KITCHEN NEXT.  THE KITCHEN MEASURED AT 10 FEET 2 INCHES
NORTH/SOUTH AND 10 FEET EAST/WEST.  THERE IS A COUNTER TOP THAT STARTS ON
THE NORTH WALL, BY THE REFRIGERATOR, THAT RUNS WEST, ALONG THE NORTH WALL,
THEN SOUTH ALONG THE WEST WALL, EAST ALONG THE SOUTH WALL AND BACK NORTH
FOR ABOUT FOUR FEET.  THE COUNTER TOP IS 3 FEET HIGH.  THE EAST COUNTER
TOP IS 3 FEET WIDE WITH THE NORTH, WEST AND SOUTH COUNTER TOPS BEING
APPROXIMATELY 2 1/2 FEET WIDE.

2000 01797849     82                                    Continued.

000009512

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  13          DR NUMBER: 2000 01797849          82

THE REFRIGERATOR IS ALONG THE NORTH WALL EAST OF THE COUNTER TOP, AND A
SMALL CLOSET IS EAST OF THE REFRIGERATOR.  THE FLOOR OF THE KITCHEN IS
MADE OF LINOLEUM.  THERE IS AN OPEN FRUIT CUP PACKAGE ON TOP OF THE
COUNTER TOP, ALONG WITH A BROKEN CELLULAR PHONE.

THERE ARE SEVERAL PRESCRIPTION BOTTLES ON THE COUNTER, BELONGING TO THE
VICTIM.  THERE IS A BLOODSTAIN ON THE NORTH END OF THE COUNTER TOP.  THE
STOVE IS AGAINST THE SOUTH WALL OF THE KITCHEN AND THERE WAS A COOKIE
SHEET AND A POT OF FOOD ON TOP OF THE STOVE.  THE STOVE WAS TURNED OFF.

THE DOUBLE SINK IS AGAINST THE WEST WALL OF THE KITCHEN, BELOW A WINDOW.
THERE WAS AN EMPTY GLASS IN THE SINK.  THE NORTH SIDE TOP CABINET DOOR WAS
OPEN AND THERE WERE SAME TYPE GLASSES IN THE CABINET.  THERE WAS A
DISHWASHER NORTH OF THE SINK.  THE NORTH WALL HAD AN OPEN DRAWER, WHICH
CONTAINED A SILVERWARE DIVIDER INSIDE, THAT WAS BLOODSTAINED.  THE
REFRIGERATOR WAS LOCATED EAST OF THE COUNTER TOP, WHICH HAD BLOODSTAINS ON
THE FRONT OF THE REFRIGERATOR AND ON THE SIDE.

THE FLOOR OF THE KITCHEN IN FRONT OF THE REFRIGERATOR HAD BLOODSTAINS
ALONG WITH A CELLULAR PHONE CORD, THAT APPEARED TO BE CUT.  ALSO ON THE
FLOOR WAS A BROKEN PICTURE IN A FRAME WITH A BROKEN FLOWER POT ON TOP OF
THE PICTURE.  THE PICTURE WAS A PORTRAIT OF THE VICTIM AND HIS FAMILY.

I ALSO NOTICED SEVERAL DAMP RAGS LAYING ON THE SOUTH/EAST CORNER OF THE
FLOOR BY THE COUNTER TOPS.

THE INTERIOR OF THE REFRIGERATOR WAS EXAMINED.  THERE WERE MISCELLANEOUS
FOOD ITEMS IN THE FREEZER AND IN THE REFRIGERATOR. THE CABINET DOORS WERE
OPENED AND EXAMINED.  THEY CONTAINED MISC. ITEMS OF COOKWARE, DINNERWARE
AND COOKING SUPPLIES.

AFTER ALL THE OBSERVATIONS, I BEGAN THE SCENE INVESTIGATION OF THE ITEMS
AROUND THE BODY.  I LOCATED ITEMS #1 THROUGH #14, WHICH WERE BLOODSTAINED
ITEMS AND BLOODSTAINS AROUND THE BODY.

I PLACED NUMBERED PLACARDS BY THE EVIDENCE WITH ALL THE NUMBERS FACING
NORTH.  I USED THE SOUTH/EAST CORNER OF THE LIVING AS A REFERENCE POINT
FOR THE MEASUREMENTS.

ITEM #1 IS A SILVER COLORED DINNER FORK LAYING ON THE CARPET, NORTH OF THE
BODY.  THE HANDLE WAS BLOODSTAINED AND WAS MEASURED AT 12 FEET 9 INCHES
NORTH AND 6 FEET WEST OF THE REFERENCE POINT.

ITEM #2 IS A BROWN AND BLACK MEN'S BELT THAT WAS LOCATED ON TOP OF THE
KNIFE, WHICH WOULD BE TO THE RIGHT SIDE OF THE BODY.  THE BELT WAS
BLOODSTAINED BY THE BUCKLE AND THE END OF THE BELT.  THE BELT WAS MEASURED
AT 12 FEET NORTH AND 6 FEET 6 INCHES WEST OF THE REFERENCE POINT.  THE
BELT WAS ALSO LAYING ON TOP OF THE BLOOD POOL.  THE BELT MEASURED AT 35
INCHES LONG.

2000 01797849     82                                    Continued.

000009513

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER: 14      DR NUMBER: 2000 01797849      82

ITEM #3 IS A BLACK HANDLED KITCHEN KNIFE THAT WAS LAYING ON THE FLOOR TO
THE RIGHT SIDE OF THE VICTIM'S BODY.  THE BLADE WAS POINTING TOWARDS THE
VICTIM AND THE HANDLE AWAY.  THE SHARP EDGE OF THE KNIFE HAD A HIGH
CONCENTRATION OF BLOOD.  THE KNIFE MEASURED 13 INCHES LONG, WITH THE BLADE
BEING 9 INCHES LONG.  THERE WERE BLOODSTAINS ON THE HANDLE OF THE KNIFE.
THE KNIFE WAS MEASURED 12 FEET NORTH AND 6 FEET 6 INCHES WEST OF THE
REFERENCE POINT.  I TURNED THE KNIFE OVER AND AGAIN THERE WAS A HEAVY
CONCENTRATION OF BLOOD ON THE SHARP EDGE OF THE KNIFE.

ITEM #4 IS A PAIR OF WHITE CHILDREN'S PANTS THAT WERE BLOODSTAINED.  THE
PANTS WERE LOCATED ON THE LEFT SIDE OF THE VICTIM'S BODY AND MEASURED AT
10 FEET 8 INCHES NORTH AND 10 FEET WEST OF THE REFERENCE POINT.  THERE
WERE SMALL MEDIUM VELOCITY IMPACT SPATTER STAINS ON TOP OF THE PANTS.

ITEM #5 IS THE LARGER BROKEN SECTION OF THE STOOL SEAT THAT WAS FOUND ON
THE FLOOR TO THE RIGHT SIDE OF THE VICTIM'S BODY.  THE STOOL IS LAYING
WITH THE BOTTOM SIDE OF THE STOOL FACING UPWARD.  THERE WAS A HEAVY
CONCENTRATION OF BLOOD ON THE STOOL SEAT.  THE STOOL SEAT WAS MEASURED AT
12 FEET NORTH AND 5 FEET 2 INCHES WEST AND WAS LAYING UNDER ITEM #6, WHICH
IS A BROKEN SECTION OF THE STOOL.  THE TOP PORTION OF THE STOOL WAS LAYING
FACE DOWN AND WHEN TURNED OVER, THERE WAS VERY LITTLE BLOOD ON THE STOOL
SEAT.  THERE WAS A VOID SECTION UNDERNEATH THE STOOL, ON THE CARPET, WHICH
INDICATED THAT THE SEAT WAS ON THE FLOOR PRIOR TO THE BLOOD BEING SHED ON
TOP.

ITEM #6 IS THE LEG SECTION OF THE STOOL THAT WAS LAYING ON ITS SIDE, WITH
THE TOP PORTION FACING SOUTH AND THE BOTTOM PORTION FACING NORTH.  ONE OF
THE LEGS WAS LAYING OVER THE TOP OF THE BROKEN SEAT PORTION OF THE STOOL.
ITEM #6 WAS MEASURED AT 12 FEET NORTH AND 5 FEET 2 INCHES WEST.  THE
BOTTOM PORTION OF THE LEG SECTION OF THE STOOL HAD ARTERIAL GUSHING
TRAVELING IN A NORTH/EAST DIRECTION.  THE TOP PORTION OF THE LEGS HAD
BLOODSTAINED TRANSFER PATTERNS ON IT.

AFTER PHOTOGRAPHING THE LEG PORTION IN PLACE, I STOOD THE SECTION STOOL UP
AND TOOK PHOTOGRAPHS ON ALL FOUR SIDES.  THERE WAS A WOODEN BRACE MISSING
WHICH WAS LATER MARKED ITEM #10.

ITEM #7 IS A SMALLER SECTION OF THE STOOL SEAT THAT WAS LOCATED ON TOP OF
A BLOOD POOL, SOUTH OF THE VICTIM'S HEAD.  THE TOP PORTION OF THE SEAT HAD
A FEW DROPS OF BLOOD ON TOP.  THE STOOL SEAT WAS MEASURED 8 FEET 4 INCHES
NORTH AND 6 FEET 6 INCHES WEST OF THE REFERENCE POINT.  AFTER THE SEAT WAS
MEASURED, I EXAMINED THE UNDER SIDE.  THE UNDER SIDE OF THE SEAT WAS
HEAVILY BLOODSTAINED FROM THE BLOOD POOL IT WAS LAYING IN.  IT APPEARS
THAT WAS PLACED ON THE FLOOR, AFTER THE BLOOD POOL WAS CREATED ON THE
FLOOR.

ITEM #8 IS A RED AND WHITE BLANKET THAT WAS LAYING ON THE FLOOR ON THE
LEFT SIDE OF THE VICTIM'S NECK.  THE BLANKET WAS MEASURED AT 9 FEET NORTH
AND 7 FEET 6 INCHES WEST OF THE REFERENCE POINT.  THE BLANKET HAD VERY
LITTLE BLOOD TRANSFER PATTERNS ON THE BLANKET.  THIS BLANKET WAS USED BY
THE VICTIM'S WIFE TO STOP THE BLEEDING ON THE VICTIM'S NECK, HOWEVER, DUE

2000 01797849      82                                      Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  15          DR NUMBER: 2000 01797849      82

TO THE LACK OF BLOOD ON THE BLANKET, IT APPEARS THAT THE VICTIM HAD
ALREADY DIED AND THERE WAS NO BLOOD LOSS FROM THE WOUND AND THE NECK, AT
THE TIME THE BLANKET WAS PLACED IN THAT LOCATION.

ITEM #9 IS A TAN PLASTIC KITCHEN GARBAGE CAN THAT WAS LOCATED TO THE WEST
OF THE VICTIM'S BODY, AGAINST THE WALL.  THE GARBAGE CAN WAS MEASURED AT
13 FEET NORTH AND 11 FEET WEST OF THE REFERENCE POINT.  THE CAN WAS
MEASURED AT 21 INCHES HIGH AND IT WAS LEANING BACKWARD ON TOP OF A BACK
PACK.  THE ONLY BLOODSTAINS I SAW ON THE TAN GARBAGE CAN WAS ON THE BACK
SIDE AND LEFT SIDE.

THERE IS A COMBINATION IF MEDIUM VELOCITY IMPACT SPATTER AND CAST OFF
PATTERN ON THE GARBAGE CAN.  THE CAST OFF PATTERN IS TRAVELING FROM FRONT
TO BACK AND SLIGHTLY UPWARD.  IF THE CAN WAS LAYING TIPPED OVER ON THE
BACK PACK, THIS WOULD INDICATE THAT THE PATTERN WAS IN A DOWNWARD
DIRECTION.

ITEM #10 IS A DOWEL PORTION OF THE BROKEN STOOL, LOCATED NORTH OF THE
VICTIM'S BODY, ON THE CARPET.  THE DOWEL WAS BLOODSTAINED AND IT WAS
MEASURED AT 17 FEET NORTH AND 5 FEET 4 INCHES WEST OF THE REFERENCE POINT.

ITEM #11 IS A BLOOD POOL THAT WAS LOCATED ABOVE THE VICTIM'S HEAD.  THE
BLOOD POOL WAS MEASURED AT 7 FEET 9 INCHES NORTH AND 6 FEET 10 INCHES
WEST.  ITEM #7 WAS LAYING ON TOP OF THIS BLOOD POOL.  THE BLOOD POOL
POSSIBLY CAME FROM THE TOP OF THE VICTIM'S HEAD INJURIES.  I NOTICED THERE
WERE SEVERAL LARGE LACERATIONS ON TOP OF THE VICTIM'S HEAD.  IT DOES NOT
APPEAR THAT HIS NECK WAS CUT AT THIS POINT, DUE TO THE FACT THERE IS NO
ARTERIAL GUSHING PRESENT IN THIS AREA.

IT SHOULD BE NOTED THAT LATER IN THE INVESTIGATION, AFTER ALL THE EVIDENCE
WAS COLLECTED OFF THE RUG, I CUT THIS SECTION OF THE CARPET OUT.  I
NOTICED THE CARPET UNDERNEATH THE AREA RUG WAS ALSO HEAVILY BLOODSTAINED
AND IT WAS MARKED 11A.

ITEM #12 IS THE BLOOD POOL AND ARTERIAL GUSHING FROM THE VICTIM'S NECK.
THE BLOOD POOL IS MEASURED AT 11 FEET 6 INCHES NORTH AND 6 FEET WEST OF
THE REFERENCE POINT.  THE BLOOD POOL WAS LOCATED ON THE EAST SIDE OF THE
VICTIM'S NECK.  THE VICTIM'S RIGHT ARM WAS LAYING HORIZONTALLY ACROSS THE
TOP OF THIS BLOOD POOL, WITH A VOID AREA ON HIS BICEP.

ITEMS #2 AND #3 WAS LAYING ON TOP OF THE BLOOD POOL.  THESE ITEMS APPEARED
TO BE PLACED OVER THE TOP OF THE BLOOD POOL.  IF YOU ROLL THE VICTIM TO
HIS RIGHT SIDE, PLACING HIS FACE IN THE VOID AREA, THIS WOULD BE
CONSISTENT OF THE BLOOD DRAINING FROM THE VICTIM'S NECK AND MOUTH AREA,
WITH ARTERIAL GUSHING TRAVELING IN A NORTH/EAST DIRECTION.

IT SHOULD BE NOTED THAT AFTER ALL THE EVIDENCE WAS REMOVED FROM THE
CARPET, I FOUND THAT THE CARPET UNDERNEATH THE AREA RUG WAS BLOODSTAINED
ALSO.  THIS WAS MARKED 12A.

ITEM #13 IS A BLOODSTAIN THAT IS CLASSIFIED AS ARTERIAL GUSHING.  THIS

2000 01797849      82                                        Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  16        DR NUMBER: 2000 01797849    82

TRAVELS NORTH/EAST FROM THE VICTIM'S INJURY TO THE NECK.  THE ARTERIAL
GUSHING WAS MEASURED AT APPROXIMATELY 3 FEET IN LENGTH.

ITEM #14 IS A POOL OF VOMIT THAT WAS LOCATED SOUTH OF THE VICTIM'S HEAD.
THE VOMIT POOL WAS MEASURED 10 FEET NORTH AND 7 FEET WEST OF THE REFERENCE
POINT.

THE VOMIT POOL WAS JUST NORTH OF THE BLOOD POOL MARKED ITEM #11.  THIS
WOULD INDICATE THAT THE VICTIM WAS EITHER VOMITING PRIOR TO, DURING OR
AFTER HIS INJURIES TO THE TOP OF HIS HEAD, AT THIS LOCATION.

THE HEAVY BLOOD FLOW THAT WAS MARKED ITEM #12 AND THE ARTERIAL GUSHING
THAT WAS MARKED ITEM #13 AND #13A, ALONG WITH THE VOID AREA ON TOP OF THE
VICTIM'S RIGHT BICEP, AND THE LOCATION OF THE VICTIM'S INJURY TO THE LEFT
SIDE OF HIS NECK, WOULD INDICATE THAT THE VICTIM WAS LAYING ON THE FLOOR
FACING EAST, WHEN HIS NECK WAS CUT WITH THE KNIFE, CAUSING THE ARTERIAL
GUSHING ON THE FLOOR.  THIS WOULD ALSO INDICATE THAT THE VICTIM WAS
ALREADY DOWN WHEN THE INJURY OCCURRED.

I FOUND ITEMS #15 AND #16 ON THE FLOOR, BETWEEN THE GREEN CHAIR AND THE
COUCH, AGAINST THE EAST WALL IN THE LIVING ROOM.

ITEM #15 IS A WHITE NAPKIN THAT HAD A CAST OFF PATTERN OF BLOOD ON THE
NAPKIN.  THIS NAPKIN WAS MEASURED 11 FEET 3 INCHES NORTH AND 2 FEET WEST
OF THE REFERENCE POINT.  THE CAST OFF PATTERN ON THE NAPKIN WAS IN AN EAST
DIRECTION.  I EXAMINED THE BOTTOM PORTION OF THE NAPKIN AND IT WAS
BLOODSTAINED.

ITEM #16 IS A BLOODSTAINED OBJECT THAT WAS LOCATED NEXT TO THE NAPKIN.
THIS ITEM WAS MEASURED AT 11 FEET 5 INCHES NORTH AND 2 FEET 6 INCHES WEST
OF THE REFERENCE POINT.  I LATER DETERMINED THAT THIS OBJECT WAS THE
BROKEN PIECE OF A TABLE LAMP THAT WAS TAKEN FROM THE SOUTH/EAST BEDROOM OF
THE APARTMENT.  THERE WERE BLOODSTAINS ON THE OUTSIDE OF THE LAMP PIECE
AND MEDIUM VELOCITY IMPACT SPATTER ON THE INSIDE OF THE LAMP PIECE.

ITEM #17 IS A PAIR OF GREEN MEN'S SHORTS THAT THE VICTIM WAS WEARING.  THE
SHORTS HAD A BLUE AND BLACK BELT ALSO.  I NOTICED THERE WAS A SMALL
PORTION TO THE REAR OF THE PANTS AT THE BELT LINE, THAT WAS BLOODSTAINED.
I DID NOT SEE ANY BLOOD SPATTER ON THE FRONT OR SIDES OF THE SHORTS.  THE
SHORTS WERE MEASURED AT 11 FEET 6 INCHES NORTH AND 9 FEET WEST OF THE
REFERENCE POINT.

ITEMS #18 AND #19 ARE EVIDENCE I FOUND LAYING ON TOP OF THE GREEN CHAIR,
AGAINST THE EAST WALL OF THE LIVING ROOM.

ITEM #18 IS A PIECE OF THE BROKEN LAMP THAT WAS MEASURED 14 FEET NORTH 1
FOOT 6 INCHES WEST AND 1 FOOT 6 INCHES HIGH.  THE BROKEN LAMP PIECE WAS
BLOODSTAINED ON BOTH SIDES.

ITEM #19 IS A WHITE PILLOW CASE AND PILLOW THAT WAS BLOODSTAINED, LAYING
ON TOP OF THE GREEN CHAIR.  THE BLOODSTAINED PORTION OF THE PILLOW WAS

2000 01797849    82                                              Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  17          DR NUMBER: 2000 01797849          82

FACING THE BACK OF THE CHAIR.  THE PILLOW APPEARED TO HAVE A TRANSFER
PATTERN OF BLOOD ON THE BOTTOM SIDE OF THE PILLOW WITH A HEAVY
CONCENTRATION OF BLOOD LOCATED AT THE EDGE OF THE PILLOW.  THERE WAS
POSSIBLE EX PIRATED BLOOD LOCATED ON TOP OF THE PILLOW, TRAVELING AWAY
FROM THE HIGH CONCENTRATION OF BLOOD ON THE SIDE OF THE PILLOW.  THE
PILLOW CASE WAS REMOVED FROM THE PILLOW AND IMPOUNDED.  THE PILLOW CASE
WAS MEASURED AT 13 FEET NORTH, 3 FEET 1 INCH WEST AND 1 FOOT 8 INCHES HIGH
FROM THE REFERENCE POINT.

ITEM #20 IS ANOTHER BROKEN PIECE OF THE LAMP THAT WAS FOUND LAYING ON THE
FLOOR AT THE FOOT OF THE GREEN CHAIR.  THE BROKEN PIECE OF LAMP APPEARED
TO BE BLOODSTAINED ON THE OUTSIDE OF THE PIECE ONLY.  THE BROKEN LAMP
PIECE WAS MEASURED AT 13 FEET 10 INCHES NORTH AND 3 FEET 6 INCHES WEST OF
THE REFERENCE POINT.

I THEN PLACED ITEMS #16, #18 AND #20 ON A CLEAN PIECE OF CLOTH AND HAD
PHOTOGRAPHS TAKEN, SHOWING THEIR RELATIONSHIP TO EACH OTHER.

I CHECKED THE VICTIM'S HANDS AND NOTICED THERE WERE HAIR IN THE LEFT HAND,
WHICH WAS MARKED ITEM #21 AND HAIR ON THE RIGHT HAND, WHICH WAS MARKED
ITEM #22.  ITEM #21 WAS MEASURED AT 9 FEET NORTH AND 9 FEET 6 INCHES WEST.
ITEM #22 WAS MEASURED AT 11 FEET NORTH AND 5 FEET WEST, OF THE REFERENCE
POINT.  THE VICTIM WAS BALD AND THE HAIR IS POSSIBLY THE VICTIM'S WIFE'S.

ITEMS #23 THROUGH #28, ARE BLOODSTAINS THAT WAS ON THE FRONT DOOR OF THE
APARTMENT.

ITEM #23 IS THE INSIDE BLOODSTAINED DOOR HANDLE OF THE FRONT DOOR.

ITEM #24 IS A FINGER SMEAR PATTERN IN BLOOD ON THE OUTSIDE OF THE FRONT
DOOR, THAT MEASURED AT ABOUT 3 FEET 9 INCHES HIGH.  THIS FINGER SMEAR
WOULD BE LOCATED JUST ABOVE THE DEADBOLT LOCK.

ITEMS #25, #26, #27 AND #28 ARE FINGER SMEAR PATTERNS ON THE INTERIOR OF
THE DOOR, BY THE DEADBOLT LOCKS.

ITEM #29 IS A BLOODSTAIN ON THE EXTERIOR WALL BY THE FRONT DOOR, MEASURED
AT 3 FEET 7 INCHES HIGH.  THERE IS NO DISTINCTIVE PATTERN, OTHER THAN
BEING A SMEAR PATTERN ON THE WALL.

ITEM #30 IS A PLASTIC BAG AND LADY'S BARRETTE THAT WERE BLOODSTAINED.
THESE ITEMS WERE LAYING ON THE FLOOR TO THE EAST OF THE VICTIM'S BODY.
THE PLASTIC BAG MEASURED 12 FEET NORTH AND 2 FEET 6 INCHES WEST OF THE
REFERENCE POINT.  THE BLOODSTAIN ON THE BAG APPEARED TO BE MEDIUM VELOCITY
IMPACT SPATTER.

AT THIS POINT OF THE INVESTIGATION, WE MEASURED, PHOTOGRAPHED AND
COLLECTED ALL THE EVIDENCE.  I EXAMINED THE BODY A LITTLE BIT CLOSER AT
THIS POINT OF THE INVESTIGATION.

2000 01797849     82                                      Continued.

000009517

P-App. 005248

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT         PAGE NUMBER:  18      DR NUMBER: 2000 01797849      82

THE LEFT SIDE OF THE VICTIM'S NECK APPEARED TO HAVE A KNIFE WOUND THAT RA
FROM THE FRONT OF HIS THROAT TO THE REAR.   THERE WAS NO BLOOD DRAINAGE
FROM THIS WOUND AT THIS TIME.   IT APPEARS THAT HE HAD STOPPED BLEEDING BY
THE TIME THAT THE VICTIM WAS ROLLED TO HIS BACK AND THE BLANKET PLACED UP
TO HIS WOUND.   THERE WERE SEVERAL WOUNDS TO THE BACK OF HIS HEAD AND THE
BLOOD DIRECTION WAS UP OVER THE TOP OF THE HEAD AND DOWN HIS FOREHEAD.
THERE APPEARED TO BE BLOOD HIS NOSTRILS AND IN HIS MOUTH.

WE REMOVED THE HAIR FROM HIS HANDS AND THEN BAGGED HIS HANDS FOR EVIDENCE.
THE VICTIM WAS ROLLED OVER TO HIS LEFT SIDE AND I OBSERVED THERE WAS A
VOID AREA UNDER HIS BACK.   THE BLOOD POOL MARKED ITEM #12 HAD SEEPED UNDER
THE BODY, DUE TO THE CONTOUR OF THE RUG.

THE ARTERIAL GUSHING BEGAN IN THE BLOOD POOL #12, AND CONTINUED NORTH/EAST
FOR ABOUT 6 FEET.   THE BROKEN PORTION OF THE STOOL SEAT, ITEM #5, WAS
LAYING UNDER THE ARTERIAL GUSHING IN THE BLOOD POOL.   THERE WAS A VOID
AREA ON TOP OF THE SEAT WHERE HIS HAND APPARENTLY HAD BEEN, DURING THE
BLOOD SHED.

IT APPEARS THE VICTIM WAS LAYING ON HIS RIGHT SIDE FACING EAST, WHEN HIS
NECK WAS CUT, CAUSING THE ARTERY TO MAKE THE ARTERIAL SPURT PATTERN IN A
NORTH/EAST DIRECTION.   IT APPEARS THE VICTIM WAS ALREADY DOWN IN THIS
POSITION WHEN HE WAS CUT BY THE KNIFE.

THE GREEN SHORTS, ITEM #17, WAS REMOVED FROM THE BODY, WITH THE PERMISSION
OF DR. KEEN, WHO IS THE MEDICAL EXAMINER.   THE MEDICAL EXAMINER'S OFFICE
RESPONDED AND PLACED THE VICTIM IN A BODY BAG, WHICH WAS SEALED WITH SEAL
#1059117.   THE BODY WAS THEN REMOVED TO THEIR OFFICE FOR FUTURE
EXAMINATION.

ONCE THE BODY WAS REMOVED, I HAD SOME ADDITIONAL 35MM PHOTOGRAPHS TAKEN OF
THE RUG, WITHOUT THE BODY.   I THEN OUTLINED THE AREA OF THE RUG AND CUT IT
OUT, MARKING IT ITEM #31.   THE ARTERIAL SPURT PATTERN CONTINUED FROM THE
AREA RUG ONTO THE CARPET OF THE LIVING ROOM.   I CUT THIS SECTION OUT ALSO
AND MARKED IT #13A, WHICH WOULD CORRESPOND WITH THE ARTERIAL GUSHING
PATTERN #13.

ONCE THE RUG WAS CUT AND REMOVED, I NOTICED THAT THE BLOOD HAD SEEPED
THROUGH ONTO THE CARPET OF THE LIVING ROOM.   I MARKED THE AREA UNDER ITEM
#11 AS #11A, ON THE CARPET.   I CUT THIS SECTION OUT ALSO AND RETAINED IT
AS EVIDENCE.

I NOTICED THE AREA UNDER ITEM #12 WAS ALSO BLOOD SOAKED AND I MARKED THIS
AREA #12A, WHICH I CUT OUT AND RETAINED AS EVIDENCE.   I NOTICED THAT ONCE
THIS WAS REMOVED, THERE WERE BLOODSTAINS ON THE MAT UNDER THE CARPET.

I HAD EVIDENCE TECHNICIAN ROSA MORAN USE "LCV" ON THE BLOODY FINGERPRINTS
AND SMEARS ON THE FRONT DOOR TO ENHANCE THE FINGERPRINTS.   EVIDENCE TECH
MORAN ADVISED THAT SHE WAS UNABLE TO OBTAIN FINGERPRINTS.

ITEMS #32 THROUGH #38 ARE BLOODSTAINED CUSHIONS, PILLOWS AND DUST SKIRT,

2000 01797849      82                                      Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER: 19     DR NUMBER: 2000 01797849     82

ON THE COUCH AGAINST THE EAST WALL OF THE LIVING ROOM.

ITEM #32 IS THE CUSHION ON THE NORTH SIDE OF THE COUCH.  THERE IS CAST OFF
BLOOD PATTERN ON TOP OF THE CUSHION, THAT IS TRAVELING IN AN EAST
DIRECTION AND MEDIUM VELOCITY IMPACT SPATTER ON THE FRONT SIDE OF THE
CUSHION.

ITEM #33 IS THE SEAT CUSHION ON THE SOUTHERN PORTION OF THE COUCH, WHICH
HAS CAST OFF BLOODSTAIN PATTERNS ON TOP OF THE CUSHION, TRAVELING IN AN
EAST DIRECTION AND MEDIUM VELOCITY IMPACT SPATTER ON THE FRONT SIDE OF THE
CUSHION.

ITEM #34 IS A FLOWERED PILLOW, WHICH IS ON THE NORTH SIDE OF THE COUCH.
THE PILLOW HAD CAST OFF BLOODSTAINS ON THE TOP SIDE OF THE PILLOW.  THE
PILLOWS MEASURED 9 FEET 6 INCHES NORTH, 3 FEET WEST AND 2 FEET HIGH, FROM
THE REFERENCE POINT.

ITEM #35 IS A FLOWERED PILLOW THAT WAS BEHIND BY ITEM #34.  THE TOP SIDE
OF THE PILLOW ALSO HAD CAST OFF BLOOD PATTERNS, WHICH WAS MEASURED 10 FEET
NORTH, 3 FEET WEST AND 2 FEET HIGH FROM THE REFERENCE POINT.

ITEM #36 IS THE ARM COVER TO THE NORTH ARM OF THE COUCH.  THE FRONT
PORTION OF THE ARM COVER HAD MEDIUM VELOCITY IMPACT SPATTER ON IT, AS DID
THE FRONT PART OF THE COUCH.  THIS MEASURED 11 FEET NORTH, 3 FEET WEST AND
2 FEET 7 INCHES HIGH.

ITEM #37 IS THE DUST SKIRT ON THE FRONT OF THE COUCH, ON THE NORTH SIDE,
WHICH WAS BLOODSTAINED.  THIS WAS CONSISTENT OF THE MEDIUM VELOCITY IMPACT
SPATTER.  THIS WAS MEASURED 9 FEET NORTH AND 3 FEET 6 INCHES WEST OF THE
REFERENCE POINT.

ITEM #38 IS A DUST SKIRT ON THE FRONT OF THE COUCH ON THE SOUTH SIDE,
WHICH WAS BLOODSTAINED AND MEASURED AT 5 FEET NORTH AND 3 FEET 6 INCHES
WEST.  THIS WAS CONSISTENT OF HAVING MEDIUM VELOCITY IMPACT SPATTER ON THE
FRONT.

THE MEDIUM VELOCITY IMPACT SPATTER ON THE DUST SKIRT WAS RELATED TO THE
MEDIUM VELOCITY IMPACT SPATTER THAT WAS ON THE FRONT OF THE SEAT CUSHIONS.
THE MEDIUM VELOCITY IMPACT SPATTER TRAVELED FROM THE FLOOR UP TO THE
APPROXIMATELY 1 FOOT 6 INCHES HIGH.  THE MEDIUM VELOCITY IMPACT SPATTER ON
THE FRONT OF THE COUCH WOULD BE CONSISTENT OF THE POINT OF IMPACT OF THE
BLOOD SOURCE, AT A LOW LEVEL TO THE FLOOR.

THE COVERS TO THE PILLOWS, SEAT CUSHION AND DUST SKIRT WAS REMOVED FROM
THE COUCH AS EVIDENCE.  THE MEASUREMENTS OF THESE ITEMS WERE TO THE MIDDLE
OF THE ITEM.

THE SEAT CUSHIONS WERE REMOVED FROM THE COUCH AND THE COUCH MOVED AWAY
FROM THE WALL FOR ANY ADDITIONAL EVIDENCE, WITH NEGATIVE RESULTS.

I LOCATED ITEM #39, WHICH IS A BLOODSTAIN ON THE EAST WALL, ABOVE THE

2000 01797849    82                                        Continued.

000009519

P-App. 005250

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  20      DR NUMBER: 2000 01797849      82

COUCH.  THIS WAS CONSISTENT OF BEING PART OF A CAST OFF PATTERN AND
MEASURED 8 FEET 10 INCHES NORTH AND 3 FEET HIGH, FROM THE REFERENCE POINT.

ITEM #40 IS A BLOODSTAIN LOCATED ON THE EAST WALL OF THE LIVING ROOM,
NORTH OF THE COUCH.  THIS WAS CONSISTENT OF BEING A CAST OFF PATTERN AND
THE DIRECTIONALITY WAS DOWN AND TO THE NORTH.  THE BLOODSTAIN MEASURED AT
13 FEET 9 INCHES NORTH AND 11 INCHES HIGH.

ITEM #41 IS A BLOODSTAIN PATTERN ON THE SOUTH WALL OF THE LIVING ROOM,
EAST OF THE OVERSIZED CHAIR.  THE DIRECTIONALITY OF THE CAST OFF PATTERN
WAS DOWN AND TO THE EAST.  THE PATTERN MEASURED AT 4 INCHES TO 3 FEET WEST
AND 4 FEET TO 6 INCHES HIGH.  THE LARGEST BLOODSTAIN WAS COLLECTED AS
EVIDENCE AND SEVERAL OF THE OTHER BLOODSTAINS WERE TESTED WITH THE
PHENOPHALIN CHEMICALS WITH POSITIVE RESULTS FOR INDICATION OF BLOOD.

THERE WAS ALSO CAST OFF PATTERN IN BLOOD ON THE MINI BLINDS ON THE DOOR
AGAINST THE EAST WALL OF THE LIVING ROOM.  THE DIRECTIONALITY WAS DOWN AND
TO THE SOUTH.  THE BLOODSTAINS ON THE MINI BLINDS TESTED POSITIVE FOR THE
INDICATION OF BLOOD, WITH THE PHENOPHALIN CHEMICALS.

I EXAMINED THE OVERSIZED CHAIR AGAINST THE SOUTH WALL, UNDER THE WINDOW.
THE TOP OF THE COUCH AND THE PILLOW LEANING AGAINST THE BACK OF THE CHAIR
HAD BLOODSTAINS ON THEM.

THE FRONT OF THE CUSHION, ITEM #42, HAD MEDIUM VELOCITY IMPACT SPATTER ON
IT AND THE TOP OF THE CUSHION AND THE PILLOW HAD CAST OFF BLOODSTAIN
PATTERNS.

ITEM #42 MEASURED 2 FEET NORTH, 5 FEET WEST AND 1 FOOT 8 INCHES HIGH.

ITEM #43, WHICH WAS THE PILLOW, WAS MEASURED 2 FEET NORTH, 5 FEET WEST AND
2 FEET HIGH.  THESE ITEMS WERE MEASURED TO THE MIDDLE OF THE ITEM.

I REMOVED THE CUSHION FROM THE CHAIR AND MOVED THE CHAIR AWAY FROM THE
WALL AND THERE WERE NO ITEMS OF EVIDENCE LOCATED.  I REMOVED THE CASE FRO
THE PILLOW AND THE CASE FROM THE CUSHION, AND IMPOUNDED THEM AS EVIDENCE.

THE OTTOMAN WAS CHECKED AND THERE WAS MEDIUM VELOCITY IMPACT BLOODSTAINS
ON THE FRONT OF THE CUSHION.  I REMOVED THE OTTOMAN, TO CHECK FOR
EVIDENCE, WITH NEGATIVE RESULTS.

ITEM #44 IS A BLOODSTAIN LOCATED ON THE SOUTH WALL ON THE WEST SIDE OF THE
WINDOW.  THE DIRECTIONALITY OF THE CAST OFF PATTERN WAS DOWN AND TO THE
WEST.  THE BLOODSTAIN MEASURED 12 FEET 4 INCHES WEST AND 2 FEET 7 INCHES
HIGH.

ITEM #45 IS ANOTHER BLOODSTAIN THAT WAS LOCATED ON THE SOUTH WALL, WEST OF
THE WINDOW.  THIS CAST OFF PATTERN WAS MEASURED AT 13 FEET NORTH, 9 INCHES
WEST AND 2 FEET 2 INCHES HIGH.  THE DIRECTIONALITY WAS DOWN AND TO THE
WEST.

2000 01797849      82                                      Continued.

000009520

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:  21        DR NUMBER: 2000 01797849        82

ITEM #46 IS A BLOODSTAIN LOCATED ON THE WEST WALL OF THE LIVING ROOM,
MEASURED AT 1 FOOT NORTH, 15 FEET 3 INCHES WEST AND 6 FEET 6 INCHES HIGH.
THE DIRECTIONALITY OF THE CAST OFF PATTERN WAS HORIZONTALLY IN A SOUTH
DIRECTION.

ITEM #47 IS LOCATED ON THE WEST WALL BELOW ITEM #46.  IT WAS CONSISTENT
WITH BEING A CAST OFF PATTERN IN A DOWN AND SOUTH DIRECTION.  THE
BLOODSTAIN WAS MEASURED AT 1 FOOT 8 INCHES NORTH, 15 FEET 3 INCHES WEST
AND 1 FOOT 6 INCHES HIGH FROM THE REFERENCE POINT.

ITEM #48 IS A BLOODSTAIN ON THE SOUTH LIVING ROOM WALL BY THE BASEBOARD.
THIS WAS CONSISTENT WITH BEING A CAST OFF PATTERN IN A DOWN DIRECTION.
THE BLOODSTAIN MEASURED AT 13 FEET 3 INCHES WEST AND 1 INCH HIGH.

ITEM #49 IS A BLOODSTAIN ON THE BOTTOM OF THE TV STAND, AGAINST THE WEST
LIVING ROOM WALL.  THIS WAS CONSISTENT WITH BEING A CAST OFF PATTERN IN A
DOWN DIRECTION.  THE BLOODSTAIN WAS MEASURED 6 FEET 1 INCH NORTH, 13 FEET
5 INCHES WEST AND 5 INCHES HIGH.  THERE WERE OTHER BLOODSTAINS ON THE FACE
OF THE TV THAT WAS GOING IN A DOWN DIRECTION, DIRECTLY ABOVE ITEM #49.

THE BLOODSTAINS WERE TESTED WITH PHENOPHALIN CHEMICALS AND THEY TESTED
POSITIVE FOR THE INDICATION OF BLOOD.

ITEM #50 IS LOCATED ON THE NORTH WALL OF THE LIVING ROOM, WHICH WOULD BE
THE SOUTH SIDE OF THE CLOSET, BY THE FRONT DOOR.  THE BLOODSTAINS ARE
CONSISTENT WITH BEING CAST OFF PATTERNS AND TRAVELING IN A DOWN AND WEST
DIRECTION.  THE BLOODSTAIN WAS MEASURED AT 10 FEET 2 INCHES NORTH, 13 FEET
6 INCHES TO 14 FEET WEST AND 4 FEET 2 INCHES HIGH OF THE REFERENCE POINT.

THE LARGEST BLOODSTAIN WAS COLLECTED AS EVIDENCE AND THE OTHERS WERE
TESTED WITH THE PHENOPHALIN CHEMICALS, WHICH WAS POSITIVE FOR THE
INDICATION OF BLOOD.

ITEM #51 IS A BLOODSTAIN ON THE WEST WALL OF THE LIVING ROOM, SOUTH OF TH
FRONT DOOR.  THIS APPEARED TO BE A CAST OFF PATTERN IN A DOWN DIRECTION.
THE BLOODSTAIN MEASURED 10 FEET 3 INCHES NORTH, 12 FEET 3 INCHES WEST AND
5 FEET 1 INCH HIGH.

ITEM #52 IS A FRAMED PICTURE LOCATED ON THE WEST LIVING ROOM WALL, SOUTH
OF THE FRONT DOOR.  THE PICTURE HAD CAST OFF PATTERN, WHICH MEASURED 10
FEET 6 INCHES NORTH, 12 FEET 3 INCHES WEST AND 4 FEET 5 INCHES HIGH, FROM
THE REFERENCE POINT.  THE DIRECTIONALITY WAS DOWN AND TO THE NORTH.

THERE WERE OTHER CAST OFF BLOOD PATTERNS ON THE WALL, BELOW THE PICTURE,
WHICH WAS TESTED WITH THE PHENOPHALIN CHEMICALS AND TESTED POSITIVE FOR
THE INDICATION OF BLOOD.

ITEM #53 IS A SAMPLE OF BLOODSTAINS FROM THE NORTH WALL, IN THE LIVING
ROOM, EAST OF THE FRONT DOOR.  THE BLOODSTAINS WERE A CAST OFF PATTERN IN
A DOWN AND WEST DIRECTION.  THEY WERE MEASURED AT 17 FEET 3 INCHES NORTH,

2000 01797849        82                                    Continued.

000009521

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  22     DR NUMBER: 2000 01797849      82

11 FEET 8 INCHES WEST AND 5 FEET 7 INCHES HIGH.

THE LARGER STAINS WERE COLLECTED AS EVIDENCE AND THE SMALLER ONES WERE
TESTED WITH THE PHENOPHALIN CHEMICALS, WHICH REACTED POSITIVE FOR THE
INDICATION OF BLOOD.

ITEM #54 ARE BLOODSTAINS ON THE TILED FLOOR AT THE BASE OF THE NORTH
LIVING ROOM WALL.   THEY ALSO WERE CONSISTENT OF BEING A CAST OFF PATTERN
AND TRAVELING IN A NORTH/WEST DIRECTION.   THEY WERE MEASURED AT 16 FEET TO
17 FEET 3 INCHES NORTH AND 12 FEET 2 INCHES TO 13 FEET 2 INCHES WEST, OF
THE REFERENCE POINT.

THE LARGER BLOODSTAINS WERE COLLECTED AS EVIDENCE AND THE SMALLER ONES
WERE TESTED WITH THE PHENOPHALIN CHEMICALS, WHICH REACTED POSITIVE TO THE
INDICATION OF BLOOD.

BASED ON THE INFORMATION THAT I PRESENTLY HAVE, THAT THE SUSPECT IS NOT
INJURED AND THERE WAS NO ONE ELSE INSIDE THE APARTMENT AT THE TIME THE
HOMICIDE, THE CAST OFF AND IMPACT BLOOD PATTERNS, ARE ALL CONSISTENT OF
COMING FROM THE VICTIM.   MOST OF THE MEDIUM VELOCITY IMPACT SPATTER IS ON
THE LOWER PORTION OF THE FURNITURE, WHICH WOULD INDICATE THAT THE SOURCE
OF IMPACT IS NEAR THE FLOOR LEVEL OF THE APARTMENT.

THE CAST OFF PATTERN INDICATE THAT THE VICTIM WAS BEATEN AT ABOUT THE SAME
LOCATION WHERE HE WAS FOUND IN THE LIVING ROOM, NEAR THE FLOOR LEVEL.
SOME OF THE CAST OFF PATTERN WOULD BE CONSISTENT OF FORWARD MOTION OF THE
OBJECT AND OTHER CAST OFF PATTERNS WOULD BE CONSISTENT OF BLOOD BEING
FLUNG OFF AN OBJECT IN A BACKWARD MOTION.

I BEGAN TO EXAMINE THE KITCHEN AND DINING ROOM NEXT.

I USED THE NORTH/WEST CORNER OF THE KITCHEN FOR MEASUREMENTS.   ITEMS #55
THROUGH #58 WERE LOCATED ON TOP OF THE COUNTER, ALONG THE EAST SIDE OF THE
KITCHEN.

ITEM #55 IS A LADY'S WEDDING RING, THAT WAS MEASURED 8 FEET 10 INCHES
SOUTH, 8 FEET 1 INCH EAST AND 3 FEET HIGH.

ITEM #56 WERE THE VICTIM'S PRESCRIPTION BOTTLES, THAT WERE FOUND ON TOP OF
THE KITCHEN COUNTER.   THEY WERE MEASURED AT 5 FEET 10 INCHES SOUTH, 9 FEET
9 INCHES EAST AND 3 FEET HIGH.

DETECTIVE KULESA HAD DOCUMENTED THE NAME OF THE DOCTORS, THE NAME OF THE
VICTIM, THE AMOUNT OF THE PRESCRIPTION AND HOW MANY TABLETS THAT WERE LEFT
IN EACH BOTTLE.   SEE HIS SUPPLEMENT FOR DETAILS.

ITEM #57 IS A QUALCOM CELLULAR PHONE FOUND ON TOP OF THE KITCHEN COUNTER.
THIS MEASURED AT 5 FEET 7 INCHES SOUTH, 8 FEET EAST AND 3 FEET HIGH.   THE
PHONE APPEARED TO BE BROKEN.

ITEM #58 IS A PRESCRIPTION BOX OF ZOFRAN, IN THE NAME OF THE VICTIM.   THE

2000 01797849     82                                    Continued.

000009522

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  23      DR NUMBER: 2000 01797849      82

PRESCRIPTION BOX WAS FOUND ON TOP OF THE KITCHEN COUNTER AND IT WAS
MEASURED AT 7 FEET 6 INCHES SOUTH, 8 FEET EAST AND 8 FEET HIGH.

ITEM #59 WAS THREE DAMP TOWELS THAT WERE FOUND WADDED UP IN THE SOUTH/EAST
CORNER OF THE KITCHEN.  THEY WERE MEASURED AT 7 FEET 8 INCHES SOUTH, 7
FEET 4 INCHES EAST.

ITEM #60 IS A CELLULAR PHONE CORD THAT WAS CUT IN HALF, LAYING ON THE
KITCHEN FLOOR.  THE CORD WAS MEASURED AT 4 FEET 6 INCHES SOUTH AND 5 FEET
4 INCHES EAST.  THE CORD WAS FOUND TO BELONG TO THE QUALCOM TELEPHONE.

ITEM #61 IS A BLOODSTAIN THAT IS ON TOP OF THE KITCHEN COUNTER AT THE
NORTH END.  THE FINGER SMEARS MEASURED 5 FEET 4 INCHES SOUTH, 10 FEET EAST
AND 3 FEET HIGH.

ITEMS #62 AND #63 WERE LOCATED ON THE KITCHEN FLOOR.  ITEM #62 WAS A
FRAMED PHOTOGRAPH OF THE VICTIM AND HIS FAMILY, LYING FACE UP ON THE
FLOOR.  THE GLASS WAS BROKEN AND THERE WAS A BROKEN FLOWER POT LAYING ON
TOP OF THE FRAMED PICTURE.  THEY MEASURED AT 5 FEET 10 INCHES SOUTH AND 4
FEET EAST.

ITEM #64 IS A WOODEN SILVERWARE DRAWER, LOCATED AT THE NORTH END OF THE
KITCHEN, THAT WAS BLOODSTAINED.  THIS MEASURED AT 3 FEET SOUTH, 3 FEET 6
INCHES EAST AND 2 FEET 9 INCHES HIGH.  THE SILVERWARE DRAWER HAD FINGER
SMEARS IN BLOOD ON THE DRAWER.

ITEM #67 ARE BLOODSTAINS ON THE KITCHEN FLOOR THAT WAS MEASURED AT 3 FEET
9 INCHES SOUTH AND 6 FEET EAST.  THEY APPEAR TO BE A SMEAR PATTERN.

ITEM #66 ARE BLOOD DROPS ON THE KITCHEN FLOOR.  THEY WERE MEASURED AT 2
FEET 10 INCHES SOUTH AND 7 FEET EAST.

I CHECKED THE DINING ROOM FLOOR NEXT, AND USED THE SOUTH/EAST CORNER OF
THE LIVING ROOM FOR MEASUREMENTS OF THESE ITEMS.

THERE WAS A PILE OF MISCELLANEOUS PAPERS, WATER BOTTLES, SUNGLASSES,
LOTION BOTTLE, KEYS AND A CIGARETTE LIGHTER, LYING ON THE FLOOR.  I WAS
UNSURE IF THIS WAS ORIGINALLY LOCATED ON THE KITCHEN COUNTER OR THE TABLE,
BUT IT APPEARED TO BE KNOCKED OFF, ONTO THE FLOOR.

ITEM #67 IS A MANILLA FOLDER THAT HAD BLOOD DROPS ON TOP OF IT.  THIS WAS
MEASURED AT 21 FEET 6 INCHES NORTH AND 6 FEET WEST.

ITEM #68 IS A WHITE PIECE OF PAPER THAT HAD BLOOD DROPS ON TOP OF IT.
THIS WAS PARTIALLY UNDER ITEM #67.  THIS MEASURED AT 21 FEET NORTH AND 5
FEET 4 INCHES WEST.

ITEM #69 IS A PIECE OF NOTEBOOK PAPER THAT HAD A BLOODY FINGER SMEAR ON
IT.  THIS MEASURED 20 FEET NORTH AND 5 FEET 4 INCHES WEST.

THERE WAS A SET OF CAR KEYS WITH AN ALARM ON THE FLOOR, SOUTH OF THESE

2000 01797849      82                                    Continued.

000009523

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  24          DR NUMBER: 2000 01797849     82

ITEMS.  THE KEYS WERE MEASURED AT 19 FEET 2 INCHES NORTH AND 5 FEET 4 INCHES WEST.

I RETURNED TO THE KITCHEN AND CHECKED THE REFRIGERATOR.  I OBSERVED SOME BLOODSTAINS ON THE REFRIGERATOR.

ITEM #71 IS LOCATED ON THE EAST SIDE OF THE REFRIGERATOR AND APPEARS TO BE FINGER SMEARS.  THEY WERE MEASURED 2 FEET 7 INCHES SOUTH, 7 FEET EAST AND 3 FEET 9 INCHES HIGH, FROM THE REFERENCE POINT.

ITEM #72 IS LOCATED ON THE FRONT OF THE REFRIGERATOR AND APPEARS TO BE FINGER SMEARS.  THE FINGER SMEARS START ON THE FREEZER AND TRAVEL DOWNWARD ONTO THE REFRIGERATOR DOOR.  THEY MEASURED 2 FEET 7 INCHES SOUTH, 5 FEET EAST AND 3 FEET 8 INCHES HIGH.

ITEM #73 ARE FINGER SMEARS ON THE DOOR HANDLE OF THE REFRIGERATOR.  THEY MEASURED 2 FEET 9 INCHES SOUTH, 4 FEET 8 INCHES EAST AND 3 FEET HIGH.

ITEM #74 IS A SET OF KEYS WITH AN ALARM, ON A HOOK, ON THE SOUTH WALL OF THE KITCHEN.  THEY WERE MEASURED 10 FEET 3 INCHES SOUTH, 7 FEET 5 INCHES EAST AND 3 FEET 10 INCHES HIGH.

I CHECKED THE DINING ROOM AREA NEXT FOR EVIDENCE.  I USED THE SOUTH/EAST CORNER OF THE LIVING ROOM AS A REFERENCE POINT FOR THE MEASUREMENTS.

I LOCATED A MAP OF THE COMPLEX LYING ON TOP OF THE KITCHEN TABLE, THAT HAD A BLOOD DROP ON IT.  THIS WAS MEASURED AT 23 FEET 6 INCHES NORTH, 1 FOOT WEST AND 2 FEET 4 INCHES HIGH.  THE BLOOD DROP WAS POSSIBLY FROM CAST OFF.

ITEM #76 IS A BLOODSTAIN THAT WAS ON THE BACK OF THE GREEN CHILD'S CHAIR LOCATED IN THE NORTH/EAST CORNER OF THE DINING ROOM.  THIS WAS A CAST OFF PATTERN AND THE DIRECTIONALITY WAS DOWNWARD.  THE BLOODSTAIN WAS MEASURED AT 24 FEET 9 INCHES NORTH, 4 FEET 3 INCHES WEST AND 10 INCHES HIGH.

ITEMS #77 THROUGH #82 ARE BLOODSTAINS FROM THE NORTH DINING ROOM WALL AND MIRROR.  THEY ALL APPEAR TO BE CAST OFF PATTERN AND IN A DOWN DIRECTION.

ITEM #77 IS A BLOODSTAIN THAT WAS LOCATED AT 27 FEET 6 INCHES NORTH, 3 FEET 1 INCHES WEST AND 2 FEET 8 INCHES HIGH.

ITEM #78 IS A BLOODSTAIN THAT WAS LOCATED AT 27 FEET 6 INCHES NORTH, 3 FEET WEST AND 2 FEET HIGH.

ITEM #79 IS A BLOODSTAIN THAT WAS LOCATED AT 27 FEET 6 INCHES NORTH, 2 FEET 8 INCHES WEST AND 2 FEET HIGH.

ITEM #80 IS A BLOODSTAIN ON THE MIRROR, LOCATED AT 27 FEET 6 INCHES NORTH, 2 FEET 4 INCHES WEST AND 5 FEET 8 INCHES HIGH.

ITEM #81 IS A BLOODSTAIN ON THE MIRROR, LOCATED AT 27 FEET 6 INCHES NORTH, 1 FOOT 6 INCHES WEST AND 5 FEET 6 INCHES HIGH.

 2000 01797849     82                                      Continued.

000009524

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  25          DR NUMBER: 2000 01797849      82

ITEM #82 IS A BLOODSTAIN LOCATED ON THE MIRROR AT 27 FEET 6 INCHES NORTH,
1 FOOT WEST AND 2 FEET 6 INCHES HIGH.

ITEM #83 IS A STOOL THAT WAS LOCATED IN THE NORTH/EAST CORNER OF THE
DINING ROOM, AT 27 FEET NORTH AND 6 INCHES WEST.

I CHECKED THE EAST DINING ROOM WALL FOR ANY EVIDENCE, WITH NEGATIVE
RESULTS.  I DID LOCATE ITEM #84, WHICH IS A BLOODSTAIN ON THE NORTH
HALLWAY WALL, AT THE ENTRANCE, INTO THE DINING ROOM.  THIS MEASURED AT 19
FEET 2 INCHES NORTH, 2 FEET EAST AND 4 FEET 5 INCHES HIGH.  THIS WAS A
CAST OFF PATTERN, TRAVELING IN AN EAST DIRECTION.

I CHECKED THE CEILING OF THE LIVING ROOM AND DINING ROOM NEXT.

I LOCATED A CAST OFF PATTERN ON THE CEILING, TRAVELING FROM THE CEILING
FAN NORTH TO THE DINING ROOM.

ITEM #85 IS LOCATED AT 13 FEET 6 INCHES NORTH, 5 FEET WEST AND 9 FEET
HIGH.

ITEM #86 IS A BLOODSTAIN LOCATED AT 18 FEET 4 INCHES NORTH, 5 FEET WEST
AND 9 FEET HIGH.

ITEM #87 IS A BLOODSTAIN LOCATED AT 8 FEET NORTH, 8 FEET 6 INCHES WEST AND
9 FEET HIGH.

ITEM #88 IS A BLOODSTAIN LOCATED ON THE CEILING FAN BLADE, LOCATED AT 7
FEET NORTH, 9 FEET WEST AND 8 FEET HIGH.

ITEMS #89 THROUGH #95 WERE LOCATED AND COLLECTED BY DETECTIVE KULESA.
THEY WERE LOCATED IN OTHER ROOMS OF THE APARTMENT.  SEE HIS SUPPLEMENT FOR
DETAILS.

I LOCATED ITEM #96, WHICH WAS LEGAL DOCUMENTS FOUND ON THE FLOOR OF THE
LIVING ROOM.  THE LEGAL DOCUMENTS WERE FROM ATTORNEY JEFFREY MILLER,
ADDRESSED TO JOSEPH AND WENDY ANDRIANO, DATED AUGUST 14, 2000.  THIS WAS
REFERENCE A MEDICAL MALPRACTICE CLAIM, MADE BY THE VICTIM AGAINST DOCTORS
AND MEDICAL CENTERS, THAT TREATED THE VICTIM.

IT SHOULD BE NOTED THAT ALL THE BLOOD EVIDENCE ON THE WALLS WERE CUT OUT
WITH A SCALPEL.  THE BLADE OF THE SCALPEL WAS CLEANED WITH ALCOHOL AND
WATER AFTER EACH COLLECTION PROCESS.

THE BLOODSTAINS THAT WERE LOCATED ON THE TILED FLOOR, KITCHEN FLOOR AND
REFRIGERATOR WERE COLLECTED WITH A DAMP Q-TIP.

ALL THE EVIDENCE WAS EVENTUALLY IMPOUNDED AND SUBMITTED TO THE CRIME LAB
FOR ANALYSIS.

2000 01797849     82                                    Continued.

000009525

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:  26      DR NUMBER: 2000 01797849      82

INVESTIGATION CONTINUING

11/9/00 - 1005 - A3649SAF

  VICTIM RECEIVED RIGHTS INFORMATION:  NO            MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : 2979     DR FINALIZED BY : 2979

                          END OF REPORT          DR NO: 2000 01797849    082

000009526

P-App. 005257

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    83

REPORT DATE: 20001106   TIME: 1030

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 002155 E LIBERTY ST
DATE: 101000              SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   AP01
          ITEM: IPHOTO  BRAND:       MODEL:          COLOR:
      SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: PHOTOS FROM SEARCH WARRANT ON WENDI ANDRIANO'S
      OFFICE

0002  PKG 002 CODE:EI   AP01
          ITEM: IPHOTO  BRAND:       MODEL:          COLOR:
      SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: PHOTOS FO YUKON AND BUICK PARK AVENUE

****  NARRATIVE  ****

SERIAL NUMBER: 4913

THIS SUPPLEMENT WAS GENERATED TO IMPOUND THE LISTED PHOTOS.

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:    2787087

  DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT        DR NO: 2000 01797849   083

000009527

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    84

REPORT DATE: 20001107   TIME: 0742

TYPE OF REPORT:  HOMICIDE                            OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE             BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 002155 E LIBERTY LA
DATE: 110700               SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   AP01
            ITEM: IPHOTO  BRAND:        MODEL:          COLOR:
      SIZE:        QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: PRINTS FROM FILM OBTAINED INSIDE WENDI ANDRIANO'S
      APARTMENT. PRINTS ARE FROM FILM IMPOUNDED UNDER SUPPLEMENT #13, INVOICE
      2778373.

****  NARRATIVE  ****

   SERIAL NUMBER: 4913

THIS SUPPLEMENT WAS GENERATED TO IMPOUND THE LISTED PHOTOS.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2787337

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT        DR NO: 2000 01797849    084

000009528

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849      85

REPORT DATE: 20001107   TIME: 0809

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***    PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 002155 E LIBERTY LA
DATE: 100800               SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   AP01
            ITEM: IPHOTO  BRAND:        MODEL:            COLOR:
       SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
       DESCRIPTION: CRIME SCENE PHOTOS.

****  NARRATIVE  ****

   SERIAL NUMBER: 4913

THIS SUPPLEMENT WAS GENERATED TO IMPOUND THE LISTED EVIDENCE.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2787345

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT        DR NO: 2000 01797849   085

000009529

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849      86

REPORT DATE: 20001107   TIME: 0819

TYPE OF REPORT:  HOMICIDE                                OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                    BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                   4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 100800                SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   W 01
          ITEM: RVTAPE  BRAND:       MODEL:          COLOR:
     SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
     DESCRIPTION: VIDEO TAPE RECORDING OF INTERVIEW WITH ALEJO
     OCHOA.

0002  PKG 001 CODE:EI   W 01
          ITEM: RATAPE  BRAND:       MODEL:          COLOR:
     SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
     DESCRIPTION: AUDIO TAPE RECORDING OF INTERVIEW WITH ALEJO
     OCHOA.

****  NARRATIVE  ****
   SERIAL NUMBER: 4913

ON 100800, AT APPROXIMATELY 1050 HOURS, I INTERVIEWED WITNESS ALEJO OCHOA
IN AN INTERVIEW ROOM IN THE HOMICIDE UNIT. THIS INTERVIEW WAS MONITORED BY
DETECTIVE DILLIAN #4689 AND WAS VIDEO/AUDIO RECORDED.

THE FOLLOWING IS A SUMMARY OF MY INTERVIEW WITH ALEJO.

THIS INTERVIEW BEGAN BY OBTAINING ALEJO'S BIOGRAPHICAL INFORMATION. ALEJO
IS THE STEPFATHER OF SUSPECT WENDI ANDRIANO. WENDI REFERS TO ALEJO AS HER
FATHER.

ALEJO RECEIVED A PHONE CALL ON HIS CELLULAR PHONE EARLY THIS MORNING BUT
DID NOT ANSWER IT PRIOR TO THE CALLER HANGING UP. HE WAS NOT SURE WHAT
TIME THIS CALL WAS MADE.

SHORTLY AFTER THE CELLULAR PHONE CALL, HE WAS AWAKENED BY HIS COUSIN
CARMEN MAY WHO LIVED NEARBY. CARMEN TOLD HIM WENDI NEEDED TO TALK TO HIM
AND THAT IT WAS AN EMERGENCY. CARMEN DID NOT TELL HIM ANYTHING OTHER THAN
THIS. HE BELIEVED WENDI MAY HAVE ATTEMPTED TO REACH HIM ON HIS HOME PHONE
BUT STATES HE WOULD NOT HAVE HEARD IT RING AS IT IS IN THE OTHER ROOM.

ALEJO ATTEMPTED TO CALL WENDI A COUPLE OF TIMES AT HER APARTMENT BUT THE

2000 01797849    86                                        Continued.

000009530

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT         PAGE NUMBER:   2     DR NUMBER: 2000 01797849    86

CALLS WERE ANSWERED BY HER ANSWERING MACHINE. HE THEN RECEIVED A CALL ON HIS HOME PHONE FROM WENDI.

WENDI TOLD ALEJO "SOMETHING HAD HAPPENED" AND THAT SHE NEEDED HIM TO COME OVER. HE TOLD HER THAT IF SOMETHING BAD HAD HAPPENED SHE NEEDED TO CALL THE POLICE. WENDI TOLD HIM SHE HAD NOT CALLED THE POLICE BECAUSE SHE WAS AFRAID TO. WENDI TOLD HIM THE FIRE DEPARTMENT HAD ALREADY BEEN TO THEIR APARTMENT BUT THAT EITHER SHE OR JOE HAD SENT THEM AWAY. ALEJO TOLD HER HE WOULD GET DRESSED AND WOULD BE ENROUTE TO HER APARTMENT.

WHILE ENROUTE TO WENDI'S APARTMENT, ALEJO ATTEMPTED TO CALL HER SEVERAL TIMES ON HIS CELLULAR PHONE. HIS INITIAL CALLS WERE ANSWERED BY WENDI'S ANSWERING MACHINE. ONCE HE WAS ABLE TO GET HOLD OF HER BY PHONE, SHE TOLD HIM SHE HAD CALLED THE POLICE. SHE ALSO TOLD HIM JOE HAD "STARTED ON HER AGAIN AND THAT THEY HAD GOTTEN INTO A FIGHT". HE COULD NOT RECALL THE REST OF THEIR CONVERSATION.

WHEN ALEJO ARRIVED AT WENDI'S APARTMENT, THE POLICE WERE ALREADY THERE. THE POLICE ALLOWED HIM TO SPEAK TO WENDI WHILE AN OFFICER STOOD BY. DURING THIS CONVERSATION, WENDI TOLD HIM SHE HAD "SCREWED UP" AND THAT SHE HAD STABBED JOE.

I QUESTIONED ALEJO ABOUT WENDI TELLING HIM THAT JOE WAS DEAD DURING THEIR PHONE CONVERSATIONS. HE SAID SHE MAY HAVE BUT HE COULD NOT RECALL EVERYTHING SHE HAD TOLD HIM. HE STATES HE WAS HAVING TROUBLE REMEMBERING THINGS AS HE HAD JUST ARRIVED BACK IN TOWN AND WAS VERY TIRED.

ALEJO DESCRIBED WENDI DURING HIS PHONE CONVERSATIONS AS CRYING, BEING IN SHOCK AND BEING NEARLY HYSTERICAL.

ALEJO SAID THERE HAD BEEN INCIDENTS IN THE PAST WHERE JOE HAD GONE "BEZERK", HAD GONE AFTER WENDI AND HAD BROKEN THINGS. HE ALSO STATES HE HAD WITNESSED JOE SLAPPING WENDI IN THE PAST. THIS OCCURRED BOTH AT HIS HOUSE AND AT WENDI AND JOE'S HOUSE. HE DESCRIBED JOE AS BEING UPSET WHEN HE SLAPPED HER BUT STATES HE DID NOT SLAP HER HARD.

ALEJO WAS TOLD ABOUT AN INCIDENT IN WHICH WENDI HAD BEEN OUT WITH FRIENDS FROM WORK AND HAD COME HOME FIFTEEN MINUTES LATE. JOE WHO HAD BEEN WAITING FOR HER, BECAME VERY UPSET, YELLED AT HER AND THREW HER CELLULAR PHONE.

ALEJO DID NOT INITIALLY LIKE JOE WHEN HE FIRST STARTED DATING WENDI BUT LATER BELIEVED HE WAS A "GOOD GUY". HE BELIEVED THEIR MARRIAGE STARTED OFF WELL BUT LATER HAD PROBLEMS WHEN JOE BECAME ILL. HE BELIEVES THE CANCER CHANGED JOE AND THAT HE BECAME VERBALLY ABUSIVE TOWARDS WENDI.

UPON ASKING ALEJO TO DESCRIBE AN INCIDENT IN WHICH JOE WAS VERBALLY ABUSIVE, HE WAS UNABLE TO DESCRIBE A SPECIFIC INCIDENT.

WENDI TOLD ALEJO IN PRIOR CONVERSATIONS THAT FOR THE PAST SIX MONTHS JOE HAD BEEN ACCUSING HER OF HAVING AN AFFAIR. WE WAS ALSO AWARE OF INCIDENTS IN WHICH JOE WAS AT THE LAKE BUT WOULD CALL CONTINUALLY CHECKING UP ON

2000 01797849   86                                              Continued.

000009531

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:    3       DR NUMBER: 2000 01797849    86

HER. SHE HAD ALSO TOLD HIM THERE WERE INCIDENTS IN WHICH SHE WAS AFRAID TO
STAY AT THE APARTMENT WITH JOE. HE WAS TOLD THERE HAD BEEN NIGHTS WERE SHE
STAYED IN A SPARE APARTMENT AT THE COMPLEX BECAUSE SHE WAS AFRAID.

ALEJO HAD NEVER OBSERVED ANY INJURIES ON WENDI NOR HAD WENDI EVER
COMPLAINED OF BEING ASSAULTED BY JOE.

ALEJO BELIEVED WENDI AND JOE WERE HAVING FINANCIAL PROBLEMS AND THAT WENDI
WAS SUPPORTING THE FAMILY. HE BELIEVED JOE NO LONGER WANTED TO WORK AND
THAT HE AND WENDI AGREED TO THIS AS LONG AS HE WAS WILLING TO STAY HOME
WITH THEIR CHILDREN. ALEJO AND HIS WIFE HELPED WENDI AND JOE PAY THEIR
MEDICAL BILLS AND LEASED THE YUKON FOR THEM AS WELL. WHEN WENDI AND JOE
WERE UNABLE TO AFFORD THE PAYMENT ON THE YUKON, ALEJO WOULD PAY IT.

ALEJO DID NOT BELIEVE THAT WENDI WANTED TO DIVORCE JOE. HE DID TALK TO
WENDI ABOUT HER LEAVING JOE IF THINGS GOT TO BAD. SHE TOLD HIM SHE WOULD
NOT LEAVE BECAUSE SHE FELT BAD ABOUT HIM HAVING CANCER.

ALEJO WAS AWARE OF THE MALPRACTICE LAWSUIT AND BELIEVED WENDI AND JOE WERE
GOING TO WIN IT. HE BELIEVED JOE HAD BEEN MISDIAGNOSED WHICH RESULTED IN
THE CANCER SPREADING.

UPON QUESTIONING ALEJO FURTHER ABOUT WHAT WENDI TOLD HIM DURING THEIR
PHONE CONVERSATIONS, HE BEGAN TELLING ME THAT WENDI SAID SHE STABBED JOE
BECAUSE HE HAD GONE AFTER HER. HE ALSO SAID HE HAD BEEN TOLD IN THE PAST
ABOUT INCIDENTS IN WHICH JOE HAD GONE AFTER WENDI'S THROAT.

THIS CONCLUDED MY INTERVIEW WITH ALEJO.

FOR FURTHER INFORMATION REFER TO TAPES OF INTERVIEW.

INVESTIGATION CONTINUING.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:      2787350

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                           END OF REPORT        DR NO: 2000 01797849    086

000009532

P-App. 005263

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849     87

REPORT DATE: 20001107   TIME: 1439

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: SALLIE DILLIAN                 4689     UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4689

ROOM #1
-------

ON 10-8-00 AT 10:50 A.M., I MONITORED AN INTERVIEW OF ALEJO OCHOA
CONDUCTED AT 620 WEST WASHINGTON, IN THE GENERAL INVESTIGATIONS BUREAU.  I
RECORDED THE INTERVIEWS ON SEPARATE VIDEO AND AUDIO CASSETTES.  I UTILIZED
ONLY NEW, FACTORY SEALED VIDEO AND AUDIO CASSETTES FOR RECORDING.

THE PRIMARY VIDEO RECORDER (TAPE MARKED ORIGINAL) UTILIZED IS A PANASONIC
VHS DECK, MODEL AG1980P, SERIAL NUMBER L7TC01593.  IF A VIDEO COPY WAS
MADE SIMULTANEOUSLY (TAPE MARKED COPY), THE VIDEO RECORDER UTILIZED IS A
PANASONIC VHS DECK, MODEL NUMBER AG1980P, SERIAL NUMBER L7TC01425.  THE
VIDEO MONITOR IS A PANASONIC, MODEL CT2086Y; THE MICROPHONE POWER SUPPLY
IS A SHURE M267, SERIAL NUMBER IS 980750751.  THE AUDIO RECORDERS UTILIZED
ARE BOTH MARANTZ MODEL PMD-221 RECORDERS, SERIAL NUMBERS MZ029317920311
AND MZ029335970398.

THE INTERVIEW ENDED AT 11:25 A.M.  I INITIALED EACH CASSETTE USED AND
REMOVED THE TABS TO PREVENT INADVERTENT ERASURE OF FURTHER RECORDING ONTO
THE CASSETTES.  THE CASSETTES WERE THEN TURNED OVER TO DETECTIVE.

THERE WERE NO INTERRUPTIONS IN THE MONITORING AND/OR RECORDING OF THE
INTERVIEW FROM ITS BEGINNING TO ITS CONCLUSION.

11-7-2000  1443; GIB A2663 LYDIA

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : A2663    DR FINALIZED BY : 4689

END OF REPORT          DR NO: 2000 01797849   087

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849      88

REPORT DATE: 20001108   TIME: 0857

TYPE OF REPORT:  HOMICIDE                           OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 002155 E LIBERTY LA
DATE: 000000                    SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   AP01
             ITEM: *MISC   BRAND:       MODEL:           COLOR:
       SIZE:        QUANTITY: 0002   SERIAL/ACCT/ID:
       DESCRIPTION: TWO PIECES OF ALUMINUM PACKAGING FOIL.

0002  PKG 002 CODE:EI   AP01
             ITEM: *MISC   BRAND:       MODEL:           COLOR:
       SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
       DESCRIPTION: BUBBLE WRAP.

0003  PKG 003 CODE:EI   AP01
             ITEM: *MISC   BRAND:       MODEL:           COLOR:
       SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
       DESCRIPTION: CLEAR PLASTIC BAG.

0004  PKG 004 CODE:EI   AP01
             ITEM: *MISC   BRAND:       MODEL:           COLOR:
       SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
       DESCRIPTION: WHITE PAPER TOWEL.

0005  PKG 005 CODE:EI   AP01
             ITEM: *MISC   BRAND:       MODEL:           COLOR:
       SIZE:        QUANTITY: 0009   SERIAL/ACCT/ID:
       DESCRIPTION: NINE Q-TIPS

0006  PKG 006 CODE:EI   AP01
             ITEM: *MISC   BRAND:       MODEL:           COLOR:
       SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
       DESCRIPTION: SMALL ROUND TUPPER WEAR CONTAINER.

0007  PKG 007 CODE:EI   AP01
             ITEM: *MISC   BRAND:       MODEL:           COLOR:
       SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
       DESCRIPTION: TUPPER WEAR CONTAINER WHICH CONTAINS 426 GRAMS OF
       A WHITE POWDER SUBSTANCE BELIEVED TO BE SODIUM AZIDE.

2000 01797849    88                              Continued.

000009534

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   2        DR NUMBER: 2000 01797849      88

0008  PKG 007 CODE:EI   AP01
              ITEM: *MISC   BRAND:         MODEL:           COLOR:
         SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: TUPPER WEAR CONTAINER WHICH CONTAINS 52.1 GRAMS OF
      A WHITE POWDER BELIEVED TO BE SODIUM AZIDE.

0009  PKG 007 CODE:EI   AP01
              ITEM: *MISC   BRAND:         MODEL:           COLOR:
         SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: PLASTIC VIAL CONTAINING A WHITE POWDER BELIEVED TO
      SODIUM AZIDE.

0010  PKG 008 CODE:EI   AP01
              ITEM: *MISC   BRAND:         MODEL:           COLOR:
         SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: BROWN GLASS BOTTLE LABELED SODIUM AZIDE.

                    ****  NARRATIVE  ****
   SERIAL NUMBER: 4913

THE ABOVE LISTED ITEMS WERE REMOVED FROM ITEM 8, INVOICE 2780436, TO BE
MEASURED AND PROCESSED.


   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:    2787725

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                      END OF REPORT        DR NO: 2000 01797849   088

000009535

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1     DR NUMBER: 2000 01797849     89

REPORT DATE: 20001108   TIME: 0949

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE            BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO           4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

```
================================================================
=                                                              =
=    ***  REQUEST FOR LATENT PRINT OR EVIDENCE EXAMINATION ***  =
=                                                              =
================================================================
```

CURRENT DR IS: 2000 01797849    089
DATE OF REP: 110800 TIME OF REP: 0950  OFFENSE: HOMICIDE
LOCATION OF OCC: 002155 E  LIBERTY        LA
     LATENT LIFT CARDS:                        INVOICE NUMBER: 0002787725

| INVOICE | ITEM # | SFX | TYPE | INVOICE | ITEM # | SFX | TYPE |
|---------|--------|-----|------|---------|--------|-----|------|
| 0002787725 | 0001 | | *MISC | 0002787725 | 0002 | | *MISC |
| 0002787725 | 0003 | | *MISC | 0002787725 | 0004 | | *MISC |
| 0002787725 | 0008 | | *MISC | 0002787725 | 0010 | | *MISC |

**** SPECIAL INSTRUCTIONS ****

PLEASE EXAMINE ITEMS FOR LATENT PRINTS. NOTE: THESE ITEMS WERE REMOVED

FROM ITEM 8, INVOICE 2780436. ITEM 8 WAS ALREADY LISTED IN SUPPLEMENT

75.

OFFICER REQUESTING ANALYSIS: LUCERO, DAVE
DIVISION OR SECTION: GIBH        EXTENTION: 0053657

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT         DR NO: 2000 01797849    089

000009536

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849     90

REPORT DATE: 20001108    TIME: 1011

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

```
=============================================================
=                                                           =
=      ***  REQUEST FOR LATENT PRINT COMPARISON ***         =
=                                                           =
=============================================================
```

CURRENT DR IS: 2000 01797849   090   DATE OF REP: 110800  TIME OF REP: 1012
LOCATION OF OCC: 002155 E  LIBERTY          LA
OFFENSE: HOMICIDE

OFFICER REQUESTING ANALYSIS: LUCERO, DAVE
DIVISION OR SECTION: GIBH       EXTENTION: 0053657

COMPARE PRINTS OF THE FOLLOWING PEOPLE WITH LATENT IMPRESSIONS OBTAINED IN DR
  SCN      FP    LAST NAME         FIRST       MIDDLE      DOB    SEX

 0010080158   ANDRIANO          WENDI       ELIZABETH    82670   F

                  ****  SPECIAL INSTRUCTIONS  ****

PLEASE COMPARE ANY LATENT PRINTS OBTAINED FROM REQUEST IN SUPPLEMENT 89
TO SUSPECT WENDI ANDRIANO


 VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

 DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                          END OF REPORT        DR NO: 2000 01797849    090


                          000009537


                          P-App. 005268

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT                PAGE NUMBER:   1        DR NUMBER: 2000 01797849    91

REPORT DATE: 20001108   TIME: 1448

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: CHERYL MULLEN            A4170     UNIT: LAB

OFFENSE INVOLVED:  BIAS -

****  NARRATIVE  ****

  SERIAL NUMBER: A4170

DUPLICATE INFORMATION; SEE SUPPLEMENT NUMBER 95.


  VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : A4170    DR FINALIZED BY : A4170

                         END OF REPORT        DR NO: 2000 01797849   091

000009538

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849     92

REPORT DATE: 20001109   TIME: 0743

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 100900, DETECTIVE DILLIAN #4689 AND I MET WITH WENDI ANDRIANO'S
COWORKERS CHRIS HASHISAKI, SHANNON SWEENEY AND STEPHANIE KOEPPEN, AT THE
SAN RIVA APARTMENT COMPLEX. ALL THREE STATED THAT AFTER TALKING WITH ONE
ANOTHER, THEY HAD INFORMATION THEY BELIEVED THE POLICE NEEDED TO BE AWARE
OF.

CHRIS RELATED THAT SEVERAL MONTHS AGO WENDI HAD BEEN COUNSELED ABOUT
UNAUTHORIZED USE OF THE OFFICE COMPUTER. THE UNAUTHORIZED USE OF THE
COMPUTER WHICH WAS DISCOVERED BY A FELLOW EMPLOYEE INVOLVED INQUIRIES INTO
DIFFERENT POISON WEB SITES. CHRIS CONFRONTED WENDI ABOUT THIS AT WHICH
TIME WENDI ADMITTED TO MAKING THE INQUIRIES. WENDI TOLD HER SHE WAS DOING
RESEARCH FOR A FRIEND WHO WAS WRITING A BOOK.

STEPHANIE AND SHANNON RELATED THAT ON EITHER THURSDAY OR FRIDAY PRIOR TO
JOE'S DEATH, WENDI RECEIVED A PACKAGE WHICH WAS PURCHASED USING AN ALTERED
BUSINESS LICENSE TO A NOW DEFUNCT BUSINESS. THIS BUSINESS HAD BEEN OWNED
BY WENDI AND JOE. STEPHANIE WHO OBSERVED WENDI WITH THIS LICENSE BELIEVED
THE NAME ON THE BUSINESS LICENSE, WAS POSSIBLY WINDSTAR INC.

SHANNON DESCRIBED THE PACKAGE AS BEING A RECTANGULAR SHAPED CARDBOARD BOX.
WHEN SHANNON ASKED WENDI WHAT WAS IN THE PACKAGE, WENDI TOLD HER IT WAS A
PRESENT FOR A FRIEND AND REFUSED TO SHOW HER THE CONTENTS.

STEPHANIE AND SHANNON BELIEVED THE PACKAGE WAS DELIVERED TO A COMPANY AT
EITHER 4250 N. 24TH STREET OR 4247 N. 24TH STREET BY AIRBORNE EXPRESS.
THEY ALSO BELIEVED WENDI HAD NOTHING TO DO WITH THIS BUSINESS IT WAS
ORDERED TO.

SHANNON WAS CONTACTED BY SAN RIVA TENANT ERIC VALLANTE WHO HAD BEEN
FRIENDS WITH BOTH WENDI AND SHANNON. ERIC TOLD SHANNON WENDI USED HIS
COMPUTER TO MAKE A PURCHASE OVER THE INTERNET.

CHRIS RELATED THAT WENDI HAD BEEN HAVING AN EXTRA MARITAL AFFAIRS WITH
TENANT RICK FREELAND. SHE BELIEVED THAT WHEN RICK DISCOVERED THAT WENDI
WAS MARRIED HE ENDED HIS RELATIONSHIP WITH WENDI. WENDI WAS MOST RECENTLY
HAVING AN AFFAIR WITH WHITE MALE KNOWN AS TRAVIS WHO SHE MET AT THE ROCKIN
RODEO BAR.

2000 01797849    92                                    Continued.

000009539

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2          DR NUMBER: 2000 01797849      92

CHRIS BELIEVED WENDI WAS VERY DISTANT FROM HER HUSBAND JOE. WHEN
QUESTIONED FURTHER ABOUT WENDI'S RELATIONSHIP WITH JOE, CHRIS STATED THAT
WENDI TOLD HER SHE ONLY HAD SEX WITH JOE "ONLY OUT OF OBLIGATION".

NEITHER CHRIS, SHANNON OR STEPHANIE WERE AWARE OF ANY DOMESTIC VIOLENCE
ISSUES OR HAD EVER OBSERVED ANY INJURIES TO WENDI.

THIS CONCLUDED OUR INTERVIEW.

DETECTIVE DILLIAN AND I WERE CONTACTED RAY ORTEGA WHO IS THE REGIONAL
MAINTENANCE TRAINER FOR FAIRFIELD PROPERTIES, INC. FAIRFIELD PROPERTIES IS
THE PARENT COMPANY OF THE SAN RIVA APARTMENT COMPLEX.

RAY RELATED THAT WENDI HAD BEEN ASSIGNED TWO SINGLE CAR GARAGES/STORAGE
UNIT BY THE COMPLEX. BOTH UNITS ARE WITHIN CLOSE PROXIMITY OF WENDI'S
APARTMENT. THE UNITS ARE #315 AND #323. A GARAGE DOOR OPENER FOR #323 WAS
LOCATED INSIDE OF APARTMENT #132 AND NO OPENER WAS LOCATED FOR #315.

INVESTIGATION CONTINUING.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO              MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

—————————————————————————————END OF REPORT —————————DR NO: 2000 01797849   092 —————

000009540

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1       DR NUMBER: 2000 01797849     93

REPORT DATE: 20001109   TIME: 1158

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913       UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

   SERIAL NUMBER: 4913

ON 101000, AT APPROXIMATELY 1200 HOURS, I RECEIVED A PHONE CALL FROM
WITNESS RAY ORTEGA OF FAIRFIELD PROPERTIES. RAY ADVISED THAT WHILE
CLEANING OUT WENDI ANDRIANO'S OFFICE, HE FOUND AN ENVELOPE UNDER WENDI'S
DESK WHICH CONTAINED DOCUMENTS REGARDING THE PURCHASE OF CYANIDE AND A
SHIPPING RECEIPT FOR "SODIUM AZIDE". THIS ENVELOPE ALSO CONTAINED
INFORMATION FOR THE USE OF THE CHEMICAL.

BASED ON INFORMATION OBTAINED IN INTERVIEWS ON 100900 WITH WENDI'S
COWORKERS AND THE INFORMATION OBTAINED FROM RAY ORTEGA, SEARCH WARRANTS
FOR WENDI'S OFFICE, HER APARTMENT AND STORAGE UNITS AND ERIC VALLANTE'S
APARTMENT WERE WRITTEN.

THE SEARCH WARRANTS WHICH WERE AUTHORED BY DETECTIVE DILLIAN #4689 WERE
PRESENTED TO JUDGE DUMARS, PRO TEM OF THE EAST PHOENIX #1 JUSTICE COURT.
JUDGE DUMARS REVIEWED AND SIGNED THE WARRANTS.

THE WARRANT FOR WENDI'S APARTMENT WAS SERVED BY DETECTIVES DILLIAN AND
GALBARI. REFER TO THEIR REPORT FOR DETAILS.

I SERVED THE WARRANTS FOR BOTH WENDI'S OFFICE AND ERIC VALLANTE'S
APARTMENT. THE COMPUTERS LISTED IN THE WARRANTS WERE SEIZED WITH THE
ASSISTANCE OF DETECTIVES ALLINICH AND GUZMAN.

REFER TO ADDITIONAL SUPPLEMENTS FOR DETAILS OF EACH SEARCH.

INVESTIGATION CONTINUING.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO            MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                           END OF REPORT        DR NO: 2000 01797849    093

000009541

P-App. 005272

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849     94

REPORT DATE: 20001028    TIME: 0823

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: JOHN KNELL                  A3492     UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: A3492

ORIGINATING DR: 200001797849 074  LIMS: 00-21123 REPORT 14

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

-- RESULTS OF SCIENTIFIC ANALYSIS --

SECTION : TRACE ANALYSIS    ANALYST: JOHN KNELL(A3492)

THE WEIGHT OF THE CONTENTS OF THE BROWN BOTTLE (ITEM #2787725-0010) FOUND
IN THE BOX (ITEM 2780436-0008) WAS 426 GRAMS.  THE CONTENTS OF THE BOTTLE
WERE REMOVED AND REPACKAGED AS ITEM #2787725-0007.  A PORTION OF THE
MATERIAL WAS SAMPLED FOR ANALYSIS (ITEM 2787725-0007.1).
THE WEIGHT OF THE CONTENTS OF THE ROUND PLASTIC CONTAINER (ITEM
#2787725-0006) FOUND IN THE BROWN BOX (ITEM #2780436-0008) WAS 52.1 GRAMS.
THE CONTENTS OF THE PLASTIC CONTAINER WERE REMOVED AND REPACKAGED AS ITE
M #2787725-0008.  A PORTION OF THE MATERIAL WAS SAMPLED FOR ANALYSIS (ITEM
2787725-0008.1)
THE WEIGHT OF THE MATERIAL ON THE BUBBLE WRAP (ITEM #2787725-0002) FOUND
IN THE BROWN BOX (ITEM #2780436-0008) WAS 1.1 GRAMS.  THE MATERIAL WAS
REMOVED AND REPACKAGED AS ITEM #2787725-0009.
THE TOTAL WEIGHT OF THE MATERIAL FROM THE BROWN BOTTLE, THE ROUND PLASTIC
CONTAINER, AND ON THE BUBBLE WRAP WAS 479.2 GRAMS.
WHITE POWDER RESIDUE WAS FOUND ON THE PLASTIC FORK (ITEM #2780436-0011).
WHITE POWDER RESIDUE WAS FOUND IN THE SMALL PLASTIC BOWL (ITEM
#2780436-0013).


EVIDENCE DISPOSITION:

AT THE CONCLUSION OF ANALYSIS, ITEM 2787725-0007, 2787725-0008 AND
2787725-0009 WERE RELEASED TO THE PROPERTY MANAGEMENT BUREAU.

AT THE CONCLUSION OF ANALYSIS, ITEM 2780436-0008, 2780436-0011,
2780436-0013, 2787725-0002, 2787725-0006, 2787725-0007.1, 2787725-0008.1,
2787725-0009 AND 2787725-0010 WERE RETAINED IN THE LABORATORY SECTION.


2000 01797849    94                              Continued.


000009542

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849      94

VICTIM RECEIVED RIGHTS INFORMATION:   NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : DRLAB      DR FINALIZED BY : DRLAB

END OF REPORT          DR NO: 2000 01797849    094

000009543

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849     95

REPORT DATE: 20001110   TIME: 1515

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: CHERYL MULLEN             A4170     UNIT: LAB

OFFENSE INVOLVED:  BIAS -

                    ***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000000
DATE: 000000              SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI    UK00
              ITEM: IPHOTO  BRAND:        MODEL:          COLOR:
         SIZE:        QUANTITY: 0024   SERIAL/ACCT/ID:
         DESCRIPTION: APPROXIMATELY 24 35MM EXPOSURES TAKEN OF
         EVIDENCE AT 620 W WAHSINGTON ON 110700


   VICTIM RECEIVED RIGHTS INFORMATION:  NO         MAIL-IN SUPPLEMENT:

INVOICES:    2788554

   DR ENTERED BY : A4170   DR FINALIZED BY : A4170

                    END OF REPORT        DR NO: 2000 01797849    095

000009544

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849      96

REPORT DATE: 20001114    TIME: 0756

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: GREGORY ALLINICH              5185      UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** WITNESS INFORMATION ****

WITNESS -01:
              NAME: SENTELLE, JERRY

    RACE:    SEX:   AGE:       DOB: 101261   HT: 000       WT: 000

    CLOTHING DESC & MISC:
    MAINT. SUPERVISOR, SAN RIVA APARTMENTS, 2155 E. LIBERTY LANE
    HOME: 002418 E  COTTONWOOD LANE          APT/SUITE:
          PHOENIX            AZ              ZIP CODE: 85048
    RES.NAME:                               PHONE: (480)699-6096
    MORE PHONE:CELLULAR: (602)686-5644

***  PROPERTY/EVIDENCE  ***

RECOVERY LOCATION: 000000
DATE: 000000                 SEARCH WARRANT INVOLVED:

0001  PKG 000 CODE:EI   W 01
            ITEM: RATAPE  BRAND: BASF   MODEL:            COLOR:
    SIZE:           QUANTITY: 0001   SERIAL/ACCT/ID:
    DESCRIPTION: AUDIO TAPE INTERVIEW OF JERRY SENTELLE ON
    OCTOBER 31, 2000, AT 0924 HOURS.

**** NARRATIVE ****

SERIAL NUMBER: 5185

ON OCTOBER 31, 2000, AT 0924 HOURS, I TELEPHONED JERRY SENTELLE AT HIS
LISTED RESIDENTIAL TELEPHONE NUMBER. I INFORMED JERRY THAT I WAS
TELEPHONING HIM IN REFERENCE TO A COMPUTER DISK THAT HE HAD PREVIOUSLY
GIVEN TO JANICE LIND.

I ASKED JERRY IF HE COULD RECALL THE DISK I WAS REFERRING TO AT WHICH
POINT HE STATED THAT HE DID. HE THEN CONFIRMED THAT THE SUBJECT OF THE
DISKETTE WAS AN EMPLOYEE OF THE SAN RIVA APARTMENTS, WINDY ANDRIANO WHICH
HE BELIEVED LIVED IN APARTMENT NUMBER 132. JERRY THEN CONTINUED TO
EXPLAIN THAT ONE DAY HE OBSERVED WINDY ANDRIANO ALONG WITH A MALE SUBJECT
KNOWN TO HIM AS "ERIC" IN THE APARTMENT COMPLEX OFFICE USING THE BUSINESS

2000 01797849    96                                    Continued.

000009545

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:   2       DR NUMBER: 2000 01797849     96

COMPUTER. JERRY ALSO STATED THAT ON THAT PARTICULAR DAY "ERIC" WAS USING THE COMPUTER AND WINDY WAS ON THE OTHER SIDE OF THE "BOOKKEEPING DESK." HE FURTHER EXPLAINED THAT THIS HAD CONCERNED HIM BECAUSE THIS WAS THE SENSITIVE PART OF THE OFFICE AND NO ONE WAS REALLY SUPPOSED TO BE BACK THERE. WHEN I ASKED JERRY IF HE KNEW "ERIC'S" LAST NAME, HE STATED THAT HE THOUGHT IT WAS "VAILLANT."

JERRY FURTHER STATED THAT THE FOLLOWING WEEK, THE BOOKKEEPER HAD SOME PROBLEMS AND HE WAS CALLED UPON TO HELP OUT. AT THIS TIME HE LOOKED THROUGH THE "HISTORY" FILES WHERE "WINDOWS INTERNET EXPLORER" KEEPS A HISTORY OF WHAT WAS DONE. WHEN I ASKED IF HE WAS TRYING TO SEE WHAT WINDY AND ERIC WERE DOING ON THE COMPUTER, HE STATED THAT HE WAS LOOKING TO SEE WHAT ANYONE HAD DONE ON THE INTERNET. JERRY ALSO CLARIFIED THAT HE BELIEVED THIS OCCURRED AROUND JULY 28, 2000 WHEN WINDY AND ERIC WERE ON THE COMPUTER AND THAT HE HAD GOTTEN CALLED IN THAT SUNDAY.

WHEN I ASKED JERRY WHAT HE HAD DISCOVERED UNDER THE "HISTORY FILES" HE STATED THAT HE HAD FOUND SOME PORNOGRAPHIC WEB SITES AND A WEB SITE THAT DEALT WITH "CYANIDE." HE FURTHER STATED THAT HE COULD NOT REMEMBER THE NAME OF THE SITE BUT THAT IT CONCERNED HIM WHEN HE FOUND IT. JERRY THEN INFORMED ME THAT AT THIS POINT, AFTER SEEING THE WEB SITE ON "CYANIDE" HE COPIED THE "HISTORY" TO A FLOPPY DISK AND THEN TURNED THE DISKETTE OVER TO JANICE LIND AND INFORMED HER WHAT INFORMATION HE HAD COPIED TO THE DISKETTE. WHEN I ASKED JERRY IF HE KNEW FOR A FACT THAT WENDY AND ERIC HAD ACCESSED THOSE WEB SITES, HE STATED THAT HE DID NOT, HOWEVER THE DATE AND TIME STAMPS ON THE HISTORY FILES REFLECTED A DATE AND TIME HE OBSERVED WINDY AND ERIC USING THE COMPUTER. HE ALSO STATED THAT THE BOOKKEEPER HAD LATER CONFRONTED WINDY ABOUT WHO HAD BEEN TO THE PORNOGRAPHIC SITES AND "CYANIDE" SITES AND FOR WHAT REASON. JERRY ALSO STATED THAT HE HAD HEARD THAT WINDY WAS DOING RESEARCH FOR A FRIEND THAT WAS WRITING A BOOK. JERRY THEN STATED THAT THAT WAS THE LAST TIME HE WAS INVOLVED WITH THE COMPUTER DISKETTE.

WHEN I ASKED JERRY WHAT EXACTLY WILL WE FIND ON THE "3.5 INCH DISKETTE," HE STATED THAT THERE WILL BE A FOLDER SAYING "HISTORY" AND THAT WHEN THAT FOLDER IS OPENED WE SHOULD SEE ALL OF THE SITES AND PAGES THAT WERE VISITED AND WHEN THAT HISTORY FILE WAS CREATED.

THIS CONCLUDED MY TELEPHONE CONVERSATION WITH JERRY SENTELLE AT 0936 HOURS. IT SHOULD BE NOTED THAT THIS CONVERSATION WAS AUDIO RECORDED AND THE TAPE WAS IMPOUNDED.

VICTIM RECEIVED RIGHTS INFORMATION:  NO             MAIL-IN SUPPLEMENT:

INVOICES:     2789639

DR ENTERED BY : 5185     DR FINALIZED BY : 5185

 END OF REPORT        DR NO: 2000 01797849    096

000009546

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    97

REPORT DATE: 20001114   TIME: 1058

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: THOMAS KULESA            3550      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****
    SERIAL NUMBER: 3550

ROOM #2
-------

ON 10/11/00 AT 1515, I MONITORED AN INTERVIEW OF STEPHANIE KOEPPEN
CONDUCTED AT 620 WEST WASHINGTON, IN THE GENERAL INVESTIGATIONS BUREAU.

I RECORDED THE INTERVIEWS ON SEPARATE VIDEO AND AUDIO CASSETTES.  I
UTILIZED ONLY NEW, FACTORY SEALED VIDEO AND AUDIO CASSETTES FOR RECORDING.

THE PRIMARY VIDEO RECORDER (TAPE MARKED ORIGINAL) UTILIZED IS A PANASONIC
VHS DECK, MODEL AG1980P, SERIAL NUMBER L7TC01836.  IF A VIDEO COPY WAS
MADE SIMULTANEOUSLY (TAPE MARKED COPY), THE VIDEO RECORDER UTILIZED IS A
PANASONIC VHS DECK, MODEL NUMBER AG1980P, SERIAL NUMBER L7TC01585.  THE
VIDEO MONITOR IS A PANASONIC, MODEL CT2086VY; THE MICROPHONE POWER SUPPLY
IS A SHURE M267, SERIAL NUMBER IS 980750748.  THE AUDIO RECORDERS UTILIZED
ARE BOTH MARANTZ MODEL PMD-221 RECORDERS, SERIAL NUMBERS MZ049748460019
AND MZ049748460018.

THE INTERVIEW ENDED AT 1607 HOURS.  I INITIALED EACH CASSETTE USED AND
REMOVED THE TABS TO PREVENT INADVERTENT ERASURE OF FURTHER RECORDING ONTO
THE CASSETTES.  THE CASSETTES WERE THEN TURNED OVER TO DETECTIVE.

THERE WERE NO INTERRUPTIONS IN THE MONITORING AND/OR RECORDING OF THE
INTERVIEW FROM ITS BEGINNING TO ITS CONCLUSION.

11-14-2000  1102; GIB A2663 LYDIA


   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : A2663    DR FINALIZED BY : A2663

                              END OF REPORT        DR NO: 2000 01797849   097

000009547

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849     98

REPORT DATE: 20001115    TIME: 1400

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: SALLIE DILLIAN             4689      UNIT: C33

OFFENSE INVOLVED:  BIAS -

                    ****  NARRATIVE  ****

   SERIAL NUMBER: 4689

                          ROOM #2
                          -------

ON 10-8-2000 AT 0733 HOURS, I MONITORED AN INTERVIEW OF WENDY ANDRIANO
CONDUCTED AT 620 WEST WASHINGTON, IN THE GENERAL INVESTIGATIONS BUREAU.

I RECORDED THE INTERVIEWS ON SEPARATE VIDEO AND AUDIO CASSETTES.  I
UTILIZED ONLY NEW, FACTORY SEALED VIDEO AND AUDIO CASSETTES FOR RECORDING.

THE PRIMARY VIDEO RECORDER (TAPE MARKED ORIGINAL) UTILIZED IS A PANASONIC
VHS DECK, MODEL AG1980P, SERIAL NUMBER L7TC01836.  IF A VIDEO COPY WAS
MADE SIMULTANEOUSLY (TAPE MARKED COPY), THE VIDEO RECORDER UTILIZED IS A
PANASONIC VHS DECK, MODEL NUMBER AG1980P, SERIAL NUMBER L7TC01585.  THE
VIDEO MONITOR IS A PANASONIC, MODEL CT2086VY; THE MICROPHONE POWER SUPPLY
IS A SHURE M267, SERIAL NUMBER IS 980750748.  THE AUDIO RECORDERS UTILIZED
ARE BOTH MARANTZ MODEL PMD-221 RECORDERS, SERIAL NUMBERS MZ049748460019
AND MZ049748460018.

THE INTERVIEW ENDED AT 1107.  I INITIALED EACH CASSETTE USED AND REMOVED
THE TABS TO PREVENT INADVERTENT ERASURE OF FURTHER RECORDING ONTO THE
CASSETTES.  THE CASSETTES WERE THEN TURNED OVER TO DETECTIVE.

THERE WAS ONE INTERRUPTION IN THE MONITORING AND/OR RECORDING OF THIS
INTERVIEW AS FOLLOWS:

     TIME STOPPED      TIME RESUMED          REASON

        1041             1042            HAD ADDITIONAL QUESTIONS


11-15-2000  1412; GIB A2663 LYDIA

   VICTIM RECEIVED RIGHTS INFORMATION:  NO        MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : A2663     DR FINALIZED BY : 4689


   2000 01797849    98                               Continued.

000009548

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:    2       DR NUMBER: 2000 01797849     98

END OF REPORT          DR NO: 2000 01797849     098

000009549

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1      DR NUMBER: 2000 01797849    99

REPORT DATE: 20001120   TIME: 0830

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 110700                 SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI    AP01
           ITEM: IPHOTO  BRAND:        MODEL:           COLOR:
      SIZE:          QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: PHOTOS OF SODIUM AZIDE TAKEN AT PPD LAB.

**** NARRATIVE ****

   SERIAL NUMBER: 4913

THIS SUPPLEMENT WAS GENERATED TO IMPOUND THE LISTED PHOTOS.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO       MAIL-IN SUPPLEMENT:

INVOICES:    2791639

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT       DR NO: 2000 01797849   099

000009550

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    100

REPORT DATE: 20001127    TIME: 1016

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE            BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 002155 E LIBERTY LA
DATE: 100100              SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   W 01
              ITEM: RATAPE  BRAND:        MODEL:           COLOR:
       SIZE:           QUANTITY: 0001   SERIAL/ACCT/ID:
       DESCRIPTION: AUDIO TAPE RECORDING OF SEARCH WARRANT ENTRY INTO
       APARTMENT 382.

0002  PKG 002 CODE:EI   W 01
              ITEM: IPHOTO  BRAND:        MODEL:           COLOR:
       SIZE:           QUANTITY: 0002   SERIAL/ACCT/ID:
       DESCRIPTION: TWO PHOTOS.

****  NARRATIVE  ****

SERIAL NUMBER: 4913

SEARCH WARRANT# CR00-04728SW
EAST PHOENIX #1 JUSTICE COURT
JUDGE DUMARS

ON 101000, 1855 HOURS, I SERVED THE ABOVE LISTED SEARCH WARRANT ON WITNESS
ERIC VALLANTE'S APARTMENT. DUE TO NOBODY BEING HOME AT THE TIME OF THE
WARRANT, ENTRY WAS MADE THROUGH THE FRONT DOOR USING A PASS KEY OBTAINED
FROM THE OFFICE.

A COMPUTER LOCATED IN THE LIVING ROOM WAS SEIZED BY DETECTIVES ALLINICH
AND GUZMAN. REFER TO THEIR SUPPLEMENT FOR DETAILS OF THE COMPUTER.

TWO PHOTOGRAPHS OF WENDI ANDRIANO WERE FOUND IN ERIC'S CLOSET. THESE
PHOTOS WERE SEIZED.

NO OTHER ITEMS OF EVIDENCE WERE OBTAINED.

THE APARTMENT WAS PHOTOGRAPHED BY EVIDENCE TECHNICIAN CAROLYN IRWIN
#A3656.

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

2000 01797849   100                                    Continued.

000009551

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:   2        DR NUMBER: 2000 01797849    100

INVOICES:      2793815

DR ENTERED BY : 4913     DR FINALIZED BY : 4913

END OF REPORT          DR NO: 2000 01797849    100

000009552

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849   101

REPORT DATE: 20001127   TIME: 1428

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4913

AUTOPSY REPORT
=========================================================================
EDICAL EXAMINERS CASE: 00-3022
MEDICAL EXAMINER:        DR KEEN PERFORMED AUTOPSY
CAUSE OF DEATH:          MULTIPAL BLUNT FORCE AND INCISED INJURIES
MANNER OF DEATH:         HOMICIDE
PHOTOGRAPHS:             EVIDENCE TECHNICIAN SHERRI MOUGH #A3113
=========================================================================
INJURIES OBSERVED:
1) KNIFE WOUNDS TO BACK (BETWEEN SHOULDERS)
2) KNIFE WOUND TO LEFT SIDE OF NECK
3) ABRASION BELOW RIGHT EYE
4) BRUISING ON RIGHT WRIST (OUTSIDE)
5) ABRASION ON RIGHT HAND (BACK)
6) KNIFE WOUND TO RIGHT HAND MIDDLE FINGER
7) KNIFE WOUND TO RIGHT HAND RING FINGER
8) CONTUSION ON PALM OF LEFT HAND
9) KNIFE WOUND ON LEFT SIDE OF FACE
10) MULTIPAL LACERATIONS TO THE BACK OF HEAD
=========================================================================
EVIDENCE COLLECTED:
1) VIAL OF VICTIM'S BLOOD
2) FINGERNAIL FROM RIGHT INDEX FINGER
3) TRACE EVIDENCE FROM RIGHT HAND
4) TRACE EVIDENCE FROM LEFT HAND
5) TRACE EVIDENCE FROM BODY
6) RED AND WHITE STRIPED BOXER SHORTS
=========================================================================
ON 101100, AT 0730 HOURS, I ATTENDED THE AUTOPSY OF VICTIM JOSEPH ANDRIANO
AT THE MARICOPA MEDICAL EXAMINER'S OFFICE. DR KEEN PERFORMED THE AUTOPSY.
THE VICTIM'S INJURIES AND THE COLLECTED EVIDENCE WAS PHOTOGRAPHED BY
EVIDENCE TECHNICIAN SHERRI MOUGH #A3113. REFER TO THESE PHOTOGRAPHS AND
AUTOPSY PROTOCOL FOR FURTHER INFORMATION.

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

2000 01797849   101                                    Continued.

000009553

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:   2          DR NUMBER: 2000 01797849   101

DR ENTERED BY : 4913      DR FINALIZED BY : 4913

END OF REPORT              DR NO: 2000 01797849   101

000009554

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    102

REPORT DATE: 20001127   TIME: 1457

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** WITNESS INFORMATION ****

WITNESS -01:
                    NAME: DUNCAN, LESLIE HERB
                    AKA: HERB,

        RACE: B  SEX: M  AGE:        DOB: 121865   HT: 000       WT: 000
        HAIR:          EYES:         SSN: 573257942
        HOME: 002551 E  LIBERTY LANE                APT/SUITE: 382
              PHOENIX          AZ                    ZIP CODE:
        RES.NAME: SAN RIVA                          PHONE: (480)659-7003

**** NARRATIVE ****

     SERIAL NUMBER: 4913

ON 101100, AT APPROXIMATELY 1430 HOURS, DETECTIVE ALLINICH #5195 AND I
INTERVIEWED WITNESS LESLIE DUNCAN AT 620 W WASHINGTON AS PREVIOUSLY
ARRANGED. THIS INTERVIEW WHICH WAS CONDUCTED IN AN INTERVIEW ROOM IN THE
GENERAL INVESTIGATIONS BUREAU WAS NOT RECORDED.

THE FOLLOWING IS A SUMMARY OF MY INTERVIEW WITH LESLIE.

LESLIE LIVES AT THE SAN RIVA APARTMENT COMPLEX, 2551 E LIBERTY #382 AND IS
ROOMMATES WITH WITNESS ERIC VAILLANT. LESLIE OWNS THE COMPUTER WHICH WAS
SEIZED DURING THE SEARCH WARRANT OF HIS APARTMENT ON 101000.

LESLIE WAS AWARE THAT ERIC AND WENDI WERE FRIENDS. HE ALONG WITH ERIC,
WENDI AND A GROUP FROM THE COMPLEX WENT OUT TO A BAR THE WEEK PRIOR TO THE
MURDER. THIS WAS THE ONLY TIME HE HAD ASSOCIATED WITH WENDI OUTSIDE OF
WORK.

LESLIE DID NOT BELIEVE THAT WENDI HAD EVER BEEN TO HIS APARTMENT. HE DOES
NOT BELIEVE THAT SHE HAD EVER USED HIS COMPUTER ALTHOUGH SHE COULD GAIN
ACCESS TO HIS APARTMENT THROUGH THE USE OF THE OFFICE PASS KEY. HE WAS
UNSURE IF SHE EVER USED ERIC'S LAP TOP COMPUTER.

LESLIE WAS AWARE THAT WENDI HAD BEEN DATING ERIC'S FRIEND RICK FREELAND
BUT DOES NOT BELIEVE SHE EVER DATED ERIC.

     2000 01797849    102                              Continued.

000009555

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849   102

LESLIE TURNED OVER ERIC'S LAP TOP TO ME AND STATED HE WAS DOING THIS WITH
ERIC'S PERMISSION.

THIS CONCLUDED MY INTERVIEW WITH LESLIE.

IT SHOULD BE NOTED THAT PRIOR TO THIS INTERVIEW, I RECEIVED A PHONE CALL
FROM ERIC VAILLANT. ERIC SAID THAT WENDI HAD USED HIS COMPUTER NOT
LESLIE'S WHICH WAS SEIZED IN THE SEARCH WARRANT. ERIC ADVISED THAT HE
WOULD WILLINGLY TURN OVER HIS COMPUTER TO THE POLICE AND WOULD SEND IT
WITH LESLIE.

INVESTIGATION CONTINUING.

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                          END OF REPORT          DR NO: 2000 01797849   102

000009556

P-App. 005287

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1        DR NUMBER: 2000 01797849    103

REPORT DATE: 20001127   TIME: 1637

TYPE OF REPORT: HOMICIDE                               OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                  BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                 4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***    PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 100800                    SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   AP01
            ITEM: RATAPE  BRAND:        MODEL:          COLOR:
      SIZE:        QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO TAPE RECORDING OF WENDI ANDRIANO'S PHONE
      CALLS.

****  NARRATIVE  ****

   SERIAL NUMBER: 4913

THIS SUPPLEMENT WAS GENERATED TO CORRECT AN ERROR MADE IN SUPPLEMENT
NUMBER 45 REGARDING SUSPECT WENDI ANDRIANO'S INTERVIEW.

IN THIS SUPPLEMENT I STATED THAT WENDI'S PHONE CALL TO SHANNON SWEENEY WAS
NOT RECORDED. THIS IS INCORRECT.

WENDI MADE TWO PHONE CALLS, ONE TO HER FATHER AND ONE TO SHANNON. THESE
CALLS WERE AUDIO RECORDED NOT VIDEO RECORDED.

FOR FURTHER INFORMATION REFER TO AUDIO TAPE OF CALLS.

INVESTIGATION CONTINUING.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:    2793945

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                         END OF REPORT       DR NO: 2000 01797849   103

000009557

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    104

REPORT DATE: 20001127   TIME: 1705

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                 4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 101100, AT APPROXIMATELY 1523 HOURS, I INTERVIEWED WITNESS CHRIS
HASHISAKI AT 620 W WASHINGTON AS PREVIOUSLY ARRANGED. THIS INTERVIEW WAS
CONDUCTED IN AN INTERVIEW ROOM IN THE HOMICIDE UNIT. THIS INTERVIEW WAS
MONITORED BY DETECTIVE JEWELL #3526 AND WAS VIDEO/AUDIO RECORDED.

THE FOLLOWING IS A SUMMARY OF MY INTERVIEW WITH CHRIS.

THIS INTERVIEW BEGAN BY CONFIRMING CHRIS' BIOGRAPHICAL INFORMATION. CHRIS
HAS BEEN THE BOOKKEEPER AT THE SAN RIVA APARTMENT COMPLEX SINCE JANUARY OF
2000.

CHRIS WHO WORKED WITH SUSPECT WENDI ANDRIANO AT SAN RIVA, ASSOCIATED WITH
HER BOTH AT WORK AND OUTSIDE OF WORK. HER ASSOCIATION WITH WENDI OUTSIDE
OF WORK USUALLY INVOLVED GOING OUT TO A CLUB OR A BAR. FELLOW EMPLOYEES
SHANNON SWEENEY AND STEPHANIE KOEPPEN OFTEN WENT OUT WITH WENDI AS WELL.
THIS HAD BEEN GOING ON FOR THE PAST COUPLE OF MONTHS.

CHRIS WAS AWARE THAT WENDI AND JOE HAD BEEN HAVING MARITAL PROBLEMS. WENDI
TOLD HER SHE HAD NOT BEEN HAPPY WITH THEIR RELATIONSHIP FOR A LONG TIME.
SHE BELIEVED THE PROBLEMS INCREASED WHEN JOE BECAME ILL.

CHRIS BELIEVED THAT WENDI WAS NOT ONLY THE BREAD WINNER FOR THE FAMILY BUT
TOOK CARE OF MOST OF THE PROBLEMS AS WELL. SHE RECALLED AN INCIDENT IN
WHICH JOE CALLED WENDI ON THE PHONE AND HAD HER RETURN HOME TO CHANGE A
DIRTY DIAPER.

DURING JUNE OR JULY, WENDI BEGAN AN AFFAIR WITH SAN RIVA RESIDENT, RICK
FREELAND. THIS RELATIONSHIP CONTINUED UNTIL RICK FOUND OUT THAT SHE WAS
MARRIED AND HAD CHILDREN AT WHICH TIME HE ENDED IT. WENDI WHO WAS "VERY
VERY PERSISTENT" ATTEMPTED TO CONTINUE THE RELATIONSHIP, BUT RICK REFUSED.
SHE BELIEVED THIS RELATIONSHIP LASTED APPROXIMATELY TWO MONTHS.

CHRIS WAS AWARE OF A RECENT AFFAIR WENDI HAD WITH TRAVIS BLACK WHO SHE MET
AT THE ROCK IN RODEO BAR. SHE BELIEVED THIS AFFAIR BEGAN APPROXIMATELY ON
MONTH AGO. WENDI DID NOT TELL TRAVIS SHE WAS MARRIED.

WENDI TOLD CHRIS ABOUT AN ARGUMENT SHE HAD WITH JOE IN WHICH JOE TOLD HER
HE WAS GOING TO DIVORCE HER AND TAKE THE CHILDREN WITH HIM. SHE BELIEVED

2000 01797849    104                                          Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849    104

WENDI STAYED IN THE MARRIAGE BECAUSE SHE FELT GUILTY ABOUT LEAVING A
"DYING MAN". SHE ALSO BELIEVED WENDI WAS STAYING IN THE MARRIAGE BECAUSE
OF THE PENDING MALPRACTICE LAWSUIT.

CHRIS WAS AWARE OF AN INCIDENT IN WHICH WENDI MADE AN INQUIRY INTO A
POISON WEB SITE ON THE OFFICE COMPUTER. DURING THIS INCIDENT, JERRY
SENTELL OBSERVED TENANT ERIC VAILLANT USING THE OFFICE COMPUTER TO ACCESS
HIS E-MAIL. THE FOLLOWING DAY, JERRY CHECKED THE COMPUTER HISTORY AT WHICH
TIME HE DISCOVERED THAT SOMEBODY HAD LOOKED UP A POISON WEB SITE.

SHANNON AND STEPHANIE TOLD CHRIS ABOUT THE AIRBORNE EXPRESS PACKAGE BEING
DELIVERED TO WENDI. SHE NEVER SAW THE PACKAGE OR TALKED TO WENDI ABOUT IT.

I QUESTIONED CHRIS ABOUT THE ENVELOPE FOUND UNDER WENDI'S DESK. SHE DENIED
ANY KNOWLEDGE OF THE ENVELOPE.

WENDI TALKED TO CHRIS ONCE ABOUT THE POSSIBILITY OF HER BEING NAMED
CUSTODIAN OF HER CHILDREN IN THE EVENT SOMETHING WERE TO HAPPEN HER OR
JOE. THIS CONVERSATION TOOK PLACE A "COUPLE OF MONTHS AGO".

CHRIS WAS AWARE THAT WENDI HAD ASKED BOTH ERIC VALLANTE AND JAMES YOST TO
POSE AS JOE SO THAT SHE COULD GET A LIFE INSURANCE POLICY ON JOE. SHE
LEARNED OF THIS AFTER JOE'S MURDER AND NEVER DISCUSSED THIS PERSONALLY
WITH WENDI. SHE BELIEVED THEY WERE BOTH OFFERED FIFTY THOUSAND DOLLARS TO
DO THIS.

CHRIS TALKED TO ERIC ABOUT WENDI USING HIS COMPUTER. ERIC TOLD HER THAT
WENDI HAD LOOKED UP INFORMATION ON HIS COMPUTER BUT DID NOT BELIEVE WENDI
ORDERED IT ON HIS COMPUTER. ERIC WAS ALSO AWARE THAT WENDI HAD A PACKAGE
TO PICK UP.

CHRIS WAS AWARE OF THE INCIDENT IN WHICH JOE BROKE THEIR BEDROOM
FURNITURE. SHE DOES NOT BELIEVE THAT JOE HAD EVER HIT WENDI. WENDI DID
TELL HER THAT SHE WAS AFRAID OF JOE. SHE HAD NEVER OBSERVED ANY INJURIES
ON WENDI.

I WENT OVER SOME OF THE EVENTS WHICH OCCURRED ON THE NIGHT OF THE MURDER.
CHRIS DESCRIBED WENDI AT THE TIME SHE WAS ASKED TO LEAVE AS BEING THE MOST
UPSET SHE HAD EVER SEEN HER. WENDI HAD NO INJURIES AT THAT TIME. CHRIS
OBSERVED JOE VOMIT WHILE LYING ON THE FLOOR.

I ASKED CHRIS IF JOE WAS BLEEDING WHEN SHE OBSERVED HIM LYING ON THE
LIVING ROOM FLOOR. CHRIS HAD THE OPPORTUNITY TO LEAN DOWN NEXT TO JOE AND
TALK TO HIM. SHE DID NOT OBSERVE ANY BLOOD WHILE DOING THIS. SHE ALSO
RECALLED WENDI'S APARTMENT AS BEING CLEAN, WHICH WAS UNUSUAL.

CHRIS SPOKE TO JOE BRIEFLY WHO TOLD HER HE HAD NEEDED HELP FOR A LONG TIM
AND ASKED WHAT WAS TAKING SO LONG. SHE ALSO DESCRIBED WENDI AT ONE POINT
AS ATTEMPTING TO GET JOE ON HIS FEET. WHEN JOE WOULD NOT STAND UP, WENDI
BECAME FRUSTRATED STATING "HELP ME GET YOUR ASS UP". SHE ALSO DESCRIBED
JOE AS BREATHING HEAVILY.

  2000 01797849   104                                    Continued.

000009559

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   3       DR NUMBER: 2000 01797849    104

WHEN CHRIS HEARD THE FIRE DEPARTMENT'S SIREN, SHE WALKED OUT FRONT TO FLAG
THEM DOWN. WHILE CHRIS WAS OUTSIDE, WENDI WALKED OUT INTO THE BREEZEWAY
AND TOLD HER TO HAVE THE FIRE DEPARTMENT LEAVE. CHRIS REFUSED AND TOLD
WENDI SHE WAS NOT LEAVING. SHE ALSO TOLD WENDI SHE HAD LEFT HER PURSE
INSIDE. UPON TELLING WENDI THIS, WENDI THREW HER PURSE INTO THE BREEZEWAY
AND SHUT THE DOOR.

WHEN WENDI FINALLY CAME OUT FRONT TO TALK TO THE FIRE DEPARTMENT, SHE CAME
AROUND FROM THE BACK SIDE OF THE APARTMENT NOT THROUGH THE FRONT DOOR. AT
THIS TIME, CHRIS NOTICED THAT WENDI HAD CHANGED BOTH HER SHIRT AND HER
SHORTS AND THAT HER HAIR WAS NOW WET. AFTER TELLING THE FIRE DEPARTMENT TO
LEAVE, WENDI WENT BACK AROUND THE APARTMENT ENTERING THROUGH THE BACK
DOOR.

THIS CONCLUDED MY INTERVIEW WITH CHRIS.

FOR FURTHER INFORMATION REFER TO TAPES OF INTERVIEW.

INVESTIGATION CONTINUING.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : 4913     DR FINALIZED BY : 4913
                        END OF REPORT          DR NO: 2000 01797849    104

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    105

REPORT DATE: 20001128   TIME: 1648

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO            4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 101100, AT APPROXIMATELY 1645 HOURS, I INTERVIEWED WITNESS SHANNON
SWEENEY AT 620 W WASHINGTON STREET AS PREVIOUSLY ARRANGED. THIS INTERVIEW
WAS CONDUCTED IN AN INTERVIEW ROOM IN THE HOMICIDE UNIT. THE INTERVIEW WAS
MONITORED BY DETECTIVE JEWELL #3526 AND WAS VIDEO/AUDIO RECORDED.

THE FOLLOWING IS A SUMMARY OF MY INTERVIEW WITH SHANNON.

THIS INTERVIEW BEGAN BY CONFIRMING SHANNON'S BIOGRAPHICAL INFORMATION.
SHANNON HAS BEEN THE ASSISTANT MANAGER AT THE SAN RIVA APARTMENT COMPLEX
FOR THE PAST THREE MONTHS.

SHANNON ASSOCIATED WITH WENDI ON A REGULAR BASIS OUTSIDE OF WORK WHICH
USUALLY INVOLVED GOING OUT TO BARS AND CLUBS. COWORKERS CHRIS AND
STEPHANIE ALSO ASSOCIATED WITH BOTH SHANNON AND WENDI OUTSIDE OF WORK.

WENDI TOLD SHANNON THAT SHE AND JOE HAD BEEN HAVING PROBLEMS FOR A LONG
TIME. THE PROBLEMS BEGAN PRIOR TO JOE BECOMING ILL. WENDI ALSO TOLD HER
THAT SHE WOULD HAVE LEFT JOE IF HE HAD NOT BEEN ILL.

SHANNON BELIEVED JOE WAS VERY POSSESSIVE OVER WENDI. SHE DESCRIBED ONE
INCIDENT IN WHICH SHE WAS AT A SOFTBALL GAME WITH WENDI. WHILE AT THE
GAME, JOE CONTINUED TO CALL TO SEE WHEN SHE WAS COMING HOME. WENDI LATER
TOLD HER THAT JOE DESTROYED THEIR BEDROOM FURNITURE AFTER SHE ARRIVED
HOME.

SHANNON SAID THERE WAS AN INCIDENT IN WHICH THEY TOOK WENDI OUT FOR HE
BIRTHDAY. WHEN THEY ARRIVED HOME LATE, JOE THREW WENDI'S CELLULAR PHONE
AND A GLASS BOTTLE ACROSS THE PARKING LOT.

SHANNON WAS AWARE THAT WENDI HAD AN AFFAIR WITH TENANT RICK FREELAND.
WENDI DID NOT INITIALLY TELL RICK THAT SHE WAS MARRIED. WHEN RICK FOUND
OUT SHE WAS MARRIED, HE ATTEMPTED TO END THE RELATIONSHIP. WENDI DID NOT
WANT IT TO END AND BECAME VERY "PERSISTENT". RICK DESCRIBED THIS TO
SHANNON AS WENDI REFUSING TO LEAVE HIM ALONE.

WENDI TOLD SHANNON THAT RICK WAS "GREAT" AND WOULD STAND BY HER SIDE UNTIL
JOE WAS DEAD. WHEN WENDI FOUND OUT THAT SHANNON WAS TALKING TO RICK ABOUT
THIS, WENDI STOPPED TALKING ABOUT THE SITUATION AS MUCH. SHE DESCRIBED ONE

2000 01797849   105                                        Continued.

000009561

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849   105

INCIDENT IN WHICH THEY RAN INTO RICK AND ERIC AT A CLUB. AFTER RICK
INITIALLY SAID HELLO TO THEM, HE ATTEMPTED TO AVOID WENDI. WENDI ATTEMPTED
TO FOLLOW HIM AROUND AT WHICH TIME RICK LEFT. WHEN THEY RETURNED TO THE
APARTMENT LATER, WENDI ATTEMPTED TO CALL RICK ON THE PHONE. WHEN HE WOULD
NOT ANSWER, SHE BEGAN BANGING ON HIS DOOR. WHEN RICK WOULD NOT ANSWER THE
DOOR, WENDI THREATENED TO GET THE PASS KEY TO RICK'S APARTMENT. SHANNON
AND ERIC TALKED WENDI OUT OF DOING THIS. THIS OCCURRED AT 0200 HOURS.

WENDI LATER BEGAN DATING A GUY NAMED TRAVIS WHO SHE MET AT THE ROCK IN
RODEO BAR. SHE DOES NOT BELIEVE TRAVIS IS AWARE THAT WENDI IS MARRIED
ALTHOUGH WENDI HAS HAD SEX WITH HIM ONE TIME.

SHANNON WAS AWARE OF ACCUSATIONS ABOUT WENDI HAVING AN AFFAIR WITH ERIC A
WELL. SHE SPOKE TO ERIC ABOUT THIS AND HE DENIED THERE WAS EVER ANY THING
BETWEEN HE AND WENDI.

WENDI TOLD SHANNON THAT JOE WOULD SCREAM AT HER AND BEAT THINGS UP. WENDI
NEVER TOLD HER ABOUT ANY INCIDENTS IN WHICH HE TOUCHED HER. SHANNON HAD
NEVER OBSERVED ANY INJURIES ON WENDI.

SHANNON WAS AWARE OF THE PENDING MALPRACTICE LAWSUIT. SHANNON WAS TOLD
THAT WENDI HAD TOLD BOTH JAMES YOST AND ERIC THAT THE LAWSUIT WOULD BE
WORTH MORE IF JOE WERE TO DIE PRIOR TO THE SETTLEMENT. WENDI DID NOT
PERSONALLY TELL HER THIS.

PRIOR TO JOE'S MURDER, ERIC TOLD SHANNON THAT WENDI HAD ASKED HIM TO POSE
AS JOE TO GET A LIFE INSURANCE POLICY. WENDI TOLD ERIC THAT THERE WAS NO
WAY THEY WOULD FIND OUT ABOUT HIM POSING AS JOE. SHE ALSO TOLD ERIC THAT
JOE WOULD MOST LIKELY DIE OF A HEART ATTACK DUE TO HIS CONDITION AND
TREATMENT AND THAT THIS WOULD NOT BE INVESTIGATED. HE ALSO TOLD SHANNON
THAT WENDI OFFERED HIM FIFTY THOUSAND DOLLARS TO POSE AS JOE. SHE BELIEVED
THIS OCCURRED SIX TO EIGHT WEEKS AGO.

ERIC TOLD SHANNON THAT WENDI HAD USED HIS COMPUTER TO LOOK UP A COMPANY
NAMED "VOIGT". HE ALSO TOLD HER THAT WENDI HAD RECEIVED A PACKAGE ON
THURSDAY.

ON THE FRIDAY 100600, SHANNON OBSERVED WENDI IN THE COMPLEX OFFICE HOLDING
A BOX. UPON ASKING WENDI ABOUT THE CONTENTS OF THE BOX, WENDI TOLD HER IT
WAS A PRESENT FOR A FRIEND AND WOULD TELL HER LATER. SHANNON ALSO ASKED
STEPHANIE ABOUT THE CONTENTS OF THE BOX. STEPHANIE TOLD HER SHE DID NOT
KNOW WHAT WAS IN THE BOX, BUT WAS AWARE THAT WENDI HAD PICKED IT UP ON
THURSDAY.

STEPHANIE TOLD SHANNON THAT WENDI HAD USED A FICTITIOUS BUSINESS LICENSE
TO ORDER THE CONTENTS OF THE BOX. STEPHANIE TOLD SHANNON THAT WENDI WAS
HAVING THE PACKAGE DELIVERED TO A BUSINESS SHE HAD NO CONNECTION TO AND
ASKED HER TO INVESTIGATE THIS COMPANY.

SHANNON WAS TOLD THAT THE BUSINESS CALLED WENDI ON THURSDAY TO TELL HER
THE PACKAGE HAD ARRIVED. STEPHANIE ALSO TOLD HER THAT WENDI ADMITTED TO

2000 01797849   105                                        Continued.

000009562

P-App. 005293

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   3       DR NUMBER: 2000 01797849    105

GOING TO PICK UP THE PACKAGE ON THURSDAY.

I QUESTIONED SHANNON ABOUT THE ENVELOPE FOUND UNDER WENDI'S DESK IN THE
OFFICE. SHE ADMITTED TO SEEING SIMILAR TYPE ENVELOPES IN WENDI'S OFFICE,
BUT DENIED ANY KNOWLEDGE OF THIS ENVELOPE.

THIS CONCLUDED MY INTERVIEW WITH SHANNON.

FOR FURTHER INFORMATION REFER TO TAPES OF INTERVIEW.

INVESTIGATION CONTINUING.

  VICTIM RECEIVED RIGHTS INFORMATION:   NO          MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : 4913      DR FINALIZED BY : 4913

                            END OF REPORT         DR NO: 2000 01797849    105

000009563

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  1        DR NUMBER: 2000 01797849    106

REPORT DATE: 20001204   TIME: 0846

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: SALLIE DILLIAN            4689      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** WITNESS INFORMATION ****

WITNESS -01:
              NAME: ORTEGA, RAY

     RACE:    SEX: M  AGE:       DOB:         HT: 000      WT: 000

     CLOTHING DESC & MISC:
     REGIONAL MAINTENANCE-TRAINER
     WORK: 008260 E  RAINTREE              APT/SUITE: 204
           SCOTTSDALE      AZ              ZIP CODE: 85260
     BUS.NAME: FAIRFIELD PROPERTIES, INC.  PHONE: (480)695-4294 EXT.
     OCCUPATION: MANAGEMENT TEAM
     CAN ID SUSPECT(S): YES                SUSPECT(S): AP1
     WILL TESTIFY: YES                     MISC.

**** NARRATIVE ****

SERIAL NUMBER: 4689

ON 10-09-00 AT 1530 HOURS DETECTIVE LUCERO AND I WENT TO THE SAN RIVA
APARTMENTS FOR FOLLOW-UP REGARDING THIS INVESTIGATION.  I SPOKE WITH RAY
ORTEGA WHO WAS AT THE COMPLEX AS A RESULT OF THIS INVESTIGATION.  RAY WAS
PART OF THE MANAGEMENT TEAM SENT IN TO EVALUATE THE SITUATION FOLLOWING
THE ARREST OF WENDI ANDRIANO WHO HAD BEEN THE MANAGER AT SAN RIVA
APARTMENTS..

I EXPLAINED TO RAY THAT WE WANTED TO CHECK THE VACANT APARTMENTS IN THE
AREA OF WENDI ANDRIANO'S APARTMENT AS SHE WOULD HAVE HAD AMPLE TIME TO
HAVE HIDDEN EVIDENCE PRIOR TO THE ARRIVAL OF POLICE.

RAY PRINTED OUT A LIST OF ALL VACANT APARTMENT.  I PERSONALLY CHECKED OR
ATTEMPTED TO CHECK THE FOLLOWING APARTMENTS, WHICH RAY HAD TOLD ME WERE
VACANT.

APARTMENT # 128 NOTHING WAS FOUND
APARTMENT # 127 NOTHING WAS FOUND
APARTMENT # 229 APARTMENT WAS NOT VACANT, THE DOOR WAS ANSWERED BY A W/M
           WHO SAID HE WAS THE RESIDENT.
APARTMENT # 328 NOTHING WAS FOUND

  2000 01797849   106                                Continued.

000009564

P-App. 005295

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849    106

APARTMENT # 329 UNABLE TO OPEN AS THE MASTER KEY WOULD NOT WORK
TWO GUEST SUITES WHICH ARE NOT ASSIGNED NUMBERS -NOTHING WAS FOUND.

I ADVISED RAY OF THE TENANT IN APARTMENT #229 AND NOT BEING ABLE TO UNLOCK
#329 WITH THE MASTER KEY HE HAD PROVIDED ME WITH.  RAY SAID HE WOULD CHECK
ON THE STATUS OF THESE TWO APARTMENT AND LET ME KNOW.  ON 10-10-00 RAY
CONTACTED ME AND SAID THE PERSON IN APARTMENT # 229 HAD BEEN ALLOWED TO
LIVE RENT FREE AND WITHOUT DOCUMENTATION ON THE APARTMENT RECORDS BY WENDI
ANDRIANO.  RAY SAID HE HAD CHECKED APARTMENT #329 AND IT WAS VACANT. RAY
EXPLAINED THERE WAS A FULL AUDIT BEING DONE DUE TO IRREGULARITIES WHICH
HAD COME TO LIGHT AFTER WENDI'S ARREST.


VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4689    DR FINALIZED BY : 4689

                        END OF REPORT          DR NO: 2000 01797849    106

000009565

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:   1      DR NUMBER: 2000 01797849    107

REPORT DATE: 20001205   TIME: 0744

TYPE OF REPORT:  HOMICIDE                           OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132            BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913       UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 101200, AT APPROXIMATELY 0944 HOURS, I INTERVIEWED WITNESS ERIK
VAILLANT AT 620 W WASHINGTON AS PREVIOUSLY ARRANGED. THIS INTERVIEW WAS
CONDUCTED IN AN INTERVIEW ROOM IN THE HOMICIDE UNIT. THE INTERVIEW WAS
MONITORED BY DETECTIVE JEWELL #3526 AND WAS VIDEO/AUDIO RECORDED.

THE FOLLOWING IS A SUMMARY OF MY INTERVIEW WITH ERIK.

THIS INTERVIEW BEGAN BY OBTAINING ERIK'S BIOGRAPHICAL INFORMATION. ERIK
MOVED INTO THE SAN RIVA APARTMENT COMPLEX IN JUNE OR JULY OF 2000. ERIK
BEGAN ASSOCIATING WITH WENDI AND STAFF MEMBERS IN AUGUST.

PRIOR TO ERIK MOVING IN, HE WAS AWARE THAT HIS FRIEND RICK FREELAND WAS
DATING WENDI. RICK WHO DID NOT INITIALLY KNOW THAT WENDI WAS MARRIED,
BROKE OFF THE RELATIONSHIP WHEN HE LEARNED OF HER MARRIAGE AND JOE'S
ILLNESS.

AFTER RICK BROKE OFF THE RELATIONSHIP WITH WENDI, SHE CONTINUED TO PURSUE
HIM. ERIK OBSERVED INCIDENTS IN WHICH WENDI WOULD BE AT RICK'S DOOR AT
0200-0300 HOURS IN THE MORNING. ERIK OBSERVED HER BANGING AND KICKING ON
THE DOOR YELLING AT RICK TO LET HER IN. THIS OCCURRED OVER THE SUMMER.

DURING AUGUST OF 2000, ERIK WAS INVITED TO THE LAKE BY WENDI AND JOE.
DURING THIS TRIP, THE BOATING APPEARED TO MAKE JOE TIRED AND HE WOULD
OFTEN HAVE TO STOP AND REST.

ERIK BEGAN GOING OUT TO NIGHT CLUBS WITH WENDI, SHANNON, CHRIS, STEPHANIE
AND RICK FREELAND IN AUGUST. WENDI WHO ERIK DESCRIBED AS HAVING A
"DRINKING PROBLEM" WOULD OFTEN FLIRT AND "KISS ON" GUYS SHE MET AT THE
BAR.

WENDI TOLD ERIK THAT WHEN SHE INITIALLY MARRIED JOE, HE TREATED HER
POORLY. ERIK HAS OBSERVED JOE YELLING AT WENDI FOR COMING IN LATE, BUT HAS
NEVER OBSERVED HIM "LAY A HAND ON HER". WENDI NEVER TOLD ERIK ABOUT ANY
DOMESTIC VIOLENCE INCIDENTS BUT DID TELL HIM ABOUT AN INCIDENT IN WHICH
JOE BROKE THE DRESSER. SHE TOLD HIM THIS OCCURRED WHEN SHE CAME HOME LATER
THAN EXPECTED. HE HAS NEVER OBSERVED ANY INJURIES ON HER.

ERIK DESCRIBED HIS RELATIONSHIP WITH WENDI AS BEING FRIENDS. HE DENIED

2000 01797849    107                                   Continued.

000009566

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849   107

EVER HAVING A PHYSICAL RELATIONSHIP WITH HER.

DURING AUGUST, WENDI CALLED ERIK ON THE PHONE AND ASKED IF HE COULD FIND
"VOIGT" ON THE INTERNET. ERIK CHECKED HIS COMPUTER AND WAS ABLE TO FIND A
"VOIGT" SITE. UPON TELLING HER HE WAS ABLE TO PULL IT UP, SHE TOLD HIM SHE
WOULD BE RIGHT OVER. WHEN SHE ARRIVED, SHE "SCROLLED" THROUGH A COUPLE OF
THINGS ON HIS COMPUTER AND LEFT. ERIK ASKED WENDI WHAT VOIGT WAS, BUT SHE
REFUSED TO TELL HIM.

I ASKED ERIK IF WENDI ORDERED ANYTHING OVER HIS COMPUTER. HE SAID SHE DID
NOT ON THE DAY SHE ASKED HIM TO LOOK UP THE VOIGT WEB SITE. HE DID SAY
THAT SHE WOULD HAVE HAD ACCESS TO HIS APARTMENT THROUGH THE USE OF THE
OFFICE PASS KEY, BUT THIS WOULD HAVE BEEN WITHOUT HIS PERMISSION. HE DOES
NOT BELIEVE THAT WENDI HAD EVER USED HIS ROOMMATE'S COMPUTER.

ERIK RECALLED AN INCIDENT IN WHICH WENDI TOLD HIM THAT JOE'S 200,000
DOLLAR LIFE INSURANCE POLICY WAS "UP" AND COULD NOT BE RENEWED DUE TO HIS
ILLNESS. WENDI ASKED ERIK IF HE WOULD POSE AS JOE SO THAT SHE COULD RENEW
THE POLICY. ERIK REFUSED TO DUE THIS. THIS OCCURRED DURING SEPTEMBER OF
2000.

WENDI TOLD ERIK THAT SHE HAD ALSO OFFERED JIMMY MONEY TO POSE AS JOE TO
RENEW THE LIFE INSURANCE POLICY. SHE DID NOT OFFER ERIK MONEY TO DUE THIS.

WENDI TOLD ERIK ABOUT THE MALPRACTICE LAWSUIT. SHE TOLD HIM THAT WHEN JOE
DIED, THEY WERE GOING TO BE AWARDED TWENTY MILLION DOLLARS. SHE TOLD ERIK
SHE HAD RESEARCHED THINGS AND THAT MOST PEOPLE DUE NOT LIVE PAST THE THIRD
CHEMO TREATMENT. ERIK STATES BECAUSE OF THIS, HE CALLED HER A "MONEY
HUNGRY BITCH". WENDI ALSO TOLD ERIK THAT AFTER SHE GOT THE MONEY, SHE WAS
GOING TO MOVE TO CALIFORNIA AND GET A NANNY TO CARE FOR HER CHILDREN.

ERIK DESCRIBED JOE AS BEING A NICE GUY WHO WAS "FIGHTING FOR HIS LIFE". HE
BELIEVED WENDI NO LONGER CARED FOR JOE. SHE ALSO TOLD HIM SHE NO LONGER
HAD SEX WITH JOE. HE BELIEVED WENDI WOULD LIE TO JOE TELLING HIM SHE WAS
GOING TO PLAY CARDS ON TUESDAY NIGHTS, BUT WOULD INSTEAD GO OUT TO THE
BARS.

ERIK WAS UNAWARE OF WENDI AND JOE HAVING ANY FINANCIAL PROBLEMS.

APPROXIMATELY TWO WEEKS PRIOR TO THIS INTERVIEW, WENDI CALLED ERIK AT
WORK. SHE TOLD HIM SHE HAD A PACKAGE DELIVERED IN THE NAME OF "ANNE
NEWTON" TO AN ADDRESS IN SCOTTSDALE. SHE TOLD HIM SHE ORDERED IT UNDER A
FICTITIOUS BUSINESS LICENSE AND REFUSED TO TELL HIM WHAT WAS IN THE
PACKAGE. SHE ALSO ASKED HIM TO CHECK OUT THE ADDRESS IT WAS MAILED TO AND
TO TELL HER WETHER IT WAS A BUSINESS OR A RESIDENTIAL ADDRESS. ERIK
REFUSED TO DUE THIS.

WENDI TOLD ERIK THAT SHE WAS OFFERED A JOB IN CALIFORNIA. WHEN JOE TOLD
WENDI HE WOULD NOT MOVE TO CALIFORNIA, SHE TOLD HIM SHE WAS GOING ANYWAY.
HE HAD THIS CONVERSATION WITH HER THREE TO FOUR WEEKS AGO.

2000 01797849   107                                    Continued.

000009567

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  3     DR NUMBER: 2000 01797849    107

THIS CONCLUDED MY INTERVIEW WITH ERIK.

FOR FURTHER INFORMATION REFER TO TAPES OF INTERVIEW.

INVESTIGATION CONTINUING.

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4913     DR FINALIZED BY : 4913

                    END OF REPORT        DR NO: 2000 01797849    107

000009568

P-App. 005299

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT             PAGE NUMBER:   1      DR NUMBER: 2000 01797849   108

REPORT DATE: 20001205   TIME: 1040

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO               4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

   SERIAL NUMBER: 4913

ON 101800, AT APPROXIMATELY 1330 HOURS, I MET WITH ALEJO OCHOA AT THE
PHOENIX POLICE FORENSIC IMPOUND LOT AT PREVIOUSLY ARRANGED.  I RELEASED
WENDI'S YUKON WHICH IS ACTUALLY REGISTERED TO DONNA OCHOA TO ALEJO.

A COPY OF THE SEARCH WARRANT AND THE EVIDENCE ITEMS OBTAINED IN THE
WARRANT WERE GIVEN TO ALEJO.

INVESTIGATION CONTINUING.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO         MAIL-IN SUPPLEMENT:

INVOICES:

 DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                        END OF REPORT          DR NO: 2000 01797849   108

000009569

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1     DR NUMBER: 2000 01797849   109

REPORT DATE: 20001205   TIME: 1052

TYPE OF REPORT:  HOMICIDE                        OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 101700                  SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   W 01
        ITEM: RVTAPE  BRAND:       MODEL:       COLOR:
     SIZE:       QUANTITY: 0001   SERIAL/ACCT/ID:
     DESCRIPTION: VIDEO TAPE RECORDING OF INTERVIEW WITH RICK
     FREELAND

0002  PKG 001 CODE:EI   W 01
        ITEM: RATAPE  BRAND:       MODEL:       COLOR:
     SIZE:       QUANTITY: 0002   SERIAL/ACCT/ID:
     DESCRIPTION: AUDIO TAPE RECORDING OF INTERVIEW WITH RICK
     FREELAND.

***   NARRATIVE   ***
  SERIAL NUMBER: 4913

ON 101700, AT APPROXIMATELY 2223 HOURS, I INTERVIEWED WITNESS RICK
FREELAND AS PREVIOUSLY ARRANGED. THIS INTERVIEW WAS CONDUCTED IN AN
INTERVIEW ROOM IN THE HOMICIDE UNIT. THE INTERVIEW WAS MONITORED BY
DETECTIVE CISNEROS #4657 AND WAS VIDEO/AUDIO RECORDED.

THE FOLLOWING IS A SUMMARY OF MY INTERVIEW WITH RICK.

THIS INTERVIEW BEGAN BY OBTAINING RICK'S BIOGRAPHICAL INFORMATION. RICK
WHO LIVES AT THE SAN RIVA APARTMENT COMPLEX DATED WENDI ANDRIANO FOR A
SHORT TIME PRIOR TO DISCOVERING SHE WAS MARRIED AND HAD CHILDREN.

RICK MOVED INTO THE SAN RIVA APARTMENT COMPLEX APPROXIMATELY SEVEN MONTHS
AGO. HE MET WENDI AS SHE WAS THE MANAGER OF THE COMPLEX. APPROXIMATELY ONE
MONTH AFTER MOVING IN, RICK BEGAN DATING WENDI WHO HE BELIEVED AT THAT
TIME TO BE SINGLE. THIS WAS A SEXUAL RELATIONSHIP.

RICK DATED WENDI FOR APPROXIMATELY THREE WEEKS PRIOR TO HER TELLING HIM
THAT SHE WAS MARRIED. SHE ALSO TOLD HIM THAT JOE WAS DYING OF CANCER. UPON
LEARNING THIS, HE BROKE OFF THE RELATIONSHIP.

AFTER RICK BROKE UP WITH WENDI, SHE CONTINUED TO PURSUE THEIR

 2000 01797849   109                              Continued.

000009570

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2       DR NUMBER: 2000 01797849    109

RELATIONSHIP. WENDI CONTINUED TO CALL HIM AND "WOULD NOT EXCEPT IT".

RICK RECALLED A COUPLE OF INCIDENTS WHICH OCCURRED AFTER BREAKING UP WITH
WENDI. DURING THESE INCIDENTS, WENDI WOULD KNOCK ON HIS DOOR IN THE MIDDLE
OF THE NIGHT. WHEN RICK REFUSED TO OPEN THE DOOR AND LET HER IN, SHE WOULD
CALL HIM ON THE PHONE.

I ASKED RICK IF WENDI EVER TALKED ABOUT LEAVING JOE. HE SAID HE COULD NOT
RECALL HER EVER TELLING HIM SHE WAS GOING TO.

WENDI TOLD RICK ABOUT THE PENDING MALPRACTICE LAWSUIT. ALTHOUGH SHE TOLD
HIM SHE EXPECTED TO WIN THE LAWSUIT, SHE NEVER TOLD HIM HOW MUCH SHE
BELIEVED SHE WAS GOING TO BE AWARDED.

RICK WAS NEVER ASKED TO LOOK UP ANYTHING ON THE COMPUTER. HE WAS TOLD
ABOUT THE INCIDENT IN WHICH WENDI LOOKED UP A WEB SITE ON ERIC'S COMPUTER.
WENDI NEVER ASKED HIM TO PICK UP A PACKAGE FOR HER.

WENDI TOLD RICK THAT SHE OFTEN ARGUED WITH JOE. SHE TOLD HIM ABOUT ONE
INCIDENT IN WHICH HE DUMPED COOLAID ON HER BUT NEVER TOLD HIM ABOUT HIM
BEING PHYSICALLY ABUSIVE TOWARDS HER. WENDI TOLD RICK SHE WANTED JOE TO
ATTEND COUNSELING, BUT HE WAS REFUSED TO GO.

I ASKED RICK IF HE HAD A PEST OR RODENT PROBLEM IN HIS APARTMENT. HE
RECALLED FINDING ONE CRICKET BUT NO OTHER INSECTS OR ANY RODENTS.

ERIC TOLD RICK ABOUT WENDI ASKING HIM TO POSE AS JOE SO THAT SHE COULD GET
A LIFE INSURANCE POLICY ON JOE. HE DENIED HER EVER ASKING HIM TO DO THIS.

THIS CONCLUDED MY INTERVIEW WITH RICK.

FOR FURTHER INFORMATION REFER TO TAPES OF INTERVIEW.

INVESTIGATION CONTINUING.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:    2796774

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                        END OF REPORT       DR NO: 2000 01797849    109

000009571

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1          DR NUMBER: 2000 01797849    110

REPORT DATE: 20001206   TIME: 1213

TYPE OF REPORT:  HOMICIDE                           OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: JOSE CISNEROS               4657      UNIT: C61

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4657

ROOM #2
-------

ON 10/17/00 AT 2223 HOURS, I MONITORED AN INTERVIEW OF RICK FREELAND
CONDUCTED AT 620 WEST WASHINGTON, IN THE GENERAL INVESTIGATIONS BUREAU.

I RECORDED THE INTERVIEWS ON SEPARATE VIDEO AND AUDIO CASSETTES.  I
UTILIZED ONLY NEW, FACTORY SEALED VIDEO AND AUDIO CASSETTES FOR RECORDING.

THE PRIMARY VIDEO RECORDER (TAPE MARKED ORIGINAL) UTILIZED IS A PANASONIC
VHS DECK, MODEL AG1980P, SERIAL NUMBER L7TC01836.  IF A VIDEO COPY WAS
MADE SIMULTANEOUSLY (TAPE MARKED COPY), THE VIDEO RECORDER UTILIZED IS A
PANASONIC VHS DECK, MODEL NUMBER AG1980P, SERIAL NUMBER L7TC01585.  THE
VIDEO MONITOR IS A PANASONIC, MODEL CT2086VY; THE MICROPHONE POWER SUPPLY
IS A SHURE M267; SERIAL NUMBER IS 990750740.  THE AUDIO RECORDERS UTILIZED
ARE BOTH MARANTZ MODEL PMD-221 RECORDERS, SERIAL NUMBERS MZ049748460019
AND MZ049748460018.

THE INTERVIEW ENDED AT 2255 HOURS.  I INITIALED EACH CASSETTE USED AND
REMOVED THE TABS TO PREVENT INADVERTENT ERASURE OF FURTHER RECORDING ONTO
THE CASSETTES.  THE CASSETTES WERE THEN TURNED OVER TO DETECTIVE.

THERE WERE NO INTERRUPTIONS IN THE MONITORING AND/OR RECORDING OF THE
INTERVIEW FROM ITS BEGINNING TO ITS CONCLUSION.

12-6-2000  1217; GIB A2663 LYDIA

VICTIM RECEIVED RIGHTS INFORMATION:  NO              MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : A2663     DR FINALIZED BY : A2663

END OF REPORT          DR NO: 2000 01797849    110

000009572

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849   111

REPORT DATE: 20001211   TIME: 0843

TYPE OF REPORT:  HOMICIDE                                OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                 4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 000000              SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI    W 01
            ITEM: RATAPE  BRAND:        MODEL:         COLOR:
      SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO TAPE RECORDING OF INTERVIEW WITH JANA
      CLAYTON.

0002  PKG 002 CODE:EI    W 01
            ITEM: RATAPE  BRAND:        MODEL:         COLOR:
      SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO TAPE RECORDING OF INTERVIEW WITH RAY
      ORTEGA.

0003  PKG 003 CODE:EI    W 01
            ITEM: RATAPE  BRAND:        MODEL:         COLOR:
      SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO TAPE RECORDING OF INTERVIEW WITH TIMOTHY
      MOSNEY.

0004  PKG 004 CODE:EI    W 01
            ITEM: RATAPE  BRAND:        MODEL:         COLOR:
      SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO TAPE RECORDING OF INTERVIEW WITH JEANETTE
      MCCOURT.

0005  PKG 005 CODE:EI    W 01
            ITEM: RATAPE  BRAND:        MODEL:         COLOR:
      SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO TAPE RECORDING OF INTERVIEW WITH TED
      BENNETT.

0006  PKG 006 CODE:EI    W 01
            ITEM: RATAPE  BRAND:        MODEL:         COLOR:
      SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO TAPE RECORDING OF INTERVIEW WITH DEBORAH
      LEWIS.

 2000 01797849   111                              Continued.

000009573

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849   111

0007  PKG 007 CODE:EI   W 01
          ITEM: RATAPE  BRAND:        MODEL:             COLOR:
      SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO TAPE RECORDING OF INTERVIEW WITH DONNA
      DEANGELIS.

0008  PKG 008 CODE:EI   W 01
          ITEM: RATAPE  BRAND:        MODEL:             COLOR:
      SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO TAPE RECORDING OF INTERVIEW WITH WILLIAM
      SENTELLE.

0009  PKG 009 CODE:EI   AP01
          ITEM: RATAPE  BRAND:        MODEL:             COLOR:
      SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: AUDIO TAPE RECORDING OF MESSAGES LEFT ON AP1'S
      ANSWERING MACHINE. RECOVERED DURING SEARCH WARRANT ON 102000.

                    ****  NARRATIVE  ****
      SERIAL NUMBER: 4913

THIS SUPPLEMENT WAS GENERATED TO IMPOUND THE LISTED EVIDENCE.


   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:    2798922

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT        DR NO: 2000 01797849   111

000009574

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1        DR NUMBER: 2000 01797849    112

REPORT DATE: 20001211   TIME: 0912

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO               4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -

***    PROPERTY/EVIDENCE    ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 101900                    SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI    W 01
              ITEM: RVTAPE  BRAND:       MODEL:          COLOR:
        SIZE:          QUANTITY: 0001  SERIAL/ACCT/ID:
        DESCRIPTION: VIDEO TAPE RECORDING OF INTERVIEW WITH TRAVIS
        BLACK

0002  PKG 001 CODE:EI    W 01
              ITEM: RATAPE  BRAND:       MODEL:          COLOR:
        SIZE:          QUANTITY: 0002  SERIAL/ACCT/ID:
        DESCRIPTION: AUDIO TAPE RECORDING OF INTERVIEW WITH TRAVIS
        BLACK.

****  NARRATIVE  ****
   SERIAL NUMBER: 4913

THIS SUPPLEMENT WAS GENERATED TO IMPOUND THE LISTED EVIDENCE.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:    2798935

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                          END OF REPORT        DR NO: 2000 01797849    112

000009575

P-App. 005306

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    113

REPORT DATE: 20001211   TIME: 1032

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: KATHI GALBARI              4107     UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4107

ROOM #1
-------

ON 10/19/00 AT 4:36 P.M., I MONITORED AN INTERVIEW OF TRAVIS BLACK
CONDUCTED AT 620 WEST WASHINGTON, IN THE GENERAL INVESTIGATIONS BUREAU.  I
RECORDED THE INTERVIEWS ON SEPARATE VIDEO AND AUDIO CASSETTES.  I UTILIZED
ONLY NEW, FACTORY SEALED VIDEO AND AUDIO CASSETTES FOR RECORDING.

THE PRIMARY VIDEO RECORDER (TAPE MARKED ORIGINAL) UTILIZED IS A PANASONIC
VHS DECK, MODEL AG1980P, SERIAL NUMBER L7TC01593.  IF A VIDEO COPY WAS
MADE SIMULTANEOUSLY (TAPE MARKED COPY), THE VIDEO RECORDER UTILIZED IS A
PANASONIC VHS DECK, MODEL NUMBER AG1980P, SERIAL NUMBER L7TC01425.  THE
VIDEO MONITOR IS A PANASONIC, MODEL CT2086Y; THE MICROPHONE POWER SUPPLY
IS A SHURE M267, SERIAL NUMBER IS 980750751.  THE AUDIO RECORDERS UTILIZED
ARE BOTH MARANTZ MODEL PMD-221 RECORDERS, SERIAL NUMBERS MZ029317920311
AND MZ029335970398.

THE INTERVIEW ENDED AT 5:11 P.M.  I INITIALED EACH CASSETTE USED AND
REMOVED THE TABS TO PREVENT INADVERTENT ERASURE OF FURTHER RECORDING ONTO
THE CASSETTES.  THE CASSETTES WERE THEN TURNED OVER TO DETECTIVE LUCERO.

THERE WERE NO INTERRUPTIONS IN THE MONITORING AND/OR RECORDING OF THE
INTERVIEW FROM ITS BEGINNING TO ITS CONCLUSION.

12/11/2000  1035; GIB A2663 LYDIA

VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : A2663    DR FINALIZED BY : A3333

END OF REPORT       DR NO: 2000 01797849    113

000009576

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1      DR NUMBER: 2000 01797849    114

REPORT DATE: 20001212   TIME: 1313

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 101800, AT APPROXIMATELY 1445 HOURS, I INTERVIEWED WITNESS TED BENNETT
IN REFERENCE TO THIS INVESTIGATION. THIS INTERVIEW WAS CONDUCTED AT THE
SAN RIVA APARTMENT COMPLEX AND WAS AUDIO TAPE RECORDED.

THE FOLLOWING IS A SUMMARY OF MY INTERVIEW WITH TED.

THIS INTERVIEW BEGAN BY OBTAINING TED'S BIOGRAPHICAL INFORMATION. TED HAS
BEEN EMPLOYED AS A PORTER FOR THE SAN RIVA APARTMENT COMPLEX SINCE
DECEMBER OF 1999.

TED WAS NOT DIRECTLY SUPERVISED BY WENDI ANDRIANO BUT SPOKE TO HER OFTEN.
HE DESCRIBED HER AS A VERY PLEASANT PERSON WHO WAS EASY TO WORK FOR.

TED SPOKE TO BOTH WENDI AND JOE ABOUT HIS CANCER. WENDI TOLD TED THAT JOE
WAS UNDERGOING CHEMO THERAPY TREATMENTS AND WAS OFTEN NAUSEOUS BECAUSE OF
THIS. MOST OF TED'S KNOWLEDGE OF JOE'S CONDITION CAME FROM CONVERSATIONS
WITH WENDI.

TED LAST SPOKE TO JOE APPROXIMATELY ONE WEEK PRIOR TO HIS DEATH. HE
DESCRIBED JOE AS LOOKING VERY WEEK AND SICK. HE CONTRIBUTED JOE'S
APPEARANCE TO THE CHEMO THERAPY TREATMENTS.

A COUPLE OF MONTHS AGO, TED WAS APPROACHED BY HIS SUPERVISOR JERRY
SENTELLE. JERRY WHO HELPS MAINTAIN THE APARTMENT COMPLEX'S COMPUTERS, WAS
CONCERNED ABOUT SOMEBODY LOOKING UP BOTH A PORNOGRAPHIC AND A POISON WEB
SITE ON THE OFFICE COMPUTER. TED ENCOURAGED JERRY TO REPORT THIS TO JANICE
THE REGIONAL MANAGER WHICH HE DID. HE WAS LATER TOLD IT WAS SUSPECTED THAT
WENDI LOOKED UP BOTH WEB SITES.

APPROXIMATELY TWO MONTHS AGO, TED HAD A CONVERSATION WITH WENDI ABOUT
JOE'S CANCER. DURING THIS CONVERSATION, WENDI TOLD HIM THAT IF JOE DID NOT
UNDERGO CHEMO TREATMENTS, HE HAD APPROXIMATELY NINE MONTHS TO LIVE. SHE
ALSO TOLD HIM THAT IF HE WAS TO UNDERGO THE TREATMENTS, THIS WOULD EXTEND
HIS LIFE AN ADDITIONAL NINE MONTHS.

WENDI TOLD TED ABOUT THEIR MALPRACTICE LAWSUIT. SHE TOLD HIM THAT IF THEY
HAD DISCOVERED IT EARLIER SOMETHING MAY HAVE HELPED JOE. SHE NEVER TOLD
HIM HOW MUCH MONEY THEY EXPECTED TO BE AWARDED.

2000 01797849    114                                    Continued.

000009577

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2        DR NUMBER: 2000 01797849    114

I ASKED TED IF IT APPEARED AS THOUGH JOE HAD GIVEN UP AND WANTED TO DIE.
HE SAID THIS WAS NOT THE CASE AND THAT JOE APPEARED TO BE VERY POSITIVE.

TED WAS UNAWARE OF ANY DOMESTIC PROBLEMS AND BELIEVED JOE AND WENDI WERE A
"NORMAL MARRIED COUPLE". HE NEVER OBSERVED ANY INJURIES TO WENDI OR
ANYTHING THAT WOULD HAVE INDICATED SHE WAS A BATTERED WIFE.

WHILE EMPLOYED AT SAN RIVA, TED HAS NEVER BEN AWARE OF A RODENT PROBLEM OR
A COMPLAINT ABOUT RODENTS.

THIS CONCLUDED MY INTERVIEW WITH TED.

FOR FURTHER INFORMATION REFER TO TAPE OF INTERVIEW.

INVESTIGATION CONTINUING.

   VICTIM RECEIVED RIGHTS INFORMATION:   NO              MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : 4913     DR FINALIZED BY : 4913

                              END OF REPORT          DR NO: 2000 01797849    114

000009578

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1          DR NUMBER: 2000 01797849     115

REPORT DATE: 20001212   TIME: 1655

TYPE OF REPORT:  HOMICIDE                                OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                 4913        UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

   SERIAL NUMBER: 4913

ON 101800, AT 1508 HOURS, I INTERVIEWED WITNESS WILLIAM SENTELLE IN
REFERENCE TO THIS INVESTIGATION. THIS INTERVIEW WAS CONDUCTED AT THE SAN
RIVA APARTMENT COMPLEX AND WAS AUDIO RECORDED.

THE FOLLOWING IS A SUMMARY OF MY INTERVIEW WITH WILLIAM.

THIS INTERVIEW BEGAN BY OBTAINING WILLIAMS BIOGRAPHICAL INFORMATION.
WILLIAM HAS BEEN EMPLOYED AS THE MAINTENANCE SUPERVISOR AT THE SAN RIVA
APARTMENT COMPLEX SINCE JULY OF 1999. WILLIAM USES THE FIRST NAME OF JERRY
AND WILL BE REFEREED TO AS JERRY THROUGH OUT THE REMAINDER OF THIS
SUPPLEMENT.

APPROXIMATELY THREE TO FOUR MONTHS AGO, JERRY WHO HELPS MAINTAIN SAN
RIVA'S COMPUTER SYSTEM, FOUND INQUIRIES INTO DIFFERENT WEB SITES WHICH
CONCERNED HIM. THE INQUIRIES WHICH WERE MADE FROM THE COMPUTER IN THE
BOOKKEEPERS OFFICE, WERE TO BOTH A PORNOGRAPHIC WEB SITE AND A WEB SITE
WHICH CONTAINED INFORMATION ABOUT CYANIDE POISONING. JERRY COULD NOT
RECALL THE NAMES OF THE WEB SITES, BUT RECALLED THERE BEING SEVERAL PAGES
WITHIN THE WEB SITE WHICH DEALT WITH POISON.

THE COMPUTER IN THE BOOKKEEPERS OFFICE IS USED BY ALL STAFF MEMBERS.
ALTHOUGH A PASSWORD IS NEEDED TO SIGN ON, EVERYBODY USES THE SAME
PASSWORD.

UPON DISCOVERING THE INFORMATION ON THE COMPUTER, JERRY NOTIFIED HIS
SUPERVISOR RAY ORTEGA. JERRY ALSO SAVED THIS INFORMATION TO A DISC WHICH
WAS TURNED OVER TO JANICE THE REGIONAL MANAGER.

WHEN JERRY INITIALLY DISCOVERED THE INFORMATION ON THE COMPUTER,
BOOKKEEPER CHRIS HASHISAKI WAS PRESENT. CHRIS LATER TOLD JERRY THAT SHE
CONFRONTED WENDI ABOUT THIS AND THAT WENDI ADMITTED TO LOOKING UP THIS
INFORMATION.

DURING CONVERSATIONS IN THE OFFICE. WENDI TOLD JERRY THAT JOE HAD CANCER.
JERRY RECALLED THERE BEING TIMES THAT WENDI WAS IRRITATED WITH JOE,
ALTHOUGH HE COULD NOT RECALL WHY SHE WAS IRRITATED WITH HIM.

JERRY WAS AWARE OF THERE BEING RUMORS ABOUT WENDI HAVING BOYFRIENDS. HE

2000 01797849    115                                          Continued.

000009579

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2       DR NUMBER: 2000 01797849    115

WAS CONCERNED ABOUT A TENANT NAMED ERIC WHO SPENT A LOT OF TIME IN THE
OFFICE WITH WENDI. HE WAS CONCERNED ABOUT THIS AS HE HAD OBSERVED ERIC
USING THE OFFICE COMPUTER IN THE PAST.

IT SHOULD BE NOTED THAT JERRY OBSERVED ERIC USING THE COMPUTER ALONG WITH
WENDI ON THE WEEKEND PRIOR TO DISCOVERING THE TWO WEB SITES.

JERRY WAS UNAWARE OF ANY DOMESTIC VIOLENCE ISSUES BETWEEN WENDI AND JOE
AND HAD NEVER OBSERVED ANY INJURIES ON WENDI.

I QUESTIONED JERRY ABOUT THERE BEING A PROBLEM WITH RODENTS AT THE
COMPLEX. JERRY WAS AWARE OF THERE BEING A PROBLEM WITH MICE IN WENDI'S
APARTMENT IN THE PAST. HE BELIEVED THIS OCCURRED WHEN WENDI INITIALLY
MOVED INTO THE APARTMENT AND WAS UNSURE HOW THE PROBLEM WAS RESOLVED.

JERRY LAST SPOKE TO JOE APPROXIMATELY ONE WEEK PRIOR TO HIS DEATH. JOE
APPEARED TO BE DOING "FINE" AT THAT TIME.

JERRY'S FIFTEEN YEAR OLD DAUGHTER JESSICA SENTELLE, HAD BABYSAT FOR WENDI
IN THE PAST. JERRY RECALLED THAT ON THE WEDNESDAY PRIOR TO JOE'S DEATH,
WENDI CALLED HIS HOUSE AND TOLD HIS WIFE THAT IF JOE WERE TO CALL AND ASK
FOR JESSICA TO BABY-SIT ON WEDNESDAY, TO TELL HIM JESSICA WAS UNAVAILABLE.

THIS CONCLUDED MY INTERVIEW WITH JERRY.

FOR FURTHER INFORMATION REFER TO TAPE OF INTERVIEW.

INVESTIGATION CONTINUING.

   VICTIM RECEIVED RIGHTS INFORMATION:   NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : 4913     DR FINALIZED BY : 4913

                         END OF REPORT       DR NO: 2000 01797849   115

000009580

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    116

REPORT DATE: 20001212    TIME: 1723

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                  BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                    4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

   SERIAL NUMBER: 4913

ON 101800, AT 1534 HOURS, I INTERVIEWED WITNESS TIMOTHY MOSNEY IN
REFERENCE TO THIS INVESTIGATION. THIS INTERVIEW WAS CONDUCTED AT THE SAN
RIVA APARTMENT COMPLEX AND WAS AUDIO TAPE RECORDED.

THE FOLLOWING IS A SUMMARY OF MY INTERVIEW WITH TIMOTHY.

THIS INTERVIEW BEGAN BY OBTAINING TIMOTHY'S BIOGRAPHICAL INFORMATION.
TIMOTHY HAS BEEN EMPLOYED AS THE ASSISTANT MAINTENANCE SUPERVISOR FOR
APPROXIMATELY ONE YEAR.

TIMOTHY BELIEVED THAT PRIOR TO JOE'S DEATH, WENDI WAS STRESSED DUE TO
JOE'S ILLNESS AND FROM DEALING WITH TWO CHILDREN. HE WAS AWARE OF THIS
FROM TALKING TO BOTH WENDI AND FELLOW EMPLOYEES ABOUT THE SITUATION.

TIMOTHY WAS UNAWARE OF ANY DOMESTIC VIOLENCE ISSUES AND HAD NEVER OBSERVED
WENDI WITH ANY INJURIES.

TIMOTHY BELIEVED WENDI WAS POSSIBLY HAVING AN AFFAIR WITH A TENANT NAMED
ERIC. HE BELIEVED THIS BECAUSE HE OFTEN OBSERVED ERIC HANGING OUT IN THE
OFFICE TALKING TO WENDI. HE OBSERVED ERIC IN THE OFFICE DAILY BUT BELIEVES
IT STOPPED WHEN SOMEBODY TOLD HER THIS BEHAVIOR WAS UNPROFESSIONAL.

TIMOTHY'S GIRLFRIEND TOLD HIM THAT WENDI APPROACHED AN ATTORNEY SHE WORKED
WITH A COUPLE OF WEEKS AGO. WENDI TALKED TO THE ATTORNEY ABOUT RAISING THE
DOLLAR AMOUNT OF JOE'S LIFE INSURANCE POLICY.

I QUESTIONED TIMOTHY ABOUT THERE BEING ANY PROBLEMS WITH RODENTS AT THE
COMPLEX. HE WAS AWARE OF THERE BEING A PROBLEM WITH THE GROUND LEVEL
APARTMENTS IN BUILDING NUMBER FIVE. THIS IS THE BUILDING THAT WENDI AND
JOE LIVED IN. TIMOTHY WAS AWARE THAT WENDI HAD SET TRAPS FOR THE MICE AND
HAD PERSONALLY REMOVED DEAD MICE FROM HER APARTMENT. HE WAS UNAWARE OF ANY
RECENT PROBLEMS WITH MICE IN WENDI'S APARTMENT.

THIS CONCLUDED MY INTERVIEW WITH TIMOTHY.

FOR FURTHER INFORMATION REFER TO AUDIO TAPE RECORDING OF THIS INTERVIEW.

INVESTIGATION CONTINUING.

   2000 01797849    116                                      Continued.

000009581

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT                PAGE NUMBER:   2        DR NUMBER: 2000 01797849    116

VICTIM RECEIVED RIGHTS INFORMATION:   NO                MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4913      DR FINALIZED BY : 4913

END OF REPORT          DR NO: 2000 01797849    116

000009582

P-App. 005313

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849   117

REPORT DATE: 20001212   TIME: 1739

TYPE OF REPORT:  HOMICIDE                         OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 101800, AT 1647 HOURS, I INTERVIEWED WITNESS DEBORAH LEWIS IN REFERENCE
TO THIS INVESTIGATION. THIS INTERVIEW WAS CONDUCTED AT THE SAN RIVA
APARTMENT COMPLEX AND WAS AUDIO RECORDED.

THE FOLLOWING IS A SUMMARY OF MY INTERVIEW WITH DEBORAH.

THIS INTERVIEW BEGAN BY OBTAINING DEBORAH'S BIOGRAPHICAL INFORMATION.
DEBORAH HAS BEEN EMPLOYED AS A HOUSE KEEPER FOR THE SAN RIVA APARTMENT
COMPLEX FOR THE PAST YEAR.

PRIOR TO JOE'S DEATH, WENDI TOLD DEBORAH THAT JOE HAD BEEN "BADGERING" HER
ABOUT HER HAIR, THE WAY SHE WAS DRESSED AND WHERE SHE WAS AT ALL TIMES.
WENDI TOLD HER SHE WAS VERY UPSET ABOUT JOE CONTINUALLY CHECKING UP ON
HER. THIS CONVERSATION TOOK PLACE APPROXIMATELY TWO WEEKS PRIOR TO JOE'S
DEATH.

WENDI HAD COMPLAINED TO DEBORAH IN THE PAST ABOUT JOE NOT WORKING. SHE
ALSO COMPLAINED ABOUT HAVING TO TAKE THE KIDS TO THE OFFICE IN ORDER TO
GIVE JOE A BREAK WHILE HE WAS WATCHING THEM.

DEBORAH WAS UNAWARE OF ANY ALLEGATIONS OF DOMESTIC VIOLENCE BETWEEN WENDI
AND JOE. SHE DESCRIBED JOE AS BEING A "PUSSY CAT". SHE ALSO NEVER OBSERVED
ANY INJURIES ON WENDI OR JOE.

DEBORAH OFTEN OBSERVED WENDI TALKING TO YOUNG MALE TENANTS. THERE WERE
RUMORS ABOUT WENDI FLIRTING WITH MEN AT THE COMPLEX POOL.

DEBORAH STATED THAT WENDI ACTED AS THOUGH SHE HAD ALREADY "WRITTEN HIM
OFF". SHE BELIEVED WENDI ACTED AS THOUGH JOE DIDN'T MATTER ANY MORE AND
THAT HE WAS NOT HERE ANY MORE. SHE ALSO DESCRIBED WENDI AS ACTING AS
THOUGH SHE WAS NO LONGER MARRIED.

THIS CONCLUDED MY INTERVIEW WITH DEBORAH.

FOR FURTHER INFORMATION REFER TO TAPE OF INTERVIEW.

INVESTIGATION CONTINUING.

2000 01797849   117                                        Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:   2       DR NUMBER: 2000 01797849    117

VICTIM RECEIVED RIGHTS INFORMATION:   NO              MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4913     DR FINALIZED BY : 4913

                          END OF REPORT          DR NO: 2000 01797849    117

000009584

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849   118

REPORT DATE: 20001212   TIME: 1755

TYPE OF REPORT:  HOMICIDE                           OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

   SERIAL NUMBER: 4913

ON 101800, AT APPROXIMATELY 1726 HOURS, I INTERVIEWED WITNESS JEANETTE
MCCOURT IN REFERENCE TO THIS INVESTIGATION. THIS INTERVIEW WAS CONDUCTED
IN JEANETTE'S APARTMENT AND WAS AUDIO RECORDED.

THE FOLLOWING IS A SUMMARY OF MY INTERVIEW WITH JEANETTE.

THIS INTERVIEW BEGAN BY OBTAINING JEANETTE'S BIOGRAPHICAL INFORMATION.
JEANETTE HAS BEEN LIVING AT THE SAN RIVA APARTMENT COMPLEX FOR THE PAST
TEN MONTHS AND ASSOCIATED SOCIALLY WITH SUSPECT WENDI ANDRIANO A COUPLE OF
TIMES.

OVER THE SUMMER, JEANETTE ATTENDED A POOL PARTY AT THE APARTMENT COMPLEX.
WHILE AT THE PARTY, JEANETTE AND WENDI BEGAN TALKING ABOUT THERE BEING
ATTRACTIVE MEN LIVING AT THE COMPLEX. DURING THIS CONVERSATION, JEANETTE
MADE A STATEMENT ABOUT WENDI BEING MARRIED. WENDI RESPONDED BY SAYING,
"NOT FOR LONG". JEANETTE WHO DID NOT KNOW THAT JOE HAD CANCER, TOLD WENDI
SHE WAS SORRY, ASSUMING THEY WERE HAVING MARITAL PROBLEMS.  WENDI STATED
THAT IN APPROXIMATELY THREE WEEKS SHE WOULD NO LONGER BE MARRIED. JEANETTE
ASKED HER WHAT SHE MEANT BY THIS. WENDI THEN TOLD HER THAT JOE WAS DYING
OF CANCER.

JEANETTE STATES SHE WAS BOTHERED BY THIS CONVERSATION WITH WENDI AS SHE
APPEARED TO BE VERY "COLD".

ON TUESDAY 100300, WENDI ASKED JEANETTE IF SHE COULD BABY-SIT HER CHILDREN
THE FOLLOWING DAY. JEANETTE AGREED TO THIS. WHILE TALKING, JEANETTE ASKED
HOW JOE WAS DOING. WENDI TOLD HER THAT HE'S "BECOME QUIT A BEAR TO LIVE
WITH". JEANETTE ASKED IF WENDI CONTRIBUTED THIS TO THE CHEMO TREATMENTS.
WENDI TOLD HER SHE BELIEVED THIS MAY HAVE SOMETHING TO DO WITH IT.

WENDI BEGAN TELLING JEANETTE THAT SHE WAS DATING A GUY NAMED TRAVIS. WENDI
TOLD HER THAT SHE TOOK TRAVIS TO HER HOUSE WHERE SHE HAD SEX WITH HIM.

ON WEDNESDAY, JEANETTE BABYSAT WENDI'S DAUGHTER WHO SHE PICKED UP AT THE
APARTMENT OFFICE. WHILE AT THE OFFICE, JOE SHOWED UP TO DROP SOMETHING
OFF. JEANETTE DESCRIBED HIM AS APPEARING "FRAIL".

JEANETTE ALONG WITH SEVERAL OTHER GIRLS WENT OUT WITH WENDI FOR HER

   2000 01797849   118                                    Continued.

000009585

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2        DR NUMBER: 2000 01797849    118

BIRTHDAY. THEY WERE PICKED UP BY A LIMOUSINE AND DRIVEN TO DIFFERENT BARS.
WHILE ON THE WAY HOME, WENDI WANTED TO BE DROPPED OFF TO MEET A MALE
FRIEND. JEANETTE WHO WAS BOTHERED BY WENDI WANTING TO BE DROPPED OFF,
TALKED TO CHRIS ABOUT THIS. CHRIS TOLD HER THAT ONCE WENDI SET HER MIND TO
DO SOMETHING, SHE WAS GOING TO DO IT. WENDI WAS NOT DROPPED OFF, BUT TWO
MALES ENDED UP IN THE LIMOUSINE WITH THEM. WENDI WHO WAS INTOXICATED,
BEGAN "MAKING OUT" WITH ONE OF THESE INDIVIDUALS.

JEANETTE WAS UNAWARE OF ANY DOMESTIC VIOLENCE ISSUES BETWEEN WENDI AND
JOE.

SINCE JOE'S DEATH, JEANETTE SPOKE TO HER "NAIL TECH" TAMMI ABOUT THE
SITUATION. TAMMI ALSO DID WENDI'S NAILS.

TAMMI TOLD HER THAT WENDI HAD ASKED HER WHAT WOULD HAPPEN IF SOMEONE WERE
TO TAKE A SPECIFIC DRUG. SHE ASKED TAMMI THIS AS THE TAMMI HAD A FAMILY
MEMBER WHO WAS A DOCTOR. TAMMI ALSO TOLD HER SHE HAD SPOKEN TO AN
INVESTIGATOR ABOUT THIS.

THIS CONCLUDED MY INTERVIEW WITH JEANETTE.

FOR FURTHER INFORMATION REFER TO TAPE OF INTERVIEW.

INVESTIGATION CONTINUING.


VICTIM RECEIVED RIGHTS INFORMATION:   NO           MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4913     DR FINALIZED BY : 4913

END OF REPORT          DR NO: 2000 01797849    118

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849   119

REPORT DATE: 20001108   TIME: 0949

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: ROBERT MILLER            A3163     UNIT: C23

OFFENSE INVOLVED:  BIAS -

                    ****  NARRATIVE  ****
   SERIAL NUMBER: A3163

ORIGINATING DR: 200001797849 089  LIMS: 00-21123 REPORT 16

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

     -- RESULTS OF LATENT PRINT EVIDENCE EXAMINATION --

SECTION : LATENT PRINT PROCESSING   ANALYST: ROBERT MILLER(A3163)


ITEM #2787725-0001 -- PROCESSES USED:  POWDER   CHEMICAL   INSTRUMENTAL


     USABLE LATENTS WERE DEVELOPED.

  ITEM #2787725-0002 -- PROCESSES USED:  CHEMICAL   INSTRUMENTAL

     NO USABLE LATENTS WERE DEVELOPED.

  ITEM #2787725-0003 -- PROCESSES USED:  POWDER   CHEMICAL   INSTRUMENTAL


     USABLE LATENTS WERE DEVELOPED.

  ITEM #2787725-0004 -- PROCESSES USED:  CHEMICAL

     USABLE LATENTS WERE DEVELOPED.

  ITEM #2787725-0006 -- PROCESSES USED:  POWDER   CHEMICAL   INSTRUMENTA
L

     NO USABLE LATENTS WERE DEVELOPED.

  ITEM #2787725-0010 -- PROCESSES USED:  POWDER   CHEMICAL   INSTRUMENT

     USABLE LATENTS WERE DEVELOPED.


 2000 01797849   119                              Continued.



                    000009587

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   2        DR NUMBER: 2000 01797849    119

LATENT(S) DEVELOPED FROM THIS EVIDENCE HAVE BEEN ENTERED INTO AZAFIS.

THE EVIDENCE WAS RELEASED TO THE PROPERTY  MANAGEMENT BUREAU FOR
DISPOSITION.

VICTIM RECEIVED RIGHTS INFORMATION:  NO            MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : DRLAB      DR FINALIZED BY : DRLAB

                          END OF REPORT          DR NO: 2000 01797849    119

000009588

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    120

REPORT DATE: 20001221   TIME: 1324

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 101900, AT 1636 HOURS, I INTERVIEWED WITNESS TRAVIS BLACK IN REFERENCE
TO THIS INVESTIGATION. THIS INTERVIEW WAS CONDUCTED IN AN INTERVIEW ROOM
IN THE HOMICIDE UNIT. THE INTERVIEW WAS MONITORED BY DETECTIVE GALBARI
#4107 AND WAS VIDEO/AUDIO RECORDED.

THIS INTERVIEW BEGAN BY OBTAINING TRAVIS' BIOGRAPHICAL INFORMATION. TRAVIS
DATED SUSPECT WENDI ANDRIANO UNTIL THE TIME OF HER ARREST.

TRAVIS MET WENDI AT THE ROCKIN RODEO BAR ON 092700 WHEN SHE ASKED HIM TO
DANCE. TRAVIS BELIEVED WENDI WAS AT THE BAR ALONG WITH FRIENDS FROM WORK.
AFTER DANCING, TRAVIS TOOK WENDI TO BREAKFAST AND THEN TO HER APARTMENT.

WHEN TRAVIS AND WENDI ARRIVED AT HER APARTMENT WHICH HE BELIEVED WAS IN
AHWATUKEE, SHE INVITED HIM INSIDE. HE DESCRIBED THE INSIDE OF HER
APARTMENT AS HAVING CHILDREN'S TOYS AND THE KITCHEN BEING TO LEFT OF THE
LIVING ROOM. WHILE INSIDE, TRAVIS HAD SEX WITH WENDI IN HER LIVING ROOM.

THE FOLLOWING DAY, TRAVIS CALLED WENDI AT WORK. HE CONTINUED TO TALK TO
HER OVER THE PHONE UNTIL HE SAW HER AGAIN THE FOLLOWING TUESDAY.

DURING THESE PHONE CONVERSATIONS, WENDI TOLD HIM THAT HER HUSBAND HAD DIED
OF CANCER. SHE ALSO TOLD HIM THAT THE DOCTORS HAD "SCREWED UP" AND THAT
SHE HAD A MALPRACTICE LAWSUIT AGAINST THEM. SHE DID NOT TELL HIM HOW MUCH
MONEY SHE EXPECTED TO WIN.

ON TUESDAY, TRAVIS MET WENDI AT THE TIJUANA COUNTRY CLUB BAR. WENDI WHO
WAS AGAIN WITH FRIENDS FROM WORK, DID NOT GO HOME WITH TRAVIS.

THE FOLLOWING DAY, WENDI CALLED TRAVIS AND ASKED IF HE COULD GO OUT. HE
TOLD HER HE COULD NOT. WENDI WHO WENT OUT WITHOUT TRAVIS, CALLED HIM ON
THE PHONE.

TRAVIS CONTINUED TO TALK TO WENDI OVER THE PHONE THROUGH OUT THE REST OF
THE WEEK. OVER THE WEEKEND, TRAVIS WENT OUT OF TOWN AND DID NOT TALK TO
WENDI.

ON THE FOLLOWING WEDNESDAY NIGHT, TRAVIS MET WENDI AT THE ROCKIN RODEO
BAR. WENDI WAS AT THE BAR ALONG WITH HER FRIENDS STEPHANIE AND SHANNON.

2000 01797849   120                                    Continued.

P-App. 005320

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2        DR NUMBER: 2000 01797849     120

WENDI LEFT WITH HER FRIENDS AND DID NOT GO HOME WITH TRAVIS.

ON FRIDAY, WENDI CALLED TRAVIS AGAIN. DURING THIS CONVERSATION, SHE TOLD
HIM SHE HAD THE DAY OFF AND WAS GOING SHOPPING. TRAVIS WAS AGAIN GOING OUT
OF TOWN AND DID NOT TALK TO HER AGAIN.

WENDI AND TRAVIS DID NOT TALK ABOUT A LONG TERM RELATIONSHIP. TRAVIS SPOKE
TO WENDI'S FRIENDS ABOUT HIS RELATIONSHIP WITH HER. WENDI'S FRIENDS TOLD
HIM THAT DUE TO BOTH HE AND WENDI BEING BUSY, THEIR RELATIONSHIP WOULD
WORK OUT WELL IF THEY SAW EACH OTHER ONCE OR TWICE A WEEK.

TRAVIS DESCRIBED WENDI'S APARTMENT AS BEING ON THE GROUND FLOOR. HE
DESCRIBED THE INSIDE AS THE KITCHEN BEING TO THE LEFT OF THE LIVING ROOM.
HE DESCRIBED THERE BEING COUCHES AND AN ENTERTAINMENT CENTER IN THE LIVING
ROOM. HE BELIEVED THE COUCHES WERE EITHER TAN OR GRAY AND HAD LARGE
PILLOWS. HE ALSO BELIEVED THE CARPET WAS BEIGE IN COLOR.

TRAVIS RECALLED SEEING A FAMILY PHOTOGRAPH AND A PHOTOGRAPH OF WENDI'S
CHILDREN. HE DESCRIBED THERE BEING A TWO TO THREE YEAR OLD BOY AND A ONE
TO TWO YEAR OLD GIRL.

TRAVIS DID NOT KNOW ABOUT JOE'S DEATH UNTIL HIS BROTHER RESEARCHED IT ON
THE COMPUTER AFTER LEARNING THAT THE POLICE WANTED TO TALK TO HIM.

THIS CONCLUDED MY INTERVIEW WITH TRAVIS.

FOR FURTHER INFORMATION REFER TO TAPES OF INTERVIEW.

INVESTIGATION CONTINUING.

   VICTIM RECEIVED RIGHTS INFORMATION:   NO           MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : 4913     DR FINALIZED BY : 4913

                            END OF REPORT            DR NO: 2000 01797849    120

000009590

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849    121

REPORT DATE: 20001226   TIME: 0851

TYPE OF REPORT:  HOMICIDE                               OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444  GRID: JD32

REPORTING OFFICER[S] : DAVE LUCERO                    4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** WITNESS INFORMATION ****

WITNESS -01:
                    NAME: VOIGT, WADE ALLEN

     RACE:     SEX: M  AGE:          DOB:           HT: 000        WT: 000

     CLOTHING DESC & MISC:
     P.O. BOX 4455
             TOPEDKA          KS              ZIP CODE: 66604-0455
     RES.NAME: VOIGT GLOBAL DISTRIBUTING,L.L.   PHONE: (    )    -

***    PROPERTY/EVIDENCE    ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 000000                          SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   W 01
             ITEM: *MISC   BRAND:         MODEL:           COLOR:
     SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
     DESCRIPTION: LETTER FROM VOIGT GLOBAL DISTRIBUTING TO THE
     PHOENIX POLICE DEPARTMENT, TWO E-MAIL PAGES, CONTRACT DISCLAIMER AND
     INDEMNITY AGREEMENT SIGNED BY ANNE NEWTON, AZTEC CREATIONS/WYNDSTAR
     ENTERPRISES BUSINESS LICENSE AND SHIPPING INVOICE.

0002  PKG 002 CODE:EI   W 01
             ITEM: *MISC   BRAND:         MODEL:           COLOR:
     DESCRIPTION: ENVELOPED FROM VOIGT GLOBAL DISTRIBUTING TO THE
     PHOENIX POLICE DEPARTMENT AND A PHOTO COPY OF THE MONEY ORDER USED BY
     ANNE NEWTON TO PURCHASE THE SODIUM AZIDE.

**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 101700, I CONTACTED WITNESS WADE VOIGT BY PHONE. WADE IS THE OWNER OF
VOIGT GLOBAL DISTRIBUTION IN TOPEKA, KANSAS. THIS IS THE COMPANY USED BY
ANNE NEWTON, WHO IS BELIEVED TO ACTUALLY BE WENDI ANDRIANO TO ORDER THE
SODIUM AZIDE. WADE IS ALSO THE PERSON WHO COMMUNICATED WITH ANNE NEWTON
OVER THE COMPUTER.

 2000 01797849   121                              Continued.

000009591

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:    2      DR NUMBER: 2000 01797849    121

UPON CHECKING HIS RECORDS, WADE WAS ABLE TO LOCATE TWO PAGES OF E-MAIL
CORRESPONDENCE BETWEEN HIS COMPANY AND ANNE NEWTON, DBA AZTEC CREATIONS, A
COPY OF A BUSINESS LICENSE IN THE NAME OF AZTEC CREATIONS/WYNDSTAR
ENTERPRISES, A CONTRACT DISCLAIMER AND INDEMNITY AGREEMENT FORM SIGNED BY
ANNE NEWTON AND A SHIPPING INVOICE.

THE FIRST CORRESPONDENCE FOUND IN THE E-MAIL WAS DATED 092200. IN THIS
CORRESPONDENCE, ANNE NEWTON DISCUSSES PURCHASING SODIUM CYANIDE OR
POTASSIUM CYANIDE MIXED WITH "GREENS" TO KILL RODENTS.

ANNE NEWTON CONTACTED VOIGT GLOBAL AGAIN ON 091900, AT WHICH TIME SHE
STATES SHE SENT A FAX ON 091800. VOIGT GLOBAL RESPONDED BY ASKING FOR A
BUSINESS LICENSE.

THE DISCLAIMER AND INDEMNITY AGREEMENT IS SIGNED BY ANNE NEWTON AND DATED
082100.

THE INVOICE INDICATES THAT THE PACKAGE OF SODIUM AZIDE WAS SHIPPED TO ANNE
NEWTON ON 092900.

WADE RELATED THAT ALTHOUGH THE SODIUM AZIDE WAS ORDERED THROUGH HIS
COMPANY, IT WAS DROPPED SHIPPED FROM THE ALTA AESAR COMPANY TO ANNE
NEWTON.

WADE WAS ALSO ABLE TO FIND A COPY OF THE MONEY ORDER USED BY BY ANNE
NEWTON TO PURCHASE THE SODIUM AZIDE. THE MONEY ORDER WAS PURCHASED FROM
ABCO FOODS FOR THE AMOUNT OF 180.00 DOLLARS.

THE COPIES OF THE E-MAIL CORRESPONDENCE, BUSINESS LICENSE, CONTRACT
DISCLAIMER AND INDEMNITY AGREEMENT AND SHIPPING INVOICE WAS FAXED BY WADE
TO THE PHOENIX POLICE DEPARTMENT. THE PHOTOCOPY OF THE MONEY ORDER WAS
MAILED TO THE PHOENIX POLICE DEPARTMENT.

INVESTIGATION CONTINUING.


   VICTIM RECEIVED RIGHTS INFORMATION:  NO            MAIL-IN SUPPLEMENT:

INVOICES:     2803837

   DR ENTERED BY : 4913     DR FINALIZED BY : 4913

                           END OF REPORT          DR NO: 2000 01797849    121

000009592

P-App. 005323

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849   122

REPORT DATE: 20001226   TIME: 1026

TYPE OF REPORT:  HOMICIDE                                OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                 4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4913

SEARCH WARRANT:

WARRANT #CR00-01527SW

CENTRAL PHOENIX JUSTICE COURT

JUDGE MELTON (PRO TEM)

ON 101700, I RECEIVED A PHONE CALL FROM WITNESS RAY ORTEGA REGIONAL
MANAGER FOR FAIRFIELD PROPERTIES. RAY ADVISED THAT EARLIER TODAY, HE WAS
AT THE ANDRIANO RESIDENCE CHANGING THE DOOR LOCKS. WHILE CHANGING THE
LOCKS, RAY HEARD THE TELEPHONE RING. THE PHONE WAS ANSWERED BY THE
ANSWERING MACHINE AT WHICH TIME RAY OVERHEARD A MESSAGE BEING LEFT FOR
WENDI. RAY STATED THAT THE CALL WAS FROM AN INSURANCE COMPANY REGARDING
JOE ANDRIANO.

BASED ON THIS INFORMATION, I AUTHORED A SEARCH WARRANT TO SEARCH THE
ANDRIANO RESIDENCE TO RECOVER THE MESSAGE LEFT ON THE ANSWERING MACHINE.
THIS WARRANT WAS PRESENTED TO JUDGE MELTON OF THE CENTRAL PHOENIX JUSTICE
COURT. JUDGE MELTON REVIEWED AND SIGNED THE WARRANT.

ON 102000, AT 1425 HOURS, DETECTIVE SERGEANT SMALLMAN AND I SERVED THE
ABOVE LISTED WARRANT ON THE ANDRIANO RESIDENCE. ENTRY WAS MADE WITH THE
OFFICE PASS KEY PROVIDED BY RAY ORTEGA.

WHILE INSIDE THE RESIDENCE I PLAYED THE ANSWERING MACHINE WHICH CONTAINED
SEVERAL MESSAGES. DUE TO THE ANSWERING MACHINE BEING DIGITAL AND NOT
HAVING A CASSETTE TAPE, I RECORDED THE MESSAGES ONTO A CASSETTE TAPE.

THE TAPE WHICH HAD ONE PHONE CALL FROM THE AMICA LIFE INSURANCE COMPANY,
WAS IMPOUNDED AS EVIDENCE.

NO OTHER ITEMS OF EVIDENCE WERE OBTAINED.

A COPY OF THE SEARCH WARRANT AND THE EVIDENCE TAKEN WAS LEFT INSIDE THE
RESIDENCE.

INVESTIGATION CONTINUING.

2000 01797849   122                                    Continued.

000009593

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2        DR NUMBER: 2000 01797849    122

VICTIM RECEIVED RIGHTS INFORMATION:   NO              MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4913     DR FINALIZED BY : 4913

END OF REPORT          DR NO: 2000 01797849    122

000009594

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1        DR NUMBER: 2000 01797849    123

REPORT DATE: 20001226   TIME: 1329

TYPE OF REPORT:  HOMICIDE                            OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** WITNESS INFORMATION ****

WITNESS -01:
                    NAME: HODGE, PETE

        RACE: W  SEX: M  AGE:       DOB:          HT: 000      WT: 000
        HOME: 003001 W  INDIANSCHOOL ROAD         APT/SUITE:
              PHOENIX           AZ                ZIP CODE:
        RES.NAME: ABCO FOODS                      PHONE: (602)222-1590


***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 003001 W INDIANSCHOOL RD
DATE: 000000                     SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE.EI  W 01
              ITEM: *MISC   BRAND:        MODEL:          COLOR:
        SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
        DESCRIPTION: ABCO FOODS MONEY ORDER.

**** NARRATIVE ****

  SERIAL NUMBER: 4913

I CONTACTED PETE HODGE MANAGER OF OPERATIONAL ACCOUNTING FOR ABCO FOODS.
PETE WAS ABLE TO LOCATE THE ORIGINAL MONEY ORDER PURCHASED BY ANNE NEWTON.
THE MONEY ORDER WHICH WAS PURCHASED FROM THE ABCO FOOD STORE AT 1334 E.
CHANDLER BLVD ON 092500 WAS WRITTEN TO VOIGT FOR 180.00 DOLLARS.

THE MONEY ORDER WAS RETAINED IN MY POSSESSION UNTIL SUBSEQUENTLY IMPOUNDED
IN THE PROPERTY ANNEX AT 620 W. WASHINGTON STREET.

INVESTIGATION CONTINUING.


  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2803890

  DR ENTERED BY : 4913    DR FINALIZED BY : 4913


  2000 01797849   123                              Continued.

000009595

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:    2      DR NUMBER: 2000 01797849    123

                    END OF REPORT          DR NO: 2000 01797849    123

000009596

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1          DR NUMBER: 2000 01797849   124

REPORT DATE: 20001226   TIME: 1354

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                    4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** WITNESS INFORMATION ****

WITNESS -01:
                  NAME: MILLER, JEFFREY B

    RACE: W  SEX: M  AGE:         DOB:          HT: 000      WT: 000
    WORK: 000650 N  3 AVENUE                    APT/SUITE:
         PHOENIX          AZ                    ZIP CODE: 85003
    BUS.NAME: ROUSH,MCCRACKEN, GUERRORO &MIL PHONE: (602)253-3554 EXT.
    OCCUPATION: ATTORNEY


**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 102700, AT 1000 HOURS, I CONTACTED ATTORNEY JEFFREY MILLER AT HIS
OFFICE. MILLER HAD BEEN REPRESENTING JOSEPH AND WENDI ANDRIANO IN A
MALPRACTICE LAWSUIT.

MILLER WAS RETAINED BY JOSEPH AND WENDI APPROXIMATELY TWO YEARS AGO. AFTER
INVESTIGATING THE INCIDENT FOR A MEDICAL MALPRACTICE, A LAWSUIT WAS FILED.

MILLER SPOKE WITH BOTH JOSEPH AND WENDI TOGETHER AND SEPARATE. BASED UPON
RESEARCH COMPLETED BY MILLER'S FIRM AND IN SPEAKING WITH JOSEPH AND WENDI,
HE BELIEVED JOSEPH'S CONDITION WAS TERMINAL.

MILLER STATED THAT THE LAWSUIT WAS RECENTLY FILED AND THERE HAD BEEN NO
SETTLEMENT DISCUSSIONS.

I ASKED MILLER IF THE SUIT WOULD HAVE CHANGED FROM MEDICAL MALPRACTICE TO
WRONGFUL DEATH IN THE EVENT OF JOSEPH'S DEATH. HE SAID THIS WAS POSSIBLE.

I ASKED MILLER IF HE EVER DISCUSSED WITH EITHER JOSEPH OR WENDI THAT THE
SUIT WOULD CHANGE TO WRONGFUL DEATH AND BE WORTH MORE IN THE EVENT OF
JOSEPH'S DEATH. HE STATED THAT HE BELIEVED THIS FELL UNDER ATTORNEY CLIENT
PRIVILEGES AND WOULD NOT DISCUSS IT. MILLER DID ACKNOWLEDGED THAT A
WRONGFUL DEATH SUIT HAS THE POTENTIAL FOR A LARGER SETTLEMENT DEPENDING ON
THE CIRCUMSTANCES.

THIS CONCLUDED MY INTERVIEW WITH MILLER.

 2000 01797849   124                                    Continued.


000009597

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:    2        DR NUMBER: 2000 01797849    124


INVESTIGATION CONTINUING.

VICTIM RECEIVED RIGHTS INFORMATION:   NO              MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4913     DR FINALIZED BY : 4913

END OF REPORT          DR NO: 2000 01797849    124


000009598


P-App. 005329

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    125

REPORT DATE: 20001227   TIME: 1239

TYPE OF REPORT:  HOMICIDE                         OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132           BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                 4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 110900, 1345 HOURS, I INTERVIEWED WITNESS RAY ORTEGA AT THE SAN RIVA
APARTMENT COMPLEX. THIS INTERVIEW WAS AUDIO TAPE RECORDED.

THE FOLLOWING IS A SUMMARY OF MY INTERVIEW WITH RAY.

THIS INTERVIEW BEGAN BY OBTAINING RAY'S BIOGRAPHICAL INFORMATION. RAY IS
THE REGIONAL MAINTENANCE TRAINER FOR FAIRFIELD PROPERTIES WHICH IS THE
PARENT COMPANY OF SAN RIVA.

RAY WHO SUPERVISES ALL MAINTENANCE EMPLOYEES HAS KNOWN WENDI SINCE SHE
BEGAN WORKING FOR SAN RIVA. ALTHOUGH RAY'S OFFICE IS NOT AT THE SAN RIVA
COMPLEX, HE WAS AT THE PROPERTY AT LEAST ONCE A WEEK.

ON 101000, WHILE CLEANING WENDI'S OFFICE, RAY AND REGIONAL MANAGER JANICE
LIND FOUND AN ENVELOPE UNDER WENDI'S DESK. UPON OPENING THE ENVELOPE, RAY
OBSERVED A "PIECED TOGETHER" CERTIFICATE FROM THE CITY OF PHOENIX, AND A
RECEIPT FOR A CHEMICAL AS WELL AS SEVERAL PAGES OF INFORMATION ON CYANIDE.
RAY ALSO OBSERVED A PACKING SLIP FROM A BOX.

TWO TO THREE MONTHS PRIOR TO JOE'S DEATH, JAY WAS CONTACTED BY WILLIAM
SENTELLE. WILLIAM TOLD HIM THAT WHILE WORKING ON THE OFFICE COMPUTER, HE
DISCOVERED WHERE SOMEBODY HAD LOOKED UP A WEB SITE CONTAINING INFORMATION
ON CYANIDE AS WELL AS A PORNOGRAPHIC SITE.

RAY CONTACTED JANICE LIND AND ADVISED HER OF WHAT WILLIAM FOUND. RAY ALONG
WITH JANICE CONFRONTED WINDI ABOUT THIS. WENDI DID NOT DENY LOOKING UP
THIS INFORMATION AND STATED SHE WAS HELPING A FRIEND WITH A COLLEGE
REPORT. THIS INFORMATION WAS LOOKED UP ON THE BOOKKEEPERS COMPUTER IN THE
SAN RIVA OFFICE.

RAY WAS AWARE THAT WENDI WAS ASSOCIATING WITH SHANNON, STEPHANIE AND CHRIS
OUTSIDE OF WORK. HE WAS UNAWARE OF HER HAVING AN AFFAIR UNTIL AFTER JOE'S
DEATH.

WHILE CLEANING OUT WENDI'S DESK AFTER HER ARREST, RAY DISCOVERED A NOTE
WITH THE NAME "BRYANT COMPANY" ON IT. HE CALLED THE NUMBER AND DISCOVERED
THAT IT WAS AN INSURANCE COMPANY. JAMES YOST LATER TOLD RAY ABOUT WENDI
ASKING HIM TO POSE AS JOE SO THAT SHE COULD GET A LIFE INSURANCE POLICY ON

2000 01797849   125                                          Continued.

000009599

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849    125

HIM.

RAY WAS UNAWARE OF THE APARTMENT COMPLEX HAVING A RODENT PROBLEM. HE
BELIEVED THAT IF THERE HAD BEEN A RODENT PROBLEM, HE WOULD HAVE BEEN
CONTACTED ABOUT THIS.

AFTER WENDI'S ARREST, RAY DISCOVERED A FAMILY LIVING IN AN APARTMENT
WITHOUT BEING ON A LEASE. UPON CONFRONTING THE FAMILY ABOUT THIS, THEY
TOLD HIM THEY WERE FRIENDS OF WENDI'S. UPON RUNNING AN AUDIT, HE
DISCOVERED NUMEROUS PROBLEMS WITH TENANTS RENTS. THIS INCLUDED WENDI NOT
CHARGING TENANTS THE FULL AMOUNT.

THIS CONCLUDED MY INTERVIEW WITH RAY.

FOR FURTHER INFORMATION REFER TO TAPE OF INTERVIEW.

INVESTIGATION CONTINUING.


VICTIM RECEIVED RIGHTS INFORMATION:   NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4913     DR FINALIZED BY : 4913

                         END OF REPORT        DR NO: 2000 01797849    125

000009600

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849    126

REPORT DATE: 20001227   TIME: 1648

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132          BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

  SERIAL NUMBER: 4913

TRANSCRIPTION OF ANSWERING MACHINE CALLS OBTAINED DURING SEARCH WARRANTS
ON 102000:

**********************************************************************
(IT WAS HARD TO TELL WHAT TIME AND DAY OF THE WEEK THE ANSWERING MACHINE
WAS SAYING.)
**********************************************************************

SUNDAY, 3:34 A.M.:   WENDI, IT'S YOUR DAD.  YOU GONNA PICK UP THE PHONE?
                     WEN...(B-E-E-P)

SUNDAY, 10:30 A.M.:  AH, YEAH, (INAUDIBLE), THIS IS (INAUDIBLE).  I'M JUST
                     TRYING TO GET A HOLD OF YA, SEE IF YOU WANTED TO GO
                     TO (INAUDIBLE).  I'LL BE IN THE SHOWER.  I'LL GIVE YOU
                     A CALL WHEN I GET OUT.  TALK TO YA LATER.  BYE.

MONDAY, 10:35 A.M.:  HEY, WENDI, ITS (INAUDIBLE.)  I WAS JUST WONDERING
                     WHAT (INAUDIBLE).  THANKS.  BYE.

MONDAY, 11:58 A.M.:  (INAUDIBLE)-HI, IT'S (INAUDIBLE) DARN IT.  UHM,
                     GETTING (INAUDIBLE) FOR YOU TO CALL ME.  BYE.

TUESDAY, 6:50 P.M.:  B-E-E-P!

SUNDAY, 8:01 A.M.:   HELLO, MY NAME IS (INAUDIBLE) CALLING FROM AMICA
                     LIFE INSURANCE AND I WAS FOLLOWING UP ON LIFE
                     INSURANCE INFORMATION THAT I HAD (INAUDIBLE) FOR
                     JOE.  WAS WONDERING WHAT (INAUDIBLE) OR QUESTIONS
                     YOU HAD AT THIS TIME.  PLEASE GIVE ME A CALL AT
                     1-800-234-5433, MY EXTENSION IS 3881.  THANK YOU.

J. JENKINS-A3977 / 4913 / 122700 / 1825 HOURS / GIB FT. DESK

TUESDAY, 12:55(?):  END OF MESSAGES.

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

  2000 01797849   126                                    Continued.

000009601

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2        DR NUMBER: 2000 01797849   126

VICTIM RECEIVED RIGHTS INFORMATION:   NO           MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : A3977      DR FINALIZED BY : A3977

END OF REPORT          DR NO: 2000 01797849   126

000009602

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1          DR NUMBER: 2000 01797849    127

REPORT DATE: 20010102    TIME: 0757

TYPE OF REPORT:  HOMICIDE                           OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132          BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** WITNESS INFORMATION ****

WITNESS -01:
                  NAME: DEANGELIS, DONNA M

     RACE: W  SEX: F  AGE: 34    DOB: 020866   HT: 000      WT: 000
     HAIR:       EYES:        SSN: ▆▆▆▆▆▆▆

CLOTHING DESC & MISC:
WENDI'S HAIR DRESSER
HOME: 003318 E  MUIRWOOD DRIVE              APT/SUITE:
         PHOENIX          AZ                 ZIP CODE: 85048
RES.NAME:                                    PHONE: (480)706-1759
WORK: 004221 E  CHANDLER BOULEVARD           APT/SUITE:
BUS.NAME: CRIMPERS LIMITED                  PHONE: (480)704-1808 EXT.
OCCUPATION: HAIR DRESSER

**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 111300, AT 1115 HOURS, I INTERVIEWED WITNESS DONNA DEANGELIS AT HER
RESIDENCE AS PREVIOUSLY ARRANGED. THIS INTERVIEW WAS AUDIO RECORDED.

THE FOLLOWING IS A SUMMARY OF MY INTERVIEW WITH DONNA.

THIS INTERVIEW BEGAN BY OBTAINING DONNA'S BIOGRAPHICAL INFORMATION. DONNA
WAS WENDI ANDRIANO'S HAIR DRESSER FROM 020100 THROUGH 081200. DURING THIS
TIME, DONNA CUT WENDI'S HAIR FIVE TO SIX TIMES.

WENDI TOLD DONNA THAT HER HUSBAND JOE HAD CANCER AND WAS UNDERGOING CHEMO
TREATMENTS. WENDI ALSO TOLD HER THEY WERE HAVING MARITAL PROBLEMS WHICH
SHE CONTRIBUTED TO JOE'S ILLNESS.

WENDI TOLD DONNA THAT WHEN JOE INITIALLY BECAME ILL, HE REFUSED TO GO
THROUGH CHEMO TREATMENTS AND "SHUT DOWN" TOWARDS HER. WENDI TOLD HER THAT
BECAUSE OF THIS, SHE HAD EMOTIONALLY SEPARATED FROM JOE. DONNA ASKED WENDI
WHY SHE HAD NOT LEFT JOE IF SHE NO LONGER LOVED HIM. WENDI STATED, "HOW
COULD I LEAVE HIM, HE'S SICK".

2000 01797849   127                                      Continued.

000009603

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2     DR NUMBER: 2000 01797849    127

WENDI TOLD DONNA SHE HAD MET A TENANT AT SAN RIVA WHO SHE WAS INTERESTED
IN. SHE ALSO TOLD HER THAT THE TENANT WAS APPREHENSIVE BECAUSE SHE WAS
MARRIED.

WENDI TOLD DONNA ABOUT THEIR MEDICAL MALPRACTICE LAWSUIT. SHE TOLD DONNA
THAT JOE WAS UPSET BECAUSE THEY HAD NOT SETTLED IT YET. WENDI TOLD DONNA
THAT SHE BELIEVED THE LAWYERS WERE WAITING FOR JOE TO DIE AS THEY WOULD
RECEIVE MORE MONEY IF HE DIED PRIOR TO THE SETTLEMENT.

ON 081200, WENDI TOLD DONNA THAT SHE HAD BEEN OUT THE NIGHT BEFORE WITH
HER GIRLFRIENDS. WENDI TOLD HER THAT DURING THE NIGHT, JOE CONTINUED TO
CALL HER ON THE CELLULAR PHONE WHICH SHE EVENTUALLY TURNED OFF. WHEN WENDI
RETURNED HOME, SHE GOT INTO A FIGHT WITH JOE. WENDI TOLD HER THAT DURING
THE ARGUMENT JOE EITHER SHOVED HER INTO A WALL, THREW SOMETHING AT HER OR
THREW SOMETHING AGAINST THE WALL. DONNA COULD NOT RECALL SPECIFICALLY WHAT
WENDI TOLD HER.

DONNA HAS NEVER OBSERVED ANY INJURIES ON WENDI NOR HAS WENDI EVER TOLD HER
ABOUT ANY DOMESTIC VIOLENCE ISSUES.

DONNA DESCRIBED WENDI AS BEING "VERY COLD" ABOUT HER RELATIONSHIP WITH
JOE.

THIS CONCLUDED MY INTERVIEW WITH DONNA.

FOR FURTHER INFORMATION REFER TO TAPE OF INTERVIEW.

INVESTIGATION CONTINUING.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                         END OF REPORT        DR NO: 2000 01797849    127

000009604

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    128

REPORT DATE: 20010102    TIME: 0924

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S] : DAVE LUCERO                    4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 000000                   SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   V 01
            ITEM: *MISC   BRAND:       MODEL:           COLOR:
      SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: LETTER TO JOE D ANDRIANO FROM E TERM.COM INSURANCE
      COMPANY.

****  NARRATIVE  ****

   SERIAL NUMBER: 4913

ON 111500, I MET WITH JOE ANDRIANO'S PARENTS, HIS SISTER JEANNA LAMBETH
AND JEANNA'S HUSBAND BRAD AT 620 W. WASHINGTON.

JOE SR RELATED THAT JOE HAD NOT BEEN INVOLVED IN THE FAMILY FARMING
BUSINESS FOR THE PAST SIX YEARS. HE ALSO STATED THAT WENDI WAS NEVER
INVOLVED IN THE FARMING BUSINESS. ALTHOUGH THE ANDRIANO FAMILY HAD A FARM
IN ARIZONA AND CURRENTLY HAS ONE IN OKLAHOMA, THEY HAVE NEVER HAD A RODENT
PROBLEM AT EITHER FARM.

JEANNA LAMBETH GAVE ME A LETTER WHICH WAS ADDRESSED TO JOSEPH D ANDRIANO
AT 2155 E LIBERTY LANE (NO APARTMENT NUMBER). THE LETTER WHICH WAS FROM "E
TERM.COM, WAS IN REFERENCE TO JOE'S DECISION TO PURCHASE LIFE INSURANCE
FROM ZURICH KEMPER LIFE. THE LETTER STATES THAT JOE STARTED FILLING OUT
THE ONLINE APPLICATION PROCESS BUT DID NOT COMPLETE IT.

JEANNA PICKED THIS LETTER UP FROM MARY AT THE SAN RIVA APARTMENT COMPLEX
OFFICE ON 111300.

INVESTIGATION CONTINUING.


   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2805893

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913


   2000 01797849   128                              Continued.



000009605

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT           PAGE NUMBER:   2       DR NUMBER: 2000 01797849   128

END OF REPORT        DR NO: 2000 01797849   128

000009606

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849   129

REPORT DATE: 20010102   TIME: 1022

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132            BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO             4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** WITNESS INFORMATION ****

WITNESS -01:
                    NAME: FOSTER, GARY

       RACE:    SEX: M  AGE:        DOB:         HT: 000       WT: 000
       WORK: 000232    F STREET                  APT/SUITE:
             SALIDA          CO                  ZIP CODE: 81201
       BUS.NAME: E TERM.COM                      PHONE: (800)876-8007 EXT.612
       OCCUPATION: INSURANCE AGENT


**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 111600, I CONTACTED SUPERVISOR DAN THOMPSON AT E TERM.COM LIFE
INSURANCE COMPANY IN REFERENCE TO THE LETTER PROVIDED BY JEANNA LAMBETH.
DAN ADVISED THAT AGENT GARY FOSTER WAS CONTACTED ON 082900 ABOUT
PURCHASING A 100,000 DOLLAR LIFE INSURANCE POLICY ON JOE ANDRIANO. GARY
WAS AGAIN CONTACTED ON 091100 ABOUT PURCHASING A 100,000 DOLLAR POLICY ON
WENDI ANDRIANO. THE ANDRIANO'S DID NOT FOLLOW UP AFTER THE INITIAL
APPLICATION AND THERE IS NO POLICY IN PLACE ON EITHER JOE OR WENDI.

=============================================================================

ON 010201, I CONTACTED INSURANCE AGENT GARY FOSTER BY PHONE. GARY STATED
THAT ON 082900, HE WAS CONTACTED BY WENDI ANDRIANO OVER THE E TERM.COM WEB
SITE. WENDI WAS INTERESTED IN PURCHASING A 100,000 DOLLAR LIFE INSURANCE
POLICY ON BOTH SHE AND JOE.

ON 082900, GARY FOSTER CALLED JOE ANDRIANO ON THE PHONE. JOE TOLD HIM HE
WAS UNAWARE OF WENDI MAKING AN APPLICATION FOR A LIFE INSURANCE POLICY AND
SAID HE NEEDED TO SPEAK TO HER ABOUT THIS.

ON 090600, AT 1744 HOURS, GARY FOSTER AGAIN CALLED JOE ANDRIANO ON THE
PHONE. JOE TOLD GARY HE WAS NOT INTERESTED IN GETTING A LIFE INSURANCE
POLICY.

ON 091100, AT 1241 HOURS, GARY FOSTER SPOKE TO WENDI ANDRIANO OVER THE
PHONE. DURING THIS CONVERSATION, HE TOOK AN APPLICATION FOR SEPARATE

2000 01797849   129                                    Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2       DR NUMBER: 2000 01797849    129

100,000 DOLLAR POLICY ON BOTH JOE AND WENDI.

ON 092600, GARY FOSTER LEFT A MESSAGE ON WENDI'S ANSWERING MACHINE DUE TO
NEITHER HER OR JOE COMPLETING THE APPLICATION PROCESS. HE THEN MAILED THE
LETTER ON 092900 AFTER NOT HEARING BACK FROM THEM.

GARY PROVIDED THE PHONE NUMBERS AND ADDRESS GIVEN BY WENDI DURING HIS
PHONE CONVERSATION WITH HER.

2155 E. LIBERTY LANE
PHOENIX, ARIZONA 85048

DAY (480) 283-8488
NIGHT (480) 659-2630

INVESTIGATION CONTINUING.

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : 4913     DR FINALIZED BY : 4913

                          END OF REPORT        DR NO: 2000 01797849    129

000009608

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849   130

REPORT DATE: 20010102   TIME: 1342

TYPE OF REPORT:  HOMICIDE                                    OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                    4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** WITNESS INFORMATION ****

WITNESS -01:
                NAME: SANDIDGE, EDWARD

   RACE: W  SEX: M  AGE:        DOB:           HT: 000       WT: 000

   CLOTHING DESC & MISC:
   JOSEPH ANDRIANO'S LIFE INSURANCE AGENT
   WORK: 006900 E  CAMELBACK ROAD            APT/SUITE:
         SCOTTSDALE       AZ                 ZIP CODE: 85251
   BUS.NAME: EDWARD SANDIDGE & ASSOC LTD     PHONE: (480)424-6332 EXT.
   OCCUPATION: INSURANCE AGENT


*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 006900 E CAMELBACK RD
DATE: 000000                     SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   W 01
          ITEM: *MISC   BRAND:        MODEL:           COLOR:
   SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
   DESCRIPTION: 5,000.00 DOLLAR LIFE INSURANCE POLICY ON JOSEPH
   ANDRIANO. THIS POLICY WAS TAKEN OUT BY JOSEPH'S PARENTS IN 1973.

0002  PKG 002 CODE:EI   W 01
          ITEM: *MISC   BRAND:        MODEL:           COLOR:
   SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
   DESCRIPTION: LIFE INSURANCE ILLISTRATION. WRITTEN 082100, AT
   THE REQUEST OF WENDI ANDRIANO.

0003  PKG 003 CODE:EI   W 01
          ITEM: *MISC   BRAND:        MODEL:           COLOR:
   SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
   DESCRIPTION: HAND WRITTEN MESSAGE NOTE FROM WENDI ANDRIANO'
   ORIGINAL PHONE CALL TO EDWARD SANDIDGE ON 081000.

**** NARRATIVE ****

SERIAL NUMBER: 4913


2000 01797849   130                                    Continued.


000009609


P-App. 005340

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849   130

ON 112100, AT 1115 HOURS, I INTERVIEWED EDWARD SANDIDGE AS PREVIOUSLY
ARRANGED. EDWARD WAS JOSEPH ANDRIANO'S INSURANCE AGENT.

EDWARD RELATED THAT JOSEPH'S PARENTS TOOK OUT A 5000.00 DOLLAR POLICY ON
JOSEPH IN 1973. JOSEPH'S PARENTS ARE THE BENEFICIARIES OF THIS POLICY.
EDWARD PROVIDED ME WITH A COPY OF THIS POLICY.

ON 081000, EDWARD RECEIVED A PHONE CALL FROM WENDI ANDRIANO. DURING HIS
CONVERSATION WITH WENDI, SHE TOLD HIM SHE WANTED AN ADDITIONAL POLICY ON
JOSEPH. SHE DID NOT STATE THE AMOUNT SHE WANTED IT FOR. AFTER THIS
CONVERSATION, EDWARD HAD A LIFE INSURANCE POLICY ILLUSTRATION WRITTEN UP
IN THE AMOUNT OF 500,000.00 DOLLARS.

EDWARD CALLED WENDI FIVE DIFFERENT TIMES IN AN ATTEMPT TO SET UP A MEETING
WITH HER AND JOSEPH. HE WAS ONLY ABLE TO REACH HER ONE TIME. DURING THIS
PHONE CALL, WENDI REFUSED TO MEET WITH HIM. DUE TO THIS, A POLICY WAS
NEVER ISSUED.

EDWARD PROVIDED ME WITH A HAND WRITTEN MESSAGE NOTE FROM WENDI'S ORIGINAL
CALL. THIS NOTE IS DATED 081000.

EDWARD ALSO PROVIDED ME WITH A COPY OF THE LIFE INSURANCE ILLUSTRATION
WHICH WAS WRITTEN AT WENDI'S REQUEST.

THIS CONCLUDED MY INTERVIEW WITH EDWARD.

INVESTIGATION CONTINUING.

VICTIM RECEIVED RIGHTS INFORMATION:   NO            MAIL-IN SUPPLEMENT:

INVOICES:     2805975

DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                        END OF REPORT          DR NO: 2000 01797849   130

000009610

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    132

REPORT DATE: 20010103    TIME: 0826

TYPE OF REPORT:  HOMICIDE                               OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132            BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: GREGORY ALLINICH              5185      UNIT: C23

OFFENSE INVOLVED:  BIAS -

*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 000000
DATE: 000000                    SEARCH WARRANT INVOLVED:

0001A PKG 000 CODE:EI    W 01
        ITEM: DDRIVES BRAND:          MODEL:           COLOR:
    SIZE:        QUANTITY: 0001    SERIAL/ACCT/ID: 59H30100T
    DESCRIPTION: ONE TOSHIBA "LAPTOP HARD DRIVE" WITH YELLOW
    EVIDENCE STICKER LABELED "S47I1D1." THIS "LAPTOP HARD DRIVE" WAS REMOVED
    FROM THE "COMPAQ PRESARIO LAPTOP COMPUTER," DESCRIBED AS ITEM #1, ON
    INVOICE NUMBER 2781389. THIS "HARD DRIVE" WILL BE RETAINED AS EVIDENCE
    SO THAT THE COMPUTER CAN BE RETURNED TO THE WITNESS.

**** NARRATIVE ****

  SERIAL NUMBER: 5185

THE PURPOSE OF THIS SUPPLEMENT IS TO DOCUMENT THE IMPOUNDING OF THE
LISTED "HARD DRIVE."

THE LISTED "LAPTOP COMPUTER HARD DRIVE" WAS REMOVED FROM THE
"COMPAQ PRESARIO LAPTOP COMPUTER" LISTED AS ITEM NUMBER 1, ON INVOICE
NUMBER 2781389. THIS HARD DRIVE WILL BE RETAINED AS EVIDENCE.

A NEW "HARD DRIVE" WAS THEN INSTALLED INTO THE LISTED "LAPTOP COMPUTER"
BY DET. BARANOWSKI. THE NEW "HARD DRIVE" WAS A "APRICORN 2.5" 6GB, PART
NUMBER COM61G17B." THIS LAPTOP AND NEW HARD DRIVE WERE THEN TESTED FOR
PERFORMANCE BEFORE RELEASING THE "LAPTOP COMPUTER" WITH THE NEW "HARD
DRIVE" TO THE WITNESS.

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2806328

  DR ENTERED BY : 5185    DR FINALIZED BY : 5185

                        END OF REPORT        DR NO: 2000 01797849    132

000009611

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:   1       DR NUMBER: 2000 01797849   131

REPORT DATE: 20010102   TIME: 1446

TYPE OF REPORT:  HOMICIDE                        OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132            BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** WITNESS INFORMATION ****

WITNESS -01:
                 NAME: KELLOGG, CHRISTOPHER M

     RACE: W  SEX: M  AGE:       DOB:        HT: 000      WT: 000

     CLOTHING DESC & MISC:
     JOSEPH ANDRIANO'S DOCTOR
     WORK: 001875 W  FRYE ROAD           APT/SUITE:
           CHANDLER        AZ            ZIP CODE: 85224
     BUS.NAME: CLINICAL HEMATOLOGY-ONCOLOGY  PHONE: (480)821-2838 EXT.
     OCCUPATION: DOCTOR

**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 122100, AT 1630 HOURS, I INTERVIEWED DOCTOR CHRISTOPHER KELLOGG AT HIS
OFFICE AS PREVIOUSLY ARRANGED. DOCTOR KELLOGG WAS JOSEPH ANDRIANO'S DOCTOR
AND HAD BEEN TREATING HIM UNTIL THE TIME OF HIS DEATH.

DOCTOR KELLOGG BEGAN TREATING JOSEPH FOR ADENOID CYSTIC CARCINOMA ON
061500. THIS FORM OF CANCER WHICH HAD SPREAD TO JOSEPH'S LUNGS, IS NON
CURABLE. HE ALSO DESCRIBED IT AS A SLOWER GROWING FORM OF CANCER.

DOCTOR KELLOGG TREATED JOSEPH WITH SEVERAL MEDICATIONS WHICH WILL BE
LISTED BELOW AS WELL AS WITH CHEMOTHERAPY TREATMENTS. JOSEPH UNDERWENT
CHEMOTHERAPY TREATMENTS ON 071100, 080100, 082200, AND 092600. JOSEPH WAS
NOT ON A RESTRICTIVE DIET.

DOCTOR KELLOGG DESCRIBED THE SIDE EFFECTS OF THIS TREATMENT AS NAUSEA,
VOMITING, FATIGUE AND WEIGHT LOSS. HIS RECORDS INDICATE THAT JOSEPH
INITIALLY WEIGHED 176 LBS AT THE BEGINNING OF THE CHEMOTHERAPY TREATMENTS
AND WEIGHED 165 LBS AT THE TIME OF HIS LAST TREATMENT.

I ASKED DOCTOR KELLOGG IF THE CHEMOTHERAPY CAUSED MOOD CHANGES. HE STATED
IT DOES NOT TYPICALLY CAUSE MOOD CHANGES BUT COULD HAVE MADE JOSEPH
IRRITABLE.

 2000 01797849   131                              Continued.

000009612

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:    2          DR NUMBER: 2000 01797849    131

I ASKED DOCTOR KELLOGG HOW LONG HE BELIEVED JOSEPH WAS GOING TO LIVE. HE
STATED THAT HE BELIEVED JOSEPH HAD THE POTENTIAL TO SURVIVE FOR YEARS.

I ASKED DOCTOR KELLOGG IF JOSEPH EVER GAVE THE IMPRESSION THAT HE HAD
GIVEN UP AND WANTED TO DIE. HE SAID THAT HE DID NOT.

IT SHOULD BE NOTED THAT WENDI ATTENDED ALL DOCTOR VISITS WITH JOSEPH.

MEDICATIONS: CYTOXAN, ADRIAMYCIN, CISPLATIN, ANZEMET, DECADRON AND ETHYOL


VICTIM RECEIVED RIGHTS INFORMATION:   NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4913     DR FINALIZED BY : 4913

                              END OF REPORT          DR NO: 2000 01797849    131

000009613

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849   133

REPORT DATE: 20010108   TIME: 0743

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132            BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO               4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** WITNESS INFORMATION ****

WITNESS -01:

NAME: CATALANO, CAROLYN A

RACE:    SEX: F  AGE:        DOB:          HT: 000      WT: 000
WORK: 000010    AMICA CENTER BOULEVARD    APT/SUITE:
    LINCOLN         RI          ZIP CODE: 02865
BUS.NAME: AMICA LIFE INSURANCE COMPNAY   PHONE: (800)234-5433 EXT.3881
OCCUPATION: SALES

*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 010801                SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI    AP01
        ITEM: *MISC    BRAND:        MODEL:            COLOR:
  SIZE:        QUANTITY: 0001    SERIAL/ACCT/ID:
  DESCRIPTION: AMICA LIFE INSURANCE PACKAGE.

**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 010500, I CONTACTED ACCOUNT SERVICE REPRESENTATIVE CAROLYN CATALANO AT
AMICA LIFE INSURANCE COMPANY. THIS WAS IN REFERENCE TO THE INSURANCE
PACKAGE FOUND IN WENDI ANDRIANO'S OFFICE DURING THE SEARCH WARRANT.

CAROLYN WAS ABLE TO LOCATE ALL OF HER SALES NOTES AS WELL AS A COPY OF THE
PACKAGE MAILED TO WENDI. CAROLYN RELATED THE FOLLOWING ABOUT HER
CONVERSATIONS WITH WENDI.

WENDI CONTACTED AMICA LIFE INSURANCE COMPANY ON 082800 AT 1746 HOURS OVER
THE INTERNET IN REFERENCE TO PURCHASING A LIFE INSURANCE POLICY ON HER
HUSBAND JOSEPH ANDRIANO. THE E-MAIL ADDRESS USED BY WENDI TO CONTACT
CAROLYN WAS WENDI.BBWUSA.NET.

ON 082900, CAROLYN ATTEMPTED CONTACT WENDI BY PHONE AT (480) 659-2630. SHE
WAS UNABLE TO REACH WENDI AND LEFT A MESSAGE FOR HER ON THE ANSWERING

2000 01797849   133                              Continued.

000009614

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   2       DR NUMBER: 2000 01797849    133

MACHINE.

ON 083000, AT 1443 HOURS, CAROLYN CONTACTED WENDI BY PHONE AT (480)
283-8488. DURING THIS CONVERSATION, CAROLYN DISCUSSED WENDI'S REQUEST TO
PURCHASE LIFE INSURANCE ON JOSEPH. DURING THIS CONVERSATION, WENDI ALSO
UPDATED HER ADDRESS WITH CAROLYN TO 2155 E. LIBERTY LANE (NO APARTMENT
NUMBER). WENDI HAD ORIGINALLY LISTED THEIR ADDRESS AS 1998 N. THORTON RD,
CASA GRAND, WHICH IS JOSEPH'S PARENT'S ADDRESS. AFTER THIS CONVERSATION A
PACKAGE TO PURCHASE A 100,000.00 DOLLAR POLICY ON JOSEPH WAS MAILED TO
WENDI AT THE LIBERTY ADDRESS.

ON 090600, AT 082000, WENDI CALLED CAROLYN ON THE PHONE BECAUSE AMICA HAD
MISTAKENLY MAILED QUOTES FOR A FEMALE NOT A MALE.

ON 091100, AT 1413 HOURS, CAROLYN AGAIN SPOKE TO WENDI OVER THE PHONE. SHE
WAS UNSURE IF WENDI CALLED HER OR IF SHE CALLED WENDI. DURING THIS
CONVERSATION, WENDI TOLD HER SHE PLANNED ON MEETING WITH JOSEPH FOR LUNCH
AND WAS GOING TO COMPLETE THE APPLICATION. WENDI ALSO TOLD HER SHE MIGHT
FAX THE APPLICATION BACK TO HER TODAY.

ON 091800, CAROLYN ATTEMPTED TO REACH WENDI BY PHONE AT HER OFFICE. WENDI
WAS NOT THERE AT THE TIME AND CAROLYN LEFT A MESSAGE FOR HER.

ON 092200, AT 1130 HOURS, CAROLYN CALLED WENDI ON THE PHONE. WENDI TOLD
HER THAT JOSEPH WAS STAYING OUT OF TOWN AT HIS SISTER'S HOUSE AND HAD NOT
SET A DATE TO RETURN TO PHOENIX. IN CAROLYN'S NOTES, SHE STATED THAT THIS
WAS A "STRANGE CONVERSATION".

ON 101300, AT 1104 HOURS, CAROLYN ATTEMPTED TO CONTACT WENDI BY PHONE. SHE
WAS UNABLE TO REACH HER AND LEFT A MESSAGE ON HER ANSWERING MACHINE.

ON 110200, CAROLYN AGAIN ATTEMPTED TO REACH WENDI BY PHONE. UPON CALLING
HER WORK, SHE WAS INFORMED THAT WENDI NO LONGER WORKED FOR SAN RIVA.

ON 110300, CAROLYN MAILED A LETTER TO WENDI AT THE LIBERTY ADDRESS.

NO ACTUAL POLICY WAS EVER TAKEN OUT BY WENDI.

AMICA LIFE INSURANCE COMPANY AGREED TO MAIL ME A COPY OF THE REQUEST FORM
RECEIVED FROM WENDI AS WELL AS THEIR CASE NOTES AND A COPY OF THE POLICY
QUOTE MAILED TO HER.

THIS CONCLUDED MY CONVERSATION WITH WENDI.

========================================================================

ON 010801, I RECEIVED A PACKAGE FROM AMICA LIFE INSURANCE COMPANY
CONTAINING THE ABOVE MENTIONED ITEMS. THIS WAS DELIVERED BY UPS NEXT DAY
AIR.

IT SHOULD BE NOTED THAT IN THE REQUEST WHICH WAS FILLED OUT BY WENDI, IT

2000 01797849   133                                          Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   3        DR NUMBER: 2000 01797849    133

ASKS IF JOSEPH HAD CANCER. WENDI ENTERED "NO" ON THIS QUESTION.

FOR FURTHER INFORMATION REFER TO INSURANCE PACKAGE.

INVESTIGATION CONTINUING.

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2808005

DR ENTERED BY : 4913     DR FINALIZED BY : 4913

END OF REPORT          DR NO: 2000 01797849    133

000009616

P-App. 005347

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    134

REPORT DATE: 20010111   TIME: 1327

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                 4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 000000                 SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   AP01
         ITEM: *MISC  BRAND:        MODEL:   '        COLOR:
     SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
     DESCRIPTION: REPORT FROM WEST COAST ANALYTICAL SERVICE, INC.

**** NARRATIVE ****

SERIAL NUMBER: 4913

SAMPLES: 1) UNKNOWN FOOD
            INVOICE #2778372
            ITEM #27, SAMPLE OF UNKNOWN FOOD ITEM TAKEN FROM PYREX DISH ON
                 KITCHEN COUNTER
            TESTED NEGATIVE FOR THE PRESENCE OF SODIUM AZIDE

        2) UNKNOWN FOOD
            INVOICE #2778372
            ITEM # 28, SAMPLE OF UNKNOWN FOOD ITEM TAKEN FROM ANOTHER
                 PYREX DISH ON THE KITCHEN COUNTER
            TESTED NEGATIVE FOR THE PRESENCE OF SODIUM AZIDE

        3) UNKNOWN FOOD
            INVOICE #2778372
            ITEM #30, SAMPLE OF UNKNOWN FOOD ITEM TAKEN FROM A KETTLE ON
                 THE KITCHEN STOVE
            TESTED POSITIVE FOR THE PRESENCE OF SODIUM AZIDE

        4) UNKNOWN TYPE OF CAPSULES
            INVOICE #2778372
            ITEM #37A, UNKNOWN TYPE OF CAPSULES (FROM ITEM #37 THE PINK
                 BOWL)
            TESTED NEGATIVE FOR THE PRESENCE OF SODIUM AZIDE

        5) UNKNOWN FOOD
            INVOICE #2778372
            ITEM  #38, SAMPLE OF UNKNOWN FOOD ITEM TAKEN FROM A SOUP BOWL
                 ON THE KITCHEN COUNTER

2000 01797849   134                                Continued.

000009617

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:    2      DR NUMBER: 2000 01797849    134

TESTED POSITIVE FOR THE PRESENCE OF SODIUM AZIDE

6) UNKNOWN FOOD
   INVOICE #2778372
   ITEM #39, SAMPLE OF UNKNOWN FOOD ITEM TAKEN FROM A SOUP BOWL
          ON THE KITCHEN COUNTER
   TESTED POSITIVE FOR THE PRESENCE OF SODIUM AZIDE

================================================================================

ON 111600, THE PHOENIX POLICE CRIME LAB MAILED THE ABOVE LISTED FOOD
SAMPLES TAKEN FROM THE ANDRIANO'S APARTMENT TO THE WEST COAST ANALYTICAL
SERVICES, INC VIA FEDERAL EXPRESS. WEST COAST ANALYTICAL SERVICES TESTED
THE ITEMS FOR THE PRESENCE OF SODIUM AZIDE. FOOD ITEMS NUMBERS 30, 38 AND
39 TESTED POSITIVE FOR THE PRESENCE OF SODIUM AZIDE. ITEMS 27, 28 AND 37A
TESTED NEGATIVE FOR THE PRESENCE OF SODIUM AZIDE. REFER TO WEST COAST
ANALYTICAL SERVICES REPORT FOR FURTHER INFORMATION.

INVESTIGATION CONTINUING.


VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2809487

DR ENTERED BY : 4913     DR FINALIZED BY : 4913

END OF REPORT          DR NO: 2000 01797849   134

000009618

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:    1        DR NUMBER: 2000 01797849    135

REPORT DATE: 20010112    TIME: 1302

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                  4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 000000              SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   AP01
              ITEM: RATAPE  BRAND:        MODEL:            COLOR:
        SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
        DESCRIPTION: AUDIO TAPE RECORDING OF WENDI ANDRIANO'S
        TELEPHONE CONVERSATIONS WITH CIGI INSURANCE COMPANY

0002  PKG 002 CODE:EI   AP01
              ITEM: *MISC  BRAND:        MODEL:            COLOR:
        SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
        DESCRIPTION: DOCUMENTS FROM CIGI INSURANCE COMPANY

0003  PKG 003 CODE:EI   AP01
              ITEM: *MISC  BRAND:        MODEL:            COLOR:
        SIZE:        QUANTITY: 0001   SERIAL/ACCT/ID:
        DESCRIPTION: FEDEX SHIPPING INVOICE

**** NARRATIVE ****

  SERIAL NUMBER: 4913

CIGI COMPANIES
CONSUMER INSURANCE GROUP, INC.
THE NATIONAL ANNUITY EXCHANGE
232 F STREET, P.O. BOX 1000
SALIDA, COLORADO 81201
(719) 539-3000

ON 010201, I CONTACTED DANIEL THOMPSON AT CIGI COMPANIES IN REFERENCE TO
THE "E-TERM.COM" LIFE INSURANCE LETTER TURNED OVER BY JOSEPH ANDRIANO'S
MOTHER. AFTER SERVING CIGI COMPANIES WITH A SUBPOENA, THEY PROVIDED THE
FOLLOWING INFORMATION.

ON 082900, CIGI INSURANCE COMPANY RECEIVED AN APPLICATION REQUEST FOR
MR. JOSEPH ANDRIANO OVER THEIR INTERNET SITE.

CIGI UNDERWRITING ASSOCIATE GARY FOSTER CONTACTED MR ANDRIANO JOSEPH ON
082900. JOSEPH WAS UNAWARE OF ANY SUCH REQUEST AND BELIEVED HIS WIFE MAY

   2000 01797849   135                                      Continued.

000009619

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849    135

HAVE SUBMITTED THE REQUEST. JOSEPH REQUESTED THAT GARY FOSTER CALL BACK
ON 083000 AFTER HE SPOKE TO HIS WIFE ABOUT HER REQUEST FOR A LIFE
INSURANCE APPLICATION.

GARY FOSTER CONTACTED JOSEPH ON 090600 AT 1744 HOURS. DURING THIS
CONTACT, JOSEPH STATED HE WAS NOT INTERESTED IN AN APPLICATION REQUEST.
JOSEPH'S NAME WAS TAKEN OFF THEIR ACTIVE CALLING LIST AND AN AUTOMATIC
E-MAIL WAS SENT BY THEIR COMPANY SYSTEM TO THE GIVEN E-MAIL ADDRESS
"WENDI.BBW@USA.NET".

ON 091100 AT APPROXIMATELY 1145 HOURS, CIGI INSURANCE COMPANY RECEIVED AN
E-MAIL STATING, PLEASE REINSTATE MY REQUEST FOR INSURANCE. MY WIFE CAN BE
REACHED AT 480-283-8488. THANK YOU".

ON 091100, AT APPROXIMATELY 1220 HOURS, GARY FOSTER CONTACTED A WOMAN WHO
IDENTIFIED HERSELF AS MRS. WENDI ANDRIANO. DURING THIS CONTACT, WENDI
COMPLETED JOSEPH'S LIFE INSURANCE APPLICATION REQUEST. WENDI TOLD FOSTER
THAT JOSEPH WAS NOT PRESENT TO TAKE CARE OF THE NEXT STEP IN THE PROCESS,
THE TELE-LIFE INTERVIEW.

ON 091200 AND 091401, THE TELE-LIFE OFFICE ATTEMPTED TO CONTACT JOSEPH BUT
WERE UNSUCCESSFUL.

THE CIGI INSURANCE COMPANY ALSO ATTEMPTED TO CONTACT JOSEPH ON 092600 AND
092900 BUT WERE ALSO UNSUCCESSFUL.

ON 092900, AT 1345 HOURS, GARY FOSTER ATTEMPTED TO CONTACT JOSEPH A FINAL
TIME IN AN ATTEMPT TO COMPLETE HIS TELE-LIFE EXAM. FOSTER WAS AGAIN UNABLE
TO CONTACT JOSEPH. AN E-MAIL NOTIFYING JOSEPH THAT HIS APPLICATION WAS
TERMINATED WAS SENT TO WENDI.BBW@USA.NET ON 092900.


WENDI ANDRIANO'S APPLICATION PROCESS

WENDI DID NOT INITIALLY APPLY FOR INSURANCE OVER THE INTERNET, BUT DURING
HER 091100 PHONE CONVERSATION HER INFORMATION FOR AN APPLICATION WAS
OBTAINED. WENDI COMPLETED HER INITIAL APPLICATION REQUEST AND WAS THEN
TRANSFERRED TO TELE-LIFE PROCESS. AT THE END OF THE TELE-LIFE INTERVIEW, A
DATE AND TIME FOR HER PHYSICAL EXAM WAS SET.

ON 092800, WENDI CANCELLED HER APPOINTMENT FOR THE PHYSICAL EXAM. ON
092800, THE COMPANY ATTEMPTED TO TO CONTACT WENDI T RESCHEDULE THE
APPOINTMENT, BUT WAS UNABLE TO REACH HER.

ON 100300, CIGI INSURANCE COMPANY RECEIVED AN AN INTERNAL NOTE FROM THEIR
HOME OFFICE STATING THAT WENDI REQUESTED THEY WITHDRAW HER APPLICATION AND
ASKED THAT THEY NOT CONTACT HER IN THE FUTURE.

ON 100400, WENDI'S APPLICATION REQUEST WAS WITHDRAWN AND AND E-MAIL TO
THIS AFFECT WAS SENT TO WENDI.BBW@USA.NET.

2000 01797849    135                                    Continued.

000009620

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   3        DR NUMBER: 2000 01797849    135

A LETTER STATING THIS INFORMATION WAS WELL AS CIGI INSURANCE COMPANY NOTES
AND A TAPED TELEPHONE CONVERSATION WITH WENDI WERE MAILED TO THE PHOENIX
POLICE DEPARTMENT VIA FEDEX.

INVESTIGATION CONTINUING.

  VICTIM RECEIVED RIGHTS INFORMATION:   NO          MAIL-IN SUPPLEMENT:

INVOICES:     2813326

  DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                         END OF REPORT        DR NO: 2000 01797849    135

P-App. 005352

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:   1      DR NUMBER: 2000 01797849    136

REPORT DATE: 20010119   TIME: 1041

TYPE OF REPORT:  HOMICIDE                         OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132          BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: ROBERT MILLER            A3163     UNIT: LAB

OFFENSE INVOLVED:  BIAS -


   VICTIM RECEIVED RIGHTS INFORMATION:  NO         MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : A3163     DR FINALIZED BY : A3163

                           END OF REPORT          DR NO: 2000 01797849    136

000009622

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849   137

REPORT DATE: 20010119   TIME: 1043

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: ROBERT MILLER              A3163     UNIT: LAB

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000000
DATE: 000000              SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   UK00
          ITEM: IPRINT  BRAND:        'MODEL:          COLOR:
      DESCRIPTION: SEVENTEEN LATENT LIFTS/PHOTOGRAPHS - 35 35MM NEGS.

 VICTIM RECEIVED RIGHTS INFORMATION:  NO         MAIL-IN SUPPLEMENT:

INVOICES:     2811653

 DR ENTERED BY : A3163    DR FINALIZED BY : A3163

                         END OF REPORT         DR NO: 2000 01797849   137

000009623

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849   138

REPORT DATE: 20010124   TIME: 1214

TYPE OF REPORT:  HOMICIDE                      OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132        BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO             4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: 4913

THE FOLLOWING IS A TRANSCRIPT OF CIGI INSURANCE COMPANIES TAPE RECORDED
PHONE CONVERSATIONS WITH JOSEPH AND WENDI ANDRIANO.


LEGEND:  GF:  GARY FOSTER
         JA:  JOSEPH ANDRIANO
         WA:  WENDI ANDRIANO
         M:   MARY
         C:   CHRIS
=========================================================

CALL #1:
========

JA:     HELLO.

GF:     HI THIS IS UH GARY FOSTER, IS UH JOE THERE PLEASE.

JA:     UH YEAH THIS IS JOE.

GF:     JOE THIS IS GARY FOSTER.  I'M WITH E-TERM DOC COM ZURICH KEMPER
        LIFE IN', INSURANCE COMPANY AND I'M CALLING IN REFERENCE TO THE
        LIFE INSURANCE APPLICATION REQUEST THAT YOU ENTERED ON OUR WEB ON
        OUR WEB SITE.  DO YOU RECALL THAT?

JA:     UH I NEVER ENTERED ANYTHING.

GF:     (LAUGHS) LET ME SEE DO YOU HAVE A SPOUSE?

JA:     YEAH.

GF:     I BET, IS HER NAME WENDI?

JA:     YEAH.

GF:     I BET THAT'S WHO THAT WAS (LAUGHS).  WE HAVE HAD THAT A LOT.

2000 01797849   138                              Continued.

000009624

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849    138

JA:     YEAH.

GF:     OKAY.  UH WOULD YOU LIKE ME TO CALL BACK AFTER YOU TALKED WITH HER
        OR, OR DO YOU WANNA JUST NIX IT NOW?

JA:     NO THIS UH UH YOU CAN CALL BACK OR SOMETHING.

GF:     OKAY WHEN WOULD YOU LIKE ME TO CALL BACK HERE, IN ABOUT A DAY OR
        SO?

JA:     YEAH.

GF:     OKAY.  ALRIGHT I WILL.

JA:     ALRIGHT.

GF:     ALRIGHT, THANKS, BYE.

                    **   MORE NARRATIVE CONTINUED ON NEXT PAGE.

P-App. 005356

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   3      DR NUMBER: 2000 01797849    138

**** NARRATIVE ****

CALL #2:
========

       ANSWERING MACHINE:  HI YOU'VE REACHED THE ANDRIANOS LEAVE A
MESSAGE AND WE'LL CALL YOU BACK THANKS.

GF:    HI THIS IS GARY FOSTER FROM E-TERM DOT COM ZURICH KEMPER LIFE
      INSURANCE CALLING FOR EITHER JOE OR WENDI.   THIS IS UH COURTESY
      FOLLOW-UP CALL.   I TALKED TO YOU YESTERDAY ABOUT THE LIFE
      INSURANCE APPLICATION THAT HE SAID WENDI HAD PUT IT INTO THE WEB
      SITE BECAUSE SHE DIDN'T KNOW WHETHER YOU'D LIKE TO PROCEED WITH
      THE APPLICATION OR SHOULD I UH MARK YOUR FILE AS CLOSED.   IF
      YOU'LL GIVE ME A CALL BACK AT ONE EIGHT HUNDRED EIGHT SEVEN SIX
      EIGHT ZERO ZERO SEVEN EXTENSION SIX ONE TWO, I'D APPRECIATE THAT.
      THANK YOU VERY MUCH, BYE.

**  MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009626

```
                     PHOENIX POLICE DEPARTMENT REPORT

    SUPPLEMENT          PAGE NUMBER:   4     DR NUMBER: 2000 01797849    138


                          ****  NARRATIVE  ****

CALL #3:
========

         ANSWERING MACHINE:  HI YOU'VE REACHED THE ANDRIANOS LEAVE A
         MESSAGE AND WE'LL CALL YOU BACK THANKS.

GF:      HI THIS IS GARY FOSTER FROM E-TERM DOT COM ZURICH KEMPER LIFE
         INSURANCE, I'M RESPONDING TO JOE'S EMAIL REQUESTING THAT WE
         REINSTATE HIM FOR A LIFE INSURANCE APPLICATION.  I'LL TRY TO REACH
         HIM ON HIS DAY NUMBER AND I'LL ALSO TRY TO REACH WENDI ON THE
         NUMBER HERE AT THE EMAIL BUT IF I MISS YOU BOTH, PLEASE CALL ME AT
         ONE EIGHT HUNDRED EIGHT SEVEN SIX EIGHT ZERO ZERO SEVEN EXTENSION
         SIX ONE TWO AND AGAIN THIS IS GARY FOSTER.  I'M LOOKING FORWARD TO
         DOING BUSINESS WITH YOU ALL.  HAVE A GOOD DAY.


                    **  MORE NARRATIVE CONTINUED ON NEXT PAGE.
```

000009627

P-App. 005358

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   5      DR NUMBER: 2000 01797849    138

**** NARRATIVE ****

CALL #4:
========

WA:    THANK YOU FOR CALLING (INAUDIBLE) THIS IS WENDY.

GF:    HI, HI WENDI THIS IS GARY FOSTER.  CAN I SPEAK TO JOE PLEASE.

WA:    WHAT'S THAT.

GF:    CAN I SPEAK TO JOE.

WA:    OH.

GF:    UH ARIANDO.

WA:    OH YOU KNOW WHAT, THIS IS HIS WIFE.

GF:    OH HI.

WA:    HOW ARE YOU?

GF:    WHEN YOU SAID WENDI I THOUGHT, UH I HOPE THAT'S HIS WIFE (LAUGHS).

WA:    YEAH.  I SAID HE'S NOT HERE RIGHT NOW BUT (LAUGHS).

GF:    OKAY, OKAY.

WA:    ARE YOU FROM TEXAS?

GF:    NO MA'AM, I'M IN, I AM FROM TEXAS ORIGINALLY BUT I AM IN COLORADO
       SPRINGS COLORADO IS WHERE WHERE OUR OFFICE IS.

WA:    OKAY.

GF:    AND I'M AND I'M

WA:    I COULD HEAR THE ACCENT, I'M FROM TEXAS (LAUGHS).

GF:    WHERE, WHAT, WHAT, WHAT PART?

WA:    I'M FROM AMARILLO.

GF:    OH REALLY.

WA:    YEAH.

GF:    WELL, UHM MY FAMILY MIGRATED, WE CAME TO THE STATE IN EIGHTEEN
       NINETY-TWO TO UH CANYON.

2000 01797849    138                              Continued.

000009628

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   6      DR NUMBER: 2000 01797849    138

WA:    OH.

GF:    SO ALL THE FOSTERS THAT YOU EVER HEARD OF IN THE AMARILLO AREA I'M
       PROBABLY RELATED TO IN SOME FORM OR FASHION.

WA:    OH HOW FUNNY.

GF:    AND SO, YEP, I'M A TEXAN.

WA:    ALL RIGHT.

GF:    IN THE EMAIL YOUR HUSBAND SAID THAT YOU WANTED TO TAKE OUT A LIFE
       INSURANCE APPLICATION.

WA:    RIGHT.

GF:    WITH US.

WA:    RIGHT.

GF:    OKAY DO YOU HAVE A, A FEW MINUTES WE CAN PROCESS IT.

WA:    (INAUDIBLE)

GF:    OKAY.  NOW ARE YOU LOOKING FOR A HUNDRED THOUSAND LIKE YOUR
       HUSBAND.

WA:    YEAH, I GUESS SO.

GF:    OKAY LET'S START WITH A QUOTE HERE AND THEN WE'LL MAKE SURE YOU'RE
       HAPPY THERE FIRST AND THEN WE'LL GO.  OKAY.  UH WHAT IS YOUR DATE
       OF BIRTH?

WA:    EIGHT TWENTY-SIX SEVENTY.

GF:    AND WHAT IS YOUR HEIGHT AND WEIGHT?

WA:    UH FIVE FOUR ONE TEN.

GF:    OKAY.  LET THIS MACHINE CATCH UP WITH ME JUST A MINUTE.

WA:    THAT'S FINE.

GF:    OKAY AND A HUNDRED THOUSAND AND LET'S SEE WHAT THE TERM WAS FOR
       TEN YEARS?

WA:    UH HMM.

GF:    OKAY.  AND DO YOU USE UH TOBACCO OR NICOTINE PRODUCTS?

WA:    NO NOT AT ALL.

2000 01797849    138                                   Continued.

000009629

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT           PAGE NUMBER:   7      DR NUMBER: 2000 01797849    138

GF:     OKAY.  IS THERE ANY HISTORY OF CANCER OR HEART PROBLEMS ON YOUR
        SIDE OF THE FAMILY?

WA:     NO.

GF:     OKAY.  ANY HISTORY OF UH BREAST, OVARIAN, OR COLON CANCER ON YOUR
        SIDE OF THE FAMILY?

WA:     NO.

GF:     OKAY.  UH (INAUDIBLE) IN HERE RIGHT QUICK.  OKAY.  TEN YEARS
        (INAUDIBLE) BEST RATE.  THEY GAVE US A NEW PROGRAM SO WE'RE ALL
        TRYING TO GET USED TO IT, YOU KNOW THEY (CUT OFF BY WENDI)

WA:     OH ISN'T THAT FUN.

GF:     YOU KNOW THEY, THEY JUST THROW IT AT YOU AND SAY HERE.

WA:     YEAH.

GF:     HERE IT IS, WORK IT.

WA:     EXACTLY.

GF:     SO,

WA:     FIGURE IT OUT.

GF:     (LAUGHS) IT'S PRETTY EASY BUT YOU JUST, IT'S JUST DIFFERENT, YOU
        KNOW.  OKAY.  ALL RIGHT WENDI, WE'RE LOOKING AT A WHOPPING SIX
        DOLLARS AND SEVENTY-NINE CENTS A MONTH.

WA:     (LAUGHS)

GF:     UH OR SEVENTY-EIGHT DOLLARS A YEAR.  HOW'S THAT SOUND TO YOU?

WA:     YEAH, THAT SOUNDS GREAT.

GF:     CAN YOU HANDLE THAT?

WA:     I CAN HANDLE THAT. (LAUGHS)

GF:     NOW THAT IS WITH THE UH SPOUSAL UH, IT DOES COUNT (INAUDIBLE)

WA:     OKAY.

GF:     OKAY.

WA:     DO YOU WANT ME TO ANSWER JOE'S QUESTIONS FOR YOU?

2000 01797849    138                                        Continued.

000009630

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  8      DR NUMBER: 2000 01797849   138

GF:     YEAH, YEAH.  IN FACT UH I PROBABLY NEED TO WORK HIS FIRST AND THEN
        THEN COME TO TO YOURS OKAY.

WA:     THAT'LL BE FINE.

GF:     ALL RIGHT.  OKAY.  IT'LL SAVE ME HAVING TO RUN HIM DOWN.

WA:     OH HE'S YEAH, HE'S HARD TO GET AHOLD OF.

GF:     IS JOE HIS LEGAL FIRST FIRST NAME?

WA:     UH.

GF:     OR IS JOSEPH?

WA:     YES JOSEPH.

GF:     OKAY AND MIDDLE INITIAL D?

WA:     UH HUH.

GF:     OKAY AND HIS DATE OF BIRTH IS ZERO EIGHT ONE EIGHT SIX SEVEN?

WA:     THAT'S RIGHT.

GF:     OKAY AND YOU ALL LIVE AT NINETEEN NINETY-EIGHT NORTH THORNTON
        ROAD?

WA:     RIGHT.  OH YOU KNOW WHAT?  THAT IS OUR OLD ADDRESS.  I TRIED TO
        PUT IN OUR NEW ONE IN THE SYSTEM AND IT WOULDN'T ACCEPT IT.

GF:     OKAY.  GO AHEAD GO AHEAD AND GIVE ME YOUR NEW ONE.

WA:     (INAUDIBLE) OUR CURRENT ADDRESS IS TWENTY-ONE FIFTY-FIVE EAST
        LIBERTY LANE.

GF:     OKAY. (INAUDIBLE)  OKAY.

WA:     AND THAT'S PHOENIX,

GF:     UHM SPELL PHOENIX FOR ME.

WA:     P-H-O-E-N-I-X.

GF:     I NEVER CAN SPELL THAT UH

WA:     (LAUGHS)

GF:     AND WHAT IS THE AREA CODE?

WA:     IT UH ZIP CODE

2000 01797849   138                                      Continued.

000009631

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:    9      DR NUMBER: 2000 01797849    138

GF:     ZIP CODE. AH, IT'S MONDAY.

WA:     (LAUGHS)  IT'S EIGHT FIVE ZERO FOUR EIGHT.  AND THAT'S A NEW ZIP
        CODE AND THAT'S WHY I THINK IT WOULDN'T ACCEPT IT.

GF:     OKAY.  UH THE OKAY I KNOW WHAT YOUR DAY PHONE IS.  HAS THE NIGHT
        PHONE CHANGED?

WA:     NO.

GF:     OKAY I DID LEAVE LEAVE YOU A MESSAGE ON THERE.

WA:     OKAY.

GF:     OKAY.  OKAY AND I'VE GOT WENDY DOC (SOUNDS LIKE, BBW) AT USA DOT
        NET?

WA:     THAT'S RIGHT.

GF:     OKAY AND YOUR HUSBAND'S NEVER USED TOBACCO OR NICOTINE PRODUCTS?

WA:     NO.  UH UH.

GF:     OKAY.  UH, COME ON MACHINE.  ALL RIGHT.  GO THAT WAY.  OKAY.  UH,
        WHAT IS YOUR HUSBAND'S SOCIAL SECURITY NUMBER?

WA:     UH FIVE TWO SEVEN SEVEN ONE EIGHT TWO FIVE TWO.

GF:     SEVEN TWO ONE, I GOT, GIVE IT TO ME AGAIN.

WA:     OH IT'S UH FIVE, FIVE TWO SEVEN,

GF:     GOT IT.

WA:     SEVEN ONE.

GF:     OKAY.

WA:     EIGHT TWO FIVE TWO.

GF:     OKAY AND, YOURS?

WA:     MY SOCIAL?

GF:     UH HUH.

WA:     FIVE TWO SEVEN

GF:     OKAY.

2000 01797849    138                                    Continued.

000009632

P-App. 005363

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  10      DR NUMBER: 2000 01797849    138

WA:     SIX FIVE NINE SEVEN ZERO THREE.

GF:     OKAY.  IN ORDER FOR YOU TO GET THE DEATH (INAUDIBLE) I GOTTA GET
        BOTH OF YOUR SOCIAL SECURITY NUMBERS AND PUT IT ON BOTH OF THE
        POLICIES SO.

WA:     THAT'S FINE.

GF:     IT TAKES A, WHAT IS HIS OCCUPATION?

WA:     UH HE'S SELF EMPLOYED ACTUALLY.

GF:     AND WHAT DOES HE DO?

WA:     UH AUTO GLASS REPLACEMENT.

GF:     OKAY.  UH, HE JUST HAD A BIRTHDAY HERE (INAUDIBLE).

WA:     HE SURE DID.  (LAUGHS)

GF:     OKAY.

WA:     THAT'S WHY WE GOT A TIME TO DO THIS.

GF:     HE'S THIRTY-THREE NOW?

WA:     YEAH.

GF:     OKAY.  AND YOU'RE ON ARIZONA TIME RIGHT?

WA:     UH HUH.

GF:     WHAT TIME IS IT NEAR?

WA:     IT IS UH ELEVEN TWENTY.

GF:     OKAY.  UH (INAUDIBLE) WANNA SCREW UP OUR SYSTEM OKAY.

WA:     (LAUGHS)

GF:     OKAY, I'M GONNA GO AHEAD AND UH PUT YOU ON MOUNTAIN TIME.  I THINK
        THE (INAUDIBLE) MACHINE WILL ACCEPT THAT BUT EVERYBODY KNOWS
        YOU'RE ON ARIZONA TIME.  YOU ALL, ARIZONA AND INDIANA, YOU ALL THE
        TWO STATES THAT,

WA:     OH HOW FUNNY.

GF:     THAT, THAT WORK THE TIME SYSTEM A LITTLE DIFFERENT.

WA:     WE NEVER CHANGE OUR CLOCKS.

2000 01797849   138                                    Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  11      DR NUMBER: 2000 01797849     138

GF:     RIGHT.

WA:     WHICH IS NICE.

GF:     RIGHT.   OKAY.   NOW I'M GONNA ASK YOU A, A LIST OF QUESTIONS.

WA:     OKAY.

GF:     UH CONCERNING UH BOTH OF YOUSE HEALTH AND YOUR ACTIVITIES

WA:     OKAY.

GF:     AND THE PURPOSE HERE IS TO IDENTIFY RIGHT NOW ANYTHING THAT MIGHT
        UH AFFECT YOUR RATES.

WA:     OKAY.

GF:     OKAY AND THEN WHEN I'M DONE I'LL BE TRANSFERRING YOU OVER TO A
        HOME OFFICE FOR SOME TO FOR ABOUT A FIVE MINUTE MEDICAL HISTORY
        INTERVIEW.

WA:     OKAY.

GF:     AND I'LL GIVE YOU YOUR HUSBAND'S POLICY NUMBER AND THE TELEPHONE
        NUMBER OF THE PEOPLE THAT YOU'RE GONNA TALK TO,

WA:     OKAY.

GF:     AND YOUSE GOTTA DO THAT BE BEFORE THEY SEND OUT THE APPLICATION.

WA:     OKAY.

GF:     CAUSE IT'S VERY IMPORTANT, OKAY.

WA:     SOUNDS GOOD.

GF:     ALL RIGHT SO AND THIS IS THE TIME I WANNA ASK THESE QUESTIONS AND
        ANSWERS FOR BOTH YOU AND HIM BUT I'M,

WA:     YEAH.

GF:     THIS IS HIS ANS, ANSWER FOR HIM FIRST AND THEN YOU SECOND, OKAY.

WA:     YEAH, NOT A PROBLEM.

GF:     ALL RIGHT.   HAVE YOU EVER BEEN TREATED FOR ALCOHOL OR DRUG ABUSE?

WA:     NO.

GF:     HEART OR CORONARY ARTERY DISEASE?

2000 01797849     138                                    Continued.

000009634

P-App. 005365

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT           PAGE NUMBER:  12        DR NUMBER: 2000 01797849    138

WA:     NO.

GF:     CANCER?

WA:     NOPE.

GF:     CHOLESTEROL OR HIGH BLOOD PRESSURE?

WA:     NOPE.

GF:     DIABETES, HIV OR AIDS?

WA:     NO.

GF:     AND DO EITHER ONE OF YOU FLY AN AIRPLANE?

WA:     NO.

GF:     EITHER ONE OF YOU IN (SOUNDS LIKE, BIKE CLUBS)?

WA:     NO.

GF:     EITHER ONE OF YOU HAD THREE OR MORE MOVING TRAFFIC VIOLATIONS IN
        THE LAST THREE YEARS.

WA:     MOVING, NO.

GF:     MOVING TRAFFIC VIOLATIONS.  OKAY.

WA:     UHM IS THAT SPEEDING TICKETS?

GF:     YES.

WA:     UH, MAYBE I HAVE. (LAUGHS)

GF:     HAVE YOU HAD THREE OR MORE?

WA:     UHM, I THINK SO.

GF:     IN, IN THE LAST THREE YEARS?

WA:     PROBABLY.

GF:     OH MY GOD!  OKAY I GOTTA WRITE THAT DOWN.

WA:     (INAUDIBLE)

GF:     WELL LET ME SEE HERE.  THAT MAY AFFECT YOUR RATES?

WA:     OKAY.

2000 01797849    138                                    Continued.

000009635

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  13      DR NUMBER: 2000 01797849     138

(PAUSE)

WA:     I ALWAYS GET SPEEDING TICKETS.  I DON'T KNOW, I GOTTA NARROW THE
        TIME FRAME THOUGH, I DON'T.

GF:     YOU SURE IT'S BEEN THE LAST THREE YEARS?

WA:     I, YOU KNOW WHAT I DOUBT IT.

GF:     OKAY.  NOW BE SURE YOU TELL THE NEXT PERSON THAT, THAT SAME
        ANSWER, OKAY.

WA:     OKAY.

GF:     ALL RIGHT.  (LAUGHS)

WA:     (LAUGHS), THAT'S FUNNY.

GF:     OKAY.  BECAUSE IF YOU DON'T IT, IT'LL AFFECT YOUR RATES.

WA:     OKAY.

GF:     OKAY.  NOW LET'S SEE HERE.  OKAY.  IS ANYBODY NOW IT'S JUST A
        QUESTION FOR HIS,

WA:     OKAY.

GF:     SIDE OF THE FAMILY.  HAS ANYBODY ON HIS SIDE OF THE FAMILY THAT'S
        HIS MOTHER, FATHER, BROTHERS OR SISTERS EVER HAD AN OCCURRENCE OF
        HEART OR CORONARY ARTERY DI, UH DISEASE.

WA:     HIS DAD HAS.

GF:     OKAY.  WHAT WHAT DOES HE HAVE?

WA:     I DON'T KNOW.  I JUST KNOW THAT HE HAD TO GO IN FOR A SURGERY OR
        SOMETHING.

GF:     UH, WOULD THAT BE AN ANGIOPLASTY?

WA:     OH YES.  THAT'S EXACTLY WHAT IT WAS.

GF:     OKAY.  AND UH IS HE STILL ALIVE?

WA:     UH HMM.

GF:     OKAY.  AND, THAT THAT'S GONNA DROP HIM (INAUDIBLE) TO THE NEXT TO
        THE NEXT RATE

2000 01797849    138                              Continued.

000009636

P-App. 005367

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  14      DR NUMBER: 2000 01797849   138

WA:     OKAY

GF:     OKAY SO.

WA:     THAT'S FINE.

GF:     OKAY.  ALL RIGHT.  IS THERE ANY HISTORY OF CANCER FROM HIS SIDE OF
        THE FAMILY?

WA:     NO.

GF:     OKAY.  UH HOW ABOUT ON YOUR SIDE OF THE FAMILY?

WA:     NO.

GF:     OKAY.  NONE IN EITHER WAY?

WA:     UH UH.

GF:     OKAY.  ALL RIGHT LET ME (INAUDIBLE) THIS.

(PAUSE)

GF:     TEN YEARS, (INAUDIBLE) HERE BOTH OF YOU AMERICAN CITIZENS,
        CORRECT?

WA:     YEAH.

GF:     OKAY AND WHAT I AM QUOTING HIM (SINGING) NOT THE VERY BEST RATES
        BUT THE NEXT TO BEST RATES

WA:     OKAY.

GF:     OKAY AND THAT'S STRICTLY ON FAMILY HISTORY FOR UH CORT' UH CARDIO
        VASCULAR DISEASE THERE (CUT OFF BY WENDI)

WA:     LET ME PUT YOU ON HOLD ONE SECOND.

GF:     SURE.

(PAUSE)

WA:     OKAY SORRY ABOUT THAT.

GF:     OKAY.  UH LET ME UH GO AHEAD AND QUOTE THIS ONE WHILE I GOT YOU
        HERE.  TAKE THAT OFF.  AND I'M GONNA (INAUDIBLE) TEN YEARS.  OKAY
        SO HIS RATE IS GONNA BE UH A HUNDRED AND EIGHT DOLLARS A YEAR.

WA:     OKAY.

GF:     OR NINE DOLLARS AND FORTY CENTS.

   2000 01797849   138                              Continued.

P-App. 005368

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  15     DR NUMBER: 2000 01797849    138

WA:    OKAY.

GF:    OKAY.  ALL RIGHT.  GET DOWN THERE.  WE, HERE WE GO.  OKAY, NOW WE
       GOT TWO PAYMENT PLANS.  ONE IS MONTHLY BY BANK DRAFT AND THE
       SECOND ONE IS ANNUAL.  AND YOU'VE MARKED ON HERE QUARTERLY,

WA:    RIGHT.

GF:    OKAY, UHM.

WA:    YOU CAN DO ANNUAL, THAT'S FINE.

GF:    OKAY.  AND THAT MEANS THAT UH BOTH ANNUAL PAYMENTS WILL BE DUE ON
       RECEIPT OF YOUR POLICY,

WA:    OKAY.

GF:    SO THAT'S UH A HUNDRED AND UH EIGHTY-SIX DOLLARS IT LOOKS LIKE
       HERE.

WA:    NOT A PROBLEM.

GF:    OKAY.  ALL RIGHT.  IS EITHER ONE OF THESE POLICIES INTENDED TO
       REPLACE ANY CURRENT POLICIES IN IN PLACE NOW.

WA:    NOT TO REPLACE, NO.

GF:    ALL RIGHT LET ME CAPTURE UH YOU ON HIS POLICY SO YOU'LL GET THE
       (INAUDIBLE)

(PAUSE)

GF:    OKAY AND YOU WANNA BE THE PRIMARY BENE, BENEFICIARY ON HIS POLICY,
       WENDI?

WA:    YEAH AND THEN HIM ON MINE.

GF:    OKAY.  AND WHAT IS YOUR MIDDLE INITIAL WENDI?

WA:    E.

GF:    OKAY.  OKAY, DO YOU ALL HAVE ANY CHILDREN?

WA:    TWO.

GF:    OKAY.  UH HOW OLD ARE THEY?  HOW OLD IS THE OLDEST?

WA:    THREE.

GF:    OKAY.  WE CAN'T PUT 'EM ALL ON HERE BECAUSE THEY'RE NOT MINORS.

2000 01797849    138                                    Continued.

000009638

P-App. 005369

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT           PAGE NUMBER:  16      DR NUMBER: 2000 01797849    138

WA:    YEAH.

GF:    SO I WOULD RECOMMEND WE MAKE THIS TO YOUR ESTATE.

WA:    OKAY.

GF:    OKAY AND IN YOUR WILL, IT'S VERY IMPORTANT THAT UH IN CASE YOU AND
       JOE DIE AT THE SAME TIME,

WA:    RIGHT.

GF:    THAT THE WILL SPELLS OUT WHO THE GUARDIANS ARE AND HOW THE MONEY
       WILL BE USED TO UHM FUND FOR THE, FOR THE UH CHILDREN.

WA:    OKAY.

GF:    OKAY.  VERY IMPORTANT.

WA:    OKAY.

(PAUSE)

GF:    OKAY NOW LET ME GO AND DO DO YOURS NOW.

WA:    OKAY.

GF:    AND YOUR FIRST NAME IS UH W-E-N-D-I?

WA:    UH HUH.

GF:    OKAY, MIDDLE INITIAL E?

WA:    RIGHT.

GF:    AND DATE OF BIRTH ZERO EIGHT TWENTY-SIX,

WA:    SEVEN.

GF:    UH NINETEEN SEVENTY.  GOT IT.  OKAY.  AND DO YOU HAVE A DAYTIME
       PHONE NUMBER?

WA:    YEAH.  THIS ONE.

GF:    JUST THE ONE I CALLED.

WA:    RIGHT.

GF:    OKAY.  FOUR EIGHT OH, THREE, EIGHT FOUR EIGHT EIGHT EIGHT.  OKAY
       GOT IT.  OKAY.  OOP.  ABOUT TO MAKE YOU A MALE THERE.

2000 01797849    138                              Continued.

000009639

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  17      DR NUMBER: 2000 01797849    138

WA:     (INAUDIBLE)

GF:     GOT THAT RIGHT.  OKAY.  ONE HUNDRED THOUSAND.  TEN YEARS.  ANNUAL.
        COME ON MACHINE.  THERE WE GO.  YEP.  LET'S GO BACK HERE AND DO
        THIS ALL OVER AGAIN ALL RIGHT.  OKAY, THERE WE GO.  THERE WE GO.
        I HIT SOMETHING WRONG AND IT SAYS DO IT AGAIN.  OKAY.  LET ME PUT
        YOUR DATE HERE.  BIRTHDAY BACK IN HERE.  MAY TWENTY-SIX.  UH FOUR
        ONE ONE TEN.  AND ONE HUNDRED THOUSAND FOR TEN YEARS ANNUAL.
        (INAUDIBLE).  WORK (INAUDIBLE) SEVEN.  THERE WE GO.  OKAY.  FIVE
        TWO SEVEN SIX FIVE NINE SEVEN ZERO THREE.  AND, AND WHAT IS YOUR
        OCCUPATION WENDI?

WA:     PROPERTY MANAGER.  ANDRIANO.  I LEFT HIM A MESSAGE TO CALL BACK.
        (INAUDIBLE) BECAUSE I WAS GONNA KEEP TRYING TO CALL (INAUDIBLE)
        YOU KNOW.

GF:     IT LOOKS LIKE YOU JUST HAD A BIRTHDAY ALSO.

WA:     YEAH I DID.

GF:     OKAY.  LET ME CHECK THROUGH ALL THE HEALTH QUESTIONS HERE ON
        YOURS.  I AM QUOTING YOU THE BEST RATE.

WA:     OKAY.

GF:     OKAY.  YOU CAN BRAG ABOUT THAT TO YOUR HUSBAND.

WA:     (LAUGHS)  HE'LL LIKE THAT, HUH.

GF:     (LAUGHS)  LET ME CAPTURE HIM ON YOUR POLICY.

(PAUSE)

GF:     OKAY.  I'M GONNA MAKE UH JOE THE PRIMARY BENEFICIARY ON YOUR
        POLICY.

WA:     OKAY.

GF:     AND WHAT IS HIS MIDDLE INITIAL?

WA:     D.

GF:     D?  OKAY.  YOU WANT, YOU WANT TO STATE YOUR ESTATE AS THE
        SECONDARY, JUST LIKE HIS?

WA:     SURE.

GF:     OKAY.  OKAY, I'VE GOT IT.  ALL RIGHT.  LET ME TELL YOU WHAT TO
        EXPECT FROM THIS POINT FORWARD WENDI.

WA:     OKAY.

 2000 01797849    138                                    Continued.

000009640

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  18      DR NUMBER: 2000 01797849     138

GF:     OKAY.  AND WHEN I FINISH THESE LAST ONES, THEY'LL ALL BE
        TRANSFERRING YOU OVER TO A HOME OFFICE FOR ASSISTANCE.  YOU CAN DO
        YOUR MEDICAL HISTORY UHM INTERVIEW AND LET ME GIVE YOU HIS POLICY
        NUMBER AND THE NUMBER HE IS TO CALL.

WA:     OKAY HOLD ON ONE SEC.

GF:     SURE.

WA:     OKAY, THANKS.

GF:     OKAY.  UH HIS POLICY NUMBER,

WA:     OKAY.

GF:     IS TWO EIGHT,

WA:     UH HUH.

GF:     EIGHT THREE,

WA:     OKAY.

GF:     ZERO TWO ZERO

WA:     OKAY.

GF:     AND THIS IS THE NUMBER HE'S GOT HE'S GOT TO CALL.

WA:     OKAY.

GF:     ONE EIGHT EIGHT EIGHT,

WA:     OKAY.

GF:     EIGHT ZERO ZERO,

WA:     OKAY.

GF:     SIX SIX ZERO EIGHT,

WA:     OKAY.

GF:     AND THEY'RE OPEN FROM UH SEVEN A.M. TO ELEVEN P.M. MONDAY THROUGH
        FRIDAY CENTRAL STANDARD TIME,

WA:     OKAY.

GF:     OR NINE A.M. TO TWO P.M. ON SATURDAY CENTRAL STANDARD TIME.

2000 01797849    138                               Continued.

000009641

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:  19     DR NUMBER: 2000 01797849    138

WA:     OKAY.

GF:     ALL RIGHT AND AS SOON AS HE DOES DOES THAT, THE SOONER THEY'LL GET
        THE APP OUT TO HIM.

WA:     OKAY.

GF:     OKAY.

WA:     OKAY.

GF:     NOW, UH, DO YOU NEED TO ANSWER THAT?

WA:     YEAH.  HOLD ON.

GF:     GO AHEAD.

WA:     OKAY.

GF:     OKAY.  WHERE AM I?  THERE I AM.  OKAY.  AS SOON AS YOUR YOUR
        INTERVIEW IS DONE, THEY'RE GONNA EXPRESS MAIL YOU OUT A PACKET OF
        FORMS

WA:     OKAY.

GF:     FOR YOU TO REVIEW AND SIGN AND THAT IS YOUR APPLICATION

WA:     OKAY.

GF:     AND THEY'LL SET THE TIME FOR A LOCAL PARAMEDICAL PERSON UH TO COME
        OUT AND MEET WITH YOU AND JOE

WA:     OKAY.

GF:     AND THAT, THAT PARAMEDICAL NURSE WILL TAKE WILL COLLECT A BLOOD
        AND AND A URINE SPECIMEN AND THEY'LL COLLECT ALL THOSE FORMS AT
        THE HOME OFFICE

WA:     OH.

GF:     AND SENT OUT TO YOU OKAY.

WA:     THE PARAMEDIC WILL?

GF:     RIGHT.

WA:     OH, OKAY.

GF:     UH HMM.  THERE'S NO COST TO YOU FOR THE MEDICAL EXAMINATION AND IT
        GENERALLY TAKES ABOUT THREE TO FOUR WEEKS AFTER THE EXAM HAS BEEN
        COMPLETED BEFORE WE GET A FINAL UNDERWRITING UH DE', DECISION AND

2000 01797849    138                                        Continued.

000009642

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  20     DR NUMBER: 2000 01797849    138

YOU'RE UNDER NO OBLIGATION AT ANY TIME

WA:     UH HUH.

GF:     AND SHOULD THERE BE ANY CHANGES IN THE RATES UH FROM THE PARAMED
        OR ANYTHING ELSE, I'M I'M THE GUY WHO WILL CALL YOU.

WA:     OH, OKAY.

GF:     ALL RIGHT.  AND IT'S IMPORTANT FOR ME TO LET YOU KNOW THAT THE
        PARAMEDICAL NURSE WHO WILL BE DOING YOUR EXAM IS A THIRD PARTY
        SUBCONTRACTOR, NOT ONE OF OUR EMPLOYEES

WA:     UH HUH.

GF:     THE VAST MAJORITY UH DO A GREAT JOB AND ARE VERY PROFESSIONAL AND
        WE APPRECIATE IF YOU'D GIVE US A CALL IF YOU IF THERE'S ANY
        PROBLEMS AT ALL WITH THE PARAMEDS FOR EXAMPLE THEM NOT SHOWING UP
        FOR THEIR APPOINTMENT.

WA:     OKAY.

GF:     IF YOU, AND I'M YOUR PRIMARY PART, CONTACT

WA:     OKAY.

GF:     FOR BOTH YOURS AND JOE'S POLICIES

WA:     OKAY.

GF:     AND LET ME GIVE YOU MY NAME AGAIN.

WA:     OKAY.

GF:     IT'S GARY FOSTER.  F-O-S-T-E-R.

WA:     OKAY.

GF:     AND LET ME GIVE YOU MY TELEPHONE NUMBER.

WA:     OKAY.

GF:     IT'S ONE EIGHT HUNDRED

WA:     OKAY.

GF:     EIGHT SEVEN SIX

WA:     OKAY.

GF:     EIGHT ZERO ZERO SEVEN

2000 01797849    138                              Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  21        DR NUMBER: 2000 01797849    138

WA:     OKAY.

GF:     EXTENSION SIX ONE TWO.

WA:     OKAY.

GF:     AND I'M THE PERSON TO CALL FOR ANY CHANGES, QUESTIONS OR YOU JUST
        WANNA KNOW WHERE WHERE WE'RE AT IN THE PROCESS.

WA:     OKAY.

GF:     OKAY AND WE'LL THANK YOU FOR DOING BUSINESS WITH US AND I'VE
        ENJOYED VERY VERY MUCH TALKING TO YOU.

WA:     YEAH, THANK YOU.

GF:     OKAY, I'M GONNA GO AHEAD AND TRANS, TRANSFER YOU OVER AND IT TAKES
        ABOUT A MINUTE SO JUST HANG ON THE PHONE.

WA:     OKAY.

GF:     ALL RIGHT BYE BYE.

WA:     BYE BYE.

** MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009644

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   22      DR NUMBER: 2000 01797849    138

**** NARRATIVE ****

CALL #5:
========

      ANSWER MACHINE:  THANK YOU FOR CALLING ZURICH KEMPER (INAUDIBLE)
      LIFE.  THIS CALL MAY BE MONITORED FOR QUALITY ASSURANCE PURPOSES.

(MUSIC PLAYING)

      ANSWER MACHINE:  THANK YOU FOR HOLDING.  YOUR CALL IS VERY IMP'

(RINGING)

M:     ZURICH KEMPER, THIS IS MARY MAY I HELP YOU.

GF:    HI, MARY GARY AT E-TERM.  I'VE GOT A HOT TRANSFER FOR YOU.  THE
       POLICY NUMBER IS TWO EIGHT EIGHT THREE ZERO TWO THREE, A WENDI
       ANDRIANO AND THIS IS HELD WITH HER HUSBAND JOSEPH.

M:     IS HE AVAILABLE ALSO?

GF:    UH NO, NO AND HE WILL CALL IN AND HIS POLICY NUMBER IS TWO EIGHT
       EIGHT THREE ZERO TWO ZERO.

M:     OKAY.

GF:    AND WENDI IS ON THE LINE NOW.

M:     OKAY.

GF:    YOU READY?

M:     YEAH.

GF:    OKAY.  BYE BYE.

M:     BYE.

(RINGING)

*NO MORE NARRATIVE ON THIS CALL*

           **  MORE NARRATIVE CONTINUED ON NEXT PAGE.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  23          DR NUMBER: 2000 01797849    138

**** NARRATIVE ****

CALL #6:
========

        ANSWER MACHINE:  HI YOU'VE REACHED THE ANDRIANOS, LEAVE A MESSAGE
        AND WE'LL CALL YOU BACK, THANKS.

GF:     HI, THIS IS GARY FOSTER FROM E-TERM DOC COM CALLING FOR UH, UH,
        JOSEPH AND UH WENDI.  JOSEPH I NEED UH UH TO GET YOU TO MAKE THAT
        UH THAT TOLL LIFE CALL TO COMPLETE YOUR INSURANCE APP APPLICATION
        PROCESS AND IF YOU'LL GIVE ME A CALL BACK AT ONE EIGHT HUNDRED
        EIGHT SEVEN SIX EIGHT ZERO ZERO SEVEN, EXTENSION SIX ONE TWO, I'LL
        HELP YOU MAKE THAT CALL AND UH COMPLETE YOUR APPLICATION PROCESS
        SO WE CAN GET YOUR LIFE INSURANCE POLICY WORKING AGAIN.  IF NOT
        THEN THEY'RE GOING TO CLOSE YOUR FILE AND WITHDRAW YOUR, YOUR,
        YOUR APPLICATION SO PLEASE GIVE ME A CALL AT ONE EIGHT HUNDRED
        EIGHT SEVEN SIX EIGHT ZERO ZERO SEVEN, EXTENSION SIX ONE TWO.
        THANKS AGAIN, BYE.


(END OF SIDE A)

                **  MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009646

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:  24       DR NUMBER: 2000 01797849   138

**** NARRATIVE ****

(BEGINNING OF SIDE B)

CALL #7:
========

(RINGING)

       ANSWER MACHINE:  HI YOU'VE REACHED THE ANDRIANOS, LEAVE A MESSAGE
AND WE'LL CALL YOU BACK.

GF:     HI, THIS IS GARY FOSTER AGAIN CALLING FOR EITHER WENDI OR JOSEPH
IN REFERENCE JOSEPH'S LIFE INSURANCE APPLICATION.  WILL ONE OF YOU
PLEASE GIVE ME A CALL AT ONE EIGHT HUNDRED EIGHT SEVEN SIX EIGHT
ZERO ZERO SEVEN, EXTENSION SIX ONE TWO, THANK YOU.

       ** MORE NARRATIVE CONTINUED ON NEXT PAGE.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:  25        DR NUMBER: 2000 01797849    138

**** NARRATIVE ****

CALL #8:
========

C:      THANK YOU FOR CALLING SAN RIVA, THIS IS CHRIS.

GF:     HI CHRIS, THIS IS GARY FOSTER, IS JOSEPH ANDROLLO, I CAN'T SAY
        THAT.  A-N-D-R-I-

C:      ANDRIANO?

GF:     YES.  (LAUGHS)

C:      THAT WOULD BE WENDI.

GF:     IS WENDI THERE?

C:      NO SIR, TODAY IS HER DAY OFF.  CAN I TAKE A MESSAGE?

GF:     NO, I'LL TRY, I'LL TRY TO CALL HER AT HOME.

C:      OKAY.

GF:     OKAY, BYE BYE

C:      BYE.

**  MORE NARRATIVE CONTINUED ON NEXT PAGE.

000009648

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:  26        DR NUMBER: 2000 01797849   138

**** NARRATIVE ****

CALL #9:
========

(RINGING)

     ANSWERING MACHINE:  HI, YOU'VE REACHED THE ANDRIANOS, LEAVE A
MESSAGE AND WE'LL CALL YOU BACK.   THANKS.

GF:    HI, UH WENDY, THIS IS GARY FOSTER FROM E-TERM DOC COM AND ZURICH
KEMPER LIFE INSURANCE COMPANY.  I'M THE GUY THAT DID YOUR
APPLICATIONS FOR A LIFE INSURANCE POLICY FOR YOU AND YOUR HUSBAND.
WE'RE STILL TRYING TO GET UH YOUR HUSBAND TO CALL THE (SOUNDS
LIKE; TELE ALINE) FOLKS TO COMPLETE HIS FAMILY HISTORY, UH,
INTERVIEW SO WE CAN GET HIS APPLICATION OUT TO HIM AND HERE'S THE
NUMBER AGAIN.  HE HAS, HE HAS TO CALL IS ONE EIGHT EIGHT EIGHT
EIGHT ZERO ZERO SIX SIX ZERO EIGHT AND HIS POLICY NUMBER IS TWO
EIGHT EIGHT THREE ZERO TWO ZERO.  IF HE HASN'T DONE IT BY THE END
OF NEXT WEEK THEN THEY WILL UH WITHDRAW HIS UH REQUEST FOR THE
APPLICATION.  SO PLEASE HAVE HIM CALL.  SEE YOU LATER, BYE BYE.

(END OF CALLS)

1/25/2001  1348; GIB A2663 LYDIA

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : A2663    DR FINALIZED BY : A2663

                     END OF REPORT        DR NO: 2000 01797849   138

000009649

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1        DR NUMBER: 2000 01797849    139

REPORT DATE: 20010126   TIME: 0907

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132            BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913        UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 000000                 SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   AP01
        ITEM: IPHOTO  BRAND:       MODEL:           COLOR:
     SIZE:         QUANTITY: 0001  SERIAL/ACCT/ID:
     DESCRIPTION: PHOTOS OF WENDI ANDRIANO TAKEN ON 100800.

0002  PKG 002 CODE:EI   AP01
        ITEM: IPHOTO  BRAND:       MODEL:           COLOR:
     SIZE:         QUANTITY: 0001  SERIAL/ACCT/ID:
     DESCRIPTION: CRIME SCENE PHOTOS OF WENDI ANDRIANO'S GARAGE
     #315.

0003  PKG 003 CODE:EI   AP01
        ITEM: IPHOTO  BRAND:       MODEL:           COLOR:
     SIZE:         QUANTITY: 0001  SERIAL/ACCT/ID:
     DESCRIPTION: CRIME SCENE PHOTOS OF WENDI ANDRIANO'S APARTMENT.
     (SECOND SEARCH WARRANT)

0004  PKG 004 CODE:EI   AP01
        ITEM: IPHOTO  BRAND:       MODEL:           COLOR:
     SIZE:         QUANTITY: 0001  SERIAL/ACCT/ID:
     DESCRIPTION: CRIME SCENE PHOTOS OF ERIK VAILLANT'S APARTMENT.

****   NARRATIVE   ****

  SERIAL NUMBER: 4913

THIS SUPPLEMENT WAS GENERATED TO IMPOUND THE LISTED EVIDENCE.


  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2814147

  DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                         END OF REPORT      DR NO: 2000 01797849   139

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:    1        DR NUMBER: 2000 01797849    140

REPORT DATE: 20010206    TIME: 1851

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                    4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -
```
    ================================================================
    =                                                              =
    =      *** REQUEST FOR SCIENTIFIC ANALYSIS  ***                =
    =                                                              =
    ================================================================
```
CURRENT DR IS: 2000 01797849    140   BIOLOGICAL EVID (BLOOD,SEMEN,TISSUE): Y
NAM: ANDRIANO          WENDI
NAM:                                            OFF:HOMICIDE
LOCATION: 002155  E    LIBERTY          LA              JAILED: Y
OFCR REQ OF ANALYSIS:LUCERO, DAVE              DATE OCC:100800 TIME:0225
(LAST,FIRST,MIDDLE) FIRM NAME USE BUS.         DATE REQ:020601 TIME:1845
VIC: ANDRIANO          JOSEPH                  DUI RELATED:N
BUS:

MARIJUANA:  DRUGS:   BLOOD ALC:    BREATH ALC:   OTHER: Y PER INVOICE: N

| INVOICE | ITEM # | SFX | TYPE | INVOICE | ITEM # | SFX | TYPE |
|---|---|---|---|---|---|---|---|
| 0002778375 | 0001 | | PCLOTHE | 0002778375 | 0003 | | PSPECIM |
| 0002777913 | 0003 | | HKNIFE | 0002777913 | 0005 | | *MISC |
| 0002777913 | 0024 | | PSPECIM | 0002778214 | 0001 | | PSPECIM |

BLOOD DRAWN BY:                          1.DATE/TIME DRAW:000000 / 0000
LOC OF DRAWING:                          2.DATE/TIME DRAW:000000 / 0000

                    **** NARRATIVE ****
  SERIAL NUMBER: 4913

1)PLEASE COMPARE BLOOD FOUND ON SUSPECT'S SHIRT INVOICE #2778375 ITEM #1
2)PLEASE COMPARE BLOOD ON KNIFE INVOICE #2777913 ITEM #3
3)PLEASE COMPARE BLOOD ON STOOL SEAT INVOICE #2777913 ITEM #5
4)PLEASE COMPARE BLOOD ON APARTMENT DOOR INVOICE #2777913 ITEM #24

PLEASE COMPARE THE ABOVE LISTED BLOOD TO SUSPECT AND VICTIM.

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

  2000 01797849    140                              Continued.

000009651

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:    2         DR NUMBER: 2000 01797849     140

DR ENTERED BY : 4913      DR FINALIZED BY : 4913

END OF REPORT           DR NO: 2000 01797849    140

000009652

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    141

REPORT DATE: 20010207   TIME: 0846

TYPE OF REPORT:  HOMICIDE                           OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132           BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 002500 W DURANGO ST
DATE: 020601                 SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:CI   AP01
         ITEM: *MISC   BRAND:        MODEL:           COLOR:
      SIZE:          QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: HANDWRITING EXEMPLARS. TAKEN FROM WENDI ANDRIANO
      AT THE ESTRELLA JAIL. (12 PAGES)

**** NARRATIVE ****

   SERIAL NUMBER: 4913

COURT ORDER #CR 2000-096032
JUDGE DANIEL A. BARKER
SUPERIOR COURT

G. DAVID DELOZIER
DEFENSE ATTORNEY

JOHN HSUEH
PHOENIX POLICE CRIMINALIST

ON 020601, AT 1350 HOURS, PHOENIX POLICE CRIMINALIST JOHN HSUEH AND I MET
WITH SUSPECT WENDI ANDRIANO AND HER ATTORNEY G. DAVID DELOZIER AT THE
ESTRELLA JAIL. THE PURPOSE OF THIS MEETING WAS TO OBTAIN HANDWRITING
EXEMPLARS FROM WENDI PURSUANT TO THE ABOVE LISTED COURT ORDER.

THE EXEMPLARS WERE OBTAINED FROM WENDI AT THE DIRECTION OF JOHN HSUEH.

THE EXEMPLARS WERE RETAINED IN MY POSSESSION UNTIL THE WERE SUBSEQUENTLY
IMPOUND IN THE PROPERTY ANNEX AT 620 W. WASHINGTON.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2818202

   DR ENTERED BY : 4913   DR FINALIZED BY : 4913

   2000 01797849   141                                Continued.

000009653

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:   2       DR NUMBER: 2000 01797849    141


                        END OF REPORT          DR NO: 2000 01797849    141


000009654

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1          DR NUMBER: 2000 01797849   142

REPORT DATE: 20010207   TIME: 0947

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

**** WITNESS INFORMATION ****

WITNESS -01:

NAME: MENCHACA, DEANNA

RACE: W  SEX: F  AGE:          DOB:          HT: 000      WT: 000
WORK: 001450 E  BUCKEYE ROAD              APT/SUITE:
      PHOENIX          AZ                  ZIP CODE: 85034
BUS.NAME: AIRBORN EXPRESS                 PHONE: (602)256-1139 EXT.
OCCUPATION: FIELD SERVICES SUPER

***  PROPERTY/EVIDENCE  ***

RECOVERY LOCATION: 001450 E BUCKEYE RD
DATE: 000000                    SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:CI   AP01
          ITEM: *MISC   BRAND:        MODEL:              COLOR:
      SIZE:       QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: COPY OF SHIPPING MANIFEST.

**** NARRATIVE ****

SERIAL NUMBER: 4913

ON 101700, I CONTACTED AIRBORNE EXPRESS FIELD SERVICES SUPERVISOR DEANNA
MENCHACA AT HER OFFICE. DEANNA PROVIDED ME WITH A PHOTO COPY OF THE
SHIPPING MANIFEST FOR THE SHIPPING INVOICES FOUND IN WENDI ANDRIANO'S
OFFICE. SEE INVOICE 2778372 ITEM 1.

PER THE MANIFEST, THE PACKAGE WAS PICKED UP FROM THE 1450 E. BUCKEYE ROAD
OFFICE ON 100500 AT 1434 HOURS. THE PERSON WHO PICKED UP THE PACKAGE
SIGNED THE NAME ANNE NEWTON ON THE MANIFEST.

AIRBORNE EXPRESS CHECKED THEIR SHIPPING RECORDS AND FOUND NO OTHER
SHIPMENTS TO THE NAME ANNE NEWTON BETWEEN 091500 AND 101700. THEY WERE
UNABLE TO CHECK THEIR RECORDS FURTHER WITHOUT A SPECIFIC WAYBILL NUMBER.

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

2000 01797849   142                              Continued.

000009655

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2        DR NUMBER: 2000 01797849    142

INVOICES:     2818214

DR ENTERED BY : 4913      DR FINALIZED BY : 4913

END OF REPORT          DR NO: 2000 01797849    142

000009656

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    143

REPORT DATE: 20010207   TIME: 1443

TYPE OF REPORT:  HOMICIDE                        OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132          BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -
     ================================================================
     =                                                              =
     =        ***  REQUEST FOR SCIENTIFIC ANALYSIS  ***             =
     =                                                              =
     ================================================================

CURRENT DR IS: 2000 01797849    143   BIOLOGICAL EVID (BLOOD,SEMEN,TISSUE): N
NAM: ANDRIANO         WENDI
NAM:                                         OFF:HOMICIDE
LOCATION: 002155  E   LIBERTY           LA            JAILED: Y
OFCR REQ OF ANALYSIS:LUCERO, DAVE            DATE OCC:100800 TIME:0225
(LAST,FIRST,MIDDLE) FIRM NAME USE BUS.       DATE REQ:020701 TIME:1440
VIC: ANDRIANO        JOSEPH                  DUI RELATED:N
BUS:

 MARIJUANA:  DRUGS:  BLOOD ALC:   BREATH ALC:  OTHER: Y PER INVOICE: N

 INVOICE    ITEM # SFX   TYPE        INVOICE    ITEM # SFX    TYPE

 0002778372  0001       *MISC        0002803890  0001        *MISC

 0002818214  0001       *MISC        0002818202  0001        *MISC

 BLOOD DRAWN BY:                   1.DATE/TIME DRAW:000000 / 0000
 LOC OF DRAWING:                   2.DATE/TIME DRAW:000000 / 0000

                  ****  NARRATIVE  ****
   SERIAL NUMBER: 4913

PLEASE COMPARE HANDWRITING EXEMPLARS TO THE HANDWRITING ON THE OTHER
LISTED ITEMS.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO        MAIL-IN SUPPLEMENT:

 INVOICES:

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT       DR NO: 2000 01797849    143

000009657

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1          DR NUMBER: 2000 01797849    144

REPORT DATE: 20001028    TIME: 0853

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: ROBERT MILLER             A3163     UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

   SERIAL NUMBER: A3163

ORIGINATING DR: 200001797849 075  LIMS: 00-21123 REPORT 17

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

-- RESULTS OF LATENT PRINT EVIDENCE EXAMINATION --

SECTION : LATENT PRINT PROCESSING   ANALYST: ROBERT MILLER(A3163)


ITEM #2780436-0008 -- PROCESSES USED:   POWDER    CHEMICAL    INSTRUMENTAL

     NO USABLE LATENTS WERE DEVELOPED.

 ITEM #2780436-0009 -- PROCESSES USED:   POWDER    CHEMICAL    INSTRUMENTA
L

     NO USABLE LATENTS WERE DEVELOPED.

ITEM #2780436-0010 -- PROCESSES USED:   POWDER    CHEMICAL    INSTRUMENTAL

     NO USABLE LATENTS WERE DEVELOPED.

 ITEM #2780436-0011 -- PROCESSES USED:   POWDER    CHEMICAL    INSTRUMENTA
L

       NO USABLE LATENTS WERE DEVELOPED.

   ITEM #2780436-0012 -- PROCESSES USED:   POWDER    CHEMICAL    INSTRUMENT
AL

       USABLE LATENTS WERE DEVELOPED.

ITEM #2780436-0013 -- PROCESSES USED:   POWDER    CHEMICAL    INSTRUMENTAL


 2000 01797849    144                              Continued.

000009658

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2        DR NUMBER: 2000 01797849    144

NO USABLE LATENTS WERE DEVELOPED.

ITEM #2780436-0014  --  PROCESSES USED:     POWDER    CHEMICAL    INSTRUMENTA
L

USABLE LATENTS WERE DEVELOPED.

LATENT(S) DEVELOPED FROM THIS EVIDENCE HAVE BEEN ENTERED INTO AZAFIS.

THE EVIDENCE WAS RELEASED TO THE PROPERTY  MANAGEMENT BUREAU FOR
DISPOSITION.

VICTIM RECEIVED RIGHTS INFORMATION:   NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : DRLAB     DR FINALIZED BY : DRLAB

END OF REPORT          DR NO: 2000 01797849    144

000009659

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    145

REPORT DATE: 20001108    TIME: 1011

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                  BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: ROBERT MILLER              A3163    UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: A3163

ORIGINATING DR: 200001797849 090  LIMS: 00-21123 REPORT 18

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

-- RESULTS OF LATENT PRINT COMPARISON --

SECTION : LATENT PRINT COMPARISON   ANALYST: ROBERT MILLER(A3163)

AN ANALYSIS HAS BEEN COMPLETED ON INVOICE #2811653-0001, WHICH CONTAINS
LATENT CARD(S)/PHOTOGRAPH(S) #1-17, TO SCN #0010080458, ANDRIANO, WENDI,
DOB 082670, FEMALE, WITH THE FOLLOWING RESULTS:

LATENT CARD/PHOTOGRAPH #8 FROM "SIDE OF BAG - ITEM #14 INVOICE 2780436"
HAS BEEN IDENTIFIED TO THE LEFT THUMB OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #9 FROM "SIDE OF BAG ITEM #14- INVOICE 2780436" HAS
BEEN IDENTIFIED TO THE RIGHT PALM OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #10 FROM "SIDE OF BAG ITEM #14 - INVOICE #2780436"
HAS BEEN IDENTIFIED TO THE RIGHT THUMB OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #11 FROM "SIDE OF BLUE PLASTIC KNIFE" HAS BEEN
IDENTIFIED TO THE RIGHT LITTLE FINGER OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #13 FROM "SIDE OF SILVER COLORED BAG - ITEM #14
INVOICE 2780436" HAS BEEN IDENTIFIED TO THE RIGHT PALM OF ANDRIANO, WENDI

LATENT CARD/PHOTOGRAPH #14 FROM "SIDE OF SILVER COLORED BAG - ITEM #14
INVOICE 2780436" HAS BEEN IDENTIFIED TO THE RIGHT RING FINGER OF ANDRIANO
, WENDI.

LATENT CARD/PHOTOGRAPH #15 FROM "SIDE OF SILVER COLORED BAG - ITEM #14
INVOICE 2780436" HAS BEEN IDENTIFIED TO THE RIGHT PALM OF ANDRIANO, WENDI.

NO IDENTIFICATIONS WERE EFFECTED ON LATENT CARD(S)/PHOTOGRAPH(S) #1-7,
12,16 AND 17.

2000 01797849   145                                  Continued.

000009660

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT                    PAGE NUMBER:    2         DR NUMBER: 2000 01797849    145

THE EVIDENCE WAS RELEASED TO PROPERTY MANAGEMENT BUREAU FOR DISPOSITION.

VICTIM RECEIVED RIGHTS INFORMATION:   NO            MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : DRLAB      DR FINALIZED BY : DRLAB

                           END OF REPORT          DR NO: 2000 01797849    145

000009661

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1      DR NUMBER: 2000 01797849   146

REPORT DATE: 20010213   TIME: 1138

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO               4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -
```
     =================================================================
     =                                                               =
     =      ***  REQUEST FOR SCIENTIFIC ANALYSIS  ***                =
     =                                                               =
     =================================================================
```
CURRENT DR IS: 2000 01797849   146   BIOLOGICAL EVID (BLOOD,SEMEN,TISSUE): N
NAM: ANDRIANO        WENDI
NAM:                                           OFF:HOMICIDE
LOCATION: 002155 E   LIBERTY           LA               JAILED: Y
OFCR REQ OF ANALYSIS:LUCERO, DAVE             DATE OCC:100800 TIME:0225
(LAST,FIRST,MIDDLE) FIRM NAME USE BUS.        DATE REQ:021301 TIME:1140
VIC: ANDRIANO        JOSEPH                    DUI RELATED:N
BUS:

MARIJUANA:  DRUGS:  BLOOD ALC:   BREATH ALC:   OTHER: Y PER INVOICE: N

INVOICE    ITEM # SFX  TYPE          INVOICE    ITEM # SFX    TYPE

 0002778372   0001      *MISC

BLOOD DRAWN BY:                      1.DATE/TIME DRAW:000000 / 0000
LOC OF DRAWING:                      2.DATE/TIME DRAW:000000 / 0000

                    ****  NARRATIVE  ****
  SERIAL NUMBER: 4913

PLEASE EXAMINE THE CITY OF PHOENIX BUSINESS LICENSE FOR ALTERATIONS.


  VICTIM RECEIVED RIGHTS INFORMATION:  NO        MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT        DR NO: 2000 01797849   146

000009662

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:   1       DR NUMBER: 2000 01797849    147

REPORT DATE: 20010215   TIME: 0749

TYPE OF REPORT:  HOMICIDE                            OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE          BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

```
================================================================
=                                                              =
=       ***  REQUEST FOR LATENT PRINT COMPARISON  ***          =
=                                                              =
================================================================
```

CURRENT DR IS: 2000 01797849   147   DATE OF REP: 100800  TIME OF REP: 0225
LOCATION OF OCC: 002155 E  LIBERTY           LA
OFFENSE: HOMICIDE

OFFICER REQUESTING ANALYSIS: LUCERO, DAVE
DIVISION OR SECTION: GIBH       EXTENTION: 0053657

COMPARE PRINTS OF THE FOLLOWING PEOPLE WITH LATENT IMPRESSIONS OBTAINED IN DR
  SCN     FP   LAST NAME         FIRST       MIDDLE     DOB  SEX

0012270191    ANDRIANO        JOSEPH        D          81867  M

0012270191    ANDRIANO        JOSEPH        D          81867  M

                ****  SPECIAL INSTRUCTIONS  ****

PLEASE COMPARE VICTIM JOSEPH ANDRIANO'S FINGERPRINTS TO PRINTS OBTAINED
FROM EVIDENCE.

                  ****  NARRATIVE  ****

  SERIAL NUMBER: 4913

PLEASE COMPARE VICTIM JOSEPH ANDRIANO'S FINGERPRINTS TO ALL PRINTS
OBTAINED FROM EVIDENCE.

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : 4913   DR FINALIZED BY : 4913

                    END OF REPORT       DR NO: 2000 01797849   147

000009663

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849   148

REPORT DATE: 20010215   TIME: 0839

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 000000                SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   AP01
         ITEM: *MISC   BRAND:       MODEL:           COLOR:
      SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: BUSINESS RECORDS FROM WYNDSTAR ENTERPRISES

**** NARRATIVE ****

   SERIAL NUMBER: 4913

ON 021201, I RECEIVED THE BUSINESS RECORDS TO THE WYNDSTAR ENTERPRISES
COMPANY FROM BANK OF AMERICA PURSUANT TO A SUBPOENA. THIS COMPANY IS OWNED
BY VICTIM JOSEPH ANDRIANO AND SUSPECT WENDI ANDRIANO.

REFER TO COMPANY RECORDS FOR FURTHER INFORMATION.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO         MAIL-IN SUPPLEMENT:

INVOICES:     2820778

   DR ENTERED BY : 4913     DR FINALIZED BY : 4913

                        END OF REPORT        DR NO: 2000 01797849   148

000009664

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1        DR NUMBER: 2000 01797849    149

REPORT DATE: 20010221    TIME: 1350

TYPE OF REPORT:  HOMICIDE                                OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                  BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                      4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 021901                    SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI    AP01
         ITEM: *MISC   BRAND:        MODEL:          COLOR:
      SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: SUBSCRIBER INFORMATION FROM USA.NET REFERENCE
      E-MAIL ADDRESS "ANN NEWTON" AZCREAT@USA.NET.

****  NARRATIVE  ****

   SERIAL NUMBER: 4913

ON 021901, I RECEIVED A LETTER FROM USA.NET REFERENCE E-MAIL ADDRESS "ANN
NEWTON" AZCREAT@USA.NET. THIS INFORMATION WAS PROVIDED PURSUANT TO A
SUBPOENA SERVED ON USA.NET REQUESTING ANY AND ALL SUBSCRIBER AND BILLING
INFORMATION.

THE LETTER PROVIDED THE FOLLOWING INFORMATION:

ACCOUNT ID      263005107241024
USER ID         AZCREAT@USA.NET
STATUS          OK
NUM FILTERS     0
DESTINATION     INBOX
TIMEZONE NM     AMERICA/DENVER
SIGNUP DATE     07/26/00


ACCOUNT ID      263005107241024
EMAIL ADDR      AZCREAT@USA.NET
FIRST NAME      ANNE
LAST NAME       NEWTON
EMAIL NAME      ANNE NEWTON
ADDRESS1        1722 E 16TH
ADDRESS2
CITY            PHOENIX
STATE           AZ
COUNTRY         US
ZIP CD          85044

  2000 01797849   149                                Continued.

000009665

P-App. 005396

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT         PAGE NUMBER:   2       DR NUMBER: 2000 01797849    149

HOME PHONE
FAX
HOME PAGE
DESCRIPTION
CELL PHONE
PAGER
PASSWD HINT

IT SHOULD BE NOTED THAT THIS IS A FREE E-MAIL ADDRESS AND THEY DO NOT
VERIFY THE REGISTRATION INFORMATION PROVIDED BY THE USER.

VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:     2824258

DR ENTERED BY : 4913    DR FINALIZED BY : 4913

END OF REPORT          DR NO: 2000 01797849   149

000009666

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849    150

REPORT DATE: 20010223   TIME: 1220

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE            BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: EDWARD BARANOWSKI       4367     UNIT: 24S

OFFENSE INVOLVED:  BIAS -

                    ****  NARRATIVE  ****
   SERIAL NUMBER: 4367

BEGINNING ON 10-31-00, I IMAGED THE LAPTOP HARD DRIVE S47I1D1, LAPTOP HARD
DRIVE S16I2D1, AND THE ONE FLOPPY DISKETTE.  I BROUGHT THESE THREE IMAGES
AND THE IMAGES DETECTIVE JOHN GUZMAN CREATED ALL INTO ONE CASE FILE.

DETECTIVE LUCERO PROVIDED ME WITH A LIST OF ITEMS TO SEARCH FOR.  I RAN
THE LIST AND OBTAINED NUMEROUS HITS.  I REVIEWED THE FINDS AND PRINTED OUT
POSSIBLE EVIDENCE FOR DETECTIVE LUCERO TO REVIEW.  I ALSO NOTED SOME HITS
FOR INCLUSION IN THE ENCASE REPORT.

I COPIED OUT FILES FROM THE CASE TO MY HARD DRIVE.  I COPIED THE FILES TO
CD FOR DETECTIVE LUCERO TO REVIEW.

I RESTORED THE WITNESS LAPTOP HARD DRIVE S47I1D1 TO A NEW HARD DRIVE.  I
VERIFIED IT OPERATED CORRECTLY AND IMPOUNDED THE LAPTOP WITH THE NEW HARD
DRIVE IN IT SO DETECTIVE LUCERO COULD RETURN IT TO THE WITNESS.

I GAVE DETECTIVE LUCERO ALL THE PRINTED MATERIAL AND CD'S I MADE, FOR HIM
TO REVIEW.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : 4367    DR FINALIZED BY : 4367

                       END OF REPORT      DR NO: 2000 01797849    150

000009667

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849    151

REPORT DATE: 20010207    TIME: 1443

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132           BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: JOHN HSUEH              A3528    UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: A3528

ORIGINATING DR: 200001797849 143  LIMS: 00-21123 REPORT 20

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

-- RESULTS OF SCIENTIFIC ANALYSIS --

SECTION : QUESTIONED DOCUMENTS    ANALYST: JOHN HSUEH(A3528)

THE HANDPRINTING IN THE DOCUMENTS REFERRED TO AS Q1 THROUGH Q6 AND Q11
WERE AUTHOREDE BY THE WRITER OF K1 THROUGH K12.

THE HANDPRINTED "ANNE NEWTON" IN Q12 WAS PROBABLY AUTHORED BY THE WRITER
OF K1 THROUGH K12.

THE SIGNATURE "ANNE NEWTON" IN Q1, Q3-A-R, Q3-C-R, Q11, AND Q12 WERE
WRITTEN BY THE SAME WRITER.

THE SIGNATURE "ANNE NEWTON" WAS PROBABLY WRITTEN BY THE WRITER OF K1
THORUGH K12.


EVIDENCE DISPOSITION:

AT THE CONCLSION OF THE ANALYSIS, ITEM 1 OF INVOICE #2778372 WAS RELEASED
TO ROBERT MILLER, LATENT PRINT EXAMINER.
THE REST OF THE PROPERTY WAS RELEASED TO PROPERTY MANAGEMENT BUREAU.


VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : DRLAB     DR FINALIZED BY : DRLAB

PAGE NUMBER:   END OF REPORT          DR NO: 2000 01797849    151

000009668

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT         PAGE NUMBER:   1      DR NUMBER: 2000 01797849    152

REPORT DATE: 20010213    TIME: 1138

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: JOHN HSUEH               A3528     UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: A3528

ORIGINATING DR: 200001797849 146  LIMS: 00-21123 REPORT 19

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

-- RESULTS OF SCIENTIFIC ANALYSIS --

SECTION : QUESTIONED DOCUMENTS   ANALYST: JOHN HSUEH(A3528)

THE CITY OF PHOENIX PRIVILEGE LICENSE OF AZTEC CREATIONS, REFERRED TO AS
Q6, WAS ALTERED FROM FAXED CITY OF PHOENIX PRIVILEGE LICENSE OF
COPPERSTATE GLASS AND MIRROR, REFERRED TO AS Q8.

EVIDENCE DISPOSITION:

AT THE CONCLUSION OF THE ANALYSIS, ITEM 1 OF INVOICE #2778372 WAS RELEASED
TO ROBERT MILLER, LATENT PRINT EXAMINER III.

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : DRLAB     DR FINALIZED BY : DRLAB

END OF REPORT        DR NO: 2000 01797849    152

000009669

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:   1      DR NUMBER: 2000 01797849   153

REPORT DATE: 20010215   TIME: 0749

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: ROBERT MILLER           A3163     UNIT: C23

OFFENSE INVOLVED:  BIAS -

                    ****  NARRATIVE  ****
   SERIAL NUMBER: A3163

ORIGINATING DR: 200001797849 147  LIMS: 00-21123 REPORT 21

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

               -- RESULTS OF LATENT PRINT COMPARISON --

SECTION : LATENT PRINT COMPARISON   ANALYST: ROBERT MILLER(A3163)


AN ANALYSIS HAS BEEN COMPLETED ON INVOICE #2811653-0001, WHICH CONTAINS
LATENT CARD(S)/PHOTOGRAPH(S) #1-17, TO SCN #0012270191, ANDRIANO, JOSEPH,
DOB 081867, MALE, WITH THE FOLLOWING RESULTS:

NO IDENTIFICATIONS WERE EFFECTED ON LATENT CARD(S)/PHOTOGRAPH(S) #1-7, 12,
16 AND 17.

LATENT CARD(S)/PHOTOGRAPH(S) #8-11 AND 13-15 HAVE BEEN PREVIOUSLY
IDENTIFIED.

THE EVIDENCE WAS RELEASED TO PROPERTY MANAGEMENT BUREAU FOR DISPOSITION.


   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : DRLAB    DR FINALIZED BY : DRLAB

                            END OF REPORT     DR NO: 2000 01797849   153

000009670

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    154

REPORT DATE: 20010301   TIME: 0858

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO            4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 030101              SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   AP01
            ITEM: *MISC   BRAND:        MODEL:           COLOR:
      SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: SAMPLE OF UNKNOWN FOOD ITEM. SAMPLE REMOVED FROM
      INVOICE 2778372 ITEM 27.

0002  PKG 002 CODE:EI   AP01
            ITEM: *MISC   BRAND:        MODEL:           COLOR:
      SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: SAMPLE OF UNKNOWN FOOD ITEM. THIS SAMPLE WAS
      REMOVED FROM INVOICE 2778372 ITEM 28.

0003  PKG 003 CODE:EI   AP01
            ITEM: *MISC   BRAND:        MODEL:           COLOR:
      SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: SAMPLE OF UNKNOWN FOOD ITEM. THIS SAMPLE WAS
      REMOVED FROM INVOICE 2778372 ITEM 30.

0004  PKG 004 CODE:EI   AP01
            ITEM: *MISC   BRAND:        MODEL:           COLOR:
      SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: UNKNOWN TYPE OF CAPSULES. THIS ITEM WAS REMOVED
      FROM INVOICE 2778372 ITEM 37A.

0005  PKG 005 CODE:EI   AP01
            ITEM: *MISC   BRAND:        MODEL:           COLOR:
      SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: SAMPLE OF UNKNOWN FOOD ITEM. THIS SAMPLE WAS
      REMOVED FROM INVOICE 2778372 ITME 38.

0006  PKG 006 CODE:EI   AP01
            ITEM: *MISC   BRAND:        MODEL:           COLOR:
      SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: SAMPLE OF UNKNOWN FOOD ITEM. THIS SAMPLE WAS
      REMOVED FROM INVOICE 2778372 ITEM 39.

  2000 01797849   154                                    Continued.

000009671

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:   2       DR NUMBER: 2000 01797849     154

0007  PKG 007 CODE:EI   V 01
           ITEM: *MISC   BRAND:          MODEL:          COLOR:
      SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: SAMPLE OF VOMIT FROM LIVING ROOM FLOOR CARPET.
      REMOVED FROM INVOICE 2777913 ITEM 14.

0008  PKG 008 CODE:EI   AP01
           ITEM: *MISC   BRAND:          MODEL:          COLOR:
      SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: SODIUM AZIDE. REMOVED FROM INVOICE 278725 ITEM
      7.

                    **** NARRATIVE ****
   SERIAL NUMBER: 4913

THE ABOVE LISTED EVIDENCE AS WELL AS THE EVIDENCE ON INVOICE 2827790
ITEM 1, ARE SAMPLE RETURNED TO THE PHOENIX POLICE DEPARTMENT BY THE WEST
COAST LAB AFTER TESTING.
THE EVIDENCE WAS RETAINED BY THE PHOENIX POLICE CRIME LAB UNTIL TURNED
OVER TO THIS DETECTIVE FOR IMPOUNDING.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2827787

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT        DR NO: 2000 01797849    154

000009672

P-App. 005403

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT                PAGE NUMBER:   1        DR NUMBER: 2000 01797849    155

REPORT DATE: 20010301    TIME: 0916

TYPE OF REPORT:  HOMICIDE                                 OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                    BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                    4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 030101                    SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   AP01
          ITEM: *MISC   BRAND:        MODEL:          COLOR:
      SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: SODIUM AZIDE. REMOVED FROM INVOICE 2787725 ITEM
      8.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:    2827790

 DR ENTERED BY : 4913    DR FINALIZED BY : 4913
                              END OF REPORT        DR NO: 2000 01797849    155

000009673

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849    156

REPORT DATE: 20010301   TIME: 0942

TYPE OF REPORT:  HOMICIDE                               OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                  4913     UNIT: C33

OFFENSE INVOLVED:  BIAS -

*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 022801                    SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   AP01
          ITEM: *MISC   BRAND:        MODEL:          COLOR:
      SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
      DESCRIPTION: SUBSCRIBER INFORMATION FROM USA.NET REFERENCE
      E-MAIL ADDRESS "WENDI.BBW@USA.NET.

**** NARRATIVE ****

  SERIAL NUMBER: 4913

ON 022801, I RECEIVED A LETTER FROM USA.NET REFERENCE E-MAIL ADDRESS
"WENDI.BBW@USA.NET". THIS INFORMATION WAS PROVIDED PURSUANT TO A SUBPOENA
SERVED ON USA.NET REQUESTING ANY AND ALL SUBSCRIBER AND BILLING
INFORMATION.

THE LETTER PROVIDED THE FOLLOWING INFORMATION:

ACCOUNT ID      1502004476777024
USER ID         WENDI.BBW@USA.NET
STATUS          OK
NUM FILTERS     0
DESTINATION     INBOX
TIMEZONE NM     AMERICA/DENVER
SIGNUP DATE     062700

ACCOUNT ID      1502004476777024
EMAIL ADDR      WENDI.BBW@USA.NET
FIRST NAME      WENDI
LAST NAME       ANDRIANO
EMAIL NAME      WENDI ANDRIANO
ADDRESS1        2155 E LIBERTY LANE
ADDRESS2
CITY            PHOENIX
STATE           AZ
COUNTRY         US
ZIP CD          85048
HOME PHONE

   2000 01797849   156                              Continued.

000009674

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT                    PAGE NUMBER:    2        DR NUMBER: 2000 01797849    156

WORK PHONE
FAX
HOME PAGE
DESCRIPTION
CELL PHONE
PAGER
PASSWD HINT

IT SHOULD BE NOTED THAT THIS IS A FREE E-MAIL ADDRESS AND THEY DO NOT
VERIFY THE REGISTRATION INFORMATION PROVIDED BY THE USER.

VICTIM RECEIVED RIGHTS INFORMATION:   NO           MAIL-IN SUPPLEMENT:

INVOICES:     2827798

DR ENTERED BY : 4913      DR FINALIZED BY : 4913

                         END OF REPORT           DR NO: 2000 01797849    156

000009675

P-App. 005406

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849   157

REPORT DATE: 20010301   TIME: 1343

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO                 4913      UNIT: C33

OFFENSE INVOLVED:  BIAS -

*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 000418 E RAWHIDE ST
DATE: 021301              SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   W 01
             ITEM: RATAPE  BRAND:       MODEL:        COLOR:
     SIZE:          QUANTITY: 0001   SERIAL/ACCT/ID:
     DESCRIPTION: AUDIO TAPE RECORDING OF INTERVIEW WITH JEANEA AND
     BRAD LAMBETH.

**** NARRATIVE ****
  SERIAL NUMBER: 4913

ON 021301, AT 1542 HOURS, I INTERVIEWED WITNESS JEANEA LAMBETH AT HER
RESIDENCE AS PREVIOUSLY ARRANGED. THIS INTERVIEW WAS CONDUCTED AFTER I
RECEIVED A PHONE CALL FROM JEANEA. DURING THIS CALL, JEANEA ADVISED THAT
SHE WAS AWARE OF AN INCIDENT IN WHICH HER BROTHER VICTIM JOSEPH ANDRIANO
DAMAGED SOME OF HIS BEDROOM FURNITURE AFTER BEING INVOLVED IN AN ARGUMENT
WITH HIS WIFE WENDI ANDRIANO.

JEANEA RELATED THAT PRIOR TO THE INCIDENT IN WHICH JOSEPH DAMAGED HIS
FURNITURE, SHE HAD A CONVERSATION WITH HIM ABOUT HIS RELATIONSHIP WITH
WENDI. DURING THIS CONVERSATION, JOSEPH TOLD HER THAT WENDI HAD BEEN GOING
OUT DRINKING SEVERAL NIGHTS A WEEK. JOSEPH TALKED TO WENDI ABOUT HER GOING
OUT. WENDI TOLD HIM SHE WAS GOING TO WATCH A SOFTBALL TEAM WHO HAD BEEN
SPONSORED BY THE APARTMENT COMPLEX.

JOSEPH TOLD JEANEA HE WAS CONCERNED BECAUSE SHE WAS GOING OUT SO OFTEN AND
OFTEN CAME HOME DRUNK. HE WAS ALSO CONCERNED BECAUSE HE WAS AWARE THAT
THERE WERE OTHER MEN WHO WOULD GO WITH WENDI AND HER FRIENDS TO THE GAMES.
WENDI NEVER INVITED JOSEPH TO GO ALONG.

JEANEA AND JOSEPH DISCUSSED THE POSSIBILITY OF WENDI HAVING AN AFFAIR.
ALTHOUGH JOSEPH DID NOT BELIEVE WENDI WAS HAVING AN AFFAIR, JEANEA AND HER
HUSBAND BELIEVED SHE WAS.

JEANEA BELIEVES JOSEPH DID NOT WANT TO TAKE THE CHEMO TREATMENTS AND ONLY
DID SO BECAUSE WENDI INSISTED THAT HE DO IT. JOSEPH TOLD JEANEA HE DID NOT
BELIEVE THE CHEMO TREATMENTS WOULD HELP AND WAS ONLY TAKING THEM BECAUSE
WENDI WANTED HIM TO.

 2000 01797849   157                                    Continued.

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT        PAGE NUMBER:   2      DR NUMBER: 2000 01797849    157

ON THE NIGHT THAT THE FURNITURE BREAKING INCIDENT OCCURRED, JEANEA
RECEIVED A PHONE CALL FROM WENDI BETWEEN 0230-0300 HOURS. WENDI TOLD
JEANEA SHE NEEDED TO COME OVER. JEANEA ASKED WENDI IF JOSEPH AND HER SON
BRENT, WHO WAS STAYING WITH THEM AT THE TIME WERE OK. WENDI TOLD HER THEY
WERE OK BUT THAT SHE STILL NEEDED TO COME OVER. DURING THIS CALL, JEANEA
COULD HEAR JOSEPH IN THE BACK GROUND YELLING AT WENDI TELLING HER THAT SHE
DID NOT NEED TO CALL HIS FAMILY WHEN THEY WERE HAVING AN ARGUMENT. WENDI
EVENTUALLY TOLD JEANEA SHE WAS FIGHTING WITH JOSEPH.

WHILE GETTING READY TO GO TO WENDI AND JOSEPH'S APARTMENT, JEANEA RECEIVED
A CALL FROM JOSEPH WHO TOLD HER NOT TO COME. JOSEPH TOLD HER THEY HAD BEEN
IN A FIGHT BECAUSE WENDI HAD BEEN OUT DRINKING ALL NIGHT. HE ALSO TOLD HER
WENDI WAS NOW PASSED OUT ON THE BED AND THAT EVERYTHING WAS OK.

THE FOLLOWING DAY, JEANEA DROVE TO JOSEPH'S APARTMENT WHERE SHE TALKED TO
HIM ABOUT THE ARGUMENT HE HAD WITH WENDI. JOSEPH TOLD HER THAT WHILE WENDI
WAS OUT, HE CALLED HER ON THE CELLULAR PHONE. WENDI'S PHONE WAS ANSWERED
BY AN MALE WHO STATED, "HEY DUDE I'M TAKING CARE OF YOUR WIFE, DON'T WORRY
ABOUT IT". AFTER THIS CALL, JOSEPH KICKED THE BED AND THREW THE PHONE
BREAKING IT AGAINST THE DRESSER. SHE BELIEVED THE DAMAGE TO THE DRESSER
OCCURRED WHILE WENDI WAS STILL OUT DRINKING.

JEANEA TALKED TO HER SON ABOUT THE FIGHT. HER SON TOLD HER HE WAS ASLEEP
IN ANOTHER ROOM AND WAS UNAWARE OF THE FIGHT. SHE BELIEVED THIS OCCURRED
DURING THE FIRST WEEK OF AUGUST, 2000.

JEANEA LATER TALKED TO WENDI ABOUT THIS. WENDI TOLD HER THAT JOSEPH GOES
INTO RAGES. JEANEA ASKED HER IF THIS OCCURRED BECAUSE SHE WAS GOING OUT
ALL THE TIME. UPON ASKING HER THIS, WENDI REFUSED TO TALK TO JEANEA
FURTHER ABOUT THEIR PROBLEMS.

JOSEPH TALKED TO BOTH JEANEA AND HER HUSBAND ABOUT DIVORCING WENDI. JOSEPH
STATED HE DID NOT KNOW WHAT HE WOULD DO IF HE AND WENDI DIVORCED. SHE
BELIEVED HE THOUGHT HE WOULD BE UNABLE TO MAKE IT FINANCIALLY IF THEY
DIVORCED.

JEANEA AND HER HUSBAND MET JOSEPH AND WENDI IN LAUGHLIN DURING AUGUST.
DURING THIS TRIP, JEANEA ATTEMPTED TO TALK TO WENDI ABOUT THEIR PROBLEMS.
WENDI GOT UPSET DURING THIS CONVERSATION AND TOLD JEANEA IT WAS NON OF HER
BUSINESS. WENDI ALSO MADE THE STATEMENT, YOU JUST DON'T KNOW WHAT IT'S
LIKE TO HAVE IT WALKING AROUND THE HOUSE COUGHING AND STARING AT YOU IN
THE FACE EVERY SINGLE DAY". JEANEA ASKED HER WHAT SHE MEANT BY "IT". WENDI
RESPONDED BY STATING "JOE". THEIR CONVERSATION WAS INTERRUPTED AT THIS
POINT AND THEY DID NOT TALK ABOUT THIS AGAIN.

THIS CONCLUDED MY INTERVIEW WITH JEANEA.

AFTER MY INTERVIEW WITH JEANEA, I SPOKE BRIEFLY WITH HER SON BRAD ABOUT
THE NIGHT HE SPENT AT JOSEPH AND WENDI'S APARTMENT.

 2000 01797849    157                              Continued.

000009677

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   3      DR NUMBER: 2000 01797849    157

BRAD RELATED THAT HE HAD GONE TO THE APARTMENT TO HELP JOSEPH WITH THE
KIDS WHILE HE WAS UNDERGOING CHEMO TREATMENTS. HE DESCRIBED JOSEPH AS
HAVING BAD DAYS IN WHICH HE WOULD STAY IN BED ALL DAY AND GOOD DAYS IN
WHICH HE WAS ABLE TO GET OUT OF BED AND DO THINGS.

BRAD RECALLED THAT WENDI WOULD WORK DURING THE DAY. IN THE EVENING SHE
WOULD COME HOME AND EAT AND THEN GO OUT. HE DID NOT KNOW WHERE SHE WOULD
GO.

BRAD WAS AWARE OF ONE INCIDENT IN WHICH WENDI DID NOT COME HOME UNTIL
LATE. THIS UPSET JOSEPH WHO YELLED AT HER. BRAD RECALLED WENDI YELLING
BACK AT JOSEPH. HE DID NOT SEE A PHYSICAL CONFRONTATION BETWEEN THEM.

THIS CONCLUDED MY INTERVIEW WITH BRAD.

FOR FURTHER INFORMATION REFER TO AUDIO TAPE OF INTERVIEW.

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2843560

DR ENTERED BY : 4913    DR FINALIZED BY : 4913

END OF REPORT        DR NO: 2000 01797849  157

000009678

P-App. 005409

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    158

REPORT DATE: 20010302    TIME: 1443

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: ROBERT MILLER              A3163      UNIT: LAB

OFFENSE INVOLVED:  BIAS -

                    ***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000000
DATE: 000000              SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   UK00
              ITEM: IDOCUME BRAND:        MODEL:          COLOR:
      DESCRIPTION: PHOTOCOPIES OF DOCUMENTS EXAMINED FROM INVOICE 277
      8372 ITEM #1

0002  PKG 002 CODE:EI   UK00
              ITEM: IPRINT BRAND:        MODEL:          COLOR:
      DESCRIPTION: FORTY-TWO LATENT PHOTOGRAPHS/NEGATIVES

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:      2828219

   DR ENTERED BY : A3163    DR FINALIZED BY : A3163

                      END OF REPORT          DR NO: 2000 01797849    158

000009679

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849   159

REPORT DATE: 20001028   TIME: 0931

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: ROBERT MILLER             A3163    UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: A3163

ORIGINATING DR: 200001797849 076  LIMS: 00-21123 REPORT 23

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

-- RESULTS OF LATENT PRINT EVIDENCE EXAMINATION --

SECTION : LATENT PRINT PROCESSING   ANALYST: ROBERT MILLER(A3163)

ITEM #2778372-0001  --  PROCESSES USED:   CHEMICAL   INSTRUMENTAL

    USABLE LATENTS WERE DEVELOPED.

NONE OF THE LATENT(S) DEVELOPED FROM THIS EVIDENCE HAVE BEEN ENTERED INTO
AZAFIS.

I HAVE RETAINED THE EVIDENCE FOR FURTHER ANALYSIS.

VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : DRLAB    DR FINALIZED BY : DRLAB

                          END OF REPORT      DR NO: 2000 01797849   159

000009680

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849   160

REPORT DATE: 20001028   TIME: 0936

TYPE OF REPORT:  HOMICIDE                            OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: ROBERT MILLER              A3163     UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

  SERIAL NUMBER: A3163

ORIGINATING DR: 200001797849 077  LIMS: 00-21123 REPORT 24

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

-- RESULTS OF LATENT PRINT COMPARISON --

SECTION : LATENT PRINT COMPARISON   ANALYST: ROBERT MILLER(A3163)


AN ANALYSIS HAS BEEN COMPLETED ON INVOICE #2828219-0002, WHICH CONTAINS
LATENT CARD(S)/PHOTOGRAPH(S) #1-29, TO SCN #0010080158, ANDRIANO, WENDI,
DOB 082670, FEMALE, WITH THE FOLLOWING RESULTS:

LATENT CARD/PHOTOGRAPH #1 FROM "INVOICE 2778372 ITEM 1-A" HAS BEEN
IDENTIFIED TO THE RIGHT MIDDLE AND RING FINGERS OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #2 FROM "INVOICE 2778372 ITEM 1-A" HAS BEEN
IDENTIFIED TO THE LEFT THUMB OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #3 FROM "INVOICE 2778372 ITEM 1-A" HAS BEEN
IDENTIFIED TO THE RIGHT THUMB OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #4 FROM "INVOICE 2778372 ITEM 1-A" HAS BEEN
IDENTIFIED TO THE RIGHT THUMB OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #5 FROM "INVOICE 2778372 ITEM 1-A" HAS BEEN
IDENTIFIED TO THE RIGHT INDEX FINGER OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #6 FROM "INVOICE ITEM 1-A" HAS BEEN IDENTIFIED TO
THE LEFT PALM OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #7 FROM "INVOICE 2778372 ITEM 1-C" HAS BEEN
IDENTIFIED TO THE RIGHT THUMB OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #8 FROM "INVOICE 2778372 ITEM 1-E" HAS BEEN
IDENTIFIED TO THE LEFT MIDDLE AND RING FINGERS OF ANDRIANO, WENDI.


   2000  01797849   160                                    Continued.


000009681

P-App. 005412

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2      DR NUMBER: 2000 01797849    160

LATENT CARD/PHOTOGRAPH #13 FROM "INVOICE 2778372 ITEM 1-F" HAS BEEN
IDENTIFIED TO THE RIGHT PALM OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #14 FROM "INVOICE 2778372 ITEM 1-G" HAS BEEN
IDENTIFIED TO THE RIGHT LITTLE FINGER OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #17 FROM "INVOICE 2778372 ITEM 1-I" HAS BEEN
IDENTIFIED TO THE LEFT THUMB OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #21 FROM "INVOICE 2778372 ITEM 1-M" HAS BEEN
IDENTIFIED TO THE RIGHT PALM OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #22 FROM "INVOICE 2778372 ITEM 1-N" HAS BEEN
IDENTIFIED TO THE LEFT INDEX FINGER OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #24 FROM "INVOICE 2778372 ITEM 1-Q" HAS BEEN
IDENTIFIED TO THE LEFT RING FINGER OF ANDRIANO, WENDI.

LATENT CARD/PHOTOGRAPH #29 FROM "INVOICE 2778372 ITEM 1-P" HAS BEEN
IDENTIFIED TO THE LEFT RING FINGER OF ANDRIANO, WENDI.

NO IDENTIFICATIONS WERE EFFECTED ON LATENT CARD(S)/PHOTOGRAPH(S) #20.

ADDITIONAL LATENTS REMAIN ON LATENT CARD(S)/PHOTOGRAPH(S)  #8 THAT HAVE
NOT BEEN COMPARED.

THE INKED REMOTE FINGER AREA (E.G., SIDES, TIPS, AND LOWER FINGER DIGITS)
IMPRESSIONS ON FILE FOR ANDRIANO, WENDI ARE NOT OF SUFFICIENT QUALITY TO
COMPLETE THIS COMPARISON TO LATENT CARD(S)/PHOTOGRAPH(S) #15 AT THIS TIME.

THE EVIDENCE WAS RELEASED TO PROPERTY MANAGEMENT BUREAU FOR DISPOSITION.

ONLY LATENTS 1-8, 13-15, 17, 20, 21, 22, 24 AND 29 WERE COMPARED TO WENDI
ANDRIANO.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO            MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : DRLAB     DR FINALIZED BY : DRLAB

                         END OF REPORT      DR NO: 2000 01797849    160

000009682

P-App. 005413

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT              PAGE NUMBER:   1        DR NUMBER: 2000 01797849    161

REPORT DATE: 20010206   TIME: 1851

TYPE OF REPORT:  HOMICIDE                                OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE 132            BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: ELIZABETH CIOTO              A3143    UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

   SERIAL NUMBER: A3143

ORIGINATING DR: 200001797849 140  LIMS: 00-21123 REPORT 22

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

-- RESULTS OF SCIENTIFIC ANALYSIS --

SECTION : SEROLOGY SCREENING    ANALYST: ELIZABETH CIOTO(A3143)

BLOOD WAS INDICATED ON ITEM 2777913-0003 (THE KNIFE), ITEM 2777913-0005
(THE WOOD), ITEM 2777913-0024 (THE SWAB) AND ITEM 2778375-0001 (THE
SHIRT).
FURTHER CHARACTERIZATION MAY BE POSSIBLE USING NUCLEAR DNA ANALYSIS.
TRACE WAS COLLECTED FROM ITEM 2778375-0001 (THE SHIRT).

EVIDENCE DISPOSITION:

AT THE CONCLUSION OF ANALYSIS, ITEM(S) 2777913-0003, 2777913-0005,
2777913-0024, 2778375-0001 AND 2778375-0001.3 WERE RELEASED TO THE
PROPERTY MANAGEMENT BUREAU.

AT THE CONCLUSION OF ANALYSIS, ITEM(S) 2777913-0003.1, 2777913-0003.2,
2777913-0005.1, 2777913-0005.2, 2777913-0024.1, 2778375-0001.1 AND
2778375-0001.2 WERE RETAINED IN THE LABORATORY SECTION.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : DRLAB    DR FINALIZED BY : DRLAB

                         END OF REPORT       DR NO: 2000 01797849    161

000009683

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849   162

REPORT DATE: 20020528   TIME: 1404

TYPE OF REPORT:  HOMICIDE                                OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO               4913     UNIT: C81

OFFENSE INVOLVED:  BIAS -

```
================================================================
=                                                              =
=    ***  REQUEST FOR LATENT PRINT OR EVIDENCE EXAMINATION *** =
=                                                              =
================================================================
```

CURRENT DR IS: 2000 01797849   162
DATE OF REP: 052802 TIME OF REP: 1403  OFFENSE: HOMICIDE
LOCATION OF OCC: 021555 E  LIBERTY          LA
     LATENT LIFT CARDS:                   INVOICE NUMBER: 0002803890

INVOICE     ITEM # SFX   TYPE          INVOICE    ITEM #  SFX    TYPE

0002803890   0001        *MISC

**** SPECIAL INSTRUCTIONS ****

EXAMINE MONEY ORDER FOR LATENT PRINTS.

OFFICER REQUESTING ANALYSIS: LUCERO, DAVE
DIVISION OR SECTION: GIBH        EXTENTION: 0053657

VICTIM RECEIVED RIGHTS INFORMATION:  NO         MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 4913    DR FINALIZED BY : 4913

END OF REPORT       DR NO: 2000 01797849   162

000009684

P-App. 005415

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849   163

REPORT DATE: 20020528   TIME: 1408

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913    UNIT: C81

OFFENSE INVOLVED:  BIAS -

=====================================================================
=                                                                   =
=        ***  REQUEST FOR LATENT PRINT COMPARISON ***               =
=                                                                   =
=====================================================================

 CURRENT DR IS: 2000 01797849   163   DATE OF REP: 052802  TIME OF REP: 1409
 LOCATION OF OCC: 002155 E  LIBERTY              LA
 OFFENSE: HOMICIDE

  OFFICER REQUESTING ANALYSIS: LUCERO, DAVE
  DIVISION OR SECTION: GIBH        EXTENTION: 0053657

 COMPARE PRINTS OF THE FOLLOWING PEOPLE WITH LATENT IMPRESSIONS OBTAINED IN DR
    SCN      FP   LAST NAME        FIRST       MIDDLE      DOB   SEX

 0010080158   ANDRIANO       WENDI       ELIZABETH    82670  F

 0012270191   ANDRIANO       JOSEPH      D            81867  M

 0010080158   ANDRIANO       WENDI       ELIZABETH    82670  F

 0012270191   ANDRIANO       JOSEPH      D            81867  M

              ****  SPECIAL INSTRUCTIONS  ****

 IF PRINTS ARE FOUND IN REFERENCE TO SUPPLEMENT 162, COMPARE PRINTS TO
 LISTED INDIVIDUALS.


  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

 INVOICES:

  DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                      END OF REPORT        DR NO: 2000 01797849   163


000009685

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849   164

REPORT DATE: 20020528   TIME: 1421

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913     UNIT: C81

OFFENSE INVOLVED:  BIAS -

```
==================================================================
=                                                                =
=      ***  REQUEST FOR LATENT PRINT COMPARISON ***              =
=                                                                =
==================================================================
```

CURRENT DR IS: 2000 01797849   164   DATE OF REP: 052802  TIME OF REP: 1420
LOCATION OF OCC: 002155 E  LIBERTY              LA
OFFENSE: HOMICIDE

 OFFICER REQUESTING ANALYSIS: LUCERO, DAVE
 DIVISION OR SECTION: GIBH       EXTENTION: 0053657

COMPARE PRINTS OF THE FOLLOWING PEOPLE WITH LATENT IMPRESSIONS OBTAINED IN DR
  SCN       FP   LAST NAME        FIRST      MIDDLE     DOB   SEX
 0010080158   ANDRIANO      WENDI       ELIZABETH    82670  F

 0012270191   ANDRIANO      JOSEPH      D            81867  M

              ****  SPECIAL INSTRUCTIONS  ****

COMPARE FINGERPRINTS FOUND ON INVOICE 2782763, ITEM #1, WITH THE ABOVE
LISTED INDIVIDUALS.


 VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

 DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                        END OF REPORT       DR NO: 2000 01797849   164

000009686

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1          DR NUMBER: 2000 01797849    165

REPORT DATE: 20020613   TIME: 0747

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                  BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO               4913      UNIT: C81

OFFENSE INVOLVED:  BIAS -

***    PROPERTY/EVIDENCE    ***

RECOVERY LOCATION: 000000
DATE: 061202               SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:CI   AP01
            ITEM: *MISC   BRAND:        MODEL:            COLOR:
      SIZE:         QUANTITY: 0001   SERIAL/ACCT/ID:
      DESCRIPTION: HANDWRITING EXEMPLARS OBTAINED FROM WENDI
      ANDRIANO.

****  NARRATIVE  ****

  SERIAL NUMBER: 4913

ON 061202, I OBTAINED HANDWRITING EXEMPLARS FROM SUSPECT WENDI ANDRIANO
WHO WAS IN CUSTODY AT THE ESTRELLA JAIL PURSUANT TO A COURT ORDER. THE
EXEMPLARS WERE RETAINED IN MY POSSESSION UNTIL IMPOUNDED.

COURT ORDER: CR 2000-096032
            JUDGE LINDA A. AKERS
            SUPERIOR COURT

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2979765

 DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                        END OF REPORT        DR NO: 2000 01797849    165

000009687

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1          DR NUMBER: 2000 01797849    166

REPORT DATE: 20020613   TIME: 0813

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: DAVE LUCERO              4913      UNIT: C81

OFFENSE INVOLVED:  BIAS

```
    =================================================================
    =                                                               =
    =        ***  REQUEST FOR SCIENTIFIC ANALYSIS  ***              =
    =                                                               =
    =================================================================
```

CURRENT DR IS: 2000 01797849   166   BIOLOGICAL EVID (BLOOD,SEMEN,TISSUE): N
NAM: ANDRIANO        WENDI
NAM:                                           OFF:HOMICIDE
LOCATION: 002155 E   LIBERTY            LA              JAILED: Y
OFCR REQ OF ANALYSIS:LUCERO, DAVE                DATE OCC:101000 TIME:0000
(LAST,FIRST,MIDDLE) FIRM NAME USE BUS.          DATE REQ:061302 TIME:0813
VIC: ANDRIANO        JOSEPH                      DUI RELATED:N
BUS:

 MARIJUANA:  DRUGS:   BLOOD ALC:    BREATH ALC:   OTHER: Y PER INVOICE: N

 INVOICE     ITEM # SFX   TYPE          INVOICE    ITEM # SFX    TYPE

 0002979765   0001        *MISC         0002803890  0001          *MISC

BLOOD DRAWN BY:                    1.DATE/TIME DRAW:000000 / 0000
LOC OF DRAWING:                    2.DATE/TIME DRAW:000000 / 0000

                    ****  NARRATIVE  ****
  SERIAL NUMBER: 4913

COMPARE HANDWRITING EXEMPLARS OBTAINED FROM WENDI ANDRIANO TO SIGNATURE ON
MONEY ORDER.

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT        DR NO: 2000 01797849    166

000009688

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1         DR NUMBER: 2000 01797849   167

REPORT DATE: 20020626   TIME: 0943

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                  BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: KATHLEEN HUTCHINSON          A3320     UNIT: LAB

OFFENSE INVOLVED:  BIAS -

***    PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000000
DATE: 000000                   SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   UK00
              ITEM: YDOCUME BRAND:         MODEL:          COLOR:
         SIZE:          QUANTITY: 0001   SERIAL/ACCT/ID:
         DESCRIPTION: COPY OF ITEM#1-MONEY ORDER,FRONT AND BACK,INVOICE
         #2803890.MADE PRIOR TO PROCESSING.


  VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:    2984010

  DR ENTERED BY : A3320    DR FINALIZED BY : A3320

                         END OF REPORT        DR NO: 2000 01797849   167

000009689

P-App. 005420

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    168

REPORT DATE: 20020626   TIME: 0958

TYPE OF REPORT:  HOMICIDE                         OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: KATHLEEN HUTCHINSON          A3320    UNIT: LAB

OFFENSE INVOLVED:  BIAS -

*** PROPERTY/EVIDENCE ***

RECOVERY LOCATION: 000000
DATE: 000000              SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:CI   UK00
   LAB/FIELD:L ITEM: IPRINT  BRAND:        MODEL:        COLOR:
      SIZE:         QUANTITY: 0023   SERIAL/ACCT/ID:
      DESCRIPTION: 6 BLACK AND WHITE PHOTO LATENTS AND 17 35MM BLACK
      AND WHITE NEGATIVES OF INVOICE #2803890.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     2984013

   DR ENTERED BY : A3320    DR FINALIZED BY : A3320

END OF REPORT          DR NO: 2000 01797849    168

000009690

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    169

REPORT DATE: 20020626   TIME: 0958

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                  BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: KATHLEEN HUTCHINSON          A3320     UNIT: LAB

OFFENSE INVOLVED:  BIAS -

```
=================================================================
=                                                               =
=      ***  REQUEST FOR LATENT PRINT OR EVIDENCE EXAMINATION *** =
=                                                               =
=================================================================
```

CURRENT DR IS: 2000 01797849   169
DATE OF REP: 062602 TIME OF REP: 0958  OFFENSE: HOMICIDE
LOCATION OF OCC: 002155 E  LIBERTY          LA
      LATENT LIFT CARDS:               INVOICE NUMBER: 0002984013

INVOICE     ITEM # SFX   TYPE          INVOICE    ITEM # SFX    TYPE

 0002984013   0001         IPRINT

            ****  SPECIAL INSTRUCTIONS  ****

OFFICER REQUESTING ANALYSIS: HUTCHINSON, KATHLEEN
DIVISION OR SECTION: LAB          EXTENTION: 0000000

                ****  NARRATIVE  ****
   SERIAL NUMBER:

NO INSTRUCTIONS

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : A3320    DR FINALIZED BY : A3320

                     END OF REPORT        DR NO: 2000 01797849   169

000009691

P-App. 005422

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849   170

REPORT DATE: 20020626   TIME: 1315

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: KATHLEEN HUTCHINSON        A3320     UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

  SERIAL NUMBER: A3320

ORIGINATING DR: 200001797849 162  LIMS: 00-21123 REPORT 27

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

     -- RESULTS OF LATENT PRINT EVIDENCE EXAMINATION --

SECTION : LATENT PRINT PROCESSING   ANALYST: KATHLEEN HUTCHINSON(A3320)

  ITEM #2803890-0001  --  PROCESSES USED:  CHEMICAL   INSTRUMENTAL

      USABLE LATENTS WERE DEVELOPED.

NONE OF THE LATENT(S) DEVELOPED FROM THIS EVIDENCE HAVE BEEN ENTERED INTO
AZAFIS.

THE EVIDENCE WAS RELEASED TO THE PROPERTY  MANAGEMENT BUREAU FOR
DISPOSITION.

LATENTS DEVELOPED WERE IMPOUNDED UNDER INVOICE #2984013.


  VICTIM RECEIVED RIGHTS INFORMATION:  NO        MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : DRLAB    DR FINALIZED BY : DRLAB

                           END OF REPORT        DR NO: 2000 01797849   170


000009692

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849   171

REPORT DATE: 20020706   TIME: 0737

TYPE OF REPORT:  HOMICIDE                           OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: STACY HUBBARD          A3161    UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

    SERIAL NUMBER: A3161

ORIGINATING DR: 200001797849 164  LIMS: 00-21123 REPORT 28

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

-- RESULTS OF LATENT PRINT COMPARISON --

SECTION : LATENT PRINT COMPARISON   ANALYST: STACY HUBBARD(A3161)

THE SEALED AND MARKED PLASTIC EVIDENCE ENVELOPE CONTAINED 18 ITEMS OF
EVIDENCE, (ITEM 2782763-0001).
THE SEALED AND MARKED PLASTIC EVIDENCE ENVELOPE CONTAINED FOUR ITEMS OF
EVIDENCE, (ITEM 2778203-0001).

AN ANALYSIS HAS BEEN COMPLETED ON INVOICE #2782763-0001, WHICH CONTAINS
LATENT CARD(S)/PHOTOGRAPH(S) #1-18, TO SCN #0012270191, ANDRIANO, JOSEPH,
DOB 08/18/67, MALE, WITH THE FOLLOWING RESULTS:

NO IDENTIFICATIONS WERE EFFECTED ON LATENT CARD(S)/PHOTOGRAPH(S) #1-18.

THE EVIDENCE WAS RELEASED TO PROPERTY MANAGEMENT BUREAU FOR DISPOSITION.

AN ANALYSIS HAS BEEN COMPLETED ON INVOICE #2782763-0001, WHICH CONTAINS
LATENT CARD(S)/PHOTOGRAPH(S) #1-18, TO SCN #0010080158, ANDRIANO, WENDI,
DOB 08/26/70, FEMALE, WITH THE FOLLOWING RESULTS:

LATENT CARD/PHOTOGRAPH #9 FROM "INSIDE FRONT DOOR" HAS BEEN IDENTIFIED TO
THE LEFT MIDDLE FINGER OF ANDRIANO, WENDI.

NO IDENTIFICATIONS WERE EFFECTED ON LATENT CARD(S)/PHOTOGRAPH(S) #1-8 AND
10-18.

THE EVIDENCE WAS RELEASED TO PROPERTY MANAGEMENT BUREAU FOR DISPOSITION.

    VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

    2000 01797849   171                                    Continued.

000009693

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT                PAGE NUMBER:   2        DR NUMBER: 2000 01797849     171

INVOICES:

   DR ENTERED BY : DRLAB        DR FINALIZED BY : DRLAB

                        END OF REPORT          DR NO: 2000 01797849     171

000009694

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1      DR NUMBER: 2000 01797849   172

REPORT DATE: 20020710   TIME: 0735

TYPE OF REPORT:  HOMICIDE                        OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: STACY HUBBARD          A3161     UNIT: C23

OFFENSE INVOLVED:  BIAS -

                   ****  NARRATIVE  ****

   SERIAL NUMBER: A3161

ORIGINATING DR: 200001797849 169  LIMS: 00-21123 REPORT 29

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

      -- RESULTS OF LATENT PRINT EVIDENCE EXAMINATION --

SECTION : LATENT PRINT EVALUATION   ANALYST: STACY HUBBARD(A3161)

THE SEALED AND MARKED PLASTIC EVIDENCE ENVELOPE CONTAINED 23 ITEMS OF
EVIDENCE, (ITEM 2984013-0001).

INVOICE #2984013-0001 CONTAINS 3 LATENT CARD(S)/PHOTOGRAPH(S).

LATENT PRINTS OF VALUE  --  YES

I HAVE RETAINED THE EVIDENCE FOR FURTHER COMPARATIVE ANALYSIS.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO        MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : DRLAB    DR FINALIZED BY : DRLAB

                   END OF REPORT      DR NO: 2000 01797849   172

000009695

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:  1      DR NUMBER: 2000 01797849    173

REPORT DATE: 20020710   TIME: 0735

TYPE OF REPORT:  HOMICIDE                        OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE            BEAT: 0444   GRID: JD32

REPORTING OFFICER[S]: STACY HUBBARD         A3161     UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

SERIAL NUMBER: A3161

ORIGINATING DR: 200001797849 163  LIMS: 00-21123 REPORT 30

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

-- RESULTS OF LATENT PRINT COMPARISON --

SECTION : LATENT PRINT COMPARISON   ANALYST: STACY HUBBARD(A3161)

THE SEALED AND MARKED PAPER AND PLASTIC EVIDENCE ENVELOPE CONTAINED FOUR
ITEMS OF EVIDENCE, (ITEM 2778203-0001).
THE SEALED AND MARKED PLASTIC EVIDENCE ENVELOPE CONTAINED 23 ITEMS OF
EVIDENCE, (ITEM 2984013-0001).

AN ANALYSIS HAS BEEN COMPLETED ON INVOICE #2984013-0001, WHICH CONTAINS
LATENT CARD(S)/PHOTOGRAPH(S) #1-3, TO INVOICE/2778203, ANDRIANO, JOSEPH,
DOB 08/18/67, MALE, WITH THE FOLLOWING RESULTS:

NO IDENTIFICATIONS WERE EFFECTED ON LATENT CARD(S)/PHOTOGRAPH(S) #1-3.

THE EVIDENCE WAS RELEASED TO PROPERTY MANAGEMENT BUREAU FOR DISPOSITION.


AN ANALYSIS HAS BEEN COMPLETED ON INVOICE #2984013-0001, WHICH CONTAINS
LATENT CARD(S)/PHOTOGRAPH(S) #1-3, TO SCN #0010080158, ANDRIANO, WENDI,
DOB 08/26/70, FEMALE, WITH THE FOLLOWING RESULTS:

NO IDENTIFICATIONS WERE EFFECTED ON LATENT CARD(S)/PHOTOGRAPH(S) #1-3.

THE EVIDENCE WAS RELEASED TO PROPERTY MANAGEMENT BUREAU FOR DISPOSITION.


VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : DRLAB    DR FINALIZED BY : DRLAB


2000 01797849   173                           Continued.

000009696

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:    2        DR NUMBER: 2000 01797849    173


                      END OF REPORT          DR NO: 2000 01797849    173

000009697

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    174

REPORT DATE: 20020711   TIME: 1432

TYPE OF REPORT:  HOMICIDE                      OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: JOHN HSUEH               A3528     UNIT: C23

OFFENSE INVOLVED:  BIAS -

**** NARRATIVE ****

  SERIAL NUMBER: A3528

ORIGINATING DR: 200001797849 166  LIMS: 00-21123 REPORT 31

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

-- RESULTS OF SCIENTIFIC ANALYSIS --

SECTION : QUESTIONED DOCUMENTS   ANALYST: JOHN HSUEH(A3528)

THE SIGNATURE "ANNE NEWTON" ON THE MONEY ORDER, REFERRED TO AS Q11, WAS
PROBABLY WRITTEN BY THE WRITER OF THE EXEMPLARS, REFERRED TO AS K1 THROUGH
K19.  DUE TO UNNATURAL HANDWRITING IN THE SIGNATURE IN Q11, NO OTHER
OPINION CAN BE RENDERED.

EVIDENCE DISPOSITION:

AT THE CONCLUSION OF THE ANALYSIS, ALL PROPERTY WAS RELEASED TO PROPERTY
MANAGEMENT BUREAU.

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : DRLAB    DR FINALIZED BY : DRLAB

                          END OF REPORT      DR NO: 2000 01797849   174

000009698

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    175

REPORT DATE: 20020723   TIME: 1409

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444   GRID: JD32

DATE/TIME OF OCCURRENCE:                    /    TUE     072302

REPORTING OFFICER[S]: EDWIN MARTINEZ              4447     UNIT: O20

OFFENSE INVOLVED:  BIAS -

*** PROPERTY/EVIDENCE ***

0007  PKG 000 CODE:E   UK00
        ITEM: PSPECIM BRAND:         MODEL:            COLOR:
     DESCRIPTION: PORTION OF BLOODSTAINED SEAT OF STOOL THAT WAS
     PACKAGED IN A PLASTIC EVIDENCE BAG WAS FOUND OPEN BY ONE OF THE PMB
     TECHNICIAN AND IT WAS RESEALED BY B. BORCHERT #A3196.

**** NARRATIVE ****

   SERIAL NUMBER: 4447

THIS SUPPLEMENT IS GENRATED TO INFORM YOU THAT THE ABOVE LISTED ITEM
IMPOUNDED AS EVIDENCE ON INVOICE #2777913 UNDER DR# 2000 01797849 WAS
FOUND OPEN BY PROPERTY TECHNICIAN SUPERVISOR B. BORCHERT AND IT WAS
RESEALED BY THE SAME PERSON.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO        MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : 4447    DR FINALIZED BY : 4447

                        END OF REPORT        DR NO: 2000 01797849    175

000009699

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1        DR NUMBER: 2000 01797849    176

REPORT DATE: 20020909   TIME: 1224

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: GREGORY ALLINICH            5185     UNIT: C23

OFFENSE INVOLVED:  BIAS -

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000000
DATE: 000000              SEARCH WARRANT INVOLVED:

0001  PKG 000 CODE:EI    W 01
           ITEM: DDISK    BRAND: SAMSUN MODEL: SV0432A/MEI COLOR:
     SIZE:         QUANTITY: 0001    SERIAL/ACCT/ID:
     DESCRIPTION: ONE COMPUTER HARD DRIVE - "SAMSUNG - SV0432A/MEI"
     WITH YELLOW EVIDENCE STICKER LABELED "S16I1D1."

****  NARRATIVE  ****

 SERIAL NUMBER: 5185

ON 09-09-02, I IMPOUNDED THE LISTED HARD DRIVE AT 620 W. WASHINGTON
STREET, PHOENIX POLICE DEPARTMENT.

ON JULY 19, 2002, THE COMPUTER SERVICES BUREAU, COMPUTER FORENSIC UNIT,
WAS MOVED TO ANOTHER ROOM ON THE SAME FLOOR AT 620 W. WASHINGTON STREET,
DUE TO THE AVAILABILITY OF SPACE. DURING THIS TIME I FOUND THE LISTED
HARD DRIVE ON MY DESK. AFTER SPEAKING TO THE OTHER MEMBERS OF THE UNIT IN
ORDER TO IDENTIFY THE LISTED HARD DRIVE, I THEN PLACED THE HARD DRIVE IN
A LOCKED CAGE USED AND AUTHORIZED FOR EVIDENCE STORAGE.

IT SHOULD BE NOTED THAT THE COMPUTER FORENSIC LAB AS WELL AS THE CAGE ARE
BOTH AUTHORIZED IMPOUND ROOMS FOR THE STORAGE OF EVIDENCE. THE COMPUTER
FORENSIC LAB IS CONTROLLED BY KEY ACCESS AND AN INTERNAL ALARM SYSTEM.

AFTER SPEAKING WITH DETECTIVE GUZMAN ON THURSDAY SEPTEMBER 5, 2002, IN
REFERENCE TO THIS HARD DRIVE, HE WAS ABLE TO IDENTIFY THE HARD DRIVE AS
TO THIS REPORT NUMBER.

ON 09-09-2002, USING MY FORENSIC LAB COMPUTER WITH WINDOWS 2000 OPERATING
SYSTEM AND ENCASE VERSION 3.21C, I OBTAINED A "HASH" VALUE FOR THE LISTED
HARD DRIVE. THAT VALUE IS AS FOLLOWS:

THE HASH VALUE OF 1 FROM SECTOR 0 TO 8421839 IS:
44280C1B4410245406A11C514EBC6C45
COMPLETED ON: 09/09/02 09:48:07AM
ELAPSED TIME: 0:05:42

 2000 01797849   176                              Continued.

000009700

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   2        DR NUMBER: 2000 01797849    176

THE HASH VALUE IS A UNIQUE NUMBER THAT DESCRIBES THE CONTENTS OF THE HARD
DRIVE. IT IS ESSENTIALLY A "DIGITAL FINGERPRINT" OF THE ENTIRE HARD
DRIVE.

THE PURPOSE OF OBTAINING A HASH VALUE ON THIS DATE IS TO VERIFY THAT THE
EVIDENCE CONTAINED ON THE HARD DRIVE IS INDEED THE SAME AS IT ORIGINALLY
WAS ON 10/11/00 WHEN IT WAS ORIGINALLY IMAGED BY DETECTIVE GUZMAN #3980.

VICTIM RECEIVED RIGHTS INFORMATION:   NO          MAIL-IN SUPPLEMENT:

INVOICES:     3008205

DR ENTERED BY : 5185     DR FINALIZED BY : 5185

                        END OF REPORT          DR NO: 2000 01797849    176

000009701

P-App. 005432

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849    177

REPORT DATE: 20021009   TIME: 1208

TYPE OF REPORT:  HOMICIDE                           OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: KAYE KALINA              A2760    UNIT: LAB

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000000
DATE: 000000            SEARCH WARRANT INVOLVED:

0001  PKG 000 CODE:CI   UK00
   LAB/FIELD:L ITEM: IPRINT  BRAND:       MODEL:         COLOR:
      SIZE:        QUANTITY: 0010   SERIAL/ACCT/ID:
      DESCRIPTION: EIGHT (8) NEGATIVES AND TWO (2) BLACK AND WHITE PH
      OTOGRAPHS OF POSSIBLE BLOOD LATENTS FROM DOOR AT 2155 E. LIBERTY LN.TAKEN
      ON 10-08-00.THIS INVOICE REPLACES INVOICE 2777504.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     3017948

DR ENTERED BY : A2760    DR FINALIZED BY : A2760

END OF REPORT          DR NO: 2000 01797849    177

000009702

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    178

REPORT DATE: 20021009   TIME: 1208

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE          BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: KAYE KALINA              A2760    UNIT: LAB

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

```
================================================================
=                                                              =
=    ***  REQUEST FOR LATENT PRINT OR EVIDENCE EXAMINATION *** =
=                                                              =
================================================================
```

CURRENT DR IS: 2000 01797849   178
DATE OF REP: 100902 TIME OF REP: 1208  OFFENSE: HOMICIDE
LOCATION OF OCC: 002155 E  LIBERTY         LA
      LATENT LIFT CARDS:                 INVOICE NUMBER: 0003017948

 INVOICE     ITEM # SFX   TYPE          INVOICE    ITEM #  SFX   TYPE

  0003017948    0001         IPRINT

             ****  SPECIAL INSTRUCTIONS  ****

OFFICER REQUESTING ANALYSTS: KALINA, KAYE
DIVISION OR SECTION: LAB         EXTENTION: 0000000

              ****  NARRATIVE  ****

  SERIAL NUMBER:

NO INSTRUCTIONS

  VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

  DR ENTERED BY : A2760    DR FINALIZED BY : A2760

                    END OF REPORT        DR NO: 2000 01797849    178

000009703

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849   179

REPORT DATE: 20021011   TIME: 0921

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444  GRID: JD32

REPORTING OFFICER[S]: KAYE KALINA             A2760     UNIT: C23

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

                    **** NARRATIVE ****

   SERIAL NUMBER: A2760

ORIGINATING DR: 200001797849 178  LIMS: 00-21123 REPORT 32

THE FOLLOWING INFORMATION IS A SUMMARY OF THE LABORATORY EXAMINATION
RESULTS. CONTACT THE LABORATORY SERVICES BUREAU FOR THE OFFICIAL REPORT.

       -- RESULTS OF LATENT PRINT EVIDENCE EXAMINATION --

SECTION : LATENT PRINT EVALUATION    ANALYST: KAYE KALINA(A2760)


THE SEALED AND MARKED PLASTIC EVIDENCE ENVELOPE CONTAINED 10 ITEMS OF
EVIDENCE, (ITEM 3017948-0001).
INVOICE #3017948-0001 CONTAINS 2 LATENT CARD(S)/PHOTOGRAPH(S).

LATENT PRINTS OF VALUE  --  NO

THE EVIDENCE WAS RELEASED TO THE PROPERTY MANAGEMENT BUREAU FOR
DISPOSITION.


   VICTIM RECEIVED RIGHTS INFORMATION:  NO        MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : DRLAB    DR FINALIZED BY : DRLAB

                    END OF REPORT        DR NO: 2000 01797849   179

000009704

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1        DR NUMBER: 2000 01797849    180

REPORT DATE: 20030419   TIME: 1045

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                  BEAT: 0444  GRID: JD32

DATE/TIME OF OCCURRENCE:    WED    101800    0001

REPORTING OFFICER[S]: DENNIS OLSON                  2979     UNIT: C31

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

                      ***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000000
DATE: 000000              SEARCH WARRANT INVOLVED:

0001  PKG 000 CODE:IE   UK00
            ITEM: YDOCUME BRAND:        MODEL:            COLOR:
         DESCRIPTION: CRIME SCENE DIAGRAMS

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:     3076873

   DR ENTERED BY : 2979   DR FINALIZED BY : 2979

                      END OF REPORT        DR NO: 2000 01797849    180

000009705

P-App. 005436

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849   181

REPORT DATE: 20040520   TIME: 1048

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE            BEAT: 0444   GRID: JD32

DATE/TIME OF OCCURRENCE:    WED    101800    0001

REPORTING OFFICER[S]: DAVE LUCERO                  4913     UNIT: C33

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

```
==========================================================
=                                                        =
=         ***  REQUEST FOR LAB ANALYSIS  ***             =
=                                                        =
==========================================================
```

CURRENT DR IS: 2000 01797849   181   BIOLOGICAL EVID (BLOOD,SEMEN,TISSUE): Y
NAM: ANDRIANO          WENDI
NAM:                                       OFF:HOMICIDE
LOCATION: 002155 E   LIBERTY          LA            JAILED: Y
OFCR REQ OF ANALYSIS:LUCERO, DAVE         DATE OCC:100800 TIME:0225
(LAST,FIRST,MIDDLE) FIRM NAME USE BUS.    DATE REQ:052004 TIME:1030
VIC: ANDRIANO          JOSEPH             DUI RELATED:N
BUS:

| INVOICE     | ITEM # | SFX | TYPE   | TYPE OF REQUEST             |
|-------------|--------|-----|--------|-----------------------------|
| 0002777913  | 0021   |     | PSPECIM | FORENSIC BIOLOGY (SERO/DNA) |
| 0002777913  | 0022   |     | PSPECIM | FORENSIC BIOLOGY (SERO/DNA) |
| 0002778214  | 0001   |     | PSPECIM | FORENSIC BIOLOGY (SERO/DNA) |
| 0002778375  | 0003   |     | PSPECIM | FORENSIC BIOLOGY (SERO/DNA) |

BLOOD DRAWN BY:                     1.DATE/TIME DRAW:000000 / 0000
LOC OF DRAWING:                     2.DATE/TIME DRAW:000000 / 0000

                    ****  NARRATIVE  ****

  SERIAL NUMBER: 4913

PLEASE COMPARE HAIR FOUND IN VICTIM'S HANDS TO VICTIM AND SUSPECT.

  VICTIM RECEIVED RIGHTS INFORMATION:  NO        MAIL-IN SUPPLEMENT:

INVOICES:

  2000 01797849   181                              Continued.

000009706

P-App. 005437

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   2       DR NUMBER: 2000 01797849    181

DR ENTERED BY : 4913      DR FINALIZED BY : 4913

END OF REPORT          DR NO: 2000 01797849    181

000009707

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    182

REPORT DATE: 20040528    TIME: 1131

TYPE OF REPORT:  HOMICIDE                                OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                  BEAT: 0444  GRID: JD32

DATE/TIME OF OCCURRENCE:    WED    101800    0001

REPORTING OFFICER[S]: JOSEPH PASTERNAK              A4438    UNIT: C23

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

**** NARRATIVE ****

SERIAL NUMBER: A4438

ORIGINATING DR: 200001797849 181
THE FOLLOWING IS A SUMMARY OF THE LABORATORY EXAMINATION RESULTS.
CONTACT THE LABORATORY BUREAU FOR THE OFFICIAL REPORT.


ANALYST: JOSEPH PASTERNAK(A4438)
MICROSCOPIC EXAMINATION OF ITEM 2777913-0021.01 (HAIR FROM LEFT HAND),
ITEM 2777913-0021.02 (HAIR FROM LEFT HAND), ITEM 2777913-0022.01 (HAIR
FROM RIGHT HAND), AND ITEM 2777913-0022.02 (HAIR FROM RIGHT HAND)
DETERMINED THE HAIR(S) TO BE OF HUMAN ORIGIN, AND INDICATED THE PRESENCE
OF TISSUE.    FURTHER CHARACTERIZATION MAY BE POSSIBLE USING NUCLEAR DNA
ANALYSIS.    THE FOLLOWING ITEMS WOULD BE CONSUMED IN DNA ANALYSIS:
2777913-0021.01.A, 2777913-0021.02.A, 2777913-0022.01.A,
2777913-0022.02.A.   IF DNA ANALYSIS IS REQUESTED, PLEASE CONTACT THE
FORENSIC BIOLOGY SECTION.    BLOOD WAS INDICATED ON ITEM 2777913-0021.03
(HAIRS FROM LEFT HAND) AND ITEM 2777913-0022.03 (HAIRS FROM RIGHT HAND).


VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : DRLIM      DR FINALIZED BY : DRLIM

END OF REPORT              DR NO: 2000 01797849    182


000009708

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2000 01797849    183

REPORT DATE: 20040623   TIME: 1009

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE               BEAT: 0444  GRID: JD32

DATE/TIME OF OCCURRENCE:    WED    101800    0001

REPORTING OFFICER[S]: KATHLEEN SARTOR               A4093     UNIT: C23

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

**** NARRATIVE ****

   SERIAL NUMBER: A4093

ORIGINATING DR: 200001797849 181
THE FOLLOWING IS A SUMMARY OF THE LABORATORY EXAMINATION RESULTS.
CONTACT THE LABORATORY BUREAU FOR THE OFFICIAL REPORT.


ANALYST: KATHLEEN SARTOR(A4093)
HUMAN DNA WAS ISOLATED FROM ITEMS 2777913-0021.01.A, 2777913-0021.02.A,
2777913-0022.01.A AND 277913-0022.02.A.  THE DNA WAS CHARACTERIZED USING
THE POLYMERASE CHAIN REACTION (PCR) AT AMELOGENIN AND THE SHORT TANDEM
REPEAT (STR) LOCI: D3S1358, VWA, FGA, D8S1179, D21S11, D18S51, D5S818,
D13S317, D7S820, D16S539, TH01, TPOX, AND CSF1PO.   THE DNA PROFILE
FROM ITEMS 2777913-0021.01.A, 2777913-0021.02.A, 2777913-0022.01.A AND
2777913-0022.02.A MATCHES THE DNA PROFILE FROM ITEM 2778375-0003.1 (WENDY
ANDRIANO) AT ALL 14 LOCI.   THE APPROXIMATE INCIDENCE OF THIS PROFILE IS 1
IN 6.1 QUADRILLION CAUCASIANS, 1 IN 280 QUADRILLION AFRICAN AMERICANS AND
1 IN 3.5 QUADRILLION SOUTHWESTERN HISPANICS.  (ONE QUADRILLION =
1,000,000,000,000,000)


   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:

   DR ENTERED BY : DRLIM     DR FINALIZED BY : DRLIM

                        END OF REPORT        DR NO: 2000 01797849    183

000009709

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1      DR NUMBER: 2000 01797849    184

REPORT DATE: 20041123   TIME: 1719

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE              BEAT: 0444  GRID: JD32

DATE/TIME OF OCCURRENCE:    WED    101800    0001

REPORTING OFFICER[S]: DAVE LUCERO                4913     UNIT: C33

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

                    ***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000620 W WASHINGTON ST
DATE: 000000                 SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI   V 01
            ITEM: *MISC   BRAND:      MODEL:           COLOR:
       SIZE:        QUANTITY: 0001    SERIAL/ACCT/ID:
       DESCRIPTION: MAJOR CASE FILE.

                    ****  NARRATIVE  ****

   SERIAL NUMBER: 4913

GENERATED TO IMPOUND THE LISTED EVIDENCE.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT:

INVOICES:    3277320

   DR ENTERED BY : 4913    DR FINALIZED BY : 4913

                    END OF REPORT        DR NO: 2000 01797849    184

000009710

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1        DR NUMBER: 2000 01797849   185

REPORT DATE: 20041130   TIME: 1521

TYPE OF REPORT:  HOMICIDE                              OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

DATE/TIME OF OCCURRENCE:    WED    101800    0001

REPORTING OFFICER[S]: DENNIS OLSON                   2979     UNIT: C55

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

                    ***   PROPERTY/EVIDENCE   ***

RECOVERY LOCATION: 000000
DATE: 000000                  SEARCH WARRANT INVOLVED:

0001  PKG 000 CODE:IE   UK00
               ITEM: YDOCUME BRAND:          MODEL:           COLOR:
         DESCRIPTION: DET. OLSON RECONSTRUCTION FILE AND REPORT

  VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

INVOICES:    3279940

  DR ENTERED BY : 2979    DR FINALIZED BY : 2979
                         END OF REPORT         DR NO: 2000 01797849   185

000009711

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1       DR NUMBER: 2000 01797849   186

REPORT DATE: 20041229   TIME: 0648

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                 BEAT: 0444  GRID: JD32

DATE/TIME OF OCCURRENCE:          101800    0001

REPORTING OFFICER[S]: RONALD BATES              1968      UNIT: APS

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

**** NARRATIVE ****

SERIAL NUMBER: 1968

COMPUTER GENERATED SUPPLEMENT CREATED BY PROPERTY MANAGEMENT BUREAU.
ON FEBRUARY 20, 2004, AT 1345 HRS,  AN ACCIDENT OCCURRED IN THE PROPERTY
MANAGMENT BUREAU WAREHOUSE, THAT CAUSED AN ACCIDENTAL DISCHARGE OF WATER
FROM THE FIRE SPRINKLER SYSTEM.  THE PROPERTY ASSOCIATED WITH THIS REPORT
WAS STORED WITHIN THE AFFECTED AREA AND MAY HAVE BEEN DAMPENED.
>
ALL AFFECTED PROPERTY WAS IMMEDIATELY REMOVED FROM THE SHELVES, INSPECTED,
DRIED, AND EVENUALLY RETURNED TO A NEW LOCATION ON THE SHELVES.  ANY
PACKAGE FOUND OPEN WAS RESEALED BY AN OFFICER, OR REPACKAGED IF NECESSARY.
ANY EVIDENCE THAT REQUIRED SPECIAL HANDLING IS DOCUMENTED IN A SEPARATE
SUPPLEMENT DESCRIBING THE CONDITION IT WAS FOUND IN, AND WHAT WAS DONE.
>
AN AFTER-ACTION REPORT WAS WRITTEN IN MEMO FORM AND IS ON FILE IN THE
PHOENIX POLICE DEPARTMENT PROPERTY MANAGEMENT BUREAU FILES. THE REPORT
DESCRIBES THE ACCIDENT CIRCUMSTANCES.

MAIL-IN SUPPLEMENT:

INVOICES:

DR ENTERED BY : 1968    DR FINALIZED BY : 1968

END OF REPORT          DR NO: 2000 01797849   186

000009712

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   1        DR NUMBER: 2000 01797849     187

REPORT DATE: 20050106    TIME: 1520

TYPE OF REPORT:  HOMICIDE                               OFFENSE: 451

LOCATION: 002155 E LIBERTY LANE                BEAT: 0444  GRID: JD32

DATE/TIME OF OCCURRENCE:    WED    101800    0001

REPORTING OFFICER[S]: DAVE LUCERO                   4913     UNIT: C33

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

                   ***    PROPERTY/EVIDENCE    ***

RECOVERY LOCATION: 000301 W JEFFERSON ST
DATE: 000000                  SEARCH WARRANT INVOLVED:

0001  PKG 001 CODE:EI    V 01
             ITEM: *MISC    BRAND:        MODEL:          COLOR:
        SIZE:          QUANTITY: 0001    SERIAL/ACCT/ID:
        DESCRIPTION: BLUE ENVELOPE WITH HANDWRITTEN NOTES ON IT. THIS
        ITEM WAS CHECKED OUT FOR TRIAL BY COUNTY ATTORNEY JUAN MARTINEZ, TAKEN
        FROM ITS ORIGINAL PACKAGING AND GIVEN BACK AT A LATER DATE. THE ITEM WAS
        NOT IN ITS ORIGINAL PACKAGING AND THE ITEM NUMBER AND INVOICE ARE UNKNOWN
        AT THIS TIME.

VICTIM RECEIVED RIGHTS INFORMATION: NO                MAIL IN SUPPLEMENT

INVOICES:    3294276

   DR ENTERED BY : 4913     DR FINALIZED BY : 4913

                        END OF REPORT        DR NO: 2000 01797849     187

000009713

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT          PAGE NUMBER:   1     DR NUMBER: 2000 01797849    188

REPORT DATE: 20070223    TIME: 0752

TYPE OF REPORT:  HOMICIDE                          OFFENSE: 451

PROSECUTION DESIRED: YES                      SUSPECT[S]:  BOOKED

BOOKING VICTIM NOTIFIED: NO

LOCATION: 002155 E LIBERTY LANE 132          BEAT: 0444  GRID: JD32

DATE/TIME OF OCCURRENCE:     SUN    100800   0225  /  SUN    100800   0338

REPORTING OFFICER[S]: JOHN KINNAMAN            A4651    UNIT: C23

PREMISES: APARTMENT                           OCCUPIED: YES

OFFENSE INVOLVED:  DOMESTIC VIOLENCE  - MINORS PRESENT
                   BIAS -

PHOTOGRAPHS TAKEN: NO    BY:

SCENE PROCESSED FOR LATENTS: NO      BY:

                                              OVER AGE 18: YES

**** NARRATIVE ****

    SERIAL NUMBER: A4651

ORIGINATING DR: 200001797849 000
THE FOLLOWING IS A SUMMARY OF THE LABORATORY EXAMINATION RESULTS.
CONTACT THE LABORATORY BUREAU FOR THE OFFICIAL REPORT.


ANALYST: JOHN KINNAMAN(A4651)
ON 02-05-07, AT APPROXIMATELY 0655 HOURS, I ARRIVED AT 3032 S. 22ND AVE.
TO PHOTOGRAPH THE SCENE AT THE REQUEST OF INDUSTRIAL HYGENIST, HEATHER MC
ARTHUR #A4762.

18 COLOR EXPOSURES WERE TAKEN.  THE IMAGING DISK WAS TURNED OVER TO THE FO
RENSIC IMAGING UNIT.

WORK ON THIS CASE WAS PERFORMED BY K. LAWLER #A4930, UNDER MY DIRECTION.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO          MAIL-IN SUPPLEMENT: NO

INVOICES:

   2000 01797849    188                              Continued.

000009714

PHOENIX POLICE DEPARTMENT REPORT

SUPPLEMENT            PAGE NUMBER:   2        DR NUMBER: 2000 01797849   188

DR ENTERED BY : DRLIM      DR FINALIZED BY : DRLIM

END OF REPORT            DR NO: 2000 01797849   188

000009715

To David { CONFIDENTIAL
From Kandy {

giving herself up another is codependency and as long as she was asking Robin for the

things that Wendi needs it is not that. She said that she had been in a spiteful adolescent

drama with Robin and acknowledged that it was a power struggle. This seems

appropriate for Wendi because the struggle for power is conscious and she does not feel

guilty trying to get something for herself even when Robin calls her selfish. Wendi cried

and said it had been very unpleasant. I urged her to speak frankly with Robin, not to give

herself up and not to get even if she feels like Robin is engaging in a power play. I asked

to call me if there is any physical violence because I believe it is mandatory that Wendi

not befriend anyone who might abuse her physically. She agreed. She asked me to return

in a week.

September 24, 2003  12:30-1:30

Met with Wendi in contact booth. She said that she had asked David to help Laurie

Warren her former roommate and she was worried that Laurie had not met him this

morning. Wendi said that Laurie had said that she would help Wendi in exchange. It

seems that Wendi is trusting people unworthy of her trust. I asked if she were prepared to

be disappointed and she cried. I suggested that she be aware of the differences between

the jail culture and the outside culture. She said that she still knew how she was and

would be able to return to a less threatening dramatic world. Will speak to Dave. Wendi

said that Dr. Garcia has still not returned. I am concerned that she needs to see him to cut

the ativan down from the 4 mg she is now taking.

September 29, 2003  6:15 pm -8:15 pm

Received a call from David that Wendi was in the psych ward at Durango after a suicide

attempt. Met with Wendi face to face in psych ward. She was very thin and pale. Her

000364

hands were cold. She cried on and off, but generally seemed possessed. She said that she had reached her breaking point with Robin and her clique who were manipulating and threatening her. She said that she had begun to feel anxious aand upset Wednesday night. She said that Baby was in the next pod and she had been talking to her through the glass. She said that Robin had become angry and possessive. Wendi said that she could not ignore Robin anymore. She said that she asked the guards to get her out. She asked to be transferred to the pod that Baby was in. The guard agreed to put Wendi in voluntary lock down until an evaluator could come and see if it would be safe to drop the "keep away" from Baby. Wendi said that by the third day she feared that she would be left in lock up indefinitely. She said that she was terrified of an extended stay there because of the emotional strain of the last time she had been in solitary. The last time she was in for : 0 days and the guards threatened her with 90 days if she ever went back again. It seemed at the time that the indeterminate sentence along with the lack of a valid reason for isolating her made her feel out of control of her own life. Wendi tries to find ways of coping that allow her to feel that there is some order to her life. She seems to become anxious when she perceives chaos. Wendi asked a guard whom she trusted to check her file and see when the evaluator was coming. The guard found out that Wendi was in involuntary lock down and no evaluator was scheduled. Wendi said that the confirmation of her worst fear set off an extreme sense of anxiety. She said that she felt trapped and could think of no way to manage her anxiety. She said that she tried listening to Christian music and praying, but that when the commercial came on she could no longer distract herself. She said that she calmly wanted to die. She said that she intentionally cut the vein at the fold of her elbow. She said that she had looked at pictures of her children and had written a

060365

letter and had not cried. She said that she felt peace about escaping the angst. Wendi said that she watched the blood seep out and puddle calmly thinking that she wondered how long it would take. She said that she passed out at some point and woke up with bright lights in her eyes. She said that she was given blood and fluids in the hospital and was sent back on the bus to Estrella jail. She said that she had cut herself Saturday (late afternoon?) and had been in jail that night. Wendi said that she slipped in and out of consciousness on the bus. She said that they took her back to Durango to the psych hospital. At the hospital she was questioned by a nurse (?). The nurse spoke abusively to Wendi and insisted that Wendi stop blaming others for her suicide attempt. She put Wendi into a black molded restraint chair at about 5 a.m. Sunday. Wendi said that she had urinated on herself while she was unconscious. She said that she was cold and weak. She said that the woman left her in the restraints for 6 hours during which she would return and ask Wendi to admit responsibility. Wendi said that she could not move at all in the chair. She said that her body was held in a painful posture as she waited without knowing if and when the treatment would end. She said that she got no water or food and she felt weak, frightened and angry. She said that she tried to reason with the woman, but that she would not listen to Wendi's explanation. Wendi said that at 11 a.m. she was taken out of the restraint chair and was put in four point restraint on a cot. She said that this was also painful and that she could not sleep. She said that a doctor came out to see her and remove two of the restraints so that she could move enough to sleep. Wendi said that she tried to tell the hospital staff that she was not suicidal and that this was an impulsive act. She said that she felt like she was treated like a trouble maker rather than someone in distress.

üஇ306

PCRDIS-P000313

I spoke to the nurse on duty and the social worker (Laura). The nurse said that Wendi's medical records were at Estella not Durango. I asked if they were aware of the fact that Wendi had been prescribed 4 mg of ativan. They said that she was on 1mg twice a day. Wendi told me that they had cut her ativan from 4 mg to 2 mg on Wednesday. That was the day she began feeling unable to handle the anxiety. It seems that she would have been feeling rebound anxiety from the cut in her ativan which could reasonably have made it impossible to cope with the social stress of the pressure from Robin and her crowd as well as the fear of indefinite involuntary lock down. Laura assured me that Dr. Garcia was back and would handle Wendi's case at Estrella. Wendi said that she was cold and had asked for an extra blanket, but that they did not have her records authoriz ng another blanket. I asked the nurse and she said that she would write the request. She also said that Wendi was getting 2 prenatal vitamins as well as 2 mg of ativan and a seroquel for sleep. I am concerned that Wendi's weight is very low and she needs food water and rest to regain her health. Wendi said that she no longer wanted to die and would not do anything to hurt herself.

0uu3?7

Oct 03 03 11:19a         *ANDRIANO*         *903680704*         P.1

**TO: DAVID**
**FROM: KANDY** CONFIDENTIAL

Wendi Adriano October 2, 2003 3:30 – 4:45pm

Met with Wendi at Durango psych unit. She looked puffy and pale when I arrived and said that she had taken seroquel. She said that she had asked the doctors about it and they said that it was from the blood loss. By the end of the session she seemed less swollen. Wendi detailed the time line of the suicide attempt:

She cut her arm about 5 pm Saturday. She was aware of the second shift of guards when and they leave at 11 pm. She was aware of the third shift of guards who come on at 11 pm. She knows that she was in county hospital for some period of time, but she does not know how long. She knows that she told them that she was well enough to be transported back to jail. She remembers being on the bus to Estrella and that she was very cold. The third shift was on when she returned to Estrella. They go off at 5 am. Wendi recalls that she was put in the chair at Estrella at about 5:30 am. She said that she had no food or water since breakfast Saturday. She was locked in the chair until noon. The nurse scolded her several times telling her that she needed to be punished for what she did so she would not do it again. (Therapeutically, this is inappropriate because driving a suicidal person deeper into despair is more likely to increase suicidality.) Wendi said that she told the nurse that this was inhumane. Wendi said that she was shivering and her nails were blue. Wendi was taken out of the chair at noon and was told to stand up to get on the bus. She was too weak to stand and a guard (Branson) gave her bread. She ate the bread and was still too weak and he offered milk. Wendi said that she still couldn't stand and was in and out of consciousness. They were trying to chain her to another girl when Wendi fell. She said that she saw the milk on the floor. She said that the guards dragged her up the steps onto the bus. She was wet and couldn't lift her head. She said the transportation guards were saying "hurry and Stand" and she kept saying she couldn't and that she was going to pass out. She said that she was wet and too weak to lift her head so she only looked at the ground. Wendi slept on the bus and felt someone poke his finger into her chest to wake her. She said that they pulled her by the arm off the bus and put her into a wheel chair. When she got to D2 at Durango she got to change her wet clothes. She was four pointed on a cot. Wendi told the nurse what had happened and she got a doctor to look at Wendi. He allowed the restraints to be partially removed (two point) saying

Wendi said that the protocol for a suicide attempt is 6 hours in the chair if the attempt is more drama than suicide. Wendi's blood loss seems to have serious enough that this should have been viewed as a medical emergency as much as a psychiatric one. Punishing suicide attempts seems cruel and counterproductive at any rate.

At this visit Wendi expressed optimism about the trial and the attention she getting f om the defense. She said that she finally believes the end is in sight. She said that she has adjusted to the current dose of ativan. I encouraged her to talk to Dr. Garcia about slowing weaning it down some more. She said that she is resting and reading and feels better, but is still extremely weak.

000358

PCRDIS-P000315

P-App. 005451

# Law Offices of G. David DeLozier, P.C.

**4016 East Forest Pleasant Place, Cave Creek, Arizona 85331**
E-Mail: gddelozier@aol.com
Phone (480) 575-6660   Facsimile (480) 575-6661

| | | Legal Assistants: |
|---|---|---|
| G. David DeLozier SBAZ #05237 | General: | Planning & Zoning: |
| (Admitted in AZ, PA, TX & Federal Courts) | Ronald Ramirez | Marlene J. Baker |
| Kathy M. O'Quinn SBLA #14195 | Kimberly Birdsong | Domestic Relations: |
| (Admitted in LA & Federal Courts) | | Tamera Martin |

January 9, 2001

Maricopa County Sheriff's Office
102 West Madison
Phoenix, Arizona 85003

    Re:   Ms. Wendi Elizabeth Andriano
          Booking #A631830
          Estrella Facility MCSO

Dear Sheriff's Office:

    Please allow my Certified Professional Counselor, H. Kandy Rohde, access to my client, Wendi Elizabeth Andriano, Booking Number A631830, presently housed at the Estrella Jail Facility.

    Thank you for your assistance and cooperation. If you have any questions, please do not hesitate to call me.

                              Very truly yours,

                              G. DAVID DELOZIER, P.C.



                              G. David DeLozier

cc:   H. Kandy Rohde, M.A.
      Wendi Elizabeth Andriano

000369

PCRDIS-P000316

P-App. 005452

Feb-21-01 07:28A                    310 836 0695              P.01

H. Kandy Rohde, CPC
5507 East Shea Blvd.
Scottsdale AZ 85254
(480) 443-9313

Law Offices of G.David DeLozier
4016 East Forest Pleasant Place
Cave Creek, AZ 85331

February 19, 2001

Dear Mr. DeLozier,

I have been meeting with Wendi Andriano, and I recommend that a psychiatrist be called in to examine her. I believe that her willingness to give up her will to others is a symptom of some kind of personality disorder. I also suspect that her defense system includes dissociation. Her mother's reference to possible abuse by Wendi's paternal grandfather could be the origin of that dissociation. The intense sense of peace she describes since her arrest is sufficiently inappropriate to cause me to ask for collaboration from another professional.

It would assist me greatly in diagnosis and treatment if she could be evaluated by a psychiatrist. Ideally I would like to have him or her administer personality tests and perhaps interview Wendi under hypnosis. I would also hope she could be evaluated for medication.

Please let me know if this is possible and if I can confer with the professional she chooses. Thank you.

Sincerely

H.Kandy Rohde, CPC

000370

PCRDIS-P000317

H.Kandy Rohde
Certified Professional Counselor
CC-2418
5507 East Shea Blvd.
Scottsdale AZ 85254
(480) 443-9313

Dear New Client,

Welcome.  Because of my commitment to quality mental health care, there are some things that I want you to know about therapy in general and my practice in particular.

1.  CONFIDENTIALITY

The law gives you, the client, the right to confidentiality.  This means that your therapy sessions are private and no part of what is said will be shared with anyone else without your permission.  If information is to be released, for example to a doctor or an insurance company, you must sign a release giving me permission to give out that information.  There are some exceptions to that law:

(a) If child abuse is suspected, I am mandated by law to report that suspicion to Child Protective Services.  This is not optional.

(b) If an older person (over age 65) or a dependent person is suspected of being abused, I am mandated to report it.  This is not optional.

(c) If someone is in physical danger from you, I am mandated to report that to them and to the police.  This is not optional.

(d) To better serve you, I may at times find it useful and beneficial to confer with other mental health professionals in the field.  Our practice is to consult with one another without specifically identifying our clients.  Our intent is to enhance our understanding and treatment.  Sharing such information among professionals is considered confidential.  If you would prefer that I not seek the opinions or advice of other professionals, please let me know and I will respect your wishes.

2.  FEES

You are responsible for the agreed upon fee, and it is payable in full upon receipt.  I issue bills at the end of the month for the previous month.  Any special financial arrangements must be discussed with me in advance.

Please feel free to discuss any and all of this material with me either now or during the course of treatment.

000371

PCRDIS-P000318

Please acknowledge that you have read and understood this letter by dating and
signing one copy for you and one copy for my files.


Dated_____      _____
                                  Client's Signature

000372

PCRDIS-P000319

Dave - I can't recall the last date I gave you notes. This is 3/23 thru 3/28.

Kandy
(Lp9⁵)

middle of a pool of blood. She got up to wash her face and glasses because they were so

bloody she could not see. She said that she does not know how much time passed or

what happened. She did not hear the paramedics. The children did not wake up. Chris

did not return. She called her parents and her father told her to call the police. She did.

Her most chilling memory is that of Joe asking her to help him as she hit him with the

chair. In her head she said that she was helping him. She said that she felt relief when

she found him dead. She was glad her old life was over. Until this week she has been

relieved and at peace.

February 23, 2001  noon-1 p.m.

Wendi asked to have her roommate removed. She had been up all night while the woman

had "spells." She is on lots of meds. Wendi tolerated her for 1-½ weeks while others

said they couldn't stand her for more than an hour. Wendi let her stay because the

woman said Wendi was a nice person. She said that when someone is appreciative or

apologetic she cannot stop herself from giving them another chance. Christians are

supposed to be tolerant. She asked why she attracts these people and I tried to distinguish

attracting form tolerating. She said that she has not yet read the paper on battered

women. It is humiliating to think she was not in control. She felt as if she could fix

anything. When she was first arrested her head was running a mile a minute to fix it.

When she found out that it was first degree murder she realized that it was too big to fix.

It cut her down and she had to face the helplessness and let go. She read the TAPP

questions and answered all of them yes. She does not want to be pitied and neither did

Joe (except from her). She asked her mother about losing memory and her mother said

that she does it. Now Wendi recalls that she does forget things that are painful. Her best

ANDRIANO

①

006373

coping is to forget and move on. Wendi signed releases and contract with me. She is

leaning on others now and had to learn this concept. She leans on me and Dave and God.

She never trusted before even God. She did fire her public defender who was not affable,

but abrasive. She is not able to say no when people are "nice." Wendi thinks she is like

her mother; knows she is competent and that others cannot do things as well as she can.

She though she made the choices but now sees that Joe did.

Does she "put her best foot forward and make things look like they are good? "


February 27, 2001 noon- 2p.m.

Feeling peace of mind again. Worried about her kids who cry that they want to stay with

her parents. Suggested that they tape record entire visit.

Wendi said that there were witnesses to Joe's temper but she feared they are all on his

side now because he is dead. Before they met he was seen running down the "bum" who

kicked his tires. He had a rage at the Circle K where he spun his truck into the glass

windows and broke all the glass. He was kicked out of Denny's in Casa Grande for

raging. Jenae's boyfriend locked him out one time and Joe broke the windows with a

baseball bat then chased the boyfriend with the bat. Joe jumped his father and tried to kill

him until Brandon Clark and Dale Hartman pulled him off.

Next door neighbors Joel and Melba Vandenberg saw hole in wall that Joe made when he

threw a pot at Wendi. They might have heard him rage at her. Frank and Barbara

Nagore (friend from lake) people from Joe's crowd, saw Joe's temper. Steve and Nola

Barnes: Joe got mad at Steve whose father Bob did not give Joe a bonus. Joe wouldn't

allow Wendi to have Nola as a bridesmaid. Wendi tried to convince Joe to let her have

060374

PCRDIS-P000321

Nola in the wedding but he insisted that she be uninvited. Wendi sent her a note because she was so embarrassed and couldn't handle it face to face..

Six months into the marriage they had an argument in the parking lot. Wendi felt bolder in the relationship because they were married and she thought she was more secure. Joe came home after she waited for 2 hours and he went to sleep without talking to her. She had hopes that they could talk it out. She started cleaning and making noise to wake him. He woke up and raged. It was the first time she had seen his anger first hand. This is when he threw the pot at her and hit the wall. She vowed never to upset him again. He always threw things and punched walls in his rages.

Joe wouldn't tell friend that he was sick, then he got mad that they did not inquire about him. Wendi went to Branden to patch things up and asked him to call Joe.

Wendi picked out his clothes every day as well as bought them.

He controlled the money and gave her 5 or ten dollars. She had a good job prospect in California and she was the family's sole support. He threatened to take the kids if she took the job.


March 6, 2001  3-5 p.m.

Wendi was upset about the children wondering what they were thinking and if they were feeling abandoned by their grandparents. She said that Jenea has them calling her Mom. She said that other than that she felt peace again. Dave was there and he said that he feels like he has come into the twilight zone when he is with her. He said that he does not understand her calm. Wendi said that she has gained 15-20 pounds in jail and that she was down to 100 pounds when she was arrested. She had lost the weight over the last 4



060375

PCRDIS-P000322

or 5 months, which corresponds to the time of Joe's decline. Joe had been extremely possessive and jealous since his trip to Oklahoma. He checked up on her a lot and accused her of being unfaithful. He said that he would kill her if he caught her cheating and she believed that he meant it literally. Wendi knew that he had felt betrayed by his former girlfriend Shelley and Wendi feared that he couldn't handle a betrayal from her She remembered that he used the word "kill" after Nov. 2000 when she had the affair with Rick. She though he might have sensed a difference in her. He did not want her to have her own friends and he got mad when she went out. For most of their marriage she was willing to give up her friends. She wanted to please him and wanted to fit into his group. She felt like he thought her friends were not as good as his were socially. The night that he beat up the furniture he had been angry because she went out with friends of hers. He pinned her down on the bed and called her names like slut, bitch, fucking this and that. He said that she didn't love him.

Wendi said that Joe would not explode in rage, but would work himself up. He would mutter at first, then start to yell. This is why she had time to go into the bathroom and hide. He would go from the yelling into a full-blown rage hitting furniture and walls, throwing things and breaking things. This would go on for hours until he ran out of energy. She knew she could come out of the bathroom at that time. Often in the yelling stage he would ask if she had cheated. "I know you had an affair. You had one. You tell me. You're always lying." He though she hid money. He wanted to control all the money. She would keep a few dollars for herself. Wendi wanted to tell Joe about the affair. She felt very guilty and wanted to be relieved of it. It made her fear of his rages greater. After he took the poison and decided he wanted her to call 911 he started

060376

Mar-28-01 06:25P                    310 836 0695              P.05

working himself up about her infidelity. She had made a wedding box with her veil and
other tokens from their wedding. It was framed and behind glass. He shattered it and a
family picture saying, "You've ruined the family. How could you do this to me? I knew
it." He grabbed her hair and she thought he was going to kill her. He yelled abusively at
her the whole time. She has gap in memory starting with his grabbing her hair. The next
memory is of Wendi picking up a kitchen stool and hitting him. She remembers not
being able to stop hitting him. She believed he would kill her at that moment. His cell
phone cord was on the kitchen counter. He wrapped it around her neck. (Was he still
holding her by the hair?) She had her fingers between her neck and the cord. She grabbed
a kitchen knife to cut the cord. She does not remember cutting the phone cord and has no
other recall until waking up covered in blood sitting next to Joe's body. Wendi said that
she wanted to understand my intent in writing a letter to the court asking for a psych eval.
I explained the chronicity of personality disorders and the requirement that an M.D.
evaluate for medication.

prenatal vitamins, power bars, bananas, grapes

March 28, 2001  11a.m.-1p.m.

Wendi cries when she thinks about her children. She lives to get out and care for them.
When she thinks about anything else including her case and her situation she does not
experience emotion. She has been reading about God's grace and is grappling with the
realization that she still is trying to earn salvation rather than accepting it. She said that
she knows she is trying too hard when she feels frustrated. Dr. Potts examined her briefly
with other distractions. He did a mini mental status and told her she is fit to stand trial.
She said that she is fit to stand trial and did not understand that he was determining only



000377

PCRDIS-P000324

that. She said that she cannot talk to her mother frankly because she is monitored. She said that she has never had a sexual feeling and wondered if I thought it had to do with her possibly have been molested. She said that she has never had an orgasm and that she only enjoys hugs and kisses. I told her that the dissociation and the lack of sexual responsiveness fit a profile for early molestation, but that it is not proof. She said that she had sex to accommodate Joe (and Rick.) She said that she felt nothing (good or bad) and just waited to have it over. She did not fake pleasure. She read romance novels and thought the romance was sweet, but not sexual exciting. She is not attracted to women either. She said she would try to recall her early thoughts and feelings about sex. She said that an inmate had come on to her sexually and she had enjoyed the attention. The woman was bonded out and Wendi never had to tell her no. She felt relieved that the woman was removed and said that she did not know if she would have said no She said that it probably would have been similar to allowing Joe to have sex with her. She said that she recognizes the need to say no, but still finds it overwhelmingly difficult to do.

00û378

PCRDIS-P000325

Wendi Andiano January 9, 2001 9:45 a.m. – 11:15 a.m.

Met with client at Durango. Informed client of her right to confidentiality. Client
reported that she had minimal experience with counseling. She said that she had relied
on the church for solace and had tried counseling. She said that it was not helpful
because she could not affect Joe's behavior and that was at the heart of problems. Client
cried and said that she thinks the tears are because of being separated from her two
children. She said that she had signed their custody over to Joe's sister and brother in
law. She said that she had felt confused and overwhelmed and was signing papers
obediently when the lawyers presented them. She said that she has had time to evaluate
her actions. and she now believes her children would be better off living with her parents.
She said that her parents have been closely involved in the upbringing of the children and
she believes they would get the attention and the quality of interaction that she wants for
them. She said she fears that her in laws are motivated by the malpractice suit that is
pending. Wendi said that her parents might have been too upset to manage the kids when
she was first incarcerated but that they have adjusted enough now to be able to care for
the children. She said that her in laws already have five children and that her kids are not
use to living with so many people.

A malpractice suit is pending from the misdiagnosis of a malignant tumor in his salivary
gland. By the time a correct diagnosis was made, the cancer had spread into his lungs.
Because of the extent of the metastasis, the cancer was inoperable and terminal at the
time of accurate diagnosis.

Client said that she was willing to talk and to piece together a history. She said that it is
difficult to talk about the case. She said that she feared that the emotions would engulf
her if she accessed them at all. She acknowledged that she restrained shedding tears
because she feared she might never stop them. Client described her relationship with Joe
as that of "best friends." She said that it was never a "passionate" relationship. She said
she had grown up reading romance novels so she knew enough to know that the romance
was missing from her relationship with Joe. Client said that her father was a pastor and
her early experience revolved around the church. She said that she attended Christian
high school and it was small and isolated. She said she was an only child until her parents
adopted their two-year-old nephew. She said she was 16 when he came into their family
and she related to him more like a mother than a sibling. She said that he has recently
returned to live with his mother and she feels a little hurt that he has left. She said that
she writes to him, but that he has difficulty writing to her. She said that she does speak to
him when she calls her parents and that make her feel better. She said that his mother
(her aunt) is someone she really likes and someone you cannot help liking, but she is
irresponsible.

Wendy described a period in her life when she had moved into her own apartment. She
said that she let her cousin move in with her and her cousin introduced her to going to
bars and staying out late. Wendi enjoyed partying, but after about six months of it she
decided that it was not good for her. She said that she was having difficulty staying out
so late and showing up for work in the morning. She said that she remembered one time

U b u 3 7 9

PCRDIS-P000326

when she was hung over and had to show an apartment to two girls who reeked of cigarettes. She said that the smell made her throw up. Wendi then said that she was embarrassed to tell me that and that she had ultimately become friends with the girls. Wendy said that she was also tired of running around with people who did not accept her. She said that she had gone to a small Christian high school where everyone was friendly. She said that she had also attended community college and had found the other students friendly. Wendi described the crowd at the bars as the farmers' kids. She said that the girls were particularly rejecting and she was tired of the treatment. She asked her cousin to move out intending to return to the quieter life she had led before.

On St. Patrick's Day of 1992 her neighbor Maureen, an older woman, invited her out to a bar to celebrate. She met Joe that night and they hit it off immediately. They talked for hours and Wendi accepted my characterization that it felt as if she had known him all her life. Wendi said that it was not a physical attraction, but it was like they were brother and sister. She said they began to see each other every day. She said that there were great differences in the way they were raised. She described her family as supportive. She said they did not have a great deal of money, but that she never wanted for anything. She said they have always been emotionally open and available. In contrast Joe's family was closed. His father was an alcoholic and his mother was "hurt" and silent. Joe had little ability to speak about his feelings even to Wendi. She adapted by keeping things to herself. She said they only had a handful of conversations about emotions and those were when he was drinking. She said that his family did not approve of their relationship probably because she was not part of the farming community. After------------- they were married in January,1994. Both Wendi and Joe cried throughout the ceremony. Wendi said she could not exactly express why they cried, but she accepted my suggestion that it might have been the relief that they were finally allowed to be together.

Wendi said that Joe was well liked and the life of any party. She said that it felt good to be with a man like that. But Joe was irresponsible and Wendi took over the adult duties. Joe never supported her and she had to ask her family for financial assistance. She said that they always came through for her and Joe would promise to repay them, but never did. Wendi and Joe had two children Nicolas and Ashlee, born June, 1997 and Sept.,1998. She said that the children became the center of her life. She loved being a mother.

Bring Kleenex. Find out about books. Wendi said that it was easier to talk about herself than to write and that it was all right to share what we had said with David DeLozier. I said I would type this up and let her read it for accuracy.

January 26, 2001 1:00pm to 2:30p.m.

UbU3:0

Met with Wendi who said that she looked forward to talking.  She took my narrative of our first session to confirm accuracy as well as the complete adult assessment.  She agreed to fill in as much of the info as she could.  She talked about the period after she and Joe were married.  She said that money was tight because he was inconsistent in earning.  He had a business welding the farm tools for the farmers around Casa Grande at the time they met.  She said that he did good work but was not aggressive or consistent about getting customers.  She said that he would slack off when he did start to succeed rather than building on his base.  When farming was going through hard times he switched to working in auto glass repair and replacement.  He went to work for a business in Mesa.  When he quit the job because he did not want to conform to the restrictions of working in someone else's business, the owners asked if he wanted to buy the store.  Wendi said that they were excited about the prospect but did not have the $185,000 to buy.  She said that she went to her cousin who was in the drug world and had money to help them.  He sent them to another man who happened to be an acquaintance of her father.  She told her father and he went with her to meet that man.  The man agreed to lend her $35,000 in traceable money and $50,000 in cash and they borrowed the balance from the sellers.  They both worked in the business and were able to meet the payments to the sellers but not to the equity partner.  Joe had his friends on the payroll and they used the business as place to hang out.  They did do work, but Joe chose to spend the money to have fun rather than to meet his commitments.  Business went down and Joe did not take his obligation to the equity partner seriously.  Finally the equity partner took the store from them.  Wendi said Joe was frustrated and seems not to have taken responsibility for the failure.  He believed that Wendi's father should have stepped

060331

in and stopped the lender from taking the business. He arranged with their baby's godfather to have the partner killed. Wendi learned of this plan and went to the connection to call it off. He agreed.

During this same time period (Wendi, could put dates into this?) Nicholas was born June, 1996, Joe had two surgeries on his salivary gland and Wendi became pregnant with Ashlee.

Wendi said that she had met a woman in Washington as a result of her efforts to find a source of income. She said that she started working for the woman in sales and they became friends over the phone. Wendi said that she decided that she had to leave Joe in October, 1997, so she and Nicholas could survive. She said that she stayed as long as she did because she believed strongly in the obligation to stay in a marriage for life. When she decided to leave she told her parents. She said that her parents always supported her choices even when they were difficult and against their beliefs. Wendi wrote Joe a letter explaining why she was leaving. He was out with friends who were going daily to boat races and she left the letter on the desk and took a nap. He returned early and unexpectedly and found the letter. He confronted her with it and she said she was not leaving and that she wrote such letter to vent her feelings. She said that she had failed to throw it away as she usually did. He accepted her story. She said that she lied because she was terrified of his rage. She said that she did not see him rage at first, but knew that he had been outside a restaurant when a bum kicked the tire of his truck. Joe responded by running over him. She said that he had raged at her in the house and had broken up the house and broken holes in the walls. This happened about 6 months after they were married. She said that the first time he raged in the house she hid in the bathroom until it

000332

was over.  She said she came out and told him she would leave until he was finished and

he said that it was over.  She said that she trusted that and stayed.  Joe never showed any

remorse and never apologized.  Wendi said that "Joe didn't know how to say I'm sorry,

but he would always cleanup his mess."  She said that there were no rages at first because

she said yes to everything he wanted.  She said that she thought if she loved him enough

he would be heeled from his upbringing.  She said she was constantly aware of how

emotionally deprived his upbringing was.  She described three files the saw in his

parents' house in which their father kept an accounting of everything they had given each

child.  She said that Joe's list was the longest and that his sister had been given a college

education and that was not listed.  She said that Joe and his sister Jeanea would talk at

length about how terrible their parents were.  Wendi talked to her own parents about

healing him with love.  Wendi said that she cut his toenails and fingernails and catered to

his every wish.  She said that she was able to do that up until she had the second child.

She said that she thought he was jealous of the attention and care that the babies got from

her.  She said that he was unhappy and frustrated that he did not get her fulltime

care.(What else did you do for him?  How did he express his jealousy?  How did she

avert his anger?)  Wendi was working 10-12 hours a day and Joe was not working.  She

had lost a job in bookkeeping at a hospital just before the opportunity to buy the auto

glass store occurred. (Can you give me a time line for marriage, jobs, births, rages?)

For three years they had lived in a three room building on Joe's family's land.  She said

that originally moved there as a temporary place, but that Joe's failure to earn a living

kept them there.  Wendi said that she tolerated Joe's behavior because she could not stand

confrontation and she felt a duty to stay in her marriage.  She said that she went to her

UUU363

parents for emotional and financial help and they always came through. She said that Joe expected sex every day and she complied. She said that she had never thought of it as "rape" until I asked.

Will bring nuts and dried fruit next week.

February 1, 2001, 2:25-4:05 p.m. Wendi said that her parents' efforts to get the children were meeting opposition from Jenea. She said that she feels hopeful because the children have a proven history with her parents.

On Joe's rages: the first one was because his parents had not bought him a gift for his birthday. Wendi said that she would hide out until they ended. She said that he got a look in his eyes " that was not Joe." She said she knew that if she stayed out of his way it would pass in several hours. She did not fear for the safety of the children. (Did you worry about the effects of their hearing his rage?) Wendi said that her parents had argued when she was growing up and she hated it. She vowed not to have that atmosphere in her children's home. She and Joe agreed not to argue in front of the kids and they generally were able to hold off until they were alone. Wendi said there was no debriefing after a fight or a rage. She said that he had thrown a pot at her which made a big hole in the wall and they had covered it with a picture. Joe would get up the next day, buy the necessary supplies and would repair any damage to the house. She said that neither of them would say anything about what had happened. The next day they would get along and she would be relieved that there had been no conflict. Wendi said that this way of managing

UUU364

PCRDIS-P000331

their relationship worked until she had Ashlee.  With two children and a full-time job she could not find the time or energy to cater to him.

Just before Ashlee's birth Joe discovered another tumor in his neck.  He went to the doctor who took a chest X-ray and found tumor in his lungs.  Joe and Wendi were shocked.  Wendi suspected that it was life threatening but they did not discuss that possibility.  The doctors offered Joe treatment alternatives.  He chose not to have chemotherapy and they embarked on a course of prayer and meditation to treat the tumors.  Wendi read scriptures to Joe and the congregation prayed for his recovery. Wendi had to support the family and she found an apartment management job near Phoenix.  She worked long hours and Joe cared for the children.  He would not change a diaper and she would have to backstop his childcare.  Wendi confided in a co-worker.  At first she had not gotten along with this woman because the woman was demanding and self-centered.  Wendi used her techniques for getting along with Joe, and she catered to this woman's demands.  Over time they became friends.  Joe went to the doctor and found out that the tumors in his lungs had doubled in size.  She said they were extremely disheartened because they had hoped the prayer would reduce the tumors.  Neither of them articulated the possibility that Joe was going to die.  Wendi said that when she saw the tumors double in size, she felt in her heart that he might be dying.  They did go to a lawyer to write wills, but they never went back to sign them.  When they heard about other people's concern that he was dying they were upset because it did not support the hope that they believed could be curative.  Joe had tried several programs of unorthodox treatment and the tumors still grew.  At that point he decided to try chemo.  His mood became depressed.( I want to know more about the specifics of his mood…and yours.)

UUU355

PCRDIS-P000332

He stopped going to church and would not read scripture. He only tried if Wendi did the work for him. She was exhausted and frustrated and could not do it all.

February 7, 2001 1:45-3:45 p.m.

Wendi said that she felt guilty that she had started giving up on Joe. She said she started to feel frustrated that he was not keeping up the prayers and she was too exhausted to carry the load for him. She said that the job in Ahwahtukee was bigger than any job she had had before because she was expected to rent a large complex from scratch. She worked until about 7 p.m. and got home to feed Joe and the children and put the children to bed. She would give Joe a massage and care for him after the kids were in bed. Then she fell asleep. During the days Joe left the kids with sitters. Wendi said that he was good at finding sitters and she viewed that as a contribution. He would go to a boat store in Mesa and hang out. She gave him control of the money she earned and he would spend any extra money on things for himself at the boat store. She started the Ahwahtuckee job in October, 1999. For months she had no life except to tend to Joe and the children. In the spring of 2000 they found out that the tumors had doubled. When Joe was alone with Wendi he expected her to tend to him completely, but to everyone else he put on a front that he was fine. People he knew offered to have a benefit for him to help with the bills, but he did not want to be humiliated by their charity. When he started chemo in June, 2000, he began to lose his hair. He asked Wendi to shave his head, then he told everyone that she made him shave his head. His mood changed around the time he started chemo. He became gloomy and Wendi found it difficult to be around him. Still she continued the schedule of work and caretaking. She said that the redeeming part of their marriage had been the humor. She described Joe as playful and

0003 6

PCRDIS-P000333

affable and his disposition was the thing that made life bearable with him. She said that
she knew he would not talk about the rages or be unpleasant to her as long as she lived
according to his expectations. During the summer his new dark moods were making her
so unhappy that she felt she had to get out of the house and have some social contact.
She met a tenant and did not tell him she was married and had two kids. Joe had gone to
Oklahoma to visit relatives and during that trip he began calling her repeatedly. She said
he had never called like that before, but he seemed to sense that she was moving out of
his control. She and Rick (the tenant) talked for hours and he listened to her. She said
that it felt so good to have someone interested in her. Shortly after their meeting she told
him the truth about her situation and still got attention and interest from him. However,
soon after that, he told her he could not continue if she chose to stay with Joe, so they
ended it. She said that she had fallen in love with him and the break was painful. She
said she believes she harbored hope that he would stick around until Joe died and they
could be "friends" until that time. She said that she started going out with her girlfriends
once a week so she could have some life of her own. Joe would not go out with her and
she felt imprisoned at home. She said that she told him she played cards with her friends
but they actually went out to the bars. Joe had gone out with a woman before Wendi and
she cheated on him. He told Wendi that he would kill her if she ever cheated on him.
Wedi said that she had gone out with her friends to celebrate her 30th birthday in August
and Joe had called her every 10 minutes. She said that when she left the cell phone in the
car, he called around to the bars to track her down. She said that he had been invited to
come, but turned her down. (I know he raged at you, but I cannot recall the details)

000357

Joe hated the chemo and he was having more symptoms including chest pains and difficulty breathing. Wendi began to steel herself because she knew death was getting close. She said that she feared walking in after work and finding him dead. Even with the time out with friends, she was spending 6 nights a week tending to him and the household. He began to give up. He said that the chemo was unbearable and he wanted out. Wendi and Joe had an emotional conversation that lasted several hours. She said that it was one of few deep conversations they had in their marriage. She said that she loved him and wanted to please (appease?) him and she supported his intentions. He enlisted a friend (Sean?) to find out the easiest way to end his life. Joe conceived of the idea and Wendi followed his instructions. She did the work to get the cyanide. He decided to make one last visit to his family on the night he planned to take the poison. Wendi said that they had dinner with his family and Joe lay down and did not talk to them. She siad that she felt disconnected from her feelings as she witnessed this final dinner. She said that she kept asking herself why she had no feelings. They went home and sat on the bed. He took the pills and they talked and cried. They took a bath together. Joe started feeling bad. It was not going as easily as he anticipated. He began asking her if she had ever had an affair with Rick. At first she denied it, then admitted it. She said that she thought they could have closure if she admitted it, but she misjudged. He became enraged. She said she felt separated from her own body. She knew she felt anger as he confronted her, but she didn't know why and didn't understand her lack of emotional clarity. She said she remembers hitting him with a chair. She said that it was horrible and could not stand to tell any more of it. She said that she does not understand why she feels relief being in

000358

PCRDIS-P000335

prison. She said she thinks she should have more feelings about his death and her

imprisonment, but she feels peace.


February 14, 2001 1:40-3:45 pm

Wendi said that this is the first week since she got to Durango that she has not felt peace.

She said that she has things to do for her defense and she has no interest in doing

anything. She said that she feels upset that she cannot get engaged. She said that she

recalls a time when she went to Mexico to do church work. When she first arrived she

slept for three days because she could not muster the energy to do anything. She said that

she was energetic when that period passed. She said that she is conflicted about talking

about the night of Joe's death. She said that many people have come to get her account

of the evening and she feels like she is supposed to have a story that is complete. She

said that she has spent a great deal of time thinking about it and could put a logical story

together, but that the truth is unclear. She said that she has lost time that night and she

cannot regain it. I asked her if she would consider hypnosis. She said that it is against

her religious beliefs, but she would give it thought. She said that she has dreaded having

to talk about that night partly because Joe asking her to help him haunts her and partly

because she is disgusted and upset over the mental images. She said that Joe took the

poison and they waited for something to happen. She said that she thought that "it" was

finally over. She defined "it" as the pressure she had felt build up since he had started

chemo. Joe's cheerful personality had been the offset for the role she played in the

marriage for all the previous years. When his personality changed to glum and grouchy

she was unable to get the emotional reward she had been willing to earn before. Wendi

PCRDIS-P000336

was used to believing that she could keep doing more and make things better for the people around her. When it became apparent to Joe that Wendi was not going to save him, he became angry and hopeless. Rather than reason that he was terminally ill because of happenstance or medical malpractice, he became angry with Wendi. Up to that time she had performed like a magic genie, and he expected it to continue. He became whiny and possessive. She had chosen him as a way of avoiding conflict. Now he was no longer willing to exchange a good-natured affect for Wendi's acquiescence to his will. No matter what she did for him, it would not stop the illness from killing him. She began to pull away from him. She felt attracted to other men and acted on it. He seemed to have sensed that he was losing control of her and that made him angrier. Batterers are at their most dangerous when they suspect their women are leaving. After Joe took the pills they waited. Wendi said she wondered what would happen. She said that she felt like she was watching herself and not understanding that she was not feeling anything. Joe said that he was feeling strange. H e laid his head in her lap. He started to panic. He asked for her help. She called 911 and her friend Chris. Chris waited outside for the paramedics. Wendi and Joe waited. He asked her if she had ever been unfaithful. She thought that if she told him the truth, it would calm him down. She admitted having had an affair. He became enraged and grabbed her. She said that he generally grabbed her head or her neck and threw her on the ground when he raged. This time they were sitting on the ground. She felt angry and hit him twice with a chair. She believes she continued to hit him with the chair but her recollection is that she watched herself do that. The next memory is of Wendi sitting on the ground next to Joe's body. She thinks she had her hand on him and she knew he was dead. She said they were in the

000359

middle of a pool of blood.  She got up to wash her face and glasses because they were so bloody she could not see.  She said that she does not know how much time passed or what happened.  She did not hear the paramedics.  The children did not wake up.  Chris did not return.  She called her parents and her father told her to call the police.  She did. Her most chilling memory is that of Joe asking her to help him as she hit him with the chair.  In her head she said that she was helping him.  She said that she felt relief when she found him dead.  She was glad her old life was over.  Until this week she has been relieved and at peace.

February 23, 2001  noon-1 p.m.

Wendi asked to have her roommate removed.  She had been up all night while the woman had "spells."  She is on lots of meds.  Wendi tolerated her for 1 ½ weeks while others said they couldn't stand her for more than an hour.  Wendi let her stay because the woman said Wendi was a nice person.  She said that when someone is appreciative or apologetic she cannot stop herself from giving them another chance.  Christians are supposed to be tolerant.  She asked why she attracts these people and I tried to distinguish attracting form tolerating.  She said that she has not yet read the paper on battered women.  It is humiliating to think she was not in control.  She felt as if she could fix anything.  When she was first arrested her head was running a mile a minute to fix it. When she found out that it was first degree murder she realized that it was too big to fix. It cut her down and she had to face the helplessness and let go.  She read the TAPP questions and answered all of them yes.  She does not want to be pitied and neither did Joe (except from her).  She asked her mother about losing memory and her mother said that she does it.  Now Wendi recalls that she does forget things that are painful.  Her best

UUU391

coping is to forget and move on. Wendi signed releases and contract with me. She is
leaning on others now and had to learn this concept. She leans on me and Dave and God.
She never trusted before even God. She did fire her public defender who was not affable,
but abrasive. She is not able to say no when people are "nice." Wendi thinks she is like
her mother; knows she is competent and that others cannot do things as well as she can.
She though she made the choices but now sees that Joe did.

Does she "put her best foot forward and make things look like they are good? "


February 27, 2001 noon- 2p.m.

Feeling peace of mind again. Worried about her kids who cry that they want to stay with
her parents. Suggested that they tape record entire visit.

Wendi said that there were witnesses to Joe's temper but she feared they are all on his
side now because he is dead. Before they met he was seen running down the "bum" who
kicked his tires. He had a rage at the Circle K where he spun his truck into the glass
windows and broke all the glass. He was kicked out of Denny's in Casa Grande for
raging. Jenae's boyfriend locked him out one time and Joe broke the windows with a
baseball bat then chased the boyfriend with the bat. Joe jumped his father and tried to kill
him until Brandon Clark and Dale Hartman pulled him off.

Next door neighbors Joel and Melba Vandenberg saw hole in wall that Joe made when he
threw a pot at Wendi. They might have heard him rage at her. Frank and Barbara
Nagore (friend from lake) people from Joe's crowd, saw Joe's temper. Steve and Nola
Barnes: Joe got mad at Steve whose father Bob did not give Joe a bonus. Joe wouldn't
allow Wendi to have Nola as a bridesmaid. Wendi tried to convince Joe to let her have

000332

Nola in the wedding but he insisted that she be uninvited.  Wendi sent her a note because she was so embarrassed and couldn't handle it face to face..

Six month into the marriage they had an argument in the parking lot.  Wendi felt bolder in the relationship because they were married and she thought she was more secure.  Joe came home after she waited for 2 hours and he went to sleep without talking to her.  She had hopes that they could talk it out.  She started cleaning and making noise to wake him. He woke up and raged.  It was the first time she had seen his anger first hand.  This is when he threw the pot at her and hit the wall.  She vowed never to upset him again.  He always threw things and punched walls in his rages.

Joe wouldn't tell friend that he was sick, then he got mad that they did not inquire about him.  Wendi went to Branden to patch things up and asked him to call Joe.

Wendi picked out his clothes every day as well as bought them.

He controlled the money and gave her 5 or ten dollars.  She had a good job prospect in California and she was the family's sole support.  He threatened to take the kids if she took the job.

06373

*Intermittant Explosive D/o ?*

Wendi Andiano January 9, 2001 9:45 a.m. – 11:15 a.m.

Met with client at Durango. Informed client of her right to confidentiality. Client
reported that she had minimal experience with counseling. She said that she had relied
on the church for solace and had tried counseling. She said that it was not helpful
because she could not affect Joe's behavior and that was at the heart of problems. Client
cried and said that she thinks the tears are because of being separated from her two
children. She said that she had signed their custody over to Joe's sister and brother in
law. She said that she had felt confused and overwhelmed and was signing papers
obediently when the lawyers presented them. She said that she has had time to evaluate
her actions. and she now believes her children would be better off living with her parents.
She said that her parents have been closely involved in the upbringing of the children and
she believes they would get the attention and the quality of interaction that she wants for
them. She said she fears that her in laws are motivated by the malpractice suit that is
pending. Wendi said that her parents might have been too upset to manage the kids when
she was first incarcerated but that they have adjusted enough now to be able to care for
the children. She said that her in laws already have five children and that her kids are not
use to living with so many people.

A malpractice suit is pending from the misdiagnosis of a malignant tumor in his salivary
gland. By the time a correct diagnosis was made, the cancer had spread into his lungs.
Because of the extent of the metastasis, the cancer was inoperable and terminal at the
time of accurate diagnosis.

Client said that she was willing to talk and to piece together a history. She said that it is
difficult to talk about the case. She said that she feared that the emotions would engulf
her if she accessed them at all. She acknowledged that she restrained shedding tears
because she feared she might never stop them. Client described her relationship with Joe
as that of "best friends." She said that it was never a "passionate" relationship. She said
she had grown up reading romance novels so she knew enough to know that the romance
was missing from her relationship with Joe. Client said that her father was (is?) a pastor
and her early experience revolved around the church. She said that she attended
Christian high school and it was small and isolated. She said she was an only child until
her parents adopted their two-year-old nephew. She said she was (14?) when he came
into their family and she related to him more like a mother than a sibling. She said that
he has recently returned to live with his mother and she feels a little hurt that he has left.
She said that she writes to him, but that he has difficulty writing to her. She said that she
does speak to him when he calls her parents and that make her feel better. She said that
his mother (her aunt) is someone she really likes and someone you cannot help liking, but
she is irresponsible.

Wendy described a period in her life when she had moved into her own apartment. She
said that she let her cousin move in with her and her cousin introduced her to going to
bars and staying out late. Wendi enjoyed partying, but after about six months of it she
decided that it was not good for her. She said that she was having difficulty staying out
so late and showing up for work in the morning. She said that she remembered one time

000354

PCRDIS-P000341

when she was hung over and had to show an apartment to two girls who reeked of cigarettes. She said that the smell made her throw up. Wendi then said that she was embarrassed to tell me that and that she had ultimately become friends with the girls. Wendy said that she was also tired of running around with people who did not accept her. She said that she had gone to a small Christian high school where everyone was friendly. She said that she had also attended community college and had found the other students friendly. Wendi described the crowd at the bars as the farmers' kids. She said that the girls were particularly rejecting and she was tired of the treatment. She asked her cousin to move out intending to return to the quieter life she had led before.

On St. Patrick's Day of 19—her neighbor Maureen, an older woman, invited her out to a bar to celebrate. She met Joe that night and they hit it off immediately. They talked for hours and Wendi accepted my characterization that it felt as if she had known him all her life. Wendi said that it was not a physical attraction, but it was like they were brother and sister. She said they began to see each other every day. She said that there were great differences in the way they were raised. She described her family as supportive. She said they did not have a great deal of money, but that she never wanted for anything. She said they have always been emotionally open and available. In contrast Joe's family was closed. His father was an alcoholic and his mother was "hurt" and silent. Joe had little ability to speak about his feelings even to Wendi. She adapted by keeping things to herself. She said they only had a handful of conversations about emotions and those were when he was drinking. She said that his family did not approve of their relationship probably because she was not part of the farming community. After------------ they were married in 19---. Both Wendi and Joe cried throughout the ceremony. Wendi said she could not exactly express why they cried, but she accepted my suggestion that it might have been the relief that they were finally allowed to be together.

Wendi said that Joe was well liked and the life of any party. She said that it felt good to be with a man like that. But Joe was irresponsible and Wendi took over the adult duties. Joe never supported her and she had to ask her family for financial assistance. She said that they always came through for her and Joe would promise to repay them, but never did. Wendi and Joe had two children --------------------------, born in 19—and 19--. She said that the children became the center of her life. She loved being a mother.


Bring Kleenex. Find out about books. Wendi said that it was easier to talk about herself than to write and that it was all right to share what we had said with David DeLozier. I said I would type this up and let her read it for accuracy.


January 26, 2001 1:00pm to 2:30p.m.

000335

Met with Wendi who said that she looked forward to talking.  She took my narrative of our first session to confirm accuracy as well as the complete adult assessment.  She agreed to fill in as much of the info as she could.  She talked about the period after she and Joe were married.  She said that money was tight because he was inconsistent in earning.  He had a business welding the farm tools for the farmers around Casa Grande.  She said that he did good work but was not aggressive or consistent about getting customers.  She said that he would slack off when he did start to succeed rather than building on his base.  When farming was going through hard times he switched to working in auto glass repair and replacement.  He went to work for a business in Mesa.  When he quit the job because he did not want to conform to the restrictions of working in someone else's business, the owners asked if he wanted to buy the store.  Wendi said that they were excited about the prospect but did not have the $185,000 to buy.  She said that she went to her cousin who was in the drug world and had money to help them.  He sent them to another man who happened to be an acquaintance of her father.  She told her father and he went with her to meet that man.  The man agreed to lend her $35,000 in tracable money and $50,000 in cash and they borrowed the balance from the sellers.  They both worked in the business and were able to meet the payments to the sellers but not to the equity partner.  Joe had his friends on the payroll and they used the business as place to hang out.  They did do work, but Joe chose to spend the money to have fun rather than to meet his commitments. Business went down and Joe did not take his obligation to the equity partner seriously.  Finally the equity partner took the store from them.  Wendi said Joe was frustrated and seems not to have taken responsibility for the failure.  He believed that Wendi's father should have stepped in and  stopped the lender

060326

from taking the business. He arranged with their baby's godfather to have the partner killed. Wendi learned of this plan and went to the connection to call it off. He agreed. During this same time period (Wendi, could put dates into this?) Nicholas was born June, 1996, Joe had two surgeries on his salivary gland and Wendi became pregnant with Ashlee.

Wendi said that she had met a woman in Washington as a result of her efforts to find a source of income. She said that she started working for the woman in sales and they became friends over the phone. Wendi said that she decided that she had to leave Joe in October, 1997, so she and Nicholas could survive. She said that she stayed as long as she did because she believed strongly in the obligation to stay in a marriage for life. When she decided to leave she told her parents. She said that her parents always supported her choices even when they were difficult and against their beliefs. Wendi wrote Joe a letter explaining why she was leaving. He was out with friends who were going daily to boat races and she left the letter on the desk and took a nap. He returned early and unexpectedly and found the letter. He confronted her with it and she said she was not leaving and that she wrote such letter to vent her feelings. She said that she had failed to throw it away as she usually did. He accepted her story. She said that she lied because she was terrified of his rage. She said that she did not see him rage at first, but knew that he had been outside a restuaurant when a bum kicked the tire of his truck. Joe responded by running over him. She said that he had raged at her in the house and had broken up the house and broken holes in the walls. This happended abput 6 months after they were married. She said that the first time he raged in the house she hid in the bathroom until it was over. She said she came out and told him she would leave until he was finished and

000397

PCRDIS-P000344

he said that it was over. She said that she trusted that and stayed. Joe never showed any

remorse and never apologized. She said that there were no rages at first because she said

yes to everything he wanted. She said that she thought if she loved him enough he would

be heeled from his upbringing. She said she was constantly aware of how emotionally

deprived his upbringing was. She described three files the saw in his parents' house in

which their father kept an accounting of everything they had given each child. She said

that Joe's list was the longest and that his sister had been given a college education and

that was not listed. She said that Joe and his sister Jeanea would talk at length about how

terrible their parents were. Wendi talked to her own parents about healing him with love.

Wendi said that she cut his toenails and fingernails and catered to his every wish. She

said that she was able to do that up until she had the second child. She said that she

thought he was jealous of the attention and care that the babies got from her. She said

that he was unhappy and frustrated that he did not get her fulltime care.(What else did

you do for him? How did he express his jealousy? How did she avert his anger?) Wendi

was working 10-12 hours a day and Joe was not working. She had lost a job in

bookkeeping at a hospital just before the opportunity to buy the auto glass store occurred.

(Can you give me a time line for marriage, jobs, births, rages?)

For three years they had lived in a three room building on Joe's family's land. She said

that originally moved there as a temporary place, but that Joe's failure to earn a living

kept them there. Wendi said that she tolerated Joe's behavior because she could not stand

confrontation and she felt a duty to stay in her marriage. She said that she went to her

parents for emotional and financial help and they always came through. She said that Joe

000358

expected sex every day and she complied.  She said that she had never thought of it as "rape" until I asked.

Will bring nuts and dried fruit next week.

February 1, 2001, 2:25-4:05 p.m.  Wendi said that her parents' efforts to get the children were meeting opposition from Jenay.  She said that she feels hopeful because the children have a proven history with her parents.

On Joe's rages: the first one was because his parents had not bought him a gift for his birthday.  Wendi said that she would hide out until they ended.  She said that he got a look in his eyes " that was not Joe."  She said she knew that if she stayed out of his way it would pass in several hours.  She did not fear for the safety of the children. (Did you worry about the effects of their hearing his rage?)  Wendi said that her parents had argued when she was growing up and she hated it.  She vowed not to have that atmosphere in her children's home.  She and Joe agreed not to argue in front of the kids and they generally were able to hold off until they were alone.  Wendi said there was no debriefing after a fight or a rage.  She said that he had thrown a pot at her which made a big hole in the wall and they had covered it with a picture.   Joe would get up the next day, buy the necessary supplies and would repair any damage to the house.  She said that neither of them would say anything about what had happened.  The next day they would get along and she would be relieved that there had been no conflict.  Wendi said that this way of managing their relationship worked until she had Ashlee.  With two children and a full-time job she could not find the time or energy to cater to him.

006319

PCRDIS-P000346

Just before Ashlee's birth Joe discovered another tumor in his neck. He went to the
doctor who took a chest X-ray and found tumor in his lungs. Joe and Wendi were
shocked. Wendi suspected that it was life threatening but they did not discuss that
possibility. The doctors offered Joe treatment alternatives. He chose not to have
chemotherapy and they embarked on a course of prayer and meditation to treat the
tumors. Wendi read scriptures to Joe and the congregation prayed for his recovery.
Wendi had to support the family and she found an apartment management job near
Phoenix. She worked long hours and Joe cared for the children. He would not change a
diaper and she would have to backstop his childcare. Wendi confided in a co-worker. At
first she had not gotten along with this woman because the woman was demanding and
self-centered. Wendi used her techniques for getting along with Joe, and she catered to
this woman's demands. Over time they became friends. Joe went to the doctor and
found out that the tumors in his lungs had doubled in size. She said they were extremely
disheartened because they had hoped the prayer would reduce the tumors. Neither of
them articulated the possibility that Joe was going to die. Wendi said that when she saw
the tumors double in size, she felt in her heart that he might be dying. They did go to a
lawyer to write wills, but they never went back to sign them. When they heard about
other people's concern that he was dying they were upset because it did not support the
hope that they believed could be curative. Joe had tried several programs of unorthodox
treatment and the tumors still grew. At that point he decided to try chemo. His mood
became depressed.( I want to know more about the specifics of his mood…and yours.)
He stopped going to church and would not read scripture. He only tried if Wendi did the
work for him. She was exhausted and frustrated and could not do it all.

PCRDIS-P000347

February 7, 2001 1:45-3:45 p.m.

Wendi said that she felt guilty that she had started giving up on Joe. She said she started

to feel frustrated that he was not keeping up the prayers and she was too exhausted to

carry the load for him. She said that the job in Ahwahtukee was bigger than any job she

had had before because she was expected to rent a large complex from scratch. She

worked until about 7 p.m. and got home to feed Joe and the children and put the children

to bed. She would give Joe a massage and care for him after the kids were in bed. Then

she fell asleep. During the days Joe left the kids with sitters. Wendi said that he was

good at finding sitters and she viewed that as a contribution. He would go to a boat store

in Mesa and hang out. She gave him control of the money she earned and he would

spend any extra money on things for himself at the boat store. She started the

Ahwahtuckee job in October, 1999. For months she had no life except to tend to Joe and

the children. In the spring of 2000 they found out that the tumors had doubled. When

Joe was alone with Wendi he expected her to tend to him completely, but to everyone

else he put on a front that he was fine. People he knew offered to have a benefit for him

to help with the bills, but he did not want to be humiliated by their charity. When he

started chemo in June, 2000, he began to lose his hair. He asked Wendi to shave his

head, then he told everyone that she made him shave his head. His mood changed around

the time he started chemo. He became gloomy and Wendi found it difficult to be around

him. Still she continued the schedule of work and caretaking. She said that the

redeeming part of their marriage had been the humor. She described Joe as playful and

affable and his disposition was the thing that made life bearable with him. She said that

she knew he would not talk about the rages or be unpleasant to her as long as she lived

000401

according to his expectations. During the summer his new dark moods were making her so unhappy that she felt she had to get out of the house and have some social contact. She met a tenant and did not tell him she was married and had two kids. Joe had gone to Oklahoma to visit relatives and during that trip he began calling her repeatedly. She said he had never called like that before, but he seemed to sense that she was moving out of his control. She and Rick (the tenant) talked for hours and he listened to her. She said that it felt so good to have someone interested in her. Shortly after their meeting she told him the truth about her situation and still got attention and interest from him. However, soon after that, he told her he could not continue if she chose to stay with Joe, so they ended it. She said that she had fallen in love with him and the break was painful. She said she believes she harbored hope that he would stick around until Joe died and they could be "friends" until that time. She said that she started going out with her girlfriends once a week so she could have some life of her own. Joe would not go out with her and she felt imprisoned at home. She said that she told him she played cards with her friends but they actually went out to the bars. Joe had gone out with a woman before Wendi and she cheated on him. He told Wendi that he would kill her if she ever cheated on him. Wedi said that she had gone out with her friends to celebrate her 30th birthday in August and Joe had called her every 10 minutes. She said that when she left the cell phone in the car, he called around to the bars to track her down. She said that he had been invited to come, but turned her down. (I know he raged at you, but I cannot recall the details) Joe hated the chemo and he was having more symptoms including chest pains and difficulty breathing. Wendi began to steel herself because she knew death was getting close. She said that she feared walking in after work and finding him dead. Even with

860402

PCRDIS-P000349

the time out with friends, she was spending 6 nights a week tending to him and the household. He began to give up. He said that the chemo was unbearable and he wanted out. Wendi and Joe had an emotional conversation that lasted several hours. She said that it was one of few deep conversations they had in their marriage. She said that she loved him and wanted to please (appease?) him and she supported his intentions. He enlisted a friend (Sean?) to find out the easiest way to end his life. Joe conceived of the idea and Wendi followed his instructions. She did the work to get the cyanide. He decided to make one last visit to his family on the night he planned to take the poison. Wendi said that they had dinner with his family and Joe lay down and did not talk to them. She siad that she felt disconnected from her feelings as she witnessed this final dinner. She said that she kept asking herself why she had no feelings. They went home and sat on the bed. He took the pills and they talked and cried. They took a bath together. Joe started feeling bad. It was not going as easily as he anticipated. He began asking her if she had ever had an affair with Rick. At first she denied it, then admitted it. She said that she thought they could have closure if she admitted it, but she misjudged. He became enraged. She said she felt separated from her own body. She knew she felt anger as he confronted her, but she didn't know why and didn't understand her lack of emotional clarity. She said she remembers hitting him with a chair. She said that it was horrible and could not stand to tell any more of it. She said that she does not understand why she feels relief being in prison. She said she thinks she should have more feelings about his death and her imprisonment, but she feels peace.

February 14, 2001

000403

Wendi said that this is the first week since she got to Durango that hse has not felt peace. She said that she has things to do for her defense and she has no interest in doing anything. She said that she feels upset that she cannot get engaged. She said that she recalls a time when she went to Mexico to do church work. When she first arrived she slept for three days because she could not muster the energy to do anything. She said that she was energetic when that period passed. She said that she is conflicted about talking about the night of Joe's death. She said that many people have come to get her account of the evening and she feels like she is supposed to have a story that is complete. She said that she has spent a great deal of time thinking about it and could put a logical story together, but that the truth is unclear. She said that she has lost time that night and she scannot regain it. I asked her if she would consider hypnosis. She said that it is against her religious beliefs, but she would give it thought. She said that she has dreaded having to talk about that night partly because she is haunted by Joe asking her to help him and partly because she is disgusted and upset over the mental images. She said that Joe took the poison and they waited for something to happen. She said that she thought that "it" was finally over. She defined "it" as the pressure she had felt build up since he had started chemo. Joe's cheerful personality had been the offset for the role she played in the marriage for all the previous years. When his personality changed to glum and grouchy she was unable to get the emotional reward she had been willing to earn before. Wendi was used to believing that she could keep doing more and make things better for the people around her. When it became apparent to Joe that Wendi was not going to save him, he became angry and hopeless. Rather than reason that he was terminally ill because of happenstance or medical malpractice, he became angry with Wendi. Up to

U000434

PCRDIS-P000351

**Gard, Lacey**

| | |
|---|---|
| From: | MLynch@foley.com |
| Sent: | Monday, May 06, 2013 8:36 AM |
| To: | Gard, Lacey; AArntsen@foley.com; Scott Bennett |
| Cc: | Zick, Jeffrey; Vidal, Daniel; Hilterbrant, Barbara |
| Subject: | RE: Andriano records |
| Attachments: | PCRDIS-P001634 - PCRDIS-P001728.pdf |

Lacey,

We've looked into your questions regarding jail records.  All of the jail health records we possess should be included in the prior Patterson production (starting around PCRDIS-P1083 to about PCRDIS-P1330).  We also searched trial counsel files for more general inmate records from the jail, unrelated to her mental health; we located some materials, which are included in the attached, bates-labeled pdf file.  It's my understanding that we do not have county jail records other than those described above.

Please let me know if you have any questions or follow-up.

Thanks,
Matt

-----Original Message-----
From: Gard, Lacey [mailto:Lacey.Gard@azag.gov]
Sent: Wednesday, May 01, 2013 12:23 PM
To: Lynch, Matthew R.; Arntsen, Allen A.; Scott Bennett
Cc: Zick, Jeffrey; Vidal, Daniel; Hilterbrant, Barbara
Subject: Andriano records

Hi Allen, Matt, and Scott,

First, let me apologize for the delay in drafting a proposed discovery schedule.  I have been bogged down with other PCR cases and will get it to you as soon as possible.

I assume you were sent a copy of the attached document in response to Judge Ishikawa's order to disclose all jail medical records to us?  You attached portions of these records to your PCR.  Did you ever obtain a complete copy of these records, spanning Ms. Andriano's complete incarceration at the jail, before their destruction?  If so, I would like to request a copy to send to Dr. Pitt.

The same question applies to Ms. Andriano's inmate file from the Maricopa County Jail.  The Sheriff's Office has reported that that file was also destroyed.

Thanks,
Lacey Gard

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message.  Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

1

000011703

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

000011704

 # MARICOPA COUNTY SHERIFF'S OFFICE 

JOSEPH M. ARPAIO
SHERIFF

December 7, 2004

Mr. Scott A. Mac Leod
Capital Mitigation Expert
Maricopa County Public Defender's Office
11 West Jefferson, Suite 5
Phoenix, Arizona 85003

Re:     Response to November 30, 2004 Court Order re: Any/all documents for Wendi Andriano

Dear Mr. Mac Leod:

I am in receipt of your November 30, 2004 request for production of Maricopa County Sheriff's Office (MCSO) records. Accordingly, the MCSO Custodian of Records has collected the requested records in response to your request for "We have a court order signed by Judge Ishikawa compelling the release of any and all documents, and some release waivers signed by our client."

Enclosed please find copies of the Inmate Property Inventory; Grievance Reports; Disciplinary Action Reports; Inmate Movement History records; and Jail movement records for Wendi Andriano.

If you have any further questions or comments, please feel free to direct them to me in writing at the address printed on the letterhead.

Sincerely,

Karen Andrews
Legal Liaison
Employee & Legal Compliance
Maricopa County Sheriff's Office

Enclosures

012469

Wells Fargo Plaza ● 100 West Washington ● Suite 1900 ● Phoenix, Arizona 85003
(602) 876-1000 ● Statewide Toll Free 1-800-352-4553 ● WWW.MCSO.ORG

PCRDIS-P001834705

**MARICOPA COUNTY SHERIFF'S OFFICE**
**INMATE PROPERTY INVENTORY**

(Label)

Booking No.: _____
Last: Andriano

Date: 10-8-00
First: Wendi
Middle: Elizabeth   Suffix: _____   D.O.B. ████████

| Code | Quantity | Condition | Desciption | | | |
|------|----------|-----------|------------|---|---|---|
| ADB | | | Address Book | | | |
| BAN | | | Bandanna / Scarf | | | |
| BLT | | | Belt | [ ___ ] Color | [ ___ ] Color | |
| BBK | | | Belt Buckle | [ ___ ] Color | [ ___ ] Color | |
| BCL | | | Bracelet | | | |
| BCL | | | Bracelet | | | |
| BRU | | | Brush | | | |
| CHK | | | Check Book | No. ___ thru ___ | | |
| CHM | | | Checks / M.O.s | No. ___ thru ___ | | |
| CWT | | | Chewing Tobacco | | | |
| CIG | | | Cigarettes | [ ___ ] Open | [ ___ ] Unopen | |
| CIT | | | Citation | | | |
| CLP | | | Clipper | | | |
| COM | | | Comb | | | |
| CMP | | | Compact | | | |
| CON | | | Condom | | | |
| CCC | | | Credit Card | | | |
| CCC | | | Credit Card | | | |
| CCC | | | Credit Card | | | |
| DRL | | | Driver's License | | | |
| | | | | [ ___ ] Arizona | | |
| | | | | [ ___ ] Other | | |
| ERG | | | Earrings | | | |
| ERG | | | Earrings | | | |
| ERG | | | Earrings | | | |
| FOD | | | Food Stamps | | | |
| FMO | | | Foreign Money | | | |
| HAN | | | Hankie | [ ___ ] Color | [ ___ ] Color | |

| Code | Quantity | Condition | Desciption | | | |
|------|----------|-----------|------------|---|---|---|
| | | | | [ ___ ] Color | | |
| HAR | | | Hair Tie/Band/Pin | | | |
| IDT | | | I.D. Type/No. | | | |
| KEY | | | Key | | | |
| KCN | | | Key Chain | | | |
| LIT | | | Lighter | | | |
| MUP | | | Make-Up (Misc.) | | | |
| MED | | | Medication | | | |
| MPP | X | | Misc. Papers | | | |
| NEC | | | Necklace | | | |
| NEC | | | Necklace | | | |
| NEC | | | Necklace | | | |
| NPR | ✓ | | No Property | | | |
| PHO | | | Photograph | | | |
| PKN | | | Pocket Knife | | | |
| PRV | | | Property Varied (Work Furlough/Work Release) | | | |
| PUR | | | Purse | [ ___ ] Color | [ ___ ] Color | |
| RNG | | | Ring | | | |
| RNG | | | Ring | | | |
| RNG | | | Ring | | | |
| SSN | | | Social Security | / / | | |
| SGL | | | Sun Glasses | | | |
| WAL | | | Wallet | [ ___ ] Color | [ ___ ] Color | |
| WAT | | | Watch | Mfg.: ___ | | |
| OTH | | | | Desc.: ___ | | |
| OTH | | | | Desc.: ___ | | |
| OTH | | | | Desc.: ___ | | |
| OTH | | | | Desc.: ___ | | |
| OTH | | | | Desc.: ___ | | |

ry Officer: Alexander   Serial Number: 6100   Date: 10-08-00

P-App. 005491

PCRD B0001570 6
012470

```
CMD: DMH1  KEY: _____                        DATE: 12/03/04
                          INMATE MOVEMENT HISTORY             TIME: 09:20:57
                                                             EMP: A2985

BOOK NO: A631830   FROM DATE: _____   THRU DATE: _____

LAST                    FIRST        MI  SUF  RACE  SEX  DOB      STATUS
ANDRIANO                WENDI        E        W     F             IN-CUSTODY

         DATE      TIME   LOC         DESCRIPTION                   DEST LOC
  ARR  12/03/04    0746  — DURA1 2 —  DURANGO FLOOR 1 HOUSE 2
  DEP  12/01/04    2348    DURA1 2    DURANGO FLOOR 1 HOUSE 2       TRAN
  DEP  12/01/04    0025  — DURA1 2 —  DURANGO FLOOR 1 HOUSE 2       TRAN
  DEP  11/29/04    2332    DURA1 2    DURANGO FLOOR 1 HOUSE 2       TRAN
  ARR  11/24/04    0104  — DURA1 2 —  DURANGO FLOOR 1 HOUSE 2
  DEP  11/23/04    0030    DURA1 2    DURANGO FLOOR 1 HOUSE 2       TRAN
  ARR  11/22/04    1439    DURA1 2    DURANGO FLOOR 1 HOUSE 2
  DEP  11/21/04    2224    DURA1 2    DURANGO FLOOR 1 HOUSE 2       TRAN
  ARR  11/18/04    2346    DURA1 2    DURANGO FLOOR 1 HOUSE 2
  DEP  11/17/04    2325    DURA1 2    DURANGO FLOOR 1 HOUSE 2       TRAN
  DEP  11/17/04    0105    DURA1 2    DURANGO FLOOR 1 HOUSE 2       TRAN
  DEP  11/15/04    2333    DURA1 2    DURANGO FLOOR 1 HOUSE 2       TRAN

                                                           ND: NP
                                                           BRDCAST
```

012471

000015707
PCRDIS P901636

CMD: DMHT  KEY: _____   ___  ___

INMATE MOVEMENT HISTORY

DATE: 12/03/04
TIME: 09:33:32
EMP: A2985

BOOK NO: A631830   FROM DATE: _____   THRU DATE: _____

| LAST | FIRST | MI | SUF | RACE | SEX | DOB | STATUS |
|------|-------|----|----|------|-----|-----|--------|
| ANDRIANO | WENDI | E | | W | F | ▉▉▉▉ | IN CUSTODY |

| | DATE | TIME | LOC | | DESCRIPTION | | | DEST LOC |
|-----|----------|------|-------|---|---------|----|----|----------|
| DEP | 11/15/04 | 2249 | DURA1 | 2 | DURANGO FLOOR | 1 | HOUSE 2 | TRAN |
| ARR | 11/15/04 | 2144 | DURA1 | 2 | DURANGO FLOOR | 1 | HOUSE 2 | |
| DEP | 11/14/04 | 2229 | DURA1 | 2 | DURANGO FLOOR | 1 | HOUSE 2 | TRAN |
| ARR | 11/10/04 | 2256 | DURA1 | 2 | DURANGO FLOOR | 1 | HOUSE 2 | |
| DEP | 11/10/04 | 0110 | DURA1 | 2 | DURANGO FLOOR | 1 | HOUSE 2 | TRAN |
| ARR | 11/10/04 | 0106 | DURA1 | 2 | DURANGO FLOOR | 1 | HOUSE 2 | |
| DEP | 11/09/04 | 2331 | DURA1 | 2 | DURANGO FLOOR | 1 | HOUSE 2 | TRAN |
| ARR | 11/09/04 | 2330 | DURA1 | 2 | DURANGO FLOOR | 1 | HOUSE 2 | |
| DEP | 11/09/04 | 2324 | DURA1 | 2 | DURANGO FLOOR | 1 | HOUSE 2 | TRAN |
| ARR | 11/09/04 | 2323 | DURA1 | 2 | DURANGO FLOOR | 1 | HOUSE 2 | |
| DEP | 11/08/04 | 2321 | DURA1 | 2 | DURANGO FLOOR | 1 | HOUSE 2 | TRAN |
| DEP | 11/07/04 | 2244 | DURA1 | 2 | DURANGO FLOOR | 1 | HOUSE 2 | TRAN |

ND: NP
BRDCAST

012472

PCRDIST 001637  000011708

```
CMD: DMH1   KEY: _____          DATE: 12/03/04
                    INMATE MOVEMENT HISTORY           TIME: 09:33:42
                                                      EMP: A2985

BOOK NO: A631830   FROM DATE: _____   THRU DATE: _____

LAST                  FIRST        MI  SUF  RACE  SEX  DOB        STATUS
ANDRIANO              WENDI        E         W    F               IN=CUSTODY

        DATE      TIME   LOC      DESCRIPTION                      DEST LOC
  ARR   11/04/04  1939   DURA1 2  DURANGO FLOOR 1 HOUSE 2
  DEP   11/03/04  2336   DURA1 2  DURANGO FLOOR 1 HOUSE 2          TRAN
  ARR   11/03/04  2033   DURA1 2  DURANGO FLOOR 1 HOUSE 2
  DEP   11/02/04  2358   DURA1 2  DURANGO FLOOR 1 HOUSE 2          TRAN
  DEP   11/01/04  2323   DURA1 2  DURANGO FLOOR 1 HOUSE 2          TRAN
  DEP   10/31/04  2250   DURA1 2  DURANGO FLOOR 1 HOUSE 2          TRAN
  ARR   10/29/04  1007   DURA1 2  DURANGO FLOOR 1 HOUSE 2
  DEP   10/27/04  2310   DURA1 2  DURANGO FLOOR 1 HOUSE 2          TRAN
  DEP   10/26/04  2345   DURA1 2  DURANGO FLOOR 1 HOUSE 2          TRAN
  ARR   10/26/04  1822   DURA1 2  DURANGO FLOOR 1 HOUSE 2
  DEP   10/25/04  2315   DURA1 2  DURANGO FLOOR 1 HOUSE 2          TRAN
  DEP   10/24/04  2257   DURA1 2  DURANGO FLOOR 1 HOUSE 2          TRAN

                                                         ND: NP
                                                         BRDCAST
```

012473

PCRDIS P001638   000011709

CMD: DMH1  KEY: _____                    DATE: 12/03/04
                    INMATE MOVEMENT HISTORY         TIME: 09:33:55
                                                    EMP: A2985

BOOK NO: A631830  FROM DATE: _____  THRU DATE: _____

LAST          FIRST        MI   SUF  RACE  SEX  DOB        STATUS
ANDRIANO      WENDI        E         W     F    ████████   IN-CUSTODY

              DATE     TIME   LOC       DESCRIPTION                    DEST LOC
    ARR    10/21/04   1841   DURA1 2   DURANGO FLOOR 1 HOUSE 2
    DEP    10/20/04   2325   DURA1 2   DURANGO FLOOR 1 HOUSE 2         TRAN
    DEP    10/20/04   0041   DURA1 2   DURANGO FLOOR 1 HOUSE 2         TRAN
    ARR    10/19/04   1321   DURA1 2   DURANGO FLOOR 1 HOUSE 2
    DEP    10/18/04   2345   DURA1 2   DURANGO FLOOR 1 HOUSE 2         TRAN
    ARR    10/18/04   2343   DURA1 2   DURANGO FLOOR 1 HOUSE 2
    DEP    10/17/04   2341   DURA1 2   DURANGO FLOOR 1 HOUSE 2         TRAN
    ARR    10/14/04   1826   DURA1 2   DURANGO FLOOR 1 HOUSE 2
    DEP    10/13/04   2322   DURA1 2   DURANGO FLOOR 1 HOUSE 2         TRAN
    ARR    10/13/04   2320   DURA1 2   DURANGO FLOOR 1 HOUSE 2
    DEP    10/12/04   2340   DURA1 2   DURANGO FLOOR 1 HOUSE 2         TRAN
    DEP    10/11/04   2234   DURA1 2   DURANGO FLOOR 1 HOUSE 2         TRAN

                                                              NDT NP
                                                            BRDCAST

012474
000011710
PCRDIS-P001639

```
CMD: DMH1   KEY: _____                    DATE: 12/03/04
                              INMATE MOVEMENT HISTORY        TIME: 09:34:19
                                                            EMP: A2985

BOOK NO: A631830   FROM DATE: _____   THRU DATE: _____

LAST                    FIRST       MI   SUF  RACE  SEX  DOB        STATUS
ANDRIANO               WENDI         E          W     F             IN-CUSTODY

                                                                   DEST LOC
        DATE       TIME   LOC       DESCRIPTION
ARR    10/08/04    1139   DURA1 2   DURANGO FLOOR 1 HOUSE 2
DEP    10/07/04    0037   DURA1 2   DURANGO FLOOR 1 HOUSE 2              TRAN
ARR    10/06/04    2137   DURA1 2   DURANGO FLOOR 1 HOUSE 2
DEP    10/05/04    2336   DURA1 2   DURANGO FLOOR 1 HOUSE 2              TRAN
ARR    10/05/04    2141   DURA1 2   DURANGO FLOOR 1 HOUSE 2
DEP    10/05/04    0000   DURA1 2   DURANGO FLOOR 1 HOUSE 2              TRAN
DEP    10/04/04    0002   DURA1 2   DURANGO FLOOR 1 HOUSE 2              TRAN
ARR    09/30/04    2128   DURA1 2   DURANGO FLOOR 1 HOUSE 2
DEP    09/29/04    2310   DURA1 2   DURANGO FLOOR 1 HOUSE 2              TRAN
DEP    09/28/04    2322   DURA1 2   DURANGO FLOOR 1 HOUSE 2              TRAN
ARR    09/28/04    2321   DURA1 2   DURANGO FLOOR 1 HOUSE 2
DEP    09/27/04    2304   DURA1 2   DURANGO FLOOR 1 HOUSE 2              TRAN

                                                                   ND: NP
                                                                   BRDCAST
```

012475

PCRDIST 001640   0000-11711

P-App. 005496

```
CMD: DMHI   KEY: _____          DATE: 12/03/04
                        INMATE MOVEMENT HISTORY              TIME: 09:34:27
                                                            EMP: A2985

BOOK NO: A631830   FROM DATE: _____    THRU DATE: _____

LAST                   FIRST          MI   SUF  RACE  SEX  DOB    STATUS
ANDRIANO               WENDI          E         W     F    ▬▬▬▬   IN CUSTODY
```

| | DATE | TIME | LOC | DESCRIPTION | DEST LOC |
|---|---|---|---|---|---|
| ARR | 09/27/04 | 2227 | DURA1 2 | DURANGO FLOOR 1 HOUSE 2 | |
| DEP | 09/26/04 | 2249 | DURA1 2 | DURANGO FLOOR 1 HOUSE 2 | TRAN |
| ARR | 09/24/04 | 1157 | DURA1 2 | DURANGO FLOOR 1 HOUSE 2 | |
| DEP | 09/22/04 | 2324 | DURA1 2 | DURANGO FLOOR 1 HOUSE 2 | TRAN |
| ARR | 09/22/04 | 2322 | DURA1 2 | DURANGO FLOOR 1 HOUSE 2 | |
| DEP | 09/21/04 | 2311 | DURA1 2 | DURANGO FLOOR 1 HOUSE 2 | TRAN |
| ARR | 09/21/04 | 1810 | DURA1 2 | DURANGO FLOOR 1 HOUSE 2 | |
| DEP | 09/20/04 | 2330 | DURA1 2 | DURANGO FLOOR 1 HOUSE 2 | TRAN |
| ARR | 09/20/04 | 2326 | DURA1 2 | DURANGO FLOOR 1 HOUSE 2 | |
| DEP | 09/19/04 | 2316 | DURA1 2 | DURANGO FLOOR 1 HOUSE 2 | TRAN |
| ARR | 09/17/04 | 1031 | DURA1 2 | DURANGO FLOOR 1 HOUSE 2 | |
| DEP | 09/15/04 | 2327 | DURA1 2 | DURANGO FLOOR 1 HOUSE 2 | TRAN |

```
                                                            ND: NP
                                                            BRDCAST
```

012476

PCRDISP0915A712
0000-11712

```
CMD: DMH1  KBY: ---                                          DATE: 12/03/04
                          INMATE MOVEMENT HISTORY             TIME: 09:34:37
                                                             EMP: A2985

BOOK NO: A631830   FROM DATE: _____   THRU DATE: _____

LAST                 FIRST         MI  SUF  RACE  SEX  DOB          STATUS
ANDRIANO             WENDI         E        W     F                 IN-CUSTODY

           DATE      TIME   LOC         DESCRIPTION                 DEST LOC
    ARR    09/15/04  2325   DURA1 2     DURANGO FLOOR 1 HOUSE 2
    DEP    09/14/04  2340   DURA1 2     DURANGO FLOOR 1 HOUSE 2            TRAN
    ARR    09/14/04  2240   DURA1 2     DURANGO FLOOR 1 HOUSE 2
    DEP    09/13/04  2358   DURA1 2     DURANGO FLOOR 1 HOUSE 2            TRAN
    ARR    09/13/04  2356   DURA1 2     DURANGO FLOOR 1 HOUSE 2
    DEP    09/12/04  2333   DURA1 2     DURANGO FLOOR 1 HOUSE 2            TRAN
    ARR    09/10/04  0951   DURA1 2     DURANGO FLOOR 1 HOUSE 2
    DEP    09/09/04  0147   DURA1 2     DURANGO FLOOR 1 HOUSE 2            TRAN
    DEP    09/08/04  0145   DURA1 2     DURANGO FLOOR 1 HOUSE 2            TRAN
    DEP    09/06/04  2239   DURA1 2     DURANGO FLOOR 1 HOUSE 2            TRAN
    ARR    09/02/04  0853   DURA1 2     DURANGO FLOOR 1 HOUSE 2
    DEP    09/01/04  0018   DURA1 2     DURANGO FLOOR 1 HOUSE 2            TRAN

                                                             ND: NP
                                                             BRDCAST
```

012477

PCRDISP001542
000011713

```
CMD: DMH1   KEY: _____              DATE: 12/03/04
                    INMATE MOVEMENT HISTORY            TIME: 09:34:47
                                                       EMP: A2985
BOOK NO: A631830   FROM DATE: _____   THRU DATE: _____

LAST              FIRST        MI  SUF  RACE  SEX  DOB       STATUS
ANDRIANO          WENDI        E        W     F    ████████  IN-CUSTODY

        DATE       TIME   LOC        DESCRIPTION                    DEST LOC
   ARR  09/01/04   0018   DURA1 2    DURANGO FLOOR 1 HOUSE 2
   DEP  08/31/04   0042   DURA1 2    DURANGO FLOOR 1 HOUSE 2              TRAN
   DEP  08/29/04   2249   DURA1 2    DURANGO FLOOR 1 HOUSE 2              TRAN
   ARR  08/25/04   1319   DURA1 2    DURANGO FLOOR 1 HOUSE 2
   DEP  08/25/04   0125   DURA1 2    DURANGO FLOOR 1 HOUSE 2              TRAN
   ARR  08/24/04   2015   DURA1 2    DURANGO FLOOR 1 HOUSE 2
   DEP  08/22/04   2317   DURA1 2    DURANGO FLOOR 1 HOUSE 2              TRAN
   ARR  08/13/04   2037   DURA1 2    DURANGO FLOOR 1 HOUSE 2
   DEP  08/13/04   0024   DURA1 2    DURANGO FLOOR 1 HOUSE 2              TRAN
   ARR  07/31/04   0842   DURA1 2    DURANGO FLOOR 1 HOUSE 2
   DEP  07/29/04   2306   DURA1 2    DURANGO FLOOR 1 HOUSE 2              TRAN
   ARR  06/20/04   0213   DURA1 2    DURANGO FLOOR 1 HOUSE 2

                                                       ND - NP
                                                       BRDCAST
```

012478

000011714
PCRDISP-001643

```
CMD: DMH1  KEY: _____          DATE: 12/03/04
                            INMATE MOVEMENT HISTORY           TIME: 09:34:59
                                                             EMP: A2985
BOOK NO: A631830   FROM DATE: _____   THRU DATE: _____

LAST               FIRST        MI  SUF  RACE  SEX  DOB      STATUS
ANDRIANO           WENDI        E         W     E            IN-CUSTODY

        DATE      TIME    LOC         DESCRIPTION                      DEST LOC
   DEP  06/17/04  2330    DURA1 2     DURANGO FLOOR 1 HOUSE 2          TRAN
   ARR  05/21/04  1401    DURA1 2     DURANGO FLOOR 1 HOUSE 2
   DEP  05/20/04  2335    DURA1 2     DURANGO FLOOR 1 HOUSE 2          TRAN
   ARR  05/01/04  0922    DURA1 2     DURANGO FLOOR 1 HOUSE 2
   DEP  04/30/04  0026    DURA1 2     DURANGO FLOOR 1 HOUSE 2          TRAN
   ARR  04/22/04  1727    DURA1 2     DURANGO FLOOR 1 HOUSE 2
   DEP  04/22/04  0117    DURA1 2     DURANGO FLOOR 1 HOUSE 2          TRAN
   ARR  02/28/04  0806    DURA1 2     DURANGO FLOOR 1 HOUSE 2
   DEP  02/26/04  2308    DURA1 2     DURANGO FLOOR 1 HOUSE 2          TRAN
   ARR  01/28/04  1319    DURA1 2     DURANGO FLOOR 1 HOUSE 2
   DEP  01/27/04  2340    DURA1 2     DURANGO FLOOR 1 HOUSE 2          TRAN
   ARR  11/07/03  1330    DURA1 2     DURANGO FLOOR 1 HOUSE 2

                                                        ND: NP
                                                     BRDCAST
```

012479

PCRDIS-001644    000011715

```
CMD: DMH1   KEY: _____          DATE:  12/03/04
                         INMATE MOVEMENT HISTORY             TIME: 09:35:09
                                                            EMP: A2985

BOOK NO: A631830   FROM DATE: _____   THRU DATE: _____

LAST                  FIRST          MI   SUF  RACE  SEX  DOB          STATUS
ANDRIANO              WENDI          E         W     F                 IN CUSTODY

          DATE       TIME   LOC     DESCRIPTION                        DEST LOC
   DEP    11/07/03   0030   DURA1 2  DURANGO FLOOR 1 HOUSE 2           TRAN
   ARR    11/01/03   1026   DURA1 2  DURANGO FLOOR 1 HOUSE 2
   DEP    10/31/03   0136   DURA1 2  DURANGO FLOOR 1 HOUSE 2           TRAN
   ARR    09/28/03   1126   DURA1 2  DURANGO FLOOR 1 HOUSE 2
   ARR    09/25/03   2303   ESTR1 A  ESTRELLA FLOOR 1 DORM A
   ARR    09/23/03   1318   ESTR1 B  ESTRELLA FLOOR 1 DORM B
   DEP    09/23/03   0028   ESTR1 B  ESTRELLA FLOOR 1 DORM B           TRAN
   ARR    07/07/03   1421   ESTR1 B  ESTRELLA FLOOR 1 DORM B
   DEP    07/07/03   0200   ESTR1 B  ESTRELLA FLOOR 1 DORM B           TRAN
   ARR    06/13/03   1757   ESTR1 B  ESTRELLA FLOOR 1 DORM B
   ARR    04/07/03   1605   ESTR1 A  ESTRELLA FLOOR 1 DORM A
   DEP    04/07/03   0306   ESTR1 A  ESTRELLA FLOOR 1 DORM A           TRAN

                                                                ND: NP
                                                                BRDCAST
```

012430

00001716
PCRDISI 001643

```
CMD: DMH1  KEY: _____        DATE: 12/03/04
                        INMATE MOVEMENT HISTORY           TIME: 09:35:26
                                                          EMP: A2985
BOOK NO: A631830   FROM DATE: _____   THRU DATE: _____

LAST               FIRST        MI   SUF  RACE  SEX  DOB         STATUS
ANDRIANO           WENDI        E         W     F    ████████    IN-CUSTODY
```

|      | DATE     | TIME | LOC     | DESCRIPTION             | DEST LOC |
|------|----------|------|---------|-------------------------|----------|
| ARR  | 03/28/03 | 1746 | ESTR1 A | ESTRELLA FLOOR 1 DORM A |          |
| DEP  | 03/27/03 | 2340 | ESTR1 A | ESTRELLA FLOOR 1 DORM A | TRAN     |
| ARR  | 03/21/03 | 1349 | ESTR1 A | ESTRELLA FLOOR 1 DORM A |          |
| DEP  | 03/21/03 | 0210 | ESTR1 A | ESTRELLA FLOOR 1 DORM A | TRAN     |
| ARR  | 03/05/03 | 2117 | ESTR1 A | ESTRELLA FLOOR 1 DORM A |          |
| ARR  | 02/13/03 | 1525 | ESTR1 B | ESTRELLA FLOOR 1 DORM B |          |
| DEP  | 02/13/03 | 0058 | ESTR1 B | ESTRELLA FLOOR 1 DORM B | TRAN     |
| ARR  | 02/10/03 | 2043 | ESTR1 B | ESTRELLA FLOOR 1 DORM B |          |
| DEP  | 02/10/03 | 0157 | ESTR1 B | ESTRELLA FLOOR 1 DORM B | TRAN     |
| ARR  | 01/09/03 | 2355 | ESTR1 B | ESTRELLA FLOOR 1 DORM B |          |
| DEP  | 01/09/03 | 0610 | ESTR1 B | ESTRELLA FLOOR 1 DORM B | TRAN     |
| ARR  | 11/13/02 | 1850 | ESTR1 B | ESTRELLA FLOOR 1 DORM B |          |

```
                                                          ND  NP
                                                          BRDCAST
```

012481

PCRDI8-00164d   00001717

```
CMD: DMH1   KEY:                                              DATE: 12/03/04
                         INMATE MOVEMENT HISTORY              TIME: 09:38:33
                                                             EMP: A2985

BOOK NO: A631830   FROM DATE:  __         THRU DATE:  _____

LAST                    FIRST      MI  SUF  RACE  SEX  DOB        STATUS
ANDRIANO                WENDI      E         W     F              IN CUSTODY

                                                                 DEST LOC
         DATE      TIME   LOC      DESCRIPTION
    ARR  10/10/02  2012   ESTR1 A  ESTRELLA FLOOR 1 DORM A
    ARR  08/28/02  0143   ESTR1 B  ESTRELLA FLOOR 1 DORM B
    DEP  08/27/02  0216   ESTR1 B  ESTRELLA FLOOR 1 DORM B          TRAN
    ARR  08/12/02  2330   ESTR1 B  ESTRELLA FLOOR 1 DORM B
    DEP  08/11/02  2333   ESTR1 B  ESTRELLA FLOOR 1 DORM B          TRAN
    ARR  03/19/02  1254   ESTR1 B  ESTRELLA FLOOR 1 DORM B
    ARR  03/14/02  0814   ESTR1 A  ESTRELLA FLOOR 1 DORM A
    ARR  01/29/02  1153   ESTR1 B  ESTRELLA FLOOR 1 DORM B
    DEP  01/28/02  0207   ESTR1 B  ESTRELLA FLOOR 1 DORM B          TRAN
    ARR  08/03/01  1408   ESTR1 B  ESTRELLA FLOOR 1 DORM B
    DEP  08/03/01  0353   ESTR1 B  ESTRELLA FLOOR 1 DORM B          TRAN
    ARR  07/27/01  1451   ESTR1 B  ESTRELLA FLOOR 1 DORM B

                                                             ND: NP
                                                             BRDCAST
```

012482
PCRDR-00151718

```
CMD: DMH1  KEY: _____          DATE: 12/03/04
                       INMATE MOVEMENT HISTORY      TIME: 09:39:26
                                                    EMP: A2985
BOOK NO: A631830  FROM DATE: _____  THRU DATE: _____

LAST              FIRST      MI  SUF  RACE  SEX  DOB      STATUS
ANDRIANO          WENDI      E        W     F             IN-CUSTODY

        DATE      TIME   LOC      DESCRIPTION              DEST LOC
  DEP   07/27/01  0230   ESTR1 B  ESTRELLA FLOOR 1 DORM B  TRAN
  ARR   07/20/01  1859   ESTR1 B  ESTRELLA FLOOR 1 DORM B
  DEP   07/20/01  0211   ESTR1 B  ESTRELLA FLOOR 1 DORM B  TRAN
  ARR   04/16/01  1237   ESTR1 B  ESTRELLA FLOOR 1 DORM B
  DEP   04/16/01  0220   ESTR1 B  ESTRELLA FLOOR 1 DORM B  TRAN
  ARR   04/14/01  0301   ESTR1 B  ESTRELLA FLOOR 1 DORM B
  DEP   04/12/01  2326   ESTR1 B  ESTRELLA FLOOR 1 DORM B  TRAN
  ARR   03/09/01  1527   ESTR1 B  ESTRELLA FLOOR 1 DORM B
  DEP   03/09/01  0248   ESTR1 B  ESTRELLA FLOOR 1 DORM B  TRAN
  ARR   12/18/00  1343   ESTR1 B  ESTRELLA FLOOR 1 DORM B
  DEP   12/18/00  0231   ESTR1 B  ESTRELLA FLOOR 1 DORM B  TRAN
  ARR   10/18/00  1435   ESTR1 B  ESTRELLA FLOOR 1 DORM B

                                                    ND   NP
                                                    BRDCAST
```

012483

PCRD80-001647 R0000 1719

CMD: DMH1   KEY: _____                    DATE: 12/03/04
                    INMATE MOVEMENT HISTORY           TIME: 09:39:35
                                                      EMP: A2985

BOOK NO: A631830   FROM DATE: _____   THRU DATE: _____

LAST              FIRST         MI  SUF  RACE  SEX  DOB    STATUS
ANDRIANO          WENDI         E        W     F          IN CUSTODY

        DATE      TIME   LOC        DESCRIPTION                      DEST LOC
DEP     10/18/00  0237   ESTR1 B    ESTRELLA FLOOR 1 DORM B          TRAN
ARR     10/09/00  2058   ESTR1 B    ESTRELLA FLOOR 1 DORM B
ARR     10/09/00  1236   ESTR1 K    ESTRELLA FLOOR 1 DORM K
DEP     10/09/00  0021   INTK0IA    CENTRAL INTAKE HOLD AREA         ESTROHA
ARR     10/08/00  1803   INTK0IA    CENTRAL INTAKE HOLD AREA

                                                      ND: _____
*** END OF LIST ***        —                          BRDCAST

012484
PCRDISI-001647 20
000011720

```
CMD: DVDV   KEY: _____          DATE: 12/03/04
                   VISITS FOR BOOKING NUMBER                TIME: 08:37:24

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST              FIRST        MIDDLE        SUF  RC  SEX  DOB
ANDRIANO          WENDI        ELIZABETH          W   F    ████████

TYP DATE     START STOP   VISITOR NAME                              RELATION
P   11/29/04 1425  1505C  MACLEOD, SCOTT                           APD
             **NONE**
R   11/26/04 1500  1530C  OCHOA, ALEJO LORENZANA                   FATHER
    11160  N  ARAPAHO                       CASA GRANDE      AZ
O   11/26/04 1135  1205C  OCHOA, DONNA ELIZABETH                   MOTHER
    11160  N  ARAPAHO                       CASA GRANDE      AZ
O   11/26/04 1105  1135C  OCHOA, DONNA ELIZABETH                   MOTHER
    11160  N  ARAPAHO                       CASA GRANDE      AZ
S   11/26/04 1028  1058C  HUTCHISON, HARRIET K ROHDE               COUNSELOR
    5507   E  SHEA BLVD                     SCOTTSDALE       AZ
P   11/24/04 1300  1340C  MACLEOD, SCOTT                           ATTY
             **NONE**
S   11/20/04 1207  1237C  HUTCHISON, HARRIET K ROHDE               COUNSELOR
    5507   E  SHEA BLVD                     SCOTTSDALE       AZ
                                                                   ND: NP
                                                                   BRDCAST
```

012485
000011721
PCRDIST 091650

```
CMD: DVDV  -KEY: _____      DATE: 12/03/04
                 VISITS FOR BOOKING NUMBER            TIME: 08:37:41

BOOKING NUMBER: A631830   TYPE: __  FROM DATE: _____  THRU DATE: _____
LAST          FIRST       MIDDLE      SUF  RC  SEX  DOB
ANDRIANO      WENDI       ELIZABETH        W   F

TYP DATE:   START STOP  VISITOR NAME                      RELATION
P   11/19/04 1307  1347C KUPFERBERG, MELISSA              PD STAFF
              **NONE**
P   11/12/04 1229  1309C HUTCHISON, HARRIET K ROHDE        COUNSELOR
    5507   E  SHEA BLVD            SCOTTSDALE       AZ
P   11/12/04 1007  1047C PATTERSON, DANIEL                ATTY
              **NONE**
O   11/05/04 1421  1451C OCHOA, ALEJO LORENZANA            FATHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
O   11/05/04 1351  1421C OCHOA, ALEJO LORENZANA            FATHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
P   10/29/04 1347  1427C PATTERSON, DANIEL                ATTY
              **NONE**
R   10/29/04 1050  1120C OCHOA, DONNA ELIZABETH            MOTHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
                                                   ND: NP
                                                   BRDCAST
```

012486

PCRDB040001722

```
CMD: DVDV   KEY: _____          DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER        TIME: 08:38:08

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST            FIRST      MIDDLE        SUF  RC  SEX  DOB
ANDRIANO        WENDI      ELIZABETH               W    F    ▬▬▬▬▬

TYP DATE    START STOP  VISITOR NAME                        RELATION
O   10/08/04 1503  1533C OCHOA, ALEJO LORENZANA             FATHER
    11160  N  ARAPAHO                   CASA GRANDE      AZ
O   10/08/04 1433  1503C OCHOA, ALEJO LORENZANA             FATHER
    11160  N  ARAPAHO                   CASA GRANDE      AZ
P   10/03/04 1028  1108C DE LOIZER, DAVID                   ATTORNEY
                  **NONE**
O   10/01/04 1514  1544C OCHOA, ALEJO LORENZANA             FATHER
    11160  N  ARAPAHO                   CASA GRANDE      AZ
O   10/01/04 1444  1514C OCHOA, ALEJO LORENZANA             FATHER
    11160  N  ARAPAHO                   CASA GRANDE      AZ
S   10/01/04 1337  1407C HUTCHISON, HARRIET K ROHDE         COUNSELOR
    5507   E  SHEA BLVD                 SCOTTSDALE       AZ
P   09/24/04 1158  1238C PATTERSON, DANIEL                  ATTY
                  **NONE**
                                                           ND: NP
                                                           BRDCAST
```

012487

PCRDIST-001652
000011723

```
CMD: DVDV  KEY: _____          DATE:- 12/03/04
                    VISITS FOR BOOKING NUMBER          TIME: 08:38:22

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST            FIRST         MIDDLE       SUF  RC  SEX  DOB
ANDRIANO        WENDI         ELIZABETH         W   F    ██████

TYP DATE     START STOP  VISITOR NAME                     RELATION
R   09/17/04 1036  1106C VEMULAPALLI, MELISSA ANNE        FRIEND
    7113   W  LEITH LN                    PEORIA      AZ
R   09/10/04 1514  1544C OCHOA, ALEJO LORENZANA           FATHER
    11160   N  ARAPAHO                  CASA GRANDE   AZ
P   09/10/04 1106  1146C PATTERSON, DANIEL                ATTY
              **NONE**
P   09/10/04 0952  1032C HUTCHISON, HARRIET K ROHDE   —   COUNSELOR
    5507   E  SHEA BLVD                SCOTTSDALE    AZ
P   09/06/04 1031  1111C DE LOIZER, DAVID                 ATTORNEY
              **NONE**
O   09/03/04 1524  1554C OCHOA, ALEJO LORENZANA           FATHER
    11160   N  ARAPAHO                  CASA GRANDE   AZ
O   09/03/04 1423  1453C OCHOA, ALEJO LORENZANA           FATHER
    11160   N  ARAPAHO                  CASA GRANDE   AZ
                                                      ND: NP
                                                      BRDCAST
```

012488

000015724
PCRDR04001663

```
CMD: DVDV  KEY: _____  _____        DATE: 12/03/04
                          VISITS FOR BOOKING NUMBER        TIME: 08:39:05

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____    THRU DATE: _____
LAST              FIRST          MIDDLE         SUF  RC  SEX  DOB
ANDRIANO          WENDI          ELIZABETH            W   F

TYP DATE     START STOP  VISITOR NAME                          RELATION
P   09/03/04 1126  1206C HUTCHISON, HARRIET K ROHDE            COUNSELOR
    5507   E  SHEA BLVD                      SCOTTSDALE     AZ
R   08/26/04 1527  1557C HUTCHISON, HARRIET K ROHDE            COUNSELOR
    5507   E  SHEA BLVD                      SCOTTSDALE     AZ
S   08/19/04 1955  2025C LAPPEN, STEPHEN                       FRIEND
    916    E  MCKINLEY STREET                PHOENIX        AZ
P   08/19/04 1315  1355C MACLEOD, SCOTT                        ATTY
               **NONE**
S   08/16/04 1205  1235C HUTCHISON, HARRIET K ROHDE            COUNSELOR
    5507   E  SHEA BLVD                      SCOTTSDALE     AZ
S   08/15/04 1245  1315C LAPPEN, STEPHEN                       FRIEND
    916    E  MCKINLEY STREET                PHOENIX        AZ
S   08/10/04 1239  1309C HUTCHISON, HARRIET K ROHDE            COUNSELOR
    5507   E  SHEA BLVD                      SCOTTSDALE     AZ
                                                              ND  NP
                                                              BRDCAST
```

012489

000011725
PCRDISP 001657

```
CMD: DVDV  KEY:                                           DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER             TIME: 08:39:27

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST           FIRST        MIDDLE      SUF  RC  SEX  DOB
ANDRIANO       WENDI        ELIZABETH             W    F

TYP DATE     START STOP  VISITOR NAME                        RELATION
S   08/03/04 1321  1351C HUTCHISON, HARRIET K ROHDE          COUNSELOR
    5507   E  SHEA BLVD                    SCOTTSDALE    AZ
S   07/27/04 1243  1313C HUTCHISON, HARRIET K ROHDE          COUNSELOR
    5507   E  SHEA BLVD         -          SCOTTSDALE    AZ
R   07/16/04 1439  1509C OCHOA, ALEJO LORENZANA              FATHER
    11160  N  ARAPAHO                      CASA GRANDE   AZ
R   07/16/04 1409  1439C OCHOA, ALEJO LORENZANA              FATHER
    11160  N  ARAPAHO                      CASA GRANDE   AZ
P   07/13/04 1219  1259C MURPHY, SHARON A                    PH D
                  **NONE**
S   07/08/04 1310  1340C HUTCHISON, HARRIET K ROHDE          COUNSELOR
    5507   E  SHEA BLVD                    SCOTTSDALE    AZ
O   06/25/04 1458  1528C OCHOA, ALEJO LORENZANA              FATHER
    11160  N  ARAPAHO                      CASA GRANDE   AZ
                                                            ND: NP
                                                            BRDCAST
```

012490

PCRDISP-001655  00001-1726

```
SMD: DVDV   KEY: _____          DATE: 12/03/04
                 VISITS FOR BOOKING NUMBER         TIME: 08:39:27

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST            FIRST       MIDDLE       SUF  RC  SEX  DOB
ANDRIANO        WENDI       ELIZABETH              W   F    ▓▓▓▓▓▓▓


TYP DATE     START STOP  VISITOR NAME                        RELATION
S   08/03/04 1321  1351C HUTCHISON, HARRIET K ROHDE           COUNSELOR
    5507  E  SHEA BLVD                   SCOTTSDALE      AZ
S   07/27/04 1243  1313C HUTCHISON, HARRIET K ROHDE           COUNSELOR
    5507  E  SHEA BLVD                   SCOTTSDALE      AZ
R   07/16/04 1439  1509C OCHOA, ALEJO LORENZANA               FATHER
    11160 N  ARAPAHO                     CASA GRANDE     AZ
R   07/16/04 1409  1439C OCHOA, ALEJO LORENZANA               FATHER
    11160 N  ARAPAHO                     CASA GRANDE     AZ
P   07/13/04 1219  1259C MURPHY, SHARON A                     PH D
            **NONE**
S   07/08/04 1310  1340C HUTCHISON, HARRIET K ROHDE           COUNSELOR
    5507  E  SHEA BLVD                   SCOTTSDALE      AZ
O   06/25/04 1458  1528C OCHOA, ALEJO LORENZANA               FATHER
    11160 N  ARAPAHO                     CASA GRANDE     AZ
                                                             NDT NP
                                                             BRDCAST
```

012491

PCRDIST 001655   00001727

```
CMD: DVDV   KEY: _____              DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER          TIME: 08:42:38

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST            FIRST        MIDDLE        SUF   RC   SEX   DOB
ANDRIANO        WENDI        ELIZABETH           W    F     ████████
```

```
TYP DATE      START STOP  VISITOR NAME                              RELATION
Q   06/25/04  1428  1458C OCHOA, ALEJO LORENZANA                    FATHER
    11160  N  ARAPAHO                    CASA GRANDE        AZ
P   06/24/04  1230  1310C MACLEOD, SCOTT                            ATTY
              **NONE**
S   06/22/04  1301  1331C HUTCHISON, HARRIET K ROHDE                COUNSELOR
    5507   E  SHEA BLVD                  SCOTTSDALE         AZ
P   06/16/04  1029  1109C MACLEOD, SCOTT                            ATTY
              **NONE**
P   06/15/04  0905  0945C PATTERSON, DANIEL                         ATTY
              **NONE**
O   06/11/04  1456  1526C OCHOA, ALEJO LORENZANA                    FATHER
    11160  N  ARAPAHO                    CASA GRANDE        AZ
O   06/11/04  1426  1456C OCHOA, ALEJO LORENZANA                    FATHER
    11160  N  ARAPAHO                    CASA GRANDE        AZ
                                                              ND: NP
                                                              BRDCAST
```

012492
PCRDIST 001657
00001 1728

P-App. 005513

```
CMD: DVBV  KEY: _____          DATE: 12/03/04
                VISITS FOR BOOKING NUMBER          TIME: 08:44:15

BOOKING NUMBER: A631830  TYPE: __ FROM DATE: _____  THRU DATE: _____
LAST         FIRST      MIDDLE       SUF  RC  SEX  DOB
ANDRIANO     WENDI      ELIZABETH         W    F    ████████

TYP DATE    START STOP  VISITOR NAME   __              RELATION
P   06/10/04 1042 1122C MACLEOD, SCOTT                 ATTY
              **NONE**
P   06/07/04 1236 0000  DE LOIZER, DAVID    ---        ATTORNEY
              **NONE**                                 CANCELLED
P   06/03/04 1014 1054C MACLEOD, SCOTT           -     ATTY
              **NONE**
S   06/01/04 1321 1351C HUTCHISON, HARRIET K ROHDE  --  COUNSELOR
    5507   E  SHEA BLVD            SCOTTSDALE    AZ
R   06/01/04 1035 1105C OCHOA, DONNA ELIZABETH    --   MOTHER
    11160  N  ARAPAHO             CASA GRANDE    AZ
O   05/28/04 1533 1603C OCHOA, ALEJO LORENZANA         FATHER
    11160  N  ARAPAHO             CASA GRANDE    AZ
O   05/28/04 1503 1533C OCHOA, ALEJO LORENZANA         FATHER
    11160  N  ARAPAHO             CASA GRANDE    AZ
                                                       ND: NP
                                                       BRDCAST
```

012493
PCRDIG 001658 / 29

P-App. 005514

```
CMD: DVDV  KEY: _____                          DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER            TIME: 08:44:36

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____   THRU DATE: _____
LAST          FIRST         MIDDLE        SUP  RC  SEX  DOB
ANDRIANO      WENDI         ELIZABETH          W   F

TYP DATE     START STOP  VISITOR NAME                       RELATION
P   05/20/04 1405  1445C PATTERSON, DANIEL                  ATTY
              **NONE**
P   05/17/04 1240  1320C HUTCHISON, HARRIET K ROHDE         COUNSELOR
5507   E  SHEA BLVD                      SCOTTSDALE    AZ
P   05/14/04 1033  1113C PATTERSON, DANIEL                  ATTY
              **NONE**
O   04/27/04 1118  1148C OCHOA, DONNA ELIZABETH             MOTHER
11160  N  ARAPAHO                        CASA GRANDE   AZ
O   04/27/04 1048  1118C OCHOA, DONNA ELIZABETH             MOTHER
11160  N  ARAPAHO                        CASA GRANDE   AZ
P   04/26/04 1222  1302C HUTCHISON, HARRIET K ROHDE         COUNSELOR
5507   E  SHEA BLVD                      SCOTTSDALE    AZ
O   04/23/04 1541  1611C OCHOA, ALEJO LORENZANA             FATHER
11160  N  ARAPAHO                        CASA GRANDE   AZ
                                                           NDT NP
                                                           BRDCAST
```

012494
PCRDIST 001659
00001730

```
CMD: DVDV  KEY:                                        DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER          TIME: 08:45:04

BOOKING NUMBER: A631830  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST            FIRST      MIDDLE        SUF  RC  SEX  DOB
ANDRIANO        WENDI      ELIZABETH          W   F

TYP  DATE     START STOP  VISITOR NAME                 RELATION
P    04/20/04 1230  1310C BAYLESS, MICHAEL BRAD        PSYCH
               **NONE**
P    04/20/04 1149  1229C AMICK, LETICIA C             PSYCH
               **NONE**
P    04/20/04 1149  1229C LOPEZ, CRISTY R              PSYCH
               **NONE**
P    04/19/04 1240  1320C MACLEOD, SCOTT               ATTY
               **NONE**
P    04/19/04 1033  1113C PATTERSON, DANIEL            ATTY
               **NONE**
P    04/16/04 1004  1044C PATTERSON, DANIEL            ATTY
               **NONE**
P    04/13/04 1330  1410C DE LOIZER, DAVID             ATTORNEY
               **NONE**
                                                       ND: NP
                                                       BRDCAST
```

012495
PCRDICT 001680
00001731

```
CMD: DVDV  KEY:                                        DATE: 12/03/04
                  VISITS FOR BOOKING NUMBER            TIME: 08:45:35

BOOKING NUMBER: A631830   TYPE: _  FROM DATE:          THRU DATE:
LAST              FIRST          MIDDLE    SUF  RC  SEX  DOB
ANDRIANO          WENDI          ELIZABETH      W   F

TYP DATE      START STOP  VISITOR NAME                          RELATION
S   04/13/04  1233  1303C HUTCHISON, HARRIET K ROHDE            COUNSELOR
    5507  E  SHEA  BLVD                 SCOTTSDALE     AZ
O   04/09/04  1515  1545C OCHOA, ALEJO LORENZANA               FATHER
    11160  N  ARAPAHO                   CASA GRANDE    AZ
O   04/09/04  1445  1515C OCHOA, ALEJO LORENZANA               FATHER
    11160  N. ARAPAHO                   CASA GRANDE    AZ
P   04/09/04  0955  1035C PATTERSON, DANIEL                    ATTY
              **NONE**
P   04/08/04  1243  1323C MACLEOD, SCOTT                       ATTY
              **NONE**
P   04/05/04  1130  1210C MACLEOD, SCOTT                       ATTY
              **NONE**
P   04/05/04  1031  1111C MURPHY, SHARON A                     PH D
              **NONE**                                         ND: NP
                                                              BRDCAST
```

012496
PCRDIS-001667
0000811732

```
CMD: DVDV    KEY:                                              DATE: 12/03/04
                         VISITS FOR BOOKING NUMBER             TIME: 08:45:49

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____   THRU DATE: _____
LAST             FIRST         MIDDLE      SUF  RC  SEX  DOB
ANDRIANO         WENDI         ELIZABETH            W   F


TYP DATE     START STOP  VISITOR NAME                            RELATION
P   04/02/04 0928  1008C PATTERSON, DANIEL                       ATTY
             **NONE**
O   03/26/04 1447  1517C OCHOA, ALEJO LORENZANA                  FATHER
     11160  N ARAPAHO                    CASA GRANDE        AZ
O   03/26/04 1417  1447C OCHOA, ALEJO LORENZANA                  FATHER
     11160  N ARAPAHO                    CASA GRANDE        AZ
P   03/26/04 1053  1133C PATTERSON, DANIEL                       ATTY
             **NONE**
S   03/23/04 1320  1350C HUTCHISON, HARRIET K ROHDE              COUNSELOR
     5507   E SHEA BLVD                  SCOTTSDALE         AZ
R   03/23/04 1158  1228C VBMULAPALLI, MELISSA ANNE               FRIEND
     7113   W LEITH LN                   PEORIA             AZ
P   03/18/04 1350  1430C LINDERMAN, PATRICK R                    PUB DEFNDR
             **NONE**                                            ND: NP
                                                                BRDCAST
```

012497
000011733
PCRDIS-P001662

```
CMD: DVDV  KEY: _____        _____        DATE: 12/03/04
                   VISITS FOR BOOKING NUMBER                TIME: 08:46:04

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST            FIRST        MIDDLE        SUF  RC  SEX  DOB
ANDRIANO        WENDI        ELIZABETH          W    F   ███████

TYP DATE     START STOP  VISITOR NAME                             RELATION
R   03/09/04 1053  1123C VEMULAPALLI, MELISSA ANNE                FRIEND
    7113  W  LEITH LN                     PEORIA          —  AZ
R   03/05/04 1453  1523C OCHOA, ALEJO LORENZANA                   FATHER
    11160 N  ARAPAHO                      CASA GRANDE        AZ
R   03/05/04 1423  1453C OCHOA, ALEJO LORENZANA                   FATHER
    11160 N  ARAPAHO                —     CASA GRANDE        AZ
P   03/05/04 1013  1053C LINDERMAN, PATRICK R                     PUB DEFNDR
         **NONE**
P   02/25/04 1607  1647C HUTCHISON, HARRIET K ROHDE               COUNSELOR
    5507  E  SHEA BLVD                    SCOTTSDALE         AZ
S   02/10/04 1304  1334C HUTCHISON, HARRIET K ROHDE               COUNSELOR
    5507  E  SHEA BLVD                    SCOTTSDALE         AZ
P   02/05/04 1008  1048C LINDERMAN, PATRICK R                     PUB DEFNDR
         **NONE**                                          ND: NP
                                                           BRDCAST
```

012498

00001734
PCRDR9-001663

```
MD: DVDV   KEY: _____        DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER     TIME: 08:46:30

BOOKING NUMBER: A631830  TYPE: __  FROM DATE: _____    THRU DATE: _____
LAST           FIRST        MIDDLE       SUF  RC  SEX  DOB
ANDRIANO       WENDI        ELIZABETH         W   F


TYP DATE      START STOP  VISITOR NAME                            RELATION
P   02/05/04  1008  1048C MACLEOD, SCOTT                          ATTY
              **NONE**
O   01/30/04  1348  1418C OCHOA, DONNA ELIZABETH                  MOTHER
    11160  N  ARAPAHO                    CASA GRANDE      AZ
O   01/30/04  1318  1348C OCHOA, DONNA ELIZABETH                  MOTHER
    11160  N  ARAPAHO                    CASA GRANDE      AZ
P   01/29/04  1339  1419C HUTCHISON, HARRIET K ROHDE              COUNSELOR
    5507   E  SHEA BLVD                  SCOTTSDALE       AZ
P   01/26/04  0954  1034C PATTERSON, DANIEL                       ATTY
              **NONE**
P   01/20/04  1307  1347C HUTCHISON, HARRIET K ROHDE              COUNSELOR
    5507   E  SHEA BLVD                  SCOTTSDALE       AZ
P   01/05/04  1309  1349C HUTCHISON, HARRIET K ROHDE              COUNSELOR
    5507   E  SHEA BLVD                  SCOTTSDALE       AZ    ND: NP
                                                               BRDCAST
```

012499
PCRDR-001654   0000115735

```
CMD: DVDV  KEY: _____                          DATE: 12/03/04
                        VISITS FOR BOOKING NUMBER         TIME: 08:46:45

BOOKING NUMBER: A631830  TYPE: __  FROM DATE: _____  THRU DATE: _____
LAST           FIRST          MIDDLE      SUF  RC  SEX  DOB
ANDRIANO       WENDI          ELIZABETH        W   F

TYP DATE     START STOP  VISITOR NAME                      RELATION
P   01/05/04 1206  1246C BELL, DAVID WILLIAM               ATTORNEY
             **NONE**
S   12/16/03 1254  1324C HUTCHISON, HARRIET K ROHDE        COUNSELOR
    5507  E  SHEA BLVD                 SCOTTSDALE    AZ
P   12/05/03 0946  1026C PATTERSON, DANIEL                 ATTY
             **NONE**
P   12/04/03 1030  1110C LINDERMAN, PATRICK R              PUB DEFNDR
             **NONE**
O   11/25/03 1625  1655C OCHOA, DONNA ELIZABETH            MOTHER
    11160 N  ARAPAHO                   CASA GRANDE   AZ
P   11/21/03 1306  1346C DE LOIZER, DAVID                  ATTORNEY
             **NONE**
P   11/21/03 1003  1043C LINDERMAN, PATRICK R              PUB DEFNDR
             **NONE**
                                                          NDT-NP
                                                          BRDCAST
```

012560
000011736
PCRDIS P001565

```
CMD: DVDV  KEY: _____                          DATE: 12/03/04
                   VISITS FOR BOOKING NUMBER         TIME: 08:47:35

BOOKING NUMBER: A631830  TYPE: _  FROM DATE: ___   THRU DATE: _____
LAST        FIRST      MIDDLE         SUF  RC  SEX  DOB
ANDRIANO    WENDI      ELIZABETH            W    F


TYP DATE      START STOP  VISITOR NAME                    RELATION
O   10/03/03 0943  1013C MITCHELL, BARBARA LORRAINE       COUSIN
    1106   E  YUCCA ST                  CASA GRANDE    AZ
O   10/03/03 0943  1013C OCHOA, DONNA ELIZABETH           MOTHER
    11160  N  ARAPAHO                   CASA GRANDE    AZ
S   10/02/03 1502  1532C HUTCHISON, HARRIET K ROHDE       COUNSELOR
    5507   E  SHEA BLVD                 SCOTTSDALE     AZ
P   10/02/03 1045  1125C LINDERMAN, PATRICK R             PUB DEFNDR
                         **NONE**
R   09/24/03 1455  1525C OCHOA, ALEJO LORENZANA           FATHER
    11160  N  ARAPAHO                   CASA GRANDE    AZ
R   09/24/03 1425  1455C OCHOA, ALEJO LORENZANA           FATHER
    11160  N  ARAPAHO                   CASA GRANDE    AZ
R   09/17/03 1357  1427C OCHOA, ALEJO LORENZANA           FATHER
    11160  N  ARAPAHO                   CASA GRANDE    AZ
                                                          ND: NP
                                                          BRDCAST
```

012501
PCRDR01001737

```
CMD: DVDV  KEY:                                              DATE: 12/03/04
                      VISITS FOR BOOKING NUMBER               TIME: 08:47:54

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____   THRU DATE: _____
LAST            FIRST       MIDDLE       SUF  RC  SEX  DOB
ANDRIANO        WENDI       ELIZABETH          W   F

TYP DATE       START STOP  VISITOR NAME                    RELATION
R   09/17/03 1327  1357C OCHOA, ALEJO LORENZANA            FATHER
    11160  N  ARAPAHO                  CASA GRANDE    — AZ
P   09/17/03 1215  1255C HUTCHISON, HARRIET K ROHDE        COUNSELOR
    5507   E  SHEA BLVD                SCOTTSDALE     AZ
P   09/16/03 1503  1543C DE LOIZER, DAVID                  ATTORNEY
           **NONE**
P   09/10/03 1321  1401C HUTCHISON, HARRIET K ROHDE        COUNSELOR
    5507   E  SHEA BLVD                SCOTTSDALE     AZ
P   08/28/03 0902  0942C PATTERSON, DANIEL                 ATTY
           **NONE**
P   08/27/03 1229  1309C HUTCHISON, HARRIET K ROHDE        COUNSELOR
    5507   E  SHEA BLVD                SCOTTSDALE     AZ
R   08/20/03 1458  1528C OCHOA, ALEJO LORENZANA            FATHER
    11160  N  ARAPAHO                  CASA GRANDE    AZ
                                                           ND: NP
                                                           BRDCAST
```

012502
PCRDISI-00166738
00001 1738

```
CMD: DVDV   KEY: _____          DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER              TIME: 08:48:07

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST              FIRST         MIDDLE      SUP  RC  SEX  DOB
ANDRIANO          WENDI         ELIZABETH            W   F   ████████

TYP DATE      START STOP  VISITOR NAME                          RELATION
R   08/20/03  1428  1458C OCHOA, ALEJO LORENZANA                FATHER
    11160  N  ARAPAHO                    CASA GRANDE   AZ
P   08/17/03  1121  1201C DE LOIZER, DAVID                      ATTORNEY
          **NONE**
S   08/13/03  1307  1337C HUTCHISON, HARRIET K ROHDE    ---  COUNSELOR
    5507   E  SHEA BLVD                  SCOTTSDALE    AZ
P   08/08/03  1050  1130C LINDERMAN, PATRICK R          PUB-DEFNDR
          **NONE**
P   08/04/03  1252  1332C HUTCHISON, HARRIET K ROHDE    --   COUNSELOR
    5507   E  SHEA BLVD                  SCOTTSDALE    AZ
P   07/23/03  1304  1344C HUTCHISON, HARRIET K ROHDE    -    COUNSELOR
    5507   E  SHEA BLVD                  SCOTTSDALE    AZ
P   07/16/03  1317  1357C HUTCHISON, HARRIET K ROHDE    --   COUNSELOR
    5507   E  SHEA BLVD                  SCOTTSDALE    AZ
                                                       ND: NP
                                                       BRDCAST
```

012503

PCRDIST-001666   000011739

```
CMD: DVDV  KEY:                                          DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER            TIME: 08:48:32

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST            FIRST         MIDDLE       SUF  RC  SEX  DOB
ANDRIANO        WENDI         ELIZABETH          W   F   ▒▒▒▒▒▒
```

| TYP | DATE | START | STOP | VISITOR NAME | | | RELATION |
|-----|------|-------|------|--------------|---|---|----------|
| R | 06/18/03 | 1400 | 1430C | OCHOA, ALEJO LORENZANA | | | FATHER |
| | | 11160 | N | ARAPAHO | CASA GRANDE | AZ | |
| P | 06/15/03 | 1020 | 1100C | DE LOIZER, DAVID | | | ATTORNEY |
| | | | | **NONE** | | | |
| S | 06/12/03 | 1136 | 1206C | HUTCHISON, HARRIET K ROHDE | | | COUNSELOR |
| | | 5507 | E | SHEA BLVD | SCOTTSDALE | AZ | |
| R | 06/11/03 | 1351 | 1421C | OCHOA, ALEJO LORENZANA | | AZ | FATHER |
| | | 11160 | N | ARAPAHO | CASA GRANDE | AZ | |
| R | 06/11/03 | 1321 | 1351C | OCHOA, ALEJO LORENZANA | | | FATHER |
| | | 11160 | N | ARAPAHO | CASA GRANDE | AZ | |
| P | 06/06/03 | 1437 | 1517C | DE LOIZER, DAVID | | | ATTORNEY |
| | | | | **NONE** | | | |
| R | 06/04/03 | 1243 | 1313C | OCHOA, ALEJO LORENZANA | | | FATHER |
| | | 11160 | N | ARAPAHO | CASA GRANDE | AZ | ND: NP |
| | | | | | | | BRDCAST |

012504
PCRDIS-P001665  00001740

```
CMD: DVDV   KEY:                                           DATE : 12/03/04
                    VISITS FOR BOOKING NUMBER              TIME: 08:48:48

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: ____   THRU DATE: _____
LAST           FIRST      MIDDLE          SUF  RC  SEX  DOB
ANDRIANO       WENDI      ELIZABETH            W    F


TYP DATE    - START STOP  VISITOR NAME    -- --                RELATION
R   06/04/03 1213  1243C OCHOA, ALEJO LORENZANA               FATHER
    11160  N ARAPAHO                 CASA GRANDE      AZ
P   06/04/03 0950  1030C DE LOIZER, DAVID                     ATTORNEY
             **NONE**
P   06/03/03 1326  1406C HUTCHISON, HARRIET K ROHDE           COUNSELOR
    5507   E  SHEA BLVD                SCOTTSDALE     AZ
P   05/23/03 1047  1127C LINDERMAN, PATRICK R                 PUB DEFNDR
             **NONE**
P   05/22/03 1303  1343C HUTCHISON, HARRIET K ROHDE           COUNSELOR
    5507   E  SHEA BLVD                SCOTTSDALE     AZ
S   05/21/03 1437  1507C RADNEY, ANNE M                       CLERGY
             **NONE**                                         FATHER
R   05/21/03 1129  1159C OCHOA, ALEJO LORENZANA
    11160  N ARAPAHO                 CASA GRANDE      AZ
                                                             ND: NP
                                                             BRDCAST
```

012505
PCRDIST 091670   741

```
SMD: DVDV  KEY: _____          DATE: 12/03/04
                   VISITS FOR BOOKING NUMBER       TIME: 08:49:55

BOOKING NUMBER: A631830  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST            FIRST        MIDDLE        SUF  RC  SEX  DOB
ANDRIANO        WENDI        ELIZABETH          W   F

TYP DATE     START STOP  VISITOR NAME                               RELATION
P   04/23/03 1315  1355C OCHOA, ALEJO LORENZANA                     FATHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
P   04/22/03 1550  1630C MURPHY, SHARON                             DOCTOR
              **NONE**
P   04/22/03 1114  1154C HUTCHISON, HARRIET K ROHDE                 COUNSELOR
    5507   E  SHEA BLVD               SCOTTSDALE      AZ
P   04/18/03 1309  1349C LINDERMAN, PATRICK R                       PUB DEFNDR
              **NONE**
R   04/16/03 1320  1350C OCHOA, ALEJO LORENZANA                     FATHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
R   04/16/03 1250  1320C OCHOA, ALEJO LORENZANA                     FATHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
P   04/11/03 1519  1559C MURPHY, SHARON                             DOCTOR
              **NONE**                                              ND: NP
                                                                    BRDCAST
```

012506

PCRDISH-09167 00001742

P-App. 005527

```
CMD: DVDV  KEY:                                              DATE: 12/03/04
                     VISITS FOR BOOKING NUMBER               TIME: 08:50:10

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST              FIRST        MIDDLE      SUF  RC  SEX  DOB
ANDRIANO          WENDI        ELIZABETH        W   F


TYP  DATE      START  STOP  VISITOR NAME                           RELATION
R    04/09/03  1518   1548C OCHOA, ALEJO LORENZANA                 FATHER
     11160   N  ARAPAHO                 CASA GRANDE       AZ
R    04/09/03  1448   1518C OCHOA, ALEJO LORENZANA                 FATHER
     11160   N  ARAPAHO                 CASA GRANDE       AZ
P    04/08/03  1102   1142C MURPHY, SHARON                         DOCTOR
              **NONE**
P    04/03/03  1139   1219C BELL, DAVID WILLIAM                    ATTORNEY
              **NONE**
R    04/02/03  1221   1251C OCHOA, ALEJO LORENZANA                 FATHER
     11160   N  ARAPAHO                 CASA GRANDE       AZ
R    04/02/03  1151   1221C OCHOA, ALEJO LORENZANA                 FATHER
     11160   N  ARAPAHO                 CASA GRANDE       AZ
P    04/01/03  1149   1229C HUTCHISON, HARRIET K ROHDE             COUNSELOR
     5507    E  SHEA BLVD               SCOTTSDALE        AZ
                                                              ND: NP
                                                              BRDCAST
```

012507
PCRD1810091672
Q000 1743

```
CMD: DVDV  KEY: _____        DATE: 12/03/04
              VISITS FOR BOOKING NUMBER            TIME: 08:50:22

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST          FIRST        MIDDLE       SUF  RC  SEX  DOB
ANDRIANO      WENDI        ELIZABETH           W   F

TYP DATE     START STOP  VISITOR NAME                            RELATION
 P  03/30/03 1102  1142C MURPHY, SHARON                          DOCTOR
              **NONE**
 P  03/29/03 1218  1258C MURPHY, SHARON                          DOCTOR
              **NONE**
 P  03/26/03 1454  1534C MURPHY, SHARON                          DOCTOR
              **NONE**
 P  03/25/03 1334  1414C MURPHY, SHARON                          DOCTOR
              **NONE**
 P  03/22/03 1029  1109C BENSON, CATHY JONES                     WIFE
     4119  N  44TH PLACE                    PHOENIX         AZ
 P  03/20/03 1257  1337C DANALS, STANLEY                         MCSO
              **NONE**
 O  03/18/03 1643  1713C OCHOA, ALEJO LORENZANA                  FATHER
     11160 N  ARAPAHO                       CASA GRANDE     AZ
                                                            ND: NP
                                                            BRDCAST
```

012508
PCRD-0001673744

CMD: ~~DVDV~~ KEY:                                          DATE: ~~12/03~~/04
            VISITS FOR BOOKING NUMBER                       TIME: 08:50:34

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST            FIRST        MIDDLE       SUF  RC  SEX  DOB
ANDRIANO        WENDI        ELIZABETH         W   F

TYP  DATE      START STOP  VISITOR NAME                         RELATION
O    03/18/03  1613  1643C OCHOA, ALEJO LORENZANA               FATHER
     11160  N  ARAPAHO                      CASA GRANDE      AZ
R    03/12/03  1557  1627C OCHOA, ALEJO LORENZANA               FATHER
     11160  N  ARAPAHO                      CASA GRANDE      AZ
R    03/09/03  0919  0949C OCHOA, DONNA ELIZABETH               MOTHER
     11160  N  ARAPAHO                      CASA GRANDE      AZ
R    03/09/03  0849  0919C OCHOA, DONNA ELIZABETH               MOTHER
     11160  N  ARAPAHO                      CASA GRANDE      AZ
R    03/05/03  1309  1339C OCHOA, ALEJO LORENZANA               FATHER
     11160  N  ARAPAHO                      CASA GRANDE      AZ
R    03/05/03  1239  1309C OCHOA, ALEJO LORENZANA               FATHER
     11160  N  ARAPAHO                      CASA GRANDE      AZ
P    03/04/03  1152  1232C HUTCHISON, HARRIET K ROHDE           COUNSELOR
     5507   E  SHEA BLVD                    SCOTTSDALE       AZ
                                                            ND: NP
                                                            BRDCAST

012509
000011745
PCRD1S4-001674

```
CMD: DVDV   KEY: _____           DATE: 12/03/04
                     VISITS FOR BOOKING NUMBER              TIME: 08:51:27

BOOKING NUMBER: A631830    TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST              FIRST        MIDDLE      SUP  RC  SEX  DOB
ANDRIANO          WENDI        ELIZABETH        W   F

TYP  DATE      START  STOP   VISITOR NAME                         RELATION
O    02/09/03  0910   0940C  OCHOA, DONNA ELIZABETH               MOTHER
     11160  N  ARAPAHO        —            CASA GRANDE      AZ
O    02/09/03  0840   0910C  OCHOA, DONNA ELIZABETH               MOTHER
     11160  N  ARAPAHO                     CASA GRANDE      AZ
P    02/08/03  1607   1647C  DE LOIZER, DAVID                     ATTORNEY
                **NONE**
P    02/07/03  1441   1521C  LINDERMAN, PATRICK R                 PUB DEFNDR
                **NONE**
R    02/05/03  1526   1556C  OCHOA, ALEJO LORENZANA               FATHER
     11160  N  ARAPAHO                     CASA GRANDE      AZ
R    02/05/03  1456   1526C  OCHOA, ALEJO LORENZANA               FATHER
     11160  N  ARAPAHO                     CASA GRANDE      AZ
P    01/30/03  1158   1238C  HUTCHISON, HARRIET K ROHDE           COUNSELOR
     5507   E  SHEA BLVD                   SCOTTSDALE       AZ
                                                           ND: NP
                                                           BRDCAST
```

012510
PCRD84-001675   0000117 46

CMD: DVDV KEY: _____ - ___                              DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER            TIME: 08:51:53

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____   THRU DATE: _____
LAST            FIRST         MIDDLE        SUF  RC  SEX  DOB
ANDRIANO        WENDI         ELIZABETH          W   F    ▓▓▓▓▓

TYP DATE      START STOP  VISITOR NAME                          RELATION
R   01/29/03  1612  1642C OCHOA, ALEJO LORENZANA                FATHER
    11160  N  ARAPAHO                    CASA GRANDE      AZ
R   01/29/03  1542  1612C OCHOA, ALEJO LORENZANA                FATHER
    11160  N  ARAPAHO                    CASA GRANDE      AZ
P   01/23/03  1327  1407C PATTERSON, DANIEL                     ATTY
               **NONE**
P   01/23/03  1327  1407C DE LOZIER, DAVID                      ATTY
               **NONE**
P   01/16/03  1243  1323C HUTCHISON, HARRIET K ROHDE            COUNSELOR
    5507   E  SHEA BLVD                  SCOTTSDALE       AZ
R   01/15/03  1421  1451C OCHOA, ALEJO LORENZANA                FATHER
    11160  N  ARAPAHO                    CASA GRANDE      AZ
R   01/15/03  1351  1421C OCHOA, ALEJO LORENZANA                FATHER
    11160  N  ARAPAHO                    CASA GRANDE      AZ
                                                         ND: NP
                                                         BRDCAST

```
CMD: DVDV  KEY: _____          DATE: 12/03/04
                VISITS FOR BOOKING NUMBER                TIME: 08:52:11

BOOKING NUMBER: A631830  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST          FIRST        MIDDLE      SUP  RC  SEX  DOB
ANDRIANO      WENDI        ELIZABETH        W   F    ████

TYP DATE     START STOP  VISITOR NAME                      RELATION
P   01/02/03 1211  1251C HUTCHISON, HARRIET K ROHDE         COUNSELOR
    5507  E  SHEA BLVD              SCOTTSDALE        AZ
O   12/24/02 1540  1610C OCHOA, DONNA ELIZABETH             MOTHER
    11160  N  ARAPAHO               CASA GRANDE       AZ
O   12/24/02 1510  1540C OCHOA, DONNA ELIZABETH             MOTHER
    11160  N  ARAPAHO               CASA GRANDE       AZ
R   12/24/02 1024  1054C PATTERSON, DANIEL                  ATTY
              **NONE**
P   12/19/02 1110  1150C HUTCHISON, HARRIET K ROHDE          COUNSELOR
    5507  E  SHEA BLVD              SCOTTSDALE        AZ
P   12/07/02 1152  1232C DE LOZIER, DAVID                    ATTY
              **NONE**
R   11/27/02 1717  1747C OCHOA, ALEJO LORENZANA              FATHER
    11160  N  ARAPAHO               CASA GRANDE       AZ
                                                    ND: NP
                                                    BRDCAST
```

012512
000011748
PCRDISP0816TF

P-App. 005533

```
CMD: DVDV  KEY: _____          DATE: 12/03/04
              VISITS FOR BOOKING NUMBER            TIME: 08:52:28

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST          FIRST          MIDDLE       SUF  RC  SEX  DOB
ANDRIANO      WENDI          ELIZABETH         W   F
```

| TYP | DATE | START | STOP | VISITOR NAME | | RELATION |
|-----|------|-------|------|--------------|--|----------|
| R | 11/27/02 | 1717 | 1747C | OCHOA, DONNA ELIZABETH | | MOTHER |
|   | 11160 | N | ARAPAHO | | CASA GRANDE    AZ | |
| R | 11/27/02 | 1647 | 1717C | OCHOA, ALEJO LORENZANA | | FATHER |
|   | 11160 | N | ARAPAHO | | CASA GRANDE    AZ | |
| R | 11/27/02 | 1647 | 1717C | OCHOA, DONNA ELIZABETH | | MOTHER |
|   | 11160 | N | ARAPAHO | | CASA GRANDE    AZ | |
| P | 11/14/02 | 1240 | 1320C | HUTCHISON, HARRIET K ROHDE | | COUNSELOR |
|   | 5507 | E | SHEA BLVD | | SCOTTSDALE    AZ | |
| P | 11/08/02 | 1130 | 1210C | PATTERSON, DANIEL | | ATTY |
|   | | | **NONE** | | | |
| S | 11/05/02 | 1300 | 1330C | HUTCHISON, HARRIET K ROHDE | | COUNSELOR |
|   | 5507 | E | SHEA BLVD | | SCOTTSDALE    AZ | |
| P | 11/05/02 | 0937 | 1017C | VIGIL, MARIA BARBARA | | CLIENT SER |
|   | 11 | W | JEFFERSON | | PHOENIX    AZ | |
|   | | | | | | ND, NP |
|   | | | | | | BRDCAST |

012513

PCRDIS-0091749
000011749

```
CMD: DVDV   KEY: _____        DATE: 12/03/04
                      VISITS FOR BOOKING NUMBER            TIME: 08:52:48

BOOKING NUMBER: A631830   TYPE: __   FROM DATE: _____   THRU DATE: _____
LAST            FIRST         MIDDLE      SUF  RC  SEX  DOB
ANDRIANO        WENDI         ELIZABETH        W   F

TYP DATE      START STOP  VISITOR NAME                        RELATION
 P  10/22/02  1330  1410C HUTCHISON, HARRIET K ROHDE          COUNSELOR
    5507    E  SHEA BLVD                 SCOTTSDALE       AZ
 R  10/15/02  1906  1936C OCHOA, DONNA ELIZABETH              MOTHER
    11160   N  ARAPAHO                   CASA GRANDE      AZ
 P  09/28/02  1014  1054C HUTCHISON, HARRIET K ROHDE          COUNSELOR
    5507    E  SHEA BLVD                 SCOTTSDALE       AZ
 R  09/25/02  1400  1430C OCHOA, ALEJO LORENZANA              FATHER
    11160   N  ARAPAHO                   CASA GRANDE      AZ
 R  09/25/02  1330  1400C OCHOA, ALEJO LORENZANA              FATHER
    11160   N  ARAPAHO                   CASA GRANDE      AZ
 P  09/25/02  1235  1315C DE LOZIER, DAVID                    ATTY
                **NONE**
 P  09/24/02  1250  1330C HUTCHISON, HARRIET K ROHDE          COUNSELOR
    5507    E  SHEA BLVD                 SCOTTSDALE       AZ
                                                             NDT NP
                                                             BRDCAST
```

012514

PCRDR 001673    000011750

P-App. 005535

```
CMD: DVDV  KEY:         ──                              DATE: 12/03/04
              VISITS FOR BOOKING NUMBER                 TIME: 08:53 23

BOOKING NUMBER: A631830   TYPE:      FROM DATE: _____    THRU DATE: _____
LAST            FIRST        MIDDLE      SUF  RC  SEX  DOB
ANDRIANO        WENDI        ELIZABETH        W   F

TYP DATE     START STOP  VISITOR NAME                        RELATION
R   09/10/02 1314  1344C HUTCHISON, HARRIET K ROHDE          COUNSELOR
    5507  E  SHEA BLVD                 SCOTTSDALE      AZ
P   08/29/02 1312  1352C HUTCHISON, HARRIET K ROHDE          COUNSELOR
    5507  E  SHEA BLVD                 SCOTTSDALE      AZ
O   08/25/02 1152  1222C OCHOA, DONNA ELIZABETH              MOTHER
    11160 N  ARAPAHO                   CASA GRANDE     AZ
O   08/25/02 1122  1152C OCHOA, DONNA ELIZABETH              MOTHER
    11160 N  ARAPAHO                   CASA GRANDE     AZ
P   08/11/02 1325  1405C DE LOZIER, DAVID                    ATTY
                   **NONE**
R   08/11/02 1028  1058C CONGO, LENA                         FRIEND
                   **NONE**
R   08/11/02 0958  1028C CONGO, LENA                         FRIEND
                   **NONE**
                                                    ND: NP
                                                    BRDCAST
```

012515

PCRDPS001660   00001751

```
CMD: DVDV   KEY: _____                          DATE: 12/03/04
                        VISITS FOR BOOKING NUMBER                TIME: 08:53:35

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST            FIRST        MIDDLE    --  SUF  RC  SEX  DOB
ANDRIANO        WENDI        ELIZABETH           W    F   ▬▬▬▬▬▬

TYP DATE     START STOP   VISITOR NAME                         RELATION
R   08/11/02 0856  0926C  CONGO, CHARLENE                      FRIEND
             **NONE**
R   08/11/02 0856  0926C  OCHOA, DONNA ELIZABETH               MOTHER
    11160  N ARAPAHO                  CASA GRANDE        AZ
P   08/07/02 1129  1209C  HUTCHISON, HARRIET K ROHDE           COUNSELOR
    5507   E SHEA BLVD               SCOTTSDALE          AZ
P   08/06/02 0947  1027C  PATTERSON, DANIEL                    ATTY
             **NONE**
P   07/31/02 0942  1022C  MONCADA, PATRICIA                    PUB DEF
             **NONE**
P   07/30/02 1614  1654C  BUDGE, DAPHNE                        ATTORNEY
    1523   W WHITNEY                  PHOENIX            AZ
R   07/25/02 1354  1424C  HUTCHISON, HARRIET K ROHDE           COUNSELOR
    5507   E SHEA BLVD               SCOTTSDALE          AZ
                                                              ND: NP
                                                              BRDCAST
```

012516
PCRDIS-F001557 752

P-App. 005537

```
CMD: DVDV  KEY: _____  ___  __ __                    DATE: 12/03/04
              VISITS FOR BOOKING NUMBER                    TIME: 08:53:50

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: __     THRU DATE: _____
LAST           FIRST      MIDDLE      SUF  RC  SEX  DOB
ANDRIANO       WENDI      ELIZABETH        W   F.   ████████
```

```
TYP DATE       START STOP VISITOR NAME                              RELATION
R   07/17/02 1319  1349C OCHOA, ALEJO LORENZANA                     FATHER
    11160  N  ARAPAHO                     CASA GRANDE      AZ
R   07/14/02 1705  1735C OCHOA, DONNA ELIZABETH                     MOTHER
    11160  N  ARAPAHO                     CASA GRANDE   -  AZ
R   07/14/02 1635  1705C OCHOA, DONNA ELIZABETH                     MOTHER
    11160  N  ARAPAHO                     CASA GRANDE      AZ
P   07/11/02 1325  1405C HUTCHISON, HARRIET K ROHDE                 COUNSELOR
    5507   E  SHEA BLVD                   SCOTTSDALE       AZ
R   06/26/02 1213  1243C OCHOA, ALEJO LORENZANA                     FATHER
    11160  N  ARAPAHO                     CASA GRANDE      AZ
P   06/25/02 1321  1401C HUTCHISON, HARRIET K ROHDE                 COUNSELOR
    5507   E  SHEA BLVD                   SCOTTSDALE       AZ
P   06/23/02 1113  1153C ROSENGARD, RICHARD JAY                     MENT.HEALT
              **NONE**                                     ND: NP
                                                          BRDCAST
```

012517
PCRD[S]-001682   P0001-1753

```
CMD: DVDV  KEY: _____                    DATE: 12/03/04
                        VISITS FOR BOOKING NUMBER                TIME: 08:54:10

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST           FIRST         MIDDLE       SUP  RC  SEX  DOB
ANDRIANO       WENDI         ELIZABETH         W   F

TYP DATE     START STOP  VISITOR NAME                              RELATION
O   06/09/02 1004  1034C OCHOA, DONNA ELIZABETH                    MOTHER
    11160  N ARAPAHO                    CASA GRANDE      AZ
O   06/09/02 0934  1004C OCHOA, DONNA ELIZABETH                    MOTHER
    11160  N ARAPAHO                    CASA GRANDE      AZ
P   06/06/02 1320  1400C HUTCHISON, HARRIET K ROHDE                COUNSELOR
    5507   E SHEA BLVD                  SCOTTSDALE       AZ
P   05/24/02 1603  1643C RADNEY, ANNE M                            CLERGY
              **NONE**
P   05/23/02 1340  1420C HUTCHISON, HARRIET K ROHDE                COUNSELOR
    5507   E SHEA BLVD                  SCOTTSDALE       AZ
P   05/13/02 1420  1500C HUTCHISON, HARRIET K ROHDE                COUNSELOR
    5507   E SHEA BLVD                  SCOTTSDALE       AZ
P   05/08/02 1215  1255C HUTCHISON, HARRIET K ROHDE                COUNSELOR
    5507   E SHEA BLVD                  SCOTTSDALE       AZ
                                                            ND- NP
                                                            BRDCAST
```

012518

PCRD... ...754

```
CMD: DVDV  KEY:                                           DATE:  12/03/04
                    VISITS FOR BOOKING NUMBER             TIME: 08:54:27

BOOKING NUMBER: A631830   TYPE: _   FROM DATE:           THRU DATE:
LAST            FIRST         MIDDLE        SUF  RC  SEX  DOB
ANDRIANO        WENDI         ELIZABETH          W   F

                                                              RELATION
TYP DATE     START STOP  VISITOR NAME                         ATTY
P   05/02/02 1016  1056C DE LOZIER, DAVID
             **NONE**
R   05/01/02 1129  1159C OCHOA, ALEJO LORENZANA               FATHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
O   04/24/02 1734  1804C OCHOA, DONNA ELIZABETH               MOTHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
P   04/15/02 1210  1250C HUTCHISON, HARRIET K ROHDE           COUNSELOR
    5507   E  SHEA BLVD             SCOTTSDALE      AZ
R   04/10/02 1622  1652C OCHOA, ALEJO LORENZANA               FATHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
R   04/03/02 1414  1444C OCHOA, ALEJO LORENZANA               FATHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
R   03/31/02 1315  1345C OCHOA, DONNA ELIZABETH               MOTHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
                                                              ND  NP
                                                              BRDCAST:
```

012519

PCRD49 P001755

P-App. 005540

```
CMD: DVDV   KEY: _____          DATE: 12/03/04
                      VISITS FOR BOOKING NUMBER                TIME: 08:56:15

BOOKING NUMBER: A631830   TYPE: _    FROM DATE: _____   THRU DATE: _____
LAST           FIRST        MIDDLE     SUF  RC  SEX  DOB
ANDRIANO       WENDI        ELIZABETH        W   F

TYP DATE    START STOP  VISITOR NAME                              RELATION
                                                                  MOTHER
R   03/31/02 1245  1315C OCHOA, DONNA ELIZABETH
    11160  N  ARAPAHO                       CASA GRANDE    AZ      PUB DEFNDR
P   03/29/02 1125  1205C LINDERMAN, PATRICK R
           **NONE**                                              PUB DEFNDR
P   03/06/02 1431  1511C LINDERMAN, PATRICK R
           **NONE**                                              COUNSELOR
P   02/28/02 1304  1344C HUTCHISON, HARRIET K ROHDE
    5507  E  SHEA BLVD                      SCOTTSDALE     AZ      COUNSELOR
P   02/19/02 1318  1358C HUTCHISON, HARRIET K ROHDE
    5507  E  SHEA BLVD                      SCOTTSDALE     AZ      ATTORNEY
P   02/16/02 1404  1444C DE LOIZER, DAVID
           **NONE**                                              PUB DEF
P   02/15/02 1154  1234C LINDERMAN, PATRICK
    201   W  JEFFERSON                      PHOENIX        AZ
                                                                 ND: NP
                                                                 BRDCAST
```

012520

PCRD 000011756

```
CMD: DVDV  KEY: _____                    DATE: 12/03/04
              VISITS FOR BOOKING NUMBER              TIME: 08:55:04

BOOKING NUMBER: A631830  TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST          FIRST        MIDDLE      SUF  RC  SEX  DOB
ANDRIANO      WENDI        ELIZABETH            W   F    ████████

TYP DATE     START STOP  VISITOR NAME                           RELATION
R   02/13/02 1459  1529C OCHOA, ALEJO LORENZANA                 FATHER
    11160  N ARAPAHO                       CASA GRANDE    AZ
R   02/13/02 1429  1459C OCHOA, ALEJO LORENZANA                 FATHER
    11160  N ARAPAHO                       CASA GRANDE    AZ
P   02/09/02 1336  1416C DE LOIZER, DAVID                       ATTORNEY
           **NONE**                                             COUNSELOR
P   02/06/02 1340  1420C HUTCHISON, HARRIET K ROHDE
    5507   E SHEA BLVD                     SCOTTSDALE     AZ
R   02/05/02 1855  1925C OCHOA, DONNA ELIZABETH                 MOTHER
    11160  N ARAPAHO                       CASA GRANDE    AZ
R   02/05/02 1825  1855C OCHOA, DONNA ELIZABETH                 MOTHER
    11160  N ARAPAHO                       CASA GRANDE    AZ
O   01/23/02 1816  1846C OCHOA, DONNA ELIZABETH                 MOTHER
    11160  N ARAPAHO                       CASA GRANDE    AZ
                                                               NDT NP
                                                               BRDCAST
```

012521
00001757
PCRD19-001666

```
CMD: DVDV   KEY: _____          DATE: 12/03/04
                  VISITS FOR BOOKING NUMBER          TIME: 08:57:07

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST          FIRST         MIDDLE        SUF  RC  SEX  DOB
ANDRIANO      WENDI         ELIZABETH              W    F    ▓▓▓▓▓▓▓

TYP DATE      START STOP  VISITOR NAME                              RELATION
O   01/23/02 1746  1816C  OCHOA, DONNA ELIZABETH                    MOTHER
    11160  N ARAPAHO                  CASA GRANDE       AZ
P   01/23/02 1359  1439C  REYES, RODOLFO                            CLIENT SER
                   **NONE**
R   01/23/02 1206  1236C  HUTCHISON, HARRIET K ROHDE                COUNSELOR
    5507   E SHEA BLVD                SCOTTSDALE        AZ
R   01/16/02 1741  1811C  OCHOA, DONNA ELIZABETH                    MOTHER
    11160  N ARAPAHO                  CASA GRANDE       AZ
R   01/16/02 1711  1741C  OCHOA, DONNA ELIZABETH                    MOTHER
    11160  N ARAPAHO                  CASA GRANDE       AZ
P   01/10/02 1138  1218C  HUTCHISON, HARRIET K ROHDE                COUNSELOR
    5507   E SHEA BLVD                SCOTTSDALE        AZ
P   01/09/02 1306  1346C  OCHOA, ALEJO LORENZANA                    FATHER
    11160  N ARAPAHO                  CASA GRANDE       AZ
                                                                    ND: NP
                                                                    BRDCAST
```

012522
PCRDRO-00166758

CMD: DVDV  KEY: _____           DATE: 12/03/04
VISITS FOR BOOKING NUMBER         TIME: 08:57:25

BOOKING NUMBER: A631830   TYPE: _____  FROM DATE: _____   THRU DATE: _____
LAST          FIRST       MIDDLE      SUF  RC  SEX  DOB
ANDRIANO      WENDI       ELIZABETH            W    F

| TYP | DATE | START | STOP | VISITOR NAME | | | RELATION |
|---|---|---|---|---|---|---|---|
| P | 01/03/02 | 1338 | 1418C | HUTCHISON, HARRIET K ROHDE | | | COUNSELOR |
| | | 5507 E SHEA BLVD | | | SCOTTSDALE | AZ | |
| O | 01/01/02 | 1015 | 1045C | ARCHULETA, LOLA | | | FRIEND |
| | | 1219 E ONTARIO CT | | | CASA GRANDE | AZ | |
| O | 01/01/02 | 1015 | 1045C | ARCHULETA, FRANCES | | | FRIEND |
| | | **NONE** | | | | | |
| O | 12/30/01 | 1332 | 1402C | OCHOA, DONNA ELIZABETH | | | MOTHER |
| | | 11160 N ARAPAHO | | | CASA GRANDE | AZ | |
| O | 12/30/01 | 1302 | 1332C | OCHOA, DONNA ELIZABETH | | | MOTHER |
| | | 11160 N ARAPAHO | | | CASA GRANDE | AZ | |
| O | 12/26/01 | 1437 | 1507C | ARCHULETA, FRANCES | | | FRIEND |
| | | **NONE** | | | | | |
| O | 12/26/01 | 1437 | 1507C | ARCHULETA, LOLA | | | FRIEND |
| | | 1219 E ONTARIO CT | | | CASA GRANDE | AZ | |

ND: NP
BRDCAST

012523
PCRDIST 001686 1759

P-App. 005544

```
CMD: DVDV   KEY: _____          DATE: 12/03/04
                  VISITS FOR BOOKING NUMBER        TIME: 08:58:47

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST            FIRST         MIDDLE       SUF  RC  SEX  DOB
ANDRIANO        WENDI         ELIZABETH         W   F    ▬▬▬▬▬
```

| TYP | DATE | START | STOP | VISITOR NAME | | | RELATION |
|-----|------|-------|------|--------------|--|--|----------|
| O | 12/16/01 | 1324 | 1354C | OCHOA, DONNA ELIZABETH | | | MOTHER |
| | 11160 | N | ARAPAHO | | CASA GRANDE | AZ | |
| O | 12/16/01 | 1254 | 1324C | OCHOA, DONNA ELIZABETH | | | MOTHER |
| | 11160 | N | ARAPAHO | | CASA GRANDE | AZ | |
| P | 12/12/01 | 1115 | 1155C | DE LOIZER, DAVID | | | ATTORNEY |
| | | | | **NONE** | | | |
| P | 12/11/01 | 1148 | 1228C | HUTCHISON, HARRIET K ROHDE | | | COUNSELOR |
| | 5507 | E | SHEA BLVD | | SCOTTSDALE | AZ | |
| R | 12/05/01 | 1751 | 1821C | NEWTON, MARCUS | | | FRIEND |
| | | | | **NONE** | | | |
| P | 11/30/01 | 1527 | 1607C | HUTCHISON, HARRIET K ROHDE | | | COUNSELOR |
| | 5507 | E | SHEA BLVD | | SCOTTSDALE | AZ | |
| P | 11/30/01 | 1359 | 1439C | CUNNINGHAM, JERI LYNN | | | CLERGY |
| | | | | **NONE** | | | ND: NP |
| | | | | | | | BRDCAST |

012524
000011760
PCRDIST001685

```
CMD: DVDV   KEY: _____      DATE: 12/03/04
                         VISITS FOR BOOKING NUMBER           TIME: 08:59:02

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST              FIRST         MIDDLE      SUF  RC  SEX  DOB:
ANDRIANO          WENDI         ELIZABETH        W    F   _____

TYP  DATE      START STOP   VISITOR NAME                          RELATION
P    11/27/01  1554  1634C  VIGIL, MARIA BARBARA                  CLIENT SER
     11    W  JEFFERSON                  PHOENIX        AZ
R    11/21/01  1728  1758C  OCHOA, DONNA ELIZABETH                MOTHER
     11160   N  ARAPAHO                  CASA GRANDE    AZ
R    11/18/01  1221  1251C  OCHOA, DONNA ELIZABETH                MOTHER
     11160   N  ARAPAHO                  CASA GRANDE    AZ
R    11/18/01  1151  1221C  OCHOA, DONNA ELIZABETH                MOTHER
     11160   N  ARAPAHO                  CASA GRANDE    AZ
P    11/14/01  1304  1344C  ARVANITAS, MICHELLE                   INVESTIGAT
            **NONE**
P    11/14/01  1304  1344C  PATTERSON, DANIEL                     ATTY
            **NONE**
P    11/14/01  1159  1239C  HUTCHISON, HARRIET K ROHDE            COUNSELOR
     5507    E  SHEA BLVD                SCOTTSDALE     AZ
                                                                 ND: NP
                                                                 BRDCAST
```

012525
PCRDIS-F001690  761

```
CMD: DVDV  KEY: _____          DATE: 12/03/04
                        VISITS FOR BOOKING NUMBER          TIME:  08:59:15

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST              FIRST        MIDDLE        SUF  RC  SEX  DOB
ANDRIANO          WENDI        ELIZABETH              W    F    ████████
```

| TYP | DATE | START | STOP | VISITOR NAME | | | RELATION |
|-----|------|-------|------|--------------|---|---|----------|
| P | 11/10/01 | 1250 | 1330C | DE LOIZER, DAVID | | | ATTORNEY |
| | | | | **NONE** | | | |
| O | 10/30/01 | 1120 | 1150C | OCHOA, DONNA ELIZABETH | | | MOTHER |
| | | | | 11160  N  ARAPAHO | CASA GRANDE | AZ | |
| O | 10/30/01 | 1050 | 1120C | OCHOA, DONNA ELIZABETH | | | MOTHER |
| | | | | 11160  N. ARAPAHO | CASA GRANDE | AZ | |
| P | 10/26/01 | 1211 | 1251C | HUTCHISON, HARRIET K ROHDE | | | COUNSELOR |
| | | | | 5507  E  SHEA BLVD | SCOTTSDALE | AZ | |
| R | 10/23/01 | 1517 | 1547C | OCHOA, ALEJO LORENZANA | | | FATHER |
| | | | | 11160  N  ARAPAHO | CASA GRANDE | AZ | |
| R | 10/23/01 | 1447 | 1517C | OCHOA, ALEJO LORENZANA | | | FATHER |
| | | | | 11160  N  ARAPAHO | CASA GRANDE | AZ | |
| P | 10/10/01 | 1643 | 1723C | DE LOIZER, DAVID | | | ATTORNEY |
| | | | | **NONE** | | | |

```
                                                            ND: NP
                                                            BRDCAST
```

012526
00001 5762
PCRD19 P0169

CMD: ~~DVDV~~ ~~KEY:~~ _____   _____   ___·_____         DATE: ~~12/03~~/04
                    VISITS FOR BOOKING NUMBER                 TIME: 08:59:44

BOOKING NUMBER: A631830   TYPE: __   FROM DATE: _____   THRU DATE: _____
LAST              FIRST          MIDDLE      SUF  RC  SEX  DOB
ANDRIANO          WENDI          ELIZABETH         W    F   ████████

| TYP | DATE | START | STOP | VISITOR NAME | | | RELATION |
|-----|------|-------|------|--------------|--|--|----------|
| P | 10/05/01 | 1239 | 1319C | HUTCHISON, HARRIET K ROHDE | | | COUNSELOR |
|   |   | 5507 | E | SHEA BLVD | SCOTTSDALE | AZ | |
| R | 09/23/01 | 1107 | 1137C | OCHOA, DONNA ELIZABETH | | | MOTHER |
|   |   | 11160 | N | ARAPAHO | CASA GRANDE | AZ | |
| R | 09/23/01 | 1037 | 1107C | OCHOA, DONNA ELIZABETH | | | MOTHER |
|   |   | 11160 | N | ARAPAHO | CASA GRANDE | AZ | |
| P | 09/19/01 | 1237 | 1317C | HUTCHISON, HARRIET K ROHDE | | | COUNSELOR |
|   |   | 5507 | E | SHEA BLVD | SCOTTSDALE | AZ | |
| P | 09/18/01 | 1352 | 1432C | DE LOIZER, DAVID | | | ATTORNEY |
|   |   |   | **NONE** | | | | |
| P | 09/13/01 | 1208 | 1248C | HUTCHISON, ~~HARRIET K ROHDE~~ | | | ~~COUNSELOR~~ |
|   |   | 5507 | E | SHEA BLVD | SCOTTSDALE | AZ | |
| P | ~~09/04/01~~ | 1253 | 1333C | ~~HUTCHISON, HARRIET K ROHDE~~ | | | ~~COUNSELOR~~ |
|   |   | 5507 | E | SHEA BLVD | SCOTTSDALE | AZ | ~~ND: NP~~ |
|   |   |   |   |   |   |   | ~~BRDCAST~~ |

012527
PCRD~~R-T~~ 001692 763

```
CMD: DVDV  KEY: _____        DATE: 12/03/04
                   VISITS FOR BOOKING NUMBER             TIME: 09:00:21

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____    THRU DATE: _____
LAST            FIRST        MIDDLE       SUF  RC  SEX  DOB
ANDRIANO        WENDI        ELIZABETH         W   F    ▓▓▓▓▓▓▓

TYP DATE      START STOP  VISITOR NAME                        RELATION
P   08/31/01  1254  1334C DE LOIZER, DAVID                    ATTORNEY
              **NONE**
O   08/28/01  1250  1320C BEDNORZ, NADINE ZENS                AUNT
              **NONE**
O   08/28/01  1250  1320C OCHOA, DONNA ELIZABETH              MOTHER
     11160  N  ARAPAHO              CASA GRANDE        AZ
O   08/28/01  1220  1250C BEDNORZ, NADINE ZENS                AUNT
              **NONE**
O   08/28/01  1220  1250C OCHOA, DONNA ELIZABETH              MOTHER
     11160  N  ARAPAHO              CASA GRANDE        AZ
O   08/28/01  1150  1220C BEDNORZ, NADINE ZENS                AUNT
              **NONE**
O   08/28/01  1150  1220C OCHOA, DONNA ELIZABETH              MOTHER
     11160  N  ARAPAHO              CASA GRANDE        AZ
                                                     NDY NP
                                                     BRDCAST
```

012528
000011764
PCRDIS 001693

```
CMD: DVDV  KEY:                                        DATE: 12/03/04
               VISITS FOR BOOKING NUMBER               TIME: 09:01:05

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST              FIRST        MIDDLE     SUF  RC  SEX  DOB
ANDRIANO          WENDI        ELIZABETH            W    F      ▇▇▇▇▇

TYP DATE     START STOP  VISITOR NAME                      RELATION
S   08/27/01 1146  1216C HUTCHISON, HARRIET K ROHDE        COUNSELOR
    5507   E SHEA BLVD                    SCOTTSDALE    AZ
P   08/22/01 1138  1218C HUTCHISON, HARRIET K ROHDE        COUNSELOR
    5507   E SHEA BLVD                    SCOTTSDALE    AZ
S   08/21/01 1633  1703C JOHNSON, ANDREA                   CLERGY
                   **NONE**
R   08/20/01 1124  1154C SEARS, DONALD B                   CLERGY
                   **NONE**
R   08/20/01 1124  1154C LAPPEN, STEPHEN                   FRIEND
    916    E MCKINLEY STREET              PHOENIX       AZ
P   08/19/01 1404  1444C DE LOIZER, DAVID                  ATTORNEY
                   **NONE**
O   08/19/01 1018  1048C OCHOA, DONNA ELIZABETH            MOTHER
    11160  N ARAPAHO                      CASA GRANDE   AZ
                                                          ND: NP
                                                          BRDCAST
```

012529
PCRDISA007684
00001765

```
CMD: DVDV   KEY: _____                           DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER      TIME: 09:02^05

BOOKING NUMBER: A631830  TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST          FIRST        MIDDLE      SUF  RC  SEX  DOB
ANDRIANO      WENDI        ELIZABETH        W   F    ▆▆▆▆▆

TYP DATE     START STOP  VISITOR NAME                     RELATION
O   08/19/01 0948  1018C OCHOA, DONNA ELIZABETH           MOTHER
    11160  N  ARAPAHO           CASA GRANDE      AZ
P   08/17/01 1002  1042C CUNNINGHAM, JERI LYNN            CLERGY
             **NONE**
P   08/16/01 1830  1910C LAPPEN, STEPHEN                  FRIEND
    916   E  MCKINLEY STREET    PHOENIX          AZ
P   08/15/01 1207  1247C PATTERSON, DANIEL                ATTY
             **NONE**
P   08/14/01 1305  1345C HUTCHISON, HARRIET K ROHDE       COUNSELOR
    5507  E  SHEA BLVD          SCOTTSDALE       AZ
P   08/09/01 1939  2019C ROBINSON, MICHELLE               REL VOLUN
             **NONE**
P   08/08/01 1427  1507C HUTCHISON, HARRIET K ROHDE       COUNSELOR
    5507  E  SHEA BLVD          SCOTTSDALE       AZ
                                                  NDI NP
                                                  BRDCAST
```

012530
PCRDIS1-091695 766

```
CMD: DVDV   KEY: _____        ...   ....   _____       DATE: 12/03/04
                         VISITS FOR BOOKING NUMBER                 TIME: 09:02:18

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST             FIRST         MIDDLE        SUF   RC   SEX   DOB
ANDRIANO         WENDI         ELIZABETH           W    F

TYP  DATE       START  STOP   VISITOR NAME                             RELATION
R    08/07/01  1249   1319C  OCHOA, ALEJO LORENZANA                    FATHER
     11160   N  ARAPAHO                         CASA GRANDE      AZ
P    08/06/01  1151   1231C  DELOZIER, DAVID                           ATTY
                **NONE**
R    08/05/01  0956   1026C  OCHOA, DONNA ELIZABETH                    MOTHER
     11160   N  ARAPAHO                         CASA GRANDE      AZ
R    08/05/01  0926   0956C  OCHOA, DONNA ELIZABETH                    MOTHER
     11160   N  ARAPAHO                         CASA GRANDE      AZ
P    08/02/01  1321   1401C  HUTCHISON, HARRIET K ROHDE                COUNSELOR
     5507    E  SHEA BLVD                       SCOTTSDALE       AZ
P    07/31/01  1822   1902C  ROBINSON, MICHELLE                        REL VOLUN
                **NONE**
R    07/31/01  1721   1751C  OCHOA, ALEJO LORENZANA                    FATHER
     11160   N  ARAPAHO                         CASA GRANDE      AZ
                                                                   ND: NP
                                                                   BRDCAST
```

012531
PCRDIST001695   000091767

```
CMD: DVDV   KEY: _____                        DATE: 12/03/04
                        VISITS FOR BOOKING NUMBER      TIME: 09:02:28

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST           FIRST        MIDDLE      SUF  RC  SEX  DOB
ANDRIANO       WENDI        ELIZABETH         W   F

TYP DATE    START STOP  VISITOR NAME                              RELATION
R   07/31/01 1651  1721C OCHOA, ALEJO LORENZANA                    FATHER
    11160  N  ARAPAHO                     CASA GRANDE        AZ
P   07/24/01 1254  1334C HUTCHISON, HARRIET K ROHDE               COUNSELOR
    5507   E  SHEA BLVD                   SCOTTSDALE         AZ
R   07/22/01 1235  1305C EDWARDS, JAMES B                         PASTER
    323    E  PARK AVE.                -- GILBERT         -- AZ
R   07/22/01 0943  1013C OCHOA, ALEJO LORENZANA                    FATHER
    11160  N  ARAPAHO                     CASA GRANDE        AZ
R   07/22/01 0913  0943C OCHOA, ALEJO LORENZANA                    FATHER
    11160  N  ARAPAHO                     CASA GRANDE        AZ
R   07/17/01 1624  1654C OCHOA, ALEJO LORENZANA                    FATHER
    11160  N  ARAPAHO                     CASA GRANDE        AZ
R   07/17/01 1554  1624C OCHOA, ALEJO LORENZANA                    FATHER
    11160  N  ARAPAHO                     CASA GRANDE        AZ
                                                       NDT NP
                                                       BRDCAST
```

012532
PCRD191-01169768

```
CMD: DVDV   KEY: _____        DATE: 12/03/04
                        VISITS FOR BOOKING NUMBER              TIME: 09:02:43

BOOKING NUMBER: A631830    TYPE: __   FROM DATE: _____   THRU DATE: _____
LAST              FIRST        MIDDLE        SUF  RC  SEX  DOB
ANDRIANO          WENDI        ELIZABETH          W    F

TYP DATE     START STOP  VISITOR NAME                           RELATION
P    07/17/01 1227 1307C HUTCHISON, HARRIET K ROHDE             COUNSELOR
     5507   E  SHEA BLVD                    SCOTTSDALE      AZ
O    07/15/01 1109 1139C MORA, JESUS                            FRND
            **NONE**
O    07/15/01 1008 1038C OCHOA, DONNA ELIZABETH                 MOTHER
     11160  N  ARAPAHO                      CASA GRANDE     AZ
R    07/10/01 1806 1836C ROBINSON, MICHELLE                     REL.VOLUN
            **NONE**
R    07/08/01 1027 1057C OCHOA, DONNA ELIZABETH                 MOTHER
     11160  N  ARAPAHO                      CASA GRANDE     AZ
R    07/08/01 0957 1027C OCHOA, DONNA ELIZABETH                 MOTHER
     11160  N  ARAPAHO                      CASA GRANDE     AZ
P    07/06/01 1239 1319C HUTCHISON, HARRIET K ROHDE             COUNSELOR
     5507   E  SHEA BLVD                    SCOTTSDALE      AZ
                                                               ND: NP
                                                               BRDCAST
```

012533
PCRDIS-F001698 1769

P-App. 005554

```
CMD: DVDV  KEY: _____      _____      DATE: 12/03/04
                  VISITS FOR BOOKING NUMBER      TIME: 09:04:07

BOOKING NUMBER: A631830   TYPE: __ FROM DATE: ____   THRU DATE: ____
LAST            FIRST        MIDDLE      SUF  RC  SEX  DOB
ANDRIANO        WENDI        ELIZABETH        W   F

TYP DATE     START STOP  VISITOR NAME                  RELATION
                                                       REL.VOLUN
R   07/05/01 1829  1859C ROBINSON, MICHELLE
              **NONE**
R   07/01/01 0938  1008C OCHOA, ALEJO LORENZANA         FATHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
R   07/01/01 0908  0938C OCHOA, ALEJO LORENZANA         FATHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
R   06/24/01 0939  1009C OCHOA, DONNA ELIZABETH         MOTHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
R   06/24/01 0909  0939C OCHOA, DONNA ELIZABETH         MOTHER
    11160  N  ARAPAHO              CASA GRANDE      AZ
P   06/21/01 1235  1315C HUTCHISON, HARRIET K ROHDE     COUNSELOR
    5507   E  SHEA BLVD            SCOTTSDALE       AZ
P   06/20/01 1238  1318C HUTCHISON, HARRIET K ROHDE     COUNSELOR
    5507   E  SHEA BLVD            SCOTTSDALE       AZ
                                                   NDT NP
                                                   BRDCAST
```

012534
PCRD 000013770

P-App. 005555

CMD: DVDV  KEY: _____   _____                          DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER                 TIME: 09:04:20

BOOKING NUMBER: A631830   TYPE: __   FROM DATE: _____   THRU DATE: _____
LAST              FIRST         MIDDLE      SUF  RC  SEX  DOB
ANDRIANO          WENDI         ELIZABETH         W   F

TYP  DATE      START STOP  VISITOR NAME                      RELATION
R    06/19/01  1425  1455C OCHOA, ALEJO LORENZANA            FATHER
     11160  N  ARAPAHO                    CASA GRANDE    AZ
R    06/19/01  1355  1425C OCHOA, ALEJO LORENZANA            FATHER
     11160  N  ARAPAHO                    CASA GRANDE    AZ
R    06/19/01  1117  1147C OCHOA, DONNA ELIZABETH            MOTHER
     11160  N  ARAPAHO                    CASA GRANDE    AZ
P    06/16/01  1825  1905C DE LOIZER, DAVID                  ATTORNEY
               **NONE**
P    06/14/01  1051  1131C HUTCHISON, HARRIET K ROHDE         COUNSELOR
     5507   E  SHEA BLVD                  SCOTTSDALE     AZ
R    06/10/01  0859  0929C OCHOA, ALEJO LORENZANA            FATHER
     11160  N  ARAPAHO                    CASA GRANDE    AZ
P    06/07/01  1327  1407C HUTCHISON, HARRIET K ROHDE         COUNSELOR
     5507   E  SHEA BLVD                  SCOTTSDALE     AZ
                                                         ND+ NP
                                                         BRDCAST

012535
PCRDHJ-001700
000017771

```
CMD: DVDV   KEY: _____                     DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER         TIME: 09:06:27

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____   THRU DATE: _____
LAST         FIRST       MIDDLE       SUF  RC  SEX  DOB
ANDRIANO     WENDI       ELIZABETH          W   F    ████████

                                                      RELATION
TYP  DATE     START STOP  VISITOR NAME                ATTORNEY
P    06/04/01 1247  1327C DE LOIZER, DAVID
             **NONE**
R    06/03/01 1018  1048C OCHOA, DONNA ELIZABETH                 MOTHER
     11160  N ARAPAHO              CASA GRANDE    AZ
R    06/03/01 0948  1018C OCHOA, DONNA ELIZABETH    --           MOTHER
     11160  N ARAPAHO              CASA GRANDE    AZ
S    06/01/01 1315  1345C HARREL, CHARLES                        CLERGY
     2002   W MYRTEL                PHX           AZ
P    05/31/01 1120  1200C HUTCHISON, HARRIET K ROHDE  --         COUNSELOR
     5507   E SHEA BLVD            SCOTTSDALE    AZ
R    05/29/01 1504  1534C OCHOA, ALEJO LORENZANA                 FATHER
     11160  N ARAPAHO              CASA GRANDE    AZ
R    05/29/01 1434  1504C OCHOA, ALEJO LORENZANA    --           FATHER
     11160  N ARAPAHO              CASA GRANDE    AZ
                                                      ND: NP
                                                      BRDCAST
```

012536
PCRDR9-0017D772

```
CMD: DVBV  KEY: _____    -                              DATE: 12/03/04
                VISITS FOR BOOKING NUMBER                TIME: 09:06:38

BOOKING NUMBER: A631830  TYPE: _   FROM DATE: _____         THRU DATE: _____
LAST          FIRST      MIDDLE    SUF  RC  SEX  DOB
ANDRIANO      WENDI      ELIZABETH      W    F !


TYP DATE     START STOP  VISITOR NAME                         RELATION
P   05/24/01 1405  1445C HUTCHISON, HARRIET K ROHDE           COUNSELOR
     5507  E  SHEA BLVD                 SCOTTSDALE     AZ
O   05/20/01 1226  1256C OCHOA, DONNA ELIZABETH               MOTHER
     11160  N  ARAPAHO                  CASA GRANDE    AZ
O   05/20/01 1156  1226C OCHOA, DONNA ELIZABETH               MOTHER
     11160  N  ARAPAHO                  CASA GRANDE    AZ
P   05/15/01 1221  1301C HUTCHISON, HARRIET K ROHDE           COUNSELOR
     5507  E  SHEA BLVD                 SCOTTSDALE     AZ
P   05/10/01 1346  1426C DE LOIZER, DAVID                     ATTORNEY
              **NONE**
P   05/07/01 1356  1436C HUTCHISON, HARRIET K ROHDE           COUNSELOR
     5507  E  SHEA BLVD                 SCOTTSDALE     AZ
R   05/06/01 1104  1134C OCHOA, DONNA ELIZABETH               MOTHER
     11160  N  ARAPAHO                  CASA GRANDE    AZ
                                                         ND: NP
                                                         BRDCAST
```

012537
00001773
PCRD00001762

```
CMD: DVDV  KEY: _____                              DATE: 12/03/04
                     VISITS FOR BOOKING NUMBER       TIME: 09:06:50

BOOKING NUMBER: A631830  TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST              FIRST        MIDDLE      SUF  RC  SEX  DOB
ANDRIANO          WENDI        ELIZABETH            W    F

TYP DATE      START STOP   VISITOR NAME                          RELATION
                                                                 ATTORNEY
P   05/04/01  1430  1510C  DE LOIZER, DAVID
              **NONE**                                           CLERGY
P   04/30/01  1624  1704C  EDWARDS, CYNTHIA
    323       PARK AVENUE                     GILBERT       AZ
P   04/29/01  1242  1322C  HUTCHISON, HARRIET K ROHDE               COUNSELOR
    5507    E  SHEA BLVD                       SCOTTSDALE   AZ
P   04/26/01  1407  1447C  HUTCHISON, HARRIET K ROHDE       COUNSELOR
    5507    E  SHEA BLVD                       SCOTTSDALE   AZ
P   04/24/01  0948  1028C  HARREL, CHARLES                        CLERGY
    2002    W  MYRTEL                          PHX          AZ
R   04/17/01  1719  1749C  OCHOA, ALEJO LORENZANA                 FATHER
    11160   N  ARAPAHO                         CASA GRANDE  AZ
R   04/17/01  1649  1719C  OCHOA, ALEJO LORENZANA                 FATHER
    11160   N  ARAPAHO                         CASA GRANDE  AZ
                                                              NDT: NP
                                                              BRDCAST
```

012538
PCRD09-001703
000011774

```
CMD: DVDV   KEY:                                          DATE: 12/03/04
                        VISITS FOR BOOKING NUMBER          TIME: 09:07:03

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____   THRU DATE: _____
LAST          FIRST         MIDDLE      SUF  RC  SEX  DOB
ANDRIANO      WENDI         ELIZABETH         W   F

TYP  DATE    START  STOP   VISITOR NAME                          RELATION
P    04/17/01 1406  1446C  HUTCHISON, HARRIET K ROHDE            COUNSELOR
     5507  E  SHEA BLVD                    SCOTTSDALE       AZ
P    04/14/01 1403  1443C  DE LOIZER, DAVID                      ATTORNEY
                    **NONE**
P    04/14/01 1155  1235C  HUTCHISON, HARRIET K ROHDE            COUNSELOR
     5507  E  SHEA BLVD                    SCOTTSDALE       AZ
P    04/10/01 1426  1506C  DE LOIZER, DAVID                      ATTORNEY
                    **NONE**
P    04/09/01 1431  1511C  HUTCHISON, HARRIET K ROHDE            COUNSELOR
     5507  E  SHEA BLVD                    SCOTTSDALE       AZ
R    04/08/01 1031  1101C  ROWE, ANDREA                         G-FRIEND
     5225  E  VIRGINIA                     PHX              AZ
P    04/04/01 1459  1539C  HUTCHISON, HARRIET K ROHDE            COUNSELOR
     5507  E  SHEA BLVD                    SCOTTSDALE       AZ      ND: NP
                                                                   BRDCAST
```

012539
PCRDPS P00170775

```
CMD: DVDV   KEY: _____                           DATE: 12/03/04
                        VISITS FOR BOOKING NUMBER                TIME: 09:07:56

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST            FIRST      MIDDLE       SUF  RC  SEX  DOB
ANDRIANO        WENDI      ELIZABETH          W   F

                                                              RELATION
TYP DATE       START STOP  VISITOR NAME                        FATHER
R   04/03/01   1616  1646C OCHOA, ALEJO LORENZANA
    11160  N   ARAPAHO                     CASA GRANDE    AZ
                                                              FATHER
R   04/03/01   1546  1616C OCHOA, ALEJO LORENZANA
    11160  N   ARAPAHO                     CASA GRANDE    AZ
                                                              COUNSELOR
P   03/28/01   1137  1217C HUTCHISON, HARRIET K ROHDE
    5507   E   SHEA BLVD                   SCOTTSDALE     AZ
                                                              FATHER
R   03/27/01   1652  1722C OCHOA, ALEJO LORENZANA
    11160  N   ARAPAHO                     CASA GRANDE    AZ
                                                              FATHER
R   03/20/01   1430  1500C OCHOA, ALEJO LORENZANA
    11160  N   ARAPAHO                     CASA GRANDE    AZ
                                                              FATHER
R   03/20/01   1400  1430C OCHOA, ALEJO LORENZANA
    11160  N   ARAPAHO                     CASA GRANDE    AZ
                                                              CLERGY
P   03/13/01   1558  1638C EDWARDS, CYNTHIA
    323        PARK AVENUE                 GILBERT        AZ
                                                              NDT NP
                                                              BRDCAST
```

012540
000011776
PCRDR9-001703

CMD: DVDV  KEY: _____                                          DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER                     TIME: 09:08:11

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST            FIRST        MIDDLE        SUF  RC   SEX  DOB
ANDRIANO        WENDI        ELIZABETH          W    F    ▮▮▮▮▮▮

| TYP | DATE | START | STOP | VISITOR NAME | | | RELATION |
|-----|------|-------|------|--------------|--|--|----------|
| O | 03/11/01 | 1640 | 1710C | OCHOA, DONNA ELIZABETH | | | MOTHER |
| | 11160 | N | ARAPAHO | | CASA GRANDE | AZ | |
| O | 03/11/01 | 1610 | 1640C | OCHOA, DONNA ELIZABETH | | | MOTHER |
| | 11160 | N | ARAPAHO | | CASA GRANDE | AZ | |
| P | 03/10/01 | 1448 | 1528C | DE LOIZER, DAVID | | | ATTORNEY |
| | | | | **NONE** | | | |
| P | 03/06/01 | 1422 | 1502C | DE LOIZER, DAVID | | | ATTORNEY |
| | | | | **NONE** | | | |
| P | 03/05/01 | 1113 | 1153C | EDWARDS, CYNTHIA | | | CLERGY |
| | 323 | | PARK AVENUE | | GILBERT | AZ | |
| R | 02/27/01 | 1624 | 1654C | OCHOA, ALEJO LORENZANA | | | FATHER |
| | 11160 | N | ARAPAHO | | CASA GRANDE | AZ | |
| P | 02/27/01 | 1222 | 1302C | HUTCHISON, HARRIET K ROHDE | | | COUNSELOR |
| | 5507 | E | SHEA BLVD | | SCOTTSDALE | AZ | |
| | | | | | | | ND: NP |
| | | | | | | | BRDCAST |

012541
0000117
PCRDIS-P-001703 77

```
CMD: DVDV   KEY: _____              DATE: 12/03/04
                  VISITS FOR BOOKING NUMBER      TIME: 09:09:15

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____  THRU DATE: _____
LAST          FIRST       MIDDLE      SUF  RC  SEX  DOB
ANDRIANO      WENDI        ELIZABETH        W    F

                                                         RELATION
TYP DATE      START STOP   VISITOR NAME                  COUNSELOR
P   02/23/01  1216  1256C  HUTCHISON, HARRIET K ROHDE
    5507   E  SHEA BLVD                  SCOTTSDALE      AZ
P   02/20/01  1706  1746C  DE LOIZER, DAVID             ATTORNEY
            **NONE**
S   02/20/01  1635  1705C  EDWARDS, CYNTHIA             CLERGY
    323        PARK AVENUE              GILBERT         AZ
O   02/18/01  1406  1436C  OCHOA, DONNA ELIZABETH       MOTHER
    11160  N  ARAPAHO                   CASA GRANDE     AZ
P   02/14/01  1336  1416C  HUTCHISON, HARRIET K ROHDE   COUNSELOR
    5507   E  SHEA BLVD                  SCOTTSDALE      AZ
R   02/12/01  1600  1630C  EDWARDS, CYNTHIA             CLERGY
    323        PARK AVENUE              GILBERT         AZ
P   02/10/01  1445  1525C  DE LOIZER, DAVID             ATTORNEY
            **NONE**
                                              ND: NP
                                              BRDCAST
```

012542
000011778
PCRDIS-P001707

```
                                                      DATE: 12/03/04
CMD: DVDV- KEY:                                       TIME: 09:09:42
                        VISITS FOR BOOKING NUMBER

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: ____    THRU DATE:
LAST           FIRST      MIDDLE  -  SUF  RC  SEX  DOB -
ANDRIANO       WENDI      ELIZABETH          W    F

                                                      RELATION
TYP DATE      START STOP  VISITOR NAME --                CLERGY
P   02/09/01  1610  1650C EDWARDS, CYNTHIA        GILBERT      AZ
    323        PARK AVENUE                                    ATTORNEY
P   02/08/01  1308  1348C DE LOIZER, DAVID
             **NONE**                                   COUNSELOR
P   02/07/01  1433  1513C HUTCHISON, HARRIET K ROHDE              AZ
    5507   E  SHEA BLVD                      SCOTTSDALE          CLERGY
S   02/06/01  1530  1600C EDWARDS, CYNTHIA        GILBERT      AZ
    323        PARK AVENUE                                    ATTORNEY
P   02/06/01  1308  1348C DE LOIZER, DAVID
             **NONE**                                   ATTORNEY
P   02/04/01  1553  1633C DE LOIZER, DAVID
             **NONE**                                   PASTER
P   02/02/01  1641  1721C EDWARDS, JAMES B        GILBERT      AZ
    323    E  PARK AVE.                                  ND . NP
                                                        BRDCAST
```

012563 11779
PCRDIS P001706

```
CMD: DVDV   KEY: _____        DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER            TIME: 09:10:10
             _____
BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____ :  THRU DATE: _____
LAST           FIRST        MIDDLE        SUF  RC  SEX  DOB
ANDRIANO       WENDI        ELIZABETH           W    F
```

```
TYP DATE     START STOP  VISITOR NAME      --              RELATION
P   02/02/01 1641  1721C EDWARDS, CYNTHIA                  CLERGY
    323        PARK AVENUE              GILBERT        AZ
P   02/01/01 1418  1458C HUTCHISON, HARRIET K ROHDE        COUNSELOR
    5507    E  SHEA BLVD               SCOTTSDALE     AZ
P   01/31/01 1122  1202C DE LOIZER, DAVID                  ATTORNEY
                  **NONE**
O   01/30/01 1220  1250C OCHOA, DONNA ELIZABETH    --      MOTHER
    11160  N  ARAPAHO                 CASA GRANDE    AZ
O   01/30/01 1130  1200C OCHOA, DONNA ELIZABETH            MOTHER
    11160  N  ARAPAHO                 CASA GRANDE    AZ
S   01/29/01 1647  1717C EDWARDS, CYNTHIA                  CLERGY
    323        PARK AVENUE              GILBERT        AZ
P   01/26/01 1245  1325C HUTCHISON, HARRIET K ROHDE        COUNSELOR
    5507    E  SHEA BLVD               SCOTTSDALE     AZ
                                                          ND: NP
                                                          BRDCAST
```

012544
PCRDIS P-001709
00001-7780

```
CMD: DVDV   KEY: _____              DATE: 12/03/04
                  VISITS FOR BOOKING NUMBER        TIME: 09:10:24

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST            FIRST        MIDDLE    -    SUF  RC  SEX  DOB
ANDRIANO        WENDI        ELIZABETH            W   F   ████████

                                                         RELATION
TYP DATE     START STOP  VISITOR NAME     --            ATTORNEY
P   01/25/01 1155  1235C DE LOIZER, DAVID
                   **NONE**                              CLERGY
P   01/24/01 1618  1658C EDWARDS, CYNTHIA     GILBERT        AZ
    323       PARK AVENUE                                FATHER
R   01/23/01 1554  1624C OCHOA, ALEJO LORENZANA CASA GRANDE  AZ
    11160  N  ARAPAHO                                    ATTY
P   01/23/01 1015  1055C THIKOL, LEON  ...
                   **NONE**                              ATTORNEY
P   01/23/01 1015  1055C DE LOIZER, DAVID
                   **NONE**                              CLERGY
P   01/20/01 1352  1432C EDWARDS, CYNTHIA     GILBERT        AZ
    323       PARK AVENUE                                ATTORNEY
P   01/20/01 1243  1323C DE LOIZER, DAVID
                   **NONE**                              ND: NP
                                                        BRDCAST
```

012545
000011781
PCRDIS-001710

```
MD: DVDV   KEY:                                              DATE: 12/03/04
                  VISITS FOR BOOKING NUMBER                  TIME: 09:10:41

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST              FIRST        MIDDLE       SUF  RC  SEX  DOB
ANDRIANO          WENDI        ELIZABETH         W   F         ▄▄▄▄

                                                             RELATION
TYP DATE      START STOP  VISITOR NAME                        CLERGY
P   01/17/01  1549  1629C EDWARDS, CYNTHIA
    323             PARK AVENUE           GILBERT        AZ    FATHER
O   01/11/01  1623  1653C OCHOA, ALEJO LORENZANA
    11160  N  ARAPAHO                     CASA GRANDE    AZ    CLERGY
S   01/11/01  1110  1140C EDWARDS, CYNTHIA
    323             PARK AVENUE           GILBERT        AZ    COUNSELOR
P   01/09/01  1053  1133C HUTCHISON, HARRIET K ROHDE
    5507   E  SHEA BLVD                   SCOTTSDALE     AZ    ATTORNEY
P   01/09/01  1053  1133C DE LOIZER, DAVID
                    **NONE**              -              -    CLERGY
S   01/09/01  0930  1000C EDWARDS, CYNTHIA
    323             PARK AVENUE           GILBERT        AZ    CLERGY
P   01/06/01  1104  1144C HARREL, CHARLES
    2002   W  MYRTEL                      PHX            AZ    ND: NP
                                                              BRDCAST
```

012546
000011782
PCRDIS-P001714

```
MD: DVDV  KEY: _____              DATE: 12/03/04
                VISITS FOR BOOKING NUMBER   TIME: 09:10:57

BOOKING NUMBER: A631830  TYPE: __  FROM DATE: _____  THRU DATE: _____
LAST            FIRST       MIDDLE     SUF  RC  SEX  DOB
ANDRIANO        WENDI       ELIZABETH       W   F    ███████████

                                                         RELATION
TYP  DATE      START STOP  VISITOR NAME                   CLERGY
P    01/04/01  1605  1645C EDWARDS, CYNTHIA
     323       PARK AVENUE              GILBERT        AZ  CLERGY
S    01/02/01  1610  1640C EDWARDS, CYNTHIA
     323       PARK AVENUE              GILBERT        AZ  CLERGY
S    12/31/00  1112  1142C EDWARDS, CYNTHIA
     323       PARK AVENUE              GILBERT        AZ  ATTORNEY
P    12/30/00  1624  1704C DE LOIZER, DAVID
               **NONE**                                   MOTHER
O    12/26/00  1459  1529C OCHOA, DONNA ELIZABETH
     11160   N ARAPAHO                  CASA GRANDE    AZ  FRIEND
R    12/26/00  1459  1529C MITCHELL, BARBARA LORRAINE
     PO        BOX 10940                CASA GRANDE    AZ  ATTORNEY
P    12/22/00  1514  1554C DE LOIZER, DAVID
               **NONE**                                   ND. NP
                                                          BRDCAST
```

012547

PCRDIS P 001712   000011783

```
CMD: DVDV   KEY: _____         DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER      TIME: 09:11:15

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST            FIRST        MIDDLE        SUF  RC  SEX  DOB
ANDRIANO        WENDI        ELIZABETH          W   F    ████████

TYP DATE    START STOP  VISITOR NAME                              RELATION
S   12/21/00 1639  1709C EDWARDS, CYNTHIA                         CLERGY
    323       PARK AVENUE           GILBERT              AZ
P   12/16/00 0954  1034C DELOZIER, DAVID                          ATTY
              **NONE**
P   12/16/00 0954  1034C DE LOIZER, DAVID                         ATTORNEY
              **NONE**
S   12/15/00 1611  1641C EDWARDS, CYNTHIA                         CLERGY
    323       PARK AVENUE           GILBERT              AZ
R   12/14/00 1440  1510C OCHOA, ALEJO LORENZANA                   FATHER
    11160  N  ARAPAHO              CASA GRANDE           AZ
O   12/12/00 1547  1617C OCHOA, DONNA ELIZABETH                   MOTHER
    11160  N  ARAPAHO              CASA GRANDE           AZ
O   12/12/00 1459  1529C OCHOA, ALEJO LORENZANA                   FATHER
    11160  N  ARAPAHO              CASA GRANDE           AZ
                                                         NDT NP
                                                         BRDCAST
```

012548
000011784
PCRDJS P001718

```
CMD: DVDV   KEY: _____          DATE: 12/03/04
                     VISITS FOR BOOKING NUMBER       TIME: 09:13:49

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST          FIRST       MIDDLE        SUF  RC  SEX   DOB
ANDRIANO      WENDI       ELIZABETH          W   F

TYP DATE      START STOP  VISITOR NAME                           RELATION
P   12/11/00  1255  1335C KLOPP, BETHANIE                        DEF.ATTOR
                    **NONE**
R   12/09/00  1511  1541C EDWARDS, CYNTHIA      GILBERT     AZ   CLERGY
    323        PARK AVENUE
S   12/08/00  1021  1051C CUNNINGHAM, JERI LYNN                  CLERGY
                    **NONE**
R   12/07/00  1456  1526C OCHOA, ALEJO LORENZANA                 FATHER
    11160  N  ARAPAHO               CASA GRANDE  AZ
P   12/05/00  1229  1309C EDWARDS, CYNTHIA      GILBERT     AZ   CLERGY
    323        PARK AVENUE
P   12/02/00  1605  1645C DE LOIZER, DAVID                       ATTORNEY
                    **NONE**
P   11/30/00  1701  1741C EDWARDS, CYNTHIA      GILBERT     AZ   CLERGY
    323        PARK AVENUE                                       ND: NP
                                                                 BRDCAST
```

012549
PCRDISH 0017 1785

```
CMD: DVDV   KEY: _____                          DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER              TIME: 09:14:00

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST            FIRST        MIDDLE        SUF  RC  SEX  DOB
ANDRIANO        WENDI        ELIZABETH          W   F

                                                              RELATION
TYP DATE      START STOP   VISITOR NAME                        MOTHER
O   11/30/00  1546  1616C  OCHOA, DONNA ELIZABETH
    11160  N  ARAPAHO                        CASA GRANDE   AZ   CLERGY
S   11/29/00  1655  1725C  EDWARDS, CYNTHIA
    323      PARK AVENUE                     GILBERT       AZ   CLERGY
S   11/28/00  1711  1741C  EDWARDS, CYNTHIA
    323      PARK AVENUE                     GILBERT       AZ   FATHER
R   11/28/00  1618  1648C  OCHOA, ALEJO LORENZANA
    11160  N  ARAPAHO                        CASA GRANDE   AZ   ATTNY
P   11/27/00  1244  1324C  THIKOLL, LEON ALLEN
    1521   N  ESTATE DR                      TUCSON        AZ   CLERGY
P   11/27/00  1127  1207C  HARREL, CHARLES
    2002   W  MYRTEL                         PHX           AZ   ATTORNEY
P   11/24/00  1559  1639C  DE LOIZER, DAVID
                   **NONE**                                    NDT NP
                                                              BRDCAST
```

012550

000011786
PCRDK9P00171586

```
CMD: DVDV   KEY: _____          DATE: 12/03/04
                        VISITS FOR BOOKING NUMBER              TIME: 09:14:23

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____   THRU DATE: _____
LAST            FIRST        MIDDLE      SUF  RC  SEX  DOB
ANDRIANO        WENDI        ELIZABETH         W   F   ███████


TYP DATE      START STOP  VISITOR NAME                                      RELATION
P   11/24/00  1041  1121C CUNNINGHAM, JERI LYNN                             CLERGY
                    **NONE**
P   11/24/00  1041  1121C WILKERSON, GERALD J                              CLERGY
                    **NONE**
O   11/23/00  1051  1121C OCHOA, DONNA ELIZABETH                            MOTHER
    11160  N  ARAPAHO                        CASA GRANDE     AZ
O   11/23/00  1051  1121C OCHOA, ALEJO LORENZANA                            FATHER
    11160  N  ARAPAHO                        CASA GRANDE     AZ
S   11/22/00  0938  1008C EDWARDS, CYNTHIA                                  CLERGY
    323       PARK AVENUE                    GILBERT         AZ
R   11/21/00  1222  1252C EDWARDS, CYNTHIA                                  CLERGY
    323       PARK AVENUE                    GILBERT         AZ
O   11/16/00  1656  1726C OCHOA, DONNA ELIZABETH                            MOTHER
    11160  N  ARAPAHO                        CASA GRANDE     AZ
                                                                           ND: NP
                                                                           BRDCAST
```

012551
000011787
PCRDISP 001716

```
CMD: DVDV   KEY:                                          DATE: 12/03/04
                         VISITS FOR BOOKING NUMBER        TIME: 09:14:42

BOOKING NUMBER: A631830   TYPE: _   FROM DATE: _____   THRU DATE: _____
LAST            FIRST        MIDDLE        SUF  RC  SEX  DOB
ANDRIANO        WENDI        ELIZABETH          W   F
```

```
                                                         RELATION
TYP  DATE      START  STOP  VISITOR NAME                 MOTHER
R    11/16/00  1558   1628C OCHOA, DONNA ELIZABETH
     11160  N  ARAPAHO                  CASA GRANDE    AZ
P    11/16/00  1227   1307C EDWARDS, CYNTHIA                    CLERGY
     323        PARK AVENUE             GILBERT        AZ       CLERGY
S    11/15/00  1215   1245C EDWARDS, CYNTHIA
     323        PARK AVENUE             GILBERT        AZ       CLERGY
R    11/14/00  1230   1300C EDWARDS, CYNTHIA
     323        PARK AVENUE             GILBERT        AZ       CLERGY
S    11/10/00  1303   1333C HARREL, CHARLES
     2002    W  MYRTEL                   PHX           AZ       FATHER
O    11/09/00  1540   1610C OCHOA, ALEJO LORENZANA
     11160  N  ARAPAHO                  CASA GRANDE    AZ       CLERGY
S    11/09/00  1212   1242C EDWARDS, CYNTHIA
     323        PARK AVENUE             GILBERT        AZ       NDT NP
                                                               BRDCAST
```

012552
PCRDISP0017788
000011788

```
KMD: DVDV  KEY:                                        DATE: 12/03/04
                 VISITS FOR BOOKING NUMBER            TIME: 09:16:00

BOOKING NUMBER: A631830  TYPE: _  FROM DATE: _____   THRU DATE: _____
LAST            FIRST      MIDDLE      SUF  RC  SEX  DOB
ANDRIANO        WENDI      ELIZABETH        W   F    ████████

                                                      RELATION
TYP DATE     START STOP  VISITOR NAME                  CLERGY
P   11/08/00 1219  1259C EDWARDS, CYNTHIA   GILBERT        AZ
    323            PARK AVENUE                         ATTY
P   11/07/00 1051  1131C THIKOL, LEON
               **NONE**                               CLERGY
S   11/04/00 1657  1727C EDWARDS, CYNTHIA   GILBERT        AZ
    323            PARK AVENUE                         MOTHER
O   11/02/00 1430  1500C OCHOA, DONNA ELIZABETH CASA GRANDE AZ
    11160  N  ARAPAHO                                 CLERGY
S   11/02/00 1318  1348C KING, TOM J
               **NONE**                               MOTHER
R   10/31/00 1533  1603C OCHOA, DONNA ELIZABETH CASA GRANDE AZ
    11160  N  ARAPAHO                                 CLERGY
R   10/28/00 1611  1641C EDWARDS, CYNTHIA   GILBERT        AZ
    323            PARK AVENUE                         ND  NP
                                                      BRDCAST
```

012553
PCRDIS4-001789

```
CMD: DVDV  KEY: _____                              DATE: 12/03/04
                     VISITS FOR BOOKING NUMBER          TIME: 09:16:13

BOOKING NUMBER: A631830  TYPE: _  FROM DATE: _____   THRU DATE: _____
LAST            FIRST         MIDDLE      SUF  RC  SEX  DOB
ANDRIANO        WENDI         ELIZABETH        W    F

TYP DATE    START STOP  VISITOR NAME                        RELATION
O   10/26/00 1509 1539C OCHOA, ALEJO LORENZANA              FATHER
    11160  N  ARAPAHO              CASA GRANDE       AZ
O   10/26/00 1509 1539C OCHOA, DONNA ELIZABETH             MOTHER
    11160  N  ARAPAHO              CASA GRANDE       AZ
P   10/25/00 1005 1045C THIKOL, LEON                       ATTY
             **NONE**
S   10/24/00 1408 1438C OCHOA, ALEJO LORENZANA             FATHER
    11160  N  ARAPAHO              CASA GRANDE       AZ
O   10/24/00 1408 1438C OCHOA, DONNA ELIZABETH             MOTHER
    11160  N  ARAPAHO              CASA GRANDE       AZ
S   10/20/00 1008 1038C CUNNINGHAM, JERI LYNN              CLERGY
             **NONE**                                      CLERGY
S   10/18/00 1650 1720C EDWARDS, CYNTHIA                   NDT NP
    323      PARK AVENUE          GILBERT          AZ      BRDCAST
```

012554

PCRDR-001173 90

```
CMD: DVDV   KEY:                                        DATE: 12/03/04
                    VISITS FOR BOOKING NUMBER           TIME: 09:16:53

BOOKING NUMBER: A631830   TYPE: __   FROM DATE: _____   THRU DATE: _____
LAST              FIRST         MIDDLE  -   SUP  RC  SEX  DOB
ANDRIANO          WENDI         ELIZABETH        W    F
```

```
                                                              RELATION
TYP  DATE     START STOP  VISITOR NAME                         FRIEND
R    10/17/00 1539  1609C ARCHULETA, LOLA
     1219  E  ONTARIO CT                 CASA GRANDE      AZ   MOHTER
R    10/17/00 1539  1609C OCHOA, DONNA ELIZABETH   CASA GRANDE    AZ
     11160  N  ARAPAHO                                        FRIEND
R    10/17/00 1028  1058C ZIMMERMAN, AMY DANETTE   CASA GRANDE   AZ
     1938  N  AVENDIA DE PALMAS 70                           MOHTER
O    10/15/00 1422  1452C OCHOA, DONNA ELIZABETH   CASA GRANDE   AZ
     11160  N  ARAPAHO                                        FATHER
O    10/15/00 1422  1452C OCHOA, ALEJO LORENZANA   CASA GRANDE   AZ
     11160  N  ARAPAHO                                        CLERGY
S    10/14/00 1635  1705C EDWARDS, CYNTHIA         GILBERT       AZ
     323       PARK AVENUE                                    FATHER
O    10/12/00 1501  1531C OCHOA, ALEJO LORENZANA   CASA GRANDE   AZ
     11160  N  ARAPAHO                                    ND: NP
                                                          BRDCAST
```

012555

00001791
PCRD09-001720

```
CMD: DVDV   KEY:                                        DATE: 12/03/04
                       VISITS FOR BOOKING NUMBER        TIME: 09:17:55

BOOKING NUMBER: A631830   TYPE: _  FROM DATE: _____   THRU DATE: _____
LAST              FIRST      MIDDLE        SUF  RC  SEX  DOB
ANDRIANO          WENDI      ELIZABETH          W   F    ███████

TYP DATE     START STOP  VISITOR NAME                        RELATION
P   10/12/00 1054  1134C THIKOL, LEON                        ATTY
             **NONE**
S   10/11/00 1646  1716C EDWARDS, CYNTHIA                    CLERGY
    323       PARK AVENUE              GILBERT          AZ
R   10/10/00 1555  1625C OCHOA, ALEJO LORENZANA             FATHER
    11160  N  ARAPAHO                  CASA GRANDE      AZ
R   10/10/00 1555  1625C OCHOA, DONNA ELIZABETH         —    MOHTER
    11160  N  ARAPAHO                  CASA GRANDE      AZ
P   10/10/00 1015  1055C ROBINSON, FRANK                    PO-INVEST
    11     W  JEFFERSON                PHOENIX          AZ


                                                        ND: ___
                                                        BRDCAST

*** END OF LIST ***
```

012556

PCRDR-00011792

2 C41

MARICOPA COUNTY SHERIFF'S OFFICE -- Joseph M. Arpaio, Sheriff

Segregation Days:

## DISCIPLINARY ACTION REPORT

DAR #: 18144

ANDRIANO, WENDY   A631830   DURA/D2/UNIT C-41   12-3-3/1330

Inmate Name   Booking #   Facility   Cell/Room   Date/Time

Specific Offense(s): 105 Poss. of Unauth. Items   121 Violation of Any Rules

Formal Statement of Charge(s). (Include who, what, when, where, how, and witnesses): On 12-23 at approx. 1330, while conducting a headcount I briefly searched I/m Andriano's cell (C4) while she had a visit. I found under her mattress a compact & a glass mirror. This had to come into the jail from outside as glass cannot be purchased thru Commfs. Andriano has made a serious attempt @ suicide by cutting. Today @ approx. 1030, also while I was doing clothing exchange, C4 inmates who come in D-Pod while Off. Lose A1166 conducted cell search in C-Pod and found more contraband in Andriano's cell &/or her possession. The items include: 2 black pens, a new lipstick in a metal case, lip gloss, & eyeliner. None of which can be obtained thru jail commissary.

Officer's Action and Recommendation: These items can be very dangerous to her or any other psych inmate that could get ahold of them.

___ Written Warning

You are being issued a warning for the listed offense(s). An accumulation of minor offenses, for only infractions, can be used as documented evidence in future disciplinary action against you.

___ Days Disciplinary Segregation   Harris A3340   12-3-3/1330

Officer's Signature & A#   Date/Time

30 Days Full Restriction

I have been informed of the offense(s) listed hereon. I acknowledge receipt of this report and plead:  guilty  X  not guilty ___

Wendy Andriano   12-3-03

Inmate's Signature   Date/Time

Supervisor Review/Comments: 15 Days FR

F R Mooth A#18   12/3/03   0800

Supervisor's Signature & A#   Date/Time

Bureau Hearing Officer Action or Sanctions:

Findings: 105 - Guilty   121- Repetative
THIRD OFFENSE

Ø Days Disciplinary Segregation   20 Days Full Restriction

To Commence 0001 ___ to End 2400 ___   To Commence 0001 12/6/03 to End 2400 12/25/03
Time/Date   Time/Date   Time/Date   Time/Date

Hearing Officer: Calli A5300   Forward to Classification: ___

Reclassified: ___

I have been informed of the right to appeal this decision and know I must submit my appeal with my yellow copy attached within 24 hours of the below date/time.

## GUILTY PLEA MAY APPEAL   12/5/03   0645

Inmate's Signature   Date/Time

5000-247 R 7/97   WHITE - Division File Copy   YELLOW - Inmate After Disposition   PINK - Inmate Copy

3) 105 X2

012557
PCRD19-P001722393

MARICOPA COUNTY SHERIFF'S OFFICE -- Joseph M. Arpaio, Sheriff

253
Segregation Days:

**DISCIPLINARY ACTION REPORT**     DAR #: 18803

Andriano, Wendi A631830     DurA   D-2 D52   12/10/03 1150

| Inmate Name | Booking # | Facility | Cell/Room | Date/Time |

Specific Offense(s): 013A - Possessing, Hoarding or misuse of Prescribed Narcotics or other dangerous prescribed drugs

Formal Statement of Charge(s). (Include who, what, when, where, how, and witnesses): On 12/10/03 at approx 1130 Hrs while I was doing clothing and bedding exchange a white pill fell out of the blanket. The pill was stamped Seroquel. Inmate Andriano takes this medication and I gave the pill to B LPN Despain. I then did a complete search of her cell and I didn't find any other medication

**Officer's Action and Recommendation:**

Written Warning    You are being issued a warning for the listed offense(s). An accumulation of minor offenses, for any infractions, can be used as documented evidence in future disciplinary action against you.

15 Days Disciplinary Segregation     Rose A41166     12/10/03 1215
                                     Officer's Signature & A#     Date/Time

15 Days Full Restriction

I have been informed of the offense(s) listed hereon. I acknowledge receipt of this report and plead: _____ guilty     _____ not guilty X

Inmate's Signature     12-10-03
                       Date/Time

Supervisor Review/Comments: Currently on Restriction till 12/25
Conlin

Moen  A#     12-10-03  1300
Supervisor's Signature & A#     Date/Time

**Bureau Hearing Officer Action or Sanctions:**

Findings: Guilty 013A

_____ Days Disciplinary Segregation     30 Days Full Restriction
To Commence 0001 _____ to End 2400 _____     To Commence 0001 12-26-03 to End 2400 1-24-03
                Time/Date     Time/Date          Time/Date                    Time/Date

Hearing Officer: Cashman A#231     Forward to Classification: _____
                 Reclassified: _____

I have been informed of the right to appeal this decision and know I must submit my appeal with my yellow copy attached within 24 hours of the below date/time.

Hearing Held Copy Given     12-15-03  0915
Inmate's Signature     Date/Time

5000-247  R 7/97     WHITE - Division File Copy     YELLOW - Inmate After Disposition     PINK - Inmate Copy     012558

④ F/R 12/25     PCRD000127 94

CASE # 18803

**MARICOPA COUNTY SHERIFF'S OFFICE**
**DETENTION BUREAU**
**INMATE INSTITUTIONAL DISCIPLINARY APPEAL**

TO: FACILITY COMMANDER   RECEIVED BY: Stewart A1504   DATE: 12-15-03

FROM: Wendi Andrano   A631830   Durango 2   D52   12-15-03
INMATE NAME   BOOKING #   FACILITY   CELL/RM   DATE

**DISCIPLINARY APPEAL (TO BE COMPLETED BY INMATE):**

I am appealing the decision of the Bureau Hearing Officer for the following reason(s)
(Disciplinary Action Report attached).   DAR # _____ dated 12-10-03. I
I am not guilty of committing the offense stated on DAR #. I
have never hoarded or misused narcotic drugs. I recently moved into room 352
which was previously occupied by Inmate Burns. She also takes Seroquel. The few
days I lived in this room I also had visitors who would sit on my bed. Inmate
Burns was one of these visitors. After seeing how upset I was about this write-up,
she came to me and said it was her pill. I would also like to point out that I
do not have a history of not taking my medication. Dr. Garcia and Dr. Perry
would be able to verify this. I also spoke with the nurses who dispense
medication and they agree that I take my medication. I believe this write-up
is grossly unfair to me. Please review the voluntary statements provided
and reconsider. Another fact to know is I begin trial for 1st degree murder. I am under
tremendous stress and need my medication on a daily basis.

Wendi Andrano   A631830   12-15-03
INMATE SIGNATURE   BOOKING #   DATE

**RESPONSE TO THE INMATE (TO BE COMPLETED BY THE FACILITY COMMANDER).**

I HAVE REVIEWED YOUR DISCIPLINARY REPORT AND THE RESPONSE OF THE HEARING OFFICER, AND
ORDER THAT THE FOLLOWING ACTION BE TAKEN:

Sanctions Stand

The blanket was one of two (you are allowed one)
and it was in your room on your bunk. You are
not supposed to have other inmates in your room.

Lt. KM Kempf A2412 Medical Svcs Commander   12-16-03
FACILITY COMMANDER'S SIGNATURE AND TITLE   DATE RETURNED TO INMATE

DISTRIBUTION:   WHITE - DIVISION FILE COPY
YELLOW - INMATE UPON DISPOSITION
PINK - INMATE BEFORE DISPOSITION

50-817 R8-86

012559
PCRDOCO00172795

# VOLUNTARY STATEMENT

DATE 12-15-03   PLACE Durango 2   TIME STARTED _____ M.

I the undersigned, Leah Burns   S# 910782   am ___ years of age; having been born

on _____

I now live at 3225 W. Gibson Phx AZ 75009

I have been duly warned and advised by _____ a person who has identified himself as _____, that I do not have to make any statement at all, nor answer any questions or do anything that might tend to go against me or incriminate me in any manner, and that any statement I make may be used against me on the trial or trials for the offense or offenses concerning which the following statement is herein made. I was also warned and advised of my right to the advice and presence of a lawyer of my own choice before or at any time during any questioning or statement I make, and if I am not able to hire a lawyer I may request and have a lawyer appointed for me, by the proper authority, without cost or charge to me.

I do not want to talk to a lawyer, and I hereby knowingly and purposely waive my right to the advice and presence of a lawyer before and during any questioning or at any time before or while I voluntarily make the following statement to the aforesaid person, knowing that anything I say can and will be used against me in a court or courts of law.

I declare that the following voluntary statement is made to the aforesaid person of my own free will without promise of hope or reward, without fear or threat of physical harm, without coercion, favor or offer of favor, without leniency or offer of leniency, by any person or persons whomsoever.

On Dec 10 2003, Officer Rose Miller found a pill outside of the laundry cart in the day room while exchanging blankets. She was located in front of room D52. She picked it up and it was Seroquel. The officer wrote up Inmate Andriano for it. In all actuality the pill was mine. On the night of 12-09-03 I was sitting on Andriano's bed talking. When I returned to my room next door D53 I could not locate my pill. It must have fallen out while I was in D52. Since this was my violation of MCSO rules, I will take the responsibility for it. Inmate Andriano was completely unaware of this pill and shouldn't be punished for it.

I have read this statement consisting of ___1___ page(s) and/or this has been read to me and I certify that the facts contained therein are true and correct. I further certify that I made no request for the advice or presence of a lawyer before or during any part of this statement, nor at any time before it was finished did I request that this statement be stopped. I also declare that I was not told or prompted what to say in this statement.

This statement was completed at 7:30 P.M. on the 15 day of December 2003, 19___

WITNESS: _____   X _____
                                         Signature of person giving voluntary statement

WITNESS: _____

50-125

012560
PCRD00407796

P-App. 005581

Maricopa County Sheriff's Office
Detention Bureau
Inmate Grievance Form

2585

To: A floor Officers 2nd Shift    Received By: Loon A411616    Date/Time: 10/27/03 0955

From: Wend Rhonnno A631830 Durango 2 C41 10.27.03
Inmate Name    Booking #    Facility    Cell/Room    Date

I. Grievance (To be completed by inmate): Briefly describe your complaint and a proposed resolution.

I was relocated from the Estrella Facility (A415) on
All of my property from my cell. Specialized glasses,
radio, legal paperwork, hygiene, personal paperwork, was
not transported with me. Numerous requests to the
Durango officers to Estrella officers have been met
with no response.
Proposed Resolution: Locate my property and transport it to
Wend Rhonnno                 10-27-03

Inmate's Signature                 Date

II. Officer Action Taken:

Durango D-2 Officers has tried on numerous occasion
to find her property. Forward to Estr. Jail

_____ A411616         10/27/03 1000
Officer Signature    A#         Date/Time

III. This complaint has been resolved informally by the line officer or withdrawn by the inmate.

_____    _____    _____
Inmate's Signature    Booking #    Date

IV. Shift Supervisor's action and receipt (informal): I have addressed the nature of the complaint of the above named inmate and have taken the following action:

_____

_____    return yellow copy to inmate if resolved.

_____    _____
Shift Supervisor's Signature    Date/Time

_____ forward to Hearing Officer for file (informally resolved).
_____ forward to Hearing Officer as a formal grievance.

_____    _____    _____
Inmate's Signature    Booking #    Date

V. Bureau Hearing Officer's Response (formal): I have investigated the above grievance and have taken the following action:

I Spoke w/ I/m Anja explained that per Lt Broyles on 3-22-04 the Claim Form
And Receipts for the Glasses Reimbursement Has been Forwarded For
Sgt Collins A5800        3-23-04 0750    Approval. - As Any Additional
information As To Approval
Arises I will keep
you informed

Bureau Hearing Officer's Signature        Date/Time

_____ 631830    3-23-04
Inmate's Signature    Booking #    Date

To Inmate: If not satisfied with the Hearing Officer's resolution, submit an Inmate Institutional Grievance Appeal Form within 24 hours of receipt to the Jail/Division Commander through the Hearing Officer.

50-239 R1 1/92    White - Forwarded to Hearing Officer upon resolution.    Yellow - Returned to inmate with response.    Pink - Retained by inmate upon submittal

012561
PCRDID 0011797

*Medical MEDICAL*   Inv. 3/13   02147

Maricopa County Sheriff's Office,
Joseph M. Arpaio, Sheriff

# INMATE GRIEVANCE FORM

To: _____ Received By: *Gregg A7767* Date/Time: *3 03 1900*

From: _____ A404

Inmate Name     Booking #     Facility     Cell/Room     Date

**I.** Grievance (To be completed by inmate): Briefly describe your complaint and a proposed resolution.

_____

_____

_____

_____

_____

_____

Inmate's Signature                              Date

**II.** Officer Action Taken:

_____

_____

_____

Officer's Signature          A#          Date/Time

**III.** This complaint has been resolved informally by the line officer or withdrawn by the inmate.

Inmate's Signature          Booking #          Date

**IV.** Shift Supervisor's action and receipt (informal): I have addressed the nature of the complaint of the above named inmate and have taken the following action:

Eyeglasses already will be Shipped to Estrella Jail Medical will allow eyeglasses and give to Inmate Andrione after approval of security allowed date set for 3-19-03. _____ 12 _____ 3-18-03          return yellow copy to inmate if resolved.

Shift Supervisor's Signature          Date/Time

☐ Forward to Hearing Officer for file (informally resolved).

☐ Forward to Hearing Officer as a formal grievance.

*163830  3-20-03*

Inmate's Signature          Booking #          Date

**V.** Bureau Hearing Officer's Response (formal): I have investigated the above grievance and have taken the following action:

_____

_____

Bureau Hearing Officer's Signature          Date/Time

Inmate's Signature          Booking #          Date

**To Inmate:** If not satisfied with the Hearing Officer's resolution, submit an inmate Institutional Grievance Appeal Form within 24 hours of receipt to the Jail/Division Commander through the Hearing Officer.

WHITE - Return to the Hearing Officer upon response   YELLOW - Return to inmate with response   PINK - Retained by inmate upon submittal

5000-239  R5/97                    0108098

012562
PCRDID-00117798

03625

Maricopa County Sheriff's Office
Joseph M. Arpaio, Sheriff

Recreation

# INMATE GRIEVANCE FORM

To: ______ Received By: Pegg A7767 Date/Time: 4/20/03 1900

From: [illegible] (Inmate Name) | [illegible] (Booking #) | [illegible] (Facility) | [illegible] (Cell/Room) | 4-20-03 (Date)

I. Grievance (To be completed by Inmate): Briefly describe your complaint and a proposed resolution.

[illegible]

Inmate's Signature ______ Date 4-20-03

II. Officer Action Taken:

Officer's Signature ______ A# ______ Date/Time ______

III. This complaint has been resolved informally by the line officer or withdrawn by the inmate.

Inmate's Signature [illegible] Booking # [illegible] Date 4-24-03

IV. Shift Supervisor's action and receipt (informal): I have addressed the nature of the complaint of the above named inmate and have taken the following action:

We make attempts to conduct recreation as often as possible for security reasons sometimes we cannot get everyone. We will continue to make these attempts

Sgt Beckley A463 (Shift Supervisor's Signature) 4/23/03 (Date/Time) return yellow copy to inmate if resolved.

___ Forward to Hearing Officer for file (informally resolved).

___ Forward to Hearing Officer as a formal grievance.

Inmate's Signature ______ Booking # ______ Date ______

V. Bureau Hearing Officer's Response (formal): I have investigated the above grievance and have taken the following action:

Bureau Hearing Officer's Signature ______ Date/Time ______

Inmate's Signature ______ Booking # ______ Date ______

**To Inmate:** If not satisfied with the Hearing Officer's resolution, submit an inmate Institutional Grievance Appeal Form within 24 hours of receipt to the Jail/Division Commander through the Hearing Officer.

WHITE - Return to the Hearing Officer upon response YELLOW - Return to inmate with response PINK - Retained by inmate upon submittal

5000-239 R5/97

0108098

012563

PCRDIS-P001728

000011799

ARIZONA SUPERIOR COURT

COUNTY OF MARICOPA

STATE OF ARIZONA,                )
                                 )
        Plaintiff/Respondent,    )
                                 )
    vs.                          )   No.
                                 )   CR-2000-096032-A
WENDI ELIZABETH ANDRIANO,        )
                                 )
        Defendant/Petitioner.    )
_____)

INTERVIEW OF DANIEL PATTERSON, ESQ.

Phoenix, Arizona

November 26, 2013

1:22 p.m.

BY:  LILIA MONARREZ, CSR, RPR
     Certified Reporter
     Certificate No. 50699

**Coash & Coash, Inc.,  602-258-1440**

Daniel Patterson - November 26, 2013                    2

1                          I N D E X

2      DANIEL PATTERSON, ESQ.

3                        EXAMINATION
                                                    Page
4
       BY MS. GARD                              5, 34
5      BY MR. MARTINEZ                          31, 81

6

7

8                        E X H I B I T S
                                                    Page
9
       Exhibit 1    Affidavit of Daniel Patterson      4
10
       Exhibit 2    Letter, PCRDIS-P001627            42
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Coash & Coash, Inc.,  602-258-1440**

```
 1              INTERVIEW OF DANIEL PATTERSON, ESQ.,

 2   was taken on November 26, 2013, commencing at 1:22 p.m.

 3   at COPPERSMITH SCHERMER & BROCKELMAN, PLC, 2800 North

 4   Central Avenue, Suite 1200, Phoenix, Arizona, before

 5   Lilia Monarrez, a Certified Reporter of the State of

 6   Arizona.

 7

 8                        *   *   *

 9   APPEARANCES:

10       For the Plaintiff/Respondent:
         ARIZONA ATTORNEY GENERAL'S OFFICE
11       By:  Lacey Gard, Esq.
              Juan Martinez, Esq.
12            Gregory Hazard, Esq.
         400 West Congress
13       South Building
         Suite 315
14       Tucson, Arizona 85701
         (520) 628-6504
15       Email:  Lacey.gard@azag.gov

16

17       For the Defendant/Petitioner:
         FOLEY & LARDNER LLP
18       By:  Allen A. Arntsen, Esq.
         150 East Gilman Street
19       Madison, Wisconsin 53701
         (608)  258-4293
20       Email:  Aarntsen@foley.com

21       Also Present:
              Daniel Vidal, Paralegal
22

23

24

25
```

**Coash & Coash, Inc.,  602-258-1440**

Daniel Patterson - November 26, 2013                          4

```
 1                 Phoenix, Arizona
 2           Tuesday, November 26, 2013
 3                   1:22 p.m.
 4
 5           (Whereupon, Exhibit Number 1 was marked
 6    prior to the commencement of the deposition.)
 7
 8           MR. ARNTSEN:  Attorney Patterson, this is
 9    just to advise you that, you know, there's a waiver of
10    privilege here because of the nature of this proceeding
11    but that it's a limited waiver to the extent,
12    essentially, necessary to ensure the fairness of the
13    proceeding.  And the scope of the waiver is to the
14    issues for which Judge Ishikawa ordered an evidentiary
15    hearing, and I'm just going to read them into the
16    record.
17           The first is Defendant's allegation that
18    trial counsel was ineffective in the penalty phase by
19    failing to investigate and present expert testimony
20    regarding Ms. Andriano's mental illness and by failing
21    to investigate and present evidence regarding her
22    heroine childhood.  That's one of the issues for the
23    evidentiary hearing, and then the other is that defense
24    counsel, DeLozier, who was in charge of investigation
25    of the penalty phase mitigation had an actual conflict
```

The timestamps in the left margin are:
01:29:04 (8), 01:29:05 (9), 01:29:10 (10), 01:29:13 (11), 01:29:16 (12), 01:29:21 (13), 01:29:23 (14), 01:29:28 (15), 01:29:31 (16), 01:29:31 (17), 01:29:34 (18), 01:29:38 (19), 01:29:42 (20), 01:29:45 (21), 01:29:48 (22), 01:29:51 (23), 01:29:57 (24), 01:29:59 (25)

**Coash & Coash, Inc.,  602-258-1440**

Daniel Patterson - November 26, 2013                    5

| | | |
|---|---|---|
| 01:30:03 | 1 | of interest that affected his representation of her. |
| 01:30:05 | 2 | Those are the two subjects of the |
| 01:30:09 | 3 | evidentiary hearing, and that's the general scope of |
| 01:30:12 | 4 | the privilege waiver. |
| 01:30:14 | 5 | MR. PATTERSON:  I understand. |
| 01:30:17 | 6 | MS. GARD:  Ready? |
| 01:30:17 | 7 | MR. ARNTSEN:  Yeah. |
| 01:30:17 | 8 | |
| 01:30:17 | 9 | EXAMINATION |
| 01:30:17 | 10 | BY MS. GARD: |
| 01:30:19 | 11 | Q.  So what did you review today to prepare? |
| 01:30:21 | 12 | A.  My declaration. |
| 01:30:22 | 13 | Q.  Your declaration. |
| 01:30:24 | 14 | And what did you review to write your |
| 01:30:26 | 15 | declaration? |
| 01:30:26 | 16 | A.  The declaration was a product of several |
| 01:30:30 | 17 | meetings with Mr. Arntsen, and I don't recall whether |
| 01:30:36 | 18 | he was accompanied by anybody else.  There was a junior |
| 01:30:40 | 19 | associate that works with his firm by the name of |
| 01:30:43 | 20 | Matthew -- I don't recall his last name -- who was |
| 01:30:45 | 21 | instrumental in setting up the interviews with me. |
| 01:30:48 | 22 | Q.  It could be Lynch, Matthew Lynch?  Was it |
| 01:30:51 | 23 | Matthew Lynch? |
| 01:30:52 | 24 | A.  I don't know Matt's -- that sounds familiar.  He |
| 01:30:54 | 25 | was an associate. |

**Coash & Coash, Inc.,  602-258-1440**

01:30:55  1    Q.  Okay.  All right.

01:30:55  2    A.  He did all the hard work for Mr. Arntsen here,

01:30:59  3  but Mr. Arntsen came in from Wisconsin.  We sat.  We

01:31:05  4  talked.  He took notes.  He sent me a draft.  Clearly

01:31:09  5  it was a draft.  I made corrections, told him that it

01:31:15  6  was fine.  He then prepared the final document based

01:31:19  7  upon my editions, corrections to the draft, submitted

01:31:22  8  it for my approval.  I approved it and signed it.

01:31:25  9    Q.  Okay.  So he did a draft.  You looked at the

01:31:27 10  draft, made changes and did you keep copies of the

01:31:30 11  different drafts?

01:31:32 12    A.  I don't know.  I may have a copy.  I can't give

01:31:37 13  you a candid response.  I don't know whether I

01:31:41 14  destroyed it after I cleared it up or changed it.  I do

01:31:44 15  have a copy of the one that I did sign.

01:31:47 16    Q.  Okay.

01:31:49 17        MS. GARD:  Allen, we'd like to request

01:31:50 18  copies -- we can deal with this later, if you want, but

01:31:52 19  of any draft affidavits and, also, your notes from the

01:31:55 20  conversation of your interviews with him and, also, any

01:31:58 21  recordings that may exist of this.

01:32:00 22        MR. ARNTSEN:  There are no recordings.

01:32:02 23        MR. PATTERSON:  I don't recall any

01:32:03 24  recording.

01:32:04 25        MS. GARD:  Okay.

01:32:04  1              MR. ARNTSEN:  The other we'll -- we can

01:32:07  2  deal with that later.

01:32:08  3              MS. GARD:  All right.

01:32:08  4  BY MS. GARD:

01:32:11  5      Q.  So have you reviewed any of the other exhibits

01:32:15  6  that they filed with the PCR petition, any other fact

01:32:18  7  witness affidavits?

01:32:18  8      A.  I have -- that's a compound question.

01:32:18  9      Q.  Okay.

01:32:21 10      A.  Let me answer one at a time.  The things that

01:32:24 11  are appended to the draft declaration were cleared

01:32:27 12  through me before Mr. Arntsen attached it.  And the

01:32:33 13  other, something that I independently recall or have

01:32:36 14  indicia of identification that I could attest to, like

01:32:40 15  an email, I may not have specifically recalled the

01:32:44 16  email, but if it was sent to me by that person chances

01:32:47 17  are I got it.

01:32:48 18      Q.  Okay.

01:32:49 19      A.  So those things that are appended, I have

01:32:51 20  reviewed and did okay them before he appended it to my

01:32:55 21  declaration.

01:32:56 22      Q.  Were there other things that you were asked to

01:32:58 23  review that were proposed as appendices that you maybe

01:33:03 24  didn't agree to?

01:33:04 25      A.  No.  I don't recall anything that he showed me

Daniel Patterson - November 26, 2013                              8

01:33:07   1   specifically that I refused to acknowledge as true or

01:33:11   2   something that I would have had knowledge of during the

01:33:15   3   period of time I represented Wendi.

01:33:17   4       Q.  Okay.  Were you given access to your entire file

01:33:21   5   before you wrote your declaration?  Were you allowed to

01:33:23   6   review it?

01:33:25   7       A.  We were advised that Mr. Arntsen's law firm had

01:33:30   8   been appointed to do the Rule 32.  I gave them

01:33:34   9   everything that I had in the office that related to my

01:33:39  10   representation of Wendi.  I supplemented that at some

01:33:43  11   point because I happened to pawn on some things that

01:33:45  12   were in a drawer that I didn't know were in that

01:33:47  13   drawer, and I sent those to Mr. Arntsen.  I did not

01:33:52  14   review them before I endorsed the declaration.  I did

01:33:57  15   not review them before I looked at the exhibits that

01:34:01  16   were appended to my declaration.

01:34:02  17       Q.  So am I correct, then, in understanding that you

01:34:04  18   reviewed what you were given by counsel to review to

01:34:07  19   write the declaration?

01:34:09  20       A.  That's accurate.  Yes.

01:34:10  21       Q.  Okay.  To prepare for today, who have you spoken

01:34:12  22   to?

01:34:12  23       A.  Mr. Arntsen.  I read Judge Ishikawa's order

01:34:21  24   granting the evidentiary hearing.  I have not read the

01:34:24  25   petition that he filed nor have I read your response.

**Coash & Coash, Inc., 602-258-1440**

Daniel Patterson - November 26, 2013                9

| 01:34:28 | 1 | Q.   Okay. |
| 01:34:29 | 2 | A.   Nor have I reviewed any other declarations by |
| 01:34:32 | 3 | any other persons. |
| 01:34:32 | 4 | Q.   Okay.   Including Mr. DeLozier? |
| 01:34:35 | 5 | A.   I have not reviewed his declaration. |
| 01:34:37 | 6 | Q.   Okay.   And including Ms. Andriano? |
| 01:34:39 | 7 | A.   I have not reviewed her declaration. |
| 01:34:41 | 8 | Q.   Okay.   What did you and Mr. Arntsen discuss, |
| 01:34:45 | 9 | generally, before today? |
| 01:34:45 | 10 | A.   The scope of my representation, what I did and |
| 01:34:55 | 11 | didn't do, who was on the team, my history as a capital |
| 01:34:55 | 12 | defense attorney, the Ring decision, how the Ring |
| 01:34:59 | 13 | decision changed the manner in which we did things, the |
| 01:35:05 | 14 | kind of catastrophic occurrences that occurred in |
| 01:35:10 | 15 | Mr. DeLozier's life during the period of the trial, the |
| 01:35:13 | 16 | bar complaint. |
| 01:35:14 | 17 | Q.   And let me stop you there. |
| 01:35:15 | 18 |     Is that involving Mr. DeLozier? |
| 01:35:17 | 19 | A.   Yes, DeLozier. |
| 01:35:18 | 20 | Q.   Okay. |
| 01:35:21 | 21 | A.   Yes.   Well, when I mean the catastrophic -- the |
| 01:35:24 | 22 | death of his associate, Mr. Blair, I think his name |
| 01:35:30 | 23 | was, the bar complaint, when I first discovered that |
| 01:35:34 | 24 | there was an action pending or some issue there. |
| 01:35:38 | 25 | Q.   Let me -- just so we're clear, is that the same |

Daniel Patterson - November 26, 2013                    10

| | | |
|---|---|---|
| 01:35:41 | 1 | bar complaint that was filed by Judge O'Neil in Pinal |
| 01:35:45 | 2 | County or is it a different -- |
| 01:35:45 | 3 | A.   Yeah.   We were in the middle of the trial and |
| 01:35:47 | 4 | Mr. Martinez walks in and wants to use the fact that |
| 01:35:53 | 5 | Mr. DeLozier is having some problems in another county |
| 01:35:55 | 6 | in the cross-examination of some witness.   I don't |
| 01:35:59 | 7 | know.   I spoke with Mr. Arntsen today.   It appears that |
| 01:36:02 | 8 | it may have been his cross-exam with Donna Ochoa. |
| 01:36:06 | 9 | Q.   Okay. |
| 01:36:06 | 10 | A.   But that's the first I became aware that there |
| 01:36:09 | 11 | was an issue in another county that had some relevance |
| 01:36:12 | 12 | to the capital trial of Wendi Andriano. |
| 01:36:15 | 13 | Q.   Okay.   We'll come back to that. |
| 01:36:17 | 14 | A.   Okay. |
| 01:36:17 | 15 | Q.   But just for some preliminaries, so that was -- |
| 01:36:22 | 16 | was there anything else you discussed?   Did you finish? |
| 01:36:24 | 17 | A.   If you want to talk particulars.   In general |
| 01:36:27 | 18 | that's what I've discussed with Mr. Arntsen. |
| 01:36:29 | 19 | Q.   Okay.   When were you first admitted to practice? |
| 01:36:34 | 20 | A.   '79. |
| 01:36:35 | 21 | Q.   '79.   Here in Arizona? |
| 01:36:36 | 22 | A.   Yes.   My only admission is in Arizona. |
| 01:36:39 | 23 | Q.   Okay.   So prior to your employment at the P.D.'s |
| 01:36:43 | 24 | office, which you say here began in July of 2001 -- |
| 01:36:47 | 25 | A.   My second tour. |

**Coash & Coash, Inc.,  602-258-1440**

01:36:48  1        Q.   Okay.   That was kind of my question.

01:36:49  2        A.   Yeah.

01:36:50  3        Q.   Okay.   So can you just go through -- why don't

01:36:51  4    you just go through your history of employment before

01:36:54  5    this case.

01:36:54  6        A.   Okay.   I passed the bar in February of '79,

01:36:58  7    admitted April of '79.   First employment before

01:37:03  8    admission was as a bailiff for Judge -- I can see the

01:37:08  9    guy.  He was the good -- Robert?  Holly smokes.  I can

01:37:16 10    see him.  He smoked a pipe.  You know him.  Meyers, the

01:37:20 11    original Robert Meyers.  Okay?  I was his bailiff.  I

01:37:25 12    passed the bar.  I became an associate with George Hill

01:37:27 13    and John Savoy and Cheryl Hendricks in a small

01:37:32 14    two-person, three-person law firm.

01:37:33 15         I went on my own for a year or so, partnered

01:37:36 16    with Michael Terraville for about eight to ten years,

01:37:40 17    went to the public defender in '91 through '93 when

01:37:46 18    Bishop was in charge; went back into private practice

01:37:49 19    as a sole practitioner through '90 -- 9/11, so 2001.  I

01:37:56 20    became a public defender July of 2001.  I know that to

01:38:02 21    be a fact because 9/11 was two or three months

01:38:05 22    thereafter.  So that's it.

01:38:07 23        Q.   Okay.   So in your prior experience before coming

01:38:10 24    to the P.D.'s office in 2001, did you handle any

01:38:14 25    capital cases?

01:38:14  1          A.    Yes.

01:38:15  2          Q.    How many?

01:38:17  3          A.    I first started doing capital cases mid '80S,

01:38:20  4    late '80s, as a contract lawyer, did many.  I don't

01:38:27  5    want to overstate my credentials, but at least eight to

01:38:31  6    ten capital cases as a sole practitioner.  When I

01:38:38  7    became a public defender the second time, I was given a

01:38:42  8    capital client caseload.  I inherited Terry Gavin's

01:38:46  9    caseload.

01:38:47 10          Back at that time, they geographically

01:38:50 11    apportioned caseloads.  Depending upon whether the

01:38:54 12    homicide occurred in Mesa, Tempe, Scottsdale, that

01:38:56 13    would then go to the eastern setup of our office.  If

01:39:00 14    it were Phoenix, Glendale, west side, it went downtown.

01:39:03 15    Jerry Gavin was the only capital defense attorney on

01:39:06 16    the east side.  I inherited his caseload when he quit.

01:39:11 17    It was pre-Ring, so I had about probably eight or

01:39:14 18    nine -- seven, eight, nine capital cases.

01:39:17 19          Mr. Martinez and I had Mr. Glick, which we

01:39:20 20    thought was a capital case until we checked the file

01:39:23 21    and no notice had been filed.  So we tried it as a

01:39:26 22    non-capital case, but that was the kind of standard

01:39:29 23    operating procedure for capital lawyers in an agency

01:39:32 24    context in a judge sentencing scheme.  You had eight to

01:39:36 25    ten cases.

**Coash & Coash, Inc.,  602-258-1440**

| | | |
|---|---|---|
| 01:39:37 | 1 | Q.   Okay.   And of those cases how many -- how many |
| 01:39:42 | 2 | went to trial through sentencing? |
| 01:39:44 | 3 | A.   Oh, you know, I'm only -- okay.   Let me -- |
| 01:39:48 | 4 | you're right.   Let me refine that.   When I say eight to |
| 01:39:51 | 5 | ten capital cases, those are cases I actually tried, |
| 01:39:55 | 6 | that I actually tried. |
| 01:39:55 | 7 | Q.   Okay. |
| 01:39:55 | 8 | A.   We resolved a lot of cases.   I think I had a |
| 01:39:57 | 9 | plea agreement with Mr. Martinez on a young kid, |
| 01:40:00 | 10 | Danny -- what was Danny's last name?   In Tempe that had |
| 01:40:03 | 11 | stolen a brief case that had the guy's manuscript in |
| 01:40:07 | 12 | it.   That was a capital case and Mr. Martinez and I |
| 01:40:09 | 13 | resolved that case.   So eight to ten trials. |
| 01:40:12 | 14 | Q.   Trials.   Okay. |
| 01:40:13 | 15 | A.   You can probably double that in terms of total |
| 01:40:15 | 16 | capital cases. |
| 01:40:17 | 17 | Q.   Okay.   And the ones -- well -- okay.   So at the |
| 01:40:21 | 18 | time you took this case, then, you had experience in |
| 01:40:24 | 19 | investigating mitigation? |
| 01:40:25 | 20 | A.   In a different context. |
| 01:40:27 | 21 | Q.   In a different context.   We'll talk about Ring, |
| 01:40:29 | 22 | yeah, the effect of Ring kind of separately. |
| 01:40:29 | 23 | A.   Okay. |
| 01:40:31 | 24 | Q.   But I'm just trying to get a gage of -- |
| 01:40:33 | 25 | A.   Yes.   But, again, it was a different -- if you |

Daniel Patterson - November 26, 2013                    14

01:40:40  1    don't mind.

01:40:40  2        Q.  Go ahead.

01:40:40  3        A.  Okay.

01:40:40  4        Q.  Just tell us how it was different.

01:40:40  5        A.  When the judge was making the sentencing

01:40:41  6    determination, you could carry eight to ten cases on

01:40:44  7    your caseload because it was done incrementally.  You

01:40:48  8    would have your trial.  If you were unfortunate enough

01:40:50  9    to get an adverse verdict, a guilty verdict, then the

01:40:54  10   judge would afford you a year, two years to develop a

01:40:57  11   mitigation.  And it was judge-specific mitigation, that

01:41:01  12   which we thought would be persuasive to the fact finder

01:41:04  13   of fact.

01:41:05  14       If a judge had a reputation as being a judge who

01:41:09  15   would not impose the death penalty -- Wilkinson or

01:41:13  16   Dougherty -- you didn't really concern yourself overly

01:41:15  17   with mitigation development.  If it was a judge who was

01:41:18  18   capable of giving the death penalty, like Gallotti,

01:41:22  19   D'Angelo, they usually had a pet psychologist or mental

01:41:25  20   health professional that they gave great credence to in

01:41:29  21   terms of their opinion, so you would hire or retain

01:41:32  22   that guy.

01:41:33  23       It was more report based and less witness based,

01:41:37  24   meaning that you could just give the psychiatrist's

01:41:40  25   report to the judge and you didn't have to bring in the

**Coash & Coash, Inc., 602-258-1440**

Daniel Patterson - November 26, 2013                    15

01:41:43  1   47 witnesses that you may have encouraged to talk to

01:41:46  2   the psychiatrist or send letters to the psychiatrist

01:41:49  3   because the judge was only interested in the report.

01:41:52  4   The judge had the benefit of life experience.  He knew

01:41:56  5   a good first-degree murder from a bad first-degree

01:41:59  6   murder, so you factored that in.

01:42:02  7        When Ring came along, it was a whole new way of

01:42:04  8   doing things and many of us in Maricopa, we relied on

01:42:11  9   the old way of doing things as we learned how to do it

01:42:14 10   differently.

01:42:15 11        Q.  Okay.  When Ring first came out, how did you --

01:42:21 12   did you attend trainings about how to do jury

01:42:24 13   sentencing?

01:42:24 14        A.  Yes, seminars, trainings.  I immediately called

01:42:28 15   my boss, Jim Haas and said, there's no way you can

01:42:32 16   carry eight clients under the new system.  And we

01:42:35 17   realized that you had to develop mitigation on the

01:42:38 18   front end and present it, perhaps, in Phase 1 as well

01:42:41 19   as kind of front loading but, also, that the finder of

01:42:44 20   fact, your jury, would be the same jury that found your

01:42:47 21   client guilty.  Okay?  So that all had to be done

01:42:50 22   before you tried the case.

01:42:52 23        To that end, we engaged mitigation professionals

01:42:56 24   like Scott Mac Leod, like Patrick Linderman, okay,

01:43:01 25   people that were warrantied -- or represented to me as