# TABLE OF CONTENTS (INTERACTIVE)

| LLLLLLLLLLL PART 14 | Petitioner's Appendix to Petition for Review |
|---|---|

# EXHIBIT LLLLLLLLLL
# PART 14

DB:   YOU HAVE NICKOLAS

WA:   UH HUH.

DB:   JUNE 20, 97

WA:   RIGHT.

DB:   AND HE'S UM 3?

WA:   YEAH HE'S 3.

DB:   AND IS HE VERBAL?

WA:   OH VERY MUCH SO.

DB:   OKAY HE TALKS PRETTY WELL?

WA:   YEAH, SO DOES SHE.

DB:   UM AN ASHLEY IS 9/16 OF 98?

WA:   RIGHT

DB:   SO SHE TWO?

WA:   RIGHT

DB:   AND SHE'S PRETTY VERBAL TOO.

WA:   YEAH.

DB:   OKAY.  UM AND THESE ARE YOUR ONLY TWO CHILDREN?

33

000011532

WA:   UM HUH.

DB:   HE DOESN'T HAVE ANY FROM ANY, ANOTHER PRIOR RELATIONSHIP OR

WA:   NOT THAT I'M AWARE OF.

DB:   OKAY

WA:   I MEAN NO.  THOSE ARE MY ONLY TWO.

DB:   OKAY.  UM HOW LONG HAVE YOU GUYS BEEN LIVING IN THAT APARTMENT?

WA:   UM A YEAR.

DB:   A YEAR?

WA:   I THINK WE MOVED IN LAST OCTOBER, NOVEMBER.

DB:   LAST OCTOBER?

WA:   SOMETHING LIKE THAT YEAH.

DB:   HAD YOU BEEN DRINKING AT AT LAST NIGHT?

WA:   NO.

DB:   OKAY.  USE ANY TYPE OF STREET DRUGS?

WA:   NO

DB:   OKAY.  UM ARE YOU ON ANY PRESCRIPTION MEDICATION?

WA:   NO.

34

000011533

DB:   NO.

WA:   NO.

DB:   OKAY.  NOW MY UNDERSTANDING IS JOE WOULD'NT HAD SOME MEDICAL PROBLEMS?

WA:   YEAH.  SOME MAJOR ONE TOO.

DB:   OKAY, TELL ME ABOUT THOSE.

WA:   IT'S A LONG STORY.  UM WE GOT MARRIED IN 94 AND THAT SPRING OR COUPLE MONTHS OR

COUPLE MONTHS AFTER WE GOT MARRIED HE STARTED.  YOU WANT ALL DETAILS?  I MEAN HOW

DETAILED DO YOU WANT ME TO GET?

DB:   YEAH, NO HIS MEDICAL CONDITION?  OR ARE YOU TALKING ABOUT PRIOR ..

WA:   HISTORY, JURY WHAT, WHAT HE WANTS.

DB:   LET'S START WITH HIS MEDICAL CONDITION.

WA:   OK.

DB:   OKAY AND THEN WE'LL GO INTO THE HISTORY OF EVERYTHING.

WA:   OH OKAY HIS MEDICAL CONDITION CURRENTLY IS UM HAS ADNOIDCYSTICCARCINOMA, IS THE

NAME OF IT AND IT'S A SALIVARY GLAND CANCER THAT MATASIZED TO HIS LUNGS AND UM HE'S

CURRENTLY TAKING CHEMO TREATMENTS FOR IT.

DB:   WHEN DID THAT PROBLEM START?

WA:   IN 94.

35

000011534

DB:     IN 94?

WA:     BUT WE DIDN'T KNOW IT WAS CANCER IN 94. WE FOUND OUT ABOUT IT IN 97.

DB:     97?

WA:     98, I DON'T REMEMBER. 97 I THINK.

DB:     AND HE'S BEEN GOING, UNDER GOING CANCER TREATMENT SINCE THEN?

WA:     NO HE, WELL HMMM, HE UM THOUGHT HE WOULD TRY THE HOMEOPATHIC WAY AND SO HE TRIED THAT TREATMENT AND JUST UM FOUR MONTHS AGO DECIDED BECAUSE IT, IT WAS STARTING TO BECOME A PROBLEM. HE COULDN'T BREATHE AND HE WAS STARTING TO FEEL THE EFFECTS OF THE CANCER IN HIS LUNGS UM TO GO AHEAD AND TRY CHEMO. SO HE JUST UM I, I KNOW HE'S HAD FOUR TREATMENTS OF CHEMO.

DB:     FOUR TREATMENTS?

WA:     AND THOSE ARE EVERY 3 WEEKS OR SO.

DB:     OKAY.

WA:     SOON AS HIS IMMUNE SYSTEM UP HIGH ENOUGH TO TAKE ANOTHER DOSE.

DB:     ANY IDEA WHEN HIS LAST TREATMENT WAS?

WA:     UMM JUST LIKE A WEEK AGO.

DB:     OKAY, IS HE TAKING ANY AH PRESCRIPTION MEDICATION AS WELL?

WA:     YEAH.

36

000011535

DB:    OKAY. WHO HAD ALL OF THAT?

WA:    I GUESS IT'D BE IN THE HOUSE.

DB:    SHOULD BE IN THE HOUSE?

WA:    YEAH.

DB:    IS THERE QUITE A FEW DIFFERENT THINGS OR?

WA:    UMMM NO I THINK JUST TWO.

DB:    DO YOU RECALL WHAT THOSE ARE?

WA:    SOMETHING FOR NAUSEA. I D ON'T KNOW THE NAMES OF THEM. I KNOW ONE WAS ZOFRAN.
I DO KNOW THAT.

DB:    ZOFRAN?

WA:    UH HUH AND WHAT ELSE DID HE TAKE, UM HE HAD TO GO IN EVERY DAY AND GET SHOTS.

DB:    SHOTS EVERYDAY?

WA:    AND I DON'T KNOW WHAT THOSE ARE EITHER.

DB:    OKAY. UM

SD:    TWO ADVIL.

WA:    OH YOUR SUCH A DOLL. THANK YOU.

SD:    THERE YOU GO. OKAY.

WA:    THANKS.

                                        37

000011536

SD:     YOU BET.

DB:     OKAY, WHO'S HIS DOCTOR?

WA:     KELLOGG.

DB:     K-E-L-L-O-G-G?

WA:     JUST LIKE THE CEREAL, YEAH.

DB:     (UI)

WA:     OH SEE I DON'T KNOW.

DB:     WE'LL TAKE A GUESS.  YOU KNOW WHERE HE'S OUT OF?

WA:     CHANDLER REGIONAL.

DB:     OKAY.  ANY OTHER TYPE OF MEDICAL PROBLEMS HE'S HAVING?

WA:     UM I KNOW THAT HE SAYS HIS HEART HURTS A LOT.

DB:     (UI)

WA:     HIS HEART.

DB:     OKAY.

WA:     I'M SORRY.

DB:     OH IT'S OKAY.  I DON'T HEAR REAL WELL SO....

WA:     OH I'M SO SORRY.  OKAY.

38

000011537

DB:     UM HEART PROBLEM, HEART ACHES.

WA:     YEAH, HEART. I DON'T KNOW WHAT YOU WANT TO CALL IT.

DB:     HEART PAIN. OKAY. OKAY. UM OKAY YOU STARTED TO TELL ME THERE WAS SOME HISTORY THERE...

WA:     YEAH.

DB:     START BACK AT THE BEGINNING WHAT WAS THAT? TELL ME ABOUT THAT?

WA:     UM

DB:     WHAT'D, WHAT KIND OF SYMPTOMS?

WA:     UM THIS IS THE SOURCE OF THE FRUSTRATION. UM IN 94 RIGHT AFTER WE GOT MARRIED UM UM HE STARTED GETTING A PAIN IN HIS JAW AND STARTED FEELING LIKE A LUMP SO WE GO, WENT TO UM A DOCTOR UM AND THE DOCTOR SAID THAT HE JUST HAD A SOME KIND OF GROWTH SO LET'S OPERATE AND TAKE IT OUT. THEY DO AN OPERATION ON HIM AND UM UM MY HUSBAND ALWAYS HAD HIS OWN BUSINESS SO GOING THROUGH AN OPERATION KIND OF PUT A LOT OF STRESS ON THINGS SO HE UM GOES THROUGH THIS OPERATION THEY DO A BIOPSY ON IT AND TELL HIM IT'S A BENIGN MIXED TUMOR DON'TWORRY ABOUT SHOULDN'T NEVER GROW BACK AND LIKE A YEAR LATER IT'S BACK AGAIN. I THINK IT WAS 95 WAS HIS NEXT SURGERY. WE GO TO U OF A OR UMC DOWN IN TUCSON, WENT AND SAW A SPECIALIST AND THEN THEY UM HE OPERATED ON JOE AND UM UM DID LIKE THE SAME SURGERY, RIGHT IN THE SAME SPOT AND HE SAID WELL THE FIRST SURGEON PROBABLY LEFT SOME OF THAT TUMOR IN HIS JAW SO LET, I CLEANED IT ALL OUT REALLY WELL AND UM KIND OF SCOOPED OUT A LITTLE HOLLOW IN HIS NECK AND EVERYTHING AND UM UM I THINK IT WAS IN 96 WAS HIS NEXT SURGERY BY THE SAME DOCTOR WHO SAID THIS TIME HE HAD ABSOLUTELY NO IDEA WHY IT

39

KEEPS GROWING BACK, IT JUST MUST BE VERY UM STUBBORN OR YOU KNOW WHATEVER THE DEAL IS

UM SO THEIR PLANNING TO OPERATE AGAIN ON OR THEY DID OPERATE, I CAN'T EVEN REMEMBER

NOW SORRY, UM OKAY THEY DID THE THIRD OPERATION. THEN THE YEAR THAT I WAS PREGNANT

WITH ASHLEY UM HE'S BACK IN PAIN AGAIN, GO BACK TO THE SAME DOCTOR HE SENDS HIM TO A

DIFFERENT SPECIALIST AND THEY DO UM SOME TESTS ON HIM AND WHATEVER. THEN THEY SEND HIM

A CAN, THE CANCER CENTER DOWN IN AT U OF A, WHICH IS SUPPOSE TO BE REALLY GOOD AND THE

ONCOLOGYST THERE JUST LOOKS AT HIS STUFF, HIS RECORDS, DIDN'T DO ANY TESTS ON JOE AND TOLD

HIM THAT SOMETHING WAS REALLY WRONG AND THAT HE NEEDED TO GO UM SEND ALL OF HIS UM

PATHOLOGY SLIDES FROM ALL OF THE SURGERIES TO WALTER REED HOSPITAL IN WASHINGTON.

WHOSE LIKE THE BEST FOR DIAGNOSING THINGS AND UM I REMEMBER BEING AT WORK AND THEY

GAVE ME A PHONE CALL AT WORK AND SAID THAT UM HE HAD ADNOIDCYSTICCARCINOMA AND THE

CAT SCAN SHOWED THAT IT HAD SPREAD ALL OVER HIS LUNGS. I MEAN IT WAS JUST ALL OVER THE

PLACE AND SO UM WE BEGAN OUR MISSION OF TRYING TO FIND WHO COUL, WHO WOULD BE THE

PEOPLE TO TREAT ADNOIDCYSTICCARCINOMA. WHAT IS ...YOU KNOW WHAT IS IT? YOU KNOW JUST

GOING THROUGH THE WHOLE PROCESS. WELL IN AUGUST OF UM 98 HE HAD SURGERY BY UM UP AT

DONE THE MAYO CLINIC, UP HERE AND THE DOCTOR'S THERE TOLD HIM HE BETTER SEEK LEGAL ADVICE

BECAUSE UM UM SINCE DAY ONE IT HAD BEEN CANCER AND IF THEY WOULD HAVE CAUGHT IT AND

TREATED IT CORRECTLY IT WOULDN'T HAVE TRAVELED TO HIS LUNGS AND THIS JUST WOULD HAVE

BEEN A YOU KNOW LOCALIZED. THEY COULD HAVE KEPT IT JUST TO HERE AND UM UM AFTER SURGERY

AND THEY WANTED TO START RADIATION ON HIM AND START GIVING HIM CHEMO RIGHT AWAY AND

JOE DIDN'T WANT TO AND WE BOTH GO TO CHURCH AND WERE VERY MUCH YOU KNOW BELIEVE THAT

UM IN HEALING. I DON'T KNOW IF YOU HAVE ANY RELIGIOUS BACKGROUND.

DB:     UM HUH.

000011539

WA:    SO WE REALLY STARTED FOCUING OUR ENERGY ONT HAT AND PRAYING A LOT AND HE WENT

TO THIS UM UM PLACE UP IN COLORADO WHO UM THEY KIND OF LIKE DETOXIFY YOUR BODY OR

SOMETHING AND THEY PUT HIM ON A LOT OF HERBS AND THINGS LIKE THAT.

DB:    IS THIS THROUGH THE CHURCH OR?

WA:    WELL IT'S UM IT WAS HEALTH MINISTRIES, SO YEAH IT HAD SOME RELIGIOUS TONE TO IT OF

COURSE UM UM BUT BASCIALLY THEY FOCUS ON YOU EATING HEALTHY AND DRINKING FRUIT JUICIES,

TAKING LOTS OF VITAMINS AND MINERALS AND THINGS LIKE THAT UM AND HE DID THAT FOR AWHILE

AND THEN UM FOUND IT VERY HARD TO STAY ON THAT DIET AND THEN UM HE STARTED FEELING LIKE

A, A GROWTH RIGHT ABOVE HIS FRONT TEETH AND IT WAS PUSHING DOWN ON HIS FRONT TEETH SO

HE GOES TO THE DENTIST AND THEY TAKE AN X-RAY AND THEY SAID WELL IT'S A SMALL YOU KNOW

SOMETHING, YOU NEED TO GO TO A DOCTOR.  BECAUSE IT LOOKED LIKE THE ROUND THINGS THAT

WERE IN HIS LUNGS AND UM THAT REALLY SCARED AND HE DIDN'T GO BACK TO THE DOCTOR.  HE JUST

LIKE REFUSED TO DEAL WITH IT.  SO WE CONTINUE LIFE JUST LIKE NOTHINGS WRONG AND THAT WENT

AWAY.  THE, THE PAIN EVERYTHING WENT AWAY WHICH WAS AWESOME.  SO THEN WERE THINKING

YOU KNOW WHAT IF THIS WENT AWAY THEN MAYBE THIS WENT AWAY AND HE'S BETTER AND IT'S OK,

SO WE GO GET A CAT SCAN AND IT'S BIGGER AND IT'S ALL STILL THERE AND IT WAS REAL, LIKE A MAJOR

BLOW MENTALLY UM THEN LIKE 10 MONTHS LATER THEY DO ANOTHER CAT SCAN ON HIM AND UM

COMPARE THE TWO AND IT'S DOUBLED IN SIZE SO IT'S REALLY GROWING NOW AND THAT'S WHAT

MADE HIM DECIDE TO GO AHEAD AND TRY CHEMO.  EVEN THOUGH EVERYTHING WE'VE KIND OF

STUDIED SAID THAT THERE'S NO, NO LIKE PERCENTAGE THAT CHEMO WOULD WORK ON IT OR

WHATEVER.  SO WHEN I GUESS THAT WOULD BE ABOUT THE TIME THAT WE STARTED UM IT JUST

ADDS, IT ADDS STRESS, YOU HAVE I MEAN I DON'T, I DON'T EVEN KNOW HOW TO EXPLAIN.  HERE YOU

HAVE TWO BABIES THAT YOUR TRYING TO TAKE CARE OF, HE CAN NO LONGER WORK BECAUSE UM THE

41

000011540

MAYO CLINIC WHEN THEY DID THAT SURGERY THEY REMOVED SOME OF HIS MUSCLES HERE AND HE

ALWAYS USED TO INSTALL AUTO GLASS SO HE WAS, I MEAN A BIG STRONG GUY AND HE'S PICK UP

THESE WINDSHIELDS AND SET THEM IN CARS AND NOW HAVING THE SURGERY COULDN'T DO IT

ANYMORE.

DB:     WHEN DID HE QUIT WORKING?

WA:     UM WELL RIGHT WHEN HE HAD SURGERY.

DB:     OKAY.

WA:     UM IF ASHLEY WAS BORN IN, IT WOULD HAVE BEEN AUGUST OF 98.

DB:     OKAY.

WA:     I THINK, YEAH I THINK LIKE THAT WAS THE LAST TIME. I MEAN BESIDES HE HAS A BOAT AND

PIDDLES AROUND WITH THAT AND YOU KNOW TRIES TO STAY BUSY JUST FOR MENTAL REASONS BUT

UM UM HE LOVES TO GO TO THE LAKE. UM SO UM DURING THE COURSE OF ALL THAT UM WE LIVED IN

CASA GRANDE AND UM THE APARTMENT PLACE THAT I WAS MANAGING UM SWITCHED MANAGEMENT

COMPANIES AND SO THEY DIDN'T RETAIN ME AS MANAGER AND I THINK IT WAS BECAUSE OF A LOT

OUR MEDICAL PROBLEMS. UM SO THAT'S WHEN I FOUND EMPLOYMENT UP HERE AT SAN RIVA AND

UM WE MOVED UP INTO AWATOKI AND THAT'S WHY HE CHOSE CHANDLER REGIONAL TO START DOING

ALL OF HIS TREATMENT.

DB:     SO YOU MOVED THERE ABOUT TWO YEARS AGO YOU SAID?

WA:     A YEAR AGO.

DB:     YEAR AGO?

42

000011541

WA:    YEAH.

DB:    AND YOU WERE MANAGER AT ANOTHER APARTMENT COMPLEX?

WA:    YEAH I'VE BEEN A MANAGER FOR AWHILE AT YOU KNOW DIFFERENT..

DB:    WHICH ONE WAS THAT, YOU MANAGING?

WA:    COURT YARD APARTMENTS.

DB:    OKAY.  HOW LONG WERE YOU THERE?

WA:    UMMM MAYBER TWO YEARS.

DB:    TWO YEARS.

WA:    YEAH I CAN'T REMEMBER.

DB:    DO THE CUFFS HURT?

WA:    NO IT'S OK.  OKAY UM WHAT WAS I SAYING.  MY MIND KEEPS WONDERING I'M SORRY UM

WHAT ELSE DO YOU WANT ME TO SAY?

DB:    YOU SAID THE UM WHEN YOU CAME UP HERE YOU (UI) WHEN YOU CAME UP HERE.

WA:    OH, SO, SO UM I THINK WHEN WE, HE FOUND THE RESULTS OF THAT LAST CAT SCAN, IT JUST,

AH THAT'S WHEN I NOTICED IT JUST STARTED GETTING HARD.  HE JUST WAS MAD ABOUT EVERYTHING.

DB:    THAT WAS 98?

WA:    NO, WELL THIS 99.

DB:    99. (UI)

43

000011542

WA:    UM HAD TO BEEN IN THE SPRING OR SO.

DB:    OKAY YOU SAID HE STARTED GETTING MAD?

WA:    YEAH.

DB:    WHY DON'T YOU TELL ME ABOUT THAT?

WA:    HE JUST.  WELL HE WOULD BE UM HIS, HIS TEMPER JUST GOT, LIKE THE FUSE ON HIS TEMPER

GOT SHORT.  UM JUST BECAUSE SEE WENT AND RETAINED UM THIS, THESE ARE THE THINGS THAT HE

WAS ALWAYS UPSET ABOUT.  WE UM UM RETAINED A MEDICAL MALPRACTICE ATTORNEY AND UM IT

TOOK THEM TWO YEARS TO FILE A CASE AND JOE'S RUNNING OUT OF TIME AND HE KNOWS IT AND

HERE HE FEELS LIKE THEIR DRAGGING THEIR FEET AND THEIR NOT THEIR DOING WHAT THEY NEED TO

DO BUT HE WANTS IT DONE NOW.

DB:    OKAY.

WA:    SO UM I'M THE ONLY ONE WORKING SUPPORTING US AND HE IS COLLECTING YOU KNOW LIKE

A $500.00 DISABILITY CHECK AND HE LOVES TO BUILD UM UM HIGH PERFORMANCE ENGINES FOR

BOATS.

DB:    UH HUH.

WA:    HE HAS A BOAT.  COSTS LOTS OF MONEY (LAUGHS) AND SO HE UM I THINK WAS FRUSTRATED

BECAUSE HE ONLY HAD $500.00 A MONTH YOU KNOW TO DO WHAT HE WANTED TO DO AND THAT,

YOU KNOW WHAT I MEAN AND HERE I'M, I WORK MY BUTT OFF AND I UM HAVE TO PAY FOR A SITTER,

THE CAR PAYMENTS AND THE BILLS AND THE FOOD AND WHATEVER AND UM UM IT WAS LIKE HE, HE

WAS MAD THAT I DON'T IT'S LIKE HE KNEW, HE WANTED TO BE THE ONE.  YOU KNOW WHAT I MEAN,

HE WANTED TO BE THE ONE DOING ALL OF THAT AND HE COULDN'T AND IT WAS VERY FRUSTRATING

44

000011543

TO HIM. CAUSE IT, IT WOULD SEEM LIKE HE WAS ALWAYS JELOUS OF MY JOB OR I DON'T, I DON'T,

THAT'S I, WE WANTED, WE NEEDED TO GO TALK TO A COUNSELOR SO BADLY. BECAUSE WHAT

HAPPENED IS IT'S A ROLE REVERSAL WHERE NOW I BECOME THE INCOME EARNER AND HE I DON'T

KNOW.

DB:     DID HE MAKE PRETTY DECENT MONEY BEFORE?

WA:     DO YOU KNOW WHAT I MEAN. YEAH HE DID.

DB:     DID HE? BEFORE HE STARTED HAVING MEDICAL PROBLEMS.

WA:     YEAH, MADE GREAT MONEY. I'VE ALWAYS WORKED TOO, SO I HAD MINE, KEEP AND WHAT.

IT'S WEIRD HOW OUR RELATIONSHIP WENT FROM UM US BEING HUSBAND AND WIFE TO ME BEING HIS

CARETAKER AND I REALLY FELT VERY UM AND MOTHERLY IS NOT THE WORD BUT I TOOK CARE OF HIM

LIKE I TOOK CARE OF CHILDREN AND I, I KNOW HE ....

DB:     WHEN YOU SAY YOU TAKE CARE OF HIM, IS IT PHYSICALLY, MENTALLY, EMOTIONALLY OR

WHAT?

WA:     ANYWAY HE, YEAH ANYWAY HE NEEDED ME TO BE THERE I, YOU KNOW UM ANYTHING I COULD

FOR HIM. YOU KNOW WHAT I MEAN, I'M BECAUSE WHEN YOU SIT HERE AND YOU THINK OF A MAN

WHOSE 33 YEARS OLD, IS FACED WITH, HAS 2 KIDS, LOVES HIS CHILDREN, HAS 2 KIDS THAT HE'S NOT

GOING TO SEE GROW UP. IT PUTS A WHOLE UM I DON'T KNOW IT, IT, IT WAS JUST VERY HARD FOR ME

AND I CAN ONLY IMAGINE HOW HE FELT ALTHOUGH HE NEVER, HE'S NOT ONE TO COMMUNICATE AND

I THINK THAT HURT THINGS A LOT.

DB:     PHYSICALLY HOW WAS HE? I MEAN DID THE CHEMO AFFECT HIM?

45

000011544

WA:   IT DID UM HE SL.. HE WOULD UM SLEEP A LOT, HOWEVER, UM THIS LAST TIME THE NURSE

TOLD HIM IF HE DIDN'T GET UP A LOT UM AND START MOVING AROUND THAT THIS STUFF WAS GOING

TO HURT HIS KIDNEYS CAUSE IT'S VERY DAMAGING TO YOUR HEART AND YOUR KIDNEYS.

DB:   WHEN DID HE HAVE THAT CHEMO?

WA:   UH A WEEK AGO.  SO LIKE SATURDAY HE WENT TO THE LAKE WITH HIS BOAT AND HE WAS UP

AND AROUND UM HE HAD ACTUALLY HAD I THINK A FOUR WEEK BREAK IN BETWEEN THESE LASTS, THE

NUMBER 3 AND NUMBER 4.  SO NUMBER 4 DIDN'T HIT HIM AS HARD A NUMBER 3 DID.

DB:   OKAY.  SO HE'S ABLE TO GET UP AND GET AROUND PRETTY WELL?

WA:   OH YEAH VERY MUCH SO.  HE PLAYS WITH THE KIDS AND DOES WHATEVER.  UM ....

DB:   DOES THE CHEMO MAKE HIM WEAK?

WA:   I KNOW THAT .....TO GO TO MEETINGS YOU HAVE TO DO BUDGETS AND YOU HAVE TO DO

THINGS.  SO ANYTIME THAT UM I DIDN'T COME HOME AND DINNER READY FOR HIM, CAUSE I'D HAVE

TO COME HOME AND MAKE DINNER CAUSE HE DIDN'T LIKE TO COOK OR CLEAN OR DO ANYTHING.  SO

I'D COME HOME AND UM UM MAYBE ASK HIM TO ORDER PIZZA AND THEN HE WOULDN'T , HE'D DO IT

AND THEN THAT NIGHT HE'D START COMPLAINING.  SEE WE DIDN'T ARGUE IN FRONT OF THE KIDS JUST

BECAUSE THAT'S NOT YOU KNOW.  I MEAN OCCASSIONALLY HE WOULD YELL AND NICHOLAS AND

ASHLEY WOULD START CRYING AND THEY'D GET REALLY UPSET ABOUT IT BUT UM HE'D WAIT UNTIL

THEY WENT TO BED CAUSE THEY ALWAYS GO TO BED ABOUT 8:00 OR SO AND THAT'S WHEN HE JUST

AND IT'S LIKE HE WOULD JUST PICK AND PICK AND PICK, IT WAS, I DON'T KNOW AND UM YOU KNOW

I'D, I'D ASK HIM WELL WHAT YOU KNOW, WHAT ELSE TO DO YOU WANT ME TO DO.  YOU KNOW I

WORK ALL DAY AND WHEN I COME HOME, SOMETIMES I GET HOME AT 7:00, 7:30.  I DON'T HAVE TIME

46

000011545

TO COOK UM AND YOU KNOW WHY DO YOU CARE IF WE ORDER PIZZA OR WHATEVER AND UM UM I

TURNED 30 IN AUGUST AND UM THE GIRLS IN THE OFFICE TOOK ME OUT AND THAT NIGHT OH WE GOT

HOME I GUESS AT 1:30 OR SOMETHING AND HE JUST ACCUSSED ME OF ALL KINDS OF STUFF AND JUST

WENT BIZERK, BROKE THE BED, BROKE THE DRESSERS.

DB:    HOW'D HE, WHAT DID HE ACCUSE YOU OF?

WA:    (LAUGHS) OH JUST BEING OUT WITH GUYS AND

DB:    HAVING AN AFFAIR WITH SOMEBODY?

WA:    OH SURE, SURE AND I'M LIKE YOU KNOW WHAT I DON'T HAVE ENOUGH ENERGY OR TIME TO BE
YOU KNOW, I DON'T AND I, AND I, I TRY TO, LIKE I WAS TALKING TO MY MOM ABOUT IT AND MAYBE
IT'S BECAUSE UM, I'M, I'M LIKE EMBARASSED SAYING THIS BUT YOU NEED TO KNOW.  YOU WANT TO
KNOW DETAILS RIGHT?  I'M LIKE

DB:    YOUR (UI) LET ME TELL YOU, YOUR NOT GOING TO SAY ANYTHING THAT I HA…YEAH

WA:    I JUST WANT YOU TO UNDERSTAND.

DB:    THAT I HAVEN'T HEARD BEFORE, OKAY.

WA:    OH I KNOW BUT I JUST WANT YOU TO UNDERSTAND WHAT, WHAT, WHAT IT WAS LIKE IN THE
HOUSE BECAUSE I TOOK ON A CARETAKER ROLE UM UM AND I HAD A LOT OF MY ENERGY FOCUSED ON
MY JOB, WHEN I CAME HOME I DID NOT WANT TO BE ROMANTIC, OKAY.

DB:    UM HUH.

000011546

WA:    UM AND THAT WAS A VERY BIG ISSUE WITH HIM. UM ANYTIME HE THOUGHT I SHOULD JUST

BE AVAILABLE TO HIM EVERY MOMENT OF THE DAY. THAT I SHOULD COME HOME AT LUNCH FROM

WORK AND BE AVAILABLE. WELL I DON'T HAVE TIME TO TAKE LUNCHES. I NEVER TAKE LUNCHES. UM

AT COURT YARD YES I COULD TAKE LUNCHES AND THAT WAS GREAT BUT UP HERE THIS WAS A LOT

DIFFERENT JOB AND IT'S DIFFERENT ENVIRONMENT, EVERYTHINGS JUST DIFFERENT AND HE JUST TOOK

THAT KIND OF LIKE A PERSONAL INSULT THAT I DIDN'T LOVE HIM ANYMORE. HE ALWAYS, YOU DON'T

LOVE ME ANYMORE. HONEY YOU HAVE NO IDEA HOW MUCH I LOVE YOU OR I WOULDN'T BE BUSTING

MY BUTT DOING ALL OF THIS AND TRYING TO YOU KNOW MAKE OUR LIFE NORMAL UNTIL THIS

LAWSUIT SETTLES OR WHAT EVER HAPPENS HAPPENS. UM SO UM WHEN I GOT HOME THAT NIGHT

FROM LIKE THE BIRTHDAY PARTY THAT'S JUST, HE JUST EVEN THOUGH HE HAS STILL TO THIS DAY

HAVING FITS ABOUT IT. I MEAN HE WOULD STILL JUST LIKE WHATEVER AND I HAVE ALL THESE

PICTURES, LIKE CAUSE WE ALL CAMERAS AND IT'S ALWAYS ME AND A BUNCH OF GIRLS. I MEAN I'M

LIKE HONEY LOOK AND THEN HE STARTS IN WELL YOU WEREN'T WEARING YOUR WEDDING RING AND

I'M LIKE LOOK RIGHT, YOU KNOW  IT, IT, IT BECAME VERY, LIKE HE WAS PARANOID OR I, I DON'T KNOW.

DB:    LET ME ASK YOU DID, DID YOU GUYS COMPLETELY STOP YOUR SEX LIFE?

WA:    NO SEE IF IT WAS UP TO ME I WOULD HAVE JUST BECAUSE UM, UM I DON'T IT'S A WEIRD

MENTAL THING THAT YOU GO THROUGH AND WHEN YOU KNOW YOUR HUSBAND IS GOING TO DIE.

THE DOCTORS ARE TELLING YOU HE YOU KNOW THIS AIN'T WORKING IT GROWING, IT'S DOUBLING IN

SIZE YOU START PREPARING, I MEAN THAT'S JUST SOMETHING THAT YOU UM I DON'T KNOW HOW TO

EXPLAIN IT. YOU KNOW THAT THIS IS WHAT'S HAPPENING AND AND AND YOU HAVE TO DEAL WITH IT.

NO IDEA UM I, I DON'T KNOW, I CAN'T, AH I'M SITTING IN THE POLICE CAR GOING I CAN'T BELIEVE THIS

IS HAPPENING LIKE THIS BECAUSE IN YOUR HEAD WHEN YOUR PREPARING YOURSELF FOR SOMETHING

48

000011547

LIKE THAT, YOU YOU KNOW YOU IMAGINE BEING IN A HOSPITAL ROOM AND UM HOLDING HIS HAND

AND UM SO UM SORRY I DON'T MEAN TO CRY.

DB:     SO DID THE AH, HE, HE WAS UPSET BECAUSE YOU GUYS WEREN'T SEXUALLY ACTIVE?

WA:     WELL

DB:     AS ACTIVE AS YOU HAD BEEN.

WA:     AS ACTIVE, EXACTLY.

DB:     OKAY.

WA:     YOU KNOW IT'S LIKE ONCE EVERY TWO DAYS IS STILL PRETTY ACTIVE TO ME YOU KNOW WHAT I

MEAN. I'M LIKE UM AND THAT'S WHAT STARTED THE ARGUMENT TONIGHT.  I MEAN I HAVE TO GO TO

WORK TOMORROW, TODAY, WHATEVER AND I'M TIRED WE HAD A LONG DAY UM ON SATURDAYS YOU

KNOW YOU HAVE THE KIDS AT HOME AND YOUR DOING THINGS WITH THEM.  WE HAD GONE TO THE

SWAP MEET AND GONE SHOPPING AND JUST YOU KNOW STUFF AND UM

DB:     WE'LL GET TO THAT IN JUST ONE SECOND

WA:     I'M SORRY I'M RATTALING.

DB:     IT'S OKAY, IT'S FINE.  PRIOR TO TONIGHT HAD THERE EVER BEEN ANY HISTORY OF VIOLENCE

BETWEEN YOU GUYS?

WA:     YEAH, YEAH.

DB:     WHEN DID THAT START?

49

000011548

WA:     UM FIRST MONTH WE WERE MARRIED, TWO MONTHS I DON'T EVEN REMEMBER. WE WERE AT

ONE OF HIS FRIENDS WEDDINGS AND UM BOTH DRINKING AN WHATEVER AND HIS UM EX GIRLFRIEND

AND HER SISTER WERE AT THE WEDDING AND I DON'T, DIDN'T REALLY HANG AROUND THAT CROWD OF

PEOPLE BUT I KNEW WHO THEY WERE AND UM SHE WAS LIKE STILL IN LOVE WITH HIM OR WHATEVER

AND CAUSED THIS BIG OL SCENE.

DB:     IN LOVE WITH YOUR HUSBAND?

WA:     YEAH. SO CHILDISH YOU KNOW WHAT I MEAN BUT WHATEVER I'M LIKE UM WHEN I TALK

ABOUT IT NOW BUT WHEN YOUR IN THE MOMENT OF IT, IT'S A WHOLE DIFFERENT STORY. UM UM SO I

OF COURSE WAS HAVING A LITTLE FIT OR WHATEVER AND WAS MAD AT HIM BECAUSE HE WAS DOING

WHATEVER HE WAS DOING AND UM UM I CALLED MY DAD HAD HIM COME PICK ME UP TAKE ME

HOME. I WENT HOME AND JOE WALKS IN LIKE 2 HOURS LATER, IT'S LIKE YOU KNOW I DON'T KNOW

1:30, 2:00 IN THE MORNING AND HE'S DRUNK AS CAN BE AND STARTS TO PASS OUT ON THE BED. WELL

I'M MAD SO I UM START ARGUING WITH YOU KNOW I'M LIKE NO, YOU, I WANT TO KNOW WHY YOU

DID WHAT YOU JUST DID AND HERE WERE JUST MARRIED AND WHAT'S GOING ON AND WHATEVER

AND HE JUST GOT IN THIS RAGE AND WE HAD WOOD DOORS AND HE JUST THREW HIS BODY THROUGH

IT. I MEAN HE HAD CUTS ALL OVER HIS CHEST AND ARMS AND UM GRABBED ME AND THREW ME UP

AGAINST THE WALL TOOK A STONE POT AND WAS GOING TO HIT ME IN THE HEAD WITH AND I MOVED

MY HEAD AND IT JUST SMASHED LIKE A PERFECT HOLE IN THE WALL. UM UM JUST IT WAS

HORENDOUS. I MEAN

DB:     THAT OCCURRED AT YOUR DAD'S HOUSE?

WA:     NO IT WAS AT OUR HOUSE, I MEAN OUR HOUSE.

DB:     OKAY. WHERE WERE YOU LIVING BACK THERE, IN CASA GRANDE?

50

000011549

WA:     GOSH IS WAS ON AUTO ROAD.  IT'S ONE OF HIS DAD'S UM

DB:     AUTO.  A-U-T-O.

WA:     OTTER, JUST LIKE THE ANIMAL.  O-T-T-E-R AND IT WAS ONE OF HIS DAD'S FARM HOUSES IF

THAT HELPS AT ALL.

DB:     OKAY.

WA:     SO I UM ACTUALLY WENT IN THE BATHROOM AND LOCKED THE DOOR AND HE BROKE

WHATEVER ELSE HE BROKE.  I DON'T EVEN REMEMBER NOW BUT UM AND WENT TO BED AND AFTER IT

WAS QUIET I CAME OUT AND UM WENT AND SLEPT ON THE COUCH AND IN THE MORNING HE NEVER

SAID A WORD ABOUT IT AND I NEVER SAID A WORD ABOUT IT AND WE JUST WENT ABOUT OUR OWN

BUSINESS LIKE IT NEVER HAPPENED AND UM THEN NOTHING HAD HAPPENED FOR QUITE AWHILE

CAUSE THERE WAS NOTHING TO BE STRESSFUL ABOUT YOU KNOW IT WAS JUST LIKE WE WERE FINE.

UM NEXT TIME IT WOULD'VE HAPPENED WOULD BE AT COURT YARD.  WE LIVED IN AN APARTMENT

THERE.

DB:     WHERE, DO YOU RECALL WHERE COURT YARDS AT?

WA:     2060 N. TREKELL.

DB:     NORTH TREKEL.  SPELL TREKELL?

WA:     T-R-E-K-E-L-L.

DB:     WHAT APARTMENT DID YOU LIVE IN?

WA:     UM I DON'T REMEMBER THE APARTMENT, OH NO HMM

51

000011550

DB:     THAT'S ALRIGHT.

WA:     I'M SORRY DON'T KNOW.

DB:     AND YOU LIVED THERE FROM WHEN TO WHEN?  UP TIL LAST YEAR I KNOW THAT.

WA:     YEAH, SO I CAN'T

DB:     COUPLE YEARS?

WA:     YEAH, AT THE MOST.

DB:     OKAY.  OKAY WHAT HAPPENED THERE?

WA:     GOT INTO AN ARGUMENT AND HE UM HMM HE ACTUALLY HIT ME THAT TIME BUT HE ACTUALLY ALWAYS TRIES TO STRANGLE ME.  IT'S REALLY WEIRD AND THEN HE DOES THIS BEAR HUG STUFF WHERE HE TRIES TO SQUEEZE TIL I CAN'T BREATHE, THAT'S HOW HE, HE'LL PUNCH THE WALL, HE'LL THROW HIMSELF YOU KNOW LIKE I DON'T KNOW I DON'T UNDERSTAND BUT IT'S LIKE HE KNOWS YOUR NOT SUPPOSE TO PUNCH A GIRL SO HE SQUEEZES ME INSTEAD UNTIL I CAN'T BREATHE AND I JUST SCRATCH AND SCRATCH UNTIL, YOU KNOW I'M JUST LIKE GOD LET ME OUT OF HERE AND THEN UM

DB:     IS THAT WHAT HE DID BACK THERE ON TREKELL?

WA:     YEAH AND THEN HE GRABS ME AROUND THE NECK AND UM UM I USUALLY JUST KICKED HIM OFF OF ME IS WHAT WOULD HAPPEN.  UM AND HE'D STOP.  YOU KNOW IT'S LIKE HE WOULD CATCH HIMSELF AND THEN HE'D LEAVE.

DB:     OKAY.  HOW OFTEN DID THAT OCCUR WHEN (UI)?

52

000011551

WA:     THAT ONLY HAPPENED TWO TIMES WHEN WE WERE AT COURT YARD.  UM

DB:     DID YOU CALL THE POLICE?

WA:     I DIDN'T.  I'M THE MANAGER OF THE PLACE AND I, YOU KNOW WHAT I MEAN.  IT'S A SMALL

TOWN YOU CAN'T DO THAT.

DB:     DID AH DID YOU HAVE ANY INJURIES FROM THAT?

WA:     JUST UM JUST MAYBE MY UM PROBABLY NOT BESIDES MY HANDS AND MY NECK.  I DON'T

EVEN REMEMBER.

DB:     DID YOU EVER TELL ANYBODY ABOUT THAT?

WA:     MY DAD KNOWS.

DB:     YOU DAD KNOWS?

WA:     YEAH.  I DIDN'T SAY ANYTHING.  WELL MY MOM KNOWS THAT WE FOUGHT BUT I DIDN'T

REALLY GO INTO DETAILS WITH HER.

DB:     OKAY.  YOU DIDN'T TELL ANYBODY WHO WORKED THERE OR ANYTHING LIKE THAT?

WA:     NO.

DB:     SHARE IT WITH YOUR FRIENDS?

53

000011552

P-App. 006021

WA:     ARE YOU KIDDING ME. NO I DIDN'T, SEE THAT WAS I DON'T HAVE LIKE REALLY, I DON'T HAVE

CLOSE GIRLFRIENDS THAT I TALK TO. I WENT TO A PRIVATE SCHOOL AND I WAS THE ONLY ONE WHO

GRADUATED IN MY CLASS. I YOU KNOW WAS ONE OF THOSE WHERE THERE'S 12 PEOPLE IN THE

WHOLE HIGH SCHOOL AND UM UM SO WHEN I MET JOE I HUNG AROUND HIM AND ALL OF HIS

FRIENDS. SO PUTS JUST A DIFFERENT LIGHT ON THINGS YOU KNOW.

DB:     ONCE YOU MOVED UP HERE DID YOU HAVE ANY OTHER FIGHTS UP HERE PRIOR TO WHAT

HAPPENED TONIGHT?

WA:     YEAH WE FOUGHT ALL THE TIME OVER HERE.

DB:     PHYSICAL?

WA:     WELL HMM

DB:     TELL ME ABOUT THAT WHAT WENT ON?

WA:     WELL EVERYTIME I YOU KNOW HE'S ALWAYS JUST THINKING I WAS CHEATING ON HIM. WE'D

HAVE A POOL PARTY AT THE, AT THE UM APARTMENTS AND UM AFTER I CLEAN UP FROM THE POOL

PARTY AND COME, SEE HE'D ALWAYS HAVE TO STAY HOME AND WATCH THE KIDS, SO WHEN I GET

HOME HE WOULD JUST BE IN THIS MOOD THAT, THAT I WASN'T, I WAS SPENDING TOO MUCH TIME AT

WORK AND HE DON'T LOVE ME AND THE KIDS AND WHATEVER AND I'M LIKE OH MY GOD AND HE

WOULD JUST RAGE. I DON'T KNOW IT WAS LIKE IT'S A RAGE IT'S LIKE HIM THROWING HIMSELF

THROUGH THIS DOOR AND HE HAS THIS CRAZY LOOK IN HIS EYES THAT'S THE ONLY WAY. I KNOW

WHEN HE WAS A TEENAGER HE TRIED TO KILL HIS DAD. I REMEMBER HIS FRIENDS TELLING ME THAT HE

HAD TO PULL HIM OFF OF HIS DAD AND I'M, THAT IS THE LOOK THAT I WOULD SEE IN HIS EYES WHEN

54

000011553

HE'D GET TO THIS POINT WHERE IT WAS JUST LIKE BEYOND, I HAVE NO IDEA.  AHH IT WAS CRAZINESS.
UM

DB:     THESE FIGHTS THAT OCCURRED HERE WERE THEY PHYSICAL AT ALL OR?

WA:     YEAH ALWAYS PHYSICAL.

DB:     TELL ME ABOUT THAT?

WA:     I MEAN JUST THE SAME THING...

DB:     WHAT HAPPENED TO YOU?

WA:     ...HE WOULD ALWAYS JUST GRAB ME AND IT WAS JUST LIKE HE WAS JUST SQUEEZING ME UNTIL
I COULDN'T BREATHE.  I MEAN THAT'S JUST WHAT HE WOULD DO AND UM....

DB:     DID HE EVER PUNCH YOU OR KICK YOU OR?

WA:     SEE NO HE DOESN'T DO THAT.

DB:     OKAY DO YOU EVER PUNCH OR KICK HIM?

WA:     UMM YEAH, WELL I WOULD, WELL YEAH I'D HAVE TO TO GET OFF.

DB:     UM HUH.

WA:     GET HIM OFF OF ME.  HE'S MUCH BIGGER THAN I AM.

DB:     OKAY.  OTHER THAN SQUEEZING YOU WHAT ELSE DID HE DO?

WA:     THAT'S WHAT HE, OR HE WOULD, HE TRIED TO WRAP SOMETHING AROUND MY NECK .

DB:     OKAY.

                                        55

000011554

WA:   ALWAYS AND I'D ALWAYS HAVE TO GRAB IT WITH MY HANDS.  THAT'S WHY I'M WONDERING, I
CAN'T REMEMBER, BUT I DON'T KNOW.

DB:   WHAT WOULD HE WRAP AROUND YOUR NECK?

WA:   WHATEVER WAS HANDY.

DB:   (UI)

WA:   UM UM ALL THESE IMAGES GOING THROUGH MY HEAD, UM I KNOW ONE TIME A CLOTHES
HANGER CAUSE WE WERE IN THE BATHROOM.  MY CLOSETS IN THE BATHROOM.  UM HE'S DONE THE
BELT THING BEFORE UM JUST HIS HANDS.

DB:   DID HE EVER LEAVE ANY MARKS?

WA:   UM I DON'T, I DON'T, I DON'T MARK, I DON'T BRUISE UM ...

DB:   HOW WOULD YOU....

WA:   I NEVER HAVE REALLY BRUISED TOO MUCH SO UM UM THAT'S NEVER BEEN AN ISSUE.  IF I EVER
HAD A RED MARK OR LIKE YOU KNOW FROM HIM DOING WHATEVER UM UM I USED TO WEAR A SHIRT
WITH COLLARS NO BIG DEAL.  YOU KNOW WHAT I MEAN.  PUT POWDER ON YOUR NECK.

DB:   HOW OFTEN.  WELL LET ME SEE, WHAT WOULD HAP, WHY WOULD HE STOP CHOKING YOU?

WA:   THE MAIN REASON WOULD BE ME TALKING ABOUT NICHOLAS AND ASHLEY.

DB:   WHAT WOULD YOU SAY?

WA:   YOU'VE GOT TO STOP BEFORE THEY SEE YOU.

DB:   UM HUH.

56

000011555

WA:     AND THAT WOULD ALWAYS GET TO HIM.  IT WAS LIKE UM IT WAS LIKE BRING HIM BACK TO

REALITY OR SOMETHING, I DON'T KNOW YOU COULD SEE YOU KNOW BUT I'D HAVE TO YELL IT AND YELL

IT AND YELL IT AND STOP YOUR HURTING ME, YOUR GOING TO KILL ME AND HE'D YELL AT ME, HE

WANTED TO KILL ME, WANTS TO KILL ME AND THEN IT'S SO CRAZY CAUSE THE NEXT YOU KNOW HOUR

OR TWO WELL I TRUST YOU I DON'T KNOW WHY I DO THIS AND HE'D BE SO SORRY.  ALWAYS SORRY.

POOR GUY I MEAN HERE HE'S GOING THROUGH ALL OF THIS....

DB:     YOU WOULDN'T HAVE TO KICK HIM OR HIT HIM TO GET HIM TO STOP HE WOLD JUST STOP?

WA:     OH YEAH, OH YEAH, NO I HAD, I HAD TO GET HIM OFF OF ME.  ALWAYS HAD TO GET HIM OFF

OF ME.  I'D GRAB SHOES, I'D GRAB WHATEVER I COULD GRAB AND GET HIM OFF OF ME.

DB:     OKAY DID HE EVER CHOKE YOU TO WHERE YOU WERE UNCONCIOUS OR ANYTHING?

WA:     I HAD PASSED OUT A COUPLE OF TIMES.

DB:     OKAY.  DID AH WELL DID YOU EVER CONTACT THE POLICE?

WA:     NO I CAN'T AFFORD TO.

DB:     OKAY, BECAUSE...

WA:     I'M THE ONLY ONE WORKING, I CAN'T, I CAN'T, I MEAN LOOK WHAT WOULD HAPPEN.  I MEAN

IT, I MEAN I WISH I WOULD HAVE NOW BUT WHEN YOUR IN IT OH.

DB:     YOU MENTIONED THAT YOU GUYS GO TO CHURCH QUITE A BIT?

WA:     WHAT DO YOU DO?  YEAH.

DB:     WHAT KIND CHURCH DO YOU ATTEND?

57

000011556

WA:    UM THEIR NON DENOMINATIONAL, LIKE MOUTAIN PARK UM THE ONE RIGHT ACROSS THE

STREET THERE.  IT'S A BIG COMMUNITY CHURCH.

DB:    MOUNTAIN PARK?

WA:    MOUNTAIN PARK COMMUNITY CHURCH.  UM WENT TO HARVEST FAMILY CHURCH, IS KIND OF

OUR HOME CHURCH WHICH IS IN CASA GRANDE.

DB:    DID, DID YOU EVER SEEK ANY KIND OF COUNSELING THROUGH THE CHURCH OR ANYTHING?

WA:    UM NOT REALLY.

DB:    NOT REALLY?

WA:    NO.

DB:    OKAY.

WA:    CUASE IT'S EMBARRASING TO TELL PEOPLE ABOUT YOUR PROBLEMS AND JOE DIDN'T WANT TO

TALK ABOUT IT.  HE WOULDN'T TALK TO ME ABOUT IT, HE WOULDN'T TALK ANYBODY.  I JUST KNOW

HE'S INCREDIBLY FRUSTRATED.

DB:    OKAY.  UM LET'S GO TO SATURDAY MORNING.  DID YOU WORK SATURDAY?

WA:    NO, I DON'T WORK ON SATURDAYS.

DB:    OKAY.  WHEN DID THIS START, IT WAS ON SATURDAY OR WAS IT PRIOR TO SATURDAY?

WA:    WAS IS?

DB:    WHAT, WHAT LED UP TO WHAT OCCURRED LAST NIGHT.

58

000011557

WA:     OH, IT'S BEEN AN ONGOING THING.  IT'S BEEN THE LAST, SINCE MY BIRTHDAY.

DB:     AND THAT WAS BACK IN ....

WA:     AUGUST 26TH.

DB:     AUGUST 26TH?

WA:     RIGHT, SO A MONTH, IS THAT A LITTLE OVER A MONTH.

DB:     CAN YOU TELL ME ABOUT THAT, WHAT'S BEEN GOING ON FOR THE LAST MONTH?

WA:     WELL HE JUST ARGUES WITH ME EVERYTIME I TURN AROUND.  I MEAN IT'S JUST LIKE NON STOP

AND UM I MEAN I'D DO EVERYTHING I COULD DO TO CALM HIM DOWN.  I'M LIKE YOUR GOING TO GIVE

YOURSELF A HEART ATTACK.  UM AND SEVERAL TIMES, THERE'S A LADY THAT UM I GUESS SHE'S A

THERAPIST OR COUNSELOR OR SOMETHING AT THAT CHEMO CENTER, THE ONCOLOGY CENTER AND

UM THAT'S, I JUST ASKED HIM TODAY UM, I THINK HE, WE HAD MADE TWO DIFFERENT APPOINTMENTS

UM MY PROPERTIES UP FOR SALE AND WHEN INVESTORS COME TO TOUR I HAVE TO BE THERE TO TOUR

THEM, SO I CANCELLED TWO OF THEM THAT HE HAD MADE DURING WORKING HOURS, I WASN'T ABLE

TO GO.

DB:     I'M SORRY THEY (UI)?

WA:     TWO SESSIONS WITH THIS THERAPIST .

DB:     THE THERAPIST?

WA:     YEAH.

DB:     AND IT'S A COUNSELOR OR?

59

000011558

WA:    I DON'T KNOW WHAT SHE IS I'VE NEVER MET HER.  I DON'T REALLY KNOW ANYTHING ABOUT IT

BUT HE SAID, HE WOULD BE COMFORTABLE GOING TO TALK TO HER AND I SAID THAT WOULD BE

GREAT, LET'S GO TALK TO SOMEBODY.  EXCUSE ME.  SO UM I HAD TO CANCEL THE FIRST TWO CAUSE I

COULD NOT LEAVE WORK AND THEN UM HE SCHEDULED ONE FOR FRIDAY, WHICH ARE MY DAY, I HAVE

FRIDAY AND SATURDAYS OFF.  SCHEDULED ONE FOR FRIDAY AND UM UM WHEN HE DECIDED OH IT'S

TIME HE WANTED TO GO TO THE MOVIES INSTEAD AND I DON'T PUSH HIM.  I DON'T TELL HIM WHAT

TO DO SO IT'S TOTALLY UP TO HIM AND IF THAT'S WHAT YOU WANT TO DO LET'S GO TO THE MOVIE

YOU KNOW IF THAT'S WHAT YOU FEEL LIKE DOING TODAY.  SO UM WE WENT TO THE MOVIES INSTEAD

AND THEN UM UM HE HE WOULD LIKE TRY TO BE GOOD FOR AWHILE AND THEN HE STARTED GETTING

NASTY AGAIN AND SO I ASKED HIM, I SAID, IN FACT IT WAS THE BEGINNING OF THIS WEEK, I SAID WHY

DON'T YOU MAKE AN APPOINTMENT FOR FRIDAY AND HE WAS LAUGHING CAUSE HE SAID ON

THURSDAY OR SUNDAY UM HE WENT TO GO GET HIS SHOT AT THE ONCOLOGY CENTER AND THAT LADY

CAUGHT HIM IN THE HALLWAY AND ASKED HIM HOW COME HE DIDN'T SHOW UP FOR THOSE

APPOINTMENTS AND UM SO HE SAID WHATEVER HE SAID AND THAT WE WOULD SEE HER ON FRIDAY.

WELL HE DIDN'T WANT TO GO AGAIN SO...

DB:    DID HE EVER GO DO YOU KNOW?

WA:    I DON'T KNOW.  MAYBE HE DID I HAVE NO IDEA BUT I KNOW WE DIDN'T EVER GO TOGETHER.  I

DON'T THINK HE DID OR WOULD, HE SHOULD HAVE SAID SOMETHING TO ME OR I DON'T KNOW HE, I

DON'T KNOW.

DB:    UM OVER THE LAST MONTH WHEN ALL OF THIS STUFF STARTED, HAD THERE BEEN ANY, ANY

TYPE OF VIOLENCE BETWEEN YOU TWO?

WA:    YEAH I MEAN EVERYTIME WE ARGUED THERE USUALLY IS.

000011559

DB:     AND HOW, HOW OFTEN IS THAT?

WA:     UM WELL WE'VE PROBABLY ONLY HAD ONE VIOLENT ONE SINCE MY BIRTHDAY.  SO ONCE

EVERY TWO WEEKS, THREE WEEKS.

DB:     DO YOU RECALL WHAT HAPPENED THAT LAST TIME?

WA:     UM GOD I'M JUST TRYING TO THINK WHAT, I MEAN WE JUST STARTED ARGUING AND UM I'M

RUNING HIS TIME.  I WAS WALKING HOME FROM WORK AND JOE WAS HOME WATCHING THE TWO

KIDS.  HE LOCKED THE TWO KIDS, THAT'S WHAT STARTED THE ARGUMENT, HE LEFT THE TWO KIDS TO

WALK UP TO WORK, TO MY OFFICE TO MAKE SURE I WAS COMING STRAIGHT HOME.  YOU KNOW IT

WAS LIKE ONE OF THOSE THINGS.  SO ALL OF THE WAY HOME I ARGUED, I CAN'T BELIEVE YOU JUST LEFT

THE TWO KIDS AT HOME AND HE GOES WELL I LOCKED THE DOOR.  I'M LIKE THAT DOESN'T MATTER

YOU DON'T' LEAVE THE KIDS BY THEMSELVES YOU KNOW I RIGHT, I'M WALKING, I JUST TALKED TO YOU

ON THE PHONE, I'M WALKING STRAIGHT HOME FROM WORK YOU KNOW WHAT UM UM SO THE BABIES

ARE ASLEEP AND WE CHECK ON THEM AND THEN UM HE JUST STARTS, YOU KNOW JUST STARTS

GETTING MAD.  STARTS HITTING THINGS, STARTS JUST BEING WHATEVER AND UM STARTS....

DB:     WHEN YOU SAY BEING WHATEVER, WHAT DO YOU MEAN?

WA:     I DON, I DON'T KNOW, THAT'S WHEN HE JUST STARTS GRABBING AND JUST START, HE LOVES TO

YANK MY HAIR.  OH MY GOD I CAN'T STAND IT.  AH HE'D JUST HOLD ME BY THE HEAD AND THEN HIT

MY HEAD ON THE WALL THAT'S, I MEAN AND THEN HE'LL JUST GRAB  ME IN A BEAR HUG AND THEN

HE'LL TRY TO, IT'S LIKE HE'S LOOKING AROUND FOR SOMETHING, TO TO STRANGLE YOU WITH.  I MEAN

IT'S WEIRD HOW HE JUST SITS THERE AND GOES I WANT TO KILL YOU, I JUST WANT TO KILL YOU, YOU

HAVE NO IDEA.  I'M LIKE YOU KNOW I'M SITTING THERE FREAKING OUT CAUSE I'M GOING OKAY WHAT,

WHAT AM I DOING TO YOU.  YOU KNOW I, I DON'T KNOW.  I HAVE NO IDEA.

61

000011560

DB:    DID HE BANG YOUR HEAD THIS LAST TIME?

WA:    OH YEAH MY HEAD HURTS.  THAT'S WHY I NEEDED AN ASPIRIN.  I'M LIKE IT HURTS BAD.

DB:    NO NO NOT LAST NIGHT BUT THIS TIME WERE TALKING ABOUT?

WA:    OH YEAH MY HEAD GETS HIT...

DB:    WHAT PART OF YOUR HEAD GOT BANGED?

WA:    IT'S ALWAYS THE BACK.  SO HOLD MY HEAD RIGHT HERE AND JUST LIKE SLAM IT RIGHT AGAINST

THE BACK OF THE WALL.  IT'S AWFUL.  THAT'S WHAT HE WOULD DO.

DB:    WHAT ELSE HAPPENED THAT TIME?

WA:    UMM THAT WAS PROBABLY THE EXTENT OF IT.  MY HEAD WAS HURTING AND

DB:    HE JUST, HE HIT YOUR HEAD AGAINST THE WALL....

WA:    YEAH.

DB:    DID HE DO ANYTHING ELSE TO YOU?

WA:    I KNOW I HIT HIM.  UM I MEAN NOT THAT, NOT THAT I RECALL.

DB:    WELL LET'S TALK ABOUT THAT?

WA:    UM OH I TOLD HIM I WAS GOING TO CALL HIS SISTER AND THAT MADE HIM STOP.  HE DIDN'T

WANT HIS FAMILY TO KNOW HE WAS THIS WAY.

DB:    OKAY.  UM NOW SATURDAY, YESTERDAY, WERE THERE PROBLEMS ALL DAY OR...

WA:    NO THAT'S WHAT

62

000011561

DB:     LET'S START WITH THE MORNING

WA:     YEAH

DB:     WHEN YOU GOT UP IN THE MORNING.

WA:     WHAT'D WE DO UM ASHLEY ALWAYS WAKES UP FIRST AND SO I GO GET HER OUT OF BED, TAKE HER OUT TO THE LIVING ROOM AND WATCH CARTOONS AND FEED HER AND THAT KIND OF STUFF AND NICHOLAS AND JOE USUALLY SLEEP IN AN HOUR OR TWO LATER THAN, THAN WE DO.  SO THEN UM NICHOLAS GETS UP AND WERE ALL PLAYING AND JOE'S STILL SLEEPING AND THEN UM UM WE WANT TO GO EAT BREAKFAST.  SO JOE WAKES UP AND HE SAYS WELL LETS GO EAT BREAKFAST MY MOM'S GOING TO BE HERE AT 10:00 IN THE MORNING UM.

DB:     HIS MOM WAS COMING OVER?

WA:     YEAH HIS MOM LIVES IN CASA GRANDE AND OUR PRESCHOOL TEACHER UM FOR NICHOLAS WANTED TO LOOK AT SOME STUFF THAT SHE SELLS, SOME FELT STUFF OR WHATEVER.  SO SHE WAS GOING TO BE BRINGING ALL OF THAT STUFF UP AND UM GO SHOW MIS SUE AND UM, SO WE WERE GOING TO TRY TO EAT BEFORE UM HIS MOM GOT THERE.  WELL I STILL HAD TO TAKE AND SHOWER AND GET THE KIDS DRESSED AND ALL THAT GOOD STUFF AND WE RAN OUT OF TIME AND UM HIS MOM SHOWS UP, I DON'T KNOW WHAT TIME 10:30 – 11:00.  WE DRIVE TO THE PRESCHOOL TEACHERS HOUSE,  SHE'S NOT HOME SO THEN UM WE COME BACK TO THE HOUSE AND HE GOES INSIDE TO CALL HER, CAUSE HE DIDN'T HAVE HER PHONE NUMBER AND LEFT A VOICE MAIL OR WHATEVER AND JUST SAID IF YOU UM WHENEVER YOU GET HOME CALL HIS CELL PHONE AND THEY CAN UM GO BACK OVER THERE AND SHOW HER THESE WHATEVER.

DB:     CALL JOE'S CELL PHONE?

63

000011562

WA:   CALL JOE'S YEAH, CELL PHONE.  SO JOE GETS BACK IN THE CAR AND WERE ALL WAITING IN THE

CAR FOR HIM AND HE AH UM NICHOLAS HAS THESE BIKES THAT WE BUY FROM THE SWAP MEET AND

HAVE THIS LITTLE CART THAT YOU CAN CARRY ASHLEY AROUND ON, WELL THE BABYSITTER HAD

BROKEN IT OR WHATEVER THE OLDER KIDS THERE SO WE WANTED TO GO BUY HIM ANOTHER ONE SO

UM WE ALL GO TO THE SWAP MEET AND BUY HIM A NEW BIKE AND ASHLEY THIS LITTLE CUTE STROLLER

FOR HER DOLLY'S AND YOU KNOW WHATEVER AND UM THEN WE LEAVE THERE AND JOE'S MOM

WANTS EVERYBODY TO COME EAT DINNER AT HER HOUSE SO WE GO STOP AT SAM'S CLUB TO BUY

STEAKS AND WHATEVER AND I MEAN EVERYTHINGS NORMAL.  SO WE UM LEAVE SAM'S CLUB AND UM

COME BACK TO, START TO COME BACK TO OUR HOUSE AND MY MOM CALLS JOE'S CELL PHONE AND

THEIR JUST GETTING BACK FROM CALIFORNIA FROM VACATION, WANTS TO KNOW IF SHE CAN STOP BY,

BLAH BLAH BLAH AND I SAID SURE.  WELL THEN MY PAR, MY PARENTS STOP BY AND JOE'S MOM....

DB:   AT YOUR HOUSE, YOUR APARTMENT?

WA:   MY APARTMENT.

DB:   WHAT TIME DID THEY COME OVER?

WA:   I DON'T KNOW WHAT TIME, I, I DON'T KNOW I DIDN'T HAVE MY WATCH ON.

DB:   DAYTIME, NIGHTTIME?

WA:   THE DAYTIME.

DB:   AFTERNOON, MORNING ?

WA:   HAD TO BE AFTERNOON, HAD TO BE 2:00 TO 3:00 OR SOMETHING LIKE THAT.

DB:   OKAY.

64

000011563

WA:     SO THEN WE UM UM WHAT HAPPENED,,,

DB:     EVERYTHING WAS FINE UP TO THAT POINT?

WA:     OH YEAH. I MEAN IT'S WHAT EVER, YOU KNOW WEWERE JUST LIKE, LIKE EVERYDAY, NORMAL

WHATEVER AND UM MY DAD'S IN A MOOD. HE'S MAD CAUSE MY MOM WON'T HURRY UP AND LEAVE

THE HOUSE CAUSE HE FILM IN, HE'S A PHOTOGRAPHER AND HE HAS FILM IN THE CAR UM TAKES

PICTURES OF WILDLIFE OR WHATEVER AND UM UM SO HE STARTS HONKING THE HORN WANTS MY

MOM TO HURRY AND JOE STARTS GETTING REAL IRRITATED ABOUT THAT.

DB:     OKAY.

WA:     SO THEN THEY LEAVE AND JOE'S MOM HAD ALREADY LEFT AWHILE BEFORE AND WE GO INSIDE

AND PUT THE KIDS DOWN FOR A NAP.

DB:     ABOUT 3:00 OR SO?

WA:     YEAH IT HAD TO BE ABOUT 3:00 UM SO THEY BOTH GO DOWN FOR A NAP AND JOE LAYS DOWN

TO TAKE A NAP AND I READ A BOOK. I HAVE THIS BOOK THAT I READ UM I LIKE TO READ ALL KINDS OF

BOOKS SO I'M SITTING THERE READING A BOOK AND UM UM THEY ALL WAKE UP ABOUT 5:00 OR 5:30,

GET DRESSED GO TO HIS MOMS TO HAVE DINNER.

DB:     WHAT TIME DID YOU GET TO HIS MOM'S?

WA:     HMMM 6:30. THAT'S WHAT TIME DINNER WAS.

DB:     HOW LONG OF A DRIVE IS IT BETWEEN...

WA:     30 MINUTES, 40 MINUTES.

000011564

DB:    30 MINUTES ONE WAY?

WA:    MMM YEAH . I GUESS 40, IT JUST DEPENDS...

DB:    (UI)

WA:    IT JUST DEPENDS YEAH.  DEPENDS ON TRAFFIC AND WHATEVER BUT UM MORE OR LESS.  SO WE WERE THERE TIL UM

DB:    I'M SORRY YOU GOT TO HIS MOM'S HOUSE AT WHAT TIME?

WA:    YEAH AND HAD DINNER.

DB:    WHAT TIME DID YOU HAVE DINNER?

WA:    DINNER WAS AT 6:30.

DB:    6:30 DINNER?

WA:    YEAH.

DB:    OKAY.

WA:    LEFT HER HOUSE 10:30 OR 11:00, I DON'T REMEMBER AND DROVE HOME.

DB:    WERE THERE ANY CALLS AT HIS MOMS HOUSE WHILE YOU WERE THERE?

WA:    UM I WASN'T AROUND HIM MUCH SO I DON'T KNOW.  I MEAN WHEN YOUR YOU KNOW I WASN'T FOCUSING ON ON HIM WHAT WAS WRONG UM UM WHAT ELSE.

DB:    SO YOU LEFT AROUND 10:30?

WA:    I THINK SO YEAH.

66

000011565

DB:   10:30 OR 11:00 YOU SAID?

WA:   CAUSE I KNOW THE FOOTBALL GAME WAS JUST GETTING OVER.

DB:   WHICH GAME WAS THAT?

WA:   I DON'T KNOW, I DON'T WATCH FOOTBALL BUT SOME FOOTBALL GAME WAS GETTING OVER. UM

DB:   SO DO YOU DRIVE STRAIGHT BACK TO YOUR APARTMENT?

WA:   YEAH WE DID.  GOT HOME PUT THE KIDS IN BED.  HE TOOK ASHLEY PUT HER IN BED AND I PUT NICHOLAS IN AND PRAYED WITH HIM AND HELD HIS JUICE CUP UM WENT TO OUR ROOM AND I PUT MY JAMMIES ON AND HE CRAWLED INTO BED.  I TURNED THE LIGHT ON, HE TURNS THE TV ON WHICH IS NORMAL YOU KNOW WHATEVER.

DB:   WHERE'S THE TV AT?

WA:   UM IN OUR BEDROOM.

DB:   IN YOUR BEDROOM?

WA:   YEAH AND HE STARTS FLIPPING THE CHANNELS AND I START READING MY BOOK AND UM HE STARTS QUESTIONING ME AGAIN ABOUT MY BIRTHDAY NIGHT, JUST WON'T STOP UM

DB:   WHAT'S HE SAYING?

67

000011566

WA:   JUST WANTS TO KNOW WHY I DIDN'T HAVE MY WEDDING RINGS ON AND I'M LIKE I DID HAVE

THEM ON. I HAVE THE PICTURES TO SHOW, YOU KNOW IT'S JUST THE SAME OL WHATEVER.  UMMM

OH WHAT HAPPENED, SO THEN AFTER GETTING IRRITATED HE WANTS TO HAVE SEX BECAUSE HE CAN'T

SLEEP AND YOU KNOW HE'S FRUSTRATED AND WHATEVER AND

DB:   WERE YOU GUYS ARGUING AT THIS POINT?

WA:   WELL IT'S NOT ARGUING IT'S JUST AH I DON'T KNOW, IT'S JUST THE NORMAL YOU KNOW, HE

ASKS THESE ACCUSING QUESTIONS AND I'M LIKE ALL IRRITATED THAT HE'S BRINGING IT UP AGAIN AND

I'M LIKE CAN'T YOU DROP IT AND YOU KNOW IF YOU CAN'T LET GO OF IT YOU NEED TO GO GET HELP.

GO TALK TO SOMEBODY CAUSE I DIDN'T DO ANYTHING AND I DON'T KNOW WHAT YOUR PROBLEM IS.

UM SO UM OH HE KEEPS BEING ON AND ON ABOUT IT.

DB:   ABOUT WANTING TO HAVE SEX?

WA:   UM HUH.

DB:   OKAY.

WA:   AND I'M SORRY, BLAH, BLAH, BLAH, BLAH AND I SAID OK FINE UM LET'S GO TAKE, WE LIKE TO

TAKE BATHS TOGETHER.  I SAID LETS GO TAKE A BATH UM I PULLED OUT ALL OF THE CANDLES AND I LIT

THE CANDLES AND THAT WHOLE THING AND UM I TRY TO BE, I DO TRY YOU KNOW WHAT I MEAN, I'M

LIKE ALWAYS TRY TO BE NICE.  I'M LIKE WHATEVER I CAN DO TO MAKE HIS LIFE EASIER UM SO I LIT THE

CANDLES FILL UP THE BATHTUB PUT BUBBLE BATH IN THE BATHTUB AND UM WE SIT THERE AND START

TO TALK AGAIN AND THAT'S WHEN IT JUSTAND HE'S LIKE....

DB:   YOU WERE SITTING IN THE BATHTUB TALKING?

68

000011567

WA:     UM HUH, UM HUH, WE DO THAT I MEAN THAT'S KIND OF WHAT WE DO.  AND THEN IT JUST

GOT INTO THIS HUGE ARGUMENT.  (UI) WHY DID YOU BUY A NEW PAIR OF UNDERWARE, WHY I DON'T

KNOW...

DB:     THIS IS WHAT YOUR ARGUMENT ....

WA:     OH YEAH (UI)

DB:     THIS IS WHAT YOU WERE ARGUING ABOUT IN THE BATHTUB?

WA:     UH HUH IT'S JUST QUESTIONS YOU KNOW AND UM I WENT AND BOUGHT TWO NEW SUITS FOR

WORK BECAUSE OCTOBER 1ST WE HAVE TO GO BACK IN OUR WINTER CLOTHES AND HE WANTS TO

KNOW WHY.  LIKE I'M WEARING THESE OUT ON A DATE AND I'M LIKE THEIR FOR WORK YOU KNOW I, I, I

DON'T WHAT YOU WANT ME TO SAY UM SO THEN HE BUILDS HIMSELF AND I COULD SEE IT COMING,

BUILDS HIMSELF INTO THIS RAGE.

DB:     HOW LONG DID THIS ARGUMENT GO ON?

WA:     I DON'T, UM I DON'T KNOW.

DB:     HOW LONG....

WA:     SO THEN HE STARTS FEELING LIKE HIS HEARTS HURTING

DB:     WE'LL GET BACK TO THAT.

WA:     OKAY SORRY.

DB:     ABOUT WHAT TIME DO YOU THINK IT IS THAT YOU GOT IN THE BATHTUB?

WA:     1:00

000011568

DB:     ONE AM?

WA:     YEAH,

DB:     WHAT'D YOU GUYS DO BETWEEN

WA:     I REALLY DON'T KNOW.  I WAS READING MY BOOK AND HE WAS WATCHING TV.

DB:     SO IF YOU LEFT AROUND 11:00 YOU'D BE BACK AT 11:45

WA:     OR SO

DB:     OR SO?

WA:     YEAH.

DB:     SO TWELVE O'CLOCK?

WA:     YEAH, YEAH

DB:     AND SO FOR ABOUT THAT HOUR WHAT'D YO GUYS DO?

WA:     I READ A BOOK AND HE WATCHED TV AND WE TALKED A LITTLE BIT AND THEN HE UH WANTED

TO ARGUE AND YOU KNOW THE NORMAL SNIPPY CONVERSATION

DB:     UM HUH

WA:     AND THEN APOLOGIZE AND THEN WANTS TO BE ROMANTIC, SO I OK LET'S TRANSFER THIS TO

THE BATHROOM AND MAYBE WE CAN BE NICE THERE.

DB:     OKAY.  HOW LONG WERE YOU IN THE BATHTUB BEFORE YOU GOT OUT?

70

000011569

WA:     NOT TOO LONG.  MAYBE 10 MINUTES AND THEN I WAS LIKE I, OK WERE ARGUING IN THE

BEDROOM, WERE ARGUING IN THE BATHROOM, I'M JUST GONNA GO TO BED FORGET THIS.

DB:     YOU GOT DRESSED?

WA:     I PUT SOME CLOTHES ON YEAH.

DB:     OKAY.  ISTHAT THE CLOTHES YOU'RE WEARING NOW OR DID YOU GO BACK INTO YOUR

PAJAMAS?

WA:     NO ACTUALLY I PUT, YEAH I PUT SHORTS ON AND AH I DIDN'T PUT MY JAMMIES BACK ON.

DB:     OKAY.

WA:     I'M LIKE HON WHAT DID I DO?  I HAVE NO IDEA.

DB:     YOU PUT SHORTS ON?

WA:     YEAH.

DB:     YEAH.  TEE SHIRT?

WA:     YEAH I GRABBED THEM OFF OF THE FLOOR I REMEMBER THAT.  I FOUND MY DIRTY CLOTHES ON

THE FLOOR OF THE CLOSET AND I GRABBED CLOTHES AND JUST STUCK THEM ON.

DB:     SHOES AND EVERYTHING OR ...

WA:     NO I HAVEN'T, I DON'T HAVE SHOES ON.

DB:     OKAY.

WA:     WISH I HAD SHOES ON.

                                              71

000011570

DB:    SO YOU GRABBED YOUR SHORTS AND TEE SHIRT?

WA:    UM HUH.

DB:    DOES HE CONTINUE TO SIT IN THE BATHTUB OR WHAT?

WA:    JUST FOR A MINUTE AND THEN AH HE GOT OUT.

DB:    OKAY.  AND THEN WHAT HAPPENED?

WA:    WELL THEN I WON'T ARGUE CAUSE THAT MAKES HIM EVEN MORE MAD AND HE KEPT

WANTING TO ARGUE AND I JUST WOULDN'T ARGUE AND THEN I STARTED GETTING IRRITATED.  THEN

HE STARTS PUSHING ME AND I'M LIKE YOU KNOW WHAT DON'T YOU KNOW DON'T START THIS AGAIN.

DON'T DO THIS AGAIN.

DB:    AND HOW, WHAT'D YOU SAY HE PUSHED YOU?

WA:    HE'S MAD, HE'S JUST PUSHING, PUSHING.

DB:    JUST PUSHES YOU?

WA:    OH YEAH HE JUST PUSHED ME INTO THE DRESSER, PUSHED ME INTO THE BED, PUSHED ONTO

THE BED JUST JUST PUSHING.  IT'S LIKE HE JUST TRIES TO MAKE MAD CAUSE I DON'T HAVE, I'M NOT AN

ANGRY PERSON.  I DON'T HAVE A TEMPER I'M LIKE WHAT AND HE JUST PUSHES ME SO IT'S LIKE WHY

DO YOU DO THIS TO ME?

DB:  HOW LONG DID THAT GO ON?

72

000011571

WA:    I, I DON'T KNOW THEN CAUSE NOW I'M YOU KNOW DEALING WITH THIS SEEING HIM, CAUSE I

KNOW WHAT'S GONNA HAPPEN.  I KNOW HE'S WORKING INTO IT, I KNOW, I SEE IT COMING.  CAN JUST

SEE IT COMING.  SO THEN WE GO OUT TO THE LIVING ROOM, CAUSE I'M LIKE YOU KNOW WHAT IF

YOUR GOING TO START ARGUING I DON'T WANT THE KIDS TO HEAR IT, GO TO THE LIVING ROOM.

DON'T WANT THE UPSTAIRS NEIGHBORS TO HEAR US.  YOU IN THE BEDROOM THEY'LL HEAR

EVERYTHING.  IT'S YOU KNOW THAT'S PART OF APARTMENTS, IT'S SOMETHING WE KNOW.  OH I HAVE

TO GO TO THE BATHROOM.

DB:    YOU NEED TO GO TO THE BATHROOM?

WA:    I'M LIKE SICK TO MY STOMACH I'M SORRY.

DB:    OKAY, LET ME UH GO GRAB SALLY AND I'LL HAVE HER TAKE YOU.

WA:    THAT'S FINE.  I JUST NEED TO GO AND THEN I'LL BE MORE THAN HAPPY TO FINISH.

DB:    OKAY.

WA:    OHHH, THIS IS EXHAUSTING.  OHHH.

SD:    READY?

WA:    YEAH.

SD:    LET'S GO.

WA:    OH WOW (UI)

SD:    (UI) (UI) OK I'LL GO TRACK DOWN DAVID AND TELL HIM THAT YOUR BACK, OKAY?

WA:    THANK YOU

000011572

SD:     AND I'LL SEE IF I CAN FIND (UI)

WA:     OKAY.

SD:     OH YEAH, THERE'S YOUR (UI) AND THEIR LIKE FOR LIKE 32 FEET?

WA:     NO KIDDING.

SD:     SO

WA:     OKAY THANKS.

SD:     BUT THAT AT LEAST KEEP YOUR FEET WARM.

DB:     OKAY YOU ALL SET?

WA:     YEAH THANKS.

DB:     YOUR WELCOME.  LET'S GO BACK, OKAY.  ONCE YOU GUYS ARE OUT OF THE BATHROOM YOU

START UP, YOU GO TO THE LIVING ROOM?

WA:     RIGHT.

DB:     AND YOU SAY HE PUSHES YOU AROUND?

WA:     RIGHT.

DB:     DO YOU RECALL ANYTHING HE PUSHED YOU INTO?

WA:     I KNOW HE PUSHED  ME RIGHT INTO MY VEIL AND THAT REALLY MADE ME MAD.

DB:     YOUR VEIL?

74

000011573

WA:   WE HAVE THIS UM FROM WHEN WE GOT MARRIED WE HAVE THIS UM LIKE DISPLAY CASE I GUESS YOU WANT TO CALL IT. I DON'T KNOW THAT GILDA MADE FOR US AND (UI) VEIL IN THERE AND LITTLE WEDDING THINGS IN THERE SO THAT YOU DON'T HAVE TO PUT THEM AWAY IN A BOX YOU KNOW IT WAS REALLY NICE AND UM HE JUST LIKE RAMMED ME INTO IT.

DB:   OKAY. DID IT KNOCK IT OVER OR ANYTHING?

WA:   UM YEAH IT SHATTERED IT. I COULDN'T I AND THEN I WAS MAD.

DB:   WHAT PART OF YOUR BODY HIT THAT?

WA:   THE, MY BACK.

DB:   YOUR BACK?

WA:   YEAH.

DB:   DID IT CAUSE ANY PROBLEMS WITH YOUR BACK OR?

WA:   I DON'T THINK SO, I JUST KNOW. I DON'T, I DON'T REMEMBER IF MY HEAD HIT THAT OR NOT. I DON'T KNOW.

DB:   (UI) THE WHOLE WALL OR?

WA:   NO IT JUST WAS SITTING ON A STAND.

DB:   OKAY.

WA:   SO IT FELL OVER. THAT'S WHY I'M WONDERING IF THAT'S WHAT HIT, I DON'T KNOW. I CAN'T REMEMBER.

DB:   NOW WHAT ELSE WENT ON WHILE YOUR IN THE LIVING ROOM ARGUING?

75

000011574

WA:    AHHH, UM SO UM WE WERE JUST WRESTLING AROUND, YOU KNOW. JUST JUST THE

WRESTLING. CAUSE HE TRIES TO GET A GRIP ON ME AND I KNOW IT AND I'M WRESTLING AROUND

DOING WHATEVER.

DB:    WHERE DOES HE TRY TO GRAB YOU?

WA:    HE TRIES TO GRAB ME RIGHT AROUND THE RIBS AND SQUEEZE THE CRAP OUT OF ME.

DB:    LIKE THIS OR A BEAR HUG?

WA:    A BEAR HUG. HE DOES A BEAR HUG. UM SO HE STARTS TO DO THAT AND UM UM AND I KNOW

FROM EXPERIENCE THAT THE NEXT THING IS MY NECK AND I'M LIKE HERE WE GO. UM

DB:    WHAT ARE YOU DOING?

WA:    I'M FREAKING OUT. I'M GOING WHAT IN THE WORLD , YOU KNOW WHAT DO I DO, WHAT DO I

DO. UM FOR HIM TO BREAK THAT WEDDING THING, I THINK WAS UM SCARED ME BECAUSE THAT'S UM

NO MATTER WHAT'S HAPPENED BETWEEN US WE'VE ALWAYS NEVER SAID WE WOULD GET A DIVORCE.

I MEAN THIS WAS JUST YOU KNOW WE'LL GET THROUGH ALL THIS THIS HARD TIMES. WE'LL MAKE IT

AND AND UM AND IT JUST FREAKED ME OUT THAT HE WOULD EVEN THINK ABOUT BREAKING THAT.

WHY NOT THE TV OR YOU KNOW SOMETHING, I DON'T KNOW. AHHH I'M TRYING TO THINK WHAT

HAPPENED NEXT. HE UM WENT TO GRAB I BELIEVE I HAD A BELT OR HIS BELT, THERE WAS SOME BELT, I

REMEMBER. CAUSE I CAN SEE HIM YOU KNOW LOOKING, LOOKING FOR SOMETHING TO GRAB. SEE IT I

GET OUT OF HIS GRASP.

DB:    HOW DO YOU DO THAT?

000011575

WA:   I WIGGLED OUT CAUSE HE'S LOOKING NOW.  HIS ATTENTIONS NOT ON ME.  GET OUT OF HIS

GRASP AND I GRAB A UM BAR STOOL THAT WE HAVE.  MY MY THOUGHTS AT THAT POINT WERE KNOCK

HIM UNCONCIOUS SO HE CAN LEAVE ME ALONE CAUSE HE'S IN A RAGE.  I DON'T KNOW WHAT TO DO.

UM OH THIS JUST LIKE MAKES ME SICK TO MY STOMACH.  UM SO AS HE BENDS OVER TO PICK UP THE

BELT I CONKED HIM IN THE HEAD.

DB:   WITH WHAT?

WA:   THE BAR STOOL.  AND HE BELLOWED.  OH MY GOD AND WAS SO PISSED IT WAS NOT EVEN

FUNNY.

DB:   HE YELLS (UI)

WA:   OH NO HE YELLED CUSS WORDS AND I SAID OH MY GOD.

DB:   WHAT DOES HE SAY?

WA:   HE'S JUSTS I DON'T EVEN KNOW WHAT, WHAT EVER CUSS WORDS HE CAN THINK OF AND

LOOKED UP AT ME AND JUST HAD LIKE FIRE IN HIS EYES.  LEANS OVER TO PICK UP THAT THING AGAIN

AND I POPPED HIM AGAIN, CAUSE NOW I'M SCARED TO DEATH.  I'M LIKE HE'S GONNA GET THAT BELT

AND HE'S GONNA OH MY GOD.

DB:   POPPED HIM WITH WHAT?

WA:   SAME THING THAT, I HAD THAT BAR STOOL IN MY HAND AND IT OH MY GOD.

DB:   WHERE'D YOU HIT HIM THAT TIME?

WA:   IN THE BACK OF THE HEAD.  WHEN HE BENDS OVER I HIT HIM AGAIN.  UM AND I HIT HIM

AGAIN.

77

000011576

DB:     THREE TIMES?

WA:     I DON'T KNOW, I DON'T, SEE THAT'S I DON'T KNOW NOW BECAUSE I, I'M LIKE I DON'T KNOW, I

DON'T KNOW HOW MANY TIMES I HIT HIM.  BUT I KNOW, I KNOW THE BAR STOOL BROKE IN MY HANDS

BECAUSE I REMEMBER FREAKING OUT CAUSE THEN HE STANDS UP AND HE HAS THAT BELT AND

THERE'S BLOOD AND I'M FREAKING OUT CAUSE I'M GOING I DIDN'T MEAN TO MAKE HIM BLEED, I JUST

MEANT...

DB:     SO HE, HE'S BLEEDING AT THAT POINT?

WA:     RIGHT UM HE JUST HAD.

DB:     WHAT, WHERE ARE YOU AT?

WA:      IN THE LIVING ROOM.  HE FALLS ON THE GROUND.

DB:     AFTER WHICH, FIRST, SECOND?

WA:     I DON'T HAVE ANY CLUE.  SO NOW I'M PANICKING, I'M JOSEPH ARE YOU OK I DIDN'T, YOU

KNOW I, I, I DIDN'T I DIDN'T MEAN THAT.  I JUST WANTED HIM TO STOP, I JUST WANTED HIM TO STOP

AND JUST LEAVE ME, STOP IT, LEAVE ME ALONE.  SO HE'S LYING ON THE GROUND AND I GET A PILLOW

AND I GET A BLANKET AND I'M TRYING TO MAKE HIM BETTER AND I'M NOT SURE WHAT TO DO AND I

KNOW I NEED TO TAKE HIM TO THE HOSPITAL.  SO I CALL UM THE BOOKKEEPER THAT WORKS AT THE

APARTMENTS AND I CALL HER OVER AND I SAID TO HER BECAUSE I DON'T HER TO KNOW WHAT'S

GOING IN MY LIFE, I SAID I THINK JOE'S HAVING A HEART ATTACK AND WILL YOU COME SIT WITH KIDS

WHILE I TAKE HIM TO THE HOSPITAL?  SO I WAIT AND I WAIT AND SHE'S NOT COMING.

DB:     YOU CALLED HER ON THE PHONE?

78

000011577

WA:     YEAH I DID.  I'M SURE I DID.

DB:     YOUR IN THE LIVING ROOM WHEN YOU, WHEN HE GETS HIT WITH THE BAR STOOL?

WA:     UH HUH.

DB:     OKAY AND HE FALLS ON THE FLOOR?

WA:     UH HUH.

DB:     IN THE LIVING ROOM?

WA:     UH HUH.  YEAH HE DID.  I SEE HIM ON THE RUG, OH I CAN SEE HIM ON THE RUG AND IT JUST

FREAKED ME OUT.  SO UM I DIDN'T WANT CHRIS TO SEE WHAT HAD HAPPENED SO I TOOK A TOWEL

AND I LAID IT OVER WHERE THE BLOOD WAS.

DB:     WHERE WAS THE BLOOD AT?

WA:     I DON'T, IT WAS ON THE LIVING ROOM FLOOR, BY HIM, OKAY.  I HAVE THE PILLOW THERE AND

WHATEVER AND I'M LIKE OH GOD WHAT DO I DO.  JUST LET ME GET HIM TO A HOSPITAL AND WE CAN

FIX HIM AND HE'S LIKE DAZED.  I DON'T KNOW HOW TO, HE WAS FREAKING ME OUT.  I DON'T KNOW,

CHRIS GETS THERE AND SHE'S LIKE YOU BETTER CALL 911 RIGHT NOW.  SO I DID AND THAT'S WHEN I

TOLD THEM THE SAME THING I TOLD CHRIS.

DB:     WHICH WAS WHAT?

WA:     HE'S HAVING HEART ATTACK AND THEY ASKED ME ABOUT HIS COLOR AND I MEAN ALL OF

THESE QUESTIONS AND I'M LOOKING AT HIM AND HIS COLOR IS FINE.  I'M CHRIS IS HELPING ME YOU

KNOW, THERE'S NO, I DON'T KNOW.  HE LOOKED, HE LOOKED FINE BUT HE LIKE, HE COULDN'T FOCUS

ON ME.

000011578

DB:     UM HUH.

WA:     AND THAT LIKE SCARED THE CRAP OUT OF ME CAUSE NOW I'M LIKE OH I HURT HIM.  SO THEN

UM, I WANNA CRY I'M SORRY.  UM JOE STARTS COMING TO AND HE SAYS TO ME, CHRIS WALKS

OUTSIDE TO WAIT FOR THE AMBULANCE AND HE SAYS TO ME YOU GET HER OUT OF HERE CAUSE I SAID

WELL CHRIS IS HERE AND THE FIRE DEPARTMENT IS COMING.  HE GOES YOU GET HER OUT OF HERE WE

DON'T NEED ANYMORE PROBLEMS BLAH, BLAH, BLAH, BLAH AND I'M LIKE I GOTTA GET YOU TO THE

HOSPITAL.  NO I'M NOT GOING TO THE HOSPITAL AND HE JUST STARTS GETTING MAD THAT HIS HEAD.

YOU KNOW HE SEES WHAT GOING ON AND HE'S PISSED OFF AT ME.  SO WHAT I'M LIKE WELL WHAT DO

I DO WITH AMBULANCE, YOU'LL MAKE THEM GO AWAY.  I'M NOT GOING TO THE HOSPITAL AND I'M

LIKE OH GREAT YOU KNOW WHAT, WHAT DO I DO.  DO I KEEP HIDING THIS, WHAT DO I, WHAT DO I DO

AND UM I JUST DON'T KNOW WHAT TO DO.  UM HE'S LAYING THERE ON THE FLOOR AND I'M GOING

SHIT.  SO I GO OUTSIDE UM THROUGH THE PATIO DOOR, THROUGH OUR, MY BEDROOM DOOR AND

UM I GO OUTSIDE AND CAUSE THE LADY ON THE PHONE TOLD ME YOU HAVE TO GO TELL THE FIRE

CHIEF IF YOU WANT THEM TO GO AWAY.

DB:     WHAT DID YOU TELL THEM?

WA:     SO I TOLD THEM HE'S REFUSING, SHE, THE MAN, SOME MAN SAID TO ME SO ARE YOU

REFUSING SERVICE AND I SAID NO MY HUSBAND DOES NOT WANT YOU HERE.  LEAVE HIM ALONE HE'S

SICK ALREADY, HE'S YOU KNOW, WE HAVE PROBLEMS, HE DOESN'T WANT, DOESN'T WANT TO DEAL

WITH THIS.  HE DOESN'T WANT YOU HERE SO GO AWAY.

DB:     OKAY

80

000011579

WA:     CHRIS IS STANDING THERE AND I SAID GO HOME AND I'LL CALL YOU LATER.  SHE GOES HONEY

PLEASE CALL ME AND I'M LIKE I'LL CALL YOU LATER.  I'M FINE DON'T WORRY ABOUT IT.  SO UM I GO

BACK INSIDE THE HOUSE AND HE'S UP OFF THE FLOOR STANDING THERE JUST MAD.  WHY'D YOU HIT,

YOU MADE, YOU MADE ME BLEED AND HE'S JUST MAD NOW THAT I ACTUALLY DID SOMETHING BACK

TO HIM.

DB:     IS HE TALKING, YELLING?

WA:     OH YEAH, HE WAS.

DB:     WAS HE YELLING OR?

WA:     I DON'T THINK HE WAS ALL THERE.  I DON'T KNOW WHAT'S GOING ON HE'S, HE'S I DON'T

KNOW, I DON'T KNOW HOW TO EXPLAIN IT BECAUSE I'M SCARED TO DEATH.

DB:     UM HUH.

WA:     I'M NOT, I DON'T KNOW WHAT'S GOING ON.  SO THEN HE GRABS HIS CELL PHONE LIKE HE'S

GONNA CALL SOMEBODY AND IT HAS THE CHARGER HOOKED UP FOR IT AND THAT WHEN HE WRAPPED

THAT THING AROUND MY NECK.

DB:     WHAT'S THAT?

WA:     THE CORD TO THE CELL PHONE HE WRAPPED IT AROUND MY NECK.  OH MY GOD WE HAD BEEN

STANDING BY THE UM WHERE HE KEEPS HIS THING CHARGED OR WHATEVER I DON'T EVEN KNOW.  I

HADN'T NOTICED IT, IF I WOULD'VE SEEN IT, YOU KNOW I WOULD HAVE THOUGHT SOMETHING FIRST.

DB:     WHICH ROOM WAS THAT IN?

81

000011580

WA:     SO WERE BACK IN THE LIVING ROOM  THAT'S WHERE HE, WE NEVER, DON'T GO BACK TO THE

BEDROOM JUST BECAUSE PEOPLE, YOU CAN HEAR YELLING AND WE DON'T WANT PEOPLE TO HEAR

YOU YELL CAUSE I'M THE MANAGER OF THE PLACE AND I'M NOT SUPPOSE TO BE CAUSING ALL THESE

PROBLEMS, UM HE GRABBED, SO HE'S, HE'S LIKE HAS THAT AROUND MY NECK THAT I, THAT WAS KIND

OF STRETCHY SO I COULD PULL IT AND HE JUST KEPT TRYING TO SQUEEZE IT TIGHTER AND TIGHTER UM

AND I START MOVING OUR WAY INTO THE KITCHEN AND UM UM THAT'S WHEN I THOUGHT I NEED A

KNIFE, I'VE GOT TO CUT THIS.  I'VE GOT TO CUT IT, I'VE GOT TO CUT IT UM UM OH MY GOD.  I

REMEMBER REACHING INTO THE DRAWER AND TRYING AND GETTING, GRABBING A KNIFE, I

REMEMBER AND HE'S TRYING TO PULL ME AWAY FROM THE KNIFE AND I, I THINK I TRIED TO GRAB

ONTO THE REFRIGERATOR ANYTHING I COULD DO TO YOU KNOW I'M LIKE DON'T, DON'T PULL ME

AWAY.  LET ME HOLD ON TO SOMETHING AND UM OH I DON'T KNOW.

DB:     WHEN AH

WA:     I'M TRY...

DB:     WHEN YOU WERE IN THE LIVING ROOM WITH THE CORD AROUND YOUR NECK, YOU SAID IT

WAS STRETCHY?

WA:     NO I, YEAH.

DB:     COULD YOU, WERE YOU HAVING TROUBLE BREATHING OR WERE YOU .....

WA:     OH VERY MUCH SO I WAS VERY MUCH READY TO BLACK OUT AND I THINK THAT'S WHAT MADE

ME SO PANICKY AND SCARED, BECAUSE I THOUGHT IF I LOSE CONSIOUNESS HE'S GONNA KILL ME

CAUSE THAT'S WHAT HE'S BEEN YELLING AT ME.  HE WANTED TO KILL ME CAUSE I HURT HIM.

DB:     OKAY,  SO HOW DO YOU GET FROM THE LIVING TO THE KITCHEN?

82

000011581

WA:   WALKING, WALKING

DB:   WHAT IS HE DOING?

WA:   HE'S JUST WALKING, I MEAN WERE JUST, WERE JUST STRUGGLING TOGETHER.  I'M JUST TRYING TO GET AWAY FROM HIM.

DB:   WHERE'D YOU GET THE KNIFE FROM?

WA:   I GOT THE KNIFE OUT OF THE KITCHEN.

DB:   WHERE AT IN THE KITCHEN?

WA:   IN THE KITCHEN DRAWER WHERE WE KEEP ALL

DB:   (UI)

WA:   YEAH, HAVE ALL OF OUR SILVERWARE AND STUFF ALL IN ONE DRAWER.

DB:   WHAT HAPPENS ONCE YOU GET TO THAT POINT?

WA:   OH FUCK , I REMEMBER CUTTING THE CORD.

DB:   WHILE IT'S AROUND YOUR NECK?

WA:   YEAH.  MY BRAIN WON'T LET ME THINK.  I AM IN SUCH A PANICK AT THAT MOMENT I DON'T KNOW, I KNOW I GOT THE CORD OFF THE, OFF MY NECK.  THE NEXT LIKE ABSOLUTE MEMORY THAT I HAVE RIGHT NOW, I MEAN I HOPE, I HOPE IT WILL COME BACK, I DON'T KNOW.  BEING IN THE LIVING ROOM AGAIN, ME STRUGGLING WITH HIM, I HAVE THE KNIFE IN MY HAND.  I DON'T KNOW THE NEXT THING I KNOW I HAVE BLOOD ALL OVER ME.  I HAVE IT ON MY GLASSES, I HAVE IT ON MY FACE, MY HANDS ALL OVER, ALL OVER ME.  I DON'T, I DON'T KNOW I CAN'T EVEN ALL I CAN SEE IS RED.

83

000011582

DB:     HOW DID YOU GET FROM

WA:     SHIT

DB:     BEING IN THE KITCHEN AND GETTING THE KNIFE OUT OF THE DRAWER AND BACK INTO THE

LIVING ROOM?

WA:     I HAVE NO IDEA.

DB:     WHAT'S GOING ON AT THAT POINT?

WA:     I JUST KNOW WERE FIGHTING, I JUST KNOW, I JUST CAN SEE STRUGGLING UM IS THIS NORMAL?

I CAN'T, I CAN'T THINK, I DON'T KNOW, I HAVE NO IDEA.  HAVE ABSOLUTELY NOW IDEA.  I TOLD THE

OFFICER EARLIER IT'S LIKE THE NEXT THING I KNOW, I'M BLOODY AND I'M GOING OH MY GOD, OH MY

GOD.

DB:     WHEN AH

WA:     OH JESUS.

DB:     WHERE, WHERE IS HE AT AT THAT POINT?

WA:     HE'S LAYING FACE DOWN ON THE FLOOR IN THE LIVING ROOM.

DB:     WHAT'S HE DOING?

WA:     BLEEDING.  THERE IS BLOOD EVERYWHERE.  THAT'S ALL I CAN SEE.  I HAD TO TAKE OFF MY

GLASSES AND I DON'T SEE WELL WITHOUT MY GLASSES.  I WENT TO THE BATHROOM.  I'M GOING OH

MY GOD, I RINSE MY GLASSES OFF SO I CAN SEE WHAT'S GOING ON.  I RINSE MY HANDS, I GO BACK OUT

THERE AND HE'S JUST, OH I EVEN, I EVEN STOOD IN THE BATHTUB.  I'M SURE I STOOD IN THE BATHTUB

84

000011583

AND RINSED OFF MY LEGS.  YEAH NO I HAD BLOOD EVERYWHERE.  YOU HAVE NO IDEA I WAS JUST

DISGUSTED.  OH.

DB:     HOW LONG?

WA:     CAUSE I REMEMBER DOING THAT.

DB:     GOING INTO YOUR BATHROOM AND (UI)

WA:     YEAH I KNOW I

DB:     IN YOUR BEDROOM OR SOME WHERE ELSE IN THE HOUSE?

WA:     I WENT INTO MY BATHROOM CAUSE I HAD TO SEE.  I COULDN'T SEE.  I COULD NOT SEE.

DB:     SO YOU WASHED OFF YOUR HANDS AND YOUR LEGS?

WA:     UM HUH I DID.

DB:     AND THEN WHAT?

WA:     AND THEN I CALLED MY DAD.  AS I'M CALLINGMY, CAUSE I'M AFRAID TO GO OUT IN THE LIVING

ROOM NOW.  I DON'T KNOW, I DIDN'T KNOW

DB:     IS HE STILL ALIVE AT THIS POINT?

WA:     I HAVE NO IDEA.

DB:     IS HE MOVING?

85

000011584

WA:     I DON'T KNOW. I COULDN'T TELL YA. I'M IN THE BATHROOM. I'M FREAKED OUT I KNOW THAT.

I NEVER, I NEVER FELT SO SCARED IN MY ENTIRE LIFE AND ALL I CAN THINK OF IS I HOPE TO GOD

NICHOLAS DOES NOT WAKE UP.  IMAGINE IF YOUR 3 YEAR OLD SAW THAT.  ASHLEY CAN'T GET OUT OF

HER CRIB BUT NICHOLAS AND I'M JUST LIKE OH GOD HELP ME.  WHAT DO I DO.

DB:     SO YOUR CALLING YOUR DAD?

WA:     I CALL MY DAD, THERE'S NO ANSWER. I GET HIS ANSWERING MACHINE. I CALL HIM BACK

THERE'S STILL NO ANSWER. I TRIED HIS CELL PHONE UM AND I KNOW SOMETIME IN BETWEEN CALLING

IS WHEN I DID GO OUT THERE AND REMEMBER TIP TOEING DOWN THE HALLWAY AND PEEKING INTO

THE LIVING ROOM CAUSE I DON'T KNOW IF HE'S GONNA BE STANDING THERE WAITING FOR ME. I

DON'T, YOU KNOW I DON'T KNOW WHAT'S HAPPENING AND HE'S STILL JUST LAYING THERE ON THE

FLOOR AND HE'S NOT MOVING AND HE LOOKS BLUE.

DB:     HOW LONG (UI)?  HOW MANY TIMES DID YOU CALL YOUR DAD?

WA:     I DON'T KNOW.  COULD N'T TELL YOU.

DB:     DID YOU CALL ANYBODY ELSE OTHER THAN YOUR DAD?

WA:     YEAH I CALLED MY, I HAD TO CALL MY AUNT AND COUSIN, THEY LIVE IN THE SAME HOUSE TO

GO GET MY DAD CAUSE I DIDN'T KNOW WHAT TO DO.  I HAD NO IDEA WHAT TO DO.

DB:     YOU CALLED YOUR AUNT?

WA:     UH HUH.

DB:     WHAT'S YOUR AUNT NAME?

WA:     UM LUPE.  GARCIA IS HER LAST NAME.

000011585

DB:     OKAY.

WA:     BUT I KNOW HER AND CARMEN ANSWERED THE PHONE AND I ASKED THEM TO GO GET MY DAD RIGHT AWAY CAUSE I HAD A HUGE EMERGENCY.

DB:     IS THAT ALL YOU TOLD THEM?

WA:     YEP.

DB:     DID THEY GET YOUR DAD?

WA:     AND THEN I WAITED AND WAITED AND WAITED AND WAITED AND WAITED AND THEN MY DAD FINALLY CALLED ME.

DB:     HOW LONG WAS IT?

WA:     I DON'T KNOW. IT JUST, I DON'T KNOW.  COULD NOT EVEN, I HAVE NO CONCEPT OF WHAT, DON'T KNOW.

DB:     WHAT'D YOU TELL YOUR DAD?

WA:     I TOLD MY DAD THAT JOE WAS DEAD ON THE LIVING FLOOR.  I SAID WE JUST GOT IN A FIGHT. WHAT DO I DO AND HE SAID WENDI YOU NEED TO HANG UP THE PHONE AND CALL 911 RIGHT NOW. WHY I COULDN'T THINK TO DO THAT I DON'T KNOW I WAS JUST FREAKED OUT.  IT'S A HA, I ALWAYS, I ALWAYS CALL MY DAD ANYTIME I HAVE A, I ALWAYS DO.  I DON'T KNOW.

DB:     HOW LONG DID YOU TALK TO YOUR DAD BEFORE YOU HUNG AND CALLED 911?

87

000011586

P-App. 006055

WA:     I DON'T KNOW. I KNOW MY MOM ANSWERED, MY MOM CALLED ME AND I DON'T WANNA

TELL MY MOM, MY MOM WOULD'VE JUST I DON'T KNOW. SHE'S JUST NOT AND I SAID I NEED TO TALK

TO DAD NOW, I REMEMBER TELLING HER THAT AND I DON'T WAITING IT SEEMED LIKE FOREVER AND

I'M LIKE ANSWER THE PHONE PLEASE, WHAT DO I DO, WHAT DO I DO, WHAT DO I DO. UM CAUSE NOW

I DON'T WANT TO CALL CHRIS BACK TO WATCH MY KIDS WHILE I HAVE TO TAKE CARE OF ALL YOU

KNOW WHAT I MEAN. I'M JUST LIKE WHAT DO I DO, I DON'T, I DON'T KNOW WHAT TO DO. OH MY

GOD. SO HE FINALLY GETS ON THE PHONE AND THAT'S WHEN WE HAD THAT CONVERSATION AND HE'S

LIKE CALL. YOU NEED TO CALL.

DB:     HOW LONG DID YOU AND YOUR DAD TALK?

WA:     I DON'T KNOW. I KNOW HE ASKED ME FIFTY MILLION QUESTIONS. I DON'T KNOW. I HAVE NO

IDEA.

DB:     AFTER YOU AND YOUR DAD TALKED DID YOU CALL? WHAT'D YOU DO?

WA:     I HUNG UP THE PHONE AND I ACTUALLY WENT AND THREW UP IN THE BATHROOM.

DB:     IN THE TOILET OR WHAT?

WA:     IN THE TOILET, YEAH. I, I WAS JUST THE WHOLE THING JUST MADE ME SICK. UM I DON'T

KNOW, I JUST COULDN'T, I DON'T KNOW I COULDN'T. I KNOW I CRIED, THREW UP, WALKED BACK OUT

TO THE LIVING ROOM CAUSE I COULDN'T BELIEVE AND THAT'S WHEN I CALLED 911.

DB:     WHAT'D YOU TELL THEM?

000011587

WA:   AND I GOT SOME  YOU KNOW WHATEVER SOME LITTLE SOME LITTLE (UI) AND IS WHATEVER

AND I'M GOING AND I'M SITTING RIGHT BESIDE HIM BECAUSE NOW I DON'T, I DON'T KNOW WHAT TO

DO WITH HIM AND I DON'T KNOW.  THIS GUY GETS ON THE PHONE AND IT WAS SO HORRENDOUS

BECAUSE I TOLD HIM SPECIFICALLY MY HUSBAND IS DEAD ON THE FLOOR.  WELL HOW DO YOU KNOW

HE'S DEAD?  I'M LIKE SOMETHING ABOUT BLOOD AND I DON'T KNOW WHAT.  I DON'T REMEMBER

EXACTLY WHAT I SAID BUT THE HE SAID ROLL HIM OVER.  OH MY GOD TO YOU KNOW HOW, I'M LIKE

AND HE, I DIDN'T, I SAID NO I WASN'T GOING TO AND HE SAID YOU HAVE TO HELP ME OUT YOU HAVE

TO ROLL HIM OVER.  I SAID HE IS BLEEDING OUT OF HIS NECK.  YOU HAVE TO ROLL HIM OVER AND PUT

A RAG ON HIS NECK.  THE MAN IS JUST INSANE.  I'M LIKE YOU HAVE NO IDEA WHAT I'M LOOKING AT.

YOU KNOW WHAT I MEAN, I'M LIKE OH MY GOD DON'T, PLEASE DON'T ASK ME TO TOUCH THIS.

PLEASE DON'T DO THIS TO ME.  SO I GRAB HIM I KNOW I HELD THE PHONE ON MY SHOULDER, TOUCH

JOE ON SHORTS AND HIS BUTT AND HIS LEG AND I ROLLED HIM (UI).

DB:   HE WAS LAYING FACE DOWN?

WA:   HE WAS LAYING FACE DOWN.

DB:   AND YOU ROLLED HIM?

WA:   I ROLLED HIM ONTO, THE MAN SAID ROLL HIM ONTO HIS BACK.

DB:   DID YOU?

WA:   SO I ROLLED HIM ONTO HIS BACK.

DB:   OKAY.  WHAT'D YOU DO AT THAT POINT?

000011588

WA:     THEN HE GOES YOU NEED TO SHOVE A TOWEL WHERE IT'S BLEEDING AND THERE'S NO TOWEL,

THERE'S A BLANKET LAYING ON THE FLOOR CAUSE WE ALWAYS HAVE BLANKETS AROUND AND I TRIED

TO DO THAT. I'M LIKE THIS IS JUST SO GROSS, I PUT THE BLANKET RIGHT THERE AND I THINK THAT'S

WHEN I HAD THE DOOR OPEN AND I THINK THAT'S WHEN EVERYBODY CAME, CAME INTO THE LIVING

ROOM.

DB:     EVERYBODY BEING WHO?

WA:     I, I REALLY THINK. WHOEVER IT WAS, I DON'T EVEN KNOW.

DB:     POLICE OFFICERS?

WA:     COULD NOT TELL YOU ACTUALLY. FIREFIGHTERS, POLICEMEN, SOMEBODY CAME INTO THE

APARTMENT AND I DON'T EVEN KNOW WHO. I WANTED OUT OF THAT ROOM, THAT MAN WAS SITTING

THERE MAKING ME AND I'M LIKE YOU HAVE NO IDEA.

DB:     DID YOU EVER (UI)

WA:     HE WAS LIKE MAD AT ME. HE'S LIKE YOU HAVE HELP.

DB:     DID YOU EVER PUT SOMETHING ON HIS NECK?

WA:     YEAH I KNOW I PUT THAT BLANKET RIGHT THERE. I'M SUR, YEAH.

DB:     (UI)

WA:     I AM JUST GROSSED OUT SORRY. I CAN'T BELIEVE THIS.

DB:     HOW MANY TIMES DO YOU THINK HE WAS CUT WITH THE KNIFE?

90

000011589

WA:     OH I HAVE NO IDEA.  I MEAN I JUST KNOW HOLDING IT THE ONE TIME AND THEN I KNOW

THAT'S IT.  I, I KNOW I DID STAB HIM WITH THE KNIFE, IF THAT'S WHAT YOUR ASKING ME.

DB:     YOU DID NOT STAB HIM WITH IT?

WA:     I DID NOT STAB HIM WITH THE KNIFE, NO.

DB:     HOW DID HE GET CUT?

WA:     NO.  I DON'T KNOW.  THAT'S WHY I'M LIKE I DON'T KNOW.  I DON'T KNOW WHAT HAPPENED

ALL I KNOW IS ALL OF THE SUDDEN THERE IS BLOOD EVERYWHERE AND I'M LIKE WHAT JUST HAPPENED.

I DON'T KNOW.

DB:     DO YOU GOT THE KNIFE IN YOUR HAND AT THAT POINT?

WA:     I HAD THE KNIFE IN MY HAND AND HE FALLS.  OH GOD.  I DON'T KNOW HOW, I DON'T KNOW

HOW.

DB:     WERE YOU IN THE LIVING ROOM OR THE KITCHEN?

WA:     THE LIVING ROOM.  THE LIVING ROOM.

DB:     WHERE WERE YOU AT WHEN YOU TOOK THE, THE AH CORD OFF YOUR NECK?

WA:     THAT'D BE IN THE KITCHEN.  I'M SURE.  I DON'T KNOW.  I THINK IT WAS THE KITCHEN.

DB:     HOW MANY BEDROOMS IN YOUR PLACE?

WA:     THREE.

DB:     THREE?

91

000011590

WA:     YEAH.

DB:     PRETTY GOOD SIZE APARTMENT. (UI)

WA:     (UI) I'M LIKE WHAT?

DB:     I'M JUST TRYING TO PICTURE IT IN MY MIND.

WA:     OKAY.  THERE UM 1475 SQUARE FEET.

DB:     WOW.

WA:     (UI)

DB:     DID HE CHOKE YOU WITH ANYTHING OTHER THAN THE CORD?

WA:     A BELT AND A, AND A UM THAT CORD THING.

DB:     YOU DIDN'T TELL ME THAT HE CHOCKED YOU WITH A BELT.  WHERE WAS THAT AT?

WA:     OH YEAH THAT HAPPENED BEFORE THE KITCHEN THING BEFORE HE EVEN.  THAT IS WHEN I RAN,

AS SOON AS I GOT AWAY TO GET SOMETHING TO STOP HIM WITH.

DB:     (UI)

WA:     UH HUH I'M SORRY.  ACTUALLY AS HE'S CHOKING ME WITH THE BELT, I GET OUT OF THAT,

START RUNNING TO THE KITCHEN AND THAT'S WHEN HE GRABS ME AGAIN AND MUST HAVE GRABBED

THE CELL PHONE THING.  I DON'T KNOW AND THAT'S WHEN I GRABBED THE KNIFE.

DB:     WHERE'S THIS CELL PHONE THING AT?

WA:     I HAVE NO IDEA.  I, I DIDN'T SEE IT.

92

000011591

DB:     WHERE'S HE PLUG IT IN AT?

WA:     UM I DON'T KNOW JUST WHEREVER.  HE HAS A CAR PLUG IN, HE HAS HOUSE PLUG INS, I DON'T

KNOW, COULDN'T TELL YA.

DB:     FROM THE TIME HE AH, HE GOES DOWN TO THE GROUND...

WA:     I'M SORRY THIS IS MAKING ME ILL.

DB:     WHEN HE FALLS DOWN,

WA:     OKAY.

DB:     AFTER HE'S CUT WITH THE KNIFE, HOW LONG IS IT BEFORE YOU CALL YOUR DAD?

WA:     I DON'T KNOW.  I HAVE NO IDEA.  I REMEMBER NOT BEING ABLE TO SEE, GOING TO THE

BATHROOM AND TRYING TO CLEAN MY GLASSES.

DB:     WHAT'D YOU CLEAN YOUR GLASSES WITH?

WA:     WATER, JUST IN THE SINK.  I'M LIKE OH MY GOD.

DB:     DID YOU DRY THEM.

WA:     YOU KNOW WHAT, THERE MIGHT BE A WASH CLOTH SITTING THERE BUT NOT VERY MUCH

CAUSE MY GLASSES ARE STILL FILTHY DIRTY.  I CAN'T EVEN SEE OUT OF THEM.

DB:     CAN I SEE THEM?

WA:     YOU SURE CAN.  CAUSE I NEED TO CLEAN THEM THEIR REALLY DIRTY.

DB:     THE UH

93

000011592

WA:     THEIR SCRATCHED.

DB:     HOW LONG, HOW LONG DO YOU THINK IT WAS?  I NEED TO KIND OF GET AN IDEA?

WA:     I

DB:     ABOUT HOW LONG IT IS BEFORE YOU CALL?  I MEAN IS IT

WA:     I DON'T KNOW.

DB:     10 MINUTES, IS IT AN HOUR, IS IT 2 HOURS?

WA:     I DON'T KNOW, CAUSE I KNOW I SAT IN THE BATHROOM JUST FREAKING OUT NOT KNOW ING WHAT TO DO.  THEN BY THE TIME I GOT HOLD OF MY DAD.  I DON'T KNOW.  I MEAN I HAVE NO, AN HOUR.

DB:     AN HOUR BEFORE YOU GOT AHOLD OF YOUR DAD?

WA:     MAYBE, MAYBE SO.  I DON'T KNOW. I, I DON'T REMEMBER.

DB:     WHAT DID YOU DO DURING THAT TIME?

WA:     I SAT IN THE BATHROOM LISTENING.

DB:     LISTENING FOR WHAT?

WA:     HIM.

DB:     WHAT'S HE DOING?

WA:     HUH?

DB:     WHAT'S HE DOING?

94

000011593

WA:     I DON'T KNOW THAT'S WHY I'M JUST LISTENING TO, I HEAR HIM.

DB:     WHAT'S, YOU, YOU CAN HEAR (UI)

WA:     I JUST HEAR, I DON'T KNOW, I JUST HEAR MOVEMENT, I JUST NOISES AND I'M LIKE OH MY GOD HE'S GOING TO GET ME.  SO I'M SITTING IN THE BATHROOM AND I SHUT THE BEDROOM DOOR AND I SHUT THE BATHROOM DOOR.

DB:     THE BATHROOM'S IN THE BEDROOM?

WA:     THINKING HE'S GONNA.  YEAH.  THINKING HE WAS GONNA COME GET ME THAT'S WHAT I WAS WAITING FOR.

DB:     WHY DIDN'T YOU CALL 911 AT THAT POINT?

WA:     I DIDN'T HAVE THE PHONE.

DB:     WHERE WAS THE PHONE?

WA:     UM OUT IN THE BEDROOM OR OUT IN THE LIVING ROOM AND I WASN'T GOING TO COME OUT OF THE BATHROOM.

DB:     OUT THROUGH THE BEDROOM OR?

WA:     YEAH WE HAVE A PHONE IN, IN THE MASTER BEDROOM AND WE HAVE A PHONE OUT IN THE UM LIVING ROOM.  CAUSE I KNOW WHEN I FIN, WHEN MY DAD CALLED ME BACK I HAD TO WALK OUT TO THE LIVING ROOM AND PICK UP THE PHONE ON THE COUCH.

DB:     YOU COULD HEAR HIM MOVING AT THAT POINT?

WA:     YEAH.

95

000011594

DB:     WHAT'S IT SOUND LIKE?

WA:     I DON'T KNOW. I HAVE NO IDEA. I JUST HEAR MOVING. IT'S HARD TO HEAR BECAUSE THE AIR

CONDITIONER IS ON AND I'M JUST FREAKING OUT. I, I DON'T KNOW

DB:     IS IT BECAUSE HE MOVED OR IS IT HIM UP WALKING AROUND?

WA:     I HAVE NO IDEA.

DB:     WAS HE MAKING OTHER NOISES?

WA:     HE'S MAKING NOISES OH I DON'T KNOW. I DON'T KNOW WHAT I HEAR. I'M JUST SIT, I'M SIT

AT, I DON'T KNOW.

DB:     IS HE TALKING OR?

WA:     SOUNDED LIKE HE WAS TALKING.

DB:     WHAT WAS HE SAYING?

WA:     I DON'T KNOW.

DB:     BUT YOU COULD HEAR HIM VERBALIZING SOMETHING?

WA:     I COULD HEAR, YES AND THAT'S WHY I'M THINKING HE'S GONNA COME GET ME. THAT'S WHEN

I SHUT THE BATHROOM DOOR AND SAT THERE AND I DON'T KNOW HOW LONG I SAT. I HAVE

ABSOLUTELY NO IDEA AND THAT'S AFTER THAT AS WHEN I WENT AND WHEN IT GOT QUIET I WENT TO

THE PHONE IN OUR MASTER BEDROOM.

DB:     WHICH IS AND THAT'S WHEN YOU START CALLING YOUR DAD?

WA:     YEAH.

96

000011595

DB:     AND THAT'S APPROXIMATELY AN HOUR LATER?

WA:     I GUESS, I DON'T, I DON'T KNOW, I MEAN I DON'T , I DON'T KNOW HOW LONG I WAITED FOR

THE NOISE, I DON'T KNOW.

DB:     OKAY.

WA:     OH GOD THAT IS SO

DB:     DID YOU TALK TO HIM?

WA:     JOE?

DB:     YEAH, WHEN HE'S MAKING THESE NOISES?

WA:     NO I WAS SITTING AS QUIET AS I COULD CAUSE I DIDN'T WANT HIM TO FIND ME.  OH MY GOD.

DB:     HOW LONG AFTER YOU GOT, YOU SAID ROUGHLY AN HOUR UNTIL YOU GOT AHOLD OF YOUR

DAD.  HOW LONG AFTER YOU FIRST GOT HOLD OF YOUR DAD UNTIL.  WELL LET'S SEE YOU WAITED AN

HOUR.  HOW LONG DO YOU THINK YOU WAITED?

WA:     I MEAN IT COULD HAVE BEEN AN HOUR.  YOU KNOW, I, I DON'T KNOW.  I'M JUST TRYING ...

DB:     I, I KNOW I'M JUST TRYING

WA:     I'M SORRY.

DB:     IT'S OKAY.  IT'S OKAY.

WA:     UM.

DB:     YOU SAID YOU, HE GETS CUT HE GOES DOWN

97

000011596

WA:     YEAH.

DB:     YOU GO STRAIGHT INTO THE BATHROOM?

WA:     WELL I GET, I GET (UI) OW, HOW DO I EVEN EXPLAIN TO YOU.  I FELT LIKE I GOT DRENCHED IN

BLOOD.  IT WAS IN MY HAIR.

DB:     UM HUH.

WA:     I MEAN IT'S ON MY FACE.  IT'S ALL OVER MY GLASSES.  I GO TO THE BATHROOM AND MY

HANDS, I'M LIKE WHAT IN THE WORLD HAS HAPPENED.  IT'S LIKE SOMETHING, I DON'T KNOW, I FELT

LIKE IT JUST SQUIRT, IT'S OH JESUS HELP ME.  I THINK, I THINK BLOOD SQUIRTED ON ME.  THAT'S WHAT

I THINK.  I DON'T KNOW, I HAVE NO IDEA.  UM ALL I KNOW IS I RUN TO THE BATHROOM AND I GOT TO

GET IT OFF MY GLASSES.  THAT WAS MY FIRST, I'VE GOT TO SEE.  I'VE GOT TO SEE WHAT'S GOING ON.  I,

I TURN ON THE BATHROOM SINK, I DUMP MY GLASSES IN THE SINK, I'M RUNNING WATER OVER THEM,

I'M LOOKING AT MY HANDS.  I'M LIKE TRYING TO WASH MY HANDS.  I'M LIKE OH MY GOD THIS IS JUST

SO HORRENDOUS.  CAN'T YOU KNOW, YOU KNOW I, IT'S LIKE A CRAZY WHATEVER.  I DON'T KNOW, I'M

TRYING TO REMEMBER.  SO I'M CLEANING AND I'M LIKE OH MY GOD, OH MY GOD AND NOT, I WAS NOT

THINKING OF WHAT WAS GOING ON WITH HIM IN THE LIVING ROOM AT THAT POINT.  I'M JUST

FREAKING OUT.  I'M LIKE OH MY GOD WHAT AM I DOING AND I LOOK DOWN, I HAVE BLOOD ALL OVER

MY LEGS.  I'M LIKE OH SHIT, I STEPPED INTO THE BATHROOM, I'M LIKE RINSING OFF MY LEGS AND

THAT'S WHEN UM I'M LIKE, I KNOW I

DB:     INTO THE BATH, BATH TUB?

WA:     I GOT INTO THE BATH TUB.

DB:     OKAY.

                                                98

000011597

WA:     CAUSE IT WAS, OH MY GOD IT WAS JUST SO ABSOLUTELY GROSS.

DB:     NOW DID YOU TURN ON THE SHOWER HEAD OR

WA:     UMM NOW WHAT'D I DO.  NO CAUSE I KNOW I DUNKED MY HEAD INTO THE BATHROOM SINK

WITH MY GLASSES CAUSE I SMASHED MY GLASSES.  I DON'T REMEMBER.  I DON'T THINK I TURNED THE

SHOWER HEAD ON.

DB:     SO YOU WASHED YOUR HAIR OUT?

WA:     OH I TRIED TO RINSE IT OUT RIGHT HERE.  I'M PROBABLY STILL HAVE IT IN MY HAIR.  I DON'T

KNOW, IT'S REALLY DISGUSTING.   OH I'M GONNA BE SICK.

DB:     HOW LONG IS IT, I KNOW I'VE GONE OVER THIS A COUPLE OF TIMES, BUT YOU SAY IT'S

ROUGHLY AN HOUR BEFORE YOU GET AHOLD OF YOUR DAD?

WA:     SO THAT'S MY FIRST THOUGHT.  I YOU KNOW

DB:     UM HUH.

WA:     I'M, I GOT TO, I GOT TO GET AHOLD OF MY DAD, I'VE GOT TO CALL HIM.

DB:     UM HUH.  NOW FROM THE TIME YOU TALKED TO YOUR DAD TIL YOU CALL

WA:     UM HUH.

DB:     911, HOW LONG IS THAT?

WA:     IT COULD HAVE EVEN BEEN ANOTHER HOUR.  I HAVE NO IDEA.  CAUSE I KNOW I TALKED TO MY

DAD.  I SAT IN THE BATHROOM.

DB:     WHERE WERE YOU AT WHEN YOU TALKED TO YOUR DAD?

99

000011598

WA:     ONE TIME WAS FROM THE BEDROOM AND WHEN HE CALLED ME BACK, CAUSE HE, THEN HE

GETS IN THE CAR AND IS GONNA COME UP, UP HERE

DB:     UM HUH.

WA:     AND UM I WENT OUT TO CHECK ON JOE AND UM

DB:     WHILE YOUR DAD'S ON THE PHONE WITH YOU?

WA:     NO. UM AFTER ME, I, I DON'T KNOW MAYBE WE HUNG UP FROM THE HOUSE PHONE AND

THEN LATER I TALKED TO HIM ON HIS CELL PHONE. I DON'T REMEM, I DON'T REMEMBER EXACTLY BUT I

KNOW I TALKED TO MY DAD A COUPLE OF TIMES WHILE HE WAS DRIVING UP HERE OR WHATEVER, OR

WHATEVER WAS GOING WAS ON AND I DON'T KNOW.

DB:     AT WHAT POINT DID YOU....

WA:     CAUSE I'M LIKE DAD I CAN'T, I CAN'T DO THIS. WHAT, WHAT DO I DO, HELP ME. I CAN'T, I

CAN'T THINK.

DB:     UM HUH.

WA:     IT'S REALLY, I FELT REALLY INCAPACITATED. IT WAS, IT WAS AN ODD UM I COULDN'T MOVE.

DB:     HOW AH WHEN DID YOU CHECK, YOU SAID YOU CHECKED ON JOE. WHEN DID YOU CHECK ON

HIM?

WA:     UM HUH. I THINK I CHECKED ON HIM TWO TIMES AND THEN THE LAST TIME WHEN I WAS

CALLING 911, WHEN I SAT RIGHT THERE WITH HIM.

DB:     WHEN WAS THE FIRST TIME YOU CHECKED ON HIM?

100

000011599

WA:   UM AFTER I STOPPED HEARING THE NOISES OUT IN THE LIVING AND THE TALKING AND THE

WHATEVER WAS GOING ON, I DON'T KNOW UM

DB:   TELL ME ABOUT THAT?  WHEN YOU GO TO CHECK ON HIM IS HE LAYING FACE DOWN STILL?

WA:   HE'S LAYING FACE DOWN.

DB:   AND WHAT'S HE DOING?

WA:   HE'S LAYING THERE.

DB:   IS HE MAKING ANY NOISES?

WA:   NO THEN, I DIDN'T WALK OUT OF THE BATHROOM TIL IT WAS QUIET.

DB:   OKAY.

WA:   AND THEN I COULD, I'M LIKE OH WHAT'S GOING ON NOW AND I WAITED AND WAITED AND

THEN I COULDN'T HELP IT, I HAD TO GO SEE WHAT WAS GOING ON.  UM OH AND HE WAS AND I JUST

PEEKED AT HIM.  I DIDN'T, I COULDN'T EVEN...

DB:   WHAT'D YOU SEE?

WA:   HE WAS JUST LAYING FACE FORWARD.  JUST LAYING THERE.

DB:   HOW CLOSE DID YOU GET TO HIM?

WA:   I DIDN'T GET VERY CLOSE.  I JUST PEEKED AT HIM.

DB:   WHAT (UI)?

WA:   I DIDN'T WANT TO SEE.  MAYBE THREE FEET AWAY FROM, FOUR FEET AWAY.

101

000011600

DB:     THREE FEET. OKAY. DID YOU ...

WA:     I MEAN IT WAS HARD, I WAS, I STOOD IN THE HALLWAY AND KIND OF LOOKED AROUND THE

LAZY BOY CHAIR IS RIGHT THERE.

DB:     UM HUH.

WA:     AND HE WAS JUST LAYING THERE AND I'M LIKE OH MY GOD HELP ME.

DB:     HOW LONG DID THE NOISES GO ON AFTER HE'S CUT?

WA:     I DON'T KNOW. SEE I DON'T KNOW, I JUST WAITED AND WAITED. OH. I DON'T THINK VERY

LONG. I DON'T KNOW.

DB:     OKAY. SO YOU CHECKED ON HIM, HE'S NOT DOING ANYTHING. YOU DON'T TOUCH HIM OR

ANYTHING?

WA:     NO.

DB:     THEN WHAT DO YOU DO FROM THERE?

WA:     THAT'S WHEN I, I UH CALL, KEEP CALLING. I'M LIKE WHAT DO I DO.

DB:     TRYING TO GET AHOLD OF YOUR DAD?

WA:     (UI) CAUSE NOW I'M DESPERATE. I'M GOING OH MY GOD WHAT DO I DO. CAUSE HE LOOKS

VERY DEAD TO ME ON THE LIVINGROOM FLOOR AND I'M GOING OH MY GOD. I JUST KILLED MY

HUSBAND AND I DIDN'T MEAN TO AND I DON'T KNOW WHAT'S GOING ON AND WHAT DO I DO. YOU

KNOW I'M LIKE OH MY GOD DAD WHAT DO I DO.

DB:     WHAT DOES YOUR DAD TELL YOU?

102

000011601

WA:     HE MA, AH WELL FIRST MY MOM'S TALKING TO ME AND I'M LIKE I WANNA TALK TO MY DAD

NOW!  SO SHE GETS MY DAD AND HE'S LOOK, DOING WHATEVER HE'S DOING TRYING TO FOCUS CAUSE

I'M SURE I WOKE HIM UP AND I SAID EXACTLY TO HIM.  I'M LIKE JOE IS DEAD ON THE LIVING ROOM

FLOOR AND HE'S LIKE, WHAT, WHAT, WHAT DO YOU, YOU KNOW LIKE I FREAKED HIM OUT AND THEN I

TRY TO, I START BLABERING.   I COULDN 'T, I'M JUST LIKE THIS IS WHAT HAPPENED AND WHATEVER

AND HE SAYS WENDI YOU NEED TO HANG UP AND CALL 911 AND I'M LIKE OH MY GOD.  THEN I TAKE,

SEE THEN I START, MY KIDS, WHAT DO I DO WITH MY KIDS.  YOU KNOW I HAVE NICHOLAS AND ASHLEY,

SAID YOU NEED TO GET UP HERE AND GET MY KIDS.  YOU KNOW I, YOU, YOU HAVE TO, I CANNOT HAVE

THEM SEE THIS.  IT'S, I'M LIKE PUKING IN THE BATHROOM.  I CAN IMAGINE WHAT IT WOULD DO TO

THEM TO SEE SOMETHING LIKE THIS.  OH MY GOD.  SO THAT WAS MY NEXT, MY NEXT TOUGHT WAS

FOR THEM.

DB:     OKAY.

WA:     SO I'M LIKE

DB:     DID YOU EVER GET THEM UP?

WA:     NO, NO, I DIDN'T.  THE POLICE MEN TOOK THEM OUT OR SOMEONE TOOK THEM OUT.

DB:     UM HUH.

WA:     CAUSE I ASKED THEM, I SAID PLEASE DON'T LET THEM SEE IT AND THE NEXT THING, I'M SITTING

OUT ON THE SIDEWALK, THE NEXT THING I KNOW SOMEONE'S CARRYING THEM OUT, OUT THE, LIKE AH

MAYBE OUT THE BACK ENTRANCE OR SOMETHING.  SO I HOPE THEY DIDN'T TAKE THEM THROUGH THE

LIVINGROOM.  I MEAN I DON'T KNOW.  I'D BE REALLY UPSET IF THEY DID.

DB:     WHAT'S JOE'S MOMS NAME?

103

000011602

WA:     UM JEANETTE.

DB:     JEANETTE, J?

WA:     UM YEAH.  I DON'T KNOW EXACTLY HOW TO SPELL IT BUT.

DB:     YOU KNOW HER NUMBER?

WA:     UM YEAH, 520-836-5331.

DB:     OKAY.  DO YOU KNOW WHERE THEY LIVE AT, THEIR ADDRESS?

WA:     1998 THORTON ROAD.

DB:     THORTON?

WA:     YEAH.

DB:     AND THAT'S IN CASA GRANDE?

WA:     YEAH.

DB:     THEY LIVE IN CASA GRANDE?

WA:     UM YEAH.  OH MY GOD.

DB:     WHAT'S HIS DADS NAME?

WA:     JOE.

DB:     YOU MENTIONED A BABYSITTER, WHO'S YOUR BABYSITTER?

WA:     UM GIA.

104

000011603

DB:     GIA?

WA:     GIA, YEAH.

DB:     G-I-A?

WA:     UH HUH.

DB:     WHAT'S HER LAST NAME?

WA:     IT'S LIKE POLOWSKY OR SOMETHING, I DON'T KNOW HOW TO SAY IT.

DB:     POLOWSKY.  WHERE DOES SHE LIVE AT?

WA:     AT RIGHT KIND OF BY US.  OVER ON RAY ROAD.  I DON'T KNOW HER ADDRESS.

DB:     YOU KNOW HER PHONE NUMBER?

WA:     ISN'T THAT TERRIBLE.  UM 83, 8, NO UM 759-1320.

DB:     WHAT IS THAT?

WA:     480.

DB:     4-8-0?  HOW OLD IS GIA?

WA:     SHE'S OLDER THAN ME.

DB:     OKAY.

WA:     THIRTY SIX MAYBE.  SHE HAS TWO LITTLE GIRLS.

DB:     YOU MENTION CHRIS?

105

000011604

WA:   YEAH CHRIS.

DB:   WHAT'S CHRIS' LAST NAME?

WA:   UM HASHISAKI.

DB:   ANY IDEAS?

WA:   H-A-S-H-

DB:   S, H-A-S-H

WA:   S-H AND THEN I, AND THE S-A-K-I.  SORRY UM.

DB:   OKAY, DO YOU KNOW CHRIS' PHONE NUMBER?

WA:   YEAH, UM SHE'S UM

DB:   480?

WA:   659.  YEAH.

DB:   659.

WA:   8070.

DB:   AND SHE LIVES THERE IN THE COMPLEX?

WA:   UM HUH.

DB:   WHAT NUMBER?

WA:   I DON'T KNOW THE NUMBER, I KNOW WHERE IT'S LOCATED UM.  SHE'S IN BUILDING TWELVE

THE TOP UM LET ME SEE IT'D BE THE SOUTHWEST CORNER.  BUILDING THE VERY THIRD FLOOR.

106

000011605

DB:     THIRD FLOOR.  I NEED TO CHECK ON MY PARTNER FOR A FEW MINUTES ABOUT SOMETHING.

WA:     OKAY.

DB:     CAN I HAVE YOU TO DO ME A FAVOR?

WA:     SURE.

DB:     CAN I HAVE YOU DRAW KIND OF THE INSIDE OF YOUR APARTMENT?  SO I'LL (UI)

WA:     SURE.

DB:     (UI)

WA:     SO DO I NEED AN ATTORNEY YET?

DB:     THAT'S UP TO YOU.

WA:     AH YOU'RE GOING TO KEEP TELLING ME THAT.

DB:     I CAN'T GIVE YOU LEGAL ADVICE.

WA:     I KNOW BUT IF YOU WERE IN MY SHOES.  I JUST WANT TO DO WHATS BEST.

DB:     OKAY, I'LL BE BACK IN JUST A MOMENT, OKAY.

WA:     OH GOD (UI).

DB:     OKAY.  SORRY TO KEEP YOU WAITING SO LONG.

WA:     UM YEAH.

DB:     OKAY LETS SEE.

107

000011606

WA:     IT'S MORE OR LESS, I CAN'T REALLY DRAW BUT.

DB:     IT'S OKAY. MY ART WORK IS TERRIBLE AS WELL.

WA:     LIKE HERE'S THE FRONT DOOR

DB:     UM HUH.

WA:     LIKE WHEN YOU FIRST COME IN OUR FRONT DOOR YOUR ACTUALLY LOOKING DOWN A LONG

HALLWAY.

DB:     UM HUH.

WA:     SO THERE'S OUR LIVINGROOM AND THERE'S A WALL RIGHT HERE AND INSIDE THE WALL IS THE

KITCHEN.

DB:     SO THE KITCHENS RIGHT THERE?

WA:     YEAH AND THEN RIGHT HERES OUR DINING ROOM. IF YOU GO DOWN THE HALL

DB:     YEAH.

WA:     I'M SORRY.

DB:     LR'S FOR LIVING ROOM?

WA:     LIVING ROOM.

DB:     DR'S FOR

WA:     DINING ROOM AND THERE'S THE KITCHEN.

DB:     WHERE WAS THE KNIFE AT?

                                    108

000011607

WA:   IN THE KITCHEN BY THE FRIG.

DB:   BY THE FRIG?  SO

WA:   WE HAVE A DRAWER RIGHT HERE THAT HAS ALL OF OUR SILVERWARE IN IT.

DB:   OKAY, I'M GONNA WRITE KNIFEIF IT'S OKAY?

WA:   SURE THAT'S FINE.

DB:   OKAY AND HE ENDS UP DROPPING WHERE?  WHERE HE FALLS DOWN?

WA:   OH AFTER WERE STRUGGLING?

DB:   YEAH.  AFTER, ONCE HE'S STABBED, WHERE DOES HE FALL?

WA:   OH GOD, THAT JUST SOUNDS SO DISGUSTING.  WELL LIKE IN THE LIVING ROOM, RIGHT BY THE

HALLWAY IS A LAZY BOY AND I, IT WAS RIGHT, HE WAS LAYING RIGHT THERE.

DB:   WRITE HIS NAME WHERE YOU THINK HE IS?

WA:   OH I DON'T KNOW, I THINK RIGHT THERE.

DB:   OKAY.

WA:   I MEAN.

DB:   OKAY, THAT'D BE "X"?  OKAY.

WA:   I HAVE NO IDEA.

DB:   THIS IS THE MASTER BATHROOM?

WA:   YEAH.

109

000011608

DB:     THIS IS YOUR MASTER BEDROOM?

WA:     YEAH IT'S KIND OF LIKE A DOOR THAT GO, YOU GO INTO AND THEN THERE'S A DOOR TO THE MASTER BEDROOM.

DB:     OKAY.  SO THIS IS A HALLWAY HERE?

WA:     UM HUH.

DB:     NICHOLAS' BEDROOM?

WA:     UM HUH.

DB:     THAT'S A VACANT BEDROOM?

WA:     NO IT'S A BATHROOM.

DB:     BATHROOM.

WA:     SECOND BATHROOM.

DB:     OKAY WHERE DO YOU GO IN AFTER HE FALLS DOWN?

WA:     AFTER

DB:     WHICH BATHROOM.

WA:     OH MASTER.

DB:     MASTER BATHROOM?

WA:     YEAH.

DB:     OKAY.

110

000011609

WA:     I'VE NEVER GONE INTO THE KIDS BATHROOM.

DB:     YOU NEVER GO INTO THE KID.  AFT, WHEN THIS OCCURRED, IT WAS THE MASTER BATHROOM

THAT YOU SAT IN?

WA:     YEAH.

DB:     OKAY.

WA:     THAT'S WHERE I WAITED.

DB:     OKAY.  HOW DO YOU, NOW HOW DO YOU GET TO THAT MASTER BATHROOM, IT'S DOWN THE

HALLWAY?

WA:     UH HUH.

DB:     DO YOU COME TO THE BATHROOM BEFORE THE BEDROOM?

WA:     NO THERE'S A DOOR, THERE'S A, YOU OP, THERE'S A DOOR FIRST, THAT GOES INTO THE

BEDROOM AND THEN IMMEDIATELY TO YOUR LEFT IS THE DOOR THAT GOES INTO THE BATHROOM.

DB:     OKAY.

WA:     DOES THAT MAKE SENSE?

DB:     YEAH.  SO..

WA:     IT'S JUST A QUICK LITTLE JOG YOU KNOW...

DB:     OKAY.

WA:     YOU KNOW WHAT I MEAN.  IT'S LIKE AH ....

                                        111

000011610

DB:   DID....

WA:   LIKE WHEN YOUR STANDING HERE THE SINKS ARE RIGHT HERE, WHEN YOUR STANDING HERE THE MIRRORS HERE, YOU CAN SEE INTO THE HALLWAY.

DB:   OKAY. (UI)

WA:   DOES THAT MAKE SENSE?

DB:   UM HUH.

WA:   OKAY.

DB:   WHEN, WHEN YOU GUYS WERE IN THE BATHROOM

WA:   UM HUH.

DB:   IN THE BATH TUB, EXCUSE ME.

WA:   RIGHT.

DB:   AND BEFORE EVERYTHING GOT REAL HEATED.

WA:   RIGHT.

DB:   OKAY. DID YOU GUYS SHOWER BEFORE THEN?

WA:   YEAH. HE ALWAYS TAKES A SHOWER BEFORE TAKING A BATH.

DB:   DID YOU?

WA:   DO I?

DB:   DID YOU?

112

000011611

WA:     OH YEAH, WE DO, SHOWER WASH OUR HAIR AND THEN GET IN THE BATH.

DB:     OKAY IS THAT WHAT HAPPENED THAT NIGHT?

WA:     YEAH WE ALWAYS DO.

DB:     ALRIGHT.  OKAY.

WA:     CAUSE YOU CAN'T WASH YOUR HAIR IN THE BATH TUB IT'S KIND OF.

DB:     OKAY.  SO IT WAS MORE THAN JUST AH GOING IN THERE TO MAKE LOVE, IT WAS, IT, YOU WERE

GOING IN THERE....

WA:     NO, IT'S A WHOLE PROCESS, YEAH, SORRY.

DB:     OKAY.  OKAY.  UM

WA:     I USUALLY GET THE CANDLES OUT AND LIGHT THE CANDLES AND ALL THAT KIND OF STUFF AND

WHATEVER.  YEAH WE USUALLY WASH FIRST AND THEN.

DB:     I HAD A QUESTION, I CAN'T BELIEVE WHAT IT WAS.  HOW LONG AFTER THE FIRE DEPARTMENT

GOT HERE AND LEFT DO YOU THINK HE WAS CUT?  HOW LONG AFTERWARDS?

WA:     OUT OF THE WHOLE PROCESS?

DB:     UNTIL HE WAS CUT AND FELL DOWN?

WA:     I HAVE NO IDEA.

DB:     DOES HE, MY UNDERSTANDING IS HE TELLS YOU TO HAVE, TELL THE FIRE DEPARTMENT TO

LEAVE..

113

000011612

P-App. 006081

WA:     UM HUH.

DB:     THEY DO.

WA:     WHICH I DID.

DB:     AND YOU TELL CHRIS TO LEAVE?

WA:     I DID.

DB:     AND THEN YOU COME BACK IN THE APARTMENT....

WA:     UM HUH.

DB:     AND

WA:     SEE I HAVE NO CONCEPT OF TIME AND YOU KEEP ASKING ME ALL THESE TIMES AND I DON'T

KNOW.  I HONESTLY DON'T KNOW.

DB:     DO, DOES HE IMMEDIATELY START FIGHTING AND IS THAT WHEN YOU'RE BEING CHOKED?

WA:     PRETTY MUCH WHEN WE START, WHEN I COME BACK IN THERE HE'S PISSED, YEAH.

DB:     UM HUH.

WA:     I MEAN IT'S, IT'S

DB:     AND HOW LONG IS IT TIL THE CHOKING STARTS?

WA:     WELL THAT'S ONE OF HIS FIRST THINGS HE DOES.

DB:     NORMALLY, BUT, BUT IN THIS CASE?

WA:     YEAH, NO THAT'S WHAT I'M SAYING.

                                            114

000011613

DB:     IT STARTED IMMEDIATELY?

WA:     OH YEAH.  WELL YEAH WITHIN I DON'T KNOW AH I DON'T KNOW, I DON'T, I DON'T, I HATE

SAYING THINGS CAUSE I DON'T KNOW.  I REALLY DON'T KNOW AND YOUR PRESSING ME FOR A TIME

AND I DON'T HAVE ANY CLUE.

DB:     ALRIGHT, IS IT A MATTER OF MINUTES, TWENTY, THIRTY MINUTES?

WA:     OH I DON'T KNOW, FIFTEEN, TWENTY MINUTES.

DB:     TIL HE STARTS CHOKING YOU?

WA:     I GUE, I'M...

DB:     OKAY, I'M JUST TRYING TO MAKE SURE...

WA:     I'M SORRY: (UI)

DB:     I HAVE ALL OF THE FACTS DOWN IN MY MIND, OKAY?  WHEN UH AFTER YOU GUYS GET OUT OF

THE BATH TUB...

WA:     OKAY

DB:     AND YOU GO IN, YOU DRY OFF, GO IN THE LIVING ROOM.

WA:     I ONLY HUNG AROUND THE BEDROOM FOR A MINUTE.

DB:     OKAY AND ARGUED, RIGHT?

WA:     YEAH.

DB:     AND YOU END UP IN ...

115

000011614

WA:     AND THEN WE ENDED UP IN THE LIVING ROOM.

DB:     OKAY AND HOW LONG IS IT, OKAY YOU GOT HOME AROUND MIDNIGHT RIGHT?

WA:     UM HUH.

DB:     SO YOU WATCH TV TIL AROUND 1:00 YOU THOUGHT?

WA:     YEAH, I THINK SO.

DB:     OKAY AND THEN YOU GOT IN THE BATH TUB AROUND 1:00?

WA:     I GUESS SO.

DB:     AND SHOWERED GOT IN THE BATH TUB AND THAT'S WHEN THE ARGUMENT STARTED?

WA:     YES.  WELL THE ARGUMENT STARTED IN THE BEDROOM BUT WE TRIED TO STOP IT.

DB:     IN THE BEDROOM.  OKAY.

WA:     YOU KNOW, MAKE IT BETTER AND IT JUST DIDN'T HAPPEN.

DB:     OKAY.  OKAY BUT YOU WERE ALREADY OUT OF THE BATH TUB AT THAT POINT?

WA:     I WAS, YEAH.

DB:     HE WASN'T BUT YOU WERE?

WA:     UH HUH.

DB:     OKAY AND THAT'S, SO THAT'S ABOUT 1:00 AM WHEN YOU GET IN THE BATH TUB?

WA:     (LAUGHS) I DON'T KNOW, I DON'T KNOW.

116

000011615

DB:     OKAY.

WA:     I MEAN PROBABLY...

DB:     OKAY.

WA:     YOU KNOW JUST LIKE I'M READING A LITTLE BIT AND I GUESS SO, I MEAN.

DB:     OKAY. DID CHRIS HAVE ANY CONVERSATION WITH JOE?

WA:     YEAH SHE TALKED TO HIM A LITTLE BIT. I KNOW AND HE, THAT'S WHEN HE WAS LIKE OUT OF IT

AND THAT'S WHEN I KNEW I, YOU KNOW I HAD HIT HIM HARD OR SOMETHING. I DON'T KNOW WHAT

HAPPENED. CAUSE HE COULDN'T FOCUS ON ME AND HAD ME FREAKED OUT.

DB:     BUT SHE DID TALK TO HIM?

WA:     YEAH.

DB:     OKAY.

WA:     OH YEAH.

DB:     WAS CHRIS STILL THERE WHEN THE FIRE DEPARTMENT GOT THERE?

WA:     YEAH, SHE WAS OUTSIDE IN, CAUSE SHE WAS OUTSIDE WAITING FOR THEM TO COME THAT

WAY SHE COULD SHOW HIM, THEM WHERE WE LIVE AND WHEN I WENT OUT TO TELL THEM, NO GO

AWAY, I'M SU, I THINK SHE WAS STILL STANDING THERE WITH THE FIRE DEPARTMENT.

DB:     OKAY. OKAY. DID SHE TALK TO THEM OR DID YOU?

WA:     TALK TO WHO?

117

000011616

DB:     THE FIRE DEPARTMENT AND TELL THEM TO LEAVE.

WA:     OH I DID.

DB:     OKAY.  OKAY.

WA:     NO CAUSE SHE KEPT ASKING ME ARE YOU SURE AND I'M LIKE THAT'S WHAT HE WANTS YOU

KNOW I …

DB:     OKAY.  ALRIGHT I THINK I NEEDED TO ASK SALLY ONE QUESTION (UI), OKAY?

WA:     OKAY.

DB:     IS THERE ANYTHING ELSE YOU CAN THINK OF?

WA:     ONLY, THE ONLY THING I THINK IS WHEN I WENT TO THE BATHROOM YOU GUYS NEED GUYS

NEEDED MY SHORTS AND I THINK THAT THE ORIGINAL SHORTS I HAVE ON ARE IN THE BATHROOM.

DB:     THERE IN THE BATHROOM?

WA:     I THINK SO.  I'M NOT SURE.

DB:     WHAT (UI) DID YOU CHANGE?

WA:     WHEN I WAS SITTING THERE WAITING CAUSE THEY WERE YUK,

DB:     UM HUH.

WA:     AND I KNOW AND I MEANT TO CHANGE MY SHIRT AND I GUESS I JUST DIDN'T, I DON'T KNOW

WHAT THAT WAS ALL ABOUT BUT I'M

DB:     WHERE DID YOU GET THE SHORTS THAT YOU PUT ON?

118

000011617

WA:     THEY'RE ALL IN MY DIRTY CLOTHES PILE RIGHT THERE.  I MEAN I JUST GRABBED.

DB:     IN THE BATHROOM?

WA:     IN THE BATHROOM, WHERE I WAS SIT, HANGING OUT, SO UM I'M SU, SO THEY MIGHT BE BUT I'M NOT SURE, I DON'T EXACTLY REMEMBER BUT IT COULD BE.  I DON'T KNOW.

DB:     UM

WA:     I DON'T RECALL, I JUST CAN'T EVEN THINK.  CAUSE I KNOW, I WAS GOING TO CHANGE MY CLOTHES AND I DON'T KNOW IF I DID HALF OF THEM OR NONE OF THEM OR I DON'T EVEN KNOW.  SO I JUST WANTED TO SHARE WITH YOU THAT ONE LITTLE PIECE.

DB:     OKAY, SIT TIGHT FOR JUST A MINUTE, I'LL BE RIGHT BACK.

WA:     OKAY.  (SIGHS)  OH JESUS CHRIST.

DB:     OKAY, I'VE GOT THREE QUESTIONS THEN WERE DONE.

WA:     OKAY.

DB:     OKAY.

WA:     MY BODY JUST KEEPS WANTING TO SHUT DOWN, SORRY.

DB:     UH I BET YOUR TIRED?

WA:     NO I THINK IT'S ALL THE ..

DB:     STRESS?

WA:     UM HUH.

119

000011618

P-App. 006087

DB:     YOU, YOU KNOW I BELIEVE, I JUST WANT TO CLAIRIFY IN MIND, UM YOU TOLD ME AFTER HE,

AFTER HE, YOU HIT HIM WITH A CHAIR AND HE GOES DOWN TO THE GROUND.  YOU GOT HIM OUT

COLD, RIGHT?

WA:     UM, AH

DB:     I'M SURE THAT'S WHAT YOU TOLD ME EARLIER.

WA:     YEAH, I, I'M SURE I DID BECAUSE YES I REMEMBER.

DB:     WHERE'D YOU GET THE PILLOW FROM?

WA:     UM WE HAVE PILLOWS AND BLANKETS ALL OVER THE PLACE, SO I DON'T KNOW.

DB:     OKAY BUT YOU GAVE HIM THAT AFTER HE GOT HIT WITH THE CHAIR?

WA:     YEAH I THINK SO.

DB:     OKAY.  DID YOU EVER HIT HIM WITH THE CHAIR ONCE HE'S ON THE GROUND?

WA:     I KNOW I HIT, UM YEAH THAT'S WHY I MEAN.

DB:     WHILE  HE'S ON THE GROUND?

WA:     NO WHEN HE KEPT TRYING TO GET UP.

DB:     OKAY SO YOU HIT HIM WITH A CHAIR DOES HE...

WA:     YOU KNOW WHAT I MEAN, CAUSE I HIT, I KNOW, OH THIS IS MAKING ME SICK TO MY

STOMACH, BUT HE KEPT YELLING AT ME TO COME GET ME AND I KEPT HITTING HIM.

DB:     WAS HE ON THE GROUND AT THAT POINT?

120

000011619

WA:     WELL HE WAS LIKE ON ALL FOURS.

DB:     KIND OF SHOW ME.  SO HE'S ON ALL FOURS?

WA:     YEAH, HE'S GONNA STILL GET ME.

DB:     ON HIS KNEES?

WA:     YEAH.

DB:     AND YOU HIT HIM AGAIN?  HOW MANY TIMES DO YOU THINK YOU HIT WHILE HE'S ON ALL

FOURS?

WA:     I HAVE NO IDEA.

DB:     OKAY.

WA:     I JUST KNOW I HIT HIM AND HIT HIM AND HE KEPT, KEPT TRYING TO GET UP AND I'M LIKE OH

MY GOD.  I MEAN IT WAS JUST FREAKING ME OUT.  HE WOULDN'T STOP AND HE KEPT YELLING AT ME,

HE WAS GONNA GET ME AND I'M LIKE STOP.  YOU KNOW WHAT I MEAN, IT WAS JUST, I HAVE NO IDEA.

DB:     DID YOU, DID YOU TELL ME EARLIER THAT AH HE, HE WAS TALKING ABOUT DIVORCE?

WA:     NO THAT WAS ONE THING WE WOULD NEVER DISCUSS.  I MEAN WE MADE AN AGREEMENT

THAT WE WOULD ALWAYS FIGURE OUT A WAY TO WORK IT OUT.

DB:     UM HUH.

WA:     YOU KNOW WE, WELL I AND IT'S PROBABLY CAUSE OF OUR CHURCH BACKGROUND AND STUFF.

I MEAN THAT'S JUST, THAT'S JUST NOT THE, IT, IT'S TOO MUCH OF AN EASY OUT OR WHATEVER YOU

WANT TO CALL IT.

121

000011620

DB:     HOW LONG DID YOU EXPECT HIM TO AH LIVE BEFORE, DID THEY GIVE HIM ANY TYPE OF

ESTIMATE ON TIME?

WA:     WELL THE DOCTOR THE LAST TIME TOLD HIM THAT UM UM HE COULD HAVE NINE MONTHS

WITH THE CHEMOTHERAPY, KAY AND AFTER NINE MONTHS HE COULD NOT HAVE ANY MORE AND SO

THEN THE DISEASE WITHIN A COUPLE MONTHS AFTER THAT WOULD PUT HIM IN THE HOSPITAL NOT

ABLE TO BREATHE.

DB:     OKAY.

WA:     SO IN MY HEAD I'M THINKING SOON AND THEN I JUST HAD FRIEND ELAINE, WHOSE FATHER

HAS ADNOIDCYSTICCARCINOMA, WHO STARTED CHEMO AND AFTER SO MANY TREAT, THREE MONTHS

WORTH OF TREATMENTS DIED FROM THE CHEMO.  SO I REALLY HAD NO IDEA.  OBVIOUSLY, YOU KNOW,

I DIDN'T KNOW.

DB:     DID YOU EVER USE YOUR HUSBAND'S CELL PHONE FROM YOUR HOUSE OR ANYTHING?

WA:     DID I?

DB:     YEAH.

WA:     NO.

DB:     DO YOU HAVE YOUR OWN CELL PHONE?

WA:     I DO BUT THE BATTERIES BEEN DEAD FOR LIKE TWO DAYS.

DB:     OKAY.  WHAT'S YOUR CELL NUMBER?

WA:     UM 602-UM 826-UM 0997.

122

000011621

DB:     AND JOES IS?

WA:     UM 602-618-9177.

DB:     OKAY.  YOU GUYS HAVE ANY VEHICLES THERE?

WA:     YEAH.

DB:     OKAY. HOW MANY VEHICLES DO YOU HAVE?

WA:     TWO.  WELL MMM THREE RIGHT NOW.  ONE WAS HIS UM VAN THAT HE WAS WORKING ON THE AIR CONDITIONING.

DB:     WHAT KIND OF VAN?

WA:     IT'S LIKE A CHEVY ASTRO VAN.  IT'S JUST WHITE.

DB:     OKAY.  ASTRO VAN.

WA:     I HAVE NO IDEA WHAT YEAR IT IS, IT'S A WORK VAN.

DB:     WHITE?

WA:     UH HUH.

DB:     IS THERE ANYTHING THAT STANDS OUT ABOUT IT?

WA:     IT'S JUST WHITE WITH NO WINDOWS.  IT'S CARGO VAN TYPE THING.

DB:     CARGO VAN.  IS IT REGISTERED TO HIM?

WA:     UM HUH, SHOULD BE.

DB:     OKAY AND WHAT ELSE?

123

000011622

WA:   AH WE HAVE A GMC YUKON.

DB:   GMC YUKON, WHAT YEAR IS THAT?

WA:   UH IT'S A '98.

DB:   '98, WHAT COLOR IS IT?

WA:   UM IT'S LIKE A PEWTER, PEWTER THAT'S EXACTLY WHAT IT'S CALLED.

DB:   PEWTER GREY?

WA:   UM HUH.

DB:   OKAY AND FOUR DOOR, TWO DOOR?

WA:   FOUR DOOR.

DB:   FOUR DOOR.  YOU KNOW THE LISCENSE PLATE ON THAT?

WA:   NO BUT IT SAYS SCORPION BOATS ACROSS THE BACK WINDOW.

DB:   I'M GETTING TIRED HERE.  SCORPION.

WA:   IT'S SCOR

DB:   SCOR

WA:   SCOR-PI, YEAH

DB:   PIN.  I REMEMBER IT FROM THE GROUP.

WA:   OH.

124

000011623

DB:     SCORPION BOATS ON BACK.  OKAY AND WHAT ELSE?

WA:     THEN WE HAVE HIS MOM'S CAR RIGHT NOW, SINCE HIS VAN WASN'T WORKING AND IT'S UM, IS

IT A PONTIAC.  IT'S A LIGHT BLUE PONTIAC.  SOMETHING I DON'T EVEN KNOW OR NO IS IT A BUICK.

BUICK REG, BUICK, I HAVE NO IDEA, IT'S A LITTLE GRANDMA LOOKING CAR.

DB:     OKAY.  DO YOU GUYS HAVE ASSIGNED PARKING SPOTS?

WA:     UM HUH.

DB:     DO YOU KNOW WHAT PARKING SPOTS THESE ARE IN?

WA:     I DON'T BECAUSE I USUALLY PARK IN THE ONES THAT ARE OPEN.  I GIVE MY SPOTS AWAY TO

EVERYBODY.

DB:     OKAY.  DO YOU HAVE QUESTION OF ME?

WA:     UM WHAT, YEAH I DO ACTUALLY.  UM YOU'VE LIKED ASKED ME ALL OF THESE QUESTIONS AND

NOW WHAT, WHAT IS GOING, WHAT DO WE DO, WHAT IS GOING ON?

DB:     WELL WERE TRYING TO FIGURE OUT WHAT HAPPENED OUT THERE.

WA:     I KNOW.

DB:     OKAY.  WE NOT ONLY HAVE TO GET YOUR SIDE BUT WE HAVE TO DECIDE BASED ON THE

PHYSICAL EVIDENCE WE SEE, TO SEE WHAT'S GOING TO HAPPEN FROM HERE.

WA:     SURE.

DB:     AND THAT'S WHAT WERE IN THE PROCESS OF DOING NOW.

WA:     OKAY.

000011624

DB:   SO IT'S GOING TO BE A LITTLE WHILE.  WERE TRYING TO PUT EVERYTHING TOGETHER.

WA:   WHICH MEANS WHAT?

DB:   GIVEN THE

WA:   I'VE NEVER BEEN INVOLVED IN ANYTHING...

DB:   YEAH IT'S MY UNDERSTANDING THAT....

WA:   I'VE HAD MY, MY LICENSE REVOKED.

DB:   HOW DO YOU THINK YOU HURT YOUR FINGER?

WA:   I DON'T KNOW.  THAT'S WHY I KEEP, I HAVE ABSOLUTELY NO IDEA.

DB:   OKAY.  UM

WA:   DO YOU KNOW?  I GUESS NOT.

DB:   NO I DON'T.

WA:   AND I DIDN'T EVEN NOTICE IT WAS HURTING TIL AFTER UM SITTING OUT ON THE SIDEWALK.

DB:   OKAY.

WA:   I MEAN.

(KNOCK ON DOOR)

DB:   COME IN.

WA:   IT'S LIKE THE BLOODS BUILDING UP IN THERE.

126

000011625

DB:   SO LET ME ASK YOU A FEW THINGS.

WA:   OKAY.

DB:   I THINK I'VE ALREADY COVERED.

WA:   OKAY.

DB:   YOU WEREN'T USING ANY DRUGS OR ALCOHOL TONIGHT RIGHT?

WA:   NO.

DB:   DO YOU?

WA:   I DRINK SOCIALLY, YEAH.

DB:   SOCIALLY DRINK?

WA:   YEAH.

DB:   OKAY BUT NOT TONIGHT.

WA:   NO.

DB:   OKAY WHAT ABOUT JOE?

WA:   NO.  WELL NOT THAT I'M AWARE OF NO.

DB:   NOT THAT YOUR AWARE OF?

WA:   NO CAUSE I THINK EVERY SINCE...

DB:   HE HAVE MEDICATION OR SOMETHING OR?

127

000011626

WA:    NO. WELL

DB:    THIS IS THE TIME TO TELL ME IF YOU DO.

WA:    NO CAUSE I DON'T, I DON'T REALLY KNOW BUT I KNOW THAT, I JUST THINK THAT HE MIGHT BE

TAKING DRUGS BUT I DON'T KNOW.

DB:    YOU THINK IT'S STREET DRUGS?

WA:    I THINK, I DON'T KNOW.

DB:    WHAT MAKES YOU THINK THAT?

WA:    JUST CAUSE OF HIS PERSONALITY CHANGES, CAUSE I'M LIKE HOW CAN HE GO FROM BEING JUST

EVERYDAY DAD AND THEN ALL OF THE SUDDEN JUST BE IN THIS CRAZED MOOD.  I GUESS THAT'S, BUT I

DON'T HAVE ANY EVIDENCE OF IT OR YOU KNOW WHAT I MEAN, I'VE NEVER....

DB:    NEVER SEEN ANY PARAPHANELIA OR ANYTHING?

WA:    NO.

DB:    DOES HE HAS A DRINKING PROBLEM OR?

WA:    NO HE ACTUALLY DID ST, WELL STOP DRINKING WHEN HE STARTED CHEMO.

DB:    UM HE THINKS THAT YOUR WERE HAVING AN AFFAIR OR SOMETHING?

WA:    OH SURE.

DB:    ARE YOU?

WA:    NO.

128

000011627

DB:     WHY WOULD...

WA:     WELL

DB:     WHY DOES HE THINK,

WA:     UM

DB:     DO YOU HAVE MALE FRIENDS THAT YOU ARE CLOSE TO?

WA:     I DO, I DO ACTUALLY.  UM I HAVE A COUPLE AND HE JUST LIKE CAN'T HANDLE IT.  IT'S REAL,

WELL AND I THINK IT'S JUST BECAUSE OF THE WAY HE IS RIGHT NOW.  HE'S VERY INSECURE ABOUT

HIMSELF.

DB:     SURE.

WA:     AND IN ORDER FOR ME TO HAVE NORMALICY IN MY LIFE YOU KNOW.

DB:     OKAY.  DO YOU DO THINGS OUTSIDE OF WORK WITH THESE MALE FRIENDS?

WA:     YEAH IN FACT UM UM LIKE SOME OF THE GIRLS IN THE OFFICE AND MYSELF WILL GO OUT AND

UM MY MALE FRIENDS WILL MEET ME THERE OR SOMETHING, YOU KNOW WHAT I MEAN.  IT'S JUST

PRETTY WHATEVER.  UM

DB:     WHO, WHO ARE THESE GUYS?

WA:     UM GOSH UM ERIC'S ONE OF THEM.

DB:     ERIC?

WA:     UM

129

000011628

DB:     WHAT'S ERIC'S LAST NAME?

WA:     UM VALENT.

DB:     V-A-L-E-N-T?

WA:     RIGHT.  THEIR PART OF A SOFTBALL TEAM.

DB:     OKAY.  YOU PLAY SOFTBALL WITH THEM?

WA:     I DON'T WE SPONSOR THEM ....

DB:     OKAY.

WA:     ....AND  SO THAT'S WHY WE HANG AROUND THEM.

DB:     OKAY.  ANYBODY ELSE?

WA:     UM

DB:     YOU SAID THERE WERE A COUPLE OF THEM?

WA:     UM SEAN.

DB:     WHAT'S SEAN'S LAST NAME?

WA:     SEAN KING.

DB:     OKAY.

130

000011629

WA:     AND HE ACTUALLY GOT IN AN ACCIDENT A YEAR AGO AND HAD BOTH OF HIS LEGS CHOPPED

OFF AND UM THEY HAD PUT THEM BACK ON AND HE'S GOING THROUGH REHABILATION NOW AND I

KNOW JOE GETS REALLY UM UPSET WHEN I TALK WITH HIM AND BUT I TALK WITH HIM A LOT CAUSE I

WAS RAISED WITH HIM AND WERE LIKE JUST BEST FRIENDS.  UM GOSH AND THEN JUST IF WERE OUT

DANCING OR WHATEVER I JUST DANCE WITH PEOPLE AND HE JUST YOU KNOW HAS A FIT ABOUT IT BUT

I (UI).

DB:     HE DOESN'T GO WITH YOU WHEN YOU GO OUT?

WA:     NO HE DOESN'T LIKE TO GO TO BARS UM SO USUALLY I GO WITH MY GIRLFRIENDS OR

SOMETHING AND UM HE JUST GETS REALLY INSECURE ABOUT THAT.

DB:     OKAY.  WELL UM SIT TIGHT AND WERE GONNA WRAP THINGS UP HERE OKAY?

WA:     OKAY.

DB:     LAST QUESTION, ARE YOU RIGHT OR LEFT HANDED?

WA:     I'M RIGHT HANDED.

DB:     RIGHT HAND, OKAY.  SALLY'S GOING TO COME TALK TO YOU REAL QUICK.

WA:     OKAY.

DB:     I'VE GOTTA GET GOING ON SOME OTHER STUFF, OKAY?

WA:     OKAY.

DB:     AND SHE'LL, SHE'LL TALK TO YOU FOR A COUPLE OF MINUTES, OKAY?

WA:     OKAY.

<div align="center">131</div>

000011630

DB:     ALRIGHT, THANK YOU MAAM.

WA:     OH MY GOD HELP ME.

SD:     HELLO, I'M BACK.  OKAY LET ME GET JUST A COUPLE OF QUESTIONS.  FIRST OF ALL (UI) (LAUGHS).

WA:     I'M BETTER.

SD:     AND UH WERE GONNA DO ANOTHER SET OF PHOTOS OKAY?

WA:     OH.

SD:     IT'S, IT JUST KIND OF...

WA:     OH MY GOSH.

SD:     I KNOW, I KNOW IT SEEMS KIND OF SILLY ALL OF THE THINGS THAT WE DO.  UM COUPLE OF QUESTIONS, DID YOU BLEED AT ALL?  I MEAN DID YOU GET A CUT OR A BLOODY NOSE OR ANYTHING THAT ANY OF YOUR BLOOD WOULD BE THERE IN THE HOUSE?

WA:     UM I MEAN I HAVE, NO, I MEAN NOTHING MAJOR.

SD:     OKAY, SO YOU DON'T HAVE ANY CUTS, THAT'S WHAT, AND YOU DIDN'T GET A BLOODY NOSE OR A SPLIT?

WA:     NO.

SD:     OKAY I JUST KIND OF WANTED TO MAKE SURE THAT THE BLOOD THAT WE'VE GOT THERE IS GONNA BE JOE'S?

WA:     YEAH.

132

000011631

SD:   OKAY. UM

WA:   YEAH CAUSE I KNOW HE HIT MY HEAD BUT IT DIDN'T, IT DIDN'T BREAK THE SKIN.

SD:   BUT IT DIDN'T BREAK THE SKIN?

WA:   NO.

SD:   WHERE DID, WHERE DID....

WA:   RIGHT, I HAD IT RIGHT HERE ON THE BACK OF MY HEAD.  IT'S PROBABLY RIGHT THERE I GUESS IS

WHERE HE JUST POPPED ME RIGHT ON THE WALL.  BE CAREFUL.

SD:   OKAY.  I JUST DON'T FEEL ANY BUMP.

WA:   (UI)

SD:   I'M TRYING TO SEE IF THERE'S A ....

WA:   IT WAS EARLIER AND IT'S FEELING MUCH BETTER.

SD:   LET ME TAKE A LOOK, LET ME TAKE A LOOK.  HANG ON, I NEED TO PUT GLASSES ON SO THAT I

REALLY CAN TAKE A LOOK.  CAN YOU TILT YOUR HEAD FORWARD FOR ME?

WA:   SURE.  MY NECK'S JUST REALLY SORE.

SD:   POINT, POINT, OKAY POINT TO WHERE IT IT HURTS?

WA:   IT HURT RIGHT HERE.

SD:   OKAY LET ME JUST...

WA:   IT'S REAL JUST TENDER RIGHT HERE.

133

000011632

SD:   OKAY.

WA:   BE CAREFUL.

SD:   I KNOW IT, IT, I DON'T FEEL IT, A GOOSE OR ANYTHING THERE BUT THAT DOESN'T MEAN THAT IT'S NOT TENDER.

WA:   YEAH, YEAH IT'S JUST REAL SORE.

SD:   OKAY UM THE GUY SAID SOMETHING ABOUT A PILLOW AND A BLANKET?

WA:   OKAY.

SD:   WHERE DID THEY COME FROM?

WA:   THEY WOULD HAVE BEEN OUT IN THE LIVING ROOM.  WE LAY AROUND AND WATCH TV.

SD:   OKAY SO YOU DIDN'T GO AND GET THEM ANY WHERE, THEY WERE ALREADY THERE?

WA:   SURE.

SD:   OKAY.

WA:   YEAH.

SD:   DID YOU PUT A PILLOW UNDER HIS HEAD AT ANY POINT OR

WA:   UM I TRIED TO....

SD:   OKAY.

WA:   BUT I DON'T, IT WOU, I, I DON'T THINK I MADE IT UNDER HIS HEAD.

SD:   OKAY.  OKAY UM AND HE ASKED ANOTHER QUESTION, IS THERE A BELT SOMEWHERE THERE?

134

000011633

WA:   UM THERE WAS, I MEAN THERE, THERE WAS ONE.

SD:   OKAY.  DID HE HAVE THE BELT?  WHERE DID THE BELT COME FROM?

WA:   YEAH, WELL I HAVE A TWO AND A THREE YEAR OLD

SD:   OKAY.

WA:   THEIR JUST LAYING AROUND AND THAT'S WHAT HE GRABBED.

SD:   ARE THEY ONE OF THE BABIES BELTS OR THEY?

WA:   I DON'T KNOW WHOSE BELT IT WAS.  I DON'T, I DON'T REMEMBER.  I JUST KNOW IT WAS A

BELT.

SD:   OKAY AND HE HAD THAT IN HIS HAND?

WA:   UM HUH.

SD:   OKAY.  DO YOU KNOW WHAT HAPPENED TO IT OR WHERE IT WENT TOO?

WA:   NO.

SD:   OKAY.

WA:   IS IT NOT IN THE HOUSE?

SD:   I DON'T KNOW.  THEY, I, AND THEY SAID SOMETHING ABOUT A BELT SO THAT IT PROBABLY IS

THERE.

WA:    YEAH, CAUSE I WOULD SAY I DON'T KNOW, IT SHOULD, IT SHOULD BE.  I MEAN I DON'T KNOW

WHERE IT WOULD.

135

000011634

SD:     OKAY LET'S GET THESE PHOTOS OUT OF THE WAY.  SHOW ME YOUR HANDS.

WA:     HE ASKED ME WHAT HAPPENED TO IT AND I JUST DON'T KNOW.  I DON'T RECALL WHAT

HAPPENED, ISN'T THAT ODD?

SD:     WOW.

WA:     THIS ONE AND THEN THIS ONE.

SD:     CAN YOU BEND IT?

WA:     THIS ONE HURTS REALLY BAD.

SD:     OKAY.

WA:     THIS ONE I CAN STRAIGHTEN.

SD:     OKAY.

WA:     YOU KNOW, I DON'T KNOW, I'M LIKE AND IT'S MY LEFT HAND WHICH IS REALLY ODD.

SD:     AND THEN YOU HAVE JUST WHAT A LITTLE CUT RIGHT THERE?

WA:     UM HUH.

SD:     WHAT ABOUT CUTS ON THIS HAND?

WA:     I HAVE ONE CUT RIGHT THERE.

SD:     OKAY.

WA:     (UI)

SD:     YOU GOT SOME BRUISING THERE TOO.

136

000011635

WA:    UM HUH.

SD:    OKAY. OKAY LET'S GO AHEAD AND JUST, I'M GONNA TAKE THIS CAUSE IT WILL BE A LIGHT

SOURCE. THERE WE GO.

WA:    (UI)

SD:    LET'S START WITH THE HANDS AND THEN WERE GONNA DO AN OVERALL AND THEN I WANNA

DO UM BUT LET'S JUST GO AHEAD AND ...

WA:    I'LL TRY TO STRAIGHTEN IT BUT.

SD:    WHEN'S THE LAST TIME YOU HAD YOUR NAILS DONE?

WA:    UM A WEEK AGO MAYBE.

SD:    OKAY AND WHEN DID...

WA:    I DIDN'T (UI)

SD:    WHEN DID THIS NAIL BREAK?

WA:    JUST UM

SD:    TONIGHT?

WA:    UM HUH.

SD:    OKAY.

WA:    I HAD NO BROKEN NAILS.

SD:    OKAY THAT'S KIND OF WHAT I WAS TRYING TO ASK.

137

000011636

WA:   OKAY.

SD:   OKAY NOW CAN YOU FLIP, FLIP THE (UI) FOR ME? THERE YOU GO.

WA:   I'M TRYING TO STRAIGHTEN IT OUT (UI). I CAN DO THIS FINGER.

SD:   AND LET'S DO ONE MORE OVER HERE WITH THE COLOR CHART OVER HERE. OKAY. OKAY LET'S

DO YOUR OTHER HAND. OKAY LET'S START ON THIS SIDE.

WA:   OH.

SD:   JUST SO WE KEEP EVERYTHING AND SO THIS ONE IS TONIGHT TOO?

WA:   AND THIS ONE YEAH.

SD:   OKAY. OKAY NOW FLIP HER OVER. OKAY HAND.

WA:   THAT'S SORE OW.

SD:   OKAY. WOW YOU REALLY, YOU REALLY TOOK IT DOWN LOW.

WA:   UM HUH.

SD:   OH GOSH.

WA:   SEE THAT'S WHAT (UI).

SD:   I HATE THOSE BIG NAILS.

WA:   (UI) WHOLE THING. I'M LIKE MAYBE THAT'S WHAT, I DON'T KNOW. IT JUST HURTS SO BAD.

SD:   I KNOW. OKAY ANY OTHER BRUISES ON YOUR ARMS OR IS THAT...

WA:   I DON'T THINK SO. I, I DON'T BRUISE.

138

000011637

SD:     UM HUH. OKAY.

WA:     NO. I DON'T THINK I SEE ANY BRUISES.

SD:     OKAY. OKAY LET'S....

WA:     UM HUH.

SD:     LET'S GO AHEAD AND STAND UP AGAINST THERE AND WE'LL DO THE QUICK ....

WA:     OH OW, SORRY MY BODIES JUST GETTING SORE.

SD:     UM HUH, OKAY. STAND UP AGAINST THERE. FACE HER, UM HUH AND GONNA GIVE YOU A

LITTLE CLEVAGE HERE OKAY? WERE NOT GONNA DO TOO MUCH BUT WERE JUST GONNA DO A LITTLE

BIT THAT WAY.

WA:     OKAY.

SD:     OKAY AND LET'S COME AND DO THE SIDES HERE AND JUST (UI). DO THE OTHER SIDE SAME

WAY. (UI) LET'S DO RIGHT UNDER HERE. OKAY TRY TO STAND UP OKAY AND LET'S FLIP YOU AROUND

AND DO RIGHT BACK HERE IF YOU CAN. OKAY AND I, AGAIN

WA:     OH I'M SURE YOU CAN'T TAKE A PICTURE.

SD:     I KNOW RIGHT JUST TRYING TO SEE IF I COULD ACTUALLY SEE SOMETHING. CAUSE OFTEN

TIMES WHEN SOMEBODY GETS A BUMP THERE'S A RED SPOT RIGHT, USUALLY IN THE MIDDLE OF IT.

WA:     HMMM.

SD:     BUT I DON'T SEE ANYTHING DIRECTLY. OKAY UM GONNA NEED YOUR SHORTS.

WA:     OH NO.

139

000011638

SD:   WHY DON'T WE GET, LET'S OKAY JUST COME ON OVER HERE AND GRAB YOUR, GRAB YOUR, YEAH.

WA:   OW MAN MY LEGS ARE SO STIFF.

SD:   I'VE NEVER SEEN ANYBODY THAT'S BEEN ABLE TO HALF WAY OUT OF A BANANA SUIT.  THAT'S IMPRESSIVE.  NOW DO YOU HAVE ANY BRUISING HERE ON YOUR STOMACH OR ON YOUR....

WA:   I DON'T THINK SO.

SD:   LET ME JUST, OKAY SO WE DON'T HAVE ANYTHING, OKAY.

WA:   (UI)

SD:   OKAY, OKAY AND NOTHING ON THE BACK?

WA:   I DON'T KNOW.

SD:   LET ME LOOK.  TAKE A GOOD LOOK.  OKAY I DON'T HAVE ANYTHING BACK THERE, OKAY.  YOU HAVE A LIKE A LITTLE BIRTH MARK HERE?

WA:   I DO.

SD:   OKAY, THAT'S WHAT IT, IT DIDN'T LOOK LIKE A BRUISE BUT I JUST KIND OF WANTED TO DOUBLE CHECK.  OKAY, THAT'S COOL.  I KNOW THERE'S FEET IN THERE..

WA:   I KNOW.

SD:   OKAY.  OKAY ALRIGHT I THINK THAT WILL DO IT.  UM DO YOU THINK, WOULD YOUR HAND BE OKAY THAT I COULD TAKE FINGERPRINTS OR ARE THEY PRETTY TOO BADLY (UI)?

WA:   NO YOU COULD.

140

000011639

SD:     YOU THINK SO?

WA:     BE SOMEWHAT CAREFUL WITH THIS ONE.

SD:     OKAY, OKAY.  THEN WHAT I'M GOING TO DO IS I'M GONNA HAVE ONE OF THE OFFICER'S TAKE

YOU DOWN AND ….

WA:     AM I GETTING ARRESTED?

SD:     UM AT THIS POINT WERE GOING TO CALL THE COUNTY ATTORNEY AND WE'LL

WA:     UM HUH.

SD:     REVIEW EVERYTHING WITH HIM.

WA:     OKAY.

SD:     UM

WA:     I DON'T KNOW, YOU HAVE TO EXPLAIN BECAUSE I DON'T UNDERSTAND WHAT YOUR SAYING.

SD:     WHAT WE'LL DO IS WE'LL REVIEW IT WITH THE ATTORNEY….

WA:     OKAY.

SD:     UM I THINK IT, AT THIS POINT UM BASED ON SOME OF THE CIRCUMSTANCES ESPECIALLY WITH

THE DELAY IN YOU CONTACTING UM

WA:     UH HUH.

SD:     THE, THE POLICE

WA:     UM HUH.

141

000011640

SD:     THE CHANCES ARE PROBABLY VERY GOOD AT THIS POINT THAT WE WILL GO AHEAD AND BOOK

YOU, AT THIS POINT.

WA:     OH.

SD:     UM AH YOU KNOW

WA:     THAT'S TO BAD.  SO I SHOULD CALL AN ATTORNEY?

SD:     THAT'S TOTALLY UP TO YOU.  AGAIN

WA:     I'M SORRY.

SD:     YOU KNOW UM THAT'S TOTALLY UP TO YOU UM I THINK THERE'S SOME DEFINITE ISSUES TO BE

ADDRESSED UM BUT I THINK, I THINK SOME DELAY ISSUES ARE GONNA BE,

WA:     UH HUH.

SD:     ARE GONNA BE A LITTLE BIT DIFFICULT UM BUT LET ME CALL THE COUNTY ATTORNEY...

WA:     OKAY.

SD:     AND THEN I WILL LET YOU KNOW UM WHETHER OR NOT AND IF THE BOOKING PROCESS IS

GOING TO TAKE PLACE UM AS I SAY AT THIS POINT THAT WOULD BE THAT I WOULD THINK, IS THAT

WE'LL GO AHEAD AND TAKE YOU OVER.

WA:     WOW.

SD:     UM WHAT I NEED TO FIND OUT FROM YOU IS DO YOU WANT US TO TAKE YOU FOR MEDICAL

ATTENTION ON YOUR HANDS BEFORE WE TAKE YOU OVER TO THE JAIL, IF YOU END UP GOING OVER TO

THE JAIL?

142

000011641

WA:   I'M LIKE IN SHOCK, SORRY.

SD:   I KNOW.

WA:   UM NO, I DON'T, I MEAN

SD:   OKAY SO YOU DON'T THINK ANYTHING'S BROKEN, ANYTHING LIKE THAT?

WA:   I DON'T THINK SO.

SD:   OKAY, OKAY THAT'S KIND OF WHAT I NEEDED TO KNOW BECAUSE IF, IF....

WA:   I DON'T HAVE ANY IDEA.

SD:   OKAY UM ...

WA:   WOW.

SD:   OKAY LET ME UM I'M GONNA HAVE THE YOUNG PATROL OFFICER THAT WAS OUT AT THE SCENE ...

WA:   OH POOR GUY.

SD:   HE'S A NICE MAN.  PHIL IS A NICE GUY.  I'M GONNA HAVE HIM TAKE YOU DOWN STAIRS..

WA:   UM HUH.

SD:   AND THEN WHEN YOU COME BACK UP BY THEN DAVE THE DETECTIVE THAT HAS SPOKEN TO YOU, WILL BE ABLE TO TELL YOU EXACTLY WHAT'S GOING ON ....

WA:   OKAY.

SD:   AS TO WHETHER OR NOT YOUR GOING OVER, OKAY, BUT AT THIS POINT ....

143

000011642

WA:     YOU THINK SO?

SD:     I THINK SO.

WA:     WOW.

SD:     UM HUH.

WA:     OKAY.

SD:     OKAY? OKAY.

WA:     CAN I WALK AROUND HERE (UI)?

SD:     YEAH, YEAH IT'S OK YOU LOOK BETTER THAN MOST PEOPLE, TRUST ME, YOU KNOW. DO YOU WANT SOMETHING TO EAT? LIKE I'VE GOT A BAG OF POTATO CHIPS OR CANDY BAR OR SOMETHING.

WA:     I'M NOT HUNGRY. I CAN'T EAT NOTHING.

SD:     OKAY I DIDN'T KNOW. I JUST FIGURED AT LEAST I'D OFFER IT AND YOUR STILL SET WITH YOUR WATER?

WA:     YEAH, I'M FINE.

SD:     WOULD YOU RATHER HAVE A SODA OR ANYTHING?

WA:     NO.

SD:     OKAY. SIT I'LL GET DAVE, THE AH YOUNG LITTLE PATROLMAN. OH I'M SORRY PHIL. PHIL WILL TAKE YOU DOWN AND WE'LL DO A QUICK SET OF PRINTS...

WA:     OKAY.

144

000011643

SD:     AND THEN WE'LL KNOW WHAT'S GOING ON FROM THERE.

WA:     OKAY.  HMM AREN'T THOSE FUNNY.  HI.

MO:     OKAY WENDI, YOU READY?

WA:     I SUPPOSE SO.

MO:     (UI)

WA:     YEAH I DON'T...

SD:     THIS IS MY FAVORITE BLOOD MAN.

WA:     OKAY.

SD:     THIS IS HOMER CHALIS.

WA:     OKAY.

SD:     HOMER THIS IS WENDI.

HC:     HI.

SD:     AND I'VE EXPLAINED TO WENDI THAT WE HAVE A SEARCH WARRANT BUT SHE'S SAID THAT SHE

WILFULLY COULD GIVE (UI) BLOOD, SO IT'S NOT A PROBLEM.

HC:     OKAY, WENDI DO ME A FAVOR AND HAVE SEAT IN THIS CHAIR RIGHT OVER HERE.

SD:     HOMER IS PROBABLY THE FIRST (UI) PAINLESS AS YOU GET.

WA:     OH GOOD.

HC:     OKAY (UI) ONE OF THOSE.  (UI)

000011644

SD:     MIGHT AS WELL JUST POKE THIS ONE.

HC:     LET'S (UI). HOLD THIS FOR ME. KEEP IT NICE AND STRAIGHT. I LIKE THAT ONE RIGHT THERE IF
YOU KEEP YOUR ARM RIGHT LIKE THAT, WE SHOULD BE FINE, THAT'D BE GREAT.

SD:     YOU DON'T HAVE LOOK.

WA:     I KNOW I'LL PASS OUT.

HC:     WELL WE DON'T WANT YOU TO DO THAT. SO JUST DON'T WATCH ME. ALRIGHT A LITTLE
PINCH.

SD:     HOMER (UI) GET IT THE FIRST TIME EVERY TIME DON'T YA?

HC:     WE TRY. OKAY.

SD:     AND HE DOES IT THE FIRST TIME THAT'S WHAT'S NICE.

WA:     YEAH.

SD:     WOOPS.

HC:     THAT WAS THE END OF THAT ROLL. KEEP THIS ON FOR ABOUT TEN MINUTES AND IT SHOULD
MINIMIZE THE BRUISING HERE.

WA:     OKAY.

SD:     HOMER I TALKED TO WENDI UM SHE'S GOT A COUPLE BRUISES ON HER FINGERS SHE DIDN'T
WANT TO GO OVER TO THE THE HOSPITAL. (UI) CAN YOU JUST TAKE A LOOK AT UM AND

HC:     SURE.

146

000011645

WA:     (UI) HERE.

HC:     LET ME SEE. YEP THAT'S BROKE AND THAT'S BROKE.

SD:     BOTH?

HC:     BROKE.

WA:     OH MY.

HC:     YEAH THIS IS PROBABLY A TOUGH FRACTURE. IT'S PROBABLY THE END OF IT BROKE.

WHENEVER THEY TURN BLACK AND BLUE LIKE THAT AROUND THE JOINT YOU GOT A REAL GOOD

POSSIBILITY OF HAVING A BREAK. THAT THERE IS CALLED SUBUNGAL HEMATOMA AND IF YOU HAVE A

LOT OF PAIN THERE...

WA:     IT IS HURTING A LOT.

HC:     THEY NEED TO PUT A LITTLE HOLE THERE TO RELIEVE THAT BLOOD AND I KID YOU NOT IT'S LIKE

INSTANT RELIEF WHEN THEY, WHEN THEY DO THAT.

WA:     YEAH.

SD:     SO SHE NEEDS TO GO TO THE DOCTOR.

HC:     SHE NEEDS TO GET AN X-RAY.

SD:     OKAY. TWENTY FORTY THREE TIME OF THE DRAW.

HC:     TWENTY FORTY THREE.

WA:     OH WOW.

147

000011646

SD:     YEAH

HC:     OKAY WHAT THE DR GONNA BE?

SD:     OKAY THE DR NUMBER 01797849.

HC:     AND YOUR LAST NAME?

WA:     ANDRIANO.

HC:     SPELL THAT?

WA:     A-N-D-R-I-A-N-O.

HC:     AND FIRST NAME IS?

WA:     WENDI WITH AN "I".

SD:     W, NO W-E-N-D-I.

HC:     W-E-N-D-I.

WA:     AH E.

HC:     AND YOUR DATE OF BIRTH?

WA:     8/26/70.

HC:     MINE'S THE 27TH. 8/26/70?

WA:     UM HUH.

SD:     I DON'T THINK YOU'RE QUITE THAT YOUNG HOMER.

148

000011647

HC:     NO, I JUST HIT THE BIG 41 THIS YEAR.

SD:     LET ME UM I'M GONNA GO, I'M GONNA GO LET SOMEBODY KNOW WE NEED TO TAKE HER OVER TO (UI).

HC:     OKAY.  AND LAST NAME DETECTIVE?

SD:     IS D AS IN DAVID –I-L-L-I-A-N.

HC:     FIRST INITIAL?

SD:     S.

HC:     AND NUMBER?

SD:     4689.

HC:     4-6-8-9 AND SUPERVISOR?

SD:     UM SMALLMAN, M. SMALLMAN.  S-M-A-L-L-M-A-N.

HC:     M. SMALLMAN?

SD:     UM HUH.

HC:     AND YOU KNOW HIS NUMBER?

SD:     3142.

HC:     3142?

SD:     UM HUH.

HC:     AND YOU ALSO WANT HEAD HAIR RIGHT?

149

000011648

SD:     PLEASE.

HC:     OKAY AND THIS IS GONNA BE A FAX WARRANT RIGHT?

SD:     I, ACTUALLY IT'S A SIGNED WARRANT.

HC:     YOU DIDN'T DO IT?  OH OKAY.

SD:     WE TOOK IT TO THE JUDGE.  WE DID IT (UI).

HC:     OKAY WHAT JUDGE?

SD:     LET ME UM FIND OUT.

HC:     OKAY.

SD:     HANG ON LET ME GO GET DAVE.

HC:     YEAH I'D BE VERY SURPRISED IF AH YOU DIDN'T HAVE ANY FRACTURES.

WA:     OH.

HC:     YEAH WHEN THEY TURN BLACK AND BLUE THAT IT'S ALMOST DEFNITE IT'S A FRACTURE.

WA:     OH MY GOD.  CAUSE I CAN MOVE IT.

HC:     YEAH.  DOESN'T MEAN IT'S NOT BROKEN.

WA:     NOT BROKEN.

HC:     THE ONLY BONE I EVER BROKE IN MY BODY WAS MY THUMB AND UH BROKE IT ON A FRIDAY AND I THOUGHT I JAMMED IT AND I JUST PULLED ON IT AND PULLED ON IT AND BY SUNDAY IT TURNED BLACK AND BLUE RIGHT AROUND THE JOINT AND I WENT AND HAD IT X-RAYED AND IT WAS BROKE.

150

000011649

WA:     OH NO.  WOW.  THEN WHAT'D THEY DO, NOTHING?

HC:     PUT A CAST ON IT.

WA:     OH.

HC:     DEPENDS ON WHERE THE BREAK IS UH UH WHAT THEIR GONNA DO TO IT.  ARE YOU CURRENT

ON YOUR TETNUS SHOT?

WA:     UM I THINK SO.

HC:     OKAY.  I SHOULDN'T HAVE TO GIVE YOU ONE OF THOSE THEN.

WA:     IS IT SEVEN YEARS?  IS THAT WHAT THE NUMBER?

HC:     TEN.

WA:     OH.

HC:     BUT USUALLY IT'S SIX YEARS AND SEVEN YEARS WHEN THEY LIKE TO GIVE ANOTHER ONE

DEPENDING ON WHAT TYPE OF AH INJURY IT IS.  OKAY I NEED TO TAKE SOME HAIR FROM THE FRONT

AND FROM THE BACK, FROM EACH SIDE.

WA:     OH, OKAY.

HC:     YEAH I NEED TO TAKE, I NEED, I NEED TO PULL IT OUT SO I NEED TO HAVE THE ROOT SO YOU

MIGHT FEEL A LITTLE TUG.

WA:     OKAY.  CAN'T BE ANY WORSE THAN COLORING IT.  WOW.

151

000011650

HC:      YEAH THE FIRST ONE OF THESE I DID I, I HAD A HARD TIME GETTING IT OUT AND THE GUY WAS

SPANISH AND I PUT MY TWEEZER'S DOWN AND WRAPPED IT AROUND MY FINGER AND PULLED IT.  HE

SAID OH I DON'T THIS AND (UI)....

WA:      WOW.

HC:      HE DIDN'T LIKE THAT YOU KNOW I COULD TELL.

WA:      HMM.

HC:      AND JUST LEAN YOUR HEAD OVER TO ONE SIDE.

WA:      (UI)

HC:      YEAH JUST LIKE THAT.

WA:      OW.  THERE'S A DIFFERENCE IN HOW YOUR, WHY YOUR HAIR GOES?

HC:      NO THEY, WE JUST TAKE FROM RANDOM SPOTS.

WA:      OH.

HC:      BETTER THAN ALL FROM ONE AREA.  IT USED TO BE WE'D TAKE ABOUT EIGHTY HAIRS.  WE

DON'T TAKE THAT MANY ANY MORE BUT WE STILL DO THE RANDOM SPOTS.

WA:      (UI) OH GOD.

HC:      THAT'S THE ONE THAT USUALLY HURTS THE MOST.  BACK OF THE NECK.

SD:      DID HE GET THE HAIRS?

WA:      UM HUH.

152

000011651

SD:   DIDN'T THAT HURT, OW?  HOMER, WHAT TIME DID YOU DO THAT?

HC:   I USED MY WATCH AND I PUT AH TWELVE FIFTY SEVEN.

SD:   OKAY AND WHERE DID YOU YANK THEM FROM?

HC:   FRONT, BACK AND EACH SIDE.

SD:   OKAY.

HC:   AND I HAVE THEM ALL IN THIS BAG SO THERE IT IS AND THAT'S ALL YOU NEED?

SD:   UM HUH.

HC:   OKAY.

SD:   WELL I'M SAD THAT HE LEFT.

HC:   (UI)

SD:   (UI)

HC:   YEAH I'D BE VERY SURPRISED IF SHE DIDN'T HAVE ANY (UI) BUT I THINK SHE'S GOT A COUPLE OF

THEM.  COUPLE OF FRACTURES.

SD:   OKAY.

HC:   THE ONE THAT'S MOST SERIOUS IS AT THE JOINT.

SD:   YOU MEAN RIGHT HERE?

HC:   YEAH HOPEFULLY IF IT'S NOT DISPLACED UH THEY'LL JUST SPLINT IT.  IF IT IS DISPLACED THEY

MIGHT HAVE TO PIN IT DEPENDING ON HOW BAD IT IS.

000011652

WA:     OH.

HC:     NEED SURGERY.  ALRIGHT.

SD:     OKAY.

HC:     SEE YOU LATER.

WA:     I DON'T THINK IT'S BROKE.

SD:     WELL I HOPE YOU'RE RIGHT GIRL.

WA:     WELL LOOK I MEAN IT'S JUST, I CAN MOVE IT ALL OF THE WAY.

SD:     UM HUH.

WA:     AND THIS ONE DOESN'T HURT.  IT'S THING THAT HURTS.

SD:     WELL AND WHAT HE, HE'S SAYING IS THAT YOUR HAVING ALL OF THAT PRESSURE AND THEY

JUST POKE IT.  I'VE HAD IT BEFORE.

WA:     I KNOW, I'VE HEARD ABOUT IT.

SD:     IT DOESN'T HURT.  IT REALLY DOESN'T HURT WHEN THEY POKE IT.

WA:     AND I HAVE TO GO TO THE HOSPITAL?  I REALLY DON'T TO.  I'M LIKE IT'S JUST SOME FINGERS

IT'S NOT.

SD:     WELL I DON'T KNOW, I DON'T KNOW

WA:     I KNOW.

SD:     I DON'T KNOW IF OUR JAIL WILL ACCEPT YOU.  I MEAN IT'S YOUR DECISION.

154

000011653

WA:     OH.

SD:     I MEAN IF WE PICK, EXCUSE ME I'M EATING A MINT.

WA:     NO IT'S OKAY.

SD:     IF WE TAKE YOU TO THE HOSPITAL AND YOU GET TO THE HOSPITAL AND YOU REFUSE MEDICAL

TREATMENT….

WA:     SURE.

SD:     AND IT'S NOT A LIFE THREATENING THING, WHICH THIS ISN'T..

WA:     NO.

SD:     THEY'LL SIGN A MEDICAL RELEASE AND SEND YOU ON TO THE JAIL.

WA:     OH.

SD:     BUT IT MIGHT NO T BE A BAD IDEA….

WA:     YOU THINK?

SD:     TO HAVE SOMEBODY TAKE A LOOK AT IT.

WA:     IS THAT YOU?

SD:     HANG ON JUST A SEC LET ME SEE WHAT….

DB:     WENDI.

WA:     YEAH.

DB:     I HAVE A COUPLE OF QUESTIONS, OKAY?

<div align="center">155</div>

000011654

WA:     OKAY.

DB:     YOU KNOW MY OTHER DETECTIVE THAT I WORK WITH, THEY'VE BEEN OUT THERE TRYING TO

GET EVERYTHING FIGURED OUT.

WA:     OKAY.

DB:     SOME OF THE THINGS YOU TELL, BEEN TELLING ME.  I KNOW YOUR FINGERS MESSED UP.

WA:     SHE JUST TOLD, WELL THAT GUY SAID THAT I, THEIR BROKE AND I'M LIKE AH.

DB:     LOOKS LIKE THEY MIGHT BE.

WA:     WOW.

DB:     I WON'T KEEP YOU VERY LONG.

WA:     NO THAT'S OKAY.

DB:     SOME OF THE THINGS YOU'VE BEEN TELLING AREN'T ADDING UP.

WA:     OKAY.

DB:     OKAY.  I KNOW THAT WHEN WE, WE TALKED TO YOUR FRIEND CHRIS WHO CAME OVER....

WA:     RIGHT.

DB:     AND CHRIS SAID THAT AH WHEN SHE CAME OVER THAT UH SHE SAW JOE ON THE GROUND ....

WA:     OKAY.

DB:     AND HE, HE WASN'T BLEEDING.

WA:     WELL HE WAS.  I HAD A TOWEL OVER HIM.

000011655

DB:     SHE SAID THERE WAS A LITTLE WASH CLOTH ON THE GROUND, THAT WAS IT.

WA:     I HAD TWO TOWELS.

DB:     HE'S GOT HUGE GASHES IN THE BACK OF HIS HEAD.

WA:     RIGHT.

DB:     SO SHE SHOULD'VE SEEN BLOOD.

WA:     YEAH.  WELL SEE WHEN I CAME BACK IN THE HOUSE FROM AFTER TELLING THE PARAMEDICS, IS WHEN HE GOT BACK UP....

DB:     UM HUH.

WA:     AND THAT'S WHEN I HIT HIM WITH THAT THING, ENOUGH TO BREAK THE BAR STOOL.

DB:     OKAY

WA:     OR WHATEVER IT'S CALLED.

DB:     WHY WAS HE DOWN THEN BEFORE?

WA:     CAUSE I HAD HIT HIM ONE TIME ON THE HEAD AND I'M LIKE STOP AND THAT'S WHEN HE, YOU KNOW TELL THEM TO GO AWAY, LET'S, I'M DONE AND THEN HE WASN'T DONE.

DB:     OKAY.

WA:     THAT'S WHY.  YOU KNOW.

DB:     OKAY.

157

000011656

WA:     SO THAT'S WHY I WENT OUT THERE AND AND DID WHAT HE ASKED ME TO DO.  CAME BACK

IN....

DB:     WHAT DO YOU MEAN DO?

WA:     TO SEND THE FIRE PEOPLE OR WHOEVER AWAY.

DB:     OKAY.  LISTEN, LET ME, LET ME TELL YOU SOMETHING OKAY?

WA:     OKAY.

DB:     CHRIS SAYS IT HAPPENED IN A DIFFERENT SEQUENCE...

WA:     OH.

DB:     OKAY.

WA:     OKAY.

DB:     AND SHE SAID THE AH HE WAS AH, HE WAS ASKING WHY FIRE WASN'T THERE.

WA:     OH, WELL.

DB:     NO, NO LET ME TALK SOME MORE AND UH SHE SAID THAT HE WAS ASKING THAT YOU THREW

HER OUT OF THE HOUSE BASICALLY, TOLD HER TO LEAVE.  SHE GOES OUT FRONT

WA:     CAUSE I DON'T WANT HER TO SEE THIS.

DB:     LET ME TALK OKAY?  AND THAT YOU ACTUALLY THROW OUT HER PURSE TO HER.  THAT'S HOW

MUCH IN A HURRY YOU WANTED HER OUT.

WA:     OKAY.

158

000011657

DB:     SHE SAYS THAT SHES OUT FRONT FOR ABOUT TEN MINUTES

WA:     UH HUH.

DB:     AND THAT AH WHEN YOU COME BACK OUT, ONCE FIRE'S THERE

WA:     RIGHT.

DB:     YOU'VE ALREADY SHOWERED AND CHANGED.

WA:     NO.

DB:     YEAH.

WA:     WOW.

DB:     WENDI LIS, LISTEN TO ME

WA:     I WILL.

DB:     OKAY LISTEN TO WHAT I HAVE TO SAY?

WA:     OKAY.

DB:     WE INVESTIGATE ALL KINDS OF THINGS THAT HAPPEN OKAY?

WA:     SURE.

DB:     I DON'T THINK IT HAPPENED QUITE THE WAY YOUR TELLING ME.

WA:     OKAY.

DB:     I THINK YOU REALLY, REALLY NEED TO BE HONEST WITH ME HERE.

159

000011658

WA:    OKAY.

DB:    YOUR GONNA GET YOURSELF IN A LOT OF TROUBLE IF CONTINUE TO LIE.  WHY DON'T YOU TELL ME THE TRUTH WHAT HAPPENED.

WA:    YEAH.  WELL THAT IS, THAT IS THE TRUTH.

DB:    THAT'S NOT THE TRUTH WENDI AND...

WA:    YEAH.

DB:    AND I THINK WE CAN PROVE THAT IT'S NOT THE TRUTH..

WA:    OKAY.

DB:    OKAY.  WE HAVE ONE, ONE OF OUR DETECTIVES WHOSE AN EXPERT IN BLOOD SPATTER.

WA:    OKAY.

DB:    AND HE'S TELLING ME IT'S NOT ADDING UP BY WHAT YOUR TELLING ME.

WA:    WELL I DON'T KNOW WHAT YOU WANT ME TO SAY ABOUT THAT.

DB:    I DON'T THINK IT HAPPENED QUITE THE WAY YOU TOLD ME IT DID.  YOU REALLY NEED TO BE HONEST WITH ME.  THIS IS WHAT I THINK...

WA:    OKAY.

DB:    THIS IS WHAT I THINK...

WA:    OKAY.

DB:    I THINK YOU WERE HAVING AN AFFAIR WITH SOMEBODY.

000011659

WA:     OH.

DB:     OKAY.

WA:     OKAY.

DB:     AND I THINK YOUR HUSBAND FOUND OUT ABOUT IT...

WA:     OKAY.

DB:     AND IT CREATED A BIG FIGHT...

WA:     OKAY.

DB:     ISN'T THAT THE TRUTH?

WA:     THAT IS NOT THE TRUTH.  (UI) I MEAN

DB:     THAT'S WHAT, THAT'S WHAT YOUR FRIEND SAID AND TELLING US.

WA:     WELL JOE HAD, MY HUSBAND, I HAD BEEN OUT WITH A COUPLE GUYS OR WHATEVER AND JOE

HASN'T FOUND OUT SO.

DB:     YOU'VE BEEN HAVING AN AFFAIR WITH SOME OTHER GUYS?

WA:     WELL AH I DON'T KNOW IF YOU WANT TO CALL IT AN AFFAIR.  I DON'T KNOW WHAT YOU WANT

TO CALL IT.

DB:     YOU'VE BEEN HAVING SEXUAL RELATIONSHIP WITH SOMEBODY?

WA:     I DID YES.

DB:     OKAY.

                                        161

000011660

WA:   I DID.

DB:   HE FOUND OUT OBVIOUSLY AND I KNOW THAT

WA:   HE, NO HE HADN'T FOUND OUT ABOUT IT.

DB:   THE REASON HE KNOWS THAT IS BECAUSE YOU TOLD CHRIS HE KNEW.

WA:   NO.

DB:   UM HUH, WHEN YOU CALLED HER TONIGHT YOU TOLD CHRIS HE KNEW.

WA:   NO, WELL I DIDN'T SAY THAT BUT...

DB:   OKAY AND WHAT I'M TRYING TO FIND OUT WENDI IS WHY THIS HAPPENED THE WAY IT DID?

WA:   OKAY.

DB:   CAUSE IT DIDN'T HAPPEN THE WAY YOU TOLD ME TONIGHT.

WA:   OKAY.

DB:   YOU NEED TO BE HONEST WITH ME.

WA:   YEAH.

DB:   ALL LYINGS GONNA DO IS DIG A BIGGER HOLE FOR YOU.

WA:   RIGHT.  RIGHT.

DB:   OKAY.

WA:   WELL BUT WHEN CHRIS CAME IN THERE, I REALLY DID HAVE THE TOWELS COVERING CAUSE I

DIDN'T WANT HER TO SEE WHAT HAD HAPPENED, OKAY.

162

000011661

DB:     HOW MANY TOWELS?

WA:     THERE WAS TWO.

DB:     HOW BIG WERE THEY?

WA:     THEY WERE, I DON'T KNOW LIKE UM, THERE WAS ONE THAT WAS LIKE AH DISH TOWEL SIZE

AND ONE THAT WAS LIKE A WASH CLOTH SIZE.

DB:     UM HUH.

WA:     SO.

DB:     YOU KNOW ALL OF THE STRIKES TO HIS HEAD...

WA:     YEAH.

DB:     SHE WOULD HAVE SEEN BLOOD ELSE WHERE IN THE HOUSE.

WA:     BUT SEE ALL THAT DIDN'T HAPPEN TIL AFTER SHE LEFT.  THAT'SWHAT I WAS, THAT'S WHAT I

WAS TRYING TO TELL YOU AND I CAME BACK IN THE HOUSE...

DB:     OKAY FROM, FROM A TEN MINUTE PERIOD

WA:     RIGHT.

DB:     YOU HAD CHANGED, YOU HAD SHOWERED.

WA:     NO I HADN'T.

DB:     I THINK

WA:     I REALLY HADN'T DONE THAT THOUGH.

163

000011662

DB:     NO, IT DID, IT DID.

WA:     NO.

DB:     I THINK YOU DID.

WA:     WELL IT'S A LIE.

DB:     OKAY THE PROBLEM IS IF YOUR GONNA CONTINUE TO LIE TO ME ...

WA:     RIGHT.

DB:     YOU I'LL, WERE GONNA BE ABLE TO PROVE WHAT OCCURRED.

WA:     OKAY.

DB:     YOU KNOW WHAT USUALLY HAPPENS IS WHEN THINGS LIKE THIS HAPPEN AT THE END OF IT

PEOPLE WANT TO SAY WELL I'M SORRY IT HAPPENED.  IT DOESN'T MEAN ANYTHING THEN.

WA:     RIGHT.

DB:     AND YOUR SORRY FOR WHAT HAPPENED.

WA:     RIGHT.

DB:     THIS IS THE TIME TO BE HONEST WITH ME AND TELL ME ABOUT WHAT HAPPENED.

WA:     RIGHT.

DB:     BECAUSE ANYBODY CAN GET UP IN FRONT OF PEOPLE LATER ON AND SAY YOU KNOW JUDGE,

JURY OR WHOEVER IT MIGHT BE, I'M SORRY FOR WHAT I DID.  IT DOESN'T MEAN ANYTHING THEN.

WA:     RIGHT.

164

000011663

DB:     IT MEANS SOMETHING NOW.

WA:     RIGHT.

DB:     YEAH YOUR NOT COMPLETELY HONEST WITH ME.

WA:     AH, I, WELL I, I WAS TELLING MY DAD THAT YOU GUYS WERE ASKING ME ALL OF THESE

QUESTIONS AND AND I'M REALLY, REALLY TRYING TO...

DB:     UM HUH.

WA:     REMEMBER BUT I HAVE THIS LIKE, I DON'T KNOW , I DON'T KNOW,  I KNOW, AH I MEAN I

KNOW.

DB:     WHO ARE THESE GUYS

WA:     WE WERE FIGHTING AND I'M YOU KNOW, I MEAN IT WAS THIS WHOLE CRAZY THING BUT I FEEL

LIKE UM YOU GUYS ARE ARRESTING ME AND IT'S MY FAULT AND IT'S NOT MY FAULT AND YOU KNOW

UM...

DB:     WENDI WHO ARE THESE GUYS YOU'RE HAVING AN AFFAIR WITH?

WA:     THEIR JUST SOME...

DB:     ARE THOSE THE TWO GUYS YOU TOLD ME.

WA:     NO ACTUALLY I DON'T EVEN (LAUGHS) SOME, ERIC IS MY FRIEND AND GOES OUT WITH ME AND

DOES WHATEVER.  SEAN DOES THE SAME THING AND UM THE ONE THAT I GOT, I DID HAVE AN AFFAIR

WITH, I HAVEN'T SEEN HIM IN A VERY LONG TIME UM WE, WE BROKE IT OFF WHEN JOE GOT YOU

KNOW, IT WAS JUST LIKE UM

165

000011664

DB:     I CAN

WA:     SO YOU KNOW WHAT I MEAN

DB:     I CAN UNDERSTAND

WA:     AH

DB:     I CAN UNDERSTAND THE POSITION YOUR IN.  YOU KNOW YOUR HUSBAND'S ILL.  BEEN ILL FOR A

LONG TIME AND I DON'T DOUBT YOU THAT IT'S CREATED A LOT OF PROBLEMS IN YOUR RELATIONSHIP.

WA:     IT HAS.

DB:     I DON'T DOUBT THAT A BIT.

WA:     RIGHT.

DB:     AND I CAN ONLY IMAGINE THE STRESS YOU GUYS WERE IN.

WA:     RIGHT.

DB:     OKAY BUT THINGS DIDN'T HAPPEN THE WAY YOU TOLD ME THEY DID.  THEY DIDN'T AND I'M

GONNA BE ABLE TO PROVE THAT AND AND THE ONLY THING THAT'S GONNA DO IS MAKE YOU LOOK

LIKE A LIAR.

WA:     RIGHT.

DB:     OKAY.

WA:     RIGHT.

DB:     DON'T MAKE YOURSELF LOOK LIKE A LIAR.

166

000011665

WA:     OKAY.

DB:     BE HONEST WITH ME.

WA:     SURE.

DB:     WHY, WHY IS IT THAT IT HAPPENED IN THAT TEN MINUTE FRAM, TIME FRAME WHEN CHRIS

WAS OUT FRONT AND WAITING FOR THE FIRE DEPARTMENT?

WA:     I HAD THE FRONT D, THAT'S WHAT I DON'T UNDERSTAND.

DB:     CHRIS, NO YOU LOCKED THE DOOR BEHIND YOU.

WA:     WHEN THE FIRE TRUCK GOT HERE, I DID.

DB:     CHRIS SAID WHEN YOU THREW HER OUT OF YOUR APARTMENT...

WA:     RIGHT, RIGHT.

DB:     BEFORE THE FIRE DEPARTMENT GOT THERE...

WA:     RIGHT BECAUSE JOE....

DB:     YOU LOCKED THE DOOR BEHIND YOU.

WA:     JOE WANTED ME TO LOCK THE DOOR.  HE DID, CAUSE HE HEARD UM.

DB:     JOE WANTED THE FIRE DEPARTMENT TO HELP HIM.

WA:     NO HE DIDN'T.

DB:     HE TOLD CHRIS HE DID.

167

000011666

WA:    I KNOW FOR AWHILE CAUSE THAT'S WHY I CALLED. I WAS LIKE WE GOTTA CALL, CALLED AND

THEN, THEN ALL OF THE SUDDEN HE'S LIKE NO I DON'T WANT TO.

DB:    WENDI DO YOU UNDERSTAND THAT ONCE EVERYTHING'S DONE AND SAID, IT DOESN'T MATTER

AT THAT POINT.

WA:    RIGHT.

DB:    IF YOUR SORRY. YOUR NOT TELLING ME THE TRUTH. YOUR NOT BEING HONEST WITH ME. I'VE

SAT HERE AND I'VE TALKED TO A LOT OF PEOPLE.

WA:    RIGHT.

DB:    WHO WERE IN, IN YOUR SHOES.

WA:    RIGHT.

DB:    IT DOESN'T ADD UP AND PHYS, PHYSICAL EVIDENCE WISE WERE GONNA BE ABLE TO PROVE IT

DOESN'T ADD UP.

WA:    RIGHT.

DB:    BE HONEST WITH ME. THIS IS YOUR ONLY CHANCE TO BE HONEST WITH ME. I THINK THAT, I

DON'T, I DON'T DOUBT THAT A FIGHT OCCURRED BETWEEN YOU AND JOE.

WA:    RIGHT.

168

000011667

DB:     OKAY BUT I, IT DIDN'T HAPPEN THE WAY YOU TOLD ME. I THINK IT HAPPENED RIGHT THERE

WHEN CHRIS WALKED OUT OF THE APARTMENT AND I THINK YOU WERE ANGRY. I THINK THAT JOE'S

BEEN (UI) HE'S, HE'S GONE THROUGH THIS A LOT, HE'S CREATING A LOT OF PROBLEMS FOR YA. YOUR

NOT LIVING THE LIFE YOU WANNA BE LIVING RIGHT NOW.

WA:     NO.

DB:     AND I UNDERSTAND THAT. I DO, IT'S TOUGH, WHEN SOMEBODY IN YOUR FAMILY IS ILL FOR A

LONG TIME BUT I THINK THAT'S WHAT HAPPENED DIDN'T IT?

WA:     NO.

DB:     AND I'M GONNA BE ABLE TO PROVE THAT IT HAPPENED THAT WAY....

WA:     RIGHT.

DB:     YOU NEED TO BE HONEST WITH ME ABOUT WHAT HAPPENED WHEN CHRIS WALKED OUT THE

DOOR.

WA:     RIGHT.

DB:     WHY DON'T YOU TELL ME ABOUT IT?

WA:     I'M, I'M SERIOUSLY GOING I ...

DB:     WE TALK TO PEOPLE WHO WERE IN TRAUMATIC SITUATIONS ALL OF THE TIME.

WA:     RIGHT.

DB:     YOU KNOW ....

WA:     WHY CAN'T I THINK THEN?

000011668

DB:     WELL IT'S, IT'S ABOUT YOU DON'T WANNA THINK.  THESE THINGS ARE HARD BUT YOU NEED TO

BE HONEST HERE.  YOU KNOW WHAT HAPPENED THERE.  I'M GONNA BE ABLE TO PROVE WHAT

HAPPENED.

WA:     OKAY.

DB:     YOU, YOU KNOW DON'T MAKE YOURSELF INTO A LIAR.

WA:     RIGHT.

DB:     YOU KNOW YOU'VE GOT YOUR KIDS TO WORRY ABOUT THERE...

WA:     I DO, I DO.

DB:     THINK ABOUT THEM.

WA:     I LOVE MY BABIES.

DB:     I'M SURE YOU DO.  I'M SURE YOU LOVE THEM A LOT BUT EVERYBODY NEEDS TO KNOW THE

TRUTH ABOUT WHAT HAPPENED AND WHAT YOU TOLD ME IS NOT THE TRUTH.  I KNOW IT'S NOT AND

I'M GOING TO BE ABLE TO PROVE IT'S NOT.

WA:     SURE.  UM

DB:     YOU NEED TO HELP US OUT HERE.  IF, IF THINGS WERE GOING SIDEWAYS ON YOU, FOR

WHATEVER REASON TELL US SO WE CAN...

WA:     WHAT DOES THAT MEAN?

DB:     IF THINGS GOT OUT OF HAND.

WA:     (UI)

170

000011669

DB:     I KNOW THINGS GOT OUT OF HAND BUT THINGS DIDN'T HAPPEN THE WAY YOU TOLD ME THEY

DID.  IN THE SEQUENCE YOU TOLD ME THERE'S NO WAY IT COULD'VE HAPPENED.  YOU KNOW MAYBE

HE HAS BEEN ABUSIVE TO YOU FOR A LONG TIME, I DON'T KNOW.  YOU KNOW I, I, I DON'T KNOW.  I'M

NOT CALLING YOU A LIAR.

WA:     NO I KNOW YOUR NOT.

DB:     OKAY.  I YOU KNOW THERE'S NO RIGHT FOR HIM TO ACT THAT WAY TOWARDS YOU AND TREAT

YOU LIKE THAT BUT YOU NEED TO BE HONEST WITH US HERE.

WA:     RIGHT.

DB:     WHY DID THIS HAPPEN?  ISN'T THAT WHY THE FIGHT HAPPENED BECAUSE HE THINKS YOUR

OUT MESSING AROUND?

WA:     NO AC, WELL HE IT'S ALWAYS ABOUT EVERYTHING I DO.  I MEAN IT'S EVERYTHING THAT I DO.  IT

DOESN'T MATTER WHAT IT IS.

DB:     OKAY.  TONIGHT WHAT HAPPENED ONCE CHRIS WENT OUTSIDE?

WA:     I KNOW I LOCKED THE DOOR AND I KNOW I WENT TO JOE AND I SAID THE FIRE DEPARTMENTS

HERE.  DO YOU WANT THEM TO SEE THIS?  YOU KNOW AND I'M LIKE YOU HAVE TO LISTEN TO ME, DO

YOU WANT THEM TO SEE THIS AND HE DIDN'T WANT THEM TO SEE THAT.  I MEAN AS, AS GOD AS MY

WITNESS HE DID NOT WANT THEM TO SEE THAT.

DB:     WHY, WHY DID YOU HIT HIM AT THAT POINT?

171

000011670

WA:     THEN HE STARTS GETTING MAD AT ME, OKAY. SO NOW I'M JUST, I'M, I'M BEING ABSOLUTELY

HONEST. SO I SAT THERE WITH HIM FOR AWHILE AND WE SAT THERE AND SAT THERE AND THAT'S

WHEN IT JUST, I DON'T KNOW IF HE STARTED FEELING BETTER, I DON'T KNOW WHAT HAPPENED AND

THAT'S, I MEAN, HE, HE YOU, YOU DON'T UNDERSTAND THAT'S WHEN HE GRABS ME AND I HAD TO,

WHEN HE GRABBED ME I HAD TO GO WASH MY HAND, MY HAIR. I HAD TOO. SO AND I'M GOING

WHAT THE HELL DO I DO, WHAT DO I DO. I DON'T KNOW WHAT TO DO. YOU KNOW HOW CRAZY YOU

ARE WHEN YOUR, I MEAN YOUR IN THAT SITUATION. SO I GO TO GO OUT THE BACK DOOR TO TELL

THEM TO LEAVE AND I HAVE BLOOD ON MY GLASSES AND I HAVE BLOOD RIGHT HERE AND I'M LIKE

SHIT. SO THAT'S WHEN I DUNKED MY, I DUNKED MY HEAD RIGHT IN THE SINK, IN THE BATHROOM SINK

AND RAN OUT THE DOOR.

DB:     BUT YOU CHANGED YOUR CLOTHES ALSO.

WA:     ACTUALLY I HAD ONLY HAD CHANGED MY UM UM SHORTS. I KNOW THAT I CHANGED MY

SHORTS.

DB:     OKAY.

WA:     CAUSE, I, I KNOW I HAD SOME LIKE UM

DB:     BUT HE, HE WAS DEAD RIGHT?

WA:     NO, NO.

DB:     YEAH HE WAS.

WA:     OH NO HE WASN'T. HE REALLY WASN'T.

DB:     WELL MORBID HAD OCCURRED THEN.

172

000011671

WA:     WELL HE REALLY WASN'T.

DB:     OKAY WELL MORBID OCCURRED...

WA:     WHAT DOES THAT MEAN?

DB:     WELL

WA:     HOW DID HE FOLLOW ME INTO THE KITCHEN?

DB:     OKAY LISTEN TO ME, LISTEN TO WHAT I'M SAYING.

WA:     YOU KNOW WHAT I MEAN.

DB:     BETWEEN THE TIME CHRIS WALKED OUT

WA:     OKAY.

DB:     EVEN THE TIME THE FIRE DEPARTMENT THERE..

WA:     NO.

DB:     IS WHEN HE DIED.

WA:     NO HE DIDN'T THOUGH.

DB:     OKAY I THINK HE DID AND I THINK I'M GONNA BE ABLE TO PROVE IT.

WA:     WELL HE REALLY DIDN'T BECAUSE....

DB:     HOW WOULD HE GRAB YOU AND GET BLOOD IN YOUR HAIR?

WA:     HE DID.

173

000011672

DB:     HOW?

WA:     WITH HIS HANDS. HE WAS UNDERNEATH THE BLANKET WHEN CHRIS WENT IN THERE SO SHE

DIDN'T SEE HIS HANDS. WHEN HE GOES TO GRAB MY HAIR THAT'S HOW I GET BLOOD ON ME AND I'M

LIKE, I, I GO TO WALK OUTSIDE, I CAN'T WALK OUTSIDE LIKE THAT. WHAT DO I DO. I'M STILL TRYING TO

MAKE IT BETTER. YOU KNOW I DON'T KNOW WHAT TO DO BUT HE, I, HE WASN'T DEAD WHEN I

WALKED BACK IN THE APARTMENT. HE REALLY WASN'T. I DON'T WHAT TO, I MEAN.

DB:     WENDI.

WA:     WHAT'S UP.

DB:     THE INJURIES TO YOUR NECK....

WA:     UM HUH.

DB:     THEY'RE NOT CONSISTENT WITH WHAT YOU TOLD ME.

WA:     WELL THAT'S WHAT HAPPENED. HE WRAPPED THAT CELL PHONE CORD AROUND ME.

DB:     THE PROBLEM I HAVE WITH THAT IS HOW CAN YOU CUT A CORD OFF YOUR NECK WITHOUT

CUTTING YOURSELF?

WA:     CAUSE I HAD IT, I HAD IT ON MY HANDS. I WAS HOLDING IT TRYING TO GET HIM OFF. WELL I

DON'T UNDERSTAND.

DB:     WHAT, WHAT I'M SAYING WENDI, IS THINGS DIDN'T HAPPEN THE WAY YOU SAID. I DON'T

DOUBT YOU GUYS WERE IN A FIGHT.

WA:     YEAH.

174

000011673

DB:     I DON'T DOUBT THAT AT ALL.

WA:     YEAH.

DB:     AND I DON'T AND IF YOU TELL ME THAT HE WAS COMING AFTER YOU, I, YOU KNOW I DON'T

HAVE ANY REASON NOT TO BELIEVE YOU.

WA:     RIGHT.

DB:     BUT IT DID NOT HAPPEN THE WAY YOU TOLD ME IT DID AND I'M GOING TO BE ABLE TO PROVE

IT. I DON'T THINK, I THINK HE WAS, HE DIED WHILE YOU WERE WAITING FOR THE FIRE DEPARTMENT.

WA:     MMM.

DB:     OKAY.  WITH THE AMOUNT OF BLOOD HE HAD ON THE BACK OF HIS HEAD CHRIS WOULD HAVE

SEEN IT.

WA:     UH HUH.

DB:     YEAH AND THE AMOUNT

WA:     WELL I'M, I'M...

DB:     AND...

WA:     JUST TELLING YOU, CAUSE I KNOW WHEN I WAS CALLING MY FATHER HE WAS NOT DEAD,

CAUSE HE WAS MOVING AROUND IN THE LIVING ROOM.

DB:     YEP.  WELL

WA:     I MEAN AH...

175

000011674

DB:     HE MAY NOT HAVE BEEN DEAD AT THAT POINT, WHAT I'M SAYING IS THE INJURIES THAT

OCCURRED TO HIM, HIM GETTING STRUCK REPEATEDLY IN THE HEAD WITH THE BARSTOOL ...

WA:     RIGHT.

DB:     AND HIM GETTING STABBED, OCCURRED BETWEEN THE TIME CHRIS WALKED OUT THE DOOR

AND THE TIME THE FIRE DEPARTMENT GOT THERE.

WA:     NO, IT DIDN'T.

DB:     YEAH I THINK IT DID. I DON'T THINK YOU HAD A REASON TO CHANGE OTHERWISE. I DON'T

THINK YOU HAD A REASON TO WASH OUT YOUR HAIR....

WA:     WHY?

DB:     CLEAN YOUR GLASSES OTHERWISE. I THINK THAT WHEN HE, WHEN HE GOT CUT ON THE NECK...

WA:     RIGHT.

DB:     THE BLOOD SPRAYED ON YOU....

WA:     IT DID.

DB:     LIKE YOU SAID.

WA:     IT DID.

DB:     AND THAT'S WHY YOU WASHED YOUR HAIR AND THAT'S WHY YOU CHANGED YOUR CLOTHES

AND YOU, YOU WENT OUT AND TOLD THE FIRE DEPARTMENT.

WA:     OH, UM.

000011675

DB:     OKAY.  YEAH.

WA:     THAT'S NOT WHAT HAPPENED.

DB:     YOU HAVEN'T TOLD ME THE TRUTH WENDI.

WA:     NO I WANNA TELL, I'M YOU KNOW I CAME BACK INSIDE OF THE HOUSE THE MAN WAS NOT

DEAD HE WAS STILL VERY UPSET AT ME.  I DON'T KNOW HOW TO, I DON'T, I DON'T DISPROVE IT TO YOU

AND TO TELL YOU THAT I'M NOT TELLING YOU A LIE.

DB:     UM HUH.

WA:     SO YEAH I WAS VERY PANICKY AND LIKE I TOLD THEN I HIT REPEATEDLY.  I MEAN I WAS LIKE

FREAKING OUT.

DB:     WHAT DID HE DO, WHAT DID HE DO TO GET YOU TO HIT HIM?

WA:     WHAT'S THAT?

DB:     WHAT DID HE DO TO GET YOU TO HIT HIM REPEATEDLY?

WA:     HE WAS AFTER ME WITH THE CELL PHONE CORD AGAIN.  I'M LIKE YOU KNOW WHAT THIS

RIDICULOUS.

DB:     OKAY AND THAT'S WHEN YOU HIT HIM WITH THE BAR STOOL?

WA:     YEAH AND HE WENT DOWN ON ALL FOURS AND THEN I HIT HIM AGAIN AND I DON'T KNOW

HOW MANY TIMES I HIT HIM.

DB:     OKAY.

WA:     I MEAN.

177

000011676

DB:     THE BAR STOOL BROKE.

WA:     RIGHT.

DB:     OKAY AND THEN WHAT HAPPENED?

WA:     HUH, SO THEN HE GETS UP, HE'S IN THE LIVING ROOM.  I CAN'T EVEN THINK RIGHT NOW.  YOU

HAVE ME JUST LIKE ALL FREAKED OUT.  I CAN'T BELIEVE CHRIS IS SAYING THAT.  WHAT DO I DO HERE?

DB:     YOU BE HONEST.  THAT'S WHAT YOU NEED TO DO CAUSE I'M GONNA BE ABLE TO PROVE WHAT

HAPPENED THERE AND YOU HAVEN'T BEEN HONEST WITH US.  DON'T MAKE THIS MAKE YOU INTO A

LIAR.

WA:     RIGHT.

DB:     AND THAT'S WHAT YOUR DOING, PUTTING US IN THAT POSITION WHERE YOUR MAKING US

PUTTING, MAKING YOU OUT TO BE A LIAR, OKAY.  IT'S BETTER TO GET THE TRUTH OUT THERE AND GET

THINGS EXPLAINED FOR WHAT THEY ARE AND YOU DEAL WITH IT.  WENDI YOU NEED TO BE HONEST

WITH US THAT'S ALL THERE IS TO IT.

WA:     RIGHT.

DB:     YOU KNOW, YOU HIT HIM REPEATEDLY IN THE HEAD WITH THE BAR STOOL...

WA:     BAR STOOL.

DB:     AND THEN HE GOT CUT ON THE NECK BUT IT DIDN'T HAPPEN WHEN YOU TOLD ME IT DID.  I

KNOW THAT BECAUSE OF HOW THE BLOOD LOOKED WHEN THE OFFICERS GOT THERE.  HE'D BEEN

DOWN FOR A LONG TIME.

178

000011677

WA:     I KNOW IT COULD'VE BEEN AN HOUR.

DB:     IT WAS MORE THAN AN HOUR I'M SURE.

WA:     NO.  I DON'T,  I HAVE NO CONCEPT OF TIME RIGHT NOW.

DB:     WHY DON'T YOU BE HONEST WITH ME AND TELL ME WHAT REALLY HAPPENED?  LET'S EXPLAIN

THIS NOW....

WA:     OKAY.

DB:     BECAUSE....

WA:     SORRY, I CAN'T, I CAN'T EVEN....

DB:     YOU NEED TO EXPLAIN THINGS TO US NOW CAUSE LATER ON YOU CAN'T.  LATER ON THERE

WILL BE NO REASON TO BELIEVE YOU.

WA:     SURE.

DB:     YOU KNOW WHAT I'M SAYING?

WA:     SURE.

DB:     I'M GONNA BE ABLE TO PROVE THAT....

WA:     WELL

DB:     WHEN CHRIS CAME OUT....

WA:     WHEN CHRIS CAME OUT AND I LOCKED THE DOOR HE WAS NOT DEAD, OKAY.

DB:     OKAY.

179

000011678

WA:     I, I DON'T KNOW WHY YOU KEEP SAYING THAT TO ME CAUSE....

DB:     OKAY CAUSE I THINK

WA:     I KNOW THAT

DB:     BETWEEN THE TIME, BETWEEN THE TIME CHRIS WENT OUT THE DOOR AND THE TIME THAT THE

FIRE DEPARTMENT ARRIVED....

WA:     UM HUH.

DB:     IS WHEN YOU HIT HIM IN THE HEAD WITH THE CHAIR.

WA:     OH THAT'S NOT TRUE.

DB:     YEAH IT IS.

WA:     CAUSE I KNOW ....

DB:     THEN YOU HAVE NO REASON TO CHANGE.

WA:     WELL, I KNOW BUT, BUT THIS IS THE HONEST TO GOD TRUTH, WHEN I CAME BACK INTO THE

APARTMENT IS WHEN I HIT HIM WITH THE CHAIR.

DB:     FROM FIRE, SENDING THE FIRE DEPARTMENT?

WA:     FROM SENDING THE FIRE DEPARTMENT, WHEN I CAME BACK IN IS WHEN I HIT HIM THE

SECOND TIME WITH THE CHAIR.

DB:     (UI)

WA:     NO (UI)

                                        180

000011679

DB:     WHY'D, WHY'D YOU HIT HIM?

WA:     NO CAUSE HE WAS GETTING UP. I MEAN HE WAS GONNA. I DON'T KNOW IF YOU

UNDERSTAND.

DB:     WHAT I UNDERSTAND WENDI IS....

WA:     THE ANGER THAT HE HAD TOWARDS ME RIGHT THEN.

DB:     I UNDERSTAND THAT BUT I ALSO THINK THERE WAS A LOT OF ANGER ON YOUR PART TOO.

WA:     I WAS VERY ANGRY CAUSE HE JUST KEPT ON AND WOULDN'T STOP.

DB:     OKAY. I'VE GOT NO DOUBT HE WAS VERBALLY ABUSIVE TO YOU.

WA:     HE WAS VERY PHYSICALLY ABUSIVE TO ME TOO.

DB:     BUT AT THAT TIME I THINK HE'S ALREADY ON THE GROUND WHEN YOU TOOK THE, YOU HIT

HIM WITH THE CHAIR, ISN'T THAT TRUE?  HE'S STILL ON THE GROUND, YOU START HITTING HIM WITH

THE CHAIR AND THAT'S WHAT THE BLOOD SPATTER SHOWS US?

WA:     NO CAUSE, HE, HE WAS UP ON ALL FOURS GETTING UP TO GET ME.

DB:     HE WAS ON ALL FOURS WHY DID YOU HIT HIM?

WA:     CAUSE I DIDN'T WANT HIM TO GET UP AND GET ME.  YOU DON'T UNDERSTAND.  HE WAS

GONNA KILL ME....

DB:     I UNDERSTAND...

WA:     THAT'S ALL HE WAS YELLING AT ME IS THAT HE COULD KILL ME.

181

000011680

DB:     WHY DIDN'T YOU LEAVE? WHY DIDN'T YOU LEAVE WHEN THE FIRE DEPARTMENT WAS THERE? WHY DIDN'T YOU ASK THEM FOR HELP?

WA:     CAUSE I DON'T, I THOUGHT IT WOULD STOP. I THOUGHT HE WOULD STOP. THAT'S WHY, I ALWAYS THINK HE'LL STOP.

DB:     THEN IF YOU BELIEVED HE STOPPED, WHY DID YOU HAVE TO START HITTING HIM WITH THE CHAIR ONCE HE WAS ON ALL FOURS?

WA:     CAUSE HE WAS STILL GETTING UP. YOU DON'T, HE WAS STILL YELLING AND GETTING UP ON ALL FOURS TO GET ME.

DB:     BUT BY WHAT CHRIS SAYS HE COULD BARELY MOVE AT THAT POINT.

WA:     OH NO. WELL I DON'T KNOW WHAT, WHAT, YOU KNOW I DON'T KNOW BUT I'M JUST, I'M TELLING YOU WHEN I CAME BACK IN FROM TALKING TO THE FIRE DEPARTMENT HE WAS GONNA GET ME. HE WAS PISSED, OKAY. HE WAS JUST IN A RAGE THAT JUST WOULDN'T EVEN, I DON'T...

DB:     WHY DID YOU THROW CHRIS OUT?

WA:     CAUSE I DIDN'T WANT HER TO SEE THE MESS. I'M LIKE YOU KNOW WHAT I WORK WITH HER AND I DON'T, I DON'T, HERE I'M HER BOSS AND I, I CAN'T HAVE HER, YOU KNOW WHAT I MEAN. THAT WAS JUST, IT'S JUST TOO MUCH INTO MY PERSONAL LIFE. AFTER HIDING IT FOR SO MUCH TIME HOW DO YOU LET SOMEBODY SEE YOU, YOU KNOW WHAT I MEAN, I'M LIKE OH I, I CAN'T. THAT'S WHY I SAID JUST GO AWAY. I KNOW FIRST IMPULSE WAS TO CALL HER CAUSE I WANTED SOMEBODY TO HELP ME...

DB:     WENDI

WA:     AND THEN I HAD TO SEND HER, I'M LIKE GO AWAY. IT'S NOT GONNA

182

000011681

DB:    ONCE YOU HIT HIM WITH THAT CHAIR

WA:    YEAH.

DB:    I DON'T THINK HE'D OF BEEN ABLE TO GET BACK UP TO GET AFTER YOU.

WA:    OH YEAH.

DB:    WHEN A MAN IN HIS CONDITION, WHOSE GOING THROUGH CHEMO, HE CAN'T EVEN GET UP TO

GET INTO A CAR WHEN CHRIS WAS THERE.

WA:    RIGHT.

DB:    THEN YOU HIT HIM AGAIN A COUPLE TIMES WITH THE CHAIR.

WA:    SEE AND I, WELL  I

DB:    HOLD UP, LET ME FINISH

WA:    OKAY GO AHEAD.

DB:    HE WANTED, HE CAN'T EVEN GET UP WITH YOU AND CHRIS COAXING HIM TO GET UP

WA:    RIGHT.

DB:    TO GO GET IN THE CAR

WA:    RIGHT.

DB:    TEN MINUTES LATER YOU HIT HIM A COUPLE IN THE HEAD WITH THE CHAIR

WA:    RIGHT.

DB:    SPLITTING HIS HEAD WIDE OPEN.  I DON'T THJINK HE COULD'VE GOTTEN UP.

183

000011682

WA:   HE WAS.  YOU SHOULD OF, I WISH...

DB:   I THINK...

WA:   I WISH THERE WAS A VIDEO.

DB:   I THINK THAT YOU HIT HIM A COUPLE OF TIMES AND WHETHER HE WAS STILL SCREAMING AT

YOU OR WHAT....

WA:   UM HUH

DB:   BUT I DON'T THINK HE EVER PUT THE CORD AROUND YOUR NECK.

WA:   HE DID.

DB:   OKAY.  YOUR, YOUR INJURIES

WA:   (UA)

DB:   YOUR INJURIES

WA:   HE DID.

DB:   YOUR INJURIES DON'T MATCH THAT.

WA:   OKAY WELL.

DB:   AT ALL.  YOU KNOW WHAT THEY MATCH?

WA:   NO.

DB:   THEY MATCH YOU SCRATCHING YOUR OWN NECK.

184

000011683

WA:     NO I DIDN'T SCRATCH MY OWN NECK. HE PUT THE CORD AROUND, WELL MAYBE HE, YOU

KNOW I DON'T KNOW HOLDING ONTO THE CORD IT PROBABLY WOULD HAVE, I DON'T KNOW. WHEN, I

DON'T, WHEN YOUR

DB:     THAT'S THE CORD YOUR ABLE TO PULL FORWARD.

WA:     RIGHT (UI)

DB:     IT DOESN'T MAKE SENSE TO ME. THE SCENE DOESN'T MAKE SENSE. DOESN'T MAKE SENSE TO

ME, DOESN'T MAKE SENSE TO MY PARTNER, DOESN'T MAKE SENSE TO CHRIS. THERE'S NO REASON

WHY YOU'D HAVE TO GO OUT AND CHANGE YOUR CLOTHES, COME BACK OUT ONCE FIRE IS THERE

WITH YOUR HAIR WET AND EVERYTHING ELSE UNLESS THAT STUFF OCCURRED WHILE CHRIS WAS

OUTSIDE IN BETWEEN THE FIRE, THERE'S NO REASON WHATSOEVER.

WA:     RIGHT.

DB:     OKAY.

WA:     WELL WHEN I WAS BENDING OVER THAT'S WHEN HJE GOT BLOOD ON ME AND THAT IS WHY I

WENT AND DUNKED MY HEAD IN THE SINK, PUT CLOTHES ON, WENT OUTSIDE.

DB:     I THINK HE WAS ALREADY DEAD.

WA:     NO.

DB:     I THINK HE'D ALREADY BEEN HIT OVER THE HEAD, I THINK HE'D BEEN STABBED BY A, MAYBE

NOT STABBED BUT HE'D BEEN HIT OVER THE HEAD A COUPLE MORE TIMES BY THEN.

WA:     NO. (UI) I DID THAT WHEN I GOT BACK. I MEAN I DON'T, HONESTLY I MEAN I JUST....

185

000011684

DB:    OKAY WELL I'M, I'M TRYING TO GIVE YOU YOUR CHANCE TO EXPLAIN WHAT HAPPENED

WA:    RIGHT

DB:    AND YOUR CONTINUED TO LIE TO ME ABOUT WHAT HAPPENED.

WA:    NO CAUSE IT WAS WHEN I GOT BACK IN WHEN HE WAS STILL GETTING UP, YELLING AT ME THAT

I HIT HIM OVER THE HEAD AND I KNOW I HIT HIM MORE THAT I SHOULD HAVE. I MEAN I KNOW I DID

BUT I WAS LIKE FREAKED OUT. I DON'T, I DON'T, I DON'T KNOW HOW TO EXPLAIN IT.

DB:    WELL I THINK, I DON'T THINK, I DON'T THINK HE COULD'VE GOTTEN UP AFTER YOU HIT HIM

REPEATEDLY IN THE HEAD.

WA:    HE WAS TRYING LET ME TELL YOU.

DB:    HE WAS, WAS HE TRYING TO GET UP WHEN YOU STABBED HIM?

WA:    YEAH. YES HE WAS THAT'S THE ONLY REASON. I WAS LIKE OH MY GOD HE IS STILL GONNA GET

AND AFTER ALL OF THAT THEN I'M, I AM, I DON'T KNOW...

DB:    IS THAT WHEN YOU TOOK THE KNIFE?

WA:    I'M LIKE SOMETHING, SOMETHING. NO WE HAD THE KNIFE FROM BEFORE.

DB:    WHAT DO YOU MEAN BEFORE?

WA:    WHEN WE WERE ARGUING.

DB:    OKAY WHEN DID YOU PULL OUT THE KNIFE WHEN YOU WERE ARGUING?

WA:    THAT WOULD'VE BEFORE CHRIS WAS EVEN THERE CAUSE IT (UI) LIVING ROOM.

DB:    WHAT HAPPENED? WHERE WAS IT IN THE LIVING ROOM?

186

000011685

WA:     UM IT HAD BEEN SITTING BEHIND THE LAZY BOY CHAIR OR ON THE COUCH, I DON'T
REMEMBER.

DB:     OKAY, YOU'VE HIT HIM ON....

WA:     BECAUSE HE THREATENS AND IT'S JUST A, AND I GRABBED A KNIFE AND I TOLD HIM IF YOU
COME NEAR ME I'M GONNA GET YOU AND THEN I,  AND THEN I YOU KNOW I WASN'T SERIOUS.  I'M
SO...

DB:     HE'S STILL ON THE GROUND THOUGH....

WA:     RIGHT.

DB:     WHEN HE GETS HIS NECK CUT.

WA:     WHAT'S THAT?

DB:     WHEN, WHEN HE GETS THE CUT ON HIS NECK HE IS STILL ON THE GROUND?

WA:      HE WAS SITTING UP AND THEN FELL FORWARD, YES.  YEAH

DB:     WHERE ARE YOU AT THAT POINT?

WA:     I AM SITTING RIGHT WITH HIM.  WE WERE BOTH ON THE GROUND.  SO THAT UM

DB:     DID YOU, WHEN DID YOU GET THE KNIFE BACK FROM THE LIVING ROOM, WHEREVER IT WAS IN
THE LIVING ROOM?

WA:     WHEN HE WAS STILL YELLING AT ME.

DB:     OKAY, WHY DID YOU CUT HIM AT THAT POINT?

187

000011686

WA:    CAUSE HE WOULD, HE WOULDN'T, I MEAN HE, IT, IT IS LIKE, I FELT LIKE I WAS WATCHING A

ZOMBIE STILL TRYING TO GET ME, THAT IS WHY BECAUSE THEN I JUST THAT WAS THE CLOSEST THING

TO GRAB BECAUSE I AM STILL GOING. I DON'T KNOW IF, HAVE YOU EVER BEEN IN FEAR AND YOU CAN'T

MOVE, YOUR JUST LIKE AND I'M LIKE CAN'T BELIEVE ALL OF THIS IS HAPPENING AND THAT'S WHEN I

PICKED UP THE KNIFE.

DB:    OKAY AND WHAT...

WA:    AND THAT IS (UI)

DB:    YOUR SITTING DOWN?

WA:    YEAH WE ARE BOTH. HE HAS ME PINNED DOWN, WERE BOTH AND HE STARTS TO STAND UP,

THAT'S WHEN I'M HOLDING THE KNIFE, HE'S STANDING UP, I'M STANDING AND THEN HE JUST FALLS

FLAT ON HIS FACE AND THAT'S WHEN I MEAN BLOOD JUST WENT LIKE EVERYWHERE.

DB:    WHAT HAND DID YOU HAVE THE KNIFE IN?

WA:    I WOULD'VE HAD IT IN MY LEFT HAND. CAUSE IF I REACHED OUT TO GRAB IT. I'M PRETTY SURE.

DB:    HOW MANY TIMES DID YOU STAB HIM?

WA:    I DID, THAT I DID NOT, I MEAN THAT WAS IT, THEN WHEN THAT BLOOD SQUIRTED EVERYWHERE

THAT'S WHEN I WENT. I MEAN

DB:    SO ONE TIME?

WA:    YEAH. I DID NOT, I MEAN HE JUST AND IT WAS LIKE HE FELL FORWARD ON IT. I MEAN IT WAS

JUST A WEIRD...

188

000011687

DB:     FELL FORWARD ON WHAT?

WA:     ON THE KNIFE. CAUSE YOU KNOW HOW, WHEN YOUR HOLDING IT, I DON'T KNOW YOU CAN

CHECK THAT OUT, I MEAN YOU SHOULD BE ABLE TO TELL AND JUST THE WAY HE FELL, I DON'T KNOW.

HE JUST FELL FORWARD AND BLOOD JUST WENT EVERYWHERE AND I DON'T, I JUST KNOW I HAD

BLOOD ALL OVER MY GLASSES AND ALL OVER EVERYWHERE.

DB:     AND THEN YOU WASHED UP (UI) FIRE DEPARTMEN?

WA:     OH NO NO NO, THIS IS AFTER THE FIRE DEPARTMENT HAD LEFT. I WENT TO THE BATHROOM

AND THAT'S WHEN I DROPPED MY GLASSES IN THERE AND I, I'M CLEANING UP AGAIN AND MY HAIR

HAD BEEN WET, PROBABLY ALL NIGHT LONG UM AND I TRIED TO CALL MY DAD CAUSE I'M LIKE WHAT

DO I DO. I DIDN'T MEAN TO, I DIDN'T MEAN TO STAB HIM. I MEAN YES I HIT HIM OVER THE BACK OF

THE HEAD BECAUSE I WANTED HIM TO STOP AND HE WOULDN'T STOP.

DB:     WHEN DID YOU CUT THE A CORD?

WA:     THAT WAS EARLIER IN THE NIGHT.

DB:     IT WASN'T WHEN, THAT HE GOT STABBED?

WA:     NO.

DB:     OKAY.

WA:     NO I DIDN'T, I DIDN'T TOUCH HIM, I DIDN'T TOUCH ANYTHING UNTIL AFTER THE PARAMEDIC

TOLD ME TO ROLL HIM.

DB:     WENDI WHEN DID YOU PUT THE, PUT THE BELT IN THERE?

189

000011688

WA:   BELT IN WHERE?

DB:   AROUND HIS BODY.

WA:   I DIDN'T PUT A BELT AROUND HIS BODY.

DB:   YOU TOLD ME HE CHOKED YOU EARLIER WITH A BELT?

WA:   UM HUH.  THAT'S WHAT WE'D BEEN FIGHTING WITH EARLIER BECAU AND THE LADY ASKED ME

WELL WHY, WHOSE BELT WAS IT AND I...

DB:   WHAT LADY?

WA:   YOUR, YOUR PARTNER, I'M SORRY I DON'T KNOW HER NAME.

DB:   LISTEN

WA:   OKAY

DB:   THE BELT IS THROWN THERE ON TOP OF THE KNIFE.  YOU KNOW WHAT, YOU KNOW WHAT

THAT IS CALLED?

WA:   NO, NO.

DB:   IT'S CALLED STAGING A SCENE.

WA:   WELL I DIDN'T DO THAT AT ALL BECAUSE ONCE HE FELL ON THE KNIFE I LIKE LEFT AND WENT

AWAY. I, I COULDN'T EVEN, I PEEKED AT HIM FROM A LITTLE WAYS AWAY AND THEN WHEN I CALLED

911 AND THEY SAID WELL YOU HAVE TO ROLL HIM OVER.

DB:   DOES HE HAVE ANY STAB WOUNDS ANYWHERE ELSE ON HIS BODY?

190

000011689

WA:    NOT THAT I'M...

DB:    JUST ON THE NECK?

WA:    I MEAN NOT FROM ME, NO.

DB:    WHY DIDN'T YOU TRY TO HELP HIM AFTER HE WAS CUT ON THE NECK?

WA:    CAUSE BLOOD WENT EVERYWHERE. I MEAN IT WAS JUST LIKE GROSS.

DB:    WHY DIDN'T YOU TRY AND HELP HIM?

WA:    I COULDN'T IT WAS JUST EVERYWHERE. I FREAKED OUT, I COULDN'T SEE, I GOT, I HAD BLOOD ALL OVER ME.

DB:    DID YOU WANT HIM TO DIE, WENDI?

WA:    NO I DON'T WANT HIM TO DIE. HE WAS GONNA DIE ANYWAY, WHY WOULD I WANT HIM TO DIE.

DB:    BECAUSE OF THE ABUSE YOU WERE UNDER?

WA:    NO. I WOULD NEVER WANT HIM TO DIE. THAT'S WHY I WOULD NEVER LEAVE HIM. I, YOU KNOW WHAT I MEAN. I'M, I ALWAYS HAD A PART OF ME....

DB:    SOMETIMES PEOPLE GET TO A POINT WHETHER IT'S BECAUSE OF PRIOR VIOLENCE YOU GUYS HAD BETWEEN YOU WITH HIM BEING VERBALLY ABUSIVE, YOU KNOW AND COMPOUND THAT WITH ALL OF THE OTHER STRESSES YOUR UNDER (UI).

WA:    RIGHT. I WASN'T, I WASN'T, I WASN'T LIKE THAT, I DON'T THINK. I KNOW, I KNOW WHEN I HIT HIM ON THE HEAD I WAS VERY ANGRY.

191

000011690

DB:     YEAH YOU HIT HIM REAL HARD AND AT THAT POINT HE NEVER GOT UP OFF THE GROUND AFTER YOU HIT HIM ON THE HEAD.

WA:     BUT HE DID.

DB:     I DON'T THINK HE COULD HAVE.

WA:     HMM HE DID UM CAUSE IT FREAKED ME OUT.  I COULDN'T BELIEVE STILL COULD STAND UP, CAUSE I THOUGHT FOR SURE I'D KNOCKED HIM OUT.  I WAS TRYING TO KNOCK HIM OUT AND HE WOULDN'T STOP YELLING.  I MEAN, YOU HAVE NO IDEA.

DB:     WHY IS THE, WHY IS YOUR FAMILY PICTURE, IS IT YOUR FAMILY PICTURE OR SOMETHING THAT'S LAYING ON THE GROUND WITH A POT ON TOP OF IT?

WA:     HE SMASHED IT.  HE WAS MAD.

DB:     THAT'S CAUSE HE THINKS YOU WERE MESSING AROUNG?

WA:     RIGHT, RIGHT HE ALWAYS THOUGHT THAT.

DB:     I WANT YOU TO THINK ABOUT IT REAL HARD FOR A COUPLE MINUTES, I'LL BE BACK OKAY?

WA:     THINK ABOUT WHAT?

DB:     THE REST OF WHAT WE NEED TO TALK ABOUT.

WA:     JUST, OKAY.

DB:     CAUSE WERE NOT DONE.

WA:     OKAY.

192

000011691

DB:     I DON'T THINK YOU'VE TOLD ME EVERYTHING.

WA:     OKAY.

DB:     WENDI?

WA:     YEAH.

DB:     I THINK THAT, I TALKED TO MY PARTNER AGAIN, THAT'S THERE AT THE SCENE.

WA:     OKAY.

DB:     AND I, I THINK WHAT HAPPENED IS ONCE HE'S DOWN ON THE GROUND, AFTER YOU'VE HIT HIM

ON THE HEAD.  LET ME TELL YOU WHAT I THINK, OKAY?

WA:     OKAY.

DB:     JUST LISTEN.

WA:     OKAY.

DB:     I THINK THAT, I THINK THAT THERE'S A COUPLE THINGS GOING ON, I THINK THAT YOUR TIRED

OF THE BULLSHIT THAT'S BEEN GOING ON AND THE ANTICS HE'S PULLING.  (UI) IT'S REALLY ROUGH

DEALING WITH PEOPLE WHO ARE DYING.  I'VE BEEN THROUGH IT WITH FAMILY MEMBERS, NOT MY

SPOUSE BUT FAMILY MEMBERS, SO I, I KNOW HOW YOU MUST BE FEELING.  HE'S VERBALLY ABUSIVE TO

YA, YOU KNOW YOU GOT OTHER THINGS GOING ON IN YOUR LIFE.  I THINK THAT IT GOT TO THIS POINT

TONIGHT BUT ONCE THINGS GOT CARRIED AWAY, THAT YOU WERE IN SUCH A RAGE AFTER YOU HIT

HIM THAT I THINK YOU GOT THINGS TURNED AROUND AND I THINK YOU GOT THE KNIFE, IN A, IN A

RAGE AND I THINK YOU CUT HIM.

193

000011692

WA:    OH.

DB:    OKAY. I'M GONNA BE ABLE TO PROVE THAT, MY ONLY QUESTION IS THIS OF YOU, IS WHEN I

PROVE EVERYTHING, MY ONLY QUESTION IS THIS, DID THIS HAPPEN CAUSE YOU GUYS WERE FIGHTING

AND YOU WERE IN A RAGE ABOUT WHAT HAPPENED...

WA:    UH HUH

DB:    WHAT'S BEEN GOING ON, THE ASSAULT ON YOU TONIGHT OR DID YOU INTENTIONALLY DO IT

CAUSE YOU WANTED HIM TO DIE AT THAT POINT? THOSE ARE MY ONLY TWO QUESTIONS OF YOU. I

CAN EXPLAIN THINGS IF YOUR IN A FIT OF RAGE AND ALL OF THIS HAS BEEN GOING ON AND IT'S

BUILDING AND BUILDING AND IT COMES TO A HEAD AT THIS POINT, YOUR JUST SO PISSED OFF ABOUT

IT, SO MAD THAT YOU TAKE THE KNIFE AND YOU STAB HIM. WE CAN UNDERSTAND THAT AND WE CAN

EXPLAIN THAT. THE ONLY OTHER THING I CAN THINK OF IS IT GOT TO THAT POINT WHERE YOU JUST

SAID I'VE HAD ENOUGH AND IT'S A COLD CALCULATED DECISION YOU MADE....

WA:    OH GOD NO.

DB:    AND YOU STABBED HIM. IT'S ONE OF THE TWO AND I'M GONNA BE ABLE TO PROVE IT. OKAY

YOU TELL ME WHEN EVERYTHING IS SAID AND DONE, WHAT PERSON DO YOU WANT STANDING IN

FRONT OF THE JUDGE SAYING, I'M SORRY JUDGE. DO YOU WANT THE PERSON WHO CAME IN HERE

AND SAID LOOK I MESSED UP, I MADE THESE MISTAKES, I DID THIS IN A FIT OF RAGE OR DO YOU WANT

THE PERSON WHOSE A COLD CALCULATED KILLER? CAUSE I DON'T THINK THAT'S WHAT YOU ARE.

WA:    NO NOT AT ALL.

DB:    BUT I THINK THAT'S WHAT HAPPENED. I THINK THAT AFTER YOU KNOCKED HIM IN THE HEAD

WITH THE CHAIR....

194

000011693

WA:     YOU KNOW WHAT CAN I SAY SOMETHING TO YOU THOUGH, HE NEVER, HE NEVER, HE NEVER

PASSED OUT.  HE NEVER...

DB:     NO.  I DON'T THINK HE EVER DID.  YEAH I THINK YOUR RIGHT...

WA:     BUT HE JUST KEPT GOING.  I DON'T KNOW.

DB:     BUT I DON'T THINK HE EVER GOT UP OFF THE GROUND ONCE YOU HIT HIM IN THE HEAD.

WA:     OKAY.

DB:     OKAY AND I THINK THAT YOU HAD ALL OF THE CHANCES IN THE WORLD AT THAT POINT TO

LEAVE.  I THINK THAT YOU WERE JUST SO PISSED OFF AND SO TIRED OF ALL THE GARBAGE THAT'S GONE

ON THAT YOU GOT THE KNIFE.....

WA:     NO.

DB:     AND YOU STABBED HIM.  IN A FIT OF RAGE, I'M NOT SAYING THAT YOU INTENTIONALLY DID IT

BUT IT'S ONE OF TWO THINGS AND WERE GONNA BE ABLE TO PROVE THAT.

WA:     SURE AND I, AND I HEAR WHAT YOUR SAYING BUT WHEN, WHEN I PICKED UP THE KNIFE IS

WHEN HE WAS STILL GOING BECAUSE ...

DB:     HE COULDN'T OF BEEN GOING.

WA:     WHY, WHY?

DB:     I THINK, I THINK WHAT THE MEDICAL EXAMINER'S GONNA COME IN HERE AND SAY IS THERE IS

ABSOLUTELY NO WAY IN HIS PHYSICAL CONDITION THAT HE COULD'VE BEEN GETTING UP OFF THE

GROUND PERIOD.

195

000011694

WA:   OKAY.

DB:   AND, AND I THINK THAT, THAT'S GONNA MAKE YOU LOOK LIKE A LIAR IN FRONT OF EVERYBODY.

WA:   YEAH.

DB:   THAT'S WHAT I THINK.

WA:   CAUSE THAT, I MEAN THAT IS JUST WHAT I, I REMEMBER GRABBING IT.

DB:   BUT HE WASN'T GOING ANYWHERE AT POINT.  I'M NOT SAYING THAT HE WAS UNCONCIOUS …

WA:   CAUSE HE WASN'T, HE WAS STILL YELLING.

DB:   HE MAY HAVE BEEN SITTING THERE YELLING, THREATENING YOU BUT HE WASN'T GETTING UP OFF THE GROUND AT THAT POINT.

WA:   HE WAS.

DB:   NO HE WASN'T.

WA:   HE, YOU SHOULD SEE, YOU, HE WAS HE WAS GETTING READY TO GET UP.  I'M LIKE NO.

DB:   OKAY WENDI I'VE TRIED TO GIVE YOU EVERY OPPORTUNITY TO TELL ,…..

WA:   HOW, YOU KNOW WHAT I MEAN.

DB:   …ME AND BE HONEST WITH ME.  I'VE TRIED, I'VE, I'VE TRIED BUT…

WA:   I DON'T UNDERSTAND WHY YOU, WHY YOU…..

DB:   BECAUSE THE PHYSICAL EVIDENCE AND WHAT YOUR OWN FRIENDS ARE TELLING ME….

196

000011695

WA:     RIGHT

DB:     DOESN'T MATCH YOUR STORY THAT'S WHY.  PEOPLE GET IN THESE SITUATIONS AND THEY

WANT TO MINIMIZE WHAT HAPPENED.  YOU CAN'T MINIMIZE WHAT HAPPENED OUT THERE.

WA:     RIGHT.

DB:     YOU COULD BE HONEST ABOUT IT OR YOU CAN LIE ABOUT IT.

WA:     RIGHT.

DB:     AND YOUR LYING TO ME.

WA:     I'M NOT LYING TO YOU CAUSE I'M, I KEPT HIT, I HIT HIM AND HE WOULDN'T, HE WOULDN'T, HE

WOULDN'T STOP, I, YOU DON'T KNOW, WHEN SOMEONES SITTING THERE THREATENING YOU AND

HOW MANY TIMES I'VE GONE THROUGH THIS BEFORE AND I'VE HIT HIM AND I'VE HIT HIM AND HE STILL

IS NOT STOPPING.

DB:     WITH THE BAR STOOL?

WA:     YEAH, OH MY GOD.

DB:     IN THE PAST?

WA:     NO I'M SAYING TONIGHT AND HE WON'T, HE WOULD STOP.  YOU DON'T UNDERSTAND.

DB:     NO CAUSE I, I DON'T BELIEVE YOU, I DON'T THINK HE COULD'VE GOTTEN UP OFF THE FLOOR.

WA:     OKAY.  WELL HE DID.  I WAS, I WAS JUST IN SHOCK BECAUSE I'M LIKE WHY DON'T YOU GO

UNCONCIOUS PLEASE JUST STOP FOR AWHILE.  YOU KNOW WHAT I MEAN, IS THAT.

197

000011696

DB:   YEAH I CAN UNDERSTAND THAT, BUT WHEN HE IS, AFTER YOU HAVE HIT REPEATEDLY IN THE

HEAD, HE IS, WHETHER HE'S LAYING DOWN OR STANDING UP OR SITTING.  LAYING DOWN OR SITTING

UP, HE IS UNABLE TO GET UP AT POINT AND THEN YOU CUT HIM.

WA:   HE NO.

DB:   YEAH AND I'M GONNA BE ABLE TO PROVE THAT WENDI.

WA:   OKAY.  I, I DIDN'T BECAUSE I KNOW I WAS SITTING RIGHT THERE WITH HIM AND HE WAS STILL

MOVING AND YELLING AT ME AND THAT IS WHEN I GRABBED THE KNIFE.

DB:   AND HE'S SITTING THERE YELLING AT YOU AND WHAT IS HE DOING?

WA:   THEN HE FALLS OVER.  I MEAN IT WAS JUST..

DB:   THERE WAS NO REASON TO CUT HIM AT THAT POINT.

WA:   NO THAT WHAT I SAID I, I DID NOT.

DB:   CAUSE HE'S SITTING THERE AND YELLING THERE'S NO REASON TO CUT HIM.

WA:   I KNOW THAT.

DB:   BUT THAT'S WHAT HAPPENED.

WA:   I KNOW THAT.

DB:   ISN'T IT?

WA:   NO CAUSE I'M LIKE IT, I, I KEPT, WELL I DON'T KNOW, KEEP THINKING OVER AND OVER WHEN I,

WHEN I OPEN MY EYES I HAVE BLOOD ALL OVER THE PLACE AND HE'S LAYING FLAT ON HIS FACE.  SO I

DON'T KNOW.  HOW CAN I, CAN YOU....

198

000011697

DB:    I THINK WHEN HE'S SITTING THERE....

WA:    WHY, I'M, I'M SITTING HERE GOING I CAN'T, I CAN'T TELL YOU WHAT, I DON'T EVEN KNOW

WHERE HE WAS CUT.  I KNOW I DID NOT....

DB:    HE WAS CUT IN THE NECK.

WA:    YOU KNOW WHAT I MEAN.  I'M LIKE I DON'T KNOW.

DB:    HE, HE HAS SLASHED WOUND ACROSS HIS NECK.

WA:    I DON'T EVEN KNOW CAUSE I'M, I'M YELLING AND HE'S YELLING AND ALL I KNOW IS THEN

THERE'S BLOOD EVERYWHERE.  I'M LIKE WHAT, THAT'S WHEN I FREAKED OUT.  I'M LIKE WHAT

HAPPENED.

DB:    OKAY WHAT DID HAPPEN?

WA:    OH HE WAS UP.  SEE....

DB:    NO HE WAS, HE WASN'T UP.  HE MAY HAVE BEEN SITTING ON HIS BUTT BUT HE WASN'T

STANDING UP.

WA:    NO THAT'S WHAT I SAID WE WERE BOTH SITTING ON THE FLOOR (UI) AND THAT'S WHEN I

REACHED OVER AND GRABBED THE KNIFE.

DB:    AND THEN .....

WA:    CAUSE I'M LIKE STOP.

DB:    THEN WHAT WAS THE REASON FOR CUTTING HIM?

WA:    I DON'T THINK I, SEE I DON'T THINK I CUT HIM.  I REALLY DON'T.

199

000011698

DB:   WENDI,

WA:   HOW AHH....

DB:   YOU NOT ONLY TOLD

WA:   HE, THAT SO I'M SITTING HERE THINKING OKAY WELL ....

DB:   WENDI HE DIDN'T JUMP ON THE KNIFE AND COMMIT SUICIDE.

WA:   NO, OH NO I KNOW THAT. I OH THAT SOUNDS GROSS. I DON'T KNOW I CAN'T SEE, I CAN'T SEE IT. I CAN'T SEE IT.

DB:   THE OTHER THING IS....

WA:   COULD MY MIND MAKE ME NOT SEE IT? I MEAN I DON'T KNOW.

DB:   WENDI WHAT I BELIEVE IS THAT YOU, THAT YOUR WORRIED ABOUT WHAT'S GOING TO HAPPEN TO YOU AND I UNDERSTAND THAT. I COMPLETELY UNDERSTAND THAT BUT WHEN YOU CONTINUE TO LIE ABOUT IT, LIKE I SAID ANYBODY CAN SAY THEIR SORRY AT THE END OF THINGS, I DON'T MEAN A THING. (UI)

WA:   CAUSE I DIDN'T, I DIDN'T MEAN TO KILL HIM. I JUST WANTED HIM TO STOP.

DB:   BUT YOU STABBED HIM WHEN HE'S SITTING THERE AND HE CAN'T GET UP. HE CAN'T HURT YOU ANYMORE AT THAT POINT.

WA:   I WAS STILL SO AFRAID.

DB:   BUT HE CAN'T HURT YA.

200

000011699

WA:     I AHHH. THAT'S NOT WHAT YOUR THINKING, THAT'S NOT WHAT I'M THINKING WHEN YOUR

SITTING IN THE MIDDLE OF IT. I DON'T KNOW WHAT TO, I'M JUST PANICKING AND FREAKED OUT. I

DON'T KNOW.

DB:     BUT YOU COULD'VE GOTTEN UP AND WALKED AWAY AT THAT POINT AND HE WOULDN'T HAVE

BEEN ABLE TO GET UP AND FOLLOW. YOU COULD'VE WALKED IN THERE AND CALLED THE POLICE. YOU

COULD'VE GOT UP AND WALKED OUT OF THE APARTMENT. YOU COULD'VE STOPPED THIS AT ANY

POINT TONIGHT, THAT YOU WANTED TO AND YOU DIDN'T.

WA:     I DON'T KNOW, I DON'T THINK SO.

DB:     WELL I THINK YOU COULD. I THINK YOU COULD'VE STOPPED IT WHEN CHRIS CAME OVER. I

THINK YOU COULD'VE STOPPED WHEN THE FIRE DEPARTMENT WAS THERE.

WA:     HE DIDN'T WANT ME TO. HE DIDN'T WANT ME TO TELL ON HIM.

DB:     BUT YOU HAD THE CHANCE TO STOP EVERYTHING GOING ON.

WA:     WHY IS IT MY FAULT? I'M JUST TRYING TO....

DB:     IT'S YOUR FAULT CAUSE YOU STABBED HIM WHEN YOU COULD'VE STOPPED. IT'S YOUR FAULT

BECAUSE HE, HE WAS ON THE GROUND AT THAT POINT UNABLE TO HURT YOU AND YOU STABBED HIM.

MY ONLY QUESTION IS DID IT HAPPEN IN A FIT OF RAGE OR DID YOU PLAN THIS?

WA:     OH GOD NO.

DB:     YOU TELL ME.

WA:     (UI) HOW COULD YOU EVEN SAY PLAN SOMETHING LIKE THIS?

000011700

DB:     WELL BECAUSE WENDI....

WA:     I MEAN I (UI)

DB:     YOU'VE CHANGED YOUR STORY OF WHAT YOU TOLD ME.  I DON'T KNOW WHAT TO BELIEVE

FROM YOU RIGHT NOW.

WA:     OKAY.  I UNDERSTAND.  I MEAN YOU ARE SITTING HERE ASKING ME QUESTIONS AFTER

QUESTIONS AND I JUST DON'T UM ....

DB:     WE JUST WANT THE TRUTH THAT'S ALL.

WA:     I KNOW.

DB:     DON'T YOU BELIEVE THAT YOU COULD'VE GOTTEN UP AND WALKED AWAY AT THAT POINT?

WA:     I DON'T KNOW WHY I NEVER....

DB:     HE COULDN'T HAVE MOVED.

WA:     HE WAS MOVING THOUGH.  OH MY GOD.

DB:     HE WASN'T GONNA GET UP AFTER YOU HIT HIM IN...

WA:     YOU KNOW WHAT ...

DB:     AFTER HIS HEAD'S SMASHED IN.

WA:     WHEN YOU HAVE, WHEN YOU HAVE SOMEBODY LIKE THAT YOU DON'T THINK.  I WAS NOT

THINKING.  I DON'T KNOW.  I JUST WANTED TO STOP HIM FROM GETTING ME THAT'S ALL.

000011701

DB:    THAT COULD'VE BEEN STOPPED AT ANY POINT IN THERE PRIOR TO HIM BEING STABBED.  OKAY.

I CAN'T MAKE YOU TELL ME THE TRUTH, YOU KNOW THAT SO WERE ALL DONE UNLESS THERE'S

SOMETHING ELSE YOU WANT TO TELL ME?

WA:    NO I.

TRANSCRIBED BY B. HILTERBRANT

203

000011702

# DECLARATION

I, Kaylee Summers declare:

1. I am the duly authorized custodian of medical records at Arizona Department of Corrections, and have authority to certify the authenticity of these records.

2. I have caused a diligent search to be conducted under my supervision, and the attached 298 pages are true copies of all the records described in the Request for Copies, Subpoena, or Court Order seeking medical records of Andriano, Wendi # 191893 for the time period of 12/23/04 - 5/9/13 .

3. Based upon my best information and belief, the attached medical records were compiled by the personnel of the Arizona Department of Corrections Health Unit, medical staff, nurses, physicians, or persons acting under their control, in the ordinary course of Health Unit business at or near the time of the events described in the records;

4. In the event any records contained within the attached documents were generated by entities other than the Arizona Department of Corrections, the above-noted custodian of records cannot avow to the accuracy or completeness of records;

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/21/13

Medical Records Clerk

Time to complete - 1 hour - 35 minutes.

000011952

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Services Problem List

| Inmate Name (Last, First M.I.) | ADC Number | Date of Birth | Social Security Number |
| --- | --- | --- | --- |
| Andriano, Wendi | 191593 | 8/6/70 | 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 |

| Date Seen | Diagnosis/Problem/Disability | Initials | Date Resolved |
| --- | --- | --- | --- |
| 2004 | Death Row | | |
| | ALLERGIC TO:   NKDA | | |
| | KITCHEN CLEARANCE   YES   NO | | |
| 12/23/04 | MH-3 | cm | |
| 12/23/04 | M 2 a, | Lok | |
| 10/28/05 | MH-3R.  No work restrictions. | Lok | |
| 12/13/05 | 11# wt loss in 1 yr | BL | |
| 10/29/07 | MH = 3S   TIMOTHY L. BOWERS, Psy.D.   PSYCHOLOGIST II | | |
| 04/13/09 | Rt AXILLARY Nodular Density   SI RADS ✗   Diet Recommended ~ consult dong | 24 | |
| 1/24/09 | M 3   — NO SACPC | BR | |
| 9-11-09 | 4MH-2  Per Chart Review | | |
| 9-13-10 | 4MH-3R  Per Chart Review | | |
| 5-5-11 | 4MH-3R  Per Chart Review | SO | |
| | M-preglow – t-d | | |
| | HSV I | | |
| 1-17-12 | per chart review. mh3b | nsP | |
| 12/2012 | NOT MTN | | |
| 12/2012 | Epig distress | | |
| 02/26/13 | mh2  3mIⒶ SAx1 Per chart review | CB | |

000011953
8/26/99

ARIZONA DEPARTMENT OF COR____IONS

**M___ Health Assessment**

THIS ASSESSMENT FORM IS TO BE COMPLETED DURING A FACE TO FACE, CLINICAL INTERVIEW WITH ALL NEW INMATES.

| HAS INMATE EVER | | ☐ Yes | ☒ No |
|---|---|---|---|
| Been admitted to a psychiatric hospital? | | | |
| If yes, where? | | | |
| If yes, when? | | | |

Seen a psychiatrist or other Mental Health professional?   ☒ Yes   ☐ No
If yes, why? _Anxiety_
If yes, when? _D2. County._ (Private Therapists)

Taken medication for emotional problems, mental illness or nerves?   ☐ Yes   ☐ No
If yes, what? _Ativan. Serequel. Zoloft_
If yes, why? _Anxiety - Depression. Slow down thoughts._

Had a serious head injury (loss of consciousness)?   ☐ Yes   ☒ No
If yes, when? ___
If yes, how? ___

Experienced auditory or visual hallucinations?   ☐ Yes   ☒ No
If yes, describe? ___
If yes, when? ___

Experienced perceptions of thought insertion, broadcasting, mind control, etc?   ☐ Yes   ☒ No
If yes, content? ___
If yes, when? ___

Experienced beliefs of paranoia (poisoning, plots, etc.)?   ☐ Yes   ☒ No
If yes, content? ___
If yes, when? ___

Experienced any episodes of mania (When not on drugs or alcohol)?   ☐ Yes   ☒ No
If yes, duration? ___
If yes, when? ___
If yes, behaviors? ___

Had any suicide attempts?   ☒ Yes   ☐ No
If yes, when? _Sept - 2003_
If yes, method? _Cut arm._
If yes, why? _Issues dealing = her children._

Has anyone in your family attempted or committed suicide?   ☐ Yes   ☒ No
If yes, who? ___
If yes, when? ___
If yes, how? ___

Used/abused alcohol/drugs?   ☐ Yes   ☒ No
If yes, what? ___
If yes, frequency? ___
If yes, when? ___

Been victim of abuse (physical, sexual)?   ☒ Yes   ☐ No
If yes, when/age? _1992 - 2000 · by husband._   _34 yrs old Sexual (F) (GF)_
If yes, what? _Beaten. unwanted Sex._

Been in special education classes?   ☐ Yes   ☒ No
If yes, duration? ___
If yes, when? ___

000011954
12/10/01

Page 1 of 2

Mental Health Assessment *(continued)*

**2. INQUIRE ABOUT**

History of violent, aggressive behavior

*Oct 8 2000   Violence dealing c̅ death of husband.*

Emotional problems while in jail or previous incarceration

*anxiety*

Current suicidal ideation *(method, plan, etc)*

*denies.*

Any serious episodes of depression *(hopelessness, helplessness, vegetative signs)*

*denies.*

**3. OBSERVATION**

| | | | | | |
|---|---|---|---|---|---|
| Affect | ☒ Normal/Appropriate | ☐ Inappropriate | ☐ Blunted | ☐ Restricted | ☐ Flat |
| Mood | ☒ Euthymic | ☐ Depressed | ☐ Anxious | ☐ Angry | ☐ Elevated |
| Appearance | ☒ Unremarkable | ☐ Disheveled | ☐ Odd | | |
| Hygiene | ☒ Good | ☐ Fair | ☐ Poor | | |
| Alertness | ☒ Cooperative | ☐ Limited | ☐ Uncooperative | ☐ Distracted | |
| Interaction | ☒ Alert | ☐ Confused | ☐ Dazed | | |
| Speech | ☒ Normal | ☐ Slurred | ☐ Rapid | ☐ Disjointed | ☐ Slowed |
| | ☐ Logical and Coherent | ☐ Illogical | ☐ Pressured | ☐ Incoherent | |

**4. DISPOSITION**

☐ No Mental Health services needed at this time. Inmate informed of how to access Mental Health services.

☐ Inmate was referred to Mental Health Services Intake.

☐ Inmate referred to Psychiatry. In house consultation form completed on _____ (date).

☐ Inmate identified as suicide risk. Emergency HNR completed, Mental health follow up initiated.

☐ Inmate identified as imminent suicide risk, placed on suicide watch.

☒ Other   *M H - 3*

SMI IN COMMUNITY

YES   (NO)

| Signature, Name Stamp, Date *12/23/04* | Inmate Name *(Last, First, M.I.)* | ADC Number | Primary Language |
|---|---|---|---|
| DR. CONNIE MULLEN M.H. TEAM COORDINATOR | *Andriano, W* | *191593* | *E.* |
| | Date of Birth *8/6/10* | Age *34* | Facility/Unit ASPC-PERRYVILLE-R & A |

Page 2 of 2

00001 1655
12/10/01

2

P-App. 006175

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|
| Date: 12-27-12 | 1935 | Temp: | *No meds* |
| Time: | 121 | Resp. Rate | |
| Weight: | | BP: 132/85 | *D/C'd tegretol* |
| | | Pulse: 92 | |
| Reason for Visit: | | TSH (ok) | *in her* |
| So hair falling out. | | | *am* |
| Signature: Dr Greenwalen (?) | | | |

S: abx - h.pylori - test (+)
nausea - No vomiting.
diarrhea - several loose stools in 1-2 hrs. then done
burning epig.
not daily.
No awakening.
No blood. No mucous
peri rectal burning.

O: wt hx (120-126) 10/2011 → now
epig sl. tender N/ perit signs
color good N/ mass
N/ edema N/ CVA tender
lungs clr
Cor S1 S2 S (?)

A: epis distress
P: (labs) CBC ESR CMP - sent to lab
amoxazole 20 BID PO - Rx faxed

Noted 12/27/12 T Jobski RN

**Tina Jobski, RN**                                    DEC 27 2012

Jeffrey A. Sharp, M.D.

JAN 09 2013          Labs ok. No ESR.

Jeffrey A. Sharp, M.D.

**CONTINUOUS PROGRESS RECORD**

| Inmate Name | ANDRIANO, WENDI   191593 | DOC Number |
|---|---|---|
| DOB | 8/6/1970 | ASPC-PV-Lumley |

00001195C
11/21/01

4

ARIZONA DEPARTMENT OF CORRECTIONS

Physician's Progress Record

| Inmate Name *(Last, First M.I.)* | | ADC Number |
|---|---|---|
| Andriano, Wendi | | 191593 |

| Date | Time | Physician's Notes |
|---|---|---|
| 8/10/12 | 1300 | S) pt was complaining of Hair loss to medical Staff yesterday on 30 y.o. MNR |
| | | A) R/O Thyroid issues |
| | | P) 1) Labs: TSH, [labs] |
| | 8/31/12 | 2) Schedule in pul. |
| | | in 2 weeks F/u myroid |
| | | Noted 8/13/12 at 1030 [illegible] |
| | | |
| DEC 2 6 2012 | | No HNR since 9/22/12 |
| Jeffrey A. Sharp, M.D. | | Labs all ok 3/2012, 5/2012, 9/2012. |
| review/ | | No C.C. for HTN in chart. |
| | | need to see med sheet |

1101-66P
8/26/99

000011957

5

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|------|
| 05/23/12 | 1500 | | psych assoc II |
| | | S | I'm reported she is doing well, discussed her process of reducing anxiety and interpersonal skills. Discussed distress tolerance. I'm reported she feels she is standing up for herself more, uses boundaries more effectively |
| | | O | bright, euthymic, logical, well groomed |
| | | A | deferred   DTO/DTS denied |
| | | P | f/u per policy |

M. Page, M.Ed., M.A., LPC
Psychology Assoc II

CONTINUOUS PROGRESS RECORD - Mental Health

| Inmate Name | | ADC Number |
|-------------|---|------------|
| Andriano, Wendi | | 191593 |
| DOB | Facility/Unit | |
| 08/26/1970 | ASPC-PV-SMA | |

1103-40P

000011958

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|---------------------------------------------------------------------------|
| Date: 3/29/12 | Temp: 98.7 | | (1430) S. I'm here ē complaints of shooting pain from base of Rt & Lt lower back - through |
| Time: 1430 | Resp. Rate 20 | | buttocks & down back of leg to knee. Lasts only several |
| Weight: 121 | BP: 158/98 | | seconds and is sharp. |
| | Pulse: 95 | | O. some tenderness to palpation |
| Reason for Visit: | F/U ⓛ | | in lower back. FROM. |
| Leg Pain | | | ⊖ straight leg raise. |
| Signature: K Salmona | | | Ⓐ 1) HTN - new onset. |
| | | | 2) sciatica |
| | | | Ⓟ 1) I/m taught stretches + exercises for lower back + legs |
| to Pharm 3/29 | | | 2) Lisinopril 10 mg ī tab po q day #281516 |
| NC 4/2 | | | 3) Schedule in N.L. for BP ✓ 2x week x 3 weeks. (i) sorry |
| PC 4/26 | | | 4) Schedule F/u on P.L. in 4 weeks. |

TIMOTHY A JOHNSON M.S.PAC

noted by ___ 3/30/12 1730

| 4/2/12 | 1300 | nurse to VBD on IM @ 30ya - 90/60 - IM stated she quit taking BP meds IM nurse into nurse (Lisinopril 10 mg) - will speak ē provider in 4-3-12 |
|--------|------|---------------------------------------------------------|

J. Petrak, CRN

| 4/3/12 | 0900 | ⓢ - D/C BP V/S and D/C Lisinopril Send back to pharmacy |
|--------|------|---------------------------------------------------|

TIMOTHY A JOHNSON M.S.PAC

Faxed to pharmacy

noted by ___ 4/3/12 1655

CONTINUOUS PROGRESS RECORD

| Inmate Name (Last, First M.I.) Andriano, Wendi | ADC Number 191593 |
|-------------------------------------------------|--------------------|
| Date of Birth 8.6.70 | Facility/Unit B2 |

000011959

1101-62P
11/21/01

7

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|---|
| | | | |
| | | | |
| 1/13/12 | | S. | PPD test |
| | | O. | VS taken and WNL. No previous history of +PPD or BCG vaccination. Negative for signs/symptoms per symptomology questions. |
| | | A. | Deferred. |
| | | P. | PPD test given. |
| | | | Refer to PPD test record. |
| | | E. | All questions answered. |
| | | | Inmate instructed to return to medical unit 1/15/12 to be read. |

J. Petrak, CRN

3/2/12 — Saw Inm @ cell door for health twenty ✓ + Inm has c/o (L) leg pain - states it has been an issue x several years but progressively worse the 6 months, no c/o numbness or tingln - shut line c ambulation pain @ 6-7 out of 10. Inm has bag of IBU's + it is ineffective for pain. No redness or swelling to leg. A/O x4 spoke to Mr Johnson c new order V. ome Johnson /0 news
◦ Naproxyn 375mg PO TID #90 ⟨ref 15⟩
Instructed Inm to not take IBU's same time

[signatures and stamps]

VICENTE O ENRISSO, M.D.
ASPC-PERRYVILLE
Plewel on PL
DEA # AN0070461
1-27-11

CONTINUOUS PROGRESS RECORD

D Mendoza, CRNSI

| Inmate Name (Last, First M.I.) | | ADC Number |
|---|---|---|
| Arariano, Wendi | | 191593 |
| Date of Birth | Facility/Unit | |
| | ASPC-PV | 000011960 |

1101-62P
11/21/01

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|-----------------------------------|

**Date:** 1/12/11  **Temp:** 99.4

**Time:**  **Resp. Rate** 16

**Weight:** 124  **BP:** 139/76

**Pulse:** 81

**Reason for Visit:** F/u H pylori

**Signature:** _____ CNA

1-12-11   0915

(S) pt feeling better. She is watching her diet and trying to cut out acidic food. She has self d/c'd omeprazole as it makes her feel bad.

Pm Also c/o Apthous stomatitis on lower lip. She has tried Carmex c relief and states breakouts occur when she is in the sun.

(O) AAOx4. Stomatitis on lower lip & in oral cavity, deferred abdomen, deferred well women check at this time.

H pylori labs   8-25-11   6.6
                10-26-11   4.2

(A) 1 Improving H pylori infection
    2 GERD
    3 HSV Type I

(P) 1 Continue dietary changes
    2 move omeprazole to qhs 1 po 20 g
    3 add Acyclovir 200 g 1 tab q4° while awake x 10d s(1/6 - PRN
    4 lip balm c 15 SPF a prolonged sun exposure. (the 82° while in sun pt to buy from keefe
    5 Redo labs @ Annual well women exam
                — Addiko bla p/ss

TIMOTHY R. PERCEON M.S PAC
ASPC-PERRYVILLE
858-0301 FAX 3472
A52952001-304

11/2/12 1730
_____ Smith CRNP

| Inmate | ANDRIANO, WENDI   191593 | mber |
|--------|--------------------------|------|
| Date of | 8/6/1970 | 000011961 |

1101-62P
11/21/01

**CONTINUOUS PROGRESS RECORD**

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|-----------------------------------------------------------|

Date: 11-17-11    Temp: 98.4

Time: 10:00    Resp. Rate:

Weight: 124    BP: 139/75

Pulse: 94

Reason for Visit: F/U H pylori

Signature:

(S). I/m pt presents for F/U on H. Pylori
Pt completed H. Pylori meds and states stomach
"still doesn't feel right". Fluctuates between
diarrhea/constipation. Pt not currently taking
omeprazole daily. Appetite has returned. ⊖ blood
in stools. ⊖ reflux

K Salas CNA

(O) K/o NAD. Abd: ⊕ BS x 4, soft, non tender, ⊖ masses
cardio: RRR ⊖ m/r/g    lungs: CTA ⊕ ⊕

(A) O/o H Pylori

to Pharm ¹¹/₁₇ (P) ① Rx omeprazole 20 mg 1 tab PO daily #28/5/6
to Lab ¹¹/₁₇ ② Redraw H Pylori
③ Educated pt on loperamide use for diarrhea
④ Avoid spicy/acidic food

TIMOTHY R JOHNSON MS PAC

_____ RN   [initials] ¹¹/₁₇/₁₁ 1300

12-22-11   (S) pt refused APAP/BE Rectal Exam
1100 (P) refusal signed in chart

TIMOTHY R JOHNSON MS PAC

_____ RN   [initials] 12/22/11 1425

12-20-2011   Elevated H. Pylori please schedule
w/ provider for follow up.   [signature]

A. ENCISO, M.D.

623-853-0304   [ ] 24209
591593 A20531   :267

CONTINUOUS PROGRESS RECORD

| Inmate Name: | ANDRIANO, WENDI |
|--------------|-----------------|
| Date of Birth | 8/6/1970 |

000011962

101-62P.

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|------|

Date: 10/13/11    Temp: 98.7

Time:    Resp. Rate 10

Weight: 126    BP: 132/80

Pulse: 115

Reason for Visit: F/u H Pylori

Signature: K Sales CMA

(330) (S) Inmate here to FM on labs. Pt is being seen for ⊕ H-pylori. Pt says she is on a kosher diet and it has lots of fruit, + acidic vegetables. This may be source of her H pylori issues. Discussed diet.

(O) ABD: ⊕ Bowel in all 4 quad. NO masses appreciated or tenderness to palpation. H pylori

(A) H pylori ⊕ito

(P) 1) Calmex ointment AAA bid prn #1 @ 3 months
2) Omeprazole 30mg ī tabs po bid x 2 weeks #28
3) Clarithromycin 500mg īī tabs po bid x 2 weeks #56.
4) Amoxacillin 500mg īī tabs po bid x 2 weeks #56.

To Lab ✓ 5) Labs. H pylori - draw in 8 weeks

PL 11/10/11   6) Schedule FM on pule in 4 weeks for FM on stomach issues.

TIMOTHY R JOHNSON.MS PAC
ASPC-PERRYVILLE
853-0304 EXT. 24472
AA2052001-304

10/13/11   1845   Noted K Hudson

CONTINUOUS PROGRESS RECORD

| Inmate Name | ANDRIANO, WENDI   191593 |
|---|---|
| Date of Birth | 8/6/1970 |

000011963

1101-62P
11/21/01

RIZONA DEPARTMENT OF CORREC    IS

ontinuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|------------------------------------------------------------------------------|
| 9-15-11 | 1400 | (S) | Review of labs from 8-25-11 |
|  |  | (O) | H-pylori IgG 6.6. |
|  |  | (A) | H-pylori |
|  |  | (P) | 1) Schedule in p.i. to discuss |
| PL 9/26/11 |  |  | tx for H-pylori + do in next couple of weeks of possible. |

TIMOTHY R JOHNSON M S PAC

| 9/15/11 | 1530 | Noted Ktndson— |

CONTINUOUS PROGRESS RECORD

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Andriano Wendi | 191593 |
| Date of Birth | Facility/Unit | 000011964 |
| 8/26/70 | PV (BL |

ARIZONA DEPARTMENT OF CORRECTION

THIS RECORD WILL BE USED BY ALL OF DATA TYPES
S.O.A.P. FORMAT WILL BE USED

| DATE | TIME | A.F. | |
|------|------|------|---|

Date: 7/21/11   Temp: 98.3

0845 ⑤ Im here for diarrhea x 3 weeks. pt says her stool are watery & used to have a stool 1 a day + now she is having loose stools after every meal. Im feels Nausea + jittery. complaining of Nausea. Says she has a Dr who is seeing her last 2 yrs. pt is on death row + is going through Appeal process + under more stress also.

Time:   Resp. Rate: 16

Weight: 126   BP: 121/69

Pulse: 64

Reason for Visit: Diarrhea x 3 wks

Signature: K Salas CNA

Ⓞ Abd: Ⓞ Bowel. Ⓞ H.S.M. No masses appreciated soft. Non tender. No recent labs since 2008 + no PAP since 2008

Ⓐ 1) R/o H pylori, or other issues.
2) Im has been taking Immodium from store.
3) Stress induced affects

to lab 7/22 Ⓟ 1) labs: CBC, CMP14, H pylori. TB H
hotel      2) schedule f/u in pl. after labs are completed + reviewed

TIMOTHY JOHNSON M-S PAC
ASPC-PERYVILLE
853-0304 EXT. 24472
AA2052001-304

D. Moyer RN
notd Dr. 7/22/11 1235

| inmat | ANDRIANO, WENDI    191593 | lumber |
|-------|---------------------------|--------|
| Data  | 8/6/1970                  | 000011965 |

1101-82P

CONTINUOUS PROGRESS RECORD

3.

ARIZONA DEPARTMENT OF CORRE    ONS

Continuous Progress Record (S.O.A.P.)

✻ NKDA ✻

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|------------------------------------------------------------------------------|
| 5/18/11 | 1530 | | 1) 0. by Johnson PAC / Garcia RN<br>① Carmex apply to affected area<br>PRN #1 /3 /0. ✻ CY Garcia RN<br><br>✻ CY Garcia |
| 7.20.11 | 900 | S. | 1/m seen for c/o diarrhea x 3 weeks. States<br>½ hour p eating her stomach becomes upset and she<br>gets diarrhea. States she has 3-4 loose stools per day.<br>Also c/o nausea, body aches and feeling tired.<br>Denies blood in stool. States she bought immodium<br>from the store c no improvement in diarrhea. Also<br>states her stool has a strong odor. |
| | | O. | Alert & oriented x3. T. 98.3. Abdomen soft to<br>touch nontender. |
| | | A | Alt in comfort. |
| | | P. | Informed to avoid greasy foods, to keep well<br>hydrated. Will refer to provider to eval further.<br>CY Garcia RN<br><br>✻ CY Garcia |

**CONTINUOUS PROGRESS RECORD**

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Andriano, Wendy | 191593 |
| Date of Birth 8/6/70 | Facility/Unit Lumley |

000011,866
11/21/01

ᄂ

Arizona Department of Corrections

## EXAMINATIONS/EYE WEAR
## Nursing Protocol #21

| Medications: | Allergies: NKA | Chronic Care: |
|---|---|---|

Date: 4/6/11   Date of Event: _____

Time: 10:15   Time of Onset: _____

**SUBJECTIVE:**

Onset:  ☐ new  ☐ chronic  ☐ trauma/injury: _____

History:  ☒ glasses  ☐ contacts  ☐ prosthesis  ☐ corneal transplant  ☐ _____

**OBJECTIVE:**  Using the Snellen Chart (for both near and far-sighted vision)

Vital signs: T ____ P ____ R ____ B/P ____ O2 saturation ____ % Room Air / @ ____ liters per minute via ____

|  | UNCORRECTED |  | CORRECTED |  |
|---|---|---|---|---|
| **FAR:** R eye | 20/ | OD | 20/ | OD |
| L eye | 20/ | OS | 20/ | OS |
| Both | 20/ | OU | 20/ | OU |

|  | UNCORRECTED |  | CORRECTED a glasses |  |
|---|---|---|---|---|
| **NEAR:** R eye | 20/ | OD | 20/40 | OD |
| L eye | 20/ | OS | 20/40 | OS |
| Both | 20/ | OU | 20/ | OU |

**ASSESSMENT:**  ☐ Deferred (as above)  ☒ Referred to opt

☐ Findings require immediate practitioner referral

**PLAN:**  ☒ Corrected visual acuity > 20/40 in either eye separately or in both eyes shall be referred to the optometrist.

☐ Visual acuity ≤ 20/40 may be referred for routine follow-up according to the following schedule:

☐ ≤ 40 years of age        Every three (3) years

☐ ≥ 40 years of age        Annually

☐ Contact lenses are not provided unless medically necessary:

☐ If contact lenses are prescribed by an ADC optometrist or ophthalmologist, ADC shall provide contact lens solution.

☐ If contact lenses are not an ADC prescription, ADC shall not provide contact lens solution.

☐ Other action taken _____

☐ Referred to:  ☐ Practitioner ASAP   ☐ Yard F/U   ☐ HNR (inmate instructed to submit) _____ Time: _____

☐ Notified medical practitioner and obtained subsequent orders _____

Practitioner's Signature _____ TIMOTHY R. JOHNSON, M.S., PA-C   Date: 4-14-11   Time: 1530

Nurse's Signature and Stamp/Initials _____ Date _____

Note above medications have been approved by the ADC Medical Director.

| Inmate Name Mariano | ADC Number 191593 |
|---|---|
| DOB 8-6-70 | Facility/Unit ASPC-PV |

000011967

P-App. 006187

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|---------------------------------------------------------------------------|
| 4/6/11 | 1015 | S | Inm complains of blurry vision. Inm having difficulty seeing c my glasses on |
| | | O | Exam done - needs trifocal lens ® 20/40 (L) 20/40 ophthalmology form submitted to opt - |
| | | A | Alteration in sight |
| | | P | form submitted to opt Explained to inm that it may take up to 6 mos. to be scheduled — J. Petrak, CRN |

not used

CONTINUOUS PROGRESS RECORD

| Inmate Name (Last, First M.I.) | ADC Number |
|--------------------------------|------------|
| Andrieno, | 191593 |
| Date of Birth  8-6-70 | Facility/Unit  ASR-PV |

1103-82P
11/21/01

0000119088

ARIZONA DEPARTMENT OF CORRECTION

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|--------------------------------------------------------------------------|
| 2/9/11 | 1045 | S | I/m seen for HNR c/o cold sores to mouth. Stats she has used Carmex in the past and it really helps. |
| | | D | Alert & oriented x 3. T: 98.0 P: 95 R: 16 B/P: 119/70 - Blister small noted on upper lip. |
| | | A | Impaired skin integrity. |
| | | P | Instructed I/m to avoid picking @ blisters. V.O. per Johnson PMC 10 days in row — Carmex apply to affected area #1 3/8. Instructed I/m to put in HNR for further issues. |
| | | S | I/m stats she doesn't go out much and when she does she gets easily sunburned back of neck, earlobe & face. Stats she has a baseball cap but it doesn't help much. Asking if medical can write an order for a hat. |
| | | D | No s/s of sunburn noted @ this time. |
| | | P | Will forward chart to provider. — [signature] spoke to Johnson. Stats I/m can purchase sunblock @ the store. Will return I/p. [signature] |

ANDRIANO, WENDI    191593

8/6/1970

ADC Number

**CONTINUOUS PROGRESS RECORD**

000011960

1101-82P
11/21/01

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S. O. A. P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|
| Date: | Temp: | | LMP |
| Time: | Resp. Rate | | |
| Weight: | BP: | | [Immediate Appropriate Referral]<br>Signal |
| | Pulse: | | Hutchinson, L.<br>LPN |
| Reason for Visit: | | | |
| Signature: | | | |

ANDRIANO, WENDI      191593

8/6/1970

ADC Number

000011970

1101-62P
11/21/01

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S. O. A. P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|
| 12/1/05 | | S: | PPD test |
| | | O: | ~~VS taken and WNL. No previous history of +PPD or BCG~~ vaccination. Negative for signs/symptoms per symptomology questions. |
| | | A: | ~~Deferred.~~ |
| 12/1/05 | 1200 | P: | PPD test given. RTC 12/10/05 |
| | | | Refer to PPD test record. |
| | | E: | ~~All questions answered.~~ |
| | | | Inmate instructed to return to medical unit ... to be read. Donna Mendoza, RN |

CONTINUOUS PROGRESS RECORD

Inmate: ANDRIANO, WENDI 191593

ADC Number

Date: 8/6/1970

000011971

1101-62P
11/21/01

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|------------------------------------------------------------------------------|
| 8/09 | | | spoke to inmate cell front on health & wealth V. Im stated this may lesions to lower lip. has had x 7 day. Im has outbreaks in the past, but it has been some time. Im has c/o discomfort to 3 sites (lesions.) to lower lip. no oral issues. Perfrm Spoke c amp Johnson c RX provided for # Carmex #1 prn / 3 months no refills |
| 8/09 | | | NKDA called to pharmacy, informed Im to place additional times if any further outbreaks + Im fully understood.<br>Donna Mendoza, RN |

CONTINUOUS PROGRESS RECORD

ANDRIANO, WENDI   191593

8/6/1970

ADC Number

000011972

1101-62P
11/21/01

P-App. 006192

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|
| Date: 4/9/09 | Temp: | | (1100) S: I'm had (R) axillary mass removed on 4/1/09. path report came back no malignancy seen lymph node. I'm informed of diag. and questions answered. |
| Time: | Resp. Rate | | |
| Weight: | BP: | | |
| | Pulse: | | |
| Reason for: I'm MMC | 5's 4/2/09 | | (O) Path report for lumpectomy on 4/1/09 was: (1) mild fibrocystic N's + stroma fibrosis and mild ductal ectasia (2) No malignancy seen. |
| Signature: | | | (A) Benign lesion<br>(P) Results verbally given to I'm + questions answered. |

TIMOTHY R. JOHNSON, MS, PA-C
ASPC-PERRYVILLE
853-0304 EXT. 24472
AA205/B001-304

S: I'mC/O facial swelling — saw @ cell in SMA - swelling + dis-comfort X10 days. States being a (L) lower impacted wisdom tooth. Not seen for it @ dental in 2005.
O: I'm has swelling to (R) outer portion of lower jaw + inside too swelling to (R) lower wisdom tooth area. No redness of drainage noted. no other issues. C/O pain to site pr I'm is 6-8 out of 10. Neuro log assessment is (D) ROXX skin warm + dry. AAOX4 in no apparent distress
P: Spoke to DR Baik - PCN 500mg 1 Tab PO Q10 X10 days. Will be seen by D.MENDOZA dental in AM.
Expedited new orders: PO, & TO

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| ANDRIANO, WENDI | 191593 |
| Date of Birth 8/6/70 | Facility/Unit ASPC-PV |

000041973

1101-62P
1/21/01

ARIZONA DEPARTMENT OF CORR        NS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|------|
| Date: 4/2/09 | | QPD | |
| Time: 1020 | | Temp: 98.6 | |
| | | Resp. Rate 18 | |
| Weight: 126 | | BP: 112/08 | |
| | | Pulse: 72 | |
| Reason for Visit: | | | |
| Signature: | | | |

L. CISNEROS, NA

4-2-09  S  Here for F/u - Had "lumpectomy" MAC 4-1-09
1025      State Throbbing + very uncomfortable -
       O  Removed dressing - ⊖ evidence of fluu ⊖ infl -
          Appears quite tender ⊖           Nonpleur -
          External latches - steri strips cover -
          Looks good -
       A  S/P Axillary mass removed -
       P  Dressing change _____
          Codeine gr ½ c̄ APAP c̄ Tl c̄ p·u prn × 72hr # 9
          will N cor for dressing changes 4-4-09 pt can
          remove dressing + shower 4-5-09
          Request Nurse Miller CON to obtain Path report
          ASAP - _____
          f/u c̄ provider 1 wk - PC 4/9/09
          SNO₃ for ice for 72hr - 20min on - 20 off prn -

                                        _____
1330  Now told pt _____ 4-1-09 -        D. L. Palmer. D.O.
                                            AA2052001-41
                                        _____
                                            D. L. Palmer. D.O.
                                            AA2052001-41

CONTINUOUS PROGRESS RECORD

| Inmate Name (Last, First M.I.)<br>Anthony, W | ADC Number<br>191593 |
|---|---|
| Date of Birth<br>8/16/70 | Facility/Unit | 000011974 |

1101-62P

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|---|
| 3-5-09 | 1000 | S<br>OA | _[illegible handwritten notes]_ |
|  |  |  | I went to the room + talked to her — |
|  |  |  | Expl her abnormal report — also that consultation |
|  |  |  | has been requested + she will be going out to see |
|  |  |  | a specialist — will not have advance notice — don't |
|  |  |  | refuse — shower or not — |
|  |  |  | D.I. Palmer. D.O.<br>AA2052001-41 |
| 3/27/09 | 11AM |  | Clinical coordinator advised |
|  |  |  | me that MMC Breast clinic called her |
|  |  |  | + advised that this pt needs an |
|  |  |  | excisional biopsy q 2° axillary mass |
|  |  |  | ASAP. Consult written today |
|  |  |  | RUMALDO RODRIGUEZ-PAC<br>AA2052001-35 |
| 4/1/09 |  | S. out to SMA to evaluate. Inm<br>O. Inm apparently return ⊕ from MMC<br>_[illegible]_ biopsy to ⊕ axilla<br>breast. _[illegible]_ no swelling to<br>site. Inm has normal 4 op vision. _[illegible]_<br>Fd "coburina" tonite. Lng CTA, no<br>respiratory. Inm ATUXL. Quit steady.<br>no coryness. No CP N/V. _[illegible]_<br>_[illegible]_ pt. Inm number of _[illegible]_<br>medt is ⊕ ATUXL. Skin warm dry.<br>A.H.I. inadm in comfort<br>P — will be seen in fut. called + spoke to<br>Mr Johnson — he will be calling Pharmacy |

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Andrano, Wend. | 191593 |
| Date of Birth | Facility/Unit | |
| 8/6/1970 | ASPC/PV/BU | 000011975 |

CONTINUOUS PROGRESS RECORD
1101-62P
11/21/01

ARIZONA DEPARTMENT OF CORRE___   ___NS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|
| 2/24/09<br>8:__ | | | PER NURSING pt wants refill → has<br>IRON — ∫had CBC ∑ diff done<br>1/5/09   6.0 $\frac{13.3}{39.0}$ 231K   _R Rodriguez pac_<br><br>RUMALDO RODRIGUEZ-PAC<br>AA 2052001-35 |
| | | | ___ doesn't Need IRON<br>___ Change Medical class to<br>M3 — NO SMCPL — ALERT Med Records —<br>_R R/ac_<br><br>RUMALDO RODRIGUEZ-PAC<br>AA 2052001-35 |
| 2/24/09<br>11 Am | | | Renew phenobloded Lip Balm<br>apply q d X/2wk<br>_R Rodriguez pac_<br><br>RUMALDO RODRIGUEZ-PAC<br>AA 2052001-35 |

Date: 3/5/09   Temp: 

Time: _____   Resp. Rate

Weight: _____   BP: 

_____   Pulse:

Reason for Visit: MAMO RESULTS

Signature: _L. Cisneros_   L. CISNEROS, NA

| 3-5-09 | | S | Pt scheduled to discuss M.U.M rpt — |
| | 0840 | OA | BIRADS-4- for surgical consult — |
| | | R | Refused visit — Apparently wasn't treasure<br>got mass advance christmas ____ Kept ___<br>_A DrL Palmer DO_<br>4-D-L-Palmer, D.O.<br>AA2052001-41 |

CONTINUOUS PROGRESS RECORD

| Inmate Name (Last, First M.I.) | | ADC Number |
|---|---|---|
| ANDRIANO Wendi | | 19/593 |
| Date of Birth<br>8/6/70 | Facility/Unit<br>BLu | 000011976 |

1101-62P<br>11/21/01

24

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|---|
| 12/30/08 | | | S: TB injection |
| BP 102/60 | | | O: VS taken + WNL Questionaire answered. |
| WT 125 | | | Provided TB injection provided to L) FA. |
| R-8 | | | Atoxy. Skin wait dry. If to be read |
| P-99 | | | 1/2/09 |
| R-8 | | | Ned no |
| | | | P: Ned OTB site 1/2/09 |
| T-98 | | | Call fully understood pt Tx. All |
| | | | guestions answered.       D. Mendoza |
| D. MENDOZA II PN II | | | |

| 2/18/09 2pm | | | Mammography Results from 1/30/09 |
| | | | Conclusion: 3 cm nodular density within RT axillary |
| | | | region & remaining breast parenchyma |
| | | | demonstrates a marked fibroglandular pattern |
| | | | BI-RADS 4 - Suspicious abnormality - |
| | | | bx recommended. |
| TO Clinical Co-ord | | | consult written today for breast |
| Done | | | clinic. Please make copy of mammo result & consult send to clinical coordinator |
| Sched | 2/20/09 | | Please schedule for provider line to advise |
| | | | her of findings-  nxt wk        R. Rodriguez PAC |
| | | | RUMALDO RODRIGUEZ PAC |
| | | | AA 2052001-35 |
| | 2/13/09 | | V. Moya CRNII |

CONTINUOUS PROGRESS RECORD

| Inmate Name (Last, First M.I.) | | ADC Number |
|---|---|---|
| Andriano, W | | 191593 |
| Date of Birth | Facility/Unit | |
| 8/6/70 | | 000011977 |

1101-62P

ARIZONA DEPARTMENT OF CORRE___ __NS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|---------------------------------------------|

Date: 12/15/08   Temp: 96.6

Time: 9:00   Resp Rate 20

Weight: 145   BP:

Pulse: 80

Reason for Visit: lodes.

Signature: _Carla Cabrera(?)_

12-15-08                    9:00 Am

© 28910 F / G2P2
referred because of
Referral lymph was in right axillary
area of about a year
duration. The mass is not
tender except when she is on her
menstruation when the mass gets more
sensitive. patient could not remember
any signs of infection around axillary
area.

O   breasts - no distinct or dominant
mass felt in both breasts. Nipple-
no retraction; no discharge. There
is a palpable nodule at the apex
of right axilla, measuring about 1 cm
diam; not tender.

A   mass, right axillary area; most
probably an axillary lymph node.
no breast nodule.

P   mammography
— CBC

VICENTE O. ENCISO, M.D.
ASPC-PERRYVILLE
602-858-0301  x 24209
DEA # AA2052001-267

Inmate Name (Last, First M.I.)   ANDRIANO, W   ADC Number 191593

Date of Birth  8/6/70   Facility/Unit  BL   000011978

**CONTINUOUS PROGRESS RECORD**

1101-62P
11/21/01

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|--------------------------------------------------------------------------|
| 11-20-08 | | A | Nodule Rt axilla — |
| | 0905 | P | Pap done — |
| | Cont | | Refer to Dr Enos for 2nd opinion on Rt |
| | | | axillary nodule — |
| | | | f/u prn — |
| | | | Re ✓ nodule in 6 mo — B4 prn |
| | | | PL 5/21/09 |

D. L. PALMER, D.O.
ASPC-PERRYVILLE
623-853-0304   X. 24209
DEA # AA2052001-41

CONTINUOUS PROGRESS RECORD

| Inmate Name (Last, First M.I.) | | ADC Number |
|---|---|---|
| Andriano, Wendi | | 191593 |
| Date of Birth | Facility/Unit | |
| 4/6/70 | ASPC - PERRYVILLE LUMLEY | 000011979 |

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

THIS RECORD WILL BE USED BY ALL HEALTH STAFF
S.O.A.P. FORMAT WILL BE USED

| DATE | TIME | S.O.A.P. | |
|---|---|---|---|
| Date: 8/28/08 | | Temp: | Inm refused appt deferred [illegible] |
| Time: | | Resp. Rate | |
| Weight: | | BP: | |
| | | Pulse: | |
| Reason for Visit: ① ® Arm pt | | | [illegible] |
| Signature: L. CISNEROS, NA | | | |

LMP - 11/10/08

| Date: 11/20/08 | | Temp: 98.1 | |
| Time: 0900 | | Resp. Rate 18 | |
| Weight: 122 | | BP: 130/82 | |
| | | Pulse: 78 | |
| Reason for Visit: PAP, BE | | | |
| Signature: L. CISNEROS, NA | | | |

11-20-08    S    Here for annual Pap + BE –
0905              point do S BE ẽ

O    Breast exam –
     Breasts – Exm normal exam – however –
     found a nodule in R axilla – 1st found 1 yr ago
     (mildly tender –
     Pelvic
     Speculum – I found no external lesions
     cervix closed – mild "fish mouth" – ẽ mild inflam[illegible]
     Bimanual – No adenexa / masses – uterus retroverted
     + fixed –
                                                    Cont –

D. L. PALMER, D.O.
ASPC PERRYVILLE
[illegible] x 24209
DEA # AA2052001-41

Andriano, Wendi    191593
8/6/1970

ADC Number
000011980

ARIZONA DEPARTMENT OF COR...

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|
| Date: 8/7/08 | | Temp: | LMP – |
| Time: | | Resp. Rate | (If on menses). Please |
| Weight: | | BP: | reschedule IM for APAP |
| | | Pulse: | & BE. |
| Reason for Visit: APAP, BE | | | _Crenshaw_ |
| Signature: | | | SHEILA CRENSHAW, FNP<br>ASPC-PERRYVILLE<br>623-853-0304  x. 24209<br>DEA # AA2052001-273 |

CONTINUOUS PROGRESS RECORD

| Inmate Name | Andriano, Wendi    191593 |
|---|---|
| Date of Birth | 8/6/1970 |

1101-62P

00000 1981

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

**THIS RECORD WILL BE USED BY ALL HEALTH STAFF**
**S.O.A.P. FORMAT WILL BE USED**

| DATE | TIME | S.O.A.P. | |
|------|------|----------|---|

Date: 3-27-08      Temp: _____      IM refused APAP & BE

Time: _____      Resp. Rate _____      Refusal sheet signed —

Weight: _____      BP: _____      SCrenshaw NP

Pulse: _____

SHEILA CRENSHAW, FNP
ASPC-PERRYVILLE
623-853-0304  x. 24209
DEA # AA2052001-273

Reason for Visit: APAP & BE

Signature: SRussell
S. RUSSELL, CNA

Date: 7-17-08      Temp: _____      Request a female

Time: _____      Resp. Rate _____      provider for GYN Exam

Weight: _____      BP: _____

Pulse: _____

R. SUTTON, M.D.
ASPC-PERRYVILLE
623-853-0304  x24573
DEA # AA2052001-286

Reason for Visit: APAP / BE —

Signature: C. Burns      C. BURNS, NA

IM to be rescheduled

SCrenshaw NP

7/24/08

SHEILA CRENSHAW, FNP
ASPC-PERRYVILLE
623-853-0304  x. 24209
DEA # AA2052001-273

**CONTINUOUS PROGRESS RECORD**

| | |
|---|---|
| Andriano, Wendi   191593 | ADC Number |
| 8/6/1970 | 000011982 |

1101-52P
11/21/01

ARIZONA DEPARTMENT OF CO[...]

ontinuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|------------------------------------------------|
| )19<br>)99'. | BD 10\6\[...] | P | P-chart c̄ results to provider. ———— HCampbell[...] |

**CONTINUOUS PROGRESS RECORD**

| Andriano, Wendi    191593 | ADC Number |
|---|---|
| 8/6/1970 | 000011983 |

1101-62P

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|---------|
| 5/15/07 cont. | 1615 | O | A+O x3, heart beat strong pounding. Pulse 112. 0 hx of smoking. death row IIM so in SMA cell for life. |
| | | A | defer |
| | | P | refer to P.L. 5/31/07 P.L. |
| | | E | put in HNR to mental health. |

| Date: | 6/14/07 | Temp: | 100°F |
|-------|---------|-------|-------|

O 37 y.o.; F/ G₂ P₂; complains of skipped heart beat; sometime associated w/ shortness of breath & occasional mild chest pain lasting fr 15 minutes. She is Cuban. She has HTN. Just like her mother. She also worried about her weight. been irregular; every every 3 months.

O patient appears emotional; tearful during history taking. Cooperative, coherent. BP = 120/82. Has been worried
Heart- NSR; no murr. heard.
Lungs- clear to auscultation

A    Stress related; Psychosomatic problem.

P    EKG
     CMP, T₄
     Suggest psych evaluation & poss. medication
     SNO fr own care in room.

| | | | |
|--|--|--|--|
| Date: | | Resp. Rate | |
| Time: | | BP: | 120/82 |
| Weight: | | Pulse: | 97/min |
| Reason for Visit: | IRREG. HEART BEAT | | |
| Signature: | | | |

noted 6/14/07 in compl

VICENTE O. ENCISO, M.D.
ASPC-PERRYVILLE
623-853-0304  x. 24209
DEA # AA3052001-267

| 6/26/07 | 1650 | S | routine EKG. |
| | | O | EKG complete. |
| 6/28/07 | 0715 | A | defer |

CONTINUOUS PROGRESS RECORD

Andriano, Wendi    191593

8/6/1970

| ADC Number |
|------------|
| 000011984 |

1101-62P
11/21/01

ARIZONA DEPARTMENT OF CORRE____ __NS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|---------|
| Date: 1-4-06 | Temp: | | |
| Time: | Resp. Rate | | |
| Weight: | BP: | | |
| | Pulse: | | |
| Reason for Visit: APAP | | | |
| Signature: | | | |

2-14.06

A. Zavala, C.N.P.
AA2052001-34

| DATE: 4-12-07 | Temp: | | Pt. Refused. Refusal signed. |
| Time: 1418 | Resp. Rate | | |
| Weight: 115 | BP: | | ZWilson LCNA |
| | Pulse: | | |
| Reason for Visit: APAP | | | |
| Signature: ZWilson LCNA | | | |

| 5/15/07 | 1600 | S | HNR for irregular heart beats. about 4 mo's ago (started) "like heart stops or skips a beat just sitting there, and it's like I have to catch my breath" 36 y/o female. denies any medication. purchases multi-vitamins from store & (if allergies) act up - allergy medication. |
| weight-112 | | | |
| T98.8  P101 | | | |
| R18  BP132/80 | | O | A+Ox3, good skin turgor emr Pt states irregular periods. Doesn't know from one month to the next if she's having it. |
| O297% | | | |

**CONTINUOUS PROGRESS RECORD**

| Inmate Name (Last First) | ADC Number |
|---|---|
| Andriano, Wendi    191593 | |
| 8/6/1970 | 000011985 |

1101-62P
11/21/01

53

**ARIZONA DEPARTMENT OF CO ~~~~ ONS**

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|------|

Date: 10-27-05    Temp: 

Time:    Resp. Rate 

Weight:    BP: 

Pulse: 

Reason for Visit: N&V, HA

*Please reschedule pt*
*+ not needed*
*at this*
*noted*

RUMALDO RODRIGUEZ-PAC
AA 2052001-35

6-27-05

Signature: _____    B. SMITH, LPN T

12-8-05    Rsd due to time constraints

---

Date: 12/13/05    Temp: 99.2    Pt was seen today. C/o
Time: 1325    Resp. Rate 20    not getting enough fiber in
Weight: 113    BP: 120/80    her diet - also concerned about
Pulse: 76    not getting enough vitamin in her diet
(HgE) blood in stool - 35 y/o thin wf
in NAD.

Reason for Visit: 

Signature: 

① ① 11 lb. wt loss in 1 yr.
② constipation subjective.
P/D DSS 100mg po q d x 8 wk [?] Rx
② Pt does not meet criteria for multivit
from Pharmacy.
③ Pt is currently taking multi vits c
Iron from the store.
④ Schedule Pt for CBC c diff + chem panel
⑤ Flu prn

IBW = 134
Range 117-157

B. SMITH, LPN

RUMALDO RODRIGUEZ-PAC
AA 2052001-35

noted

Andriano, Wendi    191593
8/6/1970

**CONTINUOUS PROGRESS RECORD**

ADC Number
000011986

1101-62P

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|------|
| 4-13-05 | | ~ | IM recieved glasses  B Smith  LP B. SMITH, ILPN I |

Date: 4-22-05  Temp: 98.7

Time: 98.7/45  Resp. Rate: 20

Weight: 120  BP: 114/80

Pulse: 90

Reason for Visit: F/u labs

Signature: Stacey Attoux

Pt was seen today
States her fingertips
+ toes are still turning blue
- lab results were neg. pr
- hands are pink & warm -
Finger nails are pink - good
capillary refill  Ø cyanosis -
Ø Raynauds -
P: ① Please have med nurse do a
Pulse Ox on pt's R & L hand
any finger - + write results in
chart!
② F/u PRN

RUMALDO RODRIGUEZ PAO
AA 2052001-35

Noted - (Strawn) R.N.
4/22/05 1150

| 4/22/05 | 1730 | | Pulse Ox results  R 97%  L 97% |

Noted @ 0900 4/22/05 G. Gordon

ALICE LINCK, 11 PN 11

Andriano, Wendi    191593

8/6/1970

ADC Number

000011987

1101-62P
11/21/01

35

ARIZONA DEPARTMENT OF COR___  ___IONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|---------|-----------------------------------------------------------------|
| 3/8/05 | | | Cont<br>Raynauds Phenomenon?<br>① Please schedule Rheum profile c̄ lab work<br>② Please have NURSING do Wound accuity<br>s̄ contacts – please have Saeline available<br>@ time. Pts contacts > 1 yr old<br>③ schedule flu c̄ me in 2 wk's c̄ lab Results<br>PL 3/22/05   RUMALDO RODRIGUEZ-PAC<br>AA 2052001-35 |
| | | | Date: 3/22/05  Temp:_____ Please Reschedule<br>Time:_____ Resp. Rate_____ Pt – not seen<br>Weight:_____ BP:_____ today – no lab<br>Pulse:_____ Results in chart<br>Reason for Visit: F/U LABS Soap 3  RUMALDO RODRIGUEZ-PAC<br>AA 2052001-35<br>Signature:_____ JUAN DALTON, CNA |
| 3/29/05 | | | Pt was scheduled to be seen. Today<br>@ Building 30 lock down – but not<br>seen due to time constraints – no lab<br>results in chart yet.<br>– Please reschedule when lab work is<br>done   PL 4-12   RUMALDO RODRIGUEZ-PAC<br>AA 2052001-35 |
| 4/8/05 | | | Lab Review<br>Uric Acid 3.5<br>ANA 78<br>RA Latex P.g |

CONTINUOUS PROGRESS RECORD

JEFFREY A. BRAND, PA-C
AA 2052001-245

36

| DC Number | | |
|-----------|--|--|
| Andriano, Wendi    191593 | | 000011988 |
| 8/6/1970 | | 1101-62P<br>11/21/01 |

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|---|
| 1-13-05 | 16⁴⁵ | | |

Transferred to Lumley Unit
Chart Reviewed: cc Y / N
F/U Appt. Y / N  UDWS meds: Y / N
Tickler Card Present: Y / N

Old John east

CONNIE HOSKINS, CRNS I

Date: 3/8/05   Temp: 97.9   34 y/o wF seen
Time: 1440   Resp. Rate 14   18 day @ Lull 30
Weight: 100   BP: 127/72   c/s having intermittent
Pulse: 81   swelling of hands +
feet L also states

Reason for Visit: HAD Swollen leg & foot
her feet + hands turn
Blue + cold for no
Signature: JOAN DALTON, CNA   particular reason x 24#

no swelling @ present according to pt.
She also requests permission to
wear tennis shoes while she exercises
3 X 5 wk. — pt also requests to have
vision check — for glasses — she is currently
wearing contacts — can't remove them — we
have no saline solution here —
○ 34 y/o wF in NAD —
hands are cold — Nail beds closer
to cuticle have a bluish tinge. The
same is True of the Nails — There is
full + palpable radial + ulnar, post tibial
+ dorsalis pedises pulses — bilaterally —
Frontal hairline — ●lupus hairs, Ø alopecia —
Lungs are clear Ø rales, ronchi or wheezing
Heart RRR Ø m & Ø

(cont)   R Rodriguez PA

ROMALDO RODRIGUEZ-PAC
AA 2052001-35

CONTINUOUS PROGRESS RECORD

CONNIE HOSKINS CRNS I

Inmate Name: Andriano, Wendi   191593

Date of Birth: 8/6/1970

000011989

1101-62P
11/21/01

37

ARIZONA DEPARTMENT OF C(          'ONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|------|

Date: _10/23/04_     Temp: _98_

Time: _1165_     Resp. Rate _16_

Weight: _125_     BP: _165/60_

Pulse: _68_

Reason for Visit: _PAP/PE_

Signature _____

10/23/04   S _____

_____   opt ref CH

_____ exam ② _____
_____ 20/30

10/23/04   P ① _____
① ② PAP/ OC combo
③ RTC _____

JEFFREY A. BRAND, PA-C
ADC052001-245

B. SHAVER, RN II

**CONTINUOUS PROGRESS RECORD**

Andriano, Wendi     191593

8/6/1970

| ADC Number |
|------------|
| 000011990 |

1101-62P

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record

*Mental Health*

| Date | Time | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. *MCSO* |
|------|------|----------|---|
| DEC 2 3 2004 | 1000 | S | NURSING ASSESSMENT NEW ARRIVAL: |
| | | O | 1) STATUS: (NC)  RC,  V,  PT        *Summary rec'd 12-23-04* |
| | | | 4) ALLERGIES: *NKDA* |
| | | | 5) VS: T 99  P 87  R 18  BP 102/64 |
| | | | 6) CURRENT MEDICAL PROBLEMS: |
| | | | *Hx mono; depression* |
| | | | *Immediate sensition; denies cc conditions; + current* |
| | | | *med problems various   denies ETOH drug abuse* |
| | | | 7) CURRENT MEDICATIONS:                    *MAR done* |
| | | | *Ativan 1 mg po BID* |
| | | | *Seroquel ___ 100 mg po 8p PRN* |
| | | | *Ativan 2 mg po TID PRA       all meds verifies not verif* |
| | | A | *Zoloft 100 mg po qAM* |
| | | | *Multivitamin po qd* |
| | | P | 1) MEDICATION-RX TO PHARMACY, DATE 12-23-04 |
| | | | 2) LABS ORDERED: |
| | | | 3) SCHEDULED FOR DOCTORS LINE: *to be scheduled as yard* |
| | | | 4) PPD GIVEN: DATE 10-8-04 RESULTS 6MM |
| | | | 5) GIVEN RIGHTS TO REQUEST LIMITATION OF EXTRAORDINARY LIFE-SUPPORT MEASURES/ISSUED SUPPORT DOCUMENTATION AND EXPLAINED. |
| | | | 6) HEAD CHECK DONE: NO LICE FOUND ✓  LICE FOUND |
| | | | TREATMENT ORDERED___ NO TREATMENT ORDERED ✓ |
| | | | SIGNATURE: *M Caroletta RN* |

*P. Brodley   placed   on   call w/ instructions   med verified   IM aware*

*MARY CARRA...*

| Inmate Name: *Andriano, Wendy* |
|---|
| ADC #: *191593* |
| Facility/Unit: ASPC PERRYVILLE COMPLEX |

CONTINUOUS PROGRESS RECORD

Form: 70400108
Rev.  03/29/90

000011991

29



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Daily Isolation Health Check**

| Month NOV | Year 2012 | | | Month DEC | Year 2012 | | |
|---|---|---|---|---|---|---|---|
| **Date** | **Time** | **Disposition** | **Signature / Initials** | **Date** | **Time** | **Disposition** | **Signature / Initials** |
| 1 | DR | (NO C/O)  SEE SOAP | Retrou | 1 | | NO C/O   SEE SOAP | |
| 2 | DR | (NO C/O)  SEE SOAP | Retrou | 2 | | NO C/O   SEE SOAP | |
| 3 | | NO C/O   SEE SOAP | | 3 | | NO C/O   SEE SOAP | |
| 4 | | NO C/O   SEE SOAP | | 4 | DR | (NO)C/O   SEE SOAP | Retrou |
| 5 | DR | (NO C/O)  SEE SOAP | Retrou | 5 | | NO C/O   SEE SOAP | |
| 6 | | NO C/O   SEE SOAP | | 6 | | NO C/O   SEE SOAP | |
| 7 | DR | (NO C/O)  SEE SOAP | Retrou | 7 | DR | NO C/O   SEE SOAP | Retrou |
| 8 | DR | (NO C/O)  SEE SOAP | Retrou | 8 | | NO C/O   SEE SOAP | |
| 9 | | NO C/O   SEE SOAP | | 9 | | NO C/O   SEE SOAP | |
| 10 | | NO C/O   SEE SOAP | | 10 | DR | NO C/O   SEE SOAP | Retrou |
| 11 | | NO C/O   SEE SOAP | | 11 | | NO C/O   SEE SOAP | |
| 12 | | NO C/O   SEE SOAP | | 12 | DR | NO C/O   SEE SOAP | Retrou |
| 13 | | NO C/O   SEE SOAP | | 13 | | NO C/O   SEE SOAP | |
| 14 | DR | (NO C/O)  SEE SOAP | Retrou | 14 | | NO C/O   SEE SOAP | |
| 15 | | NO C/O   SEE SOAP | | 15 | | NO C/O   SEE SOAP | |
| 16 | | NO C/O   SEE SOAP | | 16 | | NO C/O   SEE SOAP | |
| 17 | | NO C/O   SEE SOAP | | 17 | DR | NO C/O   SEE SOAP | Retrou |
| 18 | | NO C/O   SEE SOAP | | 18 | | NO C/O   SEE SOAP | |
| 19 | DR | (NO C/O)  SEE SOAP | Retrou | 19 | | NO C/O   SEE SOAP | |
| 20 | | NO C/O   SEE SOAP | | 20 | | NO C/O   SEE SOAP | |
| 21 | DR | (NO C/O)  SEE SOAP | Retrou | 21 | DR | (NO C/O)  SEE SOAP | Retrou |
| 22 | | NO C/O   SEE SOAP | | 22 | | NO C/O   SEE SOAP | |
| 23 | DR | (NO C/O)  SEE SOAP | Retrou | 23 | | NO C/O   SEE SOAP | |
| 24 | | NO C/O   SEE SOAP | | 24 | | NO C/O   SEE SOAP | |
| 25 | | NO C/O   SEE SOAP | | 25 | | NO C/O   SEE SOAP | |
| 26 | DR | (NO C/O)  SEE SOAP | Retrou | 26 | | NO C/O   SEE SOAP | |
| 27 | | NO C/O   SEE SOAP | | 27 | | NO C/O   SEE SOAP | |
| 28 | DR | (NO C/O)  SEE SOAP | Rex | 28 | | NO C/O   SEE SOAP | |
| 29 | | NO C/O   SEE SOAP | | 29 | | NO C/O   SEE SOAP | |
| 30 | DR | (NO C/O)  SEE SOAP | Retr | 30 | | NO C/O   SEE SOAP | |
| 31 | | NO C/O   SEE SOAP | | 31 | DR | (NO C/O)  SEE SOAP | Retrou |

| Baseline Vital Signs | | | | | | | |
|---|---|---|---|---|---|---|---|
| BP | T | P | R | OXI | WT | Initials / Date | |
| | | | | | | | |

Inmate Name (Last, First M.I.)  Adriano, W

ADC Number  191593

Date of Birth

Facility/Unit  ASPC-PV

000011002

P-App. 006212

ARIZONA DEPARTMENT OF CORRECTIONS

Daily Isolation Health Check

| Month | | Year | |
|---|---|---|---|
| Date | Time | Disposition | Signature / Initials |
| 1 | | NO C/O | SEE SOAP | |
| 2 | | NO C/O | SEE SOAP | |
| 3 | | NO C/O | SEE SOAP | |
| 4 | | NO C/O | SEE SOAP | |
| 5 | | NO C/O | SEE SOAP | |
| 6 | | NO C/O | SEE SOAP | |
| 7 | | NO C/O | SEE SOAP | |
| 8 | | NO C/O | SEE SOAP | |
| 9 | | NO C/O | SEE SOAP | |
| 10 | | NO C/O | SEE SOAP | |
| 11 | | NO C/O | SEE SOAP | |
| 12 | | NO C/O | SEE SOAP | |
| 13 | | NO C/O | SEE SOAP | |
| 14 | | NO C/O | SEE SOAP | |
| 15 | | NO C/O | SEE SOAP | |
| 16 | | NO C/O | SEE SOAP | |
| 17 | | NO C/O | SEE SOAP | |
| 18 | | NO C/O | SEE SOAP | |
| 19 | | NO C/O | SEE SOAP | |
| 20 | | NO C/O | SEE SOAP | |
| 21 | | NO C/O | SEE SOAP | |
| 22 | | NO C/O | SEE SOAP | |
| 23 | | NO C/O | SEE SOAP | |
| 24 | | NO C/O | SEE SOAP | |
| 25 | | NO C/O | SEE SOAP | |
| 26 | | NO C/O | SEE SOAP | |
| 27 | | NO C/O | SEE SOAP | |
| 28 | | NO C/O | SEE SOAP | |
| 29 | | NO C/O | SEE SOAP | |
| 30 | | NO C/O | SEE SOAP | |
| 31 | | NO C/O | SEE SOAP | |

| Month | | Year | |
|---|---|---|---|
| Date | Time | Disposition | Signature / Initials |
| 1 | | NO C/O | SEE SOAP | |
| 2 | | NO C/O | SEE SOAP | |
| 3 | | NO C/O | SEE SOAP | |
| 4 | | NO C/O | SEE SOAP | |
| 5 | | NO C/O | SEE SOAP | |
| 6 | | NO C/O | SEE SOAP | |
| 7 | | NO C/O | SEE SOAP | |
| 8 | | NO C/O | SEE SOAP | |
| 9 | | NO C/O | SEE SOAP | |
| 10 | | NO C/O | SEE SOAP | |
| 11 | | NO C/O | SEE SOAP | |
| 12 | | NO C/O | SEE SOAP | |
| 13 | | NO C/O | SEE SOAP | |
| 14 | | NO C/O | SEE SOAP | |
| 15 | | NO C/O | SEE SOAP | |
| 16 | | NO C/O | SEE SOAP | |
| 17 | | NO C/O | SEE SOAP | |
| 18 | | NO C/O | SEE SOAP | |
| 19 | | NO C/O | SEE SOAP | |
| 20 | | NO C/O | SEE SOAP | |
| 21 | | NO C/O | SEE SOAP | |
| 22 | | NO C/O | SEE SOAP | |
| 23 | | NO C/O | SEE SOAP | |
| 24 | | NO C/O | SEE SOAP | |
| 25 | | NO C/O | SEE SOAP | |
| 26 | | NO C/O | SEE SOAP | |
| 27 | | NO C/O | SEE SOAP | |
| 28 | | NO C/O | SEE SOAP | |
| 29 | | NO C/O | SEE SOAP | |
| 30 | | NO C/O | SEE SOAP | |
| 31 | | NO C/O | SEE SOAP | |

| | Time Vital Signs | T | P | R | OXI | WT | Initials / Date |
|---|---|---|---|---|---|---|---|

Inmate Name (Last, First M.I.)

ADC Number

Date of Birth

Facility/Unit

000011983

12/3/01

ARIZONA DEPARTMENT OF CORRE␣ ␣NS

Daily Isolation Health Check

| Date | Time | Disposition | | Signature / Initials |
|------|------|-------------|---|----------------------|
| Mon | | Year | 2012 | |
| 1 | | NO C/O | SEE SOAP | |
| 2 | | NO C/O | SEE SOAP | |
| 3 | | NO C/O | SEE SOAP | |
| 4 | | NO C/O | SEE SOAP | |
| 5 | | NO C/O | SEE SOAP | |
| 6 | | NO C/O | SEE SOAP | |
| 7 | | NO C/O | SEE SOAP | |
| 8 | | NO C/O | SEE SOAP | |
| 9 | | NO C/O | SEE SOAP | |
| 10 | | NO C/O | SEE SOAP | |
| 11 | | NO C/O | SEE SOAP | |
| 12 | | NO C/O | SEE SOAP | |
| 13 | | NO C/O | SEE SOAP | |
| 14 | | NO C/O | SEE SOAP | |
| 15 | | NO C/O | SEE SOAP | |
| 6 | | NO C/O | SEE SOAP | |
| 7 | | NO C/O | SEE SOAP | |
| 8 | | NO C/O | SEE SOAP | |
| 9 | | NO C/O | SEE SOAP | |
| 0 | | NO C/O | SEE SOAP | |
| 1 | | NO C/O | SEE SOAP | |
| 2 | | NO C/O | SEE SOAP | |
| | | NO C/O | SEE SOAP | |
| | | NO C/O | SEE SOAP | |
| | | NO C/O | SEE SOAP | |
| | | NO C/O | SEE SOAP | |
| | | NO C/O | SEE SOAP | |
| | | NO C/O | SEE SOAP | |
| | | NO C/O | SEE SOAP | |
| | | NO C/O | SEE SOAP | |
| | | NO C/O | SEE SOAP | |

| Date | Time | Disposition | | Signature / Initials |
|------|------|-------------|---|----------------------|
| Month | | Year | 2012 | |
| 1 | | NO C/O | SEE SOAP | |
| 2 | | NO C/O | SEE SOAP | |
| 3 | | NO C/O | SEE SOAP | |
| 4 | | NO C/O | SEE SOAP | |
| 5 | | NO C/O | SEE SOAP | |
| 6 | | NO C/O | SEE SOAP | |
| 7 | | NO C/O | SEE SOAP | |
| 8 | | NO C/O | SEE SOAP | |
| 9 | | NO C/O | SEE SOAP | |
| 10 | | NO C/O | SEE SOAP | |
| 11 | | NO C/O | SEE SOAP | |
| 12 | | NO C/O | SEE SOAP | |
| 13 | | NO C/O | SEE SOAP | |
| 14 | | NO C/O | SEE SOAP | |
| 15 | | NO C/O | SEE SOAP | |
| 16 | | NO C/O | SEE SOAP | |
| 17 | | NO C/O | SEE SOAP | |
| 18 | | NO C/O | SEE SOAP | |
| 19 | | NO C/O | SEE SOAP | |
| 20 | | NO C/O | SEE SOAP | |
| 21 | | NO C/O | SEE SOAP | |
| 22 | | NO C/O | SEE SOAP | |
| 23 | | NO C/O | SEE SOAP | |
| 24 | | NO C/O | SEE SOAP | |
| 25 | | NO C/O | SEE SOAP | |
| 26 | | NO C/O | SEE SOAP | |
| 27 | | NO C/O | SEE SOAP | |
| 28 | | NO C/O | SEE SOAP | |
| 29 | | NO C/O | SEE SOAP | |
| 30 | | NO C/O | SEE SOAP | |
| 31 | | NO C/O | SEE SOAP | |

| Vital Signs | T | P | R | OXI | WT | Initials / Date |
|-------------|---|---|---|-----|-----|-----------------|
| | | | | | | |

| Inmate Name (Last, First M.I.) | | ADC Number |
|--------------------------------|---|------------|
| Andriano W | | 191593 |
| Date of Birth | Facility/Unit | |
| 8/6/70 | 30 030 | 000011994 |

1102-98
12/3/01

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Daily Isolation Health Check**

| Month MAR | Year 2012 |
| --- | --- |

| Date | Time | Disposition | | Signature / Initials |
| --- | --- | --- | --- | --- |
| 1 | 1000 | NO C/O | SEE SOAP | Drew |
| 2 | | NO C/O | SEE SOAP | |
| 3 | | NO C/O | SEE SOAP | |
| 4 | | NO C/O | SEE SOAP | |
| 5 | 1100 | NO C/O | SEE SOAP | Drew |
| 6 | | NO C/O | SEE SOAP | |
| 7 | | NO C/O | SEE SOAP | |
| 8 | 1200 | NO C/O | SEE SOAP | Dr |
| 9 | | NO C/O | SEE SOAP | |
| 10 | | NO C/O | SEE SOAP | |
| 11 | | NO C/O | SEE SOAP | |
| 12 | 1000 | NO C/O | SEE SOAP | Drew |
| 13 | | NO C/O | SEE SOAP | |
| 14 | 1110 | NO C/O | SEE SOAP | Dr |
| 15 | | NO C/O | SEE SOAP | |
| 16 | 1000 | NO C/O | SEE SOAP | Drews |
| 17 | | NO C/O | SEE SOAP | |
| 18 | | NO C/O | SEE SOAP | |
| 19 | 1300 | NO C/O | SEE SOAP | Drews |
| 20 | | NO C/O | SEE SOAP | |
| 21 | 1100 | NO C/O | SEE SOAP | Drews |
| 22 | | NO C/O | SEE SOAP | |
| 23 | 0900 | NO C/O | SEE SOAP | Drews |
| 24 | | NO C/O | SEE SOAP | |
| 25 | | NO C/O | SEE SOAP | |
| 26 | 0900 | NO C/O | SEE SOAP | Dr |
| 27 | | NO C/O | SEE SOAP | |
| 28 | 0900 | NO C/O | SEE SOAP | |
| 29 | | NO C/O | SEE SOAP | See Protube |
| 30 | 0900 | NO C/O | SEE SOAP | Dr |
| 31 | | NO C/O | SEE SOAP | |

| Month APR | Year 2012 |
| --- | --- |

| Date | Time | Disposition | | Signature / Initials |
| --- | --- | --- | --- | --- |
| 1 | 04 | NO C/O | SEE SOAP | |
| 2 | 0900 | NO C/O | SEE SOAP | Drews |
| 3 | | NO C/O | SEE SOAP | |
| 4 | 1000 | NO C/O | SEE SOAP | Drews |
| 5 | | NO C/O | SEE SOAP | |
| 6 | 1100 | NO C/O | SEE SOAP | Drew |
| 7 | | NO C/O | SEE SOAP | |
| 8 | | NO C/O | SEE SOAP | |
| 9 | 1300 | NO C/O | SEE SOAP | Drews |
| 10 | | NO C/O | SEE SOAP | |
| 11 | 1350 | NO C/O | SEE SOAP | Drews |
| 12 | | NO C/O | SEE SOAP | |
| 13 | 1000 | NO C/O | SEE SOAP | Dre |
| 14 | | NO C/O | SEE SOAP | |
| 15 | | NO C/O | SEE SOAP | |
| 16 | 1000 | NO C/O | SEE SOAP | Dre |
| 17 | | NO C/O | SEE SOAP | Dr |
| 18 | 0900 | NO C/O | SEE SOAP | Dre |
| 19 | | NO C/O | SEE SOAP | |
| 20 | 0900 | NO C/O | SEE SOAP | Dr |
| 21 | | NO C/O | SEE SOAP | |
| 22 | | NO C/O | SEE SOAP | |
| 23 | 1100 | NO C/O | SEE SOAP | Drews |
| 24 | | NO C/O | SEE SOAP | |
| 25 | 1100 | NO C/O | SEE SOAP | Drews |
| 26 | | NO C/O | SEE SOAP | |
| 27 | 1400 | NO C/O | SEE SOAP | Drews |
| 28 | | NO C/O | SEE SOAP | |
| 29 | | NO C/O | SEE SOAP | Drew |
| 30 | 1200 | NO C/O | SEE SOAP | Drew |
| 31 | | NO C/O | SEE SOAP | |

**Baseline Vital Signs**

| BP | T | P | R | OXI | WT | Initials / Date |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | See Orig |

| Inmate Name (Last, First M.I.) Andriano, W | ADC Number 191593 |
| --- | --- |
| Date of Birth 8/6/70 | Facility/Unit 30 yd   000011995 |

1102-9P
12/3/01

ARIZONA DEPARTMENT OF COR.        S

Daily Isolation Health Check

| Month Sept | | Year 2012 | | Month Oct | | Year 2012 | |
|---|---|---|---|---|---|---|---|
| Date | Time | Disposition | Signature / Initials | Date | Time | Disposition | Signature / Initials |
| 1 | | NO C/O   SEE SOAP | | ① | DR | NO C/O   SEE SOAP | Retrach |
| 2 | | NO C/O   SEE SOAP | | 2 | | NO C/O   SEE SOAP | |
| 3 | | NO C/O   SEE SOAP | | ③ | DR | NO C/O   SEE SOAP | Retrach |
| ④ | DR | NO C/O   SEE SOAP | Retrach | 4 | | NO C/O   SEE SOAP | |
| 5 | | NO C/O   SEE SOAP | | ⑤ | DR | NO C/O   SEE SOAP | Retrach |
| 6 | | NO C/O   SEE SOAP | | 6 | | NO C/O   SEE SOAP | |
| ⑦ | DR | NO C/O   SEE SOAP | Retrach | 7 | | NO C/O   SEE SOAP | |
| 8 | | NO C/O   SEE SOAP | | ⑧ | DR | NO C/O   SEE SOAP | Retrach |
| 9 | | NO C/O   SEE SOAP | | 9 | | NO C/O   SEE SOAP | |
| ⑩ | DR | NO C/O   SEE SOAP | Retrach | ⑩ | DR | NO C/O   SEE SOAP | Retrach |
| 11 | | NO C/O   SEE SOAP | | 11 | | NO C/O   SEE SOAP | |
| ⑫ | DR | NO C/O   SEE SOAP | Retrach | ⑫ | DR | NO C/O   SEE SOAP | Retrach |
| 13 | | NO C/O   SEE SOAP | | 13 | | NO C/O   SEE SOAP | |
| ⑭ | DR | NO C/O   SEE SOAP | Retrach | 14 | | NO C/O   SEE SOAP | |
| | | NO C/O   SEE SOAP | | ⑮ | CDJC | NO C/O   SEE SOAP | Retrach |
| 16 | | NO C/O   SEE SOAP | | 16 | | NO C/O   SEE SOAP | |
| ⑰ | DR | NO C/O   SEE SOAP | Retrach | ⑰ | DR | NO C/O   SEE SOAP | Retrach |
| 18 | | NO C/O   SEE SOAP | | 18 | | NO C/O   SEE SOAP | |
| ⑲ | DR | NO C/O   SEE SOAP | Retrach | ⑲ | DR | NO C/O   SEE SOAP | Retrach |
| 20 | | NO C/O   SEE SOAP | | 20 | | NO C/O   SEE SOAP | |
| ㉑ | DR | NO C/O   SEE SOAP | Retrach | 21 | | NO C/O   SEE SOAP | |
| 22 | | NO C/O   SEE SOAP | | ㉒ | DR | NO C/O   SEE SOAP | Retrach |
| 23 | | NO C/O   SEE SOAP | | 23 | | NO C/O   SEE SOAP | |
| 24 | | NO C/O   SEE SOAP | | ㉔ | DR | NO C/O   SEE SOAP | Retrach |
| ㉕ | DR | NO C/O   SEE SOAP | Retrach | 25 | | NO C/O   SEE SOAP | |
| 26 | | NO C/O   SEE SOAP | | ㉖ | DR | NO C/O   SEE SOAP | Retrach |
| 27 | | NO C/O   SEE SOAP | | 27 | | NO C/O   SEE SOAP | |
| ㉘ | DR | NO C/O   SEE SOAP | Retrach | 28 | | NO C/O   SEE SOAP | |
| 29 | | NO C/O   SEE SOAP | | ㉙ | DR | NO C/O   SEE SOAP | Retrach |
| 30 | | NO C/O   SEE SOAP | | 30 | | NO C/O   SEE SOAP | |
| 31 | | NO C/O   SEE SOAP | | ㉛ | DR | NO C/O   SEE SOAP | Retrach |

| Baseline Vital Signs | | | | | | | |
|---|---|---|---|---|---|---|---|
| BP | T | P | R | OXI | WT | Initials / Date | |
| | | | | | | | |

Inmate Name (Last, First M.I.) Andriano  W

ADC Number 191593

Date of Birth

Facility/Unit ASPC-PV   000011996

1102-9P

P-App. 006216

ARIZONA DEPARTMENT OF CORRECTIONS

Daily Isolation Health Check

| Month July | Year 2013 | | | Month August | Year 2013 | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Disposition | Signature / Initials | Date | Time | Disposition | Signature / Initials |
| 1 | | NO C/O   SEE SOAP | | (1) | | NO C/O   SEE SOAP | Petrach |
| 2 | | NO C/O   SEE SOAP | | 2 | | NO C/O   SEE SOAP | |
| 3 | | NO C/O   SEE SOAP | | (3) | | NO C/O   SEE SOAP | Petraich |
| 4 | | NO C/O   SEE SOAP | | 4 | | NO C/O   SEE SOAP | |
| 5 | | NO C/O   SEE SOAP | | 5 | | NO C/O   SEE SOAP | Petraich |
| 6 | | NO C/O   SEE SOAP | | (6) | | NO C/O   SEE SOAP | |
| 7 | | NO C/O   SEE SOAP | | 7 | | NO C/O   SEE SOAP | |
| 8 | | NO C/O   SEE SOAP | | (8) | | NO C/O   SEE SOAP | Perraen |
| 9 | | NO C/O   SEE SOAP | | 9 | | NO C/O   SEE SOAP | |
| 10 | | NO C/O   SEE SOAP | | 10 | | NO C/O   SEE SOAP | |
| 11 | | NO C/O   SEE SOAP | | 12 | | NO C/O   SEE SOAP | |
| 12 | | NO C/O   SEE SOAP | | (13) | | NO C/O   SEE SOAP | Petraich |
| 13 | | NO C/O   SEE SOAP | | 14 | | NO C/O   SEE SOAP | |
| 14 | | NO C/O   SEE SOAP | | (15) | | NO C/O   SEE SOAP | Petraich |
| 15 | | NO C/O   SEE SOAP | | 16 | | NO C/O   SEE SOAP | |
| 16 | | NO C/O   SEE SOAP | | (17) | | NO C/O   SEE SOAP | Petraich |
| 17 | | NO C/O   SEE SOAP | | 18 | | NO C/O   SEE SOAP | |
| 18 | | NO C/O   SEE SOAP | | 19 | | NO C/O   SEE SOAP | |
| 19 | | NO C/O   SEE SOAP | | (20) | | NO C/O   SEE SOAP | Petraich |
| 20 | | NO C/O   SEE SOAP | | 21 | | NO C/O   SEE SOAP | |
| 21 | | NO C/O   SEE SOAP | | 22 | | NO C/O   SEE SOAP | |
| 22 | | NO C/O   SEE SOAP | | (23) | | NO C/O   SEE SOAP | Petraich |
| 23 | | NO C/O   SEE SOAP | | (24) | | NO C/O   SEE SOAP | Petraich |
| 24 | | NO C/O   SEE SOAP | | 25 | | NO C/O   SEE SOAP | |
| (25) | | NO C/O   SEE SOAP | Petraich | 26 | | NO C/O   SEE SOAP | |
| (26) | | NO C/O   SEE SOAP | | (27) | | NO C/O   SEE SOAP | Petraich |
| (27) | | NO C/O   SEE SOAP | Petraich | 28 | | NO C/O   SEE SOAP | |
| (28) | | NO C/O   SEE SOAP | | (29) | | NO C/O   SEE SOAP | Petraich |
| (29) | | NO C/O   SEE SOAP | | 30 | | NO C/O   SEE SOAP | |
| (30) | 100 | NO C/O   SEE SOAP | Petraich | (31) | | NO C/O   SEE SOAP | Petraich |

| Vital Signs | | | | | | |
|---|---|---|---|---|---|---|
| T | P | R | OXI | WT | Initials / Date | |
| | | | | | | |

| Inmate Name (Last, First M.I.) Anariano, W. | ADC Number 191593 |
|---|---|
| Date of Birth | Facility/Unit ASPC-DV   30 D |

1102-3P
12/5/03

000011997

304d.

D266

ARIZONA DEPARTMENT OF CORRE ) )NS

Vital Signs Flow Sheet

| Ordering Physician | Order | Date |
|---|---|---|
| T Johnson | BP x 2x/wk x 3 wks | 3/29/12 |

| Date | Time | Weight | T. | P. | R. | B/P | O2 Sat | Signature |
|---|---|---|---|---|---|---|---|---|
| 3/30/12 | 1100 | | | 100 | | 100/68 | 98% | A Remakle |
| 4/2/12 | 1315 | | | | | 90/60 | | A Remakle |
| | | | | | | | | seen by Johnson DCR 4/3/12 |

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Andriano, Wendi | 191593 |
| Date of Birth | Facility/Unit |
| 8/6/70 | ASPC - PL  000011998 |

1101-64P
12/7/01

Tray #: 030634

Customer Account No.: 12345

5/3/2011 09:54 AM

Location Code: 1
Invoice No.:

Store: aspc Perryville
Patient Name: Andriano, Wendi #191593

Order Date: 05/03/2011
Promise Date:
User ID: AG Angie

Lens Material: Plastic (CR-39®) 1.498

Make: Pair
Lens Color: Clear/White
Frame Item: EM

Lens Type: Single Vision (Far)
Edge Type:

Polish Edges: No   Pin Bevel:   No

| | Sphere | Cylinder | Axis | Far PD | Near PD | OC Ht | Prism In | Prism Up | Base |
|---|---|---|---|---|---|---|---|---|---|
| R | -2.50 | -0.50 | 9 | 32.0 | 30.5 | 17.35 | | | |
| L | -3.00 | -0.75 | 175 | 32.0 | 30.5 | 17.35 | | | |

Pattern No.: 000007        A:  51.65 B:    34.71 ED:    52.04 ED Axis:    9.14° Circ(R):    137.72 Circ(L):    138.13 DBL:    18.10

Right        Comments:        Left

Job Options:

+++        +++

000011999

DR. EDWARD BERGER

**CORRECTIONAL EYE CARE NETWORK SERVICES**

DR. MARK R. MAXON

## EYE GLASS ORDER FORM

DOC# 191693

1. Name: Andriano, Wendi   Date: April 18, 2011

Facility Location: ASPC - Perryville, Brent Lumley

2.

| | SPHERE | CYL. | AXIS | DEC. | PRISM | BASE |
|---|---|---|---|---|---|---|
| DISTANCE R | -250 | -050 | 9 | | | |
| DISTANCE L | -300 | -075 | 175 | | | |

| | ADD | SEG. HEIGHT | SEG. WIDTH | SEG. INSET | TOTAL INSET |
|---|---|---|---|---|---|
| NEAR R | | | | | |
| NEAR L | | | | | |

| PD DIST | NEAR | A | DBL | B | ED |
|---|---|---|---|---|---|
| 64 | | | | | |

**FAX:**
518-523-3737

1. Please include Clinic Log Sheet with Eyeglass Order Form.

2. Please Do NOT fax Medical Eye Records.

3.
**FRAME INFORMATION**
STYLE: EM   SIZE   COLOR

4.
**LENS INFORMATION**
(PLASTIC)   POLY

HARDCOAT:   YES   NO

**COLORS**
ROSE ____ %
GREEN ____ %
GRAY ____ %
BROWN ____ %   U.V.
SOLID-GRADIENT

NOTES/COMMENTS:

Dist!

5. Facility Name: ASPC - Perryville

Address: 2015 N Citrus Rd
Goodyear AZ. 85395
Attn Debbie Shinsky -
Health Services

000012000

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Optometry Patient**

| Date | Age | Reason for Visit | Have you ever worn glasses? |
|---|---|---|---|
| 4-6-11 | 40 | Blurred vision = glasses | ☑ Yes  ☐ No |

| When? | How Long? | Have you ever had an allergy? | Do you get headaches, eyes water or blur? |
|---|---|---|---|
| | 30 yrs | ☐ Yes  ☑ No | ☑ Yes  ☐ No |

| Specify | | Do you see spots, halos, flashing lights, vision loss? |
|---|---|---|
| | | 2-6 mnths - onion but K.  ☐ Yes  ☑ No |

| Specify | Have you ever had an injury? | Surgery to eyes? |
|---|---|---|
| | ☐ Yes  ☑ No | ☐ Yes  ☑ No |

| Eye Turn | Do you or a family member now have or ever had glaucoma, diabetes, cataracts, high blood pressure, heart condition, thyroid problem? | |
|---|---|---|
| ☐ Yes  ☐ No | | ☐ No  self |

| Specify | What medications if any are you taking? |
|---|---|
| | none |

| What medications are you allergic to? | Additional Information |
|---|---|
| NKDA | |

CRN Signature

| OLD RX | SPHERE | CYLINDER | AXIS | ADD | BC | PD | ACUITY |
|---|---|---|---|---|---|---|---|
| | -250 | | | | | | |
| | -325 | -025 | 180 | | | | |

Visual Activity: (Without glasses)   Distance / Near   R 20 / L 20/40

PUPILS  PERRLA  (-) APD
EOM  NORMAL
C.T.  Ø  PR   PP
PD   NPC   cm

| 4 | OD | | | | | |
|---|---|---|---|---|---|---|
| | OS | | | | | |
| 7 | OD | -250 -050 x 9 | 20/20+ | | | |
| | OS | -3.00 -075 x 175 | 20/20 | | | |
| 8 | | 12 | | | | |

DEDUCTIONS

| NEAR TESTS THRU | | 1st 20/ |
|---|---|---|
| 13B | GRADIENT | / |
| 12B | DUCTIONS | |
| 14B | | 15B |
| | 21 | NRA |
| RANGE Thru | D | TO |

C/D
MARGIN
DEPTH
A/V
BG
MACULA
FR
MEDIA

TONOMETRY:   TIME  P.31  OD 17  OS 18

WNL        WNL
ADNEXA
SCLERA
CORNEA
IRIS
LENS
ANGLE

Additional Tests
A ① PVD - or

Pt.

| FINAL RX | OD | | PRISM   BD |
|---|---|---|---|
| | OS | #7 | |
| | ADD | | PD  64, 61 |

Provider's Signature/Stamp

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Andriano | 191593 |
| Date of Birth | Institution/Facility |
| 8-26-70 | ASPC-PV 000012001 |

1101-30P
12/10/01

*BL*

**ARIZONA DEPARTMENT OF CORRECTIONS**

Outside Consult Request

Priority (circle one): <u>Urgent</u>   <u>Routine</u>   <u>Chronic</u>

Type of Consult (Be Specific)   PeR MMC BReast Clinic.

Follow Ups Required?   ☐ Yes   ☐ No
Number of Follow Ups _____

Release Date _____   Telemedicine ☐ Yes ☐ No

Transport needs   ☐ Diabetic   ☐ Wheel Chair   ☐ Oxygen

Medical Reason for Referral (To Be Transcribed into ORC Comments)

FoR ExcisioneR Biopsy 7 NoduleR density.
@ Rt axillae

Questions for Consultant (To Be Transcribed into ORC Comments)

ordering Practitioner   K. Rodriguez PA   RUMALDO RODRIGUEZ-PAC   AA 2052001-35   Date 3/27/09

al Decision (If Applicable)   ☐ Approved   ☐ Denied   ☐ Practitioner to Supply more information

roval - KCP/Designee/Practitioner   Vincent Eden   Date 3-31-09

ew - FHA/Designee   Date 3/31/09

e Central Office
es   No   Date
135930 ORC ID
9.244   Authorization Number (if approved)

Lab Work Attached   ☐ Yes   ☐ N/A
Test Results Attached   ☐ Yes   ☐ N/A

Inmate Name (Last, First M.I.)   ANdRiano Wendi   Inmate Number 19/593
Date of Birth 8/6/70   Facility/Unit BLu.

1101-63
6/27/08

e Consult Request

4/1/09 appT.

000012002

ARIZONA DEPARTMENT OF CORREC

Outside Consult Request

Type of Consult (Be Specific)

Breast Clinic

| Priority (cirlce one): | Urgent | Routine | Chronic |
|---|---|---|---|
| Follow Ups Required? | | Yes | No |
| Number of Follow Ups | | | |
| Release Date | Telemedicine | Yes | No |

| Transport needs | Diabetic | Wheel Chair | Oxygen |
|---|---|---|---|

Medical Reason for Referral  (To Be Transcribed into ORC Comments)

IM to follow up c̄ return appt to breast clinic on 3/16/09 to obtain results.

Call for results 1st
MRC 3-10-09

Questions for Consultant (To Be Transcribed into ORC Comments)

| Ordering Practitioner | Date |
|---|---|
| S Crenshaw | 3·10·09 |

M CRENSHAW, FNP
SFC PERRYVILLE
623-853-0304  x. 24209

| Local Decision (If Applicable) | Approved | Denied | Practitioner to Supply more information |
|---|---|---|---|
| Approval - KCP/Designee/Practitioner | | | Date |
| Review - FHA/Designee | | | Date |

| Sent to Central Office | | | Lab Work Attached | Test Results Attached |
|---|---|---|---|---|
| Yes | No | Date | Yes    N/A | Yes    N/A |

135134
8648    ORC ID

Authorization Number  (If approved)

| Inmate Name  (Last, First M.I.) Andriano Wendi | Inmate Number 191593 |
|---|---|
| Date of Birth 8-6-70 | Facility/Unit B  BL |

Outside Consult Request

3/16/09 @ 1400

1101-63

000012003

**ARIZONA DEPARTMENT OF CORRECTIONS**

Outside Consult Request

Priority *(circle one):* (Urgent)   Routine   Chronic

| Type of Consult *(Be Specific)* | Follow Ups Required? ☐ Yes ☐ No |
|---|---|
| Surg Clinic | Number of Follow Ups _____ |
| Breast Clinic  Bx  Rt axillary Region | Release Date |
| | Telemedicine ☐ Yes ☐ No |

Transport needs      ☐ Diabetic      ☐ Wheel Chair      ☐ Oxygen

**Medical Reason for Referral** *(To Be Transcribed into ORC Comments)*

Mammogram from 1/30/09 Results.
3.0 cm Nodular density within Rt axillary
Region - most Probably a Prominent Lymph node -
c̄ Remaining Breast Parenchyma demonstrating
a marked Fibroglandular Pattern .
BI-RADS 4/ - "Suspicious Abnormality —
Bx should be Considered"

**Questions for Consultant** *(To Be Transcribed into ORC Comments)*

| Ordering Practitioner | RUMALDO RODRIGUEZ-PAC AA 2052001-35 | Date 2/13/09 |
|---|---|---|

Local Decision *(If Applicable)*   ☐ Approved   ☐ Denied   ☐ Practitioner to Supply more information

| Approval - KCP/Designee/Practitioner   AS ABOVE | Date 2/?/09 |
|---|---|
| Review - FHA/Designee   N/A | Date 2/13/09 |

Sent to Central Office
☐ Yes ☐ No   Date _____

134128   ORC ID

7863   Authorization Number (If approved)

| Lab Work Attached ☐ Yes ☐ N/A | Test Results Attached ☐ Yes ☐ N/A |
|---|---|

| Inmate Name *(Last, First M.I.)* Andriano, Wendi | Inmate Number 191593 |
|---|---|
| Date of Birth 8/6/70 | Facility/Unit BLu |

1101-63
6/27/08

000012004

Outside Consult Request

Take films
4/7/09      @ 12k

04/03/09 10:49:03 AM   PAGE   1/015   Fax Serve

*191593*



**To:** ASPC-PERRYVILLE = = MED. RECORDS
Company:
  Fax:   23 853 4644
  Phone:  23 853 0304X24215

**From:** Sandy Muro
  Fax:
  Phone:
  E-mail:

**NOTES:**

4/9/09
TIMOTHY R. JOHNSON, M.S., PA-C

Date and time of transmission: Friday, April 03, 2009 10:48:30 AM
Number of pages including this cover sheet: 15

000012005

Maricopa Integrated Health System
Health Information Management
2601 E. Roosevelt
Phoenix, Az. 85008
(602) 344-5266
(602) 344-5092 Fax

## FAX COVER SHEET

**EXTREMELY URGENT!** If you have received this copy in error, please immediately notify us by telephone and return the document to us at the above address. Thank you for your cooperation. If there are any problems receiving this FAX, please contact the sender at 602-344-5266.

RE:   ANDRIANO, WENDI
      MRN: 37589389

FAXED TO: ASPC-PERRYVILLE
          P.O. BOX 3300
          623-853-4644
          Attn: ASPC-PERRYVILLE == MED. RECORDS

Faxed on 04/03/2009

PAGES: _____ including this cover sheet.

The information contained in this facsimile material is PRIVILEGED and CONFIDENTIAL INFORMATION intended only for the use of the addressee listed above. If you are neither the intended recipient of the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the content of this telecopied information is strictly prohibited.

000012006
54



000012007
55

Tray #: 004616

mer Account No.: 12345

12/29/2009 04:13 PM

Location Code: 1
Invoice No.:

Store . /: aspc Perryville       Order Date: 12/29/2009       Promise Date:
Patient Name: Andriano, Wendi #191593       User ID: AG Angie

ke: Pair
ens Color: Clear/White
Frame Item: GEO 47 tort.

Lens Type: Single Vision (Far)
Edge Type:

Lens Material: Plastic (CR-39®) 1.498

30 DZ6.6

Polish Edges: No      Pin Bevel:   No

| | Sphere | Cylinder | Axis | Far PD | Near PD | OC Ht | Prism In | Prism Up | Base |
|---|---|---|---|---|---|---|---|---|---|
| R | -2.25 | | | 32.5 | 31.0 | 18.69 | | | |
| L | -3.00 | -0.50 | 175 | 32.5 | 31.0 | 18.69 | | | |

Pattern No.: 000009      A:  49.06 B:   37.38 ED:  51.58 ED Axis:  23.91° Circ(R):   140.73 Circ(L):   141.10 DBL:   17.10

Right

Comments:

Left

Job Options:

.+

+++

000012008

Flo

131659

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Outside Consult Request**                              Priority (circle one):  __Urgent__   __Routine__   __Chronic__

| Type of Consult *(Be Specific)* | Follow Ups Required?  ☐ Yes  ☐ No |
|---|---|
| *Mammography* | Number of Follow Ups _____ |
| | Release Date | Telemedicine  ☐ Yes  ☐ No |

| Transport needs | ☐ Diabetic | ☐ Wheel Chair | ☐ Oxygen |
|---|---|---|---|

**Medical Reason for Referral** *(To Be Transcribed into ORC Comments)*

38 y/o F/ C → Pr; requesting for mammo-
graphy because of a mass, right axillary
area. Mass becomes more noticeable during
menstruation and it becomes more sensitive
during this time. Exam. showed a palpa-
ble nodule, non-tender, measuring
about 1 cm diam. at the apex of
axillary area. Pt. NO discrete mass felt
in both breasts
↑ palpate lymph node, right
axilla.
- R/O breast Nodule, R?.

**Questions for Consultant** *(To Be Transcribed into ORC Comments)*

Palpable lymph node, right axilla?
Breast nodule?

| Ordering Practitioner | | Date 12-15-08 |
|---|---|---|

| Local Decision *(If Applicable)*  ☑ Approved  ☐ Denied  ☐ Practitioner to Supply more information |
|---|

| Approval - KCP/Designee/Practitioner | Date 12-16-08 |
|---|---|
| Review - FHA/Designee | Date |

| Sent to Central Office | Lab Work Attached | Test Results Attached |
|---|---|---|
| ☐ Yes  ☐ No   Date _____ | ☐ Yes  ☐ N/A | ☐ Yes  ☐ N/A |
| _____ ORC ID | Inmate Name (Last, First M.I.)  Adiano, Wendi | Inmate Number  191593 |
| _____ Authorization Number (If approved) | Date of Birth  8-6-1970 | Facility/Unit  ASPC-PV (SMA) Yd 30 |

**Outside Consult Request**

1101-63
6/27/08

000012009
57

Lisa Lecours RT(R)(M) 1/30/09

Fax Server                04/03   19 10:49:03 AM   PAGE   2/015   Fax Server

Maricopa Integrated Health System
2601 E. ROOSEVELT • PHOENIX, ARIZONA 85008

**INTERDISCIPLINARY PROGRESS NOTES**

DT100

This form will be used by all health care disciplines to document patient's personal history, physical examination, patient care progress notes and discharge planning/summary.

0909-02037   0037589389   04/01/09
ANDRIANO, WENDIE
DOB: 08/28/70  38Y  F  RM:
Attending: KOMENAKA, IAN K

**Unacceptable Abbreviations – DO NOT USE –**
U or u (for unit)  –  IU (for international unit)  –  QD or qd (for daily)  –  QOD (for every other day)  –  µg (for microgram)
X.0mg (trailing zero: )  –  .X mg (lack of leading zeros)  –  MS or MSO4 (for morphine sulfate)  –  MgSO4 (for magnesium sulfate)

| ENCOUNTER DATE & TIME | PLEASE DATE AND SIGN ALL ENTRIES |
|---|---|
| 3/30/09 1800 | PreOp Note |
| | PreOp Dx: (R) axillary Mass |
| | Procedure: (R) axillary excisional Bx |
| | H+E Signed/update in AM |
| | Consents: Signed + in Chart |
| | Labs/EKG: ∅ indicated |
| | G. Shirah, MD  9867 |
| 3/41/09 10a | PON |
| | Pre-op Dx: (R) Axillary Mass          Post op Dx: Same |
| | Procedure: (R) Axillary mass removal |
| | Attending: Komenaka |
| | Surgeon: Shirah |
| | Anesthesia: LMA |
| | EBL: Minimal |
| | UOP: ∅ |
| | Fluids: 1L |
| | Specimen: (R) axillary mass |
| | Complications: ∅ |
| | Condition: Stable to PACU. |
| | TIMOTHY JOHNSON, M.S. PA-C  4/1/09 |
| | G. Shirah, MD  9867  4/1/09  72 |

PROGRESS NOTES

Page 1 of 2

2327 (12/07)

ANDRIANO, WENDIE, MRN-37589389, ACCT #-0909002037, Chartmaxx Copy- simuro
Job 24021 (04/03/2009 10:48) - Page 1   000012010
58

P-App. 006230

Maricopa Integrated Health System
2601 E. ROOSEVELT • PHOENIX, ARIZONA 85008

INTERDISCIPLINARY PROGRESS NOTES

Patient Identifier

This form will be used by all health care disciplines to document patient's personal
history, physical examination, patient care progress notes and discharge
planning/summary

**Unacceptable Abbreviations – DO NOT USE –**
U or u (for unit) – IU for International unit) – QD or qd (for daily) – QOD (for every other day) – µg (for microgram)
X.0mg (trailing zeros) – .X mg (lack of leading zeros) – MS or MSO4 (for morphine sulfate) – MgSO4 (for magnesium sulfate)

| ENCOUNTER DATE & TIME | PLEASE DATE AND SIGN ALL ENTRIES |
|---|---|
| | |

Page 2 of 2

2227 (12/07)

ANDRIANO, WENDI E, MRN-37589389, ACCT #-0909002037, Chartmaxx Copy- smuro
Job 24021 (04/03/2009 10 48) - Page 2 Doc# 1

Progress Note  -  Page 2/4

000012011

Fax Server                04/03/__ 9 10:49:03 AM   PAGE   4/015   Fax Server

MARICOPA INTEGRATED HEALTH SYSTEM
## INTERDISCIPLINARY PROGRESS NOTES
2601 EAST ROOSEVELT • PHOENIX, ARIZONA 85008



PATIENT IDENTIFIER
09090-02037   0037589389   04|01|09
ANDRIANO,WENDI E
DOB: 08/26/73  39  F  RM:
Attending: KOMENAKA,IAN K

DT100

This form will be used by all health care disciplines to document patient's personal history, physical examination, patient care progress notes and discharge planning/summary.

### Unacceptable Abbreviations – DO NOT USE –
U or u (for unit) – IU (for international unit) – QD or qd (for daily) – QOD (for every other day) – µg (for microgram)
X.0mg (trailing zeros) – .X mg (lack of leading zeros) – MS or MS04 (for morphine sulfate) – MgSO4 (for magnesium sulfate)

| ENCOUNTER DATE & TIME | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|

RECORD OF OPERATION INTRA-OPERATIVE CARE PLAN ADDENDUM

O   EKG leads
☐   Bovie Pad
▪   BP cuff
△   Pulse oximeter

Invasive Lines
│   IV site
✱   A-line
◎   Central line

PROGRESS NOTES

04/9/09
TIMOTHY R. JOHNSON, M.S., PA-C

| | | |
|---|---|---|
| ID confirmed with wrist band | ✓ | Pt states full name and DOB ✓ |
| Procedure and site confirmed with patient and consent | Exc biopsy Right breast | By: |
| Site marked | Right breast | |
| Allergies | NKA | NPO since: 3/31/09   ASA 2 |

Skin Integrity: pre-op  Warm dry intact    post-op  Same except Right breast dressing
Bovie #  Erbe          Cut ___ Coag ___    Bipolar # ___ Set @ ___
Cooling / Heating Unit # N/A              Set @ ___    monitored by anesthesia

OR-RN  Candace V D Smith RN   date 4/1/09   time 10:47

ANDRIANO, WENDI E, MRN-37589389, ACCT #-0909002037, Chartmaxx Copy- simuro
Job 24021 (04/03/2009 10 48) - Page 3 Doc# 1

Progress Note - Page 3/4

000012012

MARICOPA INTEGRATED HEALTH SYSTEM

## INTERDISCIPLINARY PROGRESS NOTES
2601 EAST ROOSEVELT • PHOENIX, ARIZONA 85008

PATIENT IDENTIFIER

This form will be used by all health care disciplines to document patient's personal history, physical examination, patient care progress notes and discharge planning/summary.

**Unacceptable Abbreviations – DO NOT USE –**
U or u (for unit) – IU (for international unit) – QD or qd (for daily) – QOD (for every other day) – µg (for microgram)
X.0mg (trailing zeros) - .X mg (lack of leading zeros) – MS or MS04 (for morphine sulfate) – MgSO4 (for magnesium sulfate)

| ENCOUNTER DATE & TIME | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| | |

ANDRIANO, WENDI E, MRN-37589389, ACCT #-0909002037, Chartmaxx Copy- smuro
Job 24021 (04/03/2009 10:48) - Page 4  Doc# 1
Progress Note - Page 4/4

000012013

DEPARTMENT OF PATHOLOGY
                                                          PID: (0000)00375-89-38-9    F  38 YRS
                                                          PT NAME: ANDRIANO, WENDI E
MARICOPA MEDICAL CENTER                                   LOCATION: SURGERY
2601 E. ROOSEVELT         DAN W. BOBOEHM, MD              PROVIDER: IAN K. KOMENAKA, M.D.
PHOENIX, ARIZONA  85008      DIRECTOR

-----------------------------------------------------------------------------------------------

                            ┌─────────────────────┐
                            │    MICRO - MISC     │
                            └─────────────────────┘


MISC CULTURE W/GRAM STAIN            ACC# 09-091-1188

                                                          COLLECTED: 01APR09 1104
                                                          RECEIVED: 01APR09 1104
SOURCE:  TISSUE                                           STARTED: 01APR09 1104
         R BREAST MASS


---------------* * STAINS & PREPS * *--------------------
GRAM STAIN                           01APR09  1231
   NO POLYMORPHONUCLEAR LEUKOCITES SEEN
   NO ORGANISMS OBSERVED
-----------------------------------------------------------------------------------------------
                            MICRO - FUNGAL



FUNGUS CULTURE                       ACC# 09-091-1186

                                                          COLLECTED: 01APR09 1102
                                                          RECEIVED: 01APR09 1104
SOURCE:  TISSUE                                           STARTED: 01APR09 1104
         R BREAST MASS


---------------* * PRELIMINARY REPORT * *--------------------
                                     01APR09  1521
   CULTURE IS NEGATIVE. REPORT WILL BE MODIFIED IF STATUS
   CHANGES













                                                    Account Number 09090-02037
FINAL CHART FOR PERMANENT MEDICAL RECORD
                              END OF REPORT
                                                                          Page:      1
Report Printed 04/02/09   0703

ANDRIANO, WENDI E, MRN-37589389, ACCT #-0909002037, Chartmaxx Copy- smuro
Lab Cumulative Summary - Page 1/1          Job 24021 (04/03/2009 10.48) - Page 5  Doc# 2

                                                            000012014
                                                               (62

Fax Server                    04/03    09 10:49:03 AM  PAGE   7/01    Fax Server

DEPARTMENT OF PATHOLOGY                                      PID: (0000)00375-89-38-9    F  38 YRS
MARICOPA MEDICAL CENTER                                      PT NAME: ANDRIANO, WENDI E
2601 E. ROOSEVELT            DAN W. HOBOHM, MD               LOCATION: SURGERY
PHOENIX, ARIZONA  85008          DIRECTOR                    PROVIDER: IAN K. KOMENAKA, M.D.

-------------------------------------------------------------------------------------------

                              MICRO - MISC


MISC CULTURE W/GRAM STAIN            ACC# 09-091-1188

                                                            COLLECTED: 01APR09 1104
                                                            RECEIVED: 01APR09 1104
SOURCE:  TISSUE                                             STARTED: 01APR09 1104
         R BREAST MASS


------------------* * STAINS & PREPS * *------------------------* * PRELIMINARY REPORT * *-----------------
GRAM STAIN                       01APR09 1231                                 02APR09  1244
   NO POLYMORPHONUCLEAR LEUKOCYTES SEEN           NO GROWTH AT 1 DAY
   NO ORGANISMS OBSERVED
                                                 CHEMISTRY
                                               MICRO - AFB



AFB CULTURE W/AFB STAIN              ACC# 09-091-1187

                                                            COLLECTED: 01APR09 1103
                                                            RECEIVED: 01APR09 1104
SOURCE:  TISSUE                                             STARTED: 01APR09 1104
         R BREAST MASS


------------------* * STAINS & PREPS * *------------------------* * PRELIMINARY REPORT * *-----------------
AFB STAIN                        02APR09 1308                                 02APR09  1308
   NO ACID FAST BACILLI SEEN ON CONCENTRATED SMEAR      NO ACID FAST BACILLI SEEN ON CONCENTRATED SMEAR











                                                     Account Number 09090-02C37
ADDENDUM TO PERMANENT MEDICAL RECORD            END OF REPORT
                                                                       Page:     1
Report Printed 04/03/09  0702

ANDRIANO, WENDI E, MRN-37589389, ACCT #-0909002037, Chartmaxx Copy- smuro
Job 24021 (04/03/2009 10 48) - Page 6  Doc# 3
Lab Addendum  - Page 1/1                                             000012015
                                                                        103

MARICOPA MEDICAL CENTER
2601 E. ROOSEVELT - PHOENIX, ARIZONA 85008
D E P A R T M E N T   O F   P A T H O L O G Y

ANATOMIC PATHOLOGY

ACCESSION #:  SP-09-(2140
RECEIVED DATE: 01APR09
COLLECTED DATE: 01APR09
BIRTHDATE: 26AUG70  SEX:  FEMALE
LOCATION: SURGERY

PID:   (0000)00375-89-38-9
NAME:   ANDRIANO, WENDI E
ATTENDING: KOMENAKA, IAN K.
RESIDENT:  KOMENAKA, IAN K.
ACCOUNT NBR:   09090-02037

SURGICAL PATHOLOGY

PREOPERATIVE DIAGNOSIS:
    Right breast mass

POSTOPERATIVE DIAGNOSIS:
    Same

TISSUE FOR EXAMINATION:
    Right breast mass

GROSS DESCRIPTION:
    Received fresh and labeled "right breast mass", the specimen was put in
    formalin at 11:45 A.M. on 04/01/09, it consists of one nodular gray-white firm
    tissue fragment measuring 2.2 x 1.6 x 1.4 cm and weighing 2.9 gm.  The margin
    is inked black.  The specimen is serially and entirely submitted in five
    cassettes.

    Dictated by:  PNP/CK1

MICROSCOPIC DESCRIPTION:
    Microscopic examination performed.

DIAGNOSIS:
    RIGHT BREAST MASS, BIOPSY:

        1.   MILD FIBROCYSTIC CHANGES WITH STROMAL FIBROSIS AND MILD DUCTAL ECTASIA
        2.   NO MALIGNANCY SEEN.


    CODE I  QA 1XJ

CPT-4/ICD-9:
    88307-26; 610.1

    Dictated by:  GEETHA R. NAIR, M.D. PAS# 3801
    Reviewed and verified by:  GEETHA R. NAIR, M.D. PAS# 3801
    CMC    02APR2009  16:00    (ELECTRONIC SIGNATURE)

                                                          4/9/09
                                              TIMOTHY R. JOHNSON, M.S. PA-C

                              DAN W. HOBOHM, M.D., CHAIRMAN
            END OF REPORT                    PAGE    1

ANDRIANO, WENDI E, MRN-37589389, ACCT #-0909002037, Chartmaxx Copy- smuro
                        Job 24021 (04/03/2009 10:48) - Page 7  Doc# 4
Pathology Report - Page 1/1                                      000012016
                                                                   Q4

Server                    04/03    9 10:49:03 AM   PAGE 8/42   Fax Server

MARICOPA INTEGRATED HEALTH SYSTEM
Maricopa Medical Center - Comprehensive Healthcare Center - Family Health Centers

PATIENT:  ANDRIANO, WENDI E                    MR#:   37589389
PHYSICIAN:  GINA R SHIRAH, MD                  ACCT#: 0909002037
DATE OF OPERATION/PROCEDURE:  04/01/2009       DOB:   08/26/1970
LOCATION:

PREOPERATIVE DIAGNOSIS
Right axillary mass.

POSTOPERATIVE DIAGNOSIS
Right axillary mass.

PROCEDURE PERFORMED
Right axillary mass excisional biopsy.

TIME OF OPERATION
10:40 a.m.

ATTENDING/TEACHING SURGEON
Ian K Komenaka, MD.

SURGEON JUNIOR
Gina Shirah, MD.

FIRST ASSISTANT
Marcia E Bouton, PA-C.

COMPLICATIONS
None.

CONDITION
Stable, extubated to PACU then jail.

FLUIDS
1 liter.

ESTIMATED BLOOD LOSS
Minimal.

SPECIMENS
Right axillary mass.

DRAIN
None.

INDICATIONS
The patient is a 38-year-old incarcerated female who presented to the breast

OPERATIVE REPORT/PROCEDURE NOTE

4/9/09
TIMOTHY R. JOHNSON, M.S., PA-C

Fax Server                    04/0?    09 10:49:03 AM   PAGE  10/0?    Fax Server

MARICOPA INTEGRATED HEALTH SYSTEM
Maricopa Medical Center - Comprehensive Healthcare Center - Family Health Centers

PATIENT: ANDRIANO, WENDI E                     MR#:   37589389
PHYSICIAN: GINA R SHIRAH, MD                    ACCT#: 0909002037
DATE OF OPERATION/PROCEDURE:  04/01/2009        DOB:   08/26/1970
LOCATION:
surgery clinic with complaints of a right axillary mass, stating that it is
enlarging in size.  The mass was fine-needle aspirated but was without enough
cells present to confirm a diagnosis.  The patient requested excisional biopsy.
The risks, benefits, complications, and alternatives were explained to the
patient in great detail, and she agreed to go forward with the procedure.

DESCRIPTION OF PROCEDURE
On 04/01/2009, the patient was brought back to the operating suite, where a
surgical timeout was done to ensure the appropriate patient as well as the
correct procedure.  After all parties were in agreement, the patient's right
axillary region was prepped and draped in the normal sterile fashion.  Once
this was completed, the mass was palpated and marked.  Care was then taken at
this point to make a 4-cm incision in the skin crease, inferior to the hair-
bearing area of the axilla; and Bovie electrocautery was used to dissect down
to the mass.  Once the mass was identified, it was grasped in the surrounding
tissue with the DeBakey; and a combination of Bovie electrocautery and
meticulous dissection was used to dissect around the lymph node, ensuring no
evidence of involvement of surrounding tissues.  Once the node was taken in its
entirety, it was sent fresh to pathology for evaluation of cytology and
infectious processes.  It will also be evaluated on a frozen section.

The patient tolerated the procedure well without any complications, and Dr.
Komenaka was present and scrubbed throughout the key portions of the case.  The
patient will be sent to the PACU where she will be appropriately recovered and
sent back to jail with appropriate pain medication.  She will follow up in the
clinic in 1 week to discuss the results of this excisional biopsy.


                    GINA R SHIRAH, MD
                    _____


                    IAN K KOMENAKA, MD
                    Teaching/Surgical Attending


DD:  04/01/2009 10:53:10
DT:  04/01/2009 11:13:20
JOB #:  721872/366341 936/MEDQ                              4/9/09

                                                    TIMOTHY A. JOHNSON, M.S., PA-C



            OPERATIVE REPORT/PROCEDURE NOTE



ANDRIANO, WENDI E, MRN-37589389, ACCT #-0909002037, Chartmaxx Copy- smuro
                                        Job 24021 (04/03/2009 10:48) - Page 9 Doc# 5
Operative Record/Procedure Note - Page 2/2                        000012018

Fax Server                04/08    09 10:49:05 AM  PAGE  11/28

**MARICOPA MEDICAL CENTER**
2601 EAST ROOSEVELT • PHOENIX, ARIZONA 85008
**PERIOPERATIVE ANESTHETIC EVALUATION**  DT120

PATIENT IDENTIFIER

09090-02037   0037589389   04/01/09
ANDRIANO, WENDI E   F  RM:
DOB: 08/26/70  39  YR
Attending: KOMENAKA, IAN K

Preop Diagnosis: (R) Axilla mass
Procedure: Excisional Biopsy
Date of Procedure: 4/1/09                        3/31/09
Age 38  WT 57 kg HT 162.4 cm  Last PO: 2am         CXR:
ECG:                 ECHO/Stress Test:
**LAB DATA**
Heme:                                 Chem: Na Cl BUN Cr
ABG: pH / pCO₂ / FiO₂ / pO₂ / SaO₂ / BE  Pregnancy Test 4/1/09 (−)
Other:                                Notes: Intact

**REVIEW OF SYSTEMS / PAST MEDICAL HISTORY**
Cardiovascular: ∅
Respiratory/OSA/URI: ∅
Tobacco Use: ∅
  Secondary Smoke: ☐ Yes  ☐ No
Gastrointestinal/Liver: ∅
Endocrine: ∅
Genitourinary: G₂P₂
Neurological: ∅
Musculoskeletal: ∅
Hematologic/Infect. Disease: ∅
Past Surgical/OB Anesthesia Hx: ∅

Etoh/Substance Abuse: ∅
Allergies/Latex: NKDA
Contact Lenses: ∅
Blood Transfusions: ∅
Family Hx of Anesthetic Problems: denies
Medications: ∅

Remarks:
Relevant Physical Exam: B/P 122/65  Pulse 82  Heart RRR  Lungs: CTA  Airway: MPI
**ASSESSMENT AND ANESTHETIC PLAN:**  ASA STATUS: 1 ②3 4 5 6 E
☑ General Anesthesia ☐ SAB ☐ Epidural ☑ MAC ☐ Brachial Plexus ☐ IV Regional ☐ Other:
I have discussed the anesthetic plan and options with the patient (parent/guardian) including risks and benefits. These risks may consist of minor complications up to and including the possibility of brain damage and death. The patient's (parent's/guardian's) questions have been answered, and he/she appears to understand (unless otherwise noted) and agrees to proceed.
Patient cleared for anesthesia ☑ Yes ☐ No
Comments:

Completed by:              Printed Name Jennifer Warner CRNA 21457  4/1/09 0900
Reviewed by:               Printed Name Henry Gico MD   PAS# 9151  4/1/09  959

**IMMEDIATE POST ANESTHESIA ASSESSMENT**
Arrival Time 1047  PACU or Other Location:
HR 86  B/ 100/53  RR 18  O₂SAT 98  TEMP 36.2  PAIN SCORE: ∅  0-10
MENTAL STATUS: ☐ Awake ☑ Arousable ☐ Unresponsive ☐ Intubated
Comments:

Anesthetist Signature   Printed Name Jennifer Warner CRNA 21457  Phone or Pager# 4/1/09 1048

**POST ANESTHESIA NOTE**
Pain Management Adequate          ☑ Yes ☐ No
Cardiopulmonary Status  STABLE    ☑ Yes ☐ No
Level of Consciousness  ALERT/AWAKE ☑ Yes ☐ No
No Apparent Anesthetic Complications ☑ Yes ☐ No
Comments:

Anesthesia Signature  Printed Name Henry Gico MD  PAS# 9151  4/1/09 1142
10061 (4/08)                      Page 1 of 2

ANDRIANO, WENDI E, MRN-37589389, ACCT #-0909002037, Chartmaxx Copy- smuro
Job 24021 (04/03/2009 10:46) - Page 10  Doc# 6

Misc Operative - Page 1/4

000012019

MARICOPA MEDICAL CENTER
2601 EAST ROOSEVELT • PHOENIX, ARIZONA 85008
**PERIOPERATIVE ANESTHETIC EVALUATION**

PATIENT IDENTIFIER

| FLACC Scale: Nonverbal Pain Scale | | | |
|---|---|---|---|
| **CATEGORIES** | **SCORING** | | |
| | 0 | 1 | 2 |
| Face | No particular expression or smile | Occasional grimace or frown, withdrawn, disinterested | Frequent to constant quivering chin, clenched jaw |
| Legs | Normal position or relaxed | Uneasy, restless, tense | Kicking, or legs drawn up |
| Activity | Lying quietly, normal position, moves easily | Squirming, shifting back and forth, tense | Arched, rigid or jerking |
| Cry | No cry (awake or asleep) | Moans or whimpers; occasional complaint | Crying steadily, screams or sobs, frequent complaints |
| Consolability | Content, relaxed | Reassured by occasional touching, hugging or being talked to, distractible | Difficult to console or comfort |

Each of the five categories (F) face; (L) legs; (A) activity; (C) cry; (C) consolability is scored from 0 - 2, which results in a total score between zero and ten.



0-10 NUMERIC Pain Distress Scale

NO PAIN — DISTRESSING PAIN — UNBEARABLE PAIN
0 1 2 3 4 5 6 7 8 9 10



**WONG-BAKER FACES Pain Rating Scale**

0 No Hurt    2 Hurts Little Bit    4 Hurts Little More    6 Hurts Even More    8 Hurts Whole Lot    10 Hurts Worst

Page 2 of 2

ANDRIANO, WENDI E, MRN-37589389, ACCT #-0909002037, Chartmaxx Copy- smuro
Job 24021 (04/03/2009 10:48) - Page 11 Doc# 6
Misc Operative - Page 2/4

000012020

P-App. 006240

Fax Server                    04/03   09 10:48:03 AM   PAGE   12/028

ANESTHESIA RECORD
MARICOPA INTEGRATED HEALTH SYSTEM   2601 EAST ROOSEVELT • PHOENIX, AZ 85006

PATIENT IDENTIFIER
09090-02037   0037589389   04/01/09
ANDRIANO, WENDI E   RM:
DOB: 08/28/70
Attending: KOMENAKA, IAN K

ANTIBIOTICS
☐ Not therapeutically indicated per surgeon.
ALL MEDICATIONS GIVEN IV UNLESS OTHERWISE INDICATED    Start    Stop

PRE-OP DIAGNOSIS   R Axilla mass

PROCEDURE   Excisional Biopsy

ASA STATUS   III    ALLERGY   NKDA

DATE 4/1/09   SURGEON ATTENDING   Komenaka

Preanesthetic Evaluation ✓   Premedication: Versed 2   Effect: Sedation
Machine and Monitors Checked ✓   OR# 7   Machine # OR8
Preinduction Vital Signs: B/P 122/65   Pulse 86   Resp 16   Sat 100   T 33'
Pt. Ht. 162.6   Pt. Wt. 57

ANES. START 1017   END 1047
SURGERY START 1026   END 1044

Anes. Type: ☒ Gen   ☐ Reg   ☐ MAC

MONITORS (circle all used)   A-Line   CVP   PA catheter   Stethoscope (precordial/esoph)   Agent Monitor   EEG   Nerve Stimulator   Other ____   D/N Cuff: Y/N
If placed by Anesthesia, write procedure note   System: CIRCLE   Mask: Adult   Tube Size: ____
Airway: N/A   LMA size: ____   Cuff: 7.0   CO2: ✓ ETTOL   Direct/Blind/Fiberoptic   Blade: ____
Difficulty: Easy   Eye Protection: Tape   Breath Sounds Equal ○   Equal Chest Expansion   ○   Page 1 of ____

ANDRIANO, WENDI E, MRN-37589389, ACCT #-0909002037, Chartmaxx Copy- smuro
Job 24021 (04/03/2009 10:48) - Page 12 Doc# 6

Misc Operative  - Page 3/4

000012021
69

P-App. 006241

Fax Server                    04-47   10:48:08 AM  PAGE 244  Fax Server

## Maricopa Integrated Health System
### Surgery Scheduling Form
Phone 602-344-5230
Fax 602-344-0729

MRN:

09090-02097   0037588389   04/01/09   CHC
ANDRIANO, WENDI E
DOB: 09/26/70   38Y F  RM:                 37
Attending: KOMENAKA, IAN K

[X] Elective          [ ] Emergent
[ ] Urgent            [ ] Trauma

## Patient Information
[X] Prisoner/Facility   Perryville
Contact Name & phone #

DOB:                              Hm Phone:                    Alt Phone:

Insurance: ADOC       ID/Policy#: 191593    Auth#: 9244    Per: L. Miller

## Surgery/Procedure Information
[ ] SDA    [X] OP    [ ] ICU Bed Post-op    [ ] Inpt.

Procedure Date: 4/1/09         Preferred Time: AM
Case Duration: 60 min
Primary Diagnosis: (R) BREAST / MILD MASS

Procedure: (R) EXCISIONAL BIOPSY

CPT  38 52 5                    ICD  611.72

*Attention Physician: Please attach clinical information; pertinent history, recent labs, prior history.

## Operating Room Equipment/Instruments
[ ] C-Arm          [ ] Cell Saver
[ ] Mini C-Arm     [ ] Other
[ ] Laser

Special Equipment Requests:

Special Instrument Requests:

Positioning:
[X] Supine     [ ] Lateral
[ ] Prone      [ ] Lithotomy

[ ] Financial Clearance Complete    [ ] Medical Clearance Complete

Service

Resident                    Pgr#                Date/Time

Attending  KOMENAKA        Pgr# 360 0326       Date/Time 16 March 09

Office Scheduler            Phone               Fax

Updated 10-1-08

ANDRIANO, WENDI E, MRN-37589389, ACCT #-0909002037, Chartmaxx Copy- smuro
Job 24021 (04/03/2009 10:48) - Page 13  Doc# 6

Misc Operative - Page 4/4

000012022

Maricopa Integrated Health System
2601 E. ROOSEVELT • PHOENIX, ARIZO. 5.00

**PHYSICIAN ORDER FORM**
**PHYSICIANS DISCHARGE ORDERS**

Do not mark within this area unless STAT

STAT ☐

DT2193

Patient Identi

C9090-02037  0037589389   04/01/09
ANDRIANO,WENDI E
DOB: 08/26/70  38Y  F  RM:
Attending: KOMENAKA,IAN K

Orders must: A. Be dated and timed.    B. Have legible signature, printed name, and PAS number.

**Unacceptable Abbreviations – DO NOT USE –**
U or u (for unit) – IU (for international unit) – QD or qd (for daily) – QOD (for every other day) – µg (for microgram)
X.0mg (trailing zeros) – .X mg (lack of leading zeros) – MS or MS04 (for morphine sulfate) – MgSO4 (for magnesium sulfate)

Pt. Weight: _____ kg    Pt. Height: _____ cm    Breast Feeding ☐ Yes ☐ Not Applicable

To be completed by nurse or HUC: Indicate patient weight, height and allergies on admission and update with patient changes.

ALLERGIES:

DATE & TIME ORDERED: 1/1/09  1040 A

Diagnosis: (P) Axillary Mass

Bathing: ☒ Shower ☐ Tub ☐ Sponge

Riding/Driving Car:

Rest Periods:

May resume all normal physical activity ☐ or Limit lifting/special exercise as follows:

Medications: Spanish labels ☐

See MIDAS

X1 PO prior to discharge.

☐ May administer _____

Rx/Special Instructions (i.e., dressings, irrigations, case care, urine testing, etc.)

Remove dress 4/2/09

Follow-up care: (i.e., lab, x-ray, clinic appointments, etc.)

1 week in clinic

Discharge summary:

Uncomplicated (P) axillary mass removal

DATE OF DISCHARGE

Walking: ☐ Indoors ☐ Stairs ☐ Out of doors _____

Diet: ☒ Regular ☐ Other (describe) _____

Sexual Activity:

Return to work/school:

(-) Shiral MD
987
TIMOTHY R. JOHNSON, M.S., PA-C
4/1/09

| | | | | |
|---|---|---|---|---|
| Medical Provider Signature | Printed Name | PAS# | Date | Time |
| HUC Signature (If applicable) | Printed Name | | Date | Time |
| RN Signature | Printed Name | | Date 4-1-9 | Time 1102 |
| Shift/Day Chart Check Signature (If applicable) Date Time | Shift/Day Chart Check Signature (If applicable) Date Time | | Shift/Day Chart Check Signature (If applicable) Date Time | |

2193 (02/08)

000012023

71

```
                                                                    PAGE 1
4/1/2009              Maricopa   tegrated Health System
10:51 AM                  PATIENT FOCUS DETAIL REPORT
                       CONFIDENTIAL PATIENT INFORMATION
                       MEDICATION RECONCILIATION  LIST
        --------------------------------------------------------------------

>> Patient: ANDRIANO,WENDI E          Birthdate: 8/26/1970    Sex: F
   MRN: 0037589389                    Universal ID: 0037589389


Focus ID: 09-35811


      FOCUS DATE                     4/1/2009        INCOMPLETE


      Allergies 1                 NKDA
      Medication Name 1           ACETAMINOPHEN-HYDROCODONE
      Dose 1                      5/500
      Frequency 1                 Every 4 hours    (Cada 4 horas)
      Indication 1                PAIN NEC
      Date Prescription Written 1 4/1/2009
      Med Comment 1
         #20



 [ END OF REPORT]
```



```
09090-02037   0037589389   04/01/09
ANDRIANO,WENDI E
DOB: 08/26/70  38Y  F  RM:
Attending:KOMENAKA,IAN K
```

Midas Medication List

DT932

000012024
72



Apr 01 2009 13:39

```
4/1/2009              Maricopa Integrated Health System              PAGE 1
10:51 AM                PATIENT FOCUS DETAIL REPORT
                       CONFIDENTIAL PATIENT INFORMATION
                       MEDICATION RECONCILIATION  LIST
-----------------------------------------------------------------------------

   Patient: ANDRIANO,WENDI E                Birthdate: 8/26/1970    Sex: F
     MRN: 0037589389                        Universal ID: 0037589389

Focus ID: 09-35811


    FOCUS DATE                           4/1/2009        INCOMPLETE


    Allergies 1                      NKDA
    Medication Name 1                ACETAMINOPHEN-HYDROCODONE
    Dose 1                           5/500
    Frequency 1                      Every 4 hours   (Cada 4 horas)
    Indication 1                     PAIN NEC
    Date Prescription Written 1      4/1/2009
    Med Comment 1
      #20



[ END OF REPORT]
```



```
09090-02037   0037589389   04/01/09
ANDRIANO,WENDI
DOB: 08/26/70  38Y  F  RM:
Attending:KOMENAKA,JAN K
```

Midas Medication List

DT932

000012026
74

Apr 01 2009 13:38

# Maricopa Integrated Health System
2601 E. ROOSEVELT · PHOENIX, ARIZONA 85008

PHYSICIAN ORDER FORM
PHYSICIANS DISCHARGE ORDERS

Do not mark within this area unless STAT

STAT ☐

Patient Identi

09090-02037   0037589389   04/01/09
ANDRIANO,WENDIE
DOB: 08/26/70  38Y  F  RM:
Attending: KOMENAKA,IAN K

DT2193

**Orders must: A. Be dated and timed.   B. Have legible signature, printed name, and PAS number.**

Unacceptable Abbreviations — DO NOT USE —
U or u (for unit) — IU (for international unit) — QD or qd (for daily) — QOD (for every other day) — µg (for microgram)
X.0mg (trailing zeros) — .X mg (lack of leading zeros) — MS or MSO4 (for morphine sulfate) — MgSO4 (for magnesium sulfate)

To be completed by nurse or HUC indicate patient weight, height and allergies on admission and update with patient changes.

Pt. Weight: _____ kg   Pt. Height: _____ cm   Breast Feeding ☐ Yes ☐ Not Applicable

ALLERGIES:

TIME ORDERED 4/1/09  1040 A

Diagnosis: ℞ Axillary Mass

Bathing: ☑ Shower ☐ Tub ☐ Sponge

Riding/Driving Car:

Rest Periods:

May resume all normal physical activity ☐ or Limit lifting/special exercise as follows:

Medications: Spanish labels ☐

See MIDAS

DATE OF DISCHARGE

Walking: ☐ Indoors ☐ Stairs ☐ Out of doors _____

Diet: ☑ Regular ☐ Other (describe) _____

Sexual Activity:

Return to work/school:

X1 PO prior to discharge.

☐ May administer

Rx/Special Instructions (i.e., dressings, irrigations, case care, urine testing, etc.)

Remove dress 4/2/09

Follow-up care: (i.e., lab, x-ray, clinic appointments, etc.)

1 week in clinic

Discharge summary:

Uncomplicated ℞ axillary mass removal

4-2-09

D. L. Palmer, D.O.
AA2052001-41

| Medical Provider Signature | Printed Name A. Shiral MD 987 | PAS# | Date | Time |
| HUC Signature (if applicable) | Printed Name | | Date | Time |
| RN Signature | Printed Name | | Date 4-1-9  1100 | Time |
| Shift/Day Chart Check Signature (if applicable) Date   Time | Shift/Day Chart Check Signature (if applicable) Date   Time | Shift/Day Chart Check Signature (if applicable) Date   Time |

000012027
75

Fax Server                    03/11   59  4:28:31 PM  PAGE  2/003  Fax Server

MARICOPA INTEGRATED HEALTH SYSTEM
2601 E. ROOSEVELT • PHOENIX, ARIZONA 85008

**OUTPATIENT PROGRESS NOTE**
**INTERDISCIPLINARY**

09088-01439  0037589389  03/09/09  CHC
ANDRIANO, WENDI E
DOB: 08/06/70        AZ ST PRISON PERRY VILLE
MCB #1 PHOENIX, AZ 85008
Attending: KOMENAKA, IAN-X

DT150

Rodriguez                                    axilla

| | |
|---|---|
| Date/Time: 3-9-09 | Breast HPI: 38 yo sent from Perryville for 3cm @axterxal density `26/38 |
| Two Patient Identifier Done: AB Initials | Pt states she can feel nodular area under @arm x 2 years - growing. |
| Chief Complaint/Reason for Visit: Right Breast Mass | Area is tender to palp, + now has numbing sensation under @ arm x 10 mos |
| AGE: 38   Phone: inmate | @breast pain/discharge/thickened skin. @ ↑sensitivity before menstruation. |
| Height: 160 cm   Weight 1 kg | |

(peds only)
Length _____ cm Head Circumference _____ cm

OB/GYN: Menarche: 12          G2 P2          Allergy: NKDA
Age of 1st live birth: 20     LMP: 3/8/09
Menopause:

LMP:
Temp: 37.1 c Pulse: 86 Resp 12
BP 126/81                              PMH: None          Meds: None
Pulse Oximeter _____ ☑N/A                              Ibuprofen PM
Room Air _____ or _____ L/m              PSHX: None

**Pain Evaluation**                      FHX: Breast Cancer: None. Ovarian CA.
Pain Present ☑Yes ☐No
Pain Scale Numeric 0 - 10   2            Social HX: Smoking None    Alcohol None   Drugs none
Duration: _____                          Education Some College   Occupation incarcerated
Location: Right axilla                   Approx Income  incarcerated
Quality: _____
Context: _____                           Most recent Mammo date: 2/2018 @   axillary 3cm nodular density
Modifying Factors: _____                 ROS: negative   BIRADS 4    ↑ remaining br parenchyma ↓
                                                                     ↑ marked fibroglandular pattern.
**Abuse Screen**
Sign/Symptoms of Abuse Noted? ☐Yes ☐No   @br tenderness prior    -Dr Englisch, mobile on site
Does anyone make patient feel unsafe? ☐Yes ☑No   to menstruation.         Perryville
                                         mild density.            US +
**Nutritional**
Difficulty Chewing/Swallowing ☐Yes ☑No
History of Anorexia/Bulimia ☐Yes ☑No    Exam: @axilla 2x3 firm, mobile, rubbery mass at 11 o'clock position
Dialysis/Renal Disease ☐Yes ☑No         approx 14-15cm from nibble
Weight Loss less than 10 lbs/3 mos (Adult)   US: appears to be lymph node
☐Yes ☐No ☑N/A
Weight Gain greater than 10 lbs/3 mos (Adult)   A/P: 38 yo c @axillary mass
☐Yes ☐No ☑N/A                           - Informed consent obtained, biopsy performed, Return for results
If at least 1 positive referral to Nutrition Dept.   - US done
(If not done previously)
                                         Nurse J.S. Betcher 3/9/09    JB MD 9673
**Fall Assessment**                                              1400              Ball
At Fall Risk ☐Yes ☑No ☐NA               #171923
Able to Ambulate ☑Self ☐Help ☐No ☐NA
Cane, Wheelchair ☐Yes ☑No                                        FAX 87106
Screen App... ☐Yes ☑No                  _____                    Ian Komenaka M.D.
Chris J Beliveau RN                     fallow-up
**Anne Beliveau, RN**
Signature/Printed Name/Credentials/Date

Topic (Diagnosis, Meds, Equip., Diet, Pain Mgmt):   Other: _____
Barriers to learning: ☐None   Yes     ☑Language ☐Cultural/Religious ☐Hearing ☐Vision ☐Financial
Care Note                             ☑Physical ☑Cognitive ☐Other
Teaching Method: ☑Emotional/Motive    ☑Physical Standard Ability to Read ☑Comm... ☐Verbal Discussion
What was taught: RTC appt 3/16/09 E-mailed to facility

Outcome: ☑Verbalized Understanding ☐Returned ☐Demo ☐Needs Reinforcement
Signature: S. Betcher          Printed Name: Susan Betcher, RN   Title: _____   Date: 3/9/09   Time: 1440
Interpreter Signature: If applicable _____   Printed Name: _____
☐Interpreter/Translator Box

Signature _____   Printed Name _____   Initials _____   [signature] 3/21/09 Date _____   Time _____

11106 (03/08)                                                          Page 1 of 2

ANDRIANO, WENDI E, MRN-37589389, ACCT #0906801439, ...   2001.35
Clinic Progress Note - Page 1/2                          Job 9786 (03/11/2009 16:26) - Page 1 Doc# 1

000012028
                                                                     76

Fax Server          03/11   '9  4:28:31 PM  PAGE   3/003  Fax Server

MARI COPA
INTEGRATED
HEALTH SYSTEM

2601 E. ROOSEVELT • PHOENIX,
ARIZONA 85008

OUTPATIENT PROGRESS NOTE
INTERDISCIPLINARY

09068-01439  0037589389 03/09/09  CHC
ANDRIANO, WENDI E
DOB: 08/09/75      AZ ST PRISON PERRY VILLE
2633 FT PHOENIX, AZ 85008
Attending: KOMENAKA, IAN K

| Signature | Printed Name | Initials | Credentials | Date | Time |
|-----------|--------------|----------|-------------|------|------|

Page 2 of 2

11106 (03/08)

ANDRIANO, WENDI E, MRN-37589389, ACCT #-0906801439, Chartmaxx Copy- cheimbac
Job 9786 (03/11/2009 16:26) - Page 2 Doc# 1

Clinic Progress Note - Page 2/2

000012029
77

P-App. 006249

MARICOPA MEDICAL CENTER
2601 E. ROOSEVELT - PHOENIX, ARIZONA 85008
D E P A R T M E N T   O F   P A T H O L O G Y

ANATOMIC PATHOLOGY

ACCESSION #:  NG-09-00296
RECEIVED DATE: 09MAR09
COLLECTED DATE: 09MAR09
BIRTHDATE: 26AUG70 SEX: FEMALE
LOCATION: SURGERY CLINIC

PID:   (0000)00375-89-38-9
NAME:   ADRIANO, WENDI E
ATTENDING: KOMENAKA, IAN K.
RESIDENT:  KOMENAKA, IAN K.
ACCOUNT NBR:   09068-01439

NON-GYN CYTOLOGY REPORT

CLINICAL HISTORY:
    2x3cm axillary mass, likely lymph node x2years. Increasing in size.

SPECIMIEN FOR EXAMINATION:
    FINE NEEDLE ASPIRATE, NODE

GROSS DESCRIPTION:
    Collection Date: 03/09/09.
    Clear fluid received in 30ml Cytolyte tube.
    1 Thin prep.

STATEMENT OF ADEQUACY:
    Specimen adequacy is unsatisfactory due to limited cellularity.

MICROSCOPIC DESCRIPTION:
    Acellular specimen.

DIAGNOSIS:
    Fine Needle Aspirate, Lymph Node: No diagnosis made. See comment.

COMMENTS/RECOMMENDATIONS:
    Recommend additional tissue for evaluation as clinically indicated.

CPT-4/ICD-9:
    88173-26, 795.1

    Screened by:  GCG
    Reviewed and verified by:  LAKSHMI JAYARAM, M.D. PAS# 6248
    JLC   10MAR2009  13:50   (ELECTRONIC SIGNATURE)

d-2-09

D. L. Palmer, D.O.
AA2052001-41

DAN W. HOBOHM, M.D., CHAIRMAN
END OF REPORT                                    PAGE    1

ANDRIANO, WENDI E, MRN-37589389, ACCT #-0906801439, Chartmaxx Copy- cheimbac
Job 9786 (03/11/2009 16:26) - Page 3 Doc# 2
Pathology Report - Page 1/1

000012030
78

ARIZONA DEPARTMENT OF CORRECTIONS

**Outside Consult Request**

| Priority *(circle one):* | Urgent | Routine | Chronic |

Type of Consult *(Be Specific)* __PeR MMC BReast Clinic__

| Follow Ups Required? | ☐ Yes | ☐ No |
Number of Follow Ups _____

| Release Date | Telemedicine ☐ Yes ☐ No |

| Transport needs | ☐ Diabetic | ☐ Wheel Chair | ☐ Oxygen |

Medical Reason for Referral *(To Be Transcribed into ORC Comments)*

FoR EXcisioneR Biopsy ﹐ Nodular density.
@ RT axillae

Questions for Consultant *(To Be Transcribed into ORC Comments)*

RUMALDO RODRIGUEZ-PAC
AA 2052001-35

Ordering Practitioner _R. Rodriguez PAC_

Date __3/27/09__

Local Decision *(If Applicable)* ☐ Approved ☐ Denied ☐ Practitioner to Supply more Information

| Approval - KCP/Designee/Practitioner | Date |

| Review - FHA/Designee | Date |

Sent to Central Office ☐ Yes ☐ No   Date _____

ORC ID _____

Authorization Number *(If approved)* _____

| Lab Work Attached ☐ Yes ☐ N/A | Test Results Attached ☐ Yes ☐ N/A |

| Inmate Name *(Last, First M.I.)* ANCLiaNo Wendi | Inmate Number 191593 |

| Date of Birth 8/6/70 | Facility/Unit BCW- |

1101-53
6/27/08

**Outside Consult Request**

000012031
79

ARIZONA DEPARTMENT OF CORRECTIONS

Outside Consult Request

Priority (circle one): **Urgent**   Routine   Chronic

Follow Ups Required?   ☐ Yes   ☐ No
Number of Follow Ups _____

Type of Consult (Be Specific)

Sergy Clinic

Breast Clinic   BX   Rt axillary Region

Release Date _____   Telemedicine   ☐ Yes   ☐ No

Transport needs   ☐ Diabetic   ☐ Wheel Chair   ☐ Oxygen

Medical Reason for Referral (To Be Transcribed Into ORC Comments)

Mammogram from  1/30/09  Results.

3.0 cm  nodular density within Rt axillary

Region - most Probably a Prominent Lymph node -

c̄ Remaining breast Parenchyma demonstrating

a marked Fibroglandular pattern.

BI-RADS 4 - Suspicious Abnormality -
          Bx should be considered "

Questions for Consultant (To Be Transcribed Into ORC Comments)

Ordering Practitioner   **RUMALDO RODRIGUEZ-PAC**
                        **AA 2052001-35**   Date  2/3/09

Local Decision (If Applicable)   ☐ Approved   ☐ Denied   ☐ Practitioner to Supply more Information

Approval - KCP/Designee/Practitioner   Date

Review - FHA/Designee   Date

Sent to Central Office
☐ Yes   ☐ No   Date _____
_____ ORC ID
_____ Authorization Number (If approved)

Lab Work Attached   ☐ Yes   ☐ N/A
Test Results Attached   ☐ Yes   ☐ N/A

Inmate Name (Last, First M.I.)   Inmate Number
Andriano, Wendi   191593
Date of Birth   Facility/Unit
8/6/70   BLu

Outside Consult Request

1101-63
6/27/08

Chart Copy  000012032
                    80

ARIZONA DEPARTMENT OF CORRECTIONS

REQUEST FOR IN HOUSE CONSULTATION

*Sched 12/11/08*

| INMATE NAME | ADRIANO WENDI | ADC # 191593 | DATE 11/20/08 |

REFERRED FOR: [ ] Crisis Counseling  [ ] On-going Treat.
[ ] Psychiatric Referral (meds)  [X] Other *Dr Enciso -*

PART I

**REASON FOR REFERRAL AND SUMMARY OF CURRENT SITUATION**

Nodule in Rt axilla — 1st found 1 yr ago.
Gets more Tender c menses —
Feels like an enlarged Lymph node to me —
could it be in Tail of breast — ? —
what should we do next — Biopsy ? —
I doubt M-O-M would be of help ? —

Thanks *D. L. Palmer DO*

D. L. PALMER, D.O.
ASPC-PERRYVILLE
523-353-0304 x. 24209
DEA # AA2052001-41

PART II

**REPORT OF CONSULTATION**

Please refer to SOAP of 12-15-08.

VICENTE [illegible], M.D.
[illegible] 24209
DEA # AA2052001-267

12-15-08

| | | | |
| Signature | Date | Reviewed and Approved | Date |

DISTRIBUTION: White - Medical Records
Yellow - Working File

FORM: 70400034
000012033
81

DR. EDWARD BERGER



CORRECTIONAL
EYE CARE
NETWORK
SERVICES

DR. MARK R. MAXON

**EYE GLASS ORDER FORM**   12/15/09

DOC# 191593

1. Name: ANDRIANO, WENDI     Date: 10/27/09

Facility Location: ASPC - Perryville, BRENT W. LUMLEY

2.

| | SPHERE | CYL | AXIS | DEC. | PRISM | BASE |
|---|---|---|---|---|---|---|
| **DISTANCE** R | -2.25 | | | | | |
| L | -3.00 | -0.50 | 175 | | | - |

| | ADD | SEG. HEIGHT | SEG. WIDTH | SEG. INSET | TOTAL INSET |
|---|---|---|---|---|---|
| **NEAR** R | | | | | |
| L | | | | | |

| PD | DIST | NEAR | | A | DBL | B | ED |
|---|---|---|---|---|---|---|---|
| 65 | | | | | | | |

**FAX FORM INSTRUCTIONS**

1. Enter Name & Full Facility Name
2. Copy Rx into
   a. Sphere, Cyl & Axis
   b. Include +/-
   c. Near Power if Bifocal (Add)
3. Enter Frame Info
   a. Style
   b. Size
   c. Color
4. Enter any Options
   Tint, Hardcoat
   Upgrade Lens Material
5. Enter Facility Name & Address

**FAX:**
518-523-3737

1. Please include Clinic Log Sheet with Eyeglass Order Form.
2. Please Do NOT fax Medical Eye Records.

3.

| FRAME INFORMATION | | |
|---|---|---|
| STYLE | SIZE | COLOR |
| Geo | 47-19-140 | tort |

4.

| LENS INFORMATION |
|---|
| (PLASTIC)     POLY |
| HARDCOAT:     YES     NO |
| COLORS |
| ROSE _____ %
| GREEN _____ %
| GRAY _____ %
| BROWN _____ %     U.V. |
| SOLID-GRADIENT |

NOTES/COMMENTS:

Dist only!

5. Facility Name: ASPC - Perryville

Address: 2015 N Citrus Rd

Goodyear AZ 85395

Attn: Debbie Shinsky - Health Services

000012034
82

A[illegible] DEPARTMENT OF CORRECTIONS

REQUEST FOR IN HOUSE CONSULTATION

Sched 12/11/08

| INMATE NAME ANDRIANO WENDI | ADC # 191593 | DATE 11/20/08 |
|---|---|---|

REFERRED FOR: [ ] Crisis Counseling [ ] On-going Treat. [ ] Psychiatric Referral (meds) [X] Other Dr. [illegible]

PART I

REASON FOR REFERRAL AND SUMMARY OF CURRENT SITUATION

Nodule in (R) axilla – 1st found 1 yr ago –
[illegible] more tender [illegible] –
[illegible] like an enlarged lymph node [illegible] –
[illegible] Tail of breast –?
[illegible] next – [illegible]?
[illegible] ?
[illegible]

[illegible signature] L Palmer [illegible]

PART II

REPORT OF CONSULTATION

please [illegible] SOAP 7 12-15-08.

[signature]

12-15-08

Signature Date Reviewed and Approved Date

DISTRIBUTION: White - Medical Records
Yellow - Working File

FORM: 70400034
11/84

00001 2035

83

ARIZONA DEPARTMENT OF CORRECTIONS

**Eye Glass Order**

| Inmate Name *(Last, First, M.I.)* | ADC Number | Date |
|---|---|---|
| Andriano W | 191593 | 3-30-05 |

| DISTANCE | | SPHERE | CYLINDER | AXIS | PRISM | BASE | Glass |
|---|---|---|---|---|---|---|---|
| | R | | | | | | Plastic |
| | | | | | | | 3.00 |
| | L | | | | | | Safety |

| ADD | R | | SEG HGT | | BIFOCAL | |
|---|---|---|---|---|---|---|
| | L | | | | TRIFOCAL | |
| PD | | | TINT | | SUPPLY PATIENT'S | |
| | | | | | BLANK SIZE | |
| FRAME | | | | | TEMPLE | |
| SIZE | | COLOR | | | TOTAL | |
| SPECIAL INSTRUCTIONS | | | | | LENSES | |
| | | | | | TINT | |
| | | | | | REPAIR | |
| | | | | | MISC. | |
| ORDERED | | FINISHED | | | FRAME | |

Date received  X  4-13-05

Inmate's Signature  X

Witness's Signature

1101-79P
5/21/03

P-App. 006256

000012036

84

**ARIZONA DEPARTMENT OF C RRECTIONS**
**Optometry Patient Form**

| Inmate Name *(Last, First M.I.)* | ADC Number | Date | Age | Date of Birth |
|---|---|---|---|---|
| Mariano W | 191593 | | 34 | 8-6-70 |

| Institution/Facility | Reason for Visit | Have you ever worn glasses? ☐ Yes ☐ No |
|---|---|---|
| ASPC PV BL | Lo Vision | |

| When? | How Long? | Have you ever had an allergy? ☐ Yes ☐ No | Do you get headaches, eyes water or blur? ☐ Yes ☐ No |
|---|---|---|---|

| Specify | Do you see spots, halos, flashing lights, vision loss? ☐ Yes ☐ No |
|---|---|

| Specify | Have you ever had an eye injury? ☐ Yes ☐ No | Surgery to eyes? ☐ Yes ☐ No |
|---|---|---|

| Eye Turn ☐ Yes ☐ No | Do you or a family member now have or ever had glaucoma, diabetes, cataracts, high blood pressure, heart condition, thyroid problem? ☐ Yes ☐ No |
|---|---|

| Specify | What medications if any are you taking? |
|---|---|

| What medications are you allergic to? | Additional Information |
|---|---|

**CRN Signature**

| OLD RX | SPHERE | CYLINDER | AXIS | ADD | BC | PD | ACUITY |
|---|---|---|---|---|---|---|---|
| 4 | OD | | | | | | |
| | OS | -175-50 /182 | | | | | 20/ |
| 7 | OD | | | | | | 20/ |
| | OS | -200-50 X 182 | | | | | 20/ |
| 8 | | 12 | | | | | |

DEDUCTIONS

| NEAR TESTS THRU | 1st 20/ |
|---|---|
| 13B | GRADIENT | / |
| 12B | DUCTIONS | |
| 14B | 15B | |
| | 21 | NRA |
| RANGE Thru | D | TO |

**Additional Tests**

PEG

**Provider's Signature/Stamp**
een by Dr Ramsey 03/30/05
T. Carlson LPN II
T. CARLSON, LPN II

Distribution: White - Provider, Canary - Inmate Medical File, Pink - Examining Physician

PUPILS  PERRLA
EOM  NORMAL
C.T.  PR  PP
PD  NPC  cm

C/D
MARGIN
DEPTH
A/V
BG
MACULA
FR
MEDIA

TONOMETRY  TIME____OD____OS____
WNL  ADNEXA  WNL
SCLERA
CORNEA
IRIS
LENS
ANGLE

| FINAL RX | | PRISM | BD |
|---|---|---|---|
| OD | | 3/30/05 | |
| OS | | PG | |
| ADD | | PD | 61 |

0000120385
93 SPP
9/4/98
85

ARIZONA DEPARTMENT OF CORRECTIONS
Optometry Patient

| Date | Age | Reason for Visit | Have you ever worn glasses? |
|------|-----|------------------|------------------------------|
| 10/15/09 | 39 | Dist bur / New OTL | ☑ Yes  ☐ No |

| When? | How Long? | Have you ever had an allergy? ☐ Yes ☑ No | Do you get headaches, eyes water or blur? ☑ Yes ☐ No |

Specify: I/m denies any ocular prob's

Do you see spots, halos, flashing lights, vision loss? ☑ Yes ☑ No

Specify: i-tem, bury, itch etc.

Have you ever had an eye injury? ☐ Yes ☑ No     Surgery to eyes? ☐ Yes ☑ No

Eye Turn ☐ Yes ☑ No     Do you or a family member now have or ever had glaucoma, diabetes, cataracts, high blood pressure, heart condition, thyroid problem? ☐ Yes ☑ No

Specify:

What medications if any are you taking? ∅

What medications are you allergic to? NKDA

Additional Information

CRN Signature

| O L D R X | SPHERE | CYLINDER | AXIS | ADD | BC | PD | ACUITY |
|-----------|--------|----------|------|-----|-----|-----|--------|
|  | -2.25 | Sm |  |  |  |  |  |
|  | -2.25 | -050 | 180 |  |  |  |  |

Visual Activity: (Without glasses)   Distance   R w/oL w/o
Near   R   L

PUPILS   PERRLA (-) APD
EOM   NORMAL
C.T.   ∅   PR   PP
PD   NPC   cm

| 4 | OD | N/A - Auto refractor |
|   | OS |  |
| 7 | OD | -2.25 sph   20/15   in bifocal |
|   | OS | -3.00 - 0.50 x175   20/15 |
| 8 |  |  |
|   | 12 |  |

DEDUCTIONS

| NEAR TESTS THRU |  | 1st 20/ |
|-----------------|--|---------|
| 13B | GRADIENT | / |
| 12B | DUCTIONS |  |
| 14B |  | 15B |
|  | 21 | NRA |
| RANGE Thru | D | TO |

C/D
MARGIN
DEPTH
A/V
BG
MACULA
FR
MEDIA

(+) ONH- pink
neatly intact
- or

TONOMETRY:   0.5% propara - 7:20   TIME 7:20   OD 15   OS 17
WNL   WNL

ADNEXA
SCLERA
CORNEA
IRIS
LENS
ANGLE

Additional Tests
A: Myopia -OD / CMA -OS

P: Rx sm for dist
no apparent ocular pch's
i-cats i-glau
c macular dysten

| F I N A L R X | OD | | PRISM | BD |
|---------------|-----|--|-------|-----|
|  | OS |  |  |  |
|  | ADD |  | PD  65 62 |  |

Provider's Signature/Stamp

| Inmate Name (Last, First M.I.) | ADC Number |
|--------------------------------|------------|
| ANDRIANO, WENDI | 191593 |
| Date of Birth 8/6/70 | Institution/Facility ASPC-PV, 000012038 |

1101-30P
12/10/01

ARIZONA DEPARTMENT OF CORRECTIONS
Medical Work-Up/Problem List

English Speaking                    Other Languages

Allergies     NKDA

Language

Diagnostic Information

| | P/E Date Completed | Diabetic Eye Exam Date |
|---|---|---|

Admission Work Up

Immunizations

| | Date Given | Date Given |
|---|---|---|

Tetanus/Diphtheria
MMR
Pneumonia
Influenza
Hepatitis A/B

| 2 Year PPD | | | Yearly TB Symptom Checklist | | Pap Smear | | Mammogram | |
|---|---|---|---|---|---|---|---|---|
| Date Given | Date Read | Measurement | Initial | Date | Initials | Date | Result | Date | Result |

Mental Health Scores

| Date | Score | Initials |
|---|---|---|
| 12-23-09 | 3 | |

| | | | | | Active TB Treatment | | |
|---|---|---|---|---|---|---|---|
| INH Start Date | Completion Date | Sputum Date | Smear Date | Culture Date |

Andriano, Wendi    191593
8/6/1970
000012039

# LabCorp
Laboratory Corporation of America

| men Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
|---|---|---|---|---|---|
| 007-237-3855-0 | 191593 | M566693210 | 02257712 | | |

Account Address
ASPC - Perryville-Lumley
2014 N. Citrus Rd, PO Box 3000
Goodyear, AZ 85338

| Patient Last Name | | Patient Middle Name | |
|---|---|---|---|
| ANDRIANO | | | |
| Patient First Name | | | |
| WENDI | | | |
| Patient SS# | Patient Phone | Total Volume | |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 42/4/12 | 08/26/70 | F | Yes |

Patient Address

Additional Information

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 01/07/13 08:10 | 01/08/13 | 01/08/13 09:17ET | Sharp, Jeffrey | 1811090335 | 1811090335 |

Tests Ordered
CMP12+LP+6AC;CBC With Differential/Platelet

General Comments

PID: 191593

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP12+LP+6AC | | | | | 01 |
| Chemistries | | | | | 01 |
| Glucose, Serum | 79 | | mg/dL | 65-99 | 01 |
| Uric Acid, Serum | 3.3 | | mg/dL | 2.5-7.1 | |
| Therapeutic target for gout patients: <6.0 | | | | | |
| BUN | 16 | | mg/dL | 6-24 | 01 |
| Creatinine, Serum | 0.76 | | mg/dL | 0.57-1.00 | 01 |
| eGFR If NonAfricn Am | 97 | | mL/min/1.73 | >59 | 01 |
| eGFR If Africn Am | 112 | | mL/min/1.73 | >59 | 01 |
| BUN/Creatinine Ratio | 21 | | | 9-23 | 01 |
| Sodium, Serum | 141 | | mmol/L | 134-144 | 01 |
| Potassium, Serum | 4.5 | | mmol/L | 3.5-5.2 | 01 |
| Chloride, Serum | 109 | High | mmol/L | 97-108 | 01 |
| Calcium, Serum | 8.9 | | mg/dL | 8.7-10.2 | 01 |
| Phosphorus, Serum | 3.5 | | mg/dL | 2.5-4.5 | 01 |
| Protein, Total, Serum | 6.6 | | g/dL | 6.0-8.5 | 01 |
| Albumin, Serum | 4.1 | | g/dL | 3.5-5.5 | 01 |
| Globulin, Total | 2.5 | | g/dL | 1.5-4.5 | 01 |
| A/G Ratio | 1.6 | | | 1.1-2.5 | 01 |
| Bilirubin, Total | 0.3 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase, S | 55 | | IU/L | 25-150 | 01 |
| LDH | 134 | | IU/L | 0-214 | 01 |
| AST (SGOT) | 29 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 39 | High | IU/L | 0-32 | 01 |
| GGT | 51 | | IU/L | 0-60 | 01 |
| Iron, Serum | 68 | | ug/dL | 35-155 | 01 |
| | | | | | 01 |
| Lipids | | | | | 01 |
| Cholesterol, Total | 136 | | mg/dL | 100-199 | 01 |
| Triglycerides | 53 | | mg/dL | 0-149 | 01 |

JAN 0 9 2013

Jeffrey A. Sharp, M.D.

| ANDRIANO, WENDI | 191593 | 007-237-3855-0 | Seq # 7796 |
|---|---|---|---|
| 01/08/13 09:36 | FINAL REPORT | | Page 1 of 2 |

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-222-7566

00004 2040
Ver: 1.20
88

# LabCorp
### Laboratory Corporation of America

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
|---|---|---|---|---|---|
| 007-237-3855-0 | 191593 | M566693210 | 02257712 | | |

**Patient Last Name**
ANDRIANO

**Patient First Name** / **Patient Middle Name**
WENDI

**Account Address**
ASPC - Perryville-Lumley
2014 N. Citrus Rd, PO Box 3000
Goodyear, AZ 85338

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 42/4/12 | 08/26/70 | F | Yes |

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 01/07/13 08:10 | 01/08/13 | 01/08/13 09:17ET | Sharp, Jeffrey | 1811090335 | 1811090335 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HDL Cholesterol | 68 | | mg/dL | >39 | 01 |
| According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a negative risk factor for CHD. | | | | | |
| LDL Cholesterol Calc | 57 | | mg/dL | 0-99 | 01 |
| T. Chol/HDL Ratio | 2.0 | | ratio units | 0.0-4.4 | 01 |
| CBC With Differential/Platelet | | | | | |
| WBC | 5.4 | | x10E3/uL | 4.0-10.5 | 01 |
| RBC | 4.38 | | x10E6/uL | 3.77-5.28 | 01 |
| Hemoglobin | 13.1 | | g/dL | 11.1-15.9 | 01 |
| Hematocrit | 39.3 | | % | 34.0-46.6 | 01 |
| MCV | 90 | | fL | 79-97 | 01 |
| MCH | 29.9 | | pg | 26.6-33.0 | 01 |
| MCHC | 33.3 | | g/dL | 31.5-35.7 | 01 |
| RDW | 12.8 | | % | 12.3-15.4 | 01 |
| Platelets | 258 | | x10E3/uL | 140-415 | 01 |
| Neutrophils | 43 | | % | 40-74 | 01 |
| Lymphs | 43 | | % | 14-46 | 01 |
| Monocytes | 9 | | % | 4-13 | 01 |
| Eos | 4 | | % | 0-7 | 01 |
| Basos | 1 | | % | 0-3 | 01 |
| Neutrophils (Absolute) | 2.3 | | x10E3/uL | 1.8-7.8 | 01 |
| Lymphs (Absolute) | 2.3 | | x10E3/uL | 0.7-4.5 | 01 |
| Monocytes (Absolute) | 0.5 | | x10E3/uL | 0.1-1.0 | 01 |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0-0.4 | 01 |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0-0.2 | 01 |
| Immature Granulocytes | 0 | | % | 0-2 | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 | 01 |

JAN 0 9 2013
Jeffrey A. Sharp, M.D.

| | | Dir: Ryan, Frank PhD |
|---|---|---|
| 01 | PD | LabCorp Phoenix |
| | | 3930 E Watkins Suite 300, Phoenix, AZ 850347251 |

For inquiries, the physician may contact:  Branch: 602-454-8000    Lab: 602-454-8000

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-222-7566

0000120411
All Rights Reserved Ver: 1.20

238534643          WEXFORD SC

10:22:26 a.m.    12-20-2012      1/1



Lumley


## LabCorp
### Laboratory Corporation of America

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
|---|---|---|---|---|---|
| 254-237-5087-0 | 191593 | M522724257 | 02257712 | 623-853-0304 | |

**Account Address**

**Patient Last Name**
ANDRIANO

ASPC - Perryville-Lumley
2014 N. Citrus Rd, PO Box 3000
Goodyear, AZ 85338

**Patient First Name** | **Patient Middle Name**
WENDI

**Patient SS#** | **Patient Phone** | **Total Volume**

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 42/0/15 | 08/26/70 | F | |

**Patient Address**

**Additional Information**

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 09/10/12 05:21 | 09/11/12 | 09/11/12 10:30ET | Johnson, Tim | | |

**Tests Ordered**
TSH

**General Comments**

PID: 191593

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **TSH** | | | | | |
| TSH | 1.280 | | uIU/mL | 0.450-4.500 | 01 |

01    PD  LabCorp Phoenix                        Dir: Ryan, Frank PhD
        3930 E Watkins Suite 300, Phoenix, AZ 850347251
For inquiries, the physician may contact:  Branch: 602-454-8000   Lab: 602-454-8000

VICENTE O. ENCISO, M.D.
ASPC-PERRYVILLE
623-853-0304  x. 24209
DEA # AA205001-267
12-20-2012

| ANDRIANO, WENDI | 191593 | 254-237-5087-0 | Seq # 2268 |
|---|---|---|---|
| 12/20/12 12:19 | **FINAL REPORT** | | Page 1 of 1 |

00001 2042
90

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 800-222-7566                                                                All Rights Reserved

10:27:04 a.m.   12-20-2012   1/1

38534643        WEXFORD SC


Laboratory Corporation of America

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
|---|---|---|---|---|---|
| 254-237-5087-0 | 191593 | M522724257 | 02257712 | 623-853-0304 | |

Patient Last Name — ANDRIANO

Account Address:
ASPC - Perryville-Lumley
2014 N. Citrus Rd, PO Box 3000
Goodyear, AZ 85338

Patient First Name — WENDI

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 42/0/15 | 08/26/70 | F | |

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 09/10/12 05:21 | 09/11/12 | 09/11/12 10:30ET | Johnson, Tim | | |

Tests Ordered: TSH

PID: 191593

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| TSH | | | | | |
| TSH | 1.280 | | uIU/mL | 0.450-4.500 | 01 |

01   PD   LabCorp Phoenix          Dir: Ryan, Frank PhD
3930 E Watkins Suite 300, Phoenix, AZ 850347251
For inquiries, the physician may contact: Branch: 602-454-8000   Lab: 602-454-8000

VICENTE O. ENCISO, M.D.
ASPC-PERRYVILLE
623-853-0304 x. 24209

| ANDRIANO, WENDI | 191593 | 254-237-5087-0 | Seq # 2268 |

FINAL REPORT
12/20/12 12:19

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 800-222-7566

All Rights Reserved



**LabCorp**
Laboratory Corporation of America

| | | | | | |
|---|---|---|---|---|---|
| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
| 254-237-5087-0 | 191593 | M522724257 | 02257712 | 623-853-0304 | |

Account Address

ASPC - Perryville-Lumley
2014 N. Citrus Rd, PO Box 3000
Goodyear, AZ 85338

| Patient Last Name | | |
|---|---|---|
| ANDRIANO | Patient Middle Name | |

| Patient First Name | | |
|---|---|---|
| WENDI | | |

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 42/0/15 | 08/26/70 | F | |

Patient Address

Additional Information

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 09/10/12 05:21 | 09/11/12 | 09/11/12 10:30ET | Johnson, Tim | | |

Tests Ordered

TSH

General Comments

PID: 191593

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| TSH | | | | | |
| TSH | 1.280 | | uIU/mL | 0.450-4.500 | 01 |

| | Dir: Ryan, Frank PhD |
|---|---|
| 01   PD   LabCorp Phoenix | |
| 3930 E Watkins Suite 300, Phoenix, AZ 850347251 | |
| For inquiries, the physician may contact:   Branch: 602-454-8000 | Lab: 602-454-8000 |



DEC 24 2012
Jeffrey A. Sharp, M.D.

| | | | |
|---|---|---|---|
| ANDRIANO, WENDI | 191593 | 254-237-5087-0 | Seq # 2268 |
| 12/20/12 10:57 | **FINAL REPORT** | | Page 1 of 1 |

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call  800-222-7566

All Rights Reserved
0000120044
20

92

238534643    WEXFORD SC                                7:30:38 a.m.   12-20-2012      1/1

# LabCorp
### Laboratory Corporation of America

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
|---|---|---|---|---|---|
| 254-237-5087-0 | 191593 | M522724257 | 02257712 | 623-853-0304 | |

**Account Address**

| Patient Last Name | |
|---|---|
| ANDRIANO | |

ASPC - Perryville-Lumley
2014 N. Citrus Rd, PO Box 3000
Goodyear, AZ 85338

| Patient First Name | Patient Middle Name |
|---|---|
| WENDI | |

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|
| | | |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 42/0/15 | 08/26/70 | F | |

**Patient Address**

**Additional Information**

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 09/10/12 05:21 | 09/11/12 | 09/11/12 10:30ET | Johnson, Tim | | |

**Tests Ordered**

TSH

**General Comments**

PID: 191593

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **TSH** | | | | | |
| TSH | 1.280 | | uIU/mL | 0.450-4.500 | 01 |

```
01    PD   LabCorp Phoenix                        Dir: Ryan, Frank PhD
           3930 E Watkins Suite 300, Phoenix, AZ 850347251
For inquiries, the physician may contact: Branch: 602-454-8000    Lab: 602-454-8000
```

| ANDRIANO, WENDI | 191593 | 254-237-5087-0 | Seq # 2268 |
|---|---|---|---|

12/20/12 12:19              **FINAL REPORT**              Page 1 of 1

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America © Holdings
If you have received this document in error, please call 800-222-7566

All Rights Reserved

000012045

93

# LabCorp
Laboratory Corporation of America

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
|---|---|---|---|---|---|
| 254-237-5087-0 | 191593 | M522724257 | 02257712 | | |

Account Address

ASPC - Perryville-Lumley
2014 N. Citrus Rd, PO Box 3000
Goodyear, AZ 85338

| Patient Last Name |
|---|
| ANDRIANO |

| Patient First Name | Patient Middle Name |
|---|---|
| WENDI | |

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|
| | | |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 42/0/15 | 08/26/70 | F | |

Patient Address

Additional Information

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 09/10/12 05:21 | 09/11/12 | 09/11/12 10:30ET | Johnson, Tim | | |

Tests Ordered

TSH

General Comments

PID: 191593

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| TSH | | | | | |
| TSH | 1.280 | | uIU/mL | 0.450-4.500 | 01 |

| 01 | PD | LabCorp Phoenix | | Dir: Ryan, Frank PhD |
|---|---|---|---|---|

3930 E Watkins Suite 300, Phoenix, AZ 850347251

For inquiries, the physician may contact:  Branch: 602-454-8000    Lab: 602-454-8000

SEP 13 2012

JEFFREY A SHARP MD

| | 191593 | 254-237-5087-0 | Seq # 2268 |
|---|---|---|---|
| ANDRIANO, WENDI | | | Page 1 of 1 |
| 09/11/12 10:56 | **FINAL REPORT** | | |

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-222-7566

0000120406
Ver: 1.20

# **LabCorp**
Laboratory Corporation of America

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
|---|---|---|---|---|---|
| 141-237-0020-0 | 191593 | M492227136 | 02257712 | | |

**Account Address**

ASPC - Perryville-Lumley
2014 N. Citrus Rd, PO Box 3000
Goodyear, AZ 85338

| Patient Last Name | | Patient Middle Name | |
|---|---|---|---|
| ANDRIANO | | | |

Patient First Name: WENDI

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 41/8/24 | 08/26/70 | F | |

Additional Information

Patient Address

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 05/20/12 05:51 | 05/20/12 | 05/21/12 09:11ET | Crews, Tracy | 1285712570 | 1285712570 |

**Tests Ordered**

CBC With Differential/Platelet;Comp. Metabolic Panel (14);Carbamazepine(Tegretol), S

**General Comments**

PID: 191593

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 6.8 | | x10E3/uL | 4.0-10.5 | 01 |
| RBC | 4.41 | | x10E6/uL | 3.80-5.10 | 01 |
| Hemoglobin | 13.5 | | g/dL | 11.5-15.0 | 01 |
| Hematocrit | 40.7 | | % | 34.0-44.0 | 01 |
| MCV | 92 | | fL | 80-98 | 01 |
| MCH | 30.6 | | pg | 27.0-34.0 | 01 |
| MCHC | 33.2 | | g/dL | 32.0-36.0 | 01 |
| RDW | 13.1 | | % | 11.7-15.0 | 01 |
| Platelets | 312 | | x10E3/uL | 140-415 | 01 |
| Neutrophils | 66 | | % | 40-74 | 01 |
| Lymphs | 25 | | % | 14-46 | 01 |
| Monocytes | 7 | | % | 4-13 | 01 |
| Eos | 1 | | % | 0-7 | 01 |
| Basos | 1 | | % | 0-3 | 01 |
| Neutrophils (Absolute) | 4.5 | | x10E3/uL | 1.8-7.8 | 01 |
| Lymphs (Absolute) | 1.7 | | x10E3/uL | 0.7-4.5 | 01 |
| Monocytes (Absolute) | 0.5 | | x10E3/uL | 0.1-1.0 | 01 |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0-0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 | 01 |
| Immature Granulocytes | 0 | | % | 0-2 | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 | 01 |
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose, Serum | 94 | | mg/dL | 65-99 | 01 |
| BUN | 12 | | mg/dL | 6-24 | 01 |
| Creatinine, Serum | 0.72 | | mg/dL | 0.57-1.00 | 01 |
| eGFR If NonAfricn Am | 104 | | mL/min/1.73 | >59 | 01 |
| eGFR If Africn Am | 120 | | mL/min/1.73 | >59 | 01 |
| BUN/Creatinine Ratio | 17 | | | 9-23 | 01 |
| Sodium, Serum | 141 | | mmol/L | 134-144 | 01 |
| Potassium, Serum | 5.1 | | mmol/L | 3.5-5.2 | 01 |

*[handwritten signature: Dr. Tracy L. Crews, MD, Psychiatrist, ASPC-Perryville, 623-853-0304 x. 24209, DEA # AC8888681 878, dated 6/4/12]*

| ANDRIANO, WENDI | 191593 | 141-237-0020-0 | Seq # 6951 |
|---|---|---|---|

**FINAL REPORT**

05/21/12 09:14                                    Page 1 of 2

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-222-7566

00004204-7
Ver: 1.20

# ≡ LabCorp
Laboratory Corporation of America

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
|---|---|---|---|---|---|
| 141-237-0020-0 | 191593 | M492227136 | 02257712 | | |

Patient Last Name — ANDRIANO

Patient First Name — WENDI

Account Address:
ASPC - Perryville-Lumley
2014 N. Citrus Rd, PO Box 3000
Goodyear, AZ 85338

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 41/8/24 | 08/26/70 | F | |

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 05/20/12 05:51 | 05/20/12 | 05/21/12 09:11ET | Crews, Tracy | 1285712570 | 1285712570 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Chloride, Serum | 103 | | mmol/L | 97-108 | 01 |
| Carbon Dioxide, Total | 22 | | mmol/L | 20-32 | 01 |
| Calcium, Serum | 9.8 | | mg/dL | 8.7-10.2 | 01 |
| Protein, Total, Serum | 6.9 | | g/dL | 6.0-8.5 | 01 |
| Albumin, Serum | 4.3 | | g/dL | 3.5-5.5 | 01 |
| Globulin, Total | 2.6 | | g/dL | 1.5-4.5 | 01 |
| A/G Ratio | 1.7 | | | 1.1-2.5 | 01 |
| Bilirubin, Total | 0.2 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase, S | 51 | | IU/L | 25-150 | 01 |
| AST (SGOT) | 15 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 24 | | IU/L | 0-40 | 01 |
| Carbamazepine(Tegretol), S | 6.5 | | ug/mL | 4.0-12.0 | 01 |

```
          In conjunction with other antiepileptic drugs
             Therapeutic   4.0 -   8.0
             Toxicity         9.0 - 12.0

             Carbamazepine alone
             Therapeutic   8.0 - 12.0

             Detection Limit = 0.5
             <0.5 indicated None Detected
```

DR. TRACY L. CREWS, MD
PSYCHIATRIST
ASPC-PERRYVILLE
623-853-0304 X, 24209
DEA # AA6626091 878

| | | Dir: Ryan, Frank PhD |
|---|---|---|
| 01 | PD LabCorp Phoenix | |
| | 3930 E Watkins Suite 300, Phoenix, AZ 850347251 | |
| For inquiries, the physician may contact: Branch: 602-454-8000   Lab: 602-454-8000 | | |

| ANDRIANO, WENDI | 191593 | 141-237-0020-0 | Seq # 6951 |
|---|---|---|---|
| 05/21/12 09:14 | FINAL REPORT | | Page 2 of 2 |

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-222-7566

Ver. 1.20

# LabCorp
Laboratory Corporation of America

| | | | | | |
|---|---|---|---|---|---|
| Specimen Number 086-237-6260-0 | Patient ID 191593 | Control Number M472312666 | Account Number 02257712 | Account Phone Number 623-853-0304 | Rte |

Account Address

**ASPC - Perryville-Lumley**
**2014 N. Citrus Rd, PO Box 3000**
**Goodyear, AZ 85338**

| Patient Last Name ANDRIANO | | |
|---|---|---|
| Patient First Name WENDI | Patient Middle Name | |

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|

| Age (Y/M/D) 41/7/0 | Date of Birth 08/26/70 | Sex F | Fasting |
|---|---|---|---|

Patient Address

Additional Information

| Date and Time Collected 03/26/12 10:11 | Date Entered 03/27/12 | Date and Time Reported 03/27/12 11:13ET | Physician Name Crews, Tracy | NPI 1285712570 | Physician ID 1285712570 |
|---|---|---|---|---|---|

Tests Ordered: CMP12+LP+6AC;CBC With Differential/Platelet;TSH;Lithium (Eskalith(R)), Serum

General Comments

PID:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP12+LP+6AC | | | | | 01 |
| Chemistries | | | | | 01 |
| Glucose, Serum | 73 | | mg/dL | 65-99 | 01 |
| Uric Acid, Serum | 4.4 | | mg/dL | 2.5-7.1 | 01 |
| Therapeutic target for gout patients: <6.0 | | | | | |
| BUN | 11 | | mg/dL | 6-24 | 01 |
| Creatinine, Serum | 0.82 | | mg/dL | 0.57-1.00 | 01 |
| eGFR If NonAfricn Am | 89 | | mL/min/1.73 | >59 | 01 |
| eGFR If Africn Am | 103 | | mL/min/1.73 | >59 | 01 |

Note: A persistent eGFR <60 mL/min/1.73 m2 (3 months or more)
may indicate chronic kidney disease. An eGFR >59 mL/min/1.73 m2
with an elevated urine protein also may indicate chronic kidney
disease. Calculated using CKD-EPI formula.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 13 | | | 9-23 | 01 |
| Sodium, Serum | 141 | | mmol/L | 134-144 | 01 |
| Potassium, Serum | 4.6 | | mmol/L | 3.5-5.2 | 01 |
| Chloride, Serum | 102 | | mmol/L | 97-108 | 01 |
| Calcium, Serum | 9.9 | | mg/dL | 8.7-10.2 | 01 |
| Phosphorus, Serum | 4.1 | | mg/dL | 2.5-4.5 | 01 |
| Protein, Total, Serum | 6.9 | | g/dL | 6.0-8.5 | 01 |
| Albumin, Serum | 4.5 | | g/dL | 3.5-5.5 | 01 |
| Globulin, Total | 2.4 | | g/dL | 1.5-4.5 | 01 |
| A/G Ratio | 1.9 | | | 1.1-2.5 | 01 |
| Bilirubin, Total | 0.3 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase, S | 58 | | IU/L | 25-150 | 01 |
| LDH | 149 | | IU/L | 0-214 | 01 |
| AST (SGOT) | 15 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 26 | | IU/L | 0-40 | 01 |
| GGT | 37 | | IU/L | 0-60 | 01 |
| Iron, Serum | 107 | | ug/dL | 35-155 | 01 |

TIMOTHY R JOHNSON M S PAC   03-29-12

| | | | | |
|---|---|---|---|---|
| ANDRIANO, WENDI | 191593 | 086-237-6260-0 | Seq # 2237 | |
| 03/27/12 11:17 | **FINAL REPORT** | | Page 1 of 3 | |

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-222-7566

# LabCorp
Laboratory Corporation of America

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
|---|---|---|---|---|---|
| 086-237-6260-0 | 191593 | M472312666 | 02257712 | 623-853-0304 | |

**Account Address**

ASPC - Perryville-Lumley
2014 N. Citrus Rd, PO Box 3000
Goodyear, AZ 85338

| Patient Last Name | | | |
|---|---|---|---|
| ANDRIANO | | | |

Patient First Name — WENDI

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 41/7/0 | 08/26/70 | F | |

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID | LAB |
|---|---|---|---|---|---|---|
| 03/26/12 10:11 | 03/27/12 | 03/27/12 11:13ET | Crews, Tracy | 1285712570 | 1285712570 | 01 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Lipids | | | | | 01 |
| Cholesterol, Total | 147 | | mg/dL | 100-199 | 01 |
| Triglycerides | 196 | High | mg/dL | 0-149 | 01 |
| HDL Cholesterol | 69 | | mg/dL | >39 | 01 |
| According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a negative risk factor for CHD. | | | | | |
| LDL Cholesterol Calc | 39 | | mg/dL | 0-99 | 01 |
| T. Chol/HDL Ratio | 2.1 | | ratio units | 0.0-4.4 | 01 |
| CBC With Differential/Platelet | | | | | |
| WBC | 6.4 | | x10E3/uL | 4.0-10.5 | 01 |
| RBC | 4.18 | | x10E6/uL | 3.80-5.10 | 01 |
| Hemoglobin | 12.6 | | g/dL | 11.5-15.0 | 01 |
| Hematocrit | 39.1 | | % | 34.0-44.0 | 01 |
| MCV | 94 | | fL | 80-98 | 01 |
| MCH | 30.1 | | pg | 27.0-34.0 | 01 |
| MCHC | 32.2 | | g/dL | 32.0-36.0 | 01 |
| RDW | 13.3 | | % | 11.7-15.0 | 01 |
| Platelets | 323 | | x10E3/uL | 140-415 | 01 |
| Neutrophils | 56 | | % | 40-74 | 01 |
| Lymphs | 32 | | % | 14-46 | 01 |
| Monocytes | 8 | | % | 4-13 | 01 |
| Eos | 3 | | % | 0-7 | 01 |
| Basos | 1 | | % | 0-3 | 01 |
| Neutrophils (Absolute) | 3.7 | | x10E3/uL | 1.8-7.8 | 01 |
| Lymphs (Absolute) | 2.0 | | x10E3/uL | 0.7-4.5 | 01 |
| Monocytes(Absolute) | 0.5 | | x10E3/uL | 0.1-1.0 | 01 |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0-0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 | 01 |
| Immature Granulocytes | 0 | | % | 0-2 | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 | 01 |
| TSH | | | | | |
| TSH | 2.330 | | uIU/mL | 0.450-4.500 | 01 |
| Lithium (Eskalith(R)), Serum | 0.5 | Low | mmol/L | 0.6-1.4 | 01 |
| Lithium (Eskalith(R)), Serum | | | | | |
| Detection Limit = 0.1 | | | | | |
| <0.1 indicates None Detected | | | | | |

*(handwritten)* 03-29-12
TIMOTHY R JOHNSON M S PAC

| | | Seq # 2237 |
|---|---|---|
| ANDRIANO, WENDI | 191593 | 086-237-6260-0 |
| | | Page 2 of 3 |

03/27/12 11:17   **FINAL REPORT**

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-222-7566

0000120030

Ver: 1.20

# LabCorp
### Laboratory Corporation of America

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
|---|---|---|---|---|---|
| 086-237-6260-0 | 191593 | M472312666 | 02257712 | 623-853-0304 | |

**Patient Last Name**
ANDRIANO

| Patient First Name | | Patient Middle Name |
|---|---|---|
| WENDI | | |

Account Address

ASPC - Perryville-Lumley
2014 N. Citrus Rd, PO Box 3000
Goodyear, AZ 85338

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|
| | | |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 41/7/0 | 08/26/70 | F | |

Patient Address

Additional Information

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 03/26/12 10:11 | 03/27/12 | 03/27/12 11:13ET | Crews, Tracy | 1285712570 | 1285712570 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

01   PD   LabCorp Phoenix                                    Dir:  Ryan, Frank PhD
          3930 E Watkins Suite 300, Phoenix, AZ 850347251
For inquiries, the physician may contact:  Branch: 602-454-8000    Lab: 602-454-8000

| | | | |
|---|---|---|---|
| ANDRIANO, WENDI | 191593 | 086-237-6260-0 | Seq # 2237 |

**FINAL REPORT**

03/27/12 11:17                                                              Page 3 of 3

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-222-7566

0000120554
Ver: 1.20

D 2606

# ARIZONA DEPARTMENT OF CORRECTIONS

Annual TB Symptomology Checklist and PPD on Inmates with no documented history of + skin test.

Date: 1-13-12          Time: 1335

TPR: 954 139 91-20     B/P: 139/76     Wt: 128#

I.

| SYMPTOMS | ✓YES | ✓NO | PLEASE SPECIFY (If yes to any, CXR in addition to PPD required) |
|---|---|---|---|
| 1. Productive cough that has lasted for at least 3 weeks | | ✓ | |
| 2. Coughing up blood | | ✓ | |
| 3. Chest pain | | ✓ | |
| SYMPTOMS | ✓YES | ✓NO | PLEASE SPECIFY (If yes to at least 3, CXR in addition to PPD required) |
| 4. Fever | | ✓ | |
| 5. Chills | | ✓ | |
| 6. Night Sweats | | ✓ | |
| 7. Easy fatigability | | ✓ | |
| 8. Loss of appetite | | ✓ | |
| 9. Unexplained weight loss | | ✓ | |

CXR:      ☐ Ordered      ☐N/A

PROCEED TO STEP II.

II.

ARIZONA DEPARTMENT OF CORRECTIONS
PPD/COCCI SITE

Directions: Final results need to be entered on Medical Work-Up form 1101-68 in Inmates medical record.

| Procedure Desired (check one) ☑ PPD ☐ COCCI | Last PPD Date | | Result ☐ Positive ☐ Negative | |
|---|---|---|---|---|
| Requested by Health Provider Dr Palmer | Date 1/13/12 | Given By J. Petrak, CRN | Date 1/13/12 | |
| Date Read (48+) 1/15/12 ∅ mm Induration* | Signature L. Williams | Date Read (72+) mm Induration* | Signature | |
| Final Results ☑ Negative ☐ Positive _____mm | | *10+mm Refer to Medical Provider *5+mm HIV+ refer to medical provider *5-9mm repeat step II, 7-12 days after initial PPD *0-4mm negative – | | |

te: LFA
anufacture Lot #: 162046
piration Date: 6-13

| Inmate Name (Last; First M.I.) Amariano, Wendi | ADC Number 191593 |
|---|---|
| Date of Birth 8-6-70 | Facility/Unit ASPC-PV |

000012052

# LabCorp
## Laboratory Corporation of America

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
|---|---|---|---|---|---|
| 360-237-3334-0 | 191593 | M439404928 | 02257712 | | |

Account Address

ASPC - Perryville-Lumley
2014 N. Citrus Rd, PO Box 3000
Goodyear, AZ 85338

| Patient Last Name | | | |
|---|---|---|---|
| ANDRIANO | | | |

| Patient First Name | | Patient Middle Name | |
|---|---|---|---|
| WENDI | | | |

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|
| | | |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 41/4/0 | 08/26/70 | F | |

Patient Address

Additional Information

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 12/26/11 13:37 | 12/26/11 | 12/28/11 10:18ET | Johnson, Tim | | |

Tests Ordered

H. pylori IgG, Abs

General Comments

PID: 191593

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| H. pylori IgG, Abs | 4.2 | High | U/mL | 0.0-0.8 | 01 |
| H. pylori IgG, Abs | | Negative | <0.9 | | |
| | | Indeterminate | 0.9 - 1.0 | | |
| | | Positive | >1.0 | | |

*(handwritten: 8-25-11  12-26-11  6.6)*

01    PD   LabCorp Phoenix                                  Dir:  Ryan, Frank PhD
          3930 E Watkins Suite 300, Phoenix, AZ 850347251
For inquiries, the physician may contact:  Branch: 602-454-8000    Lab: 602-454-8000



*(stamp: VICENTE O. ENCISO, M.D. ASPC PERRYVILLE 623-853-0304 x. 24209 DEA # AA2052001-267)*

*(handwritten: 12 30 2011)*

| ANDRIANO, WENDI | | 191593 | 360-237-3334-0 | Seq # 9647 |
|---|---|---|---|---|
| 12/28/11 10:21 | **FINAL REPORT** | | | Page 1 of 1 |

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-222-7566

Ver: 1.20

00001852

# LabCorp
Laboratory Corporation of America

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
|---|---|---|---|---|---|
| 237-237-5070-0 | 191593 | M395925894 | 02257712 | 623-853-0304 | |

**Account Address**
ASPC - Perryville-Lumley
2014 N. Citrus Rd, PO Box 3000
Goodyear, AZ 85338

| Patient Last Name | | | |
|---|---|---|---|
| ANDRIANO | | Patient Middle Name | |

Patient First Name: WENDI

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 40/11/30 | 08/26/70 | F | Yes |

**Additional Information**

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 08/25/11 12:31 | 08/26/11 | 08/26/11 11:15ET | Johnson, Tim | | |

**Tests Ordered**
CMP12+LP+6AC;CBC With Differential/Platelet;TSH;H. pylori IgG, Abs

General Comments

PID:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP12+LP+6AC | | | | | 01 |
| Chemistries | | | | | 01 |
| Glucose, Serum | 72 | | mg/dL | 65-99 | 01 |
| Uric Acid, Serum | 3.6 | | mg/dL | 2.5-7.1 | 01 |
| Therapeutic target for gout patients: <6.0 | | | | | |
| BUN | 9 | | mg/dL | 6-24 | 01 |
| Creatinine, Serum | 0.85 | | mg/dL | 0.57-1.00 | 01 |
| eGFR If NonAfricn Am | 86 | | mL/min/1.73 | >59 | 01 |
| eGFR If Africn Am | 99 | | mL/min/1.73 | >59 | 01 |

Note: A persistent eGFR <60 mL/min/1.73 m2 (3 months or more)
may indicate chronic kidney disease. An eGFR >59 mL/min/1.73 m2
with an elevated urine protein also may indicate chronic kidney
disease. Calculated using CKD-EPI formula.

| | | | | | |
|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 11 | | | 9-23 | 01 |
| Sodium, Serum | 141 | | mmol/L | 135-145 | 01 |
| Potassium, Serum | 4.6 | | mmol/L | 3.5-5.2 | 01 |
| Chloride, Serum | 105 | | mmol/L | 97-108 | 01 |
| Calcium, Serum | 9.5 | | mg/dL | 8.7-10.2 | 01 |
| Phosphorus, Serum | 4.3 | | mg/dL | 2.5-4.5 | 01 |
| Protein, Total, Serum | 6.4 | | g/dL | 6.0-8.5 | 01 |
| Albumin, Serum | 3.6 | | g/dL | 3.5-5.5 | 01 |
| Globulin, Total | 2.8 | | g/dL | 1.5-4.5 | 01 |
| A/G Ratio | 1.3 | | | 1.1-2.5 | 01 |
| Bilirubin, Total | 0.7 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase, S | 46 | | IU/L | 25-150 | 01 |
| LDH | 145 | | IU/L | 0-214 | 01 |
| AST (SGOT) | 16 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 18 | | IU/L | 0-40 | 01 |
| GGT | 29 | | IU/L | 0-60 | 01 |
| Iron, Serum | 146 | | ug/dL | 35-155 | 01 |

*9-15-11*
*TIMOTHY R JOHNSON M S PAC*

| ANDRIANO, WENDI | 191593 | 237-237-5070-0 | Seq # 8123 |
|---|---|---|---|
| 08/26/11 11:18 | FINAL REPORT | | Page 1 of 3 |

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-222-7566

# LabCorp
### Laboratory Corporation of America

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
|---|---|---|---|---|---|
| 23..237-5070-0 | 191593 | M395925894 | 02257712 | 623-853-0304 | |

| Patient Last Name | | Account Address |
|---|---|---|
| ANDRIANO | | ASPC - Perryville-Lumley |

| Patient First Name | Patient Middle Name | 2014 N. Citrus Rd, PO Box 3000 |
|---|---|---|
| WENDI | | Goodyear, AZ 85338 |

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|
| | | |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 40/11/30 | 08/26/70 | F | Yes |

Patient Address

Additional Information

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 08/25/11 12:31 | 08/26/11 | 08/26/11 11:15ET | Johnson, Tim | | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Lipids | | | | | 01 |
| Cholesterol, Total | 142 | | mg/dL | 100-199 | 01 |
| Triglycerides | 65 | | mg/dL | 0-149 | 01 |
| HDL Cholesterol | 75 | | mg/dL | >39 | 01 |
| According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a negative risk factor for CHD. | | | | | |
| LDL Cholesterol Calc | 54 | | mg/dL | 0-99 | 01 |
| T. Chol/HDL Ratio | 1.9 | | ratio units | 0.0-4.4 | 01 |
| CBC With Differential/Platelet | | | | | |
| WBC | 6.0 | | x10E3/uL | 4.0-10.5 | 01 |
| RBC | 4.31 | | x10E6/uL | 3.80-5.10 | 01 |
| Hemoglobin | 12.6 | | g/dL | 11.5-15.0 | 01 |
| Hematocrit | 39.2 | | % | 34.0-44.0 | 01 |
| MCV | 91 | | fL | 80-98 | 01 |
| MCH | 29.2 | | pg | 27.0-34.0 | 01 |
| MCHC | 32.1 | | g/dL | 32.0-36.0 | 01 |
| RDW | 13.2 | | % | 11.7-15.0 | 01 |
| Platelets | 293 | | x10E3/uL | 140-415 | 01 |
| Neutrophils | 56 | | % | 40-74 | 01 |
| Lymphs | 30 | | % | 14-46 | 01 |
| Monocytes | 10 | | % | 4-13 | 01 |
| Eos | 3 | | % | 0-7 | 01 |
| Basos | 1 | | % | 0-3 | 01 |
| Neutrophils (Absolute) | 3.4 | | x10E3/uL | 1.8-7.8 | 01 |
| Lymphs (Absolute) | 1.8 | | x10E3/uL | 0.7-4.5 | 01 |
| Monocytes (Absolute) | 0.6 | | x10E3/uL | 0.1-1.0 | 01 |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0-0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 | 01 |
| Immature Granulocytes | 0 | | % | 0-2 | 01 |
| **Please note reference interval change** | | | | | |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 | 01 |
| TSH | | | | | 01 |
| TSH | 1.970 | | uIU/mL | 0.450-4.500 | |
| H. pylori IgG, Abs | | | | | |

*TIMOTHY R. JOHNSON M.S PAC* 9-15-11

| | 191593 | 237-237-5070-0 | Seq # 8123 |
|---|---|---|---|
| ANDRIANO, WENDI | | | Page 2 of 3 |
| 08/26/11 11:18 | FINAL REPORT | | |

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-222-7566

00001055
Ver: 1.20

# LabCorp
### Laboratory Corporation of America

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Rte |
|---|---|---|---|---|---|
| 237-237-5070-0 | 191593 | M395925894 | 02257712 | 623-853-0304 | |

**Patient Last Name**
ANDRIANO

**Patient First Name**
WENDI

**Patient Middle Name**

**Account Address**
ASPC - Perryville-Lumley
2014 N. Citrus Rd, PO Box 3000
Goodyear, AZ 85338

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 40/11/30 | 08/26/70 | F | Yes |

**Patient Address**

**Additional Information**

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 08/25/11 12:31 | 08/26/11 | 08/26/11 11:15ET | Johnson, Tim | | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| H. pylori IgG, Abs | 6.6 | High | U/mL | 0.0-0.8 | 01 |
| | | Negative | | <0.9 | |
| | | Indeterminate | | 0.9 - 1.0 | |
| | | Positive | | >1.0 | |

| 01 | PD | LabCorp Phoenix | | Dir: Ryan, Frank PhD |
|---|---|---|---|---|
| | | 3930 E Watkins Suite 300, Phoenix, AZ 850347251 | | |

For inquiries, the physician may contact:  Branch: 602-454-8000    Lab: 602-454-8000

9-15-11

TIMOTHY R JOHNSON M S PA-C

| ANDRIANO, WENDI | 191593 | 237-237-5070-0 | Seq # 8123 |
|---|---|---|---|

**FINAL REPORT**

Page 3 of 3

08/26/11 11:18

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-222-7566

Ver: 1.20

**LabCorp** Laboratory Corporation of America
LabCorp.....
3930 E Watkins Suite 300, Phoenix, AZ 85034-7251          Phone: 602-454-8000

| SPECIMEN 005-237-6443-0 | TYPE S | PRIMARY LAB PD | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

FASTING: N
DOB: 8/26/1970

| CLINICAL INFORMATION |
|---|
| CD- 61025021631 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ANDRIANO,WENDI | F | 38 / 4 |

| PHYSICIAN ID. ENCISO V | NPI | PATIENT ID. 191593 |
|---|---|---|

PT. ADD.:

ACCOUNT: ASPC - Perryville-Lumley

2014 N. Citrus Rd, PO Box 3000
Goodyear                    AZ   85338-0000

| DATE OF COLLECTION TIME 1/05/2009 | 12:00 | DATE RECEIVED 1/06/2009 | DATE REPORTED 1/06/2009 | TIME 9:27 | 7034 |
|---|---|---|---|---|---|

ACCOUNT NUMBER:   02257712

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CBC With Differential/Platelet | | | |
| WBC | 6.0 x10E3/uL | 4.0 - 10.5 | 01 |
| RBC | 4.42 x10E6/uL | 3.80 - 5.10 | 01 |
| Hemoglobin | 13.3 g/dL | 11.5 - 15.0 | 01 |
| Hematocrit | 39.0 % | 34.0 - 44.0 | 01 |
| MCV | 88 fL | 80 - 98 | 01 |
| MCH | 30.0 pg | 27.0 - 34.0 | 01 |
| MCHC | 34.0 g/dL | 32.0 - 36.0 | 01 |
| RDW | 13.0 % | 11.7 - 15.0 | 01 |
| Platelets | 281 x10E3/uL | 140 - 415 | 01 |
| Neutrophils | 52 % | 40 - 74 | 01 |
| Lymphs | 37 % | 14 - 46 | 01 |
| Monocytes | 8 % | 4 - 13 | 01 |
| Eos | 2 % | 0 - 7 | 01 |
| Basos | 1 % | 0 - 3 | 01 |
| Neutrophils (Absolute) | 3.1 x10E3/uL | 1.8 - 7.8 | 01 |
| Lymphs (Absolute) | 2.2 x10E3/uL | 0.7 - 4.5 | 01 |
| Monocytes (Absolute) | 0.5 x10E3/uL | 0.1 - 1.0 | 01 |
| Eos (Absolute) | 0.1 x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.1 x10E3/uL | 0.0 - 0.2 | 01 |

LAB: 01 PD.  LabCorp Phoenix                    DIRECTOR: Frank Ryan J PhD
3930 E Watkins Suite 300, Phoenix, AZ 85034-7251



1-15-09
D. L. Palmer D.O.
AA2052001-41

| Pat Name:  ANDRIANO,WENDI | Pat ID:  191593 | Spec #:  005-237-6443-0 | Seq #:  7034 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

000012057
LCM Version: 03.19.03

**LabCorp**
Laboratory Corporation of America

LabCorp Phoenix Histo Cyto
3930 E Watkins Street Ste 300
Phoenix AZ 85034-7251

Phone: 602-454-8000

| Specimen Number 330-G48-0064-0 | Patient ID 191593 | | Control Number 61025013631 | Account Number 02257712 | Account Phone 623-853-0304 | Route 00 |
|---|---|---|---|---|---|---|

| Patient Last Name | | Account Address |
|---|---|---|
| ANDRIANO | | ASPC - Perryville-Lumley |

| Patient First Name | Patient Middle Name |
|---|---|
| WENDI | |

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|
| | | |

2014 N. Citrus Rd,PO Box 3000
Goodyear AZ 85338

| Age (Y/M/D) 038/02/27 | Date of Birth 08/26/70 | Sex F | Fasting No |
|---|---|---|---|

| Patient Address | Additional Information |
|---|---|
| | CO-CPD2008-33000640 |

| Date/Time Collected 11/22/08 08:00 ET | Date Entered 11/25/08 | Date/Time Reported 11/27/08 09:19 ET | Physician Name PALMER, D | NPI# | Physician ID |
|---|---|---|---|---|---|

| Tests Ordered: | Clinician Provided ICD-9 & Clinical History: |
|---|---|
| Pap Smear, 1 Slide | |

| Diagnosis:                                    (01) | Clinician Provided Cytology Information: |
|---|---|
| NEGATIVE FOR INTRAEPITHELIAL LESION AND MALIGNANCY. | GYN Source:        Cervical;Endocervical;Vaginal LMP / Prev Treat:    11/10/08 Number of Containers:01 Slide |
| **Specimen Adequacy:**                     (01) Satisfactory for evaluation. Endocervical and/or squamous metaplastic cells (endocervical component) are present. | |

(01)

**Comments:**
The Pap smear is a screening test designed to aid in the detection of premalignant and malignant conditions of the uterine cervix.  It is not a diagnostic procedure and should not be used as the sole means of detecting cervical cancer.  Both false-positive and false-negative reports do occur.

*PAP Performed by*                    (01)
Cynthia S Davis, Cytotechnologist (ASCP)

SHEILA CRENSHAW, FNP
AA2052001-273

| (01) UZ    LabCorp Phoenix Histo Cyto      3930 E Watkins Street Ste 300      Phoenix AZ 85034-7251 | Lab: 602-454-8000 | Dir: Bublen J McCormick K , MD |
|---|---|---|

For inquiries, the physician may contact the lab using the numbers indicated above:

| ANDRIANO, WENDI | 191593 | 330-G48-0064-0 | Seq # 9599 |
|---|---|---|---|

**FINAL REPORT**

Page 1 of 1

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-222-7566

© 2004-08 Laboratory Corporation of America ® Holdings
All Rights Reserved

**LabCorp** LabCorp Phoe:
Laboratory Corporation of America   3930 E Watkins Suite 300, Phoenix, AZ 85034-0000

Phone: 602-454-8000

| SPECIMEN 178-237-2428-0 | TYPE S | PRIMARY LAB PD | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| FASTING: N |
| DOB: 8/26/1970 |

| CLINICAL INFORMATION |
|---|
| CD- 61025001702 |

| PHYSICIAN ID. ENCISO  V | NPI | PATIENT ID. 191593 |
|---|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ANDRIANO,WENDI | F | 36 / 10 |
| PT. ADD.: | | |

ACCOUNT:  ASPC - Perryville-Lumley

2014 N. Citrus Rd,PO Box 3000
Goodyear            AZ  85338-0000
ACCOUNT NUMBER:   02257712

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 6/27/2007        8:00 | 6/27/2007 | 6/28/2007 | 9:31 | 2190 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+6AC | | | | 01 |
| Chemistries | | | | 01 |
| Glucose, Serum | 73 | mg/dL | 65 - 99 | 01 |
| Uric Acid, Serum | 3.8 | mg/dL | 2.4 - 8.2 | 01 |
| BUN | 11 | mg/dL | 5 - 26 | 01 |
| Creatinine, Serum | 0.8 | mg/dL | 0.5 - 1.5 | 01 |
| BUN/Creatinine Ratio | 14 | | 8 - 27 | |
| Sodium, Serum | 138 | mmol/L | 135 - 148 | 01 |
| Potassium, Serum | 3.9 | mmol/L | 3.5 - 5.5 | 01 |
| Chloride, Serum | 103 | mmol/L | 96 - 109 | 01 |
| Carbon Dioxide, Total | 24 | mmol/L | 20 - 32 | 01 |
| Calcium, Serum | 9.0 | mg/dL | 8.5 - 10.6 | 01 |
| Phosphorus, Serum | 3.5 | mg/dL | 2.5 - 4.5 | 01 |
| CA-PO4 Product | 32 | | | |
| Protein, Total, Serum | 6.8 | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.1 | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 2.7 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.5 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.6 | mg/dL | 0.1 - 1.2 | 01 |
| Alkaline Phosphatase, S | 48 | IU/L | 25 - 150 | 01 |
| LDH | 136 | IU/L | 100 - 250 | 01 |
| AST (SGOT) | 16 | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 16 | IU/L | 0 - 40 | 01 |
| GGT | 20 | IU/L | 0 - 60 | 01 |
| Cholesterol, Total | 127 | mg/dL | 100 - 199 | 01 |
| Triglycerides | 82 | mg/dL | 0 - 149 | 01 |

| LAB: 01 PD    LabCorp Phoenix | DIRECTOR: Frank Ryan J PhD |
|---|---|
| 3930 E Watkins Suite 300, Phoenix,  AZ 85034-0000 | |

7/1/07

R. SUTTON, M.D.
ASPC-PERRYVILLE

| Pat Name: ANDRIANO,WENDI | Pat ID: 191593 | Spec #: 178-237-2428-0 | Seq #: 2190 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

LCM Version  03.19.00

000012059

**LabCorp**
Laboratory Corporation of America

LabCorp Pho[  ]
3930 E Watkins Suite 300, Phoenix, AZ 85034-0000

Phone: 602-454-8000

| SPECIMEN 006-237-3603-0 | TYPE S | PRIMARY LAB PD | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

FASTING: Y
DOB: 8/26/1970

| CLINICAL INFORMATION |
|---|
| CD- 61025089568 |

| PHYSICIAN ID. RODRIGUEZR | PATIENT ID. 191593 |
|---|---|

ACCOUNT: ASPC - Perryville-Lumley

| PATIENT NAME | SEX F | AGE(YR./MOS.) 35 / 4 |
|---|---|---|
| ANDRIANO,WENDI | | |

PT. ADD.:

2014 N. Citrus Rd,PO Box 3000
Goodyear          AZ  85338-0000
ACCOUNT NUMBER:  02257712

| DATE OF SPECIMEN 1/06/2006 | TIME 9:00 | DATE RECEIVED 1/06/2006 | DATE REPORTED 1/07/2006 | TIME 10:16 | 2013 |
|---|---|---|---|---|---|

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+6AC | | | | |
| > Glucose, Serum | 112 H | mg/dL | 65 - 99 | PD |
| Uric Acid, Serum | 3.3 | mg/dL | 2.4 - 8.2 | PD |
| BUN | 5 | mg/dL | 5 - 26 | PD |
| Creatinine, Serum | 0.8 | mg/dL | 0.5 - 1.5 | PD |
| > BUN/Creatinine Ratio | 6 L | | 8 - 27 | |
| Sodium, Serum | 141 | mmol/L | 135 - 148 | PD |
| Potassium, Serum | 4.8 | mmol/L | 3.5 - 5.5 | PD |
| Chloride, Serum | 107 | mmol/L | 96 - 109 | PD |
| Carbon Dioxide, Total | 25 | mmol/L | 20 - 32 | PD |
| Calcium, Serum | 10.0 | mg/dL | 8.5 - 10.6 | PD |
| > Ionized Calcium Calc | 4.2 L | mg/dL | 4.3 - 5.3 | |
| Phosphorus, Serum | 3.5 | mg/dL | 2.5 - 4.5 | PD |
| CA-PO4 Product | 35 | | | |
| Protein, Total, Serum | 7.5 | g/dL | 6.0 - 8.5 | PD |
| Albumin, Serum | 4.6 | g/dL | 3.5 - 5.5 | PD |
| Globulin, Total | 2.9 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.6 | mg/dL | 0.1 - 1.2 | PD |
| Alkaline Phosphatase, Serum | 54 | IU/L | 25 - 150 | PD |
| LDH | 154 | IU/L | 100 - 250 | PD |
| AST (SGOT) | 19 | IU/L | 0 - 40 | PD |
| ALT (SGPT) | 19 | IU/L | 0 - 40 | PD |
| GGT | 21 | IU/L | 0 - 60 | PD |
| Cholesterol, Total | 138 | mg/dL | 100 - 199 | PD |
| Triglycerides | 83 | mg/dL | 0 - 149 | PD |
| CBC With Differential/Platelet | | | | |
| White Blood Cell(WBC)Count | 5.5 | x10E3/uL | 4.0 - 10.5 | PD |
| Red Blood Cell (RBC) Count | 4.36 | x10E6/uL | 3.80 - 5.10 | PD |
| Hemoglobin | 13.5 | g/dL | 11.5 - 15.0 | PD |
| Hematocrit | 39.0 | % | 34.0 - 44.0 | PD |
| MCV | 89 | fL | 80 - 98 | PD |
| MCH | 31.0 | pg | 27.0 - 34.0 | PD |
| MCHC | 34.7 | g/dL | 32.0 - 36.0 | PD |
| RDW | 12.6 | % | 11.7 - 15.0 | PD |
| Platelets | 263 | x10E3/uL | 140 - 415 | PD |
| Neutrophils | 46 | % | 40 - 74 | PD |
| Lymphs | 44 | % | 14 - 46 | PD |
| Monocytes | 7 | % | 4 - 13 | PD |
| Eos | 2 | % | 0 - 7 | PD |

*VICENTE O. ENCISO.*
*AA205200I-254*
*1-19-06*

| Pat Name: ANDRIANO,WENDI | Pat ID: 191593 | Spec #: 006-237-3603-0 | Seq #: 2013 |
|---|---|---|---|

**Results are Flagged in Accordance with Age Dependent Reference Ranges**
**Continued on Next Page**

000012060

**LabCorp**
Laboratory Corporation of America
LabCorp Phoe
3930 E Watkins Suite 300, Phoenix, AZ 85034-0000

Phone: 602-454-8000

| SPECIMEN 006-237-3603-0 | TYPE S | PRIMARY LAB PD | REPORT STATUS COMPLETE | Page #: | 2 |
|---|---|---|---|---|---|

**ADDITIONAL INFORMATION**

FASTING: Y
DOB: 8/26/1970

| CLINICAL INFORMATION |
|---|
| CD- 61025089568 |

| PHYSICIAN ID. RODRIGUEZR | PATIENT ID. 191593 |
|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ANDRIANO,WENDI | F | 35 / 4 |

PT. ADD.:

ACCOUNT:  ASPC - Perryville-Lumley

2014 N. Citrus Rd,PO Box 3000
Goodyear                    AZ   85338-0000

ACCOUNT NUMBER:   02257712

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/06/2006 | 9:00 | 1/06/2006 | 1/07/2006 | 10:16 | 2013 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Basos | 1 | % | 0 – 3 | PD |
| Neutrophils (Absolute) | 2.5 | x10E3/uL | 1.8 – 7.8 | PD |
| Lymphs (Absolute) | 2.4 | x10E3/uL | 0.7 – 4.5 | PD |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 – 1.0 | PD |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 – 0.4 | PD |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 – 0.2 | PD |

LAB: PD LabCorp Phoenix                      DIRECTOR: Frank Ryan J PhD
3930 E Watkins Suite 300, Phoenix,  AZ 85034-0000

VICENTE D. ENCISO, M.D
AA2052001-254
1-19-06

| Pat Name: ANDRIANO,WENDI | Pat ID: 191593 | Spec #: 006-237-3603-0 | Seq #: 2013 |
|---|---|---|---|

**Results are Flagged in Accordance with Age Dependent Reference Ranges**
Last Page of Report

000012061

**LabCorp**
Laboratory Corporation of America

LabCorp Phoe\.
3930 E Watkins Suite 300, Phoenix, AZ 85034-0000

Phone: 602-454-8000

| SPECIMEN 094-237-8635-0 | TYPE S | PRIMARY LAB PD | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| FASTING: N DOB: 8/26/1970 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ANDRIANO,WENDI | F | 34 / 7 |
| PT. ADD.: | | |

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/04/2005 | 6:00 | 4/05/2005 | 4/05/2005 | 17:09 | 8831 |

| CLINICAL INFORMATION |
|---|
| CD- 61025039495 |

| PHYSICIAN ID. RODRIGUEZR | PATIENT ID. 191593 |
|---|---|

ACCOUNT: ASPC - Perryville-Lumley

2014 N. Citrus Rd,PO Box 3000
Goodyear          AZ   85338-0000
ACCOUNT NUMBER:   02257712

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Uric A+ESR-Wes+ANA+RA Qn | | | |
| Uric Acid, Serum | 3.5   mg/dL | 2.4 - 8.2 | PD |
| Antinuclear Antibodies Direct | 79   U/mL | 0 - 99 | PD |
| | | Negative     <100 | |
| | | Equivocal 100 - 120 | |
| | | Positive     >120 | |
| RA Latex Turbid. | 7.4   IU/mL | 0.0 - 13.9 | PD |
| No Specimen Received. | | | PD |
| No specimen received, please resubmit. | | | |
| ESR NOT PERFORMED. | | | |

| LAB: PD LabCorp Phoenix          DIRECTOR: Bubien,J McCormick,K  MD'S |
|---|
| 3930 E Watkins Suite 300, Phoenix,  AZ 85034-0000 |

*JEFFREY A. BRAND, PA-C*
*AA2052001-245*

4/8/05

| Pat Name:  ANDRIANO,WENDI | Pat ID: 191593 | Spec #:  094-237-8635-0 | Seq #: 8831 |
|---|---|---|---|

**Results are Flagged in Accordance with Age Dependent Reference Ranges**
**Last Page of Report**

000012062

# Laboratory Corporation of America

| SPECIMEN 363-G48-0053-0 | TYPE S | PRIMARY LAB UZ | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| FASTING: N |
| DOB: 8/26/1970 |

| CLINICAL INFORMATION |
|---|
| CD- 61025022144 |

| PHYSICIAN ID. BRAND   J | PATIENT ID. 191593 |
|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ANDRIANO,WENDI | F | 34  /  4 |

PT. ADD.:

ACCOUNT:  ASPC - Perryville-Lumley

2014 N. Citrus Rd,PO Box 3000
Goodyear                  AZ   85338-0000
ACCOUNT NUMBER:  02257712

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/28/2004 | 9:00 | 12/29/2004 | 1/03/2005 | 16:15 | 1034 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

```
Cytology Information:
Source.............Cervical;Endocervical
LMP / Prev Treat...LMP=112504


Pap Smear (1 Slide), Gyn                                          UZ

Test ordered:
009100 Pap Smear (1 slide), Gyn
Number of Slides = 1                                             UZ

*****************************************************************
Diagnosis:
NEGATIVE FOR INTRAEPITHELIAL LESION AND MALIGNANCY.             UZ


Specimen adequacy:
SATISFACTORY FOR EVALUATION. ENDOCERVICAL AND/OR SQUAMOUS METAPLASTIC
CELLS (ENDOCERVICAL COMPONENT) ARE PRESENT.
*****************************************************************   UZ


Performed by:
                     Roger Munchbach,
                     Supervisory Cytotechnologist (ASCP)
                                                                UZ
                                                                UZ

The Pap smear is a screening test designed to aid in the detection of pre-
malignant and malignant conditions of the uterine cervix. It is not a diag-
nostic procedure and should not be used as the sole means of detecting cer-
vical cancer.  Both false-positive and false-negative reports do occur.
```

LAB: UZ LabCorp Phoenix Histo Cyto    DIRECTOR: Bubien,J McCormick,K   MD'S
3930 E Watkins Street Ste 300, Phoenix,  AZ 85034-0000

JEFFREY A. BRAND, PA-C
A42052001-245

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

000012063
111

# Laboratory Corporation of America

| SPECIMEN<br>363-237-6728-0 | TYPE<br>S | PRIMARY LAB<br>PD | REPORT STATUS<br>COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

FASTING: N
SRC:ex
DOB: 8/26/1970

| CLINICAL INFORMATION |
|---|
| CD- 61025022145 |

| PHYSICIAN ID.<br>BRAND  J | PATIENT ID.<br>191593 |
|---|---|

| PATIENT NAME | | SEX<br>F | AGE(YR./MOS.)<br>34  /  4 |
|---|---|---|---|
| ANDRIANO,WENDI | | | |
| PT. ADD.: | | | |

ACCOUNT:  ASPC - Perryville-Lumley

2014 N. Citrus Rd,PO Box 3000
Goodyear          AZ   85338-0000

ACCOUNT NUMBER:   02257712

| DATE OF SPECIMEN<br>12/28/2004 | TIME<br>9:00 | DATE RECEIVED<br>12/29/2004 | DATE REPORTED<br>12/29/2004 | TIME<br>13:21 | 397 |
|---|---|---|---|---|---|

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Chlamydia/GC (with Reflex) | | | PD |
| Chlamydia, DNA Probe w/Rflx | Negative | | |
| for Chlamydia trachomatis | | | |
| by DNA probe. | | | |
| N gonorrhoeae DNA Probe w/Rfl | | Negative | PD |
| | Negative | | |
| for Neisseria gonorrhoeae | | | |
| by DNA probe. | | | |
| Note: Test valid for male urethral and female endocervical specimens only. | | | |

LAB: PD LabCorp Phoenix                    DIRECTOR:  Bubien,J McCormick,K   MD'S
3930 E Watkins Suite 300, Phoenix,   AZ 85034-0000

JEFFREY A. BRAND, PA-C
AA20520Q1-245

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

000012064

# Laboratory Corporation of America

| SPECIMEN 358-237-5258-0 | TYPE S | PRIMARY LAB PD | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

FASTING: N
DOB: 8/26/1970

| CLINICAL INFORMATION |
|---|
| CD- 61025021629 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ANDRIANO,WENDI | F | 34 / 3 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| PALLIN  S | 191593 |

ACCOUNT:  ASPC - Perryville-Lumley

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME |
|---|---|---|---|---|
| 12/23/2004 | 9:30 | 12/24/2004 | 12/24/2004 | 13:11 9919 |

2014 N. Citrus Rd,PO Box 3000
Goodyear            AZ   85338-0000
ACCOUNT NUMBER:   02257712

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CBC/D/Plt+RPR+HCVAb | | | PD |
| | | | PD |
| Hepatitis | | | PD |
| Hep C Virus Ab | Negative | Negative | PD |
| | | | PD |
| Serology/Immunology | | | PD |
| RPR | Non Reactive | Non Reactive | PD |
| | | | PD |
| CBC, Platelet Ct, and Diff | | | PD |
| White Blood Cell (WBC) Count | 4.6 | x10E3/uL | 4.0 - 10.5 | PD |
| Red Blood Cell (RBC) Count | 4.18 | x10E6/uL | 3.80 - 5.10 | PD |
| Hemoglobin | 12.9 | g/dL | 11.5 - 15.0 | PD |
| Hematocrit | 37.6 | % | 34.0 - 44.0 | PD |
| MCV | 90 | fL | 80 - 98 | PD |
| MCH | 30.9 | pg | 27.0 - 34.0 | PD |
| MCHC | 34.3 | g/dL | 32.0 - 36.0 | PD |
| RDW | 13.3 | % | 11.7 - 15.0 | PD |
| Platelets | 241 | x10E3/uL | 140 - 415 | PD |
| Neutrophils | 58 | % | 40 - 74 | PD |
| Lymphs | 31 | % | 14 - 46 | PD |
| Monocytes | 7 | % | 4 - 13 | PD |
| Eos | 4 | % | 0 - 7 | PD |
| Basos | 0 | % | 0 - 3 | PD |
| Neutrophils (Absolute) | 2.6 | x10E3/uL | 1.8 - 7.8 | PD |
| Lymphs (Absolute) | 1.4 | x10E3/uL | 0.7 - 4.5 | PD |
| Monocytes(Absolute) | 0.3 | x10E3/uL | 0.1 - 1.0 | PD |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | PD |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | PD |
| Urinalysis, Routine | | | PD |
| Urinalysis Gross Exam | | | PD |
| Specific Gravity | 1.020 | 1.005 - 1.030 | PD |
| pH | 5.5 | 5.0 - 7.5 | PD |
| Urine-Color | Yellow | Yellow | PD |
| Appearance | Cloudy | Clear | PD |
| WBC Esterase | 2+ | Negative | PD |
| Protein | Negative | Negative/Trace | PD |
| Glucose | Negative | Negative | PD |
| Ketones | Negative | Negative | PD |
| Occult Blood | Negative | Negative | PD |
| Bilirubin | Negative | Negative | PD |

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

000012065

112

# Laboratory Corporation of America

| SPECIMEN 358-237-5258-0 | TYPE S | PRIMARY LAB PD | REPORT STATUS COMPLETE | Page #:  2 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

FASTING: N
DOB: 8/26/1970

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ANDRIANO,WENDI | F | 34  /  3 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/23/2004 | 9:30 | 12/24/2004 | 12/24/2004 | 13:11 | 9919 |

CLINICAL INFORMATION
CD- 61025021629

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| PALLIN  S | 191593 |

ACCOUNT:  ASPC - Perryville-Lumley

2014 N. Citrus Rd,PO Box 3000
Goodyear                    AZ   85338-0000
ACCOUNT NUMBER:   02257712

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Urobilinogen,Semi-Qn | 0.2 | mg/dL | 0.0 - 1.9 | PD |
| Nitrite, Urine | Negative | | Negative | PD |
| Microscopic Examination | See below: | | | PD |
| > WBC | 5-10 | | 0 -  5 | PD |
| RBC | None seen | | 0 -  3 | PD |
| Epithelial Cells | 5-10 | | 0 - 10 | PD |
| Casts | None seen | | None seen | PD |
| | | > | N/A | PD |
| > Crystals | | | | |
| Few calcium oxalate crystals. | | | None seen | PD |
| > Mucus Threads | 3+ | | None seen/Few | PD |
| Bacteria | Few | | None seen | PD |
| Yeast | None seen | | | |

LAB: PD LabCorp Phoenix                     DIRECTOR:  Bubien,J McCormick,K   MD'S
3930 E Watkins Suite 300, Phoenix,  AZ 85034-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

000012066

Feb. 10. 2009  1:13PM    Mob    `n-site Mammography              No. 9967   P. 2



# MOBILE ON-SITE MAMMOGRAPHY

2005 West 14th Street, Suite #134
Tempe, AZ 85281
(480) 967-3767          toll free (800) 285-0272          FAX - (480) 967-3787

## RADIOLOGY REPORT

PERRYVILLE AZ STATE PRISON COMPLEX
P.O. BOX 3000
GOODYEAR, AZ 85338
ATTN: SHANDA TIBBITS, SITE COORD.
MEDICAL COMPLEX

PATIENT FILE #: 09-02535

PATIENT NAME: ANDRIANO, WENDI E. (191593)          DATE OF EXAM: 01/30/09
DOCTORS NAME: N/A                                  FACILITY CODE: GAZ-DOCGDY
DOB: 08/26/70                                      PATIENT ID#: ARWE082670

**BILATERAL LOW DOSE MAMMOGRAPHY:** Bilateral low dose mammography was performed and reveals the skin and nipple markings to appear unremarkable. The corpora of both breasts depict a marked fibroglandular pattern. There is a 3.0 cm nodular density noted within the right axillary region, most probably a prominent lymph node; however, a neoplastic lesion cannot be completely excluded. There is no evidence of any pathologic calcifications and the vascular markings appear unremarkable.

**CONCLUSION:** Bilateral low dose mammography reveals a 3.0 cm nodular density within the right axillary region, with the remaining breast parenchyma demonstrating a marked fibroglandular pattern.

**IMPRESSION:** BI-RADS 4, suspicious abnormality, biopsy should be considered.

**RECOMMENDATION:** Surgical consultation and biopsy of the in-questioned nodular density within the right axillary region.

Every breast lesion or mass may not be identified on a mammogram. Dense glandular tissue may obscure some masses and failure to visualize a clinically suspicious lesion should not preclude further investigative efforts. A pathologic report would be appreciated should there be any subsequent surgical intervention, biopsy, or mastectomy on this patient.

GEORGE ENGISCH, DO
RADIOLOGIST
GEE: mja

** Films performed by Mobile On-Site Mammography. Radiologists reading performed by George W. Engisch, DO d.b.a. Diagnostic Medical Imaging. George W. Engisch, DO and Diagnostic Medical Imaging are not employees of Mobile On-Site Mammography. To obtain films and/or records, please call (480) 967-3767 or 1 (800) 285-0272.

DD: 02/05/09                                       DT: 02/05/09

000012067
115

Feb. 10. 2009  1:13PM    Mobil `n-site Mammography          No. 9967   P. 2

Bl

# MOBILE ON-SITE MAMMOGRAPHY

2005 West 14th Street, Suite #134
Tempe, AZ 85281
toll free (800) 285-0272

(480) 967-3767                                              FAX - (480) 967-3787

## RADIOLOGY REPORT

PERRYVILLE AZ STATE PRISON COMPLEX
P.O. BOX 3000
GOODYEAR, AZ 85338
ATTN: SHANDA TIBBITS, SITE COORD.
MEDICAL COMPLEX

PATIENT FILE #: 09-02535

PATIENT NAME: ANDRIANO, WENDI E. (191593)         DATE OF EXAM: 01/30/09
DOCTORS NAME: N/A                                  FACILITY CODE: GAZ-DOCGDY
DOB: 08/26/70                                       PATIENT ID#: ARWE082670

**BILATERAL LOW DOSE MAMMOGRAPHY:** Bilateral low dose mammography was performed and reveals the skin and nipple markings to appear unremarkable. The corpora of both breasts depict a marked fibroglandular pattern. There is a 3.0 cm nodular density noted within the right axillary region, most probably a prominent lymph node; however, a neoplastic lesion cannot be completely excluded. There is no evidence of any pathologic calcifications and the vascular markings appear unremarkable.

**CONCLUSION:** Bilateral low dose mammography reveals a 3.0 cm nodular density within the right axillary region, with the remaining breast parenchyma demonstrating a marked fibroglandular pattern.

**IMPRESSION:** BI-RADS 4, suspicious abnormality, biopsy should be considered.

**RECOMMENDATION:** Surgical consultation and biopsy of the in-questioned nodular density within the right axillary region.

Every breast lesion or mass may not be identified on a mammogram. Dense glandular tissue may obscure some masses and failure to visualize a clinically suspicious lesion should not preclude further investigative efforts. A pathologic report would be appreciated should there be any subsequent surgical intervention, biopsy, or mastectomy on this patient.

GEORGE ENGISCH, DO
RADIOLOGIST
GEE: mja

** Films performed by Mobile On-Site Mammography. Radiologists reading performed by George W. Engisch, DO d.b.a. Diagnostic Medical Imaging. George W. Engisch, DO and Diagnostic Medical Imaging are not employees of Mobile On-Site Mammography. To obtain films and/or records, please call (480) 967-3767 or 1 (800) 285-0272.

DD: 02/05/09                                                DT: 02/05/09

000012068

116

**ARIZONA STATE PRISON COMPLEX-PERRYVILLE**
**HEALTH UNIT**
**2014 NORTH CITRUS ROAD**
**P.O. BOX 3000**
**GOODYEAR, ARIZONA 85338-0901**
**623-853-0304**

## URINE / HCG TEST

DATE: _DEC 2 3 2004_       YARD: _Lumly_

INMATE NAME: _Andriano, W_   INMATE ADOC#: _191593_

**TEST RESULTS:**

[ ] POSITIVE        LAB TECH INITIAL: _MC_

[X] NEGATIVE        PROVIDER SIGNATURE: _MARY CARABETTA, LPN-AT  JEFFREY A. IGRAND, PA-C  AA 209/204-2:45_

000012069

# ARIZONA DEPARTMENT OF CORRECTIONS

Annual TB Symptomology Checklist and PPD on Inmates with no documented history of + skin test.

Date: 10/8/09                              Time: 1005

TPR: 98.4 / 72 / 14 / 99% RA    B/P: 106/62    Wt: illegible

**I.**

| SYMPTOMS | √YES | √NO | PLEASE SPECIFY (If yes to any, CXR in addition to PPD required) |
|---|---|---|---|
| 1. Productive cough that has lasted for at least 3 weeks | order | / | |
| 2. Coughing up blood | | / | |
| 3. Chest pain | | / | |
| SYMPTOMS | √YES | √NO | PLEASE SPECIFY (If yes to at least 3, CXR in addition to PPD required) |
| 4. Fever | | / | |
| 5. Chills | | / | |
| 6. Night Sweats | | / | |
| 7. Easy fatigability | | / | |
| 8. Loss of appetite | | / | |
| 9. Unexplained weight loss | | / | |

CXR:      ☐ Ordered        ☐ N/A

**PROCEED TO STEP II.**

**II.**

ARIZONA DEPARTMENT OF CORRECTIONS

PPD/COCCI SITE

| Directions: Final results need to be entered on Medical Work-Up form 1101-68 in inmates medical record. |
|---|

| Procedure Desired (check one) | Last PPD Date | Result |
|---|---|---|
| ☑ PPD   ☐ COCCI | 12/09 | ☐ Positive   ☑ Negative |

| Requested by Health Provider | Date | Given By | Date |
|---|---|---|---|
| M R Johnson | 10/8/09 | Donna Mendoza, RN | 12/8/09 |

| Date Read (48-) | Signature | Date Read (72-) | Signature |
|---|---|---|---|
| __ mm Induration | Donna Mendoza, RN  N2 10/09 | __ mm Induration | |

| Final Results | |
|---|---|
| ☒ Negative   ☐ Positive ___mm | *10+mm Refer to Medical Provider *5+mm HIV+ refer to medical provider *5-9mm repeat step II, 7-12 days after initial PPD *0-4mm negative |

Site: LFA

Manufacture Lot #: 111057

Expiration Date: 11/10

| ANDRIANO, WENDI     191593 | Number |
|---|---|
| 8/6/1970 | 000012070 |

118

ARIZONA DEPARTMENT OF CORRECTIONS

Annual TB Symptomology Checklist and PPD on Inmates with no documented history of + skin test.

Date: 12/30/8                                Time: 0900

TPR: 98° / 112 / 18 / 94²   B/P: 100/61          Wt: 125

I.

| SYMPTOMS | √YES | √NO | PLEASE SPECIFY (If yes to any, CXR in addition to PPD required) |
|---|---|---|---|
| 1. Productive cough that has lasted for at least 3 weeks | | √ | |
| 2. Coughing up blood | | √ | |
| 3. Chest pain | | √ | |
| SYMPTOMS | √YES | √NO | PLEASE SPECIFY (If yes to at least 3, CXR in addition to PPD required) |
| 4. Fever | | √ | |
| 5. Chills | | √ | |
| 6. Night Sweats | | √ | |
| 7. Easy fatigability | | √ | |
| 8. Loss of appetite | | √ | |
| 9. Unexplained weight loss | | √ | |

CXR:      ☐ Ordered           ☐N/A

PROCEED TO STEP II.

II.

ARIZONA DEPARTMENT OF CORRECTIONS

PPD/COCCI SITE

Directions: Final results need to be entered on Medical Work-Up form 1101-68 in inmates medical record.

| Procedure Desired (check one) | Last PPD Date | Result |
|---|---|---|
| ☑ PPD   ☐ COCCI | 11/20/07 | ☐ Positive   ☑ Negative |

| Requested by Health Provider | Date | Given By | Date |
|---|---|---|---|
| M Rodriguez | 12/30/08 | | 12/30/8 |

| Date Read (48-) | Signature | Date Read (72-) | Signature |
|---|---|---|---|
| __ mm Induration* | 0900 | __ mm Induration* | |

Final Results
☑ Negative     ☐ Positive ____ mm

*10+mm Refer to Medical Provider
*5+mm HIV+ refer to medical provider
*5-9mm repeat step II, 7-12 days after initial PPD
*0-4mm negative

Site: _____ LFA
Manufacture Lot #: _____ C2680AA
Expiration Date: _____ 10/07/09

| Inmate Name (Last; First M.I.) | ADC Number |
|---|---|
| Andrino | 191593 |
| Date of Birth | Facility/Unit |
| 8/6/70 | |

000012071

119

ARIZONA DEPARTMENT OF ⬤ RECTIONS

Annual TB Symptomology Checklist and PPD on Inmates with no documented history of + skin test.

Date: _____ 11/20 _____                          Time: 1335 _____

TPR: 96.1-64-20 _____          B/P: 100/64 _____   Wt: _____

I.

| SYMPTOMS | √YES | √NO | PLEASE SPECIFY (If yes to any, CXR in addition to PPD required) |
|---|---|---|---|
| 1. Productive cough that has lasted for at least 3 weeks | √ | √ | |
| 2. Coughing up blood | | √ | |
| 3. Chest pain | | √ | |

| SYMPTOMS | √YES | √NO | PLEASE SPECIFY (If yes to at least 3, CXR in addition to PPD required) |
|---|---|---|---|
| 4. Fever | | √ | |
| 5. Chills | | √ | |
| 6. Night Sweats | | √ | |
| 7. Easy fatigability | | √ | |
| 8. Loss of appetite | | √ | |
| 9. Unexplained weight loss | | √ | |

⬤XR:   ☐ Ordered          ☐ N/A

PROCEED TO STEP II.

II.

ARIZONA DEPARTMENT OF CORRECTIONS

PPD/COCCI SKIN

| Directions: Final results need to be entered on Medical Work-Up form 1101-68 in Inmates medical record. |
|---|

| Procedure Desired (check one) | Last PPD Date | Result |
|---|---|---|
| ☐ PPD   ☐ COCCI | 11/16/06 | ☐ Positive   ☑ Negative |

| Requested by Health Provider | Date | Given By | Date |
|---|---|---|---|
| T. Reid | 11/20/07 | D. Isaacs R.N. | 11/20/07 |

| Date Read (48+) ___ mm Induration* | Signature | Date Read (72+) 11/23/07 _____ mm Induration* | Signature N. Isaacs RN |
|---|---|---|---|

| Final Results  ☐ Negative   ☐ Positive _____ mm | *10+mm Refer to Medical Provider *5+mm HIV+ refer to medical provider *5-9mm repeat step II, 7-12 days after initial PPD *0-4mm negative |
|---|---|

| In I.D. | Andriano, Wendi   191593   8/6/1970 | Number |
|---|---|---|

Site: _____ LFA _____
Manufacture Lot #: 64029
Expiration Date: 11/06

000012072

Adriano Henry
ID: 191593
Female Peds:

I

II

III

06/26/07 17:00  Location
23.367

000012073

P-App. 006293

ARIZONA DEPARTMENT OF CORRECTIONS

PPD/COCCI SLIP

| Procedure Desired (check one) | Last PPD Date | Result |
|---|---|---|
| ☑ PPD ☐ COCCI | | ☐ Positive ☐ Negative |

| Requested by Health Provider | Date | Given By | Date |
|---|---|---|---|
| Palmer | 11/16 | V Barstow LPN | 11/18/00 |

| Date Read (48.) | Signature | Date Read (72.) | Signature |
|---|---|---|---|
| 0 mm Induration* | alice Luck | ____ mm Induration* | |

| Final Results | *10+mm Refer to Medical Provider |
|---|---|
| ☑ Negative   ☐ Positive ____mm | *5+mm HIV+ refer to medical provider |
| | *5-9mm repeat step II, 7-12 days after initial PPD |
| | *0-4mm negative |

JFA

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Andriano | 191593 |
| Date of Birth | Facility/Unit |
| | BL |

1102-7P
12/7/01

000012074
122

**ARIZONA DEPARTMENT OF CORRECTIONS**

**PPD/COCCI SLIP**

| Procedure Desired *(check one)* | Last PPD Date | | Result | |
|---|---|---|---|---|
| [X] PPD   [ ] COCCI | | | [ ] Positive   [ ] Negative | |

| Requested by Health Provider | Date | Given By | | Date |
|---|---|---|---|---|
| Dr. Pallin | 10-19-05 | J. Braun RN | | 10-19-05 |

| Date Read (48·) | Signature | Date Read (72·) | Signature |
|---|---|---|---|
| ___ mm Induration* | | ___ mm Induration* | |

| Final Results | | | |
|---|---|---|---|
| [ ] Negative   [ ] Positive   ___mm | | | ·10+mm Refer to Medical Provider<br>·15+mm HIV+ refer to medical provider<br>·5-9mm repeat step II, 7-12 days after initial PPD<br>·0-4mm negative |

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| ANDRIANO | 191593 |

| Date of Birth | Facility/Unit |
|---|---|
| | ASPC-PV-BL |

1102-7P
12/7/01

①FA
21852
03/07

30 D266

000012075
123

ARIZONA DEPARTMENT OF CORRECTIONS

PPD/COCCI SLIP

| Procedure Desired *(check one)* | Last PPD Date | Result |
|---|---|---|
| ☒ PPD  ☐ COCCI | 10-8-02 | ☐ Positive  ☒ Negative |

| Requested by Health Provider | Date | Given By | Date |
|---|---|---|---|
| Pallin / MC | DEC 2 9 2004 | Maralutta RN | DEC 2 9 2004 |

| Date Read (48.) | Signature | Date Read (72.) | Signature |
|---|---|---|---|
| ____ mm Induration* | | ____ mm Induration* | |

| Final Results | | *10+mm Refer to Medical Provider |
|---|---|---|
| ☐ Negative   ☒ Positive ____ mm | | *5+mm HIV+ refer to medical provider *5-9mm repeat step II, 7-12 days after initial PPD *0-4mm negative |

(L) PA ect Exp

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Ambriso Wendy | 191593 |
| Date of Birth | Facility/Unit |
| 8-26-70 | ASPC-PERRYVILLE COMPLEX |

1102-7P
12/7/01

000012076
124

**Wexford Health**
SOURCES INCORPORATED

Release of Responsibility Form

Name: Andriaus

ID Number: 191593

Date: Sept 2012   Time: 0400

DOB/Age: _____ / _____

I hereby refuse to accept the following treatment/recommendations:

Refused Med this morning

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing.  I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects which may result from this action.

_____
Inmate Signature

_____
Witness

_____
Date/Time

Sept 2012
Date/Time

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Witness

_____
Witness

ch state/region may have individual variances, and a copy of those variances should be attached to this policy.
roved by the Medical Advisory Committee on June 8, 2012

000012077
125

# Wexford Health
SOURCES INCORPORATED

## Release of Responsibility Form

Name: _Andriano_                Date: _1 Sep 2012_     Time: _0345_

ID Number: _191543_             DOB/Age: _____ / _____

I hereby refuse to accept the following treatment/recommendations:

_____

_____

_____

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects which may result from this action.

| Inmate Signature | Date/Time |
|---|---|
| | _15 Sep 2012   0345_ |
| Witness | Date/Time |

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_Casas 9722_

| Witness | Witness |
|---|---|
| Witness | Witness |

000012078
FOR 27
126

# Wexford Health
SOURCES INCORPORATED

## Release of Responsibility Form

Name: _Adriano_      Date: _9/7/12_   Time: _0300_

ID Number: _191543_      DOB/Age: _____/_____

D266

I hereby refuse to accept the following treatment/recommendations:

_All morning meds refused_

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects which may result from this action.

| Inmate Signature | Date/Time |
|---|---|
| _DRom RN_ | _9/7/12 0300_ |
| Witness | Date/Time |

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_A Richardson 9/7/12_

Witness                          Witness

Witness                          Witness

:h state/region have individual variances, and a copy of those variances should be attached to this policy.
roved by the Medical Advisory Committee on June 8, 2012

00001 2079
FOR 27
127

**ARIZONA DEPARTMENT OF CORRE     NS**

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for

_____

- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [x] Medication    4 Am meds
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab       [ ] X-ray

**Related to (diagnosis or procedure)** _____

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [ ] Death
- [ ] Inability to fully evaluate, treat or diagnosis
- [ ] Other _____

- [ ] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life-sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)* hearing   sight   touch   taste   smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc..)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [x] It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] **REASON FOR REFUSAL:** Don't want it

| | Initials | Date | Time |
|---|---|---|---|
| Inmate Signature  *Refused to sign* | | | |
| Witness's Signature  *Jenny Crane CR* | Date 9-5-12 | Time 0330 | |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date 9-5-12 | Time 330 | |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

**Inmate Name** *(Last, First M.I.)*  Andriano

**ADC Number**  191593

**Date of Birth**  **Facility/Unit**  Lumley

00001208
1101-4
2/6/07
128

ARIZONA DEPARTMENT OF CORRE___ __NS

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☐ Medical Provider evaluation
- ☐ Emergency assessment for
  _____
- ☐ Outside medical appointment
- ☐ NPO/PREP for _____
- ☐ Other _____

**Treatment** (Check box end specify)

- ☐ Dental procedure _____
- ☐ Nursing procedure _____
- ☐ Medical procedure _____
- ☑ Medication  4Am meds
- ☐ Injection _____
- ☐ Emergency treatment _____
- ☐ Lab      ☐ X-ray

**Related to** (diagnosis or procedure) _____

**Consequences of Refusal** (Check all that might apply)

- ☐ Pain
- ☐ Stomach (GI) Distress
- ☐ Infection
- ☐ Permanent loss of mobility
- ☐ **Stroke and/or Heart attack**
- ☐ **Irreversible coma**
- ☐ **Death**
- ☑ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☐ Worsening of this disease
- ☐ Permanent loss of control:   Bowel and/or Bladder
- ☐ Permanent need for life sustaining machinery or equipment (Dialysis, Ventilator, Oxygen, Tracheotomy)
- ☐ Loss of sense(s): (please circle)
      hearing    sight    touch    taste    smell
- ☐ Impaired skin integrity: (bed sores, scars, etc..)
- ☐ Loss of body part(s) (specify) _____
- ☐ Deterioration of Mental Status

_____

- ☑ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- ☑ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- ☑ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

- ☑ REASON FOR REFUSAL:   Don't want it

| Inmate Signature  Refused to sign | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature  Amy Crew CRN | Date 9-4-12 | | Time 0326 |
| Witness's Signature (Needed if inmate refuses to sign)  CRC | Date 9/4/12 | | Time 0320 |

INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer.  If none of the choices or boxes are appropriate, write in the OTHER the reason which applies.  Under the consequences section, check ALL areas which might apply as a consequence of refusing.  Consequences not listed can be written in the blank lines marked "OTHER".  Complete a SOAP note documenting all education given to the inmate.  IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A.  A single witness is needed unless I/M refuses to sign form, then two witnesses are needed.  The second witness may be non-medica ADC staff.

| Inmate Name (Last, First M.I.)  Andriano | ADC Number  191593 |
|---|---|
| Date of Birth | Facility/Unit  Lumley |

1101-4
6/07

000012084

129

ARIZONA DEPARTMENT OF CORRECTIONS

Refusal to Submit to Treatment

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☐ Medical Provider evaluation
- ☐ Emergency assessment for
  _____
- ☐ Outside medical appointment
- ☐ NPO/PREP for _____
- ☐ Other _____

**Treatment** *(Check box and specify)*

- ☐ Dental procedure _____
- ☐ Nursing procedure _____
- ☐ Medical procedure _____
- ☑ Medication  4 Am meds _____
  _____
- ☐ Injection _____
- ☐ Emergency treatment _____
- ☐ Lab   ☐ X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

- ☐ Pain
- ☐ Stomach (GI) Distress
- ☐ Infection
- ☐ Permanent loss of mobility
- ☐ Stroke and/or Heart attack
- ☐ Irreversible coma
- ☐ Death
- ☑ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☐ Worsening of this disease
- ☐ Permanent loss of control:   Bowel and/or Bladder
- ☐ Permanent need for life-sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- ☐ Loss of sense(s): *(please circle)*
     hearing   sight   touch   taste   smell
- ☐ Impaired skin integrity: *(bed sores, scars, etc..)*
- ☐ Loss of body part(s) *(specify)* _____
- ☐ Deterioration of Mental Status

☑ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

☑ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

☑ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

☑ REASON FOR REFUSAL:  Don't want it

| | Initials | Date | Time |
|---|---|---|---|
| Inmate Signature  *Refused to sign* | | | |
| Witness's Signature  *Jerry Crae CN* | Date 9-3-12 | | Time 0315 |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date 9-3-12 | | Time 0315 |

INSTRUCTIONS:  Make a checkmark in the box or boxes which apply to the refusal.  Where there are choices, circle the most appropriate answer.  If none of the choices or boxes are appropriate, write in the OTHER the reason which applies.  Under the consequences section, check ALL areas which might apply as a consequence of refusing.  Consequences not listed can be written in the blank lines marked "OTHER".  Complete a SOAP note documenting all education given to the inmate.  IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A.  A single witness is needed unless I/M refuses to sign form, then two witnesses are needed.  The second witness may be non-medical ADC staff.

**Inmate Name** *(Last, First M.I.)*   Andriano

**ADC Number**   191593

**Date of Birth**       **Facility/Unit**   Lumley

00001208

1101-4 2/8/07

130

Wexford Health
SOURCES INCORPORATED

Release of Responsibility Form

Name: _Adriano_____   Date: _31 / Ay 2012_   Time: _0340_

ID Number: _191543_   DOB/Age: _____/_____

I hereby refuse to accept the following treatment/recommendations:

_Refused morny meds_____

_____

_____

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects which may result from this action.

_Dunr_____         _31 Ay 2012    0340_
Inmate Signature                    Date/Time

_____               _____
Witness                              Date/Time

══════════════════════════════════════════════════════

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_Pey 300y_____         _____
Witness                              Witness

_____               _____
Witness                              Witness

:h state/region may have individual variances, and a copy of those variances should be attached to this policy.
roved by the Medical Advisory Committee on June 8, 2012

000012083
FOR 27
131

ARIZONA DEPARTMENT OF CORRECTIONS

~sal to Submit to Treatment

**I have been advised that it is necessary for me to undergo the following:**

**Evaluation**

☐ Dental examination
☐ Nursing assessment
☐ Mental Health assessment/treatment
☐ Medical Provider evaluation
☐ Emergency assessment for _____

☐ Outside medical appointment _____
☐ NPO/PREP for _____
☐ Other _____

**Treatment** *(Check box and specify)*

☐ Dental procedure _____
☐ Nursing procedure _____
☐ Medical procedure _____
☑ Medication  4AM meds
☐ Injection _____
☐ Emergency treatment _____
☐ Lab    ☐ X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

☐ Pain
☐ Stomach (GI) Distress
☐ Infection
☐ Permanent loss of mobility
☐ Stroke and/or Heart attack
☐ Irreversible coma
☐ Death
☑ Inability to fully evaluate, treat or diagnosis
☐ Other

☐ Worsening of this disease
☐ Permanent loss of control:  Bowel and/or Bladder
☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
☐ Loss of sense(s): *(please circle)*
      hearing    sight    touch    taste    smell
☐ Impaired skin integrity: *(bed sores, scars, etc..)*
☐ Loss of body part(s) *(specify)* _____
☐ Deterioration of Mental Status

☑ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

☑ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

☑ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

☑ REASON FOR REFUSAL:  Don't want it

| Inmate Signature Refused to sign | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature Jerry Crave CN | Date 8-30-12 | | Time 0325 |
| Witness's Signature (Needed if inmate refuses to sign) ____ 5475 | Date 8-30-12 | | Time 0325 |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Andriano | 191593 |
| Date of Birth | Facility/Unit  Lumley |

000012084
101-4
2/6/07

ARIZONA DEPARTMENT OF CORRECTIONS

~~sal to Submit to Treatment~~

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____

- [ ] Outside medical appointment _____
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** *(Check box and specify)*

- [ ] Dental procedure
- [ ] Nursing procedure
- [ ] Medical procedure
- [x] Medication  4 Am meds
- [ ] Injection _____
- [ ] Emergency treatment
- [ ] Lab   [ ] X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [ ] Death
- [x] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [ ] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
      hearing    sight    touch    taste    smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc..)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [x] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] REASON FOR REFUSAL:  Don't want it

| | Initials | Date | Time |
|---|---|---|---|
| Inmate Signature  Refused to sign | | | |
| Witness's Signature  *Jenny Chen (RN)* | Date  8-29-12 | | Time  0330 |
| Witness's Signature *(Needed if inmate refuses to sign)*  2054 | Date  8-29-12 | | Time  0330 |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)*  Andriano | ADC Number  191593 |
|---|---|
| Date of Birth | Facility/Unit  Lumley |

000012085 101-4 2/6/07

123

ARIZONA DEPARTMENT OF CORRECTIONS

Refusal to Submit to Treatment

**I have been advised that it is necessary for me to undergo the following:**

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____

- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [x] Medication  4 AM meds _____
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab   [ ] X-ray _____

**Related to (diagnosis or procedure)** _____

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [ ] Death
- [x] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [ ] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
    hearing   sight   touch   taste   smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc.)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [x] It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] **REASON FOR REFUSAL:** Don't want it

| Inmate Signature  Refused to sign | Initials | Date 8-28-12 | Time 0320 |
|---|---|---|---|
| Witness's Signature | | Date 8-28-12 | Time 0320 |
| Witness's Signature *(Needed if inmate refuses to sign)* | | Date 8-28-12 | Time 0320 |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Andriano | 191593 |
| Date of Birth | Facility/Unit  Lumley |

000012086 101-4
2/6/07

1211

ARIZONA DEPARTMENT OF CORRECTIONS

Refusal to Submit to Treatment

**I have been advised that it is necessary for me to undergo the following:**

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____
- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment**  *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [ ] Medication   4 Am meds
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab   [ ] X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] **Stroke and/or Heart attack**
- [ ] **Irreversible coma**
- [ ] **Death**
- [ ] Inability to fully evaluate, treat or diagnosis
- [ ] Other _____

- [ ] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
      hearing     sight     touch     taste     smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc..)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [x] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] REASON FOR REFUSAL:   Don't want it

| Inmate Signature | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature   Jenny Crow CRN | Date 8-27-12 | Time 0330 | |
| Witness's Signature *(Needed if inmate refuses to sign)*   Lou Mages SU?3 | Date 8-27-12 | Time 0330 | |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)*   Andriano | ADC Number   191593 |
|---|---|
| Date of Birth | Facility/Unit   Lumley 000012087 |

1101-4
2/6/07

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

| **Evaluation** | **Treatment** *(Check box and specify)* |
|---|---|
| ☐ Dental examination | ☐ Dental procedure _____ |
| ☐ Nursing assessment | ☐ Nursing procedure _____ |
| ☐ Mental Health assessment/treatment | ☐ Medical procedure _____ |
| ☐ Medical Provider evaluation | ☑ Medication _Tegretol_ |
| ☐ Emergency assessment for | |
| _____ | ☐ Injection _____ |
| ☐ Outside medical appointment | ☐ Emergency treatment _____ |
| ☐ NPO/PREP for _____ | ☐ Lab   ☐ X-ray _____ |
| ☐ Other _____ | |

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

| | |
|---|---|
| ☐ Pain | ☑ Worsening of this disease |
| ☐ Stomach (GI) Distress | ☐ Permanent loss of control:  Bowel and/or Bladder |
| ☐ Infection | ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)* |
| ☐ Permanent loss of mobility | ☐ Loss of sense(s): *(please circle)* . |
| ☐ **Stroke and/or Heart attack** | hearing   sight   touch   taste   smell |
| ☐ **Irreversible coma** | ☐ Impaired skin integrity: *(bed sores, scars, etc..)* |
| ☐ **Death** | ☐ Loss of body part(s) *(specify)* _____ |
| ☐ Inability to fully evaluate, treat or diagnosis | ☐ Deterioration of Mental Status |
| ☐ Other _____ | |

☑ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

☑ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

☑ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

☐ REASON FOR REFUSAL: _____

| Inmate Signature | Initials | Date | Time |
|---|---|---|---|
| _(signature)_ | | | |
| Witness's Signature | Date 8/24/12 | | Time 0300 |
| _(signature)_ RN | | | |
| Witness's Signature *(Needed if Inmate refuses to sign)* | Date 8/25/12 | | Time 0300 |
| _(signature)_ | | | |

| INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff. | Inmate Name *(Last, First M.I.)* Andriano | ADC Number 191593 |
| | Date of Birth | Facility/Unit ASPC - PV |

000012000-4
2/6/07

K 210

**ARIZONA DEPARTMENT OF CORRE      NS**

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**
- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☐ Medical Provider evaluation
- ☐ Emergency assessment for _____

- ☐ Outside medical appointment
- ☐ NPO/PREP for _____
- ☐ Other _____

**Treatment** *(Check box and specify)*
- ☐ Dental procedure _____
- ☐ Nursing procedure _____
- ☐ Medical procedure _____
- ☑ Medication   Tegretol _____
  _____
- ☐ Injection _____
- ☐ Emergency treatment _____
- ☐ Lab      ☐ X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*
- ☐ Pain
- ☐ Stomach (GI) Distress
- ☐ Infection
- ☐ Permanent loss of mobility
- ☐ Stroke and/or Heart attack
- ☐ Irreversible coma
- ☑ Death
- ☑ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☑ Worsening of this disease
- ☐ Permanent loss of control:   Bowel and/or Bladder
- ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- ☐ Loss of sense(s): *(please circle)* .  hearing   sight   touch   taste   smell
- ☐ Impaired skin integrity: *(bed sores, scars, etc..)*
- ☐ Loss of body part(s) *(specify)* _____
- ☐ Deterioration of Mental Status

- ☑ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- ☑ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- ☑ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

- ☐ REASON FOR REFUSAL: _____

| Inmate Signature | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature   _Dan Rn_ | Date  24 Au 201 | | Time  0333 |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date | | Time  0353 |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Andriano | 191593 |
| Date of Birth | Facility/Unit  ASPC-PV |

0000120804
2/6/07
127

ARIZONA DEPARTMENT OF CORRECTIONS

Refusal to Submit to Treatment

I have been advised that it is necessary for me to undergo the following:

**Evaluation**
- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☐ Medical Provider evaluation
- ☐ Emergency assessment for

_____
- ☐ Outside medical appointment
- ☐ NPO/PREP for _____
- ☐ Other _____

**Treatment** *(Check box and specify)*
- ☐ Dental procedure _____
- ☐ Nursing procedure _____
- ☐ Medical procedure _____
- ☒ Medication ~~PSA~~ 4Am medication
- _____
- ☐ Injection _____
- ☐ Emergency treatment _____
- ☐ Lab   ☐ X-ray _____

**Related to** (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*
- ☐ Pain
- ☐ Stomach (GI) Distress
- ☐ Infection
- ☐ Permanent loss of mobility
- ☐ Stroke and/or Heart attack
- ☐ Irreversible coma
- ☐ Death
- ☒ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☐ Worsening of this disease
- ☐ Permanent loss of control:  Bowel and/or Bladder
- ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- ☐ Loss of sense(s): *(please circle)*
    hearing    sight    touch    taste    smell
- ☐ Impaired skin integrity: *(bed sores, scars, etc..)*
- ☐ Loss of body part(s) *(specify)* _____
- ☐ Deterioration of Mental Status

- ☒ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- ☒ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- ☒ It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

- ☒ REASON FOR REFUSAL:  Don't want it

| | Initials | Date | Time |
|---|---|---|---|
| Inmate Signature  Refused to Sign | | | |
| Witness's Signature  Jenny Crane CNA | Date  8-23-12 | | Time  0325 |
| Witness's Signature *(Needed if inmate refuses to sign)*  Coss Tra file  5475 | Date  8-23-12 | | Time  0325 |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name (Last, First M.I.)  Andriano | ADC Number  191593 |
|---|---|
| Date of Birth | Facility/Unit  Lumley |

0000120901-4
2/6/07

128

ARIZONA DEPARTMENT OF CORRECTIONS

Refusal to Submit to Treatment

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____
- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [x] Medication   4 am meds
- [ ] Injection
- [ ] Emergency treatment _____
- [ ] Lab   [ ] X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [x] Death
- [x] Inability to fully evaluate, treat or diagnosis
- [ ] Other
- [ ] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*   hearing   sight   touch   taste   smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc.)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [x] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] REASON FOR REFUSAL:   Don't want it

| Inmate Signature | | Initials | Date | Time |
|---|---|---|---|---|
| Witness's Signature   Jenny Crane CRN | Date 8-20-12 | | | Time 0320 |
| Witness's Signature *(Needed if inmate refuses to sign)*   Cat Kagel LMS | Date 8-20-12 | | | Time 0320 |

INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless the inmate refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)*   Andriano | ADC Number   191593 |
|---|---|
| Date of Birth | Facility/Unit   Lumley |

00001209 1
129

ARIZONA DEPARTMENT OF CORRECTIONS

Refusal to Submit to Treatment

I have been advised that it is necessary for me to undergo the following:

**Evaluation**
- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____

- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** *(Check box and specify)*
- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [x] Medication *4Am meds* _____

- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab    [ ] X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*
- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [x] Death
- [ ] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [ ] Worsening of this disease
- [ ] Permanent loss of control:  Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
      hearing    sight    touch    taste    smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc.)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [x] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] REASON FOR REFUSAL: *Don't want it*

| | Initials | Date | Time |
|---|---|---|---|
| Inmate Signature | | | |
| Witness's Signature  *Jenny Crac CRN* | | Date  8-22-12 | Time  0320 |
| Witness' Signature *(Needed if inmate refuses to sign)* | | Date  8/22/12 | Time  0320 |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless VM refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

Inmate Name *(Last, First M.I.)*  *Andriano*

ADC Number  *191593*

Date of Birth

Facility/Unit  *Lumley*

0000012092-4

ARIZONA DEPARTMENT OF CORRE        NS

Refusal to Submit to Treatment

I have been advised that it is necessary for me to undergo the following:

**Evaluation**                              **Treatment** *(Check box and specify)*

☐ Dental examination                        ☐ Dental procedure _____
☐ Nursing assessment                        ☐ Nursing procedure _____
☐ Mental Health assessment/treatment        ☐ Medical procedure _____
☐ Medical Provider evaluation               ☑ Medication  *(Am meds* _____
☐ Emergency assessment for _____          _____

☐ Outside medical appointment               ☐ Injection _____
☐ NPO/PREP for _____                      ☐ Emergency treatment _____
☐ Other _____                             ☐ Lab      ☐ X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

☐ Pain                                      ☐ Worsening of this disease
☐ Stomach (GI) Distress                     ☐ Permanent loss of control:  Bowel and/or Bladder
☐ Infection                                 ☐ Permanent need for life sustaining machinery or equipment
☐ Permanent loss of mobility                    *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
☐ Stroke and/or Heart attack                ☐ Loss of sense(s): *(please circle)*
☐ Irreversible coma                             hearing    sight    touch    taste    smell
☐ Death                                     ☐ Impaired skin integrity: *(bed sores, scars, etc..)*
☐ Inability to fully evaluate, treat or diagnosis   ☐ Loss of body part(s) *(specify)* _____
☐ Other _____                            ☐ Deterioration of Mental Status

☑ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

☑ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

☑ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

☑ REASON FOR REFUSAL:   Don't want it

| Inmate Signature   Refused to sign | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature  *Jenny Crane CRN* | | Date 8-21-12 | Time 0330 |
| Witness's Signature *(Needed if inmate refuses to sign)* | | Date 8-21-12 | Time 0330 |

INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

| Inmate Name *(Last, First M.I.)*  Andriano | ADC Number  191543 |
|---|---|
| Date of Birth | Facility/Unit  Lumley |

1101-4
08/07

00001209

141

ARIZONA DEPARTMENT OF CORRECTIONS

Refusal to Submit to Treatment

I have been advised that it is necessary for me to undergo the following:

**Evaluation**
- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____
- _____
- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other

**Treatment** *(Check box and specify)*
- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [x] Medication  CARBAMAZEPINE
- _____
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab   [ ] X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*
- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [x] Death
- [ ] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [x] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
      hearing   sight   touch   taste   smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc.)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

- [ ] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [ ] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [ ] It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [ ] REASON FOR REFUSAL: _____

| | | | |
|---|---|---|---|
| Inmate Signature  *Refused* | Initials | Date | Time |
| Witness's Signature  *[signature] RN* | Date  8/19/12 | | Time  0405 |
| Witness's Signature *(Needed if inmate refuses to sign)* [signature] 6387 | Date  8/9/12 | | Time  0405 |

INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal.  Where there are choices, circle the most appropriate answer.  If none of the choices or boxes are appropriate, write in the OTHER the reason which applies.  Under the consequences section, check ALL areas which might apply as a consequence of refusing.  Consequences not listed can be written in the blank lines marked "OTHER".  Complete a SOAP note documenting all education given to the inmate.  IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A.  A single witness is needed unless I/M refuses to sign form, then two witnesses are needed.  The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)*  Andiano | ADC Number  191593 |
|---|---|
| Date of Birth | Facility/Unit  Umley 000012094  1442 |

1101-4
2/6/07

ARIZONA DEPARTMENT OF CORRECTIONS

Refusal to Submit to Treatment

I have been advised that it is necessary for me to undergo the following:

| Evaluation | Treatment *(Check box and specify)* |
|---|---|
| ☐ Dental examination | ☐ Dental procedure _____ |
| ☐ Nursing assessment | ☐ Nursing procedure _____ |
| ☐ Mental Health assessment/treatment | ☐ Medical procedure _____ |
| ☐ Medical Provider evaluation | ☒ Medication _Ann medication_ |
| ☐ Emergency assessment for | _Carbemazepine 200 mg_ |
| | ☐ Injection _____ |
| ☐ Outside medical appointment | ☐ Emergency treatment _____ |
| ☐ NPO/PREP for _____ | ☐ Lab   ☐ X-ray |
| ☐ Other _____ | |

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

☐ Pain  
☐ Stomach (GI) Distress  
☐ Infection  
☐ Permanent loss of mobility  
☐ Stroke and/or Heart attack  
☐ Irreversible coma  
☐ Death  
☒ Inability to fully evaluate, treat or diagnosis  
☐ Other

☒ Worsening of this disease  
☐ Permanent loss of control:   Bowel and/or Bladder  
☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*  
☐ Loss of sense(s): *(please circle)*  
   hearing   sight   touch   taste   smell  
☐ Impaired skin integrity: *(bed sores, scars, etc..)*  
☐ Loss of body part(s) *(specify)* _____  
☒ Deterioration of Mental Status

☒ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

☒ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

☒ It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

☒ REASON FOR REFUSAL: _____

| | Initials | Date | Time |
|---|---|---|---|
| Inmate Signature | | | |
| Witness's Signature | Date 8-18-12 | | Time 0400 |
| Witness's Signature *(Needed if Inmate refuses to sign)* | Date 8-18-12 | | Time 0400 |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate choice. If none of the choices or boxes are appropriate, check in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Andriano W | 191593 |
| Date of Birth | Facility/Unit |
| 8/6/70 | ASPC-PV-BL |

1101-4

000012095

n-264

143

**ARIZONA DEPARTMENT OF CORRE         IS**

**Re___l to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____
- [ ] Outside medical appointment _____
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [x] Medication   Am Medication   carbemazepine 200mg
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab   [ ] X-ray

**Related to (diagnosis or procedure)** _____

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] **Stroke and/or Heart attack**
- [ ] **Irreversible coma**
- [x] **Death**
- [x] **Inability to fully evaluate, treat or diagnosis**
- [ ] Other

- [x] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
      hearing   sight   touch   taste   smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc.)*
- [ ] Loss of body part(s) *(specify)* _____
- [x] Deterioration of Mental Status

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [x] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] **REASON FOR REFUSAL:** _____ Dont want it _____

| | Initials | Date | Time |
|---|---|---|---|
| Inmate Signature | | | |
| Witness's Signature   SDavid M | Date 8-17-12 | | Time 0400 |
| Witness's Signature *(Needed if inmate refuses to sign)* E Wilkinson | Date 8/17/12 | | Time 0400 |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

| Inmate Name *(Last, First M.I.)* | | ADC Number |
|---|---|---|
| Andriano, W | | 191593 |
| Date of Birth 8/6/70 | Facility/Unit ASPC-PV-BL | |

1401-4
6/6/07

00001209

144

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

| Evaluation | Treatment *(Check box and specify)* |
|---|---|
| ☐ Dental examination | ☐ Dental procedure _____ |
| ☐ Nursing assessment | ☐ Nursing procedure _____ |
| ☐ Mental Health assessment/treatment | ☐ Medical procedure _____ |
| ☐ Medical Provider evaluation | ☑ Medication  4AM meds _____ |
| ☐ Emergency assessment for | |
| _____ | ☐ Injection _____ |
| | ☐ Emergency treatment _____ |
| ☐ Outside medical appointment | ☐ Lab      ☐ X-ray |
| ☐ NPO/PREP for _____ | |
| ☐ Other | |

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

| | |
|---|---|
| ☐ Pain | ☐ Worsening of this disease |
| ☐ Stomach (GI) Distress | ☐ Permanent loss of control:   Bowel and/or Bladder |
| ☐ Infection | ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)* |
| ☐ Permanent loss of mobility | |
| ☐ Stroke and/or Heart attack | ☐ Loss of sense(s):  *(please circle)* |
| ☐ Irreversible coma |     hearing    sight    touch    taste    smell |
| ☐ Death | ☐ Impaired skin integrity: *(bed sores, scars, etc..)* |
| ☑ Inability to fully evaluate, treat or diagnosis | ☐ Loss of body part(s) *(specify)* _____ |
| ☐ Other | ☐ Deterioration of Mental Status |

☑ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

☑ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

☑ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

☑ REASON FOR REFUSAL:  Don't want it

| Inmate Signature | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature  Jenny Crane | Date  8-16-12 | | Time  O4 Am |
| Witness's Signature *(Needed if inmate refuses to sign)*  M Alamo 5385 | Date | | Time |

| | Inmate Name *(Last, First M.I.)*  Andriano | ADC Number  191593 |
|---|---|---|
| INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff. | Date of Birth | Facility/Unit  Lumley 000012097 |
| | | 1101-4  2/6/07 |

ARIZONA DEPARTMENT OF CORRECTIONS

Refusal to Submit to Treatment

**I have been advised that it is necessary for me to undergo the following:**

**Evaluation**
- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☐ Medical Provider evaluation
- ☐ Emergency assessment for _____

- ☐ Outside medical appointment
- ☐ NPO/PREP for _____
- ☐ Other _____

**Treatment** *(Check box and specify)*
- ☐ Dental procedure _____
- ☐ Nursing procedure _____
- ☐ Medical procedure _____
- ☒ Medication  4 AM meds _____

- ☐ Injection _____
- ☐ Emergency treatment _____
- ☐ Lab   ☐ X-ray

**Related to** (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*
- ☐ Pain
- ☐ Stomach (GI) Distress
- ☐ Infection
- ☐ Permanent loss of mobility
- ☐ Stroke and/or Heart attack
- ☐ Irreversible coma
- ☐ Death
- ☒ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☐ Worsening of this disease
- ☐ Permanent loss of control:   Bowel and/or Bladder
- ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- ☐ Loss of sense(s): *(please circle)*
       hearing     sight     touch     taste     smell
- ☐ Impaired skin integrity: *(bed sores, scars, etc.)*
- ☐ Loss of body part(s) *(specify)* _____
- ☐ Deterioration of Mental Status

☒ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

☒ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

☒ It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

☒ REASON FOR REFUSAL:   Don't want it

| Inmate Signature | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature  Grace CPN | Date 8-12-12 | Time 0400 | |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date 8-12-12 | Time 0400 | |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

Inmate Name *(Last, First M.I.)*   Andriano

ADC Number   191 593

Date of Birth

Facility/Unit   Lumley

000012098

1101-4
2/6/07

ARIZONA DEPARTMENT OF CORRECTIONS

Refusal to Submit to Treatment

**I have been advised that it is necessary for me to undergo the following:**

**Evaluation**

- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☐ Medical Provider evaluation
- ☐ Emergency assessment for _____

- ☐ Outside medical appointment
- ☐ NPO/PREP for _____
- ☐ Other _____

**Treatment** *(Check box and specify)*

- ☐ Dental procedure _____
- ☐ Nursing procedure _____
- ☐ Medical procedure _____
- ☒ Medication  4Am med 3
- ☐ Injection _____
- ☐ Emergency treatment _____
- ☐ Lab      ☐ X-ray

**Related to (diagnosis or procedure)**

**Consequences of Refusal** *(Check all that might apply)*

- ☐ Pain
- ☐ Stomach (GI) Distress
- ☐ Infection
- ☐ Permanent loss of mobility
- ☐ Stroke and/or Heart attack
- ☐ Irreversible coma
- ☐ Death
- ☒ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☐ Worsening of this disease
- ☐ Permanent loss of control:   Bowel and/or Bladder
- ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- ☐ Loss of sense(s): *(please circle)*
       hearing    sight    touch    taste    smell
- ☐ Impaired skin integrity: *(bed sores, scars, etc..)*
- ☐ Loss of body part(s) *(specify)* _____
- ☐ Deterioration of Mental Status

- ☒ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- ☒ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- ☒ It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

- ☒ REASON FOR REFUSAL:  Don't want it

| Inmate Signature | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature  *Jenny Crane CRN* | | Date  8-14-12 | Time  04Am |
| Witness's Signature *(Needed if inmate refuses to sign)* | | Date  8-14-12 | Time  04Am |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)*   Andriano | ADC Number  191593 |
|---|---|
| Date of Birth | Facility/Unit  Lumle |

000012099
147

1101-4
2/6/07

ARIZONA DEPARTMENT OR CORRL    ONS

Refusal to Submit to Treatment

**I have been advised that it is necessary for me to undergo the following:**

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____

- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [x] Medication   4Am meds
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab   [ ] X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [ ] Death
- [x] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [ ] Worsening of this disease
- [ ] Permanent loss of control:  Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
    hearing    sight    touch    taste    smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc..)*
- [ ] Loss of body part(s) (specify) _____
- [ ] Deterioration of Mental Status _____

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [x] It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] REASON FOR REFUSAL:   Don't Want it

| Inmate Signature | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature  Jenny Crane CNA | | Date  8-13-12 | Time  04Am |
| Witness's Signature *(Needed if inmate refuses to sign)*  Wartz Armo 5385 | | Date  8-13-12 | Time  04Am |

| INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff. | Inmate Name *(Last, First M.I.)*  Andriano | ADC Number  191593 |
|---|---|---|
| | Date of Birth | Facility/Unit  Lumley  000012100 |

148

1101-4
2/8/07

ARIZONA DEPARTMENT OF CORRE    NS

Re    al to Submit to Treatment

**I have been advised that it is necessary for me to undergo the following:**

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for ___

- [ ] Outside medical appointment
- [ ] NPO/PREP for ___
- [ ] Other ___

**Treatment** *(Check box and specify)*

- [ ] Dental procedure ___
- [ ] Nursing procedure ___
- [x] Medical procedure *Arm medication*
- [ ] Medication ___

- [ ] Injection ___
- [ ] Emergency treatment ___
- [ ] Lab   [ ] X-ray ___

Related to (diagnosis or procedure) ___

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [x] Stroke and/or Heart attack
- [ ] Irreversible coma
- [x] Death
- [x] Inability to fully evaluate, treat or diagnosis
- [ ] Other ___

- [x] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)* hearing   sight   touch   taste   smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc..)*
- [ ] Loss of body part(s) *(specify)* ___
- [x] Deterioration of Mental Status

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [x] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] REASON FOR REFUSAL: *Dont want it*

| Inmate Signature | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature | Date 8/11/2 | | Time 0408 |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date 8/11/2 | | Time 0408 |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| *Andrian, W* | 191593 |
| Date of Birth | Facility/Unit *ASPC-PV-BL* |

00001210<sup>01-4</sup>
149

ARIZONA DEPARTMENT OF CORRE( S

Refusal to Submit to Treatment

I have been advised that it is necessary for me to undergo the following:

**Evaluation**
- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☐ Medical Provider evaluation
- ☐ Emergency assessment for ___

- ☐ Outside medical appointment
- ☐ NPO/PREP for ___
- ☐ Other ___

**Treatment** *(Check box and specify)*
- ☐ Dental procedure ___
- ☐ Nursing procedure ___
- ☐ Medical procedure ___
- ☒ Medication  4Am medication Tegretol 200mg

- ☐ Injection ___
- ☐ Emergency treatment ___
- ☐ Lab   ☐ X-ray

Related to (diagnosis or procedure) ___

**Consequences of Refusal** *(Check all that might apply)*
- ☐ Pain
- ☐ Stomach (GI) Distress
- ☐ Infection
- ☐ Permanent loss of mobility
- ☐ Stroke and/or Heart attack
- ☐ Irreversible coma
- ☒ Death
- ☒ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☐ Worsening of this disease
- ☐ Permanent loss of control:  Bowel and/or Bladder
- ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- ☐ Loss of sense(s): *(please circle)*
  hearing    sight    touch    taste    smell
- ☐ Impaired skin integrity: *(bed sores, scars, etc..)*
- ☐ Loss of body part(s) *(specify)*
- ☐ Deterioration of Mental Status

☒ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

☒ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

☒ It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

☒ REASON FOR REFUSAL: "Don't want it"

| | Initials | Date | Time |
|---|---|---|---|
| Inmate Signature | | | |
| | Date 8-9-12 | | Time 04 Am |
| Witness's Signature   Jenny Crane CRN | | | |
| | Date 8-9-12 | | Time 04 Am |
| Witness's Signature *(Needed if inmate refuses to sign)* | | | |

| | Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|---|
| | Andriano | 191593 |
| Date of Birth | Facility/Unit  Lumley | |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless VM refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

000012102-4   2/6/07

150

ARIZONA DEPARTMENT OF CORRE     ONS

Refusal to Submit to Treatment

Died 12/17/16   Lumley

**I have been advised that it is necessary for me to undergo the following:**

Evaluation

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____

- [ ] Outside medical appointment _____
- [ ] NPO/PREP for _____
- [ ] Other _____

Treatment *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [x] Medication  4 Am meds
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab   [ ] X-ray

**Related to (diagnosis or procedure)**

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [ ] Death
- [x] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [ ] Worsening of this disease
- [ ] Permanent loss of control:  Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
  hearing     sight     touch     taste     smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc.)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.
- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.
- [x] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] REASON FOR REFUSAL:  Don't Want it

| Inmate Signature | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature  Jenny Crane, CRN BSN | Date 7-19-12 | | Time 0400 |
| Witness's Signature *(Needed if inmate refuses to sign)*  ___ Miller RN | Date 7-19-12 | | Time 0400 |

INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked 'OTHER'. Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuse to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)*  Andriano | ADC Number  191593 |
|---|---|
| Date of Birth  8-6-70 | Facility/Unit  Lumley |
| | 000012103 |

1161-4
2/8/07

ARIZONA DEPARTMENT OF CORRECTIONS

Refusal to Submit to Treatment

have been advised that it is necessary for me to undergo the following:

**luation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for
_____

- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** (Check box and specify)

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [x] Medication *Perm Medication*
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab     [ ] X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal** (Check all that might apply)

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [ ] Death
- [ ] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [x] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
       hearing     sight     touch     taste     smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc..)*
- [ ] Loss of body part(s) *(specify)* _____
- [x] Deterioration of Mental Status

---

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [x] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] REASON FOR REFUSAL: *Don't want it*

| Inmate Signature | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature | Date 7/22/12 | | Time 0400 |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date 7/22/12 | | Time 0400 |

INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there ...ces, circle the most appropriate answer. If none of the choices or boxes are appropriate, ...e the OTHER the reason which applies. Under the consequences section, check ALL areas ...ight apply as a consequence of refusing. Consequences not listed can be written in the ...nk lines marked "OTHER". Complete a SOAP note documenting all education given to the ...mate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is ...eeded unless I/M refuses to sign form, then two witnesses are needed. The second witness may ...e non-medica ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Adriano, W. | 191593 |
| Date of Birth | Facility/Unit |
| 8/6/70 | ASPC-PV-Rl |

000012404
2/6/07

153

ARIZONA DEPARTMENT OR CORRE   ...NS

Refusal to Submit to Treatment

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____

- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** *(Check box and specify)*

- [ ] Dental procedure
- [ ] Nursing procedure
- [ ] Medical procedure
- [x] Medication  *4Am meds*

- [ ] Injection
- [ ] Emergency treatment
- [ ] Lab    [ ] X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [ ] Death
- [x] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [ ] Worsening of this disease
- [ ] Permanent loss of control:  Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
  hearing    sight    touch    taste    smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc.)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [x] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] REASON FOR REFUSAL:  *Don't Want it*

| Inmate Signature | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature  *Jenny Crane, CRN BSN* | Date  7-23-12 | Time  04⁰⁰ | |
| Witness' Signature *(needed if inmate refuses to sign)* | Date  7-23-12 | Time  0400 | |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless VM refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)*  Andriano | ADC Number  191593 |
|---|---|
| Date of Birth  8/6/70 | Facility/Unit  Lumley |

000012105-4

153

ARIZONA DEPARTMENT OF CO    ONS 

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

| Evaluation | Treatment *(Check box and specify)* |
|---|---|
| ☐ Dental examination | ☐ Dental procedure _____ |
| ☐ Nursing assessment | ☐ Nursing procedure _____ |
| ☐ Mental Health assessment/treatment | ☐ Medical procedure _____ |
| ☐ Medical Provider evaluation | ☑ Medication   AM MEDS _____ |
| ☐ Emergency assessment for | _____ |
| _____ | ☐ Injection |
| ☐ Outside medical appointment | ☐ Emergency treatment |
| ☐ NPO/PREP for _____ | ☐ Lab   ☐ X-ray |
| ☐ Other | |

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

| | |
|---|---|
| ☐ Pain | ☑ Worsening of this disease |
| ☐ Stomach (GI) Distress | ☐ Permanent loss of control:   Bowel and/or Bladder |
| ☐ Infection | ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Trecheotomy)* |
| ☐ Permanent loss of mobility | ☐ Loss of sense(s):  *(please circle)* |
| ☐ Stroke and/or Heart attack |     hearing   sight   touch   taste   smell |
| ☐ Irreversible coma | ☐ Impaired skin integrity:  *(bed sores, scars, etc..)* |
| ☐ Death | ☐ Loss of body part(s) (specify) _____ |
| ☐ Inability to fully evaluate, treat or diagnosis | ☐ Deterioration of Mental Status |
| ☐ Other | |

_____

☐ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

☐ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

☐ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

☐ REASON FOR REFUSAL: _____

| Inmate Signature | Initials | Date | | Time |
|---|---|---|---|---|
| Witness's Signature | | Date | Time | |
| Witness's Signature *(Needed if inmate refuses to sign)* | | Date  4·8·18 | Time  0800 | |

INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal.  Where there are choices, circle the most appropriate answer.  If none of the choices or boxes are appropriate, write in the OTHER the reason which applies.  Under the consequences section, check ALL areas which might apply as a consequence of refusing.  Consequences not listed can be written in the blank lines marked "OTHER".  Complete a SOAP note documenting all education given to the inmate.  IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A.  A single witness is needed unless I/M refuses to sign form, then two witnesses are needed.  The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Andriano | 191393 |
| Date of Birth | Facility/Unit  30 - |

0000121064
2/6/07

154