# TABLE OF CONTENTS (INTERACTIVE)

| LLLLLLLLLLL | |
|---|---|
| PART 15 | Petitioner's Appendix to Petition for Review |

# EXHIBIT LLLLLLLLLL
# PART 15

ARIZONA DEPARTMENT OF CORRE___NS

**ADC**

____usal to Submit to Treatment

## I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for

_____

- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** . *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [x] Medication   4 AM med _____
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab   [ ] X-ray

Related to (diagnosis or procedure) _____

## Consequences of Refusal *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [ ] Death
- [x] Inability to fully evaluate, treat or diagnosis
- [ ] Other _____

- [ ] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
       hearing   sight   touch   taste   smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc.,)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status _____

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [x] It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] REASON FOR REFUSAL:   Don't want it

| Inmate Signature | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature   *Jenny Crane CRN BSN* | Date  4-8-12 | | Time  0400 |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date  4-8-12 | | Time  0400 |

**INSTRUCTIONS:**  Make a checkmark in the box or boxes which apply to the refusal.  Where there are choices, circle the most appropriate answer.  If none of the choices or boxes are appropriate, write in the OTHER the reason which applies.  Under the consequences section, check ALL areas which might apply as a consequence of refusing.  Consequences not listed can be written in the blank lines marked "OTHER".  Complete a SOAP note documenting all education given to the inmate.  IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A.  A single witness is needed unless I/M refuses to sign form, then two witnesses are needed.  The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Andriano | 191593 |
| Date of Birth   8-6-70 | Facility/Unit   Lumley |

1101-4
2/6/07

00001210

155

ARIZONA DEPARTMENT OF CORRECTIONS

**Refusal to Submit to Treatment**

**I have been advised that it is necessary for me to undergo the following:**

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____

- [ ] Outside medical appointment _____
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [x] Medication _4Am meds_____
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab    [ ] X-ray

**Related to (diagnosis or procedure)** _____

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [ ] Death
- [x] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [ ] Worsening of this disease
- [ ] Permanent loss of control:  Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*  hearing    sight    touch    taste    smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc..)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [x] It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] REASON FOR REFUSAL: _Don't want it_____

| | Initials | Date | Time |
|---|---|---|---|
| Inmate Signature | | | |
| Witness's Signature *Jenny Crane CRN* | | Date 3-16-12 | Time 0400 |
| Witness's Signature *(Needed if inmate refuses to sign)* | | Date 3-16-12 | Time 0400 |

| | | |
|---|---|---|
| **INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff. | **Inmate Name** *(Last, First M.I.)* _Andriano_ <br><br> **Date of Birth** _8-6-70_  **Facility/Unit** _Lumley_ | **ADC Number** _191 893_ <br><br> 000012108 <br> 1101-4 <br> 2/8/07 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____
- _____
- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [x] Medical procedure _APAA/BE_
- [ ] Medication _Rectal Exa_
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab   [ ] X-ray _____

**Related to** (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] **Stroke and/or Heart attack**
- [ ] **Irreversible coma**
- [x] **Death**
- [x] Inability to fully evaluate, treat or diagnosis
- [x] Other _____

- [ ] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)* .
      hearing   sight   touch   taste   smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc.)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

[x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

[x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

[x] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

[x] REASON FOR REFUSAL:   _Need Magic Shave_

| Inmate Signature | Initials | Date | Time |
|---|---|---|---|
| Witness's Signature   TIMOTHY R JOHNSON M S PAC | Date _12-22-11_ | | Time _1100_ |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date | | Time |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC steff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| _Andrejalo_ | _191593_ |
| Date of Birth _8-6-70_ | Facility/Unit _BL_ |

000012 1004
2/6/07

157

ARIZONA DEPARTMENT OF CORRECTIONS

**Informed Consent For Oral Surgery**

The dentist has informed me of my need to have the procedure/treatment performed.  I understand the procedure/treatment and the risks/consequences that may occur as a result of the procedure/treatment.  The risks/consequences may include, but are not limited to, the following:  Trismus (stiff muscles), paraesthesia (numbness), damage to or loss of adjacent teeth, fillings, crowns etc.; infection, discomfort, bleeding and swelling for the following:

Procedure/Treatment:

_ext #17_

It has been explained to me and I fully understand that:

☐ I am to have teeth extracted and/or prosthetic appliances (dentures, partials) constructed and that the time required to complete treatment could be as long as _____ months.  If I am released from the custody of ADC before the prostheses are completed ADC will NOT be responsible for the continuation of my dental treatment.

Inmate Initials _____

☑ I am to have teeth extracted and according to ADC policy I do not qualify for replacement teeth.  I understand that no artificial teeth will be constructed to take the place of the ones being extracted.

Inmate Initials _WA_

Understanding the above information, I willfully submit to the recommended procedure/treatment.

| Inmate's Signature | Time 0805 | Date 3/24/11 |
|---|---|---|
| Witness Signature _M Gillespie_ | Job Title Mary Gillespie DA II | Date 3/24/11 |
| Witness Signature | Job Title _CD_ | Date 3/24/11 |

| Inmate Name (Last, First M.I.) ANDRIANO, WENDI | ADC Number 191593 |
|---|---|
| Date of Birth 8/26/70 | Facility/Unit ASPC/PV |

000012110
1101-36P
02/06/07
158

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- [x] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____

- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other

**Treatment** *(Check box and specify)*

- [x] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [ ] Medication _____
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab      [ ] X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [ ] Death
- [ ] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [ ] Worsening of this disease
- [ ] Permanent loss of control:  Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
      hearing    sight    touch    taste    smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc..)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

- [ ] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [ ] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [ ] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

[x] REASON FOR REFUSAL: _I must go to my legal meeting this morning - Can we schedule this on any day that I can actually go - please? This is my last mtg of the week._

| | | |
|---|---|---|
| Inmate Signature *(signature)* | Initials N/A | Date 2-16-11   Time 6:30 am |
| Witness's Signature *Ofc. Williams 5282* | Date 2-16-11 | Time 0630 |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date | Time |

INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Andriano | 191593 |
| Date of Birth | Facility/Unit   ASPC-PV-BW 000012111 |

1-0    1101-4

⬤ ___ONA DEPARTMENT OF CORRECTIONS

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

| Evaluation | Treatment *(Check box and specify)* |
|---|---|
| ☐ Dental examination | ☑ Dental procedure _HNR pain 2-7-11_ |
| ☐ Nursing assessment | ☐ Nursing procedure _____ |
| ☐ Mental Health assessment/treatment | ☐ Medical procedure _____ |
| ☐ Medical Provider evaluation | ☐ Medication _____ |
| ☐ Emergency assessment for | |
| _____ | ☐ Injection _____ |
| ☐ Outside medical appointment | ☐ Emergency treatment _____ |
| ☐ NPO/PREP for _____ | ☐ Lab   ☐ X-ray |
| ☐ Other _____ | |

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

☑ Pain
☐ Stomach (GI) Distress
☑ Infection
☐ Permanent loss of mobility
☐ Stroke and/or Heart attack
☐ Irreversible coma
☐ Death
☐ Inability to fully evaluate, treat or diagnosis
☐ Other _____

☐ Worsening of this disease
☐ Permanent loss of control:   Bowel and/or Bladder
☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
☐ Loss of sense(s): *(please circle)*
   hearing   sight   touch   taste   smell
☐ Impaired skin integrity: *(bed sores, scars, etc..)*
☐ Loss of body part(s) *(specify)* _____
☐ Deterioration of Mental Status

☑ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

☑ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

☑ It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

☑ REASON FOR REFUSAL: _My mouth area around_ _Scheduled for a legal visit this morning. Can we please re-schedule?_ _tooth feels swollen. I desperately need to see a dentist – however I was previously_

| Inmate's Signature _Wendi Andriano_ | Initials WA | Date 2-15-11 | Time 6:30 am |
|---|---|---|---|
| Witness's Signature | Date 2-15-11 | Time 0630 | |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date | Time | |

⬤ **INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Andriano, Wendi | 191593 |
| Date of Birth 8-6-70 | Facility/Unit ASPC-PV-BW000012112 |

1101-4

**ARIZONA DEPARTMENT OF CORRE** ~~NS~~

Refusal to Submit to Treatment

I have been advised that it is necessary for me to undergo the following:

**Evaluation**
- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [x] Medical Provider evaluation
- [ ] Emergency assessment for _____

_____
- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** *(Check box and specify)*
- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [ ] Medication _____

_____
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab    [ ] X-ray

Related to (diagnosis or procedure)  *PAP / PSE*

**Consequences of Refusal** *(Check all that might apply)*
- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] **Stroke and/or Heart attack**
- [ ] **Irreversible coma**
- [ ] **Death**
- [x] Inability to fully evaluate, treat or diagnosis
- [ ] Other _____

- [ ] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)* hearing    sight    touch    taste    smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc..)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

---

- [ ] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.
- [ ] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.
- [ ] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

[x] REASON FOR REFUSAL:  *Didn't Ask For One*

| Inmate Signature | Initials | Date 1-28-10 | Time 1200 |
|---|---|---|---|
| Witness's Signature | | Date | Time |
| Witness's Signature *(Needed if inmate refuses to sign)* TIMOTHY R. JOHNSON, M.S., PA-C | | Date 1/28/10 | Time 1200 |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

| Inmate Name *(Last, First M.I.)*  Andriano | ADC Number 191593 |
|---|---|
| Date of Birth | Facility/Unit  ASPC PVBC |

0000121110

01-4
2/8/07

1101

ARIZONA DEPARTMENT OF CORRECTIONS

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

Evaluation

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____

- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other _____

Treatment *(Check box and specify)*

- [x] Dental procedure   HNR pain dated 7-27-09
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [x] Medication _____
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab   [ ] X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal** *(Check all that might apply)*

- [x] Pain
- [ ] Stomach (GI) Distress
- [x] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [x] Death
- [x] Inability to fully evaluate, treat or diagnosis
- [ ] Other _____

- [ ] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
      hearing   sight   touch   taste   smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc..)*
- [ ] Loss of body part(s) (specify) _____
- [ ] Deterioration of Mental Status _____

- [x] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.
- [x] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.
- [x] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] REASON FOR REFUSAL:   Dont Want to Go

| Inmate Signature | Initials | Date 7/ /09 | Time 0430 |
|---|---|---|---|
| Witness's Signature  M Cherry Rn | | Date 7/ /09 | Time 0430 |
| Witness's Signature *(Needed if inmate refuses to sign)* | | Date 7/ /09 | Time 0430 |

INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, check ALL areas in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Andriano | 191593 |
| Date of Birth | Facility/Unit  BL |

000012914
II02

**ARIZONA DEPARTMENT OF CORRECTIONS**

Refusal to Submit to Treatment

I have been advised that it is necessary for me to undergo the following:

| Evaluation | Treatment *(Check box and specify)* |
|---|---|
| ☐ Dental examination | ☐ Dental procedure _____ |
| ☐ Nursing assessment | ☐ Nursing procedure _____ |
| ☐ Mental Health assessment/treatment | ☐ Medical procedure _____ |
| ☐ Medical Provider evaluation | ☐ Medication _____ |
| ☐ Emergency assessment for | |
| _____ | ☐ Injection _____ |
| ☐ Outside medical appointment | ☐ Emergency treatment |
| ☐ NPO/PREP for _____ | ☐ Lab   ☐ X-ray |
| ☐ Other | |

Related to (diagnosis or procedure)   MAMMO Results

**Consequences of Refusal**  *(Check all that might apply)*

| | |
|---|---|
| ☐ Pain | ☐ Worsening of this disease |
| ☐ Stomach (GI) Distress | ☐ Permanent loss of control:  Bowel and/or Bladder |
| ☐ Infection | ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)* |
| ☐ Permanent loss of mobility | ☐ Loss of sense(s): *(please circle)* |
| ☐ Stroke and/or Heart attack | hearing   sight   touch   taste   smell |
| ☐ Irreversible coma | ☐ Impaired skin integrity: *(bed sores, scars, etc.)* |
| ● Death | ☐ Loss of body part(s) *(specify)* _____ |
| ☐ Inability to fully evaluate, treat or diagnosis | ☐ Deterioration of Mental Status |
| ☐ Other | |

☑ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.
_____ WA _____ *(Inmate Initials)*       Please Reschedule

☑ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal. ___ WA ___ *(Inmate Initials)*

☑ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.
___ WA ___ *(Inmate Initials)*

☑ REASON FOR REFUSAL: ___ Was Not Available/Notified ___ *(Inmate Initials)*

| Inmate Signature X Wendy Dino | Initials X WA | Date X WA | Time X WA |
|---|---|---|---|
| Witness's Signature | Date  3/5/09 | Time  0840 | |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date | Time | |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. THE INMATE MUST SIGN AND INITIAL IN ALL AREAS INDICATED. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)*   ANDRIANO, WENDI | ADC Number  191593 |
|---|---|
| Date of Birth  8/6/70 | Facility/Unit  ASPC 000601/115 |

1 of 2    1101-4P

ARIZONA DEPARTMENT OF CORRE      S

Refuse to Submit to Treatment

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for
  _____
- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [ ] Medication _____
  _____
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab    [ ] X-ray

Related to (diagnosis or procedure) _Arm Pain_

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [●] Irreversible coma
- [●] Death
- [ ] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [ ] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
      hearing    sight    touch    taste    smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc..)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

- [ ] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [ ] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [ ] It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [ ] REASON FOR REFUSAL: _Schedule later_

| Inmate Signature | Initials | Date 8/28/08 | Time 0610 |
| Witness's Signature | | Date 8/28/08 | Time 0610 |
| Witness's Signature *(needed if inmate refuses to sign)* | | Date 8-28-8 | Time 0610 |

INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER".  Complete a SOAP note documenting all education given to the inmate.  IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A.  A single witness is needed unless I/M refuses to sign form, then two witnesses are needed.  The second witness may be non-medical ADC staff.

Andriano, Wendi    191593

8/6/1970

000012116

11 p4

ARIZONA DEPARTMENT OF CORRECTIONS

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☐ Medical Provider evaluation
- ☐ Emergency assessment for
  _____
- ☐ Outside medical appointment
- ☐ NPO/PREP for
- ☐ Other

**Treatment** *(Check box and specify)*

- ☐ Dental procedure _____
- ☐ Nursing procedure _____
- ☐ Medical procedure _____
- ☐ Medication _____
  _____
- ☐ Injection _____
- ☐ Emergency treatment _____
- ☐ Lab      ☐ X-ray

**Related to (diagnosis or procedure)**

**Consequences of Refusal** *(Check all that might apply)*

- ☐ Pain
- ☐ Stomach (GI) Distress
- ☐ Infection
- ☐ Permanent loss of mobility
- ☐ **Stroke and/or Heart attack**
- ☐ **Irreversible coma**
- ☐ **Death**
- ☐ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☐ Worsening of this disease
- ☐ Permanent loss of control:   Bowel and/or Bladder
- ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- ☐ Loss of sense(s): *(please circle)*
      hearing      sight      touch      taste      smell
- ☐ Impaired skin integrity: *(bed sores, scars, etc.)*
- ☐ Loss of body part(s) *(specify)*
- ☐ Deterioration of Mental Status

- ☐ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- ☐ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- ☐ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

My pap is overdue! Please schedule me to see a female Doctor ASAP!

REASON FOR REFUSAL: Wants to see F-male doctor

| Inmate Signature | Initials *(illegible)* | Date 7-3-08 | Time |
|---|---|---|---|
| Witness's Signature | | Date 7-3-08 | Time 9:20 |
| Witness's Signature *(Needed if Inmate refuses to sign)* | | Date | Time |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer.  If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate.  IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A.  A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Adriana Wandi | 191593 |
| Date of Birth 8/6/1970 | Facility/Unit SMA Q00012117 |

1101-4
7/5/05

ARIZONA DEPARTMENT OF CORRE    NS

**Refused to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☐ Medical Provider evaluation
- ☐ Emergency assessment for

_____

- ☐ Outside medical appointment
- ☐ NPO/PREP for _____
- ☐ Other _____

**Treatment** *(Check box and specify)*

- ☐ Dental procedure _____
- ☐ Nursing procedure _____
- ☒ Medical procedure  A P A P & B E
- ☐ Medication _____

_____

- ☐ Injection _____
- ☐ Emergency treatment _____
- ☐ Lab   ☐ X-ray

**Related to (diagnosis or procedure)** _____

**Consequences of Refusal** *(Check all that might apply)*

- ☒ Pain
- ☐ Stomach (GI) Distress
- ☐ Infection
- ☐ Permanent loss of mobility
- ☒ Stroke and/or Heart attack
- ☒ Irreversible coma
- ☒ **Death**
- ☐ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☒ Worsening of this disease
- ☐ Permanent loss of control:  Bowel and/or Bladder
- ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- ☐ Loss of sense(s): *(please circle)*
    hearing    sight    touch    taste    smell
- ☐ Impaired skin integrity: *(bed sores, scars, etc.)*
- ☐ Loss of body part(s) *(specify)* _____
- ☐ Deterioration of Mental Status

☒ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

☒ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

☒ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

☐ REASON FOR REFUSAL:  Not Requested

| Inmate Signature | Initials | Date 3-27-08 | Time |
|---|---|---|---|
| Witness's Signature  SRussell | Date 3-27-08 | | Time 0825 |
| Witness's Signature *(Needed if inmate refuses to sign)*  Cranshaw LP | Date 3-27-08 | | Time 0825 |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal.  Where there are choices, circle the most appropriate answer.  If none of the choices or boxes are appropriate, write in the OTHER the reason which applies.  Under the consequences section, check ALL areas which might apply as a consequence of refusing.  Consequences not listed can be written in the blank lines marked "OTHER".  Complete a SOAP note documenting all education given to the inmate.  IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A.  A single witness is needed unless I/M refuses to sign form, then two witnesses are needed.  The second witness may be non-medica ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Andriano W | 191593 |
| Date of Birth  8-26-70 | Facility/Unit  ADC-A |

1101-4S

ARIZONA DEPARTMENT OF CORRECTIONS

Refusal to Submit to Treatment

**I have been advised that it is necessary for me to undergo the following:**

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____

- [ ] Outside medical appointment
- [ ] NPO/PREP for
- [x] Other  APAP

**Treatment** *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [ ] Medication _____

- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab        [ ] X-ray

**Related to (diagnosis or procedure)** _____

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [x] Death
- [ ] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [ ] Worsening of this disease
- [ ] Permanent loss of control:  Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
      hearing    sight    touch    taste    smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc.)*
- [ ] Loss of body part(s) (specify)_____
- [ ] Deterioration of Mental Status

☑ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

☑ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

☑ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

☑ REASON FOR REFUSAL:  Need Previous Notice

| Inmate Signature | Initials CA | Date 4-12-07 | Time 1418 |
| --- | --- | --- | --- |
| Witness's Signature | | Date 4.12.07 | Time 1418 |
| Witness's Signature *(Needed if inmate refuses to sign)* | | Date | Time |

**INSTRUCTIONS:**  Make a checkmark in the box or boxes which apply to the refusal.  Where there are choices, circle the most appropriate answer.  If none of the choices or boxes are appropriate, write in the OTHER the reason which applies.  Under the consequences section, check ALL areas which might apply as a consequence of refusing.  Consequences not listed can be written in the blank lines marked "OTHER".  Complete a SOAP note documenting all education given to the inmate.  IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A.  A single witness is needed unless I/M refuses to sign form, then two witnesses are needed.  The second witness may be non-medical ADC staff.

| | Number |
| --- | --- |
| Andriano, Wendi   191593 | |
| 8/6/1970 | 0000T12UMLF |

1101-4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**
- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☑ Medical Provider evaluation
- ☐ Emergency assessment for _____

_____
- ☐ Outside medical appointment _____
- ☐ NPO/PREP for _____
- ☐ Other _____ APAP

**Treatment** *(Check box and specify)*
- ☐ Dental procedure _____
- ☐ Nursing procedure _____
- ☐ Medical procedure _____
- ☐ Medication _____
_____
- ☐ Injection _____
- ☐ Emergency treatment _____
- ☐ Lab   ☐ X-ray

**Related to (diagnosis or procedure)**

**Consequences of Refusal** *(Check all that might apply)*
- ☑ Pain
- ☐ Stomach (GI) Distress
- ☑ Infection
- ☐ Permanent loss of mobility
- ☑ Stroke and/or Heart attack
- ☑ Irreversible coma
- ☑ Death
- ☑ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☐ Worsening of this disease
- ☐ Permanent loss of control:  Bowel and/or Bladder
- ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- ☐ Loss of sense(s): *(please circle)*
     hearing   sight   touch   taste   smell
- ☐ Impaired skin integrity: *(bed sores, scars, etc.)*
- ☐ Loss of body part(s) *(specify)* _____
- ☐ Deterioration of Mental Status

- ☐ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.
  _____ *(Inmate Initials)*

- ☐ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal. _____ *(Inmate Initials)*

- ☐ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.
  _____ *(Inmate Initials)*

☑ REASON FOR REFUSAL: _____ Don't Want (Did Not Request) _____ *(Inmate Initials)*

| Inmate Signature | Initials | Date 1-4-06 | Time 1520 |
|---|---|---|---|
| Witness's Signature | | Date 1-4-06 | Time 1711 |
| Witness's Signature *(Needed if inmate refuses to sign)* | | Date | Time |

INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. THE INMATE MUST SIGN AND INITIAL IN ALL AREAS INDICATED. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

| Inmate Name *(Last, First M.I.)* Andriano | ADC Number 191595 |
|---|---|
| Date of Birth 8-6-70 | Facility/Unit B |

2000012120

1101-4P

ARIZONA DEPARTMENT OF CORRECTIONS

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☑ Medical Provider evaluation
- ☑ Emergency assessment for

_____

- ☐ Outside medical appointment
- ☐ NPO/PREP for _____
- ☐ Other

**Treatment** *(Check box and specify)*

- ☐ Dental procedure _____
- ☐ Nursing procedure _____
- ☐ Medical procedure _____
- ☐ Medication _____

_____

- ☐ Injection
- ☐ Emergency treatment
- ☐ Lab    ☐ X-ray

_____

**Related to (diagnosis or procedure)** _____

**Consequences of Refusal** *(Check all that might apply)*

- ☑ Pain
- ☐ Stomach (GI) Distress
- ☑ Infection
- ☑ Permanent loss of mobility
- ☐ **Stroke and/or Heart attack**
- ☐ Irreversible coma
- ● **Death**
- ☐ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☑ Worsening of this disease
- ☐ Permanent loss of control:  Bowel and/or Bladder
- ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- ☐ Loss of sense(s): *(please circle)*
    hearing    sight    touch    taste    smell
- ☐ Impaired skin integrity: *(bed sores, scars, etc.)*
- ☐ Loss of body part(s) *(specify)* _____
- ☐ Deterioration of Mental Status

☑ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.
_____ *(Inmate Initials)*

☑ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal. _____ *(Inmate Initials)*

☑ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.
_____ *(Inmate Initials)*                                                                 _____ *(Inmate Initials)*

☑ REASON FOR REFUSAL: ____ Feel Better ____

| | Initials | Date | Time |
|---|---|---|---|
| Inmate Signature | | | Time |
| Witness's Signature | | Date 6-27-05 | Time 1520 |
| Witness's Signature *(Needed if inmate refuses to sign)* | | Date | Time |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer.  If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing.  Consequences not listed can be written in the blank lines marked "OTHER".  Complete a SOAP note documenting all education given to the inmate.  THE INMATE MUST SIGN AND INITIAL IN ALL AREAS INDICATED.  IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A.  A single witness is needed unless I/M refuses to sign form, then two witnesses are needed.  The second witness may be non-medical ADC staff.

**Inmate Name** *(Last, First M.I.)*
Andriano

**ADC Number**
191593

**Date of Birth**

**Facility/Unit**
ASPC-PV-BRENDA LUMLEY

**ARIZONA DEPARTMENT OF CORRE____NS**

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____

- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [x] Medication _Clonazepam (1mg ii) po_
      _HS_
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab    [ ] X-ray

**Related to (diagnosis or procedure)** _____

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] **Stroke and/or Heart attack**
- [ ] **Irreversible coma**
- [●] **Death**
- [ ] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [ ] Worsening of this disease
- [ ] Permanent loss of control:  Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s):  *(please circle)*
      hearing    sight    touch    taste    smell
- [ ] Impaired skin integrity:  *(bed sores, scars, etc..)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

- [ ] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.
      _____ *(Inmate Initials)*

- [ ] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal. _____ *(Inmate Initials)*

- [ ] It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.
      _____ *(Inmate Initials)*

[x] REASON FOR REFUSAL: _No Longer Need_ _____ *(Inmate Initials)*

| Inmate Signature | Initials 1-07-05 | Date 1-07-05 | Time 1700 |
|---|---|---|---|
| Witness's Signature | Date 1-7-05 | | Time 1700 |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date | | Time |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, ___ in the OTHER the reason which applies. Under the consequences section, check ALL areas ___ might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. **THE INMATE MUST SIGN AND INITIAL IN ALL AREAS INDICATED. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A.** A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| _Andrana_ | _191593_ |
| Date of Birth | Facility/Unit _ASPC/P/V_ |  000013122 |

1101-4P

ARIZONA DEPARTMENT OF CORRECTIONS

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for _____

- [ ] Outside medical appointment _____
- [ ] NPO/PREP for _____
- [ ] Other _____

**Treatment** *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [x] Medication *Clonazepam 1mg ÷ po 8AM*
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab    [ ] X-ray _____

**Related to (diagnosis or procedure)**

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] **Stroke and/or Heart attack**
- [ ] Irreversible coma
- [x] **Death**
- [ ] Inability to fully evaluate, treat or diagnosis
- [ ] Other _____

- [ ] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
      hearing    sight    touch    taste    smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc..)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

- [ ] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal. _____ *(Inmate Initials)*

- [ ] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal. _____ *(Inmate Initials)*

- [ ] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again. _____ *(Inmate Initials)*

- [x] REASON FOR REFUSAL:   *No longer need* _____ *(Inmate Initials)*

| Inmate Signature | Initials *MA* | Date 1-07-05 | Time 0900 |
|---|---|---|---|
| Witness's Signature | | Date 1-7-05 | Time 0900 |
| Witness's Signature *(Needed if inmate refuses to sign)* | | Date | Time |

| Inmate Name *(Last, First M.I.)* | ADC Number 191593 |
|---|---|
| Date of Birth | Facility/Unit ASPC/PV    000032123 |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. THE INMATE MUST SIGN AND INITIAL IN ALL AREAS INDICATED. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

ARIZONA DEPARTMENT OF CORRECTIONS

**Refuse to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

☐ Dental examination
☐ Nursing assessment
☐ Mental Health assessment/treatment
☐ Medical Provider evaluation
☐ Emergency assessment for _____

☐ Outside medical appointment
☐ NPO/PREP for _____
☐ Other _____

**Treatment** (Check box and specify)

☐ Dental procedure _____
☐ Nursing procedure _____
☐ Medical procedure _____
☑ Medication _Clonazepam (mg) po q 150d_
☐ Injection _____
☐ Emergency treatment _____
☐ Lab   ☐ X-ray _____

**Related to (diagnosis or procedure)** _____

**Consequences of Refusal** (Check all that might apply)

☐ Pain
☐ Stomach (GI) Distress
☐ Infection
☐ Permanent loss of mobility
☐ Stroke and/or Heart attack
● Irreversible coma
● Death
☐ Inability to fully evaluate, treat or diagnosis
☐ Other

☐ Worsening of this disease
☐ Permanent loss of control:   Bowel and/or Bladder
☐ Permanent need for life sustaining machinery or equipment (Dialysis, Ventilator, Oxygen, Tracheotomy)
☐ Loss of sense(s): (please circle)
   hearing   sight   touch   taste   smell
☐ Impaired skin integrity: (bed sores, scars, etc.)
☐ Loss of body part(s) (specify) _____
☐ Deterioration of Mental Status

☐ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.
_____ (Inmate Initials)

☐ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal. _____ (Inmate Initials)

☐ It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.
_____ (Inmate Initials)

☒ REASON FOR REFUSAL:   _No Longer Need_ _____ (Inmate Initials)

| Inmate Signature | Initials _WA_ | Date _1-07-05_ | Time _1300_ |
| Witness's Signature | | Date _1-7-04_ | Time _1300_ |
| Witness's Signature (Needed if inmate refuses to sign) | | Date | Time |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. THE INMATE MUST SIGN AND INITIAL IN ALL AREAS INDICATED. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name (Last, First M.I.) _Andreano_ | ADC Number _191593_ |
| Date of Birth | Facility/Unit _ASPC/P_  000012124 |

1101-4P

# MEDICATION ADMINISTRATION RECORD



**DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 12/27/12 DISCONTINUE 06/25/13 #1872721 | **Omeprazole 20mg Capsule** Brand: PRILOSEC    PETER BISHOP, PS TAKE ONE CAPSULE(S) ORALLY TWICE DAILY | K O P | | | | | | | | | | | | | | | | | | | 40 | | | | | | | | | | | | |

LOCATION 30-D266L
DATE OF BIRTH 08/06/70   SOC. SEC. NO.
ALLERGIES NO KNOWN DRUG ALLERGY
DIAGNOSIS HERPES SIMPLEX HYPERTENSION ESOPHAGITIS/GERD
PATIENT NAME AND NUMBER ANDRIANO, WENDI 191593
FACILITY ASPC PERRYVILLE-LUMLEY
CHARTING FOR            THROUGH

P-App. 006345

# MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
1.800.882.6337   FAX: 724.349.2945

P-App. 006346

| EFFECTIVE DATES / MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ORIGINAL ORDER 2/27/12

Omeprazole 20 mg
(Prilosec)
i Capsule po BID

DISCONTINUE 2/25/13

Initial / Signature

000121212

LOCATION 30 D266

INMATE NAME AND NUMBER

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES

FACILITY

CHARTING FOR     THROUGH

DIAGNOSIS

# MEDICATION ADMINISTRATION RECORD



**DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.2945

P-App. 006347

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGINAL ORDER 2/27/12 | Omeprazole 20mg + BID PO — Sharp | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RIGINAL ORDER | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RIGINAL ORDER | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RIGINAL ORDER | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RIGINAL ORDER | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RIGINAL ORDER | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

000 212

CATION: Lumley
MATE NAME AND NUMBER

DATE OF BIRTH OR SOC. SEC. NO.: 8/6/70

ALLERGIES: NKDA

FACILITY

CHARTING FOR

THROUGH

DIAGNOSIS

**Wexford Health**
SOURCES INCORPORATED

| | | Fax Time 1345 | Fax By AJobstu |
|---|---|---|---|

Inmate Name (Last, First, M.I.)
Andriano, WI
Cumley

| DOB 8/6/70 | ADC Number 191593 | Date Jeffrey A Sharp, M.D.  DEC 27 2012 |
|---|---|---|

Location

( X ) NKDA or Allergic to:

| Medication/Strength | Directions | Diagnosis | Quantity | Duration in days | |
|---|---|---|---|---|---|
| omeprazole 20mg BID | | Epigidisten | 60 | 180 | refill PRN x 5 |
| | | | | | |
| | | | | | |
| | | | | | |

Special Instructions:  ○ Watch Swallow  ⊙ Keep On Person  ○ Profile Only  ○ Spanish Label

Prescriber Signature _____

Prescriber name Stamp
Sharp, Jeffery MD
ADC 0000649

---

**Wexford Health**
SOURCES INCORPORATED

| | | Fax Time | Fax By |
|---|---|---|---|

Inmate Name (Last, First, M.I.)

| DOB | ADC Number | Date |
|---|---|---|

Location

( ) NKDA or Allergic to:

| Medication/Strength | Directions | Diagnosis | Quantity | Duration in days |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Special Instructions:  ○ Watch Swallow  ○ Keep On Person  ○ Profile Only  ○ Spanish Label

Prescriber Signature _____

Prescriber name Stamp

000012128
176

**P-App. 006348**

**Wexford Health**
S O U R C E S   I N C O R P O R A T E D

| | Fax Time | | Fax By | |
|---|---|---|---|---|

Inmate Name (Last, First, M.I.)
Andriano, Wendi

| DOB | ADC Number | Date |
|---|---|---|
| 8-16-70 | 191593 | 9-11-12 |

Location
Pv~Lumley

( ) NKDA  or  Allergic to:

| Medication/Strength | Directions | Diagnosis | Quantity | Duration in days |
|---|---|---|---|---|
| Discontinue of medications (D/C all meds) | | | | |
| D/C Tegretol | | | | |
| | | | | |
| | | | | |
| | | | | |

Special Instructions:  ◯ Watch Swallow   ◯ Keep On Person   ◯ Profile Only   ◯ Spanish Label

Prescriber Signature    Fred B. Lpate—M. 9-11-12

Prescriber name Stamp

---

**Wexford Health**
S O U R C E S   I N C O R P O R A T E D

| | Fax Time | Fax By | |
|---|---|---|---|

Inmate Name (Last, First, M.I.)

| DOB | ADC Number | Date |
|---|---|---|

Location

( ) NKDA  or  Allergic to:

| Medication/Strength | Directions | Diagnosis | Quantity | Duration in days |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Special Instructions:  ◯ Watch Swallow   ◯ Keep On Person   ◯ Profile Only   ◯ Spanish Label

Prescriber Signature

Prescriber name Stamp

000012129

# MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
1.800.882.6337   FAX: 724.349.2945

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carbamazepine 200mg Take 1 tab BID PO | 0400 | | | | R | R | R | R | R | R | R | R | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | R | R | R | R | R | R | R | R | | | | | | | | | | | | | | | | | | | | |

ALLERGIES

INMATE NAME AND NUMBER: 00012130

DATE OF BIRTH OR SOC. SEC. NO.: 1-21-53

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|
| | | JC | Jenny Crane, CRN BSN | QA | J. Adkins, LPN II | | |

CHARTING FOR

DIAGNOSIS

P-App. 006350

# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.2945

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATES
4-8-12
DISCONTINUE 9-15-12

Carbamazepine 200 mg.
Take one tab. BID-PO.
UD/WS

HOUR 0400 / 1600

P-App. 006351

Signature: Jenny Crane, CRN BSN

DATE OF BIRTH OR SOC. SEC. NO.  1916-93

INMATE NAME AND NUMBER

0001213

ALLERGIES

FACILITY

CHARTING FOR          THROUGH

DIAGNOSIS

ARIZONA DEPARTMENT OF CORRECTIONS

ADC

Medication Administration Record

| | Month |
|---|---|
| | July 12 |

**Diagnosis or Medical Condition**
Mood disorder

Allergies

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tegretol 200mg ↑<br>↑ po BID<br>Crins  4/18/12 | 1000<br>4am<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Signature of person(s) whose initials appear above and how they initial**

| Signature / Initials | Signature / Initials |
|---|---|
| A McDonald km | JC - Jenny Crane CRN |
| Signature / Initials | Signature / Initials |
| | |
| Signature / Initials | Signature / Initials |
| | N. Cane, CRN |

| Inmate Name *(Last, First M.I.)* | | ADC Number |
|---|---|---|
| Andriano W | | 191593 |
| Date of Birth | Facility/Unit | |
| 8/6/70 | ASPC-PV-BL | |

P-App. 006352

000021...

