# FILED UNDER SEAL

# EXHIBIT HHHHHHHHHHH