# EXHIBIT 9
# (part 1)

*Andriano v. Ryan*, Case No. CV-16-01159-PHX-SRB Motion for Evidentiary Development



ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS

# REQUEST FOR PUBLIC RECORDS

Date of request: 6/24/2010 Name of Psychologist: Michael Brad Bayless

Requestor*: Andrea Sobards

Mailing Address: Federal Public Defender, 407 W. Congress Suite 501

City, State, Zip Code: Tucson, AZ 85701

Telephone Number: (520) 879 7654 ext: Fax: (520) 622 6844

*Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.

**Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| The cost is $0.25 per page. Please submit your request and the Board office will contact you with a quote number and estimate. The Board must receive a check or money order before your request can be mailed or picked up. | PR-10-024 |

**Please check which records and options you are interested in:** 77 pages x 0.25 = $19.25

**LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION**

☐ **COMPLAINT FILE ONLY**
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.)**

☐ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.)**

☒ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

**BOARD MEETING RECORDS**

☐ **MINUTES** (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item ____________________

☐ **AUDIOTAPES OR COMPACT DISCS** (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 4 months after the meeting.)

Specify date(s) and/or description of agenda item ____________________

If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.

---

Forms may be faxed or mailed to:

AZ State Board of Psychologist Examiners
1400 W. Washington, Ste. 235
Phoenix, AZ 85007
Phone: 602-542-8162 Fax: 602-542-8279

**PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.**

RECEIVED JUN 25 2010 PSYCHOLOGY BOARD

No charge – State/Federal Agency

faxed [illegible]

TRANSMISSION VERIFICATION REPORT

TIME : 06/24/2010 23:39
NAME : AZ BOARD PSY EXAM
FAX : 602-542-8279
TEL :
SER.# : BROC3J218652

| | |
|---|---|
| DATE,TIME | 06/24 23:39 |
| FAX NO./NAME | 915206226844 |
| DURATION | 00:00:31 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD ECM |

06/24/2010 10:55 FAX 5206226844 FEDERAL PUBLIC DEFENDER 001

ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS

# REQUEST FOR PUBLIC RECORDS

Date of request: 6/24/2010 Name of Psychologist: Michael Bead Bayless

Requestor*: Andrew Sowards

Mailing Address: Federal Public Defender, 407 W. Congress Suite 501

City, State, Zip Code: Tucson, AZ 85701

Telephone Number: (520) 879 7654 ext: Fax: (520) 622 6844

*Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.

**Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| The cost is $0.25 per page. Please submit your request and the Board office will contact you with a quote number and estimate. The Board must receive a check or money order before your request can be mailed or picked up. | PR-10-024 |

Please check which records and options you are interested in: 77 pages x 0.25 = $19.25

LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION

☐ **COMPLAINT FILE ONLY**
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.)**

☐ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.)**

☒ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

*Board Members*

*James J. Cox, Ed.D.*
*Chairperson*
*Miki Paul, Ph.D.*
*Vice-Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Ramona N. Mellott, Ph.D.*
*Byron N. Rimm*
*Maryann Santos de Barona, Ph.D.*
*Fred Wiggins, Ph.D.*

**State of Arizona**
**Board of Psychologist Examiners**

1400 West Washington, Suite 235
Phoenix, Arizona 85007
Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*Korena Schaaf*
*Investigator*

*Shari S. Courtney*
*Administrative Assistant*

April 17, 2006

RECEIVED
MAR 21 2007
AZ PSYCHOLOGY BOARD

Michael B. Bayless, Ph.D.

Re: RFI No. 06-08

Dear Dr. Bayless:

At its meeting of April 17, 2006, the Complaint Screening Committee ("Committee") of the Board of Psychologist Examiners reviewed and discussed the above-referenced case. After thorough consideration, the Committee voted to dismiss this matter.

Please be advised that pursuant to A.R.S. § 32-2081(D)(1), complaints dismissed by the Committee shall not be disclosed in response to a telephone inquiry or placed on the Board's website.

An audio CD of the Board's discussion regarding this case may be obtained by sending a written request to the Board along with a check in the amount of $10.00 made payable to the Board of Psychologist Examiners.

On behalf of the Board of Psychologist Examiners, please accept my appreciation for your cooperation in this matter.

Sincerely,

Maxine McCarthy

Maxine McCarthy
Executive Director

ok/mm
3/21/07

*Board Members*

*James J. Cox, Ed.D.*
*Chairperson*
*Miki Paul, Ph.D.*
*Vice-Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Ramona N. Mellott, Ph.D.*
*Byron N. Rimm*
*Maryann Santos de Barona, Ph.D.*
*Fred Wiggins, Ph.D.*

*State of Arizona*
*Board of Psychologist Examiners*

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*Korena Schaaf*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

# REGULAR SESSION MINUTES

***Monday, April 17, 2006***

1400 West Washington
Suite 235
Phoenix, AZ 85007

## 1. CALL TO ORDER

The regular session of the Arizona State Board of Psychologist Examiners Complaint Screening Committee ("Committee") was called to order by Committee Chairperson Cox at 8:31 a.m. on Monday, April 17, 2006. No Executive Sessions were held.

## 2. ROLL CALL

**Committee Members Participating By Telephone**
James J. Cox – Committee Chairperson
Melissa Del-Colle
Fred Wiggins, Ph.D.[1]

**Staff Present**
Maxine McCarthy, Executive Director
Marcus Harvey, Deputy Director
Korena Schaaf, Investigator
Shari Courtnay, Administrative Assistant

## 3. CASE DISCUSSION/DECISION

a) **Michael B. Bayless, Ph.D. – RFI No. 06-08**
Committee members proceeded to deliberate after which a motion was made by Dr. Wiggins, seconded by Ms. Del-Colle, and unanimously carried (3-0), to dismiss the case because it was without merit.

## 4. ADJOURNMENT

There being no further business to come before the Board, a motion was made by Dr. Wiggins, seconded by Ms. Del-Colle, and unanimously carried (3-0), to adjourn the meeting at 8:47 a.m.

**Prepared by:**

**Marcus Harvey**
**Deputy Director**

**Respectfully submitted,**
James J Cox, EdD

**James J. Cox, Ed.D.**
**Committee Chairperson**

[1] Present on the call at 8:37 a.m.

*Board Members*

*David P. Yandell, Ph.D.*
*Chairperson*
*Maryann Santos de Barona, Ph.D.*
*Vice-Chairperson*
*Michael J. Rohrbaugh, Ph.D.*
*Secretary*
*Denise M. Bainton, J.D.*
*Wil R. Counts, Ph.D.*
*James J. Cox, Ed.D.*
*Manuel H. Delgado, Jr., J.D.*
*Joseph C. Donaldson*
*Maureen K. Lassen, Ph.D.*

***State of Arizona***
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*David S. Shapiro*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

April 4, 2003

Michael B. Bayless, Ph.D.

Re: Complaint No. 03-01

Dear Dr. Bayless:

At its meeting of April 4, 2003, the Board of Psychologist Examiners conducted an informal interview, which you attended, and discussed the above-referenced complaint. After thorough consideration, the Board voted to dismiss the complaint and take no further action, as there was no violation of the Board's statutes or rules.

On behalf of the Board of Psychologist Examiners, please accept my appreciation for your cooperation in this matter.

Sincerely,

Maxine McCarthy
Executive Director

MM/sc

cc: Tracey Westerhausen, Esq.



*Board Members*

*David P. Yandell, Ph.D.*
*Chair*
*Maryann Santos de Barona, Ph.D.*
*Vice-Chair*
*Michael J. Rohrbaugh, Ph.D.*
*Secretary*
*Denise M. Bainton, J.D.*
*James J. Cox, Ed.D.*
*Wil R. Counts, Ph.D.*
*Manuel H. Delgado, Jr., J.D.*
*Joseph C. Donaldson*
*Maureen K. Lassen, Ph.D.*

*State of Arizona*
*Board of Psychologist Examiners*

1400 West Washington, Suite 235
Phoenix, Arizona 85007
*Phone: 602-542-8162* *Fax: 602-542-8279*
*E-Mail: info@psychboard.az.gov* *www.psychboard.az.gov*

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*David S. Shapiro*
*Investigator*

*Shari S. Courtnay*
*Admin. Assistant*

# REGULAR SESSION MINUTES

1400 West Washington
Basement Conference Room, #B-1
Phoenix, AZ 85007

***Friday, April 4, 2003***

1. CALL TO ORDER

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Chairperson Yandell at 8:34 a.m. on Friday, April 4, 2003. Three Executive Sessions were 10:42 a.m. to 10:50 a.m., 2:39 p.m. to 2:44 p.m., and from 4:25 p.m. to 4:40 p.m. for the purpose of obtaining confidential legal advice.

2. ROLL CALL

**Board Members Present**
David P. Yandell, Ph.D. - Chairperson
Maryann Santos de Barona, Ph.D. - Vice-Chairperson
Denise M. Bainton, J.D.
Wil R. Counts, Ph.D.
James J. Cox, Ed.D.
Manuel H. Delgado, Jr., J.D.

**Board Members Absent**
Michael J. Rohrbaugh, Ph.D. - Secretary
Maureen K. Lassen, Ph.D.

**Staff Present**
Maxine McCarthy, Executive Director
Marcus Harvey, Deputy Director
David Shapiro, Investigator
Shari Courtnay, Administrative Assistant

**Attorney General's Office**
Nancy J. Beck, J.D.
Assistant Attorney General

3. REMARKS/ANNOUNCEMENTS

Dr. Yandell announced that documentation was available for licensees who wished to receive continuing education credit for attending Board meetings. He also stated that anyone was welcome to complete a Board meeting assessment survey.

4. APPROVAL OF MINUTES

- **Regular Session – February 7-8, 2003**

A motion was made by Dr. Cox, seconded by Dr. Santos de Barona, and unanimously carried (7-0), to approve the February 7-8, 2003 Regular Session minutes.

would be required to provide the log to her supervisor for signature and submission to the Board with quarterly reports from her supervisor.

7.  **INFORMAL INTERVIEW – COMPLAINT No. 03-01 – MICHAEL BAYLESS, Ph.D.**

    Dr. Yandell announced that it was the time and place for the informal interview of Dr. Michael Bayless. Dr. Bayless was present with his attorney, Tracey Westerhausen, J.D., who introduced themselves, as did Board members and Staff. Mr. Donaldson and Drs. Counts and Cox recused themselves. David Shapiro, Board Investigator, summarized the allegations for the Board. Dr. Bayless was sworn in by the court reporter, whose transcript shall serve as the official record of the proceedings. The Complainant was not present and Board members proceeded to interview Dr. Bayless. Dr. Bayless and his attorney then made closing remarks to the Board and Board members proceeded to deliberate. A motion was made by Ms. Bainton, seconded by Mr. Delgado, and unanimously carried (4-0-3), to dismiss the complaint as there was no violation of the Board's statutes or rules.

8.  **DISCUSSION/DECISION CASE No. 02-55 – RONALD J. LAVIT, Ph.D.**

    Dr. Yandell explained that Dr. Ronald Lavit was invited to attend an informal interview but declined to attend. No one was present to speak regarding the case, and Board members proceeded to discuss the case. Ms. Bainton made a motion, seconded by Dr. Cox, and unanimously carried (7-0), to move into Executive Session for the purpose of obtaining confidential legal advice.

    Upon return to open session, Board members resumed deliberations. A motion was then made by Ms. Bainton, seconded by Dr. Counts, and unanimously carried (7-0), to subpoena Dr. Lavit to an investigative interview conducted by the Board's Investigator, Mr. Shapiro, with the assistance of the Board's Assistant Attorney General, Ms. Beck. The Board also directed Mr. Shapiro to personally interview the Complainant.

9.  **DISCUSSION/DECISION REGARDING REQUEST TO MODIFY BOARD ORDER – CASE No. 00-17 – ROBERT BRIGGS, Ph.D.**

    Board members discussed Dr. Robert Briggs' request to terminate his probation early. After deliberations, a motion was made by Ms. Bainton, seconded by Dr. Cox, and unanimously carried (7-0), to deny Dr. Briggs' request to terminate the Board Order, with the acknowledgment that he may discontinue the psychotherapy required by the Board Order.

10. **DISCUSSION/DECISION REGARDING CORRESPONDENCE RECEIVED ON FEBRUARY 5, 2003 FROM G.B. REGARDING JOEL GLASSMAN, Ph.D.**

    Virginia Chaffin had addressed the Board regarding this issue earlier in the day under Call the Public, Agenda Item No. 5(a). Mr. Shapiro reviewed his memo to the Board regarding this case. Board members asked clarifying questions of Mr. Shapiro and proceeded to deliberate. After some discussion, Mr. Donaldson made a motion, seconded by Dr. Cox, and unanimously carried (7-0), to not open an investigation of this case, as the Board had already decided the issues in a previous case (RFI 01-07).

11. **DISCUSSION/DECISION REGARDING REQUEST TO RETURN TO ACTIVE STATUS**

    - **Ira Solomon, Ph.D.** – Board members considered the request by Dr. Ira Solomon to reinstate his inactive license to active status. Dr. Counts made a motion, seconded by Dr. Cox, and unanimously carried (7-0), to reinstate Dr. Solomon's license to active status.

    - **Darlene Wood, Ph.D.** – Board members next considered the request of Dr. Darlene Wood to reinstate her inactive license to active status. A motion was then made by Dr. Counts, seconded by Mr. Donaldson, and unanimously carried (7-0), to reinstate Dr. Wood's license to active status.



*Board Members*

*Maureen K. Lassen, Ph.D.*
*Chair*
*Gary D. Lovejoy, Ph.D.*
*Vice-Chair*
*Maryann Santos de Barona, Ph.D.*
*Secretary*
*Denise M. Bainton, J.D.*
*Wil R. Counts, Ph.D.*
*Joseph C. Donaldson*
*T.H. Guerin, Jr., J.D.*
*Michael J. Rohrbaugh, Ph.D.*
*David P. Yandell, Ph.D.*

*State of Arizona*
*Board of Psychologist Examiners*

1400 West Washington, Suite 235
Phoenix, Arizona 85007
*Phone:* 602-542-8162 *Fax: 602-542-8279*
*E-Mail: info@psychboard.az.gov* *www.psychboard.az.gov*

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Projects Specialist*

*Diane Lucas*
*Administrative*
*Secretary*

*David S. Shapiro*
*Investigator*

# ANNUAL MEETING
# REGULAR SESSION MINUTES
# OCTOBER 5-6, 2001

**1400 West Washington**
**Basement Conference Room, #B-1**
**Phoenix, AZ 85007**

**Friday, October 5, 2001**

## 1. CALL TO ORDER

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Chairperson Lassen at 8:50 a.m. on Friday, October 5, 2001. Two Executive Sessions were held on Friday from 9:29 a.m. to 9:44 a.m. and 10:56 a.m. to 11:34 a.m. for the purpose of obtaining confidential legal advice.

## 2. ROLL CALL

**Board Members Present**
Maureen K. Lassen, Ph.D. - Chairperson
Gary D. Lovejoy, Ph.D. - Vice-Chairperson
Maryann Santos de Barona, Ph.D. - Secretary
Denise M. Bainton, J.D.
Wil R. Counts, Ph.D.
T.H. Guerin, Jr., J.D.*
Michael J. Rohrbaugh, Ph.D.
David P. Yandell, Ph.D.

* Present from 9:20 a.m. to 3:10 p.m.

**Board Members Absent**
Joseph C. Donaldson

**Staff Present**
Maxine McCarthy, Executive Director
Marcus Harvey, Projects Specialist
Diane Lucas, Administrative Secretary
David S. Shapiro, Investigator

**Attorney General's Office**
Nancy J. Beck, J.D., Assistant Attorney General

**Solicitor General's Office**
Victoria Mangiapane, J.D., Assistant Attorney General

## 3. REMARKS/ANNOUNCEMENTS

Chairperson Lassen announced that documentation was available for licensees who wished to receive continuing education credit for attending Board meetings. She also stated that anyone was welcome to complete a Board meeting assessment survey. She also gave some general information about the order of items on the agenda and the Board's reference binders.

## 4. APPROVAL OF MINUTES

Denise M. Bainton, J.D.*
Wil R. Counts, Ph.D.
Michael J. Rohrbaugh, Ph.D.
David P. Yandell, Ph.D.

* Present until 3:00 p.m.

**Board Members Absent**
Joseph C. Donaldson
T.H. Guerin, Jr., J.D.

David S. Shapiro, Investigator

**Attorney General's Office**
Nancy J. Beck, J.D., Assistant Attorney General

**Solicitor General's Office**
Victoria Mangiapane, Assistant Attorney General

**6C) This Agenda item was considered under Item No. 13**

**6D) HEARING ON DENIAL OF APPLICATION FOR LICENSURE – Thomas Seymour, Ph.D.**

Dr. Lassen announced that it was the time and place for the license denial hearing of Thomas Seymour, Ph.D. Dr. Seymour was present and introduced himself, and Board members and staff introduced themselves. The Assistant Attorneys General, Nancy Beck, representing the State, and Victoria Mangiapane, representing the Solicitor General's Office, were also introduced. Dr. Lassen explained the procedure for the hearing and Dr. Seymour and Ms. Beck made their opening statements.

Dr. Seymour was sworn in by the court reporter, whose transcript shall serve as the official record of the proceedings. He testified to the Board, and was cross-examined by Ms. Beck. Ms. Beck then called Marcus Harvey, Projects Specialist, as witness for the State. Mr. Harvey was sworn in and examined by Ms. Beck and cross-examined by Dr. Seymour. Dr. Seymour then made a closing statement, followed by a closing statement from Ms. Beck. Board members then proceeded to deliberate. After some discussion, Dr. Yandell made a motion, seconded by Dr. Counts, and unanimously carried to affirm the denial of licensure, adopting as Findings of Fact and Conclusions of Law the same reasons set forth in the Order on Denial of Licensure, minus the deficiency in the biological basis of behavior course, which Dr. Seymour made-up.

**6E) DISCUSSION/DECISION REGARDING INITIAL REVIEW OF REQUESTS FOR INVESTIGATION (RFI)**

**RFI 01-21 Lorna G. Cheifetz, Psy.D.**
Mr. Shapiro summarized the allegations for the Board. The Complainant was also present and made a statement to the Board. Mr. Walter Cheifetz, representing Dr. Cheifetz, made a statement to the Board on her behalf. Board members then discussed the case, after which the Board's Investigator was directed to get a copy of the Court order in question, and to address the potential issue of bias over relationships with the Dr. Cheifetz's mother and the Complainants parents.

**RFI 01-23 Margaret E. Marshall, Ph.D.**
Mr. Shapiro summarized the allegations for the Board. The Complainant was also present and made a statement to the Board. Dr. Marshall was not present and Board members proceeded to deliberate. After discussion, a motion was made by Dr. Yandell, seconded by Dr. Rohrbaugh, and unanimously carried (7-0), to dismiss this complaint as there was no violation of the Board's statutes or rules.

**RFI 01-24 Michael B. Bayless, Ph.D.**
Mr. Shapiro summarized the allegations for the Board. The Complainant was also present and made a statement to the Board. Dr. Bayless was not present and Board members proceeded to deliberate. After discussion, a motion was made by Dr. Rohrbaugh, seconded by Dr. Yandell, and unanimously carried (7-0), to dismiss this complaint as there was no violation of the Board's statutes or rules.

**RFI 01-25 Daniel T. Malatesta, Ed.D.**
Mr. Shapiro summarized the allegations for the Board. The Complainant was also present and made a statement to the Board. Dr. Malatesta was not present and Board members proceeded to deliberate. After discussion, a motion was made by Dr. Lovejoy, seconded by Dr. Yandell, and unanimously carried (7-0), to dismiss this complaint as there was no violation of the Board's statutes or rules.

**RFI 01-26 Daniel T. Malatesta, Ed.D.**
Mr. Shapiro summarized the allegations for the Board. R.P., the Complainant in RFI 01-25, also made a statement to

*Board Members*

*Maxine N. Ijams, Ph.D.*
*Chair*
*Eugene R. Moan, Ed.D.*
*Vice-Chair*
*Wil R. Counts, Ph.D.*
*Secretary*
*Lisa Gervase-Briney, Esq.*
*T.H. Guerin, Jr., Esq.*
*Maureen K. Lassen, Ph.D.*
*Richard J. Morris, Ph.D.*
*Terry L. Scritchlow, Ph.D.*
*David P. Yandell, Ph.D.*

*State of Arizona*
*Board of Psychologist Examiners*
1400 West Washington, Suite 230
Phoenix, Arizona 85007
602-542-3095

*Staff*

*Maxine McCarthy*
*Executive Director*

**REGULAR SESSION MINUTES**
**December 8-9, 1995**

Conference Room 250
1400 West Washington
Phoenix, Arizona 85007

## 1. CALL TO ORDER

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Chairman Ijams, at 8:40 a.m. on December 8, 1995. An Executive session was held from 11:00 a.m. to 11:20 a.m. for the purpose of receiving confidential legal advice.

The regular session of the Arizona Board of Psychologist Examiners was called to order by Chairman Ijams at 8:38 a.m. on December 9, 1995. Executive sessions were held from 8:44 a.m. to 9:03 a.m., 9:04 a.m. to 9:11 a.m., and 3:25 p.m. to 4:50 p.m. for the purpose of receiving confidential legal advice and to review confidential oral exam materials.

## 2. ROLL CALL

December 8, 1995

Board Members Present
Maxine N. Ijams, Ph.D. - Chairman
Eugene R. Moan, Ed.D. - Vice Chair
Wil R. Counts, Ph.D., Secretary
Lisa Gervase-Briney, Esq.
T.H. Guerin, Jr., Esq.
Maureen K. Lassen, Ph.D.
Richard J. Morris, Ph.D.
David P. Yandell, Ph.D.

December 9, 1995

Board Members Present
Maxine N. Ijams, Ph.D. - Chairman
Eugene R. Moan, Ed.D. - Vice Chair
Wil. R. Counts, Ph.D., Secretary
Lisa Gervase-Briney, Esq.
T.H. Guerin, Jr., Esq.
Maureen K. Lassen, Ph.D.
Richard J. Morris, Ph.D.
David P. Yandell, Ph.D.

6.  **DEBORAH BERRY, Ed.D.** - Hearing on Denial of License Application
    Dr. Berry was present with counsel, Stephen Myers. A court reporter was present and the transcript serves as the official record of the proceedings. Dr. Moan recused himself from the proceedings as Dr. Berry had been a graduate assistant at N.A.U. while Dr. Moan was in a supervisory capacity. Dr. Ijams turned the proceedings over to Dr. Yandell who gave an overview of the reasons for the Board's denial of Dr. Berry's application. Dr. Yandell stated that the Board would allow Dr. Berry to respond to each reason for denial, which she did.

    As to Item No. 1 on the Notice of Hearing, a motion was made by Dr. Yandell, seconded by Dr. Morris, and unanimously carried that Dr. Berry had met the requirements.

    As to Item No. 2 on the Notice of Hearing, a motion was made by Dr. Morris, seconded by Dr. Lassen, and unanimously carried that Dr. Berry had met the requirements.

    As to Item No. 3 on the Notice of Hearing, a motion was made by Ms. Gervase-Briney, seconded by Dr. Counts, and unanimously carried that Dr. Berry had met the requirements.

    At this point, a motion was made by Dr. Morris, seconded by Mr. Guerin and unanimously carried to move into executive session to obtain legal advice as to how to proceed with the matters involving Dr. Berry.

    Upon returning to open session, Dr. Yandell summarized by stating that Dr. Berry had met the academic requirements of licensure. He further stated that the allegations of unprofessional conduct which were currently pending against Dr. Berry would be scheduled for a formal administrative hearing at a future date.

7.  **MICHAEL B. BAYLESS, PH.D.** - Complaint Investigation No. 95-21
    Dr. Bayless was present, without counsel, for the informal interview. A court reporter was present and the transcript serves as the official record of the proceedings. Dr. Ijams, the Complaint Review Coordinator, questioned Dr. Bayless with regard to the allegations contained in the complaint. Dr. Bayless was then questioned by other Board members. A motion was made by Dr. Ijams, seconded by Dr. Moan and unanimously carried to dismiss the complaint with a letter of concern.

8.  **BOARD MEMBER RETREAT**
    Dr. Ijams led the Board in an informal session relating to improving relationships between Board members.



*State of Arizona*
*Board of Psychologist Examiners*
1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3017

Regular Session Minutes

August 7, 1992
Arizona State Board of Psychologist Examiners
Northern Arizona University
University Student Union
Knoles Avenue, Flagstaff, Arizona

1. CALL TO ORDER

The regular session of the Arizona STate Board of Psychologist Examiners was called to order by Chairman Scritchlow at 8:50 a.m. on August 7, 1992. Executive session was held from 1:45 to 1:55 p.m.; 2:35 to 2:50 p.m.; 3:39 to 4:18 p.m.; 5:00 to 5:15 p.m.; and, 6:05 to 6:15 p.m. for purposes of receiving legal opinions and reviewing investigative matters.

2. ATTENDANCE

Terry L. Scritchlow, Ph.D., Chairman
Richard Morris, Ph.D., Vice-Chairman
David P. Yandell, Ph.D., Secretary
F.G. Bolton, Ph.D., Member
Wil Counts, Ph.D., Member
Francisco Gutierrez, Esq. Member
Rudolf M. Hahnloser, Ph.D., Member
Maxine Ijams, Ph.D., Member

Members Absent

T. Hal Guerin, Esq., Member

Others Present

Michael Harrison, Assistant Attorney General
Barbara Gast, Executive Director
Sydney Ramirez, Administrative Assistant
Visitors (see attached sign-in sheet)

3. APPROVAL OF MINUTES

A motion was made by Dr. Yandell, seconded by Dr. Bolton to accept the June 5, June 6 and June 15 minutes as corrected. Motion passed

arrest warrant enforcement pursued, so this Board is still presented with a final judicial record concldying that she failed to meet her obligations of child support and that she has been in violation of the Court's prior order to her to make payments, and also in violation of this Board's prior order to be in complaince with the Court's order.

A motion was made by Mr. Gutierrez, seconded by Dr. Yandell, pursuant to A.R.S. §32-3701, the Board of Psychologist Examiners is mandated to suspend the license of Theresa Flores, Ph.D. until such time as she is in complaince with the Court orders. Dr. Scritchlow abstained. Motion carried unanimously.

10. INFORMAL INTERVIEW: 91-33 David Leon Bevett, Ph.D.

Dr. Bevett was not present. A court reporter was present and the transcript becomes the offical record of the proceeding.

A motion was made by Dr. Ijams, seconded by Dr. Bolton, to dismiss the complaint against Dr. Bevett. No violation of the statute was found. Motion passed unanimously.

11. COMPLAINTS/VIOLATIONS/INVESTIGATIONS

92-22 GRAY - was reassigned from Dr. Bolton to Mr. Guerin. Case is ongoing.

92-20 McKEEMAN -a motion was made by Dr. Counts, seconded by Dr. Ijams, to close case since billing discrepancy was corrected and complainant was satisfied. Motion passed unanimously.

92-03, 92-27 COLLIER - was reassigned from Dr. Hahnloser to Dr. Counts. Investigator John DiBacco, Ph.D. would be assisting Dr. Counts. Case is ongoing.

92-17 BARBER -a motion was made by Mr. Gutierrez seconded by Dr. Yandell to close case. Motion passed unanimously.

92-24 BAYLESS - a motion was made by Mr. Gutierrez seconded by Dr. Yandell to close case. Motion passed unanimously.

91-40 LUND - was reassigned from Dr. Hahnloser to Dr. Scritchlow. Dr. Hahnloser would draft a second follow-up letter to Dr. Lund before reassignment.

91-38 MOODY - case was closed in the June 1992 meeting.

91-31 MUNOZ - a motion was made by Dr. Morris, seconded by Mr. Gutierrez, to dismiss the case for insufficient evidence and suggest in letter that be the case. Motion carried unanimously.

92-02 WOODING - A motion was made by Dr. Scritchlow, seconded by Dr. Yandell to close case since the Board had no jurisdiction over allegation. Motion carried unanimously.



*State of Arizona*
*Board of Psychologist Examiners*
1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3017

REGULAR SESSION MINUTES

December 4, 1992
Arizona State Board of Psychologist Examiners
1645 W. Jefferson - Room 410
Phoenix, Arizona 85007

1. CALL TO ORDER:

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Chairman Scritchlow at 9:10 a.m. on December 4, 1992. Executive Session was held from 9:25 a.m. to 9:50 a.m. and 4:35 to 4:45 p.m. for purposes of receiving legal opinions.

2. ATTENDANCE:

Terry L. Scritchlow, Ph.D., Chairman
Richard Morris, Ph.D., Vice-Chairman
David P. Yandell, Ph.D., Secretary
F. G. Bolton, Ph.D., member
Wil Counts, Ph.D., member
T.H. Guerin, Esq., member
Francisco Gutierrez, Esq., member
Maxine Ijams, Ph.D., member

OTHERS PRESENT:

Michael Harrison, Assistant Attorney General
Barbara Gast, Executive Director
Sydney Ramirez, Administrative Assistant

3. APPROVAL OF LICENSES:

A motion was made by Dr. Bolton, seconded by Mr. Guerin, to acknowledge a passing exam score for the following candidates and issue licenses. Motion carried.

Belan, Andrew P., Ph.D.
Blansett, Thomas, A., Ph.D.
Boliek, Carol A., Ph.D.
Brautigam, William, Ed.D.
Caffrey, Jill T., Ph.D.
Chouinard, Elizabeth, Psy. D.
Cummings, Janet L., Psy. D.
Diamond, Ellen R., Ph.D.

92-03 COLLIER

A motion was made by Dr. Counts, seconded by Mr. Guerin, to close
the case.  Motion carried unanimously.

92-29 EMERICK  92-39 EMERICK

A motion was made by Mr. Guerin, seconded by Dr. Bolton, to dismiss
both cases due to lack of jurisdiction.  Motion carried unanimously.

92-43 GALE

A motion was made by Mr. Gutierrez, seconded by Dr. Counts, to
dismiss case since complaint was not in the board's jurisdiction and
the doctor is not licensed.  Motion carried unanimously.

91-12 STEWART

A motion was made by Mr. Gutierrez, seconded by Mr. Guerin, to
dismiss the case.  Motion carried unanimously.

91-42 BAYLESS

A motion was made by Dr. Ijams, seconded by Mr. Guerin, to issue
a letter of concern.  Motion carried.  Mr. Gutierrez and Dr. Bolton
abstained.

92-16 PRENDIVILLE

A motion was made by Dr. Bolton, seconded by Mr. Guerin, to
schedule an informal interview.  Motion carried.  Dr. Morris abstained.

92-25 SCHAUERS

A motion was made by Dr. Morris, seconded by Mr. Guerin, to dismiss
the case.  Motion carried

92-35 RIALS

A motion was made by Dr. Scritchlow, seconded by Dr. Bolton, to
dismiss the case due to withdrawal of complaint by complainant.
Motion carried unanimously.

92-11 LAVIT

A motion was made by Dr. Yandell, seconded by Dr. Counts, to
dismiss the case.  Motion carried unanimously.

92-48 SOLOMON

A motion was made by Dr. Yandell, seconded by Mr. Guerin, to
dismiss the case.  Motion carried unanimously.



*State of Arizona*
*Board of Psychologist Examiners*

1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3095

REGULAR SESSION MINUTES

September 27, 1991
1645 W. Jefferson - Room 400
Phoenix, Arizona

1. CALL TO ORDER

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Terry L. Scritchlow, Ph.D., Chairman, at 9:20 a.m. on September 27, 1991.

2. ATTENDANCE

Board Members Present:

Terry L. Scritchlow, Ph.D., Chairman
Wil R. Counts, Ph.D., Secretary
F.G. Bolton, Jr., Ph.D., Member
*Francisco X. Gutierrez, Esq., Member
Rudolph M. Hahnloser, Ph.D., Member
David P. Yandell, Ph.D., Member
Maxine Ijams, Ph.D., Member

*Present until 3:45 p.m.

Board Members Absent:

Mary Ann Lancy, Member
Richard Morris, Ph.D., Member

Others Present:

Michael Harrison, Assistant Attorney General
Peggy C. La Voy, Interim Executive Director
David Shuff

The meeting was called to Order by Dr. Scritchlow at 9:20 a.m. Dr. Scritchlow welcomed Dr. Hahnloser and Dr. Yandell as new members of the Board.

N utes— 9/27/91

A description a selected testing course directed under the consent agreement was shared by Dr. Spooner. The difference from the previous courses was more focus on administration of test and group testing. Dr. Bolton suggested consistency in training with therapy or evaluation becoming proficient in one area than all. The Consent agreement instructed to take more in the area of testing explained Spooner. Dr. Bolton suggested sending course information to the office where more specific guidelines on Continuing Education credits can be applied. Additionally, Dr. Bolton suggested more thought be given to an emphasis in testing or therapy and the direction of her practice.

7. REHEARING:

89-45 DANIEL ECKSTEIN, Ph.D. - Dr. Eckstein was present and without counsel. Court reporter was present for transcription.

To allow sufficient time to discuss the issues brought forward by Dr. Eckstein, a motion was made by Dr. Counts, seconded by Mr. Gutierrez, for a continuance of the hearing tomorrow, December 7, 1991, at 11:30 a.m. Motion passed unanimously.

8. EXECUTIVE SESSION: 91-38 MOODY

A motion was made by Dr. Bolton, seconded by Dr. Hahnsloser, to go into Executive Session to seek counsel on articles of law. A confidential report from Investigator Rollins was discussed.

Returning from Executive Session, Dr. Ijams moved that comprehensive neuropsychological evaluation testing ( to include social, cognitive, emotional as well as neuropsychological) be scheduled for Dr. Moody with Albert Kaznak, Ph.D. at University of Arizona. Seconded by Dr. Counts and passed unanimously.

A motion was made Dr. Ijams to subpoena Dr. Oommen's client records of Dr. Moody, seconded by Dr. Yandell, and passed unanimously.

10. COMPLAINTS/VIOLATIONS/INVESTIGATIONS:

91-36 BAYLESS - Board action in September 27, 1991, Board meeting closed case.

91-24 BERMAN - Dr. Bolton passed the child custody case to Dr. Hahnloser recently. Dr. Hahnloser made the motion to close case due to lack of substance in the complaint, second by Dr. Yandell. Motion carried unanimously.

92-33 BEVETT- Complaint Coordinator Dr. Ijams moved that an informal interview be scheduled for the February meeting, Dr. Counts seconded. Motion carried unanimously.

89-03 CABANSKI - Board agreed to issue Letter of Concern at the September 27, 1991, Board meeting.



*State of Arizona*
*Board of Psychologist Examiners*

1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3095

REGULAR SESSION MINUTES

Friday, February 1, 1991

1645 W. Jefferson - Room 400
Phoenix, Arizona 85007

CALL TO ORDER

In the absence of Francisco X. Gutierrez, Chairman, the regular session of
the State of Arizona Board of Psychologist Examiners was called to order by
Manuel Barrera, Ph.D., Secretary, at 9:20 a.m., on February 1, 1991.

ATTENDANCE

Board Members Present:

*Francisco X. Gutierrez, Esq., Chairman
 Manuel Barrera, Jr., Ph.D., Secretary
 Mary Ann Lancy, Member
 Miquela C. Rivera, Ph.D., Member
 Wil R. Counts, Ph.D., Member
 F. G. Bolton, Jr., Ph.D., Member
 Terry L. Scritchlow, Ph.D., Member                *Present after 9:25 a.m.

Others Present:

Peter D. Kushibab, Assistant Attorney General
Peggy C. La Voy, Executive Director

Michael L. Haley, Ph.D.
Carol Eckstein
David R. Long, M.D.
Betty Kjellberg, AzPA
Charlie Stevens, AzPA
Stephen Thompson, Ed.D.
Tom Lawless, Attorney
Claire Tarte, Ph.D.
Clark Moustakas
Kenneth L. Tucker, Attorney

Mr. Gutierrez welcomed Michael L. Haley, Ph.D., as the new member of the
Board who will replace outgoing member, Miquela C. Rivera, Ph.D.

3.  Stephen W. Thompson, Ed.D. - Dr. Thompson was present and was represented by counsel, Tom Lawless.  The state was represented by Peter D. Kushibab, Assistant Attorney General.  A Court Reporter was present to record the testimony, and the transcripts will become the official record of the proceedings.

Based on the fact that Dr. Thompson had previously been approved to sit for the Examination in 1984, a motion was made by Dr. Bolton, seconded by Dr. Counts and passed unanimously, to reverse the Board's prior decision and allow Dr. Thompson to sit for the Examination for Professional Practice in Psychology.

       Stephen W. Thompson, Ed.D.              Approved

4.  Claire J. Tarte, Ph.D. - Dr. Tarte was present with consultant, Dr. Clark Moustakas.  Peter D. Kushibab, Assistant Attorney General, represented the state.  A court reporter was present to record the testimony, and the transcripts will become the official record of the proceedings.

Dr. Tarte submitted additional information which she perceived to substantiate her position that her program of studies was the same in 1981 as in 1985, when the Union Institute was accredited.

After hearing testimony from the applicant, having heard argument of the parties and being fully advised in the premises, a motion was made by Dr. Bolton and seconded by Dr. Counts to allow Dr. Tarte to sit for the Examination for Professional Practice in Psychology.  The motion carried with Dr. Counts, Dr. Bolton, Dr. Rivera and Ms. Lancy voting "yes," and Drs. Scritchlow and Barrera voting "no."

       Claire J. Tarte, Ph.D.                Approved

COMPLAINTS/VIOLATIONS/INVESTIGATIONS

90-38 - BAYLESS - Dr. Rivera stated that her investigation found that Dr. Bayless was within the standards of ethical psychological practice, and there did not appear to be any violation of the Board's Rules or Statutes; however, in Dr. Rivera's opinion, Dr. Bayless should be advised that in the future, he should explain to his clients why a report is not written.

A motion was made by Dr. Rivera, seconded by Dr. Scritchlow and passed unanimously, to close this file.

90-02 - EMERICK - Dr. Bolton stated he has tried for several months to obtain answers to his questions from various psychologists regarding the program Mr. Emerick is conducting.  He stated he has sent specific questions to be answered and has received no acceptable response from any of the psychologists involved.

A motion was made by Dr. Bolton, seconded by Dr. Rivera and passed, with Dr. Scritchlow abstaining, to invoke the Board's subpoena powers, pursuant to A.R.S. 32-2063, to compel taking depositions or sworn statements from identified psychologists, prior to the next meeting, and advise them that failure to comply could result in disciplinary action by the Board.



*State of Arizona*
*Board of Psychologist Examiners*

1645 W. Jefferson Room 312
Phoenix, AZ 85007
602-255-3095

REGULAR SESSION MINUTES

DECEMBER 6, 1985
1831 W. Jefferson, Palo Verde Room
Phoenix, Arizona 85007

CALL TO ORDER

A regular session of the Arizona State Board of Psychologist Examiners was called to order by Dr. Philip Balch, Chairman, at 9:07 A.M. on December 6, 1985. An Executive Session was held from 9:10 A.M. until 9:50 A.M. for discussion of Personnel matters, confidential matters and legal advice.

ATTENDANCE:

Board Members Present:

Philip Balch, Ph.D., Chairman
Bud Bolton, Ph.D., Secretary
Lorraine Rollins, Ph.D., Member
Mathilda B. Canter, Ph.D., Member
Ruth Pledger, Member
Francisco X. Gutierrez, Esq., Member
*Doris J. Ford, Ph.D., Member

*Absent

Others Present:

#Virginia B. Whitehead, Assistant Attorney General
Peggy C. La Voy, Executive Director

#Present until 10:00 A.M.

Kevin E. Weaver, Ph.D.
Glenn D. Tanita, D.M.H.

MINUTES:

A motion was made by Dr. Canter, seconded by Dr. Rollins and passed unanimously to approve the Minutes of September 6, 1985 Regular and Executive Session Minutes and Minutes of the Telephone Conference September 18, 1985 as submitted.

A motion was made by Dr. Canter, seconded by Dr. Rollins and passed unanimously to accept the Regular Session Minutes of the October 25, 1985 meeting with the addition of the following paragraph:

"EXECUTIVE DIRECTOR POSITION

Members of the Board were requested to consider the reclassification of the Executive Director position to a Grade 19. It was the consensus that this matter should be tabled until the December 6, 1985 meeting."

EXECUTIVE SESSION

A motion was made by Dr. Canter, seconded by Dr. Rollins and passed unanimously to go into Executive Session at 9:10 A.M. The meeting returned to Open Session at 9:50 A.M.

MATTERS FROM EXECUTIVE SESSION:

The following action was taken on matters discussed in Executive Session:

85-30 - BAYLESS - Correspondence from Dr. Bayless, submitted in response to the complaint filed against him, appeared to be satisfactory. A motion was made by Dr. Bolton, seconded by Dr. Canter and passed unanimously to close this file.

The following files remain under investigation; there was no Board action:

85-13 - BECK
85-24 - BEDARD
85-35 - BENCOMO
85-10 - BERNAT
85-37 - BERNAT
85-33 - BOLENTS

85-26 - CHESTNUT - Due to the lack of a rebuttal to Dr. Chestnut's apparently satisfactory response to this complaint, a motion was made by Dr. Rollins, seconded by Dr. Canter and passed unanimously to close this file.

85-41 - DAWSON - A satisfactory response to the complaint and assurance of compliance with Board Laws and Rules were received by the Board office. A motion was made by Dr. Rollins, seconded by Dr. Canter and passed unanimously to close this file.

The following files remain under investigation; there was no Board action:

85-05 - DeWITT
85-34 - EMERICK
85-42 - ENOS
85-44 - ERVIN
85-18 - GEORGE

85-39 - GOLDSTEIN - Assurance of compliance with Board Law and Rules was received from the noncertified counselor. A motion was made by Dr. Rollins, seconded by Ms. Pledger and passed unanimously to close this file.



*State of Arizona*
*Board of Psychologist Examiners*

1645 W. Jefferson Room 312
Phoenix, AZ 85007
602-255-3095

REGULAR SESSION ON
November 12, 1982
1645 W. Jeferson, Room 310
Phoenix, AZ 85007

CALL TO ORDER

A regular session of the Arizona State Board of Psychologist Examiners was called to order by Elaine Silver, Chairperson, at 9:10a.m.

ATTENDANCE

Board Members Present:
- Elaine Silver, Chairperson
- Mathilda B. Canter, Ph.D., Secretary
- Michael B. Bayless, Ph.D., Member
- James R. Fredrick, Ed.D., Member
- Philip Balch, Ph.D., Member
- Ruth Pledger, Member

Office Staff:
- Sharla Lee, Office Secretary

Attorney General Office:
- Charles Buri, Asst. Atty. Gen.

Guests:
- Dr. Claire Tarte
- Dr. Sheila Friedeman
- Dr. Robert Ganster
- Mrs. Lynn Ganster
- Dr. Thomas Cornille
- Dr. Robert Atilano

RECESS

The regular session was recessed on a motion made by Dr. Fredrick and seconded by Mrs. Pledger to go into executive session. Carried.

CALL TO ORDER

The regular session was reconvened at 10:25a.m. by the Chairperson, Mrs. Silver.

HEARING

82-13 BAYLESS-[redacted] In order to bring into compliance the Board's censure action against Dr. Bayless, taken in July 1982, Dr. Canter moved that, if Dr. Bayelss is amenable, the original letter of censure be rescinded; that the grounds for the censure be amended to refer to §32-2081, 5.b. rather than to the Georgia law and the APA code of ethics; and that a censure be issued by means of a letter. The motion was seconded by Dr. Fredrick, agreed to by Dr. Bayless, and carried by the Board. A letter from the Georgia Board inquiring about whether Board censure is a matter of public record is to be answered by Dr. Fredrick in the affirmative.

CORRESPONDENCE

School accrediation issue Dr. Canter reported on responses received from AASPB and the 6 regional accrediting bodies contacted relating to her inquiry regarding retroactive applications of school accreditation. AASPB does not have an official policy on this matter. The opinions of the various accrediting agencies differed. Dr. Sheila Friedeman indicated that she had received



*State of Arizona*
*Board of Psychologist Examiners*

1645 W. Jefferson Room 312
Phoenix, AZ 85007
602-255-3095

REGULAR SESSION
July 23, 1982
1645 W. Jefferson Rm. 312
Phoenix, AZ 85007

CALL TO ORDER

A regular session of the AZ. State Board of Psychologist Examiners was called to order by Elaine Silver, chairperson, at 9:10 a.m.

ATTENDANCE

Board Members Present:
- Elaine Silver, chairperson
- Mathilda B. Canter, Ph.D., secretary
- Judson R. Finley, Ph.D.
- Michael B. Bayless, Ph.D.
- James R. Fredrick, Ed.D.
- Ruth A. Pledger

Office Staff:
- Sharla Lee

Attorney General's Office:
- Charles Buri

Guests:
- Carole Kann
- Ralph Stewart, Ph.D.
- J. Stanley Edwards, Atty.
- Naomi Harward
- Herman Lindeman, Ph.D.

REGULAR MINUTES OF MAY 21, 1982

The rough draft of the minutes of the 5-21-82 regular session were reviewed. In addition to typographical errors, the following corrections were made: Page 2 paragraph 6 was amended to read that Dr. Ronald Pool would be requested to complete the questionnaire sent to the Board relating to the APA Task Force on Education and Credentialling pilot project in which the Board had agreed to participate. On page 2, under the AASPB heading content should reflect that Dr. Canter would check with Charles Buri regarding the legal basis for this requirement. The heading should read Maricopa Psychological Society (MSP) rather than AASPB, since it was the response of the MSP to the Board ruling which prompted Dr. Canter's concern.

MINUTES APPROVED

Approval of the minutes as corrected was moved by Dr. Finley, seconded by Mrs. Pledger, and carried by the Board

COMPLAINT PROCEDURE CLARIFICATION

Mrs. Pledger requested clarification from the Board regarding possible role conflict for a Board member who is approached by a consumer, listens to a complaint and suggests that one be filed. After discussion, it was agreed that a Board member who is involved with a complaint in that way does not have to abstain from participation in the adjudication of that complaint, as long as the contact was not of a investigative nature.

will write explaining that her request is being denied for reasons of test security, and informing her of the new feedback available via PES in regard to test performance according to roles.

GOLDBERG

A request from Dr. Kenneth J. Goldberg for permission to review the EPPP he took was discussed. Dr. Canter will respond to Dr. Gottlieb.

INFORMAL HEARING, STEWART

Dr. Ralph Stewart and his attorney, J. Stanley Edwards, addressed the Board informally in relation to complaints 81-21, 81-23, and 81-30. Regarding 81-21, Dr. Stewart denied any coercion of Mrs. Kann, expressed his concern regarding her need for theraputic assistance, and told of the unsuccessful efforts of his office to obtain the name of Mrs. Kanns insurance company and her policy number. He stated that he had given her the measure of time due her, and had billed her for the full fee since she had not provided the insurance data requested. He admitted that he had not actually established a fee at the initial interview.

Regarding 81-23, Dr. Stewart indicated that the financial arrangements between him and this patient were clear and uncontested, and that in error Mr. Duquette had received the insurance check which had been assigned to Dr. Stewart, and refused to return it.

Regarding 81-30, Dr. Stewart in answer to questioning explained that he had not sent the copies of the bill requested earlier by the Board, because he realized that these bills were not Mrs. Ptacek's, but were rather addressed to her husband who had not complained regarding them. He denied any breach of confidentiality.

ADJOURNMENT FOR EXECUTIVE SESSION

Mrs. Silver adjourned the Regular Session to return to Executive Session on motion by Dr. Fredrick, second by Dr. Bayless and carried.

CALL TO ORDER

The regular meeting of the Board was called to order again by Mrs. silver at 1:00 p.m.

INFORMAL HEARING BAYLESS

Dr. Bayless addressed the Board informally in relation to complaint number 82-13. He presented the circumstances surrounding the complaint received, taking responsibility for breaching confidentiality and unknowingly violating the Georgia statute by seeing a client there without being licensed by that state. He explained that he had spoken freely about his client the night before he was supposed to testify, being under the impression that because the clients lawyer was present, it was acceptable to speak up. He did express distress at having been misquoted in the newspapers, and communicated to the Board the extreme pressure he was under during the time that he was involved in the Atlantic case.

INFORMAL HEARING LINDEMAN

Dr. Herman Lindeman requested time with the Board to receive guidance regarding proper procedures for a certified psychologist who might wish to establish percentage fee arrangements with other health care professionals. Dr. Lindeman's primary focus was on situations in which the certified psychologist would have another independent practitioner use his or her office space and facilities, and see patients referred by the certified psychologist. Discussion of the issues resulted in Board consensus that in such instances a capitation fee or percentage arrangement would be appropriate if it did not exceed the costs of services and space provided. Implicit here is the point



*State of Arizona*
*Board of Psychologist Examiners*

1645 W. Jefferson Room 418
Phoenix, AZ 85007

Institute for Human Development
Northern Arizona University
Flagstaff, Arizona
Regular Meeting
August 1, 1980

MEMBERS PRESENT:
Dr. Ronald H. Pool, Chairman
Dr. Judson R. Finley, Secretary
Dr. Mathilda B. Canter
Dr. Michael Bayless
Ms. Ruth Pledger
Ms. Elaine Silver

STAFF:
Charles Buri, Assistant Attorney General

GUESTS;
Dr. Ronald Bricker
Mr. Morris Miller
Dr. Gary Davisson

Dr. Pool called the meeting to order at 1:00 p.m. Dr. Finley moved the minutes of the last meeting be accepted as corrected. Motion carried. The agenda was reviewed and additions noted and approved by the Board. Dr. Pool called an executive session at 1:35 p.m.

Regular Session resumed at 5:35 p.m.

Items from Executive Session

#4 [redacted] - Baron
Dr. Canter moved Mr. Buri send a cease and desist letter to Baron and we hold off further action until we receive his response. Motion carried.

#6 [redacted] - Bricker
Dr. Bayless moved the case again be closed, and that Mr. Buri review the file prior to it becoming open to the public. Motion carried.

#9 [redacted] - Keogh/Davisson
Dr. Canter moved the case be closed and a letter be sent to Mrs. Finch, complimenting her for bringing this to the Board's attention. Motion carried.

#11 [redacted]
Dr. Finley moved Dr. Pool write the Department of Corrections, Dr. John Wright, and we await a report on their investigation. Motion carried.

#12 [redacted]
Dr. Canter moved the Board hold it open to review the investigative report. Motion carried.

#14 Tina Singer
Dr. Bayless moved the case be closed. Motion carried

#16 Hardy - Bernat
Dr. Canter moved we refer Mr. Hardy to the City of Tucson for clarification of Dr. Bernat having to have a business license; and that this complaint be closed; and that we ask Dr. Bernat to attend soon a Board meeting to discuss the several professional practice issues that have come to the Board's attention. Motion carried.

#18 [redacted] - Bayless
Dr. Canter moved this case be closed as not being substantiated by the evidence. Motion carried. (Dr. Bayless abstaining.)

#19 [redacted] - Bayless
Dr. Canter moved the case be closed as Dr. Bayless had adequately resolved the matter. Motion carried. (Dr. Bayless abstaining).

#20 University of Humanistic Studies
Dr. Finley moved the case be closed as it was referred to The Financial Fraud Division of the Attorney General's Office. Motion carried.

#21 [redacted] vs. Johnson
Dr. Canter moved Dr. Bayless review and evaluate the complaint and Dr. Pool seek a response from Dr. Johnson. Motion carried.

#22 [redacted] - Pickering
Dr. Canter moved Dr. Pool request a reply from Dr. Pickering. Motion carried.

#23 [redacted] - Lippin
Dr. Canter moved this be closed as not in the Board's jurisdiction. Motion carried.

#24 [redacted] (Bopex - DHS
Dr. Bayless moved Dr. Finley write to verify that this matter has been resolved. Motion carried.

#25 [redacted] - Gurgevich, etc.
Dr. Bayless moved this be closed as not in the Board's jurisdiction. Motion carried.

#26 META Program
Dr. Canter moved Dr. Finley write them to determine whether this case has been resolved satisfactorily. Motion carried.

#27 [redacted] - Pickering
Dr. Canter moved this be pursued by getting a response from Dr. Pickering. Motion carried.

Executive Session
Dr. Bayless moved the Board hold an executive session to discuss complaints at the beginning of the September meeting. Motion carried. Meeting adjourned 6:10 p.m.

Judson R. Finley, Ph.D. Secretary

Ronald H. Pool, Ph.D., Chairman

# State of Arizona Board of Psychologist Examiners
## APPLICATION FOR LICENSE RENEWAL – 2009-2011
### ACTIVE OR INACTIVE STATUS

If this information is needed in an alternative format, please call (602) 542-8162.

Bayless Michael, Brad
Name (Last, First, Middle) (Please Print)

0535
License No.

**PUBLIC ADDRESS:**

The Board is mandated by law to obtain a public address from its licensees. The address you list below will be used for the Internet and will be available upon request to other agencies and the general public. Your application for renewal cannot be processed without this information. If you do not choose a preferred public address, the Board will use your business address for public records. If you do not have a business address, the Board will use your home address for public records.

Michael B. Bayless and Associates, P.C.
Business/Organization Name

(602) 230 7373
Business Area Code & Phone No.

3620 N. Third Street
Business/Public Address

(602) 230 5105
Fax No.

Phoenix AZ 85012
City State Zip Code

## MANDATORY CONFIDENTIAL INFORMATION

**ADDRESS OF RECORD:**

The following address will serve as your ADDRESS OF RECORD for the Board. The Board does not disclose a licensee's address of record unless it is the only address provided to the Board. The address of record will be used by the Board for all correspondence and processes served to the licensee. Failure to provide and update this information to the Board is a violation of A.R.S. § 32-2066 and may result in disciplinary action.

Further, the Board does not disclose a licensee's date of birth or social security information.

A.R.S. §§ 25-320(N) mandates that each licensing board or agency that issues professional or occupational licenses or certificates shall obtain and record the social security number of an applicant for a professional or occupational license or certificate. Social security number will not be disclosed except when disclosure is required by law, such as disciplinary reports to the National Data Bank or to aid the Department of Economic Security in locating parents or their assets or to enforce child support orders.

Bayless, Michael Brad
Name (Last, First, Middle)

Ph.D.
Credential

[redacted]
Address (P. O. BOX NOT ACCEPTABLE)

Mailing Address (If different from above)

[redacted]
Home Telephone No.

[redacted]
Date of Birth

( ) None
Home Fax No.

[redacted]
Social Security Number

[redacted]
E-mail Address

RECEIVED
APR 20 2009
PSYCHOLOGY BOARD

Receipt# 9183

Should the Board use this address for mailings to you? Yes [X] No [____], Please use my home address provided on the pink Mandatory Confidential Information page.

**CHECK THE LICENSE STATUS THAT YOU ARE REQUESTING:**

| REQUEST FOR ACTIVE STATUS | |
|---|---|
| [X] | If you wish to maintain your license on active status which allows you to practice in Arizona through April 30, 2011, please submit this **Application for License Renewal** form and the **$400 Active license renewal fee**. Please note that you must have completed 60 hours of continuing education (or the prorated amount for those licensed after May 1, 2007). |

| REQUEST FOR INACTIVE STATUS | | |
|---|---|---|
| [____] | **Voluntary Inactive:** | If you do not practice in Arizona, you may complete and submit this **Application for License Renewal** form and the **$50 Inactive license renewal fee** to request that your license be placed (or remain) on Voluntary Inactive status. While on Voluntary Inactive Status, you shall not practice in Arizona. You must, however, comply with the renewal requirements in each renewal cycle and will be required to have completed continuing education prior to any future reactivation of your license. |
| [____] | **Medical Inactive:** (a) Mental ❑ (b) Physical ❑ | If you currently have any condition which prevents you from practicing as a psychologist, pursuant to A.R.S. §32-2073(E), you must complete and submit this **Application for License Renewal** form and provide written medical or psychological documentation to substantiate that the disability prevents you from practicing as a psychologist. **YOU MUST ALSO ENCLOSE THE $400 RENEWAL FEE WITH YOUR REQUEST.** This fee will be returned if you are granted Medical Inactive status. While on Medical Inactive status due to a physical or mental incapacity or disability, you shall not practice psychology. You must, however, comply with the renewal requirements in each renewal cycle. |
| [____] | **Medical Inactive Continuation:** (a) Mental ❑ (b) Physical ❑ | If you are currently on Medical Inactive status and wish to continue on Medical Inactive status, you must complete and submit this **Application for License Renewal** form. **No renewal fee is required.** |

**IF YOU ARE REQUESTING INACTIVE STATUS, PLEASE SIGN BELOW AND COMPLETE THE REMAINDER OF THESE FORMS**

I affirm that I will abide by Arizona Revised Statutes § 32-2061, et. seq. during my inactive status, will describe myself as Inactive and will not practice psychology within the State of Arizona, pursuant to A.R.S. § 32-2073.

Signature Date

**CHECK THE LICENSE STATUS THAT YOU ARE REQUESTING:**

| REQUEST FOR REACTIVATION OF LICENSE | |
|---|---|
| [____] | If you wish to return to active status, you must submit this **Application for License Renewal** form along with the **$400 Active license renewal fee** and **copies of your continuing education hours**, before providing psychological services. The Board staff will determine whether you have had disciplinary actions in other jurisdictions (if applicable) and whether you have satisfied the continuing education requirements applicable to psychologists on active status. If approved, your license will then be reactivated by Board staff and the decision will be ratified by the Board. |
| NOTIFICATION OF RETIREMENT/EXPIRATION OF LICENSE | |

| [ ] | Check this box if you wish to retire and allow your license to expire. **No fee is required.** Your license will expire on April 30, 2009 and you will receive no further contact from the Board. You may skip to the bottom of page 3 which requires your signature and a date. |
|---|---|

**PLEASE ANSWER THE FOLLOWING QUESTIONS:**

1. Are you currently licensed or certified as a psychologist in another jurisdiction? If yes, in which jurisdiction(s)? Yes [ ] No [X]

2. Are you currently a licensed or certified member of another profession? If yes, which profession(s) and in which jurisdiction(s)? Yes [ ] No [X]

3. By April 30, 2009, will you have completed the required 60 hours of Continuing Education (CE), or the pro-rated amount if you are a new licensee, 40 hours of which must be in Category I, with four of those hours in ethics and four hours in either child abuse or domestic violence? (Inactive licensees or those requesting inactive status do not have to attach an explanation for answering "No".) Yes [X] No [ ]

   **Note:** Documentation of CE hours should not be submitted with this Application for License Renewal form, but must be retained as random audits will be conducted by the Board to determine licensees' compliance with the CE requirements.

4. Are you currently a member of any hospital staff or provider panel or other professional association? If "Yes", please list them: Yes [X] No [X]

   American Psychological Association

5. Have you prepared a written protocol for the secure storage, transfer and access of the medical records of your clients pursuant to A.R.S. § 32-3211? If "No", please attach an explanation. Yes [X] No [ ]

6. Excluding exam failures, have you been denied a license or certificate to practice any profession by any state or Canadian province? Yes [ ] No [X]

7. Since May 1, 2007,have you relinquished responsibilities, resigned a position or been terminated while a complaint against you was being investigated or adjudicated? Yes [ ] No [X]

8. Since May 1, 2007, have you resigned or been terminated from a professional organization, hospital staff, or provider panel or surrendered a license while a complaint against you was being investigated or adjudicated? Yes [ ] No [X]

9. Since May 1, 2007, have you been disciplined by any agency or regulatory board of any jurisdiction (**including the Arizona Board of Psychologist Examiners**), health care institution, provider panel or ethics panel for acts pertaining to your conduct as a psychologist or as a professional in any other field? If yes, please attach a report of those actions including the name and address of the disciplinary entity, the nature of the action, and a statement of the charges and findings. Yes [ ] No [X]

10. Since May 1, 2007, have you been charged with or convicted of a felony or a misdemeanor other than a minor traffic offense in any state or country? Yes [ ] No [X]

11. Since May 1, 2007, have you been or are you currently under investigation by any professional organization, health care institution or provider panel of which you are a member or on staff, or a regulatory board or agency (**including the Arizona Board of Psychologist Examiners**) concerning the ethical propriety or legality of your conduct? Yes [ ] No [X]

12. Since May 1, 2007, have you been sued or charged in civil or criminal court for an act relating to your practice as a psychologist, your work under a license or certificate in another profession, or your work as a member of a profession? Yes [ ] No [X]

13. Since May 1, 2007, have you been or are you currently delinquent in payment of a judgment for child support? Yes [ ] No [X]

14. Since May 1, 2007, have you had your application for membership in any professional organization rejected, or has any professional organization suspended or revoked your membership or placed you on probation or otherwise censured you for unethical or unprofessional conduct or other violation of eligibility or membership requirements? Yes [ ] No [X]

15. Since May 1, 2007, do you have or have you had a condition that in any way impairs or limits your ability to safely and effectively practice psychology? Yes [ ] No [X]

**IF YOU ANSWERED "NO" TO QUESTION #5 OR "YES" QUESTIONS #6 THROUGH 15, PLEASE ATTACH A FULL EXPLANATION**

---

**ALL LICENSEES REGARDLESS OF STATUS MUST READ AND SIGN THE ATTESTATION BELOW**

Pursuant to A.R.S. §§ 32-2061(A)(13) and 32-2081(A), any false or misleading information provided to the Board may be cause for probation, suspension, or revocation of a psychologist's license. I hereby attest and certify under penalty of perjury that I am the person who completed and signed this form; that the statements herein contained are true in every respect; that I have not withheld any information that might affect my licensure or my inactive status as a psychologist; that I will conform to the standards of professional conduct as defined in A.R.S. § 32-2061 and the rules pertaining thereto. I further hereby attest that the signature below is my own signature.

Michael B Bayless [signature]
Signature of Licensee

4-8-09
Date

Michael Brad Bayless
Printed Name

0535
License No.

**PURSUANT TO A.R.S. §1-501, ALL LICENSEES MUST SUBMIT PROOF OF CITIZENSHIP WITH COMPLETED RENEWAL FORM. AN APPLICATION IS NOT CONSIDERED COMPLETED UNLESS IT IS ACCOMPANIED BY THIS FORM AND PROOF OF CITIZENSHIP.**
**Please complete the attached form and submit with your application for renewal.**

Form 1: LONG FORM APPLICANT STATEMENT (revised)
REQUIRING SUBMISSION OF DOCUMENTATION OF STATUS

# ARIZONA STATEMENT OF CITIZENSHIP AND ALIEN STATUS FOR STATE PUBLIC BENEFITS

## Professional License and Commercial License

ARIZONA BOARD OF PSYCHOLOGY EXAMINERS

Title IV of the federal Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (the "Act"), 8 U.S.C. § 1621, provides that, with certain exceptions, only United States citizens, United States non-citizen nationals, non-exempt "qualified aliens" (and sometimes only particular categories of qualified aliens), nonimmigrants, and certain aliens paroled into the United States are eligible to receive state or local public benefits. With certain exceptions, a professional license and commercial license issued by a State agency is a State public benefit.

Arizona Revised Statutes § 1-501 requires, in general, that a person applying for a license must submit documentation to the licensing agency that satisfactorily demonstrates that the applicant is lawfully present in the United States.

**Directions: All applicants must complete Sections I, II, and IV. Applicants who are not U.S. citizens or nationals must also complete Section III. Submit this completed form and copy of one or more documents that evidence your citizenship or alien status with your application for license or renewal.**

### SECTION I — APPLICANT INFORMATION

APPLICANT'S NAME (Print or type) Michael Brad Bayless DATE 4-8-09

TYPE OF APPLICATION (check one) ___ INITIAL APPLICATION X RENEWAL

TYPE OF LICENSE Professional License To Practice Psychology.

### SECTION II — CITIZENSHIP OR NATIONAL STATUS DECLARATION

**Directions:** Attach a legible copy of the front, and the back (if any), of a document from the attached List A or other document that demonstrates U.S. citizenship or nationality. Name of document provided: ____________________

A. Are you a citizen or national of the United States? (check one) X Yes ___ No

B. If the answer is "Yes," where were you born? List city, state (or equivalent), and country.
City [redacted] State (or equivalent) [redacted] Country or Territory [redacted]

If you are a citizen or national of the United States, go to Section IV. If you are not a citizen or national of the United States, please complete Sections III and IV.

### SECTION III — ALIEN STATUS DECLARATION

**Directions:** To be completed by applicants who are not citizens or nationals of the United States. Please indicate alien status by checking the appropriate box. Attach a legible copy of the front, and the back (if any), of a document from the attached List B or other document that evidences your status. A.R.S. § 1-501. Name of document provided: ____________________.

**"Qualified Alien" Status** (8 U.S.C.§§ 1621(a)(1), -1641(b) and (c))

Q 1. An alien lawfully admitted for permanent residence under the Immigration and Nationality Act (INA).

Q 2. An alien who is granted asylum under Section 208 of the INA.

Q 3. A refugee admitted to the United States under Section 207 of the INA

Q 4. An alien paroled into the United States for at least one year under Section 212(d)(5) of the INA.

Q 5. An alien whose deportation is being withheld under Section 243(h) of the INA.

Q 6. An alien granted conditional entry under Section 203(a)(7) of the INA as in effect prior to April 1, 1980.

Q 7. An alien who is a Cuban and Haitian entrant (as defined in section 501(e) of the Refugee Education Assistance Act of 1980).

Q 8. An alien who is, or whose child or child's parent is a "battered alien" or an alien subjected to extreme cruelty in the United States.

**Nonimmigrant Status** (8 U.S.C.§ 1621(a)(2))

Q 9. A nonimmigrant under the Immigration and Nationality Act [8 U.S.C. § 1101 et seq.] Nonimmigrants are persons who have temporary status for a specific purpose. See 8 U.S.C. § 1101(a)(15).

**Alien Paroled into the United States For Less Than One Year** (8 U.S.C.§ 1621(a)(3))

Q 10. An alien paroled into the United States for less than one year under Section 212(d)(5) of the INA

**Other Persons** (8 U.S.C.§ 1621(c)(2)(A) and (C))

☐ 11. A nonimmigrant whose visa for entry is related to employment in the United States, or

☐ 12. A citizen of a freely associated state, if section 141 of the applicable compact of free association approved in Public Law 99-239 or 99-658 (or a successor provision) is in effect [Freely Associated States include the Republic of the Marshall Islands, Republic of Palau and the Federate States of Micronesia, 48 U.S.C. § 1901 *et seq*.];

☐ 13. A foreign national not physically present in the United States.

**Otherwise Lawfully Present** (A.R.S. § 1-501)

☐ 14. A person not described in categories 1-13 who is otherwise lawfully present in the United States. **PLEASE NOTE: The federal Personal Responsibility and Work Opportunity Reconciliation Act may make persons who fall into this category ineligible for licensure.** See 8 U.S.C.§ 1621(a).

## SECTION IV — DECLARATION

**All applicants must complete this section.** I declare under penalty of perjury under the laws of the state of Arizona that the answers I have given are true and correct to the best of my knowledge.

Michael B. Bayless
APPLICANT'S SIGNATURE

4-8-09
TODAY'S DATE

**Attachment: Lists A and B Evidence of U.S. Citizenship, U.S National Status, or Alien Status,**

11/08/07 81662



**ARIZONA STATE BOARD**
**OF PSYCHOLOGIST EXAMINERS**
1400 W. Washington • Suite 235 • (602) 542-8162
Phoenix, Arizona 85007

RECEIPT NO.
6067

**RECEIPT FOR LICENSURE**

**EXPIRES APRIL 30, 2009**

DATE: **03/12/2007**

**ACTIVE**

LICENSE NO.: **535**

ISSUED TO: **Michael B. Bayless, Ph.D.**

FEES PAID: **$400.00**

PENALTY: **$0.00**

AMOUNT PAID: **$400.00**

THIS CERTIFIES THAT

**Michael Bayless, Ph.D.**

IS A HOLDER OF THE FOLLOWING LICENSE NO.

**535**

ARIZONA STATE BOARD OF PSYCHOLOGIST EXAMINERS

**EXPIRES APRIL 30, 2009**

# State of Arizona Board of Psychologist Examiners
## APPLICATION FOR LICENSE RENEWAL – 2007-2009
### ACTIVE OR INACTIVE STATUS

RECEIVED MAR 1 2 2007 AZ PSYCHOLOGY BOARD

If this information is needed in an alternative format, please call (602) 542-8162.

Bayless Michael Brad
Name (Last, First, Middle) (Please Print)

0535 AZ PSYCHOLOGY BOARD
License No.

CN-0552 400

The Board is mandated by law to obtain a public address from its licensees. The address you list below will be used for the Internet and will be available upon request to other agencies and the general public. Your application for renewal cannot be processed without this information. If you do not choose a preferred public address, the Board will use your business address for public records. If you do not have a business address, the Board will use your home address for public records.

Michael B. Bayless and Associates
Business/Organization Name

(602) 230-7373
Business Area Code & Phone No.

3620 N. 3rd Street
Business/Public Address

(602) 230 5105
Fax No.

Phoenix Arizona 85012
City State Zip Code

Should the Board use this address for mailings to you? Yes [X] No [ ], Please use my home address provided on the pink Mandatory Confidential Information page.

CHECK THE LICENSE STATUS THAT YOU ARE REQUESTING:

**REQUEST FOR ACTIVE STATUS**

[X] If you wish to maintain your license on active status which allows you to practice in Arizona through April 30, 2009, please submit this **Application for License Renewal** form and the **$400 Active license renewal fee**. Please note that you must have completed 60 hours of continuing education (or the prorated amount for those licensed after May 1, 2005).

**REQUEST FOR INACTIVE STATUS**

| | | |
|---|---|---|
| [ ] | **Voluntary Inactive:** | If you do not practice in Arizona, you may complete and submit this **Application for License Renewal** form and the **$50 Inactive license renewal fee** to request that your license be placed (or remain) on Voluntary Inactive status. While on Voluntary Inactive Status, you shall not practice in Arizona. You must, however, comply with the renewal requirements in each renewal cycle and will be required to have completed continuing education prior to any future reactivation of your license. |
| [ ] | **Medical Inactive:** (a) Mental ☐ (b) Physical ☐ | If you currently have any condition which prevents you from practicing as a psychologist, pursuant to A.R.S. §32-2073(E), you must complete and submit this **Application for License Renewal** form and provide written medical or psychological documentation to substantiate that the disability prevents you from practicing as a psychologist. **YOU MUST ALSO ENCLOSE THE $400 RENEWAL FEE WITH YOUR REQUEST.** This fee will be returned if you are granted Medical Inactive status. While on Medical Inactive status due to a physical or mental incapacity or disability, you shall not practice psychology. You must, however, comply with the renewal requirements in each renewal cycle. |
| [ ] | **Medical Inactive Continuation:** (a) Mental ☐ (b) Physical ☐ | If you are currently on Medical Inactive status and wish to continue on Medical Inactive status, you must complete and submit this **Application for License Renewal** form. **No renewal fee is required.** |

IF YOU ARE REQUESTING INACTIVE STATUS, PLEASE SIGN BELOW AND COMPLETE THE REMAINDER OF THESE FORMS

I affirm that I will abide by Arizona Revised Statutes § 32-2061, et. seq. during my inactive status, will describe myself as Inactive and will not practice psychology within the State of Arizona, pursuant to A.R.S. § 32-2073.

Signature Date

CHECK THE LICENSE STATUS THAT YOU ARE REQUESTING:

| | REQUEST FOR REACTIVATION OF LICENSE |
|---|---|
| [ ] | If you wish to return to active status, you must submit this **Application for License Renewal** form along with the **$400 Active license renewal fee** and **copies of your continuing education hours**, before providing psychological services. The Board staff will determine whether you have had disciplinary actions in other jurisdictions (if applicable) and whether you have satisfied the continuing education requirements applicable to psychologists on active status. If approved, your license will then be reactivated by Board staff and the decision will be ratified by the Board. |
| | **NOTIFICATION OF RETIREMENT/EXPIRATION OF LICENSE** |
| [ ] | Check this box if you wish to retire and allow your license to expire. **No fee is required.** Your license will expire on April 30, 2007 and you will receive no further contact from the Board. You may skip to the bottom of page 3 which requires your signature and a date. |

PLEASE ANSWER THE FOLLOWING QUESTIONS:

1. Are you currently licensed or certified as a psychologist in another jurisdiction? If yes, in which jurisdiction(s)? Yes [ ] No [X]

   ______________________________

2. Are you currently a licensed or certified member of another profession? If yes, which profession(s) and in which jurisdiction(s)? Yes [ ] No [X]

   ______________________________

3. By April 30, 2007, will you have completed the required 60 hours of Continuing Education (CE), or the pro-rated amount if you are a new licensee, 40 hours of which must be in Category I, with four of those hours in ethics and four hours in either child abuse or domestic violence? (Inactive licensees or those requesting inactive status do not have to attach an explanation for answering "No".) Yes [X] No [ ]

   **Note:** Documentation of CE hours should not be submitted with this Application for License Renewal form, but must be retained as random audits will be conducted by the Board to determine licensees' compliance with the CE requirements.

4. Are you currently a member of any hospital staff or provider panel or other professional association? If "Yes", please list them: Yes [ ] No [X]

   ______________________________

   ______________________________

   ______________________________

5. Have you prepared a written protocol for the secure storage, transfer and access of the medical records of your clients pursuant to A.R.S. § 32-3211? If "No", please attach an explanation. Yes [X] No [ ]

6. Excluding exam failures, have you been denied a license or certificate to practice any profession by any state or Canadian province? Yes [ ] No [X]

7. Since May 1, 2005, have you relinquished responsibilities, resigned a position or been terminated while a complaint against you was being investigated or adjudicated? Yes [ ] No [X]

8. Since May 1, 2005, have you resigned or been terminated from a professional organization, hospital staff, or provider panel or surrendered a license while a complaint against you was being investigated or adjudicated? Yes [ ] No [X]

9. Since May 1, 2005, have you been disciplined by any agency or regulatory board of any jurisdiction (**including** the **Arizona Board of Psychologist Examiners**), health care institution, provider panel or ethics panel for acts pertaining to your conduct as a psychologist or as a professional in any other field? If yes, please attach a report of those actions including the name and address of the disciplinary entity, the nature of the action, and a statement of the charges and findings. Yes [ ] No [X]

10. Since May 1, 2005, have you been charged with or convicted of a felony or a misdemeanor other than a minor traffic offense in any state or country? Yes [ ] No [X]

11. Since May 1, 2005, have you been or are you currently under investigation by any professional organization, health care institution or provider panel of which you are a member or on staff, or a regulatory board or agency (**including the Arizona Board of Psychologist Examiners**) concerning the ethical propriety or legality of your conduct? Yes [ ] No [X]

12. Since May 1, 2005, have you been sued or charged in civil or criminal court for an act relating to your practice as a psychologist, your work under a license or certificate in another profession, or your work as a member of a profession? Yes [X] No [~~X~~] MBB OK/mm 3/21/07

13. Since May 1, 2005, have you been or are you currently delinquent in payment of a judgment for child support? Yes [ ] No [X]

14. Since May 1, 2005, have you had your application for membership in any professional organization rejected, or has any professional organization suspended or revoked your membership or placed you on probation or otherwise censured you for unethical or unprofessional conduct or other violation of eligibility or membership requirements? Yes [ ] No [X]

15. Since May 1, 2005, do you have or have you had a condition that in any way impairs or limits your ability to safely and effectively practice psychology? Yes [ ] No [X]

**IF YOU ANSWERED "NO" TO QUESTION #5 OR "YES" QUESTIONS #6 THROUGH 15, PLEASE ATTACH A FULL EXPLANATION**

---

**ALL LICENSEES REGARDLESS OF STATUS MUST READ AND SIGN THE ATTESTATION BELOW**

Pursuant to A.R.S. §§ 32-2061(A)(13) and 32-2081(A), any false or misleading information provided to the Board may be cause for probation, suspension, or revocation of a psychologist's license. I hereby attest and certify under penalty of perjury that I am the person who completed and signed this form; that the statements herein contained are true in every respect; that I have not withheld any information that might affect my licensure or my inactive status as a psychologist; that I will conform to the standards of professional conduct as defined in A.R.S. § 32-2061 and the rules pertaining thereto. I further hereby attest that the signature below is my own signature.

[signature] 3/9/07
Signature of Licensee Date

Michael B. Bayless 3/9/07
Printed Name License No.

(Revised 12/06)
Renewals/License Renewal Form

*Board Members*

*Miki Paul, Ed.D.*
*Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Vice-Chairperson*
*Maryann Santos de Barona, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Megan Hunter-Williams*
*Cheryl L. Karp, Ph.D.*
*Ramona N. Mellott, Ph.D.*
*Fred Wiggins, Ph.D.*

RECEIVED
MAR 21 2007
AZ PSYCHOLOGY BOARD

**State of Arizona**
**Board of Psychologist Examiners**

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*Vicki Fox*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

# NOTICE OF RENEWAL DEFICIENCY

**DATE:** March 15, 2007

**TO:** Michael B. Bayless, Ph.D.
3620 N. 3rd Street
Phoenix, AZ 85012

---

Your Application for License Renewal is incomplete. The following documents are enclosed:

_X_ The Application for License Renewal form because:

____The form you submitted contained deficiencies which are highlighted.

____ A check or money order in the amount of $_____ was not enclosed.

____ You did not previously submit an Application for License Renewal form.

_____ The Confidential Information Sheet because:

____The form you submitted contained deficiencies which are highlighted.

____ The date of birth you provided does not match what is in our records. Please provide a copy of your birth certificate.

____You did not previously submit the Confidential Information Sheet.

_____ The check you submitted because:

____ It was not signed.

____ It was not dated.

____ It was an incorrect amount.

____ It was not made out to the "Board of Psychologist Examiners".

_X_ Other: **Our records indicate that for the period of May 1, 2005 to date, you had one complaint before this Board. Please correct Question No. 11, provide a written explanation along with a copy of the dismissal letter for 06-08 (Feb 2006), and resubmit your renewal forms.**

IF ALL REQUIRED MATERIALS AND FEES ARE NOT RECEIVED IN THE BOARD'S OFFICE OR POSTMARKED BEFORE MAY 1, 2007, YOUR LICENSE WILL EXPIRE. IF YOUR LICENSE EXPIRES IT MAY BE REINSTATED BY PAYING AN ADDITIONAL $200 REINSTATEMENT FEE (FOR A TOTAL OF $600 FOR ACTIVE STATUS OR $250 FOR INACTIVE STATUS) BEFORE JULY 1, 2007.



MICHAEL B. BAYLESS & ASSOCIATES
3620 N. THIRD STREET
PHOENIX, ARIZONA 85012
PHONE: 602-230-7373
FAX: 602-230-5105

RECEIVED
MAR 21 2007
AZ PSYCHOLOGY BOARD

March 19, 2007
Arizona Board of Psychologist Examiners
1400 West Washington, Suite 235
Phoenix, Arizona 85007
RE: Compliant 06-08

Dear Board:
As I remember the complaint, I was accused of running an experiment on a Ms. K placing various perfumes in the rooms where she was being examined. As I noted in my April 3, 2006 letter Ms. K did not experience any allergic symptoms while in my office. The following is a quote from my response to the board about this complaint:

> However, I can say with certainty that Ms. K did not have an allergic reaction to any smells in my office. Her claims that she came in my office and due to the plug-in in the waiting room began to have a physical reaction to the point of her eyes closing and her using an ice pack is totally false. She was escorted to my office as all clients are escorted. Dr. G. L. was present during this evaluation. I do not remember Ms. K asking me to look at any sore in her nose.
>
> Ms. K indicates she did not smell any other odors after the first exposure in my waiting room. That is strange since not only did my office, the hall way directly outside my office have the same plug-in scent but also plug-ins were in Dr. L's office. I would have remembered if a client had such an reaction in my office and I would stopped the evaluation, requested medical assistance, and would have reported it to her attorney. I do not know what Ms. K is attempting to accomplish through her writings and I am not sure if her compliant is against me or is she attempting to re-sue her attorney. As I have said, I did not run an experiment on Ms. K, I did nothing to change my environment and I could not control what deodorant and perfumes my staff and other clients in my office environment were wearing.

On April 17, 2006 the Board dismissed this complaint. Hopefully, this letter is will clear up any confusing concerning this matter. Enclosed is a copy of the dismissal letter from the Board of Psychologist examiners.

Sincerely,

[signature]
Michael Brad Bayless, Ph.D.

OK/MM
3/21/07

*Board Members*

*James J. Cox, Ed.D.*
*Chairperson*
*Miki Paul, Ph.D.*
*Vice-Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Ramona N. Mellott, Ph.D.*
*Byron N. Rimm*
*Maryann Santos de Barona, Ph.D.*
*Fred Wiggins, Ph.D.*

***State of Arizona***
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007
Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*Koreno Schoaf*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

April 17, 2006

RECEIVED
MAR 21 2007
AZ PSYCHOLOGY BOARD

Michael B. Bayless, Ph.D.
3620 N. 3rd Street
Phoenix, AZ 85012

Re: RFI No. 06-08

Dear Dr. Bayless:

At its meeting of April 17, 2006, the Complaint Screening Committee ("Committee") of the Board of Psychologist Examiners reviewed and discussed the above-referenced case. After thorough consideration, the Committee voted to dismiss this matter.

Please be advised that pursuant to A.R.S. § 32-2081(D)(1), complaints dismissed by the Committee shall not be disclosed in response to a telephone inquiry or placed on the Board's website.

An audio CD of the Board's discussion regarding this case may be obtained by sending a written request to the Board along with a check in the amount of $10.00 made payable to the Board of Psychologist Examiners.

On behalf of the Board of Psychologist Examiners, please accept my appreciation for your cooperation in this matter.

Sincerely,

Maxine McCarthy

Maxine McCarthy
Executive Director

OK/MM
3/21/07



ARIZONA STATE BOARD
OF PSYCHOLOGIST EXAMINERS
1400 W. Washington • Suite 235 • (602) 542-8162
Phoenix, Arizona 85007

RECEIPT NO. 5090

## RECEIPT FOR LICENSURE

EXPIRES APRIL 30, 2007

ACTIVE

DATE: 04/22/2005

LICENSE NO.: 535

ISSUED TO: Michael B. Bayless, Ph.D.
3620 N. 3rd Street
Phoenix, AZ 85012

FEES PAID: $400.00

PENALTY: $0.00

AMOUNT PAID: $400.00

THIS CERTIFIES THAT

Michael Bayless, Ph.D.

IS A HOLDER OF THE FOLLOWING LICENSE NO.

535

ARIZONA STATE BOARD OF PSYCHOLOGIST EXAMINERS

EXPIRES APRIL 30, 2007

# State of Arizona Board of Psychologist Examiners
## 2005 - 2007
## APPLICATION FOR LICENSE RENEWAL
### ACTIVE OR INACTIVE STATUS

RECEIVED APR 22 2005 By 19718 $400

If this information is needed in an alternative format, please call (602) 542-8162.

Bayless, Michael, Brad
Name (Last, First, Middle) (Please Print)

0535
License No.

The Board is mandated by law to obtain a public address from its licensees. The address you list below will be used for the Internet and will be available upon request to other agencies and the general public. Your application for renewal cannot be processed without this information. If you do not choose a preferred public address, the Board will use your business address for public records. If you do not have a business address, the Board will use your home address for public records.

Michael B. Bayless and Associates P.C.
Business/Organization Name

(602) 230-7373
Business Area Code & Phone No.

3620 N. 3rd Street
Business/Public Address

( ) ________
Fax No.

Phoenix — Az — 85012
City — State — Zip Code

Should the Board use this address for mailings to you? Yes [ X ] No [ ], Please use my home address provided on the pink Mandatory Confidential Information page.

**CHECK THE LICENSE STATUS THAT YOU ARE REQUESTING:**

| REQUEST FOR ACTIVE STATUS | |
|---|---|
| [ X ] | If you wish to maintain your license on active status which allows you to practice in Arizona through April 30, 2007, please submit this **Application for License Renewal** form and the **$400 Active license renewal fee.** Please note that you must have completed 60 hours of continuing education (or the prorated amount for those licensed after May 1, 2003). |

| REQUEST FOR INACTIVE STATUS | | |
|---|---|---|
| [ ] | **Voluntary Inactive:** | If you do not practice in Arizona, you may complete and submit this **Application for License Renewal** form and the **$50 Inactive license renewal fee** to request that your license be placed (or remain) on Voluntary Inactive status. While on Voluntary Inactive Status, you shall not practice in Arizona. You must, however, comply with the renewal requirements in each renewal cycle and will be required to have completed continuing education prior to any future reactivation of your license. |
| [ ] | **Medical Inactive:** | If you currently have any condition which prevents you from practicing as a psychologist, pursuant to A.R.S. §32-2073(E), you must complete and submit this **Application for License Renewal** form and provide written medical or psychological documentation to substantiate that the disability prevents you from practicing as a psychologist. **YOU MUST ALSO ENCLOSE THE $400 RENEWAL FEE WITH YOUR REQUEST.** This fee will be returned if you are granted Medical Inactive status. While on Medical Inactive status due to a physical or mental incapacity or disability, you shall not practice psychology. You must, however, comply with the renewal requirements in each renewal cycle. **Indicate Disability:** [ ] Mental [ ] Physical |
| [ ] | **Medical Inactive Continuation:** | If you are currently on Medical Inactive status and wish to continue on Medical Inactive status, you must complete and submit this **Application for License Renewal** form. **No renewal fee is required. Indicate Disability:** [ ] Mental [ ] Physical |

IF YOU ARE REQUESTING INACTIVE STATUS, PLEASE SIGN BELOW AND COMPLETE THE REMAINDER OF THESE FORMS

I affirm that I will abide by Arizona Revised Statutes § 32-2061, et. seq. during my inactive status, will describe myself as Inactive and will not practice as a psychologist, pursuant to A.R.S. § 32-2073. I have also read the enclosure regarding the new continuing education requirements applicable to an inactive status psychologist who wishes to reactivate his or her license in the future.

________________________
Signature — Date

CHECK THE LICENSE STATUS THAT YOU ARE REQUESTING:

| REQUEST FOR REACTIVATION OF LICENSE | |
|---|---|
| [ ] | If you wish to return to active status, you must submit this **Application for License Renewal** form along with the **$400 Active license renewal fee** and **copies of your continuing education hours**, before providing psychological services. The Board staff will determine whether you have had disciplinary actions in other jurisdictions (if applicable) and whether you have satisfied the continuing education requirements applicable to psychologists on active status. If approved, your license will be reactivated at this time and the decision will be ratified by the Board. |
| **NOTIFICATION OF RETIREMENT/EXPIRATION OF LICENSE** | |
| [ ] | If you wish to retire and allow your license to expire, please complete this **Application for License Renewal** form. **No fee is required.** Your license will expire on April 30, 2005 and you will receive no further contact from the Board. |

PLEASE ANSWER THE FOLLOWING QUESTIONS:

1. Are you currently licensed or certified as a psychologist in another jurisdiction? If yes, in which jurisdiction(s)? Yes [ ] No [X]

   ______________________________

2. Are you currently a licensed or certified member of another profession? If yes, which profession(s) and in which jurisdiction(s)? Yes [ ] No [X]

   ______________________________

3. By April 30, 2005, will you have completed the required 60 hours of Continuing Education (CE), or the pro-rated amount if you are a new licensees, 40 hours of which must be in Category I, with four of those hours in ethics? (Inactive licensees or those requesting inactive status do not have to attach an explanation for answering "No".) Yes [X] No [ ]

   **Note:** Documentation of CE hours should not be submitted with this Application for License Renewal form, but must be retained as random audits will be conducted by the Board to determine licensees' compliance with the CE requirements.

4. Are you currently a member of any hospital staff or provider panel or other professional association? If "Yes", please list them: Yes [ ] No [X]

   ______________________________

   ______________________________

   ______________________________

SINCE MAY 1, 2003:

5. Excluding exam failures, have you been denied a license or certificate to practice any profession by any state or Canadian province? Yes [ ] No [X]
6. Have you relinquished responsibilities, resigned a position or been fired while a complaint was being investigated or adjudicated against you? Yes [ ] No [X]
7. Have you resigned or been terminated from a professional organization, hospital staff, or provider panel or surrendered a license while a complaint against you was being investigated or adjudicated? Yes [ ] No [X]
8. Have you been disciplined by any agency or regulatory board of any jurisdiction, health care institution, provider panel or ethics panel for acts pertaining to your conduct as a psychologist or as a professional in any other field? If yes, please attach a report of those actions including the name and address of the disciplinary entity, the nature of the action, and a statement of the charges and findings. Yes [ ] No [X]
9. Have you been charged with or convicted of a felony or a misdemeanor other than a minor traffic offense in any state or country? Yes [ ] No [X]

SINCE MAY 1, 2003:

10. Have you been or are you currently under investigation by any professional organization, health care institution or provider panel of which you are a member or on staff, or a regulatory board or agency (**including the Arizona Board of Psychologist Examiners**) concerning the ethical propriety or legality of your conduct? Yes [ ] No [X]

11. Have you been sued or charged in civil or criminal court for an act relating to your practice as a psychologist, your work under a license or certificate in another profession, or your work as a member of a particular profession? Yes [ ] No [X]

12. Are you delinquent in payment of a judgment for child support? Yes [ ] No [X]

13. Have you had your application for membership to any professional organization rejected, or has any professional organization suspended or revoked your membership or placed you on probation or otherwise censured you for unethical or unprofessional conduct or other violation of eligibility or membership requirements? Yes [ ] No [X]

14. Do you have a condition that in any way impairs or limits your ability to safely and effectively practice psychology? Yes [ ] No [X]

**IF YOU ANSWERED "YES" TO ANY OF QUESTIONS #5 THROUGH 14 PLEASE ATTACH A FULL EXPLANATION**

---

**ALL LICENSEES REGARDLESS OF STATUS MUST READ AND SIGN THE ATTESTATION BELOW**

Pursuant to A.R.S. §§ 32-2061(A)(13) and 32-2081(A), any false or misleading information provided to the Board may be cause for probation, suspension, or revocation of a psychologist's license. I hereby attest and certify under penalty of perjury that I am the person who executed this form; that the statements herein contained are true in every respect; that I have not withheld any information that might affect my licensure or my inactive status as a psychologist; that I will conform to the standards of professional conduct as defined in A.R.S. § 32-2061 and the rules pertaining thereto. I further hereby attest that the signature below is my own signature.

Michael B. Bayless, PhD
Signature of Licensee

Date 4/20/05

Michael B. Bayless
Printed Name

0535
License No.

(Revised 11/04)
Renewals/2005 Renewal Form



ARIZONA STATE BOARD
OF PSYCHOLOGIST EXAMINERS
1400 W. Washington • Suite 235 • (602) 542-8162
Phoenix, Arizona 85007

RECEIPT NO.
2713

RECEIPT FOR LICENSURE

EXPIRES APRIL 30, 2005

ACTIVE

DATE: 04/09/2003

LICENSE NO.: 535

ISSUED TO: Michael B. Bayless, Ph.D.
3008 N. 3rd St., Ste. 200
Phoenix, AZ 85012-3041

FEES PAID: $400.00

PENALTY: $0.00

AMOUNT PAID: $400.00

THIS CERTIFIES THAT

**Michael Bayless, Ph.D.**

IS A HOLDER OF THE FOLLOWING LICENSE NO.

**535**

ARIZONA STATE BOARD OF PSYCHOLOGIST EXAMINERS

EXPIRES APRIL 30, 2005

State of Arizona Board of Psychologist Examiners

# APPLICATION FOR LICENSE RENEWAL
# ACTIVE OR INACTIVE STATUS

RECEIVED
APR 09 2003
By 17963 $400

If this information is needed in an alternative format, please call (602) 542-8162.

All licensees, regardless of status, are required by law to complete and return this application form with the required fee. Applications, if mailed, must be postmarked before May 1, 2003, and if hand-delivered, must be in the Board's office and date stamped by the close of business on April 30, 2003, **to avoid the $200 penalty**. All licenses expire on May 1, 2003 unless renewed.

**Renewals cannot be processed unless you have enclosed (1) the completed application form, (2) the completed pink confidential information sheet, and (3) a $400 active renewal fee or a $50 inactive renewal fee.** The fee must be made payable to the **BOARD OF PSYCHOLOGIST EXAMINERS** in the form of a personal check, cashiers check or money order. Incomplete applications will be returned to the licensee. **Resubmitted applications are still subject to the May 1, 2003 deadline.**

The Board is mandated by law to obtain a public address from its licensees. The address you list below will be used for the Internet and will be available upon request to other agencies and the general public. Your application for renewal cannot be processed without this information.

*License Number:*

BAyless, Michael Brad
*Name (Last, First, Middle)*

3008 N. third St. # 200
*Business/Public Address*

~~[illegible]~~

Phoenix AZ 85012
*City* *State* *9 Digit Zip Code*

(602) 230-7373
*Business Area Code & Phone No.*

(602) 230-5105
*Fax No.*

Should the Board use this address for mailings to you?

[X] Yes

[ ] No, please use my home address provided on the pink Confidential Information page.

**If you do not choose a preferred public address, the Board will use your business address for public records. If you do not have a business address, the Board will use your home address for public records.**

1. Are you currently licensed/certified as a psychologist in another jurisdiction? If yes, which jurisdiction(s)? Yes [ ] No [X]

2. Are you currently a licensed/certified member of another profession? If yes, which profession(s) and in which jurisdiction(s)? Yes [ ] No [X]

3. By April 30, 2003, will you have completed the required 60 hours of Continuing Education, 40 hours of which must be in Category I, or the pro-rated amount since notification of licensure? If no, explain reason(s). Attach additional documentation if necessary. Please note that documentation of continuing education hours should **not** be submitted with the Renewal Application form, but must be **retained for six consecutive years**. Random audits will be conducted by the Board to determine licensees' compliance with the CE requirements. Yes [X] No [ ]

4. Are you a diplomate of the American Board of Professional Psychology (ABPP)? If yes, in which specialty or specialties? Yes [ ] No [X]

______________________________

5. Are you a fellow, member, or associate of the American Psychological Association (APA)? If yes, please list your APA member status: Yes [ ] No [X]

______________________________

6. Are you a member of any hospital staff or provider panel or other professional association? If yes, please list them: Yes [ ] No [X]

______________________________

______________________________

**IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS (#7 THROUGH #16), PLEASE EXPLAIN FULLY ON A SEPARATE SHEET OF PAPER.**

**SINCE MAY 1, 2001:**

7. Excluding exam failures, have you been denied a license/certificate to practice any profession by any jurisdiction? Yes [ ] No [X]

8. Have you relinquished responsibilities, resigned a position or been fired while a complaint was pending against you? Yes [ ] No [X]

9. Have you resigned or been terminated from a professional organization, hospital staff, or provider panel or surrendered a license while a complaint against you was being investigated or adjudicated? Yes [ ] No [X]

10. Have you been disciplined by any agency or regulatory board of any jurisdiction, or by any professional organization, hospital staff, or provider panel for acts pertaining to your conduct as a psychologist or as a professional in any other field? If you have had any disciplinary actions, please attach a report of those actions including the name and address of the disciplinary agency, the nature of the action and a statement of the charges and/or findings. Yes [ ] No [X]

11. Have you been convicted of a felony or a misdemeanor other than a minor traffic offense in any jurisdiction, even if it was expunged? Yes [ ] No [X]

12. Are you currently under investigation by any professional organization, hospital staff, or provider panel of which you are a member or governmental regulatory board or agency (including the Arizona Board of Psychologist Examiners) concerning the ethical or legal propriety of your conduct? Yes [ ] No [X]

13. Have you been sued in civil or criminal court pertaining to your practice as a psychologist, your work under the certificate/license in another profession, or your work as a member of a particular profession? Yes [ ] No [X]

14. Are you delinquent in payment of judgment for child support? Yes [ ] No [X]

15. Have you had your application for membership to any professional organization rejected, or has any professional organization, ethics committee or health care institution suspended or revoked your membership or placed you on probation or otherwise censured you for unethical or unprofessional conduct or other violation of eligibility or membership requirements? Yes [ ] No [X]

16. Have you had any condition that in any way impairs or limits your ability to practice psychology safely and effectively in Arizona? Yes [ ] No [X]

# ALL LICENSEES, REGARDLESS OF STATUS, MUST SIGN THIS ATTESTATION FORM

Pursuant to A.R.S. § 32-2074(B), a notice of renewal is fully effective by mailing the renewal application to the licensee's last known address of record in the Board's file. Notice is complete at the time of deposit in the mail. **NO OTHER REMINDER NOTICES WILL BE MAILED. IT IS YOUR OBLIGATION TO CONTACT THE BOARD IF YOU DO NOT RECEIVE THE RENEWAL PACKAGE.**

**IF YOU DO NOT RECEIVE YOUR LICENSE RECEIPT WITHIN 2 WEEKS OF MAILING YOUR RENEWAL APPLICATION, CALL (602) 542-8162 TO MAKE CERTAIN YOUR RENEWAL FORM AND FEE WERE RECEIVED.** Please note that Board staff is not authorized to make out of state calls.

**REINSTATEMENT OF AN EXPIRED LICENSE:**
Pursuant to A.R.S. § 32-2074(B), if a psychologist permits his or her license to expire, the psychologist shall not practice psychology in Arizona.

(1) A licensee may renew an expired license by paying the $400 renewal fee and the $200 reinstatement fee before July 1, 2003.
(2) From July 1, 2003 until May 1, 2004, a license may be reinstated by paying the $400 renewal fee, the $200 reinstatement fee, and by providing proof of competency and qualifications to the Board.
(3) If a psychologist does not renew or reinstate his or her license prior to May 1, 2004, in order to be licensed in Arizona again, the psychologist will be required to reapply for licensure and go through the entire application process including meeting current qualification requirements and taking any required examinations.

**THESE REQUIREMENTS ARE DETERMINED BY STATUTE. NEITHER THE BOARD NOR ITS STAFF HAS THE AUTHORITY TO WAIVE OR ALTER ANY PART OF THE STATUTE.**

---

## PLEASE READ AND SIGN THE ATTESTATION BELOW

Pursuant to A.R.S. §§ 32-2061(13) and 32-2081(A), any false or misleading information provided to the Board may be cause for probation, suspension, or revocation of a psychologist's license. I hereby attest and certify under penalty of perjury that I am the person who executed this form; that the statements herein contained are true in every respect; that I have not withheld any information that might affect my licensure or my inactive status as a psychologist; that I will conform to the standards of professional conduct as defined in A.R.S. § 32-2061 and the rules pertaining thereto. I further hereby attest that the signature below is my own signature.

[signature]
Signature of Licensee

Michael B. Bayless
Print Name

0535
License No.

4/7/03
Date

**ALL LICENSEES MUST COMPLETE THE PINK CONFIDENTIAL INFORMATION PAGE AT THE END OF THE RENEWAL FORM**

See next page for requests for inactive status, retirement, or voluntary expiration of license.

ALL INACTIVE STATUS LICENSEES ARE REQUIRED BY LAW TO SUBMIT THIS FORM

## REQUEST FOR INACTIVE STATUS

1. If you currently have any condition which prevents you from practicing as a psychologist, pursuant to A.R.S. § 32-2073(E), you must complete and submit the **Application for License Renewal/Inactive Status** form and provide written medical or psychological documentation to substantiate that the disability prevents you from practicing as a psychologist. **YOU MUST ENCLOSE THE $400 RENEWAL FEE WITH YOUR REQUEST.** It will be returned if Inactive Status is granted. While on Inactive Status due to a physical or mental incapacity or disability, you shall not practice psychology. You must, however, comply with the renewal requirements in each renewal cycle.

   **Disability:** [____] Mental [____] Physical

2. If you are currently on Medical/Inactive Status and wish to continue on Medical/Inactive status, no renewal fee is required, but you must complete and submit this **Application for License Renewal/Inactive Status** form.

   **Disability Continuation:** Yes [____] No [____]

3. If you do not practice in Arizona you must complete and submit the **Application for License Renewal/Inactive Status form, with the $50 fee** and request that your license be placed on Voluntary Inactive status. While on Voluntary Inactive Status, you shall not practice in Arizona. You must, however, comply with the renewal requirements in each renewal cycle.

   **Voluntary Inactive:** Yes [____] No [____]

4. Should you wish to return to active status, you must submit a **written request for Board approval, along with the Application for License Renewal/Inactive Status form with the $400 Active renewal fee**, before providing psychological services. The Board will then determine whether there have been disciplinary actions in other jurisdictions and will determine whether you have satisfied the continuing education requirements applicable to psychologists on active status.

   **Reactivation of License:** Yes [____] No [____]

**DO NOT SIGN BELOW UNLESS YOU ARE REQUESTING INACTIVE STATUS**

I affirm that I will abide by Arizona Revised Statutes § 32-2061, et. seq. during my inactive status, will describe myself as inactive and will not practice as a psychologist, pursuant to A.R.S. § 32-2073.

_______________________________________________ ____________

***Signature of Licensee*** ***Date***

## NOTIFICATION OF RETIREMENT

I am retiring my practice, allowing my license to expire effective this date: ______________________
I expect no further contact from the Board.

_______________________________ ____________

*Signature of Licensee* *Date*

(Revised 12/02)
Renewals/RNUFORM



# State of Arizona Board of Psychologist Examiners

RECEIVED
APR 12 2001
By
16414

1400 West Washington, Ste. 235
Phoenix, AZ 85007
Phone: 602-542-8162
Fax: 602-542-8279
E Mail: azbpe@goodnet.com
www.goodnet.com/~azbpe

## APPLICATION FOR LICENSE RENEWAL/INACTIVE STATUS

**If this information is needed in an alternative format, please call (602) 542-8162.**

ALL LICENSEES REGARDLESS OF STATUS ARE REQUIRED BY LAW TO COMPLETE AND RETURN THE APPLICATION FORM WITH THE REQUIRED FEE. APPLICATIONS MUST BE POSTMARKED (IF MAILED) OR RECEIVED (IF HAND DELIVERED) BEFORE MAY 1, 2001. THIS MEANS BY THE CLOSE OF BUSINESS ON APRIL 30, 2001. ALL LICENSES WILL EXPIRE ON MAY 1, 2001 UNLESS RENEWED.

**Renewals will not be processed unless both the completed application form and the $400 renewal fee are enclosed.** A personal check, cashier's check or money order in U.S. currency should be payable to the **BOARD OF PSYCHOLOGIST EXAMINERS.** Incomplete applications will be returned to the licensee. **Resubmitted applications are still subject to the May 1, 2001 deadline. An additional $200 penalty will be charged for renewals after the May 1, 2001 deadline.**

Bayless — *Last name* | Michael — *First* | Brad — *Middle*

*License Number:* 0535

**The Board is mandated by law to obtain an address from its licensees. The address you list below will be used for the Internet and will be available upon request to other agencies and the general public. Your application for renewal cannot be processed without this information.**

Michael B. Bayless and Associates — *Business/Agency*
602-230-7373 — *Business Area Code & Phone No.*

3008 N. third Street, Suite 200 — *Public Address*
602-230-5105 — *Fax No.*

Phoenix — *City* | AZ — *State* | 85012-3041 — *9 Digit Zip Code*
[redacted] — *E-Mail*

Which address should the Board use for mailings to you? Home ______ Business X
Which address should the Board use as your public address? Home ______ Business ______

**If you do not choose a preferred public address, the Board will use your business address for public records. If you do not have a business address, the Board will use your home address for public records.**

1. Are you currently licensed/certified as a psychologist in another jurisdiction? If yes, which jurisdiction(s)? YES (NO)

2. Are you currently a licensed/certified member of another profession? If yes, which profession(s) and in which jurisdiction(s)? YES (NO)

3. Will you have completed the required 60 hours of Continuing Education, 40 hours of which must be in Category I (See A.A.C.R4-26-207) or pro-rated number since date of licensure, by April 30, 2001? If no, explain reason(s). Attach additional documentation if necessary. Please note that documentation of continuing education hours should **not** be submitted with the Renewal Application form, but must be **retained for six consecutive years.** Random audits will be conducted by the Board to determine a licensee's compliance with the CE requirements. (YES) NO

4. Are you a diplomate of the American Board of Professional Psychology (ABPP)? If yes, in which specialty or specialties? YES **(NO)**

5. Are you a fellow, member, or associate of the American Psychological Association (APA)? If yes, please list your APA member status: *Member* **(YES)** NO

6. Are you a member of other professional associations or any hospital staff or provider panel ? If yes, please list them: YES **(NO)**

**IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS (#7 THROUGH #16), PLEASE EXPLAIN FULLY ON A SEPARATE SHEET OF PAPER.**

**SINCE MAY 1, 1999:**

7. Excluding exam failures, have you been denied a license/certificate to practice any profession by any jurisdiction? YES **(NO)**

8. Have you ever relinquished responsibilities, resigned a position or been fired while a complaint was pending against you? YES **(NO)**

9. Have you ever resigned or been terminated from a professional organization, hospital staff, or provider panel or surrendered a license while a complaint against you was being investigated or adjudicated? YES **(NO)**

10. Have you been disciplined by any agency or regulatory board of any jurisdiction, or by any professional organization, hospital staff, or provider panel for acts pertaining to your conduct as a psychologist or as a professional in any other field? If you have had any disciplinary actions, please attach a report of those actions including the name and address of the disciplinary agency, the nature of the action and a statement of the charges and/or findings. YES **(NO)**

11. Have you been convicted of a felony or a misdemeanor other than a minor traffic offense in any jurisdiction, even if it was expunged? YES **(NO)**

12. Are you currently under investigation by any professional organization, hospital staff, or provider panel of which you are a member or governmental regulatory board or agency concerning the ethical or legal propriety of your conduct? YES **(NO)**

13. Have you been sued in civil or criminal court pertaining to your practice as a psychologist, your work under the certificate/license in another profession, or your work as a member of a particular profession? YES **(NO)**

14. Are you deliquent in payment of judment for child support? YES **(NO)**

15. Have you had your application for membership to any professional organization rejected, or has any professional organization, ethics committee or health care institution suspended or revoked your membership or placed you on probation or otherwise censured you for unethical or unprofessional conduct or other violation of eligibility or membership requirements? YES **(NO)**

16. Have you had any condition that in any way impairs or limits your ability to practice psychology safely and effectively in Arizona? YES **(NO)**

# ALL LICENSEES, REGARDLESS OF STATUS, MUST SIGN THIS ATTESTATION FORM

Pursuant to A.R.S. §32-2074(B), a notice of renewal is fully effective by mailing the renewal application to the licensee's last known address of record in the Board's file. Notice is complete at the time of deposit in the mail. **NO OTHER REMINDER NOTICES WILL BE MAILED. IT IS YOUR OBLIGATION TO CONTACT THE BOARD IF YOU DO NOT RECEIVE THE RENEWAL PACKAGE.**

**IF YOU DO NOT RECEIVE YOUR LICENSE RECEIPT WITHIN 2 WEEKS OF MAILING YOUR RENEWAL APPLICATION, CALL (602) 542-8162 TO MAKE CERTAIN YOUR RENEWAL FORM AND FEE WERE RECEIVED.** Please note that Board staff is not authorized to make out of state calls.

**REINSTATEMENT OF AN EXPIRED LICENSE:**
Pursuant to A.R.S. §32-2074(B), if a psychologist permits his or her license to expire, the psychologist shall not practice psychology in Arizona.

(1) A licensee may renew an expired license by paying the $400 renewal fee and the $200 reinstatement fee before July 1, 2001.
(2) From July 1, 2001 until May 1, 2002, a license may be reinstated by paying the $400 renewal fee, the $200 reinstatement fee, and by providing proof of competency and qualifications to the Board.
(3) If a psychologist does not renew or reinstate his or her license prior to May 1, 2002, in order to be licensed in Arizona again, the psychologist will be required to reapply for licensure and go through the entire application process including meeting current qualification requirements and taking any required examinations.

**THESE REQUIREMENTS ARE DETERMINED BY STATUTE. NEITHER THE BOARD NOR ITS STAFF HAS THE AUTHORITY TO WAIVE OR ALTER ANY PART OF THE STATUTE.**

---

## PLEASE READ AND SIGN THE ATTESTATION BELOW

Pursuant to A.R.S. Sections 32-2061(13) and 32-2081(A), any false or misleading information provided to the Board may be cause for probation, suspension, or revocation of a psychologist's license. I hereby attest and certify under penalty of perjury that I am the person who executed this form; that the statements herein contained are true in every respect; that I have not withheld any information that might affect my licensure or my inactive status as a psychologist; that I will conform to the standards of professional conduct as defined in A.R.S. §32-2061 and the rules pertaining thereto. I further hereby attest that the signature below is my own signature.

Michael B. Bayless
Signature of Licensee

Michael B. Bayless
Print Name

0535
License No.

4/11/01
Date

**ALL LICENSEES MUST COMPLETE THE PINK CONFIDENTIAL INFORMATION PAGE AT THE END OF THE RENEWAL FORM**

See next page for requests for inactive status, retirement, or voluntary expiration of license.

ALL INACTIVE STATUS LICENSEES ARE REQUIRED BY LAW TO SUBMIT THIS FORM

## REQUEST FOR INACTIVE STATUS

1. **Disability**
   a) Mental....................Yes No
   b) Physical....................Yes No

   If you currently have any condition which prevents you from practicing as a psychologist, pursuant to A.R.S. §32-2073(E), you must complete and submit the **Application for License Renewal/Inactive Status** form and written medical or psychological documentation to substantiate that the disability prevents you from practicing as a psychologist. **YOU MUST ENCLOSE THE $400 RENEWAL FEE WITH YOUR REQUEST.** It will be returned if Inactive Status is granted. While on Inactive Status due to a physical or mental incapacity or disability, you shall not practice psychology. You must, however, comply with the renewal requirements in each renewal cycle.

2. **Disability Continuation**....................Yes No

   If you are currently on Medical/Inactive Status and wish to continue on Medical/Inactive status, no renewal fee is required, but you must complete and submit this **Application for License Renewal/Inactive Status** form.

3. **Voluntary Inactive**....................Yes No

   If you do not practice in Arizona you must complete and submit the **Application for License Renewal/Inactive Status form, with the $50 fee** and request that your license be placed on Voluntary Inactive status. While on Voluntary Inactive Status, you shall not practice in Arizona. You must, however, comply with the renewal requirements in each renewal cycle.

4. **Reactivation of License**....................Yes No

   Should you wish to return to active status, you must submit a **written request for Board approval, along with the Application for License Renewal/Inactive Status form with the $400 Active renewal fee,** before providing psychological services. The Board will then determine whether there have been disciplinary actions in other jurisdictions and will determine whether you have satisfied the continuing education requirements applicable to psychologists on active status.

**SIGNATURE BELOW NOT REQUIRED UNLESS REQUESTING INACTIVE STATUS**

I affirm that I will abide by Arizona Revised Statutes §32-2061, et. seq. during my inactive status, will describe myself as inactive and will not practice as a psychologist, pursuant to ARS §32-2073.

*Signature of Licensee* *Date*

## NOTIFICATION OF RETIREMENT OR VOLUNTARY EXPIRATION OF LICENSE

I am retiring my practice/allowing my license to expire effective this date: ____________________
I expect no further contact from the Board.

Signature of Licensee Date

(Revised 11/00)
Renewals/RNUFORM

RECEIVED
MAR 22 1999
By 14366

STATE OF ARIZONA
BOARD OF PSYCHOLOGIST EXAMINERS
1400 WEST WASHINGTON, ROOM 235 PHOENIX, AZ 85007
(602) 542-8162

# APPLICATION FOR LICENSE RENEWAL/INACTIVE STATUS

*This form is for renewal of licensure or request for inactive status. The appropriate fee must accompany this form. Payment must be made by business check, personal check, cashier's check or money order in U.S. currency payable to the* ***ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS****. Please make any name or address corrections on this form and return it with the appropriate fee. If this information is needed in an alternative format, please call (602) 542-8162.*

## I. PERSONAL INFORMATION

Bayless — Last name
Michael — First
BRAD — Middle
Maiden
0535 — License No.

Other Name Used (if any)
[redacted] — Date of Birth
Male — Gender
Business Area Code & Phone No.: 602-230-7373

Michael B. Bayless & Associates, P.C. — Business/Agency
602-230-5105 — Fax No.
3008 N. 3rd Street #200 — Address/P.O. Box
E-mail
Phoenix — City
Az. — State
85012 — 9 Digit Zip Code

New Mailing Address: ☐ Yes ☒ No
Board Mailing Address: ☐ Home ☒ Business
Directory Address: ☐ Home ☒ Business

***(The directory address is public information and will be used for the Internet. It is available upon request to other agencies and the general public. If you do not choose a preferred directory address, the Board will use your business address for its public records.)***

## II. BACKGROUND INFORMATION (since date of initial licensure or last renewal)

*The following questions update your initial application or last renewal. These questions apply only to the time period from the date of your original application or last renewal to the present. Your answers should reflect any changes which have occurred during this latter period.*

1. Are you currently licensed/certified as a psychologist in another jurisdiction? If yes, which jurisdiction? YES (NO)

2. Are you currently a licensed/certified member of another profession? If yes, which profession and in which jurisdictions? YES (NO)

3. Will you have completed the required 60 hours of Continuing Education, 40 hours of which must be in Category I (See A.A.C.R4-26-207) or pro rated number since date of licensure, by April 30? If no, explain reason(s) (attach additional documentation if necessary). (NOT REQUIRED FOR INACTIVE STATUS.) — YES NO

______________________________

______________________________

OPTIONAL:

4. Are you a diplomate of the American Board of Professional Psychology (ABPP)? If yes, in which specialty or specialties? — YES NO

______________________________

5. Are you a fellow, member, or associate of the American Psychological Association (APA)? If yes, please list your APA member status: — YES NO

______________________________

***IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS (# 6 THROUGH #15), PLEASE EXPLAIN FULLY ON A SEPARATE SHEET OF PAPER.***

**SINCE MAY 1, 1997:**

6. Excluding exam failures, have you been denied a license/certificate to practice any profession by any jurisdiction? — YES NO

7. Have you ever relinquished responsibilities, resigned a position or been fired while a complaint was pending against you? — YES NO

8. Have you ever resigned or been terminated from a professional organization or surrendered a license while a complaint against you was being investigated or adjudicated? — YES NO

9. Have you been disciplined by any agency or regulatory board of any jurisdiction, or by any professional organization, for acts pertaining to your conduct as a psychologist or as a professional in any other field? If you have had any disciplinary actions, please attach a report of those actions including the name and address of the disciplinary agency, the nature of the action and a statement of the charges and/or findings. — YES NO

10. Have you been convicted of a felony or a misdemeanor other than a minor traffic offense even if it was expunged? — YES NO

11. Are you currently under investigation by any professional organization of which you are a member or governmental regulatory board or agency concerning the ethical or legal propriety of your conduct? — YES NO

12. Have you been sued in civil or criminal court pertaining to your practice as a psychologist, your work under the certificate/license in another profession, or your work as a member of a particular profession? — YES NO

13. Are you noncompliant with any court order regarding child support? — YES NO

14. Have you had your application for membership to any professional organization rejected, or has any professional organization, ethics committee or health care institution suspended or revoked your membership or placed you on probation or otherwise censured you for — YES NO

unethical or unprofessional conduct or other violation of eligibility or membership requirements?

15. Have you had any medical, physical, or psychological condition that would impede your ability to safely and effectively practice psychology in Arizona? YES NO

## III. INACTIVE STATUS (Skip this section if not applying for inactive status)

Are you requesting any of the following Inactive Status options:

1. **Disability**
*Are you requesting inactive status due to mental or physical disability? Applicants wishing to apply for a waiver of the license renewal fee pursuant to A.R.S. §32-2073(E) should submit documentation such as a statement from their physician or psychologist.*
a) Mental........................................................................................Yes No
b) Physical......................................................................................Yes No
*You must submit the completed **Application for License Renewal/Inactive Status** form with the $300.00 renewal fee which will be returned to you if your Inactive Status is granted by the Board.*

2. **Disability Continuation**..........................................................................Yes No
*If you are currently on Medical/Inactive Status and wish to continue on Medical/Inactive status, no renewal fee is required, but you must submit this **Application for License Renewal/Inactive Status** form and attach documentation as to your continued disability.*

3. **Voluntary Inactive**..................................................................................Yes No
*You must submit the completed **Application for License Renewal/Inactive Status** form with the $25.00 fee.*

*ALL INACTIVE STATUS LICENSEES ARE REQUIRED BY LAW TO SUBMIT THIS FORM TO UPDATE BOARD FILES.*

SIGNATURE BELOW NOT REQUIRED UNLESS REQUESTING INACTIVE STATUS

I affirm that I will abide by Arizona Revised Statutes §32-2061, et. seq. during my inactive status:

Signature of Licensee Date

***SIGNATURE ON REVERSE SIDE REQUIRED***

## IV. RETIRED STATUS (Skip this section unless you are retiring)

1. I am retiring my practice effective ______________________. I expect no further contact from the Board.

Signature of Licensee ______________________ Date

## V. EXPIRED STATUS (Skip this section unless you wish to let your license lapse)

1. I wish to allow my license to expire and expect no further contact from the Board.

Signature of Licensee ______________________ Date

***ALL LICENSEES MUST COMPLETE THE FINAL CONFIDENTIAL INFORMATION PAGE AT THE END OF THE RENEWAL FORM***

## ALL LICENSEES, REGARDLESS OF STATUS, MUST SIGN THIS ATTESTATION FORM BELOW

Pursuant to A.R.S. Sections 32-2061(13) and 32-2081(A), any false or misleading information provided to the Board may be cause for probation, suspension, or revocation of a psychologist's license. I hereby attest and certify under penalty of perjury that I am the person who executed this form; that the statements herein contained are true in every respect; that I have not withheld any information that might affect my licensure or my inactive status as a psychologist; that I will conform to the standards of professional conduct as defined in A.R.S. §32-2061 and the rules pertaining thereto. I further hereby attest that the signature below is my own signature.

Michael B. Bayless
Signature of Licensee

Michael B. Bayless
Print Name

0535
License No.

3/19/99
Date

Revised 11/18/98
RNUFORM.99

RECEIVED
APR 10 1997
By Ck # 12117

STATE OF ARIZONA
BOARD OF PSYCHOLOGIST EXAMINERS
1400 WEST WASHINGTON, ROOM 235 PHOENIX, AZ 85007
(602) 542-8162

# APPLICATION FOR LICENSE RENEWAL/INACTIVE STATUS

*Type or print all information in black ink. This form is for renewal of licensure or request for inactive status. The appropriate fee must accompany this form. Payment must be made by personal check, cashier's check or money order in U.S. currency payable to the* ***ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS****. Please make any name or address corrections on this form and return it with the appropriate fee. If this information is needed in an alternative format, please call (602) 542-8162.*

## I. PERSONAL INFORMATION

| Last name | First | Middle | Maiden | License No. |
|---|---|---|---|---|
| Bayless | Michael | B | | 0535 |

Other Name Used (if any) [redacted] Date of Birth Gender [redacted]

Home Address/P.O. Box [redacted] Apt. # [redacted] Area Code & Phone No. [redacted]

City State Zip Code

| Business/Agency | Address/P.O. Box | Area Code & Phone No. |
|---|---|---|
| Michael B. Bayless & Assoc. | 3008 N. 3rd St. #200 | 602-230-7373 |

| City | State | Zip Code |
|---|---|---|
| Phoenix | Az. | 85012 |

New Mailing Address: Home. ☑ Yes ☐ No
Preferred Mailing Address: ☐ Home ☑ Business
Preferred Directory Address: ☐ Home ☑ Business

*(The directory address is public information and will be used for the directory/mailing lists. It is available upon request to other agencies and the general public. If you do not choose a preferred directory address, the Board will use your business address for its public records.)*

## II. BACKGROUND INFORMATION (since date of initial licensure or last renewal)

*The following questions update your initial application or last renewal. These questions apply only to the time period from the date of your original application or last renewal to the present. Your answers should reflect any changes which have occurred during this latter period.*

1. Are you currently licensed/certified as a psychologist in another state or Canadian province? If yes, which state(s) or Canadian province(s)? ______ YES **(NO)**

2. Are you currently a state or provincial licensed/certified member of another profession? If yes, which profession and state or province? ______ YES **(NO)**

3. Are you a diplomate of the American Board of Professional Psychology (ABPP)? If yes, in which specialty or specialties? ______ YES **(NO)**

4. Are you a fellow, member, or associate of the American Psychological Association (APA)? If yes, please list your APA member status: Member — (YES circled) NO

5. Are you a member of other professional associations? If yes, please list them: — YES (NO circled)

6. Have you completed the required 60 hours of Continuing Education, 40 hours of which must be in Category I (See R4-26-207)? If no, explain reason(s) (attach additional documentation if necessary). — (YES circled) NO

***IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS (# 7 THROUGH #17), PLEASE EXPLAIN FULLY ON A SEPARATE SHEET OF PAPER.***

**SINCE MAY 1, 1995:**

7. Have you been denied a license/certificate to practice any profession by any state or Canadian province? — YES (NO circled)

8. Have you ever relinquished responsibilities, resigned a position or been fired while a complaint was pending against you? — YES (NO circled)

9. Have you ever resigned or been terminated from a professional organization or surrendered a license while a complaint against you was being investigated or adjudicated? — YES (NO circled)

10. Have you been disciplined by any agency or regulatory board of a state or Canadian province, or by any professional organization, for acts pertaining to your conduct as a psychologist or as a professional in any other field? If you have had any disciplinary actions, please attach a report of those actions including the name and address of the disciplinary agency, the nature of the action and a statement of the charges and/or findings. — YES (NO circled)

11. Have you been convicted of a felony or a misdemeanor other than a minor traffic offense in any state or country? — YES (NO circled)

12. Are you currently under investigation by any professional organization of which you are a member or governmental regulatory board or agency concerning the ethical or legal propriety of your conduct? — YES (NO circled)

13. Have you been sued in civil or criminal court pertaining to your practice as a psychologist, your work under the certificate/license in another profession, or your work as a member of a particular profession? — YES (NO circled)

14. Are you delinquent in payment of a judgment for child support? — YES (NO circled)

15. Have you had your application for membership to any professional organization rejected, or has any professional organization, ethics — YES (NO circled)

committee or health care institution suspended or revoked your membership or placed you on probation or otherwise censured you for unethical or unprofessional conduct or other violation of eligibility or membership requirements?

16. Do you have any medical condition which in any way impairs or limits your ability to safely practice psychology? YES NO

17. Have you been diagnosed with or have you been treated for a brain injury or for bipolar disorder, schizophrenia, paranoia, or any other psychotic disorder? YES NO

## III. INACTIVE STATUS

Are you requesting any of the following Inactive Status options:

1. **Disability**
   a) Mental Yes No
   b) Physical Yes No

   *Please specify details and attach documentation such as a statement from your psychologist or physician. <u>You must submit</u> the completed **Application for License Renewal/Inactive Status** form with the $300.00 renewal fee which will be returned to you if your Inactive Status is granted by the Board.*
2. **Voluntary Inactive** Yes No

   *<u>You must submit</u> the completed **Application for License Renewal/Inactive Status** form with the $25.00 fee.*
3. **Retirement** Yes No

   *<u>You must submit</u> the completed **Application for License Renewal/Inactive Status** form. No renewal fee is required for this option.*
4. **Medical/Inactive Continuation** Yes No

   *If you are currently on Medical/Inactive Status and wish to continue on Medical/Inactive status, no renewal fee is required, but you must submit this **Application for License Renewal/Inactive Status** form and attach documentation as to your continued disability.*

*ALL INACTIVE STATUS LICENSEES ARE REQUIRED BY LAW TO SUBMIT THIS FORM TO UPDATE BOARD FILES.*

I affirm that I will abide by Arizona Revised Statutes §32-2061, et. seq. during my inactive status.

Signature of Licensee Date

## IV. EXPIRED STATUS

1. I wish to allow my license to expire. YES NO

Signature of Licensee Date

*<u>SIGNATURE ON REVERSE SIDE REQUIRED</u>*

## ALL LICENSEES, REGARDLESS OF STATUS, MUST SIGN THIS ATTESTATION FORM BELOW

Pursuant to A.R.S. Sections 32-2061(13) and 32-2081(A), any false or misleading information provided to the Board may be cause for probation, suspension, or revocation of a psychologist's license. I hereby attest and certify under penalty of perjury that I am the person who executed this form; that the statements herein contained are true in every respect; that I have not withheld any information that might affect my licensure or my inactive status as a psychologist; that I will conform to the standards of professional conduct as defined in A.R.S. §32-2061 and the rules pertaining thereto. I further hereby attest that the signature below is my own signature.

[signature]
Signature of Licensee

Michael B. Bayless
Print Name

0535
License No.

4/7/97
Date

Revised 11/1/96
RENEWAL.FRM



APR 0 3 1995

# STATE OF ARIZONA

BOARD OF PSYCHOLOGIST EXAMINERS
1645 WEST JEFFERSON, ROOM 410 PHOENIX, AZ 85007

## APPLICATION FOR LICENSE RENEWAL

Type or print all information in black ink. This form is for renewal of licensure only. A non-refundable fee of $200.00 must accompany this renewal. Payment must be made by personal check, cashier's check or money order payable to the **ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS**. Please make any name or address corrections on the computerized renewal form and return with this form and renewal fee.

## I. PERSONAL INFORMATION

| Last name | First | Middle | Maiden | License No. |
|---|---|---|---|---|
| Bayless | Michael | Brad | | 0535 |

| Other Name Used (if any) | Date of Birth | Sex |
|---|---|---|
| [redacted] | | [redacted] |

| Home Address: Street/P.O. Box | Apt. # | Home Phone No. |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

| City | State | Zip Code |
|---|---|---|
| 3008 N. 3rd St # 200 | | |

| Work Address: Agency | Street/P.O. Box | Work Phone No. |
|---|---|---|
| 902 W. McDowell (Michael B. Bayless & Assoc. P.C. | | (602) 254-7373 230-7373 |

| City | State | Zip Code |
|---|---|---|
| Phoenix | Az. 85012 | 85007 |

Preferred Mailing Address: ☐ Home ☒ Work *(The address listed here is public information and will be used for the required publication of licensed professional. It is available upon request to other agencies etc.)*

New Mailing Address: ☐ Yes ☐ No

## II. BACKGROUND INFORMATION (since date of initial licensure or renewal)

The following questions update your initial application. They apply only to the time period from the date of your original application or last renewal to the present. Your answers should reflect any changes that occurred within this period.

1. Are you currently licensed/certified as a psychologist in another state or province? If yes, which state(s) or province(s)? ______ — YES (NO) [NO circled]

2. Are you currently a state or province licensed/certified member of another profession? If yes, which profession and state or province? ______ — YES (NO) [NO circled]

3. Are you a diplomate of the American Board of Professional Psychology? — YES (NO) [NO circled]

PLEASE COMPLETE REVERSE SIDE

RECD APR 03 1995

Pursuant to A.R.S. Sections 32-2061(13) and 32-2081(A) (as amended), any false or misleading information provided to the Board may be cause for probation, suspension, or revocation of a psychologist's license. I hereby certify under penalty of perjury that I am the person who executed this form; that the statements herein contained are true in every respect; that I have not withheld any information that might affect my licensure or my inactive status as a psychologist; that I will conform to the standards of professional conduct as defined in A.R.S. §32-2061 and the rules and regulations pertaining thereto.

[signature] PhD — Signature of Licensee | 3/24/95 — Date | 0535 — License No.

State of Arizona )

County of Maricopa )

Subscribed and sworn to before me this 27th day of March, 1995.

[signature]
Notary Public
My commission expires:

OFFICIAL SEAL
PHYLLIS J. BALTISBERGER
Notary Public-State of Arizona
MARICOPA COUNTY

SEAL

*If the foregoing information is needed in an alternative format, please call 542-3017.*

RENEWAL.FRM

RECEIVED
MAR 14 1991
Ans'd.........

CERTIFIED PSYCHOLOGIST INFORMATION FORM

PLEASE TYPE OR PRINT

1. Name Michael B. Bayless 2. Date 3-11-91 3. Sex M 4. Cert. No. 535

5. Mailing Address [redacted]
Street City State Zip

6. Phone 602 - 254 7373 [redacted]
Area Code WORK Area Code HOME

---

QUESTIONS 7 THROUGH 11 ARE FOR THE PURPOSE OF UPDATING THE INFORMATION IN YOUR FILE.

CIRCLE YOUR ANSWER BELOW

7. Are you a diplomate of the American Board of Professional Psychology? — 7. YES (NO)

8. Are you currently licensed/certified as a psychologist in another state? If yes, which state? ______ — 8. YES (NO)

9. Are you currently a state licensed/certified member of another profession? If yes, which profession and state? ______ — 9. YES (NO)

10. Are you a fellow, member, or associate of the American Psychological Association? If yes, underline which member status applies to you. — 10. (YES) NO

11. Are you a member of other professional associations? If yes, which? — 11. (YES) NO
Az State Psychological Assoc.
Phoenix Medical Society

---

QUESTIONS 12 THROUGH 16 ARE BASED ON A.R.S. 32-2081. IF YOU ANSWER YES TO ANY QUESTION 12 THROUGH 16, PLEASE EXPLAIN ON A SEPARATE SHEET OF PAPER.

SINCE MAY 1, 1989, HAVE YOU:

12. been denied licensing/certification, by a state, province or school system, your professional license/certificate suspended or revoked, or been placed on probation or otherwise censured for unprofessional conduct, illegal acts or other violations of state laws or regulations pertaining to the profession? — 12. YES (NO)

13. been convicted by a court of law for any felony or for a misdemeanor other than a minor traffic offense? — 13. YES (NO)

14. been sued in civil or criminal court pertaining to your practice as a psychologist or as a member of another profession? — 14. YES (NO)

15. had your application for membershup to any professional organization rejected, or has any professional organization suspended or revoked your membership or placed you on probation or otherwise censured you for unethical or unprofessional conduct or other violation of eligibility or membership requirements? — 15. YES (NO)

16. been or are you now committed to a mental health treatment agency on an inpatient basis or been declared legally incompetent and are you now under this declaration? — 16. YES (NO)

---

Pursuant to Title 32, Chapter 19.1 of A.R.S., any false or misleading information provided to the Board may be cause for probation, suspension, or revocation of a psychologist's certificate.

Sworn to before me this 13th
Day of March, 19 91
Mary F. Cota
Signature of Notary Public

STATE OF Arizona )
COUNTY OF Maricopa )
My Commission Expires: My Commission Expires June 3, 1994

The undersigned, having appeared before me, being sworn, deposes and says that he/she is the person who executed this form; that the statements herein contained are true in every respect; that he/she has not suppressed any information that might affect his/her certification as a psychologist; that he/she will conform to the standards of professional conduct as defined in A.R.S. Title 32, Chapter 19.1 and the rules and regulations pertaining thereto.

Michael B. Bayless PhD.
Signature of Psychologist

IMPORTAN. NOTICE

APRIL 1991

*State of Arizona*
*Board of Psychologist Examiners*
1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3095

FROM: STATE OF ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS
SUBJECT: CERTIFICATE RENEWAL

RENEWAL FEE DUE: $200 Biennial Fee **MUST BE POSTMARKED BEFORE MAY 1, 1991**

Payable to: ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS
Cashier's check, money order, bank draft or personal check* acceptable

*If a personal check is returned to the Board (for example, for "insufficient funds") the renewal fee cannot be considered paid, and if the May 1, 1991 deadline has passed, the certificate is deemed expired and the reinstatement fee must be paid in addition to the renewal fee in order to reinstate the certificate.

**DEADLINE WARNING:** According to current law, ALL PSYCHOLOGIST CERTIFICATES WILL EXPIRE ON MAY 1, 1991, UNLESS RENEWED BY PAYMENT OF THE $200 FEE. If you permit your certificate to expire, and you wish to practice as a psychologist in Arizona, you then have the option, **THROUGH JUNE 30, 1991, ONLY,** of reinstating your certificate by paying a $100 reinstatement fee in addition to your renewal fee, a total of $300. IF YOU DO NOT EXERCISE THAT OPTION, THEN EFFECTIVE JULY 1, 1991, YOU MAY NOT PRACTICE AS A PSYCHOLOGIST IN ARIZONA. IN ORDER TO BE CERTIFIED AGAIN, YOU WILL HAVE TO REAPPLY FOR CERTIFICATION AND GO THROUGH THE ENTIRE PROCESS, INCLUDING SITTING FOR THE NATIONAL PSYCHOLOGY EXAMINATION (EPPP) if you have not already passed it at the Arizona pass-point for that test administration.

THESE REQUIREMENTS ARE FIXED BY STATUTE AND THE BOARD DOES NOT HAVE THE AUTHORITY TO WAIVE OR ALTER THEM!!!

**INACTIVE STATUS OPTIONS:** Your certificate may be placed on Inactive Status by the Board by reason of retirement or medical hardship.

**RETIREMENT:** If you have retired from practicing as a psychologist, you may request IN WRITING that your certificate be placed on Inactive Status, and you need not pay a renewal fee at this time.

**MEDICAL HARDSHIP:** If you currently have a disability which prevents you from practicing as a psychologist, and this fact can be documented by medical evidence, such as a letter from your physician, you may apply to the Board IN WRITING for this type of Inactive Status, submitting medical evidence to substantiate that disability prevents you from practicing as a psychologist. Unless you wish to allow your certificate to expire if you are not granted Inactive Status by the Board, we suggest that you enclose your renewal fee with your request. It will be returned if Inactive Status is granted.

**REACTIVATION:** If, in the future, you wish to return to practice as a psychologist from being on Inactive Status, you must so inform the Board IN WRITING prior to doing so, and the Board will determine whether you meet the eligibility criteria for reactivation of your certificate, and if you do, the amount of renewal fee you owe.

**INFORMATION FORM:** All Psychology Certificate holders are requested by the Board to fill out the Information Form on the reverse side and return with the renewal fee and Renewal Notice and/or request for Inactive Status. (If you intend to let your certificate expire, you do not need to submit the Information Form, but please LET US KNOW YOUR INTENT.)

Michael B. Bayless
PRINT NAME HERE

535
CERTIFICATE NUMBER

If you are not renewing your certificate, please check the appropriate box:

[ ] I wish to let my certificate expire because: ____________________

[ ] I wish to apply for INACTIVE STATUS by reason of my retirement from practice as a psychologist.

[ ] I wish to apply for INACTIVE STATUS by reason of medical hardship. (Please specify details and attach documentation such as a statement from your physician. Also submit the renewal fee. It will be returned to you if Inactive Status is granted.)

**IMPORTANT:** PLEASE MAKE ANY NAME OR ADDRESS CORRECTIONS ON THE COMPUTERIZED RENEWAL NOTICE AND RETURN WITH YOUR RENEWAL FEE AND THIS FORM.

CE... IED PSYCHOLOGIST INFORMATION FORM

RECEIVED
MAR 29 1989

PLEASE TYPE OR PRINT

1. Name Michael B. Bayless 2. Date 3-28-89 3. Sex 4. Cert. No. 535

5. Mailing Address [redacted]
Street City State Zip

6. Phone 602-2343844 [redacted]
Area Code WORK Area Code HOME

QUESTIONS 7 THROUGH 11 ARE FOR THE PURPOSE OF UPDATING THE INFORMATION IN YOUR FILE.

CIRCLE YOUR ANSWER BELOW

7. Are you a diplomate of the American Board of Professional Psychology? — 7. YES (NO)

8. Are you currently licensed/certified as a psychologist in another state? If yes, which state? ______ — 8. YES (NO)

9. Are you currently a state licensed/certified member of another profession? If yes, which profession and state? ______ — 9. YES (NO)

10. Are you a fellow, (member) or associate of the American Psychological Association? If yes, underline which member status applies to you. — 10. (YES) NO

11. Are you a member of other professional associations? If yes, which? — 11. YES (NO)

______

______

QUESTONS 12 THROUGH 16 ARE BASED ON A.R.S. 32-2081. IF YOU ANSWER YES TO ANY QUESTION 12 THROUGH 16, PLEASE EXPLAIN ON A SEPARATE SHEET OF PAPER.

SINCE MAY 1, 1987, HAVE YOU:

12. been denied licensing/certification, by a state, province or school system, your professional license/certificate suspended or revoked, or been placed on probation or otherwise censured for unprofessional conduct, illegal acts or other violations of state laws or regulations pertaining to the profession? — 12. YES (NO)

13. been convicted by a court of law for any felony or for a misdemeanor other than a minor triffic offense? — 13. YES (NO)

14. been sued in civil or criminal court pertaining to your practice as a psychologist or as a member of another profession? — 14. YES (NO)

15. had your application for membership to any professional organization rejected, or has any professional organization suspended or revoked your membership or placed you on probation or otherwise censured you for unethical or unprofessional conduct or other violation of eligibility or membership requirements? — 15. YES (NO)

16. been or are you now committed to a mental health treatment agency on an inpatient basis or been declared legally incompetent and are you now under this declaration? — 16. YES (NO)

Pursuant to Title 32, Chapter 19.1 of A.R.S., any false or misleading information provided to the Board may be cause for probation, suspension, or revocation of a psychologist's certificate.

Sworn to before me this 28th

Day of March, 19 89

Mary L. Cota
Signature of Notary Public

STATE OF ______)

COUNTY OF ______)

My Commission Expires: ______)

My Commission Expires June 3, 1990

The undersigned, having appeared before me, being sworn, deposes and says that he/she is the person who executed this form; that the statements herein contained are true in every respect; that he/she has not suppressed any information that might affect his/her certification as a psychologist; that he/she will conform to the standards of professional conduct as defined in A.R.S. Title 32, Chapter 19.1 and the rules and regulations pertaining thereto.

Michael B. Bayless PhD
Signature of Psychologist

IMPORTA( NOTICE

APRIL 1989

***State of Arizona***
***Board of Psychologist Examiners***

1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3095

TO: CERTIFIED PSYCHOLOGISTS
FROM: STATE OF ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS
SUBJECT: CERTIFICATE RENEWAL

RENEWAL FEE DUE: $200 Biennial Fee MUST BE POSTMARKED BEFORE MAY 1, 1989

Payable to: ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS
Cashier's check, money order, bank draft or personal check* acceptable.

*If a personal check is returned to the Board (for example, for "insufficient funds") the renewal fee cannot be considered paid, and if the May 1, 1989 deadline has passed, the certificate is deemed expired and the reinstatement fee must be paid in addition to the renewal fee in order to reinstate the certificate.

**DEADLINE WARNING:** According to current law, ALL PSYCHOLOGIST CERTIFICATES WILL EXPIRE ON MAY 1, 1989, UNLESS RENEWED BY PAYMENT OF THE $200 FEE. If you permit your certificate to expire, and you wish to practice as a psychologist in Arizona, you then have the option, **THROUGH JUNE 30, 1989, ONLY,** of reinstating your certificate by paying a $100.00 reinstatement fee in addition to your renewal fee, a total of $300.00. IF YOU DO NOT EXERCISE THAT OPTION, THEN EFFECTIVE JULY 1, 1989, YOU MAY NOT PRACTICE AS A PSYCHOLOGIST IN ARIZONA. IN ORDER TO BE CERTIFIED AGAIN, YOU WILL HAVE TO REAPPLY FOR CERTIFICATION AND GO THROUGH THE ENTIRE PROCESS, INCLUDING SITTING FOR THE NATIONAL PSYCHOLOGY EXAMINATION (EPPP) if you have not already passed it at the Arizona pass-point for that test administration.

THESE REQUIREMENTS ARE FIXED BY STATUTE AND THE BOARD DOES NOT HAVE THE AUTHORITY TO WAIVE OR ALTER THEM!!!

**INACTIVE STATUS OPTIONS:** Your certificate may be placed on Inactive Status by the Board by reason of retirement or medical hardship.

**RETIREMENT:** If you have retired from practicing as a psychologist, you may request IN WRITING that your certificate be placed on Inactive Status, and you need not pay a renewal fee at this time.

**MEDICAL HARDSHIP:** If you currently have a disability which prevents you from practicing as a psychologist, and this fact can be documented by medical evidence, such as a letter from your physician, you may apply to the Board IN WRITING for this type of Inactive Status, submitting medical evidence to substantiate that disability prevents you from practicing as a psychologist. Unless you wish to allow your certificate to expire if you are not granted Inactive Status by the Board, we suggest that you enclose your renewal fee with your request. It will be returned if Inactive Status is granted.

**REACTIVATION:** If, in the future, you wish to return to practice as a psychologist from being on Inactive Status, you must so inform the Board IN WRITING prior to doing so, and the Board will determine whether you meet the eligibility criteria for reactivation of your certificate, and if you do, the amount of renewal fee you owe.

**INFORMATION FORM:** All Psychology Certificate holders are requested by the Board to fill out the Information Form on the reverse side and return with the renewal fee and/or request for Inactive Status. (If you intend to let your certificate expire, you do not need to submit the Information Form, but please LET UT KNOW YOUR INTENT.)

Michael B. Bayless PhD
PRINT NAME HERE

#535
CERTIFICATE NO.

If you are not renewing your certificate, please check the appropriate box:

[ ] I wish to let my certificate expire because: ____________________

[ ] I wish to apply for **INACTIVE STATUS** by reason of my retirement from practice as a psychologist.

[ ] I wish to apply for **INACTIVE STATUS** by reason of medical hardship. (Please specify details and attach documentation such as a statement from your physician. Also submit the renewal fee. It will be returned to you if Inactive Status is granted.)

**IMPORTANT: PLEASE MAKE ANY NAME OR ADDRESS CORRECTIONS ON THE COMPUTERIZED RENEWAL NOTICE AND RETURN WITH YOUR RENEWAL FEE.**

CERTIFIED PSYCHOLOGIST INFORMATION FORM

PLEASE TYPE OR PRINT

1. Name Michael B. Bayless 2. Date 3/11/87 3. Sex M 4. Cert. # 0535

5. Mailing Address [redacted]
Street City State Zip

6. Phone (602) 234-3844 [redacted]
Area Code WORK Area Code HOME

---

QUESTIONS 7 THROUGH 11 ARE FOR THE PURPOSE OF UPDATING THE INFORMATION IN YOUR FILE.

CIRCLE YOUR ANSWER BELOW

7. Are you a diplomate of the American Board of Professional Psychology? 7. YES (NO)

8. Are you currently licensed/certified as a psychologist in another state? If yes, which state? ______ 8. YES (NO)

9. Are you currently a state licensed/certified member of another profession? If yes, which profession and state? ______ 9. YES (NO)

10. Are you a fellow (member) or associate of the American Psychological Association? If yes, underline which member status applies to you. 10. (YES) NO

11. Are you a member of other professional associations? If yes, which? ASPA 11. (YES) NO

---

QUESTIONS 12 THROUGH 16 ARE BASED ON A.R.S. 32-2081. IF YOU ANSWER YES TO ANY QUESTION 12 THROUGH 16, PLEASE EXPLAIN ON A SEPARATE SHEET OF PAPER.

SINCE MAY 1, 1985, HAVE YOU:

12. been denied licensing/certification, by a state, province or school system, your professional license/certificate suspended or revoked, or been placed on probation or otherwise censured for unprofessional conduct illegal acts or other violations of state laws or regulations pertaining to the profession? 12. YES (NO)

13. been convicted by a court of law for any felony or for a misdemeanor other than a minor traffic offense? 13. YES (NO)

14. been sued in civil or criminal court pertaining to your practice as a psychologist or as a member of another profession? 14. YES (NO)

15. had your application for membership to any professional organization rejected, or has any professional organization suspended or revoked your membership or placed you on probation or otherwise censured you for unethical or unprofessional conduct or other violation of eligibility or membership requirements? 15. YES (NO)

16. been or are you now committed to a mental health treatment agency on an inpatient basis or been declared legally incompetent and are now under this declaration? 16. YES (NO)

---

Pursuant to Title 32, Chapter 19.1 of A.R.S., any false or misleading information provided to the Board may be cause for probation, suspension, or revocation of a psychologist's certificate.

Sworn to before me this 11th

Day of March 19 87

Mary S. Lato
Signature of Notary Public

STATE OF ______)

COUNTY OR CITY OF ______)

My Commission Expires: My Commission Expires June 8, 1990)

The undersigned, having appeared before me, being sworn, deposes and says that he/she is the person who executed this form; that the statements herein contained are true in every respect; that he /she has not suppressed any information that might affect his/her certification as a psychologist; that he/she will conform to the standards of professional conduct as defined in A.R.S. Title 32, Chapter 19.1 and the rules and regulations pertaining thereto.

Michael B. Bayless

Signature of Psychologist

IMP NT NOTICE

APRIL 1987

*State of Arizona*
*Board of Psychologist Examiners*

1645 West Jefferson, Room 410
Phoenix, Arizona 85007
(602) 255-3095

TO: CERTIFIED PSYCHOLOGISTS
FROM: STATE BOARD OF PSYCHOLOGIST EXAMINERS
SUBJECT: CERTIFICATE RENEWAL

RENEWAL FEE DUE: $70.00 Biennial Fee MUST BE POSTMARKED BEFORE MAY 1, 1987

Payable to: ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS
Cashier's check, money order, bank draft or personal check* acceptable

*if a personal check is returned to the Board (for example, for "insufficient funds") the renewal fee cannot be considered paid, and if the May 1, 1987 deadline has passed, the certificate is deemed expired and the reinstatement fee must be paid in addition to the renewal fee in order to reinstate the certificate.

DEADLINE WARNINGS: According to current law, ALL PSYCHOLOGIST CERTIFICATES WILL EXPIRE ON MAY 1, 1987, UNLESS RENEWED BY PAYMENT OF THE $70.00 FEE. If you permit your certificate to expire, and you wish to practice as a psychologist in Arizona, you then have the option, THROUGH JUNE 30, 1987 only, of reinstating your certificate by paying a $100.00 reinstatement fee in addition to your renewal fee, a total of $170.00. IF YOU DO NOT EXERCISE THAT OPTION, THEN EFFECTIVE JULY 1, 1987, you may not practice as a psychologist in Arizona. IN ORDER TO BE CERTIFIED AGAIN, YOU WILL HAVE TO REAPPLY FOR CERTIFICATION AND GO THROUGH THE ENTIRE PROCESS, INCLUDING SITTING FOR THE NATIONAL PSYCHOLOGY EXAMINATION (EPPP) if you have not already passed it at the Arizona pass-point for that test administration.

THESE REQUIREMENTS ARE FIXED BY STATUTE AND THE BOARD
DOES NOT HAVE THE AUTHORITY TO WAIVE OR ALTER THEM!!!

INACTIVE STATUS OPTIONS: Your certificate may be placed on Inactive Status by the Board by reason of retirement or medical hardship.

RETIREMENT: If you have retired from practicing as a psychologist, you may request IN WRITING that your certificate be placed on Inactive Status, and you need not pay a renewal fee at this time.

MEDICAL HARDSHIP: If you currently have a disability which prevents you from practicing as a psychologist, and this fact can be documented by medical evidence, such as a letter from your physician, you may apply to the Board IN WRITING for this type of Inactive Status, submitting medical evidence to substantiate that disability prevents you from practicing as a psychologist. Unless you wish to allow your certificate to expire if you are not granted Inactive Status by the Board, we suggest that you enclose your renewal fee with your request. It will be returned if Inactive Status is granted.

REACTIVATION: If, in the future, you wish to return to practice as a psychologist from being on Inactive Status, you must so inform the Board IN WRITING prior to doing so, and the Board will determine whether you meet the eligibility criteria for reactivation of your certificate, and, if you do, the amount of renewal fee you owe.

INFORMATION FORM: All Psychology Certificate holders are requested by the Board to fill out the Information Form on the reverse side and return with the renewal fee/and or request for Inactive Status. (If you intend to let your certificate expire, you do not need to submit the Information Form, but please LET US KNOW YOUR INTENT.)

Michael B. Bayless
PRINT NAME HERE

0535
CERTIFICATE NO.

If you are not renewing your certificate, please check the appropriate box:

☐ I wish to let my certificate expire because: ____________________

☐ I wish to apply for INACTIVE STATUS by reason of my retirement from practice as a psychologist.

☐ I wish to apply for INACTIVE STATUS by reason of medical hardship. (Please specify details and attach documentation such as a statement from your physician. Also submit the renewal fee. It will be returned to you if Inactive Status is granted.)

IMPORTANT: PLEASE MAKE ANY NAME OR ADDRESS CORRECTIONS ON THE COMPUTERIZED RENEWAL NOTICE AND RETURN WITH YOUR RENEWAL FEE.

(OVER, PLEASE)

CERTIFIED PSYCHOLOGIST INFORMATION FORM

PLEASE TYPE OR PRINT

MAR 20 1985

INS'D.

1. Name Michael B. Bayless 2. Date 3-18-85 3. Sex Male 4. Cert. # 535

5. Mailing Address [redacted]
Street City State Zip

6. Phone (602) 234-3844 [redacted]
Area Code WORK Area Code HOME

QUESTIONS 7 THROUGH 11 ARE FOR THE PURPOSE OF UPDATING THE INFORMATION IN YOUR FILE.

CIRCLE YOUR ANSWER BELOW

7. Are you a diplomate of the American Board of Professional Psychology? — 7. YES (NO)

8. Are you currently licensed/certified as a psychologist in another state? If yes, which state? ______ — 8. YES (NO)

9. Are you currently a state licensed/certified member of another profession? If yes, which profession and state? ______ — 9. YES (NO)

10. Are you a fellow, member, or associate of the American Psychological Association? If yes, underline which member status applies to you. — 10. (YES) NO

11. Are you a member of other professional associations? If yes, which? — 11. (YES) NO
Arizona State Psychological Association

QUESTIONS 12 THROUGH 16 ARE BASED ON A.R.S. 32-2081. IF YOU ANSWER YES TO ANY QUESTION 12 THROUGH 16, PLEASE EXPLAIN ON A SEPARATE SHEET OF PAPER.

SINCE MAY 1, 1983, HAVE YOU:

12. been denied licensing/certification, by a state, province or school system, your professional license/certificate suspended or revoked, or been placed on probation or otherwise censured for unprofessional conduct illegal acts or other violations of state laws or regulations pertaining to the profession? — 12. YES (NO)

13. been convicted by a court of law for any felony or for a misdemeanor other than a minor traffic offense? — 13. YES (NO)

14. been sued in civil or criminal court pertaining to your practice as a psychologist or as a member of another profession? — 14. YES (NO)

15. had your application for membership to any professional organization rejected, or has any professional organization suspended or revoked your membership or placed you on probation or otherwise censured you for unethical or unprofessional conduct or other violation of eligibility or membership requirements? — 15. YES (NO)

16. been or are you now committed to a mental health treatment agency on an inpatient basis or been declared legally incompetent and are now under this declaration? — 16. YES (NO)

Pursuant to Title 32, Chapter 19.1 of A.R.S., any false or misleading information provided to the Board may be cause for probation, suspension, or revocation of a psychologist's certificate.

Sworn to before me this 19

Day of March 1985

Patricia A. Bowman
Signature of Notary Public

STATE OF Arizona )
)
COUNTY OR CITY OF Maricopa )
My Commission Expires Aug. 25, 1985 )
My Commission Expires: ______ )

The undersigned, having appeared before me, being sworn, deposes and says that he/she is the person who executed this form; that the statements herein contained are true in every respect; that he /she has not suppressed any information that might affect his/her certification as a psychologist; that he/she will conform to the standards of professional conduct as defined in A.R.S. Title 32, Chapter 19.1 and the rules and regulations pertaining thereto.

[signature]

IMPORTANT NOTICE

APRIL 1985

*State of Arizona*
*Board of Psychologist Examiners*

1645 West Jefferson, Room 312
Phoenix, Arizona 85007
(602) 255-3095

TO: CERTIFIED PSYCHOLOGISTS
FROM: STATE BOARD OF PSYCHOLOGIST EXAMINERS
SUBJECT: CERTIFICATE RENEWAL

RENEWAL FEE DUE: $70.00 Biennial Fee MUST BE POSTMARKED BEFORE MAY 1, 1985

Payable to: ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS
Cashier's check, money order, bank draft or personal check* acceptable

*if a personal check is returned to the Board (for example, for "insufficient funds") the renewal fee cannot be considered paid, and if the May 1, 1985 deadline has passed, the certificate is deemed expired and the reinstatement fee must be paid in addition to the renewal fee in order to reinstate the certificate.

DEADLINE WARNINGS: According to current law, ALL PSYCHOLOGIST CERTIFICATES WILL EXPIRE ON MAY 1, 1985, UNLESS RENEWED BY PAYMENT OF THE $70.00 FEE. If you permit your certificate to expire, and you wish to practice as a psychologist in Arizona, you then have the option, THROUGH JUNE 30, 1985 only, of reinstating your certificate by paying a $100.00 reinstatement fee in addition to your renewal fee, a total of $170.00. IF YOU DO NOT EXERCISE THAT OPTION, THEN EFFECTIVE JULY 1, 1985, you may not practice as a psychologist in Arizona. IN ORDER TO BE CERTIFIED AGAIN, YOU WILL HAVE TO REAPPLY FOR CERTIFICATION AND GO THROUGH THE ENTIRE PROCESS, INCLUDING SITTING FOR THE NATIONAL PSYCHOLOGY EXAMINATION (EPPP) if you have not already passed it at the Arizona pass-point for that test administration.

THESE REQUIREMENTS ARE FIXED BY STATUTE AND THE BOARD
DOES NOT HAVE THE AUTHORITY TO WAIVE OR ALTER THEM!!!

INACTIVE STATUS OPTIONS: Your certificate may be placed on Inactive Status by the Board by reason of retirement or medical hardship.

RETIREMENT: If you have retired from practicing as a psychologist, you may request IN WRITING that your certificate be placed on Inactive Status, and you need not pay a renewal fee at this time.

MEDICAL HARDSHIP: If you currently have a disability which prevents you from practicing as a psychologist, and this fact can be documented by medical evidence, such as a letter from your physician, you may apply to the Board IN WRITING for this type of Inactive Status, submitting medical evidence to substantiate that disability prevents you from practicing as a psychologist. Unless you wish to allow your certificate to expire if you are not granted Inactive Status by the Board, we suggest that you enclose your renewal fee with your request. It will be returned if Inactive Status is granted.

REACTIVATION: If, in the future, you wish to return to practice as a psychologist from being on Inactive Status, you must so inform the Board IN WRITING prior to doing so, and the Board will determine whether you meet the eligibility criteria for reactivation of your certificate, and, if you do, the amount of renewal fee you owe.

INFORMATION FORM: All Psychology Certificate holders are requested by the Board to fill out the Information Form on the reverse side and return with the renewal fee/and or request for Inactive Status. (If you intend to let your certificate expire, you do not need to submit the Information Form, but please LET US KNOW YOUR INTENT.)

______________________________ ______________________
PRINT NAME HERE CERTIFICATE NO.

If you are not renewing your certificate, please check the appropriate box:

☐ I wish to let my certificate expire because:______________________________

☐ I wish to apply for INACTIVE STATUS by reason of my retirement from practice as a psychologist.

☐ I wish to apply for INACTIVE STATUS by reason of medical hardship. (Please specify details and attach documentation such as a statement from your physician. Also submit the renewal fee. It will be returned to you if Inactive Status is granted.)

IMPORTANT: PLEASE MAKE ANY NAME OR ADDRESS CORRECTIONS ON THE COMPUTERIZED RENEWAL NOTICE AND RETURN WITH YOUR RENEWAL FEE.

(OVER, PLEASE)

CERTIFIED PSYCHOLOGIST INFORMATION FORM 1983

PLEASE TYPE OR PRINT

1. Name Michael B Bayless 2. Date 3-18-83 3. Sex male 4. Cert. # 535

5. Mailing Address [redacted]
Street City State ZIP

6. Phone (602) 234-3844 [redacted]
Area Code WORK Area Code HOME

RECEIVED MAR 18 1983

QUESTIONS 7 THROUGH 11 ARE FOR THE PURPOSE OF UPDATING THE INFORMATION FOR YOUR FILE

CIRCLE YOUR ANSWER BELOW

7. Are you a diplomat of the American Board of Professional Psychology — 7. YES (NO)

8. Are you currently licensed/certified as a psychologist in another state? If yes, which state? ______ — 8. YES (NO)

9. Are you currently a state licensed/certified member of another profession? If yes, which profession and state? ______ — 9. YES (NO)

10. Are you a fellow, (member), or associate of the American Psychological Association? If yes, underline which member status applies to you. — 10. (YES) NO

11. Are you a member of other professional associations? If yes, which? ASPA — 11. (YES) NO

*****QUESTIONS 12 THROUGH 16 ARE BASED ON A.R.S. 32-2081: THE BOARD IS OBLIGATED BY THE LAW***** TO ASCERTAIN INFORMATION ON THESE AREAS. IF YOU ANSWER YES TO ANY QUESTION 12 THROUGH 16, PLEASE EXPLAIN ON THE REVERSE SIDE. SINCE MAY 1, 1981 HAVE YOU:

12. been denied licensing/certification, by a state, province, or school system, your professional license/certificate suspended or revoked, or been placed on probation or otherwise censured for unprofessional conduct, illegal acts or other violations of state laws or regulations pertaining to the profession? — 12. (YES) NO

13. been convicted by a court of law for any felony or for a misdemeanor other than a minor traffic offense? — 13. YES (NO)

14. been sued in civil or criminal court pertaining to your practice as a psychologist or as a member of another profession? — 14. YES (NO)

15. had your application for membership to any professional organization rejected, or has any professional organization suspended or revoked your membership or placed you on probation or otherwise censured you for unethical or unprofessional conduct or other violation of eligibility or membership requirements? — 15. YES (NO)

16. been or are you now committed to a mental health treatment agency on an inpatient basis or been declared legally incompetent and are now under this declaration? — 16. YES (NO)

Pursuant to Title 32, Chapter 19.1 of A.R.S., any false or misleading information provided to the Board may be cause for probation, suspension, or revocation of a psychologist's certificate.

Sworn to before me this 18th DAY OF March, 19 83.

Beatrice S. Pretzinger
Signature of Notary Public

STATE OF Arizona )
COUNTY OR CITY OF Phoenix )
My commission expires 4/3/86 )

The undersigned, having appeared before me, being sworn, deposes and says that he/she is the person who executed this form; that the statements herein contained are true in every respect; that he/she has not suppressed any information that might affect his/her certification as a psychologist; that he/she will conform to the standards of professional conduct as defined in A.R.S. Title 32, Chapter 19.1 and the rules and regulations pertaining thereto.

Michael B. Bayless PhD.

Item 12 – I was censured by the Arizona Board for my involvement in the [redacted] ~~Faith~~. case. Newspaper articles ~~[illegible]~~ indicated that I violated confidence. Although I feel I was manipulated, I did accept a censure for my conduct. Records of this incident are on file –

Michael B. Bayless PhD.

1981 CERTIFIED PSYCHOLOGIST INFORMATION FORM 970

PLEASE PRINT OR TYPE

MAR 23 1981

1. Name Michael Brad Bayless 2. Sex (M) F (Circle One) 3. Cert.# 535 4. Date 3-18-81

5. Mailing Address [redacted] Street City State Zip

6. Phone 602 [redacted] Area Code 258-2967 Work [redacted] Area Code [redacted] Home

| | Circle Your Answer Below | | |
|---|---|---|---|
| 7. Are you a diplomate of American Board of Professional Psychology? If yes, in which specialty field? ______ | 7. | YES | (NO) |
| 8. Are you currently licensed/certified as a psychologist in another state? If yes, which? ______. | 8. | YES | (NO) |
| 9. Are you currently a state licensed/certified member of another profession? If yes, which profession and state ______ | 9. | YES | (NO) |
| 10. Are you a fellow, member or associate of the American Psychological Association? If yes, underline which membership status applies to you. | 10. | (YES) | NO |
| 11. Are you a member of other professional associations? If yes, which? Arizona State Psych. Association. | 11. | (YES) | NO |
| 12. Has any state, province or school system ever denied your application for licensing/certification as a psychologist or for some other profession, or suspended or revoked your professional license/certificate, or placed you on probation or otherwise censured you for unprofessional conduct, illegal acts or other violations of state laws or regulations pertaining to the profession? | 12. | YES* | (NO) |
| 13. Have you ever been convicted by a court of law for any felony or for a misdemeanor other than a minor traffic offense? | 13. | YES* | (NO) |
| 14. Have you ever been sued in civil or criminal court pertaining to your practice as a psychologist or as a member of another profession? | 14. | YES* | (NO) |
| 15. Has any professional organization ever rejected your application for membership or suspended or revoked your membership or placed you on probation or otherwise censured you for unprofessional conduct or other violations of eligibility or membership requirements? | 15. | YES* | (NO) |
| 16. Have you ever been or are you now under committment to a mental health treatment agency or an inpatient basis or are you now or have you ever been declared legally incompetent? | 16. | YES* | (NO) |

AFFIDAVIT/VERIFICATION

Pursuant to Title 32, Chapter 19.1 of Arizona Revised Statutes, any false or misleading information provided to the Board may be cause for probation, suspension, or revocation of a psychologist's certificate.

Sworn to before me this 18th DAY OF March, 19 81.

Cynthia A. McCoy
Signature of Notary Public

STATE OF Arizona )
COUNTY OR CITY OF Maricopa )
My commission expires 10-16-84 )

The undersigned, having appeared before me, being sworn, deposes and says that he/she is the person who executed this form; that the statements herein contained are true in every respect; that he/she has not suppressed any information that might affect his/her certification as a psycholotist; that he/she will conform to the standards of professional conduct as defined in Arizona Revised Statutes Title 32, Chapter 19.1 and the rules and regulations pertaining thereto.

Michael B. Bayless PhD.
Signature of Psychologist

**Reminder** If you answered "YES" to any of the questions #12-16, please attach a thorough explanation.

In accordance with Arizona law and the Rules and Regulations of this Board, all materials in a psychologist's file are open to public inspection except college or university transcripts and professional references.

JAN 17 1977

APPLICATION FOR CERTIFICATION
ARIZONA STATE BOARD OF PSYCHOLOGIST EXAMINERS

I hereby apply to be considered for certification by the Arizona State Board of Psychologist Examiners.

I hereby enclose $40.00 to cover the fee for certification. (Check or money order should be payable to Arizona State Board of Psychologist Examiners.)

I understand that this fee may not be refunded, and that the decision of the Board is final on any application.

I understand that, if at the discretion of the Board more information is necessary, further documented evidence may be called for, and that I may be requested to appear before the Board.

I have requested my university or universities to send to the Chairman of the Arizona State Board of Psychologist Examiners transcripts of my entire graduate training. (You need not bother with isolated courses, summer school at another university, etc., if such courses did not materially contribute toward a graduate degree.)

I have____have not__x__made a previous application to the Arizona State Board of Psychologist Examiners.

Signed Michael B. Bayless

Address [redacted]

Zip Code [redacted]

Telephone # Home [redacted]

Office 949-5401

sa

GENERAL INFORMATION (Please Type)

1. Name Michael B. Bayless 2. Date ______

3. Business Address Scottsdale Community College
Organization

Pima & Chapporal Rds. Scottsdale Arizona
Street City State & Zip

4. Home Address [redacted]
Street City State & Zip

5. Date and Place of Birth [redacted] Columbus, Ohio

6. Membership in the American Psychological Association? Yes ___ No X.

Date Joined? ______ Class (Fellow, Member, Associate) ______

Division Membership? ______ Offices? ______

If not a member, explain Application in Process

7. Related memberships or professional organizations with dates and offices held?
None

8. Diplomate of American Board of Professional Psychology?

Yes ___ No X : Diplomate Number ___ Date ______ Specialty ______

9. Are you licensed or certified as a psychologist in any other state?

Yes ___ No x : Give State ______ Date ______ Number ______

10. Has any state rejected your application or revoked your professional license or certificate: Yes ___ No x . If yes, attach explanation.

11. Has any professional association rejected your application for membership or revoked a membership you held? Yes ___ No X . If yes, attach explanation.

12. Have you ever been found guilty of unprofessional conduct by a duly constituted professional organization or convicted by a state board of psychologist examiners of such unprofessional conduct?

Yes ___ No X . If yes, give full details, using a separate sheet.

13. Are you presently addicted to alcohol or to the use of narctoic drugs or other drugs having a disabling effect?

Yes_____ No __X__. If yes, give full details, using a separate sheet.

14. Are you under commitment or other medical certificate to an institution for the mentally ill?

Yes_____ No __X__. If yes, give full details, using a separate sheet.

15. List major publications in psychology, attach a separate sheet if necessary.

None

16. EDUCATION OR TRAINING

| | Unviersity or College | Address | Dates Attended | Degrees & Dates | Major Subject |
|---|---|---|---|---|---|
| a. | N.A.U. | Flagstaff | 66-70 | B.S. 1970 | Psychology |
| b. | N.A.U. | Flagstaff | 70-71 | M.A. 1971 | School Psychology |
| c. | A.S.U. | Tempe, Ariz. | 74-76 | Ph.D. 1976 | Counseling Psychology |
| d. | | | | | |

17. Doctoral Degree: Major Advisor: Luis Casaus

Department Counseling Psychology

Title of Dissertation A chimical study of specific personality trait~~s of Enuretic children and their parents~~.

18. List postgraduate seminars or workshops attended:

19. My chief areas of professional interest and practice are:

Research - Area of child development. Individual and group therapy (child & adult) Teaching - Area of personality, Abnormal behavior child development.

22. Professional Employment. (List most recent employment first.)
For each of the positions give: (A) YOUR EXACT TITLE; (B) A BRIEF STATEMENT OF NATURE OF WORK; and (C) THE AMOUNT OF KIND OF PROFESSIONAL SUPERVISION.

| | Dates From Mo. | Yr. | To Mo. | Yr. | Hours per Week | Name of Employing Agency or Person | Address Employer's | Name and Present Address of Professional Supervisor |
|---|---|---|---|---|---|---|---|---|
| 1. | 8 | 1971 | Present | | Full Time Faculty | Scottsdale Community College | Pima & Chapporal Rds. | Dr. Kathy Schwarz |

(A) Title: Instructor of Psychology

(B) Nature of Work: Teaching

(C) Supervision:

| | Dates From Mo. | Yr. | To Mo | Yr. | Hours Per Week | Name of Employing Agency or Person | Address Employer's | Name and Present Address of Professional Supervisor |
|---|---|---|---|---|---|---|---|---|
| 2. | 9 | 74 | 8 | 75 | 20 | Jane Wayland Center | | Dr. George Dee |

(A) Title: Interm-Psychologist

(B) Nature of Work: Individual and group therapy, diagnostic evaluation (comprehensive), staffings.

(C) Supervision: Complete supervision with licensed Psychologist in all phases of work. Review and Feedback. 1-3 hours per week.

| | Dates From Mo. | Yr. | to Mo. | Yr. | Hours Per Week | Name of Employing Agency or Person | Address Employer's | Name and Present Address of Professional Supervisor |
|---|---|---|---|---|---|---|---|---|
| 3. | 6 | 72 | 9 | 74 | 15-20 | Phoenix Psychological Center | | Dr. Stewart Litvak |

(A) Title: Individual and group therapy with teenage children and adults.

(B) Nature of Work: Direct supervision with review two hours per week.

(C) Supervision:

| | Dates From Mo. | Yr. | To Mo. | Yr. | Hours Per Week | Name of Employing Agency or Person | Address Employer's | Name and Present Address of Professional Supervisor |
|---|---|---|---|---|---|---|---|---|
| 4. | | | | | | | | |

(A) Title:

(B) Nature of Work:

(C) Supervision:

23. References: "It is required that both professional experience references shall provide endorsement of the applicant's professional competence and experience, not merely indicate that the applicant is known to the referee." (QUOTED FROM RULE #9)

List the names, positions and addresses of two psychologists who are well acquainted with you and your work during the past five years, and who are certified by this Board or are Diplomates of the American Board of Professional Psychology or are Fellows of the American Psychological Association. (Members of the Arizona Board of Psychologist Examiners may not serve as references.)

#467 Dr. Luis Casaus - Professor, Arizona State U.
1619 E. Ellis Dr., Tempe, Ariz. 85282
#196 Dr. Stewart Litvak - Psychologist in practice.
137 W. McDowell Rd. 85003

AFFIDAVIT

NOTE: Any false or misleading information in, or in connection with, any application may be cause for debarment on the grounds of lack of good moral character.

STATE OF Arizona )
COUNTY OR CITY OF Maricopa )

The undersigned, being sworn deposes and says that he/she is the person who executed this application; that the statements herein contained are true in every respect; that he has not suppressed any information that might affect this application; that he will conform to the ethical standards of conduct in his profession; and that he has read and understands this affidavit.

Michael B. Bayless
Signature of Applicant

Sworn to before me this 12
day of January, 1977
Nancy R Caryell

My Commission Expires June 14, 1977

# ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS

## REQUEST FOR PUBLIC RECORDS

Date of request: 4-29-2010 Name of Psychologist: Michael B. Bayless

Requestor*: Carl Hagler, Investigator Maricopa County

Mailing Address: Public Defender's Office 620 W Jackson

City, State, Zip Code: Phoenix AZ 85003

Telephone Number: (602) 506-7711 ext: 35779 Fax: (602) 506-4168

*Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.

**Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| **The cost is $0.25 per page. Please submit your request and the Board office will contact you with a quote number and estimate. The Board must receive a check or money order before your request can be mailed or picked up.** | PR-10-014 13.25 83 pages = 13.25 1 Copy |

**Please check which records and options you are interested in:**

**LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION**

☐ **COMPLAINT FILE ONLY**
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.**)

☒ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.**)

☐ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

**BOARD MEETING RECORDS**

☐ **MINUTES** (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item ____________________

☐ **AUDIOTAPES OR COMPACT DISCS** (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 4 months after the meeting.)

Specify date(s) and/or description of agenda item ____________________

If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.

**Forms may be faxed or mailed to:**

AZ State Board of Psychologist Examiners
1400 W. Washington, Ste. 235
Phoenix, AZ 85007
Phone: 602-542-8162 Fax: 602-542-8279

RECEIVED
APR 29 2010
AZ PSYCHOLOGY BOARD

**PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.**

Receipt #10457
CASH 13.25

PAID 4/29/10

**PUBLIC RECORDS REPRODUCTION REQUEST FORM**

**Information and Instruction Sheet**

**REQUESTING PARTY: PLEASE READ AND NOTE THE FOLLOWING INFORMATION AND INSTRUCTIONS**

Pursuant to A.R.S. §39-121.03, any person who requests copies, printouts or photographs of public records for commercial purposes must provide a STATEMENT setting forth the commercial purpose for which they will be used.

A person providing a verified statement setting forth the commercial purpose for which the reproduction will be used may be furnished such reproductions at the discretion of the custodian of the records for a charge reflecting the following:

1) A portion of the cost to the State for obtaining the documents or records to be reproduced.
2) A reasonable fee covering the cost of time, equipment and personnel in making the reproduction, and
3) The value of reproduction on the commercial market.

If the custodian of a public record believes that the commercial purpose of a reproduction is a misuse of public records or an abuse of the right to receive them, he or she may refuse a request for reproduction of such record for said commercial purpose and may request the Governor to prohibit the furnishing of reproductions for such commercial purposes by Executive Order. If an Executive Order is not issued within thirty (30) days of the custodian's application, the requesting party will be furnished such reproductions for the commercial purpose set forth in his other verified statement.

"Commercial Purpose" is broadly defined by the Act as "any purpose in which the purchaser can reasonably anticipate the receipt of monetary gain from the direct or indirect use of such public record." A.R.S. §39-121.03E. "Commercial Purpose" includes copies of records for sale or resale and copies of printouts of names and addresses for purposes of solicitation of business.

**IMPORTANT: SUBSECTION D OF A.R.S. §39-121.03 PROVIDES THAT:**

A person who obtains public records for a commercial purpose without indicating the commercial purpose or who obtains a public record for a non-commercial purpose and uses or knowingly allows the use of such public record for a commercial purpose or obtains a public record for a commercial purpose and uses or knowingly allows the use of such public record for a different commercial purpose or obtains a public record from any one other than the custodian of such records and uses them for a commercial purpose shall in addition to other penalties* be liable to the state or the political subdivision from whom the public record was obtained for damages in the amount of three times the actual damages if it can be shown that the public record would not have been provided had the commercial purpose of actual use been stated at the time of obtaining the records.

*The penalty for perjury is a fine of not less than $500 nor more than $5,000, or imprisonment in the State Prison for not less than one nor more than fourteen years, or both.

**SWORN STATEMENT**

I, CARL HAGLER, declare that I have read the information and instruction sheet accompanying this form and understand the contents therein. I further declare that the copies or other reproductions of the public records described above and which I have requested are to be used solely for commercial purposes.

If the records are to be used for commercial purposes, specifically state those purposes:

File is Needed for trial

I further declare that such copies or reproductions will not be used directly or indirectly for a different purpose other than described above. I further declare under penalty of perjury that the foregoing is correct and true.

Carl E Hagler
Name

04-29-2010
Date



ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS

# REQUEST FOR PUBLIC RECORDS

**Date of request:** 4/28/10 **Name of Psychologist:** Dr. Brad Michael Bayless

**Requestor*:** Daniel Strange

**Mailing Address:** 301 W. Jefferson St., Ste. 700

**City, State, Zip Code:** Phoenix, AZ 85003

**Telephone Number:** (602) 506-5851 **ext:** **Fax:** (602)

*Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.

**Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| **The cost is $0.25 per page. Please submit your request and the Board office will contact you with a quote number and estimate. The Board must receive a check or money order before your request can be mailed or picked up.** | PR-10-013<br>24 pages = 6.00 |

**Please check which records and options you are interested in:**

**LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION**

☒ **COMPLAINT FILE ONLY**
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.**)

☐ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.**)

☐ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

**BOARD MEETING RECORDS**

☐ **MINUTES** (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item ____________________

☐ **AUDIOTAPES OR COMPACT DISCS** (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 4 months after the meeting.)

Specify date(s) and/or description of agenda item ____________________

If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.

---

**Forms may be faxed or mailed to:**

**AZ State Board of Psychologist Examiners**
**1400 W. Washington, Ste. 235**
**Phoenix, AZ 85007**
**Phone: 602-542-8162 Fax: 602-542-8279**

**PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.**

RECEIVED
APR 28 2010
AZ PSYCHOLOGY BOARD

PAID
4/29/10

Receipt # 10454
CASH 6.00



ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS

# REQUEST FOR PUBLIC RECORDS

Date of request: 4/28/10 Name of Psychologist: Dr. Michael B. Bayless

Requestor*: Angelina Holguin for Michael Gingold - MCAO

Mailing Address: 301 W. Jefferson, 4th flr

City, State, Zip Code: Phoenix, Az 85003

Telephone Number: (602) 506-6579 ext: ______ Fax: (602) 372-0476

*Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.

**Public Information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| The cost is $0.25 per page. Please submit your request and the Board office will contact you with a quote number and estimate. The Board must receive a check or money order before your request can be mailed or picked up. | PR-10-0#11<br>192 pages = $48.00 |

**Please check which records and options you are interested in:**

**LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION**

**COMPLAINT FILE ONLY**
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.**)

☐ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.**)

☒ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

**BOARD MEETING RECORDS**

☐ **MINUTES** (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item ______________________

☐ **AUDIOTAPES OR COMPACT DISCS** (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 4 months after the meeting.)

Specify date(s) and/or description of agenda item ______________________

If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.

Forms may be faxed or mailed to: **AZ State Board of Psychologist Examiners**
**1400 W. Washington, Ste. 235**
**Phoenix, AZ 85007**
**Phone: 602-542-8162 Fax: 602-542-8279**

**PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.**

Receipt # 10450

PAID
4/28/10
48.00

RECEIVED
APR 28 2010
AZ PSYCHOLOGY BOARD

**PUBLIC RECORDS REPRODUCTION REQUEST FORM**

**Information and Instruction Sheet**

**REQUESTING PARTY: PLEASE READ AND NOTE THE FOLLOWING INFORMATION AND INSTRUCTIONS**

Pursuant to A.R.S. §39-121.03, any person who requests copies, printouts or photographs of public records for commercial purposes must provide a STATEMENT setting forth the commercial purpose for which they will be used.

A person providing a verified statement setting forth the commercial purpose for which the reproduction will be used may be furnished such reproductions at the discretion of the custodian of the records for a charge reflecting the following:

1) A portion of the cost to the State for obtaining the documents or records to be reproduced.
2) A reasonable fee covering the cost of time, equipment and personnel in making the reproduction, and
3) The value of reproduction on the commercial market.

If the custodian of a public record believes that the commercial purpose of a reproduction is a misuse of public records or an abuse of the right to receive them, he or she may refuse a request for reproduction of such record for said commercial purpose and may request the Governor to prohibit the furnishing of reproductions for such commercial purposes by Executive Order. If an Executive Order is not issued within thirty (30) days of the custodian's application, the requesting party will be furnished such reproductions for the commercial purpose set forth in his other verified statement.

"Commercial Purpose" is broadly defined by the Act as "any purpose in which the purchaser can reasonably anticipate the receipt of monetary gain from the direct or indirect use of such public record." A.R.S. §39-121.03E. "Commercial Purpose" includes copies of records for sale or resale and copies of printouts of names and addresses for purposes of solicitation of business.

**IMPORTANT: SUBSECTION D OF A.R.S. §39-121.03 PROVIDES THAT:**

A person who obtains public records for a commercial purpose without indicating the commercial purpose or who obtains a public record for a non-commercial purpose and uses or knowingly allows the use of such public record for a commercial purpose or obtains a public record for a commercial purpose and uses or knowingly allows the use of such public record for a different commercial purpose or obtains a public record from any one other than the custodian of such records and uses them for a commercial purpose shall in addition to other penalties* be liable to the state or the political subdivision from whom the public record was obtained for damages in the amount of three times the actual damages if it can be shown that the public record would not have been provided had the commercial purpose of actual use been stated at the time of obtaining the records.

*The penalty for perjury is a fine of not less than $500 nor more than $5,000, or imprisonment in the State Prison for not less than one nor more than fourteen years, or both.

**SWORN STATEMENT**

I, Angelina Holguin, declare that I have read the information and instruction sheet accompanying this form and understand the contents therein. I further declare that the copies or other reproductions of the public records described above and which I have requested are to be used solely for commercial purposes.

If the records are to be used for commercial purposes, specifically state those purposes:

To assist in criminal prosecution of alleged suspect

I further declare that such copies or reproductions will not be used directly or indirectly for a different purpose other than described above. I further declare under penalty of perjury that the foregoing is correct and true.

[signature] 4/28/10

Name Date



# ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS

## REQUEST FOR PUBLIC RECORDS

Date of request: 04-28-2010 Name of Psychologist: Michael B. Bayless

Requestor*: Cari Hagler, Investigator Maricopa County Public

Mailing Address: Defender's Office 620 W Jackson

City, State, Zip Code: Phoenix Az 85003

Telephone Number: (602) 506-7711 ext: 35779 Fax: (602) 506-4168

*Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.

**Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| The cost is $0.25 per page. Please submit your request and the Board office will contact you with a quote number and estimate. The Board must receive a check or money order before your request can be mailed or picked up. | PR- ~~10-00~~ 10-012<br>1 copy ~~192 pages~~ |

Please check which records and options you are interested in: 24 pages = 6.00 ~~48.00~~

**LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION**

☒ **COMPLAINT FILE ONLY**
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.**)

☐ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.**)

☒ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

**BOARD MEETING RECORDS**

☐ **MINUTES** (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item ______

☐ **AUDIOTAPES OR COMPACT DISCS** (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 4 months after the meeting.)

Specify date(s) and/or description of agenda item ______

If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.

Forms may be faxed or mailed to:

**AZ State Board of Psychologist Examiners**
**1400 W. Washington, Ste. 235**
**Phoenix, AZ 85007**
**Phone: 602-542-8162 Fax: 602-542-8279**

**PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.**

PAID

6.00 Cash

Receipt # 10449

RECEIVED

APR 28 2010

AZ PSYCHOLOGY BOARD

## PUBLIC RECORDS REPRODUCTION REQUEST FORM

### Information and Instruction Sheet

**REQUESTING PARTY: PLEASE READ AND NOTE THE FOLLOWING INFORMATION AND INSTRUCTIONS**

Pursuant to A.R.S. §39-121.03, any person who requests copies, printouts or photographs of public records for commercial purposes must provide a STATEMENT setting forth the commercial purpose for which they will be used.

A person providing a verified statement setting forth the commercial purpose for which the reproduction will be used may be furnished such reproductions at the discretion of the custodian of the records for a charge reflecting the following:

1) A portion of the cost to the State for obtaining the documents or records to be reproduced.
2) A reasonable fee covering the cost of time, equipment and personnel in making the reproduction, and
3) The value of reproduction on the commercial market.

If the custodian of a public record believes that the commercial purpose of a reproduction is a misuse of public records or an abuse of the right to receive them, he or she may refuse a request for reproduction of such record for said commercial purpose and may request the Governor to prohibit the furnishing of reproductions for such commercial purposes by Executive Order. If an Executive Order is not issued within thirty (30) days of the custodian's application, the requesting party will be furnished such reproductions for the commercial purpose set forth in his other verified statement.

"Commercial Purpose" is broadly defined by the Act as "any purpose in which the purchaser can reasonably anticipate the receipt of monetary gain from the direct or indirect use of such public record." A.R.S. §39-121.03E. "Commercial Purpose" includes copies of records for sale or resale and copies of printouts of names and addresses for purposes of solicitation of business.

**IMPORTANT: SUBSECTION D OF A.R.S. §39-121.03 PROVIDES THAT:**

A person who obtains public records for a commercial purpose without indicating the commercial purpose or who obtains a public record for a non-commercial purpose and uses or knowingly allows the use of such public record for a commercial purpose or obtains a public record for a commercial purpose and uses or knowingly allows the use of such public record for a different commercial purpose or obtains a public record from any one other than the custodian of such records and uses them for a commercial purpose shall in addition to other penalties* be liable to the state or the political subdivision from whom the public record was obtained for damages in the amount of three times the actual damages if it can be shown that the public record would not have been provided had the commercial purpose of actual use been stated at the time of obtaining the records.

*The penalty for perjury is a fine of not less than $500 nor more than $5,000, or imprisonment in the State Prison for not less than one nor more than fourteen years, or both.

## SWORN STATEMENT

I, Carl Hagler, declare that I have read the information and instruction sheet accompanying this form and understand the contents therein. I further declare that the copies or other reproductions of the public records described above and which I have requested are to be used solely for commercial purposes.

If the records are to be used for commercial purposes, specifically state those purposes:

File is needed for Trial

I further declare that such copies or reproductions will not be used directly or indirectly for a different purpose other than described above. I further declare under penalty of perjury that the foregoing is correct and true.

Carl E Hagler
Name

04-28-2010
Date



ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS

# REQUEST FOR PUBLIC RECORDS

Date of request: 3/25/08 Name of Psychologist: Michael Bayless, # 535

Requestor*: Navinda Greene c/o Jones, Skelton + Hochuli

Mailing Address: 2901 N. Central Ave., # 800

City, State, Zip Code: Phoenix, AZ 85012

Telephone Number: (602) 235-7174 ext: Fax: (602) 657-7501

*Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.

**Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| Call the Board Office at (602) 542-8162 to request the number of pages and the total cost of your request. The cost is $0.25 per page. The Board must receive your check or money order before your request can be mailed or picked up. | 17.75 |

**Please check which records and options you are interested in:**

**LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION**

☐ **COMPLAINT FILE ONLY**
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.)**

☐ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.)**

☒ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

Pd Mailed 4/9/08 Vonda

**BOARD MEETING RECORDS**

☐ **MINUTES** (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item ______________________

☐ **AUDIOTAPES OR COMPACT DISCS** (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 6 months after the meeting.)

Specify date(s) and/or description of agenda item ______________________

If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.

Forms may be faxed or mailed to:

AZ State Board of Psychologist Examiners
1400 W. Washington, Ste. 235
Phoenix, AZ 85007
Phone: 602-542-8162 Fax: 602-542-8279

**PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.**



ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS

# REQUEST FOR PUBLIC RECORDS

Date of request: 3/25/08 Name of Psychologist: Michael Bayless, # 535

Requestor*: Narinda Greene c/o Jones, Skelton + Hochuli

Mailing Address: 2901 N. Central Ave., # 800

City, State, Zip Code: Phoenix, AZ 85012

Telephone Number: (602) 235-7174 ext: Fax: (602) 651-7501

*Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.

**Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| Call the Board Office at (602) 542-8162 to request the number of pages and the total cost of your request. The cost is $0.25 per page. The Board must receive your check or money order before your request can be mailed or picked up. | Check rec'vd |

**Please check which records and options you are interested in:**

LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION

☐ COMPLAINT FILE ONLY
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.)**

☐ LICENSING FILE ONLY
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.)**

☒ ENTIRE PUBLIC FILE (Includes both of the above, licensure information and complaint information, if any).

BOARD MEETING RECORDS

MAR 28 2008

☐ MINUTES (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item ____________

☐ AUDIOTAPES OR COMPACT DISCS (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 6 months after the meeting.)

Specify date(s) and/or description of agenda item ____________

If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.

---

Forms may be faxed or mailed to:

AZ State Board of Psychologist Examiners
1400 W. Washington, Ste. 235
Phoenix, AZ 85007
Phone: 602-542-8162 Fax: 602-542-8279

PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.

*JONES, SKELTON & HOCHULI, P.L.C.*
ATTORNEYS AT LAW
2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
(602) 263-1777

# FACSIMILE TRANSMITTAL SHEET

DATE: March 26, 2008

TIME: 10:46 AM

FROM: Diane Shaw-Weiland for John M. DiCaro

SENDER'S FAX NO.: (602) 263-1784

NUMBER OF PAGES (INCLUDING TRANSMITTAL SHEET): 2

NAME AND FAX NOS. OF RECIPIENTS: 602-542-8279

Please call and let me know your charges so I can send you a check. Thanks! Diane. 602-263-1777

IF YOU DO NOT RECEIVE ALL OF THE PAGES OR IF YOU RECEIVE THIS IN ERROR, PLEASE CALL (602) 263-1735

☐ ORIGINAL SENT VIA FIRST CLASS MAIL

☐ ORIGINAL NOT MAILED

USER # 9239

FILE # 11060-279

PROCESSED BY: ____________________

PRIVILEGED AND CONFIDENTIAL ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT COMMUNICATIONS

This fax, and any attachment, is confidential and may contain privileged information. This information is intended only for the use of the individual or individuals named above. If you (the reader) are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that you may not review, disseminate, distribute, print, use in any way, copy or disclose to anyone the information contained in this fax. If you have received this in error, please immediately call the originator at 602-263-1700 and destroy this document. Thank you very much.

Pd cash $13.00 #310317

ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS

# REQUEST FOR PUBLIC RECORDS

**Date of request:** 12/26/07 **Name of Psychologist:** Michael B. Bayless, Ph.D

**Requestor*:** Jonathan A. Millet Steven R. Gray, Ed.D.

**Mailing Address:** 315 S. Willard St.

**City, State, Zip Code:** Cottonwood, AZ 86326

**Telephone Number:** (928) 649-8777 ext: ____ **Fax:** (928) 649-8778

**Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.**

**Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| Call the Board Office at (602) 542-8162 to request the number of pages and the total cost of your request. The cost is $0.25 per page. The Board must receive your check or money order before your request can be mailed or picked up. | |

**Please check which records and options you are interested in:**

**LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION**

☒ **COMPLAINT FILE ONLY**
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.)**

Pages = 24 + 28

☐ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.)**

☐ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

**BOARD MEETING RECORDS**

☐ **MINUTES** (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item ____________________

☐ **AUDIOTAPES OR COMPACT DISCS** (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 1 year after the meeting.)

Specify date(s) and/or description of agenda item ____________________

If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.

---

**Forms may be faxed or mailed to:** **AZ State Board of Psychologist Examiners**
**1400 W. Washington, Ste. 235**
**Phoenix, AZ 85007**
**Phone: 602-542-8162 Fax: 602-542-8279**

**PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.**

# REQUEST FOR PUBLIC RECORDS

**Information and Instruction Sheet**

**REQUESTING PARTY: PLEASE READ AND NOTE THE FOLLOWING INFORMATION AND INSTRUCTIONS**

Pursuant to A.R.S. §39-121.03, Laws 1977, Ch. 54 §2 (effective 5/17/77), any person who requests copies, printouts or photographs of public records for commercial purposes must provide a STATEMENT setting forth the commercial purpose for which they will be used.

A person providing a verified statement setting forth the commercial purpose for which the reproduction will be used may be furnished such reproductions at the discretion of the custodian of the records for a charge reflecting the following:

A portion of the cost to the State for obtaining the documents or records to be reproduced.
A reasonable fee covering the cost of time, equipment and personnel in making the reproduction, and
The value of reproduction on the commercial market.

If the custodian of a public record believes that the commercial purpose of a reproduction is a misuse of public records or an abuse of the right to receive them, he or she may refuse a request for reproduction of such record for said commercial purpose and may request the Governor to prohibit the furnishing of reproductions for such commercial purposes by Executive Order. If an Executive Order is not issued within thirty (30) days of the custodian's application, the requesting party will be furnished such reproductions for the commercial purpose set forth in his other verified statement.

"Commercial Purpose" is broadly defined by the Act as "any purpose in which the purchaser can reasonably anticipate the receipt of monetary gain from the direct or indirect use of such public record." A.R.S. §39-121.03E. "Commercial Purpose" includes copies of records for sale or resale and copies of printouts of names and addresses for purposes of solicitation of business.

**IMPORTANT: SUBSECTION D OF A.R.S. §39-121.03 PROVIDES THAT:**

A person who obtains public records for a commercial purpose without indicating the commercial purpose or who obtains a public record for a non-commercial purpose and uses or knowingly allows the use of such public record for a commercial purpose or obtains a public record for a commercial purpose and uses or knowingly allows the use of such public record for a different commercial purpose or obtains a public record from any one other than the custodian of such records and uses them for a commercial purpose shall in addition to other penalties* be liable to the state or the political subdivision from whom the public record was obtained for damages in the amount of three times the actual damages if it can be shown that the public record would not have been provided had the commercial purpose of actual use been stated at the time of obtaining the records.

*The penalty for perjury is a fine of not less than $500 nor more than $5,000, or imprisonment in the State Prison for not less than one nor more than fourteen years, or both.

**SWORN STATEMENT**

I, Jonathan A. Millet, declare that I have read the information and instruction sheet accompanying this form and understand the contents therein. I further declare that the copies or other reproductions of the public records described above and which I have requested are to be used solely for commercial purposes.

If the records are to be used for commercial purposes, specifically state those purposes:

Not for a commercial purpose; for use in litigation (potential expert witness)

I further declare that such copies or reproductions will not be used directly or indirectly for a different purpose other than described above. I further declare under penalty of perjury that the foregoing is correct and true.

[signature] 12/26/07

Name Date

Forms/Request for Public Records
(Revised 02/04)

*Board Members*

*Miki Paul, Ph.D.*
*Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Vice-Chairperson*
*Maryann Santos de Barona, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Megan Hunter-Williams*
*Cheryl L. Karp, Ph.D.*
*Ramona N. Mellott, Ph.D.*
*Fred Wiggins, Ph.D.*

**State of Arizona**
**Board of Psychologist Examiners**

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162
www.psychboard.az.gov

Fax: (602) 542-8279
info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Meghan Hinckley*
*Deputy Director*

*Vicki Fox*
*Investigator*

*Shari Courtnay*
*Administrative Assistant*

September 7, 2007

Brian Kaven, Esq.
Burch & Cracchiolo, P.A.
P. O. Box 16882
Phoenix, AZ 85011

Re: Michael B. Bayless, Ph.D.
License No. 535

Dear Mr. Kaven:

Pursuant to your request dated September 6, 2007, enclosed is a copy of Dr. Bayless' entire public file plus your receipt.

Sincerely,

Shari Courtnay
Administrative Assistant

Enclosures

STATE OF AZ BOARD OF PSYCHOLOGIST EXAMINERS
1400 W. WASHINGTON, SUITE #235
PHOENIX, AZ 85007
**RECEIPT**

DATE 9/7/07 **No.** 310205

RECEIVED FROM Burch & Cracchiolo, P.A. $37.25

Michael Bayless' public file DOLLARS

4372

○ FOR RENT
○ FOR

| ACCOUNT | | |
|---|---|---|
| PAYMENT | 37.25 | |
| BAL. DUE | | |

○ CASH
○ MONEY ORDER
✓ CHECK
○ CREDIT CARD

FROM 41266 TO

BY SC

Adams 1182

BURCH & CRACCHIOLO, P.A.

ATTORNEYS AT LAW

Rec'd ck# 11266
SEP 07 2007
$37.75 sc

DANIEL CRACCHIOLO
BRAD S. OSTROFF
EDWIN C. BULL
DONALD W. LINDHOLM
DANIEL R. MALINSKI
DAVID M. VILLADOLID
JAMES M. STIPE
MICHAEL S. DULBERG
AMY D. HOWLAND
JOEL K. HERIFORD
KEITH A. OLBRICHT
STASY CLICK
M. BRENNAN RAY
BRIAN KAVEN
DARYL MANHART
BRYAN F. MURPHY
CLARE H. ABEL
EDWIN D. FLEMING
THOMAS A. LONGFELLOW
STEVEN M. SERRANO
STEVEN J. LIPPMAN
SUSANNE E. INGOLD
ANTHONY R. INIGUEZ
RICHARD J. BRUMBAUGH
CLARISSA B. REIMAN
R. AARON EDENS
LUPE INIGUEZ
IAN NEALE
ANDREW ABRAHAM
F. MICHAEL CARROLL
RALPH D. HARRIS
THEODORE A. JULIAN, JR.
ERIC J. BISTROW
MITCHELL J. RESNICK
JAKE D. CURTIS
MARTHA C. PATRICK
CARLO MERCALDO
SUSAN G. DANA-KOBEY
MELISSA G. IYER

702 EAST OSBORN ROAD, SUITE 200
PHOENIX, ARIZONA 85014
(602) 274-7611
FAX (602) 234-0341

MAILING ADDRESS
P. O. BOX 16882
PHOENIX, ARIZONA 85011
www.bcattorneys.com

FRANK HAZE BURCH
(1919–2005)

OF COUNSEL
HOWARD C. MEYERS
LARRY G. HADDY
CHARLES J. MUCHMORE

WRITER'S DIRECT LINE

(602) 234-8731

September 6, 2007

Ms. Shari Courtnay
Administrative Assistant
Arizona Board of Psychologist Examiners
1400 West Washington, Suite 235
Phoenix, AZ 85007

**Re: Michael B. Bayless, Ph.D., #535**
**Quote Number PR-07-23**

Dear Ms. Courtnay:

Enclosed please find a Request for Public Records form respecting Michael B. Bayless, license #535. It is our understanding that the entire public file (including board meeting minutes) contains 151 pages at a cost of .25 per page for a total due of $37.75. Our check in this amount is also enclosed.

Please forward true and complete copies of the requested materials to our office at your earliest convenience.

If you have any questions, please call me directly at (602) 234-8731. Thank you for your attention to this request.

Very truly yours,

Paula M. Chapman

Paula Chapman
Paralegal to Brian Kaven
For the Firm

pmc/mw
Enclosures

ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS

SEP 07 2007

# REQUEST FOR PUBLIC RECORDS

Date of request: 9-04-07 Name of Psychologist: Michael Bayless, Ph.D., #535

Requestor*: Brian Kaven, Burch+Cracciolo, PA

Mailing Address: 702 E. Osborn Rd. #200

City, State, Zip Code: Phoenix, AZ 85014

Telephone Number: (602) 234-9904 ext: ______ Fax: (602) 234-0341

Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.

**Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| Call the Board Office at (602) 542-8162 to request the number of pages and the total cost of your request. The cost is $0.25 per page. The Board must receive your check or money order before your request can be mailed or picked up. | PR-07-23 |

**Please check which records and options you are interested in:**

LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION

☐ COMPLAINT FILE ONLY
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.**)

☐ LICENSING FILE ONLY
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.**)

☒ ENTIRE PUBLIC FILE (Includes both of the above, licensure information and complaint information, if any).

BOARD MEETING RECORDS

☒ MINUTES (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item ______________________

☐ AUDIOTAPES OR COMPACT DISCS (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 1 year after the meeting.)

Specify date(s) and/or description of agenda item ______________________

If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.

---

Forms may be faxed or mailed to:

AZ State Board of Psychologist Examiners
1400 W. Washington, Ste. 235
Phoenix, AZ 85007
Phone: 602-542-8162 Fax: 602-542-8279

PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.

*Board Members*

*Miki Paul, Ph.D.*
*Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Vice-Chairperson*
*Maryann Santos de Barona, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Megan Hunter-Williams*
*Cheryl L. Karp, Ph.D.*
*Ramona N. Mellott, Ph.D.*
*Fred Wiggins, Ph.D.*

## *State of Arizona*
## *Board of Psychologist Examiners*

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Meghan Hinckley*
*Deputy Director*

*Vicki Fox*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

September 4, 2007

Robert L. Earle, Esq.
Earle & Associates
Plaza West Mall
P. O. Box 3870
Sedona, AZ 86340

Re: Herbert v. Lumbermens
Case No. CV82005-0189

Dear Mr. Earle:

Today we received from your office another Subpoena Duces Tecum requesting that records regarding Michael B. Bayless, Ph.D. now be provided to Judge Ralph Hess. Those documents are in the mail to Judge Hess.

In addition to the Subpoena, you also submitted a check in the amount of $15.00 which we are returning with this letter as the cost of the records sent to Judge Hess is only $6.00. Please remit a check made payable to the Board of Psychologist Examiners in the amount of $6.00.

If you have any questions, please contact me.

Sincerely,

Maxine McCarthy

Maxine McCarthy
Executive Director

Enclosure: Check - $15.00

EARLE & ASSOCIATES
PH. 928-282-5519
2155 W HWY 89A STE 212
SEDONA, AZ 86336-5470

2300

91-527/1221 2031
0801606120

DATE Aug 30, 2007

PAY TO THE ORDER OF Board of Psychological Examiners $ 15.00

Fifteen & no/100 DOLLARS

Security Features Details on Back.

WELLS FARGO
Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

FOR Wit. Fee/records

STYLE XPP

*Board Members*

*Miki Paul, Ph.D.*
*Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Vice-Chairperson*
*Maryann Santos de Barona, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Megan Hunter-Williams*
*Cheryl L. Karp, Ph.D.*
*Ramona N. Mellott, Ph.D.*
*Fred Wiggins, Ph.D.*

***State of Arizona***
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007
Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Meghan Hinckley*
*Deputy Director*

*Vicki Fox*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

September 4, 2007

Honorable Ralph M. Hess
Yavapai Superior Court
2505 W. Hwy. 260
Camp Verde, AZ 86326

Re: Herbert v. Lumbermens, Inc.
Case No. CV82005-0189

Dear Judge Hess:

Pursuant to a Subpoena Duces Tecum dated August 28, 2007 and served upon me today, September 4, 2007, we are enclosing the following true and correct copies of documents regarding Michael B. Bayless, Ph.D.:

1. Pertinent Pages of Minutes of the following Board Meetings:

| | |
|---|---|
| August 1, 1980 | August 7, 1992 |
| July 23, 1982 | December 4, 1992 |
| November 12, 1982 | December 8-9, 1995 |
| December 6, 1985 | October 5, 2001 |
| February 1, 1991 | April 4, 2003 |
| September 27, 1991 | April 17, 2006 |

2. Dismissal Letters:
   Case No. 03-01 – April 4, 2003
   Case No. 06-08 – April 17, 2006

3. Letters of Concern:
   These letters no longer exist in the Board office as they have been destroyed pursuant to the Board's Retention Schedule. Please refer to Board Minutes dated December 4, 1992 and December 8-9, 1995.

4. Decree of Censure:
   This Board Order no longer exists in the Board office as it has been destroyed pursuant to the Board's Retention Schedule. Please refer to Board minutes dated November 12, 1982.

According to the subpoena, because we have herein provided all documents regarding Dr. Bayless that are not confidential by law, it is our understanding that it will not be necessary for anyone from this office to personally appear before you on September 6, 2007. We have provided an exact copy of these documents to Attorney Robert L. Earle. If you have any questions, please contact me.

Sincerely,

Maxine McCarthy
Executive Director

Enclosures

06-08

*Board Members*

*James J. Cox, Ed.D.*
*Chairperson*
*Miki Paul, Ph.D.*
*Vice-Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Ramona N. Mellott, Ph.D.*
*Byron N. Rimm*
*Maryann Santos de Barona, Ph.D.*
*Fred Wiggins, Ph.D.*

*State of Arizona*
*Board of Psychologist Examiners*

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*Korena Schaaf*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

# REGULAR SESSION MINUTES

*Monday, April 17, 2006*

1400 West Washington
Suite 235
Phoenix, AZ 85007

1. CALL TO ORDER

The regular session of the Arizona State Board of Psychologist Examiners Complaint Screening Committee ("Committee") was called to order by Committee Chairperson Cox at 8:31 a.m. on Monday, April 17, 2006. No Executive Sessions were held.

2. ROLL CALL

**Committee Members Participating By Telephone**
James J. Cox – Committee Chairperson
Melissa Del-Colle
Fred Wiggins, Ph.D.[1]

**Staff Present**
Maxine McCarthy, Executive Director
Marcus Harvey, Deputy Director
Korena Schaaf, Investigator
Shari Courtnay, Administrative Assistant

3. CASE DISCUSSION/DECISION

a) Michael B. Bayless, Ph.D. – RFI No. 06-08
Committee members proceeded to deliberate after which a motion was made by Dr. Wiggins, seconded by Ms. Del-Colle, and unanimously carried (3-0), to dismiss the case because it was without merit.

4. ADJOURNMENT

There being no further business to come before the Board, a motion was made by Dr. Wiggins, seconded by Ms. Del-Colle, and unanimously carried (3-0), to adjourn the meeting at 8:47 a.m.

**Prepared by:**

Marcus Harvey
Deputy Director

**Respectfully submitted,**

James J. Cox, Ed.D.

**James J. Cox, Ed.D.**
**Committee Chairperson**

[1] Present on the call at 8:37 a.m.

03-01

*Board Members*

*David P. Yandell, Ph.D.*
*Chair*
*Maryann Santos de Barona, Ph.D.*
*Vice-Chair*
*Michael J. Rohrbaugh, Ph.D.*
*Secretary*
*Denise M. Bainton, J.D.*
*James J. Cox, Ed.D.*
*Wil R. Counts, Ph.D.*
*Manuel H. Delgado, Jr., J.D.*
*Joseph C. Donaldson*
*Maureen K. Lassen, Ph.D.*

*State of Arizona*
*Board of Psychologist Examiners*

1400 West Washington, Suite 235
Phoenix, Arizona 85007
*Phone: 602-542-8162* *Fax: 602-542-8279*
*E-Mail: info@psychboard.az.gov* *www.psychboard.az.gov*

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*David S. Shapiro*
*Investigator*

*Shari S. Courtnay*
*Admin. Assistant*

# REGULAR SESSION MINUTES

1400 West Washington
Basement Conference Room, #B-1
Phoenix, AZ 85007

*Friday, April 4, 2003*

1. CALL TO ORDER

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Chairperson Yandell at 8:34 a.m. on Friday, April 4, 2003. Three Executive Sessions were 10:42 a.m. to 10:50 a.m., 2:39 p.m. to 2:44 p.m., and from 4:25 p.m. to 4:40 p.m. for the purpose of obtaining confidential legal advice.

2. ROLL CALL

**Board Members Present**
David P. Yandell, Ph.D. - Chairperson
Maryann Santos de Barona, Ph.D. - Vice-Chairperson
Denise M. Bainton, J.D.
Wil R. Counts, Ph.D.
James J. Cox, Ed.D.
Manuel H. Delgado, Jr., J.D.

**Board Members Absent**
Michael J. Rohrbaugh, Ph.D. - Secretary
Maureen K. Lassen, Ph.D.

**Staff Present**
Maxine McCarthy, Executive Director
Marcus Harvey, Deputy Director
David Shapiro, Investigator
Shari Courtnay, Administrative Assistant

**Attorney General's Office**
Nancy J. Beck, J.D.
Assistant Attorney General

3. REMARKS/ANNOUNCEMENTS

Dr. Yandell announced that documentation was available for licensees who wished to receive continuing education credit for attending Board meetings. He also stated that anyone was welcome to complete a Board meeting assessment survey.

4. APPROVAL OF MINUTES

- Regular Session – February 7-8, 2003

A motion was made by Dr. Cox, seconded by Dr. Santos de Barona, and unanimously carried (7-0), to approve the February 7-8, 2003 Regular Session minutes.

would be required to provide the log to her supervisor for signature and submission to the Board with quarterly reports from her supervisor.

7. INFORMAL INTERVIEW – COMPLAINT No. 03-01 – MICHAEL BAYLESS, Ph.D.

Dr. Yandell announced that it was the time and place for the informal interview of Dr. Michael Bayless. Dr. Bayless was present with his attorney, Tracey Westerhausen, J.D., who introduced themselves, as did Board members and Staff. Mr. Donaldson and Drs. Counts and Cox recused themselves. David Shapiro, Board Investigator, summarized the allegations for the Board. Dr. Bayless was sworn in by the court reporter, whose transcript shall serve as the official record of the proceedings. The Complainant was not present and Board members proceeded to interview Dr. Bayless. Dr. Bayless and his attorney then made closing remarks to the Board and Board members proceeded to deliberate. A motion was made by Ms. Bainton, seconded by Mr. Delgado, and unanimously carried (4-0-3), to dismiss the complaint as there was no violation of the Board's statutes or rules.

8. DISCUSSION/DECISION CASE No. 02-55 – RONALD J. LAVIT, Ph.D.

Dr. Yandell explained that Dr. Ronald Lavit was invited to attend an informal interview but declined to attend. No one was present to speak regarding the case, and Board members proceeded to discuss the case. Ms. Bainton made a motion, seconded by Dr. Cox, and unanimously carried (7-0), to move into Executive Session for the purpose of obtaining confidential legal advice.

Upon return to open session, Board members resumed deliberations. A motion was then made by Ms. Bainton, seconded by Dr. Counts, and unanimously carried (7-0), to subpoena Dr. Lavit to an investigative interview conducted by the Board's Investigator, Mr. Shapiro, with the assistance of the Board's Assistant Attorney General, Ms. Beck. The Board also directed Mr. Shapiro to personally interview the Complainant.

9. DISCUSSION/DECISION REGARDING REQUEST TO MODIFY BOARD ORDER – CASE No. 00-17 – ROBERT BRIGGS, Ph.D.

Board members discussed Dr. Robert Briggs' request to terminate his probation early. After deliberations, a motion was made by Ms. Bainton, seconded by Dr. Cox, and unanimously carried (7-0), to deny Dr. Briggs' request to terminate the Board Order, with the acknowledgment that he may discontinue the psychotherapy required by the Board Order.

10. DISCUSSION/DECISION REGARDING CORRESPONDENCE RECEIVED ON FEBRUARY 5, 2003 FROM G.B. REGARDING JOEL GLASSMAN, Ph.D.

Virginia Chaffin had addressed the Board regarding this issue earlier in the day under Call the Public, Agenda Item No. 5(a). Mr. Shapiro reviewed his memo to the Board regarding this case. Board members asked clarifying questions of Mr. Shapiro and proceeded to deliberate. After some discussion, Mr. Donaldson made a motion, seconded by Dr. Cox, and unanimously carried (7-0), to not open an investigation of this case, as the Board had already decided the issues in a previous case (RFI 01-07).

11. DISCUSSION/DECISION REGARDING REQUEST TO RETURN TO ACTIVE STATUS

- Ira Solomon, Ph.D. – Board members considered the request by Dr. Ira Solomon to reinstate his inactive license to active status. Dr. Counts made a motion, seconded by Dr. Cox, and unanimously carried (7-0), to reinstate Dr. Solomon's license to active status.
- Darlene Wood, Ph.D. – Board members next considered the request of Dr. Darlene Wood to reinstate her inactive license to active status. A motion was then made by Dr. Counts, seconded by Mr. Donaldson, and unanimously carried (7-0), to reinstate Dr. Wood's license to active status.



*Board Members*

*Maureen K. Lassen, Ph.D.*
*Chair*
*Gary D. Lovejoy, Ph.D.*
*Vice-Chair*
*Maryann Santos de Barona, Ph.D.*
*Secretary*
*Denise M. Bainton, J.D.*
*Wil R. Counts, Ph.D.*
*Joseph C. Donaldson*
*T.H. Guerin, Jr., J.D.*
*Michael J. Rohrbaugh, Ph.D.*
*David P. Yandell, Ph.D.*

01-21

*State of Arizona*
*Board of Psychologist Examiners*

1400 West Washington, Suite 235
Phoenix, Arizona 85007
*Phone:* 602-542-8162 *Fax:* 602-542-8279
*E-Mail:* info@psychboard.az.gov www.psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Projects Specialist*

*Diane Lucas*
*Administrative Secretary*

*David S. Shapiro*
*Investigator*

# ANNUAL MEETING
# REGULAR SESSION MINUTES
# OCTOBER 5-6, 2001

**1400 West Washington**
**Basement Conference Room, #B-1**
**Phoenix, AZ 85007**

Friday, October 5, 2001

1. CALL TO ORDER

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Chairperson Lassen at 8:50 a.m. on Friday, October 5, 2001. Two Executive Sessions were held on Friday from 9:29 a.m. to 9:44 a.m. and 10:56 a.m. to 11:34 a.m. for the purpose of obtaining confidential legal advice.

2. ROLL CALL

**Board Members Present**
Maureen K. Lassen, Ph.D. - Chairperson
Gary D. Lovejoy, Ph.D. - Vice-Chairperson
Maryann Santos de Barona, Ph.D. - Secretary
Denise M. Bainton, J.D.
Wil R. Counts, Ph.D.
T.H. Guerin, Jr., J.D.*
Michael J. Rohrbaugh, Ph.D.
David P. Yandell, Ph.D.

* Present from 9:20 a.m. to 3:10 p.m.

**Board Members Absent**
Joseph C. Donaldson

**Staff Present**
Maxine McCarthy, Executive Director
Marcus Harvey, Projects Specialist
Diane Lucas, Administrative Secretary
David S. Shapiro, Investigator

**Attorney General's Office**
Nancy J. Beck, J.D., Assistant Attorney General

**Solicitor General's Office**
Victoria Mangiapane, J.D., Assistant Attorney General

3. REMARKS/ANNOUNCEMENTS

Chairperson Lassen announced that documentation was available for licensees who wished to receive continuing education credit for attending Board meetings. She also stated that anyone was welcome to complete a Board meeting assessment survey. She also gave some general information about the order of items on the agenda and the Board's reference binders.

4. APPROVAL OF MINUTES

Denise M. Bainton, J.D.*
Wil R. Counts, Ph.D.
Michael J. Rohrbaugh, Ph.D.
David P. Yandell, Ph.D.

* Present until 3:00 p.m.

Board Members Absent
Joseph C. Donaldson
T.H. Guerin, Jr., J.D.

David S. Shapiro, Investigator

Attorney General's Office
Nancy J. Beck, J.D., Assistant Attorney General

Solicitor General's Office
Victoria Mangiapane, Assistant Attorney General

**6C) This Agenda item was considered under Item No. 13**

**6D) HEARING ON DENIAL OF APPLICATION FOR LICENSURE – Thomas Seymour, Ph.D.**

Dr. Lassen announced that it was the time and place for the license denial hearing of Thomas Seymour, Ph.D. Dr. Seymour was present and introduced himself, and Board members and staff introduced themselves. The Assistant Attorneys General, Nancy Beck, representing the State, and Victoria Mangiapane, representing the Solicitor General's Office, were also introduced. Dr. Lassen explained the procedure for the hearing and Dr. Seymour and Ms. Beck made their opening statements.

Dr. Seymour was sworn in by the court reporter, whose transcript shall serve as the official record of the proceedings. He testified to the Board, and was cross-examined by Ms. Beck. Ms. Beck then called Marcus Harvey, Projects Specialist, as witness for the State. Mr. Harvey was sworn in and examined by Ms. Beck and cross-examined by Dr. Seymour. Dr. Seymour then made a closing statement, followed by a closing statement from Ms. Beck. Board members then proceeded to deliberate. After some discussion, Dr. Yandell made a motion, seconded by Dr. Counts, and unanimously carried to affirm the denial of licensure, adopting as Findings of Fact and Conclusions of Law the same reasons set forth in the Order on Denial of Licensure, minus the deficiency in the biological basis of behavior course, which Dr. Seymour made-up.

**6E) DISCUSSION/DECISION REGARDING INITIAL REVIEW OF REQUESTS FOR INVESTIGATION (RFI)**

RFI 01-21 Lorna G. Cheifetz, Psy.D.
Mr. Shapiro summarized the allegations for the Board. The Complainant was also present and made a statement to the Board. Mr. Walter Cheifetz, representing Dr. Cheifetz, made a statement to the Board on her behalf. Board members then discussed the case, after which the Board's Investigator was directed to get a copy of the Court order in question, and to address the potential issue of bias over relationships with the Dr. Cheifetz's mother and the Complainants parents.

RFI 01-23 Margaret E. Marshall, Ph.D.
Mr. Shapiro summarized the allegations for the Board. The Complainant was also present and made a statement to the Board. Dr. Marshall was not present and Board members proceeded to deliberate. After discussion, a motion was made by Dr. Yandell, seconded by Dr. Rohrbaugh, and unanimously carried (7-0), to dismiss this complaint as there was no violation of the Board's statutes or rules.

RFI 01-24 Michael B. Bayless, Ph.D.
Mr. Shapiro summarized the allegations for the Board. The Complainant was also present and made a statement to the Board. Dr. Bayless was not present and Board members proceeded to deliberate. After discussion, a motion was made by Dr. Rohrbaugh, seconded by Dr. Yandell, and unanimously carried (7-0), to dismiss this complaint as there was no violation of the Board's statutes or rules.

RFI 01-25 Daniel T. Malatesta, Ed.D.
Mr. Shapiro summarized the allegations for the Board. The Complainant was also present and made a statement to the Board. Dr. Malatesta was not present and Board members proceeded to deliberate. After discussion, a motion was made by Dr. Lovejoy, seconded by Dr. Yandell, and unanimously carried (7-0), to dismiss this complaint as there was no violation of the Board's statutes or rules.

RFI 01-26 Daniel T. Malatesta, Ed.D.
Mr. Shapiro summarized the allegations for the Board. R.P., the Complainant in RFI 01-25, also made a statement to



92-24

*State of Arizona*
*Board of Psychologist Examiners*

1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3017

Regular Session Minutes

August 7, 1992
Arizona State Board of Psychologist Examiners
Northern Arizona University
University Student Union
Knoles Avenue, Flagstaff, Arizona

1. CALL TO ORDER

The regular session of the Arizona STate Board of Psychologist Examiners was called to order by Chairman Scritchlow at 8:50 a.m. on August 7, 1992. Executive session was held from 1:45 to 1:55 p.m.; 2:35 to 2:50 p.m.; 3:39 to 4:18 p.m.; 5:00 to 5:15 p.m.; and, 6:05 to 6:15 p.m. for purposes of receiving legal opinions and reviewing investigative matters.

2. ATTENDANCE

Terry L. Scritchlow, Ph.D., Chairman
Richard Morris, Ph.D., Vice-Chairman
David P. Yandell, Ph.D., Secretary
F.G. Bolton, Ph.D., Member
Wil Counts, Ph.D., Member
Francisco Gutierrez, Esq. Member
Rudolf M. Hahnloser, Ph.D., Member
Maxine Ijams, Ph.D., Member

Members Absent

T. Hal Guerin, Esq., Member

Others Present

Michael Harrison, Assistant Attorney General
Barbara Gast, Executive Director
Sydney Ramirez, Administrative Assistant
Visitors (see attached sign-in sheet)

3. APPROVAL OF MINUTES

A motion was made by Dr. Yandell, seconded by Dr. Bolton to accept the June 5, June 6 and June 15 minutes as corrected. Motion passed

arrest warrant enforcement pursued, so this Board is still presented with a final judicial record concldujng that she failed to meet her obligations of child support and that she has been in violation of the Court's prior order to her to make payments, and also in violation of this Board's prior order to be in complaince with the Court's order.

A motion was made by Mr. Gutierrez, seconded by Dr. Yandell, pursuant to A.R.S. §32-3701, the Board of Psychologist Examiners is mandated to suspend the license of Theresa Flores, Ph.D. until such time as she is in complaince with the Court orders. Dr. Scritchlow abstained. Motion carried unanimously.

10. INFORMAL INTERVIEW: 91-33 David Leon Bevett, Ph.D.

Dr. Bevett was not present. A court reporter was present and the transcript becomes the offical record of the proceeding.

A motion was made by Dr. Ijams, seconded by Dr. Bolton, to dismiss the complaint against Dr. Bevett. No violation of the statute was found. Motion passed unanimously.

11. COMPLAINTS/VIOLATIONS/INVESTIGATIONS

92-22 GRAY - was reassigned from Dr. Bolton to Mr. Guerin. Case is ongoing.

92-20 McKEEMAN -a motion was made by Dr. Counts, seconded by Dr. Ijams, to close case since billing discrepancy was corrected and complainant was satisfied. Motion passed unanimously.

92-03, 92-27 COLLIER - was reassigned from Dr. Hahnloser to Dr. Counts. Investigator John DiBacco, Ph.D. would be assisting Dr. Counts. Case is ongoing.

92-17 BARBER -a motion was made by Mr. Gutierrez seconded by Dr. Yandell to close case. Motion passed unanimously.

92-24 BAYLESS - a motion was made by Mr. Gutierrez seconded by Dr. Yandell to close case. Motion passed unanimously.

91-40 LUND - was reassigned from Dr. Hahnloser to Dr. Scritchlow. Dr. Hahnloser would draft a second follow-up letter to Dr. Lund before reassignment.

91-38 MOODY - case was closed in the June 1992 meeting.

91-31 MUNOZ - a motion was made by Dr. Morris, seconded by Mr. Gutierrez, to dismiss the case for insufficient evidence and suggest in letter that be the case. Motion carried unanimously.

92-02 WOODING - A motion was made by Dr. Scritchlow, seconded by Dr. Yandell to close case since the Board had no jurisdiction over allegation. Motion carried unanimously.

*Board Members*

*Maxine N. Ijams, Ph.D.*
*Chair*
*Eugene R. Moan, Ed.D.*
*Vice-Chair*
*Wil R. Counts, Ph.D.*
*Secretary*
*Lisa Gervase-Briney, Esq.*
*T.H. Guerin, Jr., Esq.*
*Maureen K. Lassen, Ph.D.*
*Richard J. Morris, Ph.D.*
*Terry L. Scritchlow, Ph.D.*
*David P. Yandell, Ph.D.*

95-21

*Staff*

*Maxine McCarthy*
*Executive Director*

*State of Arizona*
*Board of Psychologist Examiners*
1400 West Washington, Suite 230
Phoenix, Arizona 85007
602-542-3095

# REGULAR SESSION MINUTES
## December 8-9, 1995

Conference Room 250
1400 West Washington
Phoenix, Arizona 85007

## 1. CALL TO ORDER

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Chairman Ijams, at 8:40 a.m. on December 8, 1995. An Executive session was held from 11:00 a.m. to 11:20 a.m. for the purpose of receiving confidential legal advice.

The regular session of the Arizona Board of Psychologist Examiners was called to order by Chairman Ijams at 8:38 a.m. on December 9, 1995. Executive sessions were held from 8:44 a.m. to 9:03 a.m., 9:04 a.m. to 9:11 a.m., and 3:25 p.m. to 4:50 p.m. for the purpose of receiving confidential legal advice and to review confidential oral exam materials.

## 2. ROLL CALL

December 8, 1995

Board Members Present
Maxine N. Ijams, Ph.D. - Chairman
Eugene R. Moan, Ed.D. - Vice Chair
Wil R. Counts, Ph.D., Secretary
Lisa Gervase-Briney, Esq.
T.H. Guerin, Jr., Esq.
Maureen K. Lassen, Ph.D.
Richard J. Morris, Ph.D
David P. Yandell, Ph.D.

December 9, 1995

Board Members Present
Maxine N. Ijams, Ph.D. - Chairman
Eugene R. Moan, Ed.D. - Vice Chair
Wil. R. Counts, Ph.D., Secretary
Lisa Gervase-Briney, Esq.
T.H. Guerin, Jr., Esq.
Maureen K. Lassen, Ph.D
Richard J. Morris, Ph.D
David P. Yandell, Ph.D.

6.    **DEBORAH BERRY, Ed.D.** - Hearing on Denial of License Application
Dr. Berry was present with counsel, Stephen Myers. A court reporter was present and the transcript serves as the official record of the proceedings. Dr. Moan recused himself from the proceedings as Dr. Berry had been a graduate assistant at N.A.U. while Dr. Moan was in a supervisory capacity. Dr. Ijams turned the proceedings over to Dr. Yandell who gave an overview of the reasons for the Board's denial of Dr. Berry's application. Dr. Yandell stated that the Board would allow Dr. Berry to respond to each reason for denial, which she did.

As to Item No. 1 on the Notice of Hearing, a motion was made by Dr. Yandell, seconded by Dr. Morris, and unanimously carried that Dr. Berry had met the requirements.

As to Item No. 2 on the Notice of Hearing, a motion was made by Dr. Morris, seconded by Dr. Lassen, and unanimously carried that Dr. Berry had met the requirements.

As to Item No. 3 on the Notice of Hearing, a motion was made by Ms. Gervase-Briney, seconded by Dr. Counts, and unanimously carried that Dr. Berry had met the requirements.

At this point, a motion was made by Dr. Morris, seconded by Mr. Guerin and unanimously carried to move into executive session to obtain legal advice as to how to proceed with the matters involving Dr. Berry.

Upon returning to open session, Dr. Yandell summarized by stating that Dr. Berry had met the academic requirements of licensure. He further stated that the allegations of unprofessional conduct which were currently pending against Dr. Berry would be scheduled for a formal administrative hearing at a future date.

7.    **MICHAEL B. BAYLESS, PH.D.** - Complaint Investigation No. 95-21
Dr. Bayless was present, without counsel, for the informal interview. A court reporter was present and the transcript serves as the official record of the proceedings. Dr. Ijams, the Complaint Review Coordinator, questioned Dr. Bayless with regard to the allegations contained in the complaint. Dr. Bayless was then questioned by other Board members. A motion was made by Dr. Ijams, seconded by Dr. Moan and unanimously carried to dismiss the complaint with a letter of concern.

8.    **BOARD MEMBER RETREAT**
Dr. Ijams led the Board in an informal session relating to improving relationships between Board members.



91-4/2

*State of Arizona*
*Board of Psychologist Examiners*

1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3017

REGULAR SESSION MINUTES

December 4, 1992
Arizona State Board of Psychologist Examiners
1645 W. Jefferson - Room 410
Phoenix, Arizona 85007

1. CALL TO ORDER:

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Chairman Scritchlow at 9:10 a.m. on December 4, 1992. Executive Session was held from 9:25 a.m. to 9:50 a.m. and 4:35 to 4:45 p.m. for purposes of receiving legal opinions.

2. ATTENDANCE:

Terry L. Scritchlow, Ph.D., Chairman
Richard Morris, Ph.D., Vice-Chairman
David P. Yandell, Ph.D., Secretary
F. G. Bolton, Ph.D., member
Wil Counts, Ph.D., member
T.H. Guerin, Esq., member
Francisco Gutierrez, Esq., member
Maxine Ijams, Ph.D., member

OTHERS PRESENT:

Michael Harrison, Assistant Attorney General
Barbara Gast, Executive Director
Sydney Ramirez, Administrative Assistant

3. APPROVAL OF LICENSES:

A motion was made by Dr. Bolton, seconded by Mr. Guerin, to acknowledge a passing exam score for the following candidates and issue licenses. Motion carried.

Belan, Andrew P., Ph.D.
Blansett, Thomas, A., Ph.D.
Boliek, Carol A., Ph.D.
Brautigam, William, Ed.D.
Caffrey, Jill T., Ph.D.
Chouinard, Elizabeth, Psy. D.
Cummings, Janet L., Psy. D.
Diamond, Ellen R., Ph.D.

92-03 COLLIER

A motion was made by Dr. Counts, seconded by Mr. Guerin, to close the case. Motion carried unanimously.

92-29 EMERICK  92-39 EMERICK

A motion was made by Mr. Guerin, seconded by Dr. Bolton, to dismiss both cases due to lack of jurisdiction. Motion carried unanimously.

92-43 GALE

A motion was made by Mr. Gutierrez, seconded by Dr. Counts, to dismiss case since complaint was not in the board's jurisdiction and the doctor is not licensed. Motion carried unanimously.

91-12 STEWART

A motion was made by Mr. Gutierrez, seconded by Mr. Guerin, to dismiss the case. Motion carried unanimously.

91-42 BAYLESS

A motion was made by Dr. Ijams, seconded by Mr. Guerin, to issue a letter of concern. Motion carried. Mr. Gutierrez and Dr. Bolton abstained.

92-16 PRENDIVILLE

A motion was made by Dr. Bolton, seconded by Mr. Guerin, to schedule an informal interview. Motion carried. Dr. Morris abstained.

92-25 SCHAUERS

A motion was made by Dr. Morris, seconded by Mr. Guerin, to dismiss the case. Motion carried

92-35 RIALS

A motion was made by Dr. Scritchlow, seconded by Dr. Bolton, to dismiss the case due to withdrawal of complaint by complainant. Motion carried unanimously.

92-11 LAVIT

A motion was made by Dr. Yandell, seconded by Dr. Counts, to dismiss the case. Motion carried unanimously.

92-48 SOLOMON

A motion was made by Dr. Yandell, seconded by Mr. Guerin, to dismiss the case. Motion carried unanimously.



91-36

*State of Arizona*
*Board of Psychologist Examiners*
1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3095

REGULAR SESSION MINUTES

September 27, 1991
1645 W. Jefferson - Room 400
Phoenix, Arizona

1. CALL TO ORDER

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Terry L. Scritchlow, Ph.D., Chairman, at 9:20 a.m. on September 27, 1991.

2. ATTENDANCE

Board Members Present:

Terry L. Scritchlow, Ph.D., Chairman
Wil R. Counts, Ph.D., Secretary
F.G. Bolton, Jr., Ph.D., Member
*Francisco X. Gutierrez, Esq., Member
Rudolph M. Hahnloser, Ph.D., Member
David P. Yandell, Ph.D., Member
Maxine Ijams, Ph.D., Member

*Present until 3:45 p.m.

Board Members Absent:

Mary Ann Lancy, Member
Richard Morris, Ph.D., Member

Others Present:

Michael Harrison, Assistant Attorney General
Peggy C. La Voy, Interim Executive Director
David Shuff

The meeting was called to Order by Dr. Scritchlow at 9:20 a.m. Dr. Scritchlow welcomed Dr. Hahnloser and Dr. Yandell as new members of the Board.

25— 9/27/91

A description a selected testing course directed under the consent agreement was shared by Dr. Spooner. The difference from the previous courses was more focus on administration of test and group testing. Dr. Bolton suggested consistency in training with therapy or evaluation becoming proficient in one area than all. The Consent agreement instructed to take more in the area of testing explained Spooner. Dr. Bolton suggested sending course information to the office where more specific guidelines on Continuing Education credits can be applied. Additionally, Dr. Bolton suggested more thought be given to an emphasis in testing or therapy and the direction of her practice.

7. REHEARING:

89-45 DANIEL ECKSTEIN, Ph.D. - Dr. Eckstein was present and without counsel. Court reporter was present for transcription.

To allow sufficient time to discuss the issues brought forward by Dr. Eckstein, a motion was made by Dr. Counts, seconded by Mr. Gutierrez, for a continuance of the hearing tomorrow, December 7, 1991, at 11:30 a.m. Motion passed unanimously.

8. EXECUTIVE SESSION: 91-38 MOODY

A motion was made by Dr. Bolton, seconded by Dr. Hahnsloser, to go into Executive Session to seek counsel on articles of law. A confidential report from Investigator Rollins was discussed.

Returning from Executive Session, Dr. Ijams moved that comprehensive neuropsychological evaluation testing ( to include social, cognitive, emotional as well as neuropsychological) be scheduled for Dr. Moody with Albert Kaznak, Ph.D. at University of Arizona. Seconded by Dr. Counts and passed unanimously.

A motion was made Dr. Ijams to subpoena Dr. Oommen's client records of Dr. Moody, seconded by Dr. Yandell, and passed unanimously.

10. COMPLAINTS/VIOLATIONS/INVESTIGATIONS:

91-36 BAYLESS - Board action in September 27, 1991, Board meeting closed case.

91-24 BERMAN - Dr. Bolton passed the child custody case to Dr. Hahnloser recently. Dr. Hahnloser made the motion to close case due to lack of substance in the complaint, second by Dr. Yandell. Motion carried unanimously.

92-33 BEVETT- Complaint Coordinator Dr. Ijams moved that an informal interview be scheduled for the February meeting, Dr. Counts seconded. Motion carried unanimously.

89-03 CABANSKI - Board agreed to issue Letter of Concern at the September 27, 1991, Board meeting.



90-38

*State of Arizona*
*Board of Psychologist Examiners*
1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3095

REGULAR SESSION MINUTES

Friday, February 1, 1991

1645 W. Jefferson - Room 400
Phoenix, Arizona 85007

CALL TO ORDER

In the absence of Francisco X. Gutierrez, Chairman, the regular session of the State of Arizona Board of Psychologist Examiners was called to order by Manuel Barrera, Ph.D., Secretary, at 9:20 a.m., on February 1, 1991.

ATTENDANCE

Board Members Present:

*Francisco X. Gutierrez, Esq., Chairman
Manuel Barrera, Jr., Ph.D., Secretary
Mary Ann Lancy, Member
Miquela C. Rivera, Ph.D., Member
Wil R. Counts, Ph.D., Member
F. G. Bolton, Jr., Ph.D., Member
Terry L. Scritchlow, Ph.D., Member

*Present after 9:25 a.m.

Others Present:

Peter D. Kushibab, Assistant Attorney General
Peggy C. La Voy, Executive Director

Michael L. Haley, Ph.D.
Carol Eckstein
David R. Long, M.D.
Betty Kjellberg, AzPA
Charlie Stevens, AzPA
Stephen Thompson, Ed.D.
Tom Lawless, Attorney
Claire Tarte, Ph.D.
Clark Moustakas
Kenneth L. Tucker, Attorney

Mr. Gutierrez welcomed Michael L. Haley, Ph.D., as the new member of the Board who will replace outgoing member, Miquela C. Rivera, Ph.D.

3.  Stephen W. Thompson, Ed.D. - Dr. Thompson was present and was
represented by counsel, Tom Lawless.  The state was represented by Peter D.
Kushibab, Assistant Attorney General.  A Court Reporter was present to
record the testimony, and the transcripts will become the official record
of the proceedings.

Based on the fact that Dr. Thompson had previously been approved to sit for
the Examination in 1984, a motion was made by Dr. Bolton, seconded by Dr.
Counts and passed unanimously, to reverse the Board's prior decision and
allow Dr. Thompson to sit for the Examination for Professional Practice in
Psychology.

          Stephen W. Thompson, Ed.D.                    Approved

4.  Claire J. Tarte, Ph.D. - Dr. Tarte was present with consultant, Dr.
Clark Moustakas.  Peter D. Kushibab, Assistant Attorney General,
represented the state.  A court reporter was present to record the
testimony, and the transcripts will become the official record of the
proceedings.

Dr. Tarte submitted additional information which she perceived to
substantiate her position that her program of studies was the same in 1981
as in 1985, when the Union Institute was accredited.

After hearing testimony from the applicant, having heard argument of the
parties and being fully advised in the premises, a motion was made by Dr.
Bolton and seconded by Dr. Counts to allow Dr. Tarte to sit for the
Examination for Professional Practice in Psychology.  The motion carried
with Dr. Counts, Dr. Bolton, Dr. Rivera and Ms. Lancy voting "yes," and
Drs. Scritchlow and Barrera voting "no."

          Claire J. Tarte, Ph.D.                     Approved

COMPLAINTS/VIOLATIONS/INVESTIGATIONS

90-38 - BAYLESS - Dr. Rivera stated that her investigation found that Dr.
Bayless was within the standards of ethical psychological practice, and
there did not appear to be any violation of the Board's Rules or Statutes;
however, in Dr. Rivera's opinion, Dr. Bayless should be advised that in the
future, he should explain to his clients why a report is not written.

A motion was made by Dr. Rivera, seconded by Dr. Scritchlow and passed
unanimously, to close this file.

90-02 - EMERICK - Dr. Bolton stated he has tried for several months to
obtain answers to his questions from various psychologists regarding the
program Mr. Emerick is conducting.  He stated he has sent specific
questions to be answered and has received no acceptable response from any
of the psychologists involved.

A motion was made by Dr. Bolton, seconded by Dr. Rivera and passed, with
Dr. Scritchlow abstaining, to invoke the Board's subpoena powers, pursuant
to A.R.S. 32-2063, to compel taking depositions or sworn statements from
identified psychologists, prior to the next meeting, and advise them that
failure to comply could result in disciplinary action by the Board.



85-30

*State of Arizona*
*Board of Psychologist Examiners*

1645 W. Jefferson Room 312
Phoenix, AZ 85007
602-255-3095

REGULAR SESSION MINUTES

DECEMBER 6, 1985
1831 W. Jefferson, Palo Verde Room
Phoenix, Arizona 85007

CALL TO ORDER

A regular session of the Arizona State Board of Psychologist Examiners was called to order by Dr. Philip Balch, Chairman, at 9:07 A.M. on December 6, 1985. An Executive Session was held from 9:10 A.M. until 9:50 A.M. for discussion of Personnel matters, confidential matters and legal advice.

ATTENDANCE:

Board Members Present:

Philip Balch, Ph.D., Chairman
Bud Bolton, Ph.D., Secretary
Lorraine Rollins, Ph.D., Member
Mathilda B. Canter, Ph.D., Member
Ruth Pledger, Member
Francisco X. Gutierrez, Esq., Member
*Doris J. Ford, Ph.D., Member

*Absent

Others Present:

#Virginia B. Whitehead, Assistant Attorney General
Peggy C. La Voy, Executive Director

#Present until 10:00 A.M.

Kevin E. Weaver, Ph.D.
Glenn D. Tanita, D.M.H.

MINUTES:

A motion was made by Dr. Canter, seconded by Dr. Rollins and passed unanimously to approve the Minutes of September 6, 1985 Regular and Executive Session Minutes and Minutes of the Telephone Conference September 18, 1985 as submitted.

A motion was made by Dr. Canter, seconded by Dr. Rollins and passed unanimously to accept the Regular Session Minutes of the October 25, 1985 meeting with the addition of the following paragraph:

"EXECUTIVE DIRECTOR POSITION

Members of the Board were requested to consider the reclassification of the Executive Director position to a Grade 19. It was the consensus that this matter should be tabled until the December 6, 1985 meeting."

EXECUTIVE SESSION

A motion was made by Dr. Canter, seconded by Dr. Rollins and passed unanimously to go into Executive Session at 9:10 A.M. The meeting returned to Open Session at 9:50 A.M.

MATTERS FROM EXECUTIVE SESSION:

The following action was taken on matters discussed in Executive Session:

85-30 - BAYLESS - Correspondence from Dr. Bayless, submitted in response to the complaint filed against him, appeared to be satisfactory. A motion was made by Dr. Bolton, seconded by Dr. Canter and passed unanimously to close this file.

The following files remain under investigation; there was no Board action:

85-13 - BECK
85-24 - BEDARD
85-35 - BENCOMO
85-10 - BERNAT
85-37 - BERNAT
85-33 - BOLENTS

85-26 - CHESTNUT - Due to the lack of a rebuttal to Dr. Chestnut's apparently satisfactory response to this complaint, a motion was made by Dr. Rollins, seconded by Dr. Canter and passed unanimously to close this file.

85-41 - DAWSON - A satisfactory response to the complaint and assurance of compliance with Board Laws and Rules were received by the Board office. A motion was made by Dr. Rollins, seconded by Dr. Canter and passed unanimously to close this file.

The following files remain under investigation; there was no Board action:

85-05 - DeWITT
85-34 - EMERICK
85-42 - ENOS
85-44 - ERVIN
85-18 - GEORGE

85-39 - GOLDSTEIN - Assurance of compliance with Board Law and Rules was received from the noncertified counselor. A motion was made by Dr. Rollins, seconded by Ms. Pledger and passed unanimously to close this file.



### State of Arizona
### Board of Psychologist Examiners

82-13

1645 W. Jefferson   Room 312
Phoenix, AZ 85007
602-255-3095
REGULAR SESSION ON
November 12, 1982
1645 W. Jeferson,  Room 310
Phoenix, AZ  85007

A regular session of the Arizona State Board of Psychologist Exam-    CALL TO ORDER
iners was called to order by Elaine Silver, Chairperson, at 9:10a.m.
    ATTENDANCE

Board Members Present:
    Elaine Silver, Chairperson
    Mathilda B. Canter, Ph.D., Secretary
    Michael B. Bayless, Ph.D., Member
    James R. Fredrick, Ed.D., Member
    Philip Balch, Ph.D., Member
    Ruth Pledger, Member
Office Staff:
    Sharla Lee, Office Secretary
Attorney General Office:
    Charles Buri, Asst. Atty. Gen.
Guests:
    Dr. Claire Tarte
    Dr. Sheila Friedeman
    Dr. Robert Ganster
    Mrs. Lynn Ganster
    Dr. Thomas Cornille
    Dr. Robert Atilano

The regular session was recessed on a motion made by Dr. Fredrick    RECESS
and seconded by Mrs. Pledger to go into executive session.  Carried.

The regular session was reconvened at 10:25a.m. by the Chairperson,    CALL TO ORDER
Mrs. Silver.

82-13  BAYLESS- ███████████  In order to bring into compliance the    HEARING
Board's censure action against Dr. Bayless, taken in July 1982, Dr.
Canter moved that, if Dr. Bayelss is amenable, the original letter
of censure be rescinded; that the grounds for the censure be amended
to refer to §32-2081, 5.b. rather than to the Georgia law and the
APA code of ethics; and that a censure be issued by means of a let-
ter.  The motion was seconded by Dr. Fredrick, agreed  to by Dr.
Bayless, and carried by the Board.  A letter from the Georgia Board
inquiring about whether Board censure is a matter of public record
is to be answered by Dr. Fredrick in the affirmative.

School accreadiation issue  Dr. Canter reported on responses rec-    CORRESPONDENCE
eived from AASPB and the 6 regional accrediting bodies contacted
relating to her inquiry regarding retroactive applications of
school accreditation.  AASP3 does not have an official policy on
this matter.  The opinions of the various accrediting agencies
░░░░░░░░░░  Dr. Sheila Friedeman indicated that she had received



82-13

*State of Arizona*
*Board of Psychologist Examiners*

1645 W. Jefferson Room 312
Phoenix, AZ 85007
602-255-3095

REGULAR SESSION
July 23, 1982
1645 W. Jefferson Rm. 312
Phoenix, AZ 85007

CALL TO ORDER

A regular session of the AZ. State Board of Psychologist Examiners was called to order by Elaine Silver, chairperson, at 9:10 a.m.

ATTENDANCE

Board Members Present:
- Elaine Silver, chairperson
- Mathilda B. Canter, Ph.D., secretary
- Judson R. Finley, Ph.D.
- Michael B. Bayless, Ph.D.
- James R. Fredrick, Ed.D.
- Ruth A. Pledger

Office Staff:
- Sharla Lee

Attorney General's Office:
- Charles Buri

Guests:
- Carole Kann
- Ralph Stewart, Ph.D.
- J. Stanley Edwards, Atty.
- Naomi Harward
- Herman Lindeman, Ph.D.

REGULAR MINUTES OF MAY 21, 1982

The rough draft of the minutes of the 5-21-82 regular session were reviewed. In addition to typographical errors, the following corrections were made: Page 2 paragraph 6 was amended to read that Dr. Ronald Pool would be requested to complete the questionnaire sent to the Board relating to the APA Task Force on Education and Credentialling pilot project in which the Board had agreed to participate. On page 2, under the AASPB heading content should reflect that Dr. Canter would check with Charles Buri regarding the legal basis for this requirement. The heading should read Maricopa Psychological Society (MSP) rather than AASPB, since it was the response of the MSP to the Board ruling which prompted Dr. Canter's concern.

MINUTES APPROVED

Approval of the minutes as corrected was moved by Dr. Finley, seconded by Mrs. Pledger, and carried by the Board

COMPLAINT PROCEDURE CLARIFICATION

Mrs. Pledger requested clarification from the Board regarding possible role conflict for a Board member who is approached by a consumer, listens to a complaint and suggests that one be filed. After discussion, it was agreed that a Board member who is involved with a complaint in that way does not have to abstain from participation in the adjudication of that complaint, as long as the contact was not of a investigative nature.

will write explaining that her request is being denied for reasons of test security, and informing her of the new feedback available via PES in regard to test performance according to roles.

GOLDBERG

A request from Dr. Kenneth J. Goldberg for permission to review the EPPP he took was discussed. Dr. Canter will respond to Dr. Gottlieb.

INFORMAL HEARING, STEWART

Dr. Ralph Stewart and his attorney, J. Stanley Edwards, addressed the Board informally in relation to complaints 81-21, 81-23, and 81-30. Regarding 81-21, Dr. Stewart denied any coercion of Mrs. Kann, expressed his concern regarding her need for theraputic assistance, and told of the unsuccessful efforts of his office to obtain the name of Mrs. Kanns insurance company and her policy number. He stated that he had given her the measure of time due her, and had billed her for the full fee since she had not provided the insurance data requested. He admitted that he had not actually established a fee at the initial interview.

Regarding 81-23, Dr. Stewart indicated that the financial arrangements between him and this patient were clear and uncontested, and that in error Mr. Duquette had received the insurance check which had been assigned to Dr. Stewart, and refused to return it.

Regarding 81-30, Dr. Stewart in answer to questioning explained that he had not sent the copies of the bill requested earlier by the Board, because he realized that these bills were not Mrs. Ptacek's, but were rather addressed to her husband who had not complained regarding them. He denied any breach of confidentiality.

ADJOURNMENT FOR EXECUTIVE SESSION

Mrs. Silver adjourned the Regular Session to return to Executive Session on motion by Dr. Fredrick, second by Dr. Bayless and carried.

CALL TO ORDER

The regular meeting of the Board was called to order again by Mrs. silver at 1:00 p.m.

INFORMAL HEARING BAYLESS

Dr. Bayless addressed the Board informally in relation to complaint number 82-13. He presented the circumstances surrounding the complaint received, taking responsibility for breaching confidentiality and unknowingly violating the Georgia statute by seeing a client there without being licensed by that state. He explained that he had spoken freely about his client the night before he was supposed to testify, being under the impression that because the clients lawyer was present, it was acceptable to speak up. He did express distress at having been misquoted in the newspapers, and communicated to the Board the extreme pressure he was under during the time that he was involved in the Atlantic case.

INFORMAL HEARING LINDEMAN

Dr. Herman Lindeman requested time with the Board to receive guidance regarding proper procedures for a certified psychologist who might wish to establish percentage fee arrangements with other health care professionals. Dr. Lindeman's primary focus was on situations in which the certified psychologist would have another independent practitioner use his or her office space and facilities, and see patients referred by the certified psychologist. Discussion of the issues resulted in Board consensus that in such instances a capitation fee or percentage arrangement would be appropriate if it did not exceed the costs of services and space provided. Implicit here is the point



80 - 18

*State of Arizona*
*Board of Psychologist Examiners*

1645 W. Jefferson Room 418
Phoenix, AZ 85007

Institute for Human Development
Northern Arizona University
Flagstaff, Arizona
Regular Meeting
August 1, 1980

MEMBERS PRESENT: Dr. Ronald H. Pool, Chairman
Dr. Judson R. Finley, Secretary
Dr. Mathilda B. Canter
Dr. Michael Bayless
Ms. Ruth Pledger
Ms. Elaine Silver

STAFF: Charles Buri, Assistant Attorney General

GUESTS; Dr. Ronald Bricker
Mr. Morris Miller
Dr. Gary Davisson

Dr. Pool called the meeting to order at 1:00 p.m. Dr. Finley moved the minutes of the last meeting be accepted as corrected. Motion carried. The agenda was reviewed and additions noted and approved by the Board. Dr. Pool called an executive session at 1:35 p.m.

Regular Session resumed at 5:35 p.m.

Items from Executive Session

#4 [redacted] - Baron
Dr. Canter moved Mr. Buri send a cease and desist letter to Baron and we hold off further action until we receive his response. Motion carried.

#6 [redacted] - Bricker
Dr. Bayless moved the case again be closed, and that Mr. Buri review the file prior to it becoming open to the public. Motion carried.

#9 [redacted] - Keogh/Davisson
Dr. Canter moved the case be closed and a letter be sent to Mrs. Finch, complimenting her for bringing this to the Board's attention. Motion carried.

#11 [redacted]
Dr. Finley moved Dr. Pool write the Department of Corrections, Dr. John Wright, and we await a report on their investigation. Motion carried.

#12 [redacted]
Dr. Canter moved the Board hold it open to review the investigative report. Motion carried.

#14 Tina Singer
Dr. Bayless moved the case be closed. Motion carried

#16 Hardy - Bernat
Dr. Canter moved we refer Mr. Hardy to the City of Tucson for clarification of Dr. Bernat having to have a business license; and that this complaint be closed; and that we ask Dr. Bernat to attend soon a Board meeting to discuss the several professional practice issues that have come to the Board's attention. Motion carried.

#18 [redacted] - Bayless
Dr. Canter moved this case be closed as not being substantiated by the evidence. Motion carried. (Dr. Bayless abstaining.)

#19 [redacted] - Bayless
Dr. Canter moved the case be closed as Dr. Bayless had adequately resolved the matter. Motion carried. (Dr. Bayless abstaining).

#20 University of Humanistic Studies
Dr. Finley moved the case be closed as it was referred to The Financial Fraud Division of the Attorney General's Office. Motion carried.

#21 [redacted] vs. Johnson
Dr. Canter moved Dr. Bayless review and evaluate the complaint and Dr. Pool seek a response from Dr. Johnson. Motion carried.

#22 [redacted] - Pickering
Dr. Canter moved Dr. Pool request a reply from Dr. Pickering. Motion carried.

#23 [redacted] - Lippin
Dr. Canter moved this be closed as not in the Board's jurisdiction. Motion carried.

#24 [redacted] (Bopex - DHS
Dr. Bayless moved Dr. Finley write to verify that this matter has been resolved. Motion carried.

#25 [redacted] - Gurgevich, etc.
Dr. Bayless moved this be closed as not in the Board's jurisdiction. Motion carried.

#26 META Program
Dr. Canter moved Dr. Finley write them to determine whether this case has been resolved satisfactorily. Motion carried.

#27 [redacted] - Pickering
Dr. Canter moved this be pursued by getting a response from Dr. Pickering. Motion carried.

Executive Session
Dr. Bayless moved the Board hold an executive session to discuss complaints at the beginning of the September meeting. Motion carried. Meeting adjourned 6:10 p.m.

Judson R. Finley, Ph.D. Secretary

Ronald H. Pool, Ph.D., Chairman

*Board Members*

*James J. Cox, Ed.D.*
*Chairperson*
*Miki Paul, Ph.D.*
*Vice-Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Ramona N. Mellott, Ph.D.*
*Byron N. Rimm*
*Maryann Santos de Barona, Ph.D.*
*Fred Wiggins, Ph.D.*

**State of Arizona**
**Board of Psychologist Examiners**

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*Korena Schaaf*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

April 17, 2006

RECEIVED

MAR 2 1 2007

AZ PSYCHOLOGY BOARD

Michael B. Bayless, Ph.D.
3620 N. 3rd Street
Phoenix, AZ 85012

Re: RFI No. 06-08

Dear Dr. Bayless:

At its meeting of April 17, 2006, the Complaint Screening Committee ("Committee") of the Board of Psychologist Examiners reviewed and discussed the above-referenced case. After thorough consideration, the Committee voted to dismiss this matter.

Please be advised that pursuant to A.R.S. § 32-2081(D)(1), complaints dismissed by the Committee shall not be disclosed in response to a telephone inquiry or placed on the Board's website.

An audio CD of the Board's discussion regarding this case may be obtained by sending a written request to the Board along with a check in the amount of $10.00 made payable to the Board of Psychologist Examiners.

On behalf of the Board of Psychologist Examiners, please accept my appreciation for your cooperation in this matter.

Sincerely,

Maxine McCarthy

Maxine McCarthy
Executive Director

ok/MM
3/21/07



*Board Members*

*David P. Yandell, Ph.D.*
*Chairperson*
*Maryann Santos de Barona, Ph.D.*
*Vice-Chairperson*
*Michael J. Rohrbaugh, Ph.D.*
*Secretary*
*Denise M. Bainton, J.D.*
*Wil R. Counts, Ph.D.*
*James J. Cox, Ed.D.*
*Manuel H. Delgado, Jr., J.D.*
*Joseph C. Donaldson*
*Maureen K. Lassen, Ph.D.*

*State of Arizona*
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*David S. Shapiro*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

April 4, 2003

Michael B. Bayless, Ph.D.
3008 N. 3rd Street, Ste 200
Phoenix, AZ 85012-3041

Re: Complaint No. 03-01

Dear Dr. Bayless:

At its meeting of April 4, 2003, the Board of Psychologist Examiners conducted an informal interview, which you attended, and discussed the above-referenced complaint. After thorough consideration, the Board voted to dismiss the complaint and take no further action, as there was no violation of the Board's statutes or rules.

On behalf of the Board of Psychologist Examiners, please accept my appreciation for your cooperation in this matter.

Sincerely,

Maxine McCarthy

Maxine McCarthy
Executive Director

MM/sc

cc: Tracey Westerhausen, Esq.

RECEIVED
Recd 8/25 am SC
SEP 04 2007
AZ PSYCHOLOGY BOARD

LAW OFFICES OF
EARLE & ASSOCIATES
P. O. Box 3870 Telephone: (928)282-5519
Sedona, Arizona 86340 Fax: (928)282-5977

Robert L. Earle - #13134

Attorney for Plaintiff

SUPERIOR COURT OF THE STATE OF ARIZONA
FOR THE COUNTY OF YAVAPAI

**JAMES HERBERT,**

**Plaintiff,**

**v.**

**LUMBERMENS, INC., a foreign corporation authorized to do business in the State of Arizona, LANOGA CORPORATION, a foreign corporation, ERON PRINZA and JANE DOE PRINZA, husband and wife, and JOHN DOES 1-20,**

**Defendants.**

**No. CV82005-0189**

**SUBPOENA DUCES TECUM FOR TRIAL**

STATE OF ARIZONA TO: Records Custodian
State of Arizona
Board of Psychological Examiners
1400 West Washington, Room 235
Phoenix, AZ 85007
(602) 542-8161

YOU ARE COMMANDED to appear on **September 6, 2007, at 9:00 a.m.**, and produce the documents listed on Exhibit "A" attached hereto at the place specified below:

BEFORE WHOM APPEARANCE TO BE MADE: **Honorable Ralph M. Hess, 2505 W. Hwy. 260, Camp Verde, AZ 86326.**

You have been subpoenaed by Plaintiff, whose attorney's name, address and telephone number is:

Robert L. Earle
EARLE & ASSOCIATES
2155 West Highway 89A, Suite 212
Sedona, Arizona 86336
(928) 282-5519

YOU ARE HEREBY NOTIFIED THAT ANY FAILURE TO OBEY THIS SUBPOENA WITHOUT ADEQUATE EXCUSE MAY BE DEEMED A CONTEMPT OF THIS COURT, AND A CIVIL ARREST WARRANT MAY BE ISSUED. A CIVIL ARREST IS AN ORDER DIRECTING ANY POLICE OFFICER IN ARIZONA TO ARREST YOU AND BRING YOU BEFORE THIS COURT FOR FUTURE PROCEEDINGS.

SIGNED on this AUG 2 8 2007 day of August, 2007.

JEANNE HICKS
STACIE POOLE

By: ______________________
Clerk of Superior Court

Your Duties In Responding To This Subpoena

You have the duty to produce the documents requested as they are kept by you in the usual course of business, or you may organize the documents and label them to correspond with the categories set forth in this subpoena. See Rule 45(d)(1) of the Arizona Rules of Civil Procedure.

If this subpoena asks you to produce and permit inspection and copying of designated books, papers, documents, tangible things, or the inspection of premises, you need not appear to produce the items unless the subpoena states that you must appear for a deposition, hearing or trial. See Rule 45(c)(2)(A) of the Arizona Rules of Civil Procedure.

Your Right To Object

The party or attorney serving the subpoena has a duty to take reasonable steps to avoid imposing an undue burden or expense on you. The Superior Court enforces this duty and may impose sanctions upon the party or attorney serving the subpoena if this duty is breached. See rule 45(c)(1) of the Arizona Rules of Civil Procedure.

You may object to this subpoena if you feel that you should not be required to respond to the request(s) made. Any objection to this subpoena must be made within 14 days after it is served upon you, or before the time specified for compliance, by providing a written objection to the party or attorney serving the subpoena. See rule 45(c)(2)(B) of the Arizona Rules of Civil Procedure.

If you object because you claim the information requested is privileged or subject to protection as trial preparation material, you must express the objection clearly, and support each objection with a description of the nature of the document, communication or item not produced so that the demanding party can contest the claim. See Rule 45(d)(2) of the Arizona Rules of Civil Procedure.

If you object to the subpoena in writing you do not need to comply with the subpoena until a court orders you to do so. It will be up to the party or attorney serving the subpoena to seek an order from the court to compel you to provide the documents or inspection requested, after providing notice to you. See Rule 45(c)(x)(B) of the Arizona Rules of Civil Procedure.

If you are not a party to the litigation, or an officer of a party, the court will issue an order to protect you from any significant expense resulting from the inspection and copying commanded. See Rule 45(c)(2)(B) of the Arizona Rules of Civil Procedure.

You also may file a motion in the superior court of the county in which the case is pending to quash or modify the subpoena if the subpoena:

(i) does not provide a reasonable time for compliance;

(ii) requires a non-party or officer of a party to travel to a county different from the county where the person resides or does business in person; or to travel to a county different from where the subpoena was served; or to travel to a place farther than 40 miles from the place of service; or to travel to a place different from any other convenient place fixed by an order of a court, except that a subpoena for you to appear and testify at trial can command you to travel from any place within the state;

(iii) requires the disclosure of privileged or protected information and no waiver or exception applies; or

(iv) subjects you to an undue burden. See Rule 45(c)(3)(A) of the Arizona Rules of Civil Procedure.

If this subpoena:

(i) requires disclosure of a trade secret or other confidential research, development, or commercial trade information; or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or

(iii) requires a person who is not a party or an officer of a party to incur substantial

travel expense;

The court may either quash or modify the subpoena, or the court may order you to appear or produce documents only upon specified conditions, if the party who served the subpoena shows a substantial need for the testimony or material than cannot be otherwise met without undue hardship and assures that you will be reasonably compensated. See Rule 45(c)(3)(B) of the Arizona Rules of Civil Procedure.

Exhibit A

1. Copies of any and all Complaints filed against Michael B. Bayless, Ph.D., such as Board orders, dismissal letters, letters of concern and the underlying Complaint, and minutes of Board meetings.

**You may mail the documents to the Court by 9/6/07, in lieu of appearance.**

*Board Members*

*Miki Paul, Ph.D.*
*Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Vice-Chairperson*
*Maryann Santos de Barona, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Megan Hunter-Williams*
*Cheryl L. Karp, Ph.D.*
*Ramona N. Mellott, Ph.D.*
*Fred Wiggins, Ph.D.*

***State of Arizona***
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Meghan Hinckley*
*Deputy Director*

*Vicki Fox*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

September 4, 2007

FAXED TO:
(928) 282-5977

Robert L. Earle, Esq.
Earle & Associates
Plaza West Mall
2155 W. Hwy. 89A, Suite 212
Sedona, AZ 86336

Re: Herbert v. Lumbermens, Inc.
Case No. CV82005-0189

Dear Mr. Earle:

I noted that in my letter to you dated August 29, 2007, enclosing the documents you subpoenaed regarding Dr. Michael Bayless, there was a typographical error on one of the case numbers in Item No. 2 – Dismissal Letters. Item No. 2 should read as follows:

2. Dismissal Letters:
   Case No. 03-01 – April 4, 2003
   **Case No. 06-08 – April 17, 2006**

I apologize for any confusion this may have caused.

Sincerely,

Maxine McCarthy

Maxine McCarthy
Executive Director

TRANSMISSION VERIFICATION REPORT

TIME : 09/04/2007 13:20
NAME : AZ BOARD PSY EXAM
FAX : 602-542-8279
TEL :
SER.# : BROC3J218652

| | |
|---|---|
| DATE,TIME | 09/04 13:20 |
| FAX NO./NAME | 819282825977 |
| DURATION | 00:00:36 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

*Board Members*

*Miki Paul, Ph.D.*
*Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Vice-Chairperson*
*Maryann Santos de Barona, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Megan Hunter-Williams*
*Cheryl L. Karp, Ph.D.*
*Ramona N. Mellott, Ph.D.*
*Fred Wiggins, Ph.D.*

***State of Arizona***
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007
Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Meghan Hinckley*
*Deputy Director*

*Vicki Fox*
*Investigator*

*Shari Courtney*
*Administrative Assistant*

## Fax Transmission

| | |
|---|---|
| **To:** Robert L. Earle, Esq.<br>Earle & Associates | **From:** Maxine McCarthy<br>Executive Director |
| **Date:** September 4, 2007 | **Fax #** (928) 282-5977 |

Number of pages, including this cover sheet: 2

**Subject:** Herbert v. Lumbermens, Inc.
Case No. CV82005-0189

**COMMENTS:** Correction of typographical error in letter dated August 29, 2007

*Board Members*

*Miki Paul, Ph.D.*
*Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Vice-Chairperson*
*Maryann Santos de Barona, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Megan Hunter-Williams*
*Cheryl L. Karp, Ph.D.*
*Ramona N. Mellott, Ph.D.*
*Fred Wiggins, Ph.D.*

**State of Arizona**
**Board of Psychologist Examiners**

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Meghan Hinckley*
*Deputy Director*

*Vicki Fox*
*Investigator*

*Shari Courtnay*
*Administrative Assistant*

# Fax Transmission

| **To:** Robert L. Earle, Esq.<br>Earle & Associates | **From:** Maxine McCarthy<br>Executive Director |
|---|---|
| **Date:** September 4, 2007 | **Fax #** (928) 282-5977 |

Number of pages, including this cover sheet: 2

**Subject:** Herbert v. Lumbermens, Inc.
Case No. CV82005-0189

**COMMENTS:** Correction of typographical error in letter dated August 29, 2007

*PLEASE NOTIFY SENDER IF ALL PAGES ARE NOT RECEIVED*

The information contained in this facsimile message is privileged and confidential, intended only for the use of specific individual(s) and/or entities. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us by phone, and return the original message to us at the address above via US mail. Thank you.

*Board Members*

*Miki Paul, Ph.D.*
*Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Vice-Chairperson*
*Maryann Santos de Barona, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Megan Hunter-Williams*
*Cheryl L. Karp, Ph.D.*
*Ramona N. Mellott, Ph.D.*
*Fred Wiggins, Ph.D.*

***State of Arizona***
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Meghan Hinckley*
*Deputy Director*

*Vicki Fox*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

August 29, 2007

Regular U.S. Mail &
Faxed to:
(928) 282-5977

Robert L. Earle, Esq.
Earle & Associates
Plaza West Mall
P. O. Box 3870
Sedona, AZ 86340

Re: Herbert v. Lumbermens
Case No. CV82005-0189

Dear Mr. Earle:

This letter responds to your letter and Subpoena Duces Tecum dated August 24, 2007 regarding the Board's licensee, Michael B. Bayless, Ph.D. Enclosed herein is a receipt for the $6.00 check which you submitted with your letter.

In response to your Subpoena Duces Tecum, we are enclosing the following documents:

1. Pertinent Pages of Minutes of the following Board Meetings:

| | |
|---|---|
| August 1, 1980 | August 7, 1992 |
| July 23, 1982 | December 4, 1992 |
| November 12, 1982 | December 8-9, 1995 |
| December 6, 1985 | October 5, 2001 |
| February 1, 1991 | April 4, 2003 |
| September 27, 1991 | April 17, 2006 |

2. Dismissal Letters:
   Case No. 03-01 – April 4, 2003
   Case No. ~~03-01~~ 06-08 – April 17, 2006

↘ Corrected in letter to Mr. Earle on 9/4/07

3. Letters of Concern:
   These letters no longer exist in the Board office as they have been destroyed pursuant to the Board's Retention Schedule. Please refer to Board Minutes dated December 4, 1992 and December 8-9, 1995.

4. Decree of Censure:
   This Board Order no longer exists in the Board office as it has been destroyed pursuant to the Board's Retention Schedule. Please refer to Board minutes dated November 12, 1982.

Because we have provided all documents which are not confidential by law, it is our understanding that it will not be necessary for anyone to appear August 31, 2007 in Sedona, Arizona.

If you have any questions, please contact me.

Sincerely,

Maxine McCarthy

Maxine McCarthy
Executive Director

MM/sc

Enclosures

STATE OF AZ. BOARD OF PSYCHOLOGIST EXAMINERS
1400 W. WASHINGTON, SUITE #235
PHOENIX, ARIZONA 85007

# RECEIPT

DATE 8/29/07 No. 601096

RECEIVED FROM Earle & Associates $6.00

copy of complaint section of public file DOLLARS

4372

FOR RENT

FOR

| ACCOUNT | | |
|---|---|---|
| PAYMENT | 6 | — |
| BAL. DUE | | |

CASH

CHECK

MONEY ORDER

FROM 2296 TO

BY SC

adams 1182

06-08

*Board Members*

*James J. Cox, Ed.D.*
*Chairperson*
*Miki Paul, Ph.D.*
*Vice-Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Ramona N. Mellott, Ph.D.*
*Byron N. Rimm*
*Maryann Santos de Barona, Ph.D.*
*Fred Wiggins, Ph.D.*

*State of Arizona*
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*Korena Schaaf*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

# REGULAR SESSION MINUTES

*Monday, April 17, 2006*

1400 West Washington
Suite 235
Phoenix, AZ 85007

1. **CALL TO ORDER**

The regular session of the Arizona State Board of Psychologist Examiners Complaint Screening Committee ("Committee") was called to order by Committee Chairperson Cox at 8:31 a.m. on Monday, April 17, 2006. No Executive Sessions were held.

2. **ROLL CALL**

**Committee Members Participating By Telephone**
James J. Cox – Committee Chairperson
Melissa Del-Colle
Fred Wiggins, Ph.D.[1]

**Staff Present**
Maxine McCarthy, Executive Director
Marcus Harvey, Deputy Director
Korena Schaaf, Investigator
Shari Courtnay, Administrative Assistant

3. **CASE DISCUSSION/DECISION**

a) Michael B. Bayless, Ph.D. – RFI No. 06-08
Committee members proceeded to deliberate after which a motion was made by Dr. Wiggins, seconded by Ms. Del-Colle, and unanimously carried (3-0), to dismiss the case because it was without merit.

4. **ADJOURNMENT**

There being no further business to come before the Board, a motion was made by Dr. Wiggins, seconded by Ms. Del-Colle, and unanimously carried (3-0), to adjourn the meeting at 8:47 a.m.

**Prepared by:**

**Marcus Harvey**
**Deputy Director**

**Respectfully submitted,**

James J Cox, EdD

**James J. Cox, Ed.D.**
**Committee Chairperson**

[1] Present on the call at 8:37 a.m.

03 - 01

*Board Members*

*David P. Yandell, Ph.D.*
*Chair*
*Maryann Santos de Barona, Ph.D.*
*Vice-Chair*
*Michael J. Rohrbaugh, Ph.D.*
*Secretary*
*Denise M. Bainton, J.D.*
*James J. Cox, Ed.D.*
*Wil R. Counts, Ph.D.*
*Manuel H. Delgado, Jr., J.D.*
*Joseph C. Donaldson*
*Maureen K. Lassen, Ph.D.*

*State of Arizona*
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007
*Phone: 602-542-8162* *Fax: 602-542-8279*
*E-Mail: info@psychboard.az.gov* *www.psychboard.az.gov*

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*David S. Shapiro*
*Investigator*

*Shari S. Courtnay*
*Admin. Assistant*

# REGULAR SESSION MINUTES

1400 West Washington
Basement Conference Room, #B-1
Phoenix, AZ 85007

***Friday, April 4, 2003***

1. CALL TO ORDER

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Chairperson Yandell at 8:34 a.m. on Friday, April 4, 2003. Three Executive Sessions were 10:42 a.m. to 10:50 a.m., 2:39 p.m. to 2:44 p.m., and from 4:25 p.m. to 4:40 p.m. for the purpose of obtaining confidential legal advice.

2. ROLL CALL

<u>Board Members Present</u>
David P. Yandell, Ph.D. - Chairperson
Maryann Santos de Barona, Ph.D. - Vice-Chairperson
Denise M. Bainton, J.D.
Wil R. Counts, Ph.D.
James J. Cox, Ed.D.
Manuel H. Delgado, Jr., J.D.

<u>Board Members Absent</u>
Michael J. Rohrbaugh, Ph.D. - Secretary
Maureen K. Lassen, Ph.D.

<u>Staff Present</u>
Maxine McCarthy, Executive Director
Marcus Harvey, Deputy Director
David Shapiro, Investigator
Shari Courtnay, Administrative Assistant

<u>Attorney General's Office</u>
Nancy J. Beck, J.D.
Assistant Attorney General

3. REMARKS/ANNOUNCEMENTS

Dr. Yandell announced that documentation was available for licensees who wished to receive continuing education credit for attending Board meetings. He also stated that anyone was welcome to complete a Board meeting assessment survey.

4. APPROVAL OF MINUTES

- Regular Session – February 7-8, 2003

A motion was made by Dr. Cox, seconded by Dr. Santos de Barona, and unanimously carried (7-0), to approve the February 7-8, 2003 Regular Session minutes.

would be required to provide the log to her supervisor for signature and submission to the Board with quarterly reports from her supervisor.

7.   **INFORMAL INTERVIEW – COMPLAINT No. 03-01 – MICHAEL BAYLESS, Ph.D.**

Dr. Yandell announced that it was the time and place for the informal interview of Dr. Michael Bayless. Dr. Bayless was present with his attorney, Tracey Westerhausen, J.D., who introduced themselves, as did Board members and Staff. Mr. Donaldson and Drs. Counts and Cox recused themselves. David Shapiro, Board Investigator, summarized the allegations for the Board. Dr. Bayless was sworn in by the court reporter, whose transcript shall serve as the official record of the proceedings. The Complainant was not present and Board members proceeded to interview Dr. Bayless. Dr. Bayless and his attorney then made closing remarks to the Board and Board members proceeded to deliberate. A motion was made by Ms. Bainton, seconded by Mr. Delgado, and unanimously carried (4-0-3), to dismiss the complaint as there was no violation of the Board's statutes or rules.

8.   **DISCUSSION/DECISION CASE No. 02-55 – RONALD J. LAVIT, Ph.D.**

Dr. Yandell explained that Dr. Ronald Lavit was invited to attend an informal interview but declined to attend. No one was present to speak regarding the case, and Board members proceeded to discuss the case. Ms. Bainton made a motion, seconded by Dr. Cox, and unanimously carried (7-0), to move into Executive Session for the purpose of obtaining confidential legal advice.

Upon return to open session, Board members resumed deliberations. A motion was then made by Ms. Bainton, seconded by Dr. Counts, and unanimously carried (7-0), to subpoena Dr. Lavit to an investigative interview conducted by the Board's Investigator, Mr. Shapiro, with the assistance of the Board's Assistant Attorney General, Ms. Beck. The Board also directed Mr. Shapiro to personally interview the Complainant.

9.   **DISCUSSION/DECISION REGARDING REQUEST TO MODIFY BOARD ORDER – CASE No. 00-17 – ROBERT BRIGGS, Ph.D.**

Board members discussed Dr. Robert Briggs' request to terminate his probation early. After deliberations, a motion was made by Ms. Bainton, seconded by Dr. Cox, and unanimously carried (7-0), to deny Dr. Briggs' request to terminate the Board Order, with the acknowledgment that he may discontinue the psychotherapy required by the Board Order.

10.   **DISCUSSION/DECISION REGARDING CORRESPONDENCE RECEIVED ON FEBRUARY 5, 2003 FROM G.B. REGARDING JOEL GLASSMAN, Ph.D.**

Virginia Chaffin had addressed the Board regarding this issue earlier in the day under Call the Public, Agenda Item No. 5(a). Mr. Shapiro reviewed his memo to the Board regarding this case. Board members asked clarifying questions of Mr. Shapiro and proceeded to deliberate. After some discussion, Mr. Donaldson made a motion, seconded by Dr. Cox, and unanimously carried (7-0), to not open an investigation of this case, as the Board had already decided the issues in a previous case (RFI 01-07).

11.   **DISCUSSION/DECISION REGARDING REQUEST TO RETURN TO ACTIVE STATUS**

- **Ira Solomon, Ph.D.** – Board members considered the request by Dr. Ira Solomon to reinstate his inactive license to active status. Dr. Counts made a motion, seconded by Dr. Cox, and unanimously carried (7-0), to reinstate Dr. Solomon's license to active status.

- **Darlene Wood, Ph.D.** – Board members next considered the request of Dr. Darlene Wood to reinstate her inactive license to active status. A motion was then made by Dr. Counts, seconded by Mr. Donaldson, and unanimously carried (7-0), to reinstate Dr. Wood's license to active status.

*Board Members*

*Maureen K. Lassen, Ph.D.*
*Chair*
*Gary D. Lovejoy, Ph.D.*
*Vice-Chair*
*Maryann Santos de Barona, Ph.D.*
*Secretary*
*Denise M. Bainton, J.D.*
*Wil R. Counts, Ph.D.*
*Joseph C. Donaldson*
*T.H. Guerin, Jr., J.D.*
*Michael J. Rohrbaugh, Ph.D.*
*David P. Yandell, Ph.D.*

01-21

*State of Arizona*
*Board of Psychologist Examiners*

1400 West Washington, Suite 235
Phoenix, Arizona 85007
*Phone:* 602-542-8162 *Fax: 602-542-8279*
*E-Mail: info@psychboard.az.gov* *www.psychboard.az.gov*

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Projects Specialist*

*Diane Lucas*
*Administrative Secretary*

*David S. Shapiro*
*Investigator*

# ANNUAL MEETING
# REGULAR SESSION MINUTES
# OCTOBER 5-6, 2001

**1400 West Washington**
**Basement Conference Room, #B-1**
**Phoenix, AZ 85007**

**Friday, October 5, 2001**

## 1. CALL TO ORDER

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Chairperson Lassen at 8:50 a.m. on Friday, October 5, 2001. Two Executive Sessions were held on Friday from 9:29 a.m. to 9:44 a.m. and 10:56 a.m. to 11:34 a.m. for the purpose of obtaining confidential legal advice.

## 2. ROLL CALL

**Board Members Present**
Maureen K. Lassen, Ph.D. - Chairperson
Gary D. Lovejoy, Ph.D. - Vice-Chairperson
Maryann Santos de Barona, Ph.D. - Secretary
Denise M. Bainton, J.D.
Wil R. Counts, Ph.D.
T.H. Guerin, Jr., J.D.*
Michael J. Rohrbaugh, Ph.D.
David P. Yandell, Ph.D.

* Present from 9:20 a.m. to 3:10 p.m.

**Board Members Absent**
Joseph C. Donaldson

**Staff Present**
Maxine McCarthy, Executive Director
Marcus Harvey, Projects Specialist
Diane Lucas, Administrative Secretary
David S. Shapiro, Investigator

**Attorney General's Office**
Nancy J. Beck, J.D., Assistant Attorney General

**Solicitor General's Office**
Victoria Mangiapane, J.D., Assistant Attorney General

## 3. REMARKS/ANNOUNCEMENTS

Chairperson Lassen announced that documentation was available for licensees who wished to receive continuing education credit for attending Board meetings. She also stated that anyone was welcome to complete a Board meeting assessment survey. She also gave some general information about the order of items on the agenda and the Board's reference binders.

## 4. APPROVAL OF MINUTES

Denise M. Bainton, J.D.*
Wil R. Counts, Ph.D.
Michael J. Rohrbaugh, Ph.D.
David P. Yandell, Ph.D.

* Present until 3:00 p.m.

**Board Members Absent**
Joseph C. Donaldson
T.H. Guerin, Jr., J.D.

David S. Shapiro, Investigator

**Attorney General's Office**
Nancy J. Beck, J.D., Assistant Attorney General

**Solicitor General's Office**
Victoria Mangiapane, Assistant Attorney General

**6C) This Agenda item was considered under Item No. 13**

**6D) HEARING ON DENIAL OF APPLICATION FOR LICENSURE – Thomas Seymour, Ph.D.**

Dr. Lassen announced that it was the time and place for the license denial hearing of Thomas Seymour, Ph.D. Dr. Seymour was present and introduced himself, and Board members and staff introduced themselves. The Assistant Attorneys General, Nancy Beck, representing the State, and Victoria Mangiapane, representing the Solicitor General's Office, were also introduced. Dr. Lassen explained the procedure for the hearing and Dr. Seymour and Ms. Beck made their opening statements.

Dr. Seymour was sworn in by the court reporter, whose transcript shall serve as the official record of the proceedings. He testified to the Board, and was cross-examined by Ms. Beck. Ms. Beck then called Marcus Harvey, Projects Specialist, as witness for the State. Mr. Harvey was sworn in and examined by Ms. Beck and cross-examined by Dr. Seymour. Dr. Seymour then made a closing statement, followed by a closing statement from Ms. Beck. Board members then proceeded to deliberate. After some discussion, Dr. Yandell made a motion, seconded by Dr. Counts, and unanimously carried to affirm the denial of licensure, adopting as Findings of Fact and Conclusions of Law the same reasons set forth in the Order on Denial of Licensure, minus the deficiency in the biological basis of behavior course, which Dr. Seymour made-up.

**6E) DISCUSSION/DECISION REGARDING INITIAL REVIEW OF REQUESTS FOR INVESTIGATION (RFI)**

**RFI 01-21 Lorna G. Cheifetz, Psy.D.**
Mr. Shapiro summarized the allegations for the Board. The Complainant was also present and made a statement to the Board. Mr. Walter Cheifetz, representing Dr. Cheifetz, made a statement to the Board on her behalf. Board members then discussed the case, after which the Board's Investigator was directed to get a copy of the Court order in question, and to address the potential issue of bias over relationships with the Dr. Cheifetz's mother and the Complainants parents.

**RFI 01-23 Margaret E. Marshall, Ph.D.**
Mr. Shapiro summarized the allegations for the Board. The Complainant was also present and made a statement to the Board. Dr. Marshall was not present and Board members proceeded to deliberate. After discussion, a motion was made by Dr. Yandell, seconded by Dr. Rohrbaugh, and unanimously carried (7-0), to dismiss this complaint as there was no violation of the Board's statutes or rules.

**RFI 01-24 Michael B. Bayless, Ph.D.**
Mr. Shapiro summarized the allegations for the Board. The Complainant was also present and made a statement to the Board. Dr. Bayless was not present and Board members proceeded to deliberate. After discussion, a motion was made by Dr. Rohrbaugh, seconded by Dr. Yandell, and unanimously carried (7-0), to dismiss this complaint as there was no violation of the Board's statutes or rules.

**RFI 01-25 Daniel T. Malatesta, Ed.D.**
Mr. Shapiro summarized the allegations for the Board. The Complainant was also present and made a statement to the Board. Dr. Malatesta was not present and Board members proceeded to deliberate. After discussion, a motion was made by Dr. Lovejoy, seconded by Dr. Yandell, and unanimously carried (7-0), to dismiss this complaint as there was no violation of the Board's statutes or rules.

**RFI 01-26 Daniel T. Malatesta, Ed.D.**
Mr. Shapiro summarized the allegations for the Board. R.P., the Complainant in RFI 01-25, also made a statement to



92-24

*State of Arizona*
*Board of Psychologist Examiners*

1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3017

Regular Session Minutes

August 7, 1992
Arizona State Board of Psychologist Examiners
Northern Arizona University
University Student Union
Knoles Avenue, Flagstaff, Arizona

1. CALL TO ORDER

The regular session of the Arizona STate Board of Psychologist Examiners was called to order by Chairman Scritchlow at 8:50 a.m. on August 7, 1992. Executive session was held from 1:45 to 1:55 p.m.; 2:35 to 2:50 p.m.; 3:39 to 4:18 p.m.; 5:00 to 5:15 p.m.; and, 6:05 to 6:15 p.m. for purposes of receiving legal opinions and reviewing investigative matters.

2. ATTENDANCE

Terry L. Scritchlow, Ph.D., Chairman
Richard Morris, Ph.D., Vice-Chairman
David P. Yandell, Ph.D., Secretary
F.G. Bolton, Ph.D., Member
Wil Counts, Ph.D., Member
Francisco Gutierrez, Esq. Member
Rudolf M. Hahnloser, Ph.D., Member
Maxine Ijams, Ph.D., Member

Members Absent

T. Hal Guerin, Esq., Member

Others Present

Michael Harrison, Assistant Attorney General
Barbara Gast, Executive Director
Sydney Ramirez, Administrative Assistant
Visitors (see attached sign-in sheet)

3. APPROVAL OF MINUTES

A motion was made by Dr. Yandell, seconded by Dr. Bolton to accept the June 5, June 6 and June 15 minutes as corrected. Motion passed

arrest warrant enforcement pursued, so this Board is still presented with a final judicial record concldung that she failed to meet her obligations of child support and that she has been in violation of the Court's prior order to her to make payments, and also in violation of this Board's prior order to be in complaince with the Court's order.

A motion was made by Mr. Gutierrez, seconded by Dr. Yandell, pursuant to A.R.S. §32-3701, the Board of Psychologist Examiners is mandated to suspend the license of Theresa Flores, Ph.D. until such time as she is in complaince with the Court orders. Dr. Scritchlow abstained. Motion carried unanimously.

10. INFORMAL INTERVIEW: 91-33 David Leon Bevett, Ph.D.

Dr. Bevett was not present. A court reporter was present and the transcript becomes the offical record of the proceeding.

A motion was made by Dr. Ijams, seconded by Dr. Bolton, to dismiss the complaint against Dr. Bevett. No violation of the statute was found. Motion passed unanimously.

11. COMPLAINTS/VIOLATIONS/INVESTIGATIONS

92-22 GRAY - was reassigned from Dr. Bolton to Mr. Guerin. Case is ongoing.

92-20 McKEEMAN -a motion was made by Dr. Counts, seconded by Dr. Ijams, to close case since billing discrepancy was corrected and complainant was satisfied. Motion passed unanimously.

92-03, 92-27 COLLIER - was reassigned from Dr. Hahnloser to Dr. Counts. Investigator John DiBacco, Ph.D. would be assisting Dr. Counts. Case is ongoing.

92-17 BARBER -a motion was made by Mr. Gutierrez seconded by Dr. Yandell to close case. Motion passed unanimously.

92-24 BAYLESS - a motion was made by Mr. Gutierrez seconded by Dr. Yandell to close case. Motion passed unanimously.

91-40 LUND - was reassigned from Dr. Hahnloser to Dr. Scritchlow. Dr. Hahnloser would draft a second follow-up letter to Dr. Lund before reassignment.

91-38 MOODY - case was closed in the June 1992 meeting.

91-31 MUNOZ - a motion was made by Dr. Morris, seconded by Mr. Gutierrez, to dismiss the case for insufficient evidence and suggest in letter that be the case. Motion carried unanimously.

92-02 WOODING - A motion was made by Dr. Scritchlow, seconded by Dr. Yandell to close case since the Board had no jurisdiction over allegation. Motion carried unanimously.

*Board Members*

*Maxine N. Ijams, Ph.D.*
*Chair*
*Eugene R. Moan, Ed.D.*
*Vice-Chair*
*Wil R. Counts, Ph.D.*
*Secretary*
*Lisa Gervase-Briney, Esq.*
*T.H. Guerin, Jr., Esq.*
*Maureen K. Lassen, Ph.D.*
*Richard J. Morris, Ph.D.*
*Terry L. Scritchlow, Ph.D.*
*David P. Yandell, Ph.D.*

95-21

*Staff*

*Maxine McCarthy*
*Executive Director*

*State of Arizona*
*Board of Psychologist Examiners*

1400 West Washington, Suite 230
Phoenix, Arizona 85007
602-542-3095

**REGULAR SESSION MINUTES**
**December 8-9, 1995**

Conference Room 250
1400 West Washington
Phoenix, Arizona 85007

## 1. CALL TO ORDER

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Chairman Ijams, at 8:40 a.m. on December 8, 1995. An Executive session was held from 11:00 a.m. to 11:20 a.m. for the purpose of receiving confidential legal advice.

The regular session of the Arizona Board of Psychologist Examiners was called to order by Chairman Ijams at 8:38 a.m. on December 9, 1995. Executive sessions were held from 8:44 a.m. to 9:03 a.m., 9:04 a.m. to 9:11 a.m., and 3:25 p.m. to 4:50 p.m. for the purpose of receiving confidential legal advice and to review confidential oral exam materials.

## 2. ROLL CALL

December 8, 1995

Board Members Present
Maxine N. Ijams, Ph.D. - Chairman
Eugene R. Moan, Ed.D. - Vice Chair
Wil R. Counts, Ph.D., Secretary
Lisa Gervase-Briney, Esq.
T.H. Guerin, Jr., Esq.
Maureen K. Lassen, Ph.D.
Richard J. Morris, Ph.D.
David P. Yandell, Ph.D.

December 9, 1995

Board Members Present
Maxine N. Ijams, Ph.D. - Chairman
Eugene R. Moan, Ed.D. - Vice Chair
Wil. R. Counts, Ph.D., Secretary
Lisa Gervase-Briney, Esq.
T.H. Guerin, Jr., Esq.
Maureen K. Lassen, Ph.D.
Richard J. Morris, Ph.D.
David P. Yandell, Ph.D.

6.   **DEBORAH BERRY, Ed.D.** - Hearing on Denial of License Application
Dr. Berry was present with counsel, Stephen Myers. A court reporter was present and the transcript serves as the official record of the proceedings. Dr. Moan recused himself from the proceedings as Dr. Berry had been a graduate assistant at N.A.U. while Dr. Moan was in a supervisory capacity. Dr. Ijams turned the proceedings over to Dr. Yandell who gave an overview of the reasons for the Board's denial of Dr. Berry's application.  Dr. Yandell stated that the Board would allow Dr. Berry to respond to each reason for denial, which she did.

As to Item No. 1 on the Notice of Hearing, a motion was made by Dr. Yandell, seconded by Dr. Morris, and unanimously carried that Dr. Berry had met the requirements.

As to Item No. 2 on the Notice of Hearing, a motion was made by Dr. Morris, seconded by Dr. Lassen, and unanimously carried that Dr. Berry had met the requirements.

As to Item No. 3 on the Notice of Hearing, a motion was made by Ms. Gervase-Briney, seconded by Dr. Counts, and unanimously carried that Dr. Berry had met the requirements.

At this point, a motion was made by Dr. Morris, seconded by Mr. Guerin and unanimously carried to move into executive session to obtain legal advice as to how to proceed with the matters involving Dr. Berry.

Upon returning to open session, Dr. Yandell summarized by stating that Dr. Berry had met the academic requirements of licensure. He further stated that the allegations of unprofessional conduct which were currently pending against Dr. Berry would be scheduled for a formal administrative hearing at a future date.

7.   **MICHAEL B. BAYLESS, PH.D.** - Complaint Investigation No. 95-21
Dr. Bayless was present, without counsel, for the informal interview. A court reporter was present and the transcript serves as the official record of the proceedings. Dr. Ijams, the Complaint Review Coordinator, questioned Dr. Bayless with regard to the allegations contained in the complaint. Dr. Bayless was then questioned by other Board members. A motion was made by Dr. Ijams, seconded by Dr. Moan and unanimously carried to dismiss the complaint with a letter of concern.

8.   **BOARD MEMBER RETREAT**
Dr. Ijams led the Board in an informal session relating to improving relationships between Board members.



91-92

*State of Arizona*
*Board of Psychologist Examiners*

1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3017

REGULAR SESSION MINUTES

December 4, 1992
Arizona State Board of Psychologist Examiners
1645 W. Jefferson - Room 410
Phoenix, Arizona 85007

1. CALL TO ORDER:

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Chairman Scritchlow at 9:10 a.m. on December 4, 1992. Executive Session was held from 9:25 a.m. to 9:50 a.m. and 4:35 to 4:45 p.m. for purposes of receiving legal opinions.

2. ATTENDANCE:

Terry L. Scritchlow, Ph.D., Chairman
Richard Morris, Ph.D., Vice-Chairman
David P. Yandell, Ph.D., Secretary
F. G. Bolton, Ph.D., member
Wil Counts, Ph.D., member
T.H. Guerin, Esq., member
Francisco Gutierrez, Esq., member
Maxine Ijams, Ph.D., member

OTHERS PRESENT:

Michael Harrison, Assistant Attorney General
Barbara Gast, Executive Director
Sydney Ramirez, Administrative Assistant

3. APPROVAL OF LICENSES:

A motion was made by Dr. Bolton, seconded by Mr. Guerin, to acknowledge a passing exam score for the following candidates and issue licenses. Motion carried.

Belan, Andrew P., Ph.D.
Blansett, Thomas, A., Ph.D.
Boliek, Carol A., Ph.D.
Brautigam, William, Ed.D.
Caffrey, Jill T., Ph.D.
Chouinard, Elizabeth, Psy. D.
Cummings, Janet L., Psy. D.
Diamond, Ellen R., Ph.D.

92-03 COLLIER

A motion was made by Dr. Counts, seconded by Mr. Guerin, to close the case. Motion carried unanimously.

92-29 EMERICK  92-39 EMERICK

A motion was made by Mr. Guerin, seconded by Dr. Bolton, to dismiss both cases due to lack of jurisdiction. Motion carried unanimously.

92-43 GALE

A motion was made by Mr. Gutierrez, seconded by Dr. Counts, to dismiss case since complaint was not in the board's jurisdiction and the doctor is not licensed. Motion carried unanimously.

91-12 STEWART

A motion was made by Mr. Gutierrez, seconded by Mr. Guerin, to dismiss the case. Motion carried unanimously.

91-42 BAYLESS

A motion was made by Dr. Ijams, seconded by Mr. Guerin, to issue a letter of concern. Motion carried. Mr. Gutierrez and Dr. Bolton abstained.

92-16 PRENDIVILLE

A motion was made by Dr. Bolton, seconded by Mr. Guerin, to schedule an informal interview. Motion carried. Dr. Morris abstained.

92-25 SCHAUERS

A motion was made by Dr. Morris, seconded by Mr. Guerin, to dismiss the case. Motion carried

92-35 RIALS

A motion was made by Dr. Scritchlow, seconded by Dr. Bolton, to dismiss the case due to withdrawal of complaint by complainant. Motion carried unanimously.

92-11 LAVIT

A motion was made by Dr. Yandell, seconded by Dr. Counts, to dismiss the case. Motion carried unanimously.

92-48 SOLOMON

A motion was made by Dr. Yandell, seconded by Mr. Guerin, to dismiss the case. Motion carried unanimously.



91-36

*State of Arizona*
*Board of Psychologist Examiners*

1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3095

REGULAR SESSION MINUTES

September 27, 1991
1645 W. Jefferson - Room 400
Phoenix, Arizona

1. CALL TO ORDER

The regular session of the Arizona State Board of Psychologist Examiners was called to order by Terry L. Scritchlow, Ph.D., Chairman, at 9:20 a.m. on September 27, 1991.

2. ATTENDANCE

Board Members Present:

Terry L. Scritchlow, Ph.D., Chairman
Wil R. Counts, Ph.D., Secretary
F.G. Bolton, Jr., Ph.D., Member
*Francisco X. Gutierrez, Esq., Member
Rudolph M. Hahnloser, Ph.D., Member
David P. Yandell, Ph.D., Member
Maxine Ijams, Ph.D., Member

*Present until 3:45 p.m.

Board Members Absent:

Mary Ann Lancy, Member
Richard Morris, Ph.D., Member

Others Present:

Michael Harrison, Assistant Attorney General
Peggy C. La Voy, Interim Executive Director
David Shuff

The meeting was called to Order by Dr. Scritchlow at 9:20 a.m. Dr. Scritchlow welcomed Dr. Hahnloser and Dr. Yandell as new members of the Board.

A description a selected testing course directed under the consent agreement was shared by Dr. Spooner. The difference from the previous courses was more focus on administration of test and group testing. Dr. Bolton suggested consistency in training with therapy or evaluation becoming proficient in one area than all. The Consent agreement instructed to take more in the area of testing explained Spooner. Dr. Bolton suggested sending course information to the office where more specific guidelines on Continuing Education credits can be applied. Additionally, Dr. Bolton suggested more thought be given to an emphasis in testing or therapy and the direction of her practice.

7. REHEARING:

89-45 DANIEL ECKSTEIN, Ph.D. - Dr. Eckstein was present and without counsel. Court reporter was present for transcription.

To allow sufficient time to discuss the issues brought forward by Dr. Eckstein, a motion was made by Dr. Counts, seconded by Mr. Gutierrez, for a continuance of the hearing tomorrow, December 7, 1991, at 11:30 a.m. Motion passed unanimously.

8. EXECUTIVE SESSION: 91-38 MOODY

A motion was made by Dr. Bolton, seconded by Dr. Hahnsloser, to go into Executive Session to seek counsel on articles of law. A confidential report from Investigator Rollins was discussed.

Returning from Executive Session, Dr. Ijams moved that comprehensive neuropsychological evaluation testing ( to include social, cognitive, emotional as well as neuropsychological) be scheduled for Dr. Moody with Albert Kaznak, Ph.D. at University of Arizona. Seconded by Dr. Counts and passed unanimously.

A motion was made Dr. Ijams to subpoena Dr. Oommen's client records of Dr. Moody, seconded by Dr. Yandell, and passed unanimously.

10. COMPLAINTS/VIOLATIONS/INVESTIGATIONS:

91-36 BAYLESS - Board action in September 27, 1991, Board meeting closed case.

91-24 BERMAN - Dr. Bolton passed the child custody case to Dr. Hahnloser recently. Dr. Hahnloser made the motion to close case due to lack of substance in the complaint, second by Dr. Yandell. Motion carried unanimously.

92-33 BEVETT- Complaint Coordinator Dr. Ijams moved that an informal interview be scheduled for the February meeting, Dr. Counts seconded. Motion carried unanimously.

89-03 CABANSKI - Board agreed to issue Letter of Concern at the September 27, 1991, Board meeting.



90-38

*State of Arizona*
*Board of Psychologist Examiners*
1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3095

REGULAR SESSION MINUTES

Friday, February 1, 1991

1645 W. Jefferson - Room 400
Phoenix, Arizona 85007

CALL TO ORDER

In the absence of Francisco X. Gutierrez, Chairman, the regular session of the State of Arizona Board of Psychologist Examiners was called to order by Manuel Barrera, Ph.D., Secretary, at 9:20 a.m., on February 1, 1991.

ATTENDANCE

Board Members Present:

*Francisco X. Gutierrez, Esq., Chairman
Manuel Barrera, Jr., Ph.D., Secretary
Mary Ann Lancy, Member
Miquela C. Rivera, Ph.D., Member
Wil R. Counts, Ph.D., Member
F. G. Bolton, Jr., Ph.D., Member
Terry L. Scritchlow, Ph.D., Member

*Present after 9:25 a.m.

Others Present:

Peter D. Kushibab, Assistant Attorney General
Peggy C. La Voy, Executive Director

Michael L. Haley, Ph.D.
Carol Eckstein
David R. Long, M.D.
Betty Kjellberg, AzPA
Charlie Stevens, AzPA
Stephen Thompson, Ed.D.
Tom Lawless, Attorney
Claire Tarte, Ph.D.
Clark Moustakas
Kenneth L. Tucker, Attorney

Mr. Gutierrez welcomed Michael L. Haley, Ph.D., as the new member of the Board who will replace outgoing member, Miquela C. Rivera, Ph.D.

3. Stephen W. Thompson, Ed.D. - Dr. Thompson was present and was represented by counsel, Tom Lawless. The state was represented by Peter D. Kushibab, Assistant Attorney General. A Court Reporter was present to record the testimony, and the transcripts will become the official record of the proceedings.

Based on the fact that Dr. Thompson had previously been approved to sit for the Examination in 1984, a motion was made by Dr. Bolton, seconded by Dr. Counts and passed unanimously, to reverse the Board's prior decision and allow Dr. Thompson to sit for the Examination for Professional Practice in Psychology.

Stephen W. Thompson, Ed.D. Approved

4. Claire J. Tarte, Ph.D. - Dr. Tarte was present with consultant, Dr. Clark Moustakas. Peter D. Kushibab, Assistant Attorney General, represented the state. A court reporter was present to record the testimony, and the transcripts will become the official record of the proceedings.

Dr. Tarte submitted additional information which she perceived to substantiate her position that her program of studies was the same in 1981 as in 1985, when the Union Institute was accredited.

After hearing testimony from the applicant, having heard argument of the parties and being fully advised in the premises, a motion was made by Dr. Bolton and seconded by Dr. Counts to allow Dr. Tarte to sit for the Examination for Professional Practice in Psychology. The motion carried with Dr. Counts, Dr. Bolton, Dr. Rivera and Ms. Lancy voting "yes," and Drs. Scritchlow and Barrera voting "no."

Claire J. Tarte, Ph.D. Approved

COMPLAINTS/VIOLATIONS/INVESTIGATIONS

90-38 - BAYLESS - Dr. Rivera stated that her investigation found that Dr. Bayless was within the standards of ethical psychological practice, and there did not appear to be any violation of the Board's Rules or Statutes; however, in Dr. Rivera's opinion, Dr. Bayless should be advised that in the future, he should explain to his clients why a report is not written.

A motion was made by Dr. Rivera, seconded by Dr. Scritchlow and passed unanimously, to close this file.

90-02 - EMERICK - Dr. Bolton stated he has tried for several months to obtain answers to his questions from various psychologists regarding the program Mr. Emerick is conducting. He stated he has sent specific questions to be answered and has received no acceptable response from any of the psychologists involved.

A motion was made by Dr. Bolton, seconded by Dr. Rivera and passed, with Dr. Scritchlow abstaining, to invoke the Board's subpoena powers, pursuant to A.R.S. 32-2063, to compel taking depositions or sworn statements from identified psychologists, prior to the next meeting, and advise them that failure to comply could result in disciplinary action by the Board.



85-30

*State of Arizona*
*Board of Psychologist Examiners*

1645 W. Jefferson Room 312
Phoenix, AZ 85007
602-255-3095

REGULAR SESSION MINUTES

DECEMBER 6, 1985
1831 W. Jefferson, Palo Verde Room
Phoenix, Arizona 85007

CALL TO ORDER

A regular session of the Arizona State Board of Psychologist Examiners was called to order by Dr. Philip Balch, Chairman, at 9:07 A.M. on December 6, 1985. An Executive Session was held from 9:10 A.M. until 9:50 A.M. for discussion of Personnel matters, confidential matters and legal advice.

ATTENDANCE:

Board Members Present:

Philip Balch, Ph.D., Chairman
Bud Bolton, Ph.D., Secretary
Lorraine Rollins, Ph.D., Member
Mathilda B. Canter, Ph.D., Member
Ruth Pledger, Member
Francisco X. Gutierrez, Esq., Member
*Doris J. Ford, Ph.D., Member

*Absent

Others Present:

#Virginia B. Whitehead, Assistant Attorney General
Peggy C. La Voy, Executive Director

#Present until 10:00 A.M.

Kevin E. Weaver, Ph.D.
Glenn D. Tanita, D.M.H.

MINUTES:

A motion was made by Dr. Canter, seconded by Dr. Rollins and passed unanimously to approve the Minutes of September 6, 1985 Regular and Executive Session Minutes and Minutes of the Telephone Conference September 18, 1985 as submitted.

A motion was made by Dr. Canter, seconded by Dr. Rollins and passed unanimously to accept the Regular Session Minutes of the October 25, 1985 meeting with the addition of the following paragraph:

"EXECUTIVE DIRECTOR POSITION

Members of the Board were requested to consider the reclassification of
the Executive Director position to a Grade 19.  It was the consensus
that this matter should be tabled until the December 6, 1985 meeting."

EXECUTIVE SESSION

A motion was made by Dr. Canter, seconded by Dr. Rollins and passed
unanimously to go into Executive Session at 9:10 A.M.  The meeting
returned to Open Session at 9:50 A.M.

MATTERS FROM EXECUTIVE SESSION:

The following action was taken on matters discussed in Executive
Session:

85-30 - BAYLESS - Correspondence from Dr. Bayless, submitted in
response to the complaint filed against him, appeared to be
satisfactory.  A motion was made by Dr. Bolton, seconded by Dr. Canter
and passed unanimously to close this file.

The following files remain under investigation; there was no Board
action:
85-13 - BECK
85-24 - BEDARD
85-35 - BENCOMO
85-10 - BERNAT
85-37 - BERNAT
85-33 - BOLENTS

85-26 - CHESTNUT - Due to the lack of a rebuttal to Dr. Chestnut's
apparently satisfactory response to this complaint, a motion was made
by Dr. Rollins, seconded by Dr. Canter and passed unanimously to close
this file.

85-41 - DAWSON - A satisfactory response to the complaint and assurance
of compliance with Board Laws and Rules were received by the Board
office.  A motion was made by Dr. Rollins, seconded by Dr. Canter and
passed unanimously to close this file.

The following files remain under investigation; there was no Board
action:

85-05 - DeWITT
85-34 - EMERICK
85-42 - ENOS
85-44 - ERVIN
85-18 - GEORGE

85-39 - GOLDSTEIN - Assurance of compliance with Board Law and Rules
was received from the noncertified counselor.  A motion was made by Dr.
Rollins, seconded by Ms. Pledger and passed unanimously to close this
file.



82-13

*State of Arizona*
*Board of Psychologist Examiners*

1645 W. Jefferson Room 312
Phoenix, AZ 85007
602-255-3095

REGULAR SESSION ON
November 12, 1982
1645 W. Jeferson, Room 310
Phoenix, AZ 85007

CALL TO ORDER

A regular session of the Arizona State Board of Psychologist Examiners was called to order by Elaine Silver, Chairperson, at 9:10a.m.

ATTENDANCE

Board Members Present:
 Elaine Silver, Chairperson
 Mathilda B. Canter, Ph.D., Secretary
 Michael B. Bayless, Ph.D., Member
 James R. Fredrick, Ed.D., Member
 Philip Balch, Ph.D., Member
 Ruth Pledger, Member
Office Staff:
 Sharla Lee, Office Secretary
Attorney General Office:
 Charles Buri, Asst. Atty. Gen.
Guests:
 Dr. Claire Tarte
 Dr. Sheila Friedeman
 Dr. Robert Ganster
 Mrs. Lynn Ganster
 Dr. Thomas Cornille
 Dr. Robert Atilano

RECESS

The regular session was recessed on a motion made by Dr. Fredrick and seconded by Mrs. Pledger to go into executive session. Carried.

CALL TO ORDER

The regular session was reconvened at 10:25a.m. by the Chairperson, Mrs. Silver.

HEARING

82-13 BAYLESS-[redacted] In order to bring into compliance the Board's censure action against Dr. Bayless, taken in July 1982, Dr. Canter moved that, if Dr. Bayelss is amenable, the original letter of censure be rescinded; that the grounds for the censure be amended to refer to §32-2081, 5.b. rather than to the Georgia law and the APA code of ethics; and that a censure be issued by means of a letter. The motion was seconded by Dr. Fredrick, agreed to by Dr. Bayless, and carried by the Board. A letter from the Georgia Board inquiring about whether Board censure is a matter of public record is to be answered by Dr. Fredrick in the affirmative.

CORRESPONDENCE

School accrediation issue Dr. Canter reported on responses received from AASPB and the 6 regional accrediting bodies contacted relating to her inquiry regarding retroactive applications of school accreditation. AASPB does not have an official policy on this matter. The opinions of the various accrediting agencies differed. Dr. Sheila Friedeman indicated that she had received



82-13

*State of Arizona*
*Board of Psychologist Examiners*

1645 W. Jefferson Room 312
Phoenix, AZ 85007
602-255-3095

REGULAR SESSION
July 23, 1982
1645 W. Jefferson Rm. 312
Phoenix, AZ 85007

CALL TO ORDER

A regular session of the AZ. State Board of Psychologist Examiners was called to order by Elaine Silver, chairperson, at 9:10 a.m.

ATTENDANCE

Board Members Present:
- Elaine Silver, chairperson
- Mathilda B. Canter, Ph.D., secretary
- Judson R. Finley, Ph.D.
- Michael B. Bayless, Ph.D.
- James R. Fredrick, Ed.D.
- Ruth A. Pledger

Office Staff:
- Sharla Lee

Attorney General's Office:
- Charles Buri

Guests:
- Carole Kann
- Ralph Stewart, Ph.D.
- J. Stanley Edwards, Atty.
- Naomi Harward
- Herman Lindeman, Ph.D.

REGULAR MINUTES OF MAY 21, 1982

The rough draft of the minutes of the 5-21-82 regular session were reviewed. In addition to typographical errors, the following corrections were made: Page 2 paragraph 6 was amended to read that Dr. Ronald Pool would be requested to complete the questionnaire sent to the Board relating to the APA Task Force on Education and Credentialling pilot project in which the Board had agreed to participate. On page 2, under the AASPB heading content should reflect that Dr. Canter would check with Charles Buri regarding the legal basis for this requirement. The heading should read Maricopa Psychological Society (MSP) rather than AASPB, since it was the response of the MSP to the Board ruling which prompted Dr. Canter's concern.

MINUTES APPROVED

Approval of the minutes as corrected was moved by Dr. Finley, seconded by Mrs. Pledger, and carried by the Board

COMPLAINT PROCEDURE CLARIFICATION

Mrs. Pledger requested clarification from the Board regarding possible role conflict for a Board member who is approached by a consumer, listens to a complaint and suggests that one be filed. After discussion, it was agreed that a Board member who is involved with a complaint in that way does not have to abstain from participation in the adjudication of that complaint, as long as the contact was not of a investigative nature.

will write explaining that her request is being denied for reasons of test security, and informing her of the new feedback available via PES in regard to test performance according to roles.

GOLDBERG

A request from Dr. Kenneth J. Goldberg for permission to review the EPPP he took was discussed. Dr. Canter will respond to Dr. Gottlieb.

INFORMAL HEARING, STEWART

Dr. Ralph Stewart and his attorney, J. Stanley Edwards, addressed the Board informally in relation to complaints 81-21, 81-23, and 81-30. Regarding 81-21, Dr. Stewart denied any coercion of Mrs. Kann, expressed his concern regarding her need for theraputic assistance, and told of the unsuccessful efforts of his office to obtain the name of Mrs. Kanns insurance company and her policy number. He stated that he had given her the measure of time due her, and had billed her for the full fee since she had not provided the insurance data requested. He admitted that he had not actually established a fee at the initial interview.

Regarding 81-23, Dr. Stewart indicated that the financial arrangements between him and this patient were clear and uncontested, and that in error Mr. Duquette had received the insurance check which had been assigned to Dr. Stewart, and refused to return it.

Regarding 81-30, Dr. Stewart in answer to questioning explained that he had not sent the copies of the bill requested earlier by the Board, because he realized that these bills were not Mrs. Ptacek's, but were rather addressed to her husband who had not complained regarding them. He denied any breach of confidentiality.

ADJOURNMENT FOR EXECUTIVE SESSION

Mrs. Silver adjourned the Regular Session to return to Executive Session on motion by Dr. Fredrick, second by Dr. Bayless and carried.

CALL TO ORDER

The regular meeting of the Board was called to order again by Mrs. silver at 1:00 p.m.

INFORMAL HEARING BAYLESS

Dr. Bayless addressed the Board informally in relation to complaint number 82-13. He presented the circumstances surrounding the complaint received, taking responsibility for breaching confidentiality and unknowingly violating the Georgia statute by seeing a client there without being licensed by that state. He explained that he had spoken freely about his client the night before he was supposed to testify, being under the impression that because the clients lawyer was present, it was acceptable to speak up. He did express distress at having been misquoted in the newspapers, and communicated to the Board the extreme pressure he was under during the time that he was involved in the Atlantic case.

INFORMAL HEARING LINDEMAN

Dr. Herman Lindeman requested time with the Board to receive guidance regarding proper procedures for a certified psychologist who might wish to establish percentage fee arrangements with other health care professionals. Dr. Lindeman's primary focus was on situations in which the certified psychologist would have another independent practitioner use his or her office space and facilities, and see patients referred by the certified psychologist. Discussion of the issues resulted in Board consensus that in such instances a capitation fee or percentage arrangement would be appropriate if it did not exceed the costs of services and space provided. Implicit here is the point



80 - 18

*State of Arizona*
*Board of Psychologist Examiners*

1645 W. Jefferson Room 418
Phoenix, AZ 85007

Institute for Human Development
Northern Arizona University
Flagstaff, Arizona
Regular Meeting
August 1, 1980

| | |
|---|---|
| MEMBERS PRESENT: | Dr. Ronald H. Pool, Chairman<br>Dr. Judson R. Finley, Secretary<br>Dr. Mathilda B. Canter<br>Dr. Michael Bayless<br>Ms. Ruth Pledger<br>Ms. Elaine Silver |
| STAFF: | Charles Buri, Assistant Attorney General |
| GUESTS; | Dr. Ronald Bricker<br>Mr. Morris Miller<br>Dr. Gary Davisson |

Dr. Pool called the meeting to order at 1:00 p.m. Dr. Finley moved the minutes of the last meeting be accepted as corrected. Motion carried. The agenda was reviewed and additions noted and approved by the Board. Dr. Pool called an executive session at 1:35 p.m.

Regular Session resumed at 5:35 p.m.

Items from Executive Session

#4 [redacted] - Baron
Dr. Canter moved Mr. Buri send a cease and desist letter to Baron and we hold off further action until we receive his response. Motion carried.

#6 [redacted] - Bricker
Dr. Bayless moved the case again be closed, and that Mr. Buri review the file prior to it becoming open to the public. Motion carried.

#9 [redacted] - Keogh/Davisson
Dr. Canter moved the case be closed and a letter be sent to Mrs. Finch, complimenting her for bringing this to the Board's attention. Motion carried.

#11 [redacted]
Dr. Finley moved Dr. Pool write the Department of Corrections, Dr. John Wright, and we await a report on their investigation. Motion carried.

#12 [redacted]
Dr. Canter moved the Board hold it open to review the investigative report. Motion carried.

#14 Tina Singer
Dr. Bayless moved the case be closed. Motion carried

#16 Hardy - Bernat
Dr. Canter moved we refer Mr. Hardy to the City of Tucson for clarification of Dr. Bernat having to have a business license; and that this complaint be closed; and that we ask Dr. Bernat to attend soon a Board meeting to discuss the several professional practice issues that have come to the Board's attention. Motion carried.

#18 [redacted] - Bayless
Dr. Canter moved this case be closed as not being substantiated by the evidence. Motion carried. (Dr. Bayless abstaining.)

#19 [redacted] - Bayless
Dr. Canter moved the case be closed as Dr. Bayless had adequately resolved the matter. Motion carried. (Dr. Bayless abstaining).

#20 University of Humanistic Studies
Dr. Finley moved the case be closed as it was referred to The Financial Fraud Division of the Attorney General's Office. Motion carried.

#21 [redacted] vs. Johnson
Dr. Canter moved Dr. Bayless review and evaluate the complaint and Dr. Pool seek a response from Dr. Johnson. Motion carried.

#22 [redacted] - Pickering
Dr. Canter moved Dr. Pool request a reply from Dr. Pickering. Motion carried.

#23 [redacted] - Lippin
Dr. Canter moved this be closed as not in the Board's jurisdiction. Motion carried.

#24 [redacted] (Bopex - DHS
Dr. Bayless moved Dr. Finley write to verify that this matter has been resolved. Motion carried.

#25 [redacted] - Gurgevich, etc.
Dr. Bayless moved this be closed as not in the Board's jurisdiction. Motion carried.

#26 META Program
Dr. Canter moved Dr. Finley write them to determine whether this case has been resolved satisfactorily. Motion carried.

#27 [redacted] - Pickering
Dr. Canter moved this be pursued by getting a response from Dr. Pickering. Motion carried.

Executive Session
Dr. Bayless moved the Board hold an executive session to discuss complaints at the beginning of the September meeting. Motion carried. Meeting adjourned 6:10 p.m.

Judson R. Finley, Ph.D. Secretary

Ronald H. Pool, Ph.D., Chairman

*Board Members*

*James J. Cox, Ed.D.*
*Chairperson*
*Miki Paul, Ph.D.*
*Vice-Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Ramona N. Mellott, Ph.D.*
*Byron N. Rimm*
*Maryann Santos de Barona, Ph.D.*
*Fred Wiggins, Ph.D.*

**State of Arizona**
**Board of Psychologist Examiners**

1400 West Washington, Suite 235
Phoenix, Arizona 85007
Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*Korena Schaaf*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

April 17, 2006

RECEIVED
MAR 21 2007
AZ PSYCHOLOGY BOARD

Michael B. Bayless, Ph.D.
3620 N. 3rd Street
Phoenix, AZ 85012

Re: RFI No. 06-08

Dear Dr. Bayless:

At its meeting of April 17, 2006, the Complaint Screening Committee ("Committee") of the Board of Psychologist Examiners reviewed and discussed the above-referenced case. After thorough consideration, the Committee voted to dismiss this matter.

Please be advised that pursuant to A.R.S. § 32-2081(D)(1), complaints dismissed by the Committee shall not be disclosed in response to a telephone inquiry or placed on the Board's website.

An audio CD of the Board's discussion regarding this case may be obtained by sending a written request to the Board along with a check in the amount of $10.00 made payable to the Board of Psychologist Examiners.

On behalf of the Board of Psychologist Examiners, please accept my appreciation for your cooperation in this matter.

Sincerely,

Maxine McCarthy

Maxine McCarthy
Executive Director

ok/MM
3/21/07

*Board Members*

*David P. Yandell, Ph.D.*
*Chairperson*
*Maryann Santos de Barona, Ph.D.*
*Vice-Chairperson*
*Michael J. Rohrbaugh, Ph.D.*
*Secretary*
*Denise M. Bainton, J.D.*
*Wil R. Counts, Ph.D.*
*James J. Cox, Ed.D.*
*Manuel H. Delgado, Jr., J.D.*
*Joseph C. Donaldson*
*Maureen K. Lassen, Ph.D.*

*State of Arizona*
*Board of Psychologist Examiners*

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*David S. Shapiro*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

April 4, 2003

Michael B. Bayless, Ph.D.
3008 N. 3rd Street, Ste 200
Phoenix, AZ 85012-3041

Re: Complaint No. 03-01

Dear Dr. Bayless:

At its meeting of April 4, 2003, the Board of Psychologist Examiners conducted an informal interview, which you attended, and discussed the above-referenced complaint. After thorough consideration, the Board voted to dismiss the complaint and take no further action, as there was no violation of the Board's statutes or rules.

On behalf of the Board of Psychologist Examiners, please accept my appreciation for your cooperation in this matter.

Sincerely,

Maxine McCarthy

Maxine McCarthy
Executive Director

MM/sc

cc: Tracey Westerhausen, Esq.

TRANSMISSION VERIFICATION REPORT

TIME : 08/29/2007 14:45
NAME : AZ BOARD PSY EXAM
FAX : 602-542-8279
TEL :
SER.# : BROC3J218652

| | |
|---|---|
| DATE,TIME | 08/29 14:38 |
| FAX NO./NAME | 819282825977 |
| DURATION | 00:07:44 |
| PAGE(S) | 28 |
| RESULT | OK |
| MODE | STANDARD ECM |

*Board Members*

*Miki Paul, Ph.D.*
*Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Vice-Chairperson*
*Maryann Santos de Barona, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Megan Hunter-Williams*
*Cheryl L. Karp, Ph.D.*
*Ramona N. Mellott, Ph.D.*
*Fred Wiggins, Ph.D.*

***State of Arizona***
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007
Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Meghan Hinckley*
*Deputy Director*

*Vicki Fox*
*Investigator*

*Shari Courtney*
*Administrative Assistant*

## Fax Transmission

| | |
|---|---|
| **To:** Robert L. Earle, Esq.<br>Earle & Associates | **From:** Maxine McCarthy<br>Executive Director |
| **Date:** August 29, 2007 | **Fax #** (928) 282-5977 |

Number of pages, including this cover sheet: 28

**Subject:** Herbert v. Lumbermens
Case No. CV82005-0189

**COMMENTS:** Response to your Subpoena Duces Tecum dated 8/27/07 for complaints filed against Michael B. Bayless, Ph.D.

PLEASE NOTIFY SENDER IF ALL PAGES ARE NOT RECEIVED

*Board Members*

*Miki Paul, Ph.D.*
*Chairperson*
*Gary D. Lovejoy, Ph.D.*
*Vice-Chairperson*
*Maryann Santos de Barona, Ph.D.*
*Secretary*
*Melissa Del-Colle*
*Joseph C. Donaldson*
*Megan Hunter-Williams*
*Cheryl L. Karp, Ph.D.*
*Ramona N. Mellott, Ph.D.*
*Fred Wiggins, Ph.D.*

# State of Arizona
# Board of Psychologist Examiners

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Meghan Hinckley*
*Deputy Director*

*Vicki Fox*
*Investigator*

*Shari Courtnay*
*Administrative Assistant*

## Fax Transmission

| **To:** Robert L. Earle, Esq.<br>Earle & Associates | **From:** Maxine McCarthy<br>Executive Director |
|---|---|
| **Date:** August 29, 2007 | **Fax #** (928) 282-5977 |

Number of pages, including this cover sheet: 28

**Subject:** Herbert v. Lumbermens
Case No. CV82005-0189

**COMMENTS:** Response to your Subpoena Duces Tecum dated 8/27/07 for complaints filed against Michael B. Bayless, Ph.D.

*PLEASE NOTIFY SENDER IF ALL PAGES ARE NOT RECEIVED*

The information contained in this facsimile message is privileged and confidential, intended only for the use of specific individual(s) and/or entities. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us by phone, and return the original message to us at the address above via US mail. Thank you.

forms/FAX
COVER

LAW OFFICES OF
**EARLE & ASSOCIATES**

**Robert L. Earle, P.C.**
**Plaza West Mall**
**2155 W. Hwy. 89A, Suite 212, Sedona, AZ 86336**
***Mailing Address* P.O. Box 3870**
**Sedona, AZ 86340**

**Telephone: (928) 282-5519**
**Fax: (928) 282-5977**
**E-Mail: attorney@bmol.com**
***Also Licensed in California***

August 24, 2007

Records Custodian
State of Arizona
Board of Psychological Examiners
1400 West Washington, Room 235
Phoenix, AZ 85007

RECEIVED 11:44 a.m.
AUG 29 2007
Recd ck# 2296 $6.00
AZ PSYCHOLOGY BOARD
faxed & mailed 8/29/07

Re: Herbert v. Lumbermens
Case no. CV82005-0189

Dear Sir/Madam:

Attached is a Subpoena Duces Tecum to appear on August 31, 2007, at 9:00 a.m. We are requesting records as stated in Exhibit "A" by 8/31/07. If the records are received by us by that date, no appearance is necessary. Enclosed is our check in the amount of $6.00, and Request for Public Records.

If you have any questions, please feel free to call us.

Very truly yours,

EARLE & ASSOCIATES

Robert L. Earle

RLE:cr
Encl.

LAW OFFICES OF
EARLE & ASSOCIATES
P. O. Box 3870 Telephone: (928)282-5519
Sedona, Arizona 86340 Fax: (928)282-5977

Robert L. Earle - #13134

Attorney for Plaintiff

SUPERIOR COURT OF THE STATE OF ARIZONA
FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| **JAMES HERBERT,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LUMBERMENS, INC., a foreign corporation authorized to do business in the State of Arizona, LANOGA CORPORATION, a foreign corporation, ERON PRINZA and JANE DOE PRINZA, husband and wife, and JOHN DOES 1-20,**<br><br>**Defendants.** | **No. CV82005-0189**<br><br>**SUBPOENA DUCES TECUM** |

STATE OF ARIZONA TO: State of Arizona
Board of Psychological Examiners
1400 West Washington, Room 235
Phoenix, AZ 85007
(602) 542-8161

YOU ARE COMMANDED to appear on **August 31, 2007, at 9:00 a.m.**, and produce the documents listed on Exhibit "A" attached hereto at the place specified below:

BEFORE WHOM APPEARANCE TO BE MADE: **Robert L. Earle, 2155 W. Hwy. 89A, Suite 212, Sedona, AZ 86336.**

You have been subpoenaed by Plaintiff, whose attorney's name, address and telephone number is:

Robert L. Earle
EARLE & ASSOCIATES
2155 West Highway 89A, Suite 212
Sedona, Arizona 86336
(928) 282-5519

YOU ARE HEREBY NOTIFIED THAT ANY FAILURE TO OBEY THIS SUBPOENA WITHOUT ADEQUATE EXCUSE MAY BE DEEMED A CONTEMPT OF THIS COURT, AND A CIVIL ARREST WARRANT MAY BE ISSUED. A CIVIL ARREST IS AN ORDER DIRECTING ANY POLICE OFFICER IN ARIZONA TO ARREST YOU AND BRING YOU BEFORE THIS COURT FOR FUTURE PROCEEDINGS.

SIGNED on this AUG 27 2007 day of August, 2007.

STACIE POOLE
JEANNE HICKS

By: ______________________
Clerk of Superior Court

Your Duties In Responding To This Subpoena

You have the duty to produce the documents requested as they are kept by you in the usual course of business, or you may organize the documents and label them to correspond with the categories set forth in this subpoena. See Rule 45(d)(1) of the Arizona Rules of Civil Procedure.

If this subpoena asks you to produce and permit inspection and copying of designated books, papers, documents, tangible things, or the inspection of premises, you need not appear to produce the items unless the subpoena states that you must appear for a deposition, hearing or trial. See Rule 45(c)(2)(A) of the Arizona Rules of Civil Procedure.

Your Right To Object

The party or attorney serving the subpoena has a duty to take reasonable steps to avoid imposing an undue burden or expense on you. The Superior Court enforces this duty and may impose sanctions upon the party or attorney serving the subpoena if this duty is breached. See rule 45(c)(1) of the Arizona Rules of Civil Procedure.

You may object to this subpoena if you feel that you should not be required to respond to the request(s) made. Any objection to this subpoena must be made within 14 days after it is served upon you, or before the time specified for compliance, by providing a written objection to the party or attorney serving the subpoena. See rule 45(c)(2)(B) of the Arizona Rules of Civil Procedure.

If you object because you claim the information requested is privileged or subject to protection as trial preparation material, you must express the objection clearly, and support each objection with a description of the nature of the document, communication or item not produced so that the demanding party can contest the claim. See Rule 45(d)(2) of the Arizona Rules of Civil Procedure.

If you object to the subpoena in writing you do not need to comply with the subpoena until a court orders you to do so. It will be up to the party or attorney serving the subpoena to seek an order from the court to compel you to provide the documents or inspection requested, after providing notice to you. See Rule 45(c)(x)(B) of the Arizona Rules of Civil Procedure.

If you are not a party to the litigation, or an officer of a party, the court will issue an order to protect you from any significant expense resulting from the inspection and copying commanded. See Rule 45(c)(2)(B) of the Arizona Rules of Civil Procedure.

You also may file a motion in the superior court of the county in which the case is pending to quash or modify the subpoena if the subpoena:

(i) does not provide a reasonable time for compliance;

(ii) requires a non-party or officer of a party to travel to a county different from the county where the person resides or does business in person; or to travel to a county different from where the subpoena was served; or to travel to a place farther than 40 miles from the place of service; or to travel to a place different from any other convenient place fixed by an order of a court, except that a subpoena for you to appear and testify at trial can command you to travel from any place within the state;

(iii) requires the disclosure of privileged or protected information and no waiver or exception applies; or

(iv) subjects you to an undue burden. See Rule 45(c)(3)(A) of the Arizona Rules of Civil Procedure.

If this subpoena:

(i) requires disclosure of a trade secret or other confidential research, development, or commercial trade information; or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or

(iii) requires a person who is not a party or an officer of a party to incur substantial

travel expense;

The court may either quash or modify the subpoena, or the court may order you to appear or produce documents only upon specified conditions, if the party who served the subpoena shows a substantial need for the testimony or material than cannot be otherwise met without undue hardship and assures that you will be reasonably compensated. See Rule 45(c)(3)(B) of the Arizona Rules of Civil Procedure.

Exhibit A

1. Copies of any and all Complaints filed against Michael B. Bayless, Ph.D., such as Board orders, dismissal letters, letters of concern and minutes of Board meetings.



ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS

AUG 29 2007

# REQUEST FOR PUBLIC RECORDS

Date of request: 8/24/07 Name of Psychologist: Michael B. Bayless

Requestor*: Robert L. Earle

Mailing Address: P.O. Box 3870

City, State, Zip Code: Sedona, AZ 86340

Telephone Number: (928) 282-5519 ext: ____ Fax: (928) 282-5977

Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.

**Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| Call the Board Office at (602) 542-8162 to request the number of pages and the total cost of your request. The cost is $0.25 per page. The Board must receive your check or money order before your request can be mailed or picked up. | PR 07-22-06 |

**Please check which records and options you are interested in:**

**LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION**

☑ **COMPLAINT FILE ONLY**
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.**)

☐ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.**)

☐ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

**BOARD MEETING RECORDS**

☐ **MINUTES** (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item ____________________

☐ **AUDIOTAPES OR COMPACT DISCS** (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 1 year after the meeting.)

Specify date(s) and/or description of agenda item ____________________

If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.

---

Forms may be faxed or mailed to:

AZ State Board of Psychologist Examiners
1400 W. Washington, Ste. 235
Phoenix, AZ 85007
Phone: 602-542-8162 Fax: 602-542-8279

**PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.**



JH&C
JENNINGS, HAUG
& CUNNINGHAM, LLP
LAWYERS

2800 North Central Avenue
Suite Eighteen Hundred
Phoenix, Arizona 85004-1049
602-234-7800
Facsimile 602-277-5595

RECEIVED
Rcd ck# 82163
JUL 20 2007
$27.25 SC
AZ PSYCHOLOGY BOARD
mailed 7/26/07 SC

Sheri L. Sadler
602-234-7868
sls@jhc-law.com

July 18, 2007

**Arizona State Board of Psychologist Examiners**
1400 W. Washington, Suite 235
Phoenix, Arizona 85007

Re: *Michael Bayless, Ph.D.*

Dear Sir/Madam:

This letter will serve as a formal request for the complete Arizona State Board of Psychologist Examiners' file on the above-named individual. Our request includes, but is not limited to, applications, licensing information, disciplinary or other actions taken by the Board, current license status information, and any other documentation contained in the Board's file. A completed Request for Public Records form is enclosed, as well as our check in the amount of $27.25.

Thank you for your prompt response to this request.

Sincerely,

Sheri L. Sadler
Paralegal

/sls
Encl.
12-0239



RECEIVED

**ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS**

JUL 2 0 2007

# REQUEST FOR PUBLIC RECORDS

AZ PSYCHOLOGY BOARD

**Date of request:** 7-18-07    **Name of Psychologist:** Michael Bayless Ph. D.

**Requestor*:** Jennings Haug & Cunningham - Jack Cunningham Esq.

**Mailing Address:** 2800 N. Central Ave. Ste. 1800

**City, State, Zip Code:** Phoenix, AZ 85004

**Telephone Number:** (602) 234-7868    ext: _____    Fax: (602) 277-5595

Your name is optional if you only wish to <u>view</u> the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.

Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| Call the Board Office at (602) 542-8162 to request the number of pages and the total cost of your request. The cost is $0.25 per page. The Board must receive your check or money order before your request can be mailed or picked up. | |

## Please check which records and options you are interested in:

### LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION

☐ **COMPLAINT FILE ONLY**
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.)**

☐ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.)**

☒ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

### BOARD MEETING RECORDS

☐ **MINUTES** (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item _____

☐ **AUDIOTAPES OR COMPACT DISCS** (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 1 year after the meeting.)

Specify date(s) and/or description of agenda item _____

If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.

<u>Forms may be faxed or mailed to:</u>    **AZ State Board of Psychologist Examiners**
**1400 W. Washington, Ste. 235**
**Phoenix, AZ 85007**
**Phone: 602-542-8162    Fax: 602-542-8279**

**PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.**



# ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS

Pd $5.75 cash 5/23/07
p.u. docs 5/23/07 SC

# REQUEST FOR PUBLIC RECORDS

**Date of request:** 5/22/07 **Name of Psychologist:** MICHAEL B. BAYLESS

**Requestor*:** STACIA C. HILL

**Mailing Address:** [illegible] 620 W. WASHINGTON ST

**City, State, Zip Code:** [illegible] PHX AZ 85003

**Telephone Number:** (602) 550-2000 ext: — Fax: (____) ____________

**Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.**

**Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| Call the Board Office at (602) 542-8162 to request the number of pages and the total cost of your request. The cost is $0.25 per page. The Board must receive your check or money order before your request can be mailed or picked up. | # $5.75 |

**Please check which records and options you are interested in:**

## LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION

☒ **COMPLAINT FILE ONLY**
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.**)

☐ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.**)

☐ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

## BOARD MEETING RECORDS

☐ **MINUTES** (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item ______________________

☐ **AUDIOTAPES OR COMPACT DISCS** (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 1 year after the meeting.)

Specify date(s) and/or description of agenda item ______________________

If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.

---

**Forms may be faxed or mailed to:**

**AZ State Board of Psychologist Examiners**
**1400 W. Washington, Ste. 235**
**Phoenix, AZ 85007**
**Phone: 602-542-8162 Fax: 602-542-8279**

**PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.**

**ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS**

RECEIVED OCT 20 2005

Rec'd ck 5952 320 mo

# REQUEST FOR PUBLIC RECORDS

By 5952 320

Maya 10/28/05

Date of request: _10/19/05_  Name of Psychologist: _Michael Bayless_

Requestor*: _Calvin Thur_

Mailing Address: _8170 N 86th Pl, Suite 100_

City, State, Zip Code: _Scottsdale Az 85258_

Telephone Number: _(480) 368 9888_ ext: _____ Fax: _(480) 368 2276_

*Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.

**Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| Call the Board Office at (602) 542-8162 to request the number of pages and the total cost of your request. The cost is $0.25 per page. The Board must receive your check or money order before your request can be mailed or picked up. | PR 05-43 |

_20.00_

## Please check which records and options you are interested in:

### LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION

☒ **COMPLAINT FILE ONLY**
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.**)

☐ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.**)

☐ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

### BOARD MEETING RECORDS

☐ **MINUTES** (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item _____

☐ **AUDIOTAPES OR COMPACT DISCS** (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 1 year after the meeting.)

Specify date(s) and/or description of agenda item _____

If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.

**Forms may be faxed or mailed to:**      **AZ State Board of Psychologist Examiners**
**1400 W. Washington, Ste. 235**
**Phoenix, AZ 85007**
**Phone: 602-542-8162   Fax: 602-542-8279**

**PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.**

*Board Members*

*Maryann Santos de Barona, Ph.D.*
*Chairperson*
*James J. Cox, Ed.D.*
*Vice-Chairperson*
*Joseph C. Donaldson*
*Secretary*
*Gary D. Lovejoy, Ph.D.*
*Miki Paul, Ph.D.*
*Byron N. Rimm*
*Michael J. Rohrbaugh, Ph.D.*
*Fred Wiggins, Ph.D.*
*Vacant – Public Member*

***State of Arizona***
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*Shari S. Courtnay*
*Administrative*
*Assistant*

September 30, 2005

Rosemary Cook
Law Offices
818 N. 5th Avenue
Phoenix, AZ 85003

Re: Subpoena for Records on Michael B. Bayless, Ph.D.
Wayne F. Foraker v. Apollo Group, Inc.,
dba University of Phoenix
Case No.: CV04-2614-PHX-DGC

Dear Ms. Cook:

This letter is to acknowledge the receipt of your subpoena in the above captioned case which was delivered to our office yesterday, September 29, 2005. Please be advised that Dr. Bayless was licensed on March 18, 1977 and since that time has had only one discipline action which occurred in 1982. According to the Board's records retention schedule, the documents for case 82-13 was destroyed on July 23, 2002, and therefore no documents exist. We can, however, provide a copy of the minutes of the Board meeting on July 23, 1982, which discussed this case (see enclosed). Also enclosed are copies of the rest of the Complaint section of Dr. Bayless' public file.

Sincerely,

Marcus Harvey
Deputy Director

Enclosure

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

WAYNE F. FORAKER,

V.

APOLLO GROUP, INC., dba University of Phoenix

SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] CV04-2614-PHX-DGC

COPY

TO: CUSTODIAN OF RECORDS
ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testif in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition the above case.

PLACE OF DEPOSITION

☒ YOU ARE COMMANDED to produce and permit inspection ...ects at th place, date, and time specified below (list documents or objects

File of Michael B. Bayless, specifical ...censu and complaints against Dr. Bayless and

PLACE Law Office of Rosemary Cook
818 N. 5th Avenue
~~Phoenix, AZ 85003~~ ..., 200

☐ YOU ARE COMMANDED to permit inspection of the follow

PREMISES

Any organization not a party to this suit that is subpoena ... one or mo officers, directors, or managing agents, or other persons wh ...rth, for ea person designated, the matters on which the person will testif

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDA

[signature] Attor ..., 2005

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
818 N. 5th Avenue
Phoenix, AZ 85003 602-271-0589

9/30/05
Spoke to Rosemary Cook's assistant. She is not in today but will call in in about a hour & she will ask her if she wants the whole file or just the discipline

Later 9/30 (Elkie) ?
said Ms Cook only wants the complaint section

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

RECEIVED
JUL 13 2005
MO# 542455 0/519 $10
By ___ 20 $10
$20
Picked up docs 7/13/05

**Shari Courtnay**

**From:** Shari Courtnay [info@psychboard.az.gov]
**Sent:** Tuesday, July 12, 2005 9:17 AM
**To:** 'Barb Bumpus'
**Subject:** RE: Board Complaints

Dr. Bayless has been licensed by us sine 3/18/1977 and during this time, he has received 11 complaints. Out of those complaints, 8 of them were dismissed as there was no violation of the Board's statutes or rules, 2 of them received a letter of concern which is NOT discipline but just telling him areas where he needs to improve and in 1982 he received a Decree of Censure for a case involving confidentiality. There is no paperwork on this censure because it is over 20 years old and we don't keep the documents longer than that. I do have two pages of minutes from the meeting on July 23, 1982 and a page from the November 12, 1982 minutes that discuss the case involved in this censure, but there is no more backup information. If you wish to get a copy of Dr. Bayless' complaint section of his public file, please go to our website at www.psychboard.az.gov, click on Request for Public Records (under Forms), print the document and check "Complaint section only". The Quote Number is PR 05-30 and the price for the complaint section is **21 pages at $0.25 per page for a total of $5.25**. If you want the rest of Dr. Bayless' public file the costs are as follows:

Licensing section – **40 pages at $0.25 per page = $10.00**
Correspondence section – **19 pages at $0.25 per page = $4.75**

You can purchase any individual section or the complete public file. If you wish to purchase the **entire public file the price is $20.00**. When we receive a check or money order in the amount of whatever section you want made out to the Board of Psychologist Examiners, we will be happy to send it to you. The actual investigative documents of any complaint are NEVER available as they are protected by law.

Sincerely,

Shari Courtnay
Administrative Assistant

**Arizona Board of Psychologist Examiners**
1400 W. Washington, Ste. 235
Phoenix, AZ 85007
Internet: www.psychboard.az.gov
E-mail: info@psychboard.az.gov
Phone: (602) 542-8162
Fax: (602) 542-8279

-----Original Message-----
**From:** Barb Bumpus [mailto:liveinphx@yahoo.com]
**Sent:** Tuesday, July 12, 2005 7:20 AM
**To:** info@psychboard.az.gov
**Subject:** Board Complaints

I am attempting to obtain information about any complaints that may have been filed against an AZ PhD. His name is Michael (Brad) Bayless and I know he practices in the Phoenix area. Please let me know what I need to do to obtain this info and the costs involved. Thank You

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

***Board Members***

*Maryann Santos de Barona, Ph.D.*
*Chairperson*
*James J. Cox, Ed.D.*
*Vice-Chairperson*
*Joseph C. Donaldson*
*Secretary*
*Wil R. Counts, Ph.D.*
*Manuel H. Delgado, Jr., J.D.*
*Miki Paul, Ph.D.*
*Byron N. Rimm*
*Michael J. Rohrbaugh, Ph.D.*
*David P. Yandell, Ph.D.*

***State of Arizona***
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

***Staff***

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*David S. Shapiro*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

June 11, 2004

Robert L. Fruge, P.C.
115 S. McCormick
Prescott, AZ 86303

Re: Public File for Michael Bayless, Ph.D.

Dear Mr. Fruge:

Enclosed is a copy of Dr. Bayless' public file and your receipt.

Sincerely,

Shari Courtnay

Shari Courtnay
Administrative Assistant

Enclosure



RECEIVED
JUN 03 2004
By RD $8 ck#1/3/4

ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS

# REQUEST FOR PUBLIC RECORDS

Date of request: __________ Name of Psychologist: Michael Bayless Ph.D.

Requestor*: Robert L. Fraze, PC

Mailing Address: 115 S McCormick

City, State, Zip Code: Prescott, AZ 86303

Telephone Number: (925) 445-5500 ext: Fax: (925) 445-3459

*Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.

**Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

| Instructions for Purchasing Photocopies of Public Files | Quote Number |
|---|---|
| Call the Board Office at (602) 542-8162 to request the number of pages and the total cost of your request. The cost is $0.25 per page. The Board must receive your check or money order before your request can be mailed or picked up. | 04-024 |

**Please check which records and options you are interested in:**

**LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION**

☐ **COMPLAINT FILE ONLY**
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.**)

☐ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.**)

☒ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

**BOARD MEETING RECORDS**

☐ **MINUTES** (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item ______________________________

☐ **AUDIOTAPES OR COMPACT DISCS** (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 1 year after the meeting.)

Specify date(s) and/or description of agenda item ______________________________

If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.

---

Forms may be faxed or mailed to:

**AZ State Board of Psychologist Examiners**
**1400 W. Washington, Ste. 235**
**Phoenix, AZ 85007**
**Phone: 602-542-8162 Fax: 602-542-8279**

**PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.**

Arizona Center for Disability Law

Protection and Advocacy System for Arizona

RECEIVED

AUG 04 2003

Recd ck#006923

$19.75 SC

Mailed 8/6/03 SC

July 30, 2003

AZ State Board of Psychologist Examiners
Attn: Shari Courtnay
1400 W. Washington, Ste. 235
Phoenix, AZ 85007

Dear Ms. Courtnay:

Enclosed is the Arizona Board of Psychologist Examiners Request for Public Records and a check in the amount of $19.75. I am requesting the entire public file for Michael Brad Bayless, Ph.D. My assistant, Mavis Lauritzen, spoke with someone in your office on July 24th regarding the number of pages and the cost for this file. She was told at that time the file consisted of 79 pages at $0.25 per page, totaling $19.75.

I would greatly appreciate it if you could send this file to me as soon as possible. Please include a receipt of payment for our accounting department. Thank you for your assistance with this request.

Sincerely,

Stephen F. Palevitz

Stephen F. Palevitz
Staff Attorney

SFP/ml

Enclosures

100 North Stone Avenue ▪ Suite 305 ▪ Tucson, Arizona 85701
(520) 327-9547 (Voice/TTY) ▪ Fax (520) 884-0992

# ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS
# REQUEST FOR PUBLIC RECORDS

**Date of request:** 7/28/03 **Name of Psychologist:** Michael Brad Bayless, Ph.D.

**Requestor*:** Stephen F. Palevitz

**Mailing Address:** Arizona Center for Disability Law, 100 N. Stone Ave., Ste. 305

**City, State, Zip Code:** Tucson, AZ 85701

**Telephone Number:** (520) 327-9547 **ext:** **Fax:** (520) 884-0992

*Your name is optional if you only wish to view the public files. Please be aware that your name, address and telephone number are considered to be a public record and will be made a part of the licensee's public file.

**Public information concerning a licensee may be viewed at the Board office at no cost. Please call the office and tell us when you wish to come in so the file will be available for you.**

**If you wish to purchase photocopies of the public records, the cost is $0.25 per page. You may call the Board office to request the number of pages and the total cost of your request.**

**If you wish to purchase an audiotape or compact disc of a public session of a Board meeting, the cost is $10.00 per audiotape or compact disc.**

**The Board must receive your check or money order before your request can be mailed or picked up.**

**Please check which records and options you are interested in:**

**LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION**

☐ **COMPLAINT FILE ONLY**
(A complaint file only exists if there have been complaints filed against a psychologist. Files may include such documents as Board orders, dismissal letters, letters of concern, and minutes of Board meetings. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information are confidential by law, per A.A.C. R4-26-101.**)

☐ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.**)

☒ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

**BOARD MEETING RECORDS**

☐ **MINUTES** (This excludes Executive Session minutes, which are confidential by law.)

Specify date(s) and/or description of agenda item ____________________

☐ **AUDIOTAPES OR COMPACT DISCS** (circle the format you wish to purchase) (Audiotapes or Compact Discs of Board meetings are kept for 1 year after the meeting.)

Specify date(s) and/or description of agenda item ____________________

---

**Forms may be faxed or mailed to:**

**AZ State Board of Psychologist Examiners**
**1400 W. Washington, Ste. 235**
**Phoenix, AZ 85007**
**Phone: 602-542-8162 Fax: 602-542-8279**

**PLEASE DO NOT COMPLETE THE REVERSE SIDE UNLESS THESE RECORDS ARE TO BE USED FOR COMMERCIAL PURPOSES.**

*Board Members*

*David P. Yandell, Ph.D.*
*Chairperson*
*Maryann Santos de Barona, Ph.D.*
*Vice-Chairperson*
*Michael J. Rohrbaugh, Ph.D.*
*Secretary*
*Denise M. Bainton, J.D.*
*Wil R. Counts, Ph.D.*
*James J. Cox, Ed.D.*
*Manuel H. Delgado, Jr., J.D.*
*Joseph C. Donaldson*
*Maureen K. Lassen, Ph.D.*

# *State of Arizona*
# *Board of Psychologist Examiners*

1400 West Washington, Suite 235
Phoenix, Arizona 85007

Phone: (602) 542-8162 Fax: (602) 542-8279
www.psychboard.az.gov info@psychboard.az.gov

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Deputy Director*

*David S. Shapiro*
*Investigator*

*Shari S. Courtnay*
*Administrative Assistant*

April 8, 2003

Re: Michael Brad Bayless, Ph.D.

Dear Ms. 

Enclosed are copies of the decree of censure letter and the two letters of concern that Dr. Bayless has received. Also enclosed is your receipt.

Sincerely,

Shari S. Courtnay
Administrative Assistant

Enclosures

Intel product selector

apps.intel.com/product_selector/index.asp

RECEIVED

APR 07 2003

By ck#2427 $2.25 sc 4/2/03

BOPEX
Attn: Shari Cortnay

Shari,

Enclosed is my check for nine pages of records related to Michael Brad Bayless. These records include one decree of censure + two letters of concern. Please mail them to me at 4601 East Palo Verde Drive, Phoenix, AZ 85018 (please note this address is different than the address on my check because we recently moved).

Thank you,

[redacted]

*Intel's Web-Based Product Selector*

intel.

3/31/03

Attn: Shari Cortney
BOPEX

Fax #602/542-8279

Shari,

I am requesting copies of public records related to any disciplinary actions taken against Michael Brad Bayless, Ph.D., and Gina Lang, Ph.D. Please call me at 480/897-2955 ext 4639 to let me know the cost. Thank you!

3/31/03 Told her $2.25 for discipline & 2 docs SC

*Board Members*

*David P. Yandell, Ph.D.*
*Chair*
Maryann Santos de Barona, Ph.D.
*Vice-Chair*
Michael J. Rohrbaugh, Ph.D.
*Secretary*
*Denise M. Bainton, J.D.*
*Wil R. Counts, Ph.D.*
*James J. Cox, Ed.D.*
*Manuel H. Delgado, Jr., J.D.*
*Joseph C. Donaldson*
*Maureen K. Lassen, Ph.D.*

***State of Arizona***
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007
*Phone:* 602-542-8162 *Fax: 602-542-8279*
*E Mail: info@psychboard.az.gov* *www.psychboard.az.gov*

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Projects Specialist*

*David S. Shapiro*
*Investigator*

*Shari S. Courtnay*
*Admin. Secretary*

September 26, 2002

Shawna Dunlap
P. O. Box 564
Litchfield Park, AZ 85340

Re: Michael Bayless, Ph.D.

Dear Ms. Dunlap:

Enclosed please find a copy of Dr. Bayless' public file plus your receipt.

Sincerely,

Shari S. Courtnay
Administrative Secretary

Enclosures

RECEIVED

SEP 18 2002

By ck #2850 SC

September 17, 2002

Arizona State Board of
Psychologist Examiner's
Attention: Shari Courtnay
1400 West Washington, Suite 235
Phoenix, Arizona 85007

RE: Michael Bayless, Ph.D.

Ms. Courtnay,

In response to your letter dated September 17, 2002, I have enclosed a check in the amount of $16.25. This should cover the cost of the entire complaint file. Please forward these documents to my attention at P.O. Box 564, Litchfield Park, Arizona 85340. Thank you for your prompt assistance in this matter.

Sincerely,

Shawna L. Dunlap

*Board Members*

*David P. Yandell, Ph.D.*
*Chair*
Maryann Santos de Barona, Ph.D.
*Vice-Chair*
Michael J. Rohrbaugh, Ph.D.
*Secretary*
*Denise M. Bainton, J.D.*
*Wil R. Counts, Ph.D.*
*James J. Cox, Ed.D.*
*Manuel H. Delgado, Jr., J.D.*
*Joseph C. Donaldson*
*Maureen K. Lassen, Ph.D.*

**State of Arizona**
**Board of Psychologist Examiners**

1400 West Washington, Suite 235
Phoenix, Arizona 85007
*Phone:* 602-542-8162 *Fax: 602-542-8279*
*E Mail: info@psychboard.az.gov* *www.psychboard.az.gov*

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus E. Harvey*
*Projects Specialist*

*David S. Shapiro*
*Investigator*

*Shari S. Courtnay*
*Admin. Secretary*

September 17, 2002

Shawna Dunlap
P. O. Box 564
Litchfield Park, AZ 85340

Re: Michael Bayless, Ph.D.

Dear Ms. Dunlap:

In response to your request for copies of Dr. Bayless' public file, it consists of 65 pages. That number of pages at $0.25 per page equals $16.25. If you are only interested in the complaint section of this file, there are 30 pages at $0.25 per page for only $7.50. Please make your check out to the Arizona Board of Psychologist Examiners. We will send the documents to you as soon as we receive your check or money order.

Sincerely,

Shari S. Courtnay

Shari S. Courtnay
Administrative Secretary



Legal Services
Phone (623) 932-3014

Transmittal Sheet
Fax #(623) 932-0184

**Date:** 09/16/02

**To:** Arizona Board of Psychologist Examiners

**At Fax#:** 602-542-8279

**From:** Shawna Dunlap

**Re:** Complaint filed against Michael Bayless, Ph.D.

**Total number of pages:**
**(Including coversheet)**

**Comments:** Please call me at 623-764-1765 regarding complaints against Michael Bayless, Ph.D, license #535. I would like to request copies of this file. Please let me know the cost and I will make arrangements to pay you and pick up the copied file.

**Sender:**

***If you do not receive the complete fax, please call the above number.**

Thank you
Shawna Dunlap

**ARIZONA BOARD OF PSYCHOLOGIST EXAMINERS**
**REQUEST FOR PUBLIC RECORDS**

Date of request: 09/16/02

Requestor*: Shawna Dunlap
Mailing Address: P.O. Box 564
City, State, Zip Code: Litchfield Park, Az 85340
Phone Number: (623) 764-1765 ext: Fax: ( )

* Name optional if not requesting copies of records.

**Please check which records and options you are interested in:**

**LICENSEE FILES AND/OR OTHER PUBLIC DOCUMENTS OR INFORMATION**

☒ **COMPLAINT FILE ONLY**
(Only available if there have been complaints filed against a psychologist. Files only include (if applicable): Board orders, dismissal letters, letters of concern, minutes of Board meetings and other correspondence between the Board and licensee. **All materials relating to an investigation by the Board, including a complaint, response, client record, witness statement, investigative report, or any other information relating to a client's diagnosis, treatment, or personal or family life, or other information classified as confidential by law, per A.A.C. R4-26-101.)** Michael Bayless, Ph.D, License #535, 3008 N. 3rd St., Ste 200 Phoenix, Az 85012 602-230-7373

☐ **LICENSING FILE ONLY**
(Includes application for licensure, renewal applications, if any, correspondence between Board and licensee. **Does not include a licensee's college or university transcripts, test scores or other information classified as confidential by law, per A.A.C. R4-26-101.)**

☐ **ENTIRE PUBLIC FILE** (Includes both of the above, licensure information and complaint information, if any).

Specify psychologist's name: ____________________

**BOARD MEETING RECORDS**

☐ **MINUTES** (This excludes Executive Session minutes, which are confidential by law.)

☐ **AUDIOTAPES** (Audiotapes of Board meetings are kept for six months after the meeting.)

Specify date(s) and/or description of agenda item ____________________

☐ **I want to view public information indicated above at the Board of Psychologist Examiner's office at no cost.** Please call the Board office to schedule an appointment.

☒ **I want to purchase photocopies of public records indicated above.** The cost is $0.25 per page.

☐ **I want to purchase an audiotape of the public session of a Board meeting.** The cost is $10 per audiotape.

To purchase copies of public information the Board must be in receipt of a check or money order before your request can be mailed or picked up. Contact the Board staff for the number of pages in a file and the cost. If you have any questions, please call 602-542-8162.

**Forms may be faxed or mailed to:**

*AZ State Board of Psychologist Examiners*
*1400 W. Washington, Ste. 235*
*Phoenix, AZ 85007*
*Phone: 602-542-8162 Fax: 602-542-8279*

**ARE THESE RECORDS TO BE USED FOR COMMERCIAL PURPOSES?** ☐ Yes ☒ No
**IF YES, PLEASE COMPLETE THE SWORN STATEMENT ON THE REVERSE.**

Please contact me with # of pages and cost and I will pick up copies and pay for them at time of pick up.

[signature] Shawna Dunlap

**REQUEST FOR PUBLIC RECORDS**

**Information and Instruction Sheet**

**REQUESTING PARTY: PLEASE READ AND NOTE THE FOLLOWING INFORMATION AND INSTRUCTIONS**

Pursuant to A.R.S. §39-121.03, Laws 1977, Ch. 54 §2 (effective 5/17/77), any person who requests copies, printouts or photographs of public records for commercial purposes must provide a STATEMENT setting forth the commercial purpose for which they will be used.

A person providing a verified statement setting forth the commercial purpose for which the reproduction will be used may be furnished such reproductions at the discretion of the custodian of the records for a charge reflecting the following:

A portion of the cost to the State for obtaining the documents or records to be reproduced.
A reasonable fee covering the cost of time, equipment and personnel in making the reproduction, and
The value of reproduction on the commercial market.

If the custodian of a public record believes that the commercial purpose of a reproduction is a misuse of public records or an abuse of the right to receive them, he or she may refuse a request for reproduction of such record for said commercial purpose and may request the Governor to prohibit the furnishing of reproductions for such commercial purposes by Executive Order. If an Executive Order is not issued within thirty (30) days of the custodian's application, the requesting party will be furnished such reproductions for the commercial purpose set forth in his other verified statement.

"Commercial Purpose" is broadly defined by the Act as "any purpose in which the purchaser can reasonably anticipate the receipt of monetary gain from the direct or indirect use of such public record." A.R.S. §39-121.03E. "Commercial Purpose" includes copies of records for sale or resale and copies of printouts of names and addresses for purposes of solicitation of business.

**IMPORTANT: SUBSECTION D OF A.R.S. §39-121.03 PROVIDES THAT:**

A person who obtains public records for a commercial purpose without indicating the commercial purpose or who obtains a public record for a non-commercial purpose and uses or knowingly allows the use of such public record for a commercial purpose or obtains a public record for a commercial purpose and uses or knowingly allows the use of such public record for a different commercial purpose or obtains a public record from any one other than the custodian of such records and uses them for a commercial purpose shall in addition to other penalties* be liable to the state or the political subdivision from whom the public record was obtained for damages in the amount of three times the actual damages if it can be shown that the public record would not have been provided had the commercial purpose of actual use been stated at the time of obtaining the records.

*The penalty for perjury is a fine of not less than $500 nor more than $5,000, or imprisonment in the State Prison for not less than one nor more than fourteen years, or both.

**SWORN STATEMENT**

I, ____________________, declare that I have read the information and instruction sheet accompanying this form and understand the contents therein. I further declare that the copies or other reproductions of the public records described above and which I have requested are to be used solely for commercial purposes.

If the records are to be used for commercial purposes, specifically state those purposes:

______________________________________________

______________________________________________

I further declare that such copies or reproductions will not be used directly or indirectly for a different purpose other than described above. I further declare under penalty of perjury that the foregoing is correct and true.

____________________ ____________________
Name Date

Forms/Request for Public Records/Net
(Revised 09/02)

September 26, 2000

Board of Psychologist Examiners
1400 W. Washington, Suite 235
Phoenix, AZ 85007

Dear Diane,

Per our telecon of today's date, enclosed is my check #2122 in the sum of $14.00 for the public file on DR. Michael Bayliss.

Thank you for your help in this matter.

Sincerely,

Logan Wizinsky

mailed 9/27/00

RECEIVED
SEP 27 2000
By 14.00
CK #2122

RECEIVED
AUG 3 1 2000
By

August 29, 2000

AZ Board of Psychologist Examiners
1400 West Washington, Room 235
Phoenix, AZ 85007

RE: Michael Brad Bayless
License # 535

To Whom It May Concern:
Please provide me with a copy of any and all disciplinary actions in reference to DR Michael Brad Bayless. Please provide specific details regarding complaints/types/descriptions/descriptions of resolution and docket numbers.

Should there be any fee for this information, please contact me at the above address and/or telephone

Thank you for your help and consideration in this matter.

Sincerely,
Logan Ulizensky

LM 9/26/00

RECEIVED
SEP 27 2000
By $14.00 - #97

09/26/00

Diane

Enclosed please find my check for $14.00 for the copies I requested (B. Bayless).

Please forward these copies to :

Thank you,

Mary

mailed 9/27/00



*Board Members*

*T.H. Guerin, Jr., J.D.*
*Chair*
*Maureen K. Lassen, Ph.D.*
*Vice-Chair*
*Gary D. Lovejoy, Ph.D.*
*Secretary*
*Denise Bainton, J.D.*
*Janice K. Brundage, Ph.D.*
*Wil R. Counts, Ph.D*
*Eugene R. Moan, Ed.D.*
*Maryann Santos de Barona, Ph.D.*
*David P. Yandell, Ph.D.*

**State of Arizona**
**Board of Psychologist Examiners**

1400 West Washington, Suite 235
Phoenix, Arizona 85007
*Phone:* 602-542-8162 *Fax: 602-542-8279*
*E Mail: azbpe@goodnet.com* *www.goodnet.com/~azbpe*

*Staff*

*Maxine McCarthy*
*Executive Director*

*Marcus Harvey*
*Projects Specialist*

*Diane Lucas*
*Administrative Secretary*

*David Shapiro*
*Investigator*

December 9, 1999

Cynthia M. Lane
Fisher & Phillips LLP
4675 MacArthur Court
Newport Beach CA 92260-1839

Re: Your case Karen Tiffany Tanner Dye v. Danka Industries, Inc., et al.
U.S. Federal Court, State of AZ Case No. CIV-97-1107-PHX-PGR

Dear Ms. Lane:

We are in receipt of your letter dated October 20, 1999, in which you requested a copy of Michael B. Bayless' complaint file. His file consists of 27 pages. If you wish to receive a copy of his file, please submit a check in the amount of $6.75 (.25 per page) to Board of Psychologist Examiners. We will expedite your request upon receipt of your payment.

Should you have any questions, please contact me.

Sincerely,

Diane Lucas

Diane Lucas
Administrative Secretary

LAW OFFICES

FISHER & PHILLIPS LLP

(A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS)

SUITE 550
4675 MACARTHUR COURT
NEWPORT BEACH, CALIFORNIA 92660-1839
TELEPHONE (949) 851-2424
FAX (949) 851-0152

ATLANTA
1500 RESURGENS PLAZA
945 EAST PACES FERRY ROAD
ATLANTA, GEORGIA 30326-1125
TELEPHONE (404) 231-1400
FAX (404) 240-4249

NEW ORLEANS
SUITE 3710
201 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70170-3710
TELEPHONE (504) 522-3303
FAX (504) 529-3850

FT. LAUDERDALE
2300 NATIONSBANK TOWER
ONE FINANCIAL PLAZA
FT. LAUDERDALE, FLORIDA 33394-0005
TELEPHONE (954) 525-4800
FAX (954) 525-8739

SAN FRANCISCO
SUITE 345
THREE LAGOON DRIVE
REDWOOD CITY, CALIFORNIA 94065-1567
TELEPHONE (650) 592-6160
FAX (650) 592-6385

October 20, 1999

RECEIVED
OCT 22 1999
By

**VIA FACSIMILE AND U.S. MAIL**

Psychology Board of Arizona
1400 West Washington, Suite 235
Phoenix, Arizona 85007

Re: Karen Tiffany Tanner Dye v. Danka Industries, Inc., et al.
U.S. Federal Court, State of Arizona Case No. CIV-97-1107-PHX-PGR

Dear Sir or Madam:

Please be advised that we represent Danka Industries, Inc. in connection with the above-referenced matter. Please provide us with copies of the dismissals and the decree of censure in regards to Michael B. Bayless, Ph.D.

Michael B. Bayless, Ph.D.
3008 N. 3rd Street, Suite 200
Phoenix, Arizona 85012
Ph: (602) 230-7373

License Information: License No. 535
Currently active since 3/18/77

Please contact me or my secretary, Brenna Davis at (949) 851-2424 upon knowledge of the costs of the copies.

Of course, if you have any questions or comments, please do not hesitate to call me.

Sincerely,

Cynthia M. Lane

CYNTHIA M. LANE
for FISHER & PHILLIPS LLP

CML:bjd

*Board Members*

*Wil R. Counts, Ph.D.*
*Chair*
*T.H. Guerin, Jr., Esq.*
*Vice-Chair*
*Maureen K. Lassen, Ph.D.*
*Secretary*
*Lisa Gervase, Esq.*
*Maxine N. Ijams, Ph.D.*
*Gary D. Lovejoy, Ph.D.*
*Eugene R. Moan, Ed.D.*
*Maryann Santos de Barona,, Ph.D.*
*David P. Yandell, Ph.D.*

***State of Arizona***
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007
*Phone:* 602-542-8162 *Fax:* 602-542-8279
*E Mail:* azbpe@goodnet.com www.goodnet.com/~azbpe/

*Staff*

*Maxine McCarthy*
*Executive Director*

*Wendy Sticht*
*Administrative Assistant*

*Gerry Fair*
*Administrative Secretary*

*Susan Golab, C.M.S.W.*
*Investigator*

April 28, 1998

Robert Grasso
Attorney at Law
8160 N. Hayden Rd.
Scottsdale, AZ 85258

**RE: Michael Bayless, Ph.D.**

Dear Mr. Grasso:

This letter shall serve as a response to the subpoena served on the Custodian of Records of the Board of Psychologist Examiners. Specifically, the subpoena calls for production of "Complete file regarding Michael B. Bayless, 3006 N. 3rd Street, Suite 200, Phoenix, AZ 85012 - (602) 230-7378". Dr. Bayless has had nine complaints filed with the Board as follows:

80-18, 80-19, 82-13, 85-30, 90-38, 91-36, 91-42, 92-24, and 95-21. Complaint Nos. 80-18, 80-19, 85-30, 90-38, 91-36 and 92-24 were dismissed; 82-13 resulted in a Letter of Censure, and 91-42 and 95-21 resulted in Letters of Concern.

Please be advised that pursuant to A.R.S, §32-2082(E), "Documents associated with an investigation are not open to the public and shall remain confidential. No documents may be released without a court order compelling their production." Therefore, the only documents that can be released are copies of the dismissal letters, the letter of censure and the letters of concern as well as the relevant portions of the Board's public record minutes regarding each complaint. These are enclosed, herewith.

In addition to the complaint information, the non-confidential portion of the licensing file of Dr. Bayless can also be released, and is enclosed.

The Board is in receipt of your check in the amount of $13.75 to cover the cost of copying the enclosed documents.

If you have any questions regarding the compliance with the subpoena, please contact me.

Sincerely,

Maxine McCarthy
Executive Director

MM/gf
Enclosures
cc: Kristen E. Hoffmeyer
Assistant Attorney General

Grasso.let

LAMAR & GRASSO

Vendor: 1 BOARD OF PSYCHOLOGIST EXAMINERS 4366

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 04/23/98 | COPIES OF LICENSING/COMPLAINT FILES RE DR. BAYLESS - CRANE | | 13.75 | | 13.75 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 04/24/98 | 4366 | 13.75 | 0.00 | 13.75 |

DELUXE BUSINESS FORMS 1+800-328-0304

RECEIVED
APR 2 2 1998
By

AO 88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**
# UNITED STATES DISTRICT COURT

DISTRICT OF
ARIZONA

MARY ELLEN CRANE,

V.

CITY OF PEORIA, et al.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] CIV 95-2240 PHX RGS

TO: State Board of Psychology, Custodian of Records
1645 West Jefferson, Room 410
Phoenix, AZ 85007 (602) 542-3095

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Complete file regarding Michael B. Bayless, 3006 North 3rd Street, Suite 200, Phoenix, AZ 85012- (602) 230-7378

| PLACE | DATE AND TIME |
|---|---|
| LaMar & Grasso, P.C. 8160 North Hayden Road, Building J, Suite 108, Scottsdale, AZ 85258 | May 1, 1998, 9:00 a.m |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorneys for Defendant | April 21, 1998 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
LaMar & Grasso
8160 N Hayden Road, Scottsdale, Arizona 85258 (602) 998-4118

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

*Board Members*

*Wil R. Counts, Ph.D.*
*Chair*
*T.H. Guerin, Jr., Esq.*
*Vice-Chair*
*Maureen K. Lassen, Ph.D.*
*Secretary*
*Lisa Gervase, Esq.*
*Maxine N. Ijams, Ph.D.*
*Gary D. Lovejoy, Ph.D.*
*Eugene R. Moan, Ed.D.*
*Maryann Santos de Barona,, Ph.D.*
*David P. Yandell, Ph.D.*

***State of Arizona***
***Board of Psychologist Examiners***

1400 West Washington, Suite 235
Phoenix, Arizona 85007
*Phone:* 602-542-8162 *Fax: 602-542-8279*
*E Mail: azbpe@goodnet.com* *www.goodnet.com/~azbpe/*

*Staff*

*Maxine McCarthy*
*ExecutiveDirector*

*Wendy Sticht*
*Administrative Assistant*

*Gerry Fair*
*Administrative Secretary*

*Susan Golab, C.M.S.W.*
*Investigator*

# INVOICE

**TO:** LaMar & Grasso

Attn: Debbie

**DATE:** April 23, 1998

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| Copies of Licensing and Complaint files for Michael Bayless, Ph.D. | |
| **TOTAL DUE** | $13.75 |

Gerry Fair
Administrative Secretary

Please make check payable to: BOARD OF PSYCHOLOGIST EXAMINERS

INVOICE.FRM



*State of Arizona*
*Board of Psychologist Examiners*
1400 West Washington, Suite 235
Phoenix, Arizona 85007
602-542-8162

# FACSIMILE COVER SHEET

**FAX NO. 602/542-8279**

DATE: 4-23-98

TO: DEBBIE
LaMAR + GRASSO

FAX NO.: 998 - 4132

FROM: GERRY FAIR

MESSAGE:
INVOICE

NO. OF PAGES FAXED INCLUDING COVER SHEET: 2

**PLEASE NOTIFY SENDER IF ALL PAGES ARE NOT RECEIVED**

The information contained in this facsimile message is privileged and confidential, intended only for the use of specific individual(s) and/or entities. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us by phone, and return the original message to us at the address above via US mail. Thank you.



*State of Arizona*
*Board of Psychologist Examiners*
1645 West Jefferson, Room 410
Phoenix, Arizona 85007
602-542-3095

February 18, 1992

William J. Skousen
Skousen, Skousen, Gulbrandsen and Patience, P.C.
414 East Southern Avenue
Mesa, Arizona 85204-4993

Dear Mr. Skousen:

Your request for copies of claims against Dr. Michael Bayless has been received. Please be advised that you may have copies of any public record on these files, however, this does not include a copy of the actual complaint or accusations.

During the Board's investigation, findings of fact and conclusions of law are established when accusations are substantiated. This allows unfounded accusations to not be used against the professional. All complaints are taken seriously and investigated as it relates to the statute authorizing this Board's activity.

The following cases have been filed with this Board regarding Bayless:

Please submit 75¢ to cover duplicating costs for public documents you have requested from these files.

Thank you,

Barbara Gast
Barbara Gast
Executive Director

sent 2-26-92
FAX - 833-7146

# Bayless articles

# FAX

## Arizona Attorneys for Criminal Justice

645 North 4th Avenue, Suite B
Phoenix, AZ 85003
Office: 602.257.4131 Fax: 602.257.1024
Email: defense@aacj.org

| | |
|---|---|
| To: Dawn Sinclair | From: **Ellen Saivesen, Executive Director** |
| Company: Office of the Legal Defender | Date: 8-4-05 |
| Fax number: 602.506.8862 | Total # of pages including cover: 5 |
| Re: Defender articles | |

Notes/Comments:

Barnes articles

# MITIGATION AND THE

Often criminal defense attorneys obtain a case that has incriminating facts, a defendant who does not elicit sympathy and mandatory sentencing laws that make going to trial a "suicide" mission. Consequently, damage control through the process of plea agreement is the only alternative.

The first step in attacking such a case is to hire a competent mental health expert (psychologist and/or psychiatrist) who has the experience and forensic acumen to examine the defendant. The psychologist/psychiatrist must be provided with as much data about the defendant as possible. This should include but not be limited to: 1) school records, achievement test scores, discipline records, 2) medical records, 3) military records, 4) employment records, 5) interviews with individuals that have intimate knowledge of defendant, 6) police reports, 7) juvenile records, etc.

Before the expert writes a report he/she should report their findings to the attorney. Remember there are many aspects of a person's life that could be seen as mitigating. The expert has to be skilled at recognizing the obvious and the not so obvious factors. For example an individual who has had a history of mental illness, mental retardation, drug and/or alcohol problems is obvious Not so obvious is the fact that a person has had no treatment, no drug related problems, and is not incompetent. An example of this can be seen in the following case in which a 20 year old defendant was charged with theft and assault. After careful review of his history I learned that he had been referred to the juvenile court 16 times. His record of offenses started when he was 12 years old. Noteworthy, all of his offenses were for theft-related charges. It was also noted that he had not received any treatment as a juvenile other than placement in detention and/or sent to a juvenile institution. He was transferred to adult court at age 17 and was convicted of burglary and sentenced to 5 years probation. Again he was not referred to nor did he receive any mental health assistance. After examination it was learned that he was learning disabled, could barely read or write, had an intelligence IQ of 84 and had no marketable skills. I should also mention that he was angry, defensive, and totally mistrustful of everything and everyone in the system. Due to his past history and the fact that he was on probation at the time of the current offense, prison time seemed inevitable.

*The expert needs to have developed a systematic plan of rehabilitation that is feasable and available*

The probation officer was angry and clearly fed up with the defendant's seemingly blatant disregard for the terms of his probation. It was learned through the evaluation that the defendant had concealed his learning difficulties not only from the probation officer but also from family and friends. He had developed extremely maladaptive ways in which to cope with his severe learning problems. The probation officer believed that the defendant would have to go to jail and was considering recommending a sentence that was greater than the presumptive.

Armed with the above information the expert should contact the probation officer and request a conference. The expert must be careful and should be reminded by the attorney that he/she is to simply but persuasively give the probation officer data about the defendant but should not under any circumstances give the probation officer the impression that the expert is attempting to tell the probation officer how to do his or her job. The expert must be aware of various treatment options and training programs available to the defendant and at the same time provide insurance that the defendant will have some controls on his behavior so as to insure some probability that the defendant will follow through.

The probation officer should also be reminded in a very definitive fashion that the system (family, school, and criminal justice) has failed to identify and address the defendant's real problems. The expert needs to have developed a systematic plan of rehabilitation that is feasible and available. Again, knowledge of city, state and federal, assistance programs is essential. Community rehabilitation representatives often will want to meet the defendant and assess whether he/she is suitable for their program. If so, arrangements for screening should be made and the screening completed before the expert talks to the probation officer. It is important that the meeting with the probation officer

# FORENSIC EXPERT

*By Michael B. Bayless, PH.D.*

takes place as soon as possible. [Noteworthy in the above-described case, the probation officer was so impressed by the diversion program, he agreed to its implementation in lieu of violating the defendant's probation.]

After the expert has talked to the probation officer the defense attorney should immediately call the county attorney and request a meeting. The defense attorney should play the role of observer during the interview and allow the expert to explain his/her position. Because the county attorney and defense attorney are advocates, the defense attorney will gain more credibility with the prosecutor by allowing his expert to talk freely about his findings and recommendations. The defense attorney is privy to the conversation and can learn a lot about what the prosecutor knows, and more importantly what he doesn't know. Immediately after the expert's meeting with the prosecutor, the expert should be instructed to generate a written report which outlines the proposed plan of treatment and rehabilitation.

The defense attorney is now ready to negotiate a plea agreement favorable to his client. Additionally all of the ground work has been laid to successfully put on an impressive and persuasive mitigation hearing.

The psychological expert not only must have the knowledge and credentials but also has to have the ability to explain complex issues in simple, everyday terms. He/She must be objective yet persuasive and have an appearance of trustworthiness and sincerity. Style, class, tone of voice, confidence, zeal, candor, and gestures may make an expert or break an expert. (Some studies suggest that this is more important than credentials).

Lawyers often make critical errors when they hire an expert. They assume the expert knows more about the judicial system than he/she actually does. Consequently they do not spend ample time "grooming" their expert and preparing them for trial. The savvy lawyer informs his forensic expert of all of the problems he/she is confronted with and explains over and over again to the expert what he/she wants and doesn't want from the expert.

Lawyers often naively, and/or in the interest of saving money, select documentary evidence which he/she thinks is relevant to the expert's review. This can be a major error because the lawyer is typically not well informed about the expert's field and therefore may omit data that could be extremely important. It is advisable for the lawyer to invite the expert to his/her office and show the expert all of the documents and together pick out those that seems important.

Research indicates that experts are used in over 80 percent of all criminal and civil trials. The "art" of using an expert to their fullest potential can often change the course and perception of a case. The lawyer who understands the value of a competent forensic expert will more times than not advance his client's cause.

## REFERENCES

1) Clifford, R.C. - Qualifying and Attacking Expert Witnesses, James Publishing, Inc., Santa Ana, California, 1990.

2) Curran, W., Hyg, S.M., McGarry, A.L. - "The Psychiatrist As Expert Witness", In Forensic Psychiatry and Psychology, W.J. Curran, A.L. McGarry, SA. Shah (Eds.), Philadelphia; F.A. Davis Company, 1986.

3) MacDonald, J.M. (Ed.) - "The Psychiatrist on the Witness Stand", Psychiatry and the Criminal, Springfield, Illinois; Charles C. Thomas Company, pg. 449-466, 1976.

4) Parson, K. - "The Expert Before He Becomes A Witness", Experts-at-Law, July-Aug., 1990, pg. 55-57.

5) Resnick, P.J. - "The Psychiatrist in Court", In Psychiatry, J. Cavenar, Jr. (Ed.), Philadelphia; Lippincott, 1986.

6) Zinkin, J. - Coping With Psychiatric and Psychological Testimony, Third Edition, Volumes I and II, Venice, California; Law and Psychology Press, 1981.

*[Michael B. Bayless received his doctorate degree in counseling psychology from ASU in 1976 and was certified as a psychologist by the Arizona Board of Psychologist Examiners in 1976. He was appointed to that Board in 1980 and served thereon for five and a half years. Dr. Bayless has testified in hundreds of criminal and civil cases. He is a member of the Arizona State Psychological Assn., American Psychological assn., and the Phoenix Medical Society. He is currently President of Michael B. Bayless & Associates, P.C.]*

# Guilty But Insane V. Diminished Responsibility

*Michael B. Bayless, Ph.D*

During the 19th century, English courts pronounced a set of rules designed specifically to govern defense based on the insanity of the accused at the time of the alleged offense. With the creation of the M'Naghten Rules in 1843, the law on insanity was given a strict and concise definition. The Rules state that it must be clearly proven that, at the time of committing the act, the defendant was laboring under such a defect of reason, from disease of the mind, as not to know the nature and quality of the act he was doing; or, if he did know it, that he did not know that what he was doing was wrong.

These rules are problematic in that they place the definition of cognitive insanity within extremely narrow limits. Consequently, many mentally disturbed persons who face criminal charges are punished because they are still considered to have sufficient *mens rea* to commit the act charged. Some researchers believe that the rules of insanity are limited and that the interpretation of insanity turns on a concept of psychosis that is arbitrarily confined to certain types of mental illness. Obviously, this does not sit well with the modern psychological/psychiatric conception of serious mental illness. Frankly, the Rules fail to draw a distinction between being able to differentiate between right and wrong, and being able to choose between them.

The question that the courts must try to address is to find a definition of mental illness that enables juries to acquit an accused when it is just to do so. One might argue that courts should increase the role of psychologist/psychiatrist so as to provide greater understanding and insight into this complex area of insanity. However, it is not that simple; even the definitions of legal insanity and medical insanity are different. Legal insanity is an excuse for wrongdoing, not a diagnosis of mental health. As a general rule psychological/psychiatric testimony is only admissible when the court determines that there is a need for this information, that the information is outside the normal scope and experience of ordinary people (jury), and therefore it needs explanation. The court talks about free will, guilt, and innocence. Psychology talks about determinism, degrees of cognitive and volitional control. These concepts are worlds apart and, although not impossible, there is a lot of work that is going to have to get done before the marriage between psychology and law is complete.

***Legal insanity is an excuse for wrongdoing, not a diagnosis of mental health.***

Psychology/psychiatry over the last 50 years has made significant advances. It recognizes that man has an integrated personality and that reason, which is only one element of the personality, is not the sole determinant of behavior. In the case of *Durham vs. United States*, the judge ruled that the M'Naghten statue was inadequate and that the new test to be applied would be one of criminal responsibility as opposed to the knowledge test applied in M'Naghten. In another case, *Freeman vs. United States*, we see the court again abandoning the M'Naghten rules. The court held that the American Law Institute's Model Penal Code should be used as a test of criminal responsibility in cases where the sanity of the accused at the time the crime was committed was in doubt. The code reads:

> *A person is not responsible for criminal conduct if at the time of such conduct, as a result of the mental disease or defect, he lacks substantial capacity either to appreciate the criminality (wrongfulness) of his conduct or to conform his conduct to the requirements of*

Clearly, defining insanity is at best a thorny issue. It is the desire of the court and society to acquit those individuals who suffer from mental disease or defect to such an extent that they do not understand or appreciate the wrongfulness of their behavior. However, there is also a strong desire, and possibly a paranoid driven desire, to restrain those same individuals from offending again.

Instead of using the insanity defense as a means of determining if an individual is innocent or guilty, the Henchy report recommends taking mental illness into account for sentencing purposes. The report recommends a three-factor test for the insanity defense. The factors are:

1. Did the accused commit the act or omission charged?
2. If so, was he suffering at the time any mental disorder?
3. Is so, was it such that he should not be found guilty of the offense charged?

Additionally, the report recommended "diminished responsibility" as an alternative to M'Naghten and "guilty but insane". The concept of diminished responsibility affords the mentally disordered person, charged with murder, an option of not having to choose between the insanity defense, the possibility of indefinite detention, and the choice of pleading guilty to mur-

der. Under certain circumstances he could be found not guilty by reason of mental disorder. This finding would allow the accused person to be sentenced under the guidelines that his responsibility for the crime was substantially diminished. In this situation, the jury could find the individual guilty of manslaughter. This would open up the sentencing arena to fairness and get rid of the narrow constraints of M'Naghten and "guilty but insane". The choice of using diminished responsibility could prove invaluable especially in those borderline cases.

The insanity defense has taken a turn that has left many lawyers wondering if they should ever attempt to use it. The numbers are not good. Only about one percent of defendants invoke the insanity defense. And juries seldom buy it. Of that of one percent, only about one in five succeeds. In addition, sixty to seventy percent of insanity pleas are for crimes other than murder. Data also indicates that those found not guilty by reason of insanity spend more time locked up than if they were convicted of the crime and sent to prison. Nonetheless, the insanity defense is a subject of much public opinion. Instead of lawmakers looking at the statistics, they often respond in a knee jerk fashion, especially when there is a public outcry over high profile trials. The insanity defense came under a very powerful microscope when John Hinckley was found not guilty by reason of insanity. In Arizona it was the Mark Austin case. Some states (Utah, Idaho, Montana) have gone so far as to prohibit the insanity defense.

***Instead of lawmakers looking at the statistics, they often respond in a knee jerk fashion.***

Is insanity a defense or is it a way to have clients placed in a "therapeutic treatment center" possibly for longer than they would have spent in prison? This may or may not be the best outcome. In some non-violent cases, being found guilty but insane can be a very good outcome and possibly the only assurance that a client will receive treatment. Depending on the severity of their illness and their response to treatment, most individuals are returned to the community within a relatively short period of time and treated in county or state subsidized outpatient clinics. Violent offenders on the other hand, especially those that have caused serious injury to others, have a much harder time being released and may spend years in locked mental health facilities. Typically, the mental health facilities designed to treat these offenders are less than therapeutic. They are run by the state, are under funded, under staffed, and poorly managed. The patients are over medicated and are given minimal behavioral therapeutic intervention. The environment is non-stimulating, cold, and run more like a prison than a hospital. It is disturbing but not surprising that few patients progress and get better under this system. Yet, the alternative of sending a mentally ill person to prison also has obvious problems.

*Diminished responsibility v. guilty but insane*, two concepts driven by different motivation. The latter is to ensure that those who commit crime are duly punished and society is in some way protected against them committing the same crime in the future, that the offender will be released when it can be proved that they are no longer a danger or mentally ill. Diminished responsibility, on the other hand, would give the courts the flexibility to cope with borderline cases, providing some middle ground to provide better justice. The utilization of diminished responsibility will also allow the courts to use psychologists/psychiatrists in a more meaningful way in cases of insanity.

*Further information may be found in the following references:*

1. MacSweeney, Ronan, *Cir-cumventing The M'Naghten Rules: Finding A Cure For The Special Defense.*
2. Frontline, WGHB Educa-tional Foundation 1998
3. APA On Line, Public Information
4. Bulletin of the American Adademy of Psychiatry and Law, Vol. 19,No..4, 1991
5. Bulletin of the American Academy of Psychiatry and Law, Vol. 24, No. 2:165-176, 1996.
6. SB 2875: Fiscal Note For SB 2875/ HB 2603 Summary of Bill - Davenport, James

*[Michael B. Bayless, Ph.D. & Associates is a full service outpatient rehabilitation clinic providing individual, group, and family therapy. It is also a licensed DUI Service Agency. Dr. Bayless has provided expert testimony in both criminal and civil matters, jury selection, case consultation, psychological autopsy, and diagnosis evaluations, all areas in which attorneys and judges refer for consultation. He has been certified over 200 times as an expert in both criminal and civil proceedings.]*