# TABLE OF CONTENTS (INTERACTIVE)

| | |
|---|---|
| IIIIIIIIIIII | Evidentiary Hearing Exhibits |
| 3 PART 2 | Expert Report of James Hopper, Ph.D. |
| 4 PART 1 | Appendix to the Expert Report of James W. Hopper, Ph.D. |

# EXHIBIT IIIIIIIIIII
# PART 2

time, Alejo began sleeping with Donna and Wendi and she started wetting the bed, not an uncommon reaction of a four year old to sexual abuse. (Appendix, Section VI.)

Once the family left the traveling cult when Wendi was nine years old, they settled in Casa Grande and joined another cult, the 91st Psalm/Harvest Family Church. Alejo's sexual abuse became more obvious and extended to Wendi's friends.  He routinely made Wendi spend literally hours scratching and rubbing his legs and head. (Appendix, Section VIII.)  He bought her lingerie and sexy nightgowns and other clothing, even when she said it was uncomfortable. He had Wendi wear such clothing while engaged in scratching and rubbing, also known as "babying" and "touching on" him, and over time he progressively wore less and less clothing, including no underwear so that his genitals were exposed.

Beginning when Wendi was 9 or 10, Donna witnessed Alejo engage in many sexualizing and sexually abusive behaviors with Wendi.  She saw the night-time "touching on" ritual between scantily clad Alejo and Wendi. She saw and heard Alejo routinely subject Wendi to verbal sexual abuse, just as Alejo's aunts, uncles and parents had done to him beginning when he was the same age. Donna was along on outings when Alejo took Wendi shopping for lingerie and other revealing clothing, and saw much more they had purchased on numerous outings without her. She watched Alejo coerce Wendi into joining him in stores devoted to pornography and "adult" paraphernalia.

Adults and children from the cult community also recall that Wendi wore lingerie around the house and said that Alejo had bought it for her and liked her to wear it. Jeri Lynn Cunningham, a close friend of Wendi's from ages 9 to 13, often slept over at her house. She recalls Alejo forcing her and Wendi to get into their nightgowns well before

bedtime. Alejo also demanded that both girls engage in the nightly routine of scratching his legs and head. During one instance of this ritual, Alejo put his face by Jeri Lynn's crotch. Numerous times over about two years, Alejo got into bed with Wendi and Jeri Lynn late at night and fondled Jeri Lynn's breasts. He feigned sleep and returned his hands to her breasts after every time she removed them.

In the 91st Psalm/Harvest community, several witnesses cited examples of how Alejo and Wendi did not have a typical father-daughter relationship and acted more like a "couple." It was commonly known that Alejo routinely subjected other girls and women to verbal sexual harassment and abuse. He frequently engaged in sexually inappropriate behavior such as pretending microphones were penises and making gestures of sexual intercourse in front of the entire congregation, including young children. Alejo was widely viewed as a "sexual pervert."

The principals of Wendi's school report that when Wendi was 17 years old, she approached them privately in a room at the school. She did so with great trepidation and the principals are convinced Wendi intended to disclose Alejo's sexual abuse. Alejo suddenly appeared, Wendi recoiled in fear, and she never attempted to speak to them again about whatever she had intended to that day.

One parent reports confronting Alejo about his sexual behavior at the time, apparently including his sexual abuse of Wendi, and says that Alejo admitted it. It was a purely personal confrontation; Alejo was not held accountable and continued to act with impunity. There is no evidence that pastor of the church, Tom King did anything to stop Alejo from using his "Youth Pastor" role and power within the church to sexually abuse women and children.

13

More important than the exact forms of sexual abuse Alejo perpetrated is the nature of the incestuous relationship Alejo had with Wendi, how it occurred within an incestuous family in which Donna's role was critical, and how being abandoned and subjected to such incestuous sexual abuse harmed Wendi.

Donna recalls that by age 11 Wendi "was more partnered with Alejo than I was, almost like she was his spouse." Alejo had no adult friends and little emotional connection with Donna. Donna seldom ate dinner with Alejo and Wendi or spent time with them, either singly or together. Wendi was Alejo's only playmate, and he often imposed himself on her and her friends, especially when they slept over at the house.

Alejo Ochoa exemplifies what is known, in the sex offender literature, as a "regressed pedophile." That is, he is an extremely immature man who, even if married, is incapable of a healthy intimate relationship with an adult, and instead seeks emotional intimacy, partnership and sexual pleasure from children – who he experiences, compared to potential adult partners, as innocent and safe, thus the best match for his own child-like immaturity. Alejo appears to truly believe – while unwilling to admit it to others for obvious reasons – that for him to have a sexual relationship with a child is a good thing, and that, all evidence to the contrary, he is actually helping and even loving the child.

In their classic incestuous family dynamic, Donna played a typical neglectful mother role. Because of her own childhood of neglect and trauma, Donna responded to their troubled family by withdrawing from all non-work relationships and retreating into a private world of reading books or sleeping. The angrier Alejo got over Donna's refusal to have sex with him, the more she retreated, resulting in Wendi being Alejo's intimate partner. In Donna's words, "It was easier for me to let Wendi spend so much time with

14

Alejo because I got to ignore him, avoid the unpleasantness of being around him and his anger, and go into my room to read."

Donna also ignored the sexually inappropriate clothes Alejo bought for Wendi. "Wendi had sexy teddies and camisoles as a fourteen or fifteen-year-old that I tried not to notice or think about. ... I don't know exactly what they looked at or bought in those stores and didn't care to know. I just know that they weren't buying for me." In typical incestuous family fashion, Donna's relationship with Wendi and Alejo went from "I can't handle her. I don't want her. YOU take her," when Wendi was under 10, to "I can't handle your constant sexualizing and anger. You take HER," and "I can't handle his constant sexualizing and anger. YOU take him." The incestuous relationship between Wendi and Alejo relieved Donna from having to parent Wendi or deal with Alejo. In a perverse way, it was exactly what she wanted.

### 5.   Traumatizing Relationship Patterns.

The neglect and abuse to which Wendi's parents and others subjected her is summarized above; here the focus is on key *relationship patterns* in which their neglect and abuse was embedded. These relationship patterns, involving the most important relationships and most emotionally significant events of her life, are those that shaped how Wendi experienced, thought about, and behaved in the significant relationships of her adulthood.

Wendi's mother neglected her by ignoring her and handing her off to others. Wendi's biological father Skip was usually neglectful (e.g., on the road or out drinking), and when he did focus on Wendi was often coercive and abusive (e.g., demands, threats, beatings, and perhaps sexual abuse). Wendi may have been sexually abused by Skip's father and brothers, by the director of an alcohol and drug treatment clinic where Donna

worked, and possibly by drug addicts and criminals who frequented the clinic as well as a traveling cult leader. If Wendi's maternal grandmother and some day care workers were positive influences, those relationships were not reliable or enduring.

These early life relationships established ingrained patterns for Wendi's future relationships – especially with significant people in her life, including her husband – which can be understood as three principal "lessons" she learned. First, do whatever the easily-angered people in her life want and avoid making them unhappy. Second, do not seek help from others, including for what abusive people are doing to you, because they will not help and probably do not even care. Third, the only reliable ways to get attention and affection are to *take care of others and do what they want.* Repeatedly engaging in these relationship patterns was another traumatizing characteristic of Wendi's childhood, related to but distinct from the traumas described elsewhere in this report.

The most important and impactful relationship in Wendi's life was with her adoptive father Alejo. It began when she was four and half, and reinforced the relationship "lessons" she had already absorbed. Alejo was a near constant, imposing and intrusive presence in Wendi's life: her emotionally, physically and sexually abusive parent, her "youth pastor," and her primary playmate. For years Wendi repeatedly went through the cycle of Alejo getting angry, screaming and yelling, then requiring hours of "babying" or "touching on." She learned to prevent Alejo from getting angry by habitually and automatically anticipating and responding to his needs and wishes – which included providing him with sexual stimulation.

Section II of the appendix provides an explanation of the relationship patterns Wendi experienced at a young age. Sections IV, VI, VII, and VIII discuss the manner in

16

which these patterns "trained" Wendi and repeated themselves on other relationships, most notably with Alejo.

**B.     Wendi's Childhood of Neglect and Abuse Left Her a Severely Traumatized and Damaged Adult**

The analysis below is based on my experience and knowledge as a researcher and therapist who has for 20 years studied and worked with adults subjected to neglect and abuse in childhood. As noted above, my analysis draws upon the evidence directly available to me (i.e., my interviews with Wendi, her parents and other witnesses; thousands of pages of documents; and media files); it also relies on findings by the two other experts on this case, neuropsychologist Myla Young, Ph.D., and psychiatrist George Woods, M.D.

From birth until age 18, Wendi Andriano experienced a great deal of neglect and abuse. This included severe emotional neglect by her mother and biological father; physical abuse in which pain was used to compel complete and automatic obedience by her mother, biological father, adoptive father and other adults in her communities; emotional abuse by her biological father, adoptive father and adults in the 91st Psalm/Harvest church/community; likely sexual abuse by a variety of men including her biological father and his father and brothers, her mother's boss at an alcohol and drug services center, and definite sexual abuse by her adoptive father.

In addition, as addressed by Dr. Woods, Wendi inherited a genetic vulnerability to bipolar disorder. By adolescence she suffered from manic and depressive symptoms. Wendi's worst depressive episodes are remarkable for the way her brain appears to "shut down" as she engages in excessive sleep, at times in excess of 36 continuous hours.

Wendi's history of childhood neglect and trauma, combined with her biological vulnerability to bipolar disorder, resulted in her leaving home and entering adulthood a severely traumatized and damaged person – which she remains to this day.  The damage includes brain-based deficits in cognitive functioning; psychiatric illnesses and symptoms; problems regulating emotions; and posttraumatic patterns of relating to others.

### 1.    Brain-based deficits in cognitive functioning.

The damage to Wendi's brain from a childhood of neglect and abuse involves the functioning of a variety of brain circuits. However, such damage does not typically manifest as obvious and well-established changes to the size or shape of particular brain regions, which have not been assessed for in this case. Rather, brain damage resulting from chronic childhood neglect and abuse is primarily *functional* (as opposed to grossly anatomical). That damage is most clearly revealed, in a formal way, via neuropsychological assessment like that Dr. Young conducted on Wendi.

Wendi's most significant areas of impairment were attention and concentration, as well as processing speed. As Dr. Young notes, "With the exception of [two simple test of attention and concentration], her abilities on all other measures of attention and concentration were significantly impaired." (Tab 5, at 9)  On some of these tests, Wendi "simply was not able to accomplish the task…. Her abilities throughout this *test were severely impaired, but became more impaired as the test progressed.*" (*Id.*) In addition, on a self-report questionnaire that inquired about behaviors known to be associated with attention problems, Wendi's responses were "significantly like those of individuals who are diagnosed with Attention Deficit Hyperactivity Disorder (ADHD)." As Dr. Young explains, "The entire brain is involved in attention and concentration. Primary neural

regions include the prefrontal cortex, reticular activating system, cerebellum and frontosubcortical and orbitofrontal pathways. Attention forms the basis for all cognitive abilities. Her disabilities on tasks of attention and concentration, combined with descriptions of her daily functioning, indicate impairment of these brain regions and structures." (*Id.* at 10)

Dr. Young also found several impairments on test of learning and memory. For example, on a test of verbal learning, "Her ability to learn new information was mild-moderately impaired," and Wendi inaccurately believed that she remembered information that had never been presented. (Tab 5, at 10)  On a test requiring Wendi to copy a complex figure, recall it one minute later, recall it again 30 minutes later and then distinguish between accurate and inaccurate portions, Wendi's 30-minute delayed recall and her ability to distinguish accurate and inaccurate portions 30 minutes later were moderately to severely impaired. (*Id.*) Based on these and other findings, Dr. Young concluded that Wendi has impairment within "all of [the] brain structures and pathways" involved in memory and learning. (*Id.* at 11)

Finally, a third area of significant brain-based impairment Dr. Young's testing revealed was "executive functioning." As Dr. Young explains, "Executive functioning is an umbrella construct that describes processes responsible for guiding, directing, and managing thinking and emotional regulation. Mature executive functioning provides for purposeful, considered, goal directed actions. Executive functioning also is the ability to problem solve, and includes abilities to initiate, attend, inhibit, shift, monitor, organize, and control thinking and actions." (Tab 5, at 11) Executive functions depend on the prefrontal cortex and its interactions with various other brain regions, and "adequate

mature prefrontal cortex functioning is required for just about every aspect of adult functioning -- judgment, self-awareness, decision making, planning, organizing, flexible thinking, and initiating, monitoring, and controlling impulses and actions." (*Id.* at 11-12.) Dr. Young reports that "Although she was successfully able to complete some EFT [Executive Functioning Test] subtests, her abilities were predominantly impaired." (*Id.* at 12)  In addition, Dr. Young notes, "Although Wendi Andriano's abilities on tests of executive functioning were quite severely impaired," she was most severely impaired on those "which required rapid processing of information, flexible thinking, decision making, and/or inhibition." (*Id.*) Inhibition is ability "to stop responding to the immediate physical environment… in order to think, consider and plan alternative ways of solving a problem and respond accordingly in that situation." (*Id.* at 13.)

In summary, neuropsychological testing revealed significant to severe impairments in attention and concentration, learning and memory, and executive functioning, all of which reflect deficient brain functioning in multiple regions and circuits. Neuropsychological findings like these are expected in an adult who was subjected to the chronic neglect and abuse that Wendi experienced throughout her childhood. Indeed, while it is possible that some of these deficits are partly genetically based, severe childhood neglect and abuse can damage the brain regions and circuits underlying attention, concentration, learning and memory, and executive functioning. For example, high levels of stress hormones are known to be toxic to the hippocampus, a region critical for memory and learning. And capacities for attention, concentration and executive functioning are known to develop *in the context of relationships with*

*caregivers,* and are particularly vulnerable to damage by neglectful and abusive

relationships.

### 2.   Psychiatric disorders and symptoms.

As assessed and reported by Dr. Woods, Wendi Andriano suffers from several

psychiatric disorders. Specifically, Wendi meets the diagnostic criteria for bipolar I

disorder, posttraumatic stress disorder (PTSD) and complex PTSD, and dependent

personality disorder.

Bipolar disorder runs in Wendi's maternal family, including her mother Donna

and her aunt Nadine. Wendi's bipolar depressive symptoms include depressed mood,

hypersomnia (i.e., excessive sleeping), fatigue, and feelings of worthlessness.  Her most

common manic symptoms include grandiosity, flight of ideas (i.e., tangential thinking),

and "excessive involvement in pleasurable activities that have a high potential for painful

consequences," e.g., sexual indiscretion.

As explained above, the emotional neglect Wendi experienced is known to evoke

extreme emotional and physiological states in young children, including depressive states

that would have been exacerbated by her inherited predisposition for bipolar disorder.

Similarly, Wendi's manic symptoms would have worsened the impaired judgment

already caused by her parents' neglect and abuse, and her tendencies for hyper-sexuality

caused by years of sexual abuse.

As discussed by Dr. Woods, Wendi suffers from PTSD and Complex PTSD

secondary to her history of extensive childhood abuse. PTSD includes symptoms of

reexperiencing, avoidance, numbing and physiological hyperarousal. In terms of re-

experiencing the trauma, Wendi becomes emotionally distressed when reminded of the

abuse she experienced, especially the sexual abuse, and she suffers from nightmares of

having sex with her father. She avoids anything that might remind her of Alejo's sexual abuse, including television shows, conversations, memories and trains of thought. Wendi is often emotionally numb, especially with respect to unpleasant feelings associated with troubling memories and relationships, and tends to alternate between feeling nothing at all and being overwhelmed by fear, sadness, shame and guilt. Her main PTSD hyper-arousal symptoms are irritability and difficulty concentrating, both of which overlap with the symptoms of bipolar disorder, and hyper-vigilance, which manifests as Wendi's hyper-attunement to any signs of displeasure in the facial expressions, body language, words or tone of voice in others. All of these PTSD symptoms were constantly on display in each of my interviews with Wendi.

Complex PTSD does not appear in the *Diagnostic and Statistical Manual of Mental Disorders*, but is widely accepted and used by therapists and researchers who work with and study people who have suffered severe and chronic trauma, especially in childhood. Complex PTSD involves a set of symptoms resulting from lasting traumatic experiences in which the victim felt – or was – captive and unable to escape. The symptoms include problems with the following: regulating emotions, consciousness and identity (e.g., dissociation), self-perceptions (e.g., extreme shame, helplessness), preoccupation with the perpetrator (e.g., focus on keeping happy at one's own expense), relationships (e.g., distrust, attempting to rescue others), and one's view of the world (e.g., loss of faith in people, hopelessness). The available evidence indicates that Wendi has suffered from severe complex PTSD at least since adolescence.

For example, to this day Wendi has emotion regulation problems, including a great deal of difficulty tolerating or modulating feelings of sadness and anger. Her main

22

strategy for dealing with these feelings is to hide them from herself and others. When that fails Wendi becomes overwhelmed, ashamed, withdrawn, or once again dissociated or consciously disconnected from awareness of those feelings. I repeatedly witnessed Wendi's emotional dysregulation in our interviews. In terms of self-perception, long before she ever met her husband, Wendi recalls being convinced she was a "bad" and "rebellious" person who was unworthy of love, "deserved" every bad thing that happened to her, and was going to hell. Such unshakable feelings of inner badness and un-lovability are common in severely neglected and abused children and the adults they become.

Wendi's Complex PTSD symptoms involving pathological alterations of consciousness and identity consist primarily of her dissociative symptoms, including her inability to remember many childhood experiences. Her memory deficits include almost everything she experienced while in the traveling cult, sexually abusive behaviors by her adoptive father, and disturbing sexual behaviors of her own that were witnessed by multiple people in her church community. Wendi's dissociative symptoms also include her tendency to "space out" when confronted with memories of traumatic experiences or other potentially upsetting information. In our interviews she often spoke of spacing out such that her mind temporarily went blank and she was unable to feel any emotions or even sensations in her body.

As discussed in detail by Dr. Woods, Wendi suffers from dependent personality disorder. By definition the onset of personality disorders is before age 18, and Wendi's dependent personality disorder is clearly rooted in the childhood of neglectful, abusive and exploitive relationships summarized above. She is afraid to disagree with others, pathologically subservient in relationships, terrified of losing relationships, and

immediately seeks new relationships when a previous one ends or threatens to end.
Importantly, only by understanding Wendi's neglect- and abuse-based relationship
patterns can we understand how her dependent personality disorder, combined with
traumatizing caregiver burden and psychiatric deterioration in the final year of her
husband's life, contributed to her actions and role in Joe's death. Those pathological
relationship patterns are addressed below.

3.      **Deficits in emotional functioning.**

Psychiatric diagnoses and symptoms cannot capture the complexity of unique
human beings, or the myriad potential effects of chronic and severe childhood neglect
and abuse. For example, while the diagnosis of complex PTSD includes problems with
emotion regulation, Wendi's problems with emotion regulation cannot be reduced to
symptoms of complex PTSD. That is, Wendi has major, long-standing deficits in the
following areas: emotional awareness, including awareness of the bodily correlates of
emotions; when she is aware of unwanted emotions, tolerating them without becoming
immediately overwhelmed; modulating the intensity of her emotions, as opposed to
emotions being all-or-nothing affairs; putting her emotions into words and sharing them
with other people in order to calm herself and connect with others, understand the
situations and interactions that give rise to emotions, and come up with constructive
solutions. Importantly, emotion regulation problems are based in the dysfunction of
multiple interwoven brain circuitries – including the circuitries that underlie Wendi's
memory and executive functioning deficits and her bipolar and dissociative symptoms.
All of those circuitries are known to be damaged by childhood neglect and abuse,
especially when the neglect and abuse are severe and chronic and perpetrated by parents.

4.      **Trauma-based ways of relating to others.**

The neglect and abuse to which Wendi's parents and many other adults subjected her, and some key relationship patterns in which their neglect and abuse was embedded, are summarized above. As a result of those traumatic childhood relationships, Wendi habitually relates to others in specific ways. Critically, these ways of relating to others are *symptoms* of the extreme trauma she suffered. They are also *re-enactments* – of roles she was forced to play in relationships of neglect, abuse and domination; and of how she tried to cope in the midst of those traumatic relationships.

As described above, in those relationships Wendi learned three key principles: Do whatever easily angered people want and avoid making them unhappy. Do not seek help from others, including for what abusive people are doing to you, because they will not help and probably do not even care. The only reliable ways to get attention and affection are to *take care of others and do what they want*. As described above, Wendi's relationship with Alejo reinforced those "lessons" by continually repeating – over years, on a daily basis -- the pattern of responding to Alejo's anger by "babying" and "touching on" him, and the pattern of preventing Alejo's anger from arising by habitually and automatically anticipating and responding to his needs and wishes, including sexual stimulation.

All of those relationship patterns created trauma-based ways of relating to others that have manifested throughout Wendi's life. If someone is angry – whether that anger is caused by her, directed at her for no good reason, or directed elsewhere and has nothing to do with her – Wendi feels *driven* to make that person feel better, because she believes, "then they will like me." If someone likes her and is nice to her, Wendi strives to be even nicer to them and to take care of them, because this is the only way she knows to avoid

them getting angry at her or abandoning her. Yet these ways of relating leave Wendi feeling, usually implicitly and without reflecting on it, that the other person does not really know or care about her needs and is just using her. In short, the very ways she attempts to avoid neglect and abuse in adult relationships leave her feeling neglected and used.

These are not uncommon childhood trauma-based ways of relating by people whose chronic neglect and abuse entailed being forced to sacrifice their own needs and wants to those of their abusers.

