# TABLE OF CONTENTS (INTERACTIVE)

| | |
|---|---|
| IIIIIIIIIIII | Evidentiary Hearing Exhibits |
| 4 PART 2 | Appendix to the Expert Report of James W. Hopper, Ph.D. |

# EXHIBIT IIIIIIIIIII
# PART 3

"easy to talk to comment" about his mother – that he felt understood by them, emotionally supported by them, or safe to share his concerns or fears with them. When it came to the youthful fears and insecurities Alejo did discuss in our interview, about "girls and dating," he explicitly said that he knew his parents would use whatever he said against him (by revealing it to his aunts and uncles, who would surely use the information to torment him).

240. **Emotional and sexual abuse by aunts, uncles, and parents.** Alejo recalls spending most of his "family time" in his childhood and early teen years with his mother and his paternal aunts (he seldom saw his maternal aunts). He reports that "all" of his aunts, but particularly Lupe and Celia, were "very harsh in the way they constantly made jokes and teased, primarily about sexually related things." (Tab 24, at ¶¶ 7, 22.) From as early as he can remember, even before he became a focus, "sex talk and sexual jokes were always in my awareness." (Tab 24, at ¶ 22.) When they were eventually directed at him, as he entered puberty at eleven or twelve, his aunts continually teased him – about his alleged sexual desires and designs, and especially about masturbation. (Tab 24, at ¶ 7.) In his interview with me, he gave the example of innocently asking an aunt the question, "how is my niece related to me?" and getting the response, "If you mess with her your uncle will cut it off!" Another example: His aunts asking to check and see if his palm had grown hairs from too much masturbating. (Tab 24, at ¶ 7.)

241. Alejo remembers this constant sexualized teasing – bullying, actually – as "unbearable." It was especially unbearable because no adult even attempted to protect him from this verbal sexual abuse, let alone helped him deal with its effects. His mother and father often joined in, as did his aunts' husbands. Alejo is still pained to remember

his early teenage years – the embarrassment of being around his aunt's hyper-sexual conversations and constant teasing, the horror of his own mother joining in the laughter at his expense. (Tab 24, at ¶ 7.)

242. Although this behavior of his aunts, uncles and parents did not involve physical contact, it was not only emotional abuse but *sexual* abuse. It was adults exploiting children, purely for their own twisted pleasure, as unwilling recipients of their own perverted sexuality. As Alejo makes clear in his declaration and did in his interview with me, their behavior was aggressive and cruel, disrespectful and shaming. In our interview Alejo recalled, "I found out if you get mad it would just go on and on. It's like a bully on the playground: if you react he's on you." Although Alejo describes learning to walk away as soon as they started in on him, those opening – and often humiliating – attacks were still uncontrollable and inescapable.

243. The uncontrollable and inescapable aspects are important to highlight, because ample research has shown that abuse (and significant stressors of any kind) with those two characteristics is quite traumatic and can lead to posttraumatic symptoms or full-blown PTSD. Another critical variable that determines the nature and severity of the effects of sexual abuse is the identity of the perpetrator(s). The more dependent the victim is upon the perpetrators, and more the abuse constitutes a betrayal of trust, which is always the case with family members and most extreme when parents commit the abuse, the greater the negative psychological and biological effects. Obviously, if the variables of controllability, potential for escape, and relationship to perpetrator are "held constant," sexual abuse involving physical contact will be more harmful than noncontact sexual abuse. Nonetheless, noncontact sexual abuse, including the verbal forms to which

103

young Alejo was repeatedly subjected, can be quite harmful to prepubescent children and teenagers, in a variety of lasting ways. Alejo Ochoa constitutes an excellent case study of such harmful effects, including obsession with sexual thoughts and fantasies, compulsive and impulsive sexual comments and behaviors, and repeating against others the same kinds of sexual abuse he experienced as a child.

244. **Sexual abuse by a neighbor.** Sexualized verbal bullying was not the only sexual abuse Alejo has acknowledged experiencing as a child. He was also sexually abused, at around sixteen years old, by an adult neighbor who disguised it as "teaching." Like many men who have gone through such abuse, Alejo still has trouble recognizing what happened as abuse. Yet Alejo's relationship with his older neighbor was a template for his exploitive sexualizing of teenagers entrusted to his "youth ministry," and for his sexual abuse of Wendi.

245. In a common pattern for sexually re-victimized children, the verbal sexual abuse by Alejo's aunts, uncles and parents made him vulnerable to his neighbor's predation. Although he probably did not reflect on it consciously, Alejo learned from his relatives' abuse that he, and children in general, could be treated by adults as objects of sexual exploitation. What he did reflect upon, however, was that adults could be very cruel and sadistic in their sexual abuse of children – and this also made him vulnerable to future sexual abuse, especially if it was more manipulative and cunning, with the perpetrator taking advantage of his fears of sexualized cruelty to lure him into more intrusive and exploitive yet "wanted" sexual activities. Looking back on the beginning of the relationship with his neighbor, Alejo recalls, "I felt like I could talk to her." That was

definitely not the case with his uncles, and it was his longing for someone to talk to about sex that his neighbor leveraged to use him for her own sexual gratification.

246.   Before going into the details of that abuse and how it progressed, it is worth noting two other experiences, mentioned in Alejo's declaration, which also contributed to his vulnerability to his neighbor's abuse. Alejo's first sexual experience involving physical contact occurred when he was thirteen or fourteen years old. A friend's older sister, who was around seventeen years old at the time, directed Alejo and her younger sixteen-year-old sister to have sexual intercourse, and they did. Alejo recalls, "I was so scared not knowing what was going on. The older sister told me not to say anything to anybody. I ran home. The experience was exciting, scary, and confusing." About a year later, the same sisters told him to take his penis out of his pants, then the older sister directed the younger one to perform oral sex on Alejo. Again the experience was extremely unpleasant and frightening: "The older one was laughing and the younger one did not like what she was doing. I recall a lot of laughing and again being told not to say anything to anybody. After that, I would not go over there." (Tab 24, at ¶ 20.)

247.   These confusing, disturbing and frightening initial sexual experiences of Alejo's, which involved sudden and intrusive acts of oral and genital intercourse under the orders of an older and more knowledgeable person, were experiences that he had no chance to sort though and understand. He could not tell his parents or adult relatives, who would have ridiculed him and added another layer of abuse and humiliation. At the same time, these experiences made Alejo more vulnerable to sexual predation that involved a kinder and gentler, more gradual and "teaching" approach – just what his late-20s female neighbor employed when Alejo was about sixteen years old.

248.  Indeed, in classic pedophile fashion, Alejo's neighbor carefully "groomed" him. She began by talking to him about how to talk to a girl he was interested in, how to ask her out on a date. She then moved on to teaching him how to hold hands and put his arm around a girl, then how to kiss. (Tab 24, at ¶ 21.) As Alejo recalled in our interview, within several months he found himself regularly engaging in oral sex and genital intercourse with his neighbor.  Alejo said that he eventually ended the relationship, after feeling increasingly awkward when the neighbor visited his house and spoke to his mother.

249.  Looking back in our interview, Alejo was unable to acknowledge that his neighbor abused his trust to sexually exploit and abuse him. He did say that he believes sexual relationships between adults and teenagers are "not a good idea," and that the relationship with his neighbor "probably" was not good for him in some ways. What Alejo is unable to admit, and probably even to recognize, is how that abusive relationship – disguised as "teaching" and "helping," against the backdrop of an emotionally neglectful and verbally sexually abusive family and upbringing – shaped his sexual identity and behavior. Indeed, the parallels to his eventual sexual abuse of Wendi and her friends are striking.

250.  **Pathways to becoming an adult perpetrator of child sexual abuse.** Children need to be *protected* from the sexuality of adults, and not to have it used against them in exploitive and abusive ways.  Children also need to be protected from situations -- including major emotional neglect – that can lead them to become focused on sexual stimulation as a substitute for more healthy and age-appropriate pleasures, or focused on sexualized attention as a substitute for healthy affection, caring and love.

251.  Comparing Alejo's childhood with those of Skip Robertson and his brothers shows two different pathways by which children can be prematurely sexualized by adults and then grow up to become adults who sexually abuse children themselves.  As discussed above, because the human brain responds to stimulation of the body's sexual organs as pleasurable, there is great risk that neglected children, like those in the Robertson family, can latch onto sex as a substitute for emotional connection with others, and as an addictive way to sooth themselves. And as was true for Skip and his brothers, to this premature and pathological focus on the pursuit of sexual pleasure can be added layers of hyper-masculine gender socialization, including fixation on sexual conquest and physical aggression, which can lead to sexual exploitation and sexual violence. That was the pathway to becoming a perpetrator of child sexual abuse in the Robertson family.

252.  In Alejo's family the pathway was different, and appears to have unfolded in stages. In the first phase, little Alejo learned that sex was something he did not understand but that adults used against children – by teasing, humiliating and otherwise abusing them with harsh words. He implicitly came to understand that sex was a part of him which was somehow important, and something adults imposed on children as a way to make them objects of ridicule. In the second phase, as a pre-teen whose hormones were starting to kick in and who was becoming aware of sexual interests and desires, Alejo became a direct target of the adults' relentless, aggressive and humiliating sexualized comments.  His own sexuality became infused with fear and shame, as well as a realization that he had no one to defend him from such attacks and help him feel safe in his changing body and mind – let alone to help him make sense of those changes and their implications for his relationships with peers. In the third phase, early in his teens,

Alejo was coerced by older teenagers into confusing, frightening and humiliating sexual experiences with peers, and explicitly told, in a threatening way, that he must never tell anyone what had happened. By then he had already despaired of any adults helping him understand and navigate sexuality, and now teenage girls, to whom he was feeling sexually attracted, were simultaneously experienced as dangerous, threatening and potentially sources of even greater humiliation and shame than his aunts, uncles and parents.

253.   Those first three phases paved the way for the fourth phase, in which an adult woman took advantage of Alejo's lack of adult support or guidance on sexual matters and of his fear of the very girls to whom he was sexually attracted. His neighbor used both of those vulnerabilities to gradually seduced Alejo – under the guise of caring, helping and teaching him – into an exploitive sexual relationship that culminating in repeated episodes of sexual intercourse.  For his whole childhood Alejo had longed for a relationship with an adult who truly listened to him, cared about his problems, helped him through his confusion and taught him things that helped him navigate relationships with his peers.  As a teenager, especially given his history of prior abusive and exploitive sexual experiences, Alejo felt particularly desperate for adult understanding and guidance with regard to his sexuality. He seemed to get just what he had been looking for from his sexually abusive neighbor. And in that relationship Alejo learned, as he still partly believes today, that it is OK, and even good, for adults to engage in self-gratifying sexual conversations and acts with children, even to have ongoing sexual relationships with them, so long as the adult is "teaching" the child and not being physically violent. Indeed, Alejo falls into what is known, in the sex offender literature, as the "regressed pedophile"

type. That is, he can be understood as a profoundly emotionally immature man who, even though married, is incapable of having a healthy intimate relationship with an adult partner, and instead seeks emotional intimacy, partnership and sexual pleasure from children – who he experiences, compared to potential adult partners, as innocent and safe, thus the best match for his own child-like immaturity. In short, Alejo believes that for him to have a sexual relationship with a child is a good thing, and that, all evidence to the contrary, he is actually helping and even loving the child.

254.  Like some other adults who were sexually abused as children, however, Alejo would also become a man who compulsively reenacted, in the role of the perpetrator, sexual abuse which he acknowledges is not caring or helpful in any way to those on the receiving end, especially children.  That is, as an adult Alejo regularly engaged in the same kinds of verbal sexual abuse that his aunts, uncles and parents had inflicted on him. As we shall see, several witnesses consistently describe how Alejo – as fellow a church member, youth minister, and parent – constantly made sexualized comments and innuendos, and constantly imposed sexual interpretations on innocuous objects and non-sexual behaviors of others.

255.  Indeed, in adulthood Alejo repeatedly cycled through re-enacting all of the forms of sexual abuse to which he was subjected as a child and teenager.  Alejo's path to becoming a sexually abusive adult was different from that of Skip Robertson. But the conditioning was, in its own way, just as powerful; and the absence of any help averting that developmental trajectory, just as complete.

256.  **Father's affair, parents' ugly divorce, family split in two.** When Alejo reflects on formative negative experiences in his childhood, he puts his parents' "ugly"

109

divorce, which unfolded when he was thirteen or fourteen years old, at the top of the list. The impetus was his mother's discovery of his father's affair with another woman, who his father went on to marry. (Tab 24, at ¶¶ 13, 14.)  For months Alejo overheard and directly witnessed "yelling and a lot of fighting with physical violence," and he "spent a lot of time outside our home crying" as his parents battled inside. (Tab 24, at ¶ 14.) Alejo recalls feeling like he could not talk with either parent, and utterly alone with his anguish, fear and confusion.

257.   Eventually he was able to reconnect with his mother, but not his father. Alejo lost respect for his father and felt like he no longer loved him. They even had a physical fight, at a family picnic after his father slapped his mother and Alejo responded by punching his father in the mouth. (Tab 24, at ¶¶ 14, 15.)  Alejo only saw his father a few times after the divorce, and completely lost touch with him for many years starting when he was eighteen years old. Both children felt forced to take sides and the family was split in two. Alejo aligned with his mother and lived with her.  His sister became estranged from their mother, lived with their father and his new wife for awhile, then returned to live with Alejo and their mother but constantly fought with her. (Tab 24, at ¶¶ 16, 17.) Although Alejo continued to feel connected to his mother, at least to the extent possible within the context of their always emotionally neglectful family, he describes his mother as becoming "depressed and bitter" and developing "a drinking problem" after the divorce, first drinking after work and then "all the time." (Tab 24, at ¶ 18.)

258.   For Alejo too, the divorce was a "big turning point" that he sees as starting him on a downward spiral.  Like many children of divorce, he felt deeply ashamed and blamed himself.  Feeling even more alone than he always had, Alejo recalls that he

"fended for myself and started getting into trouble," including abusing alcohol and drugs. Previously there were parts of his experience, including his sexuality, which he knew it was pointless and even perilous to share with his parents and adult relatives. After the divorce he learned, in general, "to hold things in and not show how I was truly feeling." This became particularly true as he got deeper into using and then trafficking illegal drugs. (Tab 24, at ¶ 19.)

259.  **Teenage alcohol and drug abuse.** In junior high school, even before his parents' divorce, Alejo brought miniature bottles of hard alcohol to junior high school. He drank one during lunch one day, which got the attention of other kids, to whom he started selling the little bottles of whiskey that his father had bought at a liquor store in Nogales, Mexico. (Tab 24, at ¶ 23.)  He recalls starting to drink heavily during the divorce, and then using marijuana and, by freshman year of high school, cocaine and hallucinogens.  After the divorce there were about thirty large bottles of whiskey that Alejo's father had left behind in the house, and Alejo poured that whiskey into the small bottles, which he then sold, refilled and resold to other kids. (Tab 24, at ¶ 23.)

260.  Alejo reported trying marijuana for the first time at about fifteen years old, while on a trip to Mexico with one of his aunts. With the experience of selling little bottles of whiskey from Mexico under his belt, the enterprising (albeit foolish and reckless) teenage Alejo got phone numbers from people he met in Mexico, with whom he "later connected with to arrange deals for the sale of marijuana." He also acquired phony documents and papers claiming he was 21 years old, which allowed him to cross the border on his own, and made his first trip alone at age sixteen. Alejo then learned "how to be the go-between guy and get part of the cut on marijuana deals," a role he continued to

play all through high school (Tab 24, at ¶¶ 24, 25), and which, as described below, would end with the most violently traumatic experience of his life.

261.  Early in high school Alejo turned to harder drugs, including cocaine and two powerful hallucinogens, LSD and mescaline.  Barry Lorts, a friend of Alejo's in high school who would later found the fundamentalist Christian church and school where Alejo would become a youth pastor and Wendi would experience totalitarian control and routine beatings, corroborates Alejo's memories. "We hung out together, and we were druggies. We did our share of acid and smoked marijuana." (Tab 16, at ¶ 3.)

262.  Like many cocaine abusers, Alejo liked it because "It felt good and made me confident." Within two years his cocaine use dramatically escalated, to "two or three times a week," and he maintained such frequent use for "a two-to-three year period" from around age sixteen until senior year of high school. (Tab 24, at ¶ 32.) Alejo recalls taking "about thirty hits of LSD" and using mescaline many times as well.  These are extremely powerful drugs known to cause not only hallucinations but severe cognitive and emotional disorganization, often associated with intense confusion and fear in what are known as "bad trips." Yet Alejo insists "I had all good trips on acid," and says it was his "drug of choice," that is, his preferred drug because he liked its effects on him more than those of any other drug. What those effects were, and why he liked them so much, are very telling: "When I did acid, I was in my own little world and I liked that. I did not have to be around people and everything was calm.  It felt like an out of body experience. I never did it in a group setting." (Tab 24, at ¶¶ 33, 34.)

263.  It appears Alejo is still in his own little world when it comes to those experiences. In our interview he professed, with evident sincerity, that he still believes he

walked on top of eucalyptus trees during an LSD trip.  Alejo has always been very limited in his capacities to emotionally connect with others and negotiate relationships. So it makes sense that, while Alejo liked the confidence of the cocaine high, he much preferred the LSD-induced experience of being completely in his "own little world," that is, disconnected from reality, including other people and relationships.

264.  Alejo reports that during senior year of high school he "started trying to clean up my drug use," which meant quitting cocaine and hallucinogens but still regularly drinking and smoking marijuana. He recalls drinking the most soon after graduating from high school, when he was nineteen years old, but also that year deciding he did not like being drunk and no longer drinking such large quantities, and then cutting down further until he quit drinking altogether when he was 21 years old. (Tab 24, at ¶ 35.)

265.  **Cross-border drug running, caught by Mexican police, beaten and raped.** Alejo made several trips to Mexico to pick up marijuana and bring it across the border for drug dealers. When he was eighteen years old, one of these missions went terribly wrong and he was beaten by Mexican police and raped in a prison cell. His handlers had told him the police were paid off and given him the number of someone he could have the police call were he ever stopped. But when the police did stop him, they ignored his pleas to call the person and beat him until he was unconscious. He awoke in a jail, tied to a chair, and was beaten again. Alejo was in extreme pain, terrified and convinced he would be killed or die of his injuries. He was then untied and thrown in a prison cell, where he was raped. Inexplicably, several hours later he was released by the police, who took him back to his car, let him go near the U.S. border, and told him never to come back. (Tab 24, at ¶¶ 26, 27.)

266. As would be expected, these severe physical and sexual assaults traumatized Alejo. He reports common posttraumatic reactions, including having nightmares for "a couple of years," sometimes waking up "thinking it was happening again," and sleeping with a gun. To this day, Alejo cannot bear to witness interrogation scenes in war movies. Like many men who have had such experiences, Alejo also felt that, despite being outnumbered by several men with guns, he had been a "wimp." (Tab 24, at ¶ 28.) Being raped by men was also a major blow to a masculine identity already on very shaky ground, thanks to his aunts' and mother's verbal sexual abuse and the two incidents of coerced and shaming sexual activity by an older teenage neighbor and her sister. Indeed, thanks to intense shame that he continues to feel about what happened, Alejo never told anyone about the incident until recently, more than forty years later, while speaking with investigators about his own past.

267. **Limited intelligence, competence, and motivation to achieve in school or work.** Alejo's school records indicate that, from the very beginning in first grade, he exhibited limited abilities and motivation either to learn or to apply himself. His adult work history reflects the same pattern.

268. Alejo's first grade report card has Ds and Fs in arithmetic, language, reading and penmanship. Though he received satisfactory ratings for "conduct" in all four quarters of first grade, the second half of the year he received "unsatisfactory' marks for "effort." Across all four quarters of first grade Alejo received check marks for "lacks interest" and "work carelessly done" or "no work done" (with the latter being a hand-written category added by his teacher). Lack of effort, however, was not seen as Alejo's main problem: his teacher checked off "work of grade too difficult" for every quarter.

114

Alejo was held back and repeated first grade. (Casa Grande Public Schools, Report to Parents, 1958-1959, Obtained by Capital Case Project.)

269.   In his second round of first grade (i.e., the 1959-1960 school year) Alejo was able to achieve Bs in all graded subjects throughout the year.  He was rated as showing interest but "unsatisfactory" for "effort" in two of the four quarters, and as "capable of doing better" in three of the four. (Casa Grande Public Schools, Report to Parents, 1959-1960, Obtained by Capital Case Project.)  Upon moving on to second grade the following year, however, Alejo's grades were almost entirely Cs and Ds. In three of four quarters that year he got check marks for "lacks interest," "work carelessly done," and "capable of doing better." (Casa Grande Public Schools, Report to Parents, 1960-1961, Obtained by Capital Case Project.)  On the next available report card, for 5th grade, Alejo's grades ranged from Cs to Bs (and two A-minuses out of 39 recorded grades).  Finally, on a comprehensive transcript document covering the school years from 1958 to 1967, Cs and Ds dominate the reported grades and selected teacher comments taken from those years include the following statements from years for which report cards are unavailable: "dreams and plays, has little interest," "no desire to learn," and "needs constant push to do work." (Transcript from Casa Grande Elementary School District, June 2, 1967, Obtained by Capital Case Project.)

270.   Records beyond the elementary school years have not been found. However by all indications – including Alejo's reports of being overwhelmed and distressed during junior high, when his parents were divorcing and he had already begun regularly drinking alcohol, and his corroborated report of spending his high school years heavily abusing marijuana, cocaine and hallucinogens – his academic effort was almost always negligible

and his academic performance poor. In addition, Alejo's chronic use of cocaine and hallucinogens could only have further eroded whatever limited intellectual capacities he would have possessed under the best of circumstances. As Cynthia Schaider, a core member of Harvest Family Church from 1980 to 2001 and someone who works for drug treatment programs, commented, "The first words that come to mind when I think of Alejo are 'drug burn-out.'" (Tab 34, at ¶ 6.)

