# TABLE OF CONTENTS (INTERACTIVE)

| | |
|---|---|
| IIIIIIIIIIII | Evidentiary Hearing Exhibits |
| 6.005 Part 2 | Psychological Report of Michael B. Bayless, Ph.D., dated 8-4-04 |
| 7.002 | Letter from H. Kandy Rohde to G. David Delozier, dated 3-21-01 |
| 15 | Deposition of Shawn King, dated 7-11-11 |
| 24 | Declaration of Alejo Lorenzana Ochoa |
| 25 | Declaration of Alejo Ochoa |
| 44 | Notice of Defenses and Disclosure by Defendant and Request for Disclosure of Rebuttal Witnesses, dated 1-16-01 |

# EXHIBIT IIIIIIIIIII
# PART 5

## EMPLOYMENT

FIELD OF WORK: *Manager - SAP Rabr APP*

CURRENT/LAST JOB TITLE & DATES: *Property Manag -*
*Sept 99 to Oct 8, 2000*

SATISFIED/REASON FOR LEAVING:

EARNINGS VS. COSTS: *$32,000*

JOB HISTORY (FIRST, LONGEST, DATES & REASONS FOR LEAVING):

HX OF SSI/SSD/WKMAN'S COMP:

HX OF GRIEVANCE/HARASSMENT:

AMBITION/GOALS: *Rt Now - Want my Children Back*
*Before - wanted to work in Real Estate.*

MILITARY BRANCH :

DURATION OF SERVICE: *N/a*

TYPE OF DISCHARGE & RANK:

SPECIAL AWARDS/DISCIPLINARY ACTIONS:

## RELATIONSHIPS

NUMBER OF MARRIAGES: *1*

NAME, AGE, OCCUPATION, PERSONALITY OF CURRENT PARTNER:
*Joe Maldona - 74 - 2000*

HX & STATUS OF CURRENT RELATIONSHIP: *Deceased -*
*Historic AML Cancer - last yr. of marriage was*
*Hard -*

OTHER MARRIAGES/SIGNIFICANT RELATIONSHIPS: *Had a sexual*
*Rel. - Extra Marital Affair.*

DOMESTIC VIOLENCE:

GENDER/AGES OF CHILDREN: *2   Ages - 6 - 5 yrs   Boy  Girl*

DESCRIPTION OF CHILDREN (SPECIAL PROBLEMS?):

RELATIONSHIP WITH CHILDREN:

MISCARRIAGES/ABORTIONS:

**(RELATIONSHIPS CONTINUED)**

AGE/CIRCUMSTANCES OF FIRST EXPOSURE TO DATING & SEX: _____

ATTITUDE ABOUT SEX: _____

HX OF SEXUAL FUNCTIONING (OVERALL/CURRENT): _____

## PSYCHOLOGICAL HISTORY

INPATIENT FACILITY & DOCTOR:                    DATES/LENGTH:

_____          _____

_____          _____

_____          _____

OUTPATIENT PRACTIONERS:                         DATES/FREQUENCY:
*Cindy Rhode, MA.*                              *1X wk for 3yrs –*

HX OF COT?: _____

OUTCOME OF TX (PSYCHOTROPICS/DIAGNOSES): _____

TX COMPLIANCE/BENEFIT: _____

CURRENT MEDICATION/RX, NON-RX, HERBS): *Ativan (mg·*    *Dr. Belogia*
*25 mg. Zoloft      100 mg. seriquet )*

CURRENT COMPLIANCE (LAST DOSAGE): _____        *Dr. Perry*

FAMILY HISTORY OF ABUSE/MENTAL ILLNESS/SUBSTANCE USE: _____    *Curtt*
*GF Alcoholic., Aunt (mom Sister) hung*

TEMPER/ANGER (DTO: EASILY AGITATED, LOSE CONTROL):
*No –    Cry –*

*Always See The Best in People*
*Anger is a Sin – Forgive*
*& lose .*

## PSYCHOSOMATIC SYMPTOMS

**HEADACHES:** _no_          **DIZZINESS:** _no_
**BACKACHES:**               **PALPITATIONS:**
**STOMACH/GI SX:**           **FATIGUE:**
**ALLERGIES:**               **NUMBNESS:**

**SLEEP DISTURBANCES:** S.T. – Stress / w/ Nightmares.

**CHANGES IN APPETITE:**

## PSYCHOPATHOLOGICAL SYMPTOMS

**HALLUCINATIONS:** _no_

**DELUSIONS:** _no_
**PARANOIA:**
**GRANDIOSITY:** _no_

**DEPRESSION:** Yes – S.I. – / S.A.

Cut my arm inside

**DTS:**
**MANIA:** elbow – Since being in

**PANIC/AGORAPHOBIA:** Jail. After being
**PHOBIAS:**
**OBSESSIONS/COMPULSIONS:** Sexual Apply attact
**PTSD:**
**GAD:** Severing

**SEXUAL DYSFUNCTIONS:** fear a Bs like of Intercourse.
**PARAPHILIAS:**
**GENDER ID:** female.

**ANOREXIA:**
**BULIMIA/ BINGE:** _no_

**INTERMITTENT/EXPLOSIVE:**
**PYRO/KLEPTO/TRICHO/GAMBLING:**
**DISSOCIATION/UNREALITY:**

**PERSONALITY D/O (STRENGTHS/WEAKNESSES):**

Started Embezzle from Job. ) fired
Stole $18,000 in 4 yrs – // from Job.

## MEDICAL AND NEUROLOGICAL

**CURRENT GENERAL HEALTH:** _WKS –_
**HEALTH HX (ILLNESSES, OPERATIONS, ACCIDENTS):**

**HX OF NEUROLOGICAL INJURIES/PROBLEMS:** _No_

**COGNITIVE FUNCTIONING/MEMORY:**

**OTHER UNTREATED PAIN/COMPLAINTS:** _No_

## SUBSTANCE USE

**AGE STARTED ALCOHOL:** _21_
**USUAL TYPE OF ALCOHOL:** _Wine Coolers_
**AVERAGE, PEAK, LONGEST WITHOUT:**
_Intox 3 to 4 x 3 in life –_
**ROUTINE:**
**EFFECTS (INTOX, BLACKOUTS, SOC/OCC FUNCTION, TOL/WITHD):**

**CURRENT USE (LAST 30 DAYS):**

**AGE STARTED DRUGS:** _No_
**TYPES OF DRUGS:**

**AVERAGE, PEAK, LONGEST WITHOUT:**

**ROUTINE/PARAPHERNALIA:**

**EFFECTS (BLACKOUTS, SOC/OCC FUNCTION, TOL/WITHD):**

**CURRENT USE (LAST 30 DAYS):**

**CAFFEINE INTAKE:** _No_
**CIGARETTE USE:** _No_
**OVERALL DRUG OF CHOICE:** _alcohol_
**TREATMENT:** _No_

## CRIMINAL/LEGAL

| JUVENILE ARRESTS: | DATE: | DISPOSITION: |
|---|---|---|
| _No_ | | |

| ADULT ARRESTS: | DATE: | DISPOSITION: |
|---|---|---|
| _1st Time_ | | |

WEAPONS (TRAINING, BELIEFS, OWN?): _No – Andoms had_
_guns & knives_

FAMILY HX OF CRIMINAL BEHAVIOR: _Father in prison for_
_Molestation_

FUNCTIONING IN JAIL: _I Adjusted – Either Sink or_
_Swim –_

LITIGATION HISTORY: _____

## CURRENT FUNCTIONING

LIVING SITUATION/OTHERS IN HOME: _Jail_

DAILY ROUTINE: _____

CURRENT INTERESTS (FREE TIME): _____

CURRENT PEER & SUPPORT GROUPS: _____

STRESSES (LEGAL/FINANCIAL PROBLEMS): _____

## STATEMENTS

Married Joe (Age 26) Wendi (28) 1994

Married in Casa Grande —

religious conflict over Church —

finally running was OK — marriage

was both both felt we changed —

we didn't have to put on "airs"

pretend like we were — it was fine

for we — use to hang out + his friends

lost touch + mine. — He had a

Comerer Chg. — was welding — then

after Re Placement (6/05) — got a

loan — started Joe's Workshop's Repair

worked on House — moved to the farm

to a Shack — old stove, like living —

for + there, wasn't March '98 —

that my 1st child in there —

7 months in marriage — He had tumor.

He got it filled — then it come back — 1996

1997 Luit a good boss, manager — He spent

the money on Pleasure things — then I

had to put money on the business from

my job — over whelmed by Debt —

felt responsible for our happiness, "What

more can I do" — Stole $18,000

## RULE 11/26.5

**UNDERSTANDS CHARGES:** *[handwritten text, illegible]*

**UNDERSTANDS PLEAS (G/NG):** *[handwritten text, illegible]*

**UNDERSTANDS COURT ROLES:** *[handwritten text, illegible]*

**ABILITY TO HELP LAWYER:** *[handwritten text, illegible]*

**UNDERSTANDS CONSTITUTIONAL RIGHTS:** *[handwritten text, illegible]*

**UNDERSTANDS WAIVER OF RIGHTS WITH GUILTY PLEA:** _____

**COMPETENCE TO STAND TRIAL:** _____

**COMPETENCE RELATED TO MEDS?:** _____

**AMENABILITY TO TREATMENT:** _____

**DANGER TO COMMUNITY:** _____

**(IF REQUESTED) MENTAL STATUS AT OFFENSE:** _____

# MMPI-2™ Minnesota Multiphasic Personality Inventory-2™

Harris-Lingoes and Si Subscales Score Record

Name: Wendi Andriano

FEMALE

Excerpted from the MMPI-2™ (Minnesota Multiphasic Personality Inventory-2) for administrative, scoring, and interpretation, Restandardized Edition. Copyright © 2001 The Regents of the University of Minnesota. All rights reserved. Distributed exclusively under license from the University of Minnesota by NCS PEARSON, INC., P.O. Box 1416, Minneapolis, MN 55440. 1-800-627-7271. http://assessments.ncspearson.com
Printed in the United States of America.
"MMPI-2" and "Minnesota Multiphasic Personality Inventory-2" are trademarks of the University of Minnesota. The NCS Pearson logo is a trademark of NCS Pearson, Inc.

NCS Pearson
Product Number 24005

A SCD 2001

# MMPI-2™ Minnesota Multiphasic Personality Inventory-2™

## Profile for Validity and Clinical Scales

Name _Wendi Andriano_

Address _____

Occupation _____   Age _____   Date Tested _____

Education _____   Marital Status _____

Referred By _____

MMPI-2 Code _____

Scorer's Initials _____

FEMALE

Excerpted from the MMPI-2™ (Minnesota Multiphasic Personality Inventory)-2™ Manual for Administration, Scoring and Interpretation, Revised Edition. Copyright © 2001 The Regents of the University of Minnesota. All rights reserved. Distributed exclusively under license from the University of Minnesota by NCS Pearson, Inc., P.O. Box 1416, Minneapolis, MN 55440 1-800-627-7271. "MMPI-2" and "Minnesota Multiphasic Personality Inventory-2" are trademarks of the University of Minnesota. The NCS Pearson logo is a trademark of NCS Pearson, Inc. Printed in the United States of America.

Product Number 24001



# MMPI-2™ Minnesota Multiphasic Personality Inventory-2™

The VRIN scale consists of 49 pairs of specially selected items. The members of each VRIN item pair have either similar or opposite content; each pair is scored for the occurrence of an inconsistency in responses to the two items. The scale score is the total number of times item pairs are answered inconsistently. (Refer to the *MMPI-2 Manual for Administration, Scoring, and Interpretation* for directions on interpreting scores.)

**Directions for scoring:**

1. Transfer responses to the item pairs from the answer sheet to the recording grid on the right by blackening in the appropriate circle:
   Example: If response to item 6 was false   6   Ⓣ●

2. Place the scoring template VRIN-1 over the grid; in the blank provided in the third column, enter a "+" (plus sign) for each item pair in which both template boxes show a blackened response.
   Example: The response 3 ●Ⓕ   39 ●Ⓕ   would receive a "+" because both boxes of the scoring template show a blackened response.

3. Do the same for scoring template VRIN-2.

4. Total the +'s and record the total score.

| | | |
|---|---|---|
| 3 ⓉⒻ● | 39 ●Ⓕ | |
| 6 ●Ⓕ | 90 ●Ⓕ | |
| 9 Ⓣ● | 56 Ⓣ● | |
| 28 Ⓣ● | 59 Ⓣ● | |
| 31 Ⓣ● | 299 Ⓣ● | |
| 32 Ⓣ● | 318 Ⓣ● | |
| 40 Ⓣ● | 178 Ⓣ● | |
| 45 Ⓣ● | 295 Ⓣ● | |
| 48 ●Ⓕ | 184 ●Ⓕ | |
| 49 ●Ⓕ | 280 Ⓣ● | |
| 73 Ⓣ● | 377 Ⓣ● | |
| 81 ●Ⓕ | 284 Ⓣ● | + |
| 93 ●Ⓕ | 258 Ⓣ● | |
| 84 ●Ⓕ | 105 Ⓣ● | + |
| 86 ●Ⓕ | 359 Ⓣ● | |
| 95 ●Ⓕ | 388 ●Ⓕ | |
| 99 Ⓣ● | 188 Ⓣ● | |
| 103 Ⓣ● | 344 Ⓣ● | |
| 110 Ⓣ● | 374 Ⓣ● | |
| 119 Ⓣ● | 430 Ⓣ● | |
| 125 Ⓣ● | 195 Ⓣ● | |
| 135 Ⓣ● | 482 Ⓣ● | |
| 136 Ⓣ● | 507 Ⓣ● | |
| 152 ●Ⓕ | 464 Ⓣ● | |
| 161 Ⓣ● | 186 Ⓣ● | |
| 165 ●Ⓕ | 585 Ⓣ● | |
| 166 ●Ⓕ | 268 ⓉⒻ● | + |
| 167 Ⓣ● | 243 Ⓣ● | |
| 168 ●Ⓕ | 415 ●Ⓕ | |
| 199 ●Ⓕ | 467 ●Ⓕ | |
| 228 Ⓣ● | 257 Ⓣ● | |
| 259 Ⓣ● | 333 Ⓣ● | |
| 262 ●Ⓕ | 275 Ⓣ● | |
| 280 ●Ⓕ | 555 ●Ⓕ | |
| 339 Ⓣ● | 394 ●Ⓕ | |
| 349 Ⓣ● | 515 Ⓣ● | |
| 350 ●Ⓕ | 521 ●Ⓕ | |
| 353 ●Ⓕ | 370 ●Ⓕ | |
| 364 Ⓣ● | 554 ●Ⓕ | |
| 369 ●Ⓕ | 421 ●Ⓕ | |
| 372 ●Ⓕ | 405 ●Ⓕ | |
| 380 ●Ⓕ | 562 ●Ⓕ | |
| 395 ●Ⓕ | 435 ●Ⓕ | |
| 398 Ⓣ● | 403 ●Ⓕ | |
| 411 Ⓣ● | 485 Ⓣ● | |
| 472 Ⓣ● | 533 Ⓣ● | |
| 491 Ⓣ● | 509 Ⓣ● | |
| 609 Ⓣ● | 520 Ⓣ● | |
| 513 Ⓣ● | 542 Ⓣ● | |

**VRIN Total**   10

Form for use with the MMPI-2 test as published and copyrighted by the Regents of the University of Minnesota. All rights reserved. Distributed exclusively under license from the University of Minnesota by NCS Pearson, Inc., P.O. Box 1416, Minneapolis, MN 55440.
800-627-7271   http://assessments.ncspearson.com
Printed in the United States of America.
"MMPI-2" and "Minnesota Multiphasic Personality Inventory-2" are trademarks of the University of Minnesota. The NCS Assessments logo is a trademark of NCS Pearson, Inc.



Product Number
24007

# MMPI-2 Minnesota Multiphasic Personality Inventory-2™



The TRIN scale consists of 20 pairs of items that are opposite in content. If a subject responds inconsistently by answering True to both items of certain pairs, one point is added to the TRIN score; if the subject re-sponds inconsistently by answering False to certain item pairs, one point is sub-tracted. (Refer to the *MMPI-2 Manual for Administration, Scoring, and Interpretation* for directions on interpreting scores.)

**Directions for scoring:**

1. Transfer responses to the item pairs from the answer sheet to the recording grid on the right by blackening in the appropriate circle:
   Example: If response to item 3 was false   3 ⓉΟ●

2. Place the scoring template TRIN-1 over the grid; in the blank provided in the third column, enter a "+" (plus sign) for each item pair in which both template boxes show a blackened response.
   Example: The response 3 ●ⒻΟ   39 ●Ⓣ   would receive a "+" because both template boxes show a blackened response.

3. Count the number of "+"s and enter the TRIN-1 total.

4. Place the TRIN-2 scoring template over the grid; in the blank provided in the third column, enter a "-" (minus sign) for each item pair in which both template boxes show a blackened response.

5. Count the number of "-"s and enter the TRIN-2 total.

6. Subtract the TRIN-2 total from the TRIN-1 total and enter the result.

7. Add 9 points to obtain the TRIN total.
   Example:  TRIN-1 total    2
            TRIN-2 total   −1
                       1
                       +9
      TRIN Total   10

TRIN-1    1

TRIN-2    1

        0

        +9

TRIN TOTAL   9

Form for use with the MMPI-2 test as published and copyrighted by the Regents of the University of Minnesota. All rights reserved. Distributed exclusively under license from the University of Minnesota by NCS Pearson, Inc., P.O. Box 1416, Minneapolis, MN 55440.
800-627-7271   http://assessments.ncspearson.com
Printed in the United States of America.
"MMPI-2" and "Minnesota Multiphasic Personality Inventory-2" are trademarks of the University of Minnesota. The NCS Assessments logo is a trademark of NCS Pearson, Inc.

A B C D 2000



Product Number
24007

# MMPI-2™ Minnesota Multiphasic Personality Inventory-2™

## Profile for Content Scales

Excerpted from the MMPI-2™ (Minnesota Multiphasic Personality Inventory-2™) Manual for Administration, Scoring, and Interpretation, Revised Edition. Copyright © 1989, 2001 The Regents of the University of Minnesota. All rights reserved. Distributed exclusively under license from the University of Minnesota by NCS PEARSON, INC., P.O. Box 1416, Minneapolis, MN 55440. 800-627-7271. http://www.assessments.ncspearson.com

Printed in the United States of America. "MMPI-2" and "Minnesota Multiphasic Personality Inventory-2" are trademarks of the University of Minnesota. The NCS Assessments logo is a trademark of NCS Pearson, Inc.

Name  Wendi Andriano

Address

Occupation _____ Age _____ Marital Status _____

Education _____ Date Tested _____

Referred by

MMPI-2 Code

Scorer's Initials

FEMALE

| | ANX | FRS | OBS | DEP | HEA | BIZ | ANG | CYN | ASP | TPA | LSE | SOD | FAM | WRK | TRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Score | 15 | 7 | 6 | 7 | 4 | 3 | 0 | 7 | 8 | 5 | 9 | 3 | 3 | 10 | 1 |
| | 69 | 61 | 50 | 54 | 46 | 56 | 32 | 49 | 54 | 43 | 51 | 41 | 42 | 52 | 55 |

NCS Product Number 24002

## Part II

Instructions: Complete the following by filling in either a number or a letter for each dash ( _____ ). Do the items in order, but don't spend too much time on any one item.

EXAMPLE: A B C D E

(1) 1 2 3 4 5 6

(2) white black   short long   down u p

(3) AB . BC   CD   D E

(4) Z Y X W V U I

(5) 12321   23432   34543   456 5 2

(6) NE/SW   SE/NW   E/W   N/ S

(7) escape   scape   cape a p e

(8) oh ho   rat tar   mood _ a a _

(9) A Z B Y C X D W

(10) tot tot   bard drab   537 7 3 5

(11) mist is   wasp as   pint in   tone o n

(12) 57326   73265   32657   26573 6 5 7 3 2

(13) knit in   spud up   both to   stay a t

(14) Scotland   landscape   scapegoat s o a t oe

(15) surgeon 1234567   more 17635   rogue 1 5 3 7 6

(16) tam tan   rib rid   rat raw   hip b i t

(17) tar pitch throw   saloon bar rod   fee tip end   plank t a b l e meals

(18) 3124   82   73   154   46   13 42

(19) lag leg   pen pin   big bog   rob r u b

(20) two w   four r   one o   three t

IQ~110

### Summary Scores

| | | | | | | |
|---|---|---|---|---|---|---|
| V: Raw 32 | T ___ | A: Raw 30 | T ___ | Total: Ra 68 | T ___ | |
| CQ: ___ | AQ: ___ | Est. IQ: ___ | | | | |

H.Kandy Rohde
Certified Professional Counselor
5507 East Shea Blvd.
Scottsdale AZ 85254
(480) 443-9313

Law Offices of G.David DeLozier
4016 East Forest Pleasant Place
Cave Creek AZ 85331

March 12, 2001

Dear Mr. DeLozier,

I have been meeting with Wendi Andriano since January 9, 2001. I have seen her for eight sessions of counseling totally thirteen and one half hours. I suspect that she was molested by her natural father and/or grandfather when she was less than four years old. She seems to have begun dissociating as a defense beginning as a very young child and continuing until today. She told me that she has no trouble remembering events in her life, even stressful events, yet when I asked her about her childhood, her marriage and her imprisonment she was unable to recall large sections of her history. After I brought that to her attention, she spoke to her mother who said that Wendi habitually "forgot" anything that was unpleasant. She said that, as a child, Wendi would go sit in a large closet to disappear from anything that she found stressful. Wendi said that she found life easier if she "didn't think about things are upsetting." Wendi reports being content in jail and says that she does not worry about the ultimate possibilities that threaten her. Wendi describes the weeks prior to Joe's death as a time in which she felt detached from her own feelings. She said she could see herself and questioned her lack of feeling, but still had no feelings.

In addition to my belief that she is the victim of sexual molestation and that she suffers from Depersonalization Disorder as well as Dissociative Amnesia, I believe she exhibits the symptoms of the Cluster C Personality Disorders. She seems to have desperately needed the relationship with Joe, and she was willing to give up her friends, freedom and individual choice to be with him. She was preoccupied with complying with his requirements and drove herself to exhaustion meeting his demands. She would take on every task to keep him from becoming frustrated and angry. She would sacrifice her identity and social life to fit in with his expectations. She has a deep fear of confrontation and she spent her life keeping him from yelling at her. She believed that if she always complied with his wishes, he would be nice to her. She rationalized this by saying to herself that his expectations were reasonable and that she deserved his anger when she did not meet his expectaions.

I believe she was the victim of emotional abuse as well as some physical abuse during her marriage. I think she was able to cope by dissociating and rationalizing. She

007110


EXHIBIT
B

Exhibit No.:  **7.002**

Case No.: **CR2000-096032**

For Identification:

**DEFENDANT**
**01/31/2014**

In Evidence: *Defendant*
*2/10/2014*

**Clerk of Superior Court**

By: _____
           **L. MOONEY**
           (Deputy Clerk)

1002841552

Exhibit No.:  **15**

Case No.: **CR2000-096032**

For Identification:

**DEFENDANT**
**01/31/2014**

In Evidence:

*Stipulated*
*2/3/2014*

**Clerk of Superior Court**

By: _____
L. MOONEY
(Deputy Clerk)

1002841563

Shawn King - July 11, 2011                                    1

SUPERIOR COURT OF ARIZONA

COUNTY OF MARICOPA


STATE OF ARIZONA,          )
                           )
        Respondent,        )
                           )
v.                         )No.   CR2000-096032-A
                           )
WENDI ELIZABETH            )
ANDRIANO,                  )
                           )
        Petitioner.        )
_____)


DEPOSITION OF SHAWN KING

Phoenix, Arizona

July 11, 2011


Prepared by:

CINDY MAHONEY, RPR, RMR
Certified Court Reporter
Certificate No. 50680

Coash & Coash, Inc., 602-258-1440

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

**Page 2**

```
 1
 2                THE DEPOSITION OF SHAWN KING
 3    commenced at 1:47 p.m. on July 11, 2011, at
 4    Coppersmith Schermer & Brockelman, 2800 North
 5    Central Avenue, Phoenix, Arizona, before Cindy
 6    Mahoney, RPR, RMR, Arizona Certified Court
 7    Reporter No. 50680.
 8
      APPEARANCES:
 9
          For the Deponent:
10        BROWN & LITTLE, P.L.C.
          By:  Adrian W. Little, Esq.
11             950 West Elliot Road
               Suite 107
12             Tempe, Arizona 85284
               480-299-2093
13
          For the Petitioner:
14        FOLEY & LARDNER LLP
          By:  Allen A. Arntsen, Esq.
15             150 East Gilman Street
               Madison, Wisconsin 53703
16             608-257-5035
17        For the Respondent:
          OFFICE OF THE ATTORNEY GENERAL
18        STATE OF ARIZONA
          By:  Lacey Stover Gard, Esq.
19             400 West Congress
               Tucson, Arizona 85701
20             520-628-6654
21
22
23
24
25
```

**Page 3**

```
 1
 2                    I N D E X
 3    WITNESS                              PAGE
 4    SHAWN KING
 5    Examination by Mr. Arntsen             4
 6    Examination by Ms. Gard               45
 7
               (No exhibits)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**12:48:32-13:48:27**

**Page 4**

```
 1                 SHAWN KING,
 2    the witness herein, being first duly sworn,
 3        was examined and testified as follows:
 4                  EXAMINATION
 5        Q BY MR. ARNTSEN:  Can you please state
 6    your name.
 7        A Shawn King.
 8        Q Where do you live, Mr. King?
 9        A 2102 North Hill, Mesa, Arizona.
10        Q Have you ever had your deposition
11    taken before?
12        A Yes.
13        Q Couple things.  If you don't
14    understand a question, let me know, and I'll
15    try to rephrase it.  Okay?
16        A Okay.  Yes.
17        Q Are there -- is there anything -- for
18    instance, are you on any medications today
19    that would interfere with your ability to
20    testify truthfully and completely?
21        A No.
22        Q And you understand that this
23    deposition is in connection with some
24    post-conviction proceedings relating to -- on
25    behalf of Wendi Andriano?  Do you understand
```

**13:48:27-13:49:26**

**Page 5**

