# TABLE OF CONTENTS (INTERACTIVE)

| IIIIIIIIIIIII | Evidentiary Hearing Exhibits |
|---|---|
| 47 PART 2 | Excerpted Medical Notes from Wendi Andriano Incarceration |
| 48 | CHS Special Needs Treatment Plan (SNTP), dated 9-28-03 |
| 49 PART 1 | Maricopa County Correctional Health Services Documents |

# EXHIBIT IIIIIIIIIII
# PART 7

| | | | |
|---|---|---|---|
| | | from counselor (Kandy Rohde [phone numbers]) saying she feared Wendi would kill herself. [Wendi] was seen by me at 1300 hours.<br><br>Assessment [Wendi] is not an acute suicide risk at present, but does need to remain [in Durango Psychiatric Unit] to continue her current level of stability.<br><br>Plan (1) Maintain on [Durango Psychiatric Unit] to prevent decompensation. (2) Reassurance as needed. | |
| 1/14/04<br><br>(1330 hours) | Dr. Gerald Perry | [Wendi] tearful discussing her children. Was told she may have long court battle to regain custody of her children. Also discussed her family of origin and step-father's response of "pouting," withdrawing, and withholding attention and affection when he felt hurt or angry. She is learning how these dynamics have affected her and her need to "fix" or help other inmates with their problems. She is saddened by news of custody problems but denies [being a] danger to herself.<br><br>Assessment Not a current danger to self.<br><br>Plan (1) Maintain on [Durango Psychiatric Unit] (2) Supportive counseling through trial (3) Monitor mental status/danger to self. | |
| 1/13/04 | Counselor Laura King | [Wendi states:] "I'm just having a hard time with my sleep. They may keep my kids. I just feel so uncomfortable not helping someone when they're hurt or need something. It's like I can't stand it, but at the same time I don't want to do it." [Wendi] describes increased internal pressure when someone she is close to is in need. [Wendi] tearful when describing her conflict in feeling | |

| | | | |
|---|---|---|---|
| | | she must help others she is close to. [She is] very uncomfortable saying no, even when she knows it is the "right" thing to do. [Wendi is] tearful, frustrated and anxious, but forthcoming with her struggle.<br><br><u>Assessment</u> [Wendi] engaged in conversation showing increase in insight and willingness to disclose painful conflicts. [Wendi is] still on altered sleep pattern.<br><br><u>Plan</u> Continue Special Needs Treatment Plan. | |
| 1/22/04<br><br>(1600 hours) | Dr. Gerald Perry | [Wendi] complains of difficulty with slowed thought processes and is concerned about how this might affect her upcoming trial. Feels the Seroquel is making her groggy and is asking for a medication change. During her trial she will be awakened between 1:30 and 2 a.m. for court and will not return to jail until between 5 and 6 p.m., when she will have to go to sleep. Having some anxiety regarding trial but depression under good control.<br><br><u>Assessment</u> May be having medication effect.<br><br><u>Plan:</u> Have discussed with Dr. Venkatabalaji, who will review her medications. | |
| 1/23/04 | Nurse D. Rhoades | [Wendi] consistently denies suicidal ideation and homicidal ideation. Increased anxiety related to trial (charges are serious). Hygiene and grooming remain good. [Wendi] requested change in medications to prevent drowsiness at trial. No symptoms of psychosis. Conversations are logical, 100% compliant with medications. No management problems. [Wendi] has some somatic complaints of a sore throat and trouble sleeping, which will be further | |

| | | | |
|---|---|---|---|
| | | disturbed by court schedule. Eats within normal limits, no bowel complaints.<br><br>Assessment: Fragile but holding up and coping well for her situation.<br><br>Plan: Given Tylenol as required for sore throat as needed. Watch for increased symptoms. Monitor for mood swings. [Wendi] has history of impulsive acting out. | |
| 1/23/04<br><br>(2330 hours) | Dr. Gerald Perry | [Wendi] returned from court upset and tearful, being told her trial is being postponed for two months. Not danger to self. Stated decreased Seroquel is helping her focus, but asks for medications to help with emotional stability without causing cognitive slowing.<br><br>Assessment: Not a current danger to self.<br><br>Plan: (1) Maintain on [Durango Psychiatric Unit] (2) Have discussed medications with Dr. Venkatabalaji. He will see her regarding possible medication change. | |
| 02/13/04 | Dr. Gerald Perry | [Wendi] stated she is sleeping better and feels Zoloft is helping her. Was unhappy with new mitigator – feels that he does not understand her and won't be able to represent her well, but was concerned she may have hurt his feelings and felt like apologizing. We discussed her learning more assertiveness skills and not needing to take care of everyone.<br><br>Assessment: Doing well with medication change but needs continued stay at [Durango Psychiatric Unit] because of history of a brittle response to stress.<br><br>Plan (1) Maintain on [Durango Psychiatric Unit] (2) Medications as per Dr. Venkatabalaji (3) Continue to work on | |

| | | | |
|---|---|---|---|
| | | assertiveness skills. | |
| 03/02/04<br><br>(1200 hours) | Dr. Gerald Perry | [Wendi] felt physically and emotionally drained from court appearance Friday and disappointed that no rulings were made. Was tearful and isolative over weekend. Today became tearful when discussing upcoming trial and "having to dig up everything again." Discussed how much she has grown and individuated as a person since being in jail and how she is realizing how much she lacked her own identity and was so co-dependent when married.<br><br>Assessment Experiencing vicissitudes of her situation, but clinical depression under good control and no danger to self.<br><br>Plan (1) Maintain on [Durango Psychiatric Unit] for continued stability (2) Medications as per Dr. Venkatabalaji (3) Supportive group counseling. | |
| 3/24/04 | Counselor Laura King | [Wendi states:] "I don't know why I keep doing the same thing over and over again. I want to stop it. I want to learn but it's just so hard." [Wendi] alert and oriented. Discussed strategies for assertiveness with peers and history of exhausting self trying to assist others. Discusses frustration with unknown outcome regarding legal issues and relationships. [Wendi] shifts from giddy to tearful.<br><br>Assessment: [Wendi] remains fragile and at risk for decompensation due to current legal status. [Wendi] remains stabilizing presence on C pod. Need for psychiatric stabilization justifies [Durango Psychiatric Unit housing].<br><br>Plan Continue Special Needs Treatment Plan. | |

| | | | |
|---|---|---|---|
| 3/25/04<br><br>(1300 hours) | Dr. Gerald Perry | [Wendi] continues to show pleasant affect despite feeling anxiety regarding her situation and some interpersonal conflict in her pod. She was tearful speaking of her codependency needs and how hard she has worked to change for the better. She had extra as-needed Ativan recently to deal with stress.<br><br>Assessment Situational anxiety.<br><br>Plan (1) Maintain on [Durango Psychiatric Unit] (2) Supportive counseling (3) Continue Special Needs Treatment Plan. | |
| 4/29/04<br><br>(1500 hours) | Counselor Laura King | [Wendi states:] "I'm doing pretty well. I'm dreaming a lot these days, just about things like making breakfast. My mom puts her head in the sand. I can only hear things for so long from people and then I just have to get up and go." [Wendi] · seen in APR. [Wendi is] alert and oriented. Discussed general occurrences during last week. [Wendi reports] increase in ability to detach from anxiety of peers. [She is] housed [in] C pod, medication compliant and participating in all treatment offered. Mood euthymic, affect within normal limits, thoughts organized.<br><br>Assessment Need for psychiatric stabilization justifies [Durango Psychiatric Unit housing]. [Wendi] making continued efforts to employ coping strategies in the face of stress.<br><br>Plan Continue Special Needs Treatment Plan. | |
| 9/10/04<br><br>(1330 hours) | Dr. Gerald Perry | [Wendi] has been in court Tuesday through Thursday, awakened at 2 a.m. for transport and returns between 7 and 8 p.m. She has [experienced] increasingly stressed but not a danger to self. Has been tearful at night by her and staff's accounts but seemed more positive today. [Wendi] asked for minor medication change to help get to sleep | |

| | | | |
|---|---|---|---|
| | | sooner.<br><br>Assessment Adjustment disorder with depressed mood.<br><br>Plan (1) Maintain on [Durango Psychiatric Unit] to maintain level of functioning (2) Medications as per Dr. Drapeau (have discussed). | |
| 9/10/04<br><br>(1410 hours) | Dr. P. Drapeau | [Wendi] seen per Dr. Perry today. She said that even with Seroquel 50 mg and Ativan 1 mg at night when she returns from court, she is having trouble sleeping. She requests that Ativan be increased to 2 mg. Order written for Ativan 2 mg three times a day as needed for agitation for 28 days. | |
| 9/30/04<br><br>(1840 hours) | Dr. P. Drapeau | [Wendi] seen on her return from court. She said prosecution has rested their case yesterday. She said defense started today. She said she is sleeping from 9 p.m. to 1:30 a.m., getting 4.5 hours of sleep at night. She said she would like to be able to sleep more on the weekend, to get rest prior to her testimony which will begin next week for four afternoons. Wendi requests Seroquel 50 mg twice a day, as needed. Order written for Seroquel 50 mg twice a day by mouth, as needed for agitation for sixty days.<br>[Wendi] is alert and appears to be thinking clearly at this time. No voiced danger-to-self ideation. | |

**PROGRESS NOTES**

☐ PUBLIC HEALTH

☐ CORRECTIONAL HEALTH

DT081-6035

PATIENT ID PLATE IMPRINT

ANDRIANO, Wendy

This form will be used by the medical staff for:
PATIENT'S - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

A631830

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 11.3.00 | PSYCH. NOTE |
| | Has been in jail for about two weeks, charged with murdering her husband. She is extremely depressed but has been so for at least a year. Husband had pulmonary metastasis from a cystoadenoma (?) of a salivary gland and had been dying for months. For obvious reasons and at her attorney's request, she cannot discuss the case against her. |
| | She cries easily, looks fragile, in despair. |
| | Dx Depressive Disorder NOS. |
| | L. GARGA-SUNCEL MD |
| 11.13.00 | PSYCH. NOTE. |
| | Trazadone is causing a very dry mouth & throat and a stuffy nose. She has, however, been crying less but this could be due to her frequent visits by mother and father and a clergywoman from her non-denominational church. |
| | ~~Wst~~ Will switch to Remeron. |
| 12.13.00 | PSYCH. NOTE — L. GARGA-SUNCEL MD |
| | Pt. is not being seen because her attorney has instructed her not to speak to psychiatrists. Det. officers report, however, she is in a better mood. Will continue Remeron. |
| | L. GARGA-SUNCEL MD |

012691

081-6035 (Rev. 6/97) (OVER)

**PROGRESS NOTES**

☐ PUBLIC HEALTH

☐ CORRECTIONAL HEALTH

DT081-6035

PATIENT ID PLATE IMPRINT

Andriano, Wendy
8.26.70
A631830

This form will be used by the medical staff for:
PATIENT'S - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. ESTRS B301 NKDA |
|---|---|
| 11-15-02 | I/m to clinic c/o Blood in stool |
| | I/m Refused med-ical |
| 3-19-03 | (O) Eyeglasses from medics have arrived. Cleared |
| 1305 | through Security. Given to I/M. I/M signed |
| | for eyeglasses. |
| | (P) Give eyeglasses. [signature] |
| 5.13.03 | Psych Note: [signature] Hernandez |
| 1400 | S- Per Detention staff this Inmate was tearful. |
| | O - tearful, fragile mood, states saw an old |
| | friend and was not able to talk to her. |
| | Denies S.I./H.I. Denies AH/VH problems |
| | She wants to talk to Dr. Garcia. |
| | A - Fragile mood / adjustment problems |
| | P. Staff to be supportive. C. Alster Couns III |
| | C Alster CIII #410 |
| 8/25/03 | S: I'm anxious... on trial for 1st murder - need |
| 1350 | to be able to relax to prepare for trial" |
| Psychiatry | O: Speech clear, spontaneous, logical. Mood is calm |
| | affect appropriate. Reports above - wants to [illegible] |
| | Seroquel to achieve desired effect of calming down |
| | On Seroquel 200mg HS and Ativan 1mg BID. Not |
| | psychotic - denies AV hallucinations. No SI. |
| | A: Anxiety - anticipating trial for 1st murder charge. |
| | P: Will ↑ Ativan to 2mg BID, follow-up PRN |
| | [signature] Vincent Stuart |
| 9/27/03 2210 | man down "seizure - pass" 012693 |
| | (O) I/M found lying on floor - and is holding pressure |
| | over A "Lac on (L) hand" ↑ from 5th digit towards |
| | wrist. Appears was EBL on bed and on the floor. |
| | I/M is awake eyes closed stating "help me" |

For Discharge Date on Front of Form.

