# TABLE OF CONTENTS (INTERACTIVE)

| | |
|---|---|
| IIIIIIIIIIII | Evidentiary Hearing Exhibits |
| 49 PART 2 | Maricopa County Correctional Health Services Documents |
| 50 | Email from Donna Ochoa to Patterson, dated 12-4-01 |
| 51 | Email from Donna Ochoa to Patterson, dated 9-30-02 |
| 52 | Email from sbmurphyaz@yahoo.com to Delozier and Patterson, dated 3-30-03 |
| 54 PART 1 | Motion for Order to Assist Mitigation Investigation and Proposed Order, dated 11-19-04 |

# EXHIBIT IIIIIIIIIII
# PART 8



PA1012676

PCR000203



PCR000204



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.                 2.

3.          DATE 2/28/03   TIME       HOURS

Continue SEROQUEL 200 mgs pg qhs
                              x 6 weeks —
PRENATAL VITS ↑ q.d. x 6 weeks —

[✓] completed

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE   L. Garcia-Bunuel MD   L Garcia-Bunuel MD #301

1   SIGNATURE
    OF R.N.   Me Lugo 2/28/07 15   M: Lugo LPN #741

DATE 3/7/03   TIME       HOURS

ATIVAN 1 mg po bid x 1 week
(please, start tonight) completed
(please, start tonight!)

                              Garcia-Bunuel MD #301

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE   L. GARCIA-BUNUEL M.D.

2   SIGNATURE
    OF R.N.

DATE 3/10/03   TIME   C Bustamonte HUC #952

Disc. ATIVAN

[✓] completed

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE   L. GARCIA BUNUEL M.D.   1 Garcia-Bunuel MD #301

3   SIGNATURE
    OF R.N.   R. Quiroz LPN #723

                NOTES nurse change 3/10/03

12895

PAT012965

PCR000205



012699

PAT012674



PAT012673

012608

Andugno, Windi
8/26/70

LOCATION: A4D.    Bk: A63,1830    N/K DA
MONTH/YR: 3/3    ALLERGIES/DATE

MEDICATIONS

C - COUNT         NS - NON-STOCK
R - REFUSED       T - TRANSFER
NA - NO ANSWER    NG - NOT GIVEN
M - OUT MEDICAL   H - HOLD
                  SC - SECURITY OVERRIDE

CORRECTIONAL HEALTH SERVICES          MARICOPA COUNTY

PCR000207



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐

**3.** DATE 4/7/03 TIME HOURS

— SEROQUEL 200 mg po qhs x 6 weeks

PRE-NATAL VITS ↑ qhs x 6 weeks

ENTERED   ☒ COMPLETED

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL MD    L Garcia-Bunuel MD #301

**1** SIGNATURE OF R.N.  I. Sweeney RN #284   4/8  0330

DATE 5/9/03 TIME HOURS

ATIVAN  1 mg po    COMPLETED

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL      ENTERED

**2** SIGNATURE OF R.N.  I. Sweeney RN #284   2320

DATE 5/21/03 TIME  C Bustamonte HUC # HOURS

SEROQUEL 200 mg qhs x 8 wks —

PRE-NATAL VITS  1 qd x 8 wks —

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL MD    L Garcia-Bunuel MD #301

**3** SIGNATURE OF R.N.  M. Ingo LPN #741

012894

Andiano Wendi
08-26-70
A6 31830

A6 31830
Andiano Wendi
8-26-70
NKDA

A6 31830
Andiano Wendi
8-26-70 C/F
NKDA

PAT012964

PCR000208



PAT012672

PCR000209



PAT0126571

PCR000210



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐

DATE 5/28/03   TIME

ATIVAN 1 mg bid x 2 wks —

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD   L Garcia-Bunuel MD #301

1   SIGNATURE OF R.N.   R. Quiroz LPN #723

DATE 6/12/03   TIME   HOURS

ATIVAN 1 mg bid x 6 weeks —

(pt. may refuse it occasionally)

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD   L Garcia-Bunuel MD #301

2   SIGNATURE OF R.N.   6/12/03   N SANDROCK RN #273

DATE 6/25/03   TIME   HOURS

Psych. MEDS. REVIEW

ATIVAN 1 mg bid
SEROQUEL 200 mg hs
PRE-NATAL vits + Abs

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD   L Garcia-Bunuel MD #301

3   SIGNATURE OF R.N.   L Sweeney RN #284

012393

PAT012963

PCR000211



PCR000212



PAT012668



PAT012669



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:    NONE ☐

**1.** DATE 8/19/03   TIME 1225

Renews:
① Ativan 1 mg PO BID
② Seroquel 200 mg PO QHS
③ Prenatal vitamin 1 PO QHS

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE    Y. Alberts M.D. #333
SIGNATURE OF R.N.