**DOCUMENTATION CODES:** R - Refused;  NS - No Show;  DC - Discontinued;  H - Medical Hold;  C - OutTo Court;  O - Other

1102-2
3/31/11

ARIZONA DEPARTMENT OF CORRECTIONS

Month _____ L, 2012

Medication Administration Record

Allergies NO KNOWN DRUG ALLERGY

Diagnosis or Medical Condition  HERPES SIMPLEX, ESOPHAGITIS/GERD, ANXIETY, DEPRESSION, ANEMIA

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CREWS Rx 510535 LITHIUM CARBONATE 300MG CP ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE CAPSULE(S) TWICE DAILY BY MOUTH  02/15/12       08/14/12 | 0400 | | | | | | | | | | | | | | | | | | | | | | | | DC 4/17/12 | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Signature of person(s) whose initials appear above and how they initial

| Signature / Initials | Signature / Initials |
|---|---|
| Jenny Crane, CRN BSN  — JC | N. Nesbitt LPN NN |
| J Adkins, LPN II  JA | B. Finch LPN BF |
| Williams W | Sara Oasha RN |

DOCUMENTATION CODES:  R - Refused;  NS - No Show;  DC - Discontinued;  H - Medical Hold;  C - Out To Court;  O - Other

| Inmate Name (Last, First M.I.) | | ADC Number |
|---|---|---|
| ANDRIANO, WENDI E | | 191593 |
| Date of Birth | Facility/Unit | |
| 08/06/1970 | ASPC P'VILLE LUMLEY M/H | |

P-App. 006353

1102-2
3/31/11

MARCH, 2012

Month

ARIZONA DEPARTMENT OF CORRECTIONS

Medication Administration Record

Allergies NO KNOWN DRUG ALLERGY

Diagnosis or Medical Condition   HERPES SIMPLEX, ESOPHAGITIS/GERD, ANXIETY, DEPRESSION, ANEMIA

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CREWS<br>Rx 510535<br>LITHIUM CARBONATE 300MG CP<br>** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE CAPSULE(S) TWICE DAILY BY MOUTH<br>02/15/12        08/14/12 | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Signature of person(s) whose initials appear above and how they initial

| Signature / Initials | Signature / Initials |
|---|---|
| ES   Erica L. Smith, RN | Riddis, S.  LPN |
| JC   Jenny Crane, CRN BSN | Nichole Nesbitt  LPN NN |
| Signature / Initials | Brian Freehan LPN |

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| ANDRIANO, WENDI E | 191593 |
| Date of Birth | Facility/Unit |
| 08/06/1970 | ASPC P'VILLE LUMLEY M/H |

DOCUMENTATION CODES: R - Refused; NS - No Show; DC - Discontinued; H - Medical Hold; C - Out To Court; O - Other

P-App. 006354

1102-2
3/31/11

ARIZONA DEPARTMENT OF CORRECTIONS

Medication Administration Record

| Month |
|---|
| Feb 2012 |

| Allergies | Diagnosis or Medical Condition |
|---|---|
| NKDA | mood D/O NOS; R/O Bipolar #D/O |

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-14-12/Crews HE Start Lithium 300mg PO BID WS x 26 wks ME 8-14-12 | 0800 | | | | | | | | | | | | | | | | | ES | W | W | W | W | ES | ES | ES | JC | W | | ES | ES | ES | | |
| | 1700 | | | | | | | | | | | | | | | | | ES | ES | W | W | W | ES | ES | ES | W | W | W | ES | ES | ES | | |

Signature of person(s) whose initials appear above and how they initial

| Signature / Initials M. Humphrey R.N. | Signature / Initials H. Ehzi R.N. |
|---|---|
| Signature / Initials Crane Crew JC | Signature / Initials |
| Signature / Initials | Signature / Initials CS Erica L. Smith RN |

| Inmate Name (Last, First M.I.) Andriano, Wendi | ADC Number 191593 |
|---|---|
| Date of Birth 8-6-70 | Facility/Unit PV-SMA |

P-App. 006355

1102-2

ARIZONA DEPARTMENT OF CORRECTIONS

Medication Administration Record

| Month |
|---|
| Jan. 05 |

| Allergies | Diagnosis or Medical Condition |
|---|---|
| NKDA | Situational D/O c̄ mild depression |

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/13/05 Glazzard /R<br>↓ Seroquel 100 mg. po HS<br>w/s x P wk. then | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/13/05 Glazzard /R<br>↓ Seroquel 50 mg. po HS<br>w/s x 1 wk. then D/C<br>D/C 1/31/05 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Signature of person(s) whose initials appear above and how they initial

| Signature / Initials | RENEE IRLMEIER, CRN | Signature / Initials | ALICE LINCK, LPN II |
|---|---|---|---|
| Signature / Initials | | Signature / Initials | LINDA PHILLIPS, CRN |
| Signature / Initials | | Signature / Initials | SUE HOLMES<br>PSYCH NURSE II |

| Inmate Name (Last, First M.I.) | | ADC Number |
|---|---|---|
| Andriano, Wendy | | 191593 |
| Date of Birth | Facility/Unit<br>ASPC-PERRYVILLE<br>BRENT LUMLEY | |

1102-2P
7/8/02

P-App. 006356

ARIZONA DEPARTMENT OF CORRECTIONS

**Medication Administration Record**

| Month | | |
|---|---|---|
| | | 5 '05 |

Allergies NKDA 12/29

Diagnosis or Medical Condition

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29DEC4  DrLinc/B  Zoloft 100mg po QD  WDWS  Exp: 1/26/5 | 1000 | | | | | | | | | | | | | | D/C 1/13/05 | | | | | | | | | | | | | | | | | |
| 7DEC4  DrLinc/B  Seroquel 200mg po QHS  WDWS  Exp: 1/26/5 | 1700 | | | | | | | | | | | | | | new order 1/13/05 | | | | | | | | | | | | | | | | | |
| 29DEC4  Linc/B  Clonazepam 1mg  1 PO QAM  1 PO QNOON  WDWS 1 PO QHS 26 DAYS | 1000  1300  1700 | | | | | | | | | | | | | | D/C 1/13/05 | | | | | | | | | | | | | | | | | |

| Signature of person(s) whose initials appear above and how they initial | | |
|---|---|---|
| Signature / Initials  RB/SH/LPN-B | Signature / Initials  ALICE LINCK, ILPN II | |
| Signature / Initials | Signature / Initials  UREDA PHILLIPS, CRN | |
| Signature / Initials | Signature / Initials  SUE HOLMES  PSYCH NURSE II | |

| Inmate Name (Last, First M.I.)  ADRIANO, WENDI | ADC Number  191593 |
|---|---|
| Date of Birth  8/6/70 | Facility/Unit  ASPC PV  BW |

1102-2P
7/8/02

P-App. 006357

RIZONA DEPARTMENT OF CORRECTIONS

Month JANUARY, 2005

edication Administration Record

Diagnosis or Medical Condition    DEPRESSION, ANEMIA

llergies    NO KNOWN DRUG ALLERGY

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rx 204344    PALLIN<br>MULTIVITAMIN  TB<br>** UNIT DOSE *** WATCH<br>SWALLOW ** TAKE 1 TABLET<br>--BY MOUTH-- DAILY FOR 28<br>DAYS<br><br>Start: 12/23/04    Stop: 01/19/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| x 204345    PALLIN<br>BUPROFEN 400MG TB<br>** UNIT DOSE *** WATCH<br>SWALLOW ** TAKE 1 TABLET<br>--BY MOUTH-- THREE TIMES<br>DAILY AS NEEDED FOR 28 DAYS<br>** SUBMIT REORDER LABEL IN<br><br>Start: 12/23/04    Stop: 01/19/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 204349    SCHWIMMER<br>QUETIAPINE FUMARATE 100MG TB<br>** UNIT DOSE *** WATCH<br>SWALLOW ** TAKE 1 TABLET<br>--BY MOUTH-- EVERY 4 HOURS<br>AS NEEDED FOR 28 DAYS<br><br>Start: 12/23/04    Stop: 01/19/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 204351    SCHWIMMER<br>SERTRALINE HCL 100MG TB<br>* UNIT DOSE *** WATCH<br>SWALLOW ** TAKE 1 TABLET<br>--BY MOUTH-- EVERY MORNING<br>FOR 28 DAYS<br><br>Start: 12/23/04    Stop: 01/19/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Signature of person(s) whose initials appear above and how they initial

| Signature / Initials | Signature / Initials | Inmate Name (Last, First M.I.) | ADC Number |
|---|---|---|---|
| LARN ROUSE CN | ABISH LPN | ANDRIANO, WENDI E | 191593 |
| B. SMITH, ILPN I | LINDA PHILLIPS, CRN | Date of Birth | Facility/Unit |
| | ALICE LINCK, ILPN II | 08/06/1970 | ASPC P'VILLE LUMLEY 0 |

DC'D  12/29/1

1102-2P
7/8/02

P-App. 006358

ARIZONA DEPARTMENT OF CORRECTIONS

Long-Term/Continuous Medication and Treatment Record

NKDA   Page 1 of 2

Month  Dec  04

| Inmate Name (Last, First M.I.) | ADC Number | Ward | Diagnosis |
|---|---|---|---|
| Andriano, Wendi | 191593 | ASPC-PV-BW | Depression / adj. do |

| MEDICATION | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ASPC PERRYVILLE PHARMACY
GOODYEAR, AZ 85336- (623) 853-0304
204344   PALLIN, MD, SAMUEL
MULTIVITAMIN TB
QTY: 28   MARLEX PHARMACEUTICA
** UNIT DOSE *** WATCH SWALLOW **
TAKE 1 TABLET --BY MOUTH-- DAILY FOR
28 DAYS        1000

ANDRIANO, WENDI      191593
BL PBL        12/23/2004  LP/ LP

RD Date: 01/19/05   CONTRABAND AFTER: 01/21/2005

ASPC PERRYVILLE PHARMACY
GOODYEAR, AZ 85336- (623) 853-0304
204345   PALLIN, MD, SAMUEL
IBUPROFEN 400MG TB
QTY: 84   RICHMOND PHARMACEUTI
** UNIT DOSE *** WATCH SWALLOW **
TAKE 1 TABLET --BY MOUTH-- THREE
TIMES DAILY AS NEEDED FOR 28 DAYS **
SUBMIT REORDER LABEL IN HNR-BOX
FOR REFILL   PRN        1000

ANDRIANO, WENDI      191593
BL PBL        12/23/2004  LP/ LP

RD Date: 01/19/05   CONTRABAND AFTER: 01/21/2005

ASPC PERRYVILLE PHARMACY
GOODYEAR, AZ 85336- (623) 853-0304
204351   SCHWIMMER, MD, JEFFREY
SERTRALINE HCL 100MG TB
QTY: 28   ROERIG
** UNIT DOSE *** WATCH SWALLOW **
TAKE 1 TABLET --BY MOUTH-- EVERY
MORNING FOR 28 DAYS        1000

ANDRIANO, WENDI      191593
BL PBL        12/23/2004  LP/ LP

RD Date: 01/19/05   CONTRABAND AFTER: 01/21/2005

...and how they initial.

| Signature | ALICE LINCK, ILPN II | Signature |
|---|---|---|
| Signature | | Signature |

1102-2P
7/17/97

P-App. 006359

# ARIZONA DEPARTMENT OF CORRECTIONS

Long-Term/Continuous Medication and Treatment Record

Month
10ec   2004

NRDA

| Inmate Name (Last, First M.I.) | ADC Number | Ward | Diagnosis |
|---|---|---|---|
| Andriano, Wendi | 191593 | ASPC-PV-BL | Depression/Anxiety Do |

| MEDICATION | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ASPC PERRYVILLE PHARMACY
GOODYEAR, AZ 85336- (623) 853-0304
Rx 204349   SCHWIMMER, MD, JEFFREY
QUETIAPINE FUMARATE 100MG TB
ASTRAZENECA
QTY: 168
** UNIT DOSE *** WATCH SWALLOW **
TAKE 1 TABLET –BY MOUTH– EVERY 4
HOURS AS NEEDED FOR 28 DAYS

ANDRIANO, WENDI          191593
PBL PBL          12/23/2004  LP/ LP

NRDate:
ORD EXP: 01/19/05   CONTRABAND AFTER: 01/21/2005
Caution: Federal law prohibits the transfer of this drug to
any person other than the patient for whom it was prescribed.

ASPC PERRYVILLE PHARMACY
GOODYEAR, AZ 85336- (623) 853-0304
Rx 204346   SCHWIMMER, MD, JEFFREY
CLONAZEPAM 0.5MG TB
MYLAN
QTY: 9
** UNIT DOSE *** WATCH SWALLOW **
TAKE 1 TABLET –BY MOUTH– THREE
TIMES DAILY FOR 3 DAYS

0800
1200
1700

ANDRIANO, WENDI          191593
PBL PBL          12/23/2004  LP/ LP

Date:
ORD EXP: 12/25/04   CONTRABAND AFTER: 12/27/2004
Caution: Federal law prohibits the transfer of this drug to
any person other than the patient for whom it was prescribed.

Signature of any person whose initials appear and how they initial.

| Signature | Signature   ALICE LINCK, ILPN II | Signature |
|---|---|---|
| Signature | Signature | Signature |

1102-2P
7/17/97

P-App. 006360

ARIZONA DEPARTMENT OF CORRECTIONS

Long-Term/Continuous Medication and Treatment Record

Month
December 2004

30D 268
Lumley

# ALLERGY

| ALLERGY | | |
|---|---|---|
| **Inmate Name** (Last, First M.I.)<br>Andreano, Wendi | **ADC Number**<br>191593 | **Ward** ASPC-PERRYVILLE<br>SANTA CRUZ |

Diagnosis  Depressive DO, NOS
R/O Adjustment DO ≈ Depressed mood

| MEDICATION | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/04 Dr. Lim /ait<br>Zoloft 100 mgm<br>p.o. QD    0800<br>UDWS    Exp. 1/26/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/29/04 Dr. Lim /BH<br>Seroquel 200 mgm<br>p.o. HS    1700<br>UDWS    Exp. 1/26/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/29/04 Dr. Lim /BH<br>Clonazepam 1 mgm<br>I p.o. AM    0800<br>I p.o. Noon 1200<br>II p.o. HS    1700<br>UDWS    Exp. 1/26/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature of any person whose initials appear and how they initial. | | |
|---|---|---|
| Signature | Signature | Signature |
| Signature | Signature  Elizabeth Huffman, PRN II  BH | Signature  SUE HOLMES<br>PSYCH NURSE II |
| Signature | Signature | |

1102-2P
7/17/97

P-App. 006361

Long-Term/Continuous Medication and Treatment Record

NKDA

Page 1 of 2

Dec 2004

| Inmate Name *(Last, First M.I.)* | ADC Number | Ward | Diagnosis |
|---|---|---|---|
| Andreano, Wendi | 191593 | ASPC-PV-BW | Depression / Adj Do |

| MEDICATION | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ASPC PERRYVILLE PHARMACY
GOODYEAR, AZ 85336- (623) 853-0304
Rx 204344      PALLIN, MD, SAMUEL
MULTIVITAMIN TB
QTY: 28      MARLEX PHARMACEUTICA
* UNIT DOSE *** WATCH SWALLOW **
TAKE 1 TABLET –BY MOUTH– DAILY FOR
28 DAYS
1000
ANDRIANO, WENDI      191593
PBL PBL      12/23/2004 LP/ LP
RD Date:
RD EXP: 01/19/05      CONTRABAND AFTER: 01/21/2005

ASPC PERRYVILLE PHARMACY
GOODYEAR, AZ 85336- (623) 853-0304
Rx 204345      PALLIN, MD, SAMUEL
IBUPROFEN 400MG TB
QTY: 84      RICHMOND PHARMACEUTI
* UNIT DOSE *** WATCH SWALLOW **
TAKE 1 TABLET –BY MOUTH– THREE
TIMES DAILY AS NEEDED FOR 28 DAYS **
SUBMIT REORDER LABEL IN HNR-BOX
FOR REFILL      PRN
ANDRIANO, WENDI      191593
PBL PBL      12/23/2004 LP/ LP
RD Date:
RD EXP: 01/19/05      CONTRABAND AFTER: 01/21/2005
Caution: Federal law prohibits the transfer of this drug to

ASPC PERRYVILLE PHARMACY
GOODYEAR, AZ 85336- (623) 853-0304
Rx 204351      SCHWIMMER, MD, JEFFREY
SERTRALINE HCL 100MG TB
QTY: 28      ROERIG
* UNIT DOSE *** WATCH SWALLOW **
TAKE 1 TABLET –BY MOUTH– EVERY
MORNING FOR 28 DAYS
1000
ANDRIANO, WENDI      191593
PBL PBL      12/23/2004 LP/ LP
RD Date:
RD EXP: 01/19/05      CONTRABAND AFTER: 01/21/2005
Caution: Federal law prohibits the transfer of this drug to
any person other than the patient for whom it was prescribed.

...ar and how they initial.

| Signature | | Signature | |
|---|---|---|---|
| ALICE LINCK, TLPN 17 | | | |
| Signature | | Signature | |

P-App. 006362

1102-2P
7/17/97

Long-Term/Continuous Medication and Treatment Record

Month
Dec 2004

NRDA

| Inmate Name (Last, First M.I.) | ADC Number | Ward | Diagnosis |
|---|---|---|---|
| Andriano, Wendi | 191593 | ASPC-N. BL | Depression/anxio |

| MEDICATION | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASPC PERRYVILLE PHARMACY GOODYEAR, AZ 85336- (623) 853-0304 Rx 204349  SCHWIMMER MD, JEFFREY QUETIAPINE FUMARATE 100MG TB QTY: 168  ASTRAZENECA ** UNIT DOSE *** WATCH SWALLOW ** TAKE 1 TABLET --BY MOUTH-- EVERY 4 HOURS AS NEEDED FOR 28 DAYS ANDRIANO, WENDI  191593 PBL PBL  12/23/2004 LP/ LP NRDate: ORD EXP: 01/19/05   CONTRABAND AFTER: 01/21/2005 Caution: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASPC PERRYVILLE PHARMACY GOODYEAR, AZ 85336- (623) 853-0304 Rx 204346  SCHWIMMER MD, JEFFREY CLONAZEPAM 0.5MG TB QTY: 9  MYLAN ** UNIT DOSE *** WATCH SWALLOW ** TAKE 1 TABLET --BY MOUTH-- THREE TIMES DAILY FOR 3 DAYS ANDRIANO, WENDI  191593 PBL PBL  12/23/2004 LP/ LP NRDate: XP: 12/25/04   CONTRABAND AFTER: 12/27/2004 Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Signature of any person whose initials appear and how they initial.

| Signature | Signature   ALICE LINCK, RN II | Signature |
|---|---|---|
| Signature | Signature | Signature |

1102-2P
7/17/97

P-App. 006363

ARIZONA DEPARTMENT OF CORRECTIONS

Month
Apil 09

Medication Administration Record

Diagnosis or Medical Condition

Allergies   NKDA

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASPC PERRYVILLE PHARMACY GOODYEAR, AZ 85336- (623) 853-0304 Rx 377621 JOHNSON, PA, TIMOTHY R CODEINE/ACETAMIN 30-300 TB QTY: 42 MALLINCKRODT CHEM ** UNIT DOSE *** WATCH SWALLOW ** TAKE 1 TO 2 TABLETS BY MOUTH EVERY 4 HOURS AS NEEDED FOR PAIN FOR 7 DAYS ANDRIANO, WENDI E     191593 PB0 30-D266L     04/01/2009   JW/ JW ORD EXP: 04/07/09     CONTRABAND AFTER: 04/09/2009 Caution: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed. | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Signature of person(s) whose initials appear above and how they initial

| Signature / Initials | Signature / Initials |
|---|---|
| Signature / Initials | Signature / Initials |
| Signature / Initials | Signature / Initials |

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Andriano, Wendie | 191593 |
| Date of Birth   8/6/70 | Facility/Unit   ASPC - PERRYVILLE LUMLEY |

1102-2
7/8/04

P-App. 006364

ARIZONA DEPARTMENT OF CORRECTIONS

Medication Administration Record

**Month** Apr  09

Allergies  NKDA

Diagnosis or Medical Condition  S/o connectivy

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dr Palmer Dressing △ @outer Breast 4/4/09.  pt can remove Dressing + Shower 4/5/09 4/2/09 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Signature of person(s) whose initials appear above and how they initial

| Signature / Initials | Signature / Initials |
|---|---|
| Signature / Initials | Signature / Initials |
| Signature / Initials | Signature / Initials |

Inmate Name *(Last, First M.I.)*  Andriano, wendi

ADC Number  191593

Date of Birth  8/6/70

Facility/Unit  ASPC - PERRYVILLE  LUMLEY

1102-2
7/8/04

P-App. 006365

000002145
192

ARIZONA DEPARTMENT OF CORRECTIONS

Long-Term/Continuous Medication and Treatment Record

Month: December 2004

# ALLERGY

30D 268

Lumley

| Inmate Name (Last, First M.I.) | | ADC Number | | Ward: ASPC-PERRYVILLE SANTA CRUZ | | Diagnosis: Depressive DO, NOS R/O Adjustment DO ē depressed mood |
|---|---|---|---|---|---|---|
| Andreano, Wendi | | 191593 | | | | |

| MEDICATION | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/04  Dr. Lim /BH  Zoloft 100 mgm  p.o. QD  0800  NWS   Exp. 1/26/05 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/29/04  Dr. Lim /BH  Seroquel 200 mgm  p.o. HS  1700  NWS   Exp. 1/26/05 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/29/04  Dr. Lim /BH  Clonazepam 1 mgm  ↑ p.o. AM  0800  ↑ p.o. Noon  1200  ↑ p.o. HS  1700  NWS   Exp. 1/26/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Signature of any person whose initials appear and how they initial.

| Signature | Signature | Signature |
|---|---|---|
| ROSE MARY BRIGGS, CRN | Elizabeth Huffman, PRN II   BH | SUE HOLMES  PSYCH NURSE II |
| Signature | Signature | Signature |

P-App. 006366

000001146

1102-2P
7/17/97



# ARIZONA DEPARTMENT OF CORRECTIONS

Medication Administration Record

Month: June

Allergies: NKDA

Diagnosis or Medical Condition

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bankson | 1000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fluoxetine HCl 20mg<br>1 cap po qAM<br>2/1/06 — 2/6/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Signature of person(s) whose initials appear above and how they initial**

Signature / Initials

Signature / Initials

Signature / Initials

Signature / Initials

Inmate Name (Last, First M.I.): Dominguez

Date of Birth: 9/4/87

Facility/Unit: ASPC - PERRYVILLE LUMLEY

ADC Number: 19215

1102-2
7/8/04

P0002147

195

At'n: Chaplain Powers

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Restricted Diet Order**

☑ New   ☐ Change   ☐ Reissue

K2

This form must be completed by either Medical or Religious Services staff. Upon competition, the entire form will be forwarded to the Food Service Liaison who will initial the Diet Card portion, tear along the perforation and issue the Diet Card to the Inmate. A copy will be provided by the Food Service Liaison to either Medical or Religious Services.

| Inmate Name (Last, First M.I.) | | ADC Number |
|---|---|---|
| Andriano, Wendi E. | | 191593 |

| Institution/Facility/Unit | Housing Assignment | Start Date | Expiration Date |
|---|---|---|---|
| Perryville – Lumley | 30 D 266 | | Indefinite |

**MEDICAL DIETS**

☐ Calorie controlled Diabetic Diet, with H.S. Snack?   ☐ Yes   ☐ No

☐ Mechanical Soft Diet (Easy to chew/swallow)

☐ Clear Liquid Diet (Automatically expires in 3 days)

☐ Cardiac/Low Fat/Low Sodium Diet

☐ Hypoglycemic (6 small feedings - no simple carbohydrates)

☐ Full Liquid Diet (Automatically expires in 5 days)

☐ No Gluten Diet

☐ Chronic Dysphagia Diet

☐ Long-term Full Liquid Diet (Automatically expires in 8 weeks - supplement required)

☐ Enhanced Calorie Diet

☐ No Soy/No Bean

☐ Prescription supported snack consisting of:   ☐ 8 crackers   or   ☐ ½ peanut butter sandwich
(Only when medically necessary for inmates who are prescribed medications that require food to be taken with them)

☐ Renal Hepatic Diet

☐ Allergic to: _____
(Food allergies must be documented)

☐ Renal/Diabetic

☐ Other _____
(Therapeutic diets not defined in the Correctional Services Diet Reference Manual may be ordered only with the approval of the Deputy Director for Health Services)

Approving Authority Signature: _____

**RELIGIOUS DIETS**

☐ Lacto Vegetarian Diet (Allows milk and milk products)

☑ Ovo-Lacto Vegetarian Diet (Allows egg, milk and milk products)

☐ Kosher Diet Plan

**NOTICE TO INMATE** - Medical Diets take precedence over Religious Diets. If a medical condition exists that is contraindicated by the Religious Diet, the Medical Diet will supersede it. Inmate will be removed from the diet roster for non-compliance when five (5) meals are missed in seven (7) calendar days, or when the inmate requests removal in writing. Inmates are to receive only the prescribed religious/medical diet.

**MEDICAL** - I understand the terms and conditions of this diet.

| Inmate's Signature | Date | Comments |
|---|---|---|
| | | |
| Approved by: | Date | |

**RELIGIOUS** - I understand that if I miss 5 meals in 7 days I may be removed from this diet for 6 months. Second violation will result in a 12 month suspension.

| Inmate's Signature | Date | Comments | |
|---|---|---|---|
| Wendi Andriano | 5-26-05 | | |
| Approved by: Daniel Butler | 23 Aug 05 | | |
| DIET IS BEING DISCONTINUED DUE TO: | | | Date |

DISTRIBUTION  Initial - All copies to Food Service Liaison -- Perforated Diet Card - Inmate,  Secondary - White Food Service, Canary - Medical or Chaplain, Pink - File

000012148

191n

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date:
Time:
Initials:

**Inmate Name/Nombre** *(Last, First M.I.)* *(Apellido, Nombre, Inicial)*
ANDRIANO, Wend.

**ADC Number/Número de ADC**
191593

**Date/Fecha**
9-27-12

**Cell/Bed Number/Celda/Número de Cama**
266 30 D

**Unit/Unidad**
Lumley

**P.O. Box/Apartado Postal**
3300

**Institution/Facility/Instalación: ASPC**
Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST** *(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente o sea específico. ¡NO USE MAS HOJAS!]

My blood was recently sent to the lab for testing. Please schedule an appt to discuss results with a doctor. I also need a refill on the medication to decrease stomach acid and symptoms relating to H-Pylori. My stomach hurts!                    Thanks.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

**Inmate's Signature/Firma del prisionero**

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR OSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

**Staff Signature Stamp/Firma del empleado**

**Date/Fecha**
9/28/12

**Time/Hora**
0042

**PLAN OF ACTION/PLAN DE ACCION**

Scheduled

**Staff Signature Stamp/Firma del empleado**

**Date/Fecha**
10/1/18

**Time/Hora**
1315

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado o a una subdivisión política de este estado.]

000012149

1101-10FS

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____  2:55
Initials: _____

## SECTION/SECCION I

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*
ANDRIANO, Wendi

ADC Number/Número de ADC
191593

Date/Fecha
8-27-17

Cell/Bed Number/Celda/Número de Cama
266  30D

Unit/Unidad
Lumley

P.O. Box/Apartado Postal
3300

Institution/Facility/Instalación: ASPC
Perryville

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCION II

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☒ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(específique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I would like an appointment to get my teeth cleaned and checked for cavities

Thanks

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☒ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

Staff Signature Stamp/Firma del empleado

Date/Fecha
8/28/12

Time/Hora
0301

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION   Routine care list

Staff Signature Stamp/Firma del empleado

Date/Fecha
8/28/12

Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado o a una subdivisión política de este estado.]

00001215O

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Needs Request (HNR)

To: Dr. Blair

Date: _____
Time: _____
Initials: AUG '12 12:45

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDRIANO, Wendi | 191593 | 8-19-12 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 266 30 D | SMA | 3300 | Perryville - Lumley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☒ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Medical staff continues to bring my psych meds even though I made a written request to discontinue my script. I have been verbally refusing 2x a day for over a month. A few days ago, they started waking me up at 3am to sign a refusal! I am extremely irritated that they continue to wake me up and harrass me. They disregard my written and verbal refusals of meds. I don't want to be bothered anymore! Is there anything you can do?

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

Inmate's Signature/Firma del prisionero   W. Andriano

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☒ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| DyCer | 8/20/12 | 0045 |

**PLAN OF ACTION/PLAN DE ACCION**

You will be seen on the next available appointment. Please be patient. There is a waiting list.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| A Hain PW II | 8/20/12 | 0800 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

000012151

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.]

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

30-D

Date: ~~23 JUL 12~~ AM2:10
Time: ~~37~~
Initials: ~~B.D. 10 4-18 10~~

23 JUL Date/Fecha 10

7-20-12

B50

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC |
|---|---|
| Andriano, Wendi | 191593 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 266  30 D | SMA / Lumley | 3300 | Perryville, |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES**(MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica  ☐ Dental  ☐ FHA
☒ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Please   Discontinue  my  medication:

Carbamazepine.

Thank You.

I do not wish to take psych meds!

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☒ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 7/22/12 | 0800 |

**PLAN OF ACTION/PLAN DE ACCION**  We will schedule you to be
seen to officially DIC it. You can refuse

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Benji Rutt | 7-24-12 | 0730 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.]

0000 12152

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: 7-7-12
Time: 0700
Initials: ala

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDRIANO, Wendi | 191593 | 7-6-12 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 26ol 30 D | Lumley SMA | 3300 | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES**(MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifíque) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I am experiencing severe hair loss, fatigue, shaking in my muscles, loss of appetite. Will you please see me?

Thank you.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenoiones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _Wendi Andriano_

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifíque) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 7/7/12 | 0200 |

**PLAN OF ACTION/PLAN DE ACCION**

Scheduled

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 7/9/12 | 1130 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste subdivisión política de este estado.]

00001253

1101 105S

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: 6/26/12
Time: 0123
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDRIANO, Wendi | 191593 | 6-19-12 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 266 30 D | Lumley | 3300 | Perryville     SMA |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES**(MARQUE UN ESPACIO SOLAMENTE)  ☐ Medical/Médica  ☐ Dental  ☐ FHA
☑ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I need a refill - please.