Date: _February 14, 2012_

_____
James W. Hopper. Ph.D.

Exhibit No.:  **4**

Case No.: **CR2000-096032**

For Identification:

> **DEFENDANT**
> **01/31/2014**

In Evidence: *Stipulated*
*2/3/2014*

**Clerk of Superior Court**

By: _____ L. MOONEY
(Deputy Clerk)

1002841539

**APPENDIX TO THE EXPERT REPORT OF JAMES W. HOPPER, PH.D.**

## I.      INTRODUCTION

PROFESSIONAL QUALIFICATIONS

1.      I am a clinical psychologist licensed to practice in the Commonwealth of
Massachusetts, Clinical Instructor of Psychology in the Department of Psychiatry of
Harvard Medical School, consultant on psychological trauma to the Outpatient
Addictions Service of the Cambridge Health Alliance, and an independent consultant in
clinical and forensic psychology.  Most of my work has focused on the long-term effects
of childhood abuse.  I have conducted research on various aspects of psychological
trauma and PTSD, including characteristics of traumatic memories, emotional and
behavioral effects of child abuse, brain bases of emotion regulation problems in
psychological trauma, psychological and pharmacological treatments for PTSD caused by
child abuse trauma, and the use of alcohol and drugs by those abused in childhood.  My
qualifications are otherwise set forth in my curriculum vitae attached as Exhibit A.  (*See*
Tab 4.A.)

SCOPE OF ASSIGNMENT

2.      I was asked by counsel for Wendi Elizabeth Andriano to examine
psychologically traumatic aspects of Wendi's development from birth to age eighteen.
Of particular focus were (1) experiences of neglect, abuse and other potentially traumatic
mistreatment by her parents and other adults, and (2) harmful effects of such traumatic
experiences and relationships on her mental health and ways of relating to others.

MATERIALS REVIEWED

3.      I conducted numerous interviews and reviewed thousands of pages of

documents. My interviews included six visits with Wendi, totaling 52 hours, and one interview each with the following individuals:

- Wendi's mother, Donna Ochoa;

- Wendi's biological father, Shelby Robertson;

- Wendi's adoptive father, Alejo Ochoa;

- Martha England, an adult member of Wendi's church when she was a child and adolescent; and

- Jeri Lynn Cunningham, a childhood friend who reports being sexually abused by Alejo Ochoa while Wendi laid next to her in bed

4.     My document review included a copy of Wendi's videotaped interrogation by detectives shortly after she was arrested, a transcript of that interrogation, hundreds of pages of trial testimony and numerous affidavits obtained by counsel and others throughout the course of Wendi's post-conviction relief proceedings, including affidavits from Wendi's direct family, several friends and acquaintances, and many extended family members. A complete list of the documents I reviewed is attached as Exhibit B. (*See* Tab 4.B.)

5.     Throughout our interviews, Wendi exhibited deficits in her ability to remember, and/or to feel safe remembering and reporting, experiences involving sexual content, including incidents witnessed by others and documented in witness declarations. Also, from the outset she expressed a fear that she might remember things from her past, including possible unwanted sexual experiences involving her step-father Alejo Ochoa, that might not be accurate, and she expressed great concern about the possibility of upsetting or causing harm to Alejo, as well as to her mother or anyone else who might become a focus of the investigation and presentation of mitigation evidence.

2

6.    I conducted in-person interviews with Wendi's mother, Donna Ochoa, for two hours on September 1st, 2010; with her biological father, Shelby Robertson, for 2.5 hours on August 15th, 2011; with her adoptive father, Alejo Ochoa, for three hours on August 15th, 2001; with Martha England, who was an adult member of Wendi's church when she was a child and adolescent, for three hours on November 3rd, 2010; and with Jeri Lynn Cunningham, a childhood friend who reports being sexually abused by Alejo while Wendi laid next to her in bed, for 1.5 hours on January 4th, 2011.

7.    Finally, I had several phone conversations with Dr. George Woods, who also spent many hours interviewing Wendi and other witnesses.

## II.   INTRODUCTION TO WENDI ANDRIANO'S CHILDHOOD

8.    The traumatic – and psychologically and morally destructive – childhood of Wendi Andriano was rooted in the traumatic childhoods of her mother, biological father, and adoptive step-father.  She was born to profoundly disturbed parents who were incapable of providing her with the love and nurturing that every child needs to become an emotionally healthy and morally uncorrupted adult.  From birth until her teenage years, Wendi was subjected to neglect and abuse, first by her mother and biological father and his family; then by her mother, adoptive father and two insular religious cults.

9.    Wendi's biological father, Shelby Wayne ("Skip") Robertson, grew up in a disturbed family. In addition to emotional neglect and physical abuse, Skip's father and several brothers engaged in sexual abuse of girls. Skip and his brother Tommie would eventually go to jail for sexual abuse of his step-daughter, and Skip speaks of his father and brother AV sexually abusing children in the extended Robertson family. By the time Wendi was born, all of Skip's five brothers were men, and over the first four years of

3

Wendi's life they had repeated access to her under conditions that would permit sexual abuse.

10.    Wendi's mother, born Donna Worsham, was neglected by both parents. Her family moved constantly the first ten years of her life, living nowhere more than a year at a time, which prevented her from having any enduring relationship with a caring adult. Her mother kept the house clean but showed no love for, or interest in, her daughter. When Donna's heavy-drinking and womanizing father did give her attention, it was often unhealthy and immoral. By age ten, when the family had settled in Tucson, her father was bringing her to bars, and when she was a teenager he got drunk with her and her friends. From ages twelve to fifteen, Donna overheard violent fights between her parents on almost a nightly basis. Her mother dragged her along on Sunday hunts for her father at local hotels, and once went into a hotel and fired shots that Donna was left for hours to fear had killed her father. Donna's peers, to whom she looked for guidance, were from similarly troubled homes.

11.    Wendi's mother was never able – from birth through Wendi's adult life – to emotionally connect with her daughter or to provide her with maternal nurturing and care. Instead, beginning days after Wendi was born, Donna literally handed her over to men, starting with Skip, who Donna knew -- but was unwilling or unable to acknowledge -- were emotionally, physically and sexually abusive.

12.    When Wendi was four years old, Donna divorced Skip, removing Wendi from the toxic influence of his family.  Her mother soon married Alejo Ochoa, a disturbed man who grew up in a family where adults amused themselves by bullying and shaming children and teenagers with sexualized "teasing," and at age fifteen was "taught about

girls and sex" by an adult neighbor. Donna was relieved to hand Wendi over to Alejo, who would go on to sexually abuse Wendi and at least one of her friends into her teens.

13.    Over the next thirteen years of ongoing neglect by her mother and sexual (as well as physical and emotional) abuse by her stepfather, layer upon layer of abuse and trauma would be heaped upon Wendi. From ages seven to nine, Wendi and her parents were caught up in a small "traveling ministry" – in reality, a religious cult – in which they experienced poverty, brainwashing and totalitarian control.

14.    After, the family joined another religious cult with even greater moral confusion and hypocrisy, in which children's entire lives revolved around the cult's church and school.  In that church and that school, physical and emotional abuse of children were preached as God's will, and the sexual abuse of children was tolerated, condoned, and even blamed on the children themselves. It was an encapsulated cult community in which Alejo soon became the "Youth Pastor" and engaged in an incestuous relationship with Wendi. Familial and genetically-based vulnerabilities to mental illness, including bipolar disorder, compounded the effects of Wendi's childhood of neglect and abuse at the hands of profoundly morally confused adults.

15.    The effects of that chronic neglect and abuse included severely limited capacities for emotional awareness, regulation of emotions and impulses, decision making, and managing interpersonal conflicts, especially in close relationships. The effects also included an unshakable sense of herself as a bad and unlovable person, almost certainly going to Hell, who could find approval and love only by devoting herself to caring for others.  This neglect- and abuse-based experience of herself, along with the relationship patterns she learned in neglectful and abusive relationships with her parents,

5

would propel Wendi through repetitions of the same basic cycle in her friendships and relationships with men: taking care of the other person, making that other person feel that he is the center of her world, until she suddenly feels exploited and overwhelmed, which leads her to withdraw and the other person to feel abandoned and confused, which in turn leads Wendi to feel bad and guilty, to which she responds by seeking to regain love and redeem herself by devoting herself to the same person or someone new, starting the cycle all over again.

### III.   WENDI ANDRIANO'S TRAUMATIC FAMILY BACKGROUND

16.   The psychological and physical harm of childhood neglect and abuse are increasingly recognized by scientists and public health experts as causes not only of many psychiatric disorders, addictions, and violent behavior, but also of the leading chronic and fatal diseases in our society, including heart disease and cancer. Furthermore, evidence is accumulating that an individual's "cumulative burden" of "adverse childhood experiences," that is, just how many traumatic experiences they endured – especially abuse and neglect – is the most predictive of psychiatric and behavioral disorders and physical diseases, more than any particular type of trauma.

17.   In the case of Wendi Andriano, there is evidence of extreme neglect and abuse in the generations preceding hers, in all three of her parents' families. Given limits of time and investigational resources, as well as the deaths of many people involved, these stories are necessarily limited both in scope and corroboration by witnesses. However, as we shall see, the evidence is sufficient to paint a picture of not only extreme neglect and abuse, but extreme moral confusion and hypocrisy as well, in the childhoods of her mother, biological father and adoptive father.

A.    **WENDI'S BIOLOGICAL FATHER AND PATERNAL BACKGROUND**

18.   Wendi's biological father, Shelby Wayne ("Skip") Robertson was born on Redacted

Redactedin Fort Stockton, Texas. He was the youngest of eight children born to Flora

Pearl Harrison and Boyd Gravely ("BG") Robertson. Skip reports that until twelve years

of age he lived with his parents and progressively fewer of his older siblings, moving

from Fort Stockton to San Angelo, Texas when he was four years old, where he lived

until he was in fifth grade, and then to Chandler, Arizona when he was in sixth grade.

19.   **Mother dies suddenly at age thirteen, no support in aftermath.** Soon

thereafter, on Christmas night of 1961 when Skip was thirteen years old, his mother

suffered a massive stroke right in front of him and died several hours later. Witnessing

the sudden and fatal injury of one's own mother is one of the most devastating and

traumatic experiences a child can have. That trauma is compounded when, as was the

case for young Skip, the child fails to receive immediate or sustained support and

nurturing from other family members. In his declaration, Skip refers to the aftermath of

his mother's death in understated language that belies the extreme emotional pain

associated with that time in his life: "It was a hard time for me. I was booted around a lot

and felt very alone for quite a while." (Tab 32, at ¶ 6.)

20.   Skip recalls continuing to live with his father and two siblings, Tommy and

Myrna, for another year or so in Chandler, then the four of them going to live in Tucson

"for a while" until his father moved back to Chandler and his siblings moved out, Tommy

by joining the army and Myrna by getting married. At that point, when about fourteen or

fifteen years old, Skip went to live with his brother Burl Boyd ("Buck") Robertson and

his wife Faye McGuffee, as well as three girls and one boy of Faye's from a previous

7

marriage. One of Faye's daughters was Alice McGuffee, the childhood best friend of Wendi Andriano's mother.

21.   **A victim of the Robertson men and boys.** Deblen Oke (named Bonita McGuffee in childhood) is Faye's middle daughter and three years younger than Alice. She was ten when her mother married Skip's brother Buck, and her nightmarish memories provide a window into Skip's disturbed and sexually violent family. Even before her mother married Buck, Deblen recalls never feeling safe as a child and not talking until she was five years old, when she finally wanted to talk with her younger sister Debbie but no one else, including her own mother. When Buck entered Deblen's life, and brought along his brothers and father, things got worse: "He was a truck driver. Right after my mom and Buck got married, they went on the road for six weeks. As soon as they got back, Buck raped me for the first time. The rape continued for the next eight years, until I got out of the house." (Tab 30, at ¶ 3.)

22.   Buck was not the only one. Deblen's mother allowed Buck's brothers and father to spend months living in her house, where they had easy access to her daughters on a daily and nightly basis. Deblen recalls how "My stepfather, his father, and all of his brothers, including Skipper, his youngest brother, raped me from the time I was ten until I moved out of my mother's house at the age of eighteen." (Tab 30, at ¶ 1.)  She goes on to elaborate:

> "On a regular basis, one of the brothers or Buck's father stayed at our house. Skipper was a teenager at the time, and he came around quite often. Sometimes both Skipper and his father stayed with us…. It was a revolving door, and it seemed like one of the Robertsons was always around. They

stayed for three, four, six months at a time…. At one point, Buck's father got

an apartment about a block away from our house." (Tab 30, at ¶ 4.)

23.   Though Deblen remembers Buck as a "monster" who walked around the house

naked when her mother was at work and "cut the pockets out of his pants to play with

himself," she also has specific memories of how other Robertson brothers and their

father, BG, molested and raped her when they stayed in her house.

"It seemed that every night one of the Robertson brothers came into my

room.  Sometimes they raped or molested me in there.  But I was tiny, so I

could be moved, and so sometimes the rape and molestation occurred in other

parts of the house…. It was a nightly ordeal when Buck or his brothers were

around, and I lived in absolute terror…" (Tab 30, at ¶ 6.)

24.   Deblen's brother Kelsey Leon ("Leon") McGuffee, the family's oldest child and

about fourteen when Buck moved in, though at the time unaware of the Robertson's

sexual abuse, otherwise corroborates Deblen's account. He remembers never liking being

at home once Buck moved in, due to the constant harsh criticism Buck directed at him.

(Tab 17, at ¶ 4.)  He remembers Buck's brothers living at their house a lot, so much that

"it seemed that one of them was always there at any given time… they were constantly in

and out of the house." (Tab 17, at ¶ 6.)  Leon reports that Skip lived in their house for

about a year, sharing a room with him (Tab 17, at ¶ 5), and that Skip, like his brothers,

constantly criticized and teased Leon for being "to 'straight-laced' and not wanting to go

to bars and get drunk with them. (Tab 17, at ¶ 6.)  Leon recalls that Buck and Skip's

father, BG, also "stayed at our house quite a bit," and that he was a "weird duck" who

"always talked strangely about women." That is, BG "talked down about them" and "said they were playthings." (Tab 17, at ¶ 8.)

25.    Leon reports that he enlisted in the Marines largely to escape from living around Buck and his father and brothers. When he returned from Vietnam in 1970, Deblen told him that "our stepfather and his brothers, including Skip, were all child molesters" who had abused her and her sisters Charlotte and Debbie.  (Tab 17, at ¶ 13.)  More than a decade later, Charlotte (now deceased) independently confirmed to Leon that Buck and "all of his brothers" had sexually abused her. Leon recalls Charlotte telling him that she disclosed this publically at the time, when she took her mother and Buck to court for violently assaulting her (see below), though Buck said she was lying and their mother "backed him up." (Tab 17, at ¶ 14.)

26.    Deblen recounts that a common form of punishment for her was spending a day or weekend being raped by Buck or his brother Jerry. "Most of the time, when I got in trouble, it felt like I then had to go somewhere with one of the Robertsons. I had to go on hunting trips with Buck or Jerry Don, or on some other errand. In reality, they just took me somewhere to rape me." (Tab 30, at ¶ 12).

27.    Finally, Deblen reports a still vivid and upsetting memory of physical violence perpetrated by Buck against her older sister Charlotte. Deblen witnessed Buck severely beat her older sister Charlotte. She remembers fearing that Buck would kill Charlotte and watching, from under a bed with her younger sister Debbie, while Buck "hit Charlotte with his fists to where you could not recognize her face any longer." (Tab 30, at ¶ 10.) Leon too recalls this incident. Though he did not witness the assault, he did see Charlotte's wounds the following day, including "a black eye and bruises all over her

cheeks." (Tab 17, at ¶ 11.)  And as noted above, Leon reports that Charlotte took Faye and Buck to court for the assault. (Tab 17, at ¶ 14.)

28.   Wendi's mother Donna also provides corroboration of the Robertson brothers' and father's sexual abuse of the McGuffee girls. Donna recalls learning of the abuse in 1974 or 1975, around the time she divorced Skip Robertson, Wendi's biological father. Charlotte was the one who told Donna that "many of the adult Robertson brothers sexually abused her and her sisters when they were children," and "talked the most about AV, Jerry Don, and Tommie." (Tab 27, at ¶ 165.)  Although Donna did not ask for details, she recalls a particularly disturbing story told by Charlotte. One day when she was about fourteen or fifteen years old, she came home to find one of the Robertson brothers stretched out on the couch, and he "held his hand up and told Charlotte that he had female juices on his hand from one of her sisters." (Tab 28, at ¶ 10.)

29.   Finally, Donna was also told by Alice McGuffee, in conversations they had "a couple of times in the past ten years," that Alice and her sisters were sexually abused by the Robertson brothers. (Tab 28, at ¶¶ 12-13.) Donna also reports that Skip told her, in early 2011, that he had "messed around" and experimented sexually with Alice when both of them were around thirteen years old, which is during the time the McGuffee girls were being sexually abused by Robertson brothers. (Tab 28, at ¶ 11.) Thus three of the McGuffee girls have reported being sexually abused by the Robertson brothers after Buck became their step-father, and Donna says that Skip himself has admitted to sexual activity with Alice.

30.   **A mother who looked the other way.** As would be true for Wendi Andriano as a child, Deblen's mother made no effort to protect her daughters from continual sexual

exploitation by men she brought into her home, nor to protect them from physical violence. Leon recalls that Deblen and Charlotte both told him their mother "knew what was going on" because they had "told her what was happening" at the time, but that she "denied the whole thing." (Tab 17, at ¶ 15.) Charlotte also told Leon that she disclosed the sexual abuse when she took her parents to court over the brutal physical assault, only to have her mother support Buck's denial and claim that Charlotte was lying. (Tab 17, at ¶ 14.) When Deblen confronted her mother years later with the reality of the repeated molestations and rapes and her failure to protect her daughters, Faye reportedly replied that it was "just part of life." When Deblen responded by asking "why it had to be that way," her mother threw her out of her house and it was nearly thirty years before they spoke again. (Tab 30, at ¶ 15.)

31.    **Possibility that Skip sexually abused young girls as a teenager.** Deblen explicitly names Skip as one of the sexual tormentors responsible for her "nightly ordeal" and living "in absolute terror" whenever "Buck or his brothers were around." Leon reports that both Deblen and Charlotte independently told him about being sexually abused by "all" of the Robertson brothers.

32.    However, Donna reports that Charlotte told her it was the "adult" Robertson brothers who sexually abused her and her sisters. (Tab 28, ¶ 9.) If only Charlotte's account of which brothers sexually abused her sisters, as remembered by Donna, is true, this would mean that Skip, who was a teenager at the time, did not sexually abuse them, including Deblen. However, it is possible that Skip *was* a perpetrator, and (a) Charlotte did not know, which could have been the case if Skip did so less often than his older brothers; (b) Skip only abused the second-youngest Deblen (and possibly the youngest

sister, who would have been too young to remember and report it later); or (c) Charlotte knew Skip had done so but did not want to tell Donna (e.g., to protect Donna from becoming overwhelmed by the potential implications for Skip's relationship with Wendi). The available evidence does not allow us to know for sure whether Wendi's father was already sexually abusing girls as a teenager.

33.    Not surprisingly, Skip never mentions anything about Deblen and her sisters being sexually abused when he lived there.  However, when Skip refers to having sex with his own twelve year old step-daughter many years later in 1992, he blames his abusive actions on having at the time felt "isolated and depressed" – the exact same pair of unwanted feelings he recalls experiencing while living in Deblen's house as a teenager. (Skip also claims, as many men who sexually abuse children do, and as if it excuses his crimes, that he was always intoxicated when he had sex with his step-daughter, and that he "felt like I loved her in the way I felt love for an adult woman" – which begs the question of just what sort of love he was even capable of feeling for an adult woman). (Tab 32, at ¶ 64.)  In short, there is strong evidence that Skip sexually abused the prepubescent Deblen (and perhaps the youngest sister) during the time he was living in her house and struggling with the same feelings that he says triggered his sexual abuse of a twelve year old girl more than twenty years later.

34.    **Sexual abuse in Skip's family.** It is important to consider how Skip (and his brothers) ended up sexually abusing children.

35.    As noted above, Leon McGuffee recalls Skip's father BG as a "weird duck" who set an example for his sons when he "talked down" about women, including referring to them as sexual "playthings."(Tab 17, at ¶ 8.)  Leon goes on to say that the

father's attitude toward women "was pretty much standard with all the Robertson men," and that whenever the brothers got together, for example to boat on the lake, "all they talked about all the time was their conquests of women, by which they meant the women who they had sex with." (Tab 17, at ¶ 9.) Deblen reports that Skip's father repeatedly molested and raped her for several years; it is likely that his sons knew what he was doing, even learned such behavior from him.

36.    There was also sexual abuse in the Robertson's own home. For example, Skip reports that Buck "tried to dry hump" him when he was eight or nine years old.  Buck was an adult at the time, and had already left home, married and divorced, then returned to live at home for a while. Skip and Buck were sharing a bed with their brother "AV," which was not uncommon given the size of their family, and Skip "woke up with [Buck] moving his pelvis against me. I did not know what was going on." Confused and frightened by what his brother had done, Skip told his mother. Her response? To tell him that "Buck was just having a bad dream." (Tab 32, at ¶ 15.) Here, as with Faye McGuffee and her daughters, we see a classic pattern in incestuous and sexually abusive families: the mother does not want to know, looks the other way, and then, when both of those strategies fail and she finds herself confronted with an incident of sexual abuse, resorts to denying reality, pretending it did not really happen, and encouraging the victim to do the same.

37.    Thus even before the tragedy of his mother's death, Skip grew up with parents who perpetrated and tolerated the sexual abuse of children. His father viewed women and girls as sexual "playthings," saw neglected and vulnerable children of other families as ideal targets for repeated sexual assault, and had no concern or empathy for the terror and

14

suffering he inflicted. For his mother, as for Faye McGuffee, the sexual abuse of children was apparently just "part of life," albeit a part of life she thought best to deny and ignore, along with its consequences for the victims.

38.   **Physical abuse in Skip's Family.** A father like BG Robertson – who is reported to have routinely molested and raped young girls, with utter indifference to their experience or well-being – is an unlikely candidate for exercising compassionate discipline strategies, as opposed to simply relying on fear of violence to compel his children's obedience. In my interview with Skip, he said that his father, after being informed by his mother of a child's bad behavior, would hit the child "eight or nine times" with his belt after making them lie across the bed in their bedroom. Skip added that he seldom got in trouble because he spent little time in the home where his mother could know if he had broken any rules. As he put it, "We never was in the house that much to get in trouble." Skip did tell me of his brothers beating him with belts for misbehavior, and that whenever he told his mother about such beatings she told him that he deserved it.