271.  Not surprisingly, Alejo's adult work history is spotty and unimpressive.  Aside from a string of years in the mid 1990s to 2000s when relatives gave him work in the family's tortilla business, Alejo's history of paid work consists largely of short-lived, part-time jobs in landscaping and construction, including some where he was cheated out of wages by an unscrupulous manager or small business owner. (Tab 24, at ¶¶ 46, 59, 64; Tab 68; Tab 68.A.)

272.  As someone relatively unmotivated and unable to find and sustain productive and profitable work, until 1997 at age 45, Alejo spent much of his work life in volunteer capacities – first in nonprofit drug treatment, in the early 1970s at PADAC, where he met Donna and Wendi, and then for fundamentalist Christian (cult) groups with whom he, Donna and Wendi were involved beginning in 1977.

273.  **A profoundly limited and disturbed man.**  The above account of Alejo Ochoa's childhood and work history does not capture him as a unique and complex human being.  It focuses on his intellectual and emotional limitations; on the neglect, abuse and other traumas he experienced as a child and teenager, especially sexual abuse; and on how those limitations and traumatizing experiences derailed him from any

possibility of normal or healthy human development, especially in the realms of emotional intimacy and sexuality.

274.  As detailed below, several witnesses who knew Alejo in his 20s and 30s refer to him as a "pervert" and as a sexually "perverted" man who constantly and compulsively subjected women and girls to unwanted sexual comments and physical contact.  One of his favorite things to do was to suddenly lick his finger and rub it against a woman's or girl's ear.  He repeatedly fondled the breasts of a teenage friend of Wendi.  He dressed and photographed Wendi in lingerie, and forced her to look at "adult" toys and pornographic material.  More recent examples of Alejo's sexual perversion, from his 50s, are two Valentine's Day cards he sent to his incarcerated daughter (the exact years that he sent them in the 2000s are unknown).

275.  The cards are perverted and disturbing – to anyone, although Wendi reports that she has only been able to acknowledge this to herself in the past two years, in the context of the investigation and evaluation leading to this report.  Just how perverted and disturbing the cards are can only be conveyed by showing the cards and quoting in full Alejo's hand-written notes on each. Here is the entirety of the first card:

 

(Obtained by Capital Case Project)

276. Below is the second card. On the inside Alejo has written, "This is the first riddle. I'll send the answer with the next riddle. Have fun!! Dad." Under that is the text that came written on the card, "These are just a few of the things we have in common!" And under that Alejo has written:

"• I sometimes get balls caught in my throat.

• My box smells.

• I can have a little pussy."



(Obtained by Capital Case Project, copy attached at Tab 75)

277. A few observations from my August 2011 interview with Alejo are also illustrative, and confirm the much more detailed picture painted by others (presented below). As described earlier, Alejo would often say something in abstract terms only to completely contradict his statement, literally in the next breath, with an example or story. Similarly, Alejo repeatedly averred something about himself in words only to demonstrate that just the opposite was true via compulsive and impulsive behaviors.

278.  For example, on the one hand Alejo had defensive radar exquisitely attuned to any question that probed for sexual interest in Wendi or her friends.  He would, as Shakespeare put it, "protest too much," denying any and all such motives or behavior whenever a question implied or barely hinted at them.  When a question *was* explicit, as when I asked if he ever felt attracted teenager girls in his youth ministry and, if so, how he coped with that, Alejo flatly denied *ever* having felt *any* sexual attraction to those girls.  On the other hand, despite himself – and thanks to the sexual obsessions and compulsions that dominate his thoughts and motives to this day, at age 59 – in the span of three hours Alejo made several inappropriate and provocative sexual comments to the female investigator who accompanied me on the interview. For instance, when asked whether he felt awkward the day after having sex with Donna the first time (in a PADAC office), and how they "ended the night" if such awkwardness was present, Alejo mentally latched onto the "ended the night" phase, yanked it out of context and blurted out, "breathing hard, ha ha ha!"  He then immediately and excitedly looked for a reaction on the female investigator's face.

279.  Such automatic, excited, and pleasure-seeking sexualized behaviors – and not his forced, tense, and implausible denials of ever having felt any attraction at all to Wendi, her friends or other girls in his youth ministry – reveal Alejo's true thoughts, motives, and behaviors with respect to sex.  They are also consistent with the reports (detailed below) from several people who witnessed and were subjected to Alejo's compulsive and abusive sexual behavior in the church community where Wendi spent her older childhood and teenager years.

280. As shown below, such behaviors by Alejo Ochoa were probably the most powerful and destructive force in the childhood and adolescence of Wendi Andriano.

## VI.     AGES 4½ TO 7 – DOMINATED AND ADOPTED BY A PEDOPHILE

281. **Donna and Alejo have sex, Alejo moves in, and they marry.** Alejo and Donna both tell the story of how Alejo, on the PADAC board of directors when Donna was hired, decided he did not like Donna after finding remnants of marijuana "joints" under a mattress while helping her move to Casa Grande. (Tab 24, at ¶ 44; Tab 28, ¶¶ 47, 53) Yet within weeks of Donna's arrival, in February of 1975, after having no more than work-related conversations devoid of personal interest or attraction, Alejo and Donna suddenly had sex one night. As mentioned above, it happened in a PADAC office where Donna was working as Wendi slept in a nearby office. According to Alejo, "Late one night I went to the PADAC offices.... Donna and I started talking. The next thing I knew, we were kissing." (Tab 24, at ¶ 48.)

282. Within weeks Alejo was living with Wendi and Donna, and sleeping with them in the same bed, a mattress on the living room floor. (Tab 28, ¶ 69.) Donna recalls, "We never dated or had a courtship; we just had sex and moved in together." (Tab 27, at ¶ 184.) Alejo agrees: "We never really dated. We went from no relationship to being physically intimate in one night and then continued to see each other after that." (Tab 24, at ¶ 48.) On June 6, 1975, less than five months after first having sex, Donna and Alejo were married in a small ceremony. (Marriage License, Pinal County, Obtained by Capital Case Project) According to Donna, they got married "because Rick Miller and Al Farmer, who were part of our Christian group... told us it wasn't right for us to be Christian and living together without being married." (Tab 27, at ¶ 184.)

283. **Alejo's initial relationship with Wendi: More focused on her than Donna, evidence of sexual and emotional abuse.** Alejo says that by the time he first had sex with Donna, he "already had a relationship with Wendi," based on several interactions with her around the PADAC offices where Donna let her four year old daughter roam. (Tab 24, at ¶ 49.) When asked during our interview how Wendi "fit into" his early relationship with Donna, Alejo responded, "I didn't marry Donna <u>for</u> Wendi. That didn't enter my mind" (underline denotes emphasis in his speech). As we shall see, in great detail, from the testimony of several witnesses, it appears that Alejo "doth protest too much." All available evidence suggests that then, and for the rest of Wendi's childhood, Alejo was not only more interested in a relationship with Wendi than with her mother, but that he was focused on having a sexualized relationship with Wendi.

284. Indeed, Donna recalls:

> "Alejo was absolutely fascinated with Wendi as we were getting together, and once we were married Alejo's focus was mostly on Wendi. He was so much more interested in spending time with Wendi both before and after I married him than he was in spending time with me that it was almost like he married me to be with my daughter." (Tab 27, at ¶ 246.)

285. Donna also reports that Alejo began sleeping in the same bed with her and Wendi "shortly after they met," and that shortly after that Wendi began wetting the bed, which she had never done before. (Tab 27, at ¶ 244.) Wetting the bed is not an uncommon reaction of young children who are being sexually abused, and for Wendi's it may have been one of her only ways to resist unwanted contact from Alejo in the bed. Donna also recalls that when she awoke in the middle of the night to find that Wendi had

wet the bed, "sometimes Alejo was already awake" (Tab 27, at ¶ 244.)  That Alejo had

been awake even before Wendi wet the bed, perhaps pretending to be asleep while doing

things that led Wendi to wet the bed, would be consistent with the account of Alejo's

behavior by a teenage friend of Wendi's, who reports that Alejo repeated fondled her

breasts as she and Alejo slept in Wendi's bed, and that Alejo always pretended to be

sleeping when abused her.

286.  Looking back on the first several months of 1975, Alejo says he remembers

little Wendi as a "sweet, outgoing child" who begged for money after being taught how

to panhandle by a 60 or 70 year old man who owned a furniture store next to the PADAC

offices. (Tab 24, at ¶ 50.) Donna also notes that even before she and Alejo married,

"Alejo spent time with Wendi and knew a lot more about her than I did… He's the one

who knew that she was panhandling and going around to beg for money…" (Tab 27, at

¶ 245.) In his interview with me, recalling his first impressions of Wendi as a young

child, Alejo exclaimed, "Once she liked you, she could melt your heart. Everybody loved

her."  Asked for examples of this quality, Alejo spoke of "a lot of innocence in what she

did," then went on to tell a story. The story he told reveals Alejo's psychological and

moral confusion (at the time and now), and how, as young Wendi's new and – thanks to

Donna's ongoing neglect – *primary* parent and disciplinarian, Alejo almost immediately

began inflicting his confusion on Wendi in abusive and destructive ways.

287.  The story: Not long after getting involved with Donna and sleeping at their

house, Alejo discovered that Wendi had been drawing (apparently for weeks) with

crayons on back of a bedroom door.  He called her into the room, pointed at the door and

asked her to explain, to which she responded by proudly declaring, "Isn't it beautiful!"  It

122

was indeed the response of an innocent child, one who had been – in the absence of adult supervision – simply creating a work of art in a spot that felt right to her. As Alejo himself commented, "She didn't know. She didn't think it was a big deal." He told her that crayons could not be used on doors or walls and that she would need to clean the door, to which she did not object. Alejo then gave her a cleaning rag and stood over her, monitoring her progress until, after about five minutes of enjoyably cleaning the door, Wendi declared, as any four year old child would, that she was tired and did not want to clean any more. Alejo's response? He "made her stay there an hour and a half," forcing her to continue cleaning, unmoved by the fact that "she was crying" almost the entire time. For four year olds, being forced to do *anything* they do not like for more than fifteen or twenty minutes is very distressing. A full hour and a half, with constant crying that evokes no compassion in the adult, could only be traumatic. Yet Alejo clearly believed – just as Skip did when proudly telling me of spanking his infant daughter to make her stop crying – that I would be impressed by the wisdom and effectiveness of this example of his parenting.

288.  In summary, within weeks of Wendi and her mother moving to Casa Grande in early 1975 Donna had, once again, handed her daughter over to a very confused and disturbed man. Donna was, once again, basically saying, "I don't want her. YOU take her." Alejo was more than happy to do so, and started what from then on would be the most important relationship in his life – and the most destructive one in Wendi's life, in which she would be subjected to Alejo's psychological, sexual and physical abuses for years to come.

289. **Donna and Alejo's early relationship, focused on religious fanaticism.** To the extent that Alejo had any interest in Donna, and that Donna and Alejo were connected to each other, their focus was not on their relationship with each other, let alone their shared responsibilities as Wendi's parents.  Instead, Donna and Alejo were focused on their increasingly fanatical absorption in a small religious cult led by two men they had met in Casa Grande, Rick Miller and Allen ("Al") Farmer. Right after commenting that they never courted, "just had sex and moved in together," and got married because others told them too, Donna observes, "After I was married to Alejo, we became strict Christians. Rick and Al encouraged us to have meetings at our home…" (Tab 27, at ¶ 184.)

290. Rick and Al may have seen Donna and Alejo as the best candidates to create the local infrastructure for another small group of believers that they could indoctrinate, command and control. For example, Donna recalls, "it was common for Rick or Al to tell someone, 'I've got a Word. God says you have to break off from your family to join the ministry,' or 'God told me you are going into the ministry." (Tab 27, at ¶ 202.)  In my interview with her, Donna shared a particularly sad early instance of such control and its potential to harm important relationships, in which Rick and Al ordered their followers to bring all of their family photographs and throw them into a fire. Donna dutifully complied, thereby destroying every picture she had of Wendi, as well as pictures of her sister and parents.

291. Like so many people who are vulnerable to being swept up in a cult, Donna and Alejo longed for someone or something truly and ultimately *good* – to love and care for them, to give them a sense of specialness and value as human beings, to rescue them from

the deeply ingrained feelings of un-lovability, unworthiness, and meaninglessness that were enduring legacies of childhoods of neglect, abuse, and demoralizing trauma.  Like so many swept up in cults, for a time Donna and Alejo apparently believed they had been "saved" in those ways by the God and the Jesus of their imaginations, thanks to the beliefs they were taught and the "revelations" they experienced under the tutelage of their zealous and hyper-controlling cult leaders.

292.  Donna recalls that on many occasions throughout her life, beginning when she and Alejo followed Rick and Al, she received "direct communication from God" while praying and speaking in tongues, and "healing and Gifts of the Spirit" in the forms of "being euphoric or held in a euphoric peacefulness." (Tab 27, at ¶ 192.) She describes how speaking in tongues can involve extremely intense positive or negative emotions, depending on what is being channeled through the person. She also notes "It's possible to say the wrong things or have things translated incorrectly, so that's why it's best to be in a gathering of 'saints' [true believers] when you exercise the gift…," and soon thereafter adds, "The pastors and elders of a church are more often the ones both speaking in tongues and translating." (Tab 27, at ¶ 195.) Whether or not speaking in tongues can be a valid religious experience involving revelations from God, Donna and Alejo were extremely confused and limited people, and highly vulnerable to manipulation by the leaders of their religious group.

293.  Alejo describes how, about two years before meeting Wendi and Donna when he was 22 years old, he came to "make Christ my Lord and Savior" with the encouragement of Calvin ("Cal") Lorts, with whom he had drank and used drugs in high school. Alejo's story of his first baptism is bizarre. The story includes Alejo, Cal and

Cal's brother Barry picking up a hitchhiker who claimed to be from another world, which Alejo apparently interpreted as a sign from God. (Tab 24, at ¶ 37.) Like Donna, Alejo also glowingly describes speaking in tongues. While Donna highly valued the euphoria and "euphoric peacefulness" she experienced, for Alejo one of the best parts was speaking "a heavenly language that is between God and me." (Tab 24, at ¶ 38.) This fits with what Alejo most loved about his drug of choice, LSD: being in his "own little world" and not having to be "around people." When speaking in tongues, Alejo is in his own little world, albeit while imagining God in there with him. Even more telling is Alejo's account of his first time speaking in tongues: "I felt like a well had opened up… I was freaking out. I could not stop and I did not want to. The feeling was unbelievable. I got scared and went out on the road to pray. It felt like a sexual experience started and I began to feel excited and it felt more and more like I was having an orgasm." (Tab 24, at ¶ 40.)

294.  Despite what Alejo saw as a very auspicious beginning, his initial sexually-charged religious fervor was short lived.  Not long after Alejo's orgasmic speaking in tongues experience, Cal Lorts left Casa Grande to study to be a minister. Alejo stopped going to church well before he moved in with Donna and Wendi in early 1975. It was Donna who introduced Alejo to Rick and Al. (Tab 24, at ¶ 62.)

295.  In May of 1975, the month before Donna and Alejo were married, Donna quit her job because of what she saw as a "conflict of interest" between her work at PADAC and her Christian faith. She became convinced that, given the high recidivism rates of the drug abusers treated there, that "only Christian programs and finding God actually

worked to help drug addicts break free of their addictions and recover from drug use."
(Tab 28, ¶ 71)

296. **Wendi attends kindergarten and first grade in public schools, is adopted by
Alejo.** A couple of months after marrying Donna and Alejo left the apartment with Nicki
Barnes and her daughter Tascha and moved in with Alejo's mother; in September they
moved into newly built low-income housing in Indian Hills, on the outskirts of Casa
Grande. (Tab 28, ¶ 72)  Wendi attended public schools for kindergarten and first grade,
and Donna reports that Wendi got along well with her peers at school and continued to
have Tascha as her "main friend." (Tab 28, ¶¶ 72, 73)  Reports by Wendi's kindergarten
and first grade teachers document that she did well in school and progressed in her
learning over each year.  Her kindergarten teacher commented that Wendi was "stubborn
but likes to help peers" and her first grade teacher gave her "satisfactory" or "excellent"
ratings in all academic and social categories. (Saguaro Elementary School, 1975-1976
Kindergarten Report Card, Obtained by Capital Case Project; Evergreen Elementary
School, 1976-1977 First Grade Report Card, Obtained by Capital Case Project.)

297. On July 30, 1976 Donna and Alejo filed papers for him to become Wendi's
adoptive father. On January 31, 1977 the adoption was granted, and to his de facto
authority over Wendi's life, thanks to Donna's neglect, were added legal sanction and
rights. (Superior Court of the State of Arizona, Decree of Adoption, January 31, 1977,
Obtained by Capital Case Project.)

298. **Wendi absorbs religious beliefs of her parents, to her detriment.** Donna
reports that she and Alejo "didn't seek medical treatment" when Wendi was growing up,
because they "believed that God would heal us when we became sick." As Donna

acknowledges, this meant that Wendi almost never saw a doctor, even when she was quite sick. (Tab 27, at ¶ 186.)

299.  Donna recalls one instance, when Wendi was about five years old and "so sick that she had been crying and couldn't get up or move around." Already sick for a day or two, her fever started spiking and became "very, very high." Donna and Alejo had no medicine, not even aspirin. Looking back Donna is aghast at their ignorance and recklessness: "Heaven forbid that we might have had any of the Devil's stuff, which at that time for us meant anything like a thermometer to measure a child's fever or an aspirin to help bring it down." (Tab 27, at ¶ 187.) Wendi's condition worsened over the next few hours, Donna finally got scared enough to break free of her "God will heal us" delusion and finally declared, "I'm taking her to the doctor," to which Wendi replied, "No, I don't want to go to the doctor. Jesus is going to heal me." (Tab 27, at ¶ 188.) Alejo was content to go along with what Wendi said, and Donna did not take her. They prayed together instead, and eventually the fever passed.

300.  Looking back now, Donna notes, "It's hard to believe in retrospect that we listened to a five-year-old and prayed instead of seeking medical attention, but that's how we were at the time." (Tab 27, at ¶ 189.)

301.  **Wendi's autobiographical memory impairments and minimal memories of age five to seven.**  As noted previously, before age five the region of the human brain necessary for encoding long-term memories of specific life events has not sufficiently matured to reliably do so, except for highly emotional events that are discussed with others over time (as that part of the brain matures). After age five, however, such memories are continually being encoded, and those with heightened emotional and

personal significance will generally be accessible for retrieval for the rest of one's life. Importantly, those memories are not like videotaped representations, or totally accurate renditions of what happened that do not change over time. Rather, the central or most significant details tend to be accurate and resistant to change over time, but in general the memories are malleable and, every time they are retrieved, subject to "editing" processes – based on current emotions, self-understandings, etc. Thus normally an adult will have a large store of personally significant memories beginning at age five, including memories of events that were particularly emotionally significant when the events occurred and that remain emotionally significant, though perhaps in different ways thanks to new adult understandings and interpretations. Finally, although every emotionally significant autobiographical memory may not be easily and instantly accessible under all circumstances, with the right "retrieval cues," including non-suggestive probes from a skilled interviewer, a person should be able to retrieve them into awareness.

302. In my interviews with Wendi, she had remarkably few memories of her *entire* childhood, not just before age five. When Wendi did remember something from those years, she tended to remember in generalities, not in specific episodes. A significant body of research has shown that such "over-general autobiographical memories," or difficulty recalling specific events, is common in people who suffer from depression and/or PTSD. The latest research suggests that the person's brain automatically and prematurely aborts the "strategic search" processes necessary to retrieve such specific "episodic" memories, and does so out of (automatically-arising and usually non-conscious) fear that retrieving such memories will release unwanted, unpleasant, disruptive, and potentially overwhelming emotions.

129

303. Another well-established explanation of the inability to recall specific memories, particularly ones involving traumatic experiences of abuse and betrayal by parents and caregivers, is that the brain "dissociates" or disconnects such memories and related representations (e.g., images of and beliefs about oneself and others) from representations that constitute more typical and safe ways of perceiving, thinking and remembering in daily life. This dissociation, like the premature aborting of strategic search for memories, includes automatic attempts at self-protection in the moment; it also can involve chronic disconnections from each other of whole realms of experience and identity, such that personality and identity are highly fragmented.  That is, all of us have different ways of thinking, feeling, remembering and relating to others, and some of them – those associated with intense emotions like fear, shame, or anger, or an intoxicated state, for example when one's had too much to drink – are very different from the ones we embody and identify with on a day to day basis. That's why we look back on embarrassing emotional outbursts or other extreme behaviors and think, "I can't believe I did that," or "That's not how I want to be." For highly traumatized people who experienced chronic neglect and abuse in childhood – and never had loving and supportive relationships to help them deal with the feelings and memories – those extreme "not-me" or "another-me-I-don't-like" states can include whole realms of memory (e.g., experiences of sexual abuse by a father) and feeling (e.g., fear, anger); can be much more frightening; and, when they do emerge, can be much more disruptive of thinking and behavior. When this is the case, the person is "highly fragmented" and ordinarily lacks conscious access to feelings and memories associated with childhood neglect and abuse, especially those of fear, shame, sadness or anger.

304. Based on my multiple interviews with Wendi Andriano, it is my assessment that she is extremely traumatized from childhood neglect and abuse, and suffers from an extremely fragmented personality. In the constrained context of our interviews, this manifested most clearly in Wendi's remarkably limited ability to retrieve specific autobiographical memories, especially from childhood; in her extreme difficulty accessing specific memories of unpleasant experiences, especially (though not only) from childhood; and in her extreme fear of accessing such memories, including her fear, stated from the outset of our interviews, that such memories might not be accurate and might cause harm to others, especially her adoptive father Alejo. Even when it comes to Wendi's over-general autobiographical memories, she is often unable to access any visual images. She repeatedly said "I feel like" this or that used to happen, but was unable to call up any images or other memory representations (e.g., words spoken) of what she "feels" was said or done. Wendi appeared to be making genuine and concerted attempts recall images and words, but simply drawing blanks. She often apologized and spoke of feeling bad about failing to remember more than such feelings. I have never before encountered a patient or defendant with such a severe disturbance of the capacity to recall autobiographical memories, not only of specific incidents but over-general memories of the kinds of experiences she typically had.