```
 1    that?
 2        A Yes, I do.
 3        Q Just to let you know, I'm
 4    representing Ms. Andriano in these
 5    post-conviction proceedings.
 6        So that's sort of the context in
 7    which this deposition is being taken.  Okay?
 8        A All right.
 9        Q And if I refer to Ms. Andriano as
10    Wendi Andriano, you'll know who I mean; right?
11        A Yes.
12        Q Even though it's my understanding
13    most of time you knew her, her name was Wendi
14    Ochoa; correct?
15        A Yes.
16        Q When did you first meet Wendi?
17        A I can't tell a specific year.  I
18    probably was eight years old.  So it would be
19    '79.
20        Q What was the context?
21        A We went to school at the same place.
22        Q How long did you go to school
23    together?
24        A From either 1981 until she graduated
25    in '88, I believe.
```

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

---

**13:49:28-13:50:30**      Page 6

1   Q   When did you graduate?
2   A   I graduated in 1990. She might have
3   graduated -- she was '89, I think.
4   Q   What was the name of the school?
5   A   91st Psalm originally, and then
6   Harvest Christian Academy it became. It was
7   the same school.
8   Q   Was that school affiliated with
9   church?
10   A   Yes.
11   Q   And what was the name -- was the name
12   of the church the same as the school?
13   A   Well, it was -- it was Harvest Family
14   Church and then 91st Psalm before that.
15   Q   Was your father the pastor of the
16   church?
17   A   My dad was the pastor of Harvest
18   Family Church. He was the associate pastor at
19   91st Psalm.
20   Q   And do you recall when it was that --
21   when did it -- did the church go from being
22   91st Psalm to Harvest Family Church?
23   A   I think it was -- I'm saying '82,
24   '83, somewhere in there, yeah.
25   Q   And again, that's when your father

---

**13:50:32-13:51:26**      Page 7

1   went from being the assistant pastor to
2   becoming the pastor?
3   A   Yes.
4   Q   And is the church still there?
5   A   Yes. Well, the one -- the building
6   that it was both 91st Psalm and Harvest, it
7   burned down. There was an arson in 2003. And
8   they're rebuilding something on the site now.
9   Q   They being the congregation?
10   A   Actually, yes. It's a -- my dad and
11   the congregation rebuilding it.
12   Q   Did you know Wendi's parents?
13   A   Yes.
14   Q   How did you know them?
15   A   Alejo Ochoa -- well, that's her
16   stepdad, I believe --
17   Q   Right.
18   A   -- was the -- was an associate pastor
19   at Harvest Family Church for sure, maybe at
20   91st Psalm. He might have been there at that
21   time. I don't know if he was pastor at that
22   point.
23   Q   Okay. And then --
24   A   He was definitely associated with it
25   though.

---

**13:51:30-13:52:45**      Page 8

1   Q   That's Alejo Ochoa?
2   A   Yes. And then Donna Ochoa, his wife,
3   Wendi's biological mother, I believe I knew
4   her through him, I guess, just through Alejo,
5   the fact that she would come with him
6   sometimes to be around the church or whatever
7   or the school.
8   Q   So I believe you indicated starting
9   when you were -- you met Wendi when you were
10   around eight or so?
11   A   Yeah.
12   Q   And did you -- was your -- were your
13   interactions with Wendi initially at the
14   school?
15   A   Yes.
16   Q   Any place other than at school?
17   A   Yeah. My recollection was only --
18   well, yeah, it was at school first for the
19   first -- I don't know -- couple years. And
20   then we were invited to various places, like
21   there would be a party, birthday party at --
22   well, there was an A-framed house on the
23   school and church grounds. It was a
24   parsonage, and they would have a party there.
25      So she would be at that and I would

---

**13:52:49-13:54:12**      Page 9

1   be at that. And then there was also -- they
2   would have another set of parties at Carlin --
3   Lonny Carlin, his house -- or his parents'
4   house, and I went there, and she would be
5   there. And I don't recall when I went to
6   their house. But it was when they lived -- to
7   Alejo and Donna's house. It wasn't until they
8   lived in Indian Hills, which was -- I don't
9   know. I don't have any idea when that was.
10   Q   Do you recall approximately how old
11   you were?
12   A   Well, yeah. Where did I live in -- I
13   would have lived in -- it would have been more
14   like 12, I think, whenever I started going --
15   or we would go there and -- and then just -- I
16   mean, it was always with -- usually -- well,
17   yeah, it was with my parents and other people
18   that I would go -- other friends and whatever.
19   Q   Were these events sort of sponsored
20   by the church or the school? Were they in
21   connection with that?
22   A   Not always. I mean, there would be
23   like -- they would just have a get-together
24   for whatever reason, party for something,
25   somebody's birthday. That wouldn't be the

---

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

13:54:15-13:55:18                                                    Page 10

1   school or church having anything to do with
2   it.
3       Q  Did you -- did you actually live
4   on -- was the school on the same property as
5   the church?
6       A  Yes.
7       Q  Okay.
8       A  It used the same building.
9       Q  Did you live on that property also?
10      A  Not until '85 -- no, it was --
11  actually, it's not the church property that we
12  lived at.  It was -- it was a -- like, the
13  church is a big parcel of 10 acres or
14  something or 15, 20 acres, but -- and then we
15  have -- my parents have another parcel beside
16  that.
17      Q  Okay.  Just adjacent?
18      A  Yeah, yeah.  It's like a quarter mile
19  away.  So they built a -- I helped my dad
20  build a house that was done -- actually, I
21  think we moved in like '87 or '88.  So we
22  didn't live there until then.  Otherwise we
23  never lived in the parsonage.  That was the
24  parsonage for the previous pastor before it
25  became Harvest Christian -- or Harvest Family

13:55:18-13:56:33                                                    Page 11

1   Church.
2       Q  What can you tell me about Wendi as a
3   child when you first met her?
4       A  She was very -- she was a very, for
5   lack of a better word, I guess spry kind of
6   thing, very energetic and outgoing and not
7   very sporty.  She didn't, like, play --
8   whenever we'd play dodge ball and stuff like
9   that, she didn't play much.  She'd get
10  involved but not a lot.
11      But I mean, she was a -- she was
12  happy as a general rule.  But there was always
13  a bit of perhaps question in that from my -- I
14  don't know.  From my perspective, you know,
15  like a little bit underneath it maybe.  That's
16  from my recollection now of how it was.
17      Q  What do you mean by that little bit
18  underneath it, that thing that's different
19  from being happy?
20      A  She was just very -- she was very --
21  I mean, I don't know how else to say it.  She
22  was kind of devious in things.  So I always
23  knew she had kind of a plan underneath what
24  she was doing.
25      Q  Can you give me an example?

13:56:36-13:57:52                                                    Page 12

1       A  I'm trying to think.  Well, she got
2   away with anything, like pinching, that was a
3   big thing I remember from one time whenever
4   people would be pinching each other and girls
5   were pinching guys.  That was the big thing at
6   one time.
7       And all these other girls -- not all,
8   but a few would get in trouble.  She never got
9   caught.  She'd always be pinching me or my
10  brother or something like that.  Never got
11  caught, even though I wouldn't try to get her
12  caught.  But she was just very good at that on
13  the sly kind of thing.
14      Q  About how old was she when this --
15      A  This was early on, like eight.  She's
16  my age, I think.  Yeah, she's like six months
17  older than me.
18      And we didn't have grades.  So we
19  were all with everybody all the time.  It
20  wasn't a big school.  I can't think of any
21  other kind of thing, but it did seem like she
22  had a -- a more -- like 12, as we got into
23  teenage years, she had control over other
24  girls.
25      Q  Like what other girls?

13:57:55-13:58:58                                                    Page 13

1       A  Like, who am I trying to think of?  I
2   can't remember.  Gerri Lynn.  I don't know.
3   That's one of the girls I'm thinking of.
4   That's just a name.  I can't think of a
5   particular -- like, not bossing around, but
6   like her leadership or something, she's the --
7   the top dog kind of thing.  That's just the
8   feeling I got.
9       I didn't know that for sure.  But, of
10  course, I was always interested in her, in a
11  relationship with her from like probably 12 or
12  something.
13      Q  Okay.
14      A  And so --
15      Q  And what -- so what do you mean by
16  you were interested in a relationship with her
17  from about 12?
18      A  Well, it would be primarily, you
19  know, like romantic kind of relationship.  I
20  just thought she would be my sweetheart kind
21  of thing.  I was very naive at that point,
22  having not been raised on television or
23  anything.
24      And probably right about that time is
25  when I started watching TV, being allowed to

Min-U-Script®                                          (3) Page 10 - Page 13

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

**13:59:03-14:00:26** — Page 14

1 watch TV. I mean, I watched sports, but I
2 couldn't watch commercials or anything. So --
3 and no movies. And so she was just the
4 epitome of real life -- or not -- yeah,
5 epitome of worldly, if you know what I'm
6 talking, you know.
7    Q Would it be fair to say you had a
8 crush on her?
9    A Yeah, definitely. From probably 12
10 years old or something like that.
11    Q And for how long did this crush last?
12    A It lasted until I was -- well, until
13 I guess it -- whenever we started going out at
14 16, 17, something like that, I mean, I still
15 had a crush. I mean, she was like in total
16 control of my life. Not -- I mean, yeah, she
17 could get me to do anything pretty much.
18    Q Like what?
19    A Well, because I didn't generally
20 disobey the rules of the school or whatever,
21 but if she wanted me to do something, I would
22 do it. And so she -- like, kissing and stuff
23 like that was not allowed and hand holding, so
24 we'd hold hands like at probably 16 or, you
25 know, I'd do that or she'd do that, and I'd do

**14:00:27-14:01:48** — Page 15

1 it even though I didn't want to or whatever.
2    Q Hold hands?
3    A Yeah. Well, that or kissing or
4 whatever. So it was kind of interesting. But
5 she always kind of -- it seemed to me like I
6 was the -- not the goody two-shoes. I wasn't
7 like that at all, but that I was the good part
8 of her, is what it seemed like to me. But
9 that's in retrospect. So I have no clue for
10 sure.
11    Q Did you -- was -- was your friendship
12 a good one?
13    A Yeah. I was always mistrustful,
14 though. I mean, not terribly so, but once I
15 found out, you know, later on I became freaked
16 out. But yeah, I did like her. I mean, we
17 talked about -- we had a good intellectual
18 connection. And I was always reading, and she
19 had read a lot of the same stuff. And we
20 seemed to connect well.
21    And we like -- she didn't really like
22 sports that much. So that was a problem for
23 me. Although she swam, but she didn't
24 really -- I was worried that she was trying to
25 look all sexy for everyone. And so, I mean,

**14:01:51-14:03:12** — Page 16

1 it was a general crush, jealousy I guess at
2 that time. It became a freak-out later. And
3 based on what she -- yeah, stuff I found out
4 later.
5    Q What do you mean by that?
6    A Well, I mean, whenever we went out
7 and -- whatever years those were, because I
8 think '91 is when it ended, so I would have
9 been 20. But before that time, I mean, we
10 were -- we got -- it was probably '88 that we
11 got sexually active to some degree.
12    And from that time until '91 or, you
13 know, until like mid '91, I assumed that we
14 were -- or I mean, I believed that we were
15 monogamous, you know, together exclusively.
16 And I find out from multitudes of people that
17 she had been with so many guys during my
18 tenure with her. And that just blew me away.
19    I Caught her with a couple guys a
20 couple different times, and she talked me out
21 of it. She got me to believe -- like, I
22 walked back into her house and believed that
23 it was okay. So I -- somehow.
24    Then finally, that's whenever I did
25 the -- the breakup with her was finally in

**14:03:15-14:04:42** — Page 17

1 '91. I heard about a couple of different guys
2 and different -- different -- different guys
3 than the two I caught her with. And so that
4 was pretty -- yeah.
5    So then I mistrusted her completely.
6 But before that, I really thought -- I was
7 just naive and just thought all is well with
8 us.
9    Q So over what period of time were you
10 and Wendi a couple?
11    A Definitely ended in fall of '91. I
12 believe it started officially -- well, I know
13 it sexually started in -- it may have been
14 '87, late '87 because I was 17. My birthday
15 is in December. Before that we might have --
16 it might have been at the start of the school
17 year. So early -- mid '87.
18    Q So when you say you caught Wendi with
19 a couple of guys, tell me what happened?
20    A Okay. One time I -- well, the one
21 time I caught her for -- is that -- I mean, I
22 didn't actually see her in the act with
23 anyone. I didn't -- but she -- okay. She's
24 in her apartment. She got an apartment after
25 she got out of school, I think. So this was

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

14:04:47-14:05:49                                              Page 18

1  '89, I believe, probably I caught -- or '90
2  maybe.
3       But I found her -- I went to her
4  apartment. And the door is locked, and I hear
5  some noises inside. So I start beating the
6  door down -- or, I mean, banging on the door a
7  ton, not breaking it. And then she finally
8  comes up and answers the door in like a
9  nightie kind of thing with nothing on.
10      Then I walk into the -- I come
11 running into the bedroom, and there's a guy
12 getting up with pretty much nothing on as
13 well. He's pulling up some boxers or
14 something.
15      And that's the one where I'm like --
16 I'm positive something was happening here.
17 And I'm going off on her. Then she -- or I
18 mean, I'm just, you know, crying and stuff.
19 Then she takes me over to the -- outside to
20 the porch. There's a little porch thing. It
21 was up a flight of stairs, I think. And she
22 talked me into thinking it's fine.
23      I don't know -- I mean, I was so
24 different back then, unaware I guess you'd
25 say. But I mean, I believed her somehow.

14:05:50-14:06:58                                              Page 19

1   Q  What did she tell you?
2   A  That they were just resting. Why
3  they had no clothes on, I don't -- oh, they
4  had swum (sic). Or they had been swimming. I
5  don't know if that's a word, swum. Anyway,
6  yeah, and so they had to have their clothes
7  off. So I bought it.
8   Q  And you indicated you caught her on
9  another occasion?
10  A  Yes. Well, that was in a truck. She
11 was delivered back -- she was supposed to have
12 been at the apartment for us to meet, you
13 know, for one of our little dates or whatever
14 one night. She wasn't there.
15      And so I stayed there like for two
16 hours or something because there were other
17 friends that lived around there. So I was
18 talking to them or whatever. And she shows up
19 and -- or this truck shows up. There's this
20 guy sitting in the driver's seat, and she's
21 nowhere to be seen.
22      And then she gets out and she's --
23 then she suddenly gets out and her hair is all
24 disheveled and everything. Her dress is all
25 messed up. She's got her underwear pulling up

14:07:00-14:08:24                                              Page 20

1  as she walks out.
2       So I was -- I just -- at that point I
3  assumed -- I didn't catch her in anything, but
4  it was soon after that that I broke up because
5  I was -- I became convinced that she had been
6  with -- because other people had told me --
7  other friends of hers or friends of ours had
8  told me that they had seen her at parties
9  doing stuff actually in the act. And so I
10 was.
11  Q  You said friends of yours told you
12 that they had seen Wendi having sexual
13 intercourse at parties?
14  A  Yeah, I believe -- yeah, definitely,
15 they had said -- like Kim -- I think Kim was
16 one.
17  Q  Who?
18  A  Kim Ethington. She used to live
19 close to -- that's not her name now, but I
20 know she's been married at least twice. But I
21 don't keep up with her really. Just hear
22 through other people.
23      Then I think -- I can't -- I can't
24 recall any -- I think Lonny Carlin may have
25 seen her once or more than once. And I don't

14:08:26-14:09:39                                              Page 21

1  think -- yeah, I don't think, like, Lonny's
2  sister Sarah, I don't think she saw anything.
3   Q  By the way, what were the names of
4  these guys that you caught Wendi with?
5   A  God, I have no idea. I never knew.
6  Wait a second. One of the guys was Anthony.
7  Definitely there was an Anthony because I
8  hated that name from then on until like 10
9  years later. So got over it.
10  Q  And again, what did Kim Ethington
11 tell you about Wendi?
12  A  She was saying that she saw her
13 making out for sure at multiple parties. But
14 then she saw her at one sitting on a guy
15 essentially who was sitting on the couch, but
16 then she's sitting on the guy, and he's out of
17 his pants kind of thing. She's basically
18 having sex with him on the couch.
19  Q  And do you recall what Lonny Carlin
20 told you?
21  A  No. I mean, it was just something
22 about sex, I think. I don't know the
23 actual -- the specifics. I can't remember
24 any.
25  Q  Did you and Wendi have a sexual

Min-U-Script®                                    (5) Page 18 - Page 21

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

**14:09:40-14:10:52** Page 22

1 relationship?
2 A Yes, we did. But we never had -- we
3 never -- we never had anything but oral
4 intercourse because she was saving herself for
5 marriage like we were taught allegedly. And I
6 didn't know how to -- or I didn't know a thing
7 at that point.
8 Q And for how long a period before you
9 broke up were you and Wendi having oral sex?
10 A It was from '88 to '91. So we would
11 do that fairly frequently, I mean, like once
12 or twice a week. That's not too frequently.
13 Q When you're saying oral sex, you
14 performed oral sex on her and she performed
15 oral sex on you?
16 A Yeah.
17 Q So what was it that prompted the
18 breakup of your relationship?
19 A Well, it was that guy in the -- in
20 the truck or the thing in the truck, whatever
21 went on there. And because she didn't say --
22 she didn't explain anything. Or somehow she
23 explained it to a point where I was okay with
24 it for then, but then like three days later I
25 went -- she wasn't showing up at places

**14:10:55-14:12:05** Page 23

1 whenever we were supposed to go out or
2 whatever, and so I just got irritated and
3 decided that's it.
4 Q Tell me the -- what happened, the
5 circumstances of your and Wendi's breakup?
6 A Well, we -- there was the one --
7 yeah, it was the night that I -- I walked --
8 did I walk or ride the bike? I can't remember
9 exactly, but I went to her apartment complex.
10 She had just bought a new car. I
11 smashed the windows out of the car with a
12 rock, and I told her that's it.
13 Oh, yeah, and then -- and then I
14 don't know if it was before that -- I think it
15 was a time before that where I had given her a
16 ring of promise, and I took that off her
17 finger, bit it, and threw it down. But I
18 think that was before the breakup. That
19 didn't work. The breakup didn't take that
20 time. And so then I had to get it the next
21 time.
22 Whenever I broke the windows, that
23 definitely was it. And I don't think I said
24 anything to her after that. Just didn't -- we
25 just didn't talk.

**14:12:07-14:13:44** Page 24

1 Q That was in '91?
2 A Yeah.
3 Q Tell me what you recall about Wendi's
4 interactions with her parents, her mother and
5 her stepfather?
6 A I don't -- I mean, her mother -- she
7 got along well with people, with authority
8 figures because we looked at adults, you know,
9 as authority figures. It wasn't like they
10 were our friends or anything. But she was
11 more friendly with people than I was for sure.
12 And it seemed like she felt like her
13 mom was commanding, but not too bad. And
14 Alejo, I mean, just seemed more like chummy,
15 you know, like they were just --
16 Q What do you mean?
17 A -- friends. I mean, more friendly
18 than -- I mean, just like friend to friend
19 kind of thing, not -- I mean, it wasn't like
20 he was lording over her or anything but -- as
21 much as her mom would. But otherwise, I
22 didn't notice any major -- yeah, no big
23 differences from other friends that had
24 parents, you know.
25 Q How much interaction did you have

**14:13:46-14:14:54** Page 25

1 with Alejo, given that he was an assistant
2 pastor?
3 A We did a fair amount, I mean, like
4 working together on a -- because I would work
5 construction stuff with them around the church
6 with my dad and with the church and the house
7 and what have you. I would do work,
8 construction.
9 So he also worked construction. So I
10 would learn. And then he -- he would -- you
11 know, like we'd dig ditches and stuff like
12 that. So he was pretty -- he would be singing
13 spiritual type songs, you know, more of the --
14 he would just be fun, oh, Lord, would you buy
15 me a Mercedes-Benz or something like that. So
16 we'd sit there and sing. We had a good time
17 just joking and messing around and stuff.
18 And as I got older, I got into
19 computers. And so I went away from him,
20 veered away. And he was like -- started to
21 get into photography and stuff, so I didn't
22 have anything to do with him pretty much from
23 then on. So I mean, not intentionally. It
24 just happened, divergent paths.
25 Q Were there any problems between you

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

**14:14:55-14:16:24**          Page 26

1  and Alejo?
2      A  Oh, no, none.
3      Q  Was the church -- was it sort of --
4  would you describe it as a sort of male
5  dominated culture, or would that not be right?
6      A  I don't -- I mean, I had most -- my
7  best relationships were with ladies, not like
8  the ladies -- not a ladies man or anything,
9  but I was able to connect best with women.
10  And I felt like I was guided by a certain set
11  of women in the church.
12        So I wouldn't say it's too male.
13  There's -- like, the Bible is pretty male
14  oriented, if you don't mind.  And -- and I
15  didn't necessarily agree with that.  But I
16  thought that there was enough -- my mom was
17  the music leader and all that, and there were
18  others that did teachings and devotional type
19  things and stuff.  So I thought that was all
20  right.
21      Q  Are you still a member of the church?
22      A  Not necessarily.  Actually, I did
23  just go back for the first time in eight --
24  seven, eight years.  I went back a couple
25  weeks ago.

**14:16:28-14:17:31**          Page 27

1        I just had -- since my accident, I've
2  kind of grown in various ways and learned
3  to -- learned, you know, I go a different --
4  my spirituality is different now from theirs.
5  And it doesn't really work for me.
6        As long as it works for them, I'm
7  cool with it.  I was able to go and be cool
8  with what they did at their church and hang
9  out.  And it was good spiritual stuff for
10  them.  For me, it was somewhat spiritual but
11  not big time, not the kind of thing I want to
12  do every week.
13      Q  Did you have a sort of abrupt, you
14  know, split with your parents and the church
15  or anything like that?
16      A  No.  There was no -- I just -- it was
17  actually through counseling, through my
18  spiritual advisors in counseling type stuff
19  that I realized that my path is diverging from
20  theirs.  So I just told them.  And we've
21  remained in great connection, my parents and
22  I.
23      Q  You indicated you had an accident.
24        Can you just describe briefly what
25  the accident was?

**14:17:34-14:18:52**          Page 28

1      A  In October of -- of 1999, I was
2  walking from a friend's house.  It was like 6
3  in the morning or 6:55, something like that.
4  But I was -- I was still under the influence
5  of alcohol.
6        And I walked across the street on a
7  red crosswalk light, and a truck hit me, 1950
8  Chevy pickup.  And I dented the hood with my
9  head.  So it caused traumatic brain injury.
10  And then, plus I flew across the street, flew
11  across five lanes and smacked my head on the
12  concrete.
13        So it caused brain traumatic -- both
14  traumatic brain injuries.  And then my legs
15  were essentially cut off, smashed up,
16  pulverized, my lower legs.  They were able to
17  put them back on, whatever.
18        So that was the big -- then I was
19  laid up for like a year, almost a year.  Well,
20  I couldn't hardly get out.  I couldn't roll a
21  wheelchair because my left side was --
22  prognosis was paralyzed for life on the left
23  side because of the right side head trauma.
24        I ended up being able to get action
25  eventually, but not during really 2000.  So

**14:18:55-14:20:04**          Page 29

1  that was the extent.
2        My -- whenever you have traumatic
3  brain injury, apparently one grows up again,
4  and it can happen multiple times.  So I -- I
5  mean, I kept journals from the time about six
6  months into it -- no, three months.  Yeah, I
7  started keeping journals because my counselor,
8  like before the accident, told me to do that.
9  So I did it.
10        And I can see how I grew up
11  multiple -- you know, I would start like a
12  little kid and grow up again and again, you
13  know.  So it happened over a long period.
14        So my brain was not working well
15  during the first probably five years.  And
16  then seven years after the accident -- it was
17  in 2008, so that was nine years that I started
18  a neurocognitive rehabilitation program.  And
19  that has just done amazing things.  But
20  anyway.
21      Q  So a very extensive physical and sort
22  of mental and psychological, emotional
23  rehabilitation --
24      A  Yes.
25      Q  -- process?

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

---

**14:20:06-14:21:29**      Page 30

1   A Yeah, yeah. I've been in full effort
2 ever since the accident. Well, ever since I
3 got out of the coma.
4   Q Did you stay in touch at all with
5 Wendi after you broke up?
6   A No, definitely not with her. I would
7 hear about her from, like, my parents or from
8 friends that would say she's doing this. I
9 mean, she had -- she got married, had kids. I
10 heard about that. But I didn't see them or
11 anything.
12      It seemed like -- well, yeah, she
13 even came to church because I kept playing the
14 drums at my parents' church. I had always
15 played like from '95 -- or '85 through '99. I
16 played every Sunday pretty much, played drums
17 for the music ministry.
18      And for a while there she was coming
19 to church. And I would -- they had a
20 particular place where Alejo and Donna and her
21 would sit. And then I remember them sitting
22 there. But I was always completely distant
23 and aloof. I never went and saw them. I
24 would never go talk to them afterward. I
25 would just leave out another door. I didn't

---

**14:21:31-14:22:49**      Page 31

1 like to talk to anybody.
2   Q Was there -- do you recall her being
3 at the church with Joe or her kids?
4   A I guess so. I mean, before -- like,
5 in '95, something like that, maybe before --
6 yeah. I don't remember when she married Joe.
7 You know, once she moved -- she moved, I
8 heard -- yeah, she definitely moved up to
9 somewhere in Phoenix, and she just quit coming
10 to church.
11      At one point Alejo was no longer a
12 pastor. So they quit coming. So then I don't
13 have any idea when that happened. Because I
14 was -- I was disconnected from the church
15 really, even though I keep coming every
16 Sunday. I was -- I didn't pay attention to --
17 my life was in Scottsdale and work and stuff
18 like that.
19   Q Did you ever meet Joe?
20   A I think I did before the accident,
21 yeah.
22   Q Okay. Do you recall the
23 circumstances?
24   A I didn't go to her wedding, did I? I
25 mean, I could have gone to her wedding if

---

**14:22:51-14:23:55**      Page 32

1 somebody had dragged me along, or else he was
2 at church or something. I do think I
3 remember -- I'm not positive about this -- but
4 shaking his hand one time. And I definitely
5 never talked to him like as anybody. I mean,
6 I just said hi, and that was it as far as I
7 recall.
8   Q As best you can -- did you ever talk
9 with Joe anytime other than that, whether it's
10 over the phone or in person?
11   A Definitely not. No, I definitely
12 didn't. I mean, I barely knew him. I
13 wouldn't know him by sight at all now.
14   Q Now, after Joe died, did you talk
15 with -- did the police come and interview you?
16   A No.
17   Q Did the prosecutor's office come and
18 interview you?
19   A No.
20   Q Did you -- do you recall talking with
21 anyone from the police department?
22   A No.
23   Q Do you recall talking with anyone
24 from the prosecutor's office?
25   A No.

---

**14:24:16-14:25:34**      Page 33

1   Q Is there anything else you can recall
2 that kind of sticks in your mind about Wendi
3 growing up that kind of, you know, stands out
4 about her as, you know, someone you knew for a
5 dozen years or so?
6   A Well, I mean, -- well, a primary
7 thing, from my perspective, was her
8 flirtatiousness. That, like, stands out in my
9 mind because of how she was with me and -- but
10 then I saw how she was with -- she was that
11 way with a lot of people, but not -- not more
12 than me.
13      It seemed like she was more directed
14 at me, you know. It seemed like she would be
15 more intense, if you will. Maybe that was
16 just my hope. But I just remember her being
17 very -- it was kind of -- I almost want to say
18 cheerfully flirtatious but not -- I don't
19 know. Bubbly -- no, not really. I don't know
20 how to describe it.
21      But it was a very -- I mean, at one
22 point I thought it was wholesome, very
23 wholesome, but obviously my -- based on future
24 events, my recollection is tainted, I'm sure.
25   Q The future events being those you've

---

Min-U-Script®

(8) Page 30 - Page 33

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

| 14:25:35-14:26:45 | Page 34 |
|---|---|

1 talked about?

2   A Yeah.

3   Q Was she flirtatious with a lot of

4 people?

5   A Yeah. It seemed like most everybody

6 that she -- you know, she'd be -- she would be

7 flirtatious with girls, with guys. She was

8 just very flirtatious.

9   Q And just -- can you just elaborate a

10 little more as to the specific conduct that

11 you're -- you know, you're lumping within

12 flirtatious?

13   A There's the -- there's a lot of

14 touching going on when she would talk to

15 the -- I mean, people do that, but -- and then

16 there would be like shoulder action, you know.

17 Just the way she would move would be kind of

18 sexy doing whatever. Not -- you know, not

19 real -- but she would always, you know, like

20 throw her hips in like to my hip or whatever

21 and stuff like that at times.

22   And that was more with me than the

23 kids at school and stuff. She wouldn't do it

24 because that was completely illegal from our

25 school rules and stuff. But I would go to --

| 14:26:47-14:28:16 | Page 35 |
|---|---|

1 I didn't really go to parties with her that

2 were outside of the school or outside of

3 people from the school. And so I think she'd

4 do that with most other people.

5   And I would see her sometimes at a

6 pool party or something or a pool gathering

7 that they would have for the swim team. I

8 would come at the end because my track coach

9 was married to the swim coach.

10   So anyway, I would see her kind of

11 being like that with other guys. And I'd be

12 like -- I don't know. At that time I just

13 wrote it off.

14   Q Was she like that with adults too or

15 just kids?

16   A Oh, yeah, it seemed like it. But

17 less -- but she would, like, use -- I mean,

18 she -- my understanding and my recollection is

19 that she taught me the meaning of feminine

20 wiles, you know. And she could use her charm

21 to get things from men especially.

22   Q Can you give me some examples?

23   A I'm trying to think of something. If

24 she -- it wouldn't -- it definitely would not

25 work on my dad, but other -- like, I'm trying

| 14:28:20-14:29:30 | Page 36 |
|---|---|

1 to think of a guy.

2   Like, there was this big guy, Jim

3 Nish, that would be telling her to do

4 something. And she would just get all smiley

5 and, you know, flirtatious, batting the eye

6 kind of thing and wiggling around a little

7 bit. And this was when she was 14, something

8 like that. And then he would just back off,

9 just tell her, you know, okay, do whatever you

10 want.

11   And that was the -- that's what I

12 recall as far as dealing with adults. With

13 women, she was more -- if I'm remembering

14 correctly, she was bristled a little bit more.

15 She wouldn't try too much flirtation with

16 certain women, at least that I saw.

17   With girls, she was kind of

18 flirtatious, with people her own age and

19 younger adults.

20   Q Do you recall this flirtatious

21 behavior from when you met Wendi or did that

22 start at some point in time? Did she change

23 at all?

24   A Seems like early on -- it seems like

25 she grew in it, like, got better and better at

| 14:29:32-14:30:46 | Page 37 |
|---|---|

1 it. But it seemed like she was kind of -- I

2 would call it originally very outgoing, but I

3 don't know if I just grew up in my knowledge

4 and understanding or if she grew into it

5 and --

6   Q Do you recall any -- generally, how

7 did Wendi dress when -- you know, again at the

8 school and that --

9   A Well, at school we had uniforms,

10 so -- so she would always wear a uniform,

11 although she would kind of -- I mean, well,

12 after school, is the -- I mean, you had to

13 have it buttoned, I think. Or I can't

14 remember what girls had. I think it was to

15 the top. Yeah, definitely. We had to wear

16 ties, as guys.

17   And so she would -- but after school,

18 before leaving, like in the 10 minutes you're

19 waiting for your parents to come get you, she

20 would unbutton her thing further and show

21 whatever.

22   But then at parties and stuff or like

23 outside of school, she never -- I mean, until

24 she became -- because, yeah, in high school we

25 were allowed to dress ourselves -- or I mean,

Min-U-Script®

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

**Page 38** — 14:30:50-14:32:10

1 choose our clothes. But we had to follow a
2 dress code. And she would follow the dress
3 code, but her clothes would be tight usually.
4 And they definitely revealed her figure. And
5 most all the time, I believe -- yeah, I'm
6 sure.
7      And then I mean, she didn't really do
8 too much crazy stuff like at -- at the pool,
9 you know. I mean, she'd be in a two-piece
10 bathing suit, but -- I don't know. She never
11 did, like, strip down or anything like that in
12 front of much people that I knew of.
13      And -- but I think it was more -- to
14 me it was always more her manner. Whatever
15 she was wearing, it just looked hot. And she
16 played it quite well to whoever was watching,
17 in my opinion, obviously. But that was a
18 tainted opinion back then.
19      Q   It was a teenage boy's opinion?
20      A   Right. And I know other guys thought
21 the same way that were my friends.
22      Q   Have we covered everything you can
23 recall about Wendi being with other guys?
24      A   Yeah. Everything I know as far as --
25 you're talking about during the -- during

**Page 39** — 14:32:11-14:33:24

1 my -- you know, until '91?
2      Q   Right.
3      A   Yeah. That's -- yeah, that's as far
4 as I can recall.
5      Q   Again, it's my understanding then
6 that from, you know, after '91 really until
7 after your accident, you had very little
8 contact with Wendi?
9      A   Yeah, very little. Although -- yeah,
10 yeah.
11      Q   Anything come to mind in terms of
12 either, you know, interaction with her or
13 knowing of her during that period?
14      A   I do recall in '91 -- in '99, we
15 went -- before the accident, we went out to
16 dinner, I believe. Yeah, we had dinner. And
17 then I thought she had totally changed.
18      Q   Tell me about that.
19      What led up to you and Wendi having
20 dinner?
21      A   Well, I was moving to Chicago.
22      Q   In '99?
23      A   Yeah. In fact, three days after my
24 accident I had a one-way ticket to Chicago.
25 All my stuff -- I sold my house. All my stuff

**Page 40** — 14:33:26-14:34:21

1 was on a truck to Chicago. It actually worked
2 out nicely when you're in a coma and all your
3 stuff gets rerouted to my parents' house, gets
4 stored at their place, and I move into my
5 parents' place after I come out of the
6 hospital. It's all good.
7      But beyond that, I was leaving, so
8 she thought -- I don't know what -- how -- I
9 mean it was -- she started it, the meeting.
10      Q   How did she know how to get a hold of
11 you?
12      A   Through my parents.
13      Q   Okay.
14      A   Because -- well, I came to church
15 every Sunday. She knew about it. They were
16 living somewhere else. They didn't come to
17 church anymore.
18      Q   They being Wendi and Joe?
19      A   Yes. Right. And their kids or
20 whatever. I don't think I ever even met the
21 kids. Yeah, I definitely have no
22 recollection. I don't even know when they
23 were born.
24      But she -- maybe I saw them at
25 church. I don't know. I definitely didn't

**Page 41** — 14:34:23-14:35:33

1 meet them.
2      But I heard -- maybe I heard that she
3 had asked about me or something, so I
4 called -- I don't know. Somehow I got in
5 touch with her. We went to dinner one time.
6 And she just sounded so changed and, you know,
7 like she had grown up or whatever.
8      And, you know, the whole -- I think
9 Joe was sick. Yeah, he had been diagnosed
10 with cancer at that point. I don't remember
11 for sure. I don't know if she even brought up
12 Joe.
13      But I can't remember much of that
14 because my memory didn't come back well
15 late -- my early memory is okay. My late
16 memory is not great up to the accident.
17      Q   Do you recall whose idea it was that
18 you guys have dinner?
19      A   Yeah, that's what I'm not entirely
20 sure about. But I mean, I know that if I had
21 heard that she contacted me, that I would be
22 interested in -- or that she asked about me, I
23 would be interested in saying what's up, so
24 why not get together and do something.
25      Q   And it was just the two of you?

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

**14:35:33-14:36:44**          Page 42

1   A   Yeah.
2   Q   Do you remember where you went?
3   A   Someplace downtown -- or not
4 downtown. Like 24th and Camelback. I can't
5 remember what it's called. I'm sure it was a
6 nice place.
7   Q   Do you recall what you talked about?
8   A   No. That's the thing. We talked
9 about just life. Not just -- but I'm sure we
10 talked about -- we talked about, you know,
11 well, the fact that I was going to Chicago and
12 my idea of life and her married life and, you
13 know, whatever. I might have said -- I mean,
14 I don't know. I don't want to conjecture.
15   Q   No, I just want what you can recall.
16   A   Okay. That would be it as far as
17 what I remember.
18   Q   And you said she was changed. In
19 what way?
20   A   That was just based on her
21 conversation about her kids. She actually
22 seemed genuinely interested, you know,
23 enthused about leading her kids into life, you
24 know. And I mean, I don't recall if she said
25 anything about Joe, but I think she talked

**14:36:52-14:38:12**          Page 43

1 about being with him, you know, being more --
2 it just seemed like she was more adult or, you
3 know, than I recall from '99 for sure. She
4 wasn't all flirtatious or any stuff like that.
5 Yeah, it was interesting.
6   Q   So I mean what -- I'm not trying to
7 put words in your mouth, but what I'm
8 gathering is, to the extent she talked about
9 her relationship with Joe, it seemed like a
10 positive thing?
11   A   From what I can remember.
12   Q   From what you can recall?
13   A   Yeah, yeah. I don't remember any
14 negative. Although, I do remember feeling
15 like we might have been able to do something
16 that night had I made the move, but I didn't.
17 And I don't do that.
18      But I actually -- I mean, for
19 whatever reason, I remember thinking that. It
20 could have been hope. I don't know what it
21 would have been.
22   Q   That was the first time you had spent
23 any significant amount of time with Wendi
24 since your breakup; correct?
25   A   Oh, yeah, as far as -- yeah. I mean,

**14:38:17-14:39:19**          Page 44

1 yeah, yeah. Alone, I mean, definitely for
2 sure.
3      MR. ARNTSEN: That's all I've got.
4 Thank you.
5        EXAMINATION
6   Q   BY MS. GARD: Just a couple follow-up
7 questions.
8      You mentioned that you had been
9 deposed previously?
10   A   Yes.
11   Q   Was that in connection with this
12 case?
13   A   Yes.
14   Q   And I'm assuming since you didn't
15 talk to the prosecutors that that was some
16 sort of defense interview?
17   A   Yeah.
18   Q   I wanted to follow up about the
19 example that you gave about the man in the
20 truck.
21      And I want to see if you remember
22 more information about what exactly Wendi told
23 you, how she explained that?
24   A   I can't -- I have no recollection
25 necessarily, no specific recollection. I know

**14:39:24-14:40:21**          Page 45

1 that in situations that seemed strange to me,
2 she was always -- I'm just having fun. We're
3 just bouncing around doing, you know,
4 whatever. And I bought it. I was like okay.
5   Q   So whatever she told you at that
6 point was something that you accepted?
7   A   Yeah.
8   Q   At least for the time being?
9   A   Early on. I mean, even at that time,
10 and then I started thinking about it and heard
11 words from other people.
12   Q   Would you say she had a very
13 convincing way about her, very persuasive?
14   A   Oh, yeah.
15   Q   You made a little -- you alluded a
16 little bit to some memory problems from your
17 accident?
18   A   Yes.
19   Q   But am I correct in understanding
20 that your earlier memories are pretty clear?
21 It's just closer in time to the accident that
22 you have trouble remembering?
23   A   My early memories are better than my
24 later ones. I would just say -- I mean, I
25 don't know how great my earlier ones are. But

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

14:40:24-14:41:26                                                      Page 46

1  they've been identified with, you know,
2  coinciding with other people's accounts and
3  things they do all right.
4      Q  But the impressions that you've
5  shared today about Wendi, are those pretty
6  clear in your mind?
7      A  I believe so, yes.  They are clear to
8  me.  I can't guarantee that they're right.
9      Q  Okay.
10     A  They're right for what I feel.
11     Q  The dinner that you spoke about in
12 '99 with Wendi, you said that you thought that
13 you could have done something with her that
14 evening.
15        What did she do to give you that
16 impression?  Do you recall?
17     A  I don't know that she did much of
18 anything.  I mean, it just seemed -- I mean,
19 she was a little bit flirty but yet more adult
20 and sophisticated, if you will, I thought
21 perhaps.  But I just felt this vibe, I guess.
22        But at the time I was -- I had just
23 come off a big breakup and was with a fiancee.
24 I was the one that broke up, but I just
25 didn't -- I just wasn't about to make any kind

14:41:30-14:42:49                                                      Page 47

1  of move.  Plus I was scared.  I mean --
2      Q  What do you mean?
3      A  I say scared, I was just -- you know,
4  I was like -- I was like a little kid still in
5  relationship with her.  That's how I felt.  I
6  just felt like the little boy that was all
7  into her at like 15 years old, not little
8  obviously, but the -- the crazy teenager and
9  whatever.  My face all, you know, sheepishly
10 looking at her.  I just felt like that, so I
11 wouldn't --
12     Q  Okay.  I'm sorry, I cut you off.
13     A  I wouldn't have made a move because
14 of that.
15     Q  Okay.
16     A  So that's the reason.
17     Q  How did you learn what had happened
18 to Joe?
19     A  My parents.  I think they woke me up
20 because I was living at my parents' house at
21 the time.  They woke me up that morning,
22 whatever day it was, and told me that Joe was
23 dead or something and Wendi was arrested.
24 Alejo and Donna had gone to help or something
25 or do something.

14:42:51-14:44:12                                                      Page 48

1      Q  What was your reaction when you heard
2  that?
3      A  Well, I was pretty -- I don't know.
4  I mean, I wasn't -- I mean, he was terminally
5  ill.  And I don't know what else -- I mean,
6  but I was -- I was surprised that she would
7  have done that, but I couldn't -- I couldn't
8  believe it.  But I heard that there was some
9  thought of defense or something like, her
10 defending herself.  I don't know what.
11     MS. GARD:  That's all I have.
12     MR. ARNTSEN:  She'll type up the
13 transcript.  You'll get a chance to read it
14 over and make sure that she got everything --
15     THE WITNESS:  Okay.
16     MR. ARNTSEN:  You'll have probably 30
17 days.  That's what it is most places.  Then if
18 there are mistakes, you can correct the
19 mistakes.  Whether you want to do that or
20 whether you want to be done with this process
21 now --
22     THE WITNESS:  I'll do it just to make
23 sure.
24
25

14:44:18                                                               Page 49

1              (The deposition concluded at 2:45
2     p.m.)
3
4
5
6
7              SHAWN KING
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