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 9/27/03 | (cont'd) Skin is pale [illegible]. Buccal membranes dry and pale. Bleeding to (L) hand controlled c DO's "pressure drsg." Puncture around (L) AC area s bleeding open [illegible] approx 1cm rounded. |
| | 911 called AR-134 R-16 100 [illegible] 97% [illegible] |
| | IM transported in timely manner to MMC ER for eval of self inflicted wound. |
| | I. Sweeney RN #284 [signature] |
| | (O) IM has written a suicide note which is atop the [illegible] surrounded by [illegible] pictures of children reportedly IM children. I. Sweeney RN #284 [signature] |
| 9-28-03 0920. | S) IM seen in intake 4pt restraint d/c'd to 3 pt. Pt. states remorse for stabbing her arm. |
| | O) dressing on (L) FA OLT. Restraints checked ok. HR 100, RR 20. toileted c c/o of wrist or ankle pressure. |
| | A) IM not able to make solid contract. Danger to self. |
| | P) transfer to [illegible], order from Dr Wang obtained. Report given to Dr. [illegible] |
| | RN [signature] [signature] |

012694

**PROGRESS NOTES**

☐ PUBLIC HEALTH

☐ CORRECTIONAL HEALTH

PATIENT ID PLATE IMPRINT

Andriano, Wendy
A 631830

This form will be used by the medical staff for:
PATIENT'S - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 9/28/03 | Admitted To Durango Psych |
| 1115 | S: female inmate transported to D2 by W/C from Estrella. O: pt frail, pale white skin c pale mucous membranes. Oriented X3, alert c/o feeling dizzy under using BR from to 4 pts. VS [illegible] 64 P. 84 T. 97.7 Mood: dysphoric affect congruent. Thoughts - irrational, minimizing suicide attempt last pm. (pt stabbed self on (L) brachial area c pencil and was sent to MMC for suture. Bandage dry and intact. Good ROM. States just wants to sleep. Unable to complete nursing assessment. A: ↑ Risk DTO/DTS. P: Level I c 4pt as ordered. |
| | D Anderson RNC #217 D Anderson RNC |
| 9/28/03 | Nursing note: Level I (4 pt). |
| 1900 | S: pt awake. Level I. O: pt oriented X3, alert mood: smiling, thoughts logical currently. ∅ DTO/DTS (L) arm dressing changed. Sutures in place, skin edges approximated over brachial area. Bandaid re-applied. Contract to reduce to 2 pt. A: 2 pt. P: cont tx plan as ordered. |
| | Anderson RNC #217 D Anderson RNC |
| 9/28/03 | Nursing Note Level 3 note - 2 point restraint |
| 1926 | S: I know I have to be here until I see the Doctor. I was angry at being in jail. O: In 2 pt. restraint. Cooperative. Pleasant. A: Remains at risk for DTS. P: Continue Level 1 - 2 pt. restraint for safety. M Taitroo |

012697

CHM - 1600 R 3-03 (OVER)

For Discharge Date on Front of Form

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 9/29/03 0600 | Level I Nsg Note S. "I'm OK, I just woke up and realized I need to go to the BR" O. Up to BR. gait steady; denies suicidal ideations "for now" A. level I SR P. Continue level I SW — L Brown RN #204 |
| 9.29.03 1000 | SOCIAL WORK NOTE No LO re consumer access line. L King CIII #427 |
| 9.29.03 1030 | INITIAL Rx STAFFING Met with tx team to review pt status and establish discharge criteria. Pt referred from Estrella. Has been in custody since 10/00. often on L/D status. Appears to have taken suicidal action in response to L/D by detention. Pt has court coming up for serious charge. Will keep on unit for brief respit unless behavior changes and she takes advantage of others. Discharge criterion: ① no DTO/DTS/IDB x14 days ② coping for current situation 25B x 14 days. Need for stabilization justifies D-2 as LRE. L King CIII #427 |
| 9.29.03 1800 | COUNSELOR ADMIT NOTE "I guess I just panicked. That officer lied to me and I felt trapped. I knew I would be in lock down during my trial and I just couldn't do it. I just freaked out." Pt is 33 y.o. white female approaching trial on serious charge. She came to D-2 after panicked and impulsive suicidal gesture which was too successful. Pt has no prior SA in custody or prison. Pt has no ψ Hx prior to custody except for brief contact through EAP at work. Pt was married x 7 years. Had two children - now 5/6. They live with husbands family who are trying to terminate pt's parental rights. Pt denies hx of drugs, etoh, and smoking. Pt has degree in accounting and real estate license. She was working in apartment management |

PROGRESS NOTES

☐ PUBLIC HEALTH
☐ CORRECTIONAL HEALTH

ANDRIANO, WENDY
A 631830
D-2
8/26/70

This form will be used by the medical staff for:
PATIENT'S - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
| --- | --- |
| 9-29-03 CONT'D | prior to arrest. pt has no hx other jail, prison, arrests. pt receiving no entitlement funds. pt has support of family. Her father visits every Wednesday. Mother visits when she can. pt feels mom is too distressed by jail setting. pt has counselor that sees her every two weeks (Candy Rhode 480-443-1351) pt denies any further DTS intention and reports confidence in defense team, connection to family, and hope at seeing children. She is future oriented, organized thoughts, and good insight/judgment. Mood dysthymic - (A) Need for stabilization justifies D-2 as 4RE. pt acted out impulsively with significant SA in moment of panic. No peers on medical to reality test pt. Situationally fearful and anxious, due to extraordinary length of time in jail and severity of upcoming events. pt would benefit from respit on D-2. Also need to verify that SI has genuinely abated. (P) Assist pt in locating property from Estrella especially glasses / radio. Contact mother regarding cards / coloring books [illegible]. Check on double blanket. L King CIII #427 |
| 9/29/03 | PSYCHIATRIC ADMIT NOTE |
| | LATE ENTRY 9/28 09:00 |
| | 012699 |
| | I/M SEEN IN [illegible] ROOM & PT - [illegible] QUITE ARTICULATE APPROPRIATE - OPEN ABOUT [illegible] |
| | SHE HAS BEEN IN JAIL 3 YRS - |

CHM - 1000 R 3-03 (OVER)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| | SUED TO TRIAL NEXT 30-45 DAYS - |
| | SHE IS BEING TREATED FOR ANXIETY |
| | ANGER & INSOMNIA AT ESTRELLA, AS |
| | WELL AS BEING SEEN BY A PRIVATE |
| | THERAPIST ~~AT [illegible]~~ FROM OUTSIDE |
| | x 2 / MONTHS |
| | SHE APPARENTLY COULD NOT |
| | [illegible] ASPECT OF VOLUNTARY |
| | [illegible] SEE - IMPULSIVELY STABBED |
| | SELF ? "I THINKS" - |
| | "I'M NORMALLY QUITE LEVEL - |
| | HEADED" |
| | MSE - COMPLETELY UNREMARK- |
| | ABLE |
| | WE AGREED I/M WOULD SPEND |
| | SHORT TIME HERE - REPORT THEN |
| | MOVE BACK TO ESTRELLA - |
| | A - ADJUSTMENT D/O |
| | P - ABOVE |
| | K. Hoffert MD #303 [signature], MD |
| 10/2/03 1000 | MA note - S/O: I/m was seen in medi- |
| | -cal to redo a PPD & RPR test. |
| | which they were done. |
| | P) Continue as ordering Dakolli MA #804 |
| 10-3-03 | VS - 98.7 - 109/64 - 89 - 16 |
| | S: states she is having drainage |
| | from L antecub laceration |
| | O: sutures intact, L antecubital |
| | (+) mucosang. discharge ↑ erythema |
| | A: infected wound |
| | P: [illegible] orders, RTC [illegible] 10-6-03 |
| | for suture removal |
| | R. Reynolds PA-C #131 Rosanne Reynolds |
| 10-4-03 0930 | S/I/m completed [illegible] given G. VALDEZ MA #718 |
| | GValdez [illegible] |

012700

ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES.

10-9-03 CONT'D — Need for stabilization justifies D-2 as LRE. [signature] L King CIII #427

10/10/03 12:30 — PSYCHIATRIC NOTE
I/M STABLE
MEDS RENEWED.
WILL MAINTAIN ON UNIT AT CERT UNTIL START OF TRIAL -
[illegible]
[signature], MD

10-10-03 1800 — COUNSELOR WEEKLY NOTE
"I'm just afraid that I'll be called to roll up and have no idea where I'm going. I'm just nervous, but I'm doing alright" pt alert and oriented. Relayed to pt that due to security issues people could not be told when they were moving. Agreed that pt would be notified at some point that there would be a move, if she is to be transferred. Discussed "keepaway" issue and relayed that housing re: "keepaways" is at detentions discretion. This is not a classification issue. Pt reports parents visit ad. Counselor visit on Tuesday. Mood dysthymic - affect was slightly anxious. Pt fearful towards conclusion of encounter. No SI/OI/TS at issue now today. Thoughts organized. (A) Need for stabilization justifies D-2 as LRE. Pt anxious and under much stress as is expected in her situation. Good at covering - appears more intact and distressed than she is. (P) Continue SNTP. [signature] L King CIII #427

10/15/03 8:30 — IC: MH note - S/O: I/m seen in medical for sick call; U/S BP regarding a pap smear. V/S: BP 112/63, P 78, T 98.2, Wt. 112½ (A) Contracting for safety (P) Continue as needed B. Bakolli MA #804 [initials]

012702

Put Discharge Date on Front of Form.