**2.** DATE 8/25/03   TIME 1345   ¢ white HUG
DC Ativan 1mg PO BID
Ativan 2mg ½ PO BID    x 6 wks

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE
SIGNATURE OF R.N.

**3.** DATE 9/24/03   TIME
HOURS    S. Carabajal RN #___

xAC above x SEROQUEL + ATIVAN orders.
SEROQUEL 100 mg qm + 200 hs    x 6 wks
ATIVAN 1 mg bid    x 6 wks
PRENATAL VITS - 1 qam.    x 6 wks

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE    L. Garcia-Bunuel MD    L Garcia-Bunuel MD #301
SIGNATURE OF R.N.
9/25/03
0150

012892

PAT012962



PAT012667

PCR000216



PAT0126666

012601



PAT0126655



PAT012664

012599

LOCATION _____ BK # A 431 830 Andriano, Wendi
MONTH/YR 9/05
ALLERGIES NKA

## MEDICATIONS

C - COURT          NS - NON-STOCK
R - REFUSED        T - TRANSFER
NA - NO ANSWER     NG - NOT GIVEN
H - HOLD
M - OUT MEDICAL    SC - SECURITY OVERRIDE

| NURSES INITIAL | ORDER DATE | Rx DOSAGE; FREQUENCY; ROUTE | TIME | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/21 | Sinequan 100mg Po q HS x 100qes | 0900 | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9/21 | Sonata 6 20mg Po qHS x 10wks | 1700 | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9/21 | Ativan 1mg PO bid x 10wks | 0900 1700 | | | | X X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9/21 | Buspar 20mg bid x10wks | 0900 | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

25048-1560 R/07

PCR000219



PAT012663

USE BALLPOINT PEN ONLY

**MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES**

CHM-1550 RE-92

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.                              2.

3.

| | |
|---|---|
| DATE 9/26/03 | TIME 2210 | HOURS |

① Transport to ER 1365 ambulance
s/p S.A. self inflicted Lac to ⓇR
hand w/ ⓇR forearm
TO: T. Colatto MD / ____
                              I. Sweeney RN #284

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

**1**   SIGNATURE OF R.N.                    9/26/03 ____ 0030

| DATE 9/28/03 | TIME 0500 | HOURS |

① ⓇR a/c dsg Δ 's × 7 days
② S/c for suture removal 7 days
                              10-5-03
                              I. Sweeney RN #284 ____

9-28-03
Noted
& completed m. ____

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

**2**   SIGNATURE OF R.N.

| DATE 9/28/03 | TIME 0520 | HOURS |

Chair × 6° or until able to
Contract for safety ____
                              I. Sweeney RN #284 ____
T.O. On Monday

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

**3**   SIGNATURE OF R.N.

012891

PAT012961

PCR000221



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

CHI4-1550 Rr-0

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES: NONE ☐

3. DATE 9-28-03 TIME 0920 HOURS

Transfer to D2
level one 4 pts x 4 hrs

v.o. Dr. Wendy / (Retweet)

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

1 SIGNATURE OF R.N.

DATE TIME HOURS

2 GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

SIGNATURE OF R.N.

DATE TIME HOURS

3 GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

SIGNATURE OF R.N.

012890

PAT012960



MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

USE BALLPOINT PEN ONLY

PHYSICIAN'S ORDER FORM

081 1973 R5-9

DRUG SENSITIVITIES:   NONE ☐   1.                                2.

**1**

DATE 9/28/03   TIME 1330   HOURS

(i limited to D2)
① may reduce to 2 pt. J.W.
X 4 hr.
TO Dr Wandig / Grilman RNC
K. Hoffert MD #305
NKDA, MD

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE
D Anderson RNC #2   9/28/13 1445

SIGNATURE OF R.N.   Peter/D Anderson RNC

A631836
NKDA
8-26-70
Anderson, Wendy

**2**

DATE 9/28/03   TIME 1736   HOURS

Renew Level / S.W.
(2-4 pt) X 4 hrs   NKDA, MD
K. Hoffert MD #305

T.O. Dr Wandig / M Taiton

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

SIGNATURE OF R.N.   notid M Taitor 9/28/03  1747

A631836
8-26-70
Andiano, Wendy
NKDA

**3**

DATE 9/28/03   TIME 2136   HOURS

Renew Level / (2-9 pts)
S.W. X 4 hrs
T.O. Dr Wandig / M Taitor
K. Hoffert MD #305
NKDA, MD