> ASPC PERRYVILLE PHARMACY
> GOODYEAR, AZ 85336- (623) 853-0304
> Rx  506547          JOHNSON, PA, TIMOTHY R
> **ACYCLOVIR 200MG CP**
> QTY: 50          TEVA PHARMACEUTICALS
> *** KEEP ON PERSON *** TAKE 1 CAPSULE
> BY MOUTH EVERY 4 HOURS WHILE
> AWAKE FOR 10 DAYS ** SUBMIT
> REORDER LABEL IN HNR-BOX FOR REFILL
>
> ANDRIANO, WENDI E          191593
> PB0 30-D266L          02/07/2012  JW/ JW
>
> ORD EXP: 07/12/12     CONTRABAND AFTER: 07/13/20
> Caution: Federal law prohibits the transfer of this drug to
> any person other than the patient for whom it was prescribed.

I understand that, per ARS 31-201.0 _____ (excluding exemptions granted by statute) for the visit that I am herein requesting. I fur_____ _____do not have the right to dictate treatment or who provides treatment. [Entiendo qu_____ _____e cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

Inmate's Signature/Firma del prisionero _____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☐ Medical/Médica  ☐ Dental  ☑ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado   A. Staeck, CRN_ | Date/Fecha  6/25/12 | Time/Hora  0124 |
|---|---|---|

**PLAN OF ACTION/PLAN DE ACCION**

No refills remaining. See Provider

| Staff Signature Stamp/Firma del empleado   Qr | Date/Fecha  6/25/12 | Time/Hora  0830 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en ingles. Esta traducción no es oficial y no compromete a este estado o una subdivisión política de este estado.]

000012154

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

*Lumley Death Row*

Date: _____
Time: _____
Initials: _3 JUN '12 AM1:10_

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial)
**ANDRIANO, Wendi**

ADC Number/Número de ADC
**191593**

Date/Fecha
**6-4-12**

Cell/Bed Number/Celda/Número de Cama
**30 yd. 266 Dpod**

Unit/Unidad
**SMA**

P.O. Box/Apartado Postal
**3300**

Institution/Facility/Instalación: ASPC
**Perryville - Lumley**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica , ☐ Dental ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

*Large clumps of my hair is falling out. I'm not feeling well — have a family history of thyroid problems. Please see me ASAP.*

*Thank You.*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

Inmate's Signature/Firma del prisionero
*Wendi Andriano*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)

Comments/Comentarios
*You are scheduled with the provider. low 6/5/12*

Staff Signature Stamp/Firma del empleado
*Ann M. Stgeck*

Date/Fecha
*6/5/12*

Time/Hora
*0:22*

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa & Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado o subdivisión política de este estado.]

000012155

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: 4/9/12
Time: 2255
Initials: ___

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Andriano, Wendi | 191593 | 4-5-12 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 266 30 D | SMA | 3300 | PV-Lumley |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe one problem or issue at one time). [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES**(MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☒ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I need to meet with Dr. Crews because I'm having issues with my current meds.

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☒ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Brian Freehan LPN | 4/9/12 | 2255 |

**PLAN OF ACTION/PLAN DE ACCION**

You will be placed on the next provider line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| _____ | 4/10/12 | 0752 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

000012156

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.]

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: 2/13/12
Time: 2126
Initials: ES

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDRIANO, Wendi | 191593 | 2-9-12 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 266 30 D | SMA | 3300 | PV-Lumley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)  ☑ Medical/Médica  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

The muscles between my shoulder blades and my lower back feel like they have seized up. I have a shooting pain down my lower left hip and leg. It is hard to walk or sleep - have bad headaches!

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluye/do las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☑ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique)

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Erica L. Smith, RN | 2/13/12 | 2126 |

**PLAN OF ACTION/PLAN DE ACCION**

Scheduled on nurse line. 2/17/12

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 2/14/12 | 1157 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado o subdivisión política de este estado.]

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: 12/31/11
Time: 2037
Initials: ES

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDRIANO Wendi E. | 191593 | 12-29-11 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 266 30 D | Lumley SMA | 3800 | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podrá retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

AREA OF INTEREST(Check only one block below)/AREA DE INTERES(MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☑ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I need to see Dr. Crews regarding my anxiety and depression.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☑ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Erica L. Smith, RN | 12/31/11 | 2106 |

PLAN OF ACTION/PLAN DE ACCION

You will be scheduled

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Henry Paul II | 1-3-12 | 1130 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

000012158

1101-10ES
10/1/08

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

| Date: | 11/21/11 |
| Time: | 0118 |
| Initials: | |

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*
ANDRIANO, Wendi E.

ADC Number/Número de ADC
191593

Date/Fecha
11-20-11

Cell/Bed Number/Celda/Número de Cama
30 D 266

Unit/Unidad
Lumley

P.O. Box/Apartado Postal
3300

Institution/Facility/Instalación: ASPC
Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES**(MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☑ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My current living conditions in Dpod - surrounded by unhealthy people - is upsetting me emotionally. I am having severe mood swings. Please help me! (Depression, anxiety, paranoia)

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   Wendi Andriano

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☑ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

Staff Signature Stamp/Firma del empleado   A/Staeck, CRN

Date/Fecha   11/21/11

Time/Hora   0122

**PLAN OF ACTION/PLAN DE ACCION**   you will be scheduled at next available appt.

Staff Signature Stamp/Firma del empleado   M. Page, LAC Psychology Associate II

Date/Fecha   11-21-11

Time/Hora   1107

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado o a una subdivisión política de este estado.]

00001 2159

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDRIANO, Wendi | 191593 | 7-6-11 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 26b 30 D | Lumley SMA | 3300 | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (específique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I've been feeling sick - I'm naseous - can't sleep - getting large ridges in my nails - my hair is breaking off. I need an exam to see what's wrong with me. I'm losing a lot of weight too.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (específique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 7/14/11 | 2335 |

**PLAN OF ACTION/PLAN DE ACCION**
scheduled to see the nurse for initial evaluation 7/20

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| D. Moyer RN | 7/15/11 | 1415 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado o una subdivisión política de este estado.]

0000 12160

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Health Needs Request (HNR)**

D-266

| Date: | |
|---|---|
| Time: | |
| Initials: | |

**SECTION/SECCION I**

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*
ANDRIANO, Wendi

ADC Number/Número de ADC
191593

Date/Fecha
3-29-11

Cell/Bed Number/Celda/Número de Cama  266 30 D

Unit/Unidad
Lumley

P.O. Box/Apartado Postal
3300

Institution/Facility/Instalación: ASPC
Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check one only block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☒ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I need an eye examination at your earliest convenience.

Thank you.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX**[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☒ Eyes/Ojos  ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha 3/30/11 | Time/Hora Or1 |
|---|---|---|

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**
Scheduled with nurse  4-6-1

| Staff Signature Stamp/Firma del empleado | Date/Fecha 3/30/11 | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado o a una subdivisión política de este estado.]

000012161

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

| Date: | 2017/12/18 |
| Time: | |
| Initials: | SJW |

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
| ANDRIANO, Wendi | 191593 | 3-12-11 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
| 266 30 D | Lumley | 3300 | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem at a time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) | ☐ Medical/Médica ☒ Dental ☐ FHA |

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My lower left wisdom tooth is causing me lots of pain from swelling and tenderness. I was unable to make the last appt. due to mandatory legal meetings. Please schedule me in As soon as you can. I feel like the left side of my face is getting infected.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Wendi Andriano

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ | ☐ Medical/Médica ☒ Dental ☐ Pharmacy/Farmacia ☐ FHA |

☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado S Wilkins, CRN | Date/Fecha 3/13/4 | Time/Hora 2385 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION    Pain mal

| Staff Signature Stamp/Firma del empleado | Date/Fecha 3/14/11 | Time/Hora |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado o a ninguna subdivisión política de este estado.]

000012162

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Andriano, Wendi E. | 191593 | 2-3-11 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 266 30 D | SMA | 3300 | PV - Lumley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

AREA OF INTEREST(Check only one block below)/AREA DE INTERES(MARQUE UN ESPACIO SOLAMENTE)  ☐ Medical/Médica  ☒ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My lower & left wisdom tooth is impacted and keeps getting infected. The infection sometimes spreads to my cheek and numbs the left side of my jaw. I need to see the dentist.
                                   Thank You.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   Wendi Andriano

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médica  ☒ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 2/6/11 | 2345 |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 2/7 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

000012163

1101-10ES

P-App. 006383

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

D-266

Date: _____
Time: _____
Initials: _____

| Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Andriano, Wendi | 191593 | 2-3-11 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 266 30 D | SMA | 3300 | PV - Lumley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES**(MARQUE UN ESPACIO SOLAMENTE)  [X] Medical/Médica  [ ] Dental  [ ] FHA
[ ] Pharmacy/Farmacia  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente o sea específico. ¡NO USE MAS HOJAS!]

I frequently break out with fever blisters/cold sores around my mouth. Can I get a refill of Carmex?

Thank you.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quién lo proporcione.]

Inmate's Signature/Firma del prisionero   Wendi Andriano

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  [X] Medical/Médica  [ ] Dental  [ ] Pharmacy/Farmacia  [ ] FHA
[ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 2/6/11 | 23.45 |

**PLAN OF ACTION/PLAN DE ACCION**   Will be evaluated by nurse 2-9-11

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 2-7-11 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado o una subdivisión política de este estado.]

000012164

1101-10ES

Attn: Dr. Blc~

**ARIZONA DEPARTMENT C.  ORRECTIONS**

ealth Needs Request (HNR)

Date:_____
Time:_____
Initials:_____

## SECTION/SECCION I

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial)
**Andriano, Wendi E.**

ADC Number/Número de ADC
**191593**

Date/Fecha
**7-27-10**

Cell/Bed Number/Celda/Número de Cama
**26(o 30 D**

Unit/Unidad
**Lumley**

P.O. Box/Apartado Postal
**3300**

Institution/Facility/Instalación: ASPC
**Perryville**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema ᵈel cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez!]

## SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☒ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea especifico. ¡NO USE MAS HOJAS!]

The inmate in "watch" cell 166 continues to play games in order to get attention. She is loud, obnoxious, and very disruptive. Her behavior is now adversely affecting my mental health. I am an active participant in my appeal against my death sentence. The added stress of this girl's drama is too much! The staff moved her a week ago but on the 25th, they moved her back. Why do I have to live by her? Please help.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo q e de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (Excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

Inmate's Signature/Firma del prisionero
*Wendi Andriano*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

REFERRAL F MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

## SECTION IV

PLAN OF ACTION/PLAN DE ACCION
*Met c̄ you today.*

Staff Signature Stamp/Firma del empleado | Date/Fecha **7-29-10** | Time/Hora **18??**

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This c ·cument is a translation from original text written in English. This translation is unofficial nd is not binding on this state or a political subdivision of this state. [Este docu ·mento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este este y ni subdivisión política de este estado.]

00012165

01?

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (Use For Non-Emergency Requests Only)

**EMERGENCY**

## IDENTIFICATION

**SECTION I**

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|
| Andriano, Wendi | 191593 | 7-22-09 |

| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
|---|---|---|---|
| 266 30 D | SMA | 3300 | PV- Lumley |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

## AREA OF INTEREST *(Check only one block below)*

☐ Medical   ☒ Dental   ☐ Pharmacy   ☐ Mental Health   ☐ Eyes   ☐ FHA   ☐ Other *(specify)* _____

**SECTION II**

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.

I have an impacted wisdom tooth on my left lower gum. It occasionally gets infected and swollen. The dentist instructed me to let him know when this happens so he can give me antibiotics (please see file). My gum is swollen and painful - can I have some help please

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature  *Wendi Andriano*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

## REFERRAL BY MEDICAL STAFF

**SECTION III**

☐ Medical   ☒ Dental   ☐ Pharmacy   ☐ Mental Health   ☐ Eyes   ☐ FHA   ☐ Other *(specify)* _____

Comments

_____

_____

_____

| Staff Signature  J. Adkins | Date 7/25/09 | Time 0130 |
|---|---|---|

**SECTION IV**

PLAN OF ACTION  Pam Eval

| Staff Signature | Date 7-27-09 | Time |
|---|---|---|

000012166

214

1101-10
4/5/05

Distribution:  White - Health Unit

*Attn: Dr. Sinclair*

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Needs Request (HNR)

Date: 7/11/10
Time: 7:350
Initials: M

## SECTION I / SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDRIANO, Wendi | 191593 | 7-11-10 |

| Cell/Bed Number/Celda/Número de Cama 30 D 266 SMA | Unit/Unidad Lumley | P.O. Box/Apartado Postal 3300 | Institution/Facility/Instalación: ASPC Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

## SECTION II / SECCION II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☒ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

I need to speak to Dr. Sinclair about a stressful situation that is affecting my emotional stability.

Thank You.

I understand that, per ARS 31-201.01. I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Wendi Andriano

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX** [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III / SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☒ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha 7/13/10 | Time/Hora 0800 |

## SECTION IV / SECCION IV

**PLAN OF ACTION/PLAN DE ACCION** Dr. Mansfield-Blair informed me that you spoke with her re your issues & that you no longer are requesting my services. Please submit another HNR as needed if you wish to meet with Mental Health

| Staff Signature Stamp/Firma del empleado   J. ST. CLAIR, PHD   PSYCHOLOGIST III   J. St. Clair III | Date/Fecha 7/14/10 | Time/Hora 1055 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado o a una subdivisión política de este estado.]

00012167

1101-10ES

P-App. 006387

Dr. Blair

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ANDRIANO, Wendi | 191593 | 7-11-10 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2660 30 DSMA | Lumley | 3300 | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES**(MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☒ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I need to speak with Dr. Blair about an "inmate on "watch" who is causing my neighbor and I sleepless nights and emotional stress.

Thank You.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporciona.]

Inmate's Signature/Firma del prisionero   _Wendi Andriano_

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL FOR MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☒ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha 7/13/10 | Time/Hora 0700 |
|---|---|---|

**PLAN OF ACTION/PLAN DE ACCION**
Per our cell-side conversation, issue being addressed. No longer need an appointment per I.M.

| Staff Signature Stamp/Firma del empleado | Date/Fecha 7-27-10 | Time/Hora 1628 |
|---|---|---|

Distribution: White/B/anco – Health Unit/Unidad de Salud, Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur – Prisonero

000012168

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado o una subdivisión política de este estado.]

1101-10ES

ARIZONA DEPARTMENT OF CORRE...

Health Needs Request (Use For Non-Emergency Requests Only)

NOV 15 AM 2

## IDENTIFICATION

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|
| Andriano Wendi | 191593 | 11-15-08 |

| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
|---|---|---|---|
| 30 D 2(6) | SMA | 3300 | PV- Lumley |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

**AREA OF INTEREST** *(Check only one block below)*

[✗] Medical  [ ] Dental  [ ] Pharmacy  [ ] Mental Health  [ ] Eyes  [ ] FHA  [ ] Other *(specify)* _____

PLEASE PRINT!  Describe your medical/dental treatment issue in the space below.  Be clear and specific.  NO ADDED PAGES.

Please Schedule a PAP for me.

Thanks.

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature _____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

**REFERRAL BY MEDICAL STAFF**

[✓] Medical  [ ] Dental  [ ] Pharmacy  [ ] Mental Health  [ ] Eyes  [ ] FHA  [ ] Other *(specify)* _____

Comments _____

| Staff Signature | Date 11/15/08. | Time 0300 |
|---|---|---|

**PLAN OF ACTION**

PC 11/20/08.

| Staff Signature | Date 11/17/08 | Time 1420 |
|---|---|---|

000012169

217

1101-10
4/5/05

Distribution:  White - Health Unit

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (Use For Non-Emergency Requests Only)

JUN 6 AM 1:23

## IDENTIFICATION

| Inmate Name (Last, First M.I.) | | ADC Number | Date |
|---|---|---|---|
| Andriano, Wendi | | 191593 | 6-4-07 |
| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
| 266 30 D | SMA | 3300 | ASPC- PV- Lumley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

---

**AREA OF INTEREST** *(Check only one block below)*

☐ Medical   ☐ Dental   ☐ Pharmacy   ☒ Mental Health   ☐ Eyes   ☐ FHA   ☐ Other *(specify)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I'm having severe anxiety attacks - need to talk
to someone.

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature

---

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

---

**REFERRAL BY MEDICAL STAFF**

☐ Medical   ☐ Dental   ☐ Pharmacy   ☒ Mental Health   ☐ Eyes   ☐ FHA   ☐ Other *(specify)* _____

Comments

| Staff Signature | Date | Time |
|---|---|---|
| | 6/8/07 | 0200 |

---

**PLAN OF ACTION**

| Staff Signature | Date | Time |
|---|---|---|
| | | |

000012170

218          1101-10

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (Use For Non-Emergency Requests Only)

JUN 6 AM 1:21

## IDENTIFICATION

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|
| Andrage, Wendi | 191593 | 6-4-07 |
| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
| 266 30 D | SMA | 3300 | ASPC-Pv-Lumley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

## AREA OF INTEREST (Check only one block below)

[X] Medical   [ ] Dental   [ ] Pharmacy   [ ] Mental Health   [ ] Eyes   [ ] FHA   [ ] Other *(specify)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I'm still experiencing rapid/irregular heart beats,
dizziness. The nurse said I have high blood
pressure. Would like to see a doctor please.

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

## REFERRAL BY MEDICAL STAFF

[X] Medical   [ ] Dental   [ ] Pharmacy   [ ] Mental Health   [ ] Eyes   [ ] FHA   [ ] Other *(specify)* _____

Comments

| Staff Signature | Date | Time |
|---|---|---|
| | 6/6/07 | 0200 |

## PLAN OF ACTION

Scheduled provider line 6-14-07.

| Staff Signature | Date | Time |
|---|---|---|
| P. Purnell LPN | 6-6-07 | 0845 |

000012171

219   1101-10
4/5/05

Distribution: White - Health Unit

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (Use For Non-Emergency Requests Only)

**IDENTIFICATION**

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|
| Andriano, Wendi | 191593 | 3-17-0? |

| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
|---|---|---|---|
| 26 D | SMA | 3300 | ASPC-PV-Lumley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

**AREA OF INTEREST** *(Check only one block below)*

☒ Medical  ☐ Dental  ☐ Pharmacy  ☐ Mental Health  ☐ Eyes  ☐ FHA  ☐ Other *(specify)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I am having irregular heart beats. I almost lose my breath and have sharp pains. I'm also having severe headaches. Feet/ankles are swollen and painful.

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

**REFERRAL BY MEDICAL STAFF**

☐ Medical  ☐ Dental  ☐ Pharmacy  ☐ Mental Health  ☐ Eyes  ☐ FHA  ☐ Other *(specify)* _____

Comments

Inml called I'm asleep

| Staff Signature | Date | Time |
|---|---|---|
|  | 5/14/07 | 0100 |

**PLAN OF ACTION**

One issue for HNR. Scheduled nurse line 5-15-07

| Staff Signature | Date | Time |
|---|---|---|
| P. Purcell LPN | 5-14-07 | 0855 |

000012172

220

1101-10
4/5/05

Distribution: White - Health Unit

ARIZONA DEPARTMENT OF CO[    ]:TIONS

[    ]alth Needs Request (Use For Non-Emergency Requests Only)

**IDENTIFICATION**

SECTION I

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|
| Andriano, Wendi | 191593 | 10-13-06 |

| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
|---|---|---|---|
| 26b 30 D | Lumley | 3300 | ASPC- Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

**AREA OF INTEREST** *(Check only one block below)*

SECTION II

☑ Medical  ☐ Dental  ☐ Pharmacy  ☐ Mental Health  ☐ Eyes  ☐ FHA  ☐ Other *(specify)* ___

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I have extremely dry chapped skin. I've tried using chapstick and vitamin E but I'm getting a reaction to it.

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature  *Wendi And[    ]*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

**REFERRAL BY MEDICAL STAFF**

SECTION III

☑ Medical  ☐ Dental  ☐ Pharmacy  ☐ Mental Health  ☐ Eyes  ☐ FHA  ☐ Other *(specify)* ___

Comments ___

| Staff Signature | Date | Time |
|---|---|---|
| *[signature]* | 12/15/-6 | 2439 |

**PLAN OF ACTION**

SECTION IV

YOU MAY PURCHASE LOTION FROM THE INMATE STORE TO ALLEVIATE SYMPTOMS

| Staff Signature | Date | Time | |
|---|---|---|---|
| *P. [    ] LPN* | 12-15-06 | 0848 | 000012173 |

731     1101-10

Distribution: White - Health Unit

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (Use For Non-Emergency Requests Only)

MAY 1 10:05

**IDENTIFICATION**

| | | |
|---|---|---|
| Inmate Name *(Last, First M.I.)* Andriano, Wendi E. | ADC Number 191593 | Date 4-16-06 |
| Cell/Bed Number 266 30 D | Unit Lumley (SMA) | |
| | P.O. Box 3300 | Institution/Facility Perryville - Lumley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

**SECTION I**

---

**AREA OF INTEREST** *(Check only one block below)*

[X] Medical   [ ] Dental   [ ] Pharmacy   [ ] Mental Health   [ ] Eyes   [ ] FHA   [ ] Other *(specify)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I'm having stress-related health issues affecting my hair, skin, cold sores, allergies, etc. I wish to consult a physician about my problems. Thank you.

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature *(signature)*

**SECTION II**

---

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

**REFERRAL BY MEDICAL STAFF**

[X] Medical   [ ] Dental   [ ] Pharmacy   [ ] Mental Health   [ ] Eyes   [ ] FHA   [ ] Other *(specify)* _____

Comments _____

| Staff Signature *(signature)* LPN STAFF, LPN | Date 5/1/06 | Time 2205 |
|---|---|---|

**SECTION III**

---

**PLAN OF ACTION**   We will put you on the his wait list

| Staff Signature *(signature)* B. SMITH, LPN II | Date 5-2-06 | Time 1405 |
|---|---|---|

000012174

1101-10
4/5/05

Distribution: White - Health Unit

ARIZONA DEPARTMENT O  ORRECTIONS

lth Needs Request
(Use For Non-Emergency Requests Only)

## SECTION I

**IDENTIFICATION**

| | | |
|---|---|---|
| **Inmate Name** *(Last, First M.I.)*  Andriano, Wendi | **ADC Number**  191593 | **Date**  12-4-05 |
| **Cell/Bed Number**  2606 D 30yd. | **Unit**  Lumley | **P.O. Box**  3300   **Institution/Facility**  ASPC-PV |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. <u>Use this form to describe one issue only!</u>

## SECTION II

**AREA OF INTEREST** (Check only one block below)

[X] Medical  [ ] Dental  [ ] Pharmacy  [ ] Mental Health  [ ] Eyes  [ ] FHA  [ ] Other *(specify)* _____

**PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.**

I am having stomach problems. There is blood in my stool.

I need to see a doctor.

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

**Inmate's Signature**  *Wendi Andri*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

## SECTION III

**REFERRAL BY MEDICAL STAFF**

[X] Medical  [ ] Dental  [ ] Pharmacy  [ ] Mental Health  [ ] Eyes  [ ] FHA  [ ] Other *(specify)* _____

**Comments**

| **Staff Signature**  *Salmon RN* | **Date**  12/4/05 | **Time**  2330 |

## SECTION IV

**PLAN OF ACTION**  scd Dr.

| **Staff Signature**  *B Smith LPN*   B. SMITH, ILPN I | **Date**  12-5-05 | **Time**  1250 |

000012175
223

Distribution: White - Health Unit

1101-10P
7/17/87

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request
(Use For Non-Emergency Requests Only)

**IDENTIFICATION**

**SECTION I**

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|
| Andriano, Wendi | 191593 | 11-30-05 |

| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
|---|---|---|---|
| 26D D | 30/Lumley | 3300 | ASPC-PV |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  <u>Use this form to describe one issue only!</u>

**AREA OF INTEREST** (Check only one block below)

**SECTION II**

☐ Medical  ☒ Dental  ☐ Pharmacy  ☐ Mental Health  ☐ Eyes  ☐ FHA  ☐ Other *(specify)* _____

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.
NO ADDED PAGES.

I have an impacted wisdom tooth that is getting infected. I am in severe pain from the swelling. I need to see a dentist.

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

**REFERRAL BY MEDICAL STAFF**

**SECTION III**

☐ Medical  ☒ Dental  ☐ Pharmacy  ☐ Mental Health  ☐ Eyes  ☐ FHA  ☐ Other *(specify)* _____

Comments

| Staff Signature | Date | Time |
|---|---|---|
| S. Edmond RN | 12/4/05 | 2335 |

**PLAN OF ACTION**

**SECTION IV**

| Staff Signature | Date | Time |
|---|---|---|
| | 12-5-05 | |

000012176
224

1101-10P
7/17/97

Distribution: White - Health Unit

ARIZONA DEPARTMENT O  ORRECTIONS

**alth Needs Request**
**(Use For Non-Emergency Requests Only)**

## SECTION I

### IDENTIFICATION

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|
| Andriano, Wendi E | 191593 | 6-27-05 |

| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
|---|---|---|---|
| 30 D 266 | Lumley | 3300 | ASPC- Perryville |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  Use this form to describe one issue only!

## SECTION II

### AREA OF INTEREST *(Check only one block below)*

Dr. Ramsey

☐ Medical   ☐ Dental   ☐ Pharmacy   ☐ Mental Health   ☒ Eyes   ☐ FHA   ☐ Other *(specify)* _____

**PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.
NO ADDED PAGES.**

I have a pair of state-issue glasses which do NOT fit properly. They are too heavy causing deep indentations, slight bruising on my nose and  top of ears. I need to be able to see!

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature   *Wendi Andriano*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

## SECTION III

### REFERRAL BY MEDICAL STAFF

☐ Medical   ☐ Dental   ☐ Pharmacy   ☐ Mental Health   ☒ Eyes   ☐ FHA   ☐ Other *(specify)* _____

Comments

| Staff Signature | Date | Time |
|---|---|---|
| Melody Sigzia Lpn | 6-28-05 | 2:08 |

## SECTION IV

### PLAN OF ACTION

That is all that is avalible. Try to get use to them and I will find see if there's any way to get them adjusted

| Staff Signature | Date | Time |
|---|---|---|
| B. Smith LPN   B. SMITH, ILPN I | 6-28-05 | 1055 |

Distribution:  White - Health Unit

P000012177
225
1101-10P
7/17/97

ARIZONA DEPARTMENT O CORRECTIONS

Health Needs Request
(Use For Non-Emergency Requests Only)

| IDENTIFICATION | | | |
|---|---|---|---|
| Inmate Name *(Last, First M.I.)* | ADC Number | | Date |
| Andriano, Wendi | 191593 | | 6-10-05 |
| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
| 30 D 266 | Lumley | 3300 | Perryville |

**You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. Use this form to describe one issue only!**

**SECTION I**

AREA OF INTEREST *(Check only one block below)*

☐ Medical  ☐ Dental  ☐ Pharmacy  ☒ Mental Health  ☐ Eyes  ☐ FHA  ☐ Other *(specify)* _____

**PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.**

I would like to speak with Dr. Kirby please. I'm having anxiety attacks again!

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature: *Wendi*

**SECTION II**

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

REFERRAL BY MEDICAL STAFF

☐ Medical  ☐ Dental  ☐ Pharmacy  ☒ Mental Health  ☐ Eyes  ☐ FHA  ☐ Other *(specify)* _____

Comments _____

| Staff Signature  NANCY A. SHANK, CRN | Date 6/11/05 | Time 0355 |
|---|---|---|

**SECTION III**

PLAN OF ACTION
You will be scheduled for an appointment.

| Staff Signature  L. Kirby | Date 6/14/05 | Time 1330 |
|---|---|---|

000012178

1101-10P
7/17/97

**SECTION IV**

Distribution: White - Health Unit

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request
(Use For Non-Emergency Requests Only)

## SECTION I

### IDENTIFICATION

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|
| Andriano, Wendi E. | 191593 | 6-10-05 |

| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
|---|---|---|---|
| 30 D 266 | Lumley | 3300 | Perryville |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  <u>Use this form to describe one issue only!</u>

## SECTION II

### AREA OF INTEREST (Check only one block below)

☐ Medical  ☒ Dental  ☐ Pharmacy  ☐ Mental Health  ☐ Eyes  ☐ FHA  ☐ Other *(specify)* _____

**PLEASE PRINT!**  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.
NO ADDED PAGES.

A piece of my molar broke off. It hurts!
It already has a filling in it. What can
I do?

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature _____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

## SECTION III

### REFERRAL BY MEDICAL STAFF

☐ Medical  ☒ Dental  ☐ Pharmacy  ☐ Mental Health  ☐ Eyes  ☐ FHA  ☐ Other *(specify)* _____

Comments

| Staff Signature | NANCY A. SHANK. | Date | Time |
|---|---|---|---|
| | | 6/7/48 | 0410 |

## SECTION IV

### PLAN OF ACTION

routine care list. If it Bother
you real Bad and need it pulled put
another thrl in.

| Staff Signature | Date | Time |
|---|---|---|
| | 6/13/05 | |

000012179

227

1101-10P
7/17/97

Distribution:  White - Health Unit

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request
(Use For Non-Emergency Requests Only)

## SECTION I

**IDENTIFICATION**

Inmate Name *(Last, First M.I.)*  Andriano, Wendi E.

ADC Number  191593

Date  6-9-05

Cell/Bed Number  30 D 266

Unit  Lumley

P.O. Box  3300

Institution/Facility  ASPC- Perryville

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  <u>Use this form to</u> <u>describe one issue only!</u>

## SECTION II

**AREA OF INTEREST** *(Check only one block below)*

☐ Medical   ☐ Dental   ☐ Pharmacy   ☐ Mental Health   ☐ Eyes   ☒ FHA   ☐ Other *(specify)* _____

**PLEASE PRINT!** Describe your medical/dental treatment issue need in the space below.  Be clear and specific.
**NO ADDED PAGES.**

I have severe headaches and neck problems. I would like to see someone about this. Thank You.

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature  Wendi Andriano

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

## SECTION III

**REFERRAL BY MEDICAL STAFF**

☑ Medical   ☐ Dental   ☐ Pharmacy   ☐ Mental Health   ☐ Eyes   ☐ FHA   ☐ Other *(specify)* _____

Comments

Staff Signature  NANCY A. SHANK, CNA

Date  6/11/05

Time  0355

## SECTION IV

**PLAN OF ACTION**  You will be placed on the wait list to see the Dr 6-24-05

Staff Signature  B. Smith CPN  B. SMITH, ILPN I

Date  6-13-05

Time  1516

000012180

22-8

1101-10P
7/17/97

Distribution:  White - Health Unit

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request
(Use For Non-Emergency Requests Only)

## SECTION I

**IDENTIFICATION**

Inmate Name *(Last, First M.I.)* Andriano, Wendi. E.

ADC Number 191593

Date 5-11-05

Cell/Bed Number 266 30D

Unit Lumley

P.O. Box 3300

Institution/Facility Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. __Use this form to describe one issue only!__

## SECTION II

**AREA OF INTEREST** *(Check only one block below)*

☐ Medical  ☐ Dental  ☐ Pharmacy  ☐ Mental Health  ☒ Eyes  ☐ FHA  ☐ Other *(specify)* _____

**PLEASE PRINT!** Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I received a pair of state-issue glasses a few weeks ago. I am unable to wear them because they are too heavy. I have dark red indentations on my nose and behind my ears. What are my options? I have the funds to purchase a pair that fit if I can. It is imperative that I have some glasses that I can wear.

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate Signature  Wendi Andriano

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

## SECTION III

**REFERRAL BY MEDICAL STAFF**

☐ Medical  ☐ Dental  ☐ Pharmacy  ☐ Mental Health  ☒ Eyes  ☐ FHA  ☐ Other *(specify)* _____

Comments

Staff Signature  NANCY SHANK, CNA

Date 5/12/05

Time 0113

## SECTION IV

**PLAN OF ACTION**  you are only allowed state issue glasses while at DOC

Staff Signature  RENEE IRLMEIER, CRN

Date 5/12/05

Time 0910  000012181

229

1101-10P
7/17/97

Distribution: White - Health Unit

DEPARTAMENTO DE CORRECCIONES DE ARIZONA

PETICION DE NECESECIDADES MEDICAS
(SOLO PARA USO DE PETICIONES COMONES)

SECCION I

**IDENTIFICACION**

Nombre
Andriano Wendi E.

Numero de ADC
191593

Fecha
3-25-05

Celda/cama Numbre
30 D 266

Unidad
Lumley

Apartado postal
3300

Instalación: ASPC
Perryville

Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podria retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria. (USE ESTE FORMULARIO PARA DISCRIBIR UN PROBLEMA A LA VEZ!)

SECCION II

**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)

☐ Médica  ☐ Dental  ☐ Farmacia  ☐ Salud Mental  ☒ Ojos  ☐ FHA  ☐ Otros (especifique)

POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramente y sea específico.  NO USE MAS HOJAS!