39.   Skip also told me a story that revealed his mother's potential for physical violence. Once his brother Jerry, an older teenager at the time, drove up to the house with a friend, to ask if he could spend the night at his friend's house. Their mother said he needed to ask their father, and soon Jerry emerged from the house and said to his friend, "My old man won't let me go." Skip remembers his mother jumping from her chair on the porch, where she had been crocheting, to grab Jerry and "throw him to the ground." Skip explained that his mother's behavior was totally appropriate and justified, because he and his siblings were raised to only speak of their parents with respect.

40.   Recall Deblen's account of how Buck treated her and her sister Charlotte –
using rape as punishment and nearly beating Charlotte to death when she dared to
challenge Faye and Buck's authority. It is likely that Buck learned such brutality toward
children in his own home. In addition, Buck's son from his marriage to Faye, Stuart
Wade Robertson (known as "Wade"), describes how he was beaten with a belt for any
and all violations of his parents' rules, including when he "stayed out too late" or went
"somewhere I wasn't supposed to be." (Tab 33, at ¶ 3.) Though Wade excuses and even
embraces his parents' beatings of him, he also implicitly acknowledges what it was: "I
suppose today it would be called abuse, but I think of it as discipline." (Tab 33, at ¶ 3.)

41.   **Neglect in Skip's family.** In my interview with Skip, when asked of his earliest
memory of his father, he responded, "I was probably six or seven years old before I got to
know my father at all." His father worked all day, and when he came home all he wanted
to do was sit down for the dinner that his wife had prepared and not hear or see the
children, then go off to bed. He described his mother (of eight children, consumed by
cooking and otherwise tending the house and chickens) as "always too busy" to spend
time with him, and remembered it as "only every once in a while" that she would even let
him sit next to her. Skip described a family situation where the children were out of the
home as much as possible, with him and his brothers (and youngest sister Myrna) playing
far from his mother's view. As long as they were home by dark, they could do whatever
they wanted – or at least whatever they could get away with without their mother finding
out. And so he and his siblings, who his mother referred to as "wild Indians," would
routinely "disappear all day."

16

42.   In his declaration Skip conveys, in general terms and with some poignant examples, a barren emotional landscape that included disconnection between parents and children in his family. After recalling how he and his father "never really spoke" when they lived together during his tenth year of school, Skip continues, "I was brought up that way. Grown ups and kids did not speak to each other much." He then goes on to link this form of neglect to another one found in his family: "You only talked if you were talked to and the kids ate last. The grown-ups all ate first and us kids had to wait and we got the leftovers from what the grownups didn't finish. Sometimes we had to wait hours, especially if there were aunts and uncles over… We stayed outside and went in when they were done." (Tab 32, at ¶ 9.)

43.   Wade Robertson describes a similar situation in his home, with Buck and his mother neglecting him as a child: "My dad was on the road driving trucks most of the time and my mom was working. I was easy to raise and I pretty much raised myself." In families with such parental neglect and abandonment, and so little nurturance, care and love, children are indeed left to their own devices and, as Wade puts it, to raise themselves.

44.   **Sexual violence against others, including by Skip.** Tragically, in such families the children often turn to sexual behaviors, including the sexual abuse of other children, in misguided attempts to find some kind of gratification and to sooth briefly the anxiety, loneliness and depression from which they inevitably suffer.  Because the human body and brain are hard-wired for sexual stimulation to feel good and for orgasm to produce not only intense pleasure but a state of soothing satisfaction and relief, severely neglected and abused children – especially those who have been sexually abused themselves and/or

17

have witnessed the sexual abuse of others – are highly vulnerable to becoming perpetrators of sexual abuse. For boys and young men, who have learned from many sources that females are sexual objects for males to use, that achieving sexual conquest means being a "real man," and that domination and aggression, even violence, are acceptable ways to ward off vulnerable feelings like sadness and loneliness, the risk is much higher.

45.    This appears to have been the case in the Robertson family. As Deblen Oke describes, all of the Robertson brothers, including Skip, raped and molested her. Deblen's brother Leon affirms that their sister Charlotte reported sexual abuse at the hands of every Robertson brother including Skip. Skip himself reports that his brother AV molested his oldest step-daughter, Beverly (Tab 32, at ¶ 60.) And both Tommie and Skip were arrested in December of 1992, and ultimately imprisoned, for sexual assaults on Skip's step-daughter than spanned three or four years. Tommie had taken sexually explicit photographs of Skip's twelve year old step-daughter while she was asleep in his truck (apparently after he had been fondling her, which he often did while taking her on cross country trips). The discovery of Tommie's photographs led to the victim's disclosure of sexual abuse by Skip, including repeated sexual intercourse, with the last incident only weeks before his arrest.

46.    Certain details of the police investigator's initial report merit consideration here, for they shed light on how those who sexually abuse vulnerable and neglected children are able to get away with it, sometimes for years on end, without it ever being reported to the police or child protective services. More specifically, they provide a window into how the Robertson brothers, especially Skip – like so many who sexually abuse children –

manipulated their victims into *blaming themselves* for the abuse and fearing that

revealing the truth would only get *themselves* in trouble.

47.    When the investigating sheriff's deputy asked the victim why she had waited

three weeks after discovering the photographs of herself to tell her counselor, she said

that "her step-father [Skip] made her feel responsible for what occurred [sic] to her." The

investigator continued, "Julie told me that she was tired of keeping everything a secret...

[and that Skip] had known of the photographs for over a year and did nothing." The

investigator then spoke to James, the victim's brother who first found the photographs.

James told him that when he told Skip about the photographs Skip's response was

"everything's under control."

48.    The investigator then spoke to the victim again, and explicitly asked her "if any

other sexual activity was occurring in the home." At that point she told him that "over the

past three to four years [that is, beginning at age eight or nine], her step-father, Shelby

Wayne Robertson, had sexual intercourse on at least (25) twenty-five occasions." She

went on to explain that Skip had also done "other sexual things to her." Asked again why

she had "waited so long" to tell anyone, this time about Skip's abuse, the young girl told

the investigator that "she thought it was her fault, after a while she said, she just

consented. [Skip] told her that if she ever did speak out that she would be in trouble

because she had consented."  (Upon further investigation, days later, the victim clarified

that when she was eight years old, soon after Skip met her and before he married her

mother, Skip fondled her breasts; beginning at age nine, he made her perform oral sex on

him and performed oral sex on her; and finally, when she was twelve years old in June of

1992, Skip asked her if she wanted to "make love," and when she said no "he got mad"

and became "so mad that she finally gave in and said, 'Well do whatever you want to do, I really don't want to do this, but you're going to do it anyway.'" (Deputy L. Lignoski, Maricopa Sherriff's Office, Follow Up Investigation Report, December 8, 1992, page 6.).)

49.    The officer confronted the victim's mother, Crystal Robertson, with Skip's sexual abuse of her daughter. (Crystal later reported her own history of sexual abuse by an uncle. (Jeffrey D. Harrison, Ph.D., Report of Paraphilic Assessment, p. 6 July 1993.)). After acknowledging that her daughter "did complain" in March of 1992 that Skip had touched her breasts and "on one occasion got into bed" with her, Crystal "excused Shelby for his actions because he's a drunk" (Deputy L. Lignoski, Maricopa Sherriff's Office, Continuation Report.) With a mother so easily resigned, even dismissive about her being sexually abused, it is no wonder that the young girl had resigned herself to the fondling, then the oral sex and finally the sexual intercourse perpetrated by her step-father.

50.    This young girl's experience is not uncommon. Every day vulnerable and neglected children like her are manipulated and threatened into progressively more intrusive sexual abuse, and manipulated into believing that they are to blame for each and every violation. Every day many children sexually abused by step-fathers know their mothers would rather not know and will probably blame them for the abuse (as Crystal did in subsequent interviews, saying her daughter had been "seductive," (e.g., Jeffrey D. Harrison, Ph.D., Report of Paraphilic Assessment, pp. 6-7, July 1993.)). And the younger a child is, due to the cognitive and other limitations of younger children, the more vulnerable that child is to such sexual manipulation and maternal abandonment, even once the abuse is revealed.

51.   **Bizarre behaviors, psychopathology, and psychiatric problems.** Skip reports several examples of severe psychiatric problems in his siblings.  For example, as a teenager his brother Tommie suffered from depression, had no friends, and engaged in bizarre behaviors including building model ships and then lighting them on fire or shooting them with a bb gun. (Tab 32, at ¶ 49.)

52.   Only once in Skip's life, as part of the presentence investigation for his 1992 crimes against his step-daughter, did he undergo a psychological assessment that included measures of his own psychopathology. He was administered the Minnesota Multiphasic Personality Inventory (MMPI), a multiple choice instrument for which it is impossible for the person completing the measure to know the meaning of the questions, and where an attempt to present oneself in a favorable light is easily detected (none was in Skip's case). Also, as a personality inventory, the MMPI is designed to reveal characteristics that, barring major brain damage, are preserved from late adolescence throughout adulthood.

53.   Dr. Jeffrey Harrison administered the MMPI and summarized the findings. These include that Skip had "significant elevations" on a scale that measures "personality traits of reactivity, naivete and egocentricity." Harrison continues, "He can be described as an individual that is perhaps alienated from others and may have an eccentric or atypical view of the world. A schizoid orientation [i.e., inability to feel emotionally connected to others] is suggested. There is a moderate degree of suspiciousness, distrust and paranoia which he acknowledges frequently occurring, particularly when he was drinking." (Jeffrey D. Harrison, Ph.D., Report of Paraphilic Assessment, p. 7, July 1993.) The qualities reveal by Skip's MMPI are entirely consistent with growing up in a family

that (as described above) was extremely neglectful, emotionally disconnected, sexually perverted and physically abusive.

54.    Skip's admissions to Dr. Harrison of problems in his family during childhood were very limited. He described his father as "not having much involvement with anyone in the family" and mentioned the time Buck attempted to sexually abuse him when he was around eight years old. He told of his mother suffering a stroke and dying in his presence at age twelve. And he reported that growing up he was "closest" to an uncle who taught him many things but became bizarre and violent when drunk, including chasing Skip with a knife, and that this uncle eventually "disappeared," which was very distressing to him. He denied that there was any physical abuse or other problems in his family, and denied any juvenile arrest history (though military records document his arrest and probation at age fifteen for charges of fighting and carrying a knife, as noted above). (Jeffrey D. Harrison, Ph.D., Report of Paraphilic Assessment, pp. 2-3, July 1993.)

55.    Skip did report to Dr. Harrison some of his early sexual experiences besides the incident with Buck, including first exposure to soft-core pornography at age eight or nine. He reported first drinking beer at age five and becoming a "regular user" of beer on weekends at age fifteen. He also told Dr. Harrison of his suicide attempt (described below) at age sixteen.  (Jeffrey D. Harrison, Ph.D., Report of Paraphilic Assessment, pp. 3, 5, July 1993.)

56.    Yet despite Skip's overall inability to recognize, and unwillingness to acknowledge, how troubled his family and childhood were, Dr. Harrison writes: "the highest scale elevation occurred on a scale measuring rebelliousness, resentfulness of authority, nonconformity, a potential for testing limits, and potential for acting out

behaviors." He then continues, "This elevation is consistent with his alcoholism and is likely the result of family of origin dysfunction and negative childhood experiences affecting character development." Referring to Skip's entire MMPI profile, Harrison states, "This pattern of clinical scale scores is consistent with the etiology of child molest behavior and suggestive of an underlying antisocial personality disorder. That diagnosis is not supported in its entirety due to the absence of supportive childhood history." (Jeffrey D. Harrison, Ph.D., Report of Paraphilic Assessment, p. 8, July 1993.)  In short, this assessment revealed that, even though Skip was not entirely forthcoming about his family and childhood, his severe psychopathology scores on the MMPI clearly indicate that he (a) grew up in an extremely disturbed family and (b) had a long-standing pattern, dating at least from adolescence, of both disturbed "character" (i.e, psychopathology associated with moral corruption) and antisocial behavior (e.g., sexual abuse of children).

57.   **Skip's teenage suicide attempt.** Indicative of how depressed and miserable Skip was as a teenager, he has reported making a serious attempt to kill himself when he was fifteen or sixteen years old. Knowing that his father had lots of pills in the medicine cabinet and that his brothers had left behind pills they used to stay awake as truckers, Skip raided the medicine cabinet, searched the house for more, and "took as many pills as I could find."  (Tab 32, at ¶ 11.)

58.   **Disconnection and denial.** After unsuccessfully attempting to kill himself, Skip awoke in the house of his brother Glen and his wife, who, Skip reports, "nursed me back." The fact that he tried to commit suicide, however, was never talked about with Glen or anyone else in Skip's family. Reflecting on how his suicide attempt was never discussed or even mentioned in his family, and consistent with his previously noted

observation that parents and children never spoke about anything of emotional significance, Skip commented, "In my family, we do not discuss things."

59.   As we shall see, Skip's daughter Wendi, thanks to her neglectful mother, would during the first four years of her life repeatedly be left in situations where Skip's father and brothers had opportunities to sexually abuse her.  When this possibility is addressed by Skip, he acknowledges that "During the time Donna [Wendi's mother] and I were together, my dad and brothers were often around."  Yet he then claims – implausibly, if Deblen Oke and Wendi's mother are to be believed on this issue – that "over the years" he had been "told about my father and brothers sexually molesting or abusing children in the family," but that he had only learned this "long since the time had passed that the acts had occurred." (Tab 32, at ¶ 47.)  As if he did not know full well about such sexual abuse from witnessing or overhearing it, for example while he lived with his father at Deblen's house, where his father apparently stayed for the *purpose* of sexually abusing the girls there; or from hearing his brothers bragging about it; or when he knew of Tommie's pictures of his step-daughter while he continued to abuse her himself and escalated to sexual intercourse.

60.   Similarly, it is hard to believe that Skip's sexual abuse of his twelve year old step-daughter, a crime for which he was caught and imprisoned, was the only child sexual abuse that he perpetrated in his life. More likely, it was the only sexual abuse that he admitted to having committed, and only because it was public knowledge and there was no option of not talking about it.

61.   **Troubled teenage years: Pre-Vietnam.** In addition to living with his father and Buck at times, Skip spent time with his brother AV and his wife Betty, which meant

24

joining them for travels around South Dakota, Idaho and Colorado with their racehorses, and lived with his sister Janey in Chandler, Arizona. (Tab 32, at ¶ 10.) Skip was arrested at ages fourteen and fifteen in Tucson, first for fighting and carrying a switchblade, then for running a stop sign. The latter charge was dropped but for the former Skip remained on probation until his seventeenth birthday (military personnel records). In eleventh grade he quit school by dropping out of Deer Valley High School in Glendale, Arizona (records). Around that time, in 1965 when Skip was sixteen or seventeen years old, Skip attempted suicide (as described above) and contracted gonorrhea (military records). Skip claims that he contracted the venereal disease from his first sexual experience with an adult woman, when "my brothers took me down to Nogales, Mexico and sent me to a prostitute." (Tab 32, at ¶ 16.)

62.    Donna knew Skip during his teenager years, beginning when he lived with Buck and Faye's children, including Deblen and Alice, who was Donna's best friend. He was someone from whom Donna wanted to keep her distance: "In high school Skip was one of the hoodlums or bad boys... I had nothing in common with him at that time. He ditched class, went out with wild girls, and was not someone I hung around with during high school." (Tab 32, at ¶ 66.) Alice's brother Leon also remembers Skip as "always in trouble," and recalls hearing about Skip "stealing, ditching school, and drinking. (Tab 17, at ¶ 3.)  Using the same word as Donna, Leon says that Skip was one of the "hoodlums" and that he and his buddies not only drank and did drugs, but "huffed gasoline." Leon himself witnessed Skip and his friends "take the cap off of a motorcycle cap and breath in the fumes." (Tab 17, at ¶ 5.)  Inhalation of solvents is extremely dangerous and harmful, and gasoline, among the most hazardous, can cause severe and lasting brain damage.

63.    **Troubled teenage years: Vietnam.** Upon turning eighteen in April of 1966, just ten months after the first Marines had been dispatched to Vietnam and five months following Johnson's December 1965 major escalation to 200,000 U.S. troops, Skip enlisted with the Marines.  According to Leon, Skip was "forced to choose between the Marine Corps and jail time" after he and his friends were caught stealing a vending machine from a gas station.  (Tab 17, at ¶ 3.)  By October of 1966, Skip had twice gone AWOL; for the second offense his punishment included having his pay docked $25 per month for two months. (Military records, CCP SWR 006-007.) On December 13 of 1966, Skip landed at Da Nang and began a 12.5-month tour of duty in Vietnam, where he served as a Private First Class and participated in 27 combat operations as an infantry mortar man. (Military records, CCP SWR 0015)

64.    Skip succinctly summarizes his own progressive traumatization in Vietnam, which is typical of those who endured combat there: "Everything was face-to-face and very close. The first time that I was out there on an operation and I saw guys getting shot up, I got sick and vomited. After about five months, I was numb. I had to relate the shooting to hunting an animal, like shooting a deer, because I couldn't handle shooting a human being." (Tab 32, at ¶ 20.) He recounts the terror of nights in the jungle:

> "[W]e holed up in dugouts covered with ponchos. The Vietnamese had sachel
> charges with pull pins that had a twenty second delay. So they could pull the
> pin and throw it a long way before it detonated. As we lay there in the night, I
> thought any little movement or sound was a satchel charge. I was always on
> alert and very jumpy." (Tab 32, at ¶ 21.)

Skip also recalls the commonly described "high" and "rush" of combat, which he experienced when being "ambushed or under attack and afterwards checking to make sure I was not hit and still alive." (Tab 32, at ¶ 23.) He was also injured in battle, though not seriously, by what he refers to as a "ricochet shot in the leg," and returned to his unit the following day (Tab 32, at ¶ 21.)

65.    Not surprisingly, given the intensity of his combat experiences and the lack of psychological resilience expected of someone who has gone to war straight from a childhood of extreme neglect and abuse, Skip developed severe posttraumatic stress disorder (PTSD), as addressed in some detail below.

66.    **Beginning his relationship with Donna Worsham.** Upon completing his combat tour and returning from Vietnam, within days he was having a welcome-home party, just before Christmas of 1967.  Donna was at the party, having drunk vodka in the back seat with Tommie Robertson on the drive there with Buck and Faye (Tab 27, at ¶ 90.) Skip was pleased to discover that "Donna had grown up from the skinny girl we all used to tease." (Tab 32, at ¶ 17.)  He was eager to start a (sexual) relationship with Donna, and they did so immediately.  At the time Skip, coming straight from Vietnam, was the more traumatized and disturbed of the two. But Donna at eighteen was also entering adulthood emotionally crippled from a childhood of pervasive neglect and violence and untreated bipolar disorder (as documented in Dr. George Wood's report). The tragic consequences of this toxic mixture – for their ill-fated relationship and marriage, and for their future child – would be catastrophic.

B.    **WENDI'S MOTHER AND MATERNAL BACKGROUND**

67.    Donna Ochoa was born Donna Elizabeth Worsham on Redacted to

Laverne Ann ("Ann") Worsham (nee Tilly) and Henry Mason Worsham in Livermore,

California (Notification of Birth Registration of Donna Worsham, California Department

of Health Services).

68.    **Wendy's maternal grandmother.** Ann was born in 1915 in South Dakota.

According to Donna, her mother's mother, Ina Rebecca Roberts, had three children with

her husband, Sanford Tilley, of whom Ann was the oldest.  When Ann was about twelve

or thirteen years old, her mother suddenly left her family behind, never to return. To this

day Donna is astounded by the magnitude and bizarreness of her grandmother's actions:

"It's freaky that she just suddenly walked out on her kids one day, but what's even

freakier is that she wasn't even involved with another man and didn't have anywhere to

go. She just left her family suddenly and never returned to them. She didn't even

communicate with her kids again until they were adults." (Tab 27, at ¶ 6.) Instead, Ina

made her way to California, where she created and refined recipes for Betty Crocker. Ina

would eventually go on to have three more husbands, remarkable for a woman at any

time but especially so in the first half of the 20th century. (Tab 27, at ¶ 9.)

69.    Donna reports that within two years of Ina leaving her husband and children,

Sanford remarried. Then, because his new wife wanted nothing to do with Donna's

mother or her siblings, "he rejected his own kids and sent them away" to live, separated

from each other, with different family members. Thus Donna's mother Ann had suffered

the ultimate neglect, abandonment and betrayal by her own mother and father.

70.   Ann married "as fast as she could right out of high school," because she wanted to be free of the extended family she'd been sent to live with. She quickly married Theodore Edward ("Ted") Zens, without really knowing him. He turned out to be an alcoholic who routinely beat her for more than eight years, until he suddenly died in a drunk driving accident by crashing his own vehicle into a bus.  Ann and Ted had one child, Nadine Ann "Deannie" Zens. Deannie was seven or eight years old when her father died, and Ann immediately began going out to bars, bringing Deannie along and leaving her alone in the car, sometimes for hours at a time, while she drank inside.  This was during World War II, and Ann typically went to bars frequented by military men, where she met Henry Mason ("Hank") Worsham, Jr., who was in the Navy. (Tab 27, at ¶¶ 12-14.)

71.   Upon getting involved with Hank, Ann and he continued to go to bars and leave Deannie in the car. As Donna recalls, Deannie said that's how she was able to spend time with their mother and Donna's father at the beginning of their relationship. Yet just as Ann's own mother and father had done to her, Ann found Deannie inconvenient and abruptly abandoned her. She did so after bringing Deannie along on a drive across the country to rejoin Hank after his transfer to the East Coast. Deannie was about thirteen years old, the same age Ann was when her mother left her, when Ann put her, by herself, on the first bus of a cross-country, several-day, multiple-bus trip to South Dakota, where Deannie would live with relatives, just as Ann had to do when her father abandoned her after finding his new spouse. As Donna notes, this ended up being a "milder version" of what Ann's parents had done to her, because Deannie was allowed to move back to her mother and Hank's home a year or two later, though before becoming an adult Deannie

lived with them "on and off," as well as with her grandmother Ida and one of Ida's husbands. (Tab 27, at ¶¶ 14-15.)