305. With this assessment of Wendi's memory dysfunction and personality fragmentation in mind, we can consider the few memories Wendi does report from the time in her life between first meeting Alejo (at four and a half years old) and completing first grade in Casa Grande. As noted above, she recalls almost nothing of her mother, except of her mother sewing clothing for her when she was in kindergarten, a memory

which has no sense of emotional connection to her mother and led to the associated sad recognition, "I don't have that feeling that she loved me." Wendi also recalls feeling sad about not seeing her grandmother any more after the move to Casa Grande. Asked for her earliest memories of Alejo, Wendi replied, "Nothing specific," then added, "I do know that my Grandma didn't like him, and I was aware of that." She also recalls, in general terms, that from as early as she can remember she "always knew his background, that he was not from the church," and that he told her stories of having done drugs and being a "drug mule." Wendi also reported general but not specific memories of kindergarten, specifically of being "motherly" toward the other children and really liking it "because I always had a lot of them around me and got a lot of attention there."

306. Finally, Wendi reported general memories that, since her arrest and before examinations by defense experts, had led her to wonder about sexual abuse by her biological father or other members of his family. From as early as she could remember, she said, "I always had that awareness of sexuality, but you're not supposed to as a child, so why did I have that in my head all the time?" She elaborated further, looking back over her entire childhood, though again, the memories cover from age five on up: "Being aware of that extra something that always comes from men.... Growing up I always used to think that men were always so sexual about everything. Along with the disgust would come this need, because I was always pretty flirtatious to men. It was really important to me that I had their attention. But then, when I would get their attention, I felt like I was nasty. It doesn't make sense to me." These are classic symptoms exhibited by girls sexually exploited and abused from an early age, before their brains could encode specific autobiographical memories that could be retrieved later in childhood or

adulthood. Indeed, what Wendi describes -- the inexplicable yet ever-present awareness of men's sexual attention, the automatic yet disturbing responses to that attention – are well-known among child abuse researchers and therapists as *implicit* memories of sexual abuse and *procedural* memories of how the child was conditioned to respond to that abuse.

## VII.   AGES SEVEN TO NINE – POVERTY AND FANATICAL CONTROL OF A "TRAVELING MINISTRY" CULT

307.  In the first decade of their adult lives and the early years of Wendi's, Donna and Alejo were particularly confused, and often deluded. This manifested most clearly in their being swept up into the religious cult led by Rick Miller and Al Farmer, and their bringing Wendi along for the ride while never stopping to think seriously about her needs for stability and well-being.

308.  Looking back now, Donna acknowledges just how desperate she and Alejo were to be good, and to serve and be loved by God – and how their desperation was matched by their confusion:

> "We were young in the Lord at the time when we entered the traveling
> ministry and very zealous Christians.  In those days after we received
> revelations from speaking in tongues, we pulled out scriptures to make them
> match what we wanted to believe or make them mean what we wanted them
> to mean…. we went over the edge because we were so intent on doing
> everything right, the way we felt God wanted us to do everything." (Tab 27, at
> ¶ 203.)

309. **Joining the "Fishers of Men Traveling Ministry."** As noted above, Donna remembers Rick and Al telling people God wanted them to leave their families and otherwise follow Rick and Al's mixture of self-serving and self-deluded visions and demands. Sometime around June of 1977, Donna and Alejo heeded that call. They believed it had first come "from God through prayer in tongues" (Tab 27, at ¶ 204) and that they had received "confirmation while praying in tongues with Rick and Al translating." (Tab 28, ¶ 77.) Donna recounts how she and Aljeo "gave up our house and possessions except for a couple of boxes... and departed to go on the road with Rick Miller and Al Farmer..." (Tab 27, at ¶ 204.) Not only did they leave their few remaining possessions behind, but they "cut off all contact with family and everyone else we had known and stayed out of contact for the entire time, from about June of 1977 until about September of 1979." (Tab 27, at ¶ 204.)

310. Donna also acknowledges that she and Alejo never considered Wendi's needs when making their decision. "Alejo and I never thought about what Wendi wanted or what might be good for her in our decision to join the traveling ministry." As Donna recalls, by that time "Wendi was so obedient, and used to being around adults... that when we told her we were doing what God wanted us to do, she fully and unconditionally accepted that." (Tab 28, ¶ 78)

311. The group's plan or mission was to travel from Arizona to California, teaching their version of the gospel along the way, and recruiting others into their group, until reaching California where they would join Rick and Al, who had another church there. (Tab 24, at ¶ 63.)

134

312. Not surprisingly, their fellow travelers in this "traveling ministry" were apparently as wounded and confused as they were, and those with children were equally incapable as parents. For example, Donna and Alejo report that the group's first stop was Wilcox, Arizona, where Donna recalls staying for a few weeks until they left suddenly, in the middle of the night, "because Child Protective Services [CPS] had been called and a report made about Rick and Rosalie [a woman in the group] abusing Rosalie's baby son and her daughter, who was about two or three years old." (Tab 27, at ¶ 205.) After the CPS visit Rosalie left with the group, abandoning her children to her own mother and, as far as Donna knows, Rosalie never regained custody. (Tab 27, at ¶ 205.)

313. Next they went to Tucson and, for about ten months of 1977 and 1978, stayed in the home of another woman in the group "while trying to get the traveling ministry together." (Tab 27, at ¶ 207.) From that point on the group had a core of nine people including Donna, Alejo and Wendi; others would join temporarily but not continue on to the next destination along the route to California. In Tucson the goal was to amass resources for the journey to California. Alejo and the other men painted houses and did temporary odd jobs to pay for living expenses. (Tab 27, at ¶ 208; Tab 24, at ¶ 64.) Alejo reports that a painting business owner fled to Mexico without paying $12,000 in wages owed to Alejo and another man from the traveling group. (Tab 24, at ¶ 64.) The women did cooking and cleaning and other home-based tasks, including schooling Wendi.

314. **The traveling cult on the road: Poverty, totalitarian control and brainwashing.** Eventually the group left Tucson, in a caravan consisting of a converted school bus pulling a VW van and a pick-up truck pulling a fifth-wheel trailer. (Tab 24, at ¶ 66; Tab 27, at ¶ 207.) The school bus had a kitchen and a "toilet-type thing, like a

portapotty." (Tab 27, at ¶ 207.)  From then on, for at least another year, the group would

live in extreme poverty. John Shaddle, who joined and traveled with the group while

Wendi's family did, for about five months in 1979, recounts how poor the group was.

"There wasn't much food around, for one. A meal consisted of tortillas and fried

tomatoes." (Tab 36, at ¶ 6) Donna remembers often being so hungry that they "ate old

food out of the trash or searched for pennies on streets to try to collect enough money to

buy a bag of beans." (Tab 27, at ¶ 213.) Stephen Shaider, who would come to know

Wendi's family after they left the traveling cult, recalls Donna telling him the group

depended on Wendi's panhandling to support themselves, and that "no one could resist a

cute girl begging for money." (Tab 35, at ¶ 6.)

315.  The poverty of freedom and personal autonomy was just as extreme, and

perhaps even more harmful to Rick and Al's followers, including young Wendi.  Donna

recalls how Rick exerted constant dictatorial control over the group's resources and his

followers' behavior and thinking – over all money; over who could do what, and when,

including who they were allowed to talk to; and over regimented daily routines that

caused chronic sleep deprivation.

316.  As John Shaddle recounts, Rick was "a very charismatic person… the 'big

hook,' appealing to many people who took interest in the ministry." (Tab 36, at ¶ 2.) At

the time, John was nineteen years old and, having just separated from his wife, vulnerable

to being swept up in the group. John notes that Rick and Al were older than their

followers, who aside from him were, like Alejo and Donna, in their early to mid-twenties.

Looking back, he says, "In hindsight, the group was pretty far out there and today I

would describe it as a cult." (Tab 36, at ¶ 3)  Donna goes into some detail:

"We woke up at a set time, five o'clock in the morning, when Rick and Al

decided we should get up, and the adults and Wendi were expected to wake up

singing, 'Glory, glory, rise and shine and give God glory,' and continue

singing until everyone was up…. [E]ventually we all just hated to hear them

singing and having them wake us up…. We didn't get much sleep for most of

the time… It was really a lot like brainwashing. We studied scriptures every

day before we ate, washed up, or did anything else other than maybe going to

the bathroom. Rick and Al kept us on a very tight routine all day." (Tab 27, at

¶ 210.)

317.  Donna recalls how, in classic cult fashion, "other than the people we ministered

to and the occasional prospective members of the ministry, we did not associate or talk to

other people or outsiders because Rick and Al did not allow it." (Tab 28, ¶ 84.)  Donna

also recalls how Rick and Al "always assigned plenty of chores to keep us busy at all

times… Everyone was always so busy that we never had a chance to just sit and relax.

With extremely rare exceptions, there was zero leisure or personal time during our years

with the traveling ministry…. It got so that we never really thought about anything, just

did what we were told all day, from one day to the next. I can see in retrospect how it got

to be like a cult." (Tab 27, at ¶ 212.) Indeed, everything Donna describes is consistent

with how cults are run, with the leaders exerting totalitarian control over their followers,

including when they can eat or sleep. And the chronic imposition of sleep deprivation and

indoctrination, in this case constantly reading scriptures interpreted for them by Rick and

Al, are standard mind control techniques used by cult leaders.

318. This totalitarian control was applied to Wendi too, the only child in the group. She was always assigned chores when she wasn't being schooled. These included washing dishes, cleaning up the living area, helping to wash the vehicles, and being a gofer for the seemingly unending stream of construction projects. (Tab 27, at ¶ 212.) For two years, Wendi had little or no time to simply *play*. Instead, she was forced to serve others, and to make sure the adults, especially the men who ordered everyone else around, were happy.

319. As described above, Wendi had been conditioned to obey and serve adults from the beginning of her life, when Skip harshly imposed his potty training regime on her. When Donna handed Wendi over to Alejo, before the traveling cult, he picked up where Skip had left off. The traveling cult was an extension and intensification of the domination and subservience to which Wendi had always been subjected by her mother's husbands. Before the traveling cult, if no controlling and abusive men were around, Wendi could play with her friend Tascha; when in day care, as well as kindergarten and first grade, Wendi could play with other children in classrooms and on the playground. Before the traveling cult, she had always had opportunities to be free from controlling adults and (often) abusive men. For those two years in the traveling cult, however, there was virtually no escape from control by Rick and Al. There was little or no time for play. This could only have a dispiriting and depressing effect on Wendi – as it would on any child – no matter how much her innate temperament may have inclined toward cheerfulness and playfulness.

320. Finally, Donna and John Shaddle both describe how members of the group, when not doing chores or working to support the group, would go out preaching and

"ministering" on the streets, which meant singing, reading scripture and preaching their interpretations of scripture. (Tab 36, at ¶ 6; Tab 27, at ¶ 211.) John recalls that Rick and Al, who sent the younger men to work every day and controlled every penny they made, never worked themselves. Instead, they would stay back with the women and Wendi, reading scripture all day as the females did chores and Wendi was schooled. (Tab 36, at ¶ 7; Tab 27, at ¶ 216.)

321. **Wendi's home and on-the-road schooling.** Wendi was the only child in the traveling group. When she would otherwise have been in second and third grade of formal schooling, she was home-schooled by her mother and other women in the group, who used teaching materials from a private school organization and old textbooks. Donna recalls teaching Wendi English in the mornings, and two other women teaching her Spanish, as well as science (sans evolution) from the textbooks. A man in California briefly taught Wendi math. (Tab 27, at ¶ 215.)

322. **Increased physical abuse of Wendi.** As described above, from when Wendi was a toddler Donna had used spanking and physical pain not only to discipline Wendi in the traditional sense, but whenever she "didn't obey" or "didn't come when I called." (Tab 27, at ¶¶ 235, 236.) And as explained above, this infliction of physical force and pain to command and enforce obedience – obedience that must be instantaneous, unquestioning, and complete – hindered Wendi's development of self-regulation capacities and her internalization of the very rules and values (aside from mindless obedience based in fear) that Donna was trying to teach her. To the extent a child's behavior is governed by force, pain and fear, she will have trouble regulating her own behavior and experiencing the rules and values parents teach as belonging to her, rather

than simply *obeying and complying to get her parents' approval and to avoid their rejection and attacks.*

323.  When all of the adults in a child's life responsible for teaching rules and values are punishing and controlling her in this way, the conditioning is more powerful and the negative effects more pervasive. Wendi's entry into the traveling religious cult marked the beginning of near total immersion in fanatical and totalitarian religious micro-cultures where children were constantly dominated and controlled through physical violence, pain and fear – and robbed of their innate potentials to develop healthy self-control, critical thinking, and other essential capacities for growing into emotionally healthy and morally unconfused adults.

324.  Donna describes her own mindless obedience to the commands of church and cult leaders to instill mindless obedience in her own child:

> "Since Wendi was born, I've always been to-the-letter, black-and-white when it comes to following church rules, including rules about disciplining kids, by which we meant spanking or swatting them. If the church authorities say to spank the kids, I spank them, and I do it how I'm told to do it. You have to spank them hard enough so they're not just angry; it has to go beyond that so you break them. They have to stop being angry and learn to obey." (Tab 27, at ¶ 237.)

325.  Donna reports that it was after becoming followers of Rick and Al, when Wendi was six or seven year old, that she and Alejo began beating her with a wooden paddle. (Tab 27, at ¶ 237.) Alejo confirms this and explains that, in his mind, beating with a paddle and then reading scriptures together and hugging at the end, which he calls

"spanking with instruction," was far better than simply screaming at Wendi when she broke a rule or failed to instantly obey. (Tab 24, at ¶ 126.) As with Alejo's account of forcing a sobbing little Wendi to wash crayon off the bedroom door for an hour and a half, it is notable that Alejo does not consider any other options for discipline, besides screaming at her or "spanking with instruction," that would have been appropriate to Wendi's developmental capacities and needs.

326.   To this day Donna, Alejo, Wendi and many members of the still more violent church/cult they joined later, refer to beating children with a wooden paddle as "swatting" and as each blow as a "swat." Compared to the traditional word, "spank," the euphemistic "swat" sounds innocuous. Yet the violence of hitting a child's body repeatedly with a wooden paddle, the pain inflicted, and the resulting emotional harm are greater than those of hitting a child with one's hand.

327.   Donna recalls how during the traveling ministry, she and Alejo beat Wendi with a wooden paddle about once per week, but Rick and Al "expected us to swat her more often than we wanted to." (Tab 27, at ¶ 238.) In addition, when parents were not around Rick and Al beat Wendi and other children (who lived in houses the group stayed in but did not travel with them). Donna witnessed Rick and Al beating other parents' children, including how "they swatted really hard, a lot harder than Alejo or I did, and harder than I liked Wendi to be hit." Because Rick and Al thought Wendi should be beaten more than her parents did, and Donna and Alejo were "gone a lot and left Wendi with Rick and Al or other adults frequently," it is likely that Wendi received many painful beatings from Rick and Al during the two years she was in their cult. (Tab 27, at ¶ 238.)

328. The results of all the beatings were predictable. As Donna recalls, "during the traveling ministry and afterward, Wendi was always a good kid. She acted like a kid who has been adopted, knows it, and is afraid of being turned out. With very few exceptions, she was always trying to please, be nice, give in, and fit in with whatever authority figures around her expected." (Tab 27, at ¶ 219.) That is, if Wendi was a "good kid" in her behavior, it was not because her innate goodness as an innocent child had been supported and nurtured in loving relationships with adults who helped her to assert her own will and think for herself while internalizing those adults' positive values. Wendi was a different kind of "good kid." She was a child whose parents and other adults had beaten down much of her innate goodness, beaten out much of her innate potential to think and act for herself in healthy and age-appropriate ways.

329. Donna continues: "By the end of our time with Rick, Al, and the traveling ministry, by the time Wendi was nine years old, she had changed a lot. She wasn't the same energetic little girl she had been. She didn't want to get up in the morning and she didn't have the same spunk and independence. She didn't talk to me, and she wasn't affectionate with me anymore." (Tab 27, at ¶ 220.) Wendi was depressed after two years of immersion in an impoverished, totalitarian cult where her brain-washed parents and the cult leaders repeatedly beat her into fearful submission. And she was withdrawn, at least from her mother, who – unlike her immature and pedophilic adoptive father, who increasingly forced himself upon Wendi as a playmate and sexualized partner – had always neglected her daughter and yet took for granted that Wendi would keep being affectionate toward her. Sometime during the traveling ministry, "by age eight," Donna reports, Wendi "wasn't cuddly anymore and didn't let me hold her or hug her anymore."

142

Donna says this refusal to be affectionate applied specifically to her (e.g., during the traveling cult Wendi would hug strangers and "cuddled up to Rick a lot"), and it continued through Wendi's teen years. (Tab 27, at ¶ 218.)

330.    Alejo, in contrast, to this day appears oblivious to the harmful effects of the traveling cult experiences on Wendi. When Alejo looks back on this period, he says, "Thinking of Wendi during this time and later on, when we returned from the ministry, when she was eight, nine, and ten years old, she was a bubbly, outgoing, friendly kid." Then he adds: "Wendi always wanted to please me and please others." (Tab 24, at ¶ 70.) In short, as long as Wendi's fear and compliance served his needs, and her depression caused no problems for him, she seemed perfectly fine to him.

331.    **Leaving the traveling cult.** John Shaddle tells the story of when the traveling cult began to dissolve. When the group arrived in Costa Mesa, California, "things changed philosophically." A local pastor there, Chuck Smith, inspired Rick to reconsider traditional organized religion, and as John remembers it, Rick then said to the group, "We have a problem. We have to submit to somebody." Yet when Rick wanted to fold his group into Chuck's church, "Chuck told us that the best thing we could do is split up and go our own ways because we had all been brainwashed." John recalls, "That was enough for me." Already fed up with the "hypocrisy and all of the confidentiality about money," he left the group. (Tab 36, at ¶ 11.)

332.    Neither Donna nor Alejo explain why they decided to leave the traveling cult. Alejo does mention that the plan to start a church was never fulfilled, and says cryptically, "Our decision to travel with the ministry and to return when we did was inspired by God." (Tab 24, at ¶ 69.) Donna mentions that "it did get very weird at times"

and that another member of the group told her that, after she and Alejo left, "Rick and Al kept trying to raise people from the dead," even "toting dead people around with them" and "keeping a body with the group for a period of time while they intended to raise it from the dead." (Tab 27, at ¶ 217.)  Perhaps things eventually got too bizarre even for Donna and Alejo. Whatever the reasons, Donna, Alejo and Wendi left the traveling cult around September of 1979 and returned to Arizona.

333.  Looking back and thinking about the effect the traveling cult had on Wendi, Donna once again reveals how much she neglected her daughter. Donna says that although the hunger and lack of clothing for Wendi "bothered" her,

> "it never even entered my mind that the hunger, always working and having little or no relaxation and playtime, getting very little sleep, most of the time having no other children to play with, and the disciplining we did by swatting Wendi, might be damaging to her.  The way we saw it was that it was good for her because we were living the life God wanted for us and Wendi had attention from all the adults in the ministry." (Tab 28, ¶ 86).

334.  **Wendi's memories of the traveling ministry.** Consistent with Wendi's generally impaired memory for childhood experiences, in our interviews she reported no memories of Alejo during this time, and only one memory of her mother, in which Donna intentionally broke her own glasses "as an act of faith" and claimed that God would heal her eyes. (Donna continued to need corrective lenses.) The only positive memory Wendi had of the traveling cult was of playing the guitar and singing, which was part of Bible reading and prayer. Otherwise Wendi reported very little memory, even of a very general or schematic kind.

144

335. In some ways, the traveling cult may have protected Wendi from Alejo, since she and the women were typically separated from the men besides Rick and Al. After leaving the traveling cult Wendi's family joined another cult – one with equal or greater confusion, brain-washing, and violent attempts to enforce mindless obedience – and Alejo increasingly imposed his compulsive, perverted and pedophilic sexuality on Wendi and her friends.

## VIII.  AGES NINE TO EIGHTEEN – NO ESCAPE FROM NEGLECT AND EMOTIONAL, PHYSICAL AND SEXUAL ABUSE IN HER HOME, CHURCH AND SCHOOL

336. Upon leaving the traveling cult and returning to Arizona, Donna, Alejo and Wendi lived for a few months in Tuscon, with Donna's father. Donna continued to home school Wendi, who would never again attend public school except for a few community college classes in high school. By the end of 1979 they had moved back to Casa Grande. (Tab 27, at ¶ 221; Tab 24, at ¶ 71.)

337. Alejo had a hard time finding work in Casa Grande, according to him because he was "not well connected" and could not get union jobs. (Tab 24, at ¶ 74.) Donna's source of minimal income was babysitting the children of two friends, paid for by a state babysitting program. (Tab 28, ¶ 87.) For a year or so, Wendi was reunited with her friend Tascha Barnes, with whom she had lived when her mother first moved to Casa Grande, until Donna and Alejo got married and moved out. (Tab 28, ¶ 87.) Although Wendi was finally able to play regularly with other children again, Alejo recalls that, upon their return to Arizona, "it seemed like she was a little adult. As a child, Wendi was always mothering, even me and kids her own age." (Tab 24, at ¶ 73.)