```
14:44:18                                                  Page 50
 1
 2   STATE OF ARIZONA      }
     COUNTY OF MARICOPA    }
 3         BE IT KNOWN that the foregoing deposition
 4   was taken by me pursuant to stipulation of counsel;
 5   that I was then and there a Certified Court Reporter
 6   in the State of Arizona, and by virtue thereof
 7   authorized to administer an oath; that the witness
 8   before testifying was duly sworn by me to testify to
 9   the whole truth; pursuant to request, notification
10   was provided that the deposition is available for
11   review and signature; that the questions propounded
12   by counsel and the answers of the witness thereto
13   were taken down by me in shorthand and thereafter
14   transcribed into typewriting under my direction;
15   that the foregoing pages are a full, true and
16   accurate transcript of all the proceedings had upon
17   the taking of said deposition, all done to the best
18   of my skill and ability.
19         I FURTHER CERTIFY that I am in no way
20   related to nor employed by any parties hereto; nor
21   am I in any way interested in the outcome thereof.
22         Dated at Phoenix, Arizona, this _____ day
23   of July, 2011.
24
25              CINDY MAHONEY, RMR, No. 50680
```

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

**1**

**10 (3)** 10:13:54:41  12.5;
21:14:08:43  7.5;
37:14:30:17  17.5
**12 (5)** 9:13:53:31  13.5;
12:13:57:40  21.5;
13:13:58:21  10.5,
13:58:34  16.5;
14:13:59:22  8.5
**14 (1)** 36:14:28:34  6.5
**15 (2)** 10:13:54:44  13.5;
47:14:41:43  6.5
**16 (2)** 14:13:59:37  13.5,
14:00:21  23.5
**17 (2)** 14:13:59:37  13.5;
17:14:04:01  13.5
**1950 (1)** 28:14:17:49  6.5
**1981 (1)** 5:13:49:18  23.5
**1990 (1)** 6:13:49:28  1.5
**1999 (1)** 28:14:17:31  25.5

**2**

**20 (2)** 10:13:54:44  13.5;
16:14:02:11  8.5
**2000 (1)** 28:14:18:45  24.5
**2003 (1)** 7:13:50:42  6.5
**2008 (1)** 29:14:19:41  16.5
**2102 (1)** 4:13:47:40  8.5
**24th (1)** 42:14:35:39  3.5

**3**

**30 (1)** 48:14:43:59  15.5

**6**

**6 (1)** 28:14:17:34  1.5
**6:55 (1)** 28:14:17:38  2.5

**7**

**79 (1)** 5:13:49:08  18.5

**8**

**82 (1)** 6:13:50:18  22.5
**83 (1)** 6:13:50:20  23.5
**85 (2)** 10:13:54:51  9.5;
30:14:20:50  14.5
**87 (4)** 10:13:55:03  20.5;
17:14:04:01  13.5,
14:04:01  13.5,
14:04:12  16.5
**88 (4)** 5:13:49:22  24.5;
10:13:55:03  20.5;
16:14:02:17  9.5;
22:14:10:09  9.5
**89 (2)** 6:13:49:31  2.5;
18:14:04:42  25.5

**9**

**90 (1)** 18:14:04:42  25.5
**91 (10)** 16:14:02:30  12.5,
14:02:24  11.5,
14:02:09  7.5;
17:14:03:12  25.5,
14:03:49  10.5;
22:14:10:09  9.5;
24:14:12:05  25.5;
39:14:32:44  13.5,
14:32:10  25.5,
14:32:19  5.5
**91st (6)** 6:13:50:07  18.5,
13:50:15  21.5,
13:49:55  13.5,
13:49:37  4.5;
7:13:50:39  5.5,
13:51:18  19.5
**95 (2)** 30:14:20:50  14.5;
31:14:21:46  4.5
**99 (5)** 30:14:20:50  14.5;
39:14:33:15  21.5,
14:32:44  13.5;
43:14:36:55  2.5;
46:14:40:44  11.5

**A**

**ability (1)** 4:13:48:04  18.5
**able (5)** 26:14:15:24  8.5;
27:14:16:42  6.5;
28:14:18:18  15.5,
14:18:42  23.5;
43:14:37:23  14.5
**abrupt (1)**
27:14:16:58  12.5
**Academy (1)**
6:13:49:40  5.5
**accepted (1)**
45:14:39:32  5.5
**accident (13)**
27:14:16:24  25.5,
14:17:28  24.5,
14:17:24  22.5;
29:14:19:37  15.5,
14:19:17  7.5;
30:14:20:06  1.5;
31:14:22:34  19.5;
39:14:32:23  6.5,
14:32:50  14.5,
14:33:19  23.5;
41:14:35:08  15.5;
45:14:40:06  20.5,
14:40:00  16.5
**accounts (1)**
46:14:40:24  1.5
**acres (2)** 10:13:54:44  13.5,
13:54:41  12.5
**across (3)**
28:14:18:01  9.5,
14:18:04  10.5,

14:17:45  5.5
**act (2)** 17:14:04:30  21.5;
20:14:07:21  8.5
**action (2)**
28:14:18:42  23.5;
34:14:26:12  15.5
**active (1)** 16:14:02:22  10.5
**actual (1)** 21:14:09:33  22.5
**Actually (11)**
7:13:50:52  9.5;
10:13:54:33  10.5,
13:55:01  19.5,
13:54:16  2.5;
17:14:04:30  21.5;
20:14:07:21  8.5;
26:14:16:13  21.5;
27:14:17:07  16.5;
40:14:33:24  25.5;
42:14:36:27  20.5;
43:14:37:34  17.5
**adjacent (1)**
10:13:54:52  16.5
**adult (2)** 43:14:36:52  1.5;
46:14:41:01  18.5
**adults (4)** 24:14:12:32  7.5;
35:14:27:21  13.5;
36:14:29:10  18.5,
14:28:49  11.5
**advisors (1)**
27:14:17:11  17.5
**affiliated (1)**
6:13:49:44  7.5
**A-framed (1)**
8:13:52:37  21.5
**afterward (1)**
30:14:21:23  23.5
**again (7)** 6:13:50:25  24.5;
21:14:08:50  9.5;
29:14:18:58  2.5,
14:19:26  11.5,
14:19:26  11.5;
37:14:29:50  6.5;
39:14:32:16  4.5
**age (2)** 12:13:57:13  15.5;
36:14:29:07  17.5
**ago (1)** 26:14:16:22  24.5
**agree (1)** 26:14:15:45  14.5
**alcohol (1)**
28:14:17:43  4.5
**Alejo (10)** 7:13:51:08  14.5;
8:13:51:26  25.5,
13:51:38  3.5;
9:13:53:08  6.5;
24:14:12:57  13.5;
25:14:13:44  25.5;
26:14:14:54  25.5;
30:14:21:10  19.5;
31:14:22:04  10.5;
47:14:42:45  23.5
**allegedly (1)**
22:14:09:54  4.5
**allowed (3)**
13:13:58:55  24.5;

14:14:00:18  22.5;
37:14:30:44  24.5
**alluded (1)**
45:14:39:54  14.5
**almost (2)**
28:14:18:24  18.5;
33:14:25:01  16.5
**Alone (1)** 44:14:38:12  25.5
**along (2)** 24:14:12:27  6.5;
32:14:22:49  25.5
**aloof (1)** 30:14:21:19  22.5
**Although (4)**
15:14:01:39  22.5;
37:14:30:01  10.5;
39:14:32:28  8.5;
43:14:37:20  13.5
**always (15)** 9:13:53:43  15.5,
13:54:02  21.5;
11:13:56:26  21.5,
13:55:56  11.5;
12:13:56:55  8.5;
13:13:58:16  9.5;
15:14:00:34  4.5,
14:00:25  17.5,
14:01:02  12.5;
30:14:20:48  13.5,
14:21:15  21.5;
34:14:26:23  18.5;
37:14:29:58  9.5;
38:14:31:28  13.5;
45:14:39:24  1.5
**amazing (1)**
29:14:19:51  18.5
**amount (2)**
25:14:13:48  2.5;
43:14:38:04  22.5
**Andriano (5)**
4:13:48:25  24.5;
5:13:48:40  8.5,
13:48:30  3.5,
13:48:51  9.5
**Anthony (2)**
21:14:08:38  5.5,
14:08:41  6.5
**anymore (1)**
40:14:34:00  16.5
**apartment (5)**
17:14:04:37  23.5,
14:04:37  23.5;
18:14:04:52  3.5;
19:14:06:18  11.5;
23:14:11:18  8.5
**apparently (1)**
29:14:18:58  2.5
**approximately (1)**
9:13:53:18  9.5
**Arizona (1)** 4:13:47:40  8.5
**ARNTSEN (4)**
4:12:48:32  4.5;
44:14:38:27  2.5;
48:14:43:50  11.5,
14:43:59  15.5
**around (8)** 8:13:51:44  5.5,

13:51:56  9.5;
13:13:58:03  4.5;
19:14:06:31  16.5;
25:14:13:54  4.5,
14:14:28  16.5;
36:14:28:32  5.5;
45:14:39:27  2.5
**arrested (1)**
47:14:42:40  22.5
**arson (1)** 7:13:50:42  6.5
**assistant (2)**
7:13:50:30  25.5;
25:14:13:44  25.5
**associate (2)**
6:13:50:03  17.5;
7:13:51:11  17.5
**associated (1)**
7:13:51:25  23.5
**assumed (2)**
16:14:02:30  12.5;
20:14:07:02  2.5
**assuming (1)**
44:14:38:40  13.5
**attention (1)**
31:14:22:21  15.5
**authority (2)**
24:14:12:37  8.5,
14:12:27  6.5
**away (5)** 10:13:54:57  18.5;
12:13:56:36  1.5;
16:14:02:49  17.5;
25:14:14:33  18.5,
14:14:38  19.5

**B**

**back (9)** 16:14:03:00  21.5;
18:14:05:42  23.5;
19:14:06:16  10.5;
26:14:16:19  23.5,
14:16:15  22.5;
28:14:18:22  16.5;
36:14:28:37  7.5;
38:14:31:41  17.5;
41:14:34:57  13.5
**bad (1)** 24:14:12:49  12.5
**ball (1)** 11:13:55:46  7.5
**banging (1)**
18:14:04:56  5.5
**barely (1)** 32:14:23:16  11.5
**based (3)** 16:14:01:56  2.5;
33:14:25:23  22.5;
42:14:36:25  19.5
**basically (1)**
21:14:09:18  16.5
**bathing (1)**
38:14:31:17  9.5
**batting (1)** 36:14:28:29  4.5
**beating (1)**
18:14:04:54  4.5
**became (6)**
6:13:49:40  5.5;
10:13:55:14  24.5;

Min-U-Script®

Coash & Coash, Inc., 602-258-1440

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

15:14:01:11  14.5;
16:14:01:51  1.5;
20:14:07:09  4.5;
37:14:30:37  23.5
becoming (1)
7:13:50:32  1.5
bedroom (1)
18:14:05:09  10.5
behalf (1) 4:13:48:25  24.5
behavior (1)
36:14:29:16  20.5
beside (1)
10:13:54:48  14.5
best (3) 26:14:15:24  8.5,
14:15:16  6.5;
32:14:23:07  7.5
better (4) 11:13:55:34  4.5;
36:14:29:27  24.5,
14:29:27  24.5;
45:14:40:10  22.5
beyond (1)
40:14:33:38  6.5
Bible (1) 26:14:15:36  12.5
big (9) 10:13:54:41  12.5;
12:13:56:46  4.5,
13:56:42  2.5,
13:57:26  19.5;
24:14:13:28  21.5;
27:14:16:56  10.5;
28:14:18:23  17.5;
36:14:28:20  1.5;
46:14:41:16  22.5
bike (1) 23:14:11:14  7.5
biological (1)
8:13:51:33  2.5
birthday (3)
8:13:52:32  20.5;
9:13:54:09  24.5;
17:14:04:01  13.5
bit (8) 11:13:56:14  16.5,
13:56:08  14.5,
13:56:00  12.5;
23:14:11:38  16.5;
36:14:28:54  13.5,
14:28:34  6.5;
45:14:39:57  15.5;
46:14:41:01  18.5
blew (1) 16:14:02:49  17.5
born (1) 40:14:34:15  22.5
bossing (1)
13:13:58:03  4.5
both (2) 7:13:50:39  5.5;
28:14:18:09  12.5
bought (3)
19:14:06:05  6.5;
23:14:11:22  9.5;
45:14:39:29  3.5
bouncing (1)
45:14:39:27  2.5
boxers (1)
18:14:05:15  12.5
boy (1) 47:14:41:41  5.5
boy's (1) 38:14:31:43  18.5

brain (5) 28:14:17:58  8.5,
14:18:09  12.5,
14:18:11  13.5;
29:14:19:30  13.5,
14:18:58  2.5
breaking (1)
18:14:04:59  6.5
breakup (7)
16:14:03:08  24.5;
22:14:10:31  17.5;
23:14:11:02  4.5,
14:11:42  17.5,
14:11:45  18.5;
43:14:38:06  23.5;
46:14:41:16  22.5
briefly (1) 27:14:17:27  23.5
bristled (1)
36:14:28:54  13.5
broke (5) 20:14:07:05  3.5;
22:14:10:05  8.5;
23:14:11:53  21.5;
30:14:20:17  4.5;
46:14:41:20  23.5
brother (1)
12:13:56:58  9.5
brought (1)
41:14:34:50  10.5
Bubbly (1)
33:14:25:10  18.5
build (1) 10:13:55:01  19.5
building (2)
7:13:50:37  4.5;
10:13:54:26  7.5
built (1) 10:13:54:57  18.5
burned (1) 7:13:50:42  6.5
buttoned (1)
37:14:30:06  12.5
buy (1) 25:14:14:20  13.5

## C

call (1) 37:14:29:32  1.5
called (2) 41:14:34:29  3.5;
42:14:35:43  4.5
came (2) 30:14:20:46  12.5;
40:14:33:53  13.5
Camelback (1)
42:14:35:39  3.5
Can (16) 4:12:48:32  4.5;
11:13:56:31  24.5,
13:55:18  1.5;
27:14:17:27  23.5;
29:14:19:21  9.5,
14:19:03  3.5;
32:14:23:07  7.5;
33:14:23:55  25.5;
34:14:25:50  8.5;
35:14:27:44  21.5;
38:14:31:53  21.5;
39:14:32:16  3.5;
42:14:36:15  14.5;
43:14:37:16  10.5;
14:37:17  11.5;

48:14:44:03  17.5
cancer (1) 41:14:34:47  9.5
car (2) 23:14:11:24  10.5,
14:11:22  9.5
Carlin (4) 9:13:52:54  2.5,
13:52:49  1.5;
20:14:08:10  23.5;
21:14:09:25  18.5
case (1) 44:14:38:40  11.5
catch (1) 20:14:07:02  2.5
caught (10)
12:13:57:04  11.5,
13:57:01  10.5,
13:56:55  8.5;
16:14:02:52  18.5;
17:14:04:26  20.5,
14:04:17  17.5,
14:03:20  2.5;
18:14:04:42  25.5;
19:14:06:07  7.5;
21:14:08:33  3.5
caused (2)
28:14:18:09  12.5,
14:17:58  8.5
certain (2)
26:14:15:28  9.5;
36:14:29:00  15.5
chance (1)
48:14:43:52  12.5
change (1)
36:14:29:20  21.5
changed (3)
39:14:33:00  16.5;
41:14:34:34  5.5;
42:14:36:20  17.5
charm (1) 35:14:27:36  19.5
cheerfully (1)
33:14:25:07  17.5
Chevy (1) 28:14:17:55  7.5
Chicago (4)
39:14:33:13  20.5,
14:33:19  23.5;
40:14:33:24  25.5;
42:14:36:03  10.5
child (1) 11:13:55:22  2.5
choose (1)
38:14:30:46  25.5
Christian (2)
6:13:49:40  5.5;
10:13:55:14  24.5
chummy (1)
24:14:12:57  13.5
church (34) 6:13:49:47  8.5,
13:49:50  11.5,
13:50:11  20.5,
13:49:55  13.5,
13:50:03  17.5,
13:50:15  21.5,
13:50:01  15.5;
7:13:51:13  18.5,
13:50:34  3.5;
8:13:52:40  22.5,
13:51:44  5.5;

9:13:53:55  19.5;
10:13:54:41  12.5,
13:54:23  4.5,
13:54:33  10.5,
13:54:12  25.5;
11:13:55:18  25.5;
25:14:13:56  5.5,
14:13:54  4.5;
26:14:14:56  2.5,
14:16:03  20.5,
14:15:31  10.5;
27:14:17:01  13.5,
14:16:46  7.5;
30:14:21:06  18.5,
14:20:48  13.5,
14:20:46  12.5;
31:14:22:17  13.5,
14:22:03  9.5,
14:21:35  2.5;
32:14:22:51  1.5;
40:14:34:00  16.5,
14:33:53  13.5,
14:34:19  24.5
circumstances (2)
23:14:11:02  4.5;
31:14:22:38  22.5
clear (3) 45:14:40:03  19.5;
46:14:40:32  6.5,
14:40:31  5.5
close (1) 20:14:07:52  18.5
closer (1) 45:14:40:06  20.5
clothes (4)
19:14:05:54  2.5,
14:06:00  5.5;
34:14:30:52  2.5,
14:30:46  25.5
clue (1) 15:14:00:48  8.5
coach (2) 35:14:27:04  7.5,
14:27:07  8.5
code (2) 38:14:30:52  2.5,
14:30:50  1.5
coinciding (1)
46:14:40:24  1.5
coma (2) 30:14:20:10  2.5;
40:14:33:26  1.5
coming (4)
30:14:21:02  17.5;
31:14:22:20  14.5,
14:22:01  8.5,
14:22:09  11.5
commanding (1)
24:14:12:49  12.5
commercials (1)
14:13:59:03  1.5
completely (4)
4:13:48:07  19.5;
17:14:03:29  4.5;
30:14:21:15  21.5;
34:14:26:38  23.5
complex (1)
23:14:11:18  8.5
computers (1)
25:14:14:33  18.5

concrete (1)
28:14:18:07  11.5
conduct (1)
34:14:25:53  9.5
congregation (2)
7:13:50:50  8.5,
13:50:56  10.5
conjecture (1)
42:14:36:13  13.5
connect (1)
15:14:01:32  19.5;
26:14:15:24  8.5
connection (5)
4:13:48:17  22.5;
9:13:53:59  20.5;
15:14:01:25  17.5;
27:14:17:20  20.5;
44:14:38:37  10.5
construction (3)
25:14:14:02  8.5,
14:14:02  7.5,
14:13:54  4.5
contact (1)
39:14:32:27  7.5
contacted (1)
41:14:35:21  20.5
context (1) 5:13:48:35  5.5,
13:49:09  19.5
control (1)
12:13:57:43  22.5;
14:13:59:47  15.5
conversation (1)
42:14:36:27  20.5
convinced (1)
20:14:07:09  4.5
convincing (1)
45:14:39:49  12.5
cool (2) 27:14:16:42  6.5,
14:16:42  6.5
correctly (1)
36:14:28:54  13.5
couch (2)
21:14:09:12  14.5,
14:09:22  17.5
counseling (2)
27:14:17:11  17.5,
14:17:07  16.5
counselor (1)
29:14:19:14  6.5
Couple (9)
4:13:47:48  12.5;
8:13:52:26  18.5;
16:14:02:55  19.5,
14:02:52  18.5;
17:14:04:20  18.5,
14:03:12  25.5,
14:03:45  9.5;
26:14:16:19  23.5;
44:14:38:31  5.5
course (1) 13:13:58:16  9.5
covered (1)
38:14:31:53  21.5
crazy (2) 38:14:31:09  7.5;

Coash & Coash, Inc.,  602-258-1440

47:14:41:47   7.5
**crosswalk (1)**
    28:14:17:49   6.5
**crush (4)** 14:13:59:27   10.5,
    13:59:21   7.5,
    13:59:46   14.5;
    16:14:01:48   25.5
**crying (1)** 18:14:05:26   17.5
**culture (1)** 26:14:15:05   4.5
**cut (2)** 28:14:18:15   14.5;
    47:14:42:04   11.5

**D**

**dad (5)** 6:13:50:01   16.5;
    7:13:50:52   9.5;
    10:13:54:57   18.5;
    25:14:13:56   5.5;
    35:14:28:11   24.5
**dates (1)** 19:14:06:21   12.5
**day (1)** 47:14:42:32   21.5
**days (3)** 22:14:10:47   23.5;
    39:14:33:16   22.5;
    48:14:44:00   16.5
**dead (1)** 47:14:42:40   22.5
**dealing (1)**
    36:14:28:49   11.5
**December (1)**
    17:14:04:06   14.5
**decided (1)**
    23:14:10:58   2.5
**defending (1)**
    48:14:43:27   9.5
**defense (2)**
    44:14:38:44   15.5;
    48:14:43:21   8.5
**definitely (17)**
    7:13:51:25   23.5;
    14:13:59:22   8.5;
    17:14:03:49   10.5;
    20:14:07:36   13.5;
    21:14:08:41   6.5;
    23:14:11:55   22.5;
    30:14:20:22   5.5;
    31:14:21:58   7.5;
    32:14:22:56   3.5,
    14:23:14   10.5,
    14:23:14   10.5;
    35:14:27:53   23.5;
    37:14:30:10   14.5;
    38:14:30:58   3.5;
    40:14:34:10   20.5,
    14:34:19   24.5;
    44:14:38:12   25.5
**degree (1)**
    16:14:02:22   10.5
**delivered (1)**
    19:14:06:16   10.5
**dented (1)** 28:14:17:55   7.5
**department (1)**
    32:14:23:48   20.5
**deposed (1)**
    44:14:38:36   8.5

**deposition (3)**
    4:13:47:44   9.5,
    13:48:17   22.5;
    5:13:48:38   6.5
**describe (3)**
    26:14:15:02   3.5;
    27:14:17:27   23.5;
    33:14:25:12   19.5
**devious (1)**
    11:13:56:26   21.5
**devotional (1)**
    26:14:15:55   17.5
**diagnosed (1)**
    41:14:34:45   8.5
**died (1)** 32:14:23:30   13.5
**differences (1)**
    24:14:13:35   22.5
**different (9)**
    11:13:56:16   17.5;
    16:14:02:55   19.5;
    17:14:03:15   1.5,
    14:03:15   1.5,
    14:03:15   1.5,
    14:03:12   25.5;
    18:14:05:42   23.5;
    27:14:16:35   3.5,
    14:16:33   2.5
**dig (1)** 25:14:14:09   10.5
**dinner (6)**
    39:14:33:12   19.5,
    14:32:55   15.5,
    14:32:55   15.5;
    41:14:35:14   17.5,
    14:34:31   4.5;
    46:14:40:41   10.5
**directed (1)**
    33:14:24:50   12.5
**disconnected (1)**
    31:14:22:17   13.5
**disheveled (1)**
    19:14:06:52   23.5
**disobey (1)**
    14:14:00:00   19.5
**distant (1)**
    30:14:21:15   21.5
**ditches (1)**
    25:14:14:09   10.5
**divergent (1)**
    25:14:14:49   23.5
**diverging (1)**
    27:14:17:14   18.5
**dodge (1)** 11:13:55:46   7.5
**dog (1)** 13:13:58:10   6.5
**dominated (1)**
    26:14:15:05   4.5
**done (5)** 10:13:55:01   19.5;
    29:14:19:51   18.5;
    46:14:40:50   12.5;
    48:14:44:07   19.5,
    14:43:13   6.5
**Donna (3)** 8:13:51:30   1.5;
    30:14:21:10   19.5;
    47:14:42:45   23.5

**Donna's (1)** 9:13:53:08   6.5
**door (5)** 18:14:05:02   7.5,
    14:04:56   5.5,
    14:04:52   5.5,
    14:04:56   5.5;
    30:14:21:26   24.5
**down (4)** 7:13:50:42   6.5;
    18:14:04:56   5.5;
    23:14:11:38   16.5;
    38:14:31:19   10.5
**downtown (2)**
    42:14:35:39   3.5,
    14:35:38   2.5
**dozen (1)** 33:14:24:27   4.5
**dragged (1)**
    32:14:22:49   25.5
**dress (5)** 19:14:06:52   23.5;
    37:14:30:44   24.5,
    14:29:50   6.5;
    38:14:30:50   1.5,
    14:30:50   1.5
**driver's (1)**
    19:14:06:41   19.5
**drums (2)**
    30:14:20:55   15.5,
    14:20:48   13.5
**duly (1)** 4:12:48:32   1.5
**during (6)**
    16:14:02:46   16.5;
    28:14:18:45   24.5;
    29:14:19:33   14.5;
    38:14:32:06   24.5,
    14:32:06   24.5;
    39:14:32:41   12.5

**E**

**earlier (2)**
    45:14:40:16   24.5,
    14:40:03   19.5
**early (6)** 12:13:57:10   14.5;
    17:14:04:12   16.5;
    36:14:29:24   23.5;
    41:14:35:04   14.5;
    45:14:40:10   22.5,
    14:39:36   8.5
**effort (1)** 30:14:20:04   25.5
**eight (5)** 5:13:49:06   17.5;
    8:13:51:56   9.5;
    12:13:57:10   14.5;
    26:14:16:15   22.5,
    14:16:19   23.5
**either (2)** 5:13:49:18   23.5;
    39:14:32:39   11.5
**elaborate (1)**
    34:14:25:50   8.5
**else (5)** 11:13:56:24   20.5;
    32:14:22:49   25.5;
    33:14:23:55   25.5;
    40:14:33:57   15.5;
    48:14:43:06   4.5
**emotional (1)**
    29:14:19:59   21.5

**end (1)** 35:14:27:04   7.5
**ended (3)**
    16:14:02:09   7.5;
    17:14:03:49   10.5;
    28:14:18:42   23.5
**energetic (1)**
    11:13:55:37   5.5
**enough (1)**
    26:14:15:48   15.5
**enthused (1)**
    42:14:36:33   22.5
**entirely (1)**
    41:14:35:15   18.5
**epitome (2)**
    14:13:59:12   3.5,
    13:59:16   4.5
**especially (1)**
    35:14:27:41   20.5
**essentially (2)**
    21:14:09:12   14.5;
    28:14:18:15   14.5
**Ethington (2)**
    20:14:07:51   17.5;
    21:14:08:50   9.5
**Even (9)** 5:13:48:53   11.5;
    12:13:57:01   10.5;
    15:14:00:26   25.5;
    30:14:20:46   12.5;
    31:14:22:20   14.5;
    40:14:34:13   21.5,
    14:34:05   19.5;
    41:14:34:50   10.5;
    45:14:39:36   8.5
**evening (1)**
    46:14:40:52   13.5
**events (3)** 9:13:53:53   18.5;
    33:14:25:29   23.5,
    14:25:32   24.5
**eventually (1)**
    28:14:18:45   24.5
**everybody (2)**
    12:13:57:21   18.5;
    34:14:25:40   4.5
**everyone (1)**
    15:14:01:45   24.5
**exactly (2)**
    23:14:11:18   8.5;
    44:14:38:59   21.5
**EXAMINATION (2)**
    4:12:48:32   3.5;
    44:14:38:31   4.5
**examined (1)**
    4:12:48:32   2.5
**example (2)**
    11:13:56:31   24.5;
    44:14:38:51   18.5
**examples (1)**
    35:14:27:44   21.5
**exclusively (1)**
    16:14:02:38   14.5
**explain (1)**
    22:14:10:43   21.5
**explained (2)**

22:14:10:45   22.5;
    44:14:39:01   22.5
**extensive (1)**
    29:14:19:55   20.5
**extent (2)**
    29:14:18:52   25.5;
    43:14:37:10   7.5
**eye (1)** 36:14:28:29   4.5

**F**

**face (1)** 47:14:41:55   8.5
**fact (3)** 8:13:51:41   4.5;
    39:14:33:16   22.5;
    42:14:36:03   10.5
**fair (2)** 14:13:59:20   6.5;
    25:14:13:48   2.5
**fairly (1)** 22:14:10:13   10.5
**fall (1)** 17:14:03:49   10.5
**Family (5)** 6:13:49:52   12.5,
    13:50:15   21.5,
    13:50:03   17.5;
    7:13:51:13   18.5;
    10:13:55:14   24.5
**far (6)** 32:14:23:02   5.5;
    36:14:28:49   11.5;
    38:14:32:03   23.5;
    39:14:32:12   2.5;
    42:14:36:18   15.5;
    43:14:38:09   24.5
**father (2)** 6:13:50:25   24.5,
    13:49:58   14.5
**feel (1)** 46:14:40:38   9.5
**feeling (2)**
    13:13:58:13   7.5;
    43:14:37:20   13.5
**felt (6)** 24:14:12:44   11.5;
    26:14:15:28   9.5;
    46:14:41:09   20.5;
    47:14:41:41   5.5,
    14:41:37   4.5,
    14:42:01   9.5
**feminine (1)**
    35:14:27:34   18.5
**few (1)** 12:13:56:52   7.5
**fiancee (1)**
    46:14:41:16   22.5
**figure (1)** 38:14:30:58   3.5
**figures (2)**
    24:14:12:32   7.5,
    14:12:37   8.5
**finally (3)**
    16:14:03:08   24.5,
    14:03:05   23.5;
    18:14:04:59   9.5
**find (1)** 16:14:02:42   15.5
**fine (1)** 18:14:05:38   21.5
**finger (2)** 23:14:11:38   16.5
**first (8)** 4:12:48:32   1.5;
    5:13:48:59   15.5;
    8:13:52:26   18.5,
    13:52:21   17.5;
    11:13:55:22   2.5;

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

26:14:16:15  22.5;
29:14:19:33  14.5;
43:14:38:02  21.5
**five (2)** 28:14:18:04  10.5;
29:14:19:33  14.5
**flew (2)** 28:14:18:01  9.5,
14:18:01  9.5
**flight (1)** 18:14:05:35  20.5
**flirtation (1)**
36:14:28:58  14.5
**flirtatious (9)**
33:14:25:07  17.5;
34:14:25:46  6.5,
14:25:37  2.5,
14:25:58  11.5,
14:25:48  7.5;
36:14:29:07  17.5,
14:29:14  19.5,
14:28:29  4.5;
43:14:37:00  3.5
**flirtatiousness (1)**
33:14:24:36  7.5
**flirty (1)** 46:14:41:01  18.5
**follow (3)** 38:14:30:50  1.5,
14:30:46  25.5;
44:14:38:46  17.5
**follows (1)** 4:12:48:32  2.5
**follow-up (1)**
44:14:38:31  5.5
**found (3)**
15:14:01:11  14.5;
16:14:01:56  2.5;
18:14:04:48  2.5
**freaked (1)**
15:14:01:11  14.5
**freak-out (1)**
16:14:01:51  1.5
**frequently (2)**
22:14:10:13  10.5,
14:10:18  11.5
**friend (2)** 24:14:13:12  17.5,
14:13:12  17.5
**friendly (2)**
24:14:13:10  16.5,
14:12:40  10.5
**friends (10)** 9:13:53:51  17.5;
19:14:06:31  16.5;
20:14:07:16  6.5,
14:07:27  10.5,
14:07:16  6.5;
24:14:13:35  22.5,
14:12:39  9.5,
14:13:10  16.5;
30:14:20:31  7.5;
38:14:31:48  20.5
**friend's (1)**
28:14:17:34  1.5
**friendship (1)**
15:14:00:52  10.5
**front (1)** 38:14:31:22  11.5
**full (1)** 30:14:20:04  25.5
**fun (2)** 25:14:14:20  13.5;
45:14:39:24  1.5

**further (1)**
37:14:30:23  19.5
**future (2)** 33:14:25:32  24.5,
14:25:23  22.5

# G

**GARD (2)**
44:14:38:31  5.5;
48:14:43:31  10.5
**gathering (2)**
35:14:26:58  5.5;
43:14:37:10  7.5
**gave (1)** 44:14:38:51  18.5
**general (2)**
11:13:55:56  11.5;
16:14:01:48  25.5
**generally (2)**
14:13:59:59  18.5;
37:14:29:48  5.5
**genuinely (1)**
42:14:36:29  21.5
**Gerri (1)** 13:13:57:55  1.5
**gets (4)** 19:14:06:49  22.5,
14:06:46  21.5;
40:14:33:29  2.5,
14:33:29  2.5
**get-together (1)**
9:13:54:04  22.5
**girls (8)** 12:13:57:49  24.5,
13:57:49  23.5,
13:56:50  6.5,
13:56:43  3.5;
13:13:57:58  2.5;
34:14:25:46  6.5;
36:14:29:06  16.5;
37:14:30:08  13.5
**given (2)** 23:14:11:34  14.5;
25:14:13:44  25.5
**God (1)** 21:14:08:36  4.5
**good (7)** 12:13:57:04  11.5;
15:14:01:22  16.5,
14:00:56  11.5,
14:00:41  6.5;
25:14:14:25  15.5;
27:14:16:48  8.5;
40:14:33:37  5.5
**goody (1)** 15:14:00:37  5.5
**grades (1)**
12:13:57:18  17.5
**graduate (1)**
6:13:49:26  25.5
**graduated (3)**
5:13:49:18  23.5;
6:13:49:31  2.5,
13:49:28  1.5
**great (3)** 27:14:17:20  20.5;
41:14:35:08  15.5;
45:14:40:16  24.5
**grew (4)** 29:14:19:21  9.5;
36:14:29:27  24.5;
37:14:29:40  3.5,
14:29:37  2.5

**grounds (1)**
8:13:52:40  22.5
**grow (1)** 29:14:19:26  11.5
**growing (1)**
33:14:24:20  2.5
**grown (2)** 27:14:16:28  1.5;
41:14:34:37  6.5
**grows (1)** 29:14:18:58  2.5
**guarantee (1)**
46:14:40:34  7.5
**guess (7)** 8:13:51:38  3.5;
11:13:55:34  4.5;
14:13:59:33  12.5;
16:14:01:48  25.5;
18:14:05:42  23.5;
31:14:21:43  3.5;
46:14:41:09  20.5
**guided (1)** 26:14:15:28  9.5
**guy (7)** 18:14:05:09  10.5;
19:14:06:41  19.5;
21:14:09:14  15.5,
14:09:09  13.5;
22:14:10:34  18.5;
36:14:28:16  25.5,
14:28:20  1.5
**guys (14)** 12:13:56:46  4.5;
16:14:02:52  18.5,
14:02:46  16.5;
17:14:03:12  25.5,
14:04:20  18.5,
14:03:15  1.5;
21:14:08:38  5.5,
14:08:33  3.5;
34:14:25:46  6.5;
35:14:27:14  10.5;
37:14:30:12  15.5;
38:14:31:46  19.5,
14:31:58  22.5;
41:14:35:14  17.5

# H

**hair (1)** 19:14:06:49  22.5
**hand (2)** 14:14:00:18  22.5;
32:14:22:56  3.5
**hands (2)**
14:14:00:21  23.5;
15:14:00:27  1.5
**hang (1)** 27:14:16:46  7.5
**happen (1)**
29:14:19:03  3.5
**happened (6)**
17:14:04:20  18.5;
23:14:11:00  3.5;
25:14:14:49  23.5;
29:14:19:28  12.5;
31:14:22:14  12.5;
47:14:42:10  16.5
**happening (1)**
14:14:05:22  15.5
**happy (2)**
11:13:56:19  18.5,
13:55:56  11.5

**hardly (1)** 28:14:18:29  19.5
**Harvest (8)**
6:13:50:01  16.5,
13:49:52  12.5,
13:49:40  5.5,
13:50:15  21.5;
7:13:51:13  18.5,
13:50:39  5.5;
10:13:55:14  24.5,
13:55:14  24.5
**hated (1)** 21:14:08:43  7.5
**head (3)** 28:14:18:39  22.5,
14:18:04  10.5,
14:17:58  8.5
**hear (3)** 18:14:04:52  3.5;
20:14:08:00  20.5;
30:14:20:26  6.5
**heard (9)**
17:14:03:12  25.5;
30:14:20:36  9.5;
31:14:21:58  7.5;
41:14:34:23  1.5,
14:34:23  1.5,
14:35:21  20.5;
45:14:39:38  9.5;
48:14:42:49  25.5,
14:43:18  7.5
**help (1)** 47:14:42:45  23.5
**helped (1)**
10:13:54:57  18.5
**herein (1)** 4:12:48:32  1.5
**herself (2)**
22:14:09:49  3.5;
48:14:43:27  9.5
**hi (1)** 32:14:23:02  5.5
**high (1)** 37:14:30:37  23.5
**Hill (1)** 4:13:47:40  8.5
**Hills (1)** 9:13:53:11  7.5
**hip (1)** 34:14:26:25  19.5
**hips (1)** 34:14:26:25  19.5
**hit (1)** 28:14:17:49  6.5
**hold (3)** 14:14:00:21  23.5;
15:14:00:27  1.5;
40:14:33:48  9.5
**holding (1)**
14:14:00:18  22.5
**hood (1)** 28:14:17:55  7.5
**hope (2)** 33:14:24:57  15.5;
43:14:37:39  19.5
**hospital (1)**
40:14:33:37  5.5
**hot (1)** 38:14:31:31  14.5
**hours (1)** 19:14:06:28  15.5
**house (12)** 8:13:52:37  21.5;
9:13:52:57  3.5,
13:53:05  5.5,
13:53:08  6.5,
13:52:54  2.5;
10:13:55:01  19.5;
16:14:03:00  21.5;
25:14:13:56  5.5;
28:14:17:34  1.5;
39:14:33:22  24.5;

**hardly (1)** 28:14:18:29  19.5

**I**

**idea (5)** 9:13:53:16  8.5;
21:14:08:36  4.5;
31:14:22:14  12.5;
41:14:35:12  16.5;
34:14:36:05  11.5
**identified (1)**
46:14:40:21  25.5
**ill (1)** 48:14:43:06  4.5
**illegal (1)** 34:14:26:38  23.5
**impression (1)**
46:14:40:54  15.5
**impressions (1)**
46:14:40:27  3.5
**Indian (1)** 9:13:53:11  7.5
**indicated (3)**
8:13:51:51  7.5;
19:14:06:07  7.5;
27:14:17:24  22.5
**influence (1)**
28:14:17:41  3.5
**information (1)**
44:14:38:59  21.5
**initially (1)** 8:13:52:10  12.5
**injuries (1)**
28:14:18:11  13.5
**injury (2)** 28:14:17:58  8.5;
29:14:18:58  2.5
**inside (1)** 18:14:04:54  4.5
**instance (1)**
4:13:48:03  17.5