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 1/24/93 1300 | S- Stated she has been feeling ↑ anxious and depressed since various staff members have discussed possibility of going to GP. She is very worried that she will regress to a state of hopelessness and again attempt suicide. Said she surprised & scared herself ̄c previous attempt and did it suddenly and without warning. Stated she has been unable to sleep ̄c worry and called her outpt counselor last night for support. O- I rec'd a call from Dr. Garcia in outpt saying he had rec'd call from outpt counselor expressing concern that Wendi was suicidal. I rec'd a call from Counselor (Randy Ronde) - H(480) 443-1351, cell (602) 312-95[illegible] saying she feared Wendi would kill herself. Pt was seen by me @ 1300. A- Pt is not an acute suicide risk at present but does need to remain on D-2 to continue her current level of stability. P- (1) Maintain on D-2 to prevent decompensation (2) Reassurance as needed. GERALD M. PERRY, PsyD [signature] |

012710

Pt Discharge Date or Period of Form

ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES.

1/14/04 1330 — [illegible] (S) Pt tearful discussing her children. Was told she may have long court battle to regain custody of her children. Also discussed her family of origin & step-father response of "pouting", withdrawing and withholding attention & affection when he felt hurt or angry. She is learning how these dynamics have affected her & her need to "fix" or help other Ill's & their problems. She is saddened by news of custody problems but denies DTS. (A) Not a current DTS (P) Maintain on D2 as LRE (2) Supportive counseling thru trial (3) Monitor mental status / DTS.

G. Perry Psychologist #325

1/18/04 LFD830 — Nursing note: weekly
S: pt sleeping most of W/E days. O: oriented alert. Mood: dysphoric affect congruent. Thought logical. Ø ITO / DTS. pt attempting to stay busy by writing, reading and sleeping during the day. Taking meds as ordered Ø side effects noted. Eating well.
A: Sleep pattern deficit R/T sleeping more during the day than night.
P: cont tx plans goals. encourage pt to stay up during the day.
D Anderson RNC

D Anderson RNC #217

1-13-04 1600 Attending 1-20-04 — COUNSELOR WEEKLY NOTE
"I'm just having a hard time with my sleep. They may keep my kids. I just feel so uncomfortable not helping someone when they're hurt or need some thing. It's like I can't stand it, but at the same time I don't want to do it." Pt describes internal pressure when someone she is close to is in need. Pt tearful when describing her conflict in feeling she must help

012720

**PROGRESS NOTES**

☐ PUBLIC HEALTH

☐ CORRECTIONAL HEALTH

PATIENT ID PLATE IMPRINT

8-2670

A631830

D-2

This form will be used by the medical staff for: PATIENT'S - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 1-13-04 CONT'D | others she is close to. Pt very uncomfortable saying no, even when she knows it is the "right" thing to do. Pt tearful, frustrated and anxious, but forthcoming with her struggle. (A) Pt engaged in conversation showing ↑ in insight and willingness to disclose painful conflicts. Pt still on altered sleep pattern. (P) Continue SATP. [signature] L King CIII #427 |
| 1/22/04 1600 | PSYCHOLOGY NOTE (S) Pt c/o difficulty c̄ slowed thought processes & is concerned about how this might affect her upcoming trial. Feels the Seroquel is making her groggy & is asking for a med Δ. During her trial she will be awakened ≈ 130-2 am for court & will not return to jail until ≈ 5-6 pm, when she will have to go to sleep. Having some anxiety re trial but depression under good control. (A) May be having med effect (P) Have discussed c̄ Dr. Venkatabillai who will review meds. [signature] G. Perry Psychologist #325 |
| 1-23-04 1425 | S) I/M to Medical for sore throat. O) T 97.9 P) chart given to provider ——— [signature] |

012721

CHS-1600 R 3/03 (OVER)

**PROGRESS NOTES**

☐ PUBLIC HEALTH

☐ CORRECTIONAL HEALTH

PATIENT ID PLATE IMPRINT

A63183

This form will be used by the medical staff for:
PATIENTS - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 1-23-04 2330 | Weekly Nursing Note - (S+O) pt consistently denies SI HI intent. ↑ Anxiety related to Trial (charges are serious) Hygiene and grooming remain good - pt requested A [illegible] med. to [illegible] [illegible] Trial - No S/S of psychosis - conversation are logical 100% compliant c̄ meds - No management problems - Pt has some somatic c/o - Sore throat and trouble sleeping which will be further disturbed by court schedule - eats WNL has bowel c/o. (A) Fragile but holding on and coping well for her situation - (P) Cont. Tylenol PRN for sore throat as needed - watch for ↑ Sx - Monitor for mood swings pt has Hx of impulsive acts, [illegible] D. Rhoades, RN |
| | PSYCHOLOGY NOTE (S/O) Pt returned from court upset & tearful 2° being told her trial is being postponed x2 months. Ø DTS. Stated ↓ Seroquel is helping her focus but asking for meds to help c̄ emotional lability & causing cognitive slowing. (A) Not a current DTS. Tearful & anxious. (P) 1) Maintain on D-2 as (RC) 2) Have discussed meds c̄ Dr. Venkatabalaji. He will see her re possible meds. G. Perry Psychologist #325 [signature] |
| 1-26-04 1800 | Nursing Note - Seen in Dayroom S: Talking about necessity of postponing trial for 2 months. Wanting to wean off Seroquel & start on anti-depressant. Talked of problems of living on [illegible] unit & how she is working through them. |
| | Cont. — [illegible] |

CHM - 1600 R 3-03 (OVER)

013723

**PROGRESS NOTES**

☐ PUBLIC HEALTH
☐ CORRECTIONAL HEALTH

PATIENT ID PLATE IMPRINT

ANDRIANO, WENDI
8/26/70 C/F
A631830

This form will be used by the medical staff for:
PATIENTS - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

D-2

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 2-13-04 1000 | Weekly Nursing Note - S: "I'm down to 112# I'm so happy" States zoloft is helping - It's allowing her not to obsess over things. Denies problems on unit. Is med compliant. O: Alert oriented Good hygiene Remains fragile - Easily tearful Social c̄ peers Cooperative Articulate A: Compliant c̄ Tx P: Continue SNTP - Joyce Van Every [illegible] |
| 2/13/04 | (S/O) Stated she is sleeping better & feels Zoloft is helping her. Was unhappy c̄ new mitigator - feels that he does not understand her & won't be able to represent her well, but was concerned she may have hurt his feelings & felt like apologizing. We discussed her learning more assertiveness skills & not needing to take care of everyone. (A) doing well c̄ med Δ but needs continued stay @ D-2 2° hx brittle response to stress. (P) (1) Maintain on D-2 as CRE (2) Meds as per Dr. Venkatabalaji (3) Continue to work on assertiveness skills |
| | G. Perry Psychologist #325 [signature] |
| 2-20-04 1500 | COUNSELOR WEEKLY NOTE "I can't find my center. It's very upsetting" Pt seen in APR. Discussed establishing boundaries with peers, and feelings surrounding changing relationships. |

CHM - 1800 R 1-03

012772 (OVER)

ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES.

3/2/04 1200 — PSYCHOLOGY NOTE (S/O) Felt physically & emotionally drained from court appearance Fri & disappointed that no rulings were made. Was tearful & isolative over wkend. Today became tearful when discussing upcoming trial & "having to dig up everything again". Discussed about much she has grown & individuated as a person since being in jail & how she is realizing [illegible] she lacked her own identity & was so codependent when married. (A) Experiencing vicissitudes of her situation but clinical depression under good control & no DTS (P) (1) Maintain on D-2 for continued stability (2) Meds as per Dr. Ventatabalajee (3) Supportive counseling // gps.

G. Perry Psychologist #325

3-3-04 1600 — COUNSELOR WEEKLY NOTE "I have some things that I have to read. I'm kind of putting it off because its so hard to remember that person I was" pt seen on ADR. pt alert and oriented. Discussed with pt concerns about legal pressures and interaction with peers. Mood euthymic. Affect anxious. Thoughts organized. (A) Need for MH stabilization justifies D-2 as pt benefiting from therapeutic structure of unit. (P) Continue SVTP.

L King CIII #427

112769

**PROGRESS NOTES**

☐ PUBLIC HEALTH

☐ CORRECTIONAL HEALTH

PATIENT ID PLATE IMPRINT

ANCHIANO, WEN. I

A631830

D-2

This form will be used by the medical staff for:
PATIENTS - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| | TREATMENT PLAN STAFFING |
| 3-23-04 1030 | Met with SNTP signees to review pt status. pt remains housed on C pod, med compliant and participating in all tx offered. pt maintaining stability but remains fragile and will continue to benefit from D-2 as LOC. Discharge Criteria / treatment Goals - [illegible] L King CIII #427 |
| 3-24-04 1155 | Weekly Nursing Note - Seen in dayroom S/O: Tearful @ times due to personal situation. Also upset over a needy peer, who keeps bothering her for various needs. Easily upset. Remains pleasant, cooperative. States she does well for awhile + then "falls apart" over something insignificant. A: Compliant c̄ tx. P: Continue to monitor. Joyce Van Every [illegible] |
| 3-24-04 | COUNSELOR WEEKLY NOTE |
| | "I don't know why I keep doing the same thing over and over again. I want to stop it. I want to learn, but it's just so hard." pt alert and oriented. Discussed strategies for assertiveness with peers and history of [illegible] self trying to assist others. Discussed frustration of unknown outcome re: legal issues and relationships, pt shifts from giddy to tearful. (A) pt remains fragile and at risk for decompensation due to current legal status. pt remains stabilizing presence on C pod. Need for stabilization justifies D-2 as LOC. (P) Continue SNTP. L King CIII #427 |

012766

CHM-1500 R 3-03

(OVER)

Put Discharge Date on Front of Form.

ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES.

3/25/04 1300 (S) Pt continues to show pleasant affect despite feeling anxiety re her situation & some interpersonal conflict in her pod. She was tearful speaking of her codependency needs and how hard she has worked to change for the better. She had extra PRN Atarax recently to deal c stress. (A) Situational anxiety. (P) Maintain on D-2 as LRE (2) Supportive counseling (3) Continue SNTP
G. Perry Psychologist #325

1-2-04 0820 Weekly Nursing Note - Seen in dayroom S/O: Talking about mixed feelings as trial date gets closer. Feels her friends have "sharpened" her thoughts so she is better able to assist her lawyers. Still gets caught up in various stories of other IM's. A: Compliant c tx. P: Continue to monitor — Joyce VanEvery

4/2/04 (S/O) Depression being controlled well generally but having some anxiety re upcoming trial. Does not like having painful memories & events brought to surface again. (A) No significant Δ since last wk (P) Continue SNTP.
G. Perry Psychologist #325

4/2/04 1500 "I'm doing fine. I'm sleeping alright. I'm just trying to relax." pt alert and oriented. Briefly processed pt's possible concerns about ↑ stress on unit this week. pt asserts that she is fine and remains focused on legal matters. pt housed c pod, med compliant, and treatment compliant. Mood euthymic, affect wnl, thoughts organized. (A) Need for stabilization just like D-2 as LRE. pt benefitting from structure and ↑ routine encounters with staff (P) Continue SNTP. [signature] King CIII #427

012765

PCR000148

Put Discharge Date on Front of Form.