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

SIGNATURE OF R.N.   notid M Taiton 9/28/03  2147

A631836
8-26-70
Andiano, Wendy
NKDA

012889

PAT012959

PCR000223



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES: NONE ☒

DATE 7/28/03   TIME 2155   HOURS

Seroquel 200 mg PO
Ativan 1 mg PO
one time only

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   T.O. Dr. Wandry / M Taitra

SIGNATURE OF R.N.   noted M Tait RN 7/28/03 2212

1

DATE 8/29/03   TIME 0130   HOURS

Continue level I SW ē 2-4 pt
restraint X 4°

T.O. Dr. Wandry / Brielle Bm.. , R.N.
K Roller MD #303

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

SIGNATURE OF R.N.   noted 8/21/03 0130 Brielle B R

2

DATE 9/22/03   TIME 0530   HOURS

Continue level I SW ē 2-4 pt
restraint X 4°

T.O. Dr. Wandry / Brielle Bm R.N.
K Roller MD #303

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

SIGNATURE OF R.N.   noted 9/22/03 0530 Brielle B R

3

Andriano, Wendy
A631830
8-24-70

D₂
Adriano, Wendy
8/26/70
A631830
RKB

D₁
Adriano, Wendy
8/26/70
A631830
NKDA

012888

PAT012958

PCR000224



USE BALLPOINT PEN ONLY          MARICOPA COUNTY
                                CORRECTIONAL HEALTH SERVICES          PHYSICIAN'S ORDER FORM

CHM-1556 R2-8

DRUG SENSITIVITIES:    NONE ☐    1.                    2.

3.                     DATE 9/29/03   TIME 09:30        HOURS

① d/c J.W.—

K. Hoffett MD #303   JW#Q NN

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE

1   SIGNATURE
    OF R.N.    noted on Tastrav 9/29/03 1840

DATE            TIME            HOURS

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE

2   SIGNATURE
    OF R.N.

DATE            TIME            HOURS

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE

3   SIGNATURE
    OF R.N.

D2
A631830
8-26-76
Andriano, Wendy

012887

PAT012957

PCR000225



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

001 1373 R5
PHYSICIAN'S ORDER FOR

DRUG SENSITIVITIES:   NONE ☒

1.                    2.

3.        DATE 9/25/03   TIME 1330        HOURS

Ativan 1mg po Bid
Seroquel 100mg po ͞e AM   14 day
Seroquel 200mg po ͞e HS
Prenatal vitamin ͞i po ͞e AM
MAY have AM doses of ABOVE
meds now

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE          K. Hoffert MD #303

1  SIGNATURE
   OF R.N.   noted GN Trst 9/29/03 1657

   DATE 9/29/03   TIME 1200   HOURS

   May have 2nd
   blanket.

   T.O. Dr. Hoffert/

GENERIC SUBSTITUTION APPROVED K. Hoffert MD #303
PHYSICIAN'S
SIGNATURE

2  SIGNATURE
   OF R.N.   noted GN Trst 9/29/03 1856

   DATE 10/1/03   TIME 1305   HOURS 1450

   CBC, CMP 10-2C
   Schedule for PAP 10-15-03 + UAdip
   Keflex 500mg po Tid X ) days
   Pr. Suture removal 10-6-03

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE        R. Reynolds PA-C #131

3  SIGNATURE
   OF R.N.   noted F Despain LPN 10/1/03 1500
            F Despain LPN #705

012886

PAT012956



PAT012562
PCR000227

**USE BALLPOINT PEN ONLY**

**MARICOPA COUNTY CORRECTIONAL HEALTH SERVICES**

**PHYSICIAN'S ORDER FORM**

061 1673 R5-93

DRUG SENSITIVITIES:   NONE ☐

---

**3.**  DATE 10/3/03   TIME 1500

Dx Kittbt
Augmentin 825 mg po
bid x 10 days
warm compresses(?) to site
bid x 2 days
*Board & computer*

R. Reynolds PA-C #___

Roxanne Reynolds PA-C

SIGNATURE OF R.N.  noted M Tait RN 10/3/03 1553

---

DATE 10/06/03   TIME 15:00   HOURS

Rocin 1 mo 1½ cc

PHYSICIAN'S SIGNATURE  Avalos PA-C

SIGNATURE OF R.N.  ___ noted ___ LPN

---

DATE 10/10/03   TIME 12:30   HOURS

(1) Ativan 1 mg PO ___
(2) Percodyn 1/100 mg PO
   D P.M. @ 1800 ___
   P P.M. ___
(3) PRN ___ PO ___