Please! I need an eye exam for a new prescription. My glasses were taken from me and I CANNOT read or see. I have severe headaches!

Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota para el servicio médico de $3.00 por la cita que aquí estoy pidiendo (excluyendo las exenolones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien to proporcione.

Firma del prisionero
Wendi Andriano

SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON

SECCION III

**REFERENCIA MEDICA**

☐ Médica  ☐ Dental  ☐ Farmacia  ☐ Salud Mental  ☒ Ojos  ☐ FHA  ☐ Otros (especifique)

Comentarios

Firma del empleado  Cheryl Owen, LPN
Cheryl Owen

Fecha
3/24/05

Hora
0118

SECCION IV

**PLAN DE ACCION**
You have been refered to eye line for exam & glasses.

Firma del empleado
Odom OWS I

Fecha
3-24-05

Hora
1300

000012182

1101-10PS
7/17/97

Distribution:  Blanca - Unidad de Salud
Amarillo Canario, Rosa y Amarillo Obscuro - Prisionero

230

DEPARTAMENTO DE CORR    CIONES DE ARIZONA

TICION DE NECESECIDADES MEDICAS
(SOLO PARA USO DE PETICIONES COMONES)

**SECCION I**

**IDENTIFICACION**

| Nombre | Numero de ADC | Fecha |
|---|---|---|
| Wendi E. Andriano | 191593 | 3-1-05 |

| Celda/cama Numbre | Unidad | Apartado postal | Instalación: ASPC |
|---|---|---|---|
| 26b D | 30 | 3300 Lumley | Perryville |

*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podria retrazar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria. (USE ESTE FORMULARIO PARA DISCRIBIR UN PROBLEMA A LA VEZ!)*

**SECCION II**

**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*

[X] Médica  [ ] Dental  [ ] Farmacia  [ ] Salud Mental  [ ] Ojos  [ ] FHA  [ ] Otros *(especifique)*

POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. NO USE MAS HOJAS!

My feet, ankles and lower legs are swollen and feel bruised.
When I stand up the later part turns blue! I try to walk
but the pads of my feet hurt! What can I do?

Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota para el servicio médico de $3.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.

Firma del prisionero

Wendi Andriano

SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON

**SECCION III**

**REFERENCIA MEDICA**

[X] Médica  [ ] Dental  [ ] Farmacia  [ ] Salud Mental  [ ] Ojos  [ ] FHA  [ ] Otros *(especifique)*

Comentarios

| Firma del empleado | Fecha | Hora |
|---|---|---|
| INGRID GALLEGOS, ILPN II | 3/1/5 | 00 40 |

**SECCION IV**

**PLAN DE ACCION**   Placed on provider line 3-8-05

Seon Delay  Rohim  3/8/05

| Firma del empleado | Fecha | Hora |
|---|---|---|
| B. SMITH, ILPN I | 3-1-05 | 18:17 |

Distribution:   Blanca - Unidad de Salud
Amarillo Canario, Rosa y Amarillo Obscuro - Prisionero

00001218  RRPD10PS
231   7/17/97

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request
(Use For Non-Emergency Requests Only)

## SECTION I

**IDENTIFICATION**

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Andriano, Wendi E. | 191593 | 1-29-05 |

| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
|---|---|---|---|
| 30 D 266 | Lumley | 3300 | Perryville |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  **Use this form to describe one issue only!**

## SECTION II

**AREA OF INTEREST** (Check only one block below)

[X] Medical   [ ] Dental   [ ] Pharmacy   [ ] Mental Health   [X] Eyes   [ ] FHA   [ ] Other (specify) _____

**PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific. NO ADDED PAGES.**

I have severe headaches, disorientation, nausea. My eyes hurt from the strain of not having my eye glasses. My ability to read and write is unduly hindered — cannot work on legal matters like I am supposed to. Too much pain from leaning over to see what I am writing or reading. I cannot have this! Must have something done ASAP.

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature   Wendi Andriano

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

## SECTION III

**REFERRAL BY MEDICAL STAFF**

[ ] Medical   [ ] Dental   [ ] Pharmacy   [ ] Mental Health   [X] Eyes   [ ] FHA   [ ] Other (specify) _____

**Comments**

| Staff Signature | Date | Time |
|---|---|---|
| Cisneros | 1/31/05 | 0800 |

## SECTION IV

**PLAN OF ACTION**

~~Schedule for the~~ appt   You have been sid for the eye doctor

| Staff Signature | Date | Time |
|---|---|---|
| | 31 JAN 05 | 0830 |

000012184

Distribution:  White - Health Unit

1101-10P
7/17/97

232

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request**
**(Use For Non-Emergency Requests Only)**

## SECTION I

### IDENTIFICATION

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Andriano, Wendi E. | 191593 | 1-11-05 |

| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
|---|---|---|---|
| 268 / 30 D | Lumley | 3300 | ASPC - PV |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  Use this form to describe one issue only!

## SECTION II

### AREA OF INTEREST (Check only one block below)

☐ Medical  ☐ Dental  ☐ Pharmacy  ☐ Mental Health  ☒ Eyes  ☐ FHA  ☐ Other (specify) _____

**PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.**
**NO ADDED PAGES.**

I need an eye exam because I wear glasses however they are not in compliance. So they were taken from me. ☺

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature   Wendi Andriano

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

## SECTION III

### REFERRAL BY MEDICAL STAFF

☐ Medical  ☐ Dental  ☐ Pharmacy  ☐ Mental Health  ☒ Eyes  ☐ FHA  ☐ Other (specify) _____

Comments

| Staff Signature | Date | Time |
|---|---|---|
| CHERYL OWEN/ Cheryl Owen RN | 1/11/05 | 0810 |

## SECTION IV

### PLAN OF ACTION

You have a referral sent to eye doctor

| Staff Signature | Date | Time |
|---|---|---|
| John CAST | 1-12-05 | 12 |

000012185

233

1101-10P
7/17/97

Distribution:  White - Health Unit

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request
(Use For Non-Emergency Requests Only)

## SECTION I

### IDENTIFICATION

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|
| Andriano, Wendi E. | 191593 | 1-05-05 |

| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
|---|---|---|---|
| D 268 | Lumley - D | 3300 | ASPC - PV - Lumley |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  **Use this form to describe one issue only!**

## SECTION II

### AREA OF INTEREST *(Check only one block below)*

☐ Medical   ☐ Dental   ☐ Pharmacy   ☒ Mental Health   ☐ Eyes   ☐ FHA   ☐ Other *(specify)*

**PLEASE PRINT!**  Describe your medical/dental treatment issue need in the space below.  Be clear and specific. **NO ADDED PAGES.**

I am having issues with anxiety and depression. I need to speak with Dr. Kerby ASAP.

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature   Wendi Andriano

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

## SECTION III

### REFERRAL BY MEDICAL STAFF

☐ Medical   ☐ Dental   ☐ Pharmacy   ☒ Mental Health   ☐ Eyes   ☐ FHA   ☐ Other *(specify)* ___

Comments

| Staff Signature | Date | Time |
|---|---|---|
| RODOLFO S. WILLIAMS, CNP | 1/6/05 | 0200 |

## SECTION IV

### PLAN OF ACTION

Inmate seen on 1/10/05.

| Staff Signature | Date | Time |
|---|---|---|
| L. Kirby | 1/11/05 | 1310 |

000012186

234

1101-10P
7/17/97

Distribution:  White - Health Unit

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request
(Use For Non-Emergency Requests Only)

## SECTION I

### IDENTIFICATION

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|
| Andriano, Wendi E. | 191593 | 5-06-05 |

| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
|---|---|---|---|
| 268 | D | 3300 | ASPC- PV - Lumley |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  **Use this form to describe one issue only!**

## SECTION II

### AREA OF INTEREST (Check only one block below)

☐ Medical   ☐ Dental   ☐ Pharmacy   ☑ Mental Health   ☐ Eyes   ☐ FHA   ☐ Other *(specify)* _____

**PLEASE PRINT!**  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.
**NO ADDED PAGES.**

I urgently need to have a meeting with Counselor Gabriano to discuss personal issues, ASAP!

Thank You

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature   *Wendi Andriano*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

## SECTION III

### REFERRAL BY MEDICAL STAFF

☐ Medical   ☐ Dental   ☐ Pharmacy   ☑ Mental Health   ☐ Eyes   ☐ FHA   ☐ Other *(specify)*

Comments

| Staff Signature | Date | Time |
|---|---|---|
| RODOLFO S. VILLARS, CRN | 1 / 9 / 05 | 0200 |

## SECTION IV

### PLAN OF ACTION

Inmate seen on 1/10/05.

| Staff Signature | Date | Time |
|---|---|---|
| L. Kerly | 1/11/05 | 1320 |

000012187
235

1101-10P
7/17/97

Distribution:  White - Health Unit

ARIZONA DEPARTMENT OF CORRECTIONS

Mental Health Treatment Plan - Outpatient

| | |
|---|---|
| Initial Staffing Date 01/17/2012 | Primary Therapist/Case Manager MD 1-17-12 13:05 |
| Estimated Release Date Death Row | P/I Scores    MHS: 36    36    SMI? ☐ Yes ☑ No |

DSM Diagnoses:

Axis I    Adjustment D/O w/depressed mood and anxiety    evd 309.28

Axis II

Axis III

Currently Prescribed Psychotropic Medications?  If yes, what?     Compliant with Medications? ☑ Yes ☐ No

☑ Yes ☐ No    risperdal, zoloft

Chronic Medical Conditions

Mental Health Alerts
☐ Suicide   ☐ Self-Mutilation   ☐ Violence   ☐ Sexual Assault   ☐ Substance Abuse   ☐ Feigning/Manipulation

Strengths

insightful, seeks help,

Limitations

troubles adjusting to change,

Target Problems/Behaviors (RANK in terms of Treatment)

| | | |
|---|---|---|
| 1 _____ Suicidal Ideation/Attempts | 6 _____ Psychotic Symptoms | 11 _____ Other Antisocial Behavior |
| 2 _____ Self-Mutilation | 7 _____ Cognitive Defects | 12 _____ Other |
| 3 _____ Violence/Assault | 8 _____ Social Skills Deficit | 13 _____ Other |
| 4 _____ Sexual Assault/Inappropriate Behavior | 9 _____ Personal Hygiene | 14 _____ Other |
| 5 _1_ Mood Disturbances | 10 _____ Noncompliance | 15 _____ Other |

Problem Number _5_   Treatment Goal Number 1
Interventions   med compliant, submit HNR per prn, develop health coping skills related to change

Problem Number _____   Treatment Goal Number 2
Interventions

Problem Number _____   Treatment Goal Number 3
Interventions

Inmate Participation
☐ Present at Staffing   ☐ Contributed to Plan   ☑ Unable to Participate   ☐ Refused   ☐ Discussed 1:1 with Therapist

| Review Date | Problem Number | Progress/Status | Problem Cont. | Problem Discont. | Goal Achieved |
|---|---|---|---|---|---|
| 01/17/2012 | 5 | started meds | X | | |
| 2/26/12 | | Per chart review   CB | | | |

| | | |
|---|---|---|
| Treatment Team Present at Staffing (Please use Name Stamp and Initial) M. Page, LAC Psychology Associate II   MPC C. Boula person Tech   1-17-12 | Inmate Name (Last, First M.I.) Andriano, Wendi | ADC Number 191593 |
| | Date of Birth 08/26/1970 | Facility/Unit ASPC-PV-SMA |

000012188

736   1103-16P

**ARIZONA DEPARTMENT OF CORRE  ~NS**

**Mental Health Treatment Plan - Outpatient**

| Initial Staffing Date 05/05/2011 | Primary Therapist/Case Manager | | |
|---|---|---|---|
| Estimated Release Date | P/I Scores | MHS: MH-3R | SMI? ☐ Yes ☑ No |

**DSM Diagnoses:**

Axis I    Mood Disorder NOS

Axis II

Axis III

Currently Prescribed Psychotropic Medications?  If yes, what?            Compliant with Medications?
☐ Yes ☑ No                                                              ☐ Yes  ☐ No

Chronic Medical Conditions

**Mental Health Alerts**
☐ Suicide  ☐ Self-Mutilation  ☐ Violence  ☐ Sexual Assault  ☐ Substance Abuse  ☐ Feigning/Manipulation

Strengths

Limitations

**Target Problems/Behaviors** *(RANK in terms of Treatment)*

| 1 ___ Suicidal Ideation/Attempts | 6 ___ Psychotic Symptoms | 11 ___ Other Antisocial Behavior ___ |
|---|---|---|
| ___ Self-Mutilation | 7 ___ Cognitive Defects | 12 ___ Other ___ |
| 3 ___ Violence/Assault | 8 ___ Social Skills Deficit | 13 ___ Other ___ |
| 4 ___ Sexual Assault/Inappropriate Behavior | 9 ___ Personal Hygiene | 14 ___ Other ___ |
| 5 __1__ Mood Disturbances | 10 ___ Noncompliance | 15 ___ Other ___ |

Problem Number __5__    Treatment Goal Number 1   Attain/maintain stable healthy mood functioning
Interventions   Seek tx, medication compliance, develop/utilize healthy coping strategies, HNRs prn

Problem Number _____    Treatment Goal Number 2
Interventions

Problem Number _____    Treatment Goal Number 3
Interventions

**Inmate Participation**
☐ Present at Staffing  ☐ Contributed to Plan  ☑ Unable to Participate  ☐ Refused  ☐ Discussed 1:1 with Therapist

| Review Date | Problem Number | Progress/Status | Problem Cont. | Problem Discont. | Goal Achieved |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Treatment Team Present at Staffing *(Please use Name Stamp and Initial)*

| Inmate Name *(Last, First M.I.)* ANDRIANO, Wendi | ADC Number 191593 |
|---|---|
| Date of Birth 08/06/1970 | Facility/Unit ASPC-PV Spec. Mgt Area |

000012189

237   1103-16P

**ARIZONA DEPARTMENT OF CORRECTIONS**

Mental Health Treatment Plan - Outpatient

| Initial Staffing Date 10/06/2010 | Primary Therapist/Case Manager | |
|---|---|---|
| Estimated Release Date **DEATH** | P/I Scores | MHS: MH-3R | SMI? ☐ Yes ☐ No |

DSM Diagnoses:

Axis I ___Mood Disorder NOS___

Axis II _____

Axis III _____

Currently Prescribed Psychotropic Medications?  If yes, what?     Compliant with Medications? ☐ Yes ☐ No

☐ Yes ☑ No

Chronic Medical Conditions

---

Mental Health Alerts

☐ Suicide ☐ Self-Mutilation ☐ Violence ☐ Sexual Assault ☐ Substance Abuse ☐ Feigning/Manipulation

Strengths

Limitations

Target Problems/Behaviors *(RANK in terms of Treatment)*

| 1 ___ Suicidal Ideation/Attempts | 6 ___ Psychotic Symptoms | 11 ___ Other Antisocial Behavior |
|---|---|---|
| 2 ___ Self-Mutilation | 7 ___ Cognitive Defects | 12 ___ Other ___ |
| 3 ___ Violence/Assault | 8 ___ Social Skills Deficit | 13 ___ Other ___ |
| 4 ___ Sexual Assault/Inappropriate Behavior | 9 ___ Personal Hygiene | 14 ___ Other ___ |
| 5 _1_ Mood Disturbances | 10 ___ Noncompliance | 15 ___ Other ___ |

---

Problem Number __5__  Treatment Goal Number 1  Attain/maintain stable, healthy mood functioning
    Interventions  Seek tx, medication compliance, develop/utilize healthy coping strategies, HNRs prn

Problem Number ____  Treatment Goal Number 2
    Interventions

Problem Number ____  Treatment Goal Number 3
    Interventions

---

Inmate Participation

☐ Present at Staffing ☐ Contributed to Plan ☑ Unable to Participate ☐ Refused ☐ Discussed 1:1 with Therapist

| Review Date | Problem Number | Progress/Status | Problem Cont. | Problem Discont. | Goal Achieved |
|---|---|---|---|---|---|
| 5-5-11 | 5 | MH-3R Per Chart Review | | | |
| 9/11/12 | | | | | |

---

Treatment Team Present at Staffing *(Please use Name Stamp and Initial)*

Mansfield-Blair PHD
Psych II

| Inmate Name *(Last, First M.I.)* ANDRIANO, Wendi | ADC Number 191593 |
|---|---|
| Date of Birth 08/06/1970 | Facility/Unit ASPC-PV Special Mgt. Area |

1103-16P

000012790

238

ARIZONA DEPARTMENT OF CORRE...    S

**Mental Health Consent**

I, _Wendi Andriano_ consent to interviewing, evaluation, and/or treatment with Mental Health
       *(Please Print Name)*
staff.  I understand that my participation is voluntary and I may terminate at any time.  I understand that the information I provide
is confidential, <u>except</u> under the following circumstances:

1.    I threaten myself or someone else with serious physical harm.

2.    I provide information related to the safe, secure and orderly functioning of the institution *(e.g., escape, disturbances, drug trafficking)*.

3.    I provide information related to suspected abuse, neglect or molestation of a minor or a vulnerable or developmentally disabled adult.

4.    I am or become involved in legal proceedings requiring that my file be open for  court inspection *(e.g. lawsuits, civil commitment proceedings for sexually violent person status)*.

5.    I provide information related to an unsolved capital offense *(e.g. unsolved murder)*.

I also understand that mental health information is kept in my medical record which is governed by the ADC guidelines for
medical record confidentiality.  I understand that the Mental Health staff member I am seeing works with a Mental Health team
and my case may be discussed with other members of Mental Health or Health Services. The Mental Health staff member I am
seeing has described potential advantages as well as risks and disadvantages of mental health interviewing, evaluation and/or
treatment.  My questions have been answered to my satisfaction.

| Inmate's Signature | Date  DEC 2 3 2004 |
| --- | --- |
| Mental Health Staff Name *(Last, First M.I.)* | Job Title  *MHTC* |
| Mental Health Staff Signature | Date  DEC 2 3 2004 |

| Inmate Name  *(Last, First M.I.)* | ADC Number  191593 |
| --- | --- |
| Andriano, Wendi E | |
| Date of Birth  8-26-70 | Facility/Unit  ASPC-PERRYVILLE COMPLEX |

**Mental Health Consent Form**

1103-18P
6/27/02

000012191
239

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|---|
| 3/27/13 | 1310 | S | PSYCH II NOTE/END TX/ 20 MINUTES IM IS FEELING ANXIOUS ABOUT HER NEIGHBOR (MILKE) BEING RELEASED. SHE IS NOT SLEEPING WELL AND WE TALKED ABOUT SLEEP HYGIENE |
|  |  |  | |
|  |  |  | |
|  |  | O | Orientation: X  Eye contact: Good  Fair  Poor

Appearance/Presence: WNL  Disheveled  Dirty  Odor

Speech: WNL  Rapid  Slow  Pressured  Loud  Soft/Low

Psychomotor: WNL  Agitated  Tremor/Tic  Slowed

Interpersonal: Cooperative  Hostile  Demanding  Guarded/Evasive

Thought Process: Logical  Tangential  FOI  LOA

Perception: WNL  AH  VH  Delusions

Thought Content: Normal  Delusional  Obsessive

Judgment: Good  Fair  Poor    Insight: Good  Fair  Poor

Mood: WNL/Euthymic  Anxious  Depressed  Angry  Elevated  Apathetic

Affect: WNL/Congruent  Sad  Blunted  Flat  Labile  Restricted

Appetite: WNL    Sleep: WLN    Energy: WNL

Suicidal Ideation: Y  N    Homicidal Ideation: Y  N

Comments: |
|  |  | A | DX:

DTS Risk:            DTO Risk: |
|  |  | P | ___ IM aware of HNR Protocol    ___ Other

___ Refer to Psychiatry |

T. ETLING PSY D

| Inmate Name | ADC Number |
|---|---|
| ANDRIANNO, WENDI | 191593 |
| DOB | Facility/Unit |
| 8/26/70 | ASPC-PV-SMA |

CONTINUOUS PROGRESS RECORD - Mental Health

000012

240

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|---------------------------------------------------------------------------------------|
| 3/5/13 | | S | Psych II Note / End. Tx. / 30 Minutes. FM asked to be seen. Sleep disturbance + feeling depressed. Father is dying of cancer. She had a bad reaction to Zoloft and stopped it |
| | | O | Orientation: X3 Eye contact: (Good) Fair Poor<br>Appearance/Presence: (WNL) Disheveled Dirty Odor<br>Speech: (WNL) Rapid Slow Pressured Loud Soft/Low<br>Psychomotor: (WNL) Agitated Tremor/Tic Slowed<br>Interpersonal: (Cooperative) Hostile Demanding Guarded/Evasive<br>Thought Process: (Logical) Tangential FOI LOA<br>Perception: (WNL) AH VH Delusions<br>Thought Content: (Normal) Delusional Obsessive<br>Judgment: (Good) Fair Poor   Insight: (Good) Fair Poor<br>Mood: (WNL/Euthymic) Anxious Depressed Angry Elevated Apathetic<br>Affect: WNL/Congruent Sad Blunted Flat Labile Restricted<br>Appetite: WNL   Sleep (WLN)   Energy: (WNL)<br>Suicidal Ideation: Y (N)   Homicidal Ideation: Y (N)<br>Comments: |
| | | A | DX: —<br>DTS Risk: ∅   DTO Risk: ∅ |
| | | P | ✓ IM aware of HNR Protocol ____ Other<br>____ Refer to Psychiatry<br>Ted W. Etling, PsyD<br>Psych II |

CONTINUOUS PROGRESS RECORD - Mental Health

| Inmate Name | ADC Number |
|-------------|------------|
| ADRIANO, WENDI | 191593 |
| DOB | Facility/Unit |
| 8/26/70 | ASPC-PV-SMA |

1103-40P
00001219

241

ARIZONA DEPARTMENT OF CORRE( )NS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|------|------|------|------|
| 2-26-13 | 1300 | X | ASPC-PV-BL Unit Mental Health intake/chart review form. |
| | | | The inmate's medical and mental health record has been reviewed. At this |
| | | | time it is determined that: |
| | | | MH score _2_ Subcode __A __B __C |
| | | | Suicide Attempt √Y __N |
| | | | SMI __Y √N |
| | | | Last MH Contact Date: 1-15-13 |
| | | | Last Psych Nurse Contact Date: _____ |
| | | | Meds: __Y √N   Med Exp. _____   RTC Date: _____ |
| | | | Last MD/NP Contact Date: 9-11-12 |
| | | | Last AIMS Date (if applicable): _____ |
| | | | Last Tx Plan Date: 2-26-13 |
| | | | Diagnosis: Mood D/O NOS, Bipolar D/O NOS Per chart review |
| | | | Comments: |
| | | | __X__ Inmate requires NO REFERRAL to mental health services at this time. |
| | | | _____ Inmate will be referred to Psychology for evaluation, per protocol |
| | | | _____ Inmate will be referred to Psychiatry for evaluation |
| | | | _____ Inmate needs a 14-day assessment |
| | | | IM Moved to MH2 Medications D/C 9/11/12 IM no longer 3B(Mh) |

**CONTINUOUS PROGRESS RECORD**

| Inmate Name (Last, First M.I.) Andriano, Wendi | ADC Number 191593 |
|---|---|
| Date of Birth 8-6-70 | Facility/Unit ASPC - PV - BL Unit |

000012104
1101-62P
11/21/01
2b

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|-----|
| 1/15/13 | 11 30 | S | Psych II NOTE / END TX / 10 MINUTES I'M WAS VERY CHEERFUL AND TALKATIVE. SHE SEEMS WELL ADJUSTED TO HER LIFE AND HER SENTENCE. |
| | | O | Orientation: X3  Eye contact: (Good) Fair Poor<br>Appearance/Presence: (WNL) Disheveld Dirty Odor<br>Speech: (WNL) Rapid Slow Pressured Loud Soft/Low<br>Psychomotor: (WNL) Agitated Tremor/Tic Slowed<br>Interpersonal: (Cooperative) Hostile Demanding Guarded/Evasive<br>Thought Process: (Logical) Tangential FOI LOA<br>Perception: (WNL) AH VH Delusions<br>Thought Content: (Normal) Delusional Obsessive<br>Judgment: (Good) Fair Poor   Insight: (Good) Fair Poor<br>Mood: WNL/(Euthymic) Anxious Depressed Angry Elevated Apathetic<br>Affect: (WNL/Congruent) Sad Blunted Flat Labile Restricted<br>Appetite: (WNL)  Sleep: (WLN)  Energy: (WNL)<br>Suicidal Ideation: Y (N)   Homicidal Ideation: Y (N)<br>Comments: NO MEDS - BUT BIPOLAR |
| | | A | DX:<br>DTS Risk: ∅          DTO Risk: ∅ |
| | | P | ✓ IM aware of HNR Protocol ____ Other<br>____ Refer to Psychiatry |

Ted W. Etling, PsyD
Psych II

| Inmate Name | ADC Number |
|-------------|------------|
| ANDRIANO, WENDI | 191593 |
| DOB | Facility/Unit |
| 8/26/70 | ASPC DW SMA |

000012108

243

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Cellfront Visit Checklist**

| Date of Visit | Time | Length of Visit (minutes) |
|---|---|---|
| 11/5/12 | 1120 | 5 Minutes |

| **Sensorium** | (Alert) | Confused | Oriented _____ | | | Disoriented | | |
|---|---|---|---|---|---|---|---|---|

**Attention**   (Intact)   Adequate   Distractible   Deteriorated

**Concentration**   (Good)   Limited   Poor   Deteriorated

**Mood** ⊘   Depressed   Hostile   Angry   Apathetic   Lethargic   Anxious   Euphoric   Fearful   Euthymic

**Affect**   (Normal)   Detached   Flat   Histrionic   Inappropriate   Blunted   Labile   Manic

**Thought Structure/Content**   (Logical)   FOI   LOA   Bizarre   Circumstantial   Tangential   Grandiose   Sexual   Concrete
Religious   Guilt   Suicidal   Homicidal   e.g. _____

**Hygiene**   Showered   Shaved   Excellent   (Good)   Unremarkable   Poor

**Other**   Threatening   N/A   Banging   N/A

**Assessment**   IM seen cell front, spoke in normal toned voice, made good eye contact, deneed SI/HI.

**Plan**
☐ Refer for next psychiatrist line
☒ Regular follow up
☐ Refer to psychologist for further evaluation
☐ Immediate action - psychiatrist/psychologist

**Comments**   No-Meds. "I dont need to see the psych Dr."
IM put in HNR to stop psych meds - DC'd 10/15/12

| Signature | | Date |
|---|---|---|
| D. Patterson PNA   Denice Gilbertson, PNA | | 11/5/12 |

| Inmate Name (Last, First M.I.) | | ADC Number |
|---|---|---|
| Andriano, W | | 191593 |
| Date of Birth | Facility/Unit | |
| | ASPC-PV | |

000012186
1105-24P
11/27/01
2u4

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|------|
| 10/10/12 | 1200 | S | Seen per Routine F/U: IM said that she recently stopped taking her antidepressant medication and "I am doing really good." She said that she has no issues to discuss at this time. |
| | | O | Orientation: x 3; Eye Contact: Good; Appearance/Presence: WNL; Mood: Euthymic; Affect: Congruent; Speech: WNL; Psychomotor: WNL; Thought Process: Logical; Thought Content: Normal; Judgment: Good; Insight: Good; Interpersonal: Cooperative; Denied SI/HI; Denied AH/VH |
| | | A | Dx: Deferred |
| | | P | Follow-Up per Policies & Procedures; HNR prn |

K. Mansfield-Blair, Ph.D.
Psych II

CONTINUOUS PROGRESS RECORD - Mental Health

| Inmate Name | ADC Number |
|-------------|------------|
| ANDRIANO, Wendi | 191593 |
| DOB | Facility/Unit |
| 08/26/1970 | ASPC-PV Special Mgt. Area |

000012197
245
1103-40P
8/9/01

P-App. 006417

Age - 41.
Incarcerated - 12 years - She Inser Since 2004
DoB - 8-6-70 - 4B/10

ARIZONA DEPARTMENT OF CORRECTIONS
Psychiatric Follow-Up Note - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|---|
| 9/11/12 | 3:40 | S | Has had thoughts of Suicide |

Taking medication as prescribed: ☐ Yes ☐ No

Rx effective: ☐ Yes ☑ No
Side effects present: ☐ Yes ☑ No   No meds give T/H
Mood disturbance: ☐ Yes ☑ No
Sleep & appetite disturbance: ☐ Yes ☐ No   She has a sleep
New stressors: ☑ Yes ☐ No   Insomnia

11 PM, 4:00 am, 3:00 AM. Pill Call;
She is Stressed on lock up. She stays a lot; Stays a lot; watches T.V.;
has gotten used to being locked up. She reads a lot; writes J.V.;
Exercise daily (Bed; Jumping; cook). She has a pill desk Job; Cleaning. She has
SH, No Chest; talks to Next door Gal.

O:
Appearance: ☑ WNL ☐ Remarkable    Abnormal movements: ☑ Yes ☐ No
Alert: ☑ Yes ☐ No
Mood: ☑ Euthymic ☐ other
Eye contact/Motor coordination: ☑ WNL ☐ Remarkable
Concentration: ☑ Good ☐ Fair ☐ Poor
Perception: ☑ WNL ☐ Remarkable ☐ No Hallucinations
Speech & Thought process: ☑ WNL ☐ Remarkable (Lot of spiritual things)
Insight & Judgment: ☑ Fair ☐ Poor
Thought content: ☑ WNL ☐ Remarkable ☐ No Delusions
Orientation & Memory: ☐ Grossly intact ☑ Impaired
Violent Ideation: ☐ Yes ☐ No
Self-destructive ideation: ☑ Yes ☐ No

2003 · Cut her arm, Served her potential rights

A:
Diagnoses: ☐ New ☑ Existing
☐ More symptomatic ☐ Less symptomatic ☑ Minimally symptomatic ☐ Symptom-free

Labs: ☐ None    Consults: ☐ None

P:   Rx/Target Sx Changes: ☐ No
Married 7 years; together 9. He died of Carcinoma; adrenal cystic
Carcinoma. Diagnosed at age 26 yr. He had 3 surgeries prior to diagnosis.
She has 2 children. 14 and 15. They are raised by Sister in law and her
husband.

Discussed treatment options and potential risks and benefits: ☑ Yes ☐ No
☐ Psychiatric Nurse ☑ Psychiatrist/MHNP

Follow up with:
Accepted 9/11/12 1615 HMG   Return as needed
Discontinue all medications

Fred B. Smith. MD.
9-11-12

| Inmate Name | ADC Number |
|---|---|
| Andiano Wendi | 191593 |
|  | 000012198 |
| DOB 8/6/70 | Facility/Unit Perryville SMA 2460 |

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|------|
| 5-2-12 | 15:00 | | Psych Assoc II |
| | | | IM reported she is upset about the new way security is stripping people out for rec., discussed the importance of fresh air and exercise. IM reported her mom hurt her foot recently. Discussed situations w/ officers, "its very upsetting to see the abuse of power." |
| | | O | 0x3, logical, easy to tear, groomed |
| | | A | defensed. DTO/DTS: Denied |
| | | P | f/u per policy |

M. Page, M.Ed, M.A., LPC
Psych Assoc II

CONTINUOUS PROGRESS RECORD - Mental Health

| Inmate Name | ADC Number |
|-------------|------------|
| Andriano, Wendi | 191593 |
| DOB | Facility/Unit |
| 8-26-70 | ASPC-PV-SMA |

000012199

247   1103-40P

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|--------------------------------------------------------------------------------------------------------------------------|
| 3/13/12 | 1528 | X | ********** C H A R T     R E V I E W ********** |
|  |  |  | _____ TRANSFER FROM_____     ✔ ROUTINE REVIEW |
|  |  |  |  |
|  |  |  | MH SCORE: MH3B     SMI: Y (N)     On Meds: (Y) N |
|  |  |  |  |
|  |  |  | HISTORY OF SUICIDE ATTEMPT(S): (Y) N    x 1 - Sept 2003 "cutam" |
|  |  |  |  |
|  |  |  | FOLLOW-UP SCHEDULE:   HNR prn   (q 90)   q 30   OTHER: _____ |
|  |  |  |  |
|  |  |  | CONSENT FORM IN CHART (Y) N  If no, obtained/signed/filed: _____ |
|  |  |  | PROBLEM LIST UPDATAED: (Y) N  n/a |
|  |  |  | TREATMENT PLAN IN CHART: (Y) N  n/a |
|  |  |  | LAST Tx PLAN UPDATE: 1/17/12  If no, obtained/signed/filed: _____ |
|  |  |  |  |
|  |  |  | CHART DOCUMENT ORDER - Reviewed and Corrected: _yes_ |
|  |  |  |  |
|  |  |  | DATABASE UPDATED: _yes_ |
|  |  |  |  |
|  |  |  | APPOINTMENT SCHEDULED: _N/a_ |
|  |  |  |  |
|  |  |  | RECEIVING/REVIEWING PSYCHOLOGIST/PSYCHOLOGY ASSOCIATE (sign/stamp) |
|  |  |  |  |
|  |  |  | S. LEONARD, Psy. D. PSYCHOLOGIST II |

CONTINUOUS PROGRESS RECORD - Mental Health

| Inmate Name | ADC Number |
|-------------|------------|
| Andriano, Wendi | 191593 |
|  | 000012200 |
| DOB | Facility/Unit |
| 8/26/70 | ASPC-PV -BL, SMA 248 |

ARIZONA DEPARTMENT OF CORRECTIONS

Psychiatric Follow-Up Note - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|------|
| 4/17/12 | 1150 | S | Taking medication as prescribed: ☑ Yes ☐ No          *Rel: Death on appeal* |

Side effects present: ☑ Yes ☐ No          Rx effective: ☑ Yes ☐ No

Sleep & appetite disturbance: ☑ Yes ☐ No          Mood disturbance: ☐ Yes ☑ No

New stressors: ☑ Yes ☐ No   Major stressor → Appeal pending; mother leaving step-father & IM feels some responsibility. IM reports that being on CDS meds difficult due to dosing @ 3am. Also states slightly more difficulty c̄ flow of thoughts on Lithium. Requesting med change.