72.    This intergenerational pattern of parental abandonment would continue in the childhood of Donna, who would ultimately abandon her own daughter, Wendi, by failing to love or care for her and instead handing her over to deeply disturbed men who abused, exploited, and corrupted her.

73.    **Wendi's maternal grandfather.** Donna knew very little of her father, Hank Worsham's childhood or family. Donna recalls that her grandfather, Henry Mason Worsham, Sr., was a farmer and a barber, and "a big drinker and an alcoholic who was given a successful tobacco farm by his own father but "drank it all away." (Tab 27, at ¶ 4.) Of her grandmother, Mary Elizabeth Fortner, Donna says that she "put up with my... grandfather's drinking just like my mom put up with my dad's drinking." (Tab 27, at ¶ 5.) Indeed, Hank's inadequacy and incompetence as a father, his many irresponsible and harmful behaviors toward his daughter, and his betrayals and even violence toward his wife – these are indications of a childhood troubled enough to leave him totally unprepared and unequipped to be a father or husband.

74.    **Donna's childhood of sickness, instability, neglect and trauma.** By the time Donna was born, in Redacted in Livermore, California, Ann and Hank were married and living in the Bay Area. Her father continued to be in the Navy and the family moved "constantly" from when she was an infant until she was in 4th grade, mostly because the Navy sent her father to learn at various schools. A residence history created by her and her half-sister Deannie shows them moving back and forth between various parts of California and other states including Virginia, Hawaii, Rhode Island, Kentucky,

Florida (CCP DO 000692-000694). In addition, Donna's father was often out to sea and away from her and her mother for months at a time. (Tab 27, at ¶ 19.) Donna spent her 2nd grade of elementary school living with her parents in Panama. (Tab 27, at ¶ 20.)

75.    During these years of constant moving, Donna was often sick, debilitated or otherwise physically unwell. Her parents told her that she suffered from a severe case of rheumatic fever when she was two years old, including suffering a fever-induced "attack of paralysis" and her childhood teeth being "rotted and burned out." From the time of that illness until she was about twelve years old, Donna says she was a "weak, tired, inactive" and "sickly" child. (Tab 27, at ¶ 21.) She had a heart murmur, repeated episodes of extremely high fevers (she was allergic to aspirin and eventually participated in military research on Tylenol or acetaminophen), and multiple hospitalizations from ages two or three to eight or nine. (Tab 27, at ¶ 22.)

76.    **Donna's neglectful mother.** No one can remember much before they are five years old; that's when the hippocampus, the region of the brain responsible for encoding "episodic" memories of particular events and experiences, matures sufficiently to do so. Thus Donna's memories of her childhood begin around that time.

77.    As far back as she can remember, Donna's mother terribly neglected her. This comes as no surprise from a woman who was neglected and then completely abandoned by both of her own parents. Donna recalls how, though her mother did the laundry and the house was clean, "I had no emotional connection with her, no hugging, no cuddling, no warmth, no affection, no bond." (Tab 27, at ¶ 46.) As an adult looking back and struggling to make sense of her own failures as Wendi's mother, Donna observes, "My mom spent a lot of time reading and ignoring me while I was growing up, which I

repeated when raising Wendi and other kids." Like Skip and his brothers, Donna was left to her own devices, to raise herself: "My mom never talked to me about anything important... For the most part I learned what I needed to know about life from my peers because my mom wasn't parenting me and wasn't telling me anything." (Tab 27, at ¶ 45.)

78.    The memories Donna reports of her father become clearer and more detailed from age ten on, after her family finally settled in one place (covered below). However, Donna does report that her father "drank a lot" during her "whole childhood," so much that "that's where most of his money went" and like his father he wasted his potential for a successful career. (Tab 27, at ¶ 29.) Hank was "drunk a lot" at home, and hid pint bottles of hard alcohol around the house which, because he was usually drunk when he hid them, he constantly forgot where they were.

79.    For the first ten years of her life, as an only child whose family continually moved from place to place, little Donna was not only sickly and debilitated, but a loner with no friends. (Tab 27, at ¶ 25.) Like other children in that predicament, she may have given up on making friends as a young child. Yet even more importantly, the constant moving deprived Donna of any lasting relationship with an adult she could count on to love and care for her.  For some children with a cold, neglectful mother and heavy drinking, largely absent father, there is a saving grace: a sustained relationship with a loving grandparent, aunt or uncle, parent of a friend, neighbor or adult church member. For Donna, never living anywhere for more than a year, it was simply impossible to have even one adult in her life who she could count on to provide lasting love, support and guidance. Even if Donna was ever lucky enough to find an adult who genuinely took an interest and looked out for her, she knew it would not be long before she must leave

them. Therapists have long recognized that during a childhood otherwise pervaded by abuse and neglect, the enduring presence of just one loving adult can be an emotional lifeline that prevents some of the worst potential psychological damage. For the first ten years of her life, this was not an option for Wendi's mother.

80.    Indeed, the exception proves the rule: For a few years starting when she was twelve to fourteen years old, Donna spent a month each summer with her maternal grandparents. Ida was unloving, uninterested, harsh and rejecting. She was "just like my mom… wasn't going to talk about anything with me." Her Grandpa Pete, however, was "calm and stable." Knowing he was safe, Donna would open up and talk about the troubles in her life. Only for a month each year, and only as a teenager, Donna had the experience of being truly listened to and cared about, by "the only adult I was ever able to talk to while growing up." (Tab 27, at ¶ 42.)

81. Major emotional neglect can have equally or greater devastating effects on emotional and relational functioning than physical or sexual abuse, though the latter "get more press." Infants and young children are incapable of regulating and modulating their emotional states without the empathic and responsive help of caregivers. Children whose emotional needs and states are ignored or not responded to with supportive and soothing bodily contact, tones of voice and words, find themselves repeatedly cycling – both experientially and biologically – through intense and extremely distressing states of emotional and physiological arousal. Their brains resort to automatic and radical attempts to curtail such terrifying and traumatic experiences, such as "shut down" states including depression and withdrawal, and "hyper-aroused" states including aggressive behaviors or pathologically repetitive self-stimulation (e.g., incessant thumb sucking, rocking, etc.).

82. In short, the deleterious psychological effects of extreme emotional neglect, though often overlooked except in the most extreme cases (e.g., Romanian orphans), are profound and devastating. Both of Wendi's biological parents suffered such neglect as children and into their teen years. And for Donna, there was the additional contribution of her genetic vulnerability to bipolar disorder (as documented by Dr. Woods). Although Donna cannot remember and no witnesses can tell us, during the first five years of her life she would almost certainly have repeatedly cycled though the following brain-based states: extreme depressive lows, which may have largely accounted for her being "weak, tired, [and] inactive;" mania or hypo-mania characterized by runaway thoughts and emotions and disorganized behavior, or less extreme but still quite disturbed irritability and agitation; and "in-between" states involving emotionally numb disconnection from herself and others (as an adolescent and adult, in this state she could come across to others as "ditsy" and a "space cadet").

83. **Family settles in Tucson.** Before Donna started fourth grade, her family moved to Tucson, where they would remain through her high school years. (Tab 27, at ¶ 23.) During her first two years there, Donna remained physically unhealthy and was not permitted to go outside for gym class, but after age twelve her health began to improve. (Tab 27, at ¶ 24.) Though Donna's physical health improved over the next few years, her parents' mental health and their relationship with each other progressively deteriorated, with increasingly traumatic and destructive effects on their daughter.

84. **Continued parental neglect, new corrupting and abusive actions.** Donna notes that her father Hank was a "smart guy" who at times "had a full staff under him," and "should have been an officer by then." Indeed, her father's career and personal life

34

were derailed by alcohol addiction, hypersexual and violent behaviors – all of which were no doubt partly fueled by his own troubled childhood. Hank never became a Navy officer. Instead he was constantly demoted for drinking and getting into fights, and spent time jailed in the brig of a Navy ship. (Tab 27, at ¶ 23.) Donna recalls him drinking heavily "during my whole childhood" and throughout her adulthood too, "until the end of his life." (Tab 27, at ¶ 29.) One consequence of her father's drinking, which continually frightened her as a child and teenager – though nothing like the violence between her parents described below – was knowing he could burn the house down. She recalls several times that her father set his mattress on fire by passing out drunk with a lit cigarette, a few times coming home to find his mattress smoldering out in the backyard, and once hearing fire engines and looking out a door of her high school to see smoke billowing from her house. (Tab 27, at ¶ 65.)

85.    Not surprisingly, after his career stalled and the family stopped moving, her father continued to drink heavily and neglect Donna. By age ten, when he did spend time with Donna it was by bringing her along while he went drinking in bars. "That's how we spent time together after we moved to Tucson," Donna recalls. She remembers drinking lots of Shirley Temples while sitting with him at the bar. Looking back now, she recognizes how "pathetic" it was, "preparing a child to drink alcohol by taking her around to bars and giving her an adult-sounding cocktail when she's not even a teen yet." (Tab 27, at ¶ 30.)

86.    Donna euphemistically refers to Hank as her "more permissive parent." Starting when she was fifteen and throughout high school, she routinely went out drinking with him and her friends. Often she would pick up her drunken father late at night, after the

restaurant and bars had closed, and they would drive around drinking with him in the car. He would even let her and her friends drink his wine (though not if they were driving). Donna sums up her attitude at the time about these escapades: "He let me go out with my friends and on dates while he was with us in the car drunk, which I liked a lot." (Tab 27, at ¶ 69.) Indeed, trying to make the best of her father's alcoholism and wanton irresponsibility as a parent, Donna "turned it into a way to make friends in high school." In addition to driving around drinking with him and other teenagers, she would tell them at school, "I have booze and hard liquor at my house if you want to come over." (Tab 27, at ¶ 68.)

87.    Such rampant neglect, reckless behavior, irresponsibility and bad judgment on the part of adults – with a lot of sexual and physical violence thrown into the mix – was a familiar theme of Donna's childhood, as it was for Skip's childhood and eventually that of Wendi Andriano. These problems are not uncommon in families with parents who experienced significant trauma in their own childhoods and suffer from untreated bipolar disorder.

88.    In terms of neglect, Donna's mother was even worse. "My mother neglected me so badly when I was growing up and sometimes took things out on me so severely that she actually made my dad's parenting look good." (Tab 27, at ¶ 44.) The neglect she remembered from before moving to Tucson only continued. As described above, Donna had "no emotional connection" with her mother – "no warmth, no affection, no bond" – and she "never talked to me about anything important, especially not the difficulties between her and my dad." (Tab 27, at ¶ 45.) Donna was also physically abused by her mother, and this abuse worsened during the years in Tucson. Donna's recalls that her

mother often "lashed out at and slapped or smacked me for no reason that I could see, just because I was nearby and she was angry." (Tab 27, at ¶ 44.) Like her own mothers' neglect, such unpredictable and physically abusive lashing out would be something Donna did to Wendi throughout her childhood as well. (Tab 27, at ¶ 44.)

89.   **Parental conflicts spiral out of control.** Soon after moving to Tucson, Ann and Hank settled into a daily routine that ended with Hank coming home late and drunk. Over the following two years his late night returns would be followed by increasingly frequent and increasingly violent fights, which got even worse once he began an affair with a woman he would eventually go on to marry.

90.   Ann worked nine to five managing a restaurant she and Hank owned. During the day Hank worked as a Navy recruiter; at five o'clock he took over from Ann managing the restaurant. Between nine and ten, as the workers cleaned up, Hank drank at a bar attached to their restaurant (Hank and Ann did not own the bar). From there he went out "drinking and carousing with waitresses," sometimes having sex and even carrying on affairs, with multiple women, before returning home sometime after midnight. Ann struck back at her husband in passive aggressive ways at first, for example, knowing he was often "too drunk to find or use his keys," by locking the doors. Hank would respond by breaking a window to get inside, and screaming at Ann in a drunken rage, to which she responded by screaming back. Each night Donna lay in bed waiting with full of fear and dread to hear the breaking glass, hateful screaming, and increasingly common physical violence between her parents. Eventually, Donna feared for her own safety:

"It got really ugly, so when I was in 6th or 7th grade I started keeping a butcher
knife by my bed. There was so much anger, ugliness and violence between my

mom and dad, with things getting out of hand all the time, that I felt a need to

protect myself.… I either blanked it out of my memory or didn't actually see

much of their physical fighting, but I heard plenty of it. At the time I didn't

form the words or realize that I needed to protect myself from my parents and

their ugliness, but that's how I felt." (Tab 27, at ¶ 37.)

91.    When Donna was in 6th or 7th grade, her father began a sustained affair with one

particular waitress, Virgie, with whom he would eventually have a separate and parallel

family. At that point the screaming and physical fighting got even worse, and it would

remain out of control and very traumatic for Donna throughout her teenage years. It also

began extending beyond their home, and including more terrifying violence. As Donna

recalls, "After my mom learned about the affair, when I was about twelve or thirteen

years old, she dragged me along with her on Sundays while she went around to different

hotels looking for my dad."  During the first two years of the affair, Donna and her

mother went through this awful hotel-searching ritual nearly every Sunday. Sometimes

her mother brought a gun with her, and Donna vividly recalls the time Ann actually used

it:

    "Once when I was with her we went to some old-time, single-story motels on

    old Benson Highway along the I-10. She said something like, 'Stay here.

    Don't move,' and left me in the car. She took the gun with her into the hotel

    when she went in after him. Somehow she got the hotel manager to tell her

    which room my dad was in. I was still sitting in the car when I heard shots, at

    least two. Then here comes my mom. She was crying. We took off zooming in

    the car. There was no conversation. I was scared, wondering if someone got

38

shot, and my mom said nothing. We drove fast all the way home. I later

learned from my dad that my mom had busted into the room he was in with

Virgie and started shooting. He said Mom was trying to shoot Virgie, but she

wasn't a good shot…" (Tab 27, at ¶ 35.)

92.    It would be impossible to over-estimate the terror of a child who believes that

she may have just heard her mother shoot and possibly kill her father, who she deeply

loves despite his failings. To then have her mother return crying and not tell her what had

actually just happened would only prolong and compound the terror and suffering. Also

clear from Donna's telling of the story is how she *knew* – after years of experience that

had conditioned her into to resignation about ever talking to her mother about anything of

significance – not to bother asking her mother any questions, not even whether or not she

had shot her father.

93.    Equally remarkable is how Donna finishes telling this story: "He said Mom was

trying to shoot Virgie, but she wasn't a very good shot and hit a booze bottle on the

headboard and the wall by the bed instead of Virgie. And then he told me: 'Be nice to

your mom. She's a really good person.' What I wanted to say was, 'Then why do you

treat her like crap?' But I didn't." (Tab 27, at ¶ 35.) Donna's memory is consistent with

the minimal and bizarre ways her father communicated with her, and with her own

implicit understanding of the futility of trying to communicate her own experiences and

needs.

94.    Finally, Donna says that much of her parents' fighting, and her father's spiteful

justification for the affair with Virgie, "centered on the fact that my father wanted more

kids, especially a son." (Tab 27, at ¶ 39.) When Donna was thirteen years old, in

September of 1961, Virgie gave birth to a son, Stevie, who Virgie insisted was Hank's child and who was given his last name at his Catholic baptism; years later Hank denied to Donna his paternity of Stevie, saying the boy was a "hook" Virgie used to keep Hank with her because he so wanted a son. Either way, Donna's father went on to father two daughters with Virgie, including Kathie Worsham, who was born in Redacted when Donna was fifteen years old (Kathy was a neglected, traumatized and disturbed child who grew up to suffer from extreme mental illness, including bipolar disorder with debilitating symptoms of mania, hallucinations and delusions).

95.    Even with all of the violence and pain between them, Donna recalls that her mother "said she loved my dad and would never leave him no matter what he did." Looking back, Donna views it as "an impossible situation" in which "they couldn't work out their problems and they couldn't move on," that went on for about ten years. (Tab 27, at ¶ 39.) Her parents would not finally divorce until 1969, when Donna was twenty years old and embroiled in her own horrible and doomed marriage to Skip Robertson.

96.    In summary, Donna's memories of her childhood and teenage years in Tucson are dominated by those of violence between her parents and her own attempts to pretend everything was OK.  Missing entirely – with the exception of the one-month-a-year supportive ear of her Grandpa Pete – are any memories of any genuine support or help from the adults in her life. Donna recalls, "My parents did nothing to help me emotionally," which was of course impossible given how disturbed and confused they were themselves. (Tab 27, at ¶ 46.)  Her mother continued to have no relationship with her, while her father "talked to me a little more than my mom but didn't do much to help me cope." (Tab 27, at ¶ 46.)  In response to these overwhelming realities, Donna

attempted to cope in the same ways she would years later as she began her relationship with Skip, and as she would when handing over her daughter Wendi to men who sexually and physically abused and exploited her: "I just learned to ignore the constant ugliness, and became really good at not noticing bad traits in people I cared about..." (Tab 27, at ¶ 46.)

97. **Traumatized and troubled peers, beginning drug use, getting by at school.** Heading into her teenage years, with her parents' neglect continuing and their fights escalating, Donna turned to other teenagers in attempt to make sense of her life and respond to the challenges that overwhelmed her. It was the blind leading the blind. The peers from whom she "learned what I needed to know about life" were also neglected, abused, and disturbed. Totally at sea themselves, they could never teach Donna what she actually needed to be emotionally healthy and happy in life, with safe and loving relationships -- let alone how to constructively cope with the trauma, suffering and moral confusion in which they were all immersed.

98. Donna has not had any "best" or "close" friends as an adult, which makes sense given her childhood and lack of help overcoming its emotionally destructive effects. As Donna notes, however, from age ten until sometime after marrying Skip at age eighteen, she did have friends who were influential in her life. Among the most influential through her high school years, and the best and closest friend she ever had, was Alice McDuffee, the oldest sister of Deblen Oke and Charlotte and Leon McGuffee. Alice was Donna's age and they became friends shortly after Donna arrived in Tucson. Her brother Leon remembers Donna being at their house a lot, sometimes coming over for breakfast and spending the whole day. Indeed, Leon describes Donna and Alice as "inseparable" and

recalls Donna as "like [a] sister" to him. (Tab 17, at ¶ 2.)  Like Donna, Alice was

neglected by her mother, Faye – the same mother who looked the other way when

Deblen, Charlotte and her other daughters were molested or raped by Buck, his brothers

and their father.  As Donna recalls, in a matter-of-fact tone and without elaboration,

"After Faye McGuffee, Alice's mom, married into the Robertson family [when she and

Alice were in 6th grade], some of the men in Skip's family… sexually abused the

McGuffee girls." (Tab 27, at ¶ 27.)

99.   Not surprisingly, with everything going on at home and the troubled peers to

whom she looked for companionship and guidance, Donna started smoking cigarettes and

marijuana when she was only ten years old, in fifth grade. Of starting to smoke cigarettes,

Donna recalls doing so not to rebel, which did not appeal to her, but "because my parents

did and it seemed cool and grown-up to be smoking." (Tab 27, at ¶ 32.) Though Donna

does not say so, it is likely that she smoked marijuana both to fit in with her troubled

peers and to escape from the overwhelming bad feelings and memories stemming from

the neglect and violence she experienced at home.

100.  As Donna moved through her teenage years she was increasingly traumatized

and overwhelmed. By 8th or 9th grade she "lost it and had a breakdown" because she "had

witnessed too much ugliness and violence between my parents." Donna recalls that she

"couldn't stop crying and didn't respond when people talked to me," was taken to a

doctor briefly and then "stayed home from school and everything else to recover for a

week or two." Looking back she says, "It was all too much for me as a child, especially

my parents' fighting. I took it until I couldn't take it anymore, and then had the

breakdown." (Tab 27, at ¶ 48.)

101. Yet as noted above, Donna and her family never sought or received any real help with their emotional problems, with her father's alcoholism and mental illness, with her mother's mental illness, or with the conflicts between her parents and their utter inability to care for their daughter – let alone the extremely negative effects all of this was having on Donna. And so, like so many other children in similar circumstances, Donna simply put on a happy façade. "Despite the intense fighting late at night, I pretended with my parents that things were normal and okay; we never talked about the fights and for the most part during the day we acted like nothing was wrong." (Tab 27, at ¶ 38.) Deblen Oke, one of the sexually abused McGuffee girls (whose ordeal is described above), remembers how Donna, who was "at our house a lot," was viewed by her and her sisters and their peers throughout Donna's teenage years: "She reminded me of Goldie Hawn from the Laugh-In days. She was ditzy, funny, outgoing. Everyone loved her." (Tab 30, at ¶ 13.)

102. Similarly, despite all that she was going through and the lasting damage it was causing her, Donna got by at school. She appears not to have generated any special concern or attention from her teachers. Most of her elementary school grades were "average" or "above average," (Education Records of Donna Ochoa, Obtained by Capital Case Project), and she graduated 63rd of 184 in her class at Flowing Wells Junior-Senior High School (Education Records of Donna Ochoa, Obtained by Capital Case Project).

103. **Distorted perceptions and diminished expectations of people, relationships and sex.** As Donna's primary method of coping with the insanity and violence of her home life, she "just learned to ignore the constant ugliness, and became really good at not noticing bad traits in people I cared about, like my dad." (Tab 27, at ¶ 46.) Following that

statement Donna continues, "Despite his drunkenness, disloyalty to my mom, and neglect of me, I worshipped my dad. He seemed like a happy, charismatic figure because he wasn't always irritable and complaining." Perhaps more than anything, these statements show how the young Donna had <u>no</u> adults in her life that truly warranted admiration or emulation (with the partial exception of Grandpa Pete, who was capable of supportive listening).

104.   Given the experiences of other girls she knew, including the McGuffee girls, perhaps Donna "worshipped" her father in part because he directed his sexual obsession at adult women rather than her and other young girls.  However, that may not actually be the case, at least not earlier in her life: Donna reports that her mother and sister Deannie both told her, though she has no memories herself, that her father took baths and showers with her until she was six or seven years old.

105.   Regardless, Donna's description of how she saw her father – especially in comparison to her constantly miserable, irritable, and coldly rejecting mother – suggests that Donna may have learned from her father, and attempted to emulate, his happy-go-lucky façade.