338.   Soon after arriving in Casa Grande, Donna and Alejo began attending a local church named "91st Psalm Church," led by Cal Lorts, an old high school friend of Alejo, with whom he had done lots of drugs. As described above, along with his brother Barry, Cal was intimately involved in Alejo's conversion to fundamentalist and evangelical Christianity – which had morphed from something akin to a few psychedelic and sexually supercharged trips with Cal and Barry (e.g., hitchhiker from another world, orgasmic first speaking in tongues) into an embrace of cults led by charismatic, deluded and authoritarian leaders.  Donna recalls that, after the traveling cult, 91st Psalm seemed "less involved and engaged" and "not strict enough," with church members who were "undisciplined in their faith." Yet she and Alejo decided it was "the best option we could find. Alejo and I were still very young and zealous. If it wasn't for 91st Psalm, I don't know what we would have done because there were no other churches that seemed at all serious to us in or near Casa Grande." (Tab 27, at ¶ 222.) At least, Donna thought, 91st Psalm was a "full gospel church" that included speaking in tongues "to receive direct revelation from God, raising the dead, and everything else that's in the Bible." (Tab 27, at ¶ 223.)

339.   Snapshots of Donna and Alejo's zealotry and confusion at the time are contained in letters Donna sent to Alejo while he attended a "Laborer's Union School" in Prescott, Arizona. (Tab 24, at ¶ 72.)  While Alejo was away Donna moved from Tucson to Case Grande and began attending 91st Psalm.  In one letter Donna describes a Bible study group attended by Alejo's mother and sister, bitterly recounting how a woman in attendance asserted that a verse on the Trinity, which Donna was quite attached to, had been added by English writers and was not in the original text. She criticizes the woman,

says she does not want to go back to the group, even though its members are expecting her to, and asks Alejo, "Should I get in touch with Calvin or what?" (Letters from Donna to Alejo, Obtained by Capital Case Project.)  A letter from a few days later appears to document her first visit to 91st Psalm, although Cal is away for a preachers' meeting in California, which prompts Donna's comment, "Guess the Lord has it in control." (Letter from Donna to Alejo, Obtained by Capital Case Project.)  Donna's letters are sprinkled with non sequiturs like, "Praise the Lord. He'll get the glory. Jesus loves you, babe!" and "Jesus is the God over the way we feel!"  (Letters from Donna to Alejo, Obtained by Capital Case Project.)  The margins often have scripture citations.

340.  Other passages reveal Donna's longings for recognition as a special person, which she never experienced as a child. In one she tells a story of receiving some special treatment at the DMV and ends, "they were real nice to me. Must've thought I was somebody – and I am – a child of the King!!!" (Letter from Donna to Alejo, Obtained by Capital Case Project.)  In another Donna reveals how she saw herself and Alejo as not merely special to God, but an extra-special and extra-powerful team that God was using in the world:

> "I was thinking how people would be expecting me to be out doing lots for the
> Lord and stuff while you're gone. I mean like they would say I have a mind &
> life of my own. But I'm part of a team. You and me together are in God's
> plan. We can both still minister the Lord and do for God, but like a high wire
> team – they can each do tricks but without the other one there they can't do
> the big stunts. They need each other. That's how we are – together we can be
> and should be one of God's <u>big guns</u>! Hallelujah!" (underline in original;

Letter from Donna to Alejo Ochoa, Thursday November 15, 1979, Obtained

by Capital Case Project.)

341. **Family joins 91ˢᵗ Psalm Church, Wendi goes to the church's school.** Soon

Donna and Wendi were attending 91ˢᵗ Psalm. Alejo recalls that, upon his return, Cal

asked him to "teach teens on Sunday mornings." (Tab 24, at ¶ 75.) By early 1980 Wendi

was attending the small, church-run 91ˢᵗ Psalm School. For the rest of Wendi's childhood,

that church and its school would constitute almost the entirely of Wendi's social life

outside of her immediate family, and thanks to Alejo's roles in the church, the boundaries

between family and church were often blurred.

342. There are many witness reports of the culture of 91ˢᵗ Psalm Church and the

school, from when Wendi's family joined right through her teenage years, especially

during its later years, when it was lead by a very disturbed and destructive man, Tom

King. The accounts of these many witnesses, who were themselves parents or children at

the time, are consistent with those of Donna and Wendi, and provide many additional

stories and details.

343. **91ˢᵗ Psalm/Harvest Family Church and school: Power-hungry, charismatic**

**leader followed by power-hungry, non-charismatic leader.** The 91ˢᵗ Psalm church

was led by Cal Lorts from 1975 until sometime in 1983, when Tom King became its

leader and re-named it Harvest Family Church. There were continuities across Cal's and

Tom's leadership, but differences too. What members liked about Cal and the

community was generally lost with him, and Tom exacerbated the negatives – already

numerous – and added many new ones of his own.

344. Donna describes how Cal Lorts "tended to be very dictatorial, and that at least fit right in with what we were used to." He was also "very charismatic" and the kind of person who got people "excited about bringing other people into the church." Looking back Donna sees Cal as "exactly the kind of man you drink punch for, like Jim Jones." Indeed, more than one witness has compared Cal Lorts and his successor Tom King either to Jim Jones, an infamous murderous cult leader from the time, or Warren Jeffs, from more recent headlines. Donna recalls that Cal created "God's Special Forces," which involved married men quitting their jobs, leaving their families, and traveling the country for a year to recruit others into their church/cult. (Tab 27, at ¶¶ 224, 225.)

345. Most cult leaders have good intentions intertwined with their desires to control and dominate others. Those with charisma can be very engaging and charming people, even lots of fun. As George Carlin, who joined the church when it was in Cal's living room and helped build it, remembers: "The teachings of the church at that time focused on proselytizing, bringing others into the church. Pastor Cal Lorts was a very charismatic figure. The congregation just loved him. He had a very magnetic personality." Jasper Neace was around twelve years old when he became a member of the church and student of the school, around the time Wendi arrived. He recalls Cal's charisma too, and compares him to Tom King when it came to laying on hands to heal someone during a church service: "Calvin could make you believe anything. He was charismatic." In contrast, when Tom laid on hands, "I saw people pass out. I thought they were faking it." (Tab 11, at ¶ 17.)

346. Tom King is universally described as not only dictatorial and power-hungry – like Cal – but also as cold, harsh, mean, vindictive, humorless, and joyless. Each former

149

church member has their own particular perspective based on their personal experience, with some saying Tom was positive at first and then went downhill, and others recalling him as a nightmare from the start.  But every witness agrees that Tom King quickly – and increasingly over time – became a terribly destructive force in their own lives and the lives of others in the church/cult community, especially the children.  Parents and their now-grown children, looking back on their years under his domination, tell of being unable, to this day, to speak with each other about their experiences during that time; either the grown child explodes in rage or the adult collapses into tears of remorse.

347.  In the recollection of Jeri Lynn Cunningham, a friend of Wendi's until she was about thirteen years old, after Cal's announcement that he was leaving, "Pastor Tom stood up and said, 'I'm glad he's leaving,' and proceeded to tell the congregation that Pastor Cal's leaving provided him with the freedom to do what the Lord called him to do. It was a very memorable statement." (Tab 12, at ¶ 9.)  Cynthia Schaider, who remembers Cal as charismatic and liked by everyone, recalls, "When Cal left, there were dramatic changes. I remember people saying that all the good people left with Cal." (Tab 34, at ¶ 12.)  She describes how Tom, lacking Cal's charisma, tried to put a positive spin on his shortcomings by seeing himself as a "teacher" rather than a preacher, as a "common man." (Tab 34, at ¶¶ 12, 13.)  Ms. Schaider recounts: "Over time, Tom King became more rigid and oppressive, almost tyrannical. He did not preserve the sanctity of the pulpit…. It became a 'bully pulpit' that he used to control the lives of church members. He tried to put the weight of God behind everything he said, even when it was obviously his own opinion." (Tab 34, at ¶ 13.)

348. Ms. Schaider provides an example of Tom's public cruelty and sadism: When Wendi's adoptive brother Brandon dyed his hair orange, Tom responded, from the pulpit during a sermon, by saying that the twelve or thirteen year old boy looked like a "faggot." Tom then "instructed" everyone in the congregation to ridicule Brandon. (Tab 34, at ¶ 13.) Alejo confirms that Tom used to call Brandon a "faggot." (Tab 24, at ¶ 138.) Recalling this incident and innumerable others, Ms. Schaider notes that "Tom was socially inept and did or said whatever came to his mind. There was not any social filter in his brain…. Tom King used ridicule, humiliation, strong statements, and the fear of God to influence his congregation." (Tab 34, at ¶¶ 14, 15.)

349. Similarly, George Carlin recalls there being a "major shift" when Tom took over:

> "It became something completely different under Pastor Tom's rule. Pastor
> Tom was very controlling. He was condemning – literally condemning. He
> had a number of rules that if broken, meant you were going to Hell. Just the
> way he looked at me and other members of the church, it was as if he had the
> ability to say 'you're not living right,' or 'you're not doing right,' just with his
> gaze. He was scary and the children were scared of him as well." (Tab 11, at
> ¶¶ 4, 5.)

Though Carlin himself could not bear to pay attention to Tom's sermons, and often slept through them, he remembers "someone saying, 'What has gotten in to Pastor Tom,'" referring to how extreme his sermons had become." (Tab 11, at ¶ 6.) Looking back now Mr. Carlin muses, "Pastor Tom had some of his congregation brainwashed. It reminded me of the cult leader Jim Jones, but on a smaller scale." (Tab 11, at ¶ 7.)

151

350. His memory is consistent with that of his ex-wife, Constance Boys: "When Cal Lorts left, the church was different, but not dramatically so. In the beginning Tom's sermons were pretty typical, but they became so harsh over time. The church became very cultish, though it didn't start that way. Everything became so warped." (Tab 10, at ¶ 5.) In recent years, when Ms. Boys saw a television documentary on Warren Jeffs, she thought "that there were many parallels between that religious cult and our own. It was definitely the same type of control." (Tab 10, at ¶ 33.)

351. As many witnesses recall, Tom created a terribly oppressive environment. Jasper Neace remembers how Cal was "more positive and optimistic," and "could make you feel good" with his "shorter and more exciting" sermons. In contrast, Tom revealed himself as a "negative person" who "preached damnation" in sermons that were "long and drawn out and boring" and embedded in church services that typically lasted 2 to 2½ hours. (Tab 23, at ¶¶ 19, 20.) Neace offers other snapshots of the totalitarian control and brainwashing that intensified under Tom King's leadership. "All television was forbidden. They called it the Devil's box.... We didn't watch or hear any news from the world outside, and I knew nothing of politics or world events." (Tab 23, at ¶ 10.) Church members were told that even normal behaviors were sins and would send them to hell: "Thinking negative thoughts was a sin. Gossip was a sin. Engaging in romantic relationships was a sin.... I can still hear the words, 'Sin is pleasure for a season but the end thereof is death.'" (Tab 23, at ¶ 10.) Neace sums up, "Upon reflection, it seemed that as long as Pastor Tom was happy, we were all going to heaven. But, if Tom was not happy for some reason or if he did not like you, anything you did was a sin." (Tab 23, at ¶ 10.)

352.   George Carlin recalls that whereas Cal had focused on bringing people into the church, Tom wanted to keep the community isolated and insular – and under his control. Like other former church members, Carlin tells a story of his daughter bringing friends to church and Tom condemning her for it. (Tab 11, at ¶ 8.) Recalling the same experience in more detail, their daughter's mother Ms. Boys recalls that Tom "seemed very uncomfortable with having new people in his church.  I remember that Tom King referred to my daughter, Sarah, and some other students at the school as 'worldly,' because they participated in activities, and had friends, outside the church. In Tom's mind, this was a sin." (Tab 10, at ¶ 17.)

353.   And so, under Tom's influence the church/cult community became increasingly closed in upon itself, to the detriment of everyone involved – most of all those children who, like Wendi, also attended the school. As in totalitarian societies, church/cult members spied on one another to enforce Tom's edicts of domination. Neace recalls:

> "[W]e were not permitted to associate with anyone who did not attend the
> church. Harvest was our whole world; we spent our days there, then we went
> home. The only recreational activities we were permitted were those put on by
> the church. For example, if I went to hang out with my neighbor buddy, and
> someone from the church found out, they reported to my mother that I was
> hanging out with 'bad people.' A 'bad person' was anyone who did not
> subscribe to Tom King's way of thinking. Kids who did not attend our church
> and school were branded this way. They were called bad influences, and to
> spend time hanging out with them was to 'tempt the Devil.' We were told that
> they were ungodly and that we would become that way too if we spent our

time with them. In this way, the church tried to control every aspect of our

lives." (Tab 23, at ¶ 9.)

354.  There are many more such stories in the witness declarations submitted by

people who were caught up in this cult, as adults or children. Many are heartbreaking to

read, especially those in which family members are turned against each other.  The

sampling contained in this report cannot do justice to the nature of the isolated cult

community, controlled by increasingly disturbed and dictatorial men, in which Wendi

grew up from age nine through her adolescence. There are, however, some aspects of the

community's leadership and culture that warrant highlighting as particularly destructive

influences on Wendi Andriano. We turn to those now.

355.  **91st Psalm/Harvest Family Church and school: Men dominating women,
and sexually abusing girls.** Donna recalls that at 91st Psalm/Harvest, as with "all the

churches and ministries that I've been a part of throughout my life," it was the men who

had religious authority. "There were never women pastors, and the woman's role was

basically to be a doormat to her husband and do whatever he told her to do." (Tab 27, at

¶ 191.) Cynthia Shaider remembers, "Tom King frequently preached that a woman's

place was in submission to her husband. He often said that women should quit their jobs

and stay at home." (Tab 34, at ¶ 8.)  And he set an example with his own behavior.

Several witnesses describe Tom's wife as totally submissive to him.

356.  This culture of male domination, along with the sexual perversions of several

prominent men in the church, including Tom King and Alejo, created a culture in which

some men sexually exploited and abused girls – including their own daughters – with

impunity.  Three witnesses tell the story of Tom King's own niece being sexually abused

154

by a man who was Tom's friend, his brother in law's business partner, and a major donor to the church. It was a major scandal in the community, and Tom King's behavior at the time was so egregious that the other witnesses could no longer keep their heads in the sand. The girl was seven years old at the time, known to all in the community as a sweet and happy little girl. Ms. Boys personally witnessed Tom blame the girl for her own abuse, saying she was "flirty" or something along those lines and had been "asking for it." Looking back, she remembers his comments as "outrageously shocking…. This was not only a seven-year-old girl he was talking about, but it was his own niece. That really sent me over the edge." (Tab 10, at ¶ 20.)

357.   Mark and Nancy Keating, the only two formally trained educators who worked at the Harvest Family Church School from 1983 to 1988, were deeply disturbed by this girl's abuse and what they heard about Tom's reaction – which came to their attention as they struggled with their shared strong suspicion that Wendi was being sexually abused by Alejo (see below) (Tab 13, at ¶ 10; Tab 14, at ¶ 11.) According to Nancy, it was then that she decided to leave the school, the church/cult community, and Casa Grande altogether: "When all of this came to light, I just knew that Mark and I could not start a family in Casa Grande. Not in that environment. It was not healthy there." (Tab 14, at ¶ 11.)

358.   **91st Psalm/Harvest Family Church and its school: Monitoring and beating children.** Donna recalls, "We put Wendi into 91st Psalm Christian School in January, 1980 when she was nine years old, and it was a relief to know that she was getting a good Christian education and not having to worry that as a homeschooler I wasn't teaching her

everything she needed to learn." (Tab 27, at ¶ 227.) It was another example of Donna's neglect and wishful thinking, if not willful ignorance, which so harmed her daughter.

359.   Cal Lorts' own brother, Barry Lorts, acknowledges that the school had no teachers, only monitors. Consistent with Wendi's recollections and those of every witness who had been a student in the school, Barry reports:

> "The curriculum used at 91st Psalm was called Accelerated Christian Education, or ACE. Learning was mostly independent and students were taught by completing PACE booklets… Each book had a test in the back, and each classroom had a monitor… who graded it. The monitors weren't really teachers, they were mostly to keep order in the classroom and to grade the tests… I think the monitors were all volunteers." (Tab 16, at ¶ 6.)

Several parents and former students consistently describe the school environment as isolating, boring and oppressive. Students worked alone in cubicles, and were not allowed to speak to each except during lunch, recess and other non-academic activities. The monitors were volunteers who received no training and often could not answer even basic questions from the students. (e.g., Tab 35, at ¶ 8; Tab 23, at ¶ 22.) Jasper Neace recalls that there was "no formal group instruction except when we were instructed in the Bible, sewing, cooking, welding, physical education ('PE'), or photography. The remainder of our education was self-taught using ACE booklets." (Tab 23, at ¶ 23.)

360.   This would remain the case until Nancy and Mark Keating, who both had a Masters degree in education, were hired as principals in 1983, three years after Wendi arrived. (Tab 13, at ¶ 2; Tab 14, at ¶ 2.)  However, by all reports the Keatings mostly

focused on integrating sports into the curriculum; the academic curriculum and the school's operation were essentially unchanged.

361.  With one exception, that is: Tom King took over the church just as the Keatings arrived, and he took a much more active role than Cal Lorts had. This meant that any benefit from the Keatings was more than offset by Tom's dictatorial style and dramatic escalation of corporal punishment, that is, beatings of the children, which had always been practiced in the school.

362.  Not surprisingly, former students are uniformly negative in their accounts. Kimberly Wilson, who only spent three years at the school, from 1986 through 1988, recalls,

> "It was like a cult, in that, if you were a part of the church you had to be in the school. When I started going to school there [at age fifteen], I was not allowed to talk to my old friends from the public high school anymore, because they were 'bad.' Kids of my age, meaning fifteen to eighteen, were still getting 'the rod of correction,' meaning that they were still being hit with wooden paddles. I was intimidated by Tom. He acted as if he was God, or at least as if he had special direction from God." (Tab 38, at ¶ 12.)

Ms. Wilson then notes that, coming from public school at age fifteen, she knew things were different elsewhere, but Wendi and the other children there had never known otherwise.

363.  Jasper Neace had the misfortune of attending for many years, beginning in 1979 when he was twelve years old. He has vivid and detailed memories of the physical abuse:

"There were several main principles and guiding scriptures that were taught at the school and to which the school and church adhered. One that sticks out for me referred to us children, 'Beat them when they are young and when they are old, they won't depart from it.' …. Corporal punishment was standard at Harvest. If there was one thing the adults enjoyed, it was beating the hell out of kids. That was the number one thing adults did at the school. Kids at school got whooping for nearly everything; disobeying, not following orders, being unable or unwilling to memorize the scripture assignment… and incomplete homework." (Tab 23, at ¶ 28.)

Neace goes on to describe the beatings children received in the office, including the wooden paddles with scriptures written on them, and how the children had to lean over to receive the beatings, which typically consisted of three to five very hard blows to their behinds. (Tab 23, at ¶ 29.) Neace also recalls the public exposure and humiliation: "After the kids were swatted, they returned to the main classroom. Everyone knew what had happened. There were no opportunities to hide what happened and we were not permitted to have any secrets. The kid came back to the classroom and you could see it on their face. Sometimes they were just red and embarrassed, sometimes they were crying." (Tab 23, at ¶ 29.)

364.   Constance Boys, a parent at the time, recalls how fanatical Tom King was about physical punishment, and his repeated exhortations to beat their children: "I remember that Tom King frequently preached that children should be spanked. He encouraged us to spank our children often…. Nearly every transgression warranted a spanking in Tom King's mind. He quoted scriptures about it, such as, 'Foolishness is born in the heart of a

child and the rod of correction will drive it far from him.'" (Tab 10, at ¶ 6.) Ms. Boys also remembers an incident in which Tom rounded up and spanked about fifteen teenagers for some minor rule violation. (Tab 10, at ¶ 32.)

365.  In addition to multiple witness reports, there is an audio recording of a sermon Tom King delivered in the midst of these events, when Wendi was a teenager. Consistent with Jasper Neace's recollection of Tom's sermons, it is long and rambling, and includes Tom responding to questions from congregants. For the first eight minutes, Tom appears to free associate: he reads from scripture that he says refers to Jesus; he talks about the form of human "spirit bodies" in heaven, about spirits impregnating humans and creating a race of giants and, during the Salem witch trials, babies born with chicken feet and other bizarre features, which he says "are just a manifestation of a spirit being." (Tom King sermon, 7:53, Obtained by Capital Case Project.) He continues, locking onto one of his favorite topics: "They're a higher order than us. We're a low order. Just the natural man. OK?  We're made liken to God, but until our spirit is recreated in the likeness of God, we are [pause] prone [pause] to <u>evil</u>. (7:54 – 8:12, emphasis in spoken language) He continues:

> "And I know that gets over on somebody's problem of inherent sin, and uh,
> somebody tries to say man is absolutely good and, and, his environment and
> situation produces evil in him. But explain to me then, how can a two year old
> – not a two year old, how can a two year old? – how can a two month old
> throw a screaming fit and rebel against his parents when nothing's wrong –
> when his diaper's changed, his bottle's fed, his bed's made, everything's cool,
> accept he wants some attention and 'you're not giving me enough and I'm

159

gonna <u>let you know</u> about it.' See that's a sin nature. [pause] Now is he

conscious of that? No. No. I don't think so. But he knows how to <u>get his</u>

<u>way.</u>" (8:12 – 9:05, emphasis in spoken language)

366.  In the world according to the confused and abusive cult leader Tom King, a two

month old who needs attention and affection from a parent is "rebelling" against that

parent. For those who, so to speak, "drank the Kool-Aid" in Tom King's cult, a two

month old who is expressing the most basic human need for affectionate physical contact

with a parent (a need that research has shown is as great or greater than the need for

food), and expressing that need through vocal signals, is manifesting his "sin nature."

367.  Of course it can be stressful, as a parent, when you feel you've done all you can,

when you feel physically and emotionally spent, to have your infant cry for more

attention, especially if frustration is in his or her voice. Feelings of helplessness and

frustration, even anger, may naturally arise in parents. Sometimes they may feel their

baby is "rebelling" against them or even "tormenting" them. This is all very human, and

understandable. Nonetheless, such attributions are not reality, and sane and healthy

parents quickly realize this when the crisis has passed. To call the infant's behavior

"rebellion," and to cling to this mistaken belief long after the crying has stopped, is

delusion; for the ability to "rebel" is far beyond that of any infant.