**intellectual (1)**
15:14:01:22  16.5
**intense (1)**
33:14:24:56  14.5
**intentionally (1)**
25:14:14:47  22.5
**interaction (2)**
24:14:13:41  24.5;
39:14:32:39  11.5
**interactions (2)**
8:13:52:10  12.5;
24:14:12:16  3.5
**intercourse (2)**
20:14:07:55  12.5;
22:14:09:49  3.5
**interested (5)**
13:13:58:31  15.5,
13:58:16  9.5;
41:14:35:26  22.5,
14:35:23  21.5;
42:14:36:29  21.5
**interesting (2)**
15:14:00:30  3.5;
43:14:37:04  4.5
**interfere (1)**
4:13:48:04  18.5
**interview (3)**
32:14:23:43  17.5,

Coash & Coash, Inc., 602-258-1440

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

14:23:36  14.5;
44:14:38:44  15.5
**into (12)** 12:13:57:40  21.5;
16:14:03:00  21.5;
18:14:05:38  21.5,
14:05:09  10.5,
14:05:08  9.5;
25:14:14:31  17.5,
14:14:42  20.5;
29:14:19:11  5.5;
37:14:29:40  3.5;
40:14:33:32  3.5;
42:14:36:33  22.5;
47:14:41:43  6.5
**Invited (1)** 8:13:52:28  19.5
**Involved (1)**
11:13:55:50  9.5
**Irritated (1)**
23:14:10:55  .1.5

### J

**jealousy (1)**
16:14:01:48  25.5
**Jim (1)** 36:14:28:20  1.5
**Joe (12)** 31:14:22:30  18.5,
14:21:49  5.5,
14:21:35  2.5;
32:14:23:30  13.5,
14:23:09  8.5;
40:14:34:00  17.5;
41:14:34:45  8.5,
14:34:54  11.5;
42:14:36:42  24.5;
43:14:37:12  8.5;
47:14:42:32  21.5,
14:42:13  17.5
**joking (1)** 25:14:14:28  16.5
**journals (2)**
29:14:19:14  6.5,
14:19:08  4.5

### K

**keep (2)** 20:14:08:00  20.5;
31:14:22:20  14.5
**keeping (1)**
29:14:19:14  6.5
**kept (2)** 29:14:19:08  4.5;
30:14:20:46  12.5
**kid (2)** 29:14:19:26  11.5,
47:14:41:34  3.5
**kids (8)** 30:14:20:33  8.5;
31:14:21:35  2.5;
34:14:26:36  22.5;
35:14:27:23  14.5;
40:14:34:10  20.5,
14:34:02  18.5;
42:14:36:33  22.5,
14:36:27  20.5
**Kim (4)** 20:14:07:51  17.5,
14:07:38  14.5,
14:07:38  14.5,

21:14:08:50  9.5
**kind (25)** 11:13:56:29  22.5,
13:56:26  21.5,
13:55:34  4.5;
12:13:57:32  20.5,
13:57:07  12.5;
13:13:58:38  18.5,
13:58:10  6.5,
13:58:42  19.5;
15:14:00:30  3.5,
14:00:34  4.5;
18:14:05:05  8.5;
21:14:09:18  16.5;
24:14:13:16  18.5;
27:14:16:56  10.5,
14:16:28  1.5;
33:14:25:01  16.5,
14:24:20  2.5,
14:24:16  1.5;
34:14:26:16  16.5;
35:14:27:11  9.5;
36:14:29:06  16.5,
14:28:32  5.5;
37:14:30:01  10.5,
14:29:30  25.5;
46:14:41:23  24.5
**King (3)** 4:13:47:39  7.5,
13:47:38  6.5,25.5
**kissing (2)**
14:14:00:07  21.5;
15:14:00:28  2.5
**knew (8)** 5:13:48:55  12.5;
8:13:51:33  2.5;
11:13:56:29  22.5;
21:14:08:36  4.5;
32:14:23:16  11.5;
33:14:24:23  3.5;
38:14:31:22  11.5;
40:14:33:54  14.5
**knowing (1)**
39:14:32:41  12.5
**knowledge (1)**
37:14:29:37  2.5

### L

**lack (1)** 11:13:55:34  4.5
**ladies (3)** 26:14:15:20  7.5,
14:15:16  6.5,
14:15:20  7.5
**laid (1)** 28:14:18:24  18.5
**lanes (1)** 28:14:18:04  10.5
**last (1)** 14:13:59:27  10.5
**lasted (1)** 14:13:59:30  11.5
**late (3)** 17:14:04:01  13.5;
41:14:35:04  14.5,
14:35:04  14.5
**later (6)** 15:14:01:11  14.5;
16:14:02:00  3.5,
14:01:51  1.5;
21:14:08:46  8.5;
22:14:10:47  23.5;
45:14:40:13  23.5

**leader (1)**
26:14:15:51  16.5
**leadership (1)**
13:13:58:07  5.5
**leading (1)**
42:14:36:33  22.5
**learn (2)** 25:14:14:05  9.5;
47:14:42:10  16.5
**learned (2)**
27:14:16:33  2.5,
14:16:28  1.5
**least (3)** 20:14:07:55  19.5;
36:14:29:00  15.5;
45:14:39:34  7.5
**leave (1)** 30:14:21:26  24.5
**leaving (2)**
37:14:30:17  17.5;
40:14:33:38  6.5
**led (1)** 39:14:33:10  18.5
**left (2)** 28:14:18:35  21.5,
14:18:32  20.5
**legs (2)** 28:14:18:18  15.5,
14:18:11  13.5
**less (1)** 35:14:27:28  16.5
**life (8)** 14:13:59:12  3.5,
13:59:47  15.5;
28:14:18:35  21.5;
31:14:22:25  16.5;
42:14:35:53  8.5,
14:36:05  11.5,
14:36:05  11.5,
14:36:33  22.5
**light (1)** 28:14:17:49  6.5
**little (16)** 11:13:56:14  16.5,
13:56:08  14.5;
18:14:05:32  19.5;
19:14:06:21  12.5;
29:14:19:26  11.5;
34:14:25:53  9.5;
36:14:28:54  13.5,
14:28:32  5.5;
39:14:32:28  8.5,
14:32:23  6.5;
45:14:39:57  15.5,
14:39:54  14.5;
46:14:41:01  18.5;
47:14:41:34  3.5,
14:41:43  6.5,
14:41:41  5.5
**live (6)** 4:13:47:39  7.5;
9:13:53:21  11.5;
10:13:55:05  21.5,
13:54:16  2.5,
13:54:27  8.5;
27:14:17:01  17.5
**lived (6)** 9:13:53:11  7.5,
13:53:05  5.5,
13:53:28  12.5;
10:13:54:36  11.5,
13:55:08  22.5;
19:14:06:31  16.5
**living (2)** 40:14:33:57  15.5;
47:14:42:25  19.5

**locked (1)** 18:14:04:52  3.5
**long (5)** 5:13:49:14  21.5;
14:13:59:27  10.5;
22:14:10:00  7.5;
27:14:16:40  5.5;
29:14:19:28  12.5
**longer (1)**
31:14:22:04  10.5
**Lonny (3)** 9:13:52:54  2.5;
20:14:08:10  23.5;
21:14:09:25  18.5
**Lonny's (1)**
21:14:08:24  25.5
**look (1)** 15:14:01:45  24.5
**looked (2)**
24:14:12:32  7.5;
38:14:31:31  14.5
**looking (1)**
47:14:42:01  9.5
**Lord (1)** 25:14:14:20  13.5
**lording (1)**
24:14:13:19  19.5
**lot (5)** 11:13:55:50  9.5;
15:14:01:28  18.5;
33:14:24:46  10.5;
34:14:26:00  12.5,
14:25:37  2.5
**lower (1)** 28:14:18:18  15.5
**lumping (1)**
34:14:25:56  10.5
**Lynn (1)** 13:13:57:55  1.5

### M

**major (1)** 24:14:13:28  21.5
**making (1)**
21:14:09:05  12.5
**male (3)** 26:14:15:02  3.5,
14:15:36  12.5,
14:15:33  11.5
**man (2)** 26:14:15:20  7.5;
44:14:38:51  18.5
**manner (1)**
38:14:31:28  13.5
**many (1)** 16:14:02:46  16.5
**marriage (1)**
22:14:09:54  4.5
**married (5)**
20:14:07:55  19.5;
30:14:20:33  8.5;
31:14:21:49  5.5;
35:14:27:07  8.5;
42:14:36:05  11.5
**may (2)** 17:14:03:59  12.5;
20:14:08:10  23.5
**maybe (7)** 7:13:51:13  18.5;
11:13:56:08  14.5;
18:14:04:47  1.5;
31:14:21:46  4.5;
33:14:24:56  14.5;
40:14:34:17  23.5;
41:14:34:23  1.5
**mean (67)** 5:13:48:51  9.5;

9:13:54:02  21.5,
13:53:43  15.5;
11:13:56:24  20.5,
13:56:14  16.5,
13:55:51  10.5;
14:13:58:58  25.5,
13:59:47  15.5,
13:59:46  14.5,
13:59:37  13.5;
15:14:01:14  15.5,
14:01:06  13.5,
14:01:45  24.5;
16:14:02:34  13.5,
14:02:11  8.5,
14:02:03  5.5,
14:02:00  4.5;
17:14:04:26  20.5;
18:14:05:46  24.5,
14:05:40  22.5,
14:05:26  17.5,
14:04:56  5.5;
21:14:09:29  20.5;
22:14:10:13  10.5;
24:14:13:07  15.5,
14:13:12  17.5,
14:13:16  18.5,
14:13:10  16.5,
14:12:57  13.5,
14:12:25  5.5;
25:14:14:47  22.5,
14:13:48  2.5;
26:14:15:12  5.5;
29:14:19:08  4.5;
30:14:20:33  8.5;
31:14:22:47  24.5,
14:21:43  3.5;
32:14:23:16  11.5,
14:22:58  4.5;
33:14:25:12  20.5,
14:24:30  5.5;
34:14:26:10  14.5;
35:14:27:28  16.5;
37:14:30:44  24.5,
14:30:30  22.5,
14:30:03  11.5,
14:30:01  10.5;
38:14:31:07  6.5,
14:31:13  8.5;
40:14:33:43  8.5;
41:14:35:17  19.5;
42:14:36:37  23.5,
14:36:09  12.5;
43:14:38:09  24.5,
14:37:34  17.5,
14:37:05  5.5;
44:14:38:12  25.5;
45:14:40:13  23.5,
14:39:36  8.5;
46:14:40:59  17.5,
14:40:59  17.5;
47:14:41:26  25.5,
14:41:30  1.5;

Coash & Coash, Inc., 602-258-1440

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

48:14:43:00  3.5,
14:43:00  3.5,
14:43:06  4.5
meaning (1)
35:14:27:34  18.5
medications (1)
4:13:48:03  17.5
meet (4) 5:13:48:59  15.5;
19:14:06:18  11.5;
31:14:22:30  18.5;
41:14:34:21  25.5
meeting (1)
40:14:33:43  8.5
member (1)
26:14:16:03  20.5
memories (2)
45:14:40:03  19.5,
14:40:10  22.5
memory (4)
41:14:35:04  14.5,
14:34:57  13.5,
14:35:08  15.5,
45:14:39:57  15.5
men (1) 35:14:27:41  20.5
mental (1)
29:14:19:59  21.5
mentioned (1)
44:14:38:34  7.5
Mercedes-Benz (1)
25:14:14:22  14.5
Mesa (1) 4:13:47:40  8.5
messed (1)
19:14:06:55  24.5
messing (1)
25:14:14:28  16.5
met (4) 8:13:51:53  8.5;
11:13:55:22  2.5;
36:14:29:16  20.5;
40:14:34:05  19.5
mid (2) 16:14:02:30  12.5;
17:14:04:12  16.5
might (6) 6:13:49:28  1.5;
7:13:51:18  19.5;
17:14:04:11  15.5,
14:04:06  14.5;
42:14:36:09  12.5;
43:14:37:23  14.5
mile (1) 10:13:54:54  17.5
mind (5) 26:14:15:40  13.5,
33:14:24:39  8.5,
14:24:16  1.5;
39:14:32:34  10.5;
46:14:40:31  5.5
ministry (1)
30:14:20:58  16.5
minutes (1)
37:14:30:17  17.5
mistakes (2)
48:14:44:05  18.5,
14:44:03  17.5
mistrusted (1)
17:14:03:29  4.5
mistrustful (1)

15:14:01:02  12.5
mom (3) 24:14:13:26  20.5,
14:12:49  12.5;
26:14:15:48  15.5
monogamous (1)
16:14:02:38  14.5
months (3)
12:13:57:13  15.5;
29:14:19:11  5.5,
14:19:11  5.5
more (20) 9:13:53:28  12.5;
12:13:57:40  21.5;
20:14:08:13  24.5;
24:14:12:57  13.5,
14:13:10  16.5,
14:12:40  10.5;
25:14:14:15  12.5;
33:14:24:56  14.5,
14:24:50  12.5,
14:24:46  10.5;
34:14:26:33  21.5,
14:25:53  9.5;
36:14:28:54  13.5,
14:28:52  12.5;
38:14:31:28  13.5,
14:31:25  12.5;
43:14:36:44  25.5,
14:36:52  1.5;
44:14:38:59  21.5;
46:14:41:01  18.5
morning (2)
28:14:17:38  2.5;
47:14:42:28  20.5
most (6) 5:13:48:55  12.5;
26:14:15:12  5.5;
34:14:25:40  4.5;
35:14:26:53  3.5;
38:14:31:02  4.5;
48:14:44:00  16.5
mother (3) 8:13:51:33  2.5;
24:14:12:25  5.5,
14:12:16  3.5
mouth (1) 43:14:37:08  6.5
move (5) 34:14:26:16  16.5;
40:14:33:32  3.5;
43:14:37:28  15.5;
47:14:41:26  25.5,
14:42:04  12.5
moved (4)
10:13:55:03  20.5;
31:14:21:58  7.5,
14:21:55  6.5,
14:21:55  6.5
movies (1)
14:13:59:05  2.5
moving (1)
39:14:33:13  20.5
much (13) 11:13:55:48  8.5;
14:13:59:52  16.5;
15:14:01:35  21.5;
18:14:05:12  11.5;
24:14:13:41  24.5,
14:13:26  20.5;

25:14:14:44  21.5;
30:14:20:55  15.5;
36:14:28:58  14.5;
38:14:31:22  11.5,
14:31:09  7.5;
41:14:34:56  12.5;
46:14:40:57  16.5
multiple (3)
21:14:09:05  12.5;
29:14:19:24  10.5,
14:19:03  3.5
multitudes (1)
16:14:02:42  15.5
music (2)
26:14:15:51  16.5;
30:14:20:58  16.5

## N

naive (2) 13:13:58:46  20.5;
17:14:03:36  6.5
name (8) 4:13:47:37  5.5;
5:13:48:55  12.5;
6:13:49:47  10.5,
13:49:47  10.5,
13:49:34  3.5;
13:13:58:00  3.5;
20:14:07:52  18.5;
21:14:08:43  7.5
names (1) 21:14:08:31  2.5
necessarily (5)
26:14:16:13  21.5,
14:15:45  14.5;
44:14:39:16  24.5
negative (1)
43:14:37:20  13.5
neurocognitive (1)
29:14:19:47  17.5
new (1) 23:14:11:22  9.5
next (1) 23:14:11:47  19.5
nice (1) 42:14:35:46  5.5
nicely (1) 40:14:33:26  1.5
night (3) 19:14:06:23  13.5;
23:14:11:11  6.5;
43:14:37:28  15.5
nightie (1) 18:14:05:05  8.5
nine (1) 29:14:19:41  16.5
Nish (1) 36:14:28:24  2.5
noises (1) 18:14:04:54  4.5
none (1) 26:14:14:55  1.5
North (1) 4:13:47:40  8.5
notice (1) 24:14:13:28  21.5
nowhere (1)
19:14:06:44  20.5

## O

obviously (3)
33:14:25:23  22.5;
38:14:31:38  16.5;
47:14:41:47  7.5
occasion (1)
19:14:06:11  8.5

Ochoa (4) 5:13:48:57  13.5;
7:13:51:08  14.5;
8:13:51:30  1.5,
13:51:26  25.5
October (1)
28:14:17:31  25.5
off (8) 18:14:05:23  16.5;
19:14:06:05  6.5;
23:14:11:37  15.5;
28:14:18:15  14.5;
35:14:27:20  12.5;
36:14:28:37  7.5;
46:14:41:16  22.5;
47:14:42:04  11.5
office (2) 32:14:23:52  23.5,
14:23:40  16.5
officially (1)
17:14:03:55  11.5
old (5) 5:13:49:06  17.5;
9:13:53:18  9.5;
12:13:57:08  13.5;
14:13:59:25  9.5;
47:14:41:43  6.5
older (2) 12:13:57:15  16.5;
25:14:14:31  17.5
once (5) 15:14:01:06  13.5;
20:14:08:13  24.5,
14:08:13  24.5;
22:14:10:13  10.5;
31:14:21:55  6.5
one (20) 7:13:50:37  4.5;
12:13:56:49  5.5,
13:56:42  2.5;
13:13:57:58  2.5;
15:14:00:56  11.5;
17:14:04:22  19.5,
14:04:22  19.5;
18:14:05:19  14.5;
19:14:06:23  13.5,
14:06:21  12.5;
20:14:07:48  15.5;
21:14:09:09  13.5,
14:08:38  5.5;
23:14:11:06  5.5;
29:14:18:58  2.5;
31:14:22:04  10.5;
32:14:22:56  3.5;
33:14:25:12  20.5;
41:14:34:31  4.5;
46:14:41:20  23.5
ones (2) 45:14:40:16  24.5,
14:40:13  23.5
one-way (1)
39:14:33:19  23.5
only (1) 8:13:52:19  16.5
opinion (3)
38:14:31:43  18.5,
14:31:41  17.5,
14:31:38  16.5
oral (5) 22:14:10:26  14.5,
14:10:23  13.5,
14:10:20  12.5,
14:10:05  8.5,

14:09:46  2.5
oriented (1)
26:14:15:40  13.5
originally (2)
6:13:49:37  4.5;
37:14:29:32  1.5
others (1) 26:14:15:55  17.5
Otherwise (2)
10:13:55:05  21.5;
24:14:13:26  20.5
ours (1) 20:14:07:16  6.5
ourselves (1)
37:14:30:44  24.5
out (24) 14:13:59:33  12.5;
15:14:01:14  15.5,
14:01:11  14.5;
16:14:02:55  19.5,
14:02:42  15.5,
14:02:03  5.5,
14:01:56  2.5;
17:14:04:40  24.5;
19:14:06:49  22.5,
14:06:46  21.5;
20:14:06:58  25.5;
21:14:09:14  15.5,
14:09:05  12.5;
23:14:10:52  25.5,
14:11:24  10.5;
27:14:16:48  8.5;
28:14:18:29  19.5;
30:14:21:26  24.5,
14:20:10  2.5;
33:14:24:36  7.5,
14:24:20  2.5;
39:14:32:50  14.5;
40:14:33:35  4.5,
14:33:26  1.5
outgoing (2)
11:13:55:37  5.5;
37:14:29:32  1.5
outside (4)
18:14:05:28  18.5;
35:14:26:47  1.5,
14:26:47  1.5;
37:14:30:30  22.5
over (8) 12:13:57:43  22.5;
17:14:03:43  8.5;
18:14:05:28  18.5;
21:14:08:46  8.5;
24:14:13:19  19.5;
29:14:19:28  12.5;
32:14:23:13  9.5;
48:14:43:54  13.5
own (1) 36:14:29:07  17.5

## P

pants (1) 21:14:09:18  16.5
paralyzed (1)
28:14:18:35  21.5
parcel (2)
10:13:54:41  12.5,
13:54:48  14.5

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

**parents (11)**
7:13:50:59  11.5;
9:13:53:46  16.5;
10:13:54:48  14.5;
24:14:13:37  23.5,
14:12:16  3.5;
27:14:17:20  20.5,
14:17:01  13.5;
30:14:20:26  6.5;
37:14:30:20  18.5;
40:14:33:50  11.5;
47:14:42:20  18.5

**parents' (5)**
9:13:52:54  2.5;
30:14:20:48  13.5;
40:14:33:35  4.5,
14:33:29  2.5;
47:14:42:25  19.5

**parsonage (3)**
8:13:52:42  23.5;
10:13:55:10  23.5,
13:55:08  22.5

**part (1)** 15:14:00:41  6.5

**particular (2)**
13:13:58:03  4.5;
30:14:21:10  19.5

**parties (6)** 9:13:52:49  1.5;
20:14:07:35  12.5,
14:07:18  7.5;
21:14:09:05  12.5;
35:14:26:45  25.5;
37:14:30:28  21.5

**party (5)** 8:13:52:42  23.5,
13:52:32  20.5,
13:52:32  20.5;
9:13:54:06  23.5;
35:14:26:58  5.5

**pastor (10)** 6:13:50:03  17.5,
13:50:01  16.5,
13:49:58  14.5;
7:13:51:21  20.5,
13:51:11  17.5,
13:50:32  1.5,
13:50:30  25.5;
10:13:55:10  23.5;
25:14:13:46  1.5;
31:14:22:09  11.5

**path (1)** 27:14:17:14  18.5

**paths (1)** 25:14:14:49  23.5

**pay (1)** 31:14:22:21  15.5

**people (15)**
9:13:53:46  16.5;
12:13:56:43  3.5;
16:14:02:42  15.5;
20:14:08:02  21.5,
14:07:14  5.5;
24:14:12:40  10.5,
14:12:27  6.5;
33:14:24:46  10.5;
34:14:26:10  14.5,
14:25:39  3.5;
35:14:26:53  3.5,
14:26:49  2.5;

36:14:29:07  17.5;
38:14:31:22  11.5;
45:14:39:42  10.5

**people's (1)**
46:14:40:24  1.5

**performed (2)**
22:14:10:23  13.5,
14:10:23  13.5

**perhaps (2)**
11:13:56:00  12.5;
46:14:41:09  20.5

**period (4)**
17:14:03:43  8.5;
22:14:10:00  7.5;
29:14:19:28  12.5;
39:14:32:41  12.5

**person (1)** 32:14:23:13  9.5

**perspective (2)**
11:13:56:07  13.5;
33:14:24:34  6.5

**persuasive (1)**
45:14:39:49  12.5

**Phoenix (1)**
31:14:22:01  8.5

**phone (1)** 32:14:23:13  9.5

**photography (1)**
25:14:14:42  20.5

**physical (1)**
29:14:19:55  20.5

**pickup (1)** 28:14:17:55  7.5

**pinching (4)**
12:13:56:55  8.5,
13:56:46  4.5,
13:56:43  3.5,
13:56:36  1.5

**place (6)** 5:13:49:11  20.5,
8:13:52:14  15.5;
30:14:21:10  19.5;
40:14:33:35  4.5,
14:33:32  3.5;
42:14:35:46  5.5

**places (3)** 8:13:52:28  19.5;
22:14:10:50  24.5;
48:14:44:00  16.5

**plan (1)** 11:13:56:29  22.5

**play (1)** 11:13:55:48  8.5,
13:55:46  7.5,
13:55:42  6.5

**played (4)**
30:14:20:55  15.5,
14:20:55  15.5,
14:20:50  14.5;
38:14:31:34  15.5

**playing (1)**
30:14:20:46  12.5

**please (1)** 4:12:48:32  4.5

**plus (2)** 28:14:18:01  9.5;
47:14:41:26  25.5

**point (10)** 7:13:51:23  21.5;
13:13:58:46  20.5;
20:14:07:00  1.5;
22:14:10:45  22.5,
14:09:59  6.5;

31:14:22:04  10.5;
33:14:25:20  21.5;
36:14:29:20  21.5;
41:14:34:47  9.5;
45:14:39:32  5.5

**police (2)**
32:14:23:48  20.5,
14:23:36  14.5

**pool (3)** 35:14:26:58  5.5,
14:26:58  5.5;
38:14:31:09  7.5

**porch (2)** 18:14:05:32  19.5,
14:05:32  19.5

**positive (3)**
18:14:05:22  15.5;
32:14:22:53  2.5;
43:14:37:14  9.5

**post-conviction (2)**
4:13:48:20  23.5;
5:13:48:33  4.5

**pretty (10)** 14:13:59:52  16.5;
17:14:03:24  3.5;
18:14:05:12  11.5;
25:14:14:44  21.5,
14:14:11  11.5;
26:14:15:36  12.5;
30:14:20:55  15.5;
45:14:40:03  19.5;
46:14:40:29  4.5;
48:14:42:53  2.5

**previous (1)**
10:13:55:10  23.5

**previously (1)**
44:14:38:36  8.5

**primarily (1)**
13:13:58:36  17.5

**primary (1)**
33:14:24:30  5.5

**probably (9)**
5:13:49:06  17.5;
13:13:58:54  23.5,
13:58:21  10.5;
14:13:59:22  8.5,
14:00:21  23.5;
16:14:02:17  9.5;
18:14:04:42  25.5;
29:14:19:33  14.5;
48:14:43:59  15.5

**problem (1)**
15:14:01:35  21.5

**problems (2)**
25:14:14:52  24.5;
45:14:39:57  15.5

**proceedings (2)**
4:13:48:20  23.5;
5:13:48:33  4.5

**process (2)**
29:14:20:03  24.5;
48:14:44:07  19.5

**prognosis (1)**
28:14:18:35  21.5

**program (1)**
29:14:19:47  17.5

**promise (1)**
23:14:11:37  15.5

**prompted (1)**
22:14:10:28  16.5

**property (3)**
10:13:54:20  3.5,
13:54:33  10.5,
13:54:27  8.5

**prosecutors (1)**
44:14:38:42  14.5

**prosecutor's (2)**
32:14:23:52  23.5,
14:23:40  16.5

**Psalm (6)** 6:13:49:55  13.5,
13:49:37  4.5,
13:50:15  21.5,
13:50:07  18.5;
7:13:51:18  19.5,
13:50:39  5.5

**psychological (1)**
29:14:19:59  21.5

**pulling (2)**
18:14:05:15  12.5;
19:14:06:55  24.5

**pulverized (1)**
28:14:18:18  15.5

**put (2)** 28:14:18:22  16.5;
43:14:37:08  6.5

## Q

**quarter (1)**
10:13:54:54  17.5

**quit (2)** 31:14:22:09  11.5,
14:22:01  8.5

**quite (1)** 38:14:31:34  15.5

## R

**raised (1)** 13:13:58:50  21.5

**reaction (1)**
48:14:42:49  25.5

**read (2)** 15:14:01:28  18.5;
48:14:43:52  12.5

**reading (1)**
15:14:01:25  17.5

**real (2)** 14:13:59:12  3.5;
34:14:26:23  18.5

**realized (1)**
27:14:17:14  18.5

**really (11)** 15:14:01:43  23.5,
14:01:34  20.5;
17:14:03:34  5.5;
20:14:08:00  20.5;
27:14:16:38  4.5;
28:14:18:45  24.5;
31:14:22:20  14.5;
33:14:25:10  18.5;
35:14:26:45  25.5;
38:14:31:07  6.5;
39:14:32:19  5.5

**reason (3)**
9:13:54:06  23.5;

43:14:37:35  18.5;
47:14:42:08  15.5

**rebuilding (2)**
7:13:50:56  10.5,
13:50:47  7.5

**recall (25)** 6:13:50:08  19.5;
9:13:53:18  9.5,
13:53:00  4.5;
20:14:08:10  23.5;
21:14:09:25  18.5;
24:14:12:09  2.5;
31:14:22:36  21.5,
14:21:31  1.5;
32:14:23:50  22.5,
14:23:44  19.5,
14:23:06  6.5;
33:14:23:55  25.5;
36:14:29:14  19.5,
14:28:49  11.5;
37:14:29:48  5.5;
38:14:31:58  22.5;
39:14:32:44  13.5,
14:32:16  3.5;
41:14:35:12  16.5;
42:14:36:37  23.5,
14:36:15  14.5,
14:35:48  6.5;
43:14:37:17  11.5,
14:36:55  2.5;
46:14:40:54  15.5

**recollection (7)**
8:13:52:19  16.5;
11:13:56:11  15.5;
33:14:25:29  23.5;
35:14:27:31  17.5;
40:14:34:13  21.5;
44:14:39:16  24.5,
14:39:13  23.5

**red (1)** 28:14:17:49  6.5

**refer (1)** 5:13:48:40  8.5

**rehabilitation (2)**
29:14:20:02  22.5,
14:19:47  17.5

**relating (1)** 4:13:48:20  23.5

**relationship (7)**
13:13:58:38  18.5,
13:58:31  15.5,
13:58:21  10.5;
22:14:10:31  17.5,
14:09:39  25.5;
43:14:37:12  8.5;
47:14:41:37  4.5

**relationships (1)**
26:14:15:16  6.5

**remained (1)**
27:14:17:20  20.5

**remember (19)**
12:13:56:42  2.5;
13:13:57:55  1.5;
21:14:09:33  22.5;
23:14:11:14  7.5;
30:14:21:12  20.5;
31:14:21:49  5.5;

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

32:14:22:53   2.5;
33:14:24:57   15.5;
37:14:30:08   13.5;
41:14:34:56   12.5,
14:34:47   9.5;
42:14:36:19   16.5,
14:35:43   4.5,
14:35:33   1.5;
43:14:37:35   18.5,
14:37:20   13.5,
14:37:18   12.5,
14:37:16   10.5;
44:14:38:57   20.5
**remembering (2)**
36:14:28:52   12.5;
45:14:40:08   21.5
**rephrase (1)**
4:13:47:53   14.5
**representing (1)**
5:13:48:30   3.5
**rerouted (1)**
40:14:33:29   2.5
**resting (1)** 19:14:05:50   1.5
**retrospect (1)**
15:14:00:48   8.5
**revealed (1)**
38:14:30:58   3.5
**ride (1)** 23:14:11:14   7.5
**right (13)** 5:13:48:51   9.5,
13:48:40   7.5;
7:13:51:09   16.5;
13:13:58:54   23.5;
26:14:16:02   19.5,
14:15:05   4.5;
28:14:18:39   22.5;
38:14:31:46   19.5;
39:14:32:11   1.5;
40:14:34:02   18.5;
46:14:40:38   9.5,
14:40:34   7.5,
14:40:26   2.5
**ring (1)** 23:14:11:37   15.5
**rock (1)** 23:14:11:26   11.5
**roll (1)** 28:14:18:29   19.5
**romantic (1)**
13:13:58:38   18.5
**rule (1)** 11:13:55:56   11.5
**rules (2)** 14:14:00:00   19.5;
34:14:26:40   24.5
**running (1)**
18:14:05:09   10.5

**S**

**same (7)** 5:13:49:11   20.5;
6:13:49:50   11.5,
13:49:43   6.5;
10:13:54:26   7.5,
13:54:20   3.5;
15:14:01:28   18.5;
38:14:31:48   20.5
**Sarah (1)** 21:14:08:26   1.5
**saving (1)** 22:14:09:49   3.5

**saw (7)** 21:14:09:09   13.5,
14:09:04   11.5,
14:08:26   1.5;
30:14:21:19   22.5;
33:14:24:44   9.5;
36:14:29:00   15.5;
40:14:34:17   23.5
**saying (4)** 6:13:50:18   22.5;
21:14:09:04   11.5;
22:14:10:20   12.5;
41:14:35:26   22.5
**scared (2)**
47:14:41:31   2.5,
14:41:26   25.5
**school (28)** 5:13:49:14   21.5,
13:49:11   20.5;
6:13:49:50   11.5,
13:49:44   7.5,
13:49:43   6.5,
13:49:34   3.5;
8:13:52:40   22.5;
13:52:21   17.5,
13:52:14   15.5,
13:52:13   13.5,
13:51:51   6.5;
9:13:53:55   19.5;
10:13:54:20   3.5,
13:54:12   25.5;
12:13:57:26   19.5;
14:14:00:00   19.5;
17:14:04:40   24.5,
14:04:11   15.5;
34:14:26:40   24.5,
14:26:36   22.5;
35:14:26:49   2.5,
14:26:47   1.5;
37:14:30:37   23.5,
14:30:30   22.5,
14:30:15   16.5,
14:30:03   11.5,
14:29:55   8.5,
14:29:54   7.5
**Scottsdale (1)**
31:14:22:25   16.5
**seat (1)** 19:14:06:41   19.5
**second (1)**
21:14:08:38   5.5
**seem (1)** 12:13:57:32   20.5
**seemed (16)**
15:14:01:32   19.5,
14:00:46   7.5,
14:00:34   4.5;
24:14:12:57   13.5,
14:12:44   11.5;
30:14:20:41   11.5;
33:14:24:52   13.5,
14:24:50   12.5;
34:14:25:40   4.5;
35:14:27:24   15.5;
37:14:29:30   25.5;
42:14:36:29   21.5;
43:14:37:12   8.5,
14:36:52   1.5;

45:14:39:19   25.5;
46:14:40:59   17.5
**seems (2)**
36:14:29:24   23.5,
14:29:24   23.5
**set (2)** 9:13:52:49   1.5;
26:14:15:28   9.5
**seven (2)**
26:14:16:19   23.5;
29:14:19:37   15.5
**sex (6)** 21:14:09:30   21.5,
14:09:22   17.5;
22:14:10:26   14.5,
14:10:23   13.5,
14:10:20   12.5,
14:10:05   8.5
**sexual (2)**
20:14:07:31   11.5;
21:14:09:36   24.5
**sexually (1)**
16:14:02:22   10.5;
17:14:03:59   12.5
**sexy (2)** 15:14:01:45   24.5;
34:14:26:18   17.5
**shaking (1)**
32:14:22:56   3.5
**shared (1)** 46:14:40:29   4.5
**Shawn (2)** 4:13:47:38   6.5,
25.5
**sheepishly (1)**
47:14:41:55   8.5
**shoulder (1)**
34:14:26:12   15.5
**show (1)** 37:14:30:23   19.5
**showing (1)**
22:14:10:50   24.5
**shows (2)**
19:14:06:37   18.5,
14:06:33   17.5
**sic (1)** 19:14:05:56   3.5
**sick (1)** 41:14:34:45   8.5
**side (3)** 28:14:18:39   22.5,
14:18:39   22.5,
14:18:32   20.5
**sight (1)** 32:14:23:22   12.5
**significant (1)**
43:14:38:04   22.5
**sing (1)** 25:14:14:25   15.5
**singing (1)**
25:14:14:11   11.5
**sister (1)** 21:14:08:26   1.5
**sit (2)** 25:14:14:25   15.5;
30:14:21:12   20.5
**site (1)** 7:13:50:47   7.5
**sitting (5)**
19:14:06:41   19.5;
21:14:09:14   15.5,
14:09:12   14.5,
14:09:09   13.5;
30:14:21:12   20.5
**situations (1)**
45:14:39:19   25.5
**six (3)** 12:13:57:13   15.5;

29:14:19:08   4.5
**sly (1)** 12:13:57:07   12.5
**smacked (1)**
28:14:18:04   10.5
**smashed (2)**
23:14:11:20   10.5;
28:14:18:15   14.5
**smiley (1)** 36:14:28:26   3.5
**sold (1)** 39:14:33:22   24.5
**somebody (2)**
32:14:22:49   25.5
**somebody's (1)**
9:13:54:09   24.5
**somehow (4)**
16:14:03:02   22.5;
18:14:05:46   24.5;
22:14:10:43   21.5;
41:14:34:29   3.5
**someone (1)**
33:14:24:23   3.5
**Someplace (1)**
42:14:35:38   2.5
**sometimes (1)**
8:13:51:44   5.5;
35:14:26:56   4.5
**somewhat (1)**
27:14:16:53   9.5
**somewhere (3)**
6:13:50:20   23.5;
31:14:22:01   8.5;
40:14:33:57   15.5
**songs (1)** 25:14:14:15   12.5
**soon (1)** 20:14:07:05   3.5
**sophisticated (1)**
46:14:41:05   19.5
**sorry (1)** 47:14:42:04   11.5
**sort (7)** 5:13:48:35   5.5;
9:13:53:53   18.5;
26:14:15:02   3.5,
14:14:56   2.5;
27:14:16:58   12.5;
29:14:19:55   20.5;
44:14:38:44   15.5
**sounded (1)**
41:14:34:34   5.5
**specific (3)**
5:13:49:04   16.5;
34:14:25:53   9.5;
44:14:39:16   24.5
**specifics (1)**
21:14:09:33   22.5
**spent (1)** 43:14:38:02   21.5
**spiritual (2)**
25:14:14:15   12.5;
27:14:17:11   17.5,
14:16:53   9.5,
14:16:48   8.5
**spirituality (1)**
27:14:16:33   3.5
**split (1)** 27:14:17:01   13.5
**spoke (1)** 46:14:40:41   10.5
**sponsored (1)**
9:13:53:53   18.5

**sports (2)**
14:13:58:58   25.5;
15:14:01:35   21.5
**sporty (1)** 11:13:55:42   6.5
**spry (1)** 11:13:55:34   4.5
**stairs (1)** 18:14:05:35   20.5
**stands (2)**
33:14:24:36   7.5,
14:24:20   2.5
**start (4)** 17:14:04:11   15.5;
18:14:04:54   4.5;
29:14:19:24   10.5;
36:14:29:20   21.5
**started (10)** 9:13:53:31   13.5;
13:13:58:55   24.5;
14:13:59:33   12.5;
17:14:03:59   12.5,
14:03:55   11.5;
25:14:14:38   19.5;
29:14:19:41   16.5,
14:19:14   6.5;
40:14:33:43   8.5;
45:14:39:38   9.5
**starting (1)** 8:13:51:51   7.5
**state (1)** 4:12:48:32   4.5
**stay (1)** 30:14:20:13   3.5
**stayed (1)**
19:14:06:26   14.5
**stepdad (1)**
7:13:51:09   15.5
**stepfather (1)**
24:14:12:20   4.5
**sticks (1)** 33:14:24:16   1.5
**still (5)** 7:13:50:34   3.5;
14:13:59:37   13.5;
26:14:16:03   20.5;
28:14:17:41   3.5;
47:14:41:34   3.5
**stored (1)** 40:14:33:32   3.5
**strange (1)**
45:14:39:19   25.5
**street (2)** 28:14:18:01   9.5,
14:17:45   5.5
**strip (1)** 38:14:31:19   10.5
**stuff (23)** 11:13:55:46   7.5;
14:14:00:07   21.5;
15:14:01:28   18.5;
16:14:01:56   2.5;
18:14:05:26   17.5;
20:14:07:21   8.5;
25:14:14:42   20.5,
14:14:28   16.5,
14:14:09   10.5,
14:13:54   4.5;
26:14:16:00   18.5;
27:14:17:11   17.5,
14:16:48   8.5;
31:14:22:25   16.5;
34:14:26:40   24.5,
14:26:36   22.5,
14:26:30   20.5;
37:14:30:28   21.5;
38:14:31:09   15.5;

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

39:14:33:22  24.5,
14:33:22  24.5;
40:14:33:29  2.5;
43:14:37:00  3.5
**suddenly (1)**
19:14:06:49  22.5
**suit (1)** 38:14:31:17  9.5
**Sunday (3)**
30:14:20:55  15.5;
31:14:22:21  15.5;
40:14:33:54  14.5
**supposed (2)**
19:14:06:16  10.5;
23:14:10:52  25.5
**sure (15)** 7:13:51:13  18.5;
13:13:58:14  8.5;
15:14:00:51  9.5;
21:14:09:05  12.5;
24:14:12:40  10.5;
33:14:25:29  23.5;
38:14:31:05  5.5;
41:14:35:17  19.5,
14:34:50  10.5;
42:14:35:53  8.5,
14:35:43  4.5;
43:14:36:55  2.5;
44:14:38:17  1.5;
48:14:44:12  22.5,
14:43:54  13.5
**surprised (1)**
48:14:43:12  5.5
**swam (1)** 15:14:01:39  22.5
**sweetheart (1)**
13:13:58:42  19.5
**swim (2)** 35:14:27:07  8.5,
14:27:01  6.5
**swimming (1)**
19:14:05:56  3.5
**sworn (1)** 4:12:48:32  1.5
**swum (2)** 19:14:05:59  4.5,
14:05:56  3.5