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 4/29/04 1500 | COUNSELOR WEEKLY NOTE "I'm doing pretty well. I'm dreaming a lot these days, just about things like making breakfast. My mom puts her head in the sand. I can only hear things for so long from people and then I just have to get up and go." Pt seen in APR. Pt alert and oriented. Discussed general occurrences during last week. Pt ↑ in ability to detach from anxiety of peers. Pt housed c pod. med compliant and participating in all tx offered. Good eating, sleep wnl, thoughts organized. (A) Need for stabilization justifies D-2 as LRE. Pt making continued efforts to employ coping strategies in the face of stress. (P) Continue SNP. L King CIII #427 |
| | PSYCHOLOGY ADMISSION NOTE error |
| 4/30/04 0930 | (S/O) PSYCHOLOGY NOTE Attempted to see pt but she was GTC. (P) See next wk. G. Perry Psychologist #325 |
| 5/7/04 0800 | PSYCHOLOGY NOTE S/O pt seen in dayroom. Felt exhausted from court last Fri. She was picked up @ 2am & did not return until 7PM. She seems to be handling the stress fairly well – cried once talking about the media coverage getting info only from the prosecutor & not being able to respond c getting her explanation of what happened. Says meds are fine as is. (A) Doing well considering the stress. (P) Continue SNP. G. Perry Psychologist #325 |

012761

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| [illegible] | water [illegible] has been put on the defense table |
| [illegible] | Retd. atty's call & left message for him to call me |
| | M. Lothian, MSW, LCSW |
| | M Lothian CIV #423 |
| 9/10/04 1330 | PSYCHOLOGY NOTE (S) Pt has been in court Tues → Thurs. Awakened @ 2am for transport & returns 7-8pm. She has been ↑ stressed but not a DTS. Has been tearful @ night by her & staff's accounts but seemed more positive today. Asked for minor meds to help get to sleep sooner. (A) Adj. Dis. c depressed mood. (P) Maintain on D-2 to maintain level of functioning (2) Meds as per Dr. Drapeau (have discussed). |
| | G. Perry Psychologist #325 [signature] |
| 9/10/04 1410. | PSYCHIATRIC NOTE I'm seen per Dr. Perry today. She said that even with Seroquel 50mg + Ativan 1mg @ HS when she returns from court — she is having trouble sleeping. She requests that Ativan be increased to 2mg — A/P — Order written for Ativan 2mg TID per agitation x28 |
| | P. Drapeau #311 P.K. Drapeau MD |

012737

**PROGRESS NOTES**

☐ PUBLIC HEALTH

☐ CORRECTIONAL HEALTH

PATIENT ID PLATE IMPRINT

This form will be used by the medical staff for:
PATIENTS - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

Andriano Wendi

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 9/30/04 1840 | PSYCHIATRIC NOTE IM seen on her return from court. She said prosecution has rested their case yesterday. She said defense started today. She said she's is sleeping from 9pm to 130am getting 4.5 hrs. of sleep @ night. She said she would like to be able to sleep more on the weekend to get some rest prior to her testimony which will begin next week x 4 afternoons. She requests Seroquel 50mg BID prn. A/P ① Order written for Seroquel 50mg BID PO PRN Agitation x60 ② IM is alert + appears to be thinking clearly @ this time. ③ Not voiced DTS ideation. P.K. Drapeau MD P. Drapeau #311 |
| 10-8-04 1220 | Courtesy Nursing Note - Seen in dayroom S/O: Upbeat, pleasant. Says her defense is going well. Was upset over her mom crying while testifying. Does state is anxious - has been picking @ cuticles + appears to have lost wt. States she will be testifying in 2 weeks + is c/o that. A: Deferred P: Continue to monitor Joyce Van Eseuy RN |

012736

(OVER)

Exhibit No.: **48**

Case No.: **CR2000-096032**

For Identification:

**DEFENDANT**
**01/31/2014**

In Evidence: Stipulated 2/3/2014

**Clerk of Superior Court**

By: L. MOONEY
(Deputy Clerk)

1002841597

**Wendi Andriano**
Booking Number: A631830
PID Number: 000082785

## CHS Special Needs Treatment Plan (SNTP) Form

**I. Basic Information**

Date of Admission: 9/28/2003
Booking Number: A631830
Patient Name: Wendi Andriano

Age: 30 Race: Caucasian Sex ☐ Male ☑ Female
Date of Birth: Redacted
Social Security Number: Redacted

☑ English spoken ☑ English written
☐ Spanish spoken ☐ Spanish written

What other language?:

Home Address:
2155 E Liberty
Phoenix

Home Phone: (480) 689-2630

*Education*

Highest Grade Completed: 14

*Employment*

☑ Employed Full-time ☐ Employed Part-time

Most Recent Jobs Held:
apartment manager

*Financial Information, Entitlements*

☐ SSD ☐ SSI ☐ GA ☐ Worker's Comp ☐ AFDC
☐ Food Stamps ☐ VA Benefits ☐ Unemployment

*1. Significant Other or Relative*

Name: Alejo Ochoa
Relation: father Phone: (520) 831-6829
Name:
Relation: Phone:
Name:
Relation: Phone:

*2. RBHA Contact* NA

RBHA Casemanager: N/A
Clinic Location:
Clinic Phone:

☐ COT
COT Requested Date:
☐ DTO ☐ DTS ☐ GD ☐ PAD

☐ ISP Requested
ISP Request Date:
☐ Medical Records Requested
Medical Records Request Date:

*3. Attorney Name* PRIVATE ATTY. DAVID DELOZIER 480·575·6660 CELL:- 602·989·1759 FAX:- 480·575·666

Attorney Name: Daniel Patterson
Attorney Phone: (602) 506-2200

*4. Probation/Parole Officer*

Probation/Parole Officer Name:
N/A
Phone:

*Counselor*
Signature: [signature]
Date: 9/30/03

1

012654

PCR000152

**Wendi Andriano**
**Booking Number:** A631830
PID Number: 000082785

**CHS Special Needs Treatment Plan (SNTP) Form**

**I. Counselor's Assessment continued**

| | Item | Score | Comment |
|---|---|---|---|
| ☐ | **Violent Behavior toward others** | 0 | charge: remains unsubstantiated, no other incidents reported or observed |
| ☑ | **Violent Behavior toward self** | 2 | Serious SA led to D-2 admit |
| ☐ | **Property Destruction** | 0 | not observed/reported |
| ☐ | **Eating Problems** | 0 | not observed/reported |
| ☑ | **Sleep Problems** | 1 | difficulty maintaining sleep |
| ☐ | **Inappropriate Behavior** | 0 | not observed/reported |
| ☐ | **Alcohol Abuse** | 0 | denied |
| ☐ | **Drug Abuse** | 0 | denied |
| ☐ | **Compulsive behaviors (not already specified)** | 0 | not observed/reported |
| ☐ | **Housing Problems** | 0 | can return to family home if released |
| ☐ | **Poor Personal Hygiene/Dress** | 0 | good |
| ☐ | **Social Support** | 0 | good; family, legal team |
| ☑ | **Other** | 2 | Significant stress due to facing trial on capital case whose outcome could include death sentence |

***Current Summary of problem:***

Pt coping strategies overwhelmed by multiple circumstances including time in custody, sleep disturbance, severe legal status, and unexpected placement in isolation in GP. Pt frightened by her impulsive decision to suicide.

*Counselor* **Signature:** [signature]

**Date:** 9/30/03

012655

PCR000153

**Wendi Andriano**
Booking Number: A631830
PID Number: 000082785

**CHS Special Needs Treatment Plan (SNTP) Form**

SNTP3

**II. Counselor's Assessment continued**

**Clinical History**

☐ **Prior Psychiatric Hospitazations**

**Date of Most Recent:**

**Prior Hospitalizations**

| Prior Hospitalizations | | ROI sent on |
|---|---|---|
| N/A | ROI sent on | |
| | ROI sent on | |
| | ROI sent on | |

☐ **Prior Outpatient Mental Health**

**Date of most Recent OP tx**

**Place of most recent OP** N/A

☐ **Prior Residental Treatment Program** N/A

☐ **Hx DeTox Service**

☐ **Prior OP drug/alcohol abuse service**

**Significant family mental health history:**

N/A

**Counselor Impressions:**

Pt comes to D-2 following nearly 3 years in custody. Pt facing capital charge, recently placed in adseg. Pt made serious SA by cutting arm. Cannot say why. Unanticipated by all service providers, family and legal team. Increasing stress of incarceration, legal status, and toxic GP environment have combined to erode pt's ability to cope successfully.

CHS Special Needs Treatment Plan (SNTP) Form

Booking Number: 00008278S ANDRIANO, WENDI
PID Number: 08-26-70 C/F

III. Psychiatric Assessment (To be completed by psychiatric provider in three working days.)

| Y | N | Symptoms | Description |
|---|---|---|---|
| ✓ | | Alert | |
| ✓ | | Oriented | |
| ✓ | | Appropriate Grooming | |
| ✓ | | Clean | |
| ✓ | | Motor Activity Normal | |
| | ✓ | Euthymic | |
| | ✓ | Speech Normal | |
| | ✓ | Associations Loose | |
| | ✓ | Flight of Ideas | |
| | ✓ | Tangential Thoughts | |
| | ✓ | Concrete Associations | |
| | ✓ | Blocking | |
| | ✓ | Auditory Hallucination | |
| | ✓ | Visual Hallucinations | |
| | ✓ | Delusions | |
| | ✓ | Suicidal | |
| | ✓ | Self Injurious | |
| | ✓ | Homicidal | |
| | ✓ | Destructive | |
| | ✓ | Memory Impaired | |
| ✓ | | Insight | |
| ✓ | | Judgement | |
| ✓ | | Attention Span Normal | |
| ✓ | | Cognition Intact | |

Axis I: ADJUSTMENT DIS  Axis IV:

Axis II: MIXED FEATURES  Axis V:

Axis III: DEF  AIMS test results: ⊖

**Psychiatric Provider Impressions Recommendations:**

VERY ARTICULATE. GOOD VALIDITY, CONSIDER-ING 3 YEAR IN JAIL

Psychiatric Provider: [signature] MD

K. Hoffert MD #303

012657

PCR000155

**Wendi Andriano**
**Booking Number:** A631830
**CHS Special Needs Treatment Plan (SNTP) Form** PID Number: 000082785

**Initial Assessment (Within three working days of admission) DATE COMPLETED:** 9/29/2003

**A. Discharge Criteria (stated in behavioral/measurable form)**

No DTO/DTS 100% x 14 days
Increase coping for current situation 25% x 14 days

**B. Discharge Pl**

To General Population (includes special precautions or supervision/support needs, mental health outpatient, other)

F/U outpt psych as Rxd by discharging psych MD or PRN

To the Community (include residential, mental health outpatient, vocational, etc.)

Refferal as appropriate

**Follow-up Assessments (at fourteen working days and monthly therafter)**

DATE REVIEWED ___/___/___ DATE REVIEWED ___/___/___ DATE REVIEWED ___/___/___
DATE REVIEWED ___/___/___ DATE REVIEWED ___/___/___ DATE REVIEWED ___/___/___

**A. CHANGES in Discharge Criteria (state in behavioral/measurable te**

______________________________________
______________________________________
______________________________________

**B. CHANGES in Discharge Plans: (To General Population (include special precautions or supervision support needs, mental health outpatient, other)**

______________________________________
______________________________________
______________________________________

**To the Community (include residential, mental health outpatient, vocational, etc.)**

______________________________________
______________________________________
______________________________________

012658

PCR000156

D000822785
ANDRIANO, WENDI
PID
06 26-70 C/F

Date Initiated: ______

Special Needs Plan *Update* Goals, Objectives and Interventions

Patient's Name ANDRIANO BK # ______ Today's Date __/__/__

**1. Goal Area: Psychiatric Symptoms** (Completed by Psychiatric Provider)

GOAL(s): (1) ↓ DEPRESSION (2) ↑ INSIGHT

OBJECTIVES (in behavioral measurable terms):

A. 30 VD ↑ IX SENSE OF FUTURE

B. [illegible] MEDO- CDMP

C.