___ MD x2RO

K. Hoffert MD #303

SIGNATURE OF R.N.  noted F Despain LPN 10/10/03 1450

F Despain LPN #705

---

D2A631830 NKDA

D2A631830 NKDA

D2A631830 NKDA 012385

PAT012955

PCR000228



MEDICATIONS

Bk #: **A631830**
ANDRIANO, WENDI ELIZABETH
Bk Dt: 10-09-2000
DOB: 08-26-1970   Sex: Female

LOCATION D2   Bk # A631830
MONTH/YR 10-03
ALLERGIES/DATE NKDA

CORRECTIONAL HEALTH SERVICES
MARICOPA COUNTY

PAT012561
0125596
PCR000229

CHM-1590 R9-90

USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

**PHYSICIAN'S ORDER FORM**

DRUG SENSITIVITIES:   NONE ☐   1.                    2.

3.              DATE 10/16/03   TIME 1240   1435   HOURS

i PAP, GC, Chlamydia culture —
done
1C-160

R Reynolds PAC #151

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE          Roseanne Reynolds pac

SIGNATURE OF R.N.   noted   F Despain LPN #705   R.N. 10/16/03   1505

---

DATE 10/30/03   TIME 1330   HOURS

D/C Extra Blanket —

R Reynolds PA #151   cont

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

SIGNATURE OF R.N.   noted   F Despain LPN #705   R.N. 10/30/03   1355

---

DATE 11/5/03   TIME 1330   HOURS

D/C prev. order   AtiVan, Seroquel
+ PNV —

AtiVan 1mg po   BID X 60.
Seroquel 100mg po Am + 200mg HS
X 60.
PNV — ii po QD   X 28.

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   Pamela R Padua RN

SIGNATURE OF R.N.   noted   Despain   LPN #705   11/5/03   1457
F Despain LPN #705

012884

PAT012954

PCR000230



PAT012660

PCR000231



PCR000232



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES    NONE ☐

012883

PAT012953

PCR000233



PAT012559

012594

MO/YR ___ LOCATION ___

BOOKING # //-3/8-30

D. Rhoades, RN

J. Easton LPN #729

NURSE'S SIGNATURE
F. Despain LPN #705
D. Anderson RNC #2127

PRN MEDICATIONS

STAT & ONE TIME ORDERS

Rx DOSAGE FREQUENCY, ROUTE
motrin 800mg po tid
motrin 800mg po X1



PCR000235



## MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

Bk #: **A631830**
**ANDRIANO, WENDI ELIZABETH**
Bk Dt: **10-06-2000**
DOB: **08-26-1970**
Sex: Female

LOCATION __12__   Bk # __A631830__

MONTH/YR __1/1/04__   ALLERGIES __DKDA__

| NURSE INITIAL | ORDER DATE | Rx DOSAGE, FREQUENCY, ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/9/03 | Ativan 1mg PO BID x 60 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 11/16/03 | Seroquel 100mg PO 8AM x 60 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 11/16/03 | Seroquel 200mg PO 8HS x 60 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12/4/03 | Pill # tabs PO qd x 34 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1/2004 | Ativan 1mg PO BID x 28D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1/2004 | Seroquel 100mg PO 0Am x 28D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1/2004 | Seroquel 200mg PO 0HS x 28D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1/2004 | Ativan 1mg PO 0Am PO x 1 week | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1/2004 | Ativan 2mg PO 0HS x 1 week | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1/2004 | Ativan 1mg PO BID x 28R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

091-1580   R10-97

012591



PCR000237



PCR000238



PCR000239



PCR000240



PCR000241



PCR000242





PCR000244







PCR000247



BOOKING # A63/630   LOCATION D2   MO/YR 5-04

012579

00603725
ANDRIANO, WENDI
08-26-70 C/F

NURSE'S SIGNATURE / INITIALS
F. Despain LPN #705
Rebecca L. Ravondale RN

J Easton LPN #729

| ORDER DATE | Rx DOSAGE: FREQUENCY: ROUTE | TIME | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-24-04 | Ativan 1mg PO TID PRN for Anxiety X14D To be used sparingly (only if truly anxious) | 0900 1400 2000 | | | | | X | | | X | X | | | | | | | | | | X | X | | | | | | | | X | | | | |
| 6-17-04 | Ativan 1mg PO TID PRN X14D Anxiety | 0900 1400 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | | |



012578

Bk #: A631830
ANDRIANO, WENDI ELIZABETH
Bk Dt: 10-08-2000
DOB: 08-26-1970     Sex: Female