O:   Appearance: ☑ WNL ☐ Remarkable          Abnormal movements: ☐ Yes ☑ No

Mood: ☑ Euthymic ☐ other          Alert: ☑ Yes ☐ No

Eye contact/Motor coordination: ☑ WNL ☐ Remarkable

Concentration: ☑ Good ☐ Fair ☐ Poor

Perception: ☑ WNL ☐ Remarkable ☐ No Hallucinations

Speech & Thought process: ☑ WNL ☐ Remarkable

Insight & Judgment: ☑ Fair ☐ Poor

Thought content: ☑ WNL ☐ Remarkable ☑ No Delusions

Orientation & Memory: ☑ Grossly intact ☐ Impaired

Self-destructive ideation: ☐ Yes ☑ No          Violent Ideation: ☐ Yes ☑ No

A:   Diagnoses: ☐ New ☑ Existing   H/o Bipolar I D/o, H/o Dependent PD, H/o PTSD; Mood D/o NOS, R/o Bipolar D/o NOS

☐ More symptomatic   ☐ Less symptomatic   ☑ Minimally symptomatic   ☐ Symptom-free

P:   Rx/Target Sx Changes: ☐ No          Labs: ☐ None          Consults: ☑ None

D/c Lithium per IM request          → to pharm
Start Tegretol 200 mg PO BID KOP x 7 weeks)
Labs: CBC, CMP, Tegretol level in 2 wks          → to lab
Cont in dw counseling c̄ yard Passer II.

Discussed treatment options and potential risks and benefits: ☑ Yes ☐ No

Follow up with: ☐ Psychiatric Nurse   ☑ Psychiatrist/MHNP   4 wks

[signature] RN 4/17/12 @ 1552

DR. TRACY L. CREWS, MD
PSYCHIATRIST
ASPC-PERRYVILLE
623-853-0304 x. 24209
DEA # AA2052001-278

M. Griggs RN

RTC 5/15/12, ME 10/15/12

Psychiatric Follow-Up Note - Mental Health

| Inmate Name | ADC Number |
|-------------|------------|
| Andriano, Wendi | 191593 |
| DOB | Facility/Unit |
| 8/6/70 | PV-3LU  249  000012201 |

ARIZONA DEPARTMENT OF ̶ ̶RECTIONS

**Informed Consent for Psychotropic Medication**
**Class: Anticonvulsant/Mood Stabilizer**

Medication: Carbamazepine (Tegretol) ———————— Usual Dose: 400-1200 mg daily

My provider has discussed with me the nature of my emotional problems for which the above medication has been prescribed. I have been informed of the reasons why the medication may be helpful including the likelihood of my emotional problems possibly improving, or worsening, with and without medication. If effective treatment alternatives to medication are available, I have been notified by my provider. I am aware of the best estimate of the time I will need to continue on the medication.

Frequent side effects include drowsiness, fatigue, unsteadiness, blurred vision, dizziness, nausea, vomiting, gastric distress, blurred or double vision, dry mouth, or constipation. These adverse reactions are usually temporary and resolved within a few weeks.

Infrequent side effects that you should report to staff include edema (swelling), irregular heartbeat, confusion, headache, weight gain, abdominal pain, chills/fever, rash visual hallucinations, jaundice (yellowing of skin, mucus membranes, and/or eyes), enlarged lymph nodes, photosensitivity, tinnitus (ringing of ears) increase thirst, sexual side effects (or hypersensitivity (allergic) reaction), menstrual disturbances in females.

Rarely this drug can cause high or low blood pressure, slowed heart rate and loss of consciousness, congestive heart failure, decreased in blood cells with resultant risks (such as infection), blood clots, renal (kidney) failure, liver inflammation and/or liver failure, enlarged spleen, hyponatremia (low sodium in blood), inflammation of the pancreas.

Because this medication interacts with many other medications, please inform your provider if you start any other medications. Blood tests are required with this med. Females: DO NOT use this medication if you are pregnant or plan to become pregnant. Carbamazepine has been shown to harm the fetus of pregnant women.

Please note that effective medications may cause side effects in some people. If any new symptoms appear, please notify the staff since side effects can often be minimized or controlled. Most people experience few or no side effects, and those which do appear often improve with time or reduction in medication.

Having read the above, I have decided to accept medication as prescribed for the treatment of my emotional problems.

I understand that I may change my decision to accept this medication, but I will not stop this medication without first discussing my decision directly with my provider.

| Witness Name *(Please print)* | Witness Signature | Date |
|---|---|---|
| DR. TRACY L. CREWS, MD<br>PSYCHIATRIST<br>ASPC-PERRYVILLE<br>623-853-0304  x. 24209<br>DEA # AA205200̶1̶-̶0̶7̶8̶ | *[signature]* | 4/17/12 |

| Inmate Name *(Please print)* | | Date of Birth | ADC Number |
|---|---|---|---|
| Andriano, Wendi | | 8/6/70 | 191593 |

| Institution/Unit | Inmate Signature | Date |
|---|---|---|
| DR. TRACY L. CREWS, MD<br>PSYCHIATRIST<br>ASPC-PERRYVILLE<br>623-853-0304  x. 24209<br>DEA # AA205200̶1̶-̶0̶7̶8̶ | X *[signature]* | 4-17-12 |

1103-74
12/16/08

000012202

250

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|---------------------------------------------------------------|
| 4-11-12 | 10⁰⁰ | | psych assor II |
| | | S | IM reported feeling "pretty good" lately. Reports having some problems w/ neighbors but "just basic stuff." IM reports she isn't very stressed at this time about legal issues b/c "I'd probably won't hear anything until later this year or early next year." IM reports worrying about her mother and her financial needs. Discussed core beliefs, dependencies, and Mind Over Mood book. |
| | | O | alert, Ox3, cooperative, euthymic |
| | | A | deferred   DTO/DTS = low risk |
| | | P | f/u per policy |

M. Page, LAC
Psychology Associate II

Inmate Name: Andriano, Wendi
ADC Number: 191,593
DOB: 8-26-70
Facility/Unit: PV-SMA
000012203
1103-40P
8/9/01
251

CONTINUOUS PROGRESS RECORD - Mental Health

ARIZONA DEPARTMENT OF CORRECTIONS

**Cellfront Visit Checklist**

| Date of Visit | Time | Length of Visit *(minutes)* |
|---|---|---|
| 3-15-12 | 14 10 | 5 |

**Sensorium**  (Alert)   Confused   Oriented _____   Disoriented

**Attention**  (Intact)   Adequate   Distractible   Deteriorated

**Concentration**  (Good)   Limited   Poor   Deteriorated

**Mood**  Depressed   Hostile   Angry   Apathetic   Lethargic   Anxious   Euphoric   Fearful   (Euthymic)

**Affect**  (Normal)   Detached   Flat   · Histrionic   Inappropriate   Blunted   Labile   Manic

**Thought Structure/Content**  (Logical)   FOI   LOA   Bizarre   Circumstantial   Tangential   Grandiose   Sexual   Concrete
Religious   Guilt   Suicidal   Homicidal   e.g. _____

**Hygiene**  Showered   Shaved   Excellent   Good   (Unremarkable)   Poor

**Other**  Threatening _____~~/~~_____   Banging ~~Ø~~

**Assessment**  DTO/DTS : Denied

**Plan**
☐ Refer for next psychiatrist line      ☐ Refer to psychologist for further evaluation
☐ Regular follow up                      ☐ Immediate action - psychiatrist/psychologist

**Comments**  Reported she is doing well, had an "awkward" visit w/her dad on Monday, stated, "I don't buy into that stuff anymore." Reported she worries about her mom.   F/u per policy

| Signature | M. Page, LAC  Psychology Associate II   MPg | Date 3-15-12 |
|---|---|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Andriano Wendi | 191593 |
| Date of Birth  8-26-70 | Facility/Unit  PU-SMA |

000012204
052
1103-24P
11/27/01

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|----------------------------------------------------------------------------------------------------------------------------|
| 2-29-12 | 14³⁰ | | psych assoc II |
| | | S | Reported she just had a legal visit, "I really like the woman who came today." Reported her meds are working for her "mood balance," "but I still have paranoia." Discussed rational thinking, relaxation techniques, discussed possibilities of her court related issues. Discussed coping skills to deal w/ the stress of the upcoming unknowns |
| | | O | bright, ox 3, logical, cooperative |
| | | A | deferred |
| | | P | cont thx, work on stress reduction |

M. Page, LAC
Psychology Associate II

**CONTINUOUS PROGRESS RECORD** - Mental Health

| Inmate Name | ADC Number |
|-------------|------------|
| Andriano, Wendi | 191593 |
| DOB | Facility/Unit |
| 8-26-70 | PV-SMA |

000012205

1103-4DP
8/9/01

ARIZONA DEPARTMENT OF CORRECTIONS

Psychiatric Follow-Up Note - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|-----|
| 2/14/12 | 1130 | S | Rel: Death |

Taking medication as prescribed: ☐ Yes ☑ No

Rx effective: ☐ Yes ☐ No N/a

Side effects present: ☐ Yes ☐ No N/a

Mood disturbance: ☑ Yes ☐ No

Sleep & appetite disturbance: ☑ Yes ☐ No

New stressors: ☑ Yes ☐ No Major stressors → appeal going to courts on Friday, conflict ε other IM on yard (inappropriate comments re death sentence) stopped taking antidepressant due to ↑ε poor sleep, ↑ anxiety ε "paranoia", ODTS ODTO. Mood stable. Denies racing thoughts or pressured speech

O:

Appearance: ☐ WNL ☑ Remarkable    Abnormal movements: ☐ Yes ☑ No

Mood: ☐ Euthymic ☑ other tearful    Alert: ☑ Yes ☐ No

Eye contact/Motor coordination: ☑ WNL ☐ Remarkable    appropriate

Concentration: ☑ Good ☐ Fair ☐ Poor

Perception: ☑ WNL ☐ Remarkable ☐ No Hallucinations

Speech & Thought process: ☑ WNL ☐ Remarkable

Insight & Judgment: ☐ Fair ☑ Poor but adequate for medical decision-making

Thought content: ☑ WNL ☐ Remarkable ☑ No Delusions

Orientation & Memory: ☑ Grossly intact ☐ Impaired    Violent Ideation: ☐ Yes ☑ No

Self-destructive ideation: ☐ Yes ☑ No

A:

Diagnoses: ☐ New ☑ Existing Mood D/O NOS, R/O Bipolar II D/o

☐ Less symptomatic ☐ Minimally symptomatic ☐ Symptom-free

☑ More symptomatic

P:

Rx/Target Sx Changes: ☐ No    Labs: ☐ None    Consults: ☐ None

Start Lithium 300 mg PO BID WS x 2 weeks
Labs: CBC, CMP, TSH, Li level in 2 wks
Cont indiv counseling ε yard psychassoc II

Discussed treatment options and potential risks and benefits: ☑ Yes ☐ No

Follow up with: ☐ Psychiatric Nurse ☑ Psychiatrist/MHNP 4 wks

noted 2/14/12
161S Harris PRN II

DR. TRACY L. CREWS, MD
PSYCHIATRIST
ASPC-PERRYVILLE
623-853-0304 x. 24209
DEA # AA2082001-276

H. Enzi
RN II

AOZ 3/13/12

ME 8/14/12

Psychiatric Follow-Up Note - Mental Health

| Inmate Name | ADC Number |
|-------------|------------|
| Andoana, Wendi | 191593 |
| DOB 8/6/70 | Facility/Unit PV-BLY |

N00012206

1103-37
8/6/07

ARIZONA DEPARTMENT OF CO_____ ~IONS

Informed Consent for Psychotropic Medication
Class: Anticonvulsant/Mood Stabilizer

Medication: **Lithium**                    Usual Dose: 600-1800 mg daily

My provider has discussed with me the nature of my emotional problems for which the above medication has been prescribed. I have been informed of the reasons why the medication may be helpful including the likelihood of my emotional problems possibly improving, or worsening, with and without medication. If effective treatment alternatives to medication are available, I have been notified by my provider. I am aware of the best estimate of the time I will need to continue on the medication.

Frequent side effects include fine tremor/shakiness, weakness, sedation, fatigue, dazed feeling, restlessness, dizziness/vertigo, nausea, vomiting, diarrhea, weight gain, benign electrocardiographic (ECG) changes, increased urination, increased thirst, and increased blood calcium (may predispose to cardiac conduction abnormalities). Many of these adverse reactions are temporary and usually resolve within a few weeks.

Infrequent side effects that you should report to staff include confusion, slurred speech, unsteadiness, incoordination, coarse tremor, headaches, abdominal pain, metallic taste, dry mouth, skin rash, acne, drying and thinning of hair, blurred vision, sexual dysfunction, edema (swelling of the extremities), decreased blood cells with resultant problems (infection), increased white blood cells, hypothyroidism, or muscle irritability.

Rarely this drug can cause seizure, elevated intracranial pressure, ulceration of mucosa, irregular heart rate and conduction abnormalities, slowed heart rate with or without loss of consciousness, renal (kidney) damage, arthritis, or hypersensitivity (allergic) reaction.

Do not use this medication if you already have severe heart or kidney disease. Drink plenty of water while taking Lithium. Do not become dehydrated. **Females: DO NOT use this medication if you are pregnant or plan to become pregnant.** Lithium has been shown to harm the fetus of pregnant women. This is a mandatory "watch swallow" medication. Blood tests are required.

Please note that effective medications may cause side effects in some people. If any new symptoms appear, please notify the staff since side effects can often be minimized or controlled. Most people experience few or no side effects, and those which do appear often improve with time or reduction in medication.

Having read the above, I have decided to accept medication as prescribed for the treatment of my emotional problems.

**I understand that I may change my decision to accept this medication, but I will not stop this medication without first discussing my decision directly with my provider.**

| Witness Name (Please print) | Witness Signature | Date |
|---|---|---|
| DR. TRACY L. CREWS, MD PSYCHIATRIST ASPC-PERRYVILLE 623-853-0304 x. 24209 DEA # AA0959901-276 | _[signature]_ | 2|14|12 |

| Inmate Name (Please print) | | Date of Birth | ADC Number |
|---|---|---|---|
| Andriano, Wendi | | 8/6/70 | 191593 |

| Institution/Unit | Inmate Signature | Date |
|---|---|---|
| PV-BLU/SMA | x _[signature]_ | 2-14-12 |

00001220-075
12/16/08
255

ARIZONA DEPARTMENT OF CORREC'

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|--------|
| 2/10/12 | 1600 | | Psychiatrist's Note |
| | | | Notified by Psych Assoc. II Page that |
| | | | IM has not taken meds x 1-2 wks and |
| | | | Ms Page confiscated meds & returned them |
| | | | to med pass nurse. IM scheduled for |
| | | | Psychiatrist's line appt today — not seen |
| | | | due to ICS, lock down, searches, and |
| | | | legal visit. Will reschedule IM on |
| | | | next available psychiatrist's line. D/c |
| | | | Zoloft. |

Typed Comp.

DR. TRACY L. CREWS, MD
PSYCHIATRIST
ASPC-PERRYVILLE
623-853-0304  x. 24209
DEA # AA2080001-278

**CONTINUOUS PROGRESS RECORD - Mental Health**

| Inmate Name | | ADC Number |
|-------------|--|------------|
| Andriano, Wendi | | 191593 |
| DOB | Facility/Unit | |
| 8/6/70 | PV-B | |

080012220B
1103-40P
8/9/01

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.r.,

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|
| 2-1-12 | 15¹⁵ | | psych assoc. II |
| | | S | I'm upset feeling very overwhelmed, her appeal is almost ready to be presented to the courts. Reports she is no longer taking her meds, had security retrieve her KOP's and this PSA II returned to nursing at medical. Reported feeling she can logically know what to do w/ her feelings but sometimes can't get out of her head. Discussed 3 states of mind. Discussed the trials of living on Upper D-pod, the noise, suicide watches and screaming. Reported she hasn't been able to see lately, and that is causing more anxiety. |
| | | O | anxious, teary, logical, cooperative |
| | | A | defended DTO/DTS = denied |
| | | P | cont workin on Mindfullness and opposite action. |

M. Page, LAC
Psychology Associate II

**CONTINUOUS PROGRESS RECORD**

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Andriano Wendi | 191593 |
| Date of Birth | Facility/Unit |
| 8-26-70 | PV-Smu | 400012209 |

1101-62P
11/21/01

ARIZONA DEPARTMENT OF CORRECTIONS
Psychiatric Follow-Up Note - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|---|
| 1/22/12 | 0930 | S | RCI: Death |

**S:** Taking medication as prescribed: ☐ Yes ☑ No    Rx effective: ☐ Yes ☐ No N/A

Side effects present: ☑ Yes ☐ No    Mood disturbance: ☑ Yes ☐ No

Sleep & appetite disturbance: ☑ Yes ☐ No

New stressors: ☐ Yes ☑ No   IM reports Akathesia-type side effects ē meds (restlessness, anxiety, pacing) Continues to experience high anxiety & poor sleep. DDTO ODTO IM seen cell front

**O:**
Appearance: ☑ WNL ☐ Remarkable    Abnormal movements: ☐ Yes ☑ No
Mood: ☐ Euthymic ☑ other    Alert: ☑ Yes ☐ No
Eye contact/Motor coordination: ☑ WNL ☐ Remarkable
Concentration: ☑ Good ☐ Fair ☐ Poor
Perception: ☑ WNL ☐ Remarkable ☑ No Hallucinations
Speech & Thought process: ☑ WNL ☐ Remarkable
Insight & Judgment: ☑ Fair ☐ Poor
Thought content: ☑ WNL ☐ Remarkable ☑ No Delusions
Orientation & Memory: ☑ Grossly intact ☐ Impaired
Self-destructive ideation: ☐ Yes ☑ No    Violent Ideation: ☐ Yes ☑ No

**A:** Diagnoses: ☑ New ☑ Existing
☐ More symptomatic ☐ Less symptomatic ☐ Minimally symptomatic ☐ Symptom-free
Essentially unchanged

**P:** Rx/Target Sx Changes: ☐ No    Labs: ☑ None    Consults: ☑ None

D/C Risperdal
Cont Zoloft 100mg PO qd KOP as previously Rx'd

Discussed treatment options and potential risks and benefits: ☑ Yes ☐ No

Follow up with: ☐ Psychiatric Nurse   ☑ Psychiatrist/MHNP   RTC 4/10/12

1/24/12 1315

H. Enzi
PRN II

DR. TRACY L. CHEWS, MD
PSYCHIATRIST
ASPC-PERRYVILLE
623-853-0304 x, 24200
DEA # AA2052001-276

RTC 4-10-12
ME 7-17-12

Psychiatric Follow-Up Note - Mental Health

| Inmate Name | | ADC Number |
|---|---|---|
| Andriano, Wendi | | 191593 |
| DOB | Facility/Unit | |
| 8/6/70 | PV-BLM | 000012210 |

ARIZONA DEPARTMENT OF CORRECTIONS

Psychiatric Evaluation - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|---|
| 1/17/12 | 1215 | | Age: 41  Gender: ☐ Male  ☑ Female   Remaining Sentence (self-reported): death |
| | | | Marital Status: ☐ Single  ☐ Married  ☐ Divorced  ☑ Widowed  ☐ Separated |
| | | | Ethnicity: ☑ Caucasian  ☐ Hispanic  ☐ African Amer  ☐ Native Amer  ☐ Asian  ☐ Other |
| | | | Chief Complaint: Anxiety |
| | | | Present Illness (date of onset, symptom development over time, treatment, current medications, current  IM  ~ Hx adjustment issues, reports fairly recent onset of ↑ anxiety, poor sleep, tearfulness and irritability which she relates, in part, to her environment. Denies DTS/DTO. No ?otic or manic sxs. Future-oriented (appeal!) |
| | | | Past Psychiatric History (past medication use, hospitalizations, suicide attempts, violence):  No h/o ⊙ hospitalizations. H/o 1 prior suicide attempt in 2003 @ County jail by cutting arm. No parasuicidal behaviors. Other than current charge, no h/o violence. Past ?meds: Seroquel, Zoloft, Ativan, others she can't remember. |
| | | | Drug Allergies: NKDA |
| | | | Medical History: denies  ⊕ H. Pylori  not pregnant |
| | | | Alcohol and substance history:  denies |

DR. TRACY L. CREWS, MD
PSYCHIATRIST
ASPC-PERRYVILLE
623-853-0304  x. 24209
DEA # AAR052001-278

⚫ CONTINUOUS PROGRESS RECORD - Mental Health

| Inmate Name | ADC Number |
|---|---|
| Andriano, Wendi | 191593 |
| DOB  8-26-70 | Facility/Unit  PV-BL |

1103-32
01/17/07

000012211

Page 1

ARIZONA DEPARTMENT OF CORRECTIONS

**Psychiatric Evaluation - Mental Health**

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|----------|
| 1/17/07 | 1215 | | Attitude: ☑ Cooperative ☐ Uncooperative ☐ Hostile ☐ Indifferent ☐ Guarded ☐ Entitled |
| | | | Hygiene/Grooming Appearance: ☑ Well groomed ☐ Disheveled ☐ Dirty ☐ Odorous |
| | | | ☐ Scars ☐ Tattoos ☐ Thin ☐ Obese ☑ Well nourished |
| | | | Alertness: ☑ Normal ☐ Diminished |
| | | | Eye Contact: ☑ Good ☐ Fair ☐ Poor ☐ Variable |
| | | | Motor: ☑ Normal ☐ Hypoactive ☐ Hyperactive ☐ Agitated ☐ Akathisic ☐ Parkinsonian |
| | | | ☐ Tremorous ☐ Dystonic ☐ Ataxic ☐ Unsteady gait |
| | | | Affect: ☑ Appropriate ☐ Inappropriate ☐ Intense ☐ Blunted |
| | | | ☐ Flat ☐ Labile ☐ Constricted ⊕ tearfulness |
| | | | Mood: ☐ Euthymic ☐ Calm ☑ Anxious ☐ Agitated ☐ Angry ☐ Depressed |
| | | | ☐ Dysphoric ☐ Elevated ☐ Euphoric ☐ Labile ☑ Irritable |
| | | | Speech/Quantity: ☑ Normal ☐ Verbose ☐ Diminished ☐ Mute |
| | | | Rate: ☑ Normal ☐ Fast ☐ Slow ☐ Variable |
| | | | Amplitude: ☑ Normal ☐ Loud ☐ Quite ☐ Variable |
| | | | Associations: ☑ Logical ☐ Occasionally loose ☐ Very loose ☐ Incomprehensible |
| | | | Stream of Thought: ☑ Unremarkable ☐ Circumstantial ☐ Tangential ☐ Blocking |
| | | | ☐ Disorganized ☑ Organized ☐ Concrete |
| | | | Thought Content: ☑ Non-psychotic ☐ Fearful ☐ Bizarre ☐ Hypersexual ☐ Delusional |
| | | | ☐ Reference ☐ Alienation ☐ Insertion ☐ Control |
| | | | ☐ Broadcasting ☐ Paranoid ☐ Grandiose ☐ Hyper religious |
| | | | Self-Injurious thoughts: ☐ Yes ☑ No |
| | | | Method of self harm: N/A |
| | | | Violent ideation: ☐ Yes ☑ No |
| | | | Perception: ☑ Normal ☐ Auditory hallucinations ☐ Visual hallucinations ☐ Other |
| | | | Orientation: ☑ Oriented ☐ Disoriented |
| | | | Concentration: ☑ Good ☐ Fair ☐ Poor |
| | | | Memory: ☑ Grossly intact ☐ Impaired |
| | | | Insight: ☐ Good ☑ Fair ☐ Poor ☐ None |
| | | | Judgment: ☐ Good ☑ Fair ☐ Poor ☐ Not intact |

DR. TRACY L. CREWS, MD
PSYCHIATRIST
ASPC-PERRYVILLE
623-853-0304 x. 24209
BS# # AA2082001-278

**CONTINUOUS PROGRESS RECORD - Mental Health**

| Inmate Name | ADC Number |
|-------------|------------|
| Andreano, Wendi | 191593 |
| DOB 8-26-70 | Facility/Unit PV-B2 |

1103-32
01/17/07

Page 2

000012212

2/6/07

**ARIZONA DEPARTMENT OF CORRECTIONS**

Psychiatric Evaluation - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|------|
| 1/19/12 | 1215 | | Diagnoses:<br>Axis I: Adjustment D/o c̄ depressed mood/ anxiety. |
| | | | Axis II: def |
| | | | Axis III: None |
| | | | Plan:<br>Education (informed of treatment options, potential risks and benefits): ☑ Yes ☐ No |
| | | | Medications and associated Target Symptoms:<br>Start Risperdal 0.5 mg PO BID KOP x 2 weeks<br>Start Zoloft 50 mg PO qd KOP x 7 days<br>then ↑ Zoloft to 100 mg PO qd KOP<br>x 2 5 wks.<br>Encouraged IM to continue indiv.<br>counseling c̄ yard psychologist / Passett. |
| | | | Follow up: ☐ Psychiatric Nurse ☑ Psychiatrist/MHNP 2 wks or by HNR<br>Referrals/Consults: ∅ |

DR. TRACY L. CREWS, MD
PSYCHIATRIST
ASPC-PERRYVILLE
623-853-0304  x. 24209
DEA # AA2052001-248

H. Enzi
PRN II

noted
4-17-12  1400
HDunglum...

RJZ 4-10-12

ME 7-17-12

| Inmate Name | ADC Number |
|-------------|------------|
| Andriano Wendi | 191593 |
| DOB | Facility/Unit |
| 8-26-70 | PV-BL |

CONTINUOUS PROGRESS RECORD - Mental Health

1103-32
01/17/07

Page 3

000012213

ARIZONA DEPARTMENT OF CORRECTIONS

Informed Consent for Psychotropic Medication - Neuroleptic

| Medication: | Maximum daily dose: |
|---|---|
| Risperdal | 6mg |

My provider has discussed with me the nature of my emotional problems for which the above medication has been prescribed. I have been informed of the reasons why the medication may be helpful including the likelihood of my emotional problems possibly improving, or worsening, with and without medication. If effective treatment alternatives to medication are available, I have been notified by my provider. I am aware of the best estimate of the time I will need to continue on the medication.

Frequent side effects include dry mouth, memory difficulties, confusion, constipation, weight gain, excessive saliva production, nervousness, headache, restlessness, irregular menstrual periods, dizziness, drowsiness, breast tenderness, stomach upset, and breast enlargement with possible spontaneous flow of milk from the nipple in both men and women. My provider has told me this medication may produce persistent involuntary movements of the face or mouth, and at times similar movements of the hands and feet. This side effect is usually associated with taking the medication for more than three (3) months, and the risk of developing this side effect may be decreased by using the lowest possible dose to control my emotional problem. In certain cases, these movements appear to be irreversible, and may even continue after the medication has been stopped.

Infrequent side effects include allergic dermatitis, allergic reactions, blurred vision, decreased sex drive, changes in sexual functioning, decreased sweating, decreased thirst, trouble urinating, fatigue, hallucinations, vomiting, new onset diabetes, increased cholesterol, and increased sensitivity of the skin to sunlight.

Rare side effects include heat stroke, decrease of white blood cells resulting in susceptibility to infections, neuroleptic malignant syndrome (high fever, muscle rigidity, unstable blood pressure, paranoid behavior; excessive sweating and excessive saliva production), liver problems (dark urine, pale feces and itching), heart rhythm problems (sudden loss of consciousness), dizziness, syncope, irregular heartbeat and sudden death.

Please note that effective medications may cause side effects in some people. If any new symptoms appear, please notify the staff since side effects can often be minimized or controlled. Most people experience few or no side effects, and those which do appear often improve with time or reduction in medication.

Having read the above, I have decided to accept medication as prescribed for the treatment of my emotional problems.

I understand that I may change my decision to accept this medication, but I understand I should not stop this medication without first discussing my decision directly with my provider.

| Inmate's Name (Last, First, M.I.) (Printed) | Inmate's Signature X | Date 1-17-12 |
|---|---|---|
| Witness's Name (Last, First M.I.) DR. TRACY L. CREWS, MD PSYCHIATRIST ASPC-PERRYVILLE 623-853-0304 x. 24209 DEA # AA2082001-276 | Witness's Signature | Date 1/17/12 |

| Inmate Name (Last, First, M.I.) Andriano, Wendi | ADC Number 191593 |
|---|---|
| Date of Birth 8/26/70 | Facility/Unit ASPC-PERRYVILLE LUMLEY |

00012214

8/6/07

202

ARIZONA DEPARTMENT OF CORRECTIONS

Informed Consent for Psychotropic Medications
Selective Serotonin Reuptake Inhibitors (SSRI's)

| Medication | Maximum Daily Dose |
|---|---|
| Zoloft | 200mg |

My provider has discussed with me the nature of my emotional problems for which the above medication has been prescribed. I have been informed of the reasons why the medication may be helpful including the likelihood of my emotional problems possibly improving, or worsening with and without medication. If effective treatment alternatives to medication are available, I have been notified by my provider. I am aware of the best estimate of the time I will need to continue on the medication.

Frequent side effects include heartburn, nausea, diarrhea, constipation, headache, decreased libido, delayed ejaculation, dry mouth, sweating, tremors, insomnia, drowsiness and weight changes. These are usually temporary and resolve in a few weeks.

Infrequent side effects that you should report to staff as soon as possible include bleeding problems, weakness, pale skin color, frequent infections, suicidal thoughts, worsening of depression, anxiety, agitation, panic attacks, inability to sleep, irritability, impulsiveness, hostility or extreme anger, aggressiveness, restlessness or inability to sit still, fast talking, extreme elation or feeling of happiness that may switch back and forth with a depressed or sad mood, decreased bone density with chronic use.

Please note that effective medications may cause side effects in some people. If any new symptoms appear, please notify the staff since side effects can often be minimized or controlled. Most people experience few or no side effects, and those which do appear often improve with time or reduction in medication.

Having read the above, I have decided to accept medication as prescribed for the treatment of my emotional problems.