106.   Donna says that her mother "had a lot to do" with how she related to men and viewed sex.  She recalls that her mother "made everything feel dirty or cheap, even something as simple as holding hands."  She tells the story of her mother, upon finding her sitting on the couch holding hands with a high school boyfriend, having "a fit" and caustically saying, "Why are you letting him crawl all over you?"  And in a pattern Donna would repeat with her daughter, refusing to talk to Wendi about sex or even her

101.  Yet as noted above, Donna and her family never sought or received any real help with their emotional problems, with her father's alcoholism and mental illness, with her mother's mental illness, or with the conflicts between her parents and their utter inability to care for their daughter – let alone the extremely negative effects all of this was having on Donna. And so, like so many other children in similar circumstances, Donna simply put on a happy façade. "Despite the intense fighting late at night, I pretended with my parents that things were normal and okay; we never talked about the fights and for the most part during the day we acted like nothing was wrong." (Tab 27, at ¶ 38.)  Deblen Oke, one of the sexually abused McGuffee girls (whose ordeal is described above), remembers how Donna, who was "at our house a lot," was viewed by her and her sisters and their peers throughout Donna's teenage years: "She reminded me of Goldie Hawn from the Laugh-In days. She was ditzy, funny, outgoing. Everyone loved her." (Tab 30, at ¶ 13.)

102.  Similarly, despite all that she was going through and the lasting damage it was causing her, Donna got by at school. She appears not to have generated any special concern or attention from her teachers. Most of her elementary school grades were "average" or "above average," (Education Records of Donna Ochoa, Obtained by Capital Case Project), and she graduated 63rd of 184 in her class at Flowing Wells Junior-Senior High School (Education Records of Donna Ochoa, Obtained by Capital Case Project).

103.  **Distorted perceptions and diminished expectations of people, relationships and sex.** As Donna's primary method of coping with the insanity and violence of her home life, she "just learned to ignore the constant ugliness, and became really good at not noticing bad traits in people I cared about, like my dad." (Tab 27, at ¶ 46.) Following that

43

statement Donna continues, "Despite his drunkenness, disloyalty to my mom, and neglect of me, I worshipped my dad. He seemed like a happy, charismatic figure because he wasn't always irritable and complaining." Perhaps more than anything, these statements show how the young Donna had no adults in her life that truly warranted admiration or emulation (with the partial exception of Grandpa Pete, who was capable of supportive listening).

104.  Given the experiences of other girls she knew, including the McGuffee girls, perhaps Donna "worshipped" her father in part because he directed his sexual obsession at adult women rather than her and other young girls.  However, that may not actually be the case, at least not earlier in her life: Donna reports that her mother and sister Deannie both told her, though she has no memories herself, that her father took baths and showers with her until she was six or seven years old.

105.  Regardless, Donna's description of how she saw her father – especially in comparison to her constantly miserable, irritable, and coldly rejecting mother – suggests that Donna may have learned from her father, and attempted to emulate, his happy-go-lucky façade.

106.  Donna says that her mother "had a lot to do" with how she related to men and viewed sex.  She recalls that her mother "made everything feel dirty or cheap, even something as simple as holding hands."  She tells the story of her mother, upon finding her sitting on the couch holding hands with a high school boyfriend, having "a fit" and caustically saying, "Why are you letting him crawl all over you?"  And in a pattern Donna would repeat with her daughter, refusing to talk to Wendi about sex or even her

first menstruation, her mother's comment about holding hands was "the only thing she ever said to me about sex." (Tab 27, at ¶ 71.)

107.  Not surprisingly, Donna denied and disavowed her own sexual interest and pleasure with her first high school boyfriend. When he "started messing around sexually, like touching my breasts… I pretended I was asleep. That was the only way I liked sex. If I had to take responsibility for sex or admit what was happening, I didn't want to be involved and left the situation." (Tab 27, at ¶ 73.) After breaking up with that boyfriend, Donna decided she was "cute" and "told myself I was going to do my own thing." That meant indiscriminately going out with boys, "partying and drinking more alcohol… anything hard," and eventually having sex. Consistent with her disconnected and disavowed experience of sex, Donna recalls, "By halfway through my senior year I was having sex. It wasn't a big deal. I was never that thrilled about sex." (Tab 27, at ¶ 74.)

108.  The clinical term "dissociation" refers to ways that some people, especially those subjected to extreme neglect and abuse in childhood, "split-off" or "dis-associate" from their conscious awareness any perceptions, thoughts, feelings, memories and other experiences that they find disturbing, threatening or overwhelming. Neglected and abused children are subjected to extreme emotions and physiological states. When no adult helps them tolerate such experiences and sooths their distress, their brains resort to extreme methods to prevent such experiences from entering conscious awareness. There are brain regions which evolved to regulate emotional and physiological states. But in the absence of caring and supportive people required to bring those regulatory capacities "on line" in childhood, those same brain regions instead block out the feelings and bodily sensations

associated with fear, anxiety, disgust – even forms of pleasure that threaten to be overwhelming, like sexual feelings associated with being exploited, abused or "dirty."

109.  Donna learned to block out feelings evoked by her parents' violent fights, to "ignore the constant ugliness" and pretend during the day that "things were normal and okay." She became "really good at not noticing bad traits" of the people in her life, including the ways they hurt her and others with massive betrayals, corrupting behaviors, and outright abuse and violence. Donna also learned to disconnect from her sexual experiences and desires so she would not have to "take responsibility for sex or admit what was happening." These are all examples of Donna's propensity for extreme dissociation, as would be expected of someone who grew up so neglected and traumatized. And the constellation of things that Donna was capable of dissociating – and motivated to ignore and deny – would lead her to neglect her own daughter and then turn a blind eye to the abuse Wendi suffered. As she had done throughout her life, Donna continued to "ignore the constant ugliness."

110.  Donna reports that her father, despite his own hyper-sexuality, virtually threatened to kill Donna if she had sex before getting married, and that he had his friends around town keeping tabs on her. She recalls, "My dad always said while I was in high school, 'if you're not a virgin when you get married, I'll get a shotgun'…. It wasn't that he intended to make me get married; he intended to shoot me." (Tab 27, at ¶ 72.) The first time Donna ever stayed at a motel to have sex with a boy, Hank was immediately informed. (Tab 27, at ¶ 76.) Again, sexual desire and experience were not safe but threatening, needing to be hidden not only from herself but her father – though neither

was really possible and this only fueled her fears and her motivation to deny and disavow her sexuality.

111. **After high school, drinking out of control.** Donna graduated from high school in 1967 and in the fall of that year, with the financial support of her sister Deannie, began attending Eastern Arizona College. (Tab 27, at ¶ 81.) She reports drinking so much in her first semester of college that she was almost kicked out of school (Tab 27, at ¶ 85.) It was at the end of that semester, Christmas of 1967, that she began a sexual relationship with Skip Robertson, who had just returned from a tour of duty as a Marine in Vietnam.

C.    **DONNA AND SKIP'S RELATIONSHIP BEFORE WENDI'S BIRTH**

112. Donna's courtship with Skip was brief and misguided. They were married within two months of beginning a romantic relationship, based on Donna's mistaken belief that she was pregnant. In Donna's reflections on why she began a relationship with Skip and within two months married him, we see on full display the dissociation described above and the willful ignorance and wishful thinking that Donna sees as her main coping strategies.

113. Donna recalls how – despite knowing that Skip had been a "hoodlum and bad boy" before going to Vietnam, despite knowing that he and his brothers "had mouths like sailors" and were "all about sex, alcohol, Levis, and driving trucks," and despite having the sense that "all of Skip's brothers had been in jail" (Tab 27, at ¶ 98) – she focused her attention and thoughts on other, more positive things about him: that he attended church when he was younger and had taught Sunday school at one point, and that he claimed to have "prayed on the beach and read the Bible" in Vietnam. Donna also remembers thinking, in a naïve and magical way that can still characterize her thinking today, "it

seemed obvious to me that God gave him a second chance by allowing him to survive when many others around him were killed in 'Nam, and that also attracted me to him." (Tab 27, at ¶ 92.)

114.   More pressing and determinative, however, were these two facts: they had sex almost immediately over that Christmas break, and Donna believed (incorrectly it turned out) that she was pregnant.  As Donna sums up, "Skip and I had no real courtship and we never dated…. We just had sex and I thought I was pregnant so we got married." (Tab 27, at ¶ 93.) Once she thought she was pregnant, Donna believed she had no choice but to marry Skip.  The belief was based in fear: as noted above, her father had always threatened to come after her with a "shotgun" if she was not a virgin when she married, which meant to her that "he would kill me or someone I was dating," and in this case made her "worried about what he might do if he found out that I was pregnant [by Skip]." (Tab 27, at ¶ 94.)

115.   After Christmas leave, Skip went to Camp Pendleton in California and she soon called to tell him she was pregnant.  When they spoke, Donna says, Skip made a (soon-broken) promise that he would not drive trucks like his brothers, and they agreed to wed. Neither of their parents wanted them to marry or thought the marriage would last. But marry they did, as soon as Skip could get leave from his base, on February 21, 1968 in Silver City, New Mexico, where no blood tests or waiting period were required. (Tab 27, at ¶ 93.)

116.   In short, Donna's marriage to Skip was the result of a remarkable and rapidly unfolding sequence of bad choices, poor judgment, substance use, reckless sexual

behavior, dissociative pathology, willful ignorance, wishful thinking, mistaken belief, and fear.

117.  In Skip's brief account of beginning their relationship and marrying, he focuses on his immediate pleasure at discovering, when he came home for Christmas of 1967, that Donna was no longer "the skinny girl we all used to tease," and on how she "nursed him" when he was sick with the flu at the time.  Donna fit Skip's apparent vision of an acceptable woman and wife: worth having sex with and willing to take care of him.  Perhaps also, unlike Donna, Skip did not forget or discount the other widely held perceptions of Donna that her current behavior did nothing to contradict; that is, as Deblen Oke described Donna, she was "ditzy, funny, outgoing." When Skip mentions their marriage, it is literally in passing, and he says nothing about why they married so quickly, including nothing about a mistaken belief that she was pregnant. (Tab 32, at ¶ 24.)

118.  The marriage day was not auspicious. Donna recalls "waiting in front of the court house, where I threw up and fainted. I woke up and we still got married." She was "scared and sick" but also "relieved" because she would no longer have to worry about what her father would do if he found out she was pregnant before getting married. (Tab 27, at ¶¶ 96-97.) Afterward they had no wedding party and could not even find a hotel room (thanks to a golf tournament in town).  They ended up spending the night at one of Skip's brother's houses, where the Robertsons were having a drunken celebration party.

119.  **Legacy of severe childhood neglect: Donna the "chameleon."** Then Donna joined Skip in California, where they moved into an apartment in San Clemente, near his

military base. Donna remembers immediately adopting Skip and his brother's "lifestyle and ways." Looking back now, Donna says,

> "It was almost like I was a chameleon. I just went along with it and tried to fit in. I have done that all my life with whatever group I was with…. My first reaction when I'm part of a new group is always to get similar clothes as they have, so that I'll be liked. I morph well to be part of whatever group I'm with. Now in retrospect I think that I never wanted to make a decision about who and what I was, exactly, so I shifted to fit in…" (Tab 27, at ¶ 98.)

Donna's self-diagnosis of the roots of her "chameleon" problem, which focuses on what she "wanted" and her "decisions," does not begin to capture the actual and well-understood roots of such behavior. Children who are severely emotionally neglected by their parents miss out on many things crucial for developing the capacities to recognize their own needs, wishes, unique perspectives and abilities. Parents who are too disturbed to care about their child's experiences, who are oblivious to their child's feelings, needs, abilities, wishes and dreams, and who never talk about anything of significance to the child – such parents do not mirror back their child's excitement, or respond with attention and affection to pleas for recognition and pride, or support their child's attempts to identify and achieve goals meaningful for herself. They do not share pride in their child's successes, help her to tolerate disappointments, or help her make sense of either. And they do not help their child figure out how to negotiate the challenges of life and human relationships.

120.   The extreme emotional neglect of Donna's childhood meant that she *could not develop her own identity* and thus *changed to fit in with others*. She lacked the

psychological capacities, and the mental or emotional foundations, to know who she was, what she really wanted in life, and how to be her own person while in relationship with others. Donna knew many things that she did *not* want, including (continued) neglect, abandonment, betrayal and abuse by an alcoholic-truck-driving-womanizing-money-wasting husband.  And she had vague ideas about what she did want, to be loved and to have a happy marriage and family. But Donna had never seen anyone else with any of those things, and she he had no idea who she was as a unique person or how to relate to her husband or anyone else to bring loving relationships and real happiness into her life. At that time (and apparently until very recently) Donna had learned little more than this: she could do her best to put on a happy face and act in ways that would not lead others to reject her; she could withdraw from others when, thanks to bouts of depression and her inability to truly connect with others, she was unable to implement those rudimentary strategies; and she could try to ignore and deny others' bad qualities and harmful behaviors, even when they hurt her and her own child, while hoping for the best. As Donna puts it, even now: "I really don't know who I am. I know some of my attributes. I can be kind, compassionate, and generous, but I don't really know what I want. Who I am is defined by who I'm with, or it's defined by who or what I need to fit in with or give in to." (Tab 27, at ¶ 356.)

121.  And so it went for Donna's relationship and marriage to Skip. In addition to adopting the clothing and mannerisms of his family and acquaintances, Donna joined Skip in drinking heavily and taking the amphetamines he got from his trucker brothers. (Tab 27, at ¶ 99.) Donna also quickly adopted behaviors shared by women in the Robertson family's sick culture, behaviors for which she had long been in training as a

teenage friend of the McGuffee girls: Looking away and staying silent as the men ran

amok with drunkenness, fighting, womanizing, and sexually abusing each others'

daughters.

122.  **Nightly traumas.** Donna also did her best to cope with Skip's combat-related

PTSD, which by both her and Skip's descriptions was severe and disturbing.  They both

note that he was, as Donna puts it, "very jumpy and easily startled," and there were

several incidents in San Clemente where Skip "hit the ground" in response to a loud noise

like car backfiring. (Tab 27, at ¶ 102.) This is one of the physiological "hyper-arousal"

symptoms of PTSD, which is one of three "symptom clusters" associated with the

disorder, and one that Skip continued to suffer from throughout his nineteen years in

prison (Tab 32, at ¶¶ 22-23.)

123.  Most disturbing of all were Skip's PTSD "re-experiencing" symptoms. These

included nightmares of combat from which he would wake up yelling, swinging, even

attacking Donna. "I remember laying in bed with Donna in San Clemente and throwing

her out of bed, thinking I was under attack. I had nightmares. Another time, I woke up to

find myself on top of her on the floor." (Tab 32, at ¶ 21.)  Throughout their years

together, Donna recalls Skip having "bad nightmares about four or five nights a week

where he thrashed around in bed and called out to people," from which he "woke up

swinging or woke up violently." Donna remembers in the mornings having "to be very

careful when waking him up. I crouched at the end of the bed and touched his toes to

wake him because he came out of his dreams swinging his fists hard enough to really hurt

me if a punch connected." (Tab 27, at ¶ 101.)

124.  Skip's middle-of-the-night nightmares and attacks on her also resembled Donna's most traumatic experiences from her childhood: being awakened in the middle of the night by screaming, smashing glass and other sounds of violence between her parents, and fearing for her own safety. Skip's PTSD would have caused Donna to re-experience many of her own traumatized reactions to the violence between her parents, which also happened several nights a week from when she was ten to sixteen years old. Experiencing and fearing such nightly terrors and violence was a source of severe stress throughout Donna and Skip's marriage.

125.  **Legacy of severe childhood neglect and war: Skip the addict and "good ole boy."**  Just as Donna had been horribly neglected as a child and never developed a sense of her unique identity, needs and capacities, the same was true for Skip.  Like Donna, Skip had never known what it was like to be truly talked to, understood, and loved by another human being. But he responded in a very different way.  Donna was an only child who put on a happy face and attempted to fit in with changing groups of peers. As the sixth son of the Robertson family, rather than being a chameleon and molding himself to fit changing constellations of people around him, Skip rigidly clung to his family members and the culture and behaviors of his father and brothers.

126.  It was a culture of relentless addiction – to alcohol, sex and violence – driven by desperation to escape from the severe and chronic experiences of depression, anxiety, fear, disconnection, and powerlessness from which all severely neglected and abused children and adults suffer.  It was a culture of corrupt, macho values and a veritable worship of extreme drunkenness, sexual conquest (including the abuse and rape of women and girls viewed as objects of pleasure and domination), and aggression against

other men. As described above, it was a culture in which men believed they were entitled to get away with crimes, including rape and even murder, so long, as Skip learned from his father, they could keep such "private business" to themselves.

127.  The work life of the Robertson boys, long-distance truck driving, fit well with that culture and its destructive addictions. Indeed, with its mix of social isolation, drinking and carousing with similar men, and ample opportunities to pursue women and girls in places far from home, the long-distance trucking perpetuated and fueled those addictions and their destructive consequences.

128.  In behaving like his brothers, Skip was not "being himself" in any meaningful sense of the phrase. Like Donna, he did not really know who he was. Psychologically speaking, Skip was an ignorant and unreflective man, without genuine understanding, empathy or compassion for himself or anyone else; a bundle of posttraumatic suffering and destructive, addictive attempts to escape that suffering.  As noted above, after Skip's arrest for sexually abusing his step-daughter, testing revealed Skip's personality as a collection of extreme pathologies – including "reactivity, naiveté and egocentricity," emotional disconnection and alienation from others, and "rebelliousness, resentfulness of authority, and nonconformity" – all consistent with an "underlying antisocial personality disorder." (Jeffrey D. Harrison, Ph.D., Report of Paraphilic Assessment, pp. 7-8, July 1993).  In contrast, Skip's view of himself (one shared with many severely traumatized antisocial men) as a "good ole boy" who just wanted to be free, not tied down, and having a good time, was at best a self-deluding half-truth.  As revealed by his own words, used to explain his suicide attempt as a teenager, being a "good ole boy," aside from all the harm and destruction it caused to others, was ultimately a failure when it came to

warding off his own misery: "Ninety percent of the time I am a good ole boy and the rest of the time, I get depressed and things build up." (Tab 32, at ¶ 11.)

129.  All of these childhood- and family-based pathologies and behavior patterns were super-charged by a year in Vietnam that immersed Skip in killing, death and constant fear of being killed himself. By the time Skip married Donna he was already spiraling out of control, and beginning work as a truck driver less than a year into their marriage only accelerated the process.

130.  **Skip and marriage heading down hill fast.** Donna recalls that just before and for a little while after they married, Skip could be "well mannered or even nice," but only when he was not drinking – which was not very often. Even when he was sober and pleasant, from the beginning they "didn't have normal conversations or discussions about things like common interests." She quickly learned that having such interactions "just wasn't possible" because Skip "had a short attention span and was mostly interested in having sex and drinking alcohol." (Tab 27, at ¶ 108.)

131.  And drink he did: "Skip drank steadily and was drunk much of the time I was around him for the whole time we were married." (Tab 27, at ¶ 103.) Donna's recollections are consistent with Wade Robertson's childhood memories of Skip only drinking to get very drunk and then becoming aggressive, and provide additional details of who and what Donna was living with soon after the marriage:

> "He started out happy when he was first drinking, then the more he drank the
> more ugly, mean and verbally abusive he became. When drunk he was vicious
> with his words. There was nothing I could see that caused him to act that way
> and nothing in particular that happened to set him off.  He just turned mean all

by himself.... He tended to break laws and get into trouble when drunk.

Sometimes he stayed out or was gone all night or for multiple days and nights

while drinking." (Tab 27, at ¶ 103.)

132. After a few months and a few different jobs for Skip at Camp Pendleton, in

mid-1968 Skip and Donna moved to San Diego. Skip worked as a military policeman

and Donna as a receptionist at a hair salon. (Tab 32, at¶ 25; Tab 27, at ¶ 105; Military

Personnel Records of Shelby Robertson, Obtained by Capital Case Project.) At that time

Skip began combining alcohol with amphetamines that he got from his brothers. They

remained in San Diego until moving back to Arizona in April of 1969. In the meantime,

they made many weekend trips between California and Arizona, and often took "uppers"

to stay awake for the long drives. (Tab 27, at ¶ 106.)

133. Donna reports learning years later from Linda Robertson, the wife of Skip's

brother AV, that Skip had sexually abused Linda and AV's daughters during one of those

Arizona-California trips. His nieces were six to eight years old at the time, and Skip

molested them in the car, in the presence of their mother and Donna, who were sleeping

or otherwise unaware at the time. (Tab 27, at ¶ 104.)

134. Skip and Donna remained in San Diego for nine months, until Skip decided to

leave the military and received his discharge, when they moved to Phoenix. Looking

back Donna says, "We were still in California in 1968 or 1969 when I realized the

marriage wasn't working but it took me as long as it did, until 1974, to have the courage

to leave him for good." (Tab 27, at ¶ 103.)

135. **Back in Arizona, Skip starts driving trucks.** Upon moving to Phoenix, Skip

used V.A. funding to go to "refrigeration school." Donna was afraid Skip would start

driving trucks like his brothers, and hoped that he would instead stick with school and work in refrigeration installation and maintenance. It was not to be. In Skip's telling, he tried a refrigeration job but quickly realized it was "boring" and it would take years to "move up through the union" and "be able to go out into the field on my own," where he would have more freedom and make more money. (Tab 32, at ¶ 40.) By late 1969 Skip was driving trucks, first short-haul runs, and then cross-country in teams with his brothers Glen, Jerry, and AV. By early 1970 he was driving cross-country on his own, and often gone for two to four weeks at a time, and sometimes longer. (Tab 32, at ¶ 26.)

136. On the one hand, Donna was unhappy with Skip driving trucks and being gone so much. When they agreed to marry she had extracted the promise that he would never drive trucks for a living. On the other hand, Donna was relieved to have breaks from Skip's drunkenness, hostility, and demands for sex. "When he was around we fought a lot about money and sex. A typical fight… included him coming home late, drunk, and wanting to have sex with me." With him drunk and reeking of "booze and cigarettes," Donna found him utterly unappealing, "so he yelled at me until I gave in." (Tab 27, at ¶ 109.) (Donna's words echo those of Skip's step-daughter, who more than twenty years later, as described above, would say she first gave in to sexual intercourse with Skip, despite not wanting to, because he was "so mad" at her for resisting.) Donna also reports that Skip had by then started "running around with other women." (Tab 27, at ¶ 109.) And just as Donna's father had always done, Skip was blowing most of the money he did make on drinking and those other women.