368.  By all reports Tom King was able to reinforce such delusions already present in

some parents among his followers, and to impose them on others who were well-intention

but vulnerable. In addition, Tom instructed parents to literally *beat* this alleged sin and

rebellion out of their children. He told them it was God's will. Indeed, later in the same

sermon he gives detailed instructions, sometimes in response to a congregant's question,

on how to beat children of different ages, including two month old infants (with a wooden spoon).

369.   But before Tom gets to that, right after the passage quoted above, he condemns and mocks the toddler who says "mine" in an angry tone, then free associates to memories of beating the young children of his followers:

"How come he clenches his [pause] lips, and this six-foot, two-hundred pound pastor beats him on the behind and he's a little forty-pound, two-foot high kid, [pause] clenches his lips – [whispered aside, likely inaudible to congregation] just defiant – 'I shall not cry.' [long pause] And what happens if you just beat him a couple times, couple swats, and let that defiance and rebellion stay? You produce more in him. [long pause] One preacher says, 'You beat 'em 'til they cry, and you keep on beatin' 'til they cry softly.' Because if they go [lets out a long wail], it's rebellion, and you gotta get 'em until their spirit is broken. And it's one – and that happens – and you know when they're spirit is broken – you know what they do? They come by my office, wherever I'm at, they know, and they say, [in whispered, meek tone, as a congregant laughs at his facial expression] 'Hi Pastor Tom.' And they say, 'I'm doin' good.' It changes their spirit. It changes from the inside. It [Old Testament scripture] says, 'The rod will drive foolishness far from them.' If you beat him with a rod, he won't die. You'll beat him with a rod and [voice rising almost to a shout] deliver his soul from Hell.'" (9:25 – 10:42; emphases in spoken language)

370.   This insanity is what Donna and Alejo, well into Wendi's teenage years, completely bought into. As Donna puts it, at the time she believed such "punishment" of

161

children was "necessary to drive sin from them and bring them up properly." (Tab 27, at ¶ 231.)

371.   As discussed above, Donna and then Alejo had been beating Wendi for even the smallest acts of disobedience (real and imagined) since she was a toddler. In contrast, Jasper Neace's parents never beat him until they began attending 91st Psalm. "I believe my mother thought she was doing the right thing. She was brainwashed by the church's teachings, and she acknowledges that now. Every time I talk to her, she apologizes for what she put us through. I have to be careful not to bring it up, because she cries and cries and feels so badly about it." (Tab 23, at ¶ 30.) Neace notes that, perhaps because he did a lot of work for the school and Tom and Alejo felt they needed him, he was seldom beaten at school. His brother and sister, however, "were some of the hardest hit, both physically and mentally. They were whooped about three times a week." (Tab 23, at ¶ 33.) His brother was deaf and had a hard time memorizing scripture, which in the school meant being "punished hard and beaten severely because of his disability." (Tab 23, at ¶ 34.) As for his sister, an unattractive and awkward girl who never fit in, who was not only beaten but at age sixteen raped by a church member: "The church destroyed Sherry." (Tab 23, at ¶ 35.)

372.   Some parents, like Martha England, could not bring themselves to beat their own children, but remained silent as Tom and others attempted to beat them into submission. Mrs. England told me that she now realizes her children, who constantly pleaded with her to leave the church/cult and take them out of the school, in part because of the beatings, were right all along. Constance Boys reports that her son Lonnie cannot even talk to her about his time at the church and school: "[H]e is too traumatized. He is

really bitter.... To this day, I rarely speak to my son. We don't have a great relationship."
(Tab 10, at ¶ 25)

373. **Alejo in the church/cult community: Emotional and physical cruelty, sexual
perversion and harassment.** As a friend of Cal and Barry invited to be youth pastor,
Alejo quickly became one of the church/cult "leaders." In that community, this meant
having the authority – or at least claiming it and imposing it whenever he could – to
present his own confusion as God's truth and his own cruelty as God's will. As youth
pastor Alejo had many opportunities to beat children into submission, and to humiliate
those whose "rebellion" he could not stamp out. Youth pastor was also a perfect position
from which to inflict his sexual perversions and compulsions on captive children. And
when not with the children, he was sexually harassing women throughout the community.
Alejo's ability to get away with such behavior was only strengthened over the years, as
he became assistant pastor and Tom's "right hand man," while remaining youth pastor.
(Tab 23, at ¶ 24; Tab 11, at ¶ 10.)

374. Jasper Neace remembers Alejo as "particularly abusive to the children and to
my brother Michael, beating them both during the school week and during Sunday
school." (Tab 23, at ¶ 33.) Cynthia Schaider, a parent at the time, gives a more detailed
picture of how Alejo related to the children, and the fear and confusion he caused them.
She describes his immaturity and childishness, which could be playful and fun but also
inappropriate and confusing, and how such behavior unpredictably alternated with
harshness and cruelty.

"Alejo was unpredictable and temperamental. As youth pastor, he could be
silly, irreverent and playful with the children and they enjoyed him at times

because, in many respects, he was a big kid himself. He was goofy. On the other hand, he created loose and unsteady boundaries with them. Some days the children could get away with almost anything. The next day, however, the same behavior wasn't permissible and was punished. He used his authority at school to bully the children. If they did something to make him angry, he made sure that they were humiliated. He was so harsh on them." (Tab 34, at ¶ 6.)

375. Another parent, Constance Boys, also recalls Alejo's unpredictability and harshness and their effect on the children. "Members of the church were scared of Alejo, especially the children…. [Y]ou never knew how he was going to be. Sometimes he was happy-go-lucky and such a goof-off, and other times he got in these black moods…. One minute he was joking around and having fun… and the next moment he was dark and moody and anyone around him was afraid to do or say anything." (Tab 10, at ¶ 10.) It was the same unpredictable mix of immaturity, childishness, ignorance, harshness and cruelty that Wendi experienced every day at home.  But there was more in the mix, in both the community and the home: sexual perversion, compulsivity, and pedophilia.

376. Jasper Neace recalls Alejo's sexualization of the girls in his youth ministry services and classes on scripture. "Alejo put most of his attention on the girls in the class. I remember feeling that he was more interested in them. I remember him licking his finger and touching their ears and acting real flirty. None of the guys liked Alejo; we all talked about it." (Tab 23, at ¶ 25)  Neace remembers talking to the girls as well about Alejo's unwanted sexual attention and contact. "On numerous occasions I heard many different girls complain about being alone with Alejo… As I understood it, Alejo…

touched the girls in PE class. It was all under the guise of aiding them in stretching and things like that, but the children were under the impression that it was just an excuse to touch them." (Tab 23, at ¶ 40.)  Neace also remembers girls telling him they were "creeped out" by the way "Alejo licked his finger and then touched their ears with it." (Tab 23, at ¶ 40.)

377.  Kimberly Wilson, a student at the school from 1986 to 1988, remembers being extremely disturbed by Alejo's behavior. "He made a lot of sexual comments; everything was sexual innuendo to him" (Tab 38, at ¶ 5.) Things got so bad, she recalls, that she "went with another student, Lonnie Carlin, to talk to Pastor Tom about Alejo's inappropriate behavior." Tom "seemed to listen" and "appeared to be taken aback," but "nothing ever came of it." (Tab 38, at ¶ 5.) Like Kimberly Wilson, the parent Constance Boys recalls that there was "always a sexual undercurrent to the things Alejo said," and that he "constantly made jokes of a sexual nature around children as well as adults." Ms. Boys also relates specific incidents, including a time she confronted him for saying something about her breasts. Ms. Boys recalls, as well, that "many of the children, when they entered the pubescent stage, complained that Alejo was making sexually inappropriate comments to them." (Tab 10, at ¶ 8.)

378.  Alejo himself has implicitly – if unwittingly – admitted to what these now-grown children and their parents describe. At one point in our interview, Alejo said that when he got older he "joked around" with his aunts and uncles (who had previously verbally sexually abused him) about sexual things.  I responded by asking, "Is this something you do yourself?" and he said, "No, not with teenagers, no" – even though I had said nothing about teenagers.  When asked what he taught as youth minister, he

responded, "I'll tell you what they <u>expected</u> of me," let out a big laugh and continued,
"Trying to teach them the life of Christ, how to walk in the life of Christ" (emphasis in
spoken language). When I asked what the laugh was about, what other things he was
teaching, he replied, "track meets."

379. This particular behavior with me corresponds to the memories of Ms. Boys: "I
recall firsthand that he spoke that way to myself and to Cyndee Justus. I recall telling him
time and again, 'That's not funny, Alejo.' He always responded the same way, with
something like, 'You have a dirty mind Connie, you're the one taking it there.'" (Tab 10,
at ¶ 8.) In his interview with me, the sexual innuendo was completely implicit, in his
"I'll tell you what they <u>expected</u> of me" comment accompanied by a loud laugh; and his
denial and minimization of the sexual meaning were implicit as well, taking an evasive
and non-confrontational form (by implausibly referring to "track meets"). But the
exchange otherwise mirrored the more explicit sexual references and outright denials
("you're the one taking it there") that he routinely directed at Ms. Boys and other female
church members.

380. Ms. Boys also remembers the helpless resignation of other church/cult
members, and the leadership's failure to support Alejo's many victims or hold him
accountable: "Everyone knew how Alejo was, but no one seemed to care. Tom King and
the church leaders did absolutely nothing about it, except to punish children if they
complained." (Tab 10, at ¶ 8.) In her interview with me, Martha England went further,
saying she would not allow herself to know the truth about Alejo, although her daughter
Suzy "was always telling me stuff" about Alejo being "perverted" and always angry
when her mother did not believe her. Looking back on her refusal to listen to her

daughter and face reality, Martha, who as noted above had her own history of childhood sexual abuse, acknowledged that she "didn't want to think something was bad." Like Ms. Boys, her husband at the time, George Carlin, also complained to Tom King about Alejo's behavior. Mr. Carlin reports that Tom "just ignored it and criticized my family's childrearing practices, which he believed were too permissive, instead of doing anything about Alejo." (Tab 11, at ¶ 13.)  After their fourteen or fifteen year old daughter Sarah complained that Alejo had made a reference to oral sex as she and a friend ate popsicles, both parents confronted Alejo, who denied it, after which they told Tom.  Ms. Boys remembers his response as a wake-up call: "Tom said, 'If that was true, God would have told me.' That's when I realized just how crazy Tom was." (Tab 10, at ¶ 11.)

381.  Both of the school's well-meaning and universally liked principals, Mark and Nancy Keating, recall Alejo's inappropriate sexual behavior and its effects on the women and families of the church. Mark remembers that Alejo's sexually inappropriate jokes were "not well-received at the church." (Tab 13, at ¶ 5.) Nancy reports:

> "Alejo was often side-tracked to perversion. He made perverted jokes in front of and to some adults, including Connie [Boys] and Cindy Justice, both of whom were bothered by Alejo's behavior. Alejo just laughed to himself and found ways to talk about objects as if they were male genitalia. Before a school or recital performance, Alejo made such a joke about one of the microphones, in front of everyone. Sometimes he made gestures imitating intercourse…. He upset a lot of people with his inappropriate behavior." (Tab 14, at ¶ 6.)

According to Mark Keating, "Alejo was addressed by a number of fathers at 91st Psalm and Harvest about his sexual gestures made toward some of the adult women at the church, Cindy Justice and Connie Carlin [now Boys], in particular." (Tab 13, at ¶ 5)

382. Ms. Boys says that several years ago she and Cyndee Justice finally talked about those experiences in the 1980s. "We sat down and talked about the church and how crazy it all was. I'm not going to remember everyone now, but we counted thirteen families that left the school directly because of Alejo." They also reflected together on the church's culture of domination by emotionally, physically and sexually abusive men, and how Alejo sexually harassed them and others with impunity. "Many people went to Tom about Alejo's behavior, and Tom refused to believe it. He completely rejected it. It sickens me to even think about it." (Tab 10, at ¶ 23.)

383. Indeed, reflecting on how Alejo was viewed by the entire community, Ms. Boys says, "I think that [Alejo] was a pervert and I think that everyone else thought so too." She then adds, as addressed in detail below, "For years, there were rumors abounding that Alejo was molesting Wendi. Wendi complained about it to other members of the church. I don't remember specifically who knew what, but I do remember that it was generally discussed." (Tab 10, at ¶ 7.)

384. Available witnesses provide only one report of Alejo actually acknowledging his abusive sexual behavior when confronted. George Carlin tells of once directly confronting Alejo, apparently including about the concern that he was sexually abusing Wendi. Carlin says that Alejo at first "denied everything," but after he continued to press him, Alejo "finally confessed to his inappropriate behavior and admitted he had a problem sexually." Carlin continues, "Alejo asked me, 'What should I do, should I resign

from the church?' Looking back, I wish I would have just told him to resign, but instead I told him that he needed to ask for forgiveness and stop his inappropriate behavior." (Tab 11, at ¶ 10.) Of course, Alejo was incapable of stopping such behavior without major intervention from others – most likely including treatment in a sex offender program, as well as being held accountable by the legal system. And so, by all reports, after Carlin's single and brief confrontation, nothing changed.

385. **Wendi's family: Views from the outside.** Having established the all-encompassing emotionally, physically and sexually abusive environment in which Wendi's family was immersed when Wendi was nine to eighteen years old, as well as Alejo's use of his position of authority within the cult to emotionally, physically and sexually abuse and harass women and children, we can begin to address what was going on within Wendi's family during those years, starting with accounts of witnesses from the community. The information available from witnesses is limited, for a few main reasons: Donna and Alejo did not socialize with other adults in the community or invite them to their home; Donna generally kept a low profile in the community; and Donna kept her distance from Wendi and Alejo, which meant witnesses had little to observe and remember, aside from an absence of relationship and interactions. Also, witnesses' many observations of Alejo and Wendi's disturbing, inappropriate and sexualized relationship are presented in depth later, in sections specifically addressing Alejo's emotional, physical and sexual abuse of Wendi.

386. When the Ochoa family joined the church, they were renting in a low-income housing development. Cynthia Schaider, who joined the church about a year after Wendi's family, recalls the family's poverty. She remembers them living in the rental and

later in a small house they bought in a development where many homes had cracking foundations and some were abandoned and boarded up. (Tab 34, at ¶¶ 4, 5.) Donna and Alejo acknowledge their poverty as well. As noted above, upon moving to Casa Grande in 1980 Donna's minimal source of income was babysitting paid for by the state (Tab 28, ¶ 87), while Alejo did sporadic, low-paying non-union construction work (Tab 24, at ¶ 74). Donna's reported earnings from the babysitting in 1980 were under $1500 (i.e., only "Self Employment" earnings were reported for 1980; Tab 68; Tab 68.B.).

387.   In early 1981, the church hired Alejo as a groundskeeper, janitor and youth pastor, and Donna as a bookkeeper. As Donna recalls, "When the church hired Alejo, they really hired both of us. When determining how to pay us, they asked us, 'What are your living expenses?' and they paid us just enough to meet the expenses." (Tab 27, at ¶ 230.) And so the family barely scraped by from 1980 to 1984. Then Donna began working full-time at Ak-Chin farms, a business owned by Donny England, husband of Martha England. From 1985 to 1988, when Wendi graduated from high school and left home, Donna earned between $12,500 and $13,500 per year from Ak-Chin Farms, which, combined with Alejo's meager salary from the church/cult, put them at or above the poverty line. (Tab 68; Tab 68.A.; Tab 68.B.) Constance Boys, who also worked at Ak-Chin Farms from 1983 to 1985, recalls that Wendi's family was "poor as church mice" and that when Donna started working there she repeatedly complained of how much they were struggling financially. (Tab 10, at ¶ 37.)

388.   Ms. Boys also describes, in great detail, how Donna embezzled from Ak-Chin farms by using a PriceClub charge account to charge things for her family. Ms. Boys reports that she repeatedly told Donny England about this, but he did nothing and she

eventually quit in disgust. Ms. Boys also reports that another employee eventually, in 1988, took evidence of Donna's embezzlement to a local tribal council. This led Donna finally to confess, quit her job, and sign a document promising she would repay $30,000 to the company – although, according to Ms. Boys, via the employee who had brought the information to the tribal council, Donna never did repay anything. (Tab 10, at ¶¶ 37-41.) An additional twist on the story, which is consistent with Donny England looking the other way and Donna receiving special treatment: Ms. Boys reports that on the day Donna finally confessed, Tom King knew within hours and pulled Ms. Boys aside before an evening church service to say, "Don't you dare tell anybody." (Tab 10, at ¶ 41.)

389.   Although Martha England's membership in the church/cult dated to 1976, only after her family moved to Casa Grande from Maricopa in 1981 did she enroll her children in the school and get more involved in the community. Looking back on that time, Martha recalls being immediately bombarded by church people, and that Wendi's family, especially, spent a lot of time at her house. Donna liked to cook in the England's big kitchen. In her interview with me, Mrs. England recalled feeling repeatedly put upon by Donna, who appeared to assume that she could come to the England's house and cook in her kitchen whenever she wanted. Martha also recalls that Wendi was very attached to her, and often visited her home alone; Wendi would follow Martha around and help her with chores. Wendi also played with Martha's son, Donny, who was her age.

390.   Reflecting on her observations of Wendi's relationship with her mother, Martha recalled that Donna was "so out of the picture for so long." Donna herself admits as much, and as described below, Donna's neglect and abandonment of Wendi only

171

escalated further after surgeries Donna had in the early 1980s and after she starting to work at Ak-Chin Farms in 1984.

391. The other witness recollections of publicly visible behavior between members of Wendi's family, aside from those between Alejo and Wendi, were of Alejo's treatment of Brandon Ochoa, who was around two years old when he came to live with Wendi's family in 1987, when Wendi was sixteen or seventeen years old. Constance Boys recalls observing Alejo's treatment of Brandon and the effects it had on the little boy:

> "I remember when they first got him. They were so strict on that little boy. I
> worked in the church nursery from time to time, so I had Brandon with me
> during some of the services.... I remember that the punishment Brandon
> received from Alejo was always so harsh. It seemed to me that he was beaten
> a lot. I recall that Alejo talked to him with such a harshness to his voice.
> Brandon always seemed nervous when Alejo was around. Brandon was a
> hyper little kid and Alejo yelled at him constantly." (Tab 10, at ¶ 36.)

392. **Wendi ages nine to thirteen: Observations of adults and children in the community.** Other members of the church/cult at the time, both adults and children, tend to speak of Wendi in very positive terms, of how she was friendly and a model student; but many, especially those who were adults at the time, also remember being concerned that Wendi was fearful, beaten down, and being sexually abused by Alejo. One friend at the time, Jeri Lynn Cunningham, not only has both types of recollections, but reports that she herself was sexually abused by Alejo from ages eleven to thirteen. Finally, the observations of some who knew Wendi during those years show how Alejo's pathological and incestuous relationship with her led to what some might view as

"manipulative" qualities that are better understood as attempts to cope with pervasive domination and abuse at church, school and home.

393.  Jasper Neace was a few years older than Wendi, but because students of all ages were in the same room for years and both stayed after school to work on the grounds with Alejo, Neace recalls, "We spent so much time there we practically lived there." (Tab 23, at ¶ 36.) He reports learning later, when Wendi was around fifteen years old, that Wendi was being abused by Alejo. In the early years Wendi only confided that she was being beaten at home. (Tab 23, at ¶ 37). Most of Neace's memories of Wendi when she was nine to thirteen years old are of very positive qualities that impressed him as well as other kids at the school. "I remember Wendi as the all-American girl. She was funny and cute. She was talkative, outgoing, and smart. She was what every guy would want…. Wendi was in and out of all the groups [of kids] and was accepted by everybody." (Tab 23, at ¶ 3.)

394.  Apparently Wendi's "all-star" qualities could be intimidating to children who were new to the school, especially girls. Kimberly Wilson (last name Ethington at the time) recalls that when she first met Wendi, she thought she was "snobby" because she was a "good student" who "did all her work."  It seemed to Kim that Wendi set the standard as the star student that the other children were compared too. But before long, "After getting to know Wendi better, I realized she wasn't snobby at all. I liked her and we became friends." (Tab 38, at ¶ 2.) Jeri Lynn, also same age as Wendi, began attending the church and school about a year after Kim and Wendi, when she was ten years old. Jeri Lynn has very fond memories of Wendi, from as soon as she arrived at the school: "Wendi went out of her way to befriend me. I was a shy child and didn't have a lot of

friends. Wendi, on the other hand, was very popular and stood out amongst the crowd."
(Tab 12, at ¶ 3.) They "bonded quickly and became inseparable. I began spending a lot of
time at Wendi's house. Sometimes I spent the night there. We were best friends." (Tab
12, at ¶ 3.) Jeri Lynn goes on to relate how Wendi helped her to become more self-
confident, to overcome her shyness to make new friends, and was generally
"compassionate and available to anyone who needed her." (Tab 12, at ¶ 4.)

395. Clearly Wendi had these positive qualities, which greatly impressed children
like Jasper, Kim and Jeri Lynn, particularly her ability to be compassionate and care for
others. At the same time, this should not be taken as evidence that Wendi was a happy
and healthy, socially and emotionally competent girl. With the history of unrelenting
neglect, emotional, physical and likely sexual abuse she had already endured by age nine,
that is simply impossible. Instead, what Jeri Lynn and the others describe is a young girl
who was always highly social by nature, but also a young girl who had learned to cope
with the neglect, abuse and totalitarian control of her parents and cult environments by
*submitting to authority* and *taking care of others*. As a young child fearful of adults who
could beat her at any time for anything they might construe as disobedience or rebellion,
adults who, in short, demanded complete submission of her will to theirs, Wendi had
learned to align her needs for love and affection with adults' needs (and demands) to be
obeyed and taken care of. It was an imperfect alignment, to say the least, and grossly
inadequate to her needs. But it was the best available option given Wendi's temperament
and personality.