**T**

**tainted (2)**
33:14:25:29  23.5;
38:14:31:41  17.5
**talk (7)** 23:14:12:03  24.5;
30:14:21:23  23.5;
31:14:21:29  25.5;
32:14:23:30  13.5,
14:23:07  7.5;
34:14:26:06  13.5;
44:14:38:42  14.5
**talked (11)**
15:14:01:22  16.5;
16:14:02:55  19.5;
18:14:05:38  21.5;
32:14:22:58  4.5;
34:14:25:34  25.5;
42:14:36:42  24.5,
14:35:59  9.5,
14:35:59  9.5,

14:35:51  7.5,
14:35:48  6.5;
43:14:37:10  7.5
**talking (5)**
14:13:59:19  5.5;
19:14:06:33  17.5;
32:14:23:50  22.5,
14:23:44  19.5;
38:14:32:06  24.5
**taught (2)** 22:14:09:54  4.5;
35:14:27:34  18.5
**teachings (1)**
26:14:15:55  17.5
**team (1)** 35:14:27:01  6.5
**teenage (2)**
12:13:57:43  22.5;
38:14:31:43  18.5
**teenager (1)**
47:14:41:47  7.5
**television (1)**
13:13:58:50  21.5
**telling (1)** 36:14:28:24  2.5
**tenure (1)**
16:14:02:49  17.5
**terminally (1)**
48:14:43:00  3.5
**terms (1)** 39:14:32:34  10.5
**terribly (1)**
15:14:01:06  13.5
**testified (1)** 4:12:48:32  2.5
**testify (1)** 4:13:48:07  19.5
**theirs (2)** 27:14:17:18  19.5,
14:16:35  3.5
**thinking (4)**
13:13:57:58  2.5;
18:14:05:38  21.5;
43:14:37:35  18.5;
45:14:39:38  9.5
**though (6)**
5:13:48:53  11.5;
7:13:51:26  24.5;
12:13:57:01  10.5;
15:14:01:06  13.5,
14:00:26  25.5;
31:14:22:20  14.5
**thought (12)**
13:13:58:42  19.5;
17:14:03:36  6.5,
14:03:34  5.5;
26:14:16:00  18.5;
14:15:48  15.5;
33:14:25:20  21.5;
38:14:31:46  19.5;
39:14:33:00  16.5;
40:14:33:40  7.5;
46:14:41:05  19.5,
14:40:44  11.5;
48:14:43:21  8.5
**three (3)** 22:14:10:47  23.5;
29:14:19:11  5.5;
39:14:33:16  22.5
**threw (1)** 23:14:11:38  16.5
**throw (1)** 34:14:26:25  19.5

**ticket (1)** 39:14:33:19  23.5
**ties (1)** 37:14:30:12  15.5
**tight (1)** 38:14:30:52  2.5
**times (3)** 16:14:02:55  19.5;
29:14:19:03  3.5;
34:14:26:30  20.5
**today (2)** 4:13:48:03  17.5;
46:14:40:29  4.5
**together (4)**
5:13:49:15  22.5;
16:14:02:38  14.5;
25:14:13:50  3.5;
41:14:35:28  23.5
**told (10)** 20:14:07:27  10.5,
14:07:18  7.5,
14:07:14  5.5;
21:14:09:27  19.5;
23:14:11:26  11.5;
27:14:17:18  19.5;
44:14:38:59  21.5;
45:14:39:31  4.5;
47:14:42:32  21.5
**ton (1)** 18:14:04:59  6.5
**took (1)** 23:14:11:37  15.5
**top (2)** 13:13:58:10  6.5;
37:14:30:10  14.5
**total (1)** 14:13:59:46  14.5
**totally (1)** 39:14:33:00  16.5
**touch (2)** 30:14:20:13  3.5;
41:14:34:31  4.5
**touching (1)**
34:14:26:06  13.5
**track (1)** 35:14:27:04  7.5
**transcript (1)**
48:14:43:52  12.5
**trauma (1)**
28:14:18:39  22.5
**traumatic (4)**
28:14:18:11  13.5,
14:18:09  12.5,
14:17:58  8.5;
29:14:18:55  1.5
**trouble (2)**
12:13:56:52  7.5;
45:14:40:08  21.5
**truck (7)** 19:14:06:37  18.5,
14:06:12  9.5;
22:14:10:38  19.5,
14:10:38  19.5;
28:14:17:49  6.5;
40:14:33:24  25.5;
44:14:38:56  19.5
**truthfully (1)**
4:13:48:07  19.5
**try (3)** 4:13:47:53  14.5;
12:13:57:01  10.5;
36:14:28:58  14.5
**trying (6)** 12:13:56:33  25.5;
13:13:57:52  25.5;
15:14:01:43  23.5;
35:14:28:11  24.5,
14:27:50  22.5;

43:14:37:05  5.5
**TV (2)** 13:13:58:55  24.5;
14:13:58:58  25.5
**twice (2)** 20:14:07:55  19.5;
22:14:10:18  11.5
**two (3)** 17:14:03:20  2.5;
19:14:06:26  14.5;
41:14:35:30  24.5
**two-piece (1)**
38:14:31:13  8.5
**two-shoes (1)**
15:14:00:37  5.5
**type (4)** 25:14:14:15  12.5;
26:14:15:55  17.5;
27:14:17:11  17.5;
48:14:43:50  11.5

**U**

**unaware (1)**
18:14:05:42  23.5
**unbutton (1)**
37:14:30:23  19.5
**under (1)** 28:14:17:41  3.5
**underneath (3)**
11:13:56:29  22.5,
13:56:16  17.5,
13:56:08  14.5
**underwear (1)**
19:14:06:55  24.5
**uniform (1)**
37:14:29:58  9.5
**uniforms (1)**
37:14:29:55  8.5
**up (32)** 18:14:05:35  20.5,
14:05:15  12.5,
14:05:12  11.5,
14:05:02  7.5;
19:14:06:55  24.5,
14:06:55  24.5,
14:06:37  18.5,
14:06:33  17.5;
20:14:08:00  20.5,
14:07:05  3.5;
22:14:10:50  24.5,
14:10:05  8.5;
28:14:18:42  23.5,
14:18:24  18.5,
14:18:15  14.5;
29:14:19:26  11.5,
14:19:21  9.5,
14:18:58  2.5;
30:14:20:17  4.5;
31:14:21:58  7.5;
33:14:24:20  2.5;
37:14:29:37  2.5;
39:14:33:10  18.5;
41:14:34:37  6.5,
14:35:26  22.5,
14:35:08  15.5,
14:34:50  10.5;
44:14:38:46  17.5;
46:14:41:20  23.5;

47:14:42:28  20.5,
14:42:20  18.5;
48:14:43:50  11.5
**use (2)** 35:14:27:36  19.5,
14:27:28  16.5
**used (2)** 10:13:54:26  7.5;
20:14:07:51  17.5
**usually (2)**
9:13:53:43  15.5;
38:14:30:52  2.5

**V**

**various (2)**
8:13:52:28  19.5;
27:14:16:28  1.5
**veered (1)**
25:14:14:38  19.5
**vibe (1)** 46:14:41:09  20.5

**W**

**Wait (1)** 21:14:08:38  5.5
**waiting (1)**
37:14:30:20  18.5
**walk (2)** 18:14:05:08  9.5;
23:14:11:14  7.5
**walked (3)**
16:14:03:00  21.5;
23:14:11:11  6.5;
28:14:17:45  5.5
**walking (1)**
28:14:17:34  1.5
**walks (1)** 20:14:06:58  25.5
**watch (2)** 14:13:59:03  1.5,
13:58:58  25.5
**watched (1)**
14:13:58:58  25.5
**watching (2)**
13:13:58:55  24.5;
38:14:31:34  15.5
**way (6)** 21:14:08:31  2.5;
33:14:24:46  10.5;
34:14:26:16  16.5;
38:14:31:48  20.5;
42:14:36:24  18.5;
45:14:39:49  12.5
**ways (1)** 27:14:16:28  1.5
**wear (2)** 37:14:30:10  14.5,
14:29:58  9.5
**wearing (1)**
38:14:31:31  14.5
**wedding (2)**
31:14:22:47  24.5,
14:22:42  23.5
**week (2)** 22:14:10:18  11.5;
27:14:16:57  11.5
**weeks (1)**
26:14:16:22  24.5
**Wendi (27)** 4:13:48:25  24.5;
5:13:48:51  9.5,
13:48:59  15.5,
13:48:55  12.5;

8:13:52:10  12.5,
13:51:53  8.5;
11:13:55:18  1.5;
17:14:04:17  17.5,
14:03:45  9.5;
20:14:07:31  11.5;
21:14:09:36  24.5,
14:08:53  10.5,
14:08:33  3.5;
22:14:10:05  8.5;
30:14:20:17  4.5;
33:14:24:16  1.5;
36:14:29:16  20.5;
37:14:29:50  6.5;
38:14:31:58  22.5;
39:14:33:10  18.5,
14:32:27  7.5;
40:14:34:00  17.5;
43:14:38:04  22.5;
44:14:38:59  21.5;
46:14:40:44  11.5,
14:40:29  4.5;
47:14:42:40  22.5

**Wendi's (4)**
7:13:50:59  11.5;
8:13:51:33  2.5;
23:14:11:02  4.5;
24:14:12:09  2.5

**what's (1)** 41:14:35:26  22.5

**wheelchair (1)**
28:14:18:32  20.5

**whenever (9)**
9:13:53:31  13.5;
11:13:55:46  7.5;
12:13:56:42  2.5;
14:13:59:33  12.5;
16:14:03:05  23.5,
14:02:03  5.5;
23:14:10:52  25.5,
14:11:53  21.5;
29:14:18:55  1.5

**whole (1)** 41:14:34:40  7.5

**wholesome (2)**
33:14:25:23  22.5,
14:25:20  21.5

**whose (1)**
41:14:35:12  16.5

**wife (1)** 8:13:51:30  1.5

**wiggling (1)**
36:14:28:32  5.5

**wiles (1)** 35:14:27:36  19.5

**windows (2)**
23:14:11:53  21.5,
14:11:24  10.5

**within (1)** 34:14:25:56  10.5

**witness (3)** 4:12:48:32  1.5;
48:14:44:10  21.5,
14:43:58  14.5

**woke (2)** 47:14:42:28  20.5,
14:42:20  18.5

**women (4)**
26:14:15:31  10.5,
14:15:24  8.5;

36:14:29:00  15.5,
14:28:52  12.5

**word (2)** 11:13:55:34  4.5;
19:14:05:59  4.5

**words (2)** 43:14:37:08  6.5;
45:14:39:42  10.5

**work (6)** 23:14:11:45  18.5;
25:14:13:58  6.5,
14:13:50  3.5;
27:14:16:38  4.5;
31:14:22:25  16.5;
35:14:28:11  24.5

**worked (2)**
25:14:14:02  8.5;
40:14:33:24  25.5

**working (2)**
25:14:13:50  3.5;
29:14:19:30  13.5

**works (1)** 27:14:16:40  5.5

**worldly (1)**
14:13:59:16  4.5

**worried (1)**
15:14:01:43  23.5

**wrote (1)** 35:14:27:20  12.5

## Y

**year (4)** 5:13:49:04  16.5;
17:14:04:12  16.5;
28:14:18:24  18.5,
14:18:24  18.5

**years (12)** 5:13:49:06  17.5;
8:13:52:26  18.5;
12:13:57:43  22.5;
14:13:59:25  9.5;
16:14:02:06  6.5;
21:14:08:46  8.5;
26:14:16:19  23.5;
29:14:19:41  16.5,
14:19:37  15.5,
14:19:33  14.5;
33:14:24:27  4.5;
47:14:41:43  6.5

**younger (1)**
36:14:29:10  18.5

STATE OF ARIZONA      )
COUNTY OF MARICOPA    )

     Be it known that the foregoing deposition was

taken by me pursuant to stipulation of counsel; that I

was then and there a Certified Court Reporter in the

State of Arizona, and by virtue thereof authorized to

administer an oath; that the witness before testifying

was duly sworn by me to testify to the whole truth;

deposition review and signature was waived; that the

questions propounded by counsel and the answers of the

witness thereto were taken down by me in shorthand and

thereafter transcribed into typewriting under my

direction; that the foregoing pages are a full, true,

and accurate transcript of all the proceedings had

upon the taking of said deposition, all done to the

best of my skill and ability.

     I FURTHER CERTIFY that I am in no way related

to nor employed by any parties hereto; nor am I in any

way interested in the outcome thereof.

     Dated at Phoenix, Arizona, this \_\_11th\_\_ day of

\_\_\_\_July_____, 2011.


                   *Cindy Mahoney*
        CINDY MAHONEY, RMR, No. 50680

Exhibit No.:  **24**

Case No.: **CR2000-096032**

For Identification:

**DEFENDANT**
**01/31/2014**

In Evidence: Stipulated
2/6/2014

**Clerk of Superior Court**

By: L MOONEY
(Deputy Clerk)

1002841573

## DECLARATION OF ALEJO LORENZANA OCHOA

I, Alejo Lorenzana Ochoa, declare as follows:

1.      I am the adoptive father of Wendi Ochoa Andriano.  I have been married to Wendi's mother, Donna Worsham Ochoa, since June 1975, when Wendi was almost five years old.  I was born on Redacted , in Torrance, California to Alejo Molina Ochoa and Natalia "Natalie" Lorenzana.  I have one sibling, a sister, Delia Rose Rascon Alvarez, who is about three years older than I am.  My wife, Donna, was born on Redacted .

2.      Donna and I also legally adopted Donna's half-sister Kathie's son, Brandon, when he was about two-and-a-half years old.  When Brandon came to live with us, the people from foster care dropped him off with us at a café while we were vacationing in the mountains.

3.      My father, Alejo Molina Ochoa, was born in Bisbee, Arizona on Redacted, , Redacted  At the time I was born, he worked at "Standard," a company that manufactured toilets.  My paternal grandparents were Alejo B. Ochoa and Guadalupe Molina Ochoa.  My father's siblings who survived infancy are Michael; Cecilia; Maria, "Mary;" Angeline, "Angie;" Guadalupe, "Lupe;" and Lucia, "Lucy."  Michael died when he was in high school after being hurt playing football in Casa Grande.

Page 1 of 58

*A.O.*
Initials

4.      My mother, Natalia "Natalie" Lorenzana, was born in Phoenix, Arizona on Redacted and died on September 27, 2003 of a massive heart *attack A.O.* Her parents were older when she was born. My maternal grandfather was named Ygnacio Lorenzana and as far as I know, my maternal grandmother was named Maria. My mother's siblings that I know of are Elena, "Helen;" Lavaro, Ignacio; "Nacio;" Maria; and Frank, "Baldy." My mother's parents had both been orphaned and grew up in the Lorenzana Orphanage in Mexico City and received the surname of Lorenzana.

5.      My family left Torrance and moved to Casa Grande, Arizona when I was about three years old. I grew up in Casa Grande. While I was growing up, my dad worked from his panel truck selling dry goods such as canned food and household supplies to migrant workers living in camps near or around Casa Grande while they followed work picking cotton or lettuce. When I was about five years old, he started taking me with him in the truck when he went around selling his wares. He also delivered newspapers and I remember sometimes getting up at two in the morning to go with him to help deliver newspapers. *He also worked as a meat cutter. A.P.*

6.      We lived on 4th and Lincoln on the east side of Casa Grande from my early years until the end of my sixth grade school year. We then moved to the house on Park. The house on Park was in a working-class neighborhood consisting mostly of white families.

*A.O.*
Initials

7.      Growing up, I spent most of my family time with my mother and with my aunts.  They all were very harsh in the way they constantly made jokes and teased, primarily about sexually related things.  For example, when I was about eleven or twelve, my mother and my aunts teased me about masturbation.

8.      As a young teen, I always felt embarrassed listening to my aunts.  You would think it was a bunch of guys in a bar the way they talked and joked.  Once, I remember I was lying down working under a machine in the tortilla factory.  I was trying to find a hole for a screw.  My one aunt said, "Put some hairs on it.  That way you will find the hole."  It was that kind of constant joking and teasing.  They also said things like I should quit looking at girls because my pecker would fall off.  They asked to see the palm of my hand, saying if there were hairs growing it meant I masturbated too much.  I was already insecure and their teasing was unbearable.  My aunts made sexual comments to and about anybody and everybody.  Their husbands did it too including my uncle Oscar, aunt Lupe's husband. My dad joined in with them, as did my mother.  My mother laughed at me when my aunts teased with sexual jokes.  I always tried to walk away because it was so embarrassing.

9.      Before we moved to the house on Park, when I was about seven years old or younger, I saw "nudist books."  Our dog, Cookie had puppies and we made a bed for her in the laundry room.  I visited her every day there.  One time when I was in there, I climbed on top of the washing machine and looked in the cupboard and saw magazines

A. O.
Initials

in there with naked people. I showed the books to my sister Delia and she called them "nudist books." I knew my mom used the cabinet so she must have known they were there. I was scared by it and I put the magazines back and never mentioned it again.

10.     My father teased Delia horribly because of her weight when she was a child. He told her she was fat. My father also teased me. Whenever he found me crying he called me a mama's boy, a sissy. He was a happy-go-lucky drinker when I was a kid, but he got angry with me when I misbehaved or told lies. We got our whippings when Dad was angry. My dad did the spanking ninety-nine percent of the time when he got home from work. He spanked us with his belt. Once, one of us, myself or my sister Delia, took something from his panel truck. He made us stand against a door with our hands raised up and he hit us with the belt, asking who took whatever it was. Neither of us admitted it until after about seven lashes, I finally told him I did it because I did not want to get beat anymore. Other times, dad hit us about three or four times with whatever belt he was wearing at the time. When my mom got angry, she stopped speaking to us, at times for an hour and at times for the whole day. As a kid I enjoyed life but did not like it at all when my mom did not speak to me. I still recall how much that hurt me.

11.     I was raised Roman Catholic and my family attended St. Anthony's Church in Casa Grande while I was growing up. My mom made me go to church until after I was finished with junior high school. About that time she got busy with the family

Initials

tortilla shop and stopped insisting that I go. We continued being members of St. Anthony's after that, but stopped going to mass on Sundays. I was a Catholic in name and member of St. Anthony's until I was about twenty or twenty-one years old.

12.     In 1st grade, I transferred to Central Elementary, a public school in Casa Grande. I was punished by being spanked at school if I spoke Spanish at Central Elementary School. I attended Central and Evergreen Elementary School from 1st to 3rd grades. I attended East Elementary School, now called "Palo Verde," from 4th through 6th grades; Casa Grande Junior High School for 7th and 8th grades; and Casa Grande High School from 9th though 12th grades. I graduated from Casa Grande High School.

13.     My parents divorced when I was about thirteen or fourteen years old. This began when my dad became involved with another woman named Billie. After my mom learned of the affair, my dad moved out of our house. He lived in a separate apartment in Casa Grande for a couple of months, then moved to Phoenix.

14.     My parents had an ugly divorce. There was yelling and a lot of fighting with physical violence. I spent a lot of time outside our home crying while my parents were inside arguing and fighting. I felt like I could not talk to either of them. Prior to the divorce starting, I loved my dad. I enjoyed being around him and wanted to be like him. That changed during the divorce.

Initials

15.     When I was growing up, my aunts and uncles all got together frequently in Casa Grande. On one occasion, after my parents were divorced, my extended family got together to have a picnic at a park. Both of my parents were there. Some of my family members were drinking alcohol, and there was serious animosity between my mom and my dad. With everyone else around, my dad slapped my mom. To defend her I punched him in the mouth, and then he went after me. After that, I had no contact with my dad for a while.

16.     My dad asked my mom to let him come back to her before the divorce was over, and even afterward he wanted to come back to her, but she refused. Following the divorce, my sister, Delia, lived with my dad, and I stayed with my mom. I saw my dad only a couple of times during the next several years, once for a couple of days when I was fifteen years old and then again when I was eighteen years old. I did not see him again until after I was married, and at that time I decided to make amends with him.

17.     After the divorce there was a split between my sister and me because she took my dad's side. When she returned from living with him and came back to live with us, she was ugly and disrespectful toward my mom. ~~She~~ Delia *A.O.* talked to ~~her~~ my mom *A.O.* like she was scum. Delia and my mom were always at each other, fighting all the time.

18.     My mother was depressed and bitter after the divorce. She developed a drinking problem. She started to drink after work, then started drinking all the time.

*A.O.*

Initials

19.     After my parents divorced, I was ashamed that it happened.  I took it personally like it was something I did.  After they were apart, I fended for myself and started getting in trouble.  The divorce was a big turning point for me.  Some people have said that I am cold blooded because it appears that I do not show emotion.  I think this started for me around the time of my parents' divorce.  I learned to hold things in and not show how I was truly feeling.  As a teen, if I showed weakness, I knew I would be a dead dog, especially later on, when I was dealing with the people with whom I was arranging drug deals.

20.     My first sexual experience was when I was thirteen or fourteen years old.  I went to a friend's house to ask him to come out and play basketball.  He was not home and his oldest sister, who was about seventeen, answered the door and asked me to come in.  When I got in the house, another sister, who was about sixteen years old, was coming out of the shower.  The older one directed me to go over to the other sister.  I was scared and not sure what was going on.  The older sister then directed the younger sister who had sexual intercourse with me.  I was so scared not knowing what was going on.  The older sister told me not to say anything to anybody.  I ran home.  The experience was exciting, scary and confusing.  This was during the first summer at the house on Park.  I was already masturbating by then and looking at Sears catalogs but not having sex or any encounters with girls.  I was very shy and there was no way I was going to talk to my aunts.  They would have turned it into a joke anyway.  I had one more experience with

Initials

those sisters when I was a little older, when I was fourteen. They asked me if I wanted to try something. They told me to "pull it out" meaning pull my penis out. I did and the older one directed the younger to perform oral sex on me. The older one was laughing and the younger one did not like what she was doing. I recall a lot of laughing and again being told not to say anything to anybody. After that, I would not go over there. I called and met my friend at school but never went to his house again.

21.    When I was about sixteen years old, I had a sexual relationship with the next-door neighbor woman who was almost thirty years old. I felt like I could talk to her. I never felt comfortable talking to my aunts and uncles and my dad was not around. I asked her what do girls like and she taught me about holding hands and putting your arms around a girl. She taught me to get flowers and gifts for girls and taught me how to get girls to like me. She showed me how to kiss. She took me under her wing. It got to where she invited me over almost every day. I helped her in the yard. At the time there was a girl that I liked and the neighbor coached me on how to have more confidence with her. Within a couple of months, she was teaching me what I could do with every part of the body. It was great. From the time I first spoke with her until she moved away was about a year, during which time we he had sexual encounters.

22.    When I was about seventeen or eighteen years old, I went on a date. I did not even hold hands or kiss the girl. After the date, my aunts made a big deal saying they wanted to see if there was blood in the van I drove on the date to see if I had sex with the

Initials

girl. There was no respect. My aunts were always laughing at others' expense. My mom did it too, right along with them but maybe not as bad. My aunt Lupe and Celia were the worst ones. They talked to me and to Delia's kids that way. Sex talk and sexual jokes were always in my awareness even before it started being directed at me.

23.  From time to time while growing up, my family went to Mexico. We had family in Hermosillo and Banamichie. When my dad bought liquor at the liquor store in Nogales, they gave him little sample bottles of liquor. I was in junior high school at the time. I brought one of the sample whiskey bottles to school one day and drank it during lunch. The other guys could smell it and wanted some of their own. I started selling the little bottles of whiskey. When my parents divorced, my dad left about thirty large bottles of whiskey behind at my mom's home. I started using them to refill and resell the little sample bottles. The other kids drank their whiskey after school and returned the small bottles to me to be refilled.

24.  One of the trips I took to Mexico was with my Aunt Celia and her second husband, my uncle Elsey Pearson, when I was about fifteen years old. We visited my second and third cousins and I had my first marijuana joint there. While there, I obtained phone numbers from people I met who I later connected with to arrange deals for the sale of marijuana. At that time, you had to be twenty-one years old or have notarized papers to cross the border. I had an older friend who made phony documents and papers.

Initials

He set me up with papers when I was underage so that I could slip back and forth across the border. I was about sixteen years old when I made my first trip alone.

25.     Over time, I learned how to be the in-between guy and get part of the cut on marijuana deals. This continued during my years of drug use in high school when I'd make trips to Mexico here and there to connect.

26.     One of the times I went to Mexico, when I was eighteen years old, I was arrested and taken to a jail in Hermosillo.  I had picked up some marijuana and was supposed to drive from one house to another.  The Mexican police were following me. The pulled me over by a lake and when I got out of the car, I threw the keys.  The people I was dealing with had paid the police for protection, and had given me the name of someone to call if I was ever stopped.  I kept telling the police to call that person, but the police began beating me and I went unconscious.  When I came to, I was at the jail, tied in a chair and beaten.  They wanted to know where I was going and I would not tell them.  I just kept saying to call the certain individual.  They whipped on me, shoved rifle butts in my back and hit me with their fists and slapped me.  I was very frightened and thought I would be killed.  I was in a lot of pain and I knew I was going to die.  After that, they untied me and threw me in a cell.  While I was in the cell, I was raped.

27.     Eventually they came and got me and took me out.  I was surprised.  We went out and we drove out to the car that I had been driving and found the keys.  They then drove me to Magdalena near the border and let me out and gave me my car.  I was


Initials

told not to come back.  As I was crossing the border, the officials asked me what happened because I was beaten and bloody.  I told them I got drunk and got beat up.

28.    I really thought that when they were done with me, they were going to dump me in the lake and my mother would never know what happened to me.  I had nightmares for a couple of years after that.  Sometimes, even now, if I watch war movies and there is an interrogation, I have to get up and leave the room.  There were just too many of them for me to do anything but I still felt like a wimp.  I slept with a gun for a couple of years after that.  I sometimes woke up thinking it was happening again.

29.    Later on, when I was volunteering with a drug program, I remember going to talk to my cousin in jail and they closed the cell door on me.  It was very traumatic because I instantly recalled being in the cell in the jail in Mexico.  It took me about thirty minutes to compose myself.  I always felt like what happened to me in Mexico was my own fault because I put myself in that situation and that's what happened to me.  I have had guys point guns at my head but I never felt like I did in that cell.  To this day, I like to make sure my back is not to the door and I want to see all available exits.