INTERVENTIONS (Specify activity & frequency)

1. [illegible]

2. 1:1

3. GROUP

**2. Goal Area: Dangerous to Self/Others** (Completed by Primary Counselor)

GOAL(s): NO DTO/DTS

OBJECTIVES (in behavioral measurable terms):

A. pt will make no plan to harm self/others

B. pt will take no action to harm self/others

C. pt will notify staff of thoughts/feelings/intentions to harm

INTERVENTIONS (Specify activity & frequency)

1. 1:1

2. groups

3.

ANDRIANO, WENDI
06-26-70 C/F

Date Initiated:

Special Needs Plan *Update* Goals, Objectives and Interventions con't

3. Goal Area: Behaviors Precluding Less Restrictive Placement
(Completed by Primary Counselor)

GOAL(s): ↑ coping skills for current situation.

OBJECTIVES (in behavioral measurable terms):

A. Identify most pressing issues.

B. Identify current coping strategies and pros/cons

C. generate new or alternative strategies

INTERVENTIONS (Specify activity & frequency)

1. 1:1

2. Groups

3.

4. Goal Area: Medical Concerns
(Completed by Nursing or Medical)

GOAL(s): No current medical concerns.

OBJECTIVES (in behavioral measurable terms):

A.

B.

C.

INTERVENTIONS (Specify activity & frequency)

1.

2.

3.

012660

ANDRIANO

ANDRIANO, WENDI
08-26-70 C/F

Signature for SNTP

Patient ______ Date ______

Patient comments ______

Date Initiated: 10.9.03

ComCare notified: Yes/No Date ______ Message left with: ______
(if present, signature)

Psychiatric Provider: K. Hoffert MD #1 Date: 10/9/03
L Call CIII #402

Counselor: L King CIII #427 Date: 10.9.03

RN/LPN: F Despain LPN #705 Date: 10-9-03

Medical Provider: D Anderson RNC #217 R Reynolds PAC #131 Date: 10-28-03

Unit Manager: R Lively CIII #422 Date: 10/9/03

*Full Special Needs Treatment Plan Update Reviews (Must be completed at least every 30 days)*

*Review DATE:* 11-5-03

R. Reynolds PA-C #131

R Lively CIII #422

CHS PARTICIPANTS SIGNATURES P.K. CH311

F Despain LPN #705

L King CIII #427 M Lothian CIV #428

R Reynolds PAC #131 D Anderson RNC #217 L Call CIII #402

Gerald M. Perry, PsyD 11/6/03

ComCare Notified: Yes No Date ______ Message left with: ______
(if present, signature)

PROGRESS AND/OR CHANGES to Goals/Objectives

CHANGES to Interventions

012661

**Wendi Andriano**
Booking Number: A631830
PID Number: 000082785

**CHS Special Needs Treatment Plan (SNTP) Form**

**V. Special needs Plan goals, Objectives and Interventions**
(to be completed by clinical team within 14 days of admission)

| 1. Goal Area: Psychiatric Symptoms (Completed by Psychiatric Provider) | 1. Goal Area: Dangerous to Self/Others (Completed by Primary Counselor) |
|---|---|
| **GOAL (s)** | **GOAL (s)** |
| | No DTS/DTO |
| **OBJECTIVES (in behavioral measurable terms):** | **OBJECTIVES (in behavioral measurable terms):** |
| A | A pt will make no plan to harm self/others 100% x 30 days |
| B | B Pt will take no action to harm self/others 100% x 30 days |
| C | C Pt will notify staff of any thought, feeling, intention to harm self or others 100% x 30 days |
| **INTERVENTIONS (Specify activity frequency)** | **INTERVENTIONS (Specify activity frequency)** |
| 1 | 1 1:1 weekly with counselor at least 30 min weekly |
| 2 | 2 participation in all groups offered |
| 3 | 3 Support/encouragement by staff |

CHS Special Needs Treatment Plan (SNTP) Form

**Wendi Andriano**
Booking Number: A631830
PID Number: 000062785

## V. Special needs Plan goals, Objectives and Interventions

(to be completed by clinical team within 14 days of admission)

| 4. Goal Area: Behaviors Precluding Less Restrictive Placement (Completed by Primary Counselor) | 5. Goal Area: Medical Concerns (Completed by Nursing or Medical) |
|---|---|
| **GOAL (s)** | **GOAL (s)** |
| Increase coping skills for current situation | |
| **OBJECTIVES (in behavioral measurable terms):** | **OBJECTIVES (in behavioral measurable terms** |
| A Identify pressing issues that lead to distress or negative consequences | A |
| B Identify current coping strategies and pros/cons of each | B |
| C Generate alternative strategies and steps by which to apply them to current circumstances | C |
| **INTERVENTIONS (Specify activity frequency)** | **INTERVENTIONS (Specify activity frequency)** |
| 1 1:1 weekly with counselor at least 30 min per week | 1 |
| 2 Participation all groups weekly | 2 |
| 3 Support/encouragement from staff PRN | 3 |

Name ANDRIANO, WENDI

Booking Number:

PID Number:

**CHS Special Needs Treatment Plan (SNTP) Form**

Signature Page - SNTP

Date Initiated 12.4.03

**PATIENT**

**Patient Signature:** ______ **Date:** ______

**Patient Comments:** ______

**RBHA**

**Notified:** Yes No NA **Date:** ______ **Message Left With:** ______

**Case Manager** ______ **Date:** ______

**CHS STAFF SIGNATURES:**

**Psychiatric Provider:** R Venkatabalaji MD # **Date:** 12/30/03

**Counselor:** L King CII #427; G Ziegler CIII #404 **Date:** 12.4.03

**RN/LPN:** D Anderson RNC #217; F Despain LPN #705 **Date:** 12/4/03

**Medical Provider:** ______ **Date:** ______

**Unit Manager:** Linda L [illegible] **Date:** 12-4-03

**Other:** M Lothian CIV #423 **Date:** 12.4.03

**Other:** L Call CIII #402 **Date:** 12/4/03

**Other:** G. Perry Psychologist #325 **Date:** 12/4/03

**Update/Reviews** **Date of Update:** 12.30.03

***Full Special needs Treatment Plan update Reviews (Must be completed at least monthly)***

**CHS PARTICIPANTS SIGNATURES**

L King CII; G Ziegler CIII #404; F Despain LPN #705; G. Perry Psychologist #325

**RBHA**

**Notified:** Yes No NA **Date:** ______ **Message Left With:** ______

**Case Manager** ______ **Date:** ______

**PROGRESS AND/OR CHANGES to Goals/Objectives**

**CHANGES to Interventions**

012664

**Wendi Andriano**
Booking Number: A631830
PID Number: 000082785

**CHS Special Needs Treatment Plan (SNTP) Form**

**V. Special needs Plan goals, Objectives and Interventions**
(to be completed by clinical team within 14 days of admission)

| 1. Goal Area: Psychiatric Symptoms (Completed by Psychiatric Provider) | 1. Goal Area: Dangerous to Self/Others (Completed by Primary Counselor) |
|---|---|
| **GOAL (s)** | **GOAL (s)** |
| | No DTS/DTO |
| **OBJECTIVES (in behavioral measurable terms):** | **OBJECTIVES (in behavioral measurable terms):** |
| A | A pt will make no plan to harm self/others 100% x 30 days |
| B | B Pt will take no action to harm self/others 100% x 30 days |
| C | C Pt will notify staff of any thought, feeling, intention to harm self or others 100% x 30 days |
| **INTERVENTIONS (Specify activity frequency)** | **INTERVENTIONS (Specify activity frequency)** |
| 1 | 1 1:1 weekly with counselor at least 30 min weekly |
| 2 | 2 participation in all groups offered |
| 3 | 3 Support/encouragement by staff |

Wendi Andriano
Booking Number: A631830
PID Number: 000082785

CHS Special Needs Treatment Plan (SNTP) Form

## V. Special needs Plan goals, Objectives and Interventions

(to be completed by clinical team within 14 days of admission)

**4. Goal Area: Behaviors Precluding Less Restrictive Placement**
(Completed by Primary Counselor)

**GOAL (s)**

Increase coping skills for current situation

**OBJECTIVES (in behavioral measurable terms):**

A. Identify pressing issues that lead to distress or negative consequences

B. Identify current coping strategies and pros/cons of each

C. Generate alternative strategies and steps by which to apply them to current circumstances

**INTERVENTIONS (Specify activity frequency)**

1. 1:1 weekly with counselor at least 30 min per week
2. Participation all groups weekly
3. Support/encouragement from staff PRN

**5. Goal Area: Medical Concerns**
(Completed by Nursing or Medical)

**GOAL (s)**

**OBJECTIVES (in behavioral measurable terms**

A

B

C

**INTERVENTIONS (Specify activity frequency)**

1

2

3

ANDRIANO, WENDI

Signature for SNTP

Patient ______________________ Date ______________________

Patient comments ______________________

Date Initiated: 1-27-04 — M Lothian CIV #423

ComCare notified: Yes No Date ______ Message left with: ______
(If present, signature) G Perry Psychologist #325

Psychiatric Provider: R Venkatabalaji MD #109 — L Call CIII #402 — Date: 1/27/04

Counselor: ___ King CIII #427 — R Lively CIII #422 — G Ziegler CIII #404 — Date: 1-27-04

RN/LPN: D Anderson RNC #217 — J Easton LPN #729 — Date: 1/27/04

Medical Provider: ______________________ Date: ______

Unit Manager: ______________________ Date: ______

*Full Special Needs Treatment Plan Update Reviews (Must be completed at least every 30 days)*

*Review DATE:* 2-24-04 — G Perry Psychologist #325 — 2/24/04

CHS PARTICIPANTS SIGNATURES

L Call CIII #402 — R Lively CIII #422

M Lothian CIV #423 — J Easton LPN #729 — L King CIII #427

G Ziegler CIII #404 — R Venkatabalaji MD #109

ComCare Notified: Yes No Date ______ Message left with: ______
(If present, signature)