## MEDICATIONS

| | |
|---|---|
| C - COURT | NS - NON-STOCK |
| R - REFUSED | T - TRANSFER |
| NA - NO ANSWER | NG - NOT GIVEN |
| M - OUT MEDICAL | H - HOLD |
| | SO - SECURITY OVERRIDE |

LOCATION D2 5-04   BK # A631830
MONTH/YR NEDA

ALLERGIES DATE NEDA

| NURSE INITIAL | ORDER DATE | Rx, DOSAGE, FREQUENCY, ROUTE | TIME |
|---|---|---|---|
| | 5-20-04 | Zoloft 50mg PO @4am x28D | 0900 |
| | 5-20-04 | Ativan 1mg PO BID x28D | 0900 / 2000 |
| | 5-20-04 | Seroquel 100mg PO @HS x28D | 2000 |
| | 5-14-04 | Prenatal vitamins 1 tab PO x84D | 0900 |

081-1563 R10-97

CORRECTIONAL HEALTH SERVICES — MARICOPA COUNTY



012577

MO/YR 2-04   LOCATION D⎯   Andriano Wendi

BOOKING # A631 830

NURSE'S SIGNATURE   F Despain LPN #705

PRN MEDICATIONS

STAT & ONE TIME ORDERS





MO/YR 7-04 / 8:04

Andriano Vincente Eliza
8-26-1970

LOCATION 0-2-2

BOOKING # H6318530

012573

NURSE'S SIGNATURE / INITIALS
F. Despain LPN #705

Rx DOSAGE: FREQUENCY: ROUTE

| ORDER DATE | Rx DOSAGE: FREQUENCY: ROUTE | TIME |
|---|---|---|
| 7-2-04 | Ativan 1mg PO TID | 0700 |
| | PRN X 30 day | 1400 |
| | Anxiety | 2200 |
| 12/20/04 | Ativan 1mg PO | 0900 |
| | TID PRN X 30 D | 1400 |
| | Anxiety | 2000 |
| 8/6 | Seroquel 25mg PO | |
| | ⊘ dnd PRN Psychosis X 12 week | |

PRN MEDICATIONS

STAT & ONE TIME ORDERS

PCR000252



**MEDICATIONS**

C - COURT  
R - REFUSED  
NA - NO ANSWER  
M - OUT MEDICAL  

NS - NON-STOCK  
T - TRANSFER  
NG - NOT GIVEN  
H - HOLD  
SG - SECURITY OVERRIDE  

Bk #: A631830  
ANDRIANO, WENDI ELIZABETH  
Bk Dt: 10-08-2000   Sex: Female  
DOB: 08-26-1970  

LOCATION D-2   Bk# A63163c  
MONTH/YR 7-04 / 8-04   NLDH  

| NURSE INITIAL | ORDER DATE | Rx DOSAGE, FREQUENCY, ROUTE | TIME | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5-4-04 | Prozac Po V Qd Po x 84 days | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 7-7-B-04 | Zoloft 50 mg Po 0 Am x 28 days | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 7-13-04 | Ativan 1 mg Po Bid x 28 days | 0900/2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2-7-04 | Seroquel 100 mg Po QHS x 28 days | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8-5-04 | D/C x 28 days | | | | | | | | Dr ord 8-11-04 | | | | | | | | | | | | | | | | | | | | | | | |
| | 8-6 | Seroquel 75 mg Po HSD x 12 weeks | 2000 | | | | | | | | D/C'ed 8-11-04 | | | | | | | | | | | | | | | | | | | | | | | |

CORRECTIONAL HEALTH SERVICES   MARICOPA COUNTY

091-1562 R10-97

PCR000253

0125174



012573

MO/YR __6-04__

COOG62285
ANDRIANO-WENDI
08-26-70   C/F

BOOKING # A631830   LOCATION ____

NURSE'S SIGNATURE / INITIALS
F. Daspala LPN #708
F. Tlapanotto RN #269
M Ceeta
J Easton LPN #729

| NURSE INITIAL | ORDER DATE | Rx: DOSAGE, FREQUENCY, ROUTE | TIME | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2-2X84 | Ativan 1mg PO TID PRN X 28D anxiety | 0900 1400 2000 | | | | X | X | | | | | | | | | | | | | | | X | X | | | | | | | | | | |
| | 8-604 | Seroquel 25mg PO QD PRN x 14 wks psychosis | | | | | X | X | | | | | | | | | | | | | | | X | X | | | | | | | | | | |
| | 8-204 | Seroquel 50mg PO QHS PRN x 28D Agitation | 2000 | | | | X | | | | | | | | | | | | | | | | | X | X | | | | | | X X | X | | |
| | 8-27 | Motrin 800mg PO PC 050 PRN BID x14days PRN | | | | | | | | | | | | | | | | | | | | | | X | | | | | | | X | X | | |
| | 8-2704 | Amden inc PO PRN prn x 28 d- agitation | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