I understand that I may change my decision to accept this medication, but I will not stop this medication without first discussing my decision directly with my provider.

| Provider Name (Please print) | Provider Signature | Date Signed |
|---|---|---|
| DR. TRACY L. CREWS, M.<br>PSYCHIATRIST<br>ASPC-PERRYVILLE<br>623-853-0304 X. 24209<br>DEA # AA2062001-27B | | 1/17/12 |

| Inmate Name (Last, First M.I.) | Inmate Signature | ADC Number |
|---|---|---|
| Andriano, Wendi | X | 191593 |
| Date of Birth<br>8/26/70 | Facility/Unit | ASPC-PERRYVILLE<br>LUMLEY<br>000012215<br>2603 |

P-App. 006435

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|---|
| 1-12-12 | 14 50 | | psych assm't |
| | | S | Reports stressors around inconsistent rec schedules, feels anxious sitting in her cell too many days in a row, reports she put an HNR to psychiatry. Reports feeling a "struggle" w/ her interactions w/ a Lt. when she doesn't feel heard or has "my own sense of unfairness." |
| | | O | anxious, distracted, ox4, |
| | | A | deferred    DTO/DTS = low risk |
| | | P | schedule in 2-3 weeks, work on identity, self-value issues. |
| | | | M. Page, LAC<br>Psychology Associate II |

**CONTINUOUS PROGRESS RECORD**

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Andriano, Wendi | 191593 |
| Date of Birth | Facility/Unit |
| 8-26-70 | PV-SMA D00012216 |

1101-62P
11/21/01

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|---------|
| 12-27-11 | 13⁵⁰ | | psych assoc II |
| | | S | Reported feeling anxious, frustrated, not sure why she feels this way. Rpts feeling anxious and discombobulated, unsure why she is feeling this way. Discussed feeling authentic and genuine in her own emotions. Discussed feeling/needs, nonviolent communication. Discussed finding balance with her emotions. |
| | | O | anxious, oo3 logical, normal affect |
| | | A | deferred    DTO/DTS = Denied |
| | | P | cont working to reduce stress and balance thoughts/emotions, schedule in 1-2 week. |

M. Page, LAC
Psychology Associate II

**CONTINUOUS PROGRESS RECORD - Mental Health**

| Inmate Name | ADC Number |
|-------------|------------|
| Andriano, Wendi | 191593 |
| DOB | Facility/Unit |
| 8-26-70 | PV-Smn12217 |

1103-40P

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|----------------|
| 12-15-11 | 13³⁵ | | _psych assess-th_ |
| | | S | Discussed feelings of impatience, dealing with so many people's personalities. Discussed her mom's upcoming visit, feeling positive about it and looking forward to seeing her. "I want to keep this visit positive." Discussed reading her psych results "little by little," then process what she has read |
| | | O | anxious, ox3, depressed. |
| | | A | defined    SI/SO/HI/HS = Denied |
| | | P | cont Thp   schedule in 1-2 weeks |

M. Page, LAC
Psychology Associate II

| Inmate Name | | ADC Number |
|-------------|--|------------|
| Andriano  W. | | 191593 |
| DOB | Facility/Unit | |
| | PU-SMA | |

**CONTINUOUS PROGRESS RECORD - Mental Health**

1103-40P
8/9/01

266

P-App. 006438

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|---------------------------------------------------------------------------------|
| 12-12-11 | 14⁵⁵ | | psych assessment |
| | | S | Discussed psych evals that she got from her lawyer, reported, "it's a lot to go through and read" Also reported some frustrations with D-pod, not feeling seen or heard, Discussed short-term goals around reading her psych eval reports. |
| | | O | depressed, distractable, logical, |
| | | A | Deferred - Denied DTO/DTS |
| | | P | set goal around reading and visits - schedule - consult w/ team for clinical direction |

M. Page, LAC
Psychology Associate II

| Inmate Name | ADC Number |
|-------------|-----------|
| Andriano, Wendi | 191593 |
| DOB | Facility/Unit |
| | PU - Sm000012219 |
| | 2107 |

1103-40P

CONTINUOUS PROGRESS RECORD - Mental Health

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|---|
| 12-6-11 | 15 30 | | psych assoc II |
| | | S | Discussed issues around upper D-pod the noise level, and daily activity. Inm reported frustrations w/ communication efforts and personal relationship struggles. Discussed confidence building techniques, affirmations, self-esteem building skills. |
| | | O | Oriented, logical, anxious, cooperative |
| | | A | depressed  SI/DTO/DTS = low risk |
| | | P | schedule - work on self-esteem techniques - |

M Page, LAC
Psychology Associate II

| Inmate Name | ADC Number |
|---|---|
| Androiano Wendi | 191593 |
| DOB | Facility/Unit |
| 8-26-70 | PU-S 000012220 |

**CONTINUOUS PROGRESS RECORD - Mental Health**

2118

1103-40P
8/8/01

ARIZONA DEPARTMENT OF COR⎯⎯⎯TIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|---|---|---|---|
| 11-23-11 | 1550 | | *Psych assmt* |
| | | S | Discussed D-pod situation, feeling "suffocated, isolated." Reported getting psychiatric reports back from her legal team. Discussed D-pod possibilities for a healthier environment. |
| | | O | anxious, teary, cooperative |
| | | A | deferred    SI/DI/HI = Denied |
| | | P | cont thx schedule in 3 weeks |

M Page LAC
Psychology Associate II

CONTINUOUS PROGRESS RECORD - Mental Health

| Inmate Name | ADC Number |
|---|---|
| Andriano, Wendi | 191593 |
| DOB | Facility/Unit |
| 8-26-70 | PV-SMA |

000012221

269

1103-40P
8/9/01

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|----------------------------------------------------------------------------------------------------------------------------|
| 11-2-11 | 14⁰⁰ | | psych assoc t |
| | | | per security |
| | | X | Requested 1:1 due to panic, anxiety. |
| | | | Reported having anxiety, due to |
| | | | "prison drama." Reported she is |
| | | | having a lot of anxiety and stress |
| | | | due to events that have |
| | | | happened over the last two weeks. |
| | | | Im reported feeling stressed about |
| | | | possibly tainting her relationship |
| | | | b/ the DW - Discussed the stress |
| | | | of her legal battles, family |
| | | | relations, and living in lockdown. |
| | | | Alert, Ox3, logical, teary, anxious. |
| | | | Denied DTO/DTS. Schedule per HNR and |
| | | | HNR - |

M. Page, LAC
Psychology Associate II

11-2-11
15:52

CONTINUOUS PROGRESS RECORD - Mental Health

| Inmate Name | ADC Number |
|-------------|------------|
| Andriano | 191593 |
| DOB | Facility/Unit |
| | PU-SMA 000012222 |

270

1103-40P
8/9/01

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Continuous Progress Record - Mental Health**

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|---|
| 05/06/11 | 0930 | S | Seen as per:  Routine Follow-Up |
| | | O | Orientation: x3; Eye Contact: Good; Appearance/Presence: WNL; |
| | | | Speech: WNL; Thought Process: Logical; Perception: Denied AH/VH. |
| | | | Thought Content: WNL; Judgment: Good; Insight: Fair;  Mood: Dysthymic; |
| | | | Affect: Congruent; Denied Suicidal Ideation/Homicidal Ideation |
| | | | COMMENTS: IM stated "I've been learning how to let the emotions |
| | | | happen. I was brought up that it is wrong to express anger so I have |
| | | | always held it in. This has been really hard for me because it seems |
| | | | like all I do is cry. I feel like I'm a mess. But, I know it needs to |
| | | | happen and I want to keep it going. I'll be okay." Discussed the need |
| | | | to continue utilizing healthy, effective coping strategies. |
| | | A | DX: Deferred |
| | | P | I/M aware of HNR and will be seen as per HNR/Protocol |
| | | | K. Mansfield-Blair, Ph. D. Psychologist II |

**CONTINUOUS PROGRESS RECORD - Mental Health**

| Inmate Name | ADC Number |
|-------------|------------|
| ANDRIANO, Wendi | 191593 |
| DOB | Facility/Unit |
| 08/26/1970 | ASPC-PV Special Mgt Area |

080012223

271

1103-40P

ARIZONA DEPARTMENT OF CO_____IONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|---|---|---|---|
| 1-12-11 | 1400 | S | Seen as per: New arrival  F/U  HNR  Referral 1:1  SMI Protocol  PV |
| | | | Completed/Updated:  MH Assess   MH Tx Plan   Consent   Prob List |
| | | | Other: |
| | | O | Orientation:      Eye Contact:  Good  Fair  Poor |
| | | | Appearance/Presence:  WNL  Disheveled/Dirty  Odor  Unusual |
| | | | Speech:  WNL  Rapid  Slow  Pressured  Loud  Soft  Sparse |
| | | | Psychomotor:  WNL  Agitated  Tremor/Tic  Slowed |
| | | | Interpersonal:  Cooperative  Hostile  Demanding  Guarded/Evasive |
| | | | Thought Process:  Logical  Tangential  FOI  LOA  Blocking |
| | | | Perception:  WNL  AH  VH  Illusion |
| | | | Thought Content:  Normal  Delusional  Obsessive |
| | | | Judgement:  Good  Fair  Poor     Insight:  Good  Fair  Poor |
| | | | Mood:  WNL/Euthymic  Anxious  Depressed  Angry  Elevated  Apathetic |
| | | | Affect:  WNL/Congruent  Sad  Blunted  Flat  Labile  Restricted |
| | | | Appetite:  WNL   Sleep:  WNL   Energy:  WNL |
| | | | Suicidal Ideation:  Y  N   Homocidal Ideation:  Y  N |
| | | | Activities:  Work  Read  Exercise  Cards/Games  Class  TV |
| | | | Comments: I/M stated "it's going good c my appeal team. I'm reconciled with however it turns out. I'm hoping setting the record straight helps my children understand." I/M reported "things are going pretty good here - I have my days - but over all I'm good." |
| | | A | DX: Mood D/O NOS per chart |
| | | P | X I/M aware of HNR and will be seen as per HNR/Protocol |
| | | | Refer to Psychiatry      Other: |

K. MANSFIELD-BLAIR, Ph.D
PSYCH. II

CONTINUOUS PROGRESS RECORD - Mental Health

| Inmate Name | ADC Number |
|---|---|
| ANDRIANO, Wendi | 191253 |
| DOB | Facility/Unit |
| 8-6-70 | ASPC-PV Special Mgt. Area |

0000122024
B/5/01

272

ARIZONA DEPARTMENT OF CORR___ ONS

Continuous Progress Record - Mental Health

*Intern note - 9/9/10 - 11:00AM - 30 minutes*

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|------|
| 9-9-10 | 1400 | S | Seen as per: New arrival  (F/U)  HNR  Referral (1:1)  SMI  Protocol  PV |
| | | | Completed/Updated: (MH Assess)  MH Tx Plan  Consent  Prob List |

IM reported "extreme frustration" & "anger" towards new info that is "coming to light" during appeal process and instability of R.E.C. time on SMA.

| | | O | Orientation:    Eye Contact: (Good) Fair  Poor |
| | | | Appearance/Presence: (WNL)  Disheveled/Dirty  Odor |
| | | | Speech: (WNL)  Rapid  Slow  Pressured  Loud  Soft  Sparse |
| | | | Psychomotor: (WNL)  Agitated  Tremor/Tic  Slowed |
| | | | Interpersonal: (Cooperative)  Hostile  Demanding  Guarded/Evasive |
| | | | Thought Process: (Logical)  Tangential  FOI  LOA  Blocking |
| | | | Perception: (WNL)  AH  VH  Illusion |
| | | | Thought Content: (Normal)  Delusional  Obsessive |
| | | | Judgement: (Good) Fair  Poor    Insight: (Good) Fair  Poor |
| | | | Mood:  WNL/Euthymic  (Anxious) (Depressed)  Angry  Elevated  Apathetic |
| | | | Affect: (WNL/Congruent)  Sad  Blunted  Flat  Labile  Restricted |
| | | | Appetite: (WNL)   Sleep: (WNL)   Energy (WNL) |
| | | | Suicidal Ideation: Y  (N)    Homicidal Ideation: Y  (N) |
| | | | Comments: IM was initially smiley & pleasant but as session progressed she became tearful. IM manifested anxiety thru fidgeting |
| | | A | DX:  Deferred |
| | | | DTS risk:  low/minimal   DTO risk:  low/minimal |
| | | P | ✓ I/M aware of HNR and will be seen as per HNR/Protocol |
| | | | ___ Refer to Psychiatry    ✓ Other:  psych to F/u |

Reviewed: _K. Mansfield-Blair PHD_
K. Mansfield-Blair PHD
Psych II

CONTINUOUS PROGRESS RECORD - Mental Health

| Inmate Name | ADC Number |
|------|------|
| Andriano, Wendi | L91593 |
| DOB  8/6/70 | Facility/Unit  ASPC-PV-WTU  SMA |

000012225

1103-40P
8/9/01

273

ARIZONA DEPARTMENT OF CORRECTIONS

Cellfront Visit Checklist

| Date of Visit 7/1/03 | Time | Length of V (minutes) 15 |
|---|---|---|

**Sensorium** (Alert)   Confused   Oriented _____   Disoriented

**Attention** (Intact)   Adequate   Distractible   Deteriorated

**Concentration** (Good)   Limited   Poor   Deteriorated

**Mood**   Depressed   Hostile   Angry   Apathetic   Lethargic   Anxious   Euphoric   Fearful   (Euthymic)

**Affect** (Normal)   Detached   Flat   Histrionic   Inappropriate   Blunted   Labile   Manic

**Thought Structure/Content** (Logical)   FOI   LOA   Bizarre   Circumstantial   Tangential   Grandiose   Sexual   Concrete
Religious   Guilt   Suicidal   Homicidal   e.q._____

**Hygiene**   Showered   Shaved   Excellent   (Good)   Unremarkable   Poor

**Other**   Threatening _____   Banging _____

**Assessment**   No MH issues.

**Plan**
☐ Refer for next psychiatrist line        ☐ Refer to psychologist for further evaluation
☒ Regular follow up        ☐ Immediate action - psychiatrist/psychologist

**Comments**   Stopped by to talk to im about my transfer off SMA and to say goodbye. Im said she can't stand having the watch cells below her as they get pepper sprayed and it gets into her room. She was as cheerful as usual.

| Signature _Susan K_   SUSAN L. KAZ, Psy. D   Licensed Psychologist | Date 7/1/03 |
|---|---|

| Inmate Name *(Last, First M.I.)* Andriano, Wendi | ADC Number 191593 |
|---|---|
| Date of Birth | Facility/Unit ASPC PV  SMA-DR |

000012226
274

1103-24P
11/27/01

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|----------------------------------------------------------------------------------------------------------------------------|
| 5/22/09 | | Note | I'm seen at cell front trap to pass out word puzzles and to check status. Inm reported she was doing well. Other issues mentioned: None. Susan Kz/ |

SUSAN L. KAZ, Psy. D
Licensed Psychologist

Susan Kz

| Inmate Name | ADC Number |
|-------------|------------|
| ANDRIANO | 191593 |
| DOB | Facility/Unit |
| | ASPC PV SMA-DR |

000012227

275

CONTINUOUS PROGRESS RECORD - Mental Health

1103-40P
8/9/01

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|-----------------------------------------------------------------------------------------------------------------------------|
| 2/5/09 | 1415 | S/O | I/m seen at her cell trap as she is death row and staff had to shut down to move her. She said she didn't want to leave her cell as she has not showered. I/m got the news today that the lump in her armpit is probably cancer and she is going for an operation soon. She wants someone to notify her parents as the phone for inmates is broken. The COIV was contacted and he approved a phone call to be made from the psych office. I/m is not afraid she will die but is afraid of being in pain. She is also concerned about her illness putting her parents through more pain. She was a little tearful but mostly in good spirits. I/m felt better after talking. |
|        |      | A | I/m needs to notify parents of her situation. |
|        |      | P | Phone call arranged. Susan ty See I/m as needed. |

SUSAN L. KAZ, Psy. D
Licensed Psychologist

**CONTINUOUS PROGRESS RECORD - Mental Health**

| Inmate Name | ADC Number |
|-------------|------------|
| Andriano | 191593 |
| DOB | Facility/Unit |
|     | ASPC PV SMU DR |

000014228

1103-40P
8/9/01

270

ARIZONA DEPARTMENT OF CORRECTIONS

Cellfront Visit Checklist

| Date of Visit 2/12/09 | Time | Length of Visit (minutes) 5 |
|---|---|---|

**Sensorium** — (Alert)   Confused   Oriented _____   Disoriented

**Attention** — (Intact)   Adequate   Distractible   Deteriorated

**Concentration** — (Good)   Limited   Poor   Deteriorated

**Mood** — Depressed   Hostile   Angry   Apathetic   Lethargic   Anxious   Euphoric   Fearful   (Euthymic)

**Affect** — (Normal)   Detached   Flat   Histrionic   Inappropriate   Blunted   Labile   Manic

**Thought Structure/Content** — (Logical)   FOI   LOA   Bizarre   Circumstantial   Tangential   Grandiose   Sexual   Concrete
Religious   Guilt   Suicidal   Homicidal   e.g._____

**Hygiene** — Showered   Shaved   Excellent   Good   (Unremarkable)   Poor

**Other** — Threatening _____   Banging _____

**Assessment** — No issues.

**Plan**
☐ Refer for next psychiatrist line    ☐ Refer to psychologist for further evaluation
☒ Regular follow up    ☐ Immediate action - psychiatrist/psychologist

**Comments** — Im seen to deliver word puzzles. Im said she was doing fin.

| Signature *Susan K* | SUSAN L. KAZ, Psy. D Licensed Psychologist | Date 2/12/09 |
|---|---|---|

| Inmate Name (Last, First M.I.) ANDRIANO | ADC Number 191593 |
|---|---|
| Date of Birth | Facility/Unit ASPC PV SMA |

000012229

1103-24P
11/27/01

277

ARIZONA DEPARTMENT OF CORRE___ONS

**Cellfront Visit Checklist**

| Date of Visit | Time | Length of Visit *(minutes)* |
|---|---|---|
| 1/15/09  1/15/09  ___ SK | 1200 | 10 |

**Sensorium** (Alert)   Confused   (Oriented) _____   Disoriented

**Attention** (Intact)   Adequate   Distractible   Deteriorated

**Concentration** (Good)   Limited   Poor   Deteriorated

**Mood** Depressed   Hostile   Angry   Apathetic   Lethargic   Anxious   Euphoric   Fearful   (Euthymic)

**Affect** (Normal)   Detached   Flat   Histrionic   Inappropriate   Blunted   Labile   Manic

**Thought Structure/Content** (Logical)   FOI   LOA   Bizarre   Circumstantial   Tangential   Grandiose   Sexual   Concrete
Religious   Guilt   Suicidal   Homicidal   e.g. _____

**Hygiene** Showered   Shaved   Excellent   (Good)   Unremarkable   Poor

**Other** Threatening _____   Banging _____

**Assessment** Im wanted to help other Im.

**Plan**
☐ Refer for next psychiatrist line
☐ Regular follow up
☐ Refer to psychologist for further evaluation
☐ Immediate action - psychiatrist/psychologist

**Comments** Im gave me an article on Borderline personality in order to help me help another Im in her run. She has been trying to help this person by supporting her directly.

| Signature | | Date |
|---|---|---|
| Susan K | SUSAN L. KAZ, Psy. D  Licensed Psychologist | 1/20/09 |

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| ANDRIANO | 191593 |
| Date of Birth | Facility/Unit  ASPC PV Death Row SMA |

000012230

278

1103-24P
11/27/01

ARIZONA DEPARTMENT OF CO___ __ONS

● ___ront Visit Checklist

| Date of Visit 12/24/08 | Time 1600 | Length of Visit *(minutes)* 5 |
|---|---|---|

**Sensorium** (Alert)   Confused   Oriented _____   Disoriented

**Attention** (Intact)   Adequate   Distractible   Deteriorated

**Concentration** (Good)   Limited   Poor   Deteriorated

**Mood**   Depressed   Hostile   Angry   Apathetic   Lethargic   Anxious   Euphoric   Fearful   (Euthymic)

**Affect**   Normal   Detached   Flat   Histrionic   Inappropriate   Blunted   Labile   Manic

**Thought Structure/Content**   (Logical)   FOI   LOA   Bizarre   Circumstantial   Tangential   Grandiose   Sexual   Concrete
Religious   Guilt   Suicidal   Homicidal   e.g._____

4

**Hy___e**   Showered   Shaved   Excellent   (Good)   Unremarkable   Poor

**Other**   Threatening _____   Banging _____

**Assessment**   *No issues expressed.*

**Plan**   ☐ Refer for next psychiatrist line      ☐ Refer to psychologist for further evaluation
☒ Regular follow up *by HNR*      ☐ Immediate action – psychiatrist/psychologist

**Comments**   *Im was seen at cellfront to deliver some puzzles for entertainment. She was pleasant, as usual.*

| Signature   *Susan K* | SUSAN L. KAZ, Psy. D Licensed Psychologist | Date 12/24/08 |
|---|---|---|

| Inmate Name *(Last, First M.I.)* ANDRIANO | ADC Number 191593 |
|---|---|
| Date of Birth | Facility/Unit ASPC PV SMA |

000012231

1103-24P

279

ARIZONA DEPARTMENT OF CORRE    IONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|
| 05/04/08 | 1030-1615 | | IM had the opportunity to debrief regarding another IM's death yesterday. No |
| | | | significant suicide/DTS risk noted. |

Dr. SIMMONS, PSY.D
PSYCH. ASSOCIATE I

CONTINUOUS PROGRESS RECORD

Inmate Name (Last, First M.I.)
Andriano

ADC Number
191543

Date of Birth

Facility/Unit
ASPC-PV

00001233

2x0

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|---|
| 7/3/07 | 1230 | S | IM said that she felt sad that her last appeal was denied. However she got from the support of her family. She said that she wants to handle things on her own for awhile. Thus, she declined any further mental health services until she requests them. |
| | | O | Sad within expected limits due to situation, congruent affect, good grooming/hygiene logical, denied psychotic symptoms. |
| | | A | Denied O/A/O/H/3 |
| | | P | IM to put in HNR when needed for mental health services. |

S. SIMMONS, PSY.D
PSYCH. ASSOCIATE II

**CONTINUOUS PROGRESS RECORD** - Mental Health

| Inmate Name | ADC Number |
|-------------|------------|
| Adcxxxx | 191593 |
| DOB | Facility/Unit |
| | ASPC - P 000012233 |

281

1103-40P
R/8/01

ARIZONA DEPARTMENT OF CORR_____ IONS

C_____uous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|-----------------------------------------------------------------------------------------------------------------------------|
| 6/14/07 | 1400 | S | IM made contact w/ this writer while doing cell side visits. He wanted to talk about relationship issues regarding family |
| | | O | Tearful, depressed, logical, normal speed, good grooming, hygiene, denied psychotic symptoms |
| | | A | Denied STB/STS |
| | | P | IM to see this writer next week. |

S. SIMMONS, PSYD
PSYCH. ASSOCIATE II

| | | | |
|------|------|----------|----|
| 6/14/07 | 1300 | S | IM reportedly continues to experience depressive symptoms. He discussed his relationship & depression as affecting his relationship w/ parents. He has maintained his tendency to become dependent on mother. |
| | | O | Tearful at times, depressed, good hygiene, grooming, logical, congruent, linear thought |
| | | A | Denied STB/STS |
| | | P | IM will be seen w/in the next 2 weeks. |

S. SIMMONS, PSYD
PSYCH. ASSOCIATE II

| Inmate Name | ADC Number |
|-------------|------------|
| Adriano | 191593 |
| DOB 8/6/70 | Facility/Unit ASPC-Rno 000012234 |

282
1103-40P
8/9/01

ARIZONA DEPARTMENT OF CORRECTIONS

**Continuous Progress Record - Mental Health**

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|-----------------------------------------------------------------------------------|
| 4/30/07 | 1600 | | Brief cell check ~ IM reported doing well. She declined MH services at present. |
| | | | S. SIMMONS, PSY.D PSYCH. ASSOCIATE II |
| 5/2/07 | 1320 | | Brief cell check ~ IM reported doing well, hopeful for appeal. She declined MH services at present. |
| | | | S. SIMMONS, PSY.D PSYCH. ASSOCIATE II |

**CONTINUOUS PROGRESS RECORD - Mental Health**

Andriano, Wendi    191593

8/6/1970

.DC Number

000012235

2X3    1103-40P

ARIZONA DEPARTMENT OF CO[R]R[EC]TIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, Instruction to patient. |
|------|------|----------|---|
| 10/28/05 | 1320 | X | Chart reviewed. MH-3R. No work restrictions |
| | | | INCC filed. |
| | | | L Kirby |
| | | | Psychologist |

CONTINUOUS PROGRESS RECORD - Mental Health

| Inmate Name | | ADC Number |
|-------------|--|------------|
| Andriano, W | | 191593 |
| DOB | Facility/Unit | |
| | ASPC-PV/B4 | 000012236 |

284

1103-40P
8/9/01

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|------|
| 8/17/05 | 1100 | S | Psychologist Note - Follow-Up Appointment. Advised inmate that his situation has been reviewed and she is receiving property and privileges in accordance with policy. Discussed inmate's rights for pursuing grievances and/or policy changes as she feels appropriate. "It's just so hard. I feel so stuck and like nobody cares. It feels like I'm not making any progress. It is so frustrating. The reality is starting to sink in. I don't feel depressed for myself, but I hate how I have hurt my parents and my children. * Sometimes I think I should just go back on my psych meds, but I know those don't really help. They just make it so you don't care. My jury said that it didn't seem like I cared and they were right because I was on psych meds." |
| | | O | Alert. Cooperative. Ox4. Neatly groomed. Depressed mood c̄ congruent, occasionally tearful affect. Cognition intact. Denied SI/HI. Future-oriented. |
| | | A | Adjustment Disorder c̄ Depressed Mood, Chronic. Stable presentation at this time. Risk of DTS/DTO - low at this time. |
| | | P | 1. Implement coping strategies as discussed in session. 2. Pursue policy questions w/ security beginning c̄ COIII. L. Kirby, P.D. PSYCHOLOGIST II |

CONTINUOUS PROGRESS RECORD - Mental Health

| Inmate Name | ADC Number |
|-------------|------------|
| Andriano, Wendi | 191593 |
| DOB | Facility/Unit ASPC-PV/BL ISHA |

000012237

285   1103-40P

ARIZONA DEPARTMENT OF CORRECTIONS

**Continuous Progress Record - Mental Health**

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|---|---|---|---|
| 6/22/05 | 1100 | S | Psychologist II Note - Response to HNR. Inmate submitted HNR requesting services because "I'm having anxiety attacks again!" "I've been here for six months and being in that room and the isolation is really getting to me. I have a therapist I've been working with for four years and she still comes monthly; she suggested I talk to you. I have tv, radio, books, visits, but I still feel so overwhelmed. And they took away some of my recreation; it seems like good behavior means nothing. I'm just really frustrated. I have more than 18-24 months before my case goes to the appellate court." |
| | | O | Alert. Cooperative, polite. Ox4. Neatly groomed. "Overwhelmed, frustrated" mood with dysphoria, tearful affect. Cognition intact. Denied S/HI. Future-oriented. |
| | | A | Adjustment Disorder c̄ Mixed Anxiety and Depression, chronic. Stable at this time. Risk of DTS/DTO - low at this time. |
| | | P | 1. Clarify policies governing those on death penalty status. 2. Follow-up in 2-3 weeks. L. Kirby L. KIRBY PSYCHOLOGIST II |

**CONTINUOUS PROGRESS RECORD - Mental Health**

| Inmate Name Andriano, Wendi | ADC Number 191593 |
|---|---|
| DOB | Facility/Unit ASPC-PV/BL/SMA |

000012238
1103-40P
8/9/01
286

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|---|---|---|---|
| 13 Jan 05 | 0830 | S | ¿ at type of Klonopin. — felt too weird. 20's a hard adjustment for me. never been locked down before. ¿ not depressed, — just have to get used to it. Do have time to read. — no radio yet. Plan do take correspondence Courses. |
| | | O | she seems to be adjusting well, considering the limitations she has. She misses being outside more (gets 6 hrs/wk) |
| | | A | she wants to ¿ off meds. Feels no need at this time. She feels in denial at this time. |
| | | A | Adjustment Disorder — ō mild depression. |
| | | P | 1) ↓ Seroquel 100 mg HS × 1 wk wks |
| | | | 2) Then 50 mg HS × 1 wk w/s. |
| | | | 3) Then DC |
| Rx sent | | | 2) DC. Zoloft. ¿ DC Klonopin |
| Gp 1/31 | | | 3) HN R for meds prn. |
| | | | C.L.D'Alessandro |
| | | | PSYCHIATRIST |
| | | | noted 1/13/05 @ 1450 S. Holmes RN   SUE HOLMES PSYCH NURSE II   GREG D. HINCHCLIFF, PA II |
| 04/26/05 | 1000 | ↓ | Incr filed MI+3 — 6 mo stay |

CONTINUOUS PROGRESS RECORD - Mental Health

| Inmate Name | | ADC Number |
|---|---|---|
| andreano, Wendi | | 191-593 |
| DOB | Facility/Unit | |
| 8/26/70 | | ASPC-PERRYVILLE |

287   1103-40P

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|-----|
| 1/10/05 | 1700 | S | Psych. Assoc. Note: Response to MNR "Things have been difficult." "I never expected for it to take so long to get things settled." I/m proceeded to discuss the multiple disappointments and frustrations associated with the transfer from County to State. Frustrations I/m has been unable to write or call home due to problems with paperwork and I/m banking. I/m hasn't claimed indigent status because his money was supposed to transfer from county. I/m hasn't had writing material or hygiene for approx 2 weeks. "I'm trying to do this the right way." "I don't want to be a trouble maker." "I know it will get better, this is the worst it can be." "I've learned to appreciate real simple things." "I just need a little help getting this straightened out." |
| | | O | mood (frustrated) anxious, affect labile, vascilated between laughing and tears, however she seemed to hold back with the tears, verbal, good eye contact, alert, cooperative/polite, denied DTS/DTO |
| | | A | Struggling with Adjustment - Low risk for DTS/DTO |
| | | P | Consult with psychologist to explore approp. Mental health strategies to assist with adjustment. |

LISA GARBARINO
PSYCHOLOGY ASSOCIATE II

J.Garbarino MA/LPA

| Inmate Name | ADC Number |
|-------------|------------|
| Andriano | 191593 |
| DOB | Facility/Unit |
| | ASPC-PV-SMIU |

**CONTINUOUS PROGRESS RECORD - Mental Health**

000012240
1103-40P
8/9/01

ARIZONA DEPARTMENT OF C(        )NS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED<br>*Mental Health* |
|------|------|----------|------|
| 12-29-04 | 1230 | | Referred by Dr. Kirby, Dr. Psychology, for medication review and by Pharmacy, regarding her Ativan + Seroquel medication. Client is in SMA — mental health watch. D/C Ativan per Perryville prison policy, and changed to clonazepam 1 mgm PO — in AM and noon, and ii PO. HS — watch swallow. (for 28 days.) Seroquel 200 mgm PO — HS — w.s. (for 28 days) Zoloft 100 mgm PO QD — w.s (for 28 days). Scheduled for Q follow-up in 8 weeks. |
| RTC 2/16/05 | | | Do Depressive DO, ADS, by Hx |
| ME 1/26/05 | | | R/o Adjustment DO; depressed mood ⟶ [signature] M.D. |
| Rx to Pharm: | | | Noted 12/29/04 @ 1300 S. Huffman F.N.M.S.II   Elizabeth Huffman, PRN II |
| 12-30-04 | 1410 | | This is a 34 y/o — w widow, F, was |
| | | S- | Seen for med F/u, and complaining of being anxious + lonely for the has nobody to talk to etc. She suggested to taper off her medication gradually in 2-3 months + "maybe to stop it — the future date." |
| | | O- | anxious smile, "bright mood" and full range affect. Spontaneous in speech, coherent + relevant. Denied disordered ideation, ⊖ A/H, ⊖ S/I + ⊖ H.I. Insight + judgment are fair. |
| | | A- | 311.00 depressive DO, NOS    R/o Adjustment DO depressed |
| | | P- | no change in her medication dosage and frequency since 12-29-04 HNR for Ozist F/u PRN. RTC — 8 weeks for F/u wk of 2/2/04  [signature] |
| | | | noted 12/30/04 @ 1630 S. Holmes PRN    SUE HOLMES PSYCH NURSE II |

CONTINUOUS PROGRESS RECORD

Inmate Name: Andriano, Wendi    191593

8/6/1970

ADC Number: 000012241

1101-62P

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|--------------------------------------------------------------------------------------------------------------------------|
| 12/28/04 | 1110 | S | Psychologist Note - 30" Mental Health Watch |
| | | | "I'm okay. The situation hasn't sunk in yet, but I'm very optimistic about my appeals. The only thing I'm really having trouble with is the isolation." Inmate indicates she anticipates successful appeals and is looking toward the future in a positive manner. She reports she struggled with the loss of her children initially, but has come to accept that and knows they are well-cared for. She reports good support from her parents and lawyers. She understands that she will have opportunities to talk to other inmates even in SMA. No other concerns at this time. Agreed to notify mental health if she experiences difficulty with her mood or develops SI/HI. |
| | | O | Alert. Cooperative. Ox4. Neatly groomed and dressed. Bright, almost giddy affect inappropriate to situation. Euthymic mood. Inmate did become tearful when discussing children. Cognition intact. Denied SI/HI. Future-oriented. |
| | | A | Stable presentation Risk of DTS/DTO - low |
| | | P | 1. Discontinue mental health watch 2. Inmate to request services as needed via HNR. No symptoms reported at this time. 3. Follow-up c̄ psychiatry as planned. |
| | | | L. Kirby |

L. KIRBY, Ph.D.
PSYCHOLOGIST II

CONTINUOUS PROGRESS RECORD - Mental Health

| Inmate Name | | ADC Number |
|-------------|--|------------|
| Andriano, Wendi | | 191593 |
| DOB | Facility/Unit ASPC-PV/BL | |