137. By the middle of 1969, not long after moving back to Arizona, this ongoing ordeal was becoming too much for even Donna to tolerate. She recalls how, growing up,

she had always told herself she would never marry a man like her father. But there she was, finding herself married to Skip, who was "even worse when it came to drinking, being irresponsible, being disloyal with other women, and not supporting me in any way whatsoever." (Tab 27, at ¶ 112.) In July of 1969 she left him and went to Tucson to live with a friend from high school.  Linda and her husband Jack were "hippies" who grew marijuana in their yard (though they did not smoke it in front of Donna). (Tab 27, at ¶ 112.)

138. **Skip promises to change and Donna gets pregnant.** After a few weeks in Tucson Skip showed up and promised, in Donna's words, to "clean up, stop drinking, and stay away from his brothers." Skip's radical behavior change lasted no more than a few days. Yet they were back together and living in an apartment in Tucson, where Donna got a job while Skip went back to driving trucks and the hard-drinking and womanizing lifestyle he shared with his brothers. Tab 27, at ¶¶ 113-114.)  Then Donna decided she wanted a baby and stopped taking her birth control pills. Like so many confused young women who were neglected as children themselves and have no clue what it means to be a parent – let alone a loving and nurturing one – Donna believed that having a baby would "help my marriage and solve problems between Skip and me." Looking back now, she see that she believed "everything would be okay after I got pregnant because I was the person who tried to make everyone else happy and I believed that if I made Skip happy that everything would work out." (Tab 27, at ¶ 116.)

139. By November Donna was pregnant with Wendi, which she confirmed around Christmas of 1969. Donna recalls having no information about pregnancy while carrying Wendi, and constantly fighting with Skip as it dawned on her that being pregnant did not

magically lead Skip to "settle down and be home more." Instead, Skip was out driving trucks, drinking and partying away his income with other women, and giving her little or no money for basic living expenses. She bitterly remembers "constantly struggling to get by and survive" throughout the pregnancy. (Tab 27, at ¶ 120.) For the first six or seven months of being pregnant with Wendi, "I almost never knew where Skip was, who he was with, or when I'd see him next, and when he was with me, we were usually fighting." (Tab 27, at ¶ 121.)

140.  In the midst of this – Skip's wholesale abdication of his responsibilities as the husband of a pregnant wife, and Donna's extreme day-to-day stress – Wendi was growing inside her mother's womb. There is significant research on the effects of severe maternal stress during pregnancy, including deleterious consequences for prenatal central nervous system development, which is mediated primarily by high levels of stress hormones. The repeated but unpredictable and uncontrollable prolonged abandonments by her husband, punctuated by fights over money and sex whenever Skip briefly appeared back home, constitute extreme and chronic stress – enough to cause significant negative biological effects on both mother and fetus. At a minimum, adverse impacts on Wendi's prenatal brain development would be expected.

141.  **From bad to worse: Pregnant in Groom, Texas.** Around June of 1970, six or seven months into Donna's pregnancy with Wendi, she moved to Groom, Texas, where Skip had gotten a job fixing truck tires and pumping gas that, in Skip's telling, "put me home every night." This was Skip's selling point to Donna and, as he self-servingly recalls, "At the time, it seemed like she was all for it." (Tab 32, at ¶ 28.)  Donna remembers only agreeing to the move – to a town of under 500 people in middle of

nowhere, i.e., in the Texas panhandle and twelve hours drive from Phoenix and Tucson –

because his job was "supposed to be permanent, in one place, so that he could stop

driving trucks." (Tab 27, at ¶ 122.)  Within a month or so, the cruel truth was revealed:

Skip only wanted to live in Groom because he was having an affair with a waitress there,

and living and working in Groom meant having his cake and eating it too. (Tab 27, at

¶ 123.)  That Donna's father had fooled around with waitresses, and had a parallel family

with one, could only have made Skip's betrayal feel all the more cruel and painful.

142.  From when Donna learned of Skip's affair in July until Wendi's birth in late

August, she was utterly miserable. Donna had no friends in Groom and was terribly

homesick for Phoenix and Tucson.  Every day she confronted the reality of Skip cheating

with the waitress right there where they lived, in that extremely small town. Many nights

Skip came home for only a few hours, or not at all. Not surprisingly, Skip paints himself

as a paragon of husbandly virtue at this time: working long hours during the day, coming

home immediately – except for the times he had "a beer or two after work with the boss"

– then having dinner and going to sleep. (Tab 32, at ¶ 28.)

143.  Donna's overwhelming distress at her predicament may have contributed to the

premature uterine contractions that began in early July and continued for nearly two solid

months before Wendi was born. Donna remembers the contractions being the worst late

at night when she was alone, wondering where Skip was, guessing he was having sex

with another woman. The contractions became so frequent – five-to-eight minutes apart,

sometimes only four minutes as typically occurs just before birth – that Donna and her

doctor feared the baby would be born prematurely. The intense and frequent nightly

contractions also meant little sleep, and Donna became extremely sleep-deprived, greatly

compounding her distress and deteriorating her always-fragile mental health. (Tab 27, at ¶ 127.)

144.   After the contractions began Donna's mother came to live with her. She helped with chores and gave Donna advice and financial support (Skip continued to spend his wages on alcohol and other women). (Tab 27, at ¶¶ 126, 129.)  It was Ann who alerted her daughter to Skip's affair and motivation for moving to Texas. (Tab 27, at ¶ 130.) But as had always been the case, Ann was incapable of giving her daughter any emotional warmth or support, or helping her deal with the emotional impact of Skip's betrayals. (Tab 32, at ¶ 31.)  Consistent with her mood disorder, her past relationship with her mother, and Donna's miserable and sleep-deprived state, Donna recalls treating her mother "badly" by being "irritable, impatient, and short with her."  Indeed, Donna recalls that despite being angry at Skip, she mostly blamed herself, including for Skip's affair. Beating up on herself in this way, in what must have been an extreme depressive episode for the bipolar Donna, could only have compounded her suffering and pumped more stress hormones into her baby. (Tab 27, at ¶¶ 124, 129.)

145.   Adding final insult to injury – and no doubt worsening Donna's stress and the cascade of stress hormones impacting her developing baby – her doctor at the time, an osteopathic naturalist, had Donna take cod-liver oil to induce birth.  It did not have the desired effect. Instead, it made her sick, with both vomiting and diarrhea. Donna recalls that this experience made her hate her doctor, who should have been a helpful and supportive influence, and led to her seeing him, just when she most needed him, as incompetent and harmful. (Tab 27, at ¶ 133.)

61

## IV.   BIRTH TO AGE 4½ – INFANCY AND EARLY CHILDHOOD

146.   Wendi was born on **Redacted**, in Groom, Texas. At 7 pounds 11 ounces,
Wendi was a normal weight.  (Certificate of Birth, State Registrar, State of Texas,
Country of Travis, Obtained by Capital Case Project.) Donna reports that she did not find
the birth very difficult physically.

147.   **Donna's immediate panic, depression, and neglect of Wendi.**
Psychologically, however, Donna "freaked out" immediately after Wendi was born, first
in a panic that she was not being spanked to make her breath and second because she
knew that, like her own father, Skip wanted a boy and she had pinned her hopes for the
marriage on giving him one. (Tab 27, at ¶ 137.)

148.   Donna also recalls that Wendi was immediately taken from her and put in the
nursery.  In her first non-acts as the neglectful mother she would be throughout Wendi's
entire childhood, Donna made no effort to visit her baby in the nursery during their time
in the hospital. She comments, "The nurses must have played with her more than I did
while we were in the hospital" – even now betraying her ignorance about how a mother
actually relates to a newborn infant, not by "playing" but by holding, feeding and
soothing. (Tab 27, at ¶ 138.) Donna herself recognizes now that she "did not bond with
Wendi at all after she was born." Instead, she was focused on her dog that had gone
missing when she went into the hospital: "My gosh, when Wendi was born I had a closer
bond to that cockapoo dog… than to my kid." (Tab 27, at ¶ 141.)

149.   Arriving home four days post-birth, with her dog still missing, Donna became
"hysterical" and "couldn't attend to Wendi at all," including to breast feed her. She went
into a depression and "completely shut down," unable to feed herself, get on her feet, or

communicate or respond to anyone. She had no interaction with Wendi for the first two or three days upon arriving home. (Tab 27, at ¶ 142.) When Donna emerged from her depressive shut-down it was not too late to resume nursing Wendi, which she did for the first two months of her life. (Tab 27, at ¶ 144.)

150.  Nursing Wendi was, by Donna's own admission, literally the *only* way that she cared for her infant daughter: "I didn't know what to do with Wendi after she was born, and I didn't interact with her. All I did was go in where she was sleeping and poke her once in a while to make sure she was still breathing… My mom had the patience to sit and rock her, but I was like 'No way.'" (Tab 27, at ¶ 145.) And so, as she would do for the rest of Wendi's childhood, she abandoned Wendi and handed her over to others, in this case her mother and Skip, who stuck around for a few days after the birth.

151.  Although Donna emerged from her severe shut-down depression state, she remained overwhelmed and depressed. She recalls, "I had enough going on with losing my favorite dog, my husband almost never being there [or] providing money… and my mom telling me 'I told you so' about marrying Skip." Making matters worse, Wendi was "colicky for the first few weeks." Donna's default response was to avoid Wendi. When she did hold her crying baby, she was never able to sooth her, and sometimes cried along with her – not in empathy for her child, but in the misery of her own incompetence, helplessness and hopelessness. (Tab 27, at ¶ 148.) Already predisposed to emotionally and physically neglect her new baby – thanks to her own history of childhood neglect and failure to ever bond with her own mother – Donna was additionally overwhelmed by her ongoing miserable and stressful marriage and a major postpartum depression.

152. Such depression and high maternal stress are known to exert major deleterious effects on developing infants.  This is particularly true for their brains, which decades of research have shown depend as much for healthy development on emotional nurturance as physical care.  Indeed, emotional bonding and nurturance – and lack thereof – can have large and lasting negative effects on neurotransmitter systems, circuits involved in emotion and mood, and other brain systems; this occurs through a variety of mechanisms including altered gene expression, with the quality of early relationships literally controlling which genes are turned on or off. Baby Wendi and her brain were not off to a good start, and what appears from the outside as "neglect" was, for her brain, nothing less than an intense and sustained assault by the very person from whom she was biologically programmed to receive vital nurturance.  Fortunately, Donna's mother was able to calm Wendi down, and this almost certainly reduced the damage caused by her mother's depression, disconnection, incompetence and neglect. (Tab 27, at ¶ 149.) However, this was only for a short time.

153. **Donna's basic relationship to Wendi: Handing her off.**  Only briefly did Wendi's grandmother give her at least some of the nurturing and soothing she needed but would never get from her mother or father. Donna's pattern of literally handing off her daughter to others – including men who emotionally, physically and sexually abused her – would continue for Wendi's entire childhood.  Given how emotionally damaged and traumatized Donna was, an emotionally vulnerable and needy child was just too much for her – at least without intensive and competent support from the kinds of people (e.g., therapist, maternal-infant intervention specialist) who could help Donna develop the emotional and relational capacities required merely to be a *good enough* parent.

154. Donna conveys this just-too-much theme in recollections of her thoughts and feelings at the time, including her "No way" at the prospect of sitting and rocking her newborn, and her overall "didn't want to deal with her" attitude. To these disturbing anti-maternal statements we can add another that, even if never explicitly stated by Donna, sums up what can be understood as the "handing off" relationship that Donna always had with Wendi. That relationship necessarily was a triangular one, in which there was always another person to whom Wendi was handed, and in which Donna's thoughts, feelings and actions can be summed up: "I can't handle her. I don't want her. YOU take her."

155. **An infant's nightly terror and trauma.** Although Donna's mother often calmed Wendi down during the day, she did not protect Wendi from the nightly consequences of her parents' rigid interpretation and implementation of one particular piece of their doctor's advice. Donna recalls being told it was best for infants to go sleep early each night, so the parents could have "time for themselves." No matter where Wendi was in the sleeping-eating-wakeful-alertness cycles though which all infants continually go (based on their own internal clock), Donna and Skip put her in bed between seven and eight in the evening and, no matter what, left her there alone. Thus infant Wendi was left alone to "cry herself to sleep" every night.

156. After fifteen minutes or so of Wendi's cries, even Donna wanted to go to her. Skip said no. Although like Donna he had been neglected as a child, Skip was even more hardened and numb to others' suffering, perhaps due to the harsh Robertson family ethos and his combat-related PTSD. According to Donna, Skip would say no, she should not go to Wendi, who "just needs to cry." Donna, having no faith in whatever maternal

intuitions she could access, complied. Looking back Donna recalls, "From the time she was born until she was about a year old, it seemed to me that she regularly cried for hours before she went to sleep." (Tab 27, at ¶ 152.)

157.   Parents cannot protect their children from all distress. Infants sometimes cannot be soothed, and parents sometimes reach their limits, especially at the end of the day. But being left to cry for hours on end, night after night, with no parental response or soothing of any kind – not even brief contact – constitutes destructive trauma for a developing infant's brain. Human infants and toddlers are incapable of regulating any but the mildest of their emotional and physiological states. That's what parents and caregivers are for. It's something they must consistently do for their babies, albeit imperfectly at times, if brain development is to proceed along a healthy trajectory.  Like emotional neglect in general, discussed above, being left to cry for hours leads to cycles of overwhelming terror and disorganizing physiological arousal that give way not only to exhaustion (i.e., "crying herself to sleep") but also to extreme biological "shut-down" mechanisms and associated pathological states, including depression.

158.   For an infant like Wendi, already genetically vulnerable to the depressive states of bipolar disorder, those states must have been extreme. When repeatedly subjected to the almost night trauma Wendi experienced, any infant will learn – through indelible conditioning of brain circuitries that mediate fear, attachment to parental figures and related processes -- that contrary to millions of years of evolutionarily hard-wired expectancies, even panicked and sustained distress cries will often be met with no response at all. Although for infants such knowledge is not available in words or for conscious reflection (as it could be for an older child), it is no less devastating.  In fact, as

66

decades of research on humans and other mammals has shown, because such knowledge is etched into evolutionarily older and more "primitive" brain regions, and because it comes before words or reflective awareness, it has large and permanent negative effects on emotional and relational functioning.

159. Donna also reports that, because Skip was not out on the road trucking when they lived in Groom, many days and nights infant Wendi was exposed to screaming fights between her and Skip. And like Donna as a child, Wendi also overheard or witnessed occasional though not severe physical violence between her parents, usually with Skip pushing Donna or throwing Donna down as she tried to stop him from leaving in the midst of a verbal altercation. (Tab 27, at ¶ 151.)

160. **Return to Phoenix.** Donna remained depressed and miserable in Groom, and recalls that when it snowed there in September, a few weeks after Wendi's birth, she put her foot down and insisted they go back to Phoenix. They moved into a tract house in a Phoenix suburb. Skip returned to truck driving and wasting his earnings on heavy drinking and womanizing. Donna's mother went back to work, but continued living with Donna and Wendi and paying the bills for a few more months. (Tab 27, at ¶ 153.)

161. Being back in Phoenix was a big relief for Donna. She remembers that Wendi "stopped being colicky" and "calmed down" as well. Donna attributes this to the lifting of her own extreme stress and misery, and to Wendi no longer being exposed to Skip "in my face yelling at me all the time" because he was on the road again (Tab 27, at ¶¶ 153-155.)

162. Such changes were relative, however. Thanks to her own history of neglect and trauma and ongoing stressors, Donna remained emotionally disconnected from her baby.

She was still uncomfortable giving Wendi baths, which she left to her mother and Skip when he was home. (Tab 27, at ¶ 155.) And although Skip was not around to scream in her mother's face, several of Skip's brothers and his father lived nearby, which for Wendi meant ongoing exposure to a new and much more serious threats – from which her mother would not protect her.

163. **Ongoing neglect by mother.** For the first few months back in Phoenix, Donna did not work and had primary responsibility for Wendi. (Tab 27, at ¶ 154.) This meant that most of the time Wendi was stuck with her emotionally disconnected and neglectful mother. In December of 1970 Donna got an office job and started working full time, five days a week (Tab 27, at ¶ 158; Tab 68; Tab 68B.) With Donna's income, which unlike Skip's would not be wasted on alcohol and other women, they could afford their own home. Donna, Skip and Wendi moved into a house on the west side of Phoenix just before Christmas, and Donna's mother Ann moved into her own place a few blocks away. They would live there until Wendi was about two years old, when they moved because their home was to be demolished for a highway expansion. Donna asked for and was granted a transfer to the Tempe office of her company and they moved there. Donna's mother did not follow them and never came to Tempe to care for Wendi, who went to a Montessori preschool during the day and a 24-hour day care many nights during the week and on weekends. (Tab 28 at ¶¶ 22-23, 25)

164. Indeed, in a pattern that would continue until Wendi started kindergarten, Donna worked full-time during the days and in the evenings was almost always volunteering, working, taking classes or going out to bars. This meant that on weekdays Wendi was in preschool and on nights and weekends she was either with a baby sitter, in

24-hour day care (sometimes days at a time), or with random people who happened to be working or hanging around where Donna was volunteering or working. (Tab 28 at ¶¶ 22, 25, 32, 41, 42.)  Looking back on the first five years of Wendi's life, Donna describes herself as "overwhelmed and distanced" from Wendi and "absent a lot." She usually spent no more than an hour or two a day with her daughter, and even then spent little time actually focused on Wendi or interacting with her. Donna acknowledges that during this time she "didn't really think about Wendi." She blames her attitude and behavior then on "trying to help my marriage" and "working so much to try to get by" – with some justification, but also in denial of her limitations as mother stemming from her own neglectful and traumatic childhood. (Tab 27, at ¶¶ 160, 178.)

165.  Despite her emotional and physical neglect of her daughter, Donna recalls being pained that Wendi called her grandmother "Mom" long before ever addressing Donna that way. But given how damaged Donna was, and the absence of support for becoming a competent mother, that pain would not motivate a change of heart or behavior.

166.  Consistent with Donna's account of neglect so severe that she failed to "really think about" her daughter, when I interviewed Donna what was most striking, and most disturbing, was this: When asked for memories of Wendi as a baby and young child, Donna almost exclusively reported memories of Wendi being with *other* people (e.g., her mother Ann, a co-worker, an elderly male owner of a furniture store near where Donna worked, even strangers from whom Wendi panhandled as young as four years old). It was something I had never encountered in ten years of interviewing mothers of people on death row. Yet it was totally consistent with the way Donna always handed off Wendi to others, including people who could be, or definitely were, dangerous to her daughter.

167. **"Mental" father, alternately absent and harshly controlling.** Although Skip was around far less than Donna, his mental state and behavior during Wendi's first years of life had direct and indirect effects on her well-being, even when he was on the road. Donna continually refers to Skip as "mental" – that is, crazy – during their time together. She recalls that after Wendi's birth Skip was still "out drinking all the time," even when he was back from trucking runs. Also, although his PTSD was not as bad after Wendi was born, he still regularly had nightmares and woke up "sweating, all tangled up in the sheets and bedding from thrashing around" while dreaming of war. (Tab 27, at ¶ 163.)

168. What Donna means by Skip being "mental" is conveyed by things he did in the year or so after Wendi's birth, both at home and on the road. Donna recalls that Skip was often "creepy" around her. She recounted a specific incident in which he stared through the keyhole in the bathroom door as she used the toilet and through the door asked what she was doing in there; and how, in classic Donna fashion, she tried to ignore him, did not respond, and never asked him about what *he* was doing. (Tab 27, at ¶ 163.)

169. In May of 1971, when Wendi was eight months old, Skip was arrested in Ohio for an episode of drunken, hapless and bizarre criminal behavior. Indeed, the local Ohio newspaper's account of the crime, entitled "If… if…if…" (with such descending font sizes), provides some comic relief in this otherwise serious report:

> "If Shelby Robertson, 23, of Phoenix, Ariz., hadn't parked the truck he was
> driving in Garfiend Heights last Thursday and met some friends in a bar
> and…

70

"If they hadn't dropped him off near Union and Broadway in Bedford, and…

"If he hadn't opened the unlocked back door of the Tilman Goad home at 11

Taylor Road and taken $4 from a purse on the kitchen table, and…

"If he hadn't wakened the husband and wife while continuing through the

house, and…

"If Tilman Goad hadn't chased him out of the house with a baseball bat,

and…

"If the car Robertson flagged down hadn't been a police cruiser…

"Then he would not now be charged with a night burglary of an inhabited

dwelling.

"Robertson told Bedford Police that he sometimes 'does screwy things' when

he drinks. To this, police who saw him trying to eat dollar bills (the evidence)

in the patrol car, can attest." (Ohio Newspaper Article, Obtained by Capital

Case Project.)

170.  In Skip's implausible and also (although less) amusing telling, it was all just a

big misunderstanding on his part: He was duped by some guys he had been drinking with,

who dropped him at the house and told him to go inside because they would be coming in

to have something to eat with him; and only *after* the man came after him with a baseball

bat, but *before* he took off running in fear, did he grab some dollar bills that happened to

be laying on the kitchen table and that he innocently believed he had left there himself.

(Tab 32, at ¶ 38.)

171.  When Skipped returned from Ohio and Wendi was around eleven to fourteen

months old, he tried working a nine-to-five job at the same company as Donna, Stewart

Title & Trust. As Skip recalls, he took the job "trying to please Donna.... but it just was not for me. I was not a nine-to-five guy. I had to be outside, doing something." (Tab 32, at ¶ 34.) Skip lasted a week or so (making $150.60) before going back to trucking. (Social Security Earnings Records of Shelby Robertson.). Although Skip was not a daily presence in Wendi's life, when home he implemented the Robertson brand of parenting on his daughter.  Donna remembers Skip as extremely hard on Wendi, both physically and emotionally, harshly dominating and controlling her with violence and fear throughout her infancy and early childhood:

"Whether he was drunk or not, Skip was tough on Wendi when she was an infant and toddler. When he wanted her to do something, she did it. If she was fussy he used a rough voice with her and she stopped it. He trained her like a dog, not a baby. He spanked her from the time she as an infant and toddler, including when he was potty training her from the time she was a few months old until she was ten months old.  If she didn't obey or so something when he told her to, for example if she was crying and he told her to stop, he spanked her, a good smack with his hand on her butt." (Tab 27, at ¶ 164.)