396. In these years from nine to thirteen, Wendi's cognitive development continued
to unfold (with little help from her impoverished educational environment) and, having

left the traveling cult and become trapped in a stationary one, she had other children in her school and community.  For Wendi, this meant taking her main survival strategy of caring for others and applying it in new ways, including balancing obedience to adults with caring for other kids.  In her friendship with Jeri Lynn, this meant sharing knowledge and teaching skills that, for Wendi, had become second nature.  Jeri Lynn tells a story of Wendi coaching her on how to act with an adult who was angry because Wendi and Jeri Lynn allegedly had been exhibiting "bad attitudes."  Jeri Lynn recalls, "I was so terrified on the way to the office, I couldn't help but look upset. Wendi told me over and over again, 'You need to smile or we're going to get in trouble again for having a bad attitude.'" Jeri Lynn was still anxious but managed to smile, and they avoided a beating. (Tab 12, at ¶ 6.)

397.  Other positive qualities of Wendi's were observed by adults, including Nancy and Mark Keating, principals who arrived when Wendi was twelve or thirteen and were liked and respected by the children. Upon arriving at the school in 1983, Nancy Keating was impressed with Wendi as "a lovely little girl" who was "always very put together" and a "very conscientious student." Wendi stood out as a student who "really pushed herself" and "wanted to make something of herself." (Tab 14, at ¶ 5.)  Nancy also immediately noticed that Wendi and Alejo were together "most of the time" before and after the school day, with Wendi helping Alejo with the grounds keeping. She recalls too that neither Wendi nor Alejo spent much time with Donna, who was "more like a once-a-week church goer." (Tab 14, at ¶ 8.)

398.  As with his wife, Mark Keating says that Wendi quickly "made a big impression" on him; she put in great effort on the swim team he and Nancy started, and

was "the fastest girl out there" in a swim time trial. (Tab 13, at ¶ 4.) Both Nancy and

Mark also quickly perceived that Alejo and Wendi did not have a normal father-daughter

relationship. It seemed too intimate, more like they were a couple. Nancy recalls, "There

was something off about Alejo's relationship with Wendi. It was more of a teasing

relationship, not a father-daughter relationship." She also noticed that while Alejo was

proud of Wendi, it seemed she "needed to be perfect" around him. (Tab 14, at ¶ 7.) Mark

reports "There were things about Alejo's dynamic with Wendi that did not sit right with

me," and goes on to report an incident he witnessed one night: "I looked into the parking

lot and I saw Wendi and Alejo. Wendi leaned into Alejo and they kissed on the mouth.

Something was weird about it. It was not a father-daughter kiss…. This stuck out in my

mind so much, I told Nancy about it." (Tab 13, at ¶ 6.) Exactly when this incident

happened is not clear from his report, and he may not remember. As we shall see, both

Nancy and Mark Keating report that eventually they became convinced Alejo was

sexually abusing Wendi, and recall an incident where they felt certain Wendi was on the

verge of disclosing such abuse to them (but was cut short by Alejo suddenly coming into

the room). Those reports, however, appear to refer to times Wendi was older than

thirteen, and thus are covered below.

399. Although she did not want to accept it at the time, Martha England was also

presented with information that Alejo and Wendi were "close" in totally inappropriate,

sexually abusive ways. And Mrs. England knew some of the context and contributing

factors as well.  She recalled that Donna had problems with an intra-uterine device when

Wendi was about ten, and because church discouraged medical care it got worse and

worse until Donna was in so much pain that she would retreat home to her bedroom. As

we shall see, Donna too describes pulling back from Wendi even more during this time, which included two surgeries, the first when Wendi was ten. Mrs. England also said that when Wendi was about ten years old, Wendi told Mrs. England's daughter, Suzy, that when she went home "her Daddy would have her put on her baby doll nighty and lay in bed with her."

400.  Yet like almost everyone else, with the exceptions of Jasper Neace, who was only a child, and George Carlin, who only once attempted an ineffective private confrontation with Alejo, Mrs. England neither said nor did anything to protect Wendi. She recalled, "I didn't want to think something was bad," and that like her daughter's other reports of Alejo being "perverted," she did not want to believe it. Trying to make sense of her own response at the time, Mrs. England became pensive and said, "In your mind you cast things out... I knew Alejo loved me," then added, "I was so blinded and brainwashed by the church's teachings." Finally, Mrs. England spoke of having been sexually abused by her older brother Gary, an infamous Arizona murderer and jail-breaker, and how as a young girl men had fondled her "over and over." She then said, "If Alejo fondled her, like Gary didn't penetrate me... that's normal, that's the way it was."

401.  Other children than Suzy England were seeing evidence of Alejo's sexual relationship with Wendi. One of them was Lonnie Carlin, George Carlin and Constance Boys' son who is Wendi's age, who ultimately did not feel comfortable going on the record with what he reported to an investigator. Still, the evidence warrants consideration here, and is consistent with Mrs. England's recollections of her daughter's reports as well as Donna's (detailed below). A Capital Case Project investigator was told by Lonnie Carlin that, when he visited Wendi's house when they were ten or eleven years old,

sometimes with other children present as well, "Wendi frequently dressed in revealing lingerie and showed it off to the other children." When Wendi was asked where she got the lingerie, she told Lonnie and the other children that Alejo "liked her to 'dress up' and that he wanted her to 'look her best.'" Lonnie recalls that Wendi "pranced around in thong panties and stockings."

402.  Among the most explicit and extreme reported evidence that Alejo was sexually abusing Wendi during these years comes from Jasper Neace. As noted above, Jasper was three years older than Wendi but often spent time with her after school, where he did grounds work with Alejo. Jasper reports Wendi told him, when she was eleven or twelve years old, "that Alejo touched her in a sexual way," and that "[s]he was really upset and she was crying about it." (Tab 23, at ¶ 42.) Jasper also recalls "being under the impression that Alejo wanted to have sex with Wendi, and lists a variety of comments he says Wendi made to him and behaviors he says he witnessed, all of which led him to that conclusion:

> "She told me things on several occasions that led me to believe that. Often,
> they were just little remarks. She said that her dad was disgusting. She said
> that her dad licked her neck. She said that her dad put his tongue on her and
> rubbed her upper leg…. She often screwed up her face in disgust when Alejo
> was nearby. I got the impression that she was afraid to be alone with him, that
> she was scared of what he might do…. She immediately changed when he
> walked in the room. I recall that she always crossed her legs and kept her
> dress pulled down as far as it would go. She sat there real quiet, and you could
> just feel the tension. She never wanted to sit too close to him, and when she

got in the car with him, I recall that she'd get in the back seat. She never sat next to him in the front." (Tab 23, at ¶ 42.)

403.  Thus Jasper reports witnessing myriad evidence that Wendi was disturbed and repulsed by Alejo, and afraid that Alejo might, at any moment, inflict upon her mind and body his sexual obsessions, compulsions and perversions – of which everyone in the community was by then well aware, thanks to Alejo's frequent and often public sexually inappropriate and harassing comments, jokes, and gestures. Looking back with bitterness, Jasper comments, "It seemed that no one had the guts to flat out tell on Alejo and what he was up to with her. It was hard being a kid in that situation because the adults had all the power." (Tab 23, at ¶ 42.) Jasper Neace was ultimately expelled from the school, under circumstances (that he and another witness report) included telling Tom King that Alejo possessed hard-core pornographic magazines and getting into a physical altercation with Tom and Alejo.

404.  Like Mark and Nancy Keating, Jeri Lynn Cunningham reports evidence that is consistent with most other witnesses' reports. Jeri Lynn recalls that "Wendi and Alejo had a different kind of relationship – it wasn't a father-daughter relationship." Jeri Lynn's comment casts light on a dynamic of incestuous father-daughter relationships in which the sexual abuse does not involve violence but is part of a "coupling" imposed on the child – not only by the pedophilic father, but by the neglectful mother who withdraws from both daughter and husband.  The details of how this dynamic unfolded in Wendi's family are provided below, in Donna and Alejo's accounts of these years of Wendi's life. Here the focus is what adults and children in the community witnessed, including the Keatings and Jeri Lynn. As the latter recalls, "Looking back now, I would call their

relationship 'flirty.' Sometimes when Wendi spoke to Alejo, the tone of her voice changed and she gave him these flirtatious looks, especially if she wanted or needed something from him. Wendi switched between calling Alejo 'dad' and 'Alejo.'" (Tab 12, at ¶ 14.)

405. Finally, another consequence for the social development of children caught in incestuous relationships is captured by the recollections of Shawn King, son of cult leader Tom King. Shawn was Wendi's age and became very close to her during these years, ultimately becoming her boyfriend when they were sixteen or seventeen. In his deposition by Wendi's attorneys, Shawn describes Wendi when he first met her, when she was eight or nine years old, as "very energetic and outgoing" and "happy as a general rule." (Tab 15, at p.11.) He then goes on to say, "But there was always a bit of perhaps question in that from my – I don't know. From my perspective, you know, like a little bit underneath it maybe." (Tab 15, at p.11.) Asked to clarify, Shawn replied, "She was just very – she was very – I don't know how else to say it. She was kind of devious in things. So I always knew she had a kind of a plan underneath what she was doing." Shawn then went on to describe how Wendi would often get away with things that other kids didn't, like pinching other kids, which was a "big thing at one time" among the kids at the school. "[S]he was just good at that on the sly kind of thing." (Tab 15, at p.12.) Shawn's memories are consistent with those of Jeri Lynn, who remembers Wendi coaching her on how to smile and display the attitude that adults wanted to see in order to avoid being beaten. Yet in Shawn's comments are also echoes of his father Tom King's voice, and his fathers' perceptions of "defiance" – along with "rebellion," "sin" and "evil" – whenever a child pursues needs or wishes that fail to perfectly align with *controlling adults'* needs,

wishes and demands. Most important here, however, is that Shawn's observations, shorn of judgmental and condemning connotations, reflects one of Wendi's main strategies for coping in a cult community and an incestuous family.

406. **Wendi ages nine to thirteen: Close friend sexually abused by Alejo.**

Wendi's friend Jeri Lynn Cunningham was sexually abused by Alejo from ages eleven to thirteen, but never told anyone, including her parents, until questioned by an investigator on this case. Jeri Lynn remembers being afraid of what her father would do to Alejo if he found out, and fearing that if she told she would never see her friend again. (Tab 12, at ¶ 19.) I also spoke directly with Jeri Lynn, in her home, where she recounted the same details of Alejo sexually abusing her as he lay between Wendi and her in Wendi's bed. As a researcher who has studied memories of child sexual abuse, and as a therapist who has worked with many clients with histories of child sexual abuse, it is my opinion that Jeri Lynn was a completely honest and credible, although (understandably) self-conscious and reticent, reporter of events she had experienced.

407. Before detailing her account of sexual abuse by Alejo in Wendi's bed, it is helpful to review and quote from her reports of other sexualized behaviors that Alejo engaged in toward her and Wendi. One incident occurred when Wendi and Jeri Lynn were twelve years old in 1982, and Jeri Lynn accompanied Wendi, Alejo and Donna on a trip to California. They camped at the beach and used outdoor showers. One day Wendi and Jeri Lynn were taking showers in their bathing suits, feeling freezing cold, when "Alejo pulled out his camera and took a bunch of pictures of us as we showered. He laughed and made fun of us until Wendi said, 'Stop, dad!'" In a pattern that appears over and over, the girls felt violated and angry, but "Alejo thought it was so funny." Jeri Lynn

notes that this is one of only two memories she has of the entire trip (the other was of Wendi buying her a trinket at Sea World, which she has always kept because Wendi's act of kindness meant a lot to her). (Tab 12, at ¶ 8.) At least in partial corroboration of this story, in Donna's "Treasured Memories" booklet that she gave Wendi for high school graduation, the entry for the phrase beginning, "Remember when we went" reads "to California in 1982 and Jeri Lynn also went. Taking showers out in front of everyone." (Treasured Memories booklet, Obtained by Capital Case Project.)

408.  Another incident occurred when Wendi and Jeri Lynn wanted Alejo to take them into the desert at night to tell scary stories. Alejo promised to drive them out into the desert, but only if they first did what he wanted:

> "Alejo laid on the couch and forced Wendi and me to rub his feet and rub his head until he fell asleep. As we did this, Alejo laid his head in my crotch, facing my crotch. It felt so wrong. I wanted so badly to lift his head off me and get out from underneath him, but his head was heavy and I was afraid he would wake up. I sometimes wondered if Alejo was actually sleeping or if he was just pretending so he could keep his head in my crotch. It went on for a long time until Wendi 'woke up' Alejo and asked him to hold up his end of the bargain and drive us out to the desert." (Tab 12, at ¶ 16.)

409.  There were many other occasions involving drives to the desert and Alejo demanding the girls provide him with some sexualized gratification. Jeri Lynn recalls, "Alejo drove us out into the desert, about ten minutes away, under the condition that we wear our nightgowns. Wearing my nightgown at Alejo's request made me feel uncomfortable and I knew something wasn't right about it." (Tab 12, at ¶ 17.)  We have

182

already heard of Lonnie Carlin's memory of Wendi "prancing" around her house in lingerie Alejo bought for her, and of Martha England hearing through her daughter of Wendi curled up in her nightgown with Alejo at night. Below we will read Donna's account of Alejo buying Wendi a whole drawer full of lingerie and other highly revealing and sexualized clothing by the time she was thirteen, as well as Alejo cajoling Wendi into posing in lingerie for him to photograph. What is important here is that Jeri Lynn reports *numerous* occasions, repeated over two to three years, where Alejo coerced Wendi and her friend into wearing nightgowns for no other reason than to satisfy him.

410. Where was Wendi's mother while all of this was going on? As Jeri Lynn reports, "I remember so clearly that Donna went to sleep early every night. The reason I remember this so distinctly is because Alejo's mannerisms and actions changed as soon as Donna went to sleep, when it was just the three of us: Alejo, Wendi, and me." (Tab 12, at ¶ 15.)

411. Jeri Lynn continues, "From the time I was about eleven years old until I was approximately thirteen years old, Alejo molested me. He also sexually molested Wendy." (Tab 12, at ¶ 15.) Jeri Lynn provides details of a frequent experience of sexual abuse by Alejo:

"When I spent the night at Wendi's, Wendi and I slept in her bed in her bedroom. Alejo came into the bedroom late at night and laid in bed between us. While he laid between us, Alejo touched me sexually by putting his hands on my breasts. I moved his hands away from my breasts over and over again as I drifted in and out of sleep, but his hands always wound up there again. Alejo's behavior made me feel sick and uncomfortable. Alejo laid down

183

between us throughout what seemed like the duration of the night and into the early morning. I don't recall Donna ever waking up to see where Alejo was or what he was doing." (Tab 12, at ¶ 18.)

412.   When Jeri Lynn was about thirteen years old, Alejo's middle-of-the-night fondling ended. She had no idea why at the time, nor does she now. (Tab 12, at ¶ 20.) Jeri Lynn says that she never told anyone about this until contacted by investigators retained by Wendi's defense team. She says she thought about telling her parents, but was afraid of what her father would do to Alejo. She was also afraid that she would never see Wendi again. (Tab 12, at ¶ 19.) These are common responses of sexually abused children. In Jeri Lynn's words, "It sounds silly saying so now, but that's the way the mind of a child works." Another common response Jeri Lynn had to Alejo's sexual abuse: "Wendi and I never discussed what Alejo did to us. We just didn't." (Tab 12, at ¶ 19.) In my interview with her, Jeri Lynn acknowledged that she never saw Alejo touching Wendi's breasts, but she always assumed this was the case, because "she didn't seem surprised that he was in the bed. It seemed like a normal thing for her."As we shall see, Wendi recalls that she had sleepovers with Jeri Lynn, but reports no memory of Alejo ever being in bed with them.

413.   **Wendi ages nine to thirteen: Recollections of Donna and Alejo.** Donna's memories of Wendi and of Wendi's relationships with her and Alejo during this time are consistent with Donna's long-standing pattern of neglecting Wendi and handing her over to others. Donna was not paying attention to Wendi or particularly concerned about what Alejo was doing with her. However, Donna could not help but become aware of – although she attempted to ignore and forget – disturbing evidence of Alejo sexually exploiting and abusing Wendi. As for Alejo's memories, at least those he is willing to

share, they are superficial but nonetheless consistent with the classic incestuous relationship to which he subjected Wendi during this time and until she left home.

414. Both Donna and Alejo report that Wendi was subjected to physical beatings in the home during this time, about once a month and sometimes more often. They agree that Alejo was the disciplinarian who administered most beatings, and that the beatings decreased in frequency from when she was nine years old until after she was thirteen, when Wendi seldom "needed" them and Alejo was less enthusiastic about beating her. (Tab 27, at ¶¶ 239, 240; Tab 24, at ¶¶ 85, 126, 127.) Also when Wendi was around thirteen, Alejo introduced the punishment of pulling weeds for hours on the church and school grounds, which Wendi sometimes had to do at school. (Tab 24, at ¶ 128.) Looking back on the beatings, and echoing Tom King's sermon on beating children into submission, Donna says, "You have to spank them hard enough that they're not just angry; it has to go beyond that so you break them. They have to stop being angry and learn to obey." (Tab 27, at ¶ 237.) Donna reports that, by the end of this period of Wendi's life (i.e., after she turned thirteen), "Wendi didn't need swatting very often, only once or twice a year. That was after she finally acquiesced, completely gave in, and obeyed almost all the rules at school, church, and home." (Tab 27, at ¶ 241.)

415. Over this same period, Wendi was being reduced to submission in another way: an incestuous relationship with Alejo. Not surprisingly, Donna provides the most details. Yet Alejo's recollections are consistent with the main elements of Donna's, and many of his statements reveal the incestuous nature of his relationship with Wendi.

416. A first example is Donna's account of how, beginning when they moved to back to Casa Grande, Alejo routinely insisted that Donna and Wendi rub his head, back and

185

legs – and how Donna was relieved to have Wendi take on responsibility for this unwanted task. Donna's first account of this behavior, immediately below, is consistent with Jeri Lynn's story of Alejo making her and Wendi rub his head and legs. (Her second account, presented later, is consistent with Jeri Lynn's account of Alejo putting his face in her crotch.) According to Donna:

> "Once we were back in Casa Grande after the traveling ministry, every evening, Alejo sat on the floor and wanted Wendi or me to rub his head, back and legs. Being at home was almost like being in a harem with Wendi and I pampering Alejo, with him in control. The main focus of everyone's attention was to soothe him and respond to his every little need…. After a while, maybe after the first months or a year back in Casa Grande…. when Wendi was nine years old, she took over almost all of the work rubbing Alejo. It was a relief to have Wendi rubbing Alejo so that I didn't have to do it." (Tab 27, at ¶ 255.)

417. One of Donna's entries in the "Treasured Memories" high school graduation present suggests that, at least at the beginning, it was not only Alejo who insisted on such behavior. That is, in the "Treasured Memories" booklet Donna completes the phrase "Remember when" with "dad & mom would whine so that you'd rub our backs or legs. Sometimes you'd fall asleep while you were rubbing Dad's legs and I come out and wake you both up." (Treasured Memories booklet, Obtained by Capital Case Project.) However, in his interview with me Alejo acknowledged that Wendi took over responsibility for pampering him as Donna increasingly withdrew from both of them, and that such an arrangement continued to be common until Wendi was in high school.

186

418. Indeed, in my interview with Alejo, when asked about ways Wendi used to "baby" him – a phrase he had used earlier in the interview and I had heard numerous times from Wendi – Alejo replied, "She or Laura would scratch my head. I think they did it to get me to fall asleep." Hearing this, I recalled Donna's account and Jeri Lynn's memory of Alejo having "forced" Wendi and her to rub his feet and head and how it "felt so wrong." After pausing as those words and images went through my head, I asked Alejo, "So it was their idea?" He responded that, yes, it was entirely their idea. Once again, Alejo's statement is deceptive, self-serving, and inconsistent with multiple other witnesses' declarations. Also notable: Alejo only mentioned that Wendi and Laura scratched his head, but not (as described by Donna, Jeri Lynn and Wendi) his legs, which put the girls' heads and faces closer to his genitals.

419. Nor does Alejo mention, as Jeri Lynn, Donna and Wendi have independently reported, the way he would put his head between Wendi's and her friends' legs so that his face was inches away from their genitals. Below is Donna's more detailed recollection of this perverse and sexually abusive ritual. Based on Jeri Lynn's recollection and Wendi's as well, Donna's account appears accurate with respect to how the participants' bodies were clothed and positioned, and what they were doing.

"From age ten or eleven onward, until she left to go out on her own as an adult, almost every night, weekdays and weekends, as long as Alejo was home which he was most of the time, Wendi spent a couple of hours rubbing Alejo's head, back, and legs. While she rubbed him Alejo was partly dressed. When this first started, he had his shirt off. After a while he just wore shorts, and then it got so he was stripped down to his briefs all the time while Wendi

rubbed him for a couple of hours each night. What Wendi wore while she rubbed Alejo varied. During the warm weather she wore little pajama shorts and a pajama top like she wore at the sleepovers with Jeri Lynn and Laura, or she put on one of Alejo's T-shirts with just her underwear on underneath.... By the time she was eleven or twelve years old, sexy underwear was the only kind of underwear Wendi owned.... Alejo really liked to have his head in Wendi's lap while she rubbed him beginning when she was nine years old and throughout her teens. At the time we called it being in the position of Wendi 'ministering to him,' although there was no religious aspect to it. Another way we described it was Wendi touching or 'touching on' Alejo. He was constantly saying to Wendi in a kind of whiny way, 'Just touch me,' or 'Why don't you just touch on me.'" (Tab 27, at ¶¶ 276-77.)

420. Both Donna and Alejo describe several elements of the process by which Donna increasingly withdrew from both Alejo and Wendi and Alejo increasingly made Wendi meet what he experienced as his emotional and sexual needs. In the literature on sex offenders, what Alejo did to Wendi, including the progression of less and less clothing worn by each of them during the "touching on" ritual, is known as "grooming." This refers to a process whereby a pedophile gradually and progressively manipulates a child into increasingly intrusive sexual acts. As we can see from Donna's account, in incestuous families like theirs much of the grooming can happen right before the eyes of the neglectful and withdrawn parent.