30.    My first drink was when I was a little kid.  I drank a half a can of beer at a family barbeque, and then threw it up.  There was always a lot of alcohol at family gatherings while I was growing up.

Initials

31.     I starting drinking alcohol regularly around the time that my parents were getting divorced, and my drug use developed from there.  During and after high school, me and a lot of my friends got high frequently.  I started smoking marijuana and using cocaine in high school. Cocaine was not easily available in Casa Grande so I went looking for it.  I had heard stories about it, that it made you feel good and made you confident.

32.     The first time I ever did cocaine was when I was about fifteen years old and was a high school freshman, with a girl who was about seventeen. It felt good and made me confident. I used about six times during the first year after that, then more regularly, about once per week, and then two or three times per week for a two-to-three-year period. I snorted it and stayed away from needles.  I thought my blood pressure was high during high school from using cocaine.  I wanted to play basketball and football but was not permitted to do so because of the high blood pressure.

33.     I took LSD for the first time as a high-school freshman at about age fifteen, and during high school took about thirty hits of LSD with paper tabs. I took mescaline in tablet form, also starting at about age fifteen.  My friends and I also drank. We went out partying and drinking.  Some went overboard with drugs.  In one three-month period in 1972 or 1973 I lost six friends to drugs. Three were killed, two died from drug overdoses, and one committed suicide.

Initials

34.     My drug of choice was LSD.  I had all good trips on acid.  If I was with friends, I liked to smoke weed.  If I was with a girl, I liked to do cocaine.  I also liked mescaline and peyote and drank beer and whiskey.  When I did acid, I was in my own little world and I liked that.  I did not have to be around people and everything was calm. It felt like an out of body experience.  I never did it in a group setting.

35.     As a senior in high school I started trying to clean up my drug use.  I joined high school clubs.  I was in the speech club.  By the end of senior year of high school I still drank and smoked marijuana, but was off cocaine and other drugs.  I drank the most when I was nineteen years old.  I was drunk in a bar when I decided I did not like it anymore and would stop.  I quit drinking alcohol on and off when I was twenty or twenty-one years old because it just did not taste good to me anymore.  By the time I was twenty-one years old, I stopped drinking all together.

36.     When I was twenty years old, a man named Calvin "Cal" Lorts and his wife, Barbara "Barb", got me involved in Christianity and I started attending the Casa Grande Christian Church. I met Cal through his brother Barry Lorts, who I knew from high school. Cal is three or four years older than Barry.

37.     Cal and Barb, had been asking me to go with them to a place called "God's Warehouse" and I finally went.  It was a place with Christian rock music up in Phoenix. I asked Cal and Barb if they believed in UFOs because I had seen one once while driving

Initials

with my mother. While we were driving back, Cal asked me if I wanted to make Christ my Lord and Savior and I said, "No, not yet." He also asked his brother, Barry, who was with us and Barry also said no. About fifteen miles outside of Phoenix, we saw a hitchhiker and Cal picked him up. The hitchhiker sat beside Barry. The guy was gone and talking like he was from another planet. He said he did not live in this world, that he lived somewhere else and he could not find his way home. Cal said, "That's enough," and the man stopped talking and Cal pulled over and dropped him off. We arrived back in Casa Grande and Cal dropped me and Barry off. I went into the house and was there alone, as my mother had gone to Mexico. I could not sleep. I turned the music up. I kept thinking that something was wrong, that someone was dying. I walked outside and, just as I did, Cal and Barb drove up. They said that Barry was ready and had committed himself to Christ. They told me that they had just baptized Barry. They then asked me again if I was ready to commit and I said yes. Cal and Barb then took me to the church and I was baptized.

38.     Soon after, I was initiated into speaking in tongues, which became part of my religious practice. Speaking in tongues is a heavenly language that is between God and me. The process itself feels like a rush. The Bible talks about being baptized in the Holy Spirit and once you give your life over to God, you just open your mouth.

Initials

39.     Two weeks after I was baptized, I went back to God's Warehouse where I met a man who told me that he was told to pray for me so I could speak in an unknown language. He had an anointing for me. He was one of the elders associated with God's Warehouse. Right there on the spot, he put his hands on my head and I closed my eyes while he prayed. When I opened my eyes, he was there along with about twenty-five people who had gathered around us. I put my head down. I somehow felt different, weird in a way I could not explain. That was on Saturday night.

40.     When I returned home that night, I felt like a well opened up. I was talking in tongues and I was freaking out. I could not stop and I did not want to. The feeling was unbelievable. I got scared and I went out on the road to pray. It felt like a sexual experience started and I began to feel excited and it felt more and more like I was having an orgasm. That was the first time I spoke in tongues.

41.     Sometime after that, Cal Lorts went to Tulsa and studied to be a minister. He returned to Casa Grande and started the 91st Psalm Christian Church which Donna and I later joined and in which I later became the teen and children's pastor.

42.     In the early 1970s, a man named Gene Moffit, now deceased, who worked in the local school system, and a teacher named Jean Beach, helped some of my friends and I to start an organization to help rehabilitate drug users and alcoholics. They introduced us to people and organizations, including one that took people off the streets. I

*A.O.*
Initials

volunteered with this group which included an attorney, police, community members, educators, and school people who tried to provide drug-and-alcohol counseling and rehabilitation. It was a volunteer organization that stepped in to help police when someone was having a bad trip or had overdosed on drugs. The cops tried to help when they could rather than arrest the drug users. We did what we could to assist by talking people down when they were high or taking them to the hospital if this became necessary. We had a house called "The Mountain" where we did counseling in the basement.

43.     The local Rotary, Women's, and Optimists' Clubs helped with initial funding for our organization and the city of Casa Grande gave us a building to use free of charge. The building was in a less-than-ideal location across from the train tracks. The organization grew and in about 1974, we received funding from the State of Arizona, which allowed us to begin hiring professionals.

44.     Rick Barnes was the director of our organization. I cannot recall what the name of it was then. We hired Wendi's mother, Donna, from a drug program in Phoenix because we needed counselors for our program and had funding to hire someone. I did not meet Donna until after she was hired. In addition to working as a counselor, Donna handled our accounting and bookkeeping. After she was hired, I went to Phoenix to help her and Wendi move from Phoenix to Casa Grande. Donna was divorced from her first husband, Shelby "Skip" Robertson, by then. Wendi was about four years old at the time.

Initials

I did not especially like Donna when we first met. Part of it may have been due to seeing marijuana butts between her mattress and box spring when I went up to Phoenix to help her move.

45.    After we hired Donna, we brought in alcohol programs. Until then the organization had focused primarily on drug users. We combined both into a single program called "Pinal Alcohol and Drug Abuse Council," or "PADAC" and included an Alcoholics Anonymous group.  Donna was the first paid counselor for PADAC, and at this time the only paid employee.  The director, Rick Barnes was the only other person receiving payment.

46.    At the time Donna and I met, my mom and I worked together running Ochoa's Tortillas, our family business.  My work with PADAC was as a volunteer.   My grandfather Ochoa started Ochoa's Restaurant in Casa Grande and also started a tortilla factory.  When my grandfather died, he left the restaurant and the tortilla shop to my Dad. *A⁰ to my Aunt Lucy A⁰.* *A⁰.* *A⁰:* Aunt Lucy and she continued to run them. *A⁰.* My aunt Celia then started another restaurant, Little Sombrero.  Both Ochoa's Restaurant and Little Sombrero are still in operation.  Celia's daughter continues to own and operate Little Sombrero.  There were many family disputes over family business over the years.

47.    After we met, Donna and I saw each other at work. There was nothing more than a working relationship between us. My worries about her from when I saw the

Page 17 of 58

A⁰.
Initials

marijuana butts had subsided. I understood that Donna really was no longer smoking pot, although she was still drinking. Donna shared an apartment with a woman named Nicki Barnes in the same apartment complex where Rick Barnes/lived. Nicki was going to school at the time. Donna and Nicki and Wendi and Nicki's daughter, Tasha lived in the apartment together.

48.     During this time, while Donna lived with Nicki, I lived in Casa Grande with my mom. Late one night I went to the PADAC offices. Donna was there working the telephone call in line. Wendi was asleep in one of the other offices. Donna and I started talking. The next thing I knew, we were kissing. We made love that first night there at the PADAC office. We never really dated. We went from no relationship to being physically intimate in one night and then continued to see each other after that.

49.     By the time Donna and I got together, I already had a relationship with Wendi from her being at the PADAC offices on 1st Street. My first memory of Wendi is when Donna brought her to PADAC when Wendi was about four years old. Some people from the office wanted to go shoot pool. Donna went with them and left Wendi behind at the office. Wendi was outside playing by herself. She told me "I want to go with my mom." When I told her that she could not, she said, "You are not the boss of me. I want my mother."

Initials

50.     Wendi was a sweet, outgoing child.   She had already attended pre-school in Tempe prior to moving to Casa Grande.  When Wendi was only about four-and-a-half or five years old, she sometimes went to the shop next door to PADAC called "Stoney's Furniture." There was an old guy at the store in his 60s or 70s. Wendi begged him to give her quarters, dimes, and nickels.  Also, when strangers walked past, Wendi begged for money from them.  Essentially, Stoney taught her how to panhandle.

51.     After that first night with Donna at the office, I started spending nights with her at the apartment she shared with Nicki and then, for a few weeks before we were married, I lived with her and Wendi.

52.     A Justice of the Peace married Donna and me on June 6, 1975 in Florence, Arizona.  My mom knew beforehand that Donna and I were marrying, but she did not tell our family until afterwards.  I asked my mom not to tell anyone we were getting married because there was so much dissention in my family I could not see how they could all get together without there being problems. We did not see my extended family much while Wendi was growing up.  On my father's side, my paternal grandmother, Guadalupe, had held the extended family together, and when she passed away, it all fell apart and there was a lot of arguing, gossip, jealousy, in-fighting, and craziness. Donna and I did not want to be a part of that so we did not see the family on my father's side very often. There were also bad feelings in the family over how the tortilla shop got taken

Initials

away from my mom. I reconnected with my dad and the rest of his side of the family to

an extent when Wendi was five or six years old, partly because my mom encouraged me

to do that, and then I started seeing them on Thanksgiving, at Christmas parties, and at

funerals. The only member of my family who saw Wendi all the time while she was

growing up was my mother, Natalie.

53.    After Donna and I were married, we continued to live at the apartment for

about two or three months.

54.    From the time I met Wendi, I felt like she was my little girl. She was special

and I cherished her. There was just something there with Wendi. You could not help

but fall in love with her, she was just so cute. As soon as I met Wendi, I liked her, it was

her mom I did not like at first. When Wendi was about seven or eight years old, I told

her that I would love her no matter what. That bond carried through to her teens.

55.    There were a lot of things that I instructed Wendi about that Donna did

not. I explained to her about boys and about sex. Donna grew up pretty straight and I

think maybe she was embarrassed to talk about sex with Wendi. She told me I had to do

it. By that time, I felt comfortable with discussing sex. When I worked with Cal, I even

advised him that we needed to provide sex education for married couples in the church

and I had already started doing that counseling for them by the time I talked to Wendi

about sex. I also instructed Wendi in life lessons, not just about boys and sex. I believe I

*AO.*

Initials

was the more levelheaded parent.

56.     After Donna and I married, we moved into my mother's house and stayed there for a couple or a few months.  We were saving money to move into a house being built in a new subdivision where we would be able to make payments according to our income. We moved to that house, located eight miles outside of town in the desert. It was a new house with three bedrooms and one-and-a-half bathrooms. Donna and I stayed in one bedroom and Wendi stayed in another. We lived at the subdivision house from the time Wendi was five until she was almost seven years old.  Wendi attended Evergreen Elementary School at that time.

57.     Nicki Barnes who Donna and Wendi had lived with in the apartment had since married Randy Crawford and they came to stay with us with Nicki's little girl, Tasha.  Nicki and Randy stayed in the guest bedroom and Wendi and Tasha then shared Wendi's bedroom.  Tasha was about a year younger than Wendi.

58.     I would have been happy to have an apartment with no chores for painting, lawn care, or maintenance, but Donna wanted to buy the house in the subdivision.  After Donna and I were married, I stopped working at the tortilla shop and I resigned from volunteering at PADAC.  I started working as a landscaper for Desert Living Landscape. It was a brand new company at the time. The owner's name was Barry Grimmer, who is now deceased. I helped him build the business and learned how to do everything he did.

Initials

We worked to put in new landscapes and also did landscape maintenance for places like schools and apartment complexes. Barry had a drinking problem and sometimes showed up drunk to jobs. I was with him for a year or a year-and-a-half.

59.    After I stopped working for Desert Living Landscape, I went to work for Foxworth Galbraith Lumber. They served the whole Pinal County area. I was hired to help them start a nursery in the Casa Grande area. When they hired me, they promised minimum wage hourly plus a commission at the end of the year. The store manager stole from me. He ultimately got fired, and after he was fired we could not find the contracts promising me the commission. At the end of the year they said there was no contract and I lost $4,000 in earnings. I was with them for less than a year. After working at the nursery for Foxworth Galbraith Lumber, I went out on my own to do landscaping and landscape maintenance work. I worked out of my own truck.

60.    In the early years after Donna and I married, I sometimes told Wendi, "You a little honky girl, and I'm a Mexican." One time after that, when Wendi was little, Donna's mother, Ann, came for a visit. Wendi told her grandma, "I'm a Mexican and you're a honky," and after that, it took some doing to get Ann to like me.

61.    One day at the subdivision house, Wendi wanted the door to her room painted, so I painted all the doors in the house different colors. Wendi also wanted a playhouse so I made a fort for the two of us by digging a trench and making a table out of

Initials

dirt. We got dirty and grubby playing in the fort. I remember on one occasion that Wendi and I were in the fort having tea when I realized some of the construction guys had stopped work and were all staring at us, and I got embarrassed. It happened again about a week later when the guys watched us playing in the fort and then they started clapping.

62.     While living in the subdivision development, Donna met Rick Miller and Allen Farmer at a Christian bookstore after which she started going to church meetings at the bookstore and at people's houses. Rick and Al came over to our place and held Bible Studies. At that time, I was no longer going to church. It was through Donna's association with Rick and Al that we came to later travel with them and the Fishers of Men ministries.

63.     The three of us, including Wendi, left Casa Grande to be part of a traveling ministry, the Fishers of Men. We were on our way to California. Our first destination was Wilcox, Arizona, where we spent a few weeks, and where two girls, Rebecca and Rosalie, joined us. We then traveled to Tucson, where Donna, Wendi, myself, and Rebecca and Rosalie moved in with a couple named Michael and Mary Castro. One of them owned the house and we all stayed there together to gather resources to embark on the trip to California together. The idea was to sell the Tucson house after which Mike and Mary would join us in traveling to California. Rick Miller and Al Farmer had already gone out to California and the plan was for us to meet up with them out there in

Initials

Martinez.

64.     In Tucson, Michael and I went into business as painters and painted about a dozen apartment complexes on the inside and outside. We got paid so much per week. In less than a year, the guy in charge skipped town and went to Mexico with a couple of hundred thousand dollars. As a result, Michael and I were owed over $12,000 for painting work we had done that we never got paid for.

65.     We stayed in Tucson for a little less than a year.  Before we went on the road, once when Donna and I were visiting her father Hank and his wife Virgie, Wendi got really sick and came down with a high fever.  She was probably about six years old.  I prayed for her and waited a couple of hours.  When the fever did not subside, we took her to the emergency room.

66.     Before leaving Tucson, I traded my pick up truck for a VW van which Donna, Wendi and I travelled and lived in.  The van itself was pulled by a converted school bus that belonged to Al and Rick.  The pick up was then used to pull a 5th wheel trailer.  This was our caravan in which we lived and went from place to place preaching the word. The VW van itself did not have a bathroom or kitchen but the 5th wheel and converted school bus did.  In addition to these vehicles, we also had a thirty foot cargo carrier that pulled a nine passenger van. In addition to feeling called to travel and preach, we were also on a mission to start a church.  However, we never did start a church.

Initials

67.     When we left Tucson, Rebecca was still single. Rosalee had connected with Rick Miller and they became a couple. Rosalee had one or two small children. She left those children behind with her mother because there was some complaint that either she or Rick or both were abusive to the children.

68.     We headed to Walnut Creek but wound up in Martinez in Northern California. From there we traveled all over, going to Los Angeles and San Diego. While traveling we did a lot of singing, and during that time Wendi learned how to play guitar.

69.     When we first started traveling, Donna, Wendi and I stayed in the van. After some time that changed, and sleeping arrangements were switched around. Much of the time, Wendi slept in the overhang of the 5th Wheel with Rebecca and Rosalee. Whatever money we had was pooled together and our living expenses were treated communally. We asked for and received contributions from people to whom we preached and brought to various churches. Our decision to travel with the ministry and to return when we did was inspired by God.

70.     Thinking of Wendi during this time period and later on, after we returned from the ministry, when she was eight, nine, and ten years old, she was a bubbly, outgoing, friendly kid. Wendi always wanted to please me and please others.

Initials

71.     After we'd been in California for a year-and-a-half or two years we felt that it was time to come back to Arizona and settle down. We told the group that we were leaving, and came back to Tucson.  Our plan was to get a place there. We were out of money so we stayed with Donna's father, Hank, while I worked in construction to get us back on our feet.

72.     After a couple of months in Tucson, Donna wanted to move back to Casa Grande. I was attending the Laborers' Union School in Prescott. Donna asked if she could leave to go back to Casa Grande.  She moved back there from Tucson while I was still in the union school. We were away from Casa Grande for a total of about two and half years.

73.     I think Wendi grew up quickly because she was not around other kids during the time we were with the traveling ministry. Before we left Casa Grande, Wendi was a little kid. When we returned, it seemed like she was a little adult. As a child, Wendi was always mothering others, even me and kids her own age, at school, home, or if her friends were over at our home. I did not notice this about her until we returned after the years with the traveling ministry. When tested, she was actually ahead of her age in school. As a child she seemed to be able to communicate better with adults than with other kids.

Initials

74.    I was not well connected and had a difficult time getting union jobs.  I returned to Casa Grande and continued to work in construction at a non-union job with Gallo. *Art Construction* After returning to Casa Grande, I reconnected with Cal who had by this time been to Bible College and had started 91st Psalm Church.  I reconnected with Cal because Donna had started attending 91st Psalm.  Cal had a history, like many of us who later gravitated to the church life.  Some years before he had been busted trying to sell a couple barrels of marijuana out in California.  He got off on a technicality.

75.    Cal asked me to teach teens on Sunday mornings which I agreed to do. Over the years, Cal and I butted heads but I was motivated to stay because I cared about the kids.  My thing was working with the teens.  I taught devotions, which was a method of interpreting scripture in a way that it could be applied in everyday life.

76.    In the mid 1980s Cal left 91st Psalm and Tom King became the pastor and changed the name to Harvest Family Church.  Tom was more dogmatic and not as charismatic as Cal.  Tom can come across hard and did not show mercy.  For example, if someone wanted to leave the church, they could go, but Tom would never speak with them again if they departed.  He called it a divorce.  I worked over the years at the church with both Cal and Tom.  I worked helping out with the church and school buildings and grounds and I was the teen and children's pastor.  With Cal, it was more of a friendship relationship.  With Tom, it was more of a business relationship.  I butted

*AO.*
Initials

heads with each of them and everybody butted heads with each other. With Tom it was a little sticky because Wendi and Shawn, Tom's son, liked each other.

77.     When Wendi was between the ages of eleven and thirteen, I saw that she was growing up quick. By the time she was twelve, thirteen, and fourteen, she was looking at boys and spreading her wings. She wanted to be away from the house more and do things with other kids. She wanted to spend nights sleeping over at her friends' houses. Until this time, the three of us, Wendi, Donna and me were always together, especially when we had been on the road.

78.     I saw that Wendi was growing up and I felt like she was leaving and I was losing her. I made her promise me a few things. One promise I asked her to make me was that she go on her first date with me. I think she was thirteen or fourteen years old at the time. She and I each got dressed up and I took her out to Red Lobster and then went cruising around. I showed her how a guy was supposed to be respectful toward her. I showed her how the boy should pull her chair out for her and open the door for her and treat her like a lady. I also made her promise that she would not have sexual intercourse until she was eighteen years old. The last promise I asked her to make was that she would call if she had any kind of trouble and I told her, "I'll try not to yell and we'll sit and talk."