PROGRESS AND/OR CHANGES to Goals/Objectives

CHANGES to Interventions

012667

**Wendi Andriano**
Booking Number: A631830
PID Number: 000082765

CHS Special Needs Treatment Plan (SNTP) Form

## V. Special needs Plan goals, Objectives and Interventions

(to be completed by clinical team within 14 days of admission)

| 1. Goal Area: Psychiatric Symptoms (Completed by Psychiatric Provider) | 1. Goal Area: Dangerous to Self/Others (Completed by Primary Counselor) |
|---|---|
| **GOAL (s)** | **GOAL (s)** |
| ↓ depression & anxiety | No DTS/DTO |
| **OBJECTIVES (in behavioral measurable terms):** | **OBJECTIVES (in behavioral measurable terms):** |
| A Pt reports ↓ in depression and anxiety and is able to manage her symptoms | A pt will make no plan to harm self/others 100% x 30 days |
| B 100% medication compliance & | B Pt will take no action to harm self/others 100% x 30 days |
| C follow pod rules | C Pt will notify staff of any thought, feeling, intention to harm self or others 100% x 30 days |
| **INTERVENTIONS (Specify activity frequency)** | **INTERVENTIONS (Specify activity frequency)** |
| 1 medications | 1 1:1 weekly with counselor at least 30 min weekly |
| 2 1:1 intervention c̄ staff weekly or as needed. | 2 participation in all groups offered |
| 3 group therapy if available | 3 Support/encouragement by staff |

012668

PCR000166

**Wendi Andriano**
Booking Number: A631830
PID Number: 000082785

**CHS Special Needs Treatment Plan (SNTP) Form**

## V. Special needs Plan goals, Objectives and Interventions

(to be completed by clinical team within 14 days of admission)

**4. Goal Area: Behaviors Precluding Less Restrictive Placement**
(Completed by Primary Counselor)

**GOAL (s)**

Increase coping skills for current situation

**OBJECTIVES (in behavioral measurable terms):**

A Identify pressing issues that lead to distress or negative consequences

B Identify current coping strategies and pros/cons of each

C Generate alternative strategies and steps by which to apply them to current circumstances

**INTERVENTIONS (Specify activity frequency)**

1 1:1 weekly with counselor at least 30 min per week

2 Participation all groups weekly

3 Support/encouragement from staff PRN

**5. Goal Area: Medical Concerns**
(Completed by Nursing or Medical)

**GOAL (s)**

**OBJECTIVES (in behavioral measurable terms**

A

B

C

**INTERVENTIONS (Specify activity frequency)**

1

2

3

012669

PCR000167

ANDRIANO

ANDRIANO, WENDI
08-26-70 C/F

Signature for SNTP

Patient ______________________ Date ______________________

Patient comments ______________________

Date Initiated: 3-23-04

ComCare notified: Yes No N/A Date ______ Message left with: G. Perry Psychologist #325 3/23/04
(if present, signature)

Psychiatric Provider: R Venkatabalaji MD #109 Date: 03-23-04

Counselor: L King CIII #427 / L Call CIII #402 / Ziegler CIII #404 Date: 3-23-04

RN/LPN: Joyce Van Exel Date: 3-23-04

Medical Provider: ______________________ Date: ______

Unit Manager: M Lothian CIV #423 Date: ______

*Full Special Needs Treatment Plan Update Reviews (Must be completed at least every 30 days)*

*Review DATE:* 4/20/04

CHS PARTICIPANTS SIGNATURES G. Perry Psychologist #325 L Call CIII #402

L King CIII #427 J Easton LPN #729 R Venkatabalaji MD #109

Roberts Ziegler CIII #404 R Lively CIII #422

ComCare Notified: Yes No Date ______ Message left with: ______
(if present, signature)

PROGRESS AND/OR CHANGES to Goals/Objectives

CHANGES to Interventions

012670

Wendi Andriano
Booking Number: A631830
PID Number: 000082785

CHS Special Needs Treatment Plan (SNTP) Form

## V. Special needs Plan goals, Objectives and Interventions

(to be completed by clinical team within 14 days of admission)

**1. Goal Area: Psychiatric Symptoms**
(Completed by Psychiatric Provider)

**GOAL (s)**

control depression

**OBJECTIVES (in behavioral measurable terms):**

A. Pt will not any x 5 consecutive mtgs c̄ Ψ Provider

B.

C.

**INTERVENTIONS (Specify activity frequency)**

1. Medications
2. and - counseling
3.

**1. Goal Area: Dangerous to Self/Others**
(Completed by Primary Counselor)

**GOAL (s)**

No DTS/DTO

**OBJECTIVES (in behavioral measurable terms):**

A. pt will make no plan to harm self/others 100% x 30 days

B. Pt will take no action to harm self/others 100% x 30 days

C. Pt will notify staff of any thought, feeling, intention to harm self or others 100% x 30 days

**INTERVENTIONS (Specify activity frequency)**

1. 1:1 weekly with counselor at least 30 min weekly
2. participation in all groups offered
3. Support/encouragement by staff

012671

PCR000169

**Wendi Andriano**
**Booking Number:** A631830
PID Number: 000082785

**CHS Special Needs Treatment Plan (SNTP) Form**

## V. Special needs Plan goals, Objectives and Interventions

(to be completed by clinical team within 14 days of admission)

**4. Goal Area: Behaviors Precluding Less Restrictive Placement**
(Completed by Primary Counselor)

**GOAL (s)**

Increase coping skills for current situation

**OBJECTIVES (in behavioral measurable terms):**

A Identify pressing issues that lead to distress or negative consequences

B Identify current coping strategies and pros/cons of each

C Generate alternative strategies and steps by which to apply them to current circumstances

**INTERVENTIONS (Specify activity frequency)**

1 1:1 weekly with counselor at least 30 min per week

2 Participation all groups weekly

3 Support/encouragement from staff PRN

**5. Goal Area: Medical Concerns**
(Completed by Nursing or Medical)

**GOAL (s)**

no medical concerns
taking vitamins
to ↑ immune system

**OBJECTIVES (in behavioral measurable terms**

A

B

C

**INTERVENTIONS (Specify activity frequency)**

1

2

3

012672

PCR000170

Wendi Andriano
Booking Number: A631830
PID Number: 000082785

**CHS Special Needs Treatment Plan (SNTP) Form**

Signature Page - SNTP

Date Initiated 5·18·04

**PATIENT**

Patient Signature: ________ Date: ________

Patient Comments: ________

**RBHA**

Notified: Yes No NA (circled) Date: ________ Message Left With: ________

Case Manager ________ Date: ________

**CHS STAFF SIGNATURES:**

| Role | Signature | Date |
|---|---|---|
| Psychiatric Provider: | [signature] R Venkatabalaji MD #109 | 05/18/04 |
| Counselor: | [signature] R Lively CIII #422 / G Ziegler CIII #404 | 5-18-04 |
| RN/LPN: | [signature] J Easton LPN #729 | 5-18-04 |
| Medical Provider: | [signature] PA-C | 8-31-04 |
| Unit Manager: | | |
| Other: | [signature] M Lothian CIV #423 | 5·18·04 |
| Other: | L Cali CIII #402 [signature] | |
| Other: | | |

**Update/Review** Date of Update: 6/15/04

*Full Special needs Treatment Plan update Reviews (Must be completed at least monthly)*

CHS PARTICIPANTS SIGNATURES: [signatures] L Cali, Roberto Escobar, R Lively CIII #422, J Easton LPN #729, G Ziegler CIII #404, Venkatabalaji MD #109, Joyce Van Every

**RBHA**

Notified: Yes No NA (circled) Date: ________ Message Left With: ________

Case Manager ________ Date: ________

**PROGRESS AND/OR CHANGES to Goals/Objectives**

5/18 ① meeting cont 6/15 ① N/C
② met 50% ② N/C

**CHANGES to Interventions**

5/18 N/C 6/15 N/C

012673

PCR000171

Name
Booking Number: [illegible]2785
PID Number: [illegible] ANDRIANO, WENDI
[illegible]

CHS Special Needs Treatment Plan (SNTP) Form

## V. Special needs Plan goals, Objectives and Interventions

(to be completed by clinical team within 14 days of admission)

| 1. Goal Area: Psychiatric Symptoms (Completed by Psychiatric Provider) | 1. Goal Area: Dangerous to Self/Others (Completed by Primary Counselor) |
|---|---|
| **GOAL (s)** | **GOAL (s)** |
| increase assertiveness skills | |
| **OBJECTIVES (in behavioral measurable terms):** | **OBJECTIVES (in behavioral measurable terms):** |
| A Pt will accurately describe assertive, aggressive & passive response styles | A |
| B | B |
| C Pt will ↓ passive responses to interpersonal conflicts/interactions by 50% in 30 days | C |
| **INTERVENTIONS (Specify activity frequency)** | **INTERVENTIONS (Specify activity frequency)** |
| 1 ind. counseling | 1 |
| 2 assertiveness literature | 2 |
| 3 1:1 contact c̄ staff | 3 |

012674

Name
Booking Number: 0000F2785 RIANO, WENDI
PID Number: E-24-70 S/F

CHS Special Needs Treatment Plan (SNTP) Form

## V. Special needs Plan goals, Objectives and Interventions

(to be completed by clinical team within 14 days of admission)

**4. Goal Area: Behaviors Precluding Less Restrictive Placement**
(Completed by Primary Counselor)

**GOAL (s)**

**OBJECTIVES (in behavioral measurable terms):**

A

B

C

**INTERVENTIONS (Specify activity frequency)**

1

2

3

**5. Goal Area: Medical Concerns**
(Completed by Nursing or Medical)

**GOAL (s)**

**OBJECTIVES (in behavioral measurable terms**

A

B

C

**INTERVENTIONS (Specify activity frequency)**

1

2

3

012675

PCR000173

Name
Booking Number:
PID Number:

CHS Special Needs Treatment Plan (SNTP) Form

## V. Special needs Plan goals, Objectives and Interventions

(to be completed by clinical team within 14 days of admission)

5. Goal Area: Other (if needed)

GOAL (s)

OBJECTIVES (in behavioral measurable terms):

A

B

C

INTERVENTIONS (Specify activity_frequency)

1

2

3

6. Goal Area: Other (if needed)

GOAL (s)

OBJECTIVES (in behavioral measurable terms):

A

B

C

INTERVENTIONS (Specify activity_frequency)

1

2

3

012676

**CHS Special Needs Treatment Plan (SNTP) Form**

**Name**
**Booking Number:**
PID Number:

Signature Page - SNTP

Date Initiated

**PATIENT**

**Patient Signature:** ____ **Date:** ____

**Patient Comments:** ____

**RBHA**

**Notified:** Yes No NA **Date:** ____ **Message Left With:** ____

**Case Manager** ____ **Date:** ____

**CHS STAFF SIGNATURES:**

**Psychiatric Provider:** ____ **Date:** ____

**Counselor:** ____ **Date:** ____

**RN/LPN:** F Despain LPN #705 / Joyce VanEvery RN **Date:** 7/15/04

**Medical Provider:** ____ **Date:** ____

~~**Unit Manager:**~~ G Perry Psychologist #325 **Date:** 7/15/04 Lorraine Call L Call CIII

**Other:** L King CIII #427 **Date:** 7/15/04

**Other:** G Ziegler CIII #404 **Date:** ____

**Other:** R Lively CIII #422 **Date:** 7/15/04

**Update/Reviews** **Date of Update:** ____

*Full Special needs Treatment Plan update Reviews (Must be completed at least monthly)*

CHS PARTICIPANTS SIGNATURES

**RBHA**

**Notified:** Yes No NA **Date:** ____ **Message Left With:** ____

**Case Manager** ____ **Date:** ____

**PROGRESS AND/OR CHANGES to Goals/Objectives**

**CHANGES to Interventions**

012677

C0G082785
ANDRIANO, WENDI
08-26-70 C/F
PID

Date Initiated: ____________

Special Needs Plan *Update* Goals, Objectives and Interventions

Patient's Name ____________ BK# ________ Today's Date __/__/__

1. Goal Area: Psychiatric Symptoms
(Completed by Psychiatric Provider)

GOAL(s): Control anxiety

OBJECTIVES (in behavioral measurable terms):