PRN MEDICATIONS

STAT & ONE TIME ORDERS

PCR000254



## MEDICATIONS

C  - COURT
R  - REFUSED
NA - NO ANSWER
M  - OUT MEDICAL

NS - NON-STOCK
T  - TRANSFER
NG - NOT GIVEN
H  - HOLD
SC - SECURITY OVERRIDE

Bk #: **A631830**
ANDRIANO, WENDI ELIZABETH
Bk Dt: 10-08-2000
DOB: 08-25-1970    Sex: Female

LOCATION D2   BK A631830
MONTH/YR 8-04   ALLERGIES/DATE NKDA

| ORDER DATE | Rx DOSAGE, FREQUENCY, ROUTE | TIME |
|---|---|---|
| 8-1-04 | Zoloft 50mg PO 9am x 90 D | 0900 |
| 8-1-04 | Ativan 1mg PO BID x 90 D | 0900 / 2000 |
| 8-5-04 | m.vit T PO QD x 4wks | 0900 |
| 8-6-04 | Seroquel 75mg PO QHS x 12 wks | 2000 |

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

PCR000255



PCR000256



## MEDICATIONS

012570

| | | |
|---|---|---|
| **Bk #: A631830** | | |
| **ANDRIANO, WENDI ELIZABETH** | | |
| **Bk Dt:** 10-08-2000 | **Sex:** Female | |
| **DOB:** 08-26-1970 | | |

LOCATION __D-2__   BK #: __D-04__
MONTH/YR __9/04-9/04__
ALLERGIES: __NKDA__

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

CORRECTIONAL HEALTH SERVICES     MARICOPA COUNTY

061-1568 11-07

PCR000257





PCR000259



PCR000260



PCR000261



PCR000262



MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NONSTOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION D 2   BK # A631830

MONTH/YR 11-04

ALLERGIES/DATE NKDA

012564

00008278 5
ANDRIANO, WENDI
68-26-79   C/F

| NURSE INITIAL | ORDER DATE | Rx DOSAGE FREQUENCY ROUTE | TIME | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11-04 | Ativan 1mg PO BID x56ᴰ | 0900 | | | | | | | | | | | | | | | | | | |
| | 11-04 | Ativan 1mg PO BID x56ᴰ | 2000 | | | | | | | | | | | | | | | | | | |
| | 11-04 | Zoloft 50mg PO QAM x56ᴰ | 0900 | | | | | | | | | | | | | | | | | | |
| | 11-04 | Zoloft 100mg PO QAM x28ᴰ | 0900 | | | | | | | | | | | | | | | | | | |

7-1582 R10-97

CORRECTIONAL HEALTH SERVICES            MARICOPA COUNTY

PCR000263

**Daniel Patterson - PDX**

| | |
|---|---|
| From: | Donna Ochoa [grandmaochoa@hotmail.com] |
| Sent: | Tuesday, December 04, 2001 6:54 AM |
| To: | pattersond@mail.maricopa.gov |
| Subject: | Andriano |

Dan,
Thought I'd try this out to see if it gets to you.  I just listened to last
week's messages and heard that Michelle called to introduce herself.
Please
let her know that I will try to call her today.  I apologize, we don't
always listen to the messages, we just check the caller id.  Thank you
for
working with our daughter Wendi.  I know that she doesn't belong in
there
and that there is a lot more to this than the prosecuter has shown.
Wendi's
therapist, Kandy Rohde would really like to hear from your office.  She
is
trying to keep a definite distinction between her relationship with
Wendi
and the defense, so that she doesn't appear to be part of the defense.
Did
that make sense?  Anyway, please give her a call.  She has good
information.

Get your FREE download of MSN Explorer at
http://explorer.msn.com/intl.asp

1

009456

PCR000264

Exhibit No.:   **50**

Case No.: **CR2000-096032**

For Identification:

**DEFENDANT**
**01/31/2014**

In Evidence:

Defendant
2/7/14

**Clerk of Superior Court**

By: _____ L. MOONEY _____
(Deputy Clerk)

1002841599

**Michelle Arvanitas - PDX**

| | |
|---|---|
| **From:** | Donna Ochoa [grandmaochoa@hotmail.com] |
| **Sent:** | Monday, September 30, 2002 7:44 AM |
| **):** | pattersond@mail.maricopa.gov; GDDeLozier@aol.com; arvanitas@mail.maricopa.gov |
| **Subject:** | Wendi Andriano |