000012242

1103-40P
8/9/01

2910

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|-----|
| 12/27/04 | 0900 | S | Psych. Assoc. Note: Follow-up to 20 min MHW. "Overall I did pretty good over the weekend." "It was very uncomfortable because I was so cold." "The hardest thing is being isolated, will I have to stay in this room the whole time?" Informed Inm of procedures to possibly get a room change through Security. "I thought or I was hoping that I'd be out in the yard..." "That is what will keep me going is my appeal." "I've got motivated people managing my appeal." "I'm going to see this through." Encouraged member to continue reframing experiences to help cope. Discussed possible follow-up plan to assist with adjustment period. |
| | | O. | mood euthymic, affect congruent to mood and content, verbal, eye contact good, thoughts clear/organized, expressed hope/motivation to live, admitted difficulties adjusting to isolation, continued to deny DTO/DTS, seemingly still in denial regarding the experience (death penalty) |
| | | A. | Depressive D/O NOS per chart/hx - risk for DTS/DTO - low ~~per mood due to adjustment~~ |
| | | P. | Upgrade MHW to 30 min. Provide Inm with all property. Continue to check on her to assist with adjustment. Follow-up per policy. Consult with assigned psychologist. |

LISA GARBARINO
PSYCHOLOGY ASSOCIATE II

Garbarino MA/LPC

| Inmate Name | | ADC Number |
|-------------|--|------------|
| Andrano | | 191593 |
| DOB | Facility/Unit | ASPC-PERRYVILLE |
| | | BRBD0100248 |

CONTINUOUS PROGRESS RECORD - Mental Health

1103-40P
8/9/01

ARIZONA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH DISPOSITION

Time Issued: _0900_
Date Issued: _12/27/04_

WATCH ORDERS (EFFECTIVE UNTIL FURTHER NOTICE)

TYPE:
[ ✓ ] Precautionary/Seclusion: _30 min. MHW_

[ ] Suicide: _____

TIME CHECK INTERVALS: [ ] 5"   [ ] 10"   [ ] 15"   [ ] 20"

CONDITIONS OF WATCH: [ ] Stripped to Undershorts

KEEP:
[ ] Shirt                  [ ] Pants
[ ] Jumpsuit               [ ] Tobacco
[ ] Lighter                [ ] Socks
[ ] Shoes                  [ ] Other Footwear
[ ] Mattress               [ ] Blanket
[ ] Sheet                  [ ] Pillow
[ ] Writing Material       [ ✓ ] Appliances

INDIVIDUALIZED TREATMENT PLAN ORDERS:

_May have all property authorized per policy_
_per custody status_

STAFF SIGNATURE: _Garbarino_                     DATE: _12/27/04_
                      LISA GARBARINO
STAFF TITLE: _____ PSYCHOLOGY ASSOC. II____

OK 12/28/04 @ 1150
R. Kurz

Name: _Andriano, Wendi_
ADC #: _191593_
SSN: _____   DOB: _____
Facility: _ASPC-PV_   Unit: _SMA_

Distribution:
White  - Medical Record
Canary - Yard Office
Pink   - Housing Unit

Form: 70400150
08/26/91
000012244
292

ARIZONA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH DISPOSITION

Time Issued: _1715_
Date Issued: _12/23/04_

WATCH ORDERS (EFFECTIVE UNTIL FURTHER NOTICE)

*Superceded*
*by New MHW DISP.*
*By Date'd 12/27/04*
*LISA GARBARINO*
*PSYCHOLOGY ASS...*

TYPE:
[✓] Precautionary/Seclusion: _20 min MHW_

[ ] Suicide: _____

TIME CHECK INTERVALS:   [ ] 5"   [ ] 10"   [ ] 15"   [✓] 20"

CONDITIONS OF WATCH:   [ ] Stripped to Undershorts

KEEP:
[ ] Shirt
[✓] Jumpsuit
[ ] Lighter
[ ] Shoes
[ ] Mattress
[ ] Sheet
[ ] Writing Material

[ ] Pants
[ ] Tobacco
[✓] Socks  *1 pair — must give up old*
[ ] Other Footwear  *ones to receive new*
[ ] Blanket  *pair*
[✓] Pillow
[✓] Appliances

INDIVIDUALIZED TREATMENT PLAN ORDERS:

_2 Suicide Blankets_
_Sack meals — no cellophane_
_May have Christmas dinner on a styro_
_No sharps/sporks_
_Toilet tissue — few sheets at a time — no roll_
_One book at a time — may exchange for a new one_
_when finished_

STAFF SIGNATURE: _Garbarino MA/LPC_          DATE: _12/23/04_
                  LISA GARBARINO
                  PSYCHOLOGY ASSOC... II

STAFF TITLE: _____

Name: _Andriano, Wendy_
ADC #: _191593_
SSN: _____   DOB: _____
Facility: _ASPC-PV_   Unit: _SMA_

Distribution:
White  – Medical Record
Canary – Yard Office
Pink   – Housing Unit

Form: 70400150
000012245
293

ARIZONA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH DISPOSITION

Time Issued: _____1315_____
Date Issued: _____12/23/04_____

<u>WATCH ORDERS (EFFECTIVE UNTIL FURTHER NOTICE)</u>

TYPE:
[ ] Precautionary/Seclusion: _____

[✓] Suicide: _____10 min._____

<u>TIME CHECK INTERVALS:</u>   [ ] 5"   [✗] 10"   [ ] 15"   [ ] 20"

<u>CONDITIONS OF WATCH:</u>   [ ] Stripped to Undershorts

KEEP:
[ ] Shirt              [ ] Pants
[ ] Jumpsuit           [ ] Tobacco
[ ] Lighter            [ ] Socks
[ ] Shoes              [ ] Other Footwear
[ ] Mattress           [ ] Blanket
[ ] Sheet              [ ] Pillow
[ ] Writing Material   [ ] Appliances

<u>INDIVIDUALIZED TREATMENT PLAN ORDERS:</u>

2 Suicide Blankets
Sack meals - no cellophane
No Sharps/sporks
hygiene while in use - remove when done
toilet tissue - few sheets at a time - no roll
One book at a time - may exchange for new one when finished

*Upgraded to a 30 min MHW 12/23/04 L Garbarino*

STAFF SIGNATURE: _L Garbarino MA/LPC_      DATE: _12/23/04_

STAFF TITLE: _____LISA GARBARINO_____
PSYCHOLOGY ASSOCIATE

Name: _Andriano, Wendi_

ADC #: _191593_

SSN: _____   DOB: _8/6/1970_

Facility: _ASPC-PV_   Unit: _SMA_

Distribution:
White - Medical Record
Canary - Yard Office
Pink - Housing Unit

Form: 70400150
08/26/91

000012246
894

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|------|------|----------|------------------------------------------------------------------------------|
| 12/23/04 | 1715 | O | (Cont) Mood distressed, affect congruent (verbal, good eye contact, seemingly in "shock stage" adamantly denied ST, expressed motivation to remain alive for parents/children and work through the appeal process |
| | | A | Risk to harm self mod. |
| | | P | Determined it would be approp to modify watch to a 20 min MHW. I/m will only be allowed to have the minimum. It's important to still consider the other risk factors. See disposition for criteria/materials allowed. Follow-up per policy |

LISA GARBARI
PSYCHOLOGY ASS

J Garbarino MA/LPC

**CONTINUOUS PROGRESS RECORD**

| Inmate Name (Last, First M.I.) | ADC Number |
|-------------------------------|------------|
| Andriano | 191593 |
| Date of Birth | Facility/Unit |
| | ASPC-P/000012247 |

1101-62P
11/21/01

ARIZONA DEPARTMENT OF CORRECTIONS

**Continuous Progress Record - Mental Health**

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|---|
| 12/23/04 | 1315 | P | Currently Ilm presents with multiple risk factors for Suicide: 1) Death sentence - 1st day 2) New setting - highly restrictive setting 3) Holiday Weekend 4) Not able to have visitors/personal property for several weeks 5) Ilm on Ativan - a probable change in medications will occur 6) A serious suicide attempt at county 7) made a "Shock"/denial statement Based on these factors Ilm placed on 10 min suicide watch at SMA. See mental health disposition for details.    *LISA GARBARINO PSYCHOLOGY ASSOC...*  J Garbarino MA/PC |
| 12/23/04 | 1715 | S | Psych Assoc Note - Follow-up per policy "I don't know what else I can tell you to help you understand that I'm not going to hurt myself." "I'm an only child, I promised my parents that I would see this through." "I not going to kill myself on Christmas, I wouldn't do that to my parents." "I've been seeing a counselor for four years, I've been preparing myself for this." Consulted with the psych III. Determined that it would be approp to modify the watch based on her adament testimony that she would not harm herself. Decided to remain cautious - See plan. (Cont) on next pg)    J Garbarino MA/PC   *LISA GARBARINO PSYCHOLOGY ASSOC...* |

**CONTINUOUS PROGRESS RECORD - Mental Health**

| Inmate Name | ADC Number |
|---|---|
| Andriano, Wendi | 191593 |
| DOB | Facility/Unit |
| | ASPC-PV |

290   1103-40P  8/9/01

ARIZONA DEPARTMENT OF CORRECTIONS

Continuous Progress Record - Mental Health

| DATE | TIME | S.O.A.P. | Note clinical course, complications, consultations, change in diagnosis, condition on discharge, instruction to patient. |
|------|------|----------|---|
| 12/23/04 | 0930 | S/ | Saw I/m in assessment for 15 min. Tearful |
|  |  | O | cooperative. good eye contact, good verbal skills. alert x O3. |
|  |  | A | Report no DTO - DTS w/ SI/HI Risk mod. |
|  |  | P | MHW 30". No MH Hx.  DX: Adj D/o. |

*C. Mullen*
DR. CONNIE MULLEN
M.H. TEAM COORDINATOR

| 12/23/04 | 1315 | O | Psych Assoc Note: In response to a referral |
by Security
Security approached this writer with an
IR that referenced other I/m's concerns
about this I/m committing Suicide. Concerns
were seemingly based on their experiences
together in County. Approached I/m at cellfront
to assess for SI. I/m stated she did not
have current thoughts of harming self and
endorsed a suicidal attempt in county.
I/m stated she made promises to her family
that she would see this through (appeals etc)
I/m stated "I think I'm still in shock." "I'm
medicated now, so I'm O.K." "Once I get my
TV and radio I'll be fine."
|  |  | O | mood generally euthymic became slightly
tearful when speaking of adjustment to this
setting. good eye contact, verbal, polite, thoughts
clear organized, denied current DTS/DTO
|  |  | A | Based on multiple risk factors for Suicide
(see plan) risk for self harm consider
mod — high.

LISA GARBARINO
PSYCHOLOGY ASSOC
(Cont) on next pg.)    *L. Garbarino, MA/LR*

| Inmate Name | ADC Number |
|---|---|
| Andriano Wendi | 191593 |
| DOB | Facility/Unit |
| 8/6/70 | ASPC P.V 000012249 |

CONTINUOUS PROGRESS RECORD - Mental Health

297

1103-40P
8/8/01

**ARIZONA DEPARTMENT OF COR⟩    .TIONS**

⬤ ⟨Men⟩tal Health Disposition

| Time Issued<br>09:30 | Date Issued<br>12/23/04 |
|---|---|

*Superseded by New mental health Disposition 16*

**Type of Watch** *(Effective Until Further Notice)*

☐ Suicide

☑ Mental Health   30"

**Time Check Intervals:**

☐ Continuous   ☐ 5"   ☐ 10"   ☐ 15"   ☐ 20"   ☒ 30"

**Conditions of Watch:**   Per D.O. 1103   ☒ Suicide Blanket (2)

**Inmate May Keep:**

☒ Jumpsuit                         ☑ Undershorts
☒ Shoes - ~~no laces~~  Socks 1 pr   ☒ Regular Blanket
☒ Mattress                         ☒ Personal Hygiene
☐ Sheet                               -Soap
☐ Writing Material                   -Tooth paste — As needed
☐ Reading Material                   -Tooth brush
                                   ☒ Pillow

**Individualized Treatment Plan:**

Sack meals
No Sharps — Socks

**Authorization**

Verbal   ☒ Yes   ☐ No   From _____   /Cosign: _____

| Employee's Signature/Stamp<br>C. Mullen | Title | Date<br>12/23/04 |
|---|---|---|

DR. CONNIE MULLEN
M.H. TEAM COORDINATOR

| Inmate Name *(Last, First M.I.)*<br>Andrano Wendi | ADC Number<br>191593 |
|---|---|
| Date of Birth<br>8/6/70 | Facility/Unit<br>ASPC P.V. |

Distribution
White - Medical Records
Canary - Yard Office
Pink - Housing Unit

1103-44P
2/5/02

000012
298

# HEARING EXHIBIT 182

# PLACEHOLDER FOR AUDIO RECORDING

# CASSETTE TAPE OF WENDY ANDRIANO'S TELEPHONE CALL WITH CIGI INSURANCE COMPANY

## Sharon B. Murphy, Ph.D., CISW
AZ Certification No.  SW-3428I
Domestic Violence Consultant

Ph:  (602) 369-0192   Email:  sbmurphyaz@yahoo.com

**Domestic Violence Assessment**

**Confidential**

| | |
|---|---|
| Client's Name: | Wendi Andriano |
| Case No.: | CR2000-096032 |
| Assessment Date(s): | 3/25/03; 3/26/03; 3/29/03; 3/30/03; 4/8/03; 4/11/03; 4/22/03; 6/4/03; total interview time = 20 hours |
| Date of Report: | 9/22/03 |

Daniel Patterson, JD, Deputy Public Defender made a request for a Domestic Violence Assessment of Wendi Andriano to this writer.

**The purpose of this Assessment is:**

1. to determine if Wendi Andriano was a victim of domestic violence/abuse by her husband Joseph Andriano consistent with generally accepted definitions of domestic violence,
2. if said claim is true then this assessment will determine the level of severity of the violence/abuse suffered by Ms Andriano,
3. to assist the court in understanding the circumstances of the death of Joseph Andriano

**This Assessment includes the following:**

1. Review of the following records:
   - Photographs of the crime scene provided by Daniel Patterson, J.D.
   - Autopsy report of Joe Andriano
   - Psychiatric evaluation of Wendi Andriano by Dr R. Rosengard
   - Videotape of Wendi Andriano's interview by Phoenix police detective
   - All Documents and photographs contained in Discovery Vol. I & II provided by Daniel Patterson, JD
   - Mental Health case notes from H. Kandy Rohde, MA, CPC

2. Unstructured Interview with Wendi Andriano – Purpose of this part of the assessment was to obtain Wendi's story of the pattern of abuse/victimization. This includes documentation of:

   a.  Childhood history

007159

1

PCRDIS-P000625

     b.  Education
     c.  Dating history
     d.  History of relationship with Joseph Andriano

3.  Structured Interview with Wendi Andriano - Purpose of this part of the assessment was to obtain scores on tests of physical and non-physical abuse and to describe power and control tactics as well as abusive acts used by Joe Andriano against Wendi. Additionally, this section reports ways in which Wendi tried to survive the abuse by Joe and reports the level of lethality of Joe's abuse of Wendi. The following assessment tools were used:

     a.  Power and Control Wheel (Duluth Domestic Abuse Intervention Project)
     b.  Partner Abuse Scale: Non-physical (Hudson, 1992)
     c.  Partner Abuse Scale: Physical (Hudson, 1992)
     d.  Response to Violence Inventory: Strategies to Escape, Avoid, and Survive Abuse (Dutton, 1992)
     e.  Abusive Observation Checklist (Dutton, 1992)
     f.  Lethality Checklist (Arizona Coalition Against Domestic Violence)

4.  Summary of Findings

5.  Recommendations

**2. Unstructured Interview with Wendi Andriano:**

     a.  **Childhood History:** Wendi's earliest memory is of her grandmother. Wendi states that she remembers living with grandma and mom (Donna) in Phoenix as a very young child and that grandma was the primary caretaker because mom was a single parent and had to work. She also remembers when mom began dating Alejo Ochoa. She has only one memory of her biological father, Skip (no other name available). She remembers around age 8 or 9 Skip took her to Tucson.

     Donna married Alejo in 1976 and he adopted Wendi. They lived in Casa Grande, AZ where mom worked as a counselor with Terros for a while and now works in the Human Resources Dept of the Casa Grande Regional Hospital. Dad works in the family's tortilla factory in Casa Grande.

     Wendi recalls that as a child/teen dad's temper was a part of her and mom's life. She reports that dad did a lot of screaming and yelling, however, he did not swear or use physical violence. Wendi reported that she would go into her bedroom and close the door, as would mom, when the screaming began. If dad left the house then when he returned she and mom would be very nurturing toward him, making

067160

2

PCRDIS-P000626

sure he was happy so that the screaming would not begin again. Wendi also states that mom told her that when Wendi was a very young child she may have been sexually molested by her biological father who is currently serving a prison term for sexual molestation of a mentally disabled female. Mom does not have any proof that this happened to Wendi but has thought it might have been a possibility.

b. **Education**: Wendi was home-schooled for a while as a young child while her parents worked as street ministers for a church called 91st Psalms, a non-denominational Christian Church. Wendi attended Evergreen School a public school in Casa Grande for kindergarten. Wendi recalls at approximately age 5 or 6 there were two men who traveled with her family as ministers. One of the men attempted to expose himself to Wendi and she reports being frightened of him. This church is now known as Harvest Family Church and is located in Casa Grande. After Wendi and her parents stopped traveling as church ministers, they settled in Casa Grande, AZ and she was enrolled in a church-affiliated school called 91st Psalms. Wendi reports that her religion was very strict and extreme. She further reports running away with the pastor's daughter several times as young children. She states that she just wanted to be like other kids, allowed to play at the park etc. The 4th and final time Wendi reports running away she was about 15 years old and she recalls staying at a friend's home.

Wendi reports doing well in school, graduating from high school with honors, and taking a few courses from Central Arizona College while in high school. Wendi competed in music and poetry recitation and achieved a 1st place trophy for memorization of the Book of Proverbs from the Bible.

After marriage to Joe Andriano, Wendi took additional college courses in Accounting at the University of Phoenix. Wendi had wanted to finish her education (she was about 5-6 courses away from completing a B.S. in Business) but Joe always had a reason why she couldn't return to school.

**c. Dating History:** During high school Wendi did not date formally. Her social group consisted of her peers at the church-affiliated high school. Wendi reports that "for fun" most of the kids came to her house where they played games, or rented movies. Sometimes they went bowling, or ice-skating at Metro Center. Wendi's father was the youth pastor for her church. Wendi did not begin dating until after high school. Her first boyfriend was the pastor's son.

It is noteworthy that following high school Wendi went to work in Mexico to perform missionary work. When she returned from Mexico

. 007161

3

PCRDIS-P000627

she decided to break-up with the pastor's son because she wanted to experience more of the world. **During the meeting in which she told him she wanted freedom to date others, the pastor's son pulled the ring he had given Wendi off of her finger, bit the ring causing the stone in the ring to fall out. He then smashed 2 of her car's windows with a rock. She did not report this incident to the police.**

**d.  History of Relationship with Joe Andriano**:  Wendi met Joe Andriano on St Patrick's Day 1992 while at Dell's Pizza in Casa Grande. Wendi was 21 years old at the time. Wendi states that Joe was part of the "in crowd" in Casa Grande, which consisted of kids from farm families. She was not part of this group and states that during the entire time they dated, his crowd did not like Joe to date someone from outside their group. Wendi reports not feeling accepted by Joe's friends and not feeling good enough for Joe.

Wendi states that her relationship with Joe began as a friendship. They quickly became good friends and spent a lot of time together. Very early in their relationship, Joe told Wendi that she was the only one who really understood him. He described to her an unsatisfying family life in which his father was alcoholic. Joe talked to Wendi about how poorly he felt life had treated him. One of the biggest problem areas that Joe described was his relationship with his father. He told Wendi that he felt his dad was willing to help Joe's friends but not Joe.

Wendi reports that she enjoyed being with Joe and felt like he needed her. Each time they were together she felt like she got to know him better and saw how "rotten" his home life had been. She reports feeling "driven" to make his life better. During their 3rd month of dating Joe moved in with Wendi stating that he couldn't stand living with his parents any longer. At this time Wendi and Joe did not have a sexual relationship but that changed around their 4th or 5th month of dating. Wendi reports that during their early days of dating, Joe helped her get caught up on her bills. She said that at the time she was 2 months late in making her car payment. During this time Wendi was employed as an Assistant Manager at an apartment complex and Joe had a welding business. Later she went to work in the Accounting Department at Casa Grande Regional Hospital and enrolled in accounting classes at the University of Phoenix. During the time that they were dating, Joe drank at least 10-12 bottles of beer in a night, and frequently became intoxicated when they were out. She reports that Joe was never emotionally available to her except when he had been drinking. When drinking Joe would cry about the loss of his grandfather (died by suicide) with whom he had been very close.

4

007163

While they were dating Joe always wanted to keep up with his crowd and wanted a full-sized pick-up truck like the trucks owned by his buddies. Wendi felt badly for him so she gave him her car to use as a trade-in so he could buy the truck he wanted. At that point Wendi no longer had a vehicle so she would get rides home from work and then have to call around to find Joe so that she could join him after work.

Wendi reports that Joe was not romantic and not very communicative. He was a "screamer" according to Wendi, frequently yelling at others or about others. In October 1993 Joe gave up the welding business after a bad accident and went to Oklahoma to learn how to replace automobile windows. He wanted to start his own business. A few months after moving in with Wendi, Joe said, "lets get married". Wendi's mother took care of the plans for Wendi and Joe's wedding because Wendi was working full-time and taking accounting classes. Wendi reports as she looks back at that time in her life she really did not have a tremendous desire to marry Joe but felt that she had to because she had been living with Joe and felt dad's disapproval about living with a man without being married. Joe bought Wendi a fake diamond and had it set in a gold band. Wendi reports that Joe was "big on appearances" and asked her if she would mind wearing it and that someday he would buy her a real diamond. Wendi and Joe were married in January 1994. Joe's sister and her husband paid for a 3-day honeymoon for Joe and Wendi in Las Vegas.

Wendi recalls the first time she and Joe engaged in sexual relations. She states that she cried but couldn't really describe why she cried. She believed that sex was something that men enjoyed and women endured. **Wendi states that Joe demanded sex daily and she, at first, pretended to enjoy it. She thought that she was supposed to give a man what he wanted. She states that all she really wanted was hugs and signs of affection but Joe was unable to provide her with affection.**

A few months after their marriage, Joe and Wendi attended a friend's wedding. While at the wedding they saw Joe's ex-fiancé, Shelly, who had cheated on Joe while they were engaged. **Joe told Wendi when they began dating about Shelly and what she had done to him (cheated). He also told Wendi that he had become enraged when he discovered her infidelity, and that he had wanted to hurt Shelly. In order to prevent this from happening, his parents sent him to California to cool off. Joe warned Wendi to never cheat on him.**

**Additionally, Joe's friends warned Wendi not to make Joe angry. They told her about a time when a man kicked Joe's truck tire and**

007163

5

PCRDIS-P000629

Joe ran him over. According to Joe's friends, the man was taken to the hospital following that incident. Wendi also was told about a time that Joe was at his parent's home for a party when Joe became enraged at his father and it took 2 men to pull him off of his father. Joe's friends also told Wendi that Joe would chase his sister's boyfriends with a baseball bat. She was also told that he had broken windows when he was mad. Wendi stated that there was a joke around Casa Grande that Joe had a charge account at a local glass shop because he would spin out his truck in the parking lot of the Circle K causing gravel and stones to fly breaking the windows in the store.

Wendi understood Joe's anger as being focused on his dad who was an active alcoholic during Joe's youth. She said he would often swear about his parents. Wendi believed that with enough love from her Joe's anger would dissipate.

<u>Beginning of Marriage</u>: During the first few months of their marriage Joe began to notice a lump in his jaw but didn't tell Wendi. After the 1st six months when they could no longer afford the rent on the townhouse they had been living in, they moved to a building on Joe's family's farm. Wendi described this building as having been used as a farm shop at one time with low ceilings and 3 rooms. One of the rooms was filled with machinery parts. Shortly after moving to the farm, Joe showed Wendi the lump and sought medical attention. Prior to his first surgery they bought a car but a few months later they were unable to afford the payments so Joe had a friend of his steal the car so the insurance company would paid off the car. Joe liked keeping up with "the Joneses" by trading in his truck every year for a new model. All the while Wendi drove a 1974 Dodge Dart, which had belonged to her grandmother.

From the early days of their marriage Joe began to isolate Wendi from her friends. She worked and went to school and took care of him and was careful not to upset him. As long as Joe wasn't upset, things went along fairly smoothly.

Wendi states that Joe was often like a spoiled child who expected her to take care of him no matter what the cost. He always felt the world owed him because of his difficult home life. Wendi felt like she owed Joe a better life and performed numerous care taking tasks throughout their marriage. For example, Wendi chose Joe's clothes daily and laid them out for him. She clipped his toenails, did his washing and ironing, worked throughout their marriage supporting their household as well as Joe's very expensive hobby with his racing boat.

067164

PCRDIS-P000630

She states that during this time, other than not enjoying sex, things were OK. They were buddies; she took care of him. Joe would sometimes cry on Wendi's mom's shoulder about his home life with his parents. Wendi asked Joe to accompany her to church, which he did along with Wendi's family.

**1st Physical Assault**: Wendi reports that others saw Joe as the life of the party and that he could be very charming. There were numerous good times with Joe but there was also another side of Joe. The first physical assault of Wendi by Joe occurred in 1994, approximately 8-9 months into their marriage. Joe was angry and yelling at Wendi so she ran into their bedroom and shut the door. Joe threw his body against the door shattering the door with his body and scratching his arms and shoulders with the wood from the door. He got inside the bedroom, grabbed Wendi by the neck and pinned her against the wall. He then grabbed a stone pot and smashed it into the wall next to her head. He then let her go and smashed a coffee table. Finally, exhausted from his rage, he lie down on the bed and fell asleep. Wendi recalled the things that others had told her about Joe and his rages and the stories now began to make sense to her. Prior to this, she thought they were stories intended to frighten her.

The morning after the first physical assault, Joe bought a new bedroom door and they never talked about the incident. He also hung a picture over the hole in the wall that he had made by smashing a pot into the wall next to her head. Wendi states that she never talked about the attack with him because she was afraid to bring it up to him.

**Wendi reports that during Joe's rages he would scream at her that things were her "fucking fault".** She said that she would never say anything back to him because it would fuel his fire. She states that she had seen him "throwing fits" before by throwing his tools around or at an engine he was working on but previously he had not directed his rage at her directly.

**Joe's Health**: In 1995 Joe had his first surgery. The doctor told them that the tumor was benign and that Joe would be fine. At this point Joe took a lot of time off from his auto glass business so another man took over the business. Less than 6 months after surgery the lump began growing back, Wendi became pregnant and Joe had surgery again in 1997. Again he was told that the tumor was benign. Between surgery #1 and #2, Joe took a job working for people he used to buy his glass from. Wendi estimated that they were approximately $100,000 in debt. She was employed at the Casa Grande Regional Hospital at the time earning about $13-$14 an hour. Wendi took money from the hospital for the first time in 1995. She stated that she always felt

7

007165

PCRDIS-P000631

pressured by Joe to take care of him and all the household expenses even when he was spending a great deal of money on his boat, a very expensive toy.  She said that Joe resented any constructive criticism about his spending habits but that "I'm not one who likes arguments so I just let it go."  She said that she took money from the hospital a few times but does not know how much she took.  She said that Joe never asked where she got the money to pay their bills.  While still working at the hospital, she was experiencing enormous stress and her boss encouraged her to talk with an Employee Assistance person which she did.  The EAP sent Wendi to seek counseling services at Casa Grande Counseling Services.  Wendi states that she did not continue with this counselor for very long because the counselor blamed all of Wendi's problems on Joe and Wendi did not want to hear that.

## Work
In order to begin his own automobile glass replacement business Joe borrowed the maximum allowable amount on their credit cards, obtained loans from his parents, borrowed money from a bank (loan co-signed by Brad's sister and her husband) and was given money by Wendi's parents.  Joe had no income while trying to get the glass business operating.  July 1996 Joe acquired AccuGlass and Wendi worked there also.  Debt began to mount during this time often due to Joe's spending habits.  Wendi states sometime in 1996 she was confronted by her boss and her boss's supervisor about the money.  She states that she told them the truth and that they knew about Joe and what life was like with him so they did not press charges against her but she was forced to leave her job at the hospital.  She states that she told Joe about taking money from the hospital and he became angry at her, yelling at her about how she would get money to support them.

Wendi went to Jerry Robles to ask for a loan and he gave them approximately $75,000 and became a partner in the glass business.  Everything went well for a few months and then the pain began in Joe's neck again.  At that point he was unable to keep up with the workload; he began drinking and playing more.  Wendi became pregnant with Nicholas, the business was going downhill and Jerry needed to put in more money just to keep the business afloat.  Joe had instructed Wendi from the beginning days of the business to only show a certain amount of work on the books.  When Jerry wanted more information about the business Wendi was unable to give it to him.  Jerry told Joe that he was going to take over the business because it was failing.  Jerry and Joe argued about it.  Wendi felt like she was in the middle of it.  Joe contacted the man who stole his vehicle so that the insurance company would pay off on the vehicle and asked that man to "take care of Jerry".  Wendi understood that to mean, "kill"

8

007166

PCRDIS-P000632

Jerry. Joe had a collection of approximately 20 guns, which included AK 47's, handguns, and rifles. He kept them in the closet except the handgun was kept either in the nightstand or under the mattress.

Joe had gotten possession of a gun that had the ID numbers sawed off that Wendi believed he planned to have his friend use on Jerry. Wendi knew that they had made a mess out of the business and that Jerry had a right to take over the business. Wendi told her dad what Joe planned to do to Jerry. Mr Ochoa warned Joe not to do it. Joe also warned Wendi not to tell Jerry and he pulled out the handgun, pointing it at Wendi from across the room and said: "If you even think about doing that (telling Jerry about his plan to kill him) I'll use this on you instead of him." Despite Joe's threat, Wendi relayed the information to Jerry. Jerry chose to "disappear" so nothing more happened with Joe's plan.

On another occasion a man came to repossess Joe's van because he had fallen behind in making payments on the vehicle. Joe kept a gun in the van which he grabbed as it was being towed away. Joe put the gun to the driver's head to make him stop and forced him to drive it back to their apartment. The driver followed Joe's orders. Later Joe was laughing about it as he told other's the story.

Joe bought a 2nd racing boat with a $10,000 loan from a credit union. At that point, Wendi estimated that they owed approximately $70,000 in credit card loans, $10,000 to the credit union, $25,000 to the bank in Casa Grande which was borrowed to start the business, $10,000 to Joe's parents, approximately $550 a month in payments on their vehicle, $600-700 a month on their cell phones and $400 per month on life insurance. Wendi states that both Joe and his dad carried a lot of life insurance. As their debt increased and the business was going under Wendi felt like Joe was leaning more and more heavily on her. She stated that she felt like Joe was becoming depressed. Joe now had his third surgery and they had did not have any medical insurance to cover the cost. The hospital wanted the bill paid prior to the surgery so her parents gave her $2500 to give to the hospital. Each surgery was more intense than the previous one.

Wendi reported that Joe's mother gave her a baby shower and bought a lot of things for the first grandson. Nicholas was born June 1997 and Joe seemed to be recovering. Both Wendi and Joe were unemployed at this point and Wendi's parents were taking care of their bills. Joe began working for a boat shop in Tucson where he used to hang out and brought home approximately $200-$300 a week. He bought things for his boats on account so the owners took money from Joe's paycheck to cover his purchases. Wendi's parents continued to assist them with their living expenses. Wendi states that she continues to

9

007167

believe that Joe needs love and acceptance so is non-confrontational with him. She also never said anything negative about Joe to her parents.

Joe never helped with the baby but would hold him or carry him to the car for Wendi. Shortly after Nicholas's birth Joe had an argument with his boss at the boat shop and did not want to go back to work. He began pressuring Wendi to go back to work while he continued "playing" at the lake with his boats. Joe was fully recovered from his most recent surgery and able to work but refused to do so. Joe continued to purchase more things on the credit card and had Wendi call an uncle to borrow $2500. He also insisted that Wendi call his sister in Tennessee to ask to borrow $1500 and had her tell his sister that she was unable to work at the time.

Wendi reports that if friends came over to see the baby Joe would become angry. He made demands on Wendi in front of visitors and was rude so that the visitor would leave. At one point in front of one visitor Joe stated: "What are you doing here right now? I need Wendi to iron my shirt right now."