172.  When I asked Skip whether he "had any role" in Wendi's potty training, he categorically replied, "No. Her mom did all that. Women raised kids, the dad didn't. I just wanted to play with her." But just five minutes later, when asked, with acknowledgment that early potty training was not unusual in those days, how it came about that Wendi was potty trained by twelve months, Skip proudly gave a detailed description of what he had done whenever he was home: whenever he saw "that look on her face" that indicated she was urinating or defecating, he immediately picked her up, took her to the bathroom and

put her on the toilet; every time he realized that she had already urinated or defecated in her diaper, he took her to the toilet, made her sit on it, and pointed from the diaper to the toilet to reinforce the message. Skip not only described in detail his potty training behavior with Wendi, but said he had learned these methods by helping to care for his nieces in Texas while living with them for a while as a teenager.

173. Left out of Skip's account, but elaborated upon by Donna, is the tone of voice Skip used to potty train Wendi and otherwise control her: "He used a rough, angry, harsh voice with her when ordering her or training her while she was younger than a year old. It was more than just a stern voice; it was a voice you would be afraid of." (Tab 27, at ¶ 161.)

174. Skip himself told a story of getting Wendi to stop crying by spanking her when she was only an infant. As Donna described, Skip was unmoved by baby Wendi's hours of crying and suffering once she was in bed for the night; indeed, he prevented Donna from going to her even briefly, and said that Wendi "needed" to cry herself to sleep. In the story Skip told me, Wendi's crying was a problem for him, but only because he and Donna had brought her to a drive-in movie. They could not hear over her cries, and were forced to go back home without watching the film. Skip recounted with pride how, after they returned home and baby Wendi continued to cry, he harshly said to her, "I'll give you something to cry about" and slapped her behind. He then mimicked her surprised facial expression as she suddenly looked at him in shock, and proudly declared, "That got her attention." He then continued, saying that she stopped crying immediately and did not cry again that night. Skip ended this story with a demeanor of complete confidence, even smugness, about his allegedly highly effective parenting skills.

175. Such treatment by a parent has negative effects on any young child. The effects on little Wendi were shaped by her mother's almost complete neglect of her, which created a powerful longing for whatever scraps of love – or at least of attention and affection – she could get.  The result was a compliant little girl who sought to please adults who might be sources of attention, affection, or harsh punishment. As Donna recalls, "She was a compliant child and he didn't have to tell her or spank her more than once or twice at any given time to get her to obey. Even at that age Wendi was already trying to make everybody happy." Tab 27, at ¶ 164.) In Donna's interview with me too, she described young Wendi as "very accommodating" and doing whatever Donna said as well. There was, however, one exception, which will be returned to below: "She wouldn't go to sleep in anyone else's bed." Indeed, in Donna's recollection, "That was the only thing she didn't want to do," and "the one thing she wasn't easy with."

176. Here the focus is on Wendi's father's harsh control and dominance and how, along with her mother's neglect, it powerfully shaped her personality and behavior, laying down patterns that would shape her emotional life and relationships into adulthood.  From infancy until she was four years old (and through her entire childhood), three powerful messages or "lessons" were conditioned into Wendi's brain: First, do what the easily angered and potentially violent people want, and don't do anything to make them unhappy.  Second, you are on own with such people, because your mother – if she even notices – will not protect you, and would rather not know what you are going through. Third, if you do *not* do what others want, i.e., take care of them and meet their needs, then you are bad child, a bad person, and unworthy of love. Such neglect and fear-based domination also cause – by damaging multiple brain circuits – life-long problems

with anxiety, social and emotional awareness, regulation of emotions, and management of interpersonal intimacy, including both caring and conflict.

177. Whenever asked for his memories of Wendi during this time, Skip describes her in his typical superficial way. For instance, "I remember Wendi as a beautiful baby and a good kid. She walked by the time she was a year or less and we took her bottle away when she was a year old. She was completely toilet trained by fifteen or sixteen months. She jabbered all the time and by two years old she was a pretty good talker. She was a smart kid." (Tab 32, at ¶ 33.) Another example, which he offered when remembering times that he, Donna and Wendi went boating and fishing when she was three or four years old: She was "a quick learner and never cried," and, strangely, "I loved the devil out of her." (Tab 32, at ¶ 43.)

178. Although little Wendi had disturbed, neglectful and abusive parents, as well as a genetic vulnerability to depressive states, Donna's and Skip's comments also reveal that like all children Wendi had innate needs – and abilities – to connect with others, to play, and to feel happiness. Donna recalls that after they moved from Groom to Phoenix Wendi became a "happy baby," and that Skip's brothers, who saw her "every couple of weeks or so," nicknamed her "Happy Jack." (Tab 27, at ¶ 155.) When living in Phoenix for several months neither of Wendi's parents spent much time with her, and she was cared for by others. Although this constituted neglect by her parents, it was not the worst, Romanian-orphanage level of neglect (i.e., being left alone in a crib). Also, it meant Wendi was lucky enough to spend time with some benign and perhaps even positive adults (at least in relationship to her), as well as other playful children.

75

179.   **Cruelty by the Robertson men.**   By two years of age, on top of the neglect and abuse within Wendi's immediate family, there was repeated exposure to another psychologically toxic environment: the extended Robertson family. It was a family where children were seldom loved or nurtured, especially in any emotional ways.  As Skip, Wade Robertson and Deblen Oke have revealed, it was a family where children always "ate last," both literally and figuratively. For adults who had grown up in that family being severely neglected and abused themselves, the emotional needs of children were unfathomable, even threatening.  Thus children's feelings – especially vulnerable ones like sadness, fear or shame – were met not with concern, understanding or empathy but with indifference, irritation, scorn, violence, or uncaring bemusement.

180.   As Skip recalls, once they moved to Tempe, when Wendi was two years old, her maternal grandmother was not around much and the family "spent a lot of time with my dad and brothers."  Skip then indicates, in vague terms, what this meant: "When we all got together, we had backyard cookouts and did lots of drinking." (Tab 32, at ¶ 36.) For little children like Wendi, spending time with the Robertson family meant being surrounded by drunken adults who, even when sober and at their best, were dangerous to children – the men, predatory seekers of sexual and aggressive thrills, the women emotionally disconnected, neglectful and largely resigned to their children being abused by those men.

181.   Donna recalls an incident when Wendi was about two years old, where Skip and his brothers took Wendi and her swimming at a mobile home park, and their thrill-seeking took a particularly cruel and heartless turn. In her interview with me, Donna recounted how Skip's brothers, precisely because they knew Wendi could not swim,

repeatedly "taunted" and "goaded" Skip to throw Wendi into the middle of the pool.
Knowing full well this would terrify Wendi, they kept saying things like "she's gotta
learn to swim sometime." Indeed, the very nickname the brothers had given Wendi,
"Happy Jack," betrays their bemused sadism. "Happy Jack" was at the time a popular
song by "The Who," a big rock and roll band of the late 60s and early 70s. It had this
chorus:

> "The kids couldn't hurt Jack,
>
> They tried and tried and tried.
>
> They dropped things on his back,
>
> They lied and lied and lied and lied and lied.
>
> But they couldn't stop Jack, or the waters lapping,
>
> And they couldn't prevent Jack from feeling happy."

Apparently, Skip's brother's thought it would be funny to see if little "Happy Jack"
would not be so happy when she suddenly found herself in the middle of the pool.

182. Skip obligingly threw her in. Donna still vividly remembers Wendi "screaming,
flailing, and going under the water." (Tab 27, at ¶ 176.) She also remembers passively
witnessing the entire scene, saying nothing to Skip or his brothers – not as they goaded
him into throwing her in, not as they laughed at Wendi's terrified response to what her
brain could only process as threat of death by drowning, and not after Wendi was fished
out. Still, even Donna could not help but respond with fear and anger to this sadistic
abuse of her child right before her eyes. Yet she did nothing. "I didn't dare confront
them, especially all of them together at one time, so I didn't intervene to stop them…"
(Tab 27, at ¶ 176.) When I asked Donna if she talked with Skip about this incident later,

she said no. She then elaborated, revealing another key factor that accounted for her
neglect of Wendi, specifically her inability to talk about such things, or any sources of
conflict in the marriage, with any competence or effectiveness. Donna explained: "We
didn't discuss things, we never knew anyone who discussed things. We just screamed, or
pretended it didn't happen, or forgot about it."

183. **Sexual abuse by the Robertson men.** The pool of the mobile home park was a
public place, and the brother's abuse of Wendi was out in the open. Cookouts and other
events at a Robertson brother's house were an entirely different matter, and much more
perilous for little Wendi. As Skip recalls, when Wendi was two to four years old she,
Donna and he "spent a lot of time with my dad and brothers," including at "backyard
cookouts" that involved "a lot of drinking." (Tab 32, at ¶ 36.) Donna too says they "spent
a lot of time around Skip's brothers and dad," including watching ball games at a
brother's house and getting together on holidays. Also consistent with Skip, Donna
remembers that "the women cooked and the men drank alcohol." (Tab 28, at ¶ 17)

184. For most of the three years Wendi attended these family events, she was the
youngest child of the Robertson clan, thus the most vulnerable. Looking back now,
Donna acknowledges her neglect and oblivion at the time: "When Wendi was around the
Robertson brothers, I usually cooked in the kitchen or talked with the other wives, and
didn't pay much attention to Wendi or provide much supervision over what was going on
with her. Skip's dad and brothers could easily have had sexual access to Wendi." (Tab
28, at ¶ 17.)

185. Donna recalls going on hunting or fishing trips with Wendi and Skip, on which
they were sometimes joined by one or more of Skip's wives and brothers. These trips

took place "from time to time" when Wendi was about two to four years old. Looking

back now, Donna says, "Again, there were plenty of times while camping or fishing that

Skip's brothers could easily have had sexual access to Wendi." (Tab 28, at ¶ 19)

186.   Donna also admits to having heard and seen, despite not wanting to know,

plenty of evidence of the danger to Wendi. "Sexual abuse of kids was part of the culture

of the Robertson family…. The women in the family, myself included, talked about it on

occasions when the men weren't there." (Tab 27, at ¶ 165.) The women were especially

aware that Skip's father sexually abused girls, even infants:

> "[I]t was treated as common knowledge in the Robertson family that Skip's
>
> dad touched babies and toddlers sexually when there was an opportunity.  The
>
> Robertson family considered Skip's dad a dirty old man. This came up in the
>
> family in early 1971, when I was twenty-two years old and Wendi was still
>
> less than a year old, when there was talk among the wives and women in the
>
> Robertson family that Skip's dad was touching Glen and Ophelia's baby.
>
> Within the first few months of moving to Phoenix, while Wendi was still a
>
> baby, Ophelia told me, 'Don't ever leave Wendi with her grandpa because
>
> he's a dirty old man and you don't know what he'll do with her.'" (Tab 27, at
>
> ¶ 165.)

Donna also remembers that from when Wendi was an infant to about two years old,

Skip's father frequently asked her to let him babysit Wendi. (Tab 28, ¶ 20.) From her

statements it appears that, after having been warned so forcefully by Ophelia, Donna did

not allow him to, and that this was the *only* thing Donna did to protect Wendi from sexual

abuse during those years.

187. Donna also recalls that she personally witnessed "inappropriate incidents and behaviors" by Skip's father and brothers, including "how [they] regularly hugged and kissed girl children on the mouth" and engaged in "inappropriate grasping or touching" when they held or picked up girl children. She adds, "Even with me being mostly oblivious and trying not to notice anything I considered creepy, I knew that the ways the adult Robertson men treated girl children in their family were definitely not kosher." (Tab 28, ¶ 18)

188. Yet Donna repeatedly left Wendi with no supervision in the Robertson brother's houses. She often had no clue where Wendi was or what she was doing, sometimes for hours at a time, during parties and other events where those same men were drinking heavily. As Donna herself says – and as we shall see, consistent with her behavior throughout Wendi's childhood and adolescence – her *modus operandi* as a neglectful mother was "trying not to notice." In short, she did almost nothing to protect Wendi from being sexual abused in situations where such neglect virtually guaranteed that such abuse would happen, at least sometimes.

189. Indeed, in Donna's recollections there was *only one time* that she actually became concerned Wendi may have been sexually abused by a man in the Robertson family. It occurred around February of 1971, when Wendi was about six months old. Donna joined Skip for a trucking run to Los Angeles and left Wendi behind with Ida Mae, the wife of Skip's brother Jerry Don. As addressed above, Jerry Don has been named as a repeat molester and rapist by both Deblen Oke and Charlotte McGuffee. Thus had Jerry Don been home or returned from the road at the time, Wendi would have been at risk for sexual abuse by him. Donna reports that when she and Skip returned three

80

days later, "we went to pick up Wendi from Ida Mae but found out that Wendi was with Skip's dad." (Tab 27, at ¶ 167.) She recalls that Ophelia told her that Skip's father "would have touched Wendi sexually while he watched her" that time. (Tab 28, ¶ 20). It was too much for Donna to ignore, at least initially, but not too much for her to rapidly push from her awareness: "I was concerned about Skip's dad having touched Wendi sexually while we were gone in LA but couldn't really focus on it." (Tab 27, at ¶ 167.)

190.  Skip recalls that "a few times" Donna joined him on trips to Southern California and other parts of Arizona and they left Wendi with his brothers. (Tab 32, at ¶ 34.)  Thus Skip's father and brothers could have abused Wendi during those times too, as well as during the numerous Robertson family cookouts, parties, and holiday get-togethers. There is no evidence that Donna ever considered the risks to Wendi at those times, or did anything to protect her.

191.  Donna recalls, "it was a foregone conclusion among the women within the Robertson family that Skip's dad had touched Wendi sexually while she was an infant and toddler." (Tab 27, at ¶ 167.) Donna also admits:

> "I did not think of it in those terms at the time or have any way to respond because I was doing everything I could to avoid having to deal with it and not noticing what was happening. I was part of the culture of the Robertson family in which the women strongly suspected that the men sexually abused girls and the women considered themselves helpless to do anything about it." (Tab 27, at ¶ 167.)

Similarly, in my interview with Donna, when I asked if she had ever attempted to protect Wendi from sexual abuse by the Robertson men, Donna's response was one of resignation: "In that family, they're just gonna take 'em."

192. Even so, Donna reports that eventually, without saying so explicitly to herself, she came to believe that Skip's father and brothers, even Skip himself, had sexually abused Wendi. "I remember that at one point I knew I did not want Skip, his brothers, or their dad to be around Wendi at all. I felt that she wasn't safe with them. With Skip and his dad, I strongly suspected without really saying it clearly to myself that they were touching babies and kids sexually. I didn't let the thought form at the time, but I felt that they had abused Wendi sexually. Many of Skip's brothers were so creepy that way, and I felt that they also touched Wendi sexually when she was a toddler or little girl." (Tab 27, at ¶ 177.)

193. Finally, Skip reports that he brought Wendi along with him and his brother Tommie on a trucking trip. He says Wendi was three or four years old at the time, which was while he and Donna were going through their divorce or soon thereafter. (Tab 32, at ¶ 50.) As presented above, Tommie is the same brother who later sexually abused the same step-daughter that Skip did, and like Skip was imprisoned for it. In fact, it was sexually explicit photographs of Skip's step- daughter that Tommie had taken as she slept in the sleeper compartment of his truck which led to the abuse being discovered. On the trip when Wendi was three or four years old, Tommie and Skip had Wendi for "a few days." Skip then adds, "I did not think anything of it at the time but Wendi... was in the sleeper compartment of the truck, in bed with Tommie. Looking back on it, I would not be surprised if Tommie molested her." (Tab 32, at ¶ 50.)

194. **Behavioral evidence suggesting sexual abuse by age four.**  As noted above, in our interview Donna described little Wendi as always "very accommodating," with one exception: "She wouldn't go to sleep in anyone else's bed." In Donna's recollection, "That was the only thing she didn't want to do," and "the one thing she wasn't easy with."  This behavior is consistent with Wendi having been sexually abused in the bedrooms of Skip's father's or brothers' houses, including after being left by Donna to nap in those rooms.

195. Stronger evidence is Donna report that just after she divorced Skip, around the time Wendi turned four, she was almost kicked out of daycare for sexual behavior with other children. There were two separate incidents in which daycare staff reported to Donna that Wendi was in the bathroom with other children and "comparing and showing off their private parts in a way that was very unusual for kids of that age." Even after the first incident, Donna recalls that the daycare staff were "really upset" when they called to report what had happened. After the second incident, the daycare staff concluded that Wendi was the instigator, and threatened to expel her from the program. (Tab 27, at ¶ 168.)

196. In children who have been sexually abused, these are known as "abuse-reactive" inappropriate sexual behaviors. This is a common outcome of sexual abuse in young children, and it is not uncommon for the behavior to emerge after the abuse has ended, which would have been the case with here Wendi.  In addition, that Wendi appears to have stopped engaging in those behaviors after being admonished by daycare staff and her mother (and perhaps beaten by her mother), would be consistent with sexual abuse of Wendi having ended, at least for a time, once the men of Skip's family no longer had

access to her, after the divorce. Either way, Wendi's behavior is consistent with her having been sexually abused, and Donna made no attempt to have Wendi assessed for a history of such abuse and resulting psychological consequences, let alone any attempt to get Wendi any psychological treatment.

197. **Not just physical punishment, but beatings and pain to compel instant and automatic obedience.** Donna acknowledges using physical pain to discipline and control Wendi from when she was a toddler into her teenage years, and says "Wendi was spanked regularly while she grew up." Donna also says that, thanks to Wendi's general obedience and compliance, she did not "need" to be spanked every day or even every week. When Wendi was a toddler, as punishment Donna gave her "one or two swats" on her buttocks with a wooden spoon. When Wendi was three or four, Donna spanked her with her hand. (Tab 27, at ¶¶ 235, 236.)

198. From Donna's description so far, there's nothing to suggest that her physical disciplining of Wendi was unusual, abusive, or particularly harmful. But then Donna reveals this: Behavior that was met with spanking, and the infliction of physical pain, included "if she didn't obey me or didn't come when I called." (Tab 27, at ¶¶ 235, 236.)

199. As research amply documents and parents of young children know, toddlers and three or four year olds get quite absorbed in games and other activities, and it is completely unrealistic to expect them to come immediately every time they are called. Similarly, it is developmentally appropriate – and necessary – for toddlers and young children to experiment with asserting their developing will, and this includes sometimes disobeying their parents or "testing limits." Indeed, normal and healthy children cannot even come close to meeting the unrealistic expectations Donna held and imposed on

Wendi; instead, the compliant behavior Donna describes is that seen in children *conditioned to live in fear* of being punished for not instantly obeying whatever parents say. Among the most important developmental tasks for young children, with which they need help and support from adults, is how to gain more autonomous control over their own attention and behavior while internalizing the rules imposed on them by parents. Parents who demand instant obedience and force children to comply with their rules and wishes by inflicting physical punishment and pain – even if it's not physical abuse involving bodily injury, of which there is no evidence here – actually *thwart* their children's abilities to develop internal regulation of their own behavior and *prevent* their children from internalizing the very rules and values they most want them to learn. Instead, the children learn only to obey and comply, out of fear, including the fear-based wish to please their parents.

200. Wendi's parents' domination of her with the use and threat of physical punishment and pain would become more extreme in Wendi's later childhood and pre-teen years. But even in the first several years of Wendi's life, long before her parents as well as church and school staff began beating her regularly with wooden paddles, the pattern was set: Adults used physical force, violence and pain to control her behavior and command obedience, all the while making it harder for Wendi to internalize the very rules and values (other than "might makes right," which she no doubt learned) that her parents were ostensibly imparting to her.

201. **Donna lost in alcohol, drugs and sex.** For much of the first five years of Wendi's life, Donna's tendency to grossly neglect her daughter was exacerbated by a descent into irresponsible sexual behavior and substance abuse, consistent with her

85

childhood trauma history and bipolar disorder. Donna describes how, from ages 22 to 24, when Wendi was one to three years old, she "drank frequently" and smoked marijuana with a neighbor. (Tab 27, at ¶ 87.) Then, just before and after her divorce from Skip, starting when Wendi was three and continuing until she was five, Donna "drank constantly," including throughout the week while she was working full time. Donna reports often drinking so much that she threw up. (Tab 27, at ¶ 88.)

202.  During the period of constant drinking, when Wendi was three to five years old, Donna says she was also "very sexually active, terribly inappropriately so in my own opinion," and had sex "with at least ten different men, and there might have been a few more." (Tab 27, at ¶ 180.) For the most part they were men she met "casually," and the sex was mostly casual too. Indeed, with the exception of one brief boyfriend, Donna recalls that, like sex throughout her life, it was without emotional connection, or pleasure. "I didn't even like most of the men who I slept with," she says, and "I never really enjoyed sex, including during the entire marriage to Skip." Being so sexual was inconsistent with how Donna saw herself, and with how she was seen by people who knew her before that time. To this day Donna wonders how she had so much sex despite not enjoying it. (Tab 27, at ¶¶ 181, 182.)

203.  Yet Donna unwittingly hints at what was going on: "Most of the time it was almost like it was going on without me." This speaks to the automatic and disconnected qualities of dissociative behaviors and experiences, which are common among adults severely neglected and traumatized as children. Just as she said, referring to her high school sexual experiences, that she did not want to "take responsibility for sex or admit what was happening," the same dissociative process was going on when Wendi was a

young child. It was the same dissociative way of coping that led, in the face of all the evidence that Skip's father and brothers were sexually abusing little Wendi, to Donna's response of "doing everything I could to avoid having to deal with it and not notice what was happening."