421. Another key factor in this process, although a background one, was that neither Donna nor Alejo had any friends or emotionally significant relationships with other

adults.  Donna recalls, "We never had any activities or dates with other adults or adult couples, and never had other adults, not even people from the church, into our home to have a meal, spend the evening together, or have an activity." (Tab 27, at ¶ 252.) Alejo says "There were not a lot of things I did with other adults and did not have many adult friendships. I have been very guarded from being hurt too many times in the past." After friendships with two other couples during their first year in the church/cult, which ended when Cal and Barry Lots left, Alejo reports that he "never really had any other adult connections." (Tab 24, at ¶ 93.)

422.  In Donna's case, she responded to her childhood of neglect and trauma, and then to her marriages with deeply disturbed men, as well as the bipolar disorder from which she suffered, by withdrawing from all non-work relationships and retreating into her own private world of reading books or sleeping. At one point Donna says that Alejo "broke up" her and Wendi, though as we have seen, from day one Donna had minimal interest in having a relationship with Wendi. Alejo, in contrast, like many sexually obsessed and pedophilic men, upon failing to get his emotional needs met (or at least substituted for) through sexual relationships with adult women, attempted to fulfill those needs via intimate and sexualized relationships with children. Children who were less likely to hurt him, and more likely to gratify him, because he could use his adult authority and power to control them. And so, in a classic pattern of many families plagued by incest, the more Donna withdrew the more Alejo turned to Wendi and coerced her into meeting his emotional and sexual needs.

423.  Donna recalls, "Beginning when she was ten or eleven, Wendi cooked for Alejo and they ate meals together and spent evenings together without me." (Tab 27, at ¶ 248.)

Confirming Donna's recollections, Alejo notes, "Wendi and I spent a lot of time together. There were many evenings that Wendi and I spent together without Donna because Donna went to sleep so early." (Tab 24, at ¶ 86.) Also, Alejo and Wendi's nighttime routines typically took place after they had already, as other witnessed have reported (see above), spent much of the afternoon together on the church/school grounds.

424.   Donna's and Alejo's written declarations provide a great deal of detail on this incestuous family constellation, only some of which can be addressed here, and most only with a brief mention. A few quick examples: Alejo says he was not just Wendi's father, but her "friend" and "buddy." (Tab 24, at ¶¶ 92-93.)  Donna recalls how, on long drives for family vacations, Alejo and Wendi sat in the front seats together, "like they were the married couple and I sat in back, usually sleeping most of the way." (Tab 27, at ¶ 250)  Alejo reports, "I often kept Wendi from home on Mondays while Donna was working just for Wendi to have a chance to hang out or for us to go shopping." (Tab 24, at ¶ 85.)

425.   Summing up the situation, Donna says that by age eleven, Wendi "was more partnered with Alejo than I was, almost like she was his spouse," and that "the only social life Alejo had outside of church activities was with Wendi and her girlfriends," including sleepovers with Jeri Lynn and Laura Kelly, when Donna was either not home or "in another room reading or asleep." (Tab 27, at ¶¶ 247, 252.)

426.   Before getting into some details of Alejo's sexual abuse of Wendi, it is helpful to revisit the centrality of sex in Alejo's world.  He does not admit his constant and compulsive sexual comments to women and girls, the ways he loved to lick his finger and rub it against their ears, his repeated fondling of Jeri Lynn's breasts in Wendi's bed, nor a

variety of other abusive behaviors described by Donna below.  But Alejo does reveal the

obsessive sexuality that consumed him and that he imposed on others, including Wendi,

during the time covered here, when she was nine to thirteen years old. For example, Alejo

describes speaking in tongues during these early years of 91st Psalm: "the spirit would

come" in an "amazing experience" that "feels like a rush of cocaine onset… a momentum

that starts slow and builds… like a good orgasm." (Tab 24, at ¶ 107.) Another example:

What happened when Alejo took off a day each month from his church and school duties

to "go into meditation."  He says he would "pray and get close to God," and from whom

he would receive revelations:

> "Many times after these days in isolation, I came back knowing things about
>
> Wendi or Donna that they never told me. Here's a cute one – I found at that
>
> there were certain things Donna wanted me to do in bed and I did them and
>
> there were explosions. She never told me and when I did them, she asked me
>
> how I knew that was what she wanted. Sex is from God and I can recall
>
> praying for revelations of how to please Donna better in the bedroom." (Tab
>
> 24, at ¶ 111.)

427.  In short, when Alejo experiences himself as connecting to "spirit" or God,

whether while speaking in tongues or "meditating," it is *sex* that tends to come up and

dominate his experience. And if Alejo indeed believes that God also revealed to him

things about Wendi (not just Donna) that she had "never told" him, then it's safe to infer

that many of those alleged "revelations" were sexual too: Perhaps about the kinds of

lingerie Wendi "wanted." Or about how Wendi "wanted" to wear that lingerie to, as

Lonnie Carlin recalls her saying, "look her best" for Alejo.  Of course it's the opposite:

Lonnie Carlin says Wendi told him that *Alejo* wanted those things; Jeri Lynn says Alejo "forced" her and Wendi to wear nightgowns as a condition of taking them into the desert. But in the deluded mind of Alejo Ochoa, it was Wendi who secretly wanted these things, and God who sometimes let him know.

428.  Alejo also acknowledges that his obsession with sex, and his frustration at not getting as much sex as he wanted from Donna, was *the* main source the anger he almost constantly directed at Donna and Wendi during these years. As Alejo recalls, "Donna had two surgeries. The first was a partial hysterectomy and the second a complete hysterectomy. After the first surgery, I did not touch her sexually much until she was healed. After the second surgery, she became really cold toward me and I became more and more frustrated." (Tab 24, at ¶ 120.)  Even before the surgeries, when Donna was feeling "more discomfort," Alejo says he "always" wanted more sex than she did. He then describes how he responded to this predicament:

> "As a result, I was often frustrated. My frustration led to me losing control and yelling at Donna. Typically, Donna and Wendi retreated to another room and I often left and went out to cool off. What I had a hard time dealing with was that over time in our relationship, Donna refused to do things with me sexually that she previously seemed to enjoy.  I tried different things to get her interested in me again but it just did not happen." (Tab 24, at ¶ 121.)

429.  Alejo goes on to describe how his sexual frustration and resulting extreme anger were at times daily features of the household.  He says Donna "would always have an excuse" for not wanting to be sexual with him, that it "would start in the morning with her refusing me and then it built and built all day and I spent the day hoping she would

change her mind until I was ready to explode." He started by "slamming doors to let them

know I was mad." Such angry behavior "only made things worse and turned [Donna] off"

to him sexually, which meant she "clammed up," which only made him more angry.

Alejo says that Wendi – who repeatedly witnessed this cycle of his angry attacks, her

mother's withdrawal, and Alejo's increasing anger until he "exploded" in screaming

rages – "took it hard and did not like it when I exploded." (Tab 24, at ¶ 123.) Alejo also

reports that Wendi often witnessed him and Donna "avoiding each other" for days after

he had exploded. (Tab 24, at ¶ 124.) In contrast to Donna, Alejo says, Wendi "always

forgave me when I apologized and hugged me after blow ups." (Tab 24, at ¶ 123.)

430. Based on Donna's account of these events, which is consistent with Alejo's

albeit from her perspective, we can see that Wendi accepted Alejo's apologies largely

because Donna was withdrawing not only from Alejo but from Wendi too – and even

more than she had before. Donna remembers that Alejo would become even angrier when

all three of them were together, "so Wendi and I put all our energy into trying to make

him feel better, which ruined the experience of whatever we were trying to do together,

so we got used to interacting with Alejo individually." (Tab 27, at ¶ 251.) Yet Wendi

remembers these times, when she and Donna placated Alejo after his enraged outbursts,

as the only times she felt connected or aligned with her mother rather than Alejo, albeit

briefly and in the shared unhappiness of placating him. Either way, as is clear from

Donna's other recollections, what happened was that Donna withdrew even more from

both Alejo and Wendi, not that both she and Wendi "got used to" spending time alone

with Alejo.

431. This meant Wendi was stuck with Alejo as the only parent and the only family member to whom she could turn for any emotional connection or companionship. Donna recalls the time of her surgeries, and her even greater withdrawal from Wendi when she began working full-time when Wendi was fourteen (covered below): "It was easier for me to let Wendi spend so much time with Alejo because I got to ignore him, avoid the unpleasantness of being around him and his anger, and go into my room to read." At the time, however, Donna rationalized her actions and Wendi's predicament – as Alejo always did – as what Wendi *wanted*: "I told myself that was what Wendi wanted, but most of what she did with Alejo was actually to pamper him and make him feel better." (Tab 27, at ¶ 248.)

432. It is a classic incestuous family dynamic: An immature, emotionally damaged, severely limited, sexually obsessive and compulsive (step- or adoptive-) father becomes increasingly frustrated by the attempts of his equally (though differently) damaged and limited wife to resist his sexual advances and generally avoid contact with him; and both parents increasingly convince themselves, in their own self-serving and self-deluding ways, that their daughter *wants* to replace her mother as her father's intimate partner. The daughter, already long neglected and abused thanks to her parents' inabilities (even under the best of circumstances) to love and nurture her, and always desperate for whatever attention and affection she can get within the family, resigns herself to conforming to her parents' pathological wants and wishes. She further subverts her own wants and needs to theirs, and submits to her father's progressively more intrusive sexual abuse, with devastating short- and long-term consequences.

433. Beginning when Wendi was nine or ten years old, Donna *did* witness Alejo engaging in plenty of sexualizing and sexually abusive behaviors with Wendi. She saw the nighttime "touching on" ritual between scantily clad Alejo and Wendi. She was along on outings when Alejo took Wendi shopping for lingerie and other revealing clothing. Donna saw and heard Alejo routinely subject Wendi to verbal sexual abuse, just as Alejo's aunts, uncles and parents had done to him beginning when he was the same age. Donna watched Alejo pull Wendi into pornographic sections of stores, and into whole stores devoted to pornography and "adult" paraphernalia.

434. Let us begin with the Donna' recollections of how Alejo "constantly teased, picked at, and provoked Wendi" throughout her childhood and adolescence; how he did so "ruthlessly," keeping at Wendi despite the obvious suffering it caused her, "almost as though he was intentionally trying to break her down and trying to be hurtful and malicious." (Tab 27, at ¶ 257.) Donna recalls, "Beginning when Wendi was a pre-teen, Alejo especially degraded her when she said something clueless, which she did fairly regularly." (Tab 28, ¶ 89.) Donna remembers getting frustrated and angered at the way Alejo "degraded her constantly," and how when Donna told him to stop and leave Wendi alone, he retorted, "No, she likes it." (Tab 27, at ¶ 257.)

435. Beginning when Wendi was about ten years old, Alejo's verbal abuse became predominantly sexual in nature; he "picked at her constantly about sexual topics and feminine hygiene." For example, Alejo relished teasing Wendi when commercials for products like Tampax appeared on TV, asking her questions like, "What are those? Do you need those? What do you use those for?" Donna recalls how Alejo constantly attempted to "embarrass and shame" Wendi in these ways. And whenever Wendi or

Donna protested, Alejo insisted that Wendi *liked* – and thus by implication, *wanted* – to be subjected to such shaming, degrading and humiliating verbal sexual abuse. (Tab 27, at ¶ 256.) (Nor did it help that, consistent with the incestuous family dynamic articulated above, Donna never felt comfortable talking with Wendi about sexual or reproductive issues, and even sent Wendi to Alejo when she had her first menses; Donna admits this, but also attempts to deny responsibility and blame it entirely on Alejo. (Tab 27, at ¶ 285.)).

436.   Another sexually abusive behavior that Alejo started when Wendi was around ten years old was taking her into the "adult" section of Spencer's Gifts, a store found in most suburban malls. As Donna recalls and remains true today, Spencer's sells "everything from blow up dolls and other sex toys to gadgets like black lights and lava lamps." They visited the store regularly, "maybe once per month," and Donna liked to look at some of the "cute things" in the store. Alejo "always wanted to take Wendi in [the adult section] to see what was new." (Tab 27, at ¶ 271.) When they went in the store, Donna and Wendi "tried to look at the less explicit and cuter things, but he always called us over to look at the adults-only sex stuff…. He loved looking at the sexually themed and explicit greeting cards" (like those he has sent to Wendi in prison, shown above). She continues:

> "Wendi and I always came to look when he called us over. I always gave him
> a disgusted look and took off to look at something else. When Alejo told
> Wendi, 'Look at this!' at first Wendi said, 'Dad!' not wanting to look at the
> stuff, but once Alejo got started she didn't have a choice. He replied, 'Look at
> this. Don't be that way,' and early on, maybe for the first two or three visits,

she said, 'I don't want to,' until he ordered her, 'Look at it,' so she gave in and did look at it. After the first few visits, she knew she had to look and didn't argue anymore." (Tab 27, at ¶ 272.)

437.  Donna then describes what Alejo did once he had coerced his ten year old adopted daughter, without her mother stopping him or making any effort to protect her, into complete submission to this form of sexual abuse. "Wendi looked at a lot of the sexually explicit adults-only items and spent a lot of time with Alejo in the adult section at Spencer's from the time she was ten years old onward. She spent as much time as Alejo wanted looking at whatever he wanted." This included "everything from adult magazines and cards to board games where the point of playing the game is answering questions about personal sexual preferences, experiences, and practices…" (Tab 27, at ¶ 273.)

438.  On the trips to the mall, Donna could see what was going on. But as Alejo himself acknowledges, he spent a lot of time going shopping with Wendi alone, including taking her out of school to do so. (Tab 24, at ¶ 85.) Donna recalls, "By age twelve or thirteen, when Wendi and Alejo went shopping together, they went to lots of different places, and did so fairly regularly, most of it without me." How did Donna think and feel about this at the time?  "I didn't care to know where they went or what they did while they were shopping without me." (Tab 27, at ¶ 275.)

439.  Many of Alejo's shopping trips with Wendi were about buying her lingerie and other clothing that Alejo found sexy and exciting on his young daughter.  Donna recalls, "The clothes Alejo bought for Wendi starting when she was about ten or eleven years old often surprised me because they were a lot tighter, shorter, and provocative than anything

197

I ever bought for her." Some were "not things she could wear around anyone we knew, much less to church activities or the church," and many were "too sexy and inappropriate for her to where anywhere other than when she was at home with Alejo or when the three of us went on trips to California." (Tab 27, at ¶ 262.)  She is referring here to the "revealing lingerie," including "thongs and panties," that Lonnie Carlin remembers Wendi frequently dressing in when other children visited her home when she about ten or eleven years old – which Lonnie remembers Wendi saying Alejo "liked her to 'dress up'" in so she would "look her best."

440.  Not surprisingly, Alejo reports taking Wendi clothes shopping but does not reveal what he bought and pretends he was merely giving Wendi what *she* wanted: "I took her clothes shopping. Wendi preferred to go with me because I agreed to what she wanted to buy and did not mind buying things for her." (Tab 24, at ¶ 85.) Donna recalls that whenever she wanted to take Wendi clothes shopping Alejo made excuses for why she could not, and before long she gave up on trying. (Tab 27, at ¶ 264.)

441.  Donna also notes the complete contradiction between what Alejo said and did in his role as youth pastor at the church, where he "preached against that kind of inappropriate behavior," and what he did with Wendi at home. (Tab 27, at ¶ 263.)  When Wendi's church friends spent the night for sleepovers, Alejo had them dress in such clothing too. Donna remembers, "while I was sleeping or reading, the girls were often in little baby-doll pajamas that included little shorts and sleeveless or spaghetti-strap tops that were loose and open and didn't cover very much when the girls moved around." (Tab 27, at ¶ 263.)

198

442. Looking back, Donna recalls, "By the time she was twelve or thirteen [and until she left home], Wendi had at least a dresser-drawer, maybe more, full of little frilly bras and lacy, frilly, sexy underwear." Alejo bought Wendi "tiny little shorts, and little halter-top-type T-shirts," and "lots of little sexy outfits" and "lots of high heels." (Tab 27, at ¶ 266.) These were not things that Donna would wear, and she recalls taking back lingerie whenever Alejo bought it for her, to exchange for something more comfortable. She also remembers that when Wendi was twelve to fourteen, Alejo bought her "lacy, silky, or satin garter belts, the corset kind of underwear that comes in separate pieces where the panties or bottoms hook or snap to nylons so there's a sexy gap at the top of the thighs around the panties." Remarkably, Donna continues, "I specifically remember him buying those for Wendi, including the nylons," and then delivers an another stark admission of her neglect and abandonment of Wendi to Alejo's sexual predations: "I had no idea why Alejo was buying Wendi underwear like that when she was a pre-teen and early teen, and didn't think about it." (Tab 27, at ¶ 267.)

443. Despite Donna's willful ignorance of Alejo's motives, her efforts to look the other way, and her unwillingness to admit what was going on, she remembers even more such detailed stories, too many to include here. But two more should not be omitted. They end this section on Donna's and Alejo's recollections of the period when Wendi was nine to thirteen years old.

444. The first are Donna's memories of witnessing Alejo taking Wendi into lingerie stores, including Victoria's Secret and Frederick's of Hollywood. Donna recalls, "We all knew when we went into those stores that the purpose of being there was to buy sexy underwear and sexy little outfits for Wendi." (Tab 27, at ¶ 270.) Alejo even planned a trip

to the original Frederick's of Hollywood. "Alejo specifically and specially wanted to take Wendi into that store," and "a big part of why we made that trip to California was so Alejo could take Wendi shopping for underwear in the main or original Frederick's of Hollywood store." (Tab 27, at ¶ 270.)

445. Finally, Donna reports many details on how Alejo behaved with Wendi and her friends when they had sleepovers, including not only, as noted above, the skimpy clothes the children wore, but also how Alejo would "cuddle" and "wrestle" with the girls in physically intimate and overpowering ways, such as pinning them to the ground and refusing to get off despite their protests. (Tab 27, at ¶ 278.) These reports of Donna's are consistent with Jeri Lynn's reports – of forced wearing of nightgowns, forced rubbing of Alejo's head and legs, and Alejo putting his head and face in her crotch. When it comes to Alejo's memories of these sleepovers and the young girls involved, as would be expected, they are simultaneously superficial and disturbingly revealing. Consider, for example: "I had a very close relationship with Jeri Lynn and she slept over at our house many times. She was a very obedient and a good kid. She did anything I said..." (Tab 24, at ¶ 98.)

446. Let us sum up what we have learned from Donna's and Alejo's recollections of this time, from when Wendi was nine years old and the family joined the 91st Psalm church/cult community, until she reached age fourteen and began to act more like a teenager. Both Donna and Alejo agree that by age thirteen or fourteen Wendi seldom "needed to be swatted" because, at least for a time, she obeyed nearly all rules of their home, school and church. But when had Wendi reached age thirteen her submission, indeed her sacrifice, entailed much more than that. Just as Donna had been relieved to

hand Wendi over to Alejo when they first met, when Wendi was nine Donna was relieved to hand over "all the work of rubbing Alejo's head, back and legs," and Donna was even more relieved, after her hysterectomy surgeries when Wendi was ten and eleven, to hand Alejo completely over to Wendi and saddle her with the responsibility of satisfying Alejo's needs for emotional intimacy and sexual pleasure. In short, Donna's relationship with Wendi and Alejo went from "I can't handle her. I don't want her. YOU take her," to "I can't handle his constant sexualizing and anger. YOU take him," and "I can't handle your constant sexualizing and anger. You take HER."

447. **Wendi ages nine to thirteen: Wendi's memories.** As discussed above, Wendi suffers from severe autobiographical memory deficits. Compared to normal healthy adults, she has few specific autobiographical memories, particularly of unpleasant experiences. Instead, she tends to have "over-general" memories that are more like summaries or overviews of types of experiences; even those are typically incomplete and have few visual images. When Wendi does remember experiences of neglect or abuse, she tends to say she "feels" that something happened. Because I conducted several interviews with Wendi, it was possible to acquire a number of general and specific memories that are consistent with reports of witnesses from outside the family and recollections shared by Donna and Alejo.

448. Also as discussed previously, and as is common for adults sexually abused by a parent, the causes of Wendi's memory deficits include motivational ones. In our very first interview, before I had asked for any childhood memories, two of the first things Wendi said were, "I feel like memory is really vulnerable to suggestion," and "I don't want it [her memory] to turn into a monster." That is, she was afraid of have false or distorted

memories, and of hurting anyone.  At the same time, Wendi suspected there were memories of abuse by Alejo that she could not recall, because she then began crying and said, "I get so worked up every time we talk about my Dad. I don't have a memory, but I know something's wrong," and then cried some more. In one of our last interviews, after Wendi had managed to access and report memories of her father repeatedly making sexual comments to her, but not memories of him buying or making her wear lingerie, Wendi said, "I feel like I'm betraying people, and I feel like that's why my dad isn't coming to see me, because he feels like I'm betraying him." She also said, as she had several times before, that she has no memories of her father touching her sexually, and "If I was to remember something, I feel like I'd be so disloyal."

449.  Importantly, this does *not* mean that Wendi was consciously and deliberately withholding memories that she had in fact retrieved into awareness during our interviews. It just means that, like many adults sexually abused by a parent who continues to have a significant place in their lives, Wendi had some very good reasons for not wanting to remember.  Such motivations can operate automatically, and outside of awareness, to prevent abuse memories from being retrieved into awareness.  Indeed, in these cases, remembering any such abuse experiences, even the mildest and most "borderline" behaviors, requires working against automatic and deeply ingrained habits of not doing so.  Also, as discussed previously, all of the evidence suggests that the severe emotional neglect, emotional and physical abuse, as well as sexual abuse, prevented Wendi from developing a healthy, integrated sense of self.  Instead, she suffers from significant pathological "dissociation," in which different categories and realms of experience – including memories associated with them – are disconnected from each other. When this

is the case, thoughts, feelings, perceptions and memories associated with sexual abuse are disconnected from normal everyday awareness and the sense of self with which one identifies. To clarify, Wendi does not suffer from Dissociative Identity Disorder, formerly known as "Multiple Personality Disorder," which is the most extreme form of dissociative pathology. But she does suffer from significant dissociative pathology, as has just been described, which contributes to her difficulties accessing memories of sexual abuse in usual waking states of consciousness.