79.     As I said, as she got older, I felt like I was losing her because I could have her less and less as she did more and more outside the home. I observed her with Shawn,

Initials

Tom King's son and saw that they had a good, strong friendship.  I also was very protective of her when she and Shawn actually started dating.  The way we were raising our children in the church, we sought to keep the boys away from the girls and the kids in general were more secluded from the outside world.

80.     Generally, I had the sense that Tom was very possessive and Shawn was the same.  It was like, "These are mine and you cannot play with them unless I say so." When Wendi and Shawn were dating I saw that Shawn was jealous because I wanted to be around when they were together.  It was interesting though because he was not that way if Donna wanted to be around them.  When they broke up, his parents were happy because they never really wanted Shawn to be with Wendi.  I think they thought she was too outgoing.

81.     In general and specifically, there were differences between the way Tom and I saw things.  Tom was adamant about male authority in the household.  I disagreed with that and believe that a married couple should work together.   I may have made decisions that Donna did not like but we always tried to work together.  Tom also thought that children should not watch movies, television and engage in dancing.  That part did ease up over time and the rules were relaxed about television and movies.

82.     There were rules at Harvest about students having contact with each other. For the little kids, there was a six inch rule, meaning they had to stay apart at least six

Initials

inches from each other. The rule was made to keep them from hitting or slapping each other. For the pre-teens and teens, there was a twelve inch rule, meaning that boys and girls had to stay apart from each other at least twelve inches. That rule was designed to keep them from holding hands or kissing.

83.     When I was the teen pastor, I had teen get togethers and let the kids dance even though the church and school prohibited it. I also let Wendi watch television. However, when I let her watch television in the early days before the rules were relaxed, I told her that she could not talk about it. Even after the rules about movies and television were relaxed, students were still not permitted to talk about movies and television at school. I let Wendi watch Saturday Night Live and other television shows that the church and school instructed should not be watched.

84.     When Wendi wanted to take classes at Central Arizona College (CAC) during high school, I eventually supported it even though it meant she would be exposed to the outside world. _A.s_ TOM WAS very against it and it took alot for me to convince TOM to let Wendi take the classes. _A-a_

85.     I was definitely the disciplinarian in the house. At the same time, I was the more playful parent. I was strict but not letter-of-the-law. I often kept Wendi home from school on Mondays while Donna was working just for Wendi to have a chance to hang out or for us to go shopping. Usually Wendi and I went on day trips together. I took her clothes shopping. Wendi preferred to go with me because I agreed to what she wanted to

_A.D -_
Initials

buy and did not mind buying things for her.

86.    Wendi and I spent a lot of time together.  There were many evenings that Wendi and I spent together without Donna because Donna always went to sleep so early. Even if we all started watching a movie together, Donna usually fell asleep well before it was over.

87.    During the time Cal was the pastor, the church grew to its largest congregation, which was maybe 275 people.  After Cal left, the congregation dropped by half and then after Mark Keating had been there a while, it dropped by half again.  Cal managed to keep the church afloat but he had a tendency to overspend and when he left, the church was in debt.  Tom did get the finances under control.

88.    Sometime in the early 1980s, just before Cal left I think, we needed to have a certified teacher at Harvest.  We hired Mark and Nancy Keating.  They were not really desert people and ultimately left the church.

89.    I had difficulty with Mark that started with Wendi.  She was on the swim team, which Mark coached.  Wendi was having some troubles from the athletic demands and was not getting her period and she had no body fat.  We took her to a doctor who said that she needed to slow down.  I told Tom that I was thinking of pulling her from the swim team.  Mark threw a fit.  He wanted to be the one making those decisions.  From

Initials

there, things between us just went downhill and Nancy followed whatever Mark said and did. I did pull Wendi from the swim team. I think that Wendi starting eating and sleeping better after that, once she did not have as many demands on her time and body. Wendi herself never complained about the swim team and it was not her idea to quit, that was my thinking based on her health.

90.     Wendi was very talented in many ways. As a teen she loved to babysit and loved the younger kids. She never liked to sweat so when Mark started the swim team, Wendi was first in line. While swimming, she was able to be active but she did not have to have that sweaty feeling when she was in the water. Wendi was good with her schoolwork. She also helped some of the other kids who had difficulty learning. Wendi could put off assignments till the end and then just cram the night before and still get an A. That was so unlike me. It made me so mad–when I was in school, I struggled with assignments for weeks and hoped to maybe get a B.

91.     Wendi loved music and sang both at the church and at Central Arizona College. I loved to watch her and loved seeing her do the things she loved to do and that made her happy. I could feel when she really liked a song. I know hearing Wendi sing also made Donna very happy.

92.     As Wendi got older, I still took her places and had her do things with me like going to Christian Rock concerts. Not only was I her father, but also I felt like we

Initials

were friends.  Wendi invited Shawn several times to go to the concerts but he was not allowed to go.  Mainly it was me and Wendi doing these things.  Sometimes Laura or Frances went with us.  Laura was a good friend of Wendi's and Frances was the daughter of the church secretary, Lola Archuleta.

93.     Wendi and I had a good father-daughter relationship and also a good friend relationship.  I thought of her not just as my daughter but as a buddy as well.  There were not a lot of things I did with other adults and did not have many adult friendships.  I have been very guarded from being hurt too many times in the past.  Early on at the church, Donna and I had friendships with Debbie and Allen Bain and with Barry and Pam Lorts but those relationships dwindled away and I never really had any other adult connections.  Being at the church all the time, my connections were mainly with the kids and the teens.

94.     During Wendi's teen years, I took special interest in some of the kids such as Razin Irani.  All of the students at Harvest were required to participate in state-wide Christian competition conventions.  Razin was a little slow and did not have anything to enter in the competition.  There were various categories such as math, science, poetry and music.  I decided to help him.  I bought a camera from a student named Jamie Allen.  I went to the library and took out books on photography and taught myself so that I could teach Razin.  He really took to it and so did I.

*AO.*
Initials

95.     Wendi was a cute girl and had a lot of attention from boys.  When she was about sixteen years old, several boys at school liked her because she was so pretty.  Even Shawn's brother, Brad, liked her.  Another student, Brian Munn also liked her, and she also had the attention of another boy who was at least four years older than her.

96.     One of Wendi's best friends growing up at 91st Psalm and Harvest was Laura Bell.  She spent a lot of time with Wendi and at our house.  She was a sweet, loving girl.  She often spent time with me and sat on the couch with me, reading, like one of my daughters.  Jeri Lynn was also a good friend of Wendi's and she also spent a lot of time with us.  Kyre, Cal's daughter was also a good friend with Wendi before Wendi's teen age years.

97.     Wendi was very adaptable.  For instance, she was good friends with both Jeri Lynn and with Laura.  She was able to enjoy different things with each of them.  Laura liked horses and even though that was not Wendi's thing and she was afraid of horses, she still went riding with Laura because Laura liked it.  Jeri Lynn was more of a tomboy.  Wendi herself I think was more of a town girl.  She would rather dress up and go to a nice restaurant than go to a barn to dance but she would do whatever was on the program.

98.     I had a very close relationship with Jeri Lynn and she slept over at our house many times.  She was very obedient and a good kid.  She did anything I said,

Initials

whether it was her homework or chores.  When Jeri Lynn's family was moving to Tempe, Jeri Lynn lived with us while she finished out the school year.  Her family moved up to Tempe to follow Cal who left Casa Grande to start 91st Psalm up in Tempe.

99.     After Jeri Lynn moved to Tempe, I became closer to Laura.  Laura was around during the time she was growing into a teen.  It seemed to me that she gravitated toward me because her dad was not around much.  She hung on to me as a dad figure. Laura always wanted to cuddle up with us when Wendi and I were cuddling.  We were very affectionate.  Wendi often scratched my head until I fell asleep.  I remember wrestling around with Laura and Wendi all the time.  Eventually we stopped, as Laura got older, because she was developing.  Wendi and I still wrestled around but when Laura was about fifteen I stopped including her because I did not want to give the wrong impression.

100.    Other kids from the church and school who were around Wendi and who I spent time with were the Carlin kids – Lonnie, Sarah and Rachel, Leon Howerton, Will Galyon, and Kim Ethington.  Kim and Lonnie were a couple and there was a falling out between them and the church because it turned out that they were having sex.  When I confronted them about it, they tried to deflect attention away from themselves by Kim telling Tom and Mark Keating that I looked at her wrong, as in a sexual way.  Both Lonnie and Kim were going to be expelled but Lonnie's mother asked Pastor Tom not to

Initials

expel Lonnie.  Tom then told both Lonnie and Kim to apologize to me about lying and saying that I was inappropriate with Kim.  They did apologize and I never revealed that I knew that they were having sex because of my vow to keep the teens' business confidential.  Then, it all came out anyway.

101.   When Wendi was a teenager, Tom had a problem with some of the older kids at the school.  He thought they were partying and having sex when they were fifteen, sixteen and seventeen years old.  I do not know where he got that.  Mark was also on the witch-hunt.  Tom had a saying, "if she'll smoke, she'll poke" meaning that if a girl smoked cigarettes then she would be willing to have sex.  Donna always hated that saying. As part of Tom's search and allegations, it was learned that Laura had had sex when she was twelve or thirteen years old.  As a result, she was expelled from school.  That is when I asked Wendi to promise me that she would wait until she was eighteen or out of school before having sex.  I did not want Wendi to go through what Laura did.  Wendi did promise me and when she did eventually have sex, she came and told me.

102.   I first talked to Wendi explicitly about sex when she was about fifteen years old.  Brian Munn had given her a ride home from school and had tried to kiss her.  She told me about it and asked me what a hand job was.  She would not tell me who she heard use that term.  I explained it to her and spoke frankly with her about sex.  Before that conversation, I did not speak explicitly but in more general terms, telling her that sex was for when she was older and that she should hold off.

Initials

103.   I was very close with the church secretary, Lola Archuleta.  I felt like she was my sister.  She was easy to talk to.  We shared the same office and we really bonded.  I took her daughter, Frances, under my wing.  She was a good kid.  She did not fit in and some looked down on her because she did not have a dad around.  I helped Frances.  I counseled her, I disciplined her.  I knew she just needed a father figure.

104.   The biggest difficulties I had working at the church was with the parents.  Everything I discussed with the teens was confidential and sometimes the parents wanted to know what was being said but I refused to break that confidentiality.  I finally resigned because I could not handle the parents anymore.

105.   The actual last straw came when Tom paddled a child for throwing mud on me.  It was ridiculous how heavy handed Tom was.  One day at school when it had been raining, I had the little kids who were from ages six to eight have a mud fight.  After we were finished, I had them line up so I could hose them down and they could put their clothes back on.  I was wearing my slacks, a leather jacket and tie as was required by the school.  One little boy, Seth Galyon, was so keyed and wired up that he continued to throw mud and threw mud on me.  I told Seth he was going to have to work/pay for my clothes to be cleaned.  My intention was that I would give his father a dollar and tell him to have Seth take out the trash extra and pay Seth the dollar and then I would make Seth give me the dollar as payment to have my clothes cleaned.  It was a way for Seth to learn

Initials

a lesson. When Seth's father, Jimmy Galyon came to school, he came over to me and told me that Tom had given Seth four swats for throwing the mud. I did not know that Tom had done that. I apologized to Jimmy. I told Jimmy what my plan had been. There was no reason for Seth to get whipped for that. By then, things had been building up and once again, there was contention with a parent and that incident became the last straw.

106. There were various difficulties over the years at 91st Psalm and at Harvest including a serious allegation that Dick Herdegen, a major financial supporter of Harvest and of Pastor Tom, sexually molested a student named Shiloh Justus. Dick had a business drilling for water and Shiloh's father went to work for Dick. I do not know how the allegation came out but Dick was accused of putting his finger in Shiloh's butt. Both Tom and I spoke with Steve and Tom told me that he had approached Dick about it. My position was that Steve and Cyndee, Shiloh's mother, should get the police involved if they thought the allegation was true but they never did. Dick quit the church and moved to Orcus Island in the Pacific Northwest. I did not know what to believe.

107. We never had specific services at Harvest or 91st Psalm for speaking in tongues but it often happened when we gathered in preparation for going door to door in the early years of 91st Psalm. Before going out, we gathered in the sanctuary and prayed and sometimes we did pray in tongues. We stood in a circle and asked for guidance for our work for a revelation of what needs to be done. For me, the spirit would come and I

Initials

walked back and forth or lay down.  It is an amazing experience.  In some ways it feels like the rush of a cocaine onset, a rush that keeps you going and going like you can accomplish anything.  I feel inspired and energized.  It is a momentum that starts slow and builds and sometimes there is a vocalization and sometimes it is all internal.  It is like a good orgasm.  When I am praying in tongues, I know what I am communicating in English but it does not come out as English.  When I listen to myself sometimes it sounds like Swahili, sometimes like an Oriental language, and sometimes Native American.  I am hearing what comes out of my mouth and I know what I am doing but I cannot understand the actual words.  In my mind, I know what I am saying.  I received revelations quite a bit during these times.

108.   I often prayed for Wendi and Donna.  When I did there were times when out of the blue I would see things and know what Wendi was doing.  When I revealed these things to her, she wanted to know how I knew.  For example, there was a time when I had a revelation that Wendi had sex twice and when I asked her, she confirmed that it was true.  Sometimes even driving during the day and praying for Wendi I received revelations and needed to talk to her.  I even was able to predict basketball scores or who was going to win a game and, sure enough, it would be true.  I stopped doing that because I did not want people placing bets on it.

*AO*
Initials

109.   Some of the questions I asked while praying were how to help a certain church, what do we need to do, what members need to be lifted up, who would be a leader. It got to where I knew who to talk to for the best results, be it a church member, the pastor, or the board.  I often received specific information about people, especially when I was counseling them.  I did couples' counseling and I often received revelations about what their marital problems were through prayer. One time in particular there was a couple I counseled.  The husband complained that the wife never fixed dinner.  At the same time, he asked for sex everyday.  The wife was not cooking because the husband was asking for sex.  I received information that if he helped her then she would be happy to give him sex once a month.  Then we went even deeper and I explained to him that he needed to get her ready and romance her, not just spread her legs.  I knew from praying that the husband was not doing things to help his wife enjoy sex.  I told him this.  I also told the wife that she has not told her husband what she wants and that she must do this. The marriage bed is undefiled and anything goes as long as you want it.

110.   As far as revelations are concerned, if I am praying for individuals to help counsel them, it does not mean that I brought everything to them that were revealed. Revelations are both a knowing and God talking. There is a scripture, "Touch not God's anointed nor do them any harm."  Once you receive the gift, it does not matter what happens after, you still get the revelations.

Initials

111.    When I was a pastor, I took off one day a month to go into meditation.  In the winter I went out into the desert and in the summer I went to the mountains or to a hotel room with air conditioning.  It was a way to pray and get close to God.  Those times were to build myself up for my family and me.  It was a drain teaching all the time and working with people's problems.  We called it "prayer mountain" based on how Moses went to the mountain to pray.  It was not always a mountain, sometimes a cheap hotel room.  Many times after these days in isolation, I came back knowing things about Wendi or Donna that they never told me.  Here's a cute one – I found out that there were certain things Donna wanted me to do in bed and I did them and there were explosions. She never told me and when I did them, she asked me how I knew that was what she wanted.  Sex is from God and I can recall praying for revelations of how to please Donna better in the bedroom.

112.    When I married Donna, I told her that I never wanted to divorce.  Over the years we have had our difficulties but I remained true to that commitment.  One source of contention over the years has been Donna's tendency to spend too much on things I believe we do not need.  She makes senseless purchases and does so in multiples. For example, if I say I like something, such as a hat, instead of buying me the hat, she will buy four or five or six of them.  As a result, there are many things that pile up and crowd the house.  I know that she often shops and hides things in the car rather than bring them directly into the house when she thinks I will see her.  This was another thing I learned

Initials

about through prayer, that Donna bought things and hid them in the trunk.

113.   Along those same lines, Donna also overbuys with food and frequently our freezer is filled with food that never gets eaten and sometimes stays there for years until I finally get her to throw it away.

114.   Donna has always been the person to handle the money and when I received paychecks, I always gave her my money and then she gave me spending money for my day-to-day needs.

115.   There are many ways in which Donna and Wendi are alike.  They both can be very mothering and also have a tendency to scold me in the same way, both are very smart but sometimes lack common sense.  They are different in that Donna likes to hold on to everything whereas if Wendi buys something, she also gets rid of the old thing.  In fact, there were times when Wendi gave her things away to friends if they said they liked something even if it was something we gave her that we considered special.

116.   When Wendi became a teenager, she started relating to me in many of the same ways Donna did.  She told me what shirts to wear and what ties went with them.  If I grumbled at something Donna made for dinner, Wendi might retort by telling me something like, "Just eat it – there is nothing wrong with it."

117.   I feel like I still love Donna, she is a part of me.  Wendi is still my little girl, still my peaches.  Sometimes I still see Wendi as just eight or nine or ten years old and I

Initials

say to her, "hey gorgeous." I call her that, as she will always be my pretty little girl. I wish

I could get her out and bring her home and love on her till she could get on her feet and

make good decisions. I would love to be able to bring her home so she and Donna could

be happy.

118.   When Wendi was about thirteen years old, Donna got sick and needed a

hysterectomy. There was a big stink about it at the church because she had the surgery.

She had asked for a prayer for her healing. When her condition did not improve, I

pushed for the surgery. She was hurting so much by then, she was willing to have the

surgery. I do believe in miraculous healings but also support medical treatment when

prayer does not work.

119.   I do believe it is possible for miraculous healings to take place and for the

dead to be brought back to life. I have heard of people doing it. If your faith is strong

enough, you can raise the dead. I know that I am not at that place.

120.   Donna had two surgeries. The first was a partial hysterectomy and the

second a complete hysterectomy. After the first surgery, I did not touch her sexually

much! ⟶ until she was healed   After the second surgery, she really became cold toward me and I became more

and more frustrated. At one time, Donna wanted to go to Tom for counseling but I knew

that Tom's approach was you turn off the lights, she lays down and you get on top.

121.   Our lack of sexual intimacy became an issue in my relationship with

Donna. So, probably not unlike most couples, our biggest arguments have been over sex

Initials

and money.   Starting with the time before her surgeries, when Donna was feeling discomfort, I always wanted more sex than Donna wanted.   As a result, I was often frustrated.   My frustration lead to me losing control and yelling at Donna.   Typically, Donna and Wendi retreated to another room and I often left and went out to cool off. What I had a difficult time dealing with was that over time in our relationship, Donna refused to do things with me sexually that she previously seemed to enjoy.   I tried different things to get her interested in me again but it just did not happen.

122.   It has been hard seeing the relationship between me and Donna deteriorate.   It started when we lived on Arapahoe.   I sometimes ask why I did not leave. I had such a temper.   Sometimes when I left, I went tearing out in my truck, driving fast, taking out my frustration.   There was one time when Donna turned away from me when I was screaming at her and I grabbed her arm.   I apologized many many times for this.

123.   It seemed to me that Donna always had an excuse why she did not want to be sexually intimate with me.   It would start in the morning with her refusing me and then it built and built all day and I spent the day hoping she would change her mind until I was ready to explode.   That only made things worse and turned her off to me so I was not helping my own cause.   Donna never said anything and just clammed up which irritated me more.   I often started by slamming doors to let them know I was mad. Wendi took it hard and did not like it when I exploded.   But she always forgave me when

Initials

I apologized and hugged me after the blow-ups.

124.    While Donna and I were fighting, we sometimes went for days after my yelling avoiding each other. Sometimes Wendi took the brunt of it. I did try and make it up to them if it was my fault, which was most of the time. I would say that ninety percent of the arguments were about sex and ten percent were about money. Over the years, I kept saying it will get better, it will get better. I felt led on because it never did and it just kept getting worse and worse.