A. Pt will report ≥ 5 hrs [illegible]. sleep/night x 5 nights

B. Pt will develop 2 new coping mech's within 30 days

C. ____________

INTERVENTIONS (Specify activity & frequency)

1. meds

2. ind counseling

3. art/activities

2. Goal Area: Dangerous to Self/Others
(Completed by Primary Counselor)

GOAL(s): No DTS

OBJECTIVES (in behavioral measurable terms):

A. pt will take no action to harm self, nor make any plans to harm self 100% x 30 days

B. pt will report ↓ in SI 20% x 30 days

C. ____________

INTERVENTIONS (Specify activity & frequency)

1. 1:1 w/ counselor

2. participation in all groups offered

3. ____________

012678

COOOE27F5
ANDRIANO,WENDI
08-26-70 PID 2/F

Date Initiated: ______

Special Needs Plan *Update* Goals, Objectives and Interventions con't

3. Goal Area: Behaviors Precluding Less Restrictive Placement
(Completed by Primary Counselor)

GOAL(s): ↑ Coping skills for current situation

OBJECTIVES (in behavioral measurable terms):

A. ______

B. ______

C. ______

INTERVENTIONS (Specify activity & frequency)

1. ______

2. ______

3. ______

4. Goal Area: Medical Concerns
(Completed by Nursing or Medical)

GOAL(s): ______

OBJECTIVES (in behavioral measurable terms):

A. ______

B. ______

C. ______

INTERVENTIONS (Specify activity & frequency)

1. ______

2. ______

3. ______

[illegible]
ANDRIANO,WENDI
08-26-70 C/F

PID

Date Initiated: ______________

Special Needs Plan *Update* Goals, Objectives and Interventions con't

5. Goal Area: *Other (if needed)*

GOAL(s):

______________

______________

______________

______________

OBJECTIVES (in behavioral measurable terms):

A. ______________

______________

______________

B. ______________

______________

______________

C. ______________

______________

______________

INTERVENTIONS (Specify activity & frequency):

1. ______________

______________

______________

2. ______________

______________

______________

3. ______________

______________

______________

6. Goal Area: Other (if needed)

GOAL(s):

______________

______________

______________

______________

OBJECTIVES (in behavioral measurable terms):

A. ______________

______________

______________

B. ______________

______________

______________

C. ______________

______________

______________

INTERVENTIONS (Specify activity & frequency):

1. ______________

______________

______________

2. ______________

______________

______________

3. ______________

______________

______________

012680

ADRIANO

0000082785
ANDRIANO,WENDI
08-26-70 C/F

Signature for SNTP

Patient ______________________ Date ______________________

Patient comments ______________________

Date Initiated: 8.12.04

ComCare notified: Yes No Date ____________ Message left with: ______________________
(if present, signature)

Psychiatric Provider: Pamela DuPeau MD Date: 8-12-04

Counselor: S Staples CII #404 L King CII #427 M Lothian CIV #423 Date: 8/12/04

RN/LPN: F Despain LPN #705 Date: 8/12/04

Medical Provider: ______________________ Date: ______________________

Unit Manager: G. Perry Psychologist #325 R Lively CIII #422 Date: 8/12/04

*Full Special Needs Treatment Plan Update Reviews (Must be completed at least every 30 days)*

*Review DATE:* ______________________

CHS PARTICIPANTS SIGNATURES

ComCare Notified: Yes No Date ____________ Message left with: ______________________
(If present, signature)

PROGRESS AND/OR CHANGES to Goals/Objectives

CHANGES to Interventions

012681

PCR000179

Exhibit No.: **49**

Case No.: **CR2000-096032**

For Identification:

**DEFENDANT**

**01/31/2014**

In Evidence: Stipulated 2/3/2014

**Clerk of Superior Court**

By: L. MOONEY

(Deputy Clerk)

1002841598



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

081 1573 R5-9
PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES: NONE ☐ 1. 2.

DATE 11/3/00 TIME HOURS

PROZAC 20 mg po q noon x 30 days

TRAZODONE 50 mg po qhs x 3 days; then, 100 mg po qhs x 27 days.

(please, start tonight!)

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE L. GARCIA-BUNUEL MD

1 SIGNATURE OF R.N. 11/5/00

DATE 11/7/00 TIME HOURS

DISC. PROZAC -

Continue TRAZODONE 50 mg po qhs x 3 days then: 100 mg po qhs x 27 days -

Start tonight, please!

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE L. GARCIA-BUNUEL MD

2 SIGNATURE OF R.N. LPN 11/8/00 @ 0200

DATE 11/13/00 TIME HOURS

DISC. TRAZODONE -

REMERON 30 mg po qhs x 30 days

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE L. GARCIA-BUNUEL MD

3 SIGNATURE OF R.N. 11/14/00 0700

AL3830 NKDA

012302

PAT012972



# MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL
NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION K50 BK# A631830 | Andriano, Wendi | 012626

PAT012691

MONTH/YR 11/00

ALLERGIES NKA

| NURSE INITIAL | ORDER DATE | Rx: DOSAGE; FREQUENCY; ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/3/00 | Prozac 20mg PO qnoon x 30d | 1200 | — | — | — | — | X | | | X | | | | | DC'D 11/7/00 | | | | | | | | | | | | | | | | | | |
| | 11/3/00 | Trazodone 50mg PO qHS x 3d then | 2000 | — | — | — | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 11/3/00 | Trazodone 100mg PO qHS x 27d (Start tonight) | 2000 | — | — | — | — | X | | | | | | | | | | | | | | | DC'd 11/13 | | | | | | | | | | | |

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1580 R10-97

PCR000181



# MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION B3 BK# A631830

MONTH/YR 11-12/00

ALLERGIES NKDA

DATE

012625

PAT012690

| NURSE INITIAL | ORDER DATE | Rx; DOSAGE; FREQUENCY; ROUTE | TIME |
| --- | --- | --- | --- |
| | 11/13 | Remeron 30 mg po Qhs x 30 days | 2000 |

Renewed 12/12/00

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1582 R10-97



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

081 1573 R5-9

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES: NONE ☐ 1. 2. 3.

DATE 12/13/00 TIME HOURS

REMERON 30 mgs po qhs
x 60 days

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE L. GARZA-BUNUEL MD

1 SIGNATURE OF R.N.

B312 A631830 NKDA

DATE 1/17/01 TIME HOURS

D/C REMERON - pt. non-compliant.

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE L. GARZA-BUNUEL MD

2 SIGNATURE OF R.N. noted & Garrett LPN 01/18/01 0652

B312 A631830 NKDA

DATE 7/18/01 TIME HOURS

R/S Tues

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE 9/4/01

3 SIGNATURE OF R.N.

B312 A631830 NKDA

012901

PAT012971



# MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL
NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION B312 BK# A631830

MONTH/YR 12/00

ALLERGIES NKDA

000062785
Andriano, Wendi
08-26-70 4 F

012624
PAT012689

| NURSE INITIAL | ORDER DATE | Rx; DOSAGE; FREQUENCY; ROUTE | TIME |
|---|---|---|---|
| | 12/13 | Remeron 30mg PO @HS x 60 days DC 2-11-00 | 2000 |

D/C 1/17 Non-compliant

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1561 R11-97

PCR000184

MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH A631830
Rx 310483 02/26/02 EB
CALCIUM POLYCARBOPHIL 625 MG TABS
QTY: # 14 RG
ORD STR: 01/29/02 ORD EXP: 04/23/02
Qty Due 98

A 631830

Name: MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH A6318
Booking #: Rx 310483 01/30/02 EB
DOB: CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1
Housing Unit: ORD STR: 01/29/02 ORD EXP: 04/23/02
SIGNATURE:
1/28/02

# Correctional Health Services
## Keep on Person Medication Delivery Record

| | | |
|---|---|---|
| MCCHS PHARMACY ANDRIANO, WENDI ELIZABETH A6318 Rx 310483 02/05/02 ERC CALCIUM POLYCARBOPHIL 625 MG TABS Qty # ORD STR: 01/29/02 ORD EXP: 04/23/02 SIGNATURE: 2/5/02 | MCCHS PHARMACY ANDRIANO, WENDI ELIZABETH A6318 Rx 310483 03/05/02 ERC CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1 ORD STR: 01/29/02 ORD EXP: 04/23/02 SIGNATURE: | MCCHS PHARMACY ANDRIANO, WENDI ELIZABETH A6318 Rx 310483 02/26/02 EB CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1 ORD STR: 01/29/02 ORD EXP: 04/23/02 SIGNATURE: |
| MCCHS PHARMACY ANDRIANO, WENDI ELIZABETH A6318 Rx 310483 02/12/02 EB CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1 ORD STR: 01/29/02 ORD EXP: 04/23/02 SIGNATURE: | | |
| MCCHS PHARMACY ANDRIANO, WENDI ELIZABETH A6318 Rx 310483 02/19/02 ERC CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1 ORD STR: 01/29/02 ORD EXP: 04/23/02 SIGNATURE: 2/19/02 | | |
| | | |
| | | |
| | | |

012981

USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES: NONE ☐ 1. 2. 3.

DATE 1/29/02 TIME 13 10 HOURS

Fiberlax 2 po HS x 84d
dx constipation

Labs - Fasting CMP
CBC
TSH

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

1 SIGNATURE OF R.N.

DATE / / TIME HOURS

Please send patient a copy of the eyeglasses policy - she needs the address

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

2 SIGNATURE OF R.N. 1/30/02 1520

DATE 3/14/02 TIME 0700 HOURS

D/C Fiberlax unmed per pt request
no med card found

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

3 SIGNATURE OF R.N. 3/15/02 0100

012900

PAT012970

USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES: NONE ☐ 1. 2. C Shamby MA #679 3.