Just to keep you updated.  We had a call from Wendi early Sat morning.  She
was hysterical.  Another inmate was put in her cell Friday night and some of
that girls behaviors almost sent Wendi over the edge.  Evidantly, Wendi
started having 'flash backs' about her times prior to jail.  For Wendi to
call like that is not common, in fact the only other time I recall hearing
her voice like that was 10/8/00, I called Kandy.  Wendi said that the guards
were refusing to move wither one of them even tho there were numerous empty
beds.  Kandy went over to the jail and was able to get Wendi stable.  I
haven't spoken directly to Kandy, but she left a message that Wendi was
having something like Post Traumatic... As Kandy left the jail she spoke
with a guard and demanded that the Psych see Wendi that day (he was at
Estrella on Sat).  We had Wendi keep calling us throughout the day.  The

guards had her fill out the form to go into PC but they said she had to say
she was in fear of her life and she refused to do that.  She knew that he
would be in there for a month's time without contact with us and couldn't do
it.  Of course, she couldn't tell us what all happened over the phone.  When
the afternoon crew came on she asked again.  Finally the head guard said

that they would momve the other girl.  We have not heard from Wendi since
she told us that.  I don't know if they were in lockdown Sun or what.  And
the Dr. never did see her on Saturday, as of 7:00 pm.
Donna

Join the world's largest e-mail service with MSN Hotmail.
http://www.hotmail.com

1

002205

PCR000265

Exhibit No.:  **51**

Case No.: **CR2000-096032**

For Identification:

**DEFENDANT**
**01/31/2014**

In Evidence:  Defendant 2/4/2014

**Clerk of Superior Court**

By: _____ L. MOONEY
(Deputy Clerk)

|||||||||||||||||||||||||||||||||
1002841600



Subj:
Date:        3/30/03 4:05:51 PM US Mountain Standard Time
From:        sbmurphyaz@yahoo.com
To:          mailto:gddelozier@aol.comgddelozier@aol.com,
             pattersond@mail.maricopa.gov

Dan and David:
Spent several hours on Sat and Sun with Wendi - I now have a handle on why she
didn't leave Joe.
She learned to disassociate from painful memories a long time ago - that is very clear to
me. Are you going to subpoena her counselor? I know there's something that happened
during childhood that she hasn't told me yet - I'll get at it before we're finished.
I've now spent over 10 hours with her and I think I have another 10 to go. I will see her
on Tuesday but not again until the following week. How sure are we that we're going to
get a continuance?
Sharon


Sharon B. Murphy PhD, CISW
Domestic Violence Consultant
Arizona State University
School of Social Work - Faculty Associate
work (480) 965-3525
fax (480) 831-8424

Do you Yahoo!?
Yahoo! Platinum - Watch CBS' NCAA March Madness, live on your desktop!

DEL006449

Subj:       Wendi *Andriano* — *Murphy work*
Date:       3/25/03 5:28:08 PM US Mountain Standard Time
From:       sbmurphyaz@yahoo.com
To:         pattersond@mail.maricopa.gov, malito:gddelozier@aol.com
            gddelozier@aol.com

Sent from the Internet (Details)

Hello Dan and David:
I spent a couple of hours with Wendi today and plan to see her again tomorrow,
possibly Friday and next Tuesday. I'm hoping that will conclude the interview time. We
didn't get very far into the story today (only up to the first year of marriage) because I
start with her childhood and work forward - so it's a pretty long process.
I think Wendi was very comfortable with me and I think she is looking forward to seeing
me tomorrow as well. This is very difficult as you know - she was very tearful so stopped
a number of times. I chose to end the interview after 2 hours because we both needed it
to end - draining, very draining.
She alternates between seeing the truth about her husband and not wanting to see it.
By the end of our work together she will see "it" which also means that she will become
quite depressed. **David:** it is important for her counselor to be available to her following
our meetings (if Wendi needs her) and throughout this process. The process of the
assessment is very painful because I'm asking her to talk about difficult things in a very
clear and forthright manner. She needs to reconstruct the past in a thoughtful way AND
then has to say it all out loud to me, a stranger. Can you communicate that to her
counselor for me or to her parents so that they can talk to her counselor? I did assess
for suicidality at the end of our time today and she's ok but admits to feeling suicidal on
occasion.
Will keep you both informed as I work. Is it OK with both of you for me to update via
email or would you prefer another method? When I have finished my work I will ask that
we sit down together to go over the key points - is that what you planned also or do you
have something else in mind?
Sharon


Sharon B. Murphy PhD, CISW
Domestic Violence Consultant
Arizona State University
School of Social Work - Faculty Associate
work (480) 965-3525
fax (480) 831-8424

Do you Yahoo!?
Yahoo! Platinum - Watch CBS' NCAA March Madness, live on your desktop!