**At 3 weeks postpartum Joe told Wendi that he wanted sex and she refused saying that she was not healed yet from the birth. Wendi reports that Joe swore at her saying: "It can't be that fuckin' bad." He pulled her off of the couch while she was saying "No, Joe, not yet" and their dog, Max, started growling at Joe. Joe became furious and released Wendi. Joe grabbed the dog pinning him down by the neck with one hand while holding his mouth shut with the other hand. Wendi reports trying to pull Joe off the dog while Joe was screaming: "If you don't start doing what I tell you to do I'm gonna kill this fuckin' dog." Wendi reports that she was sobbing and saying "Please stop; I'll do whatever you want; Please stop". Joe released the dog and shoved him into the bathroom. Nicholas was crying so Wendi breastfed him and when she was finished Joe forced Wendi to have sex. She reports crying because of the discomfort but she reports that it was very quick, no affection or foreplay, just sexual intercourse.**

In a short time the money borrowed from an uncle and Joe's sister was gone and once again Wendi had to ask her parents for help. A friend convinced Wendi to take a break from Joe by going to live with her in another state. Wendi went to Jerry Robles to ask for money again but this time so that she could leave Joe. Jerry gave her $1000. Joe was going to be away for 3 days so Wendi wrote Joe a letter saying she was leaving him and left it on his desk. Joe came home unexpectedly early one morning and discovered the letter. He shook her awake and

10

007168

P-App. 006481

was screaming: "Why are you doing this to me?" Wendi reports that Joe was crying and begging her not to leave him and she felt so badly for him that she decided she couldn't go through with her plan. Things improved for a while. Wendi reports that Joe was nicer helped her with the baby and around the house. She thought that things had finally changed with Joe. She became pregnant again when Nicholas was 6 months old. She stopped breastfeeding and Joe convinced her to get a job. She got a job working for a former boss as an apartment manager.

Joe was happy that Wendi was working and they were able to move into one of the apartments where Wendi was employed. They moved out of the little building on the farm in the middle of the night because Joe didn't want his parents to know they were moving. Wendi reports that Joe used to hide things from them. For example he told his dad that he only owned 1 boat so that his dad would not expect him to use the money he spent on the 2nd boat to pay him back.

Around this time Joe began experiencing pain in his neck again and a lump quickly grew. Wendi now had medical insurance and a lung biopsy was performed. They were told that Joe had an aggressive benign tumor that was traveling to his neck. The doctor sent samples to Walter Reed Hospital in Washington DC for further testing and a report confirmed that Joe had adenoid cystic carcinoma. A physician at the Mayo Clinic recommended radical neck surgery with chemotherapy and radiation. They were told that there was a 30% chance that the tumor would not grow and that Joe had 1-2 years to live. The couple felt that there were many unknowns and not many studies conducted on this particular type of cancer and accompanying treatment. At this point Joe, Wendi and Nicholas were going to church regularly and praying for healing.

Joe had his 4th surgery on Wendi's birthday, August 1998 while Wendi was 8 months pregnant. A tracheotomy was performed and Joe became very angry and belligerent post op. Wendi reports that she stayed at the hospital with Joe and acted as a mediator between Joe and the nurses. At one point Joe threw a clipboard at a nurse who came in to assist them with something. Joe had a large section of his neck removed as part of the surgery to remove the tumor. When Joe came home from the hospital Wendi returned to work. Her parents came to their apartment 3x a day to care for the huge gaping wound on his neck. Joe had a feeding tube for about 2 weeks and he became increasingly angry and belligerent.

Joe had to decide on a course of treatment. He was told that the side effects of treatment were that the salivary glands would be burned, his

007169

PCRDIS-P000635

teeth would become badly decayed and would most likely need to be extracted, he would lose a great deal of weight and would be nauseous. He was told that radiation would protect the carotid artery from becoming cancerous.

Joe chose not to pursue radiation or chemotherapy because of the side effects and because he believed that he still had only a 30% chance of survival. Wendi reports that Joe's parents were very upset with Joe's decision. She also reports that many people from their church visited them and that her church believes in healing by God. A nurse from the hospital brought him a book on homeopathic remedies so they went to Colorado for 10 days of holistic treatments (diet, herbs, vitamins). Joe's sister offered to have a benefit to help pay for Joe's treatment. During the Fall 1998 a dinner dance was held at the Elks Club in Casa Grande in Joe's behalf. Wendi reports that this was very shaming for Joe. The benefit paid for the trip to Colorado. When Joe returned from Colorado he felt better physically and emotionally. The old pattern of daily sex also resumed.

Wendi encouraged Joe to resume life and she reports that he was fairly positive about recovery. Joe hired an attorney to assist with a medical malpractice case. They had been informed by the doctor at Walter Reed Hospital that the correct diagnosis should have been made right away. At this point (1999) Joe was eating healthily, and participating in Church. But by August of 1999 things began getting crazy again. They went on vacation with Wendi's parents and when they returned Wendi discovered that a new property management company had taken over and she no longer had a job and no place to live. She found another job managing but was not given an apartment as part of the job. Wendi states that Joe hounded her constantly about that so she gave up that job and found another one managing the San Riva Apartments in September 1999. They moved into an apartment at San Riva in October 1999.

Joe stopped eating healthily and stopped going to church, resumed partying and drinking all weekend. However he was still feeling good and seemed to have normal energy levels. Wendi continued working full-time and caring for the 2 babies. Wendi reports that Joe began giving her a difficult time if she didn't have time in the morning to pick out his clothing for him.

Joe would become very angry if Wendi wore black clothing even though one of her employers often required her to wear a black suit. She recalls Joe saying: "Those mother fuckin' bastards making you wear that shit...." He would not allow her to wear black socially.

12

007170

Just prior to having a CT Scan in the Fall 1999, Joe had been having terrible mouth pain. He sought the help of a dentist who took an x-ray which revealed a tumor. They went to a church event and the speaker put his hands over Joe's mouth and prayed for him. A few days later the pain disappeared. This event convinced Joe and Wendi that prayer would work but the CT Scan in the fall showed that the cancer had grown and by spring 2000 the tumors had doubled in size. Wendi reports that the "floor dropped out" for Joe with this news. He began taking out his rage on Wendi, saying it was her fault that God had failed him since she was the one who introduced him to God. Wendi reports her devastation that Joe was blaming her for his declining health as though the cancer's growth was her fault. She also stated that her bookkeeper, Chris, was beginning to realize Joe's treatment of Wendi. Wendi reported that she could no longer do anything right for Joe. Wendi came home from work to cook his dinner which he would dump in the trash. He told her that she didn't keep the kids quiet enough, that she didn't make enough money. Wendi reports that nothing she did was good enough. She states that he had given up on himself and seemed to be trying to make her miserable like him. Wendi also reports that he began pulling away from the children at this time also. Wendi reported that while working for San Riva her boss, Janice, encouraged her to seek counseling services because during weekly meetings Wendi would cry. Wendi stated that she did not seek counseling fearful that another counselor would just blame Joe like the first one did. Wendi believed that she wanted help making things better in her marriage, as a Christian wife, not heaping blame on her husband. She did not feel that would be helpful and would only contribute to the sense of abandonment Joe had felt from his family his entire life. She also recalled being told by Joe that Joe's family had sought counseling to patch things up and had wanted Joe to participate. He did go and was very upset by it and said that all they did was heap blame onto him so Joe left the session and did not return. Wendi did not want to repeat that experience for Joe.

During the Spring of 2000 Wendi met Rick Freeland who was renting an apartment at San Riva. Wendi reports that at the time she met Rick things were at a very low point for her. Her friend and co-worker, Chris, was encouraging her to give Joe an ultimatum about his behavior toward Wendi, her boss was encouraging her to seek counseling, her husband was incredibly mean and dying of cancer, and her job required a smiling face while at home she was very tearful.

Wendi recalls that Rick always found a reason to talk with her either in the office, or he would call her at work. One Sunday while Joe took the children to his parents home, Rick invited Wendi to a barbeque. Initially she said no but after a difficult telephone conversation with

13

007171

PCRDIS-P000637

Joe, she agreed to go with Rick. She left Joe a note and following the barbeque she and Rick went to Rock 'n Rodeo. Wendi reports that this was the first time she had ever done what she wanted to do. All of her life she had been following someone else's orders/wishes, her parents, her church, and Joe's orders. She recalls dancing with Rick, something that Joe wouldn't do with her, and having a great time. She felt that Rick was compassionate, again something completely different from Joe's behavior. Wendi returned home very late and lied to Joe about where she had been and with whom she had been. After that night, Wendi reports that Joe was always suspicious. A few weeks later Joe was planning a trip to Oklahoma. Wendi convinced Joe to take Nicholas with him and Wendi kept Ashley. Wendi reports that Joe had always favored Nicholas over Ashley and Nicholas enjoyed spending time with his dad. Wendi reports that while Joe was away she and Ashley had fun together. Wendi also saw Rick during that time and a sexual relationship developed. Wendi states: "Knowing men, you know that's what they want. If he hadn't wanted to have intercourse I would have been OK with that. For me, it was in exchange for what I really wanted. Someone who really listened and cared about me and showed me affection." Wendi reports that Rick helped her mentally and emotionally. The affair lasted approximately 6 weeks and Wendi reports feeling like she lost her best friend.
Joe began chemotherapy in May 2000, became very ill from the chemo and his rage was on the surface constantly. He'd blow-up and then apologize which was not typical behavior (the apology). One time following a blow-up, Joe bought flowers and balloons. Wendi states that he would blow-up every few days over anything so the gifts did not mean anything. She recalls both of them sitting on their bed crying about what was happening and then Wendi would go to work and be told that she should leave him, Joe's sister would call and talk to them about a new expensive treatment that she had heard about knowing that they had no money for experiments. Her peers at work would invite Wendi for a night out so that she could take a break from the constant care giving and stress.

Wendi recalls asking her mother why she never left her dad after their fights. Mom told her that she had already left 1 marriage and couldn't do that again or she'd feel like a failure "making a habit of failing at marriage." Wendi also asked her mother-in-law why she had never left Joe's father and she said that she didn't want the stigma of being divorced and because her religion didn't recognize divorce. Wendi in response to "Why didn't you just leave him" states that she did not want anyone to talk badly about Joe because she felt like it was a reflection on her. She also states that she was the one who chose to marry him and if it's a bad decision then it was her fault. She also said that when she was walking down the aisle on her wedding day she had

14

007172

PCRDIS-P000638

doubts but she went through with the marriage and now had to deal with it. Wendi also has talked repeatedly about her strong religious beliefs/convictions and that she believed that it was her job as a woman to make the marriage work.

By June 2000, Wendi was out of the relationship with Rick living on a daily basis with Joe's rage. She became increasingly fearful of his blow-ups since she has seen them increase over time. She would walk into the apartment from work wondering what she would find, what kind of mood Joe would be in that day. She learned to ask him many times what he wanted her to fix for him to eat that day so that she would cook the right thing and he wouldn't be upset with her. Her actions/decisions became ruled by: Is this going to upset Joe? Even the noise from the washing machine would set him off and he'd insist that she do laundry in the middle of the night if it interfered with his ability to hear the television.

With the 2nd chemotherapy treatment Joe began to lose his hair. He was a very vain man and so he asked Wendi to cut all of his hair off. After Wendi finished his hair cut Nicholas asked Joe what happened to his hair and he said: "Your mommy did this to me".

Shortly afterward Joe became ill, had difficulty moving and turned very pale. Wendi wanted to call 911 but Joe wouldn't let her. Instead she called her parents and got him into bed. He recovered but Wendi recalls this being the first big scare about his mortality.

Sometime during the summer of 2000, Joe's good friend was killed in a boat race accident that was supposed to be against Joe. Soon after his friend's death Joe began talking about not wanting to be hooked up to machines. By July 2000 Joe had contacted a medical malpractice attorney, Jeff Miller, about the misdiagnosis at the beginning of his cancer.

Now on a daily basis Joe was asking Wendi who she was sleeping with. Wendi does think that her behavior changed because she began going out in the evening after work with her girlfriends as a break from her life with Joe who was constantly demeaning, raging and belittling her. Wendi would ventilate to Chris whom Joe hated but who listened to her.

On her birthday, Joe refused to take Wendi out so she went out with her friends from work. She was 10 minutes late returning to the apartment and found Joe waiting for her in the office. He had left the children alone and asleep in the apartment so that he could wait for her in the office. Wendi had a cell phone and a wine cooler in her hands.

15

067173

PCRDIS-P000639

He grabbed the bottle and smashed it while screaming in her face and then smashed her phone on the ground with his foot and then dragged her home. Wendi reports that she felt tremendous shame. In the past his abusive behavior had been done in the privacy of their home (she thinks that there may have been a few times when he acted out in front of her parents but to a lesser extent) but this time he did it in front of her employees.

On other occasions, Joe would call her at the office and if she was too busy at the time to talk with him he'd get in the car and park in front of her office laying on the horn until she'd come out to talk with him.

Wendi reports that the last few months prior to Joe's death were like a pressure cooker; she was on pins and needles waiting for the next explosion. She reports that she felt like she was walking on eggshells all the time. She states that when she opened the door to their apartment she never knew what would be awaiting her. She says that she always took responsibility for Joe's happiness but she no longer knew what to do to make him happy.

Also during the summer of 2000 Joe used credit to order parts for his boats. He asked Wendi for $6000 to pay for the parts. In the past Wendi would have found a way to get the money but this time she refused. Wendi reports that this was the 1st time she had said no to Joe about helping him out of a financial bind. She believes that Joe sensed she was distancing herself by refusing and reacted very angrily.

During early fall 2000 Joe began talking about wanting to end it all. Wendi reports that he talked about suicide a lot and wanted her to get on the internet to find a way to purchase cyanide. At first Wendi didn't believe Joe was serious and she saw this as one more crazy scheme. Wendi began to see that Joe was serious and contacted Sean King a friend from high school who had had a near death experience and was a computer whiz. Sean found information on the internet which he sent to her via email. Wendi ordered sodium azide which she and Joe picked up at the address she had provided.

Approximately one month prior to Joe's death, he told Wendi to be home by 11:00 PM from watching a softball game. Wendi's friend, Chris, picked her up to take her to the game. Joe called Wendi's cell phone and he wanted her to go to the store to get him a cheese crisp. She asked him to get it himself because she was always interrupting her own schedule to do what he wanted. He kept calling her cell phone and started screaming at her to come home. She returned home and he started screaming at her about why did it take so long for her to get home and accused her of being with a man. She went into the

16

007174

bedroom to get away from the yelling but he followed her continuing the barrage of screaming and accusations. She tried to pacify him by saying: "I'm sorry, what do you want me to do." Meanwhile Wendi had gotten into bed and a few minutes later Joe dumped a pitcher of Kool Aid over her while continuing to yell at her. He began pounding on the dresser with his fists and punched holes in it breaking some of the drawers. He also broke the post on the bed and broke the footboard in half causing the bed to crash to the floor with her in it. Wendi became very fearful of what he would do next and tried to call Joe's sister for help. Joe grabbed the phone away from Wendi and told his sister that Wendi "was tripping". He became very calm as he talked on the phone but immediately afterward began screaming at Wendi again. Wendi reports that everything she did made him angry so she was afraid to speak.

**Ongoing Sexual Abuse**: Joe insisted on daily sex even though Wendi let him know that she did not want to participate. If she did not consent to have sex daily he would pout and complain that it was the least she could do for him. During the last year of their marriage Joe began bringing home sex toys and forced Wendi to engage in sex in ways that she was very uncomfortable. He forced her to perform oral sex until she began to gag. One night sometime during 1999-2000, Wendi told Joe that she wanted to go out with friends. He told her the only way she could go out was if he picked her up in 3 hours and that he would have a surprise waiting for her. She agreed and when they got home she discovered that he had purchased $130 worth of sex toys including objects, which he inserted into her vagina against her will.

**3. Structured Interview**:

**a**. The following section illustrates the tactics that an abuser uses toward his victim through the **Power and Control Wheel** (developed by the Duluth, MN Domestic Abuse Intervention Program).

There is no score associated with using this wheel. The purpose of showing the wheel to the individual being assessed for domestic violence is to get a basic understanding of the types and tactics of control that the individual's partner may have used against her. Once that is determined, a clear rationale is followed for choice of instruments to be used by the assessor.

The Power and Control Wheel contains 8 tactics of control that an abuser can use against his/her partner. Wendi was shown this wheel without any explanation and asked to read the descriptions of each of the 8 sections. Next, she was asked to write any comments she might have about those 8 sections as they pertained to her relationship with her spouse. Wendi gave

17

007175

examples for 7 of the 8 tactics which include: Emotional Abuse, Economic Abuse, Sexual Abuse, Threats, Using Male Privilege, Intimidation, and Isolation.

Examples of each of the 7 ways in which Joe tried to maintain power and control over Wendi are clearly stated in the section labeled "d" below.

**b. Partner Abuse Scale – Non-Physical (Hudson, 1992) SCORE = 60**
SCORE INTERPRETATION: Evidence to date indicates that the clinical cutting score could be as low as 15. Therefore a score of 60 is well above the estimated clinical cutting score suggesting that there was a **severe level** of non-physical abuse of Wendi by Joe.
Definition of non-physical abuse used in this scale includes:
1. verbal abuse
2. emotional abuse
3. sexual abuse

The following are some examples of areas in which Wendi scored the highest (7 on a scale of 1-7 where 7 equals All of the Time):
    A. My partner demands obedience to his whims.
    B. My partner demands that I perform sex acts that I do not enjoy or like.
Using the same scale as above, Wendi scored a 6 (with 6 equal to Most of the Time) on the following statements:
    C. My partner belittles me
    D. My partner does not want me to have any male friends.
    E. My partner acts like I am his personal servant.
    F. My partner does not want me to socialize with my female friends.
    G. My partner demands sex whether I want it or not.

**c. Partner Abuse Scale – Physical (Hudson, 1992)   SCORE = 16.666**
This scale measures the degree or magnitude of perceived physical abuse by a partner. A clinical cutting score may be as low as 15, which would be the smallest score in which a finding of physical abuse could be made. A score of 11 indicates that there was not a significant finding of physical violence in this relationship. However, this does **NOT** mean that there was an absence of physical violence. Rather it indicates that there was a **low level of physical violence.** Wendi indicated on the Abusive Observation Checklist that Joe "pushed, grabbed or shoved her" 10-49 times, and punched her 10-49 times. Generally, speaking the less frequently the acts occurred the lower the score the participant will receive indicating less violence.

Definition of physical abuse used in this scale includes:
1. partner physically forces sex

18

007176

PCRDIS-P000642

2. partner hits, punches, kicks, beats, breaks bones etc
3. partner uses intimidation to the point of making person fear for her life
4. partner injures sexual parts of the body

On a scale of 1-7 with 7 equal to All of the Time, Wendi's highest score was a 4 which is equal to Some of the Time. Wendi gave a "4" in response to the following statements:
  A. My partner pushes and shoves me around violently.
  B. My partner physically throws me around the room.
  C. My partner twists my fingers, arms or legs.
  D. My partner tries to suffocate me with pillows, towels, or other objects.

Using the same scale as above, Wendi assigned a "3" which is equal to A Little of the Time in response to the following statements:
  A. My partner beats me when he or she drinks.
  B. My partner makes me afraid for my life.
  C. My partner tries to choke or strangle me.
  D. My partner badly hurts me while we are having sex.
  E. My partner injures my breasts or genitals.

d. **Response to Violence Inventory: Strategies to Escape, Avoid, and Survive Abuse** (Dutton, 1992)
The questions in this assessment are designed to report the ways in which the victim responded to the violence/abuse and to explain those behaviors. It is important to note that many victims of violence and abuse DO NOT use the systems currently in place to assist battered and abused women. Those systems typically include: calling police, obtaining Orders of Protection, using domestic violence shelters, seeking counseling etc.

This is the case for Wendi. Of the 17 items listed in this assessment, Wendi used 3 ways to try to escape, avoid and survive Joe's abuse. They were:
A. Escaping threatening/violent situation (11-20 times). Wendi wrote: "I would hide in the bathroom until my husband's temper cooled."
B. Hiding/Disguising (11-20 times). Wendi wrote: "As long as I wasn't in his view, he would destroy furniture instead of putting his hands on me."
C. Compliance with demands/anticipation of demands (more than 20 times). Wendi wrote: "As long as I did everything he wanted, including sex, he wouldn't get upset."
D. When asked if there were any other strategies to escape, avoid, protect against abuse, Wendi wrote: "I would always try to pacify him and keep him calm. I would do my best to come up with a solution to whatever was bothering him."

19                                    007177

PCRDIS-P000643

**In Summary, it appears that Wendi used several ways
REPEATEDLY to protect self from Mr. Andriano's rages and mood
swings.  However, nothing worked for any length of time.**

**e.  Abusive Observation Checklist** (Dutton, 1992)
This checklist attempts to quantify the types and number of abusive and
violent acts.

**Physical Abuse**:

| | |
|---|---|
| Pushed, grabbed or shoved you | 10-49 times |
| Punched you somewhere on the body not the face | 10-49 times |
| Pulled your hair | 10-49 times |
| Physically restrained you by holding | 10-49 times |
| Dragged you or pulled you | 10-49 times |
| Threw something at you | 3-10 times |
| Slapped you | 3-10 times |
| Hit or tried to hit you with something | 3-10 times |
| Wrestled you | 3-10 times |
| Attempted to smother, strangle or hang you with an object | 3-10 times |
| Minor bruises | 3-10 times |

**Sexual Abuse:**

| | |
|---|---|
| Vaginal intercourse | more than 50 times |
| Unwanted objects were inserted Into your vagina/rectum | 3-10 times |
| Threat of negative consequences | 10-49 times |
| Social pressure to comply sexually | more than 50 times |

**Psychological Abuse**
        Coercion and threats:

| | |
|---|---|
| Attempted to get you to engage in illegal activities | 3-10 times |

        Intimidation:

| | |
|---|---|
| Instilled fear in you by looks, gestures, actions | 10-49 times |
| Smashed objects | 10-49 times |
| Destroyed your property | 10-49 times |
| Abused family pets | 1-3 times |
| Displayed weapons | 1-3 times |

        Emotional Abuse:

| | |
|---|---|
| Insulted you or used put downs | 10-49 times |
| Humiliated you with words or gestures | 10-49 times |
| Attempted to make you feel guilty | 10-49 times |
| Verbally raged at you | 10-49 times |

20

007178

PCRDIS-P000644

| | |
|---|---|
| Called you names | 3-10 times |
| Attempted to make you feel crazy | 3-10 times |
| _Isolation:_ | |
| Attempted to control what you did | 10-49 times |
| Attempted to limit your involvement with others | more than 50 times |
| Restricted your use of the phone | 3-10 times |
| Restricted your leaving the house | 10-49 times |
| _Minimization, Denial, Blaming:_ | |
| Minimized abuse and not take your concerns about it seriously | 10-49 times |
| Denied that the abuse happened | 10-49 times |
| Blamed you for the abuse | 10-49 times |
| Shifted responsibility for abusive behavior onto someone else | 10-49 times |
| _Use of Male Privilege:_ | |
| Treated you like a servant | 10-49 times |
| Made major decisions without your equal participation | 10-49 times |
| Acted like the "master of the castle" | 10-49 times |
| Unilaterally defined male/female roles | 10-49 times |
| _Economic/Resource Abuse:_ | |
| Required you to ask for money | 10-49 times |
| Controlled the money by giving you an allowance | 10-49 times |
| Took money from you | 10-49 times |
| Controlled your use of money | 10-49 times |
| Restricted your access to transportation | 10-49 times |
| Locked you out of the house | 10-49 times |

**f. Lethality Assessment "Assessing Dangerousness Questions" (AZ Coalition Against Domestic Violence)** Of the 14 items on this assessment, Wendi responded "Yes" to 10 of the 14. A "Yes" response indicates a measure of dangerousness. Wendi answered "Yes" to the following measures:

    **a.** Does the abuser seem preoccupied or obsessed with the victim (following, monitoring her whereabouts, stalking, very jealous)?

    **b.** Does the abuser own, carry, or have ready access to a gun?

    **c.** Have the abuser's assaults become more violent, brutal and/or dangerous?

    **d.** Has the abuser ever choked the victim?

    **e.** Has the abuser ever injured or killed a pet?

007179

PCRDIS-P000645

P-App. 006492

f. Does the victim believe the abuser may seriously injure or kill her?
g. Is the victim extremely protective of the abuser (trying to change or withdraw statement to police, reduce bail, charges, etc)?
h. Has the victim separated or tried to separate from the abuser in the past 12 months? (only 1x about 3 years prior to Joe's death)
i. Does the abuser drink excessively?
j. Has the abuser ever threatened to kill the victim?

**Determining the veracity of the findings of this assessment**: Wendi was interviewed for 20 hours by this writer. The findings of each of the assessment tools are fully consistent with the interview data. Additionally, Wendi's story, and responses to the assessment tools were fully consistent with each of the collateral interviews conducted by this writer (an additional 5 hours of interviews). Results of those interviews are also attached to this document.

**4. Summary**

In response to the purpose of the assessment written on page 1:
1. Wendi Andriano was a victim of domestic violence/abuse by Joseph Andriano as determined by generally accepted definitions.
   A definition of domestic violence taken from the National Council of Juvenile and Family Court Judges, 1998 follows: "Domestic Violence is a pattern of assaultive and coercive behaviors, often including physical, sexual, and psychological attacks, as well as economic coercion, that adults and adolescents use against their intimate partners."
2. Wendi Andriano suffered from severe levels of emotional abuse (score was 60 – cutting score is 15) and a significant level of physical violence (score was 16.66 – cutting score is 15). Multiple examples of each type of abuse are documented within this report.
3. Joseph Andriano appears to have died as a result of a struggle over the knife. Whether that happened as a result of Wendi's attempt at defending herself or as she struggled to stop him from killing himself is not clear.

Wendi Andriano clearly was a victim of abuse/violence at the hands of her husband, Joseph Andriano. Wendi was able to articulate why that night was more frightening than others. This case, like many others, shows the increase in frequency and severity of the violence/abuse over time.

As in most domestic violence cases, there were numerous opportunities for intervention into the lives of this couple that perhaps may have averted

22

007180

the final outcome. It is highly probable that numerous individuals had the opportunity to witness Joe's treatment of Wendi. It appears that Wendi herself had not identified Joe's treatment of her as domestic violence. This also is not uncommon. Until the community-at-large is educated about what constitutes domestic violence and what can be done about it, domestic violence will continue to proceed at an alarming rate.

### 4. Recommendation
The death of Joseph Andriano appears to have occurred either in the act of self-defense of Wendi Andriano or during her failed attempt at stopping Joseph from killing himself. In either case it does not appear that Wendi should be held responsible for the death of Joseph Andriano.

Respectfully submitted,


Sharon B. Murphy, PhD

23

007181

# CURRICULUM VITAE

Sharon B. Murphy
Domestic Violence Consultant
P.O. Box 346
New London, NH  03257
Ph:  (602) 369-0192 or (603) 526-7010
Fax:  (603) 526-7009
E-mail:  sbmurphyaz@yahoo.com

## EDUCATION

**1998**        **Ph.D.**  Social Work, Arizona State University, Tempe, AZ

**1997**        **Certificate of Completion** from the Heideggerian Hermeneutic Institute, University of
                Wisconsin, Madison

**1985**        **M.S.W.** Social Work, Adelphi University, Garden City, NY

**1973**        **B.A.** English, State University of New York, Plattsburgh, NY

## AWARDS
**1999**        Arizona Governor's Summit on Domestic Violence, recognized as contributing to
                solutions for domestic violence through a curriculum developed for group work with
                American Indian women survivors
**1997**        WASSAJA Summer Dissertation/Research Incentive Grant,
                Fort McDowell Mohave-Apache Indian Community, Fountain Hills, AZ
**1997**        Heideggerian Hermeneutic Scholarship, University of Wisconsin, Madison, WI
**1990-1991**   Outstanding Faculty of the Year, College of St. Joseph, Rutland, VT
**1989-1990**   Outstanding Faculty of the Year, College of St. Joseph, Rutland, VT

## TEACHING EXPERIENCE

**1994 -2003**     School of Social Work, AZ State University

- MSW Program - Courses taught:  Family Violence, Integrative Seminar, Diversity and Oppresssion
  in the Social Work Context, Foundations of Practice
- MSW Program Field Instructor & Field Liason
- BSW Program – Courses taught: Field Seminar II

**1987 - 1993**        Assistant Professor
                       Department of Human Services, College of St. Joseph, Rutland, VT
- Human Services Program – Courses taught:        Introduction to Sociology
                                                 Social Problems
                                                 American Racial and Cultural Minorities
                                                 Alcohol and Substance Abuse
                                                 Family Violence
                                                 Group and Social Process
                                                 Counseling I & II

1

007182

PCRDIS-P000648

**1987**          Adjunct Faculty
                  Department of Human Services, College of St. Joseph, Rutland, VT
- Human Services Program – Courses taught:  Applications of Sociology

## ACADEMIC SERVICE

- **1989**          Established Women's Issues Club, College of St. Joseph, Rutland, VT
- **1989**          Established Participation in Women's History Month, College of St. Joseph, Rutland, VT
- **1988**          Established Non-Traditional Student Support Group, College of St. Joseph, Rutland, VT

## RESEARCH EXPERIENCE

- **Spring 2002 - 2003          Battered Mother's Testimony Project**, Arizona Coalition Against Domestic Violence
  Assisted in the questionnaire development, training of interviewers, and analysis of data

- **Summer 2002 - 2003          Arizona Attorney General's Task Force on Domestic Violence and Child Maltreatment**
  Facilitated Focus Groups for the Evaluation of Pilot Programs

- **Summer 2002 –2003          Consultant to Salt River Pima-Maricopa Indian Community**
  Designed and implemeneted Program Evaluation of  domestic violence programs

- **Spring 2001          Consultant to Against Abuse, Inc through Project Safety Link**
  Member of training team providing domestic violence training to Pinal County Sherffi's Department.

- **Fall 2000 – present          Research Methodologist, Arizona State University School of Social Work**, Tempe, AZ
  Member of research team using hermeneutics to uncover patterns of resilience among a sample of American Indian women students at Arizona State University.

- **Fall 2000          Consultant to House of Refuge East, Mesa, AZ**
Assisted management in establishing a system for evaluation of their operations.  Created a database using Access for record keeping, retrieval and analysis.

- **Fall 2000          Consultant to Chrysallis Domestic Violence Shelter, Phoenix, AZ**
Assisted management in reviewing program/staffing patterns.

- **Summer 2000          Program Evaluation Consultant:  Institute for Law and Justice,** Washington, DC
Project title:  Impact Evaluation of the Eloy, Arizona Police Department's Domestic Violence Arrest Project
Assisted in the recruitment/planning of domestic violence victim interviews and focus groups, assisted in the facilitation of focus groups, and conducted victim interviews

067183

PCRDIS-P000649

- **Feb – June 2000       Program Evaluation:  Governor's Office for Domestic Violence Prevention,**
  Phoenix, AZ

Evaluated the 15 Arizona County Coordinated Community Response Teams to Domestic Violence incorporating both qualitative and quantitative components.  Purpose of the project was to determine the degree of impact each team has had on their respective communities, measure the strengths and challenges of forming the county teams, and to document services offered to and received by community members.

- **1998                      Doctoral Research:  School of Social Work, Arizona State University,**
  Tempe, AZ (Dissertation Chairperson:  Dr. Karen Gerdes)

Conducted a qualitative study entitled "Surviving Domestic Violence:  A Study of American Indian Women Claiming their Lives."  This study included in-depth interviewing of a sample of American Indian women survivors of domestic violence.  The study followed the Interpretive Theory of Research, specifically the Heideggerian Hermeneutic Phenomenological approach.  An analysis of common themes across stories was conducted using MARTIN, a qualitative data analysis program.

- **1998                      Research Consultant to the Arizona Coalition Against Domestic Violence** (Volunteer)

Designed a study to determine the efficacy of mandatory training for domestic violence providers, attorneys, and judges.

- **1997                      Research Consultant to the Mesa, Arizona Police Department and the Center Against Domestic Violence,** Mesa, AZ

Designed a study to uncover variables that contribute to a higher than average number of domestic violence calls to police in a target neighborhood in the city of Mesa, Arizona.  Worked with a team to develop an innovative police response to domestic violence based on the findings of the study.

- **1995                      Primary Investigator to Native American Connections, Inc.,** Phoenix, AZ

Conducted analysis of client records to determine predictor variables of domestic violence at an inpatient substance abuse treatment facility for American Indians.

- **1992                      Co-Investigator** (collaborative study with social work faculty member at Southern Vt College, Bennington, VT)

Co-author of a mentoring model to be implemented in social work curriculum and field practicum.  Pilot project was conducted with a sample of women in two rural communities in Vermont. Developed and administered a survey instrument which was mailed to social workers across the state to study the role of mentoring by social workers with social work students in field placements.

- **1992                      Lead Investigator College of St. Joseph,** Rutland, VT

Research project with Counseling I students at the College of St. Joseph. Students conducted a study of of college counseling centers at large and small colleges throughout New England and New York State. A questionnaire was developed and mailed by the students to one hundred (100) small and large college counseling centers. Research analysis focused on correlations of size of student body with theoretical construct of counselor, types of cases seen, and use of long term vs. short term treatment. This research project was chosen by a review team of the New England Organization of Human Service Educators for presentation at a regional conference.

**RESEARCH INTERESTS**

3

PCRDIS-P000650