204. The one person with whom Donna ever felt emotionally connected while having sex was a boyfriend she had for several months in 1973 or 1974. Still married to Skip but having decided to leave him, Donna had a romantic relationship with Ron and experienced him as her "soul mate and soul companion, the only romantic partner I've ever had who I felt really close to and trusted." Donna would never learn whether this was another example of naïve and wishful thinking on her part, and her one taste of feeling genuinely loved was short lived: Several months into their relationship Ron died in a plane crash. (Tab 28, ¶¶ 26-27.)

205. **Overhearing fights between her parents.** Repeatedly witnessing and overhearing screaming between one's parents is disturbing and traumatic for children. The younger the child, the more confusing, overwhelming and traumatic it is. Donna reports that from Wendi's infancy until she and Skip divorced when Wendi was three years old, whenever Skip was not on the road Wendi regularly overheard fights between her parents. (Tab 27, at ¶ 170.) As noted above, Skip was seldom physically violent toward her, but they both "yelled a lot." (Tab 27, at ¶ 150.) However, Donna describes what Skip said when he screamed as "vicious and verbally abusive," and how she "usually retreated into the bedroom before too long into a fight because I didn't want to say something I might regret," either because it was too "hateful" or because it would "push Skip over the edge to the point that he would hit me." (Tab 27, at ¶¶ 150, 170.) By

the time Wendi was born Donna had already learned "what I could get away with in fights without him getting so mad that he snapped and hit me." (Tab 27, at ¶ 151.)

206. According to Donna, a common precipitant of the fights was Skip coming home drunk and wanting to have sex and her not being interested. However, she recalls, in words almost identical to those of the step-daughter Skip would sexually abuse twenty years later, "Most of the time I just did it with him anyway because that's what he wanted and if he didn't get it then he became extremely abusive with words and threats." These fights became worse after they moved to Tempe when Wendi was about two years old. (Tab 27, at ¶ 169.) Apparently one of the reasons Donna was less interested in having sex with Skip then was because she was often having sex with other men, including men she met through her neighbors with whom she was drinking heavily and smoking marijuana.

207. Skip's recollections of this time are consistent with Donna's: "We had a hard time communicating. We were also growing apart. She was going to potluck dinners and socializing with people who I did not like back then…. I thought of them as hippies and draft dodgers." (Tab 32, at ¶¶ 35, 44.) Of their sex life, Skip recalls, "I knew things were not good in our sex life anymore because Donna always seemed like she just wanted to get it over with." (Tab 32, at ¶ 45.)

208. Put differently: Donna's chameleon-like conformity to her social surroundings (which in Tempe meant drinking, drugging and casual sex with her early-1970s "hippy" neighbors) clashed with Skip's rigid clinging to his older brothers and their culture of heavy drinking, sexual conquest of women, and sexual abuse of young girls. But it was

little Wendi who paid the greatest price for her parents' constant conflicts and screaming fights, in addition to their more direct neglect and abuse of her.

209. **Divorce.** In May of 1974, when Wendi was three years and eight months old, her parents divorced. Donna and Skip both claim to have initiated the divorce. Contemporaneous legal documentation shows that Donna petitioned for it. (Petition for Dissolution, Superior Court of the State of Arizona, May 2, 1974, Obtained by Capital Case Project; Decree of Dissolution of Marriage, Superior Court of the State of Arizona, May 28, 1974, Obtained by Capital Case Project.)

210. Looking back, Skip provides a typically superficial yet revealing summary of why they divorced. In addition to the comments about her hanging out with hippy friends and not wanting to have sex with him, Skip acknowledges that he was "drinking too much" and "generally dissatisfied." He recalls that they both "had a hard time communicating" and that Donna "held things inside for too long." More importantly, it appears, was the fact that he "was itchy" and "wanted to get out and live life" when "things became routine and I felt like we were eighty years old." (Tab 32, at ¶¶ 44, 45.)

211. Given his traumatic childhood and the resulting ongoing addictive and antisocial behavior he shared with his brothers, Skip never had it in him to be a physically present, caring and competent parent. Neither did Donna, thanks to her own awful childhood and the resulting ongoing emotional and behavioral pathologies.

212. But once the divorce happened, Skip ceased trying or pretending. Although he claims, "if it was not for Wendi, I would have been gone sooner," within a year of the divorce, after Donna and Wendi moved to Casa Grande, Skip says he "signed my rights away" when Donna asked him to give up any claim to custody. Skip says he realized at

the time that "being on the road all the time was no way to raise a kid," and that when he gave up on being a father to Wendi he thought he was "doing the right thing." (Tab 32, at ¶¶ 45, 46.) Indeed, Skip reports that he only visited Wendi on two occasions after the divorce, when she was five and six years old, in 1976 and early 1977. He never made another attempt, and blames this on Donna, saying that because Donna made him feel unwelcome the last time he spent time with Wendi, he never came again. (Tab 32, at ¶¶ 53, 54.)

213. **Mother's neglect in workplace environments dangerous for unsupervised children.** When Wendi was almost four years old, around the time of the divorce, her mother got a job at Comcare, Inc., a program of Community Organization for Drug and Alcohol Counseling (CODAC), after they had moved from Tempe back to Phoenix and were living with Donna's mother again. (Tab 68; Tab 68.B.; Residence Chronology provided by Donna Ochoa, Obtained by Capital Case Project.)

214. Since Wendi was two Donna had volunteered at Terros House, another CODAC program. In her interview with me, Donna spoke of feeling much more comfortable with the drug counselors and recovering addicts in these programs than with Skip and his family. She remembers feeling, for the first time in her life, "These people love me." When Wendi was two and three years old, Donna volunteered and worked on weekends. During Donna's time working in paid positions at CODAC (not at Terros), she would bring Wendi along on weekends and leave her in the care of the recovering addicts on the premises. Donna remembers not paying attention to where Wendi was, although she knew that the clients, especially the prostitutes, many of whom had lost custody of their own children, "loved Wendi."

215.  No doubt many of the clients at the drug and alcohol treatment programs felt very affectionate toward little Wendi. Some may have been protective of her. That Donna would bring her daughter to such places and not even attempt to keep track of her whereabouts is just one more example of how neglectful she was as a mother. Looking back now, Donna says "I wasn't really paying attention to what she did and wasn't concerned about her safety with the hookers and drug addicts." At the time Donna rationalized this by focusing on how "there was always a CODAC employee supervising rehab," but looking back now, she says, "I think I was an idiot or very naïve to let Wendi hang out with those people, but at the time I had no clue that it wasn't appropriate." (Tab 28, ¶ 42).

216.  Just as Donna had repeatedly given Skip's father and brothers access to Wendi, soon after finally divorcing Skip in the spring of 1974, Donna would give another man she came to know was a pedophile virtually unfettered private access to Wendi. His name was Rick Barnes, and he was the director of the Pinal County Alcohol and Drug Abuse Corporation (PADAC) in Casa Grande.

217.  Soon after Wendi turned four years old, in the fall of 1974, Donna met Rick at a conference and he recruited her to work at PADAC. (Tab 28, at ¶ 46)  In November and December of 1974 Donna commuted between Phoenix and Casa Grande working for PADAC (Tab 28, at ¶ 50). Because Rick paid her under the table, as he would for most of her work there over the coming year and a half, there is no Social Security Administration record of those months or most of her other months at PADAC.  Donna's work for PADAC only exacerbated her chronic neglect of Wendi: She worked 60-hour straight weekend shifts in which she received, monitored, and helped drunken alcoholics,

with no more than a couple of hours of sleep and sometimes no sleep at all. Then Donna "crashed" and slept most of Monday and Tuesday. She also wrote PADAC grant applications on Tuesdays, Wednesdays and Thursdays, and otherwise slept a lot, right through Friday mornings before the cycle started over again. Inevitably, as Donna recalls, she "had very little energy, time, focus or other personal resources to give to Wendi during this time." (Tab 28, at ¶¶ 51 and 52.)

218.  By January of 1975, Donna and Wendi had moved to Casa Grande and were living with Rick's ex-wife Nicki Barnes and her daughter Tascha, who was two years younger than Wendi and quickly her best friend.  Both Nicki and Donna were "so busy and overwhelmed that neither of us paid much attention to the girls," who were mostly on their own but sometimes looked after by an older woman neighbor, though Donna was so oblivious that she did not realize this for several months. (Tab 28, at ¶¶ 54, 59.) As had been the case at CODAC, after moving to Casa Grande Donna sometimes brought Wendi along to PADAC on weekdays and weekends and pretty much forgot about her once she started working. Again Wendi was left to wander among the drug addicts and prostitutes hanging around the center, as well as the nearby streets, where she often begged for change – all unbeknownst to her mother until months later, in April. (Tab 27, at ¶ 183; Tab 28, ¶ 56)  Looking back now, Donna recognizes just how neglectful she was: "It never dawned on me that having Wendi out there alone, begging in the streets or going over to [the nearby furniture store]… might be dangerous to her because of car traffic or any number of things, or that she might be molested by a stranger or someone she met in the neighborhood." (Tab 28, ¶ 56). (Apparently it did not dawn on her on Donna before Wendi graduated from high school, as indicated by an entry in a "Treasured Memories"

booklet she gave Wendi as a graduation present, in which Donna characterized her four year old daughter's roaming and panhandling alone on dangerous streets as endearingly "precocious." In the booklet's first entry, Donna completes "Remember when" with a hand-written "you used to go out from the Drug Center and 'panhandle' on the streets of Casa Grande. You were such a precocious child!" (Treasured Memories booklet, obtained by Capital Case Project.)).

219.   Rick Barnes, her boss and the director of PADAC, was a pedophile, as Donna had discovered before even moving to Casa Grande. While commuting to work weekends during November and December, Donna sometimes slept at Rick's house on Monday mornings. On one of those Mondays she rummaged through Rick's things and found paperwork from a school in Thailand where he had lived and worked the prior year, teaching English to children of Americans. The documents explicitly stated that Rick had been fired after multiple accusations that he had sexually abused preteen girl students. (Tab 28, ¶ 62). Donna recalls her response: "I just ignored the whole situation and stopped thinking about it, like I've done throughout my life when I've known something bad or unsavory about another person." (Tab 28, ¶ 63). She also discovered that Rick had a box full of bottles of amphetamines and benzodiazepines, common prescription drugs of abuse, all prescribed to people who were not PADAC clients, which meant Rick was illegally obtaining and selling them on the street. (Tab 28, ¶ 61.)

220.   Despite these discoveries, Donna decided to continue working for this dangerous man, moved to Casa Grande with Wendi, and proceeded to bring her four year old daughter to work, where "Wendi was regularly alone with Rick and spent time alone with him in his office on weekdays and weekends." (Tab 28, ¶ 65). Wendi also spent time

alone with Rick at his house, while Donna slept on Monday mornings after her 60-hour weekend shift or was "otherwise busy and not paying attention." (Tab 28, ¶ 66). Did Wendi being alone with Rick concern Donna? No. Despite what she knew about him being fired for sexually abusing girls in Thailand, "It didn't occur to me that he might abuse her sexually.... I didn't really think about it, but to the extent that I did, I assumed that he wouldn't abuse Wendi sexually because she was so young." (Tab 28, ¶ 65).

221.  By then Wendi knew that her mother was not interested in her, let alone any of her experiences or problems; and by then, thanks her mother's neglect and her father's complete departure from her life, Wendi was vulnerable to sexual predation by adult men who gave her *some kind* of attention and affection.  Indeed, as suggested by ample research on the re-victimization of sexually abused children, as a maternally neglected child who had already manifested signs of sexual abuse, including age-inappropriate sexual behavior, Wendi would likely have been a particularly vulnerable and compliant victim.

222.  Soon after moving to Casa Grande, Wendi caught the attention another deeply disturbed, sexually perverted, pedophilic man.  His name was Alejo Ochoa, and he served on the PADAC Board of Directors.  Within a few months, Alejo would be sleeping in the same bed as Wendi.  Within six months Donna would marry him.

223.  **Wendi's memories from before age five.** The region of the brain responsible for encoding long-term memories of specific events (i.e., the hippocampus) does not develop sufficiently to reliably encode such memories until around age five. Thus Wendi Andriano should not be expected to have any autobiographical memories (also known as

explicit episodic memories because they are self-consciously recognized as memories of prior episodes or experiences) for experiences before she was four and a half years old.

224. Consistent with this, in my interviews with Wendi, when asked for her "earliest memory" she reported a memory from about age four and a half. Wendi remembered her grandmother, Donna's mother Ann, sharing her milk and toast with her one morning. She then added, "If I try to remember a mother figure, I remember her and not my mom," and "I know she loved me."

225. Wendi's comments are also consistent with her mother's severe emotional neglect of her. When asked for early memories of her mother, Wendi remembered her mother sewing clothing for her when she was in kindergarten, but the memory had none of the emotional warmth and feeling of connection associated with the early memory of her grandmother.  Sewing her clothes was like keeping her clean, reminiscent Donna's observation that her own mother kept the house clean but "I had no emotional connection with her, no hugging, no cuddling, no warmth, no affection, no bond." (Tab 27, at ¶ 46.) Indeed, when Wendi attempted to remember things she did with her mother, she spontaneously commented, "I don't believe my mom was too emotionally available" and "I don't have that feeling that she loved me," then began crying.  Wendi also remembered being very sad when she seldom saw her grandmother after they moved to Casa Grande when she was four year old (see below). Wendi reported no memories at all of her father, who, by the time Wendi was four years old, had divorced from her mother and almost never visited her.

226. Thus consistent with the development of the brain's memory capacities, from before age five Wendi has few explicit, autobiographical memories of the most

psychologically important people in her life during that time period, i.e., her parents and grandmother.   However, the brain regions and circuits that encode *implicit* memories, of emotional experiences and automatic emotion-related behaviors, are operational from infancy. Those brain regions lay down memories that, although not recognized as memories by the person having them (i.e., this is why they are called "implicit" rather than "explicit" memories), constitute patterns of feeling and responding to others' behavior that shape psychological, emotional and relational functioning for the rest of one's life.

227. To clarify: Implicit memory is a type of memory that people do not consciously experience or recognize as "memory" when it is present. This includes the memories of previous experiences that allow us to perform a current task without having conscious awareness of those previous experiences. For example, riding a bike requires remembering where, when and how to move all four limbs; but we do not remember learning those specific procedures, or even think consciously about most or all of those movements. Importantly, implicit memory also includes bodily and emotional responses to incoming stimuli and situational contexts. Such implicit memories/responses (a) are not consciously experienced or recognized as "memories" and (b) are not consciously associated with memories of past experiences or autobiographical episodes; they may also (c) alter current processing of sensory information, (d) alter the contents and nature of one's current thoughts, and (e) evoke simple and/or complex emotions and behaviors that one has no idea are related to past experiences and memories. For example, as her mother and numerous other witnesses report, Wendi tended to automatically respond to others' anger or displeasure – and even a hint that displeasure or anger might be

forthcoming, especially from a man – by placating, submitting or otherwise doing whatever might help that person feel better or at least stop being irritated or angry.

228.  Sometimes all of us, in response to other people's behaviors (as well as their actual and imagined thoughts, emotions and motivations), have reactions (and over-reactions) that are driven by implicit memories associated with past experiences of feeling vulnerable or hurt in important relationships (especially with childhood caregivers). For people with histories of repeated emotional, physical and/or sexual abuse in childhood, such implicit memories of being hurt tend to be triggered often; those implicit memories are also more likely to be extreme in their intensity, and to elicit to behaviors that bring suffering upon themselves and others. And like the rest of us, but to a greater degree, in such situations where implicit memories of a past hurt are triggered, people with histories of major childhood trauma are unaware that they are responding not merely (or even primarily) to the current situation or interaction, but instead are responding mostly to an implicit memory of a past painful (and sometimes traumatic) experience.

229.  Indeed, many of the painful emotions that people experience – or go to great lengths to avoid experiencing, often without realizing it as they reach for a bottle, or in Wendi's case go into automatically appeasement mode – are merely the "tip of the iceberg." That is, many painful emotions we all experience are manifestations of implicit memories of emotions that were first experienced during painful and formative experiences in our pasts. The same is true for many of the avoidance efforts people engage in: these are implicit memories of avoidance strategies first engaged in long before.  In both cases, people are having emotional reactions and engaging in behaviors

based on implicit memories of experiences that may or may not (at least at the time) have any corresponding explicit, episodic or autobiographical memories.

230.   A good example is Wendi's habit, observed by her co-workers, of responding to her husband Joe's frequent workday calls to her office by (1) listening in an emotionally disconnected way to his complaints and demands and (2) then uttering a few words and immediately going home to fix his problem. Her colleagues came to see this behavior in two different ways: as Wendi's subservience to Joe, and as Wendi dismissing Joe and "blowing things off," with the latter interpretation appearing to fully replace the former over the weeks and years following Joe's death. (9/15/04 Trial Testimony at 95-97, 103.) However, with knowledge of Wendi's traumatic childhood of neglect and abuse by important adults in her life, and of how implicit memory operates, we can understand these more clearly: They are childhood-conditioned, deeply-ingrained, and automatic habitual responses governed by non-conscious implicit memories of (a) being abused and dominated and (b) avoiding awareness of vulnerable and angry feelings by placating others while emotionally distancing herself from them.

## V.   WENDI'S ADOPTIVE FATHER AND HIS FAMILY BACKGROUND

231.   Alejo Lorenzana Ochoa was born Redacted   in Torrance, California to Alejo Molina Ochoa and Natalia Lorenzana. He has one sibling, Delia Rose Rascon Alvarez, who is about three years old than him. (Tab 24, at ¶ 1.)

232.   Alejo reports that his father had one brother and five sisters who survived infancy, and that his father's brother died in high school after being injured playing football. He reports that his maternal grandparents were both orphans and were "older" when his mother was born.  Alejo is not sure of his grandmother's first name but knows

that his mother's parents took their surname, Lorenzana, from the name of the orphanage in Mexico City where they grew up. Similarly, Alejo is unsure how many siblings his mother had, but says he knows of three brothers and two sisters.

233.   When Alejo was three years old his family moved to Casa Grande, Arizona, where Alejo spent the remainder of his childhood and has lived much of his adult life. When Alejo was born in California his father worked for a company that makes toilets, and when they moved to Casa Grande his father was self-employed, selling dry good to migrant workers from his own truck; he also delivered newspapers, worked as a meat cutter, and eventually owned a restaurant with Alejo's mother. (Tab 24, at ¶¶ 3, 5; Interview with Alejo Ochoa.)

234.   **Poverty, emotional neglect and physical abuse.**  None of his father's work paid much, and Alejo's family was poor, especially when he was younger. In our interview Alejo recalled that his parents could seldom afford toys for him. In a poignant example of their poverty, Alejo told of substituting dead mice for toy cars, which his parents could not afford to buy for him.  He pushed them around a pretend race track he had created, until his mother found out and he "got in so much trouble." Asked what it meant to get in trouble like that, at first Alejo said, in a deflecting and minimizing tone, "they grounded me, stuff like that."

235.   In a recurring pattern, when talking about his relationship with his mother Alejo said one thing, in abstract and vague terms, and then went on to give an example or tell a story that completely contradicted what he had just said. For example, asked to describe his mother before she was very depressed during and after his parents' divorce, Alejo first said three things: "I thought she was a pretty happy lady," "She was easy to talk to,"

and "We talked about school." But then, immediately after the "talked about school"

comment, ostensibly to give an example, Alejo added, "I'd come home and tell her 'I got

spanked today' and she'd say, 'Good – you need another one.'" He went on to describe

how his mother, for small infractions or annoyances, would hit him with a fly swatter or

whatever she could reach that would sting but not bruise or cause welts. Mostly,

however, when his mother was angry she gave him the silent treatment, refusing to speak

to him, "at times for an hour and at times for the whole day." Alejo still recalls "how

much that hurt me." (Tab 24, at ¶ 10.)

236.   His father was the main dispenser of corporal punishment. If Alejo had done

something "bad" during the day, his mother would make Alejo confess to father when he

got home from work that night.  Alejo recalled his father's beatings, which consisted of

several lashes across his rear end with a folded belt, as extremely painful, much more so

than beatings with paddles at school: "They didn't hold back at school, but the belt hurt a

lot more." Also, beatings like those his father gave him can cause painful bruising and

welts that last for days.

237.   Like Wade Robertson, who viewed the physical abuse meted out in his family

as "discipline," Alejo told me that "every time" he got beaten at home or at school, he

"deserved it." (The only exceptions, in his eyes, were beatings at the school he attended

in first grade, where he was spanked for speaking Spanish.)  A few minutes later,

however, Alejo acknowledged that his father's mood was a "big factor" that determined

whether or not he was beaten. In his declaration, he succinctly states, "We got our

whippings when Dad was angry." (Tab 24, at ¶ 10.)  In our interview Alejo also recalled

a time when, just by luck, he narrowly escaped the "beating of my life" from his father,

100

because another child improbably confessed to having provoked Alejo into accidentally shooting out a neighbor's window.

238.   The trauma associated with Alejo's father's beatings was not limited to their painfulness and their arbitrary dependence upon his father's mood on any particular night. Until Alejo's parents divorced when he was around twelve years old, anticipation of his father's beatings was a source of considerable fear and dread on a regular basis. Alejo remembered vividly how his mother would say, "Wait 'til your dad gets home" and how from that moment on he would "think about it all day long." While punishing children by hitting them with a belt and the wait 'til your dad gets home" threat are still practiced in some subcultures of this country, this does not change the emotional trauma experienced by a child on the receiving end of such childrearing practices. When the beatings are severe enough to cause intense and lasting physical pain, a child will often attempt to cope with the emotional pain by internalizing his parents' message that they "deserved" such violence. The trauma is considerable, despite being banished from awareness. Like many other children subjected to such abuse, Alejo would grow up to inflict it upon Wendi, her cousin Brandon, and many children whose families were caught in the religious cult where Alejo was a "youth pastor," in which relentless and harsh physical abuse of children was seen as God's will and as every adult's duty.

239.   That Alejo was also emotionally neglected by his parents is suggested by the fact that he never provided, in his declaration or interview with me, despite questioning specifically designed to elicit such information, any examples of his mother or father truly listening to him or empathizing with his feelings. There was no indication in anything he said about his parents – except for the vague and immediately contradicted