450. Consistent with these formulations, Wendi herself said, in one of our final interviews, "One of the things I've realized in this process is that I have to *make* myself remember because it's not in my nature to." She then added, "My thoughts don't go there, and when they do go there it tends to be on a meaningless detail and to go round and round," such that she does not fully access the memory. Here Wendi is describing common and well-known memory processes in many adults who have experienced chronic and pervasive childhood neglect and abuse.

451. In this section on Wendi's memories covering ages nine to thirteen, most of the focus is on incestuous family dynamics and what Wendi can remember of Alejo's sexual abuse, which is but a fraction of what other witnesses and victims, as well as Donna and Alejo, have reported.  Less space is devoted to Wendi's memories of her church and school experiences and Alejo's emotional and physical abuse of her. Wendi reported a few specific and many general memories of the 91st Psalm/Harvest church and school environments, including isolation, humiliation, beatings and general harsh domination of children by adults with power in that community. Those memories were either consistent with the memories of witnesses provided above, or contained other details that shed light

on her relationship with Alejo. Similarly, Wendi's memories of Alejo physically beating her provide insight into their relationship.

452. I assessed Wendi's memory for most of the incidents of physical and sexual abuse (and strong evidence of sexual abuse) reported by witnesses in the community and her mother. Most but not all of the incidents and evidence reported by others were addressed in three days of interviews specifically focused on potential memories of sexual abuse. In those interviews, as in all of my interviews, I used well-established, research-based methods specifically designed to avoid memory fabrication or distortion.

453. With respect to the church/cult community, Wendi recalls surreptitiously listening, sometimes with Shawn King, to conversations of Cal, Tom, Alejo and others in the main office. From as early as she can remember, Wendi says she "always knew" Alejo's background, that is, "that he was not from the church," because he told her stories of doing drugs, being a "drug mule," etc. But hearing Alejo talk to other adults about such experiences, and in the church office, was an entirely new experience. Wendi remembers being surprised and fascinated by how they spoke of their past substance abuse and related exploits as the most fun and most exciting experiences of their lives. She remembers the excitement of hearing the adults' gossip. "That's how we would learn about who was giving how much money [to the church], who was cheating on who." Wendi was struck, more generally, by the glaring contradiction between church/cult leaders' public statements and personas and what they said and did privately, and by their rank hypocrisy. For example, she remembers that "Grown-ups always said 'love everyone,' but they'd talk mean about other people."

204

454.  Although Tom King and other adults' physical brutality toward children was consistent with their church's teachings, Alejo's compulsive sexual harassment of girls and women was widely recognized as against church principles, even if Tom ignored and denied it.  But when it came to Alejo's behavior at home, like her mother Wendi could see that the contradiction and hypocrisy were nearly total.  Wendi recalls, "My father had two sets of behaviors."  On the one hand, "the public presentation was all these strict rules, but I knew a different side that didn't apply these rules to us at home."  She remembers that her father "preached not to watch TV but loved Miami Vice," and eventually let her watch it too.  She recalls that, before too long, "I was always aware of those silent rules…. What was allowed and what wasn't, with whoever I was around…. Even within the church, there were lax people, and I knew and made adjustments."

455.  In short, Wendi recalls continually being confronted, in her community and at home, with massive contradictions, hypocrisy and moral confusion in the adults who were supposed – and claimed – to be instilling morality in her and the other children.  And she remembers doing her best to navigate the unwritten rules and adapt herself, chameleon-like, to the demands of different people and situations.

456.  Looking back on the sleepovers with her friends, Wendi remembers Alejo being "just a lot more liberal than my mom, and letting me and my friends watch movies with sex and nudity.  At the time he was the fun dad in this strict community."  She does not remember experiencing discomfort while watching those movies with her father and her friends.  Indeed, it was not until years later, in the prison where she is now, that she finally "realized it wasn't appropriate," and only when she "talked to other women about their dads."

457. With respect to Alejo's regular physical beatings of her, Wendi had few specific but several general memories of what it was like to be on the receiving end of the abusive "discipline" preached and practiced by Tom King and her father. She recalls feeling the (completely natural and healthy) resistance that any child would experience when a parent attempts to impose, though violence, absolute and unquestioning obedience and submission (which, as explained above, actually thwarts the development of age-appropriate capacities for self-regulation and internalization of rules and values). "He'd get stubborn, and I would too…. He could spank me and it's supposed to break you down and make you sorry, but I'd still hold my opinion… I'd clench my jaw… It could be fifteen swats [without her giving in] and then he'd storm off." Other times she pretended to submit. She also remembers that Alejo often beat her with obvious anger while denying he felt any.

458. Sometimes Wendi cried and gave in because she sincerely "didn't want to be a disappointment" to her parents. She knew, having heard it so often at church and school, "they wanted 'true repentance.'" At times she sincerely tried to give it to them, even when she knew the punishment was unfair. Wendi also remembers how, when she was left crying after a beating, she had to stay alone in her room, with no one to comfort her. "I wanted to go cry to them but I couldn't… it felt horrible… As long as you were crying and upset, you had to stay in your room… So you had to pretend it was OK, be extra-smiley, extra-cheerful." At that moment, remembering herself as a hurt and confused young girl pretending everything was fine and even (as Jeri Lynn gratefully remembered Wendi teaching her) turning up the fake happiness, Wendi broke down and cried.

459. As we can see from the sampling of memories above, the regular beatings from
Alejo involved all kinds of painful emotions and relationship dynamics. Thanks to the
craziness of the 91st Psalm/Harvest cult, unlike many physically abused children,
Wendi's experiences were additionally freighted with extremes of condemnation and
attributions of "evil" upon any perceived rebellion against adults' authority and power
(recall Tom King's sermon). Like most abused children, though, Wendi had no one to
help her safely acknowledge and feel, let alone make sense of, the confusing and
contradictory emotions and relationship dynamics – emotions of fear, sadness, shame,
and anger; dynamics of domination, submission, resistance, dishonesty, hypocrisy, and
isolation. Given her temperament and personality, Wendi blocked all that out as best she
could, and pretended everything was OK.  She acted "extra-smiley" and "extra-cheerful."
She focused on taking care of others – especially Alejo but also other children. And like
most abused children, who want more than anything to be loved and happy, Wendi did
her best to do well in school and have fun with her friends.

460. As Alejo himself has reported, and consistent with Donna's recollections, his
most common (non-sexual) abusive behaviors in the home were yelling and screaming at
Donna and Wendi.  Recall Alejo's accounts of feeling, from when Wendi was ten years
old, sexually rejected and frustrated by Donna pretty much every day, and of responding
to that frustration with building anger that led to explosions of rage at Wendi and Donna.
Wendi remembers that Alejo "had a very short fuse" and that it was "scary" and upsetting
when he screamed at her. Wendi also remembers that her mother never attempted to
comfort her, and when recalling this added, "In fact, it was our job to help him calm
down."  She also remembers working with her mother to calm a raging Alejo as the only

times she felt at all close to her mother. Otherwise, Wendi recalls, "It was me and my Dad together and my Mom over there."

461. Wendi also remembers – as does her mother, who admits to increasingly abandoning Wendi to Alejo during these years – that it was increasingly Wendi's job alone to pacify Alejo, especially after an explosive outburst had passed. Wendi recalls that Alejo would often rage at her and her mother, abruptly storm out of the house and go for a ride in the car, and then come back expecting and demanding to be, as Wendi put it, "babied." When Wendi accessed these memories in our interview, she continued, with a look and tone of amazement: "I spent *so much time* babying him." She recalled, "He'd lie on the couch and I'd rub his legs…. I remember my mother doing it a few times. But she didn't want to. She'd say, 'Wendi, you do it.'" Wendi's memories her are consistent with those of her mother and Alejo, and with Donna handing Wendi to Alejo and pushing Alejo toward Wendi while she retreated into working, reading and sleeping.

462. Reflecting further on her mother's perspective at the time, Wendi remembered, "She was displeased with him. She was the responsible one [working and bringing in the money]. She didn't want to be catering to him." Reflecting on the lessons she herself absorbed from years of repeating, on nearly a daily basis, this cycle of Alejo getting angry, screaming and yelling, then requiring literally hours of "babying," Wendi said: "If I get you angry, you care, and I can soothe you." (Indeed, even from Donna's account alone it is clear that Wendi would have experienced Donna as not caring enough to get angry or feeling much of anything toward her.) Furthermore, it was not just a matter of soothing Alejo after he got angry, but attending to his needs and wishes so preemptively and subserviently that he might not get angry in the first place. Wendi reflected, "You get

put in the position of helping him not be mad any more, creating an environment where he won't get mad." In addition, even when Alejo was ostensibly paying attention to her, or doing things for her – whether it was shopping, playing with her and her friends, watching TV together – it was really about *him* and getting *his* needs met, which mostly meant his needs for sexual stimulation and gratification. As Wendi once succinctly put it, a common experience growing up was "getting attention but feeling ignored."

463. These repeated experiences, Wendi recognizes now, gave rise to patterns of relating to others that have manifested throughout her life, in all of her relationships, large and small, including in prison to this day. If someone is angry – whether that anger is caused by her, directed at her for no good reason, or directed elsewhere and has nothing to do with her – Wendi feels *driven* to make that person feel better, because she believes, "then they will like me." If someone likes her and is nice to her, Wendi strives to be even nicer to them and to take care of them, because this is the only way she knows to avoid them getting angry at her or abandoning her. Yet these ways of relating leave Wendi feeling, usually implicitly and without reflecting on it, that the other person does not really know or care about her needs and is just using her. In short, the very ways she attempts to avoid neglect and abuse in adult relationships leave her feeling neglected and used.

464. These are not uncommon patterns of relating in people who have suffered chronic childhood neglect and abuse that included being forced to sacrifice their own needs and wants to those of their abuser.

465. Several times in our interview, consistent with the primarily associative nature of human memory recall, talking about "babying" Alejo elicited unwanted memories of

what Wendi now recognizes were his sexually inappropriate behaviors. (Wendi never used the phrase "sexual abuse" to describe any of Alejo's behaviors toward her, though many certainly were.) It is to those sexually abusive experiences – at least those that Wendi can remember, and to the extent she can, that we turn now.

466. After talking about "babying" Alejo, Wendi continued: "I hated scratching his legs… My father would never wear underwear… sometimes you could see his penis." She then recalled how she tried to avoid seeing his genitals: "I could usually end up scratching his head." Asked if Alejo ever had an erection, she replied, "Oh my goodness! I don't recall…." Her comment reveals several things: How she simultaneously submitted to Alejo's demands to do things he found sexually gratifying and attempted to minimize her awareness of the sex involved; how she has blocked herself from remembering the most disturbing and conspicuous sexual aspects of these experiences; and how she hopes others might remember and save her from having to "betray" her father.

467. Wendi then added that she remembers Alejo walking around the house with his robe open, and how "you'd have to look the other way" not to see his genitals. She also recalled that whenever she complained to her mother, the response was inevitably something like, "Well, that's your father." Similarly, when asked about her earliest memory of something "sexual" with father, Wendi recalled how, when they lived in the house of Cedar St. (from ages nine to eleven), although Alejo had his own bathroom and she and her mother had theirs, Alejo often came in when she was talking a shower. "I remember screeching, 'What are you doing in here?!' and him being like, 'What's wrong with you? The shower curtain is closed.'" She continued, "I even have a memory of telling my mother, complaining about my father coming into the bathroom when I was in

the shower, and her saying, 'Well, you know your father.' I can hear her saying that to me. And she's just saying it in passing, continuing to do what she was doing and just brushing me off."

468.  As described above, in the section on Donna's and Alejo's recollections of this time, there were several factors that contributed to the incestuous family dynamics and Wendi's increasing subjection to Alejo's sexual abuse. These include Donna and Alejo's social isolation; Donna pulling away from Alejo, both emotionally and sexually; Alejo's sexual frustration and anger; Donna pushing Wendi, explicitly to sooth and prevent Alejo's anger, and implicitly to tend to Alejo's sexual wishes; Donna avoiding being in Alejo and Wendi's presence to avoid witnessing his sexual abuse and, when such avoidance was not possible, looking the other way. Although Donna did not report having minimized and dismissed Alejo's behavior when confronted with Wendi's complaints, Wendi's memories of such "brushing off" are consistent with Donna's many other acknowledged behaviors that contributed to the incestuous family dynamic and sexual abuse.

469.  Wendi also recalled her parents' social isolation after Cal left the church, and how this, when combined with her mother's withdrawal from her and Alejo, left him "starved for affection," which it became her job to provide. Referring to her mother's withdrawal during this time, Wendi said, "I feel like Mom would come home from work, go into her bedroom to eat and read," and that she and Alejo would eat in the living room and spend the rest of the night together, including hours after her mother fell sleep early.

470.  Another big contributor to the incestuous dynamic and abuse: Donna did not want to hear from Wendi anything upsetting or anything about sex. Wendi recalled

211

learning early on not to tell her mother anything potentially upsetting, because "she couldn't deal with it." Whenever she did tell her mother something that was "too much for her," Donna would "disappear into her room." Wendi remembers once asking her mother about dating, "and she just wouldn't answer. Then I'd have to go to my father and I'd get more than I wanted, probably too much information." When Wendi had her first period, she was shocked and went to her mother, who responded not by explaining anything but by telling Alejo to go to the store to get pads and tampons. "She seemed very embarrassed, very uncomfortable, like she said, 'Alejo, you tell her.'" In another interview Wendi recalled, "Everything I know about sex I learned from my dad. My mom was too embarrassed to talk about anything." She then continued, "And now, everything sexual I talk about is linked back to him, and that's what I freak out about, because it gets so twisted in my head. I don't mean to be dramatic, but I feel like if I sit down to write a letter in a romantic way [to her pen-pal boyfriend], he's that shadow in the room."

471. In the interview specifically focused on eliciting memories of sexually inappropriate or abusive behaviors by Alejo, conducted in April of 2011 according to strict procedures to avoid leading questions and anything that could lead to false or distorted memories, Wendi was able to access several memories of Alejo being sexually inappropriate. Importantly, she recalled none of the more serious incidents reported by others, such as her wearing lingerie around the house, Alejo in bed with her and Jeri Lynn, or being in the adults-only section of Spencer's gifts. This was even the case when, at the end of the interview, those witness reports were explicitly communicated to her. Nor did Wendi ever remember an incident involving undeniably sexual contact, although

she did recall – as did Donna and Alejo – how Alejo would "wrestle" with her, Jeri Lynn

and Laura when they wore their nightgowns during sleepovers at her house.

472.  After the memory of Alejo coming into the bathroom as she showered (and her

mother dismissing her complaints), the next memory to surface was of there always being

a Frederick's of Hollywood catalog behind the couch. Wendi spontaneously associated to

this memory, of which neither I nor the investigators had heard at that point.  Wendi said,

"In the living room behind the couch he would keep Frederick's of Hollywood catalogs –

it's lingerie, more risqué." She then laughed nervously and added, "There seemed to

always be one there…. I remember showing Jerry Lynn and Laura."  After reporting that

memory, Wendi continued:

> "I have to go where my mind's taking me. I remember my parents buying me
>
> two pairs of pajamas, one with footies and one not, one blue and one cream,
>
> one loose and one tight. I remember being uncomfortable in the tight one, and
>
> my father really wanting me to wear the tight one, trying to convince me, and
>
> I always felt really uncomfortable…. [Alejo's] comments and compliments
>
> were supposed to make me want to wear it more, but I remember in the back
>
> of my head, it was too revealing, too much…. I was just starting to wear
>
> training bras, and with the tight pajamas every little thing was showing."

Wendi remembers expressing her discomfort to her father, and him telling her, although

she cannot remember the specific words, that her concerns were "not valid, not a worry,

not an issue, or whatever you want to call it."

473.  This memory parallels one Wendi had reported in an earlier interview – a

memory that had also emerged spontaneously, following her recollection of Donna

sending her to Alejo when she had her first period. It was of being out shopping with Alejo and him buying a bathing suit that she did not want. Wendi wanted a yellow one and he wanted her to get a white see-through one that felt physically uncomfortable on her body. Wendi made her dislike of the revealing suit perfectly clear, but Alejo insisted on buying both. When they got home and Donna asked why they had bought the see-through one, Alejo replied, "We couldn't decide."

474. In the later interview, Wendi went on to remember how, in general, her father often bought and pressured her to wear clothing that was physically uncomfortable and revealing. However, she reported no memory of wearing lingerie – even at the end of the interview, after being explicitly asked about this, and after being told a childhood friend had reported that she frequently wore lingerie at home in front of other children and said that Alejo liked her to "dress up" and wanted her to "look her best." Indeed, when told of those reports Wendi said, "My reaction to that is: Go away, that's ridiculous. I can't even relate to that." (At that point Donna had not yet reported all the lingerie that Alejo had bought Wendi, the trips to Frederick's of Hollywood, etc.)

475. The next memory to emerge in that interview, again spontaneously and without specific prompting: "Did he or my mom ever tell you how he always called me 'BBW'?" After the investigator present and I replied that no, they had not, Wendi explained that BBW stands for "baggy butt Wendi." She continued, "No matter what I was wearing he would say that. Even everyone at the church knew." Asked what she understood the phrase to mean, she replied, "I didn't know, but it just made me cry." Wendi then said "BBW" was a name Alejo constantly called her. She also spoke, as Donna has and is described above, of Alejo's "Constant sexual teasing – ten times a day." Consistent with

214

a classic dynamic in incestuous families, in which the perpetrator tells the victim and others that she actually *likes* and *wants* his abuse, and when that tactic fails, claims he is doing nothing wrong and the problem is with them, Wendi commented, "I remember my father always telling my mother and me that we were uptight.  Even now I wonder, was it me or him?  It was always so hard to know because he denied everything and blamed us." Indicative of how Alejo had brainwashed Wendi and she had come to identify with a humiliating nickname that made her cry when she was a pre-teen and teenager, when Wendi created an email address to communicate with Shawn King in the summer of 2000, it was "Wendi.bbw@usa.net."

476.  Asked about a comment she had made during a prior interview, about things she "considered telling Kandy" (her therapist while jailed before trial) but never did, Wendi responded, "I didn't really have specific things, but I felt like the topic we were going down I should bring up my dad, but I guess I just wasn't ready to do all that." She continued, "My hesitation, part of my hesitation, I don't have a specific event. It's more emotions and feelings and things that seem to be over the line... everything with sexual overtones on it, always."  This was at the beginning of the second of three days of interviews specifically focused on eliciting potential memories of sexually inappropriate or abusive behavior by Alejo. Wendi continued by saying that during the interview on the prior day, and that night in her cell, after having searched her memory, "I can't think of any times my father touched me."

477.  However, Wendi then said that for years she has suffered from nightmares in which her father is having sex with her. She reported having to tell her pen-pal boyfriend to stop putting any sexual references in his letters to her, because it was causing dreams

215

of sex with her father.  Asked about the dreams, Wendi replied, "I was trying to find one, but I can't – can't even pull up the details. I don't usually have those dreams because I know how to limit what I watch on TV, what I read. I had to put my friend on hold 'til I get through this [appeal process]. So I know how to make it stop." Asked later in that interview for a sexual dream image or "movie" she can remember, Wendi again said she had no details, and "Most of the stuff that I can see in my head right now is being freaked out and angry when waking up, and being desperate to get that out of my head."

478.  The memories that were most clear and numerous, and evoked the strongest emotions and most tears from Wendi, were memories of how Alejo constantly forced his sexual obsessions, compulsions and perversions on her through things he said. As explained above, Wendi could not talk to her mother about sex. Also, Tom King and the church/cult community strictly forbid healthy teaching or conversations about human sexuality, and any talk of teenagers and sex was framed in terms of sin, evil and temptation, and laced with condemnation and threats. When it came to getting their questions answered, Wendi and her friends were stuck with Alejo – and he took full advantage of his self-appointed role. Wendi remembered how, when she and a friend would bring up a sexual topic to Alejo, "it was like, 'I'm your buddy and let's talk about sex.'" Saying this Wendi portrayed the eager excitement in his voice, and I commented on that. Wendi responded, "Yes, absolutely," and spoke of the "excitement in his eyes" at such times. Indeed, she added, she can think of nothing else about which Alejo ever expressed such excitement.

479.  Asked how often those sexual conversations happened, and how often Alejo initiated them, Wendi replied, "That's just his nature. It comes out in everything.

Watching a movie, reading a book, something someone would say… Someone would say, "Let's go play with the balls today, and he'd be smirking." She continued, "Whatever could be taken in a sexual way, he made sure that awareness was there, so everything was always about sex." Asked what she meant with the balls example, she responded, "He'd say, 'Oh, you're going to go play with the *balls*,' so no one could escape the awareness of his sexual perspective." Consistent with the reports of several witnesses, detailed above, Wendi recalled Alejo doing this constantly, around not just adults and teenagers but children of all ages. Asked how she used to respond to such comments, Wendi said, "It's always been like when someone tells a joke that's not funny and you laugh anyway. With this it was always like that. I tried to pacify him."

480.  In the midst of sharing these memories, Wendi expressed anger and hurt, which she rarely did in our interviews. At one point she said, with searing clarity: "He should have *protected* that part of me, not *used* it. It was not for him to use. He should have protected me." Indeed, like all adults who sexually abuse children, and parents most of all, Alejo terribly betrayed her.

481.  Another summarizing comment of Wendi's on the effects Alejo's constant sexualizing had on her, which reduced her to tears:  "I feel like my dad, because he freely talked about sex my whole life, he's ruined sex for me. Whenever I was interested in a guy, I would think of my dad and feel disgusting." Recovering from crying, Wendi then reflected on how, if somebody was to confront Alejo with what he had done, "He'd say he wasn't doing anything wrong, it was normal. But it wasn't. It got everything mixed up in my head." These are classic dynamics and effects of the incestuous relationship that