125.    In the 1980s there was a big study on sex that was distributed to the churches and from that Tom started preaching from the pulpit about sexual practices and preached that oral sex was not Godly. The things Donna and I were doing, he would have been shocked and probably fire me.

126.    Most of the screaming I did was at Donna. I can recall screaming at Wendi once that way when Wendi was about five years old. Instead, if Wendi needed to be reprimanded, I spanked her. We believed that spanking with instruction was the way to instruct her. I used a wooden paddle and it was a specific number of swats depending on what she had done after which we read scriptures and hugged. Wendi did not like to be spanked and she always cried. She definitely felt it.

127.    Wendi get fewer swats as she got older and we did more talking. Later on, Wendi's punishment was pulling weeds or having to do extra chores or being grounded.

Initials

After she started driving, I took the car away if she needed punishment. There came a time when I did not want to be associated with the kind of pain that was inflicted by paddling children.

128.   I came up with the idea of pulling weeds as punishment for the children. We put them out there in the sun for a couple of hours pulling weeds and it gave them time to think.

129.   The same method of spanking was used at 91st Psalm and at Harvest. I often was a witness when children were spanked there. We had specific instruction on how to discipline children. The Baptists sent out memos on what we could and could not do when spanking. For example, at school if a child needed to be paddled either the parents would give permission to the school to do the swatting or they had to come and paddle the child or remove the child and do the paddling at home. Legally, we were permitted to give two or three swats. Usually the principal did the spanking. It can work if it is done right. There was also always a witness to the paddling, either a parent or another staff member in addition to the person administering the swats.

130.   I do not recall the situation but there was a time when Wendi was almost expelled. She really wanted to go to another school. She was out of school for two or three weeks. Looking back, I wish I had pulled her out. She missed out on society by being isolated at Harvest. She was in too much of a box there which was not good for

*A.O.*
Initials

her.  It was ok for several years I think but I should have pulled her out and let her experience things.  I was afraid she might turn out like me so I overprotected her and held on to her too long.

131.    I did not spend a lot of time with Donna's side of the family.  Early on when we returned from the traveling ministry, I stayed with Hank and Virgie for a little bit while trying to get work with the laborers union.  I came to know Nadine, Donna's half sister, later in her life in the time after her husband Clark died.  Nadine needed some help remodeling her home and clearing out a space that Clark had enclosed for use in connection with his rifle hobbies.  I went down to Texas where she lived and helped her sell the guns.  There were about four or five rifles and six or seven guns.

132.    Nadine suffered from migraines and also was very moody.  When I arrived at her house, she looked like a downtrodden dog and had no will to live.  She was depressed and had been as long I knew about her.  When I first arrived, she did not get out of her bed for two or three days.  She had not cared for her dog for weeks and had not fed the dog for some time.  She was like a walking zombie.

133.    Nadine was afraid of her daughter Margie and her son Clark, Jr.  She thought they were both crazy.  They both have violent tempers.  Margie was very aggressive and Nadine feared that Margie would physically abuse her.  Both Margie and Clark Jr. had emotional difficulties throughout their lives.  At one point, Nadine's shed

Initials

was burnt to the ground and her son, Clark was arrested for it.  It later was revealed that perhaps Margie's son, Brett was actually responsible for it.

134.    Nadine was concerned for the well being of her granddaughter Kayla, Margie's daughter.  She asked me to speak with both Kayla and Brett about sex.  I made contact with Kayla and helped her by answering her questions about sex and guiding her.  At that time, Kayla was about sixteen years old.  We starting communicating by text messages and I still remain in contact with her.  Nadine did not want Kayla to fall into the same trap as Margie who got pregnant before she was married and then married because she was pregnant.

135.    Donna and I adopted Brandon when he was two-and-a-half years old, after the state took him away from his mother.  We began the adoption process for Brandon right away, immediately after all of Kathie's kids went into foster homes.  I had to be convinced to adopt Brandon because I was under the impression that he might be returned to Kathie.  Wendi and Donna pushed hard for Brandon to come live with us.  Wendi was getting older and I actually hoped to have more time exploring and going places with Donna since Wendi was starting to go out on her own more and more.  Brandon lived with us until he was about fourteen years old.  At that time, he had started running away from home and ultimately decided to go and live with his mother in Tucson.

Initials

136. I had a more difficult time with Brandon than I did with Wendi. I felt like he wanted more than what we gave him. I caught Brandon stealing money from us and I slapped him. He ran away to Martha and Donnie England's house. Martha was a member of our church. He had snuck out of bed and met up with Martha's grandson, Kyle. Martha called me saying that Brandon was with her and that he was trying to get to his mother Kathie's house in Tucson. I went over to Martha's house and they brought him out. He told me that he wanted to be with his mother and that he missed his brother.

137. Brandon was going through a very difficult time. He did not want to go to school and he did not like me. So, I suggested that he try living with his mother, which he then did.

138. Brandon did not like me because he thought I was too strict. I enforced curfews and we lived a simple life. Kathie, his mother, always had fancy cars and was running with drug dealers, which looked more attractive to Brandon. He also had a hard time with Harvest Church and school. He was bothered, and I guess I was too, that Pastor Tom called him a faggot. Brandon also did not like the schoolwork and the repetitive nature of memorizing scriptures.

139. Wendi's husband, Joe Andriano, was a likeable guy. He had an outgoing personality, and he drew you in. He was just real easy to like. On the other hand, Joe was

Initials

also very selfish. I remember that when he wanted a new truck, he had Wendi sell her car. He did not work, and as far as I know he never held a job or brought in much money during their entire marriage but he made sure that Wendi worked to support him and provide luxuries like the fuel for his boat. He had a real nice boat and that was his primary thing – to take the boat on the lake. He then got a second, bigger boat as well. He was completely in love with his boats.

140. Joe did try to get some businesses going but none of them ever came to much. When Joe attempted to get his own business going, he refused to work on the weekends, because he wanted to make sure that he was at the lake every weekend.

141. Joe's dad, Joe Andriano, Sr., was a recovering alcoholic and his wife, Jeanette, was a retired school teacher. He was a farmer, but he lost his farm and he is selling cars now. Joe, Jr. had problems with his dad over a long period of time, for the whole time I knew him while he was with Wendi. His parents never offered to send him to college, even though they sent the other kids to college. They kept tabs on every dollar bill they gave to Joe, and Joe came across a running account in his father's desk of all the his father ever gave him. It was a written list with every dollar Joe Sr. had ever given to Joe.

142. Joe held a grudge against his parents because they never offered to send him to college. He only ever brought it up when he talked about his dad "ripping him

Initials

off." He was angry that his dad kept track of the money his father gave him.

143.   Joe and Wendi were always asking for money for bills. When they lost their business, I bought a hotdog cart. I told Joe that he could work whenever he wanted, and he did a couple of times. It was pretty good money, but he did not want to work, so that did not go too far.

144.   Most of Joe's friends were farmers. Joe also had friends in Tucson, a married couple, Brenda and Frank Nagore. Wendi met them through Joe, and they took Joe and Wendi under their wings, so to speak. They taught Joe everything he knew about boats and boat racing.

145.   Joe and Wendi's relationship started off good, but they slowly began to argue more. There was not a lot of affection between them, at least not in front of me. But it is possible that they just kept it away from Donna and I. I saw the occasional peck on the cheek, but I never saw them hold hands or hug.

146.   Donna and I tried to teach Joe to give Wendi greeting cards and encouraged him to bring her flowers. She always enjoyed getting cards. We tried to tell him that he should give her cards for her birthday, for their anniversary, for Valentine's Day, etcetera. We also tried to encourage him to send her flowers and things like that. I told him, "girls like that kind of thing." As far as I know he never did give her cards or

Page 51 of 58

AO.
Initials

flowers.

147.   I saw Joe lay his hands on Wendi a couple of times, and their relationship just seemed to get worse and worse.  One time, he was upset because he could not go to the lake, and he grabbed Wendi by the neck and pushed her inside the pickup truck. This happened outside our house in the driveway.  He stopped when he saw me nearby.  I forget the other incident.  When I confronted him about it later, he was pretty calm, but I was stern.  I told him that I did not like what I saw, and he had cooled down by that point and agreed with me.

148.   When Joe spent the weekends with his friends at the lake, they usually slept in the back of their pick-ups, but once in a while they got a room. When Joe went to the lake, Wendi watched the kids.  Sometimes she went along and watched them at the lake, but most of the time she stayed home.

149.   When Joe and his friends went to the lake, they did a lot of drinking, but I never saw them drinking while out on the water.  In the evening times, they got pretty lit. I think they mostly just drank beer.  I never saw any of them fight each other, but Joe frequently got very drunk.  I remember seeing him staggering on more than one occasion, but I never saw him falling-down dead drunk.

Initials

150. Joe was very irresponsible with money. He was a welder, and he occasionally fixed things for me at the tortilla shop.   I paid him forty-five or fifty-five dollars an hour, which was the prevailing rate at the time.  He did pretty good work. That stopped because Joe owed money to his parents' farm, and his parents took his welding equipment away. Joe owned the welding equipment outright, but his parents took it as collateral and brought it to their farm in Oklahoma.

151. When Nicholas and Ashlee were small, Brandon helped care for them.  He often spent the weekends with Wendi and Joe, and sometimes he was at their house for a week or two at a time.

152. When Joe got sick, Donna and I paid his medical bills at the Mayo Clinic. When he got sick, he blamed God, he blamed Wendi, and he even started to blame me.  I told him, I said, "I had nothing to do with it, Joe." He blamed me for his cancer, because he thought that the welding might have caused it, so he blamed me for having hired him to do welding work.

153. At first, Wendi handled the cancer okay.  She was optimistic that they could try to fight it. Joe wanted prayer but Tom said he could not pray for Joe's cancer because Tom said did not have enough faith to pray for the cancer to be gone. He did pray for Joe to have the strength to deal with the cancer.  Wendi brought Joe to church because Joe blamed God for his illness. Joe expected Wendi to read to him out of the Bible every

Initials

night, as part of his healing. Joe got mad if she did not have time, and told her that it was her fault that his cancer was not going away. There was a lot of hurt on Wendi's side. She tried to tell him that he could read out of the Bible too, that she had to work, but he refused to do it. He expected her to do everything for him, even something as simple as reading the Bible.

154.   On one occasion, Joe had a boat propeller in the back of his SUV. He opened the door to put groceries in, and he set Nicholas in the back while he was loading the car. Nicholas sliced his leg open on the propeller and rather than being concerned about Nicholas, Joe yelled at Nicholas for getting on top of the propeller. He also blamed the people who made the propeller for making it so sharp. He could not ever accept responsibility; everything was always someone else's fault. Joe called me and asked me to come over to the hospital. When I arrived, Nicholas was screaming and Joe was crying. I picked Nicholas up and calmed him down. Joe could not control himself enough to be able to comfort Nicholas. Wendi got to the hospital about ten or fifteen minutes after I did. After things settled down, Joe told me what happened.

155.   After his surgery, Joe had a hole in his neck with a tube in it. I packed it and dressed it three times a day because Wendi could not handle it. Joe did not want to ask his own parents, so he asked me.

Initials

156.   While Wendi was on trial, she was required to wear a stun belt around her waist, which she wore underneath her jacket.  You could not see it.  We were, however, precluded from attending her trial because we were expected to testify.  We were able to see her in the morning sometimes before trial started.

157.   I have back problems that started in about 2005. Before that, I had back discomfort but nothing too serious. In 2005, I was lifting a heavy box, about sixty to seventy pounds, and had a pain go up my leg that threw me to the ground. I could not move for 30 minutes.  I crawled out of the walk-in refrigerator and the next morning wound up in the emergency room.

158.   All these years after high school I'm back on drugs with prescription medications. I currently take Vicodin, Ambien, and Mobic.  Mobic is a muscle relaxant.

159.   My mother was still drinking heavily in late 1979 when I returned to Casa Grande after being away with the traveling ministry.  My mother had a heart attack and a stroke, I am not sure which was first.  After the heart attack or stroke, whichever came first, she finally stopped drinking.  She died in about 2003 at a rest home in Casa Grande of a massive heart attack.

160.   After marrying his third wife, Shirley, in the early 1980s, my father and Shirley moved to Springerville, Arizona in about 1995. My dad still lives there and I am

A. O.
Initials

still in contact with him. He is about eighty-three years old.

161.   Donna's half-sister, Kathie, has been married at least three times.  Kathie parties and runs around with men and I think is still using drugs.  I do not think she ever quit.  She does cocaine and pills and smokes marijuana.

162.   My sister, Delia Rose Rascon Alvarez, has been married and divorced three or four times.

163.   I am not that good at remembering specific time frames and dates and durations of events.  As an adult, I have relied on my wife Donna to provide the details when needed.  I also rely on her to take care of most of the household logistics.  She is much better at it than I am.  Even when it comes to my side of the family, Donna has better information than I do.

164.   I also had a couple of memory losses when I was struck by lightning.  I was struck by ground lightning once when I was taking pictures in the White Mountains during an electrical storm.  I was twenty miles from a power station.  The lightning traveled to my tripod and knocked me unconscious.  When I came to, I was twenty feet away from my camera equipment.  As a result, I lost all most of my short term memory for several years.  My father had to draw a map for me so that I could find my way home from the mountains.  I also had to carry a piece of paper with my name and address on it.

Initials

I was struck by lightning again a year later while at home. To this day I sometimes leave the house and momentarily forget where I am supposed to be going.

165. I have enjoyed photography since I took it up years ago. I most enjoy taking landscape and scenery shots. I enjoy long exposure photography and like taking pictures in the desert electrical storms. I photographed Wendi and was able to capture a lightening from an electrical storm about fifty miles away which resulted in her being in silhouette with her hands on her hips and the appearance of the lightening being at her elbows. I have been approached over the years to do photography for special occasions and events such as weddings and quincineras. I have been paid to take shots of the historical buildings in Phoenix in the wee hours of the morning. I was even approached by someone to shoot pornography. I decided that was not something I wanted to do. I had Wendi model for me in a swim suit by a swimming pool to try it out. Wendi really did not like posing for me. It made her nervous. I think it was because I am her father.

166. About the third or fourth day after Wendi was arrested, Donna completely lost it. She was on the floor, kneeled over, wailing. It went on all day. I could not speak with her for day. She was depressed for weeks and barricaded and isolated herself.

167. I never wanted to divorce Donna but now I think that if we had split this would not have happened. I wonder about how our fighting impacted Wendi. I second-guess our decision to go on the road with the ministry, my school choices for Wendi and if

Initials

I spoiled her.

168.    Prior to Wendi's trial, I spoke with her lawyers but never to the extent that I have in this declaration.  They did not ask the kinds of questions and explore the topics discussed in this declaration.  If they had asked about these things, I would have testified to what is in this declaration.

I have read the foregoing declaration consisting of 58 (fifty-eight) pages and 168 (one hundred sixty-eight) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct.  Signed this 19th day of June 2011 at Los Angeles County, California.

*Alejo L Ochoa*

Alejo Lorenzana Ochoa

Initials

Exhibit No.:  **25**

Case No.: **CR2000-096032**

For Identification:

**DEFENDANT**

**01/31/2014**

In Evidence:

Stipulation

2/6/2014

**Clerk of Superior Court**

By:  L. MOONEY

(Deputy Clerk)

1002841574

Exhibit No.:  **25**

Case No.: **CR2000-096032**

For Identification:

**DEFENDANT**

**01/31/2014**

In Evidence:

Stipulation
2/16/2014

**Clerk of Superior Court**

By: _____

L. MOONEY

(Deputy Clerk)

1002841574

# DECLARATION OF ALEJO OCHOA

I, Alejo Ochoa, declare as follows:

1.      I met with Attorneys David DeLozier and Daniel Patterson in person less than five times before and during Wendi's trial.  Most of these meetings involved Attorneys DeLozier and Patterson providing updates on the status of Wendi's case.

2.      I met with mitigation expert Scott Mac Leod approximately five times in preparation for Wendi's trial.  These meetings primarily involved identifying photographs for use in the Power Point presentation Mr. Mac Leod prepared for the mitigation phase. Mr. Mac Leod told me that the purpose of his investigation and presentation was to show that Wendi did not deserve the death penalty because she was a good person.

3.      Attorneys DeLozier and Patterson and Mr. Mac Leod did not ask me any questions about Wendi's mental health history.  I would have been willing to provide this information if requested.

4.      Attorneys DeLozier and Patterson and Mr. Mac Leod did not ask me any questions about Wendi's family mental health history.  I would have been willing to provide this information if requested.

5.      Attorneys DeLozier and Patterson and Mr. MacLeod did not ask me any questions about my family background or childhood, or about the family background or

Initials
A-O.

childhood of Wendi's mother or father. I would have been willing to provide this information if requested.

6.     Before my testimony during the guilt phase of Wendi's trial, Attorneys DeLozier and Patterson told me that I should answer honestly any questions that they or the prosecutor asked. Attorneys DeLozier and Patterson did not do anything else to help me prepare for my testimony beyond telling me this. Attorneys DeLozier and Patterson did not tell me what types of questions I could expect from the prosecutor.

7.     During the trial, Attorney DeLozier said he was fasting to obtain God's favor and to be better able to hear his instructions. During the trial, Attorney DeLozier appeared to have a slowed reaction time and to need additional time to think before providing responses.

I have read the foregoing declaration consisting of two (2) pages and seven paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct. Signed this 26th day of October 2011.

Alejo Ochoa

Initials
A.O.

G. DAVID DELOZIER, P.C.
4016 East Forest Pleasant Place
Cave Creek, AZ 85331
Phone: (480) 575-6660
Fax: (480) 575-6661
E-Mail: gddelozier@aol.com

G. David DeLozier
State Bar of Arizona I.D: 005237
Attorney for Defendant

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| STATE OF ARIZONA, | Case No. CR2000-096032 |
|---|---|
| Plaintiff, | |
| Vs. | NOTICE OF DEFENSES AND DISCLOSURE BY DEFENDANT AND REQUEST FOR DISCLOSURE OF REBUTTAL WITNESSES |
| WENDI ELIZABETH ADRIANO, | |
| Defendant | |

Pursuant to Rule 15.2(b) and (e) of the Arizona Rules of Criminal Procedure, defendant submits the following disclosure.

A. NOTICE OF DEFENSES. .

Defendant gives notice that defendant may raise the following defenses at trial:

[ ] Alibi.

[ ] Consent.

[ ] Entrapment.

[ ] Good Character.

[ ] Impotency.

[x] Insanity [temporary].

[ ] Insufficiency of Prior Conviction.

-1-

PCR000004

1    [ ] Invalidity of Prior Conviction.

2    [x] Lack of Intent.

3    [ ] Marriage.

4    [ ] Mistaken Identity.

5    [x] No Criminal Intent.

6    [x] Self-Defense.

7    [ ] Other: _____.

8    **B. DISCLOSURE BY DEFENDANT.**

9    1. Names and addresses of witnesses for case-in-chief:

10        a.    Wendi E. Andriano

11        b.    Alejo Ochoa

12        c.    Donna Ochoa

13        d.    Bill King

14        e.    Shawn King

15        f.    Others to be identified at a later date.

16    2. Names and addresses of experts:

17        a.    Forensic pathologist [not able to designate at this time]

18        b.    Psychologist [not able to designate at this time]

19        c.    May be others but not able to designate at this time.

20    3. Tangible objects of evidence:

21        a.    All items in the possession of the State.

22        b.    May be others but not able to designate at this time.

23

24    **C. REQUEST FOR NOTICE OF REBUTTAL WITNESSES.**

25        Pursuant to Rule 15.1(f) of the Arizona Rules of Criminal Procedure, defendant requests

26    that the state disclose the names and addresses of all persons the state intends to call as rebuttal

27    witnesses, together with their written or recorded statements.

28

-2-

PCR000005

1    Dated this _16th_ day of _December_, 2001.

2                                    G. DAVID DELOZIER, P.C.

3

4

5                                    G. David Delozier
                                     Attorney for Defendant
6

   Original of the foregoing filed this
7  _12th_ day of _January_, 2000, with:

8  Clerk of the Superior Court
   222 East Javelina
9  Mesa, AZ 85210-6201

10 Copies of the foregoing delivered*/mailed** this
   _12th_ day of _January_, 2000, to:
11

12 The Honorable Daniel A. Barker
   Judge, Maricopa County Superior Court
13 222 East Javelina
   Mesa, AZ 85210-6201
14
   John R. Ditsworth, Esquire
15 Deputy County Attorney
   301 West Jefferson
16 Phoenix, AZ 85003
   Attorney for the Plaintiff
17

18

19 By

20

21

22

23

24

25

26

27

28

Exhibit No.:  **44**

Case No.: **CR2000-096032**

For Identification:

**DEFENDANT**

**01/31/2014**

In Evidence: *Stipulated*

*2/3/2014*

**Clerk of Superior Court**

By: _____ L. MOONEY _____

(Deputy Clerk)

1002841593

APR-28-2004 13:37 FROM:                          TO:6025068289        P.4

Scott:  Wendi has gone out on limb to give me this information and I am expecting it be used sensitively, given that I understand that it does relate to the underpinning of her thwarted sexuality.  Wendi asked that David do the power point because he knows her best, but she wants Dan to do the main part of the opening.  She said that if she has to choose one of them to do the whole opening, she wants Dan because she believes he has the charisma.  Please let me know if I can be of help.  Wendi also wanted to be sure that you were aware that she beat Joe with the detached legs of the barstool which had wood screws at the end.  She thinks that might be why he has point cuts on his scalp.  She is certain the she never took the knife to his head and she has never budged on that belief.

019567

PAT019622

PCR000115