DATE 3/18/02 TIME HOURS

Vistaril 50 mg po qam - 100 hs.
x 30 days -

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE L. Garcia-Bunuel MD

1 SIGNATURE OF R.N. M Peterman 3/18/02 1835 M Peterman LPN #748

A631830 NKDA A402

DATE 4/9/02 TIME HOURS

Vistaril 50 mg po qam + 100 hs
x 60 days -

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE L. Garcia-Bunuel MD L Garcia-Bunuel MD #301

2 SIGNATURE OF R.N. Noted 4/9/02 1810

A631830 NKDA B102

DATE 4/18/02 TIME 0315 HOURS CS
C Shamby MA #674

D/C. Vistaril

Seroquel 100 mg po qhs x 30 days
lower bunk x duration -

L Garcia-Bunuel MD #301

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE L. Garcia-Bunuel MD

3 SIGNATURE OF R.N. 4/19/02

A631830 NKDA B102

012899

PAT012969



B100

PAT012688

012623

# MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION A1j02 BK# A631830

Andriano, Wendi
08/26/70 W/F

MONTH/YR 03/02

ALLERGIES
DATE

| NURSE INITIAL | ORDER DATE | Rx DOSAGE; FREQUENCY; ROUTE | TIME | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 03/18/02 | Vistaril 50 mg PO q AM x 30 days | 0500 | X | X | X | X | X | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | |
| | 03/18/02 | Vistaril 100 mg PO OHS x 30 days | 2000 | X | X | X | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1582 R10-97



012622
PAT012687

# MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL
NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION B BK# A631830 | Andriano, Wendi | 08-26-70 W/F

MONTH/YR 4/02

ALLERGIES DATE

| NURSE INITIAL | ORDER DATE | Rx; DOSAGE; FREQUENCY; ROUTE | TIME | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3-18-02 | Vistaril 50mg PO QAM x 30 days | 0900 | | | | | X | D/c | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3-18-02 | Vistaril [illegible] PO QHS x 30 days | 2000 | | | | | X | D/c | | | | | | | | | | | | | | | | | | | | | | | | | |

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1582 R10-97

PAT012686

012621

## MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION B/CC BK# A631830

MONTH/YR 4/02

Andriano, Wendi
8-26-70 c/f

ALLERGIES

DATE

| NURSE INITIAL | ORDER DATE | Rx DOSAGE; FREQUENCY; ROUTE | TIME | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 4/9 | Vistaril 50mg PO qam x 60 days | 900 | — | — | X | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | DC | | | | | | | | | | | | | | | | | | |
| [illegible] | 4/9 | Vistaril 100mg PO hs x 60 days | 2000 | — | X | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | DC | | | | | | | | | | | | | | | | | |
| | 04/18/02 | Seroquel 100 mg PO QHS x 30 days | 2000 | — | — | — | — | — | — | — | — | — | — | — | X | √ | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1581 R11-97

PAT012685

012620

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

# MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL
NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION B/U BK # A631830 | Andriano, Wendi | 08-26-70 C/F

MONTH/YR 5/02

ALLERGIES DATE NKDA

| NURSE INITIAL | ORDER DATE | Rx: DOSAGE; FREQUENCY; ROUTE | TIME | 7–17 | 18 | 19 | 20 | 21–6 |
|---|---|---|---|---|---|---|---|---|
| | 4/18/02 | Seroquel 100mg PO QHS x 30 days | 2000 | [illegible] | X | D/C | | |
| | | ↑ Renewal 5-15-02 | | | | | | |
| | 5/16/02 | Seroquel 100mg PO QHS x 30 days | 2000 | | [illegible] | [illegible] | [illegible] | [illegible] |

061-1581 R11-97



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES: NONE ☐ 1. 2.

**1**
DATE 5/16/02 TIME
SEROQUEL 100 mg po qhs x 60 days
GENERIC SUBSTITUTION APPROVED PHYSICIAN'S SIGNATURE L. GARCIA-BUNUEL MD — L Garcia-Bunuel MD #301
SIGNATURE OF R.N. Peterman 5/16/02 @ 1950 — Peterman LPN #748

**2**
DATE 7/14/02 TIME 1030 C Bustamonte HUC #632
Seroquel 100 mg PO QHS x 82 days
GENERIC SUBSTITUTION APPROVED PHYSICIAN'S SIGNATURE Vicki Alberts Alberts
SIGNATURE OF R.N. 7/14/02 A McIntosh LPN #733

**3**
DATE 9/17/02 TIME 1940 A DeLaTorre HUC #686
① D/C Seroquel
② Seroquel 200 mg PO QHS x 84 days
GENERIC SUBSTITUTION APPROVED PHYSICIAN'S SIGNATURE Vicki Alberts
SIGNATURE OF R.N. V. Allen LPN 9/17/02 2200

Arredondo, Wanda — A-163830 — 8/26/70 — B105 — C/F

012898

PAT012968



PAT012684

012619

MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL
NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION B-DS BK# A631830 | Andriano, Wendi | 08-26-70

MONTH/YR 6/02

ALLERGIES NKDA

| NURSE INITIAL | ORDER DATE | Rx DOSAGE; FREQUENCY; ROUTE | TIME | DATE 7–6 |
| --- | --- | --- | --- | --- |
| | 5-16-02 | Seroquel 100mg PO @HS x 60 days | 2000 | [illegible] |

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1501 R11-97



PAT012683

012618

## MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION 8305 BK# A631830 | Andriano Wendi 8-26-70

MONTH/YR 7/03

ALLERGIES DATE NKDA

| NURSE INITIAL | ORDER DATE | Rx; DOSAGE; FREQUENCY; ROUTE | TIME | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 5/16/03 | Seroquel 100mg po QHS X 60 days | 2000 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | NG | X | D/C | | | | | | | | | | | | | | | | | | | | | | |

Renewed 7-4-03 [illegible]

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1583 R11-97

PCR000194



# MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL
NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION ______ BK# A631830
MONTH/YR 7/02
ALLERGIES DATE NKDA

012617

PAT012682

| NURSE INITIAL | ORDER DATE | Rx; DOSAGE; FREQUENCY; ROUTE | TIME | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 7-14-02 | Seroquel 100mg. PO qhs x 84d. DC 10-5-02 | 2000 | X | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1582 R10-97



012615
PAT012680

## MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL
NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION A111 BK # P1631830
MONTH/YR 9/02 - 10/02
ALLERGIES DATE NKDA

ANDRIANO, WENDI
8/26/70 C/F

| NURSE INITIAL | ORDER DATE | Rx: DOSAGE; FREQUENCY; ROUTE | TIME | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7/14/02 | SEROQUEL 100mg PO QHS x 84 DAYS | 2000 | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | X | | | | | | | | |
| [illegible] | 9/17 | Seroquel 200mg PO QHS x 84 days | 1700 2000 | | | | X | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1582 R10-97



CORRECTIONAL HEALTH SERVICES — MARICOPA COUNTY

# MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL
NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION A BK# A631830 Andriano, Wendi 8/26/70 C/F 012614

MONTH/YR 10/02

ALLERGIES DATE NKDA

PAT012679

Refaxed 10/13/02
↑ Renewed 10/13/02

| NURSE INITIAL | ORDER DATE | Rx: DOSAGE; FREQUENCY; ROUTE | TIME |
|---|---|---|---|
| Cf | 9/17 | Seroquel 200mg PO qhs x 84 days | 1700 |
| VA | 10-16 | Elavil 50mg. PO Qhs x 3 days — Then — | 1700 |
| VA | 10-16 | Elavil 100mg. PO Qhs x 2wks. | 1700 |
| VA | 10-16 | Pre-natal Vits ÷ PO QD x 30d. | 1700 |
| | 9/17/02 | SEROQUEL 200mg PO QHS x 84 DAYS | 1700 |
| | 10-29 | Ativan 1mg. PO Qhs x 30 days Start tonight | 1700 |
| | 10-29 | Pre-natal Vits, ÷ (2) PO QD x 30d. Start tonight | 1700 |

081-1582 R10-97



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES: NONE ☐

1\.

DATE 10/16/02 TIME

ELAVIL 50 mgs po qhs x 3 days;
then: 100 mgs po qhs x 2 weeks
PRE-NATAL VITS, ii qd x 30 days.

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE L. GARCIA-BUNUEL MD — L Garcia-Bunuel MD #301

SIGNATURE OF R.N.

2\.

DATE 10/29/02 TIME

D/C. SEROQUEL + ELAVIL
ATIVAN 1 mg po qhs x 30 days
PRE-NATAL VITS, ii (2) qd. x 30 days
(please, start tonight!)

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE L. GARCIA-BUNUEL MD — L Garcia-Bunuel MD #301

SIGNATURE OF R.N.

3\.

DATE 11/22/02 TIME HOURS

PSYCH. MEDS. REVIEW
Continue: ~~ELAVIL 100 mgs~~
ATIVAN 1 mg po qhs. } x 6 weeks
PRE-NATAL VITS — i qd

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE L. GARCIA-BUNUEL MD — L Garcia-Bunuel MD #301

SIGNATURE OF R.N. A. Faulkner 11-23-02 0415 — A. FAULKNER RN #225

A631830 NKDA

012897

PAT012967

PCR000199



PAT012678

012613

# MEDICATIONS

allergies 11/13/02 KT

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

B

LOCATION Y.III BK # A631830

MONTH/YR 11-12/02

ALLERGIES DATE

NKDA

Andriano, Wendi 8/26/70 C/F

| NURSE INITIAL | ORDER DATE | Rx; DOSAGE; FREQUENCY; ROUTE | TIME |
|---|---|---|---|
| | 10/29 | Ativan 1mg PO qHS x 30 days Start Tonight | 1700 |
| | 10/29 | pre-natal vits (2) PO qd x 30d Start Tonight | 1700 |
| AF | 11-22-02 | ATIVAN 1 mg. PO QHS x6 weeks 1-3-03 | 1700 |
| AF | 11-22-02 | PRE NATAL VITS 1 Qday x6 weeks 1-3-03 | 1700 |

Daily administration columns: 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 1 2 3 4 5 6 7 8 9 10 11 12 13

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1582 R10-97

PCR000200

## MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION BH3 (BH5) BK# A631830

MONTH/YR 11-12-02

ALLERGIES DATE NKDA

ANDRIANO, Wendi 8-26-70 C/F

012612

PAT012677

CORRECTIONAL HEALTH SERVICES — MARICOPA COUNTY

| NURSE INITIAL | ORDER DATE | Rx; DOSAGE; FREQUENCY; ROUTE | TIME | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DI | 11-22-02 | ATIVAN 1mg PO QHS X6 Weeks ~~1-3-03~~ | 1700 | M | M | [illegible] | [illegible] | [illegible] | M | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | H | [illegible] | N | [illegible] | [illegible] | [illegible] | X | | | | | | |
| | | | DC 1-15-03 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DI | 11-22-02 | Pre-Natal Vits ÷ Qday X 6 weeks 1-3-03 | 1700 | A | A | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | N | [illegible] | [illegible] | [illegible] | X | | | | | | |

081-1582 R10-97

PCR000201

USE BALLPOINT PEN ONLY — MARICOPA COUNTY CORRECTIONAL HEALTH SERVICES — PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES: NONE ☐ 1. C Bustamonte

DATE 1/6/03 TIME HOURS

Doc. ATIVAN

PRENATAL VITS T qd × 8 weeks.

completed

GENERIC SUBSTITUTION APPROVED PHYSICIAN'S SIGNATURE L. GARCIA-BUNUEL MD — L Garcia-Bunuel MD #301

1 SIGNATURE OF R.N. Noted C Rodie LPN 1/6/02

B413 A631830 NKDA

DATE 1/8/03 TIME HOURS

SEROQUEL 200 mg ghs × 4 weeks

(please, start tonight!)

completed

GENERIC SUBSTITUTION APPROVED PHYSICIAN'S SIGNATURE L. GARCIA-BUNUEL MD — L Garcia-Bunuel MD #301

2 SIGNATURE OF R.N. 1/8/03 1600

B413 A631830 NKDA

DATE 2/3/03 TIME HOURS

SEROQUEL 200 mg ghs × 4 weeks.

completed

GENERIC SUBSTITUTION APPROVED PHYSICIAN'S SIGNATURE L. GARCIA-BUNUEL MD — L Garcia-Bunuel MD #301

3 SIGNATURE OF R.N. noted 2/3/03

B305 A631830 NKDA

012396

PAT012966