PCR000267

Exhibit No.:  **52**

Case No.:  **CR2000-096032**

For Identification:

**DEFENDANT**

**01/31/2014**

In Evidence: 
Defendant
2/7/14

## Clerk of Superior Court

By: _____ L. MOONEY _____

(Deputy Clerk)

1002841601

Exhibit No.: **54**

Case No.: **CR2000-096032**

For Identification:

**DEFENDANT**
**01/31/2014**

In Evidence:

*Stipulated*
*2/3/2014*

**Clerk of Superior Court**

By

L. MOONEY

(Deputy Clerk)

1002841615

DANIEL B. PATTERSON
Deputy Public Defender
11 West Jefferson, Suite 5
Phoenix, AZ  85003
(602) 506-6463
FAX:  (602) 506-5001
Bar No. 005743
Attorney for Defendant

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| STATE OF ARIZONA, | ) | No. CR 2000-096032 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR COURT ORDER TO** |
| vs. | ) | **ASSIST MITIGATION** |
| | ) | **INVESTIGATION AND PROPOSED** |
| WENDI ELIZABETH ANDRIANO, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | (Assigned to the Honorable Brian K. |
| | ) | Ishikawa) |
| | ) | |

Defendant Wendi Elizabeth Andriano, by and through undersigned counsel, moves the

court for an order directing state and local agencies and entities to provide records regarding

Ms. Andriano and her family to the defense.  If any state or local agency or entity possesses

any records relating to Ms. Andriano or her family, the defense needs to obtain them to

conduct an independent and thorough mitigation investigation in this capital case.

011810

This motion is supported by the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and Article 2, §§ 4, 15 and 24 of the Arizona Constitution. This motion is further supported by the attached Memorandum of Points and Authorities.

RESPECTFULLY SUBMITTED this _19th_ day of November, 2004.

Maricopa County Public Defender

By _____

DANIEL B. PATTERSON
Deputy Public Defender

2

011811

PCR000298

Any records relating to Ms. Andriano or her family that may be in the possession of state or local agencies are necessary to build his social history. The defense must obtain these records in order to conduct the required independent and thorough investigation into Ms. Andriano's background. The proposed Order will assist the defense in obtaining these records without the need to subpoena each individual agency to produce the records.

The proposed Order will also help to keep Ms. Andriano's privileged records from the prosecution and law enforcement until and unless disclosure of the records is required by Rule 15.2 of the Arizona Rules of Criminal Procedure. Just as the prosecution is entitled to conduct its investigation independently from the defense, so, too, Ms. Andriano's defense team is entitled to collect her records without fear that they will be disclosed to the prosecution regardless of their privileged nature. If the records will be used at any phase of the trial, their disclosure to the prosecution should be the decision of defense counsel, rather than that of an employee of a public agency in possession of the records.

For the foregoing reasons, Ms. Andriano asks the court to sign the proposed Order.

RESPECTFULLY SUBMITTED this _____ day of November, 2004.

Maricopa County Public Defender

By _____

DANIEL B. PATTERSON
Deputy Public Defender

5

011814

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to her rights under the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and Article 2, §§ 4, 15, and 24 of the Arizona Constitution, Ms. Andriano is entitled to have her defense attorneys conduct an independent and thorough investigation of potential mitigating information to be used at the sentencing proceeding. In order to conduct an independent and thorough investigation, the defense must obtain all records documenting Ms. Andriano's life. This motion seeks the assistance of the court in obtaining such records in the possession of any state or local public agency in the State of Arizona.

A capital defendant has an unqualified right to present any facet of her character, background, or record that might call for a sentence less than death. *See Eddings v. Oklahoma*, 455 U.S. 104, 116 (1982); *Lockett v. Ohio*, 438 U.S. 586, 602-03 (1978) (plurality opinion). The investigation into the existence of any mitigating circumstances must be conducted in accordance with the recently revised guidelines for defense counsel in capital cases. *See* ABA GUIDELINES FOR THE APPOINTMENT AND PERFORMANCE OF DEFENSE COUNSEL IN DEATH PENALTY CASES (revised 2003) [hereinafter "ABA GUIDELINES"]. The Guidelines "are not aspirational, . . . [but rather] embody the current consensus about what is required to provide effective defense representation in capital cases." *History of* ABA GUIDELINE 1.1. The United States Supreme Court has affirmed that the Guidelines are the established standards for capital defense counsel. *Wiggins v. Smith*, _____ U.S. _____,

3