# TABLE OF CONTENTS (INTERACTIVE)

| | |
|---:|---|
| JJJJJJJJJJJ | Joint Motion to Correct the Record |
| Part 2 | Volume 2 |
| Part 1 | Volume 3 |

# EXHIBIT JJJJJJJJJJJJ
# PART 3

7.      Growing up, I spent most of my family time with my mother and with my aunts. They all were very harsh in the way they constantly made jokes and teased, primarily about sexually related things. For example, when I was about eleven or twelve, my mother and my aunts teased me about masturbation.

8.      As a young teen, I always felt embarrassed listening to my aunts. You would think it was a bunch of guys in a bar the way they talked and joked. Once, I remember I was lying down working under a machine in the tortilla factory. I was trying to find a hole for a screw. My one aunt said, "Put some hairs on it. That way you will find the hole." It was that kind of constant joking and teasing. They also said things like I should quit looking at girls because my pecker would fall off. They asked to see the palm of my hand, saying if there were hairs growing it meant I masturbated too much. I was already insecure and their teasing was unbearable. My aunts made sexual comments to and about anybody and everybody. Their husbands did it too including my uncle Oscar, aunt Lupe's husband. My dad joined in with them, as did my mother. My mother laughed at me when my aunts teased with sexual jokes. I always tried to walk away because it was so embarrassing.

9.      Before we moved to the house on Park, when I was about seven years old or younger, I saw "nudist books." Our dog, Cookie had puppies and we made a bed for her in the laundry room. I visited her every day there. One time when I was in there, I climbed on top of the washing machine and looked in the cupboard and saw magazines

A. O.
Initials

in there with naked people. I showed the books to my sister Delia and she called them "nudist books." I knew my mom used the cabinet so she must have known they were there. I was scared by it and I put the magazines back and never mentioned it again.

10. My father teased Delia horribly because of her weight when she was a child. He told her she was fat. My father also teased me. Whenever he found me crying he called me a mama's boy, a sissy. He was a happy-go-lucky drinker when I was a kid, but he got angry with me when I misbehaved or told lies. We got our whippings when Dad was angry. My dad did the spanking ninety-nine percent of the time when he got home from work. He spanked us with his belt. Once, one of us, myself or my sister Delia, took something from his panel truck. He made us stand against a door with our hands raised up and he hit us with the belt, asking who took whatever it was. Neither of us admitted it until after about seven lashes, I finally told him I did it because I did not want to get beat anymore. Other times, dad hit us about three or four times with whatever belt he was wearing at the time. When my mom got angry, she stopped speaking to us, at times for an hour and at times for the whole day. As a kid I enjoyed life but did not like it at all when my mom did not speak to me. I still recall how much that hurt me.

11. I was raised Roman Catholic and my family attended St. Anthony's Church in Casa Grande while I was growing up. My mom made me go to church until after I was finished with junior high school. About that time she got busy with the family

Initials

tortilla shop and stopped insisting that I go. We continued being members of St. Anthony's after that, but stopped going to mass on Sundays. I was a Catholic in name and member of St. Anthony's until I was about twenty or twenty-one years old.

12.     In 1st grade, I transferred to Central Elementary, a public school in Casa Grande.  I was punished by being spanked at school if I spoke Spanish at Central Elementary School. I attended Central and Evergreen Elementary School from 1st to 3rd grades. I attended East Elementary School, now called "Palo Verde," from 4th through 6th grades; Casa Grande Junior High School for 7th and 8th grades; and Casa Grande High School from 9th though 12th grades. I graduated from Casa Grande High School.

13.     My parents divorced when I was about thirteen or fourteen years old.  This began when my dad became involved with another woman named Billie. After my mom learned of the affair, my dad moved out of our house.  He lived in a separate apartment in Casa Grande for a couple of months, then moved to Phoenix.

14.     My parents had an ugly divorce. There was yelling and a lot of fighting with physical violence. I spent a lot of time outside our home crying while my parents were inside arguing and fighting. I felt like I could not talk to either of them. Prior to the divorce starting, I loved my dad.  I enjoyed being around him and wanted to be like him. That changed during the divorce.

Initials

15.    When I was growing up, my aunts and uncles all got together frequently in Casa Grande. On one occasion, after my parents were divorced, my extended family got together to have a picnic at a park. Both of my parents were there. Some of my family members were drinking alcohol, and there was serious animosity between my mom and my dad. With everyone else around, my dad slapped my mom. To defend her I punched him in the mouth, and then he went after me. After that, I had no contact with my dad for a while.

16.    My dad asked my mom to let him come back to her before the divorce was over, and even afterward he wanted to come back to her, but she refused. Following the divorce, my sister, Delia, lived with my dad, and I stayed with my mom. I saw my dad only a couple of times during the next several years, once for a couple of days when I was fifteen years old and then again when I was eighteen years old. I did not see him again until after I was married, and at that time I decided to make amends with him.

17.    After the divorce there was a split between my sister and me because she took my dad's side. When she returned from living with him and came back to live with us, she was ugly and disrespectful toward my mom. She talked to her like she was scum. Delia and my mom were always at each other, fighting all the time.

18.    My mother was depressed and bitter after the divorce. She developed a drinking problem. She started to drink after work, then started drinking all the time.

Initials

19.    After my parents divorced, I was ashamed that it happened.  I took it personally like it was something I did.  After they were apart, I fended for myself and started getting in trouble.  The divorce was a big turning point for me.  Some people have said that I am cold blooded because it appears that I do not show emotion.  I think this started for me around the time of my parents' divorce.  I learned to hold things in and not show how I was truly feeling.  As a teen, if I showed weakness, I knew I would be a dead dog, especially later on, when I was dealing with the people with whom I was arranging drug deals.

20.    My first sexual experience was when I was thirteen or fourteen years old.  I went to a friend's house to ask him to come out and play basketball.  He was not home and his oldest sister, who was about seventeen, answered the door and asked me to come in.  When I got in the house, another sister, who was about sixteen years old, was coming out of the shower.  The older one directed me to go over to the other sister.  I was scared and not sure what was going on.  The older sister then directed the younger sister who had sexual intercourse with me.  I was so scared not knowing what was going on.  The older sister told me not to say anything to anybody.  I ran home.  The experience was exciting, scary and confusing.  This was during the first summer at the house on Park.  I was already masturbating by then and looking at Sears catalogs but not having sex or any encounters with girls.  I was very shy and there was no way I was going to talk to my aunts.  They would have turned it into a joke anyway.  I had one more experience with

Initials

those sisters when I was a little older, when I was fourteen. They asked me if I wanted to try something. They told me to "pull it out" meaning pull my penis out. I did and the older one directed the younger to perform oral sex on me. The older one was laughing and the younger one did not like what she was doing. I recall a lot of laughing and again being told not to say anything to anybody. After that, I would not go over there. I called and met my friend at school but never went to his house again.

21.    When I was about sixteen years old,                    REDACTED

REDACTED

I felt like I could talk to her.

I never felt comfortable talking to my aunts and uncles and my dad was not around. I asked her what do girls like and she taught me about holding hands and putting your arms around a girl. She taught me to get flowers and gifts for girls and taught me how to get girls to like me. She showed me how to kiss. She took me under her wing. It got to where she invited me over almost every day. I helped her in the yard. At the time there was a girl that I liked and the neighbor coached me on how to have more confidence with her. Within a couple of months,                         REDACTED

REDACTED

REDACTED

22.    When I was about seventeen or eighteen years old, I went on a date. I did not even hold hands or kiss the girl. After the date, my aunts made a big deal saying they wanted to see if there was blood in the van I drove on the date to see if I had sex with the

Initials

girl. There was no respect. My aunts were always laughing at others' expense. My mom did it too, right along with them but maybe not as bad. My aunt Lupe and Celia were the worst ones. The/talked to me and to Delia's kids that way. Sex talk and sexual jokes were always in my awareness even before it started being directed at me.

23.     From time to time while growing up, my family went to Mexico. We had family in Hermosillo and Banamichie. When my dad bought liquor at the liquor store in Nogales, they gave him little sample bottles of liquor. I was in junior high school at the time. I brought one of the sample whiskey bottles to school one day and drank it during lunch. The other guys could smell it and wanted some of their own. I started selling the little bottles of whiskey. When my parents divorced, my dad left about thirty large bottles of whiskey behind at my mom's home. I started using them to refill and resell the little sample bottles. The other kids drank their whiskey after school and returned the small bottles to me to be refilled.

24.     One of the trips I took to Mexico was with my Aunt Celia and her second husband, my uncle Elsey Pearson, when I was about fifteen years old. We visited my second and third cousins and I had my first marijuana joint there. While there, I obtained phone numbers from people I met who I later connected with to arrange deals for the sale of marijuana. At that time, you had to be twenty-one years old or have notarized papers to cross the border. I had an older friend who made phony documents and papers.

Initials

He set me up with papers when I was underage so that I could slip back and forth across the border. I was about sixteen years old when I made my first trip alone.

25.     Over time, I learned how to be the in-between guy and get part of the cut on marijuana deals. This continued during my years of drug use in high school when I'd make trips to Mexico here and there to connect.

26.     One of the times I went to Mexico, when I was eighteen years old, I was arrested and taken to a jail in Hermosillo. I had picked up some marijuana and was supposed to drive from one house to another. The Mexican police were following me. The pulled me over by a lake and when I got out of the car, I threw the keys. The people I was dealing with had paid the police for protection, and had given me the name of someone to call if I was ever stopped. I kept telling the police to call that person, but the police began beating me and I went unconscious. When I came to, I was at the jail, tied in a chair and beaten. They wanted to know where I was going and I would not tell them. I just kept saying to call the certain individual. They whipped on me, shoved rifle butts in my back and hit me with their fists and slapped me. I was very frightened and thought I would be killed. I was in a lot of pain and I knew I was going to die. After that, they untied me and threw me in a cell.

REDACTED

27.     Eventually they came and got me and took me out. I was surprised. We went out and we drove out to the car that I had been driving and found the keys. They then drove me to Magdalena near the border and let me out and gave me my car. I was



Initials

told not to come back. As I was crossing the border, the officials asked me what happened because I was beaten and bloody. I told them I got drunk and got beat up.

28.    I really thought that when they were done with me, they were going to dump me in the lake and my mother would never know what happened to me. I had nightmares for a couple of years after that. Sometimes, even now, if I watch war movies and there is an interrogation, I have to get up and leave the room. There were just too many of them for me to do anything but I still felt like a wimp. I slept with a gun for a couple of years after that. I sometimes woke up thinking it was happening again.

29.    Later on, when I was volunteering with a drug program, I remember going to talk to my cousin in jail and they closed the cell door on me. It was very traumatic because I instantly recalled being in the cell in the jail in Mexico. It took me about thirty minutes to compose myself. I always felt like what happened to me in Mexico was my own fault because I put myself in that situation and that's what happened to me. I have had guys point guns at my head but I never felt like I did in that cell. To this day, I like to make sure my back is not to the door and I want to see all available exits.

30.    My first drink was when I was a little kid. I drank a half a can of beer at a family barbeque, and then threw it up. There was always a lot of alcohol at family gatherings while I was growing up.

A.O.
Initials

31.     I starting drinking alcohol regularly around the time that my parents were getting divorced, and my drug use developed from there.  During and after high school, me and a lot of my friends got high frequently.  I started smoking marijuana and using cocaine in high school. Cocaine was not easily available in Casa Grande so I went looking for it.  I had heard stories about it, that it made you feel good and made you confident.

32.     The first time I ever did cocaine was when I was about fifteen years old and was a high school freshman, with a girl who was about seventeen. It felt good and made me confident. I used about six times during the first year after that, then more regularly, about once per week, and then two or three times per week for a two-to-three-year period. I snorted it and stayed away from needles. I thought my blood pressure was high during high school from using cocaine. I wanted to play basketball and football but was not permitted to do so because of the high blood pressure.

33.     I took LSD for the first time as a high-school freshman at about age fifteen, and during high school took about thirty hits of LSD with paper tabs. I took mescaline in tablet form, also starting at about age fifteen.  My friends and I also drank. We went out partying and drinking.  Some went overboard with drugs.  In one three-month period in 1972 or 1973 I lost six friends to drugs. Three were killed, two died from drug overdoses, and one committed suicide.

Initials

34.     My drug of choice was LSD.  I had all good trips on acid.  If I was with friends, I liked to smoke weed.  If I was with a girl, I liked to do cocaine.  I also liked mescaline and peyote and drank beer and whiskey.  When I did acid, I was in my own little world and I liked that.  I did not have to be around people and everything was calm. It felt like an out of body experience.  I never did it in a group setting.

35.     As a senior in high school I started trying to clean up my drug use.  I joined high school clubs.  I was in the speech club.  By the end of senior year of high school I still drank and smoked marijuana, but was off cocaine and other drugs.  I drank the most when I was nineteen years old.  I was drunk in a bar when I decided I did not like it anymore and would stop.  I quit drinking alcohol on and off when I was twenty or twenty-one years old because it just did not taste good to me anymore.  By the time I was twenty-one years old, I stopped drinking all together.

36.     When I was twenty years old, a man named Calvin "Cal" Lorts and his wife, Barbara "Barb", got me involved in Christianity and I started attending the Casa Grande Christian Church.  I met Cal through his brother Barry Lorts, who I knew from high school.  Cal is three or four years older than Barry.

37.     Cal and Barb, had been asking me to go with them to a place called "God's Warehouse" and I finally went.  It was a place with Christian rock music up in Phoenix. I asked Cal and Barb if they believed in UFOs because I had seen one once while driving

Initials

with my mother. While we were driving back, Cal asked me if I wanted to make Christ my Lord and Savior and I said, "No, not yet." He also asked his brother, Barry, who was with us and Barry also said no. About fifteen miles outside of Phoenix, we saw a hitchhiker and Cal picked him up. The hitchhiker sat beside Barry. The guy was gone and talking like he was from another planet. He said he did not live in this world, that he lived somewhere else and he could not find his way home. Cal said, "That's enough," and the man stopped talking and Cal pulled over and dropped him off. We arrived back in Casa Grande and Cal dropped me and Barry off. I went into the house and was there alone, as my mother had gone to Mexico. I could not sleep. I turned the music up. I kept thinking that something was wrong, that someone was dying. I walked outside and, just as I did, Cal and Barb drove up. They said that Barry was ready and had committed himself to Christ. They told me that they had just baptized Barry. They then asked me again if I was ready to commit and I said yes. Cal and Barb then took me to the church and I was baptized.

38.     Soon after, I was initiated into speaking in tongues, which became part of my religious practice. Speaking in tongues is a heavenly language that is between God and me. The process itself feels like a rush. The Bible talks about being baptized in the Holy Spirit and once you give your life over to God, you just open your mouth.

Initials

39.     Two weeks after I was baptized, I went back to God's Warehouse where I met a man who told me that he was told to pray for me so I could speak in an unknown language. He had an anointing for me. He was one of the elders associated with God's Warehouse. Right there on the spot, he put his hands on my head and I closed my eyes while he prayed. When I opened my eyes, he was there along with about twenty-five people who had gathered around us. I put my head down. I somehow felt different, weird in a way I could not explain. That was on Saturday night.

40.     When I returned home that night, I felt like a well opened up. I was talking in tongues and I was freaking out. I could not stop and I did not want to. The feeling was unbelievable. I got scared and I went out on the road to pray. It felt like a sexual experience started and I began to feel excited and it felt more and more like I was having an orgasm. That was the first time I spoke in tongues.

41.     Sometime after that, Cal Lorts went to Tulsa and studied to be a minister. He returned to Casa Grande and started the 91st Psalm Christian Church which Donna and I later joined and in which I later became the teen and children's pastor.

42.     In the early 1970s, a man named Gene Moffit, now deceased, who worked in the local school system, and a teacher named Jean Beach, helped some of my friends and I to start an organization to help rehabilitate drug users and alcoholics. They introduced us to people and organizations, including one that took people off the streets. I

Initials

volunteered with this group which included an attorney, police, community members, educators, and school people who tried to provide drug-and-alcohol counseling and rehabilitation. It was a volunteer organization that stepped in to help police when someone was having a bad trip or had overdosed on drugs. The cops tried to help when they could rather than arrest the drug users. We did what we could to assist by talking people down when they were high or taking them to the hospital if this became necessary. We had a house called "The Mountain" where we did counseling in the basement.

43.    The local Rotary, Women's, and Optimists' Clubs helped with initial funding for our organization and the city of Casa Grande gave us a building to use free of charge. The building was in a less-than-ideal location across from the train tracks. The organization grew and in about 1974, we received funding from the State of Arizona, which allowed us to begin hiring professionals.

44.    Rick Barnes was the director of our organization. I cannot recall what the name of it was then. We hired Wendi's mother, Donna, from a drug program in Phoenix because we needed counselors for our program and had funding to hire someone. I did not meet Donna until after she was hired. In addition to working as a counselor, Donna handled our accounting and bookkeeping. After she was hired, I went to Phoenix to help her and Wendi move from Phoenix to Casa Grande. Donna was divorced from her first husband, Shelby "Skip" Robertson, by then. Wendi was about four years old at the time.

Initials

I did not especially like Donna when we first met. Part of it may have been due to seeing marijuana butts between her mattress and box spring when I went up to Phoenix to help her move.

45.    After we hired Donna, we brought in alcohol programs. Until then the organization had focused primarily on drug users. We combined both into a single program called "Pinal Alcohol and Drug Abuse Council," or "PADAC" and included an Alcoholics Anonymous group. Donna was the first paid counselor for PADAC, and at this time the only paid employee. The director, Rick Barnes was the only other person receiving payment.

46.    At the time Donna and I met, my mom and I worked together running Ochoa's Tortillas, our family business. My work with PADAC was as a volunteer. My grandfather Ochoa started Ochoa's Restaurant in Casa Grande and also started a tortilla factory. When my grandfather died, he left the restaurant and the tortilla shop to my ~~Dad.~~ ~~Aunt Lucy and she continued to run them.~~ My aunt Celia then started another restaurant, Little Sombrero. Both Ochoa's Restaurant and Little Sombrero are still in operation. Celia's daughter continues to own and operate Little Sombrero. There were many family disputes over family business over the years.

47.    After we met, Donna and I saw each other at work. There was nothing more than a working relationship between us. My worries about her from when I saw the

Initials

marijuana butts had subsided. I understood that Donna really was no longer smoking pot, although she was still drinking. Donna shared an apartment with a woman named Nicki Barnes in the same apartment complex where Rick Barnes lived. Nicki was going to school at the time. Donna and Nicki and Wendi and Nicki's daughter, Tasha lived in the apartment together.

48.     During this time, while Donna lived with Nicki, I lived in Casa Grande with my mom. Late one night I went to the PADAC offices. Donna was there working the telephone call in line. Wendi was asleep in one of the other offices. Donna and I started talking. The next thing I knew, we were kissing. We made love that first night there at the PADAC office. We never really dated. We went from no relationship to being physically intimate in one night and then continued to see each other after that.

49.     By the time Donna and I got together, I already had a relationship with Wendi from her being at the PADAC offices on 1st Street. My first memory of Wendi is when Donna brought her to PADAC when Wendi was about four years old. Some people from the office wanted to go shoot pool. Donna went with them and left Wendi behind at the office. Wendi was outside playing by herself. She told me "I want to go with my mom." When I told her that she could not, she said, "You are not the boss of me. I want my mother."

Page 18 of 58

Initials

50.    Wendi was a sweet, outgoing child.   She had already attended pre-school in Tempe prior to moving to Casa Grande.   When Wendi was only about four-and-a-half or five years old, she sometimes went to the shop next door to PADAC called "Stoney's Furniture." There was an old guy at the store in his 60s or 70s. Wendi begged him to give her quarters, dimes, and nickels.  Also, when strangers walked past, Wendi begged for money from them.  Essentially, Stoney taught her how to panhandle.

51.    After that first night with Donna at the office, I started spending nights with her at the apartment she shared with Nicki and then, for a few weeks before we were married, I lived with her and Wendi.

52.    A Justice of the Peace married Donna and me on June 6, 1975 in Florence, Arizona.  My mom knew beforehand that Donna and I were marrying, but she did not tell our family until afterwards.  I asked my mom not to tell anyone we were getting married because there was so much dissention in my family I could not see how they could all get together without there being problems. We did not see my extended family much while Wendi was growing up.   On my father's side, my paternal grandmother, Guadalupe, had held the extended family together, and when she passed away, it all fell apart and there was a lot of arguing, gossip, jealousy, in-fighting, and craziness. Donna and I did not want to be a part of that so we did not see the family on my father's side very often. There were also bad feelings in the family over how the tortilla shop got taken

Page 19 of 58

Initials

away from my mom. I reconnected with my dad and the rest of his side of the family to an extent when Wendi was five or six years old, partly because my mom encouraged me to do that, and then I started seeing them on Thanksgiving, at Christmas parties, and at funerals. The only member of my family who saw Wendi all the time while she was growing up was my mother, Natalie.

53.    After Donna and I were married, we continued to live at the apartment for about two or three months.

54.    From the time I met Wendi, I felt like she was my little girl. She was special and I cherished her. There was just something there with Wendi. You could not help but fall in love with her, she was just so cute. As soon as I met Wendi, I liked her, it was her mom I did not like at first. When Wendi was about seven or eight years old, I told her that I would love her no matter what. That bond carried through to her teens.

55.    There were a lot of things that I instructed Wendi about that Donna did not. I explained to her about boys and about sex. Donna grew up pretty straight and I think maybe she was embarrassed to talk about sex with Wendi. She told me I had to do it. By that time, I felt comfortable with discussing sex. When I worked with Cal, I even advised him that we needed to provide sex education for married couples in the church and I had already started doing that counseling for them by the time I talked to Wendi about sex. I also instructed Wendi in life lessons, not just about boys and sex. I believe I

Initials

was the more levelheaded parent.

56.     After Donna and I married, we moved into my mother's house and stayed there for a couple or a few months. We were saving money to move into a house being built in a new subdivision where we would be able to make payments according to our income. We moved to that house, located eight miles outside of town in the desert. It was a new house with three bedrooms and one-and-a-half bathrooms. Donna and I stayed in one bedroom and Wendi stayed in another. We lived at the subdivision house from the time Wendi was five until she was almost seven years old. Wendi attended Evergreen Elementary School at that time.

57.     Nicki Barnes who Donna and Wendi had lived with in the apartment had since married Randy Crawford and they came to stay with us with Nicki's little girl, Tasha. Nicki and Randy stayed in the guest bedroom and Wendi and Tasha then shared Wendi's bedroom. Tasha was about a year younger than Wendi.

58.     I would have been happy to have an apartment with no chores for painting, lawn care, or maintenance, but Donna wanted to buy the house in the subdivision. After Donna and I were married, I stopped working at the tortilla shop and I resigned from $A^0$ and being on the board of directors $A^0$. $A^0$. Desert $A^0$. volunteering at PADAC. I started working as a landscaper for Desert Living Landscape. It was a brand new company at the time. The owner's name was Barry Grimmer, who is now deceased. I helped him build the business and learned how to do everything he did.

$A^0$.
Initials

We worked to put in new landscapes and also did landscape maintenance for places like schools and apartment complexes. Barry had a drinking problem and sometimes showed up drunk to jobs. I was with him for a year or a year-and-a-half.

59.    After I stopped working for Desert Living Landscape, I went to work for Foxworth Galbraith Lumber. They served the whole Pinal County area. I was hired to help them start a nursery in the Casa Grande area. When they hired me, they promised minimum wage hourly plus a commission at the end of the year. The store manager stole from me. He ultimately got fired, and after he was fired we could not find the contracts promising me the commission. At the end of the year they said there was no contract and I lost $4,000 in earnings. I was with them for less than a year. After working at the nursery for Foxworth Galbraith Lumber, I went out on my own to do landscaping and landscape maintenance work. I worked out of my own truck.

60.    In the early years after Donna and I married, I sometimes told Wendi, "You a little honky girl, and I'm a Mexican." One time after that, when Wendi was little, Donna's mother, Ann, came for a visit. Wendi told her grandma, "I'm a Mexican and you're a honky," and after that, it took some doing to get Ann to like me.

61.    One day at the subdivision house, Wendi wanted the door to her room painted, so I painted all the doors in the house different colors. Wendi also wanted a playhouse so I made a fort for the two of us by digging a trench and making a table out of

Initials

dirt. We got dirty and grubby playing in the fort. I remember on one occasion that Wendi and I were in the fort having tea when I realized some of the construction guys had stopped work and were all staring at us, and I got embarrassed. It happened again about a week later when the guys watched us playing in the fort and then they started clapping.

62.     While living in the subdivision development, Donna met Rick Miller and Allen Farmer at a Christian bookstore after which she started going to church meetings at the bookstore and at people's houses. Rick and Al came over to our place and held Bible Studies. At that time, I was no longer going to church. It was through Donna's association with Rick and Al that we came to later travel with them and the Fishers of Men ministries.

63.     The three of us, including Wendi, left Casa Grande to be part of a traveling ministry, the Fishers of Men. We were on our way to California. Our first destination was Wilcox, Arizona, where we spent a few weeks, and where two girls, Rebecca and Rosalie, joined us. We then traveled to Tucson, where Donna, Wendi, myself, and Rebecca and Rosalie moved in with a couple named Michael and Mary Castro. One of them owned the house and we all stayed there together to gather resources to embark on the trip to California together. The idea was to sell the Tucson house after which Mike and Mary would join us in traveling to California. Rick Miller and Al Farmer had already gone out to California and the plan was for us to meet up with them out there in

Page 23 of 58

Initials

Martinez.

64.     In Tucson, Michael and I went into business as painters and painted about a dozen apartment complexes on the inside and outside. We got paid so much per week. In less than a year, the guy in charge skipped town and went to Mexico with a couple of hundred thousand dollars. As a result, Michael and I were owed over $12,000 for painting work we had done that we never got paid for.

65.     We stayed in Tucson for a little less than a year. Before we went on the road, once when Donna and I were visiting her father Hank and his wife Virgie, Wendi got really sick and came down with a high fever. She was probably about six years old. I prayed for her and waited a couple of hours. When the fever did not subside, we took her to the emergency room.

66.     Before leaving Tucson, I traded my pick up truck for a VW van which Donna, Wendi and I travelled and lived in. The van itself was pulled by a converted school bus that belonged to Al and Rick. The pick up was then used to pull a 5th wheel trailer. This was our caravan in which we lived and went from place to place preaching the word. The VW van itself did not have a bathroom or kitchen but the 5th wheel and converted school bus did. In addition to these vehicles, we also had a thirty foot cargo carrier that pulled a nine passenger van. In addition to feeling called to travel and preach, we were also on a mission to start a church. However, we never did start a church.

Initials

67. When we left Tucson, Rebecca was still single. Rosalee had connected with Rick Miller and they became a couple. Rosalee had one or two small children. She left those children behind with her mother because there was some complaint that either she or Rick or both were abusive to the children.

68. We headed to Walnut Creek but wound up in Martinez in Northern California. From there we traveled all over, going to Los Angeles and San Diego. While traveling we did a lot of singing, and during that time Wendi learned how to play guitar.

69. When we first started traveling, Donna, Wendi and I stayed in the van. After some time that changed, and sleeping arrangements were switched around. Much of the time, Wendi slept in the overhang of the 5th Wheel with Rebecca and Rosalee. Whatever money we had was pooled together and our living expenses were treated communally. We asked for and received contributions from people to whom we preached and brought to various churches. Our decision to travel with the ministry and to return when we did was inspired by God.

70. Thinking of Wendi during this time period and later on, after we returned from the ministry, when she was eight, nine, and ten years old, she was a bubbly, outgoing, friendly kid. Wendi always wanted to please me and please others.

Page 25 of 58

Initials

71.    After we'd been in California for a year-and-a-half or two years we felt that it was time to come back to Arizona and settle down. We told the group that we were leaving, and came back to Tucson. Our plan was to get a place there. We were out of money so we stayed with Donna's father, Hank, while I worked in construction to get us back on our feet.

72.    After a couple of months in Tucson, Donna wanted to move back to Casa Grande. I was attending the Laborers' Union School in Prescott. Donna asked if she could leave to go back to Casa Grande. She moved back there from Tucson while I was still in the union school. We were away from Casa Grande for a total of about two and half years.

73.    I think Wendi grew up quickly because she was not around other kids during the time we were with the traveling ministry. Before we left Casa Grande, Wendi was a little kid. When we returned, it seemed like she was a little adult. As a child, Wendi was always mothering others, even me and kids her own age, at school, home, or if her friends were over at our home. I did not notice this about her until we returned after the years with the traveling ministry. When tested, she was actually ahead of her age in school. As a child she seemed to be able to communicate better with adults than with other kids.

Initials

74.     I was not well connected and had a difficult time getting union jobs. I returned to Casa Grande and continued to work in construction at a non-union job with Gallo. After returning to Casa Grande, I reconnected with Cal who had by this time been to Bible College and had started 91st Psalm Church. I reconnected with Cal because Donna had started attending 91st Psalm. Cal had a history, like many of us who later gravitated to the church life. Some years before he had been busted trying to sell a couple barrels of marijuana out in California. He got off on a technicality.

75.     Cal asked me to teach teens on Sunday mornings which I agreed to do. Over the years, Cal and I butted heads but I was motivated to stay because I cared about the kids. My thing was working with the teens. I taught devotions, which was a method of interpreting scripture in a way that it could be applied in everyday life.

76.     In the mid 1980s Cal left 91st Psalm and Tom King became the pastor and changed the name to Harvest Family Church. Tom was more dogmatic and not as charismatic as Cal. Tom can come across hard and did not show mercy. For example, if someone wanted to leave the church, they could go, but Tom would never speak with them again if they departed. He called it a divorce. I worked over the years at the church with both Cal and Tom. I worked helping out with the church and school buildings and grounds and I was the teen and children's pastor. With Cal, it was more of a friendship relationship. With Tom, it was more of a business relationship. I butted

AO.
Initials

heads with each of them and everybody butted heads with each other. With Tom it was a little sticky because Wendi and Shawn, Tom's son, liked each other.

77.     When Wendi was between the ages of eleven and thirteen, I saw that she was growing up quick. By the time she was twelve, thirteen, and fourteen, she was looking at boys and spreading her wings. She wanted to be away from the house more and do things with other kids. She wanted to spend nights sleeping over at her friends' houses. Until this time, the three of us, Wendi, Donna and me were always together, especially when we had been on the road.

78.     I saw that Wendi was growing up and I felt like she was leaving and I was losing her. I made her promise me a few things. One promise I asked her to make me was that she go on her first date with me. I think she was thirteen or fourteen years old at the time. She and I each got dressed up and I took her out to Red Lobster and then went cruising around. I showed her how a guy was supposed to be respectful toward her. I showed her how the boy should pull her chair out for her and open the door for her and treat her like a lady. I also made her promise that she would not have sexual intercourse until she was eighteen years old. The last promise I asked her to make was that she would call if she had any kind of trouble and I told her, "I'll try not to yell and we'll sit and talk."

79.     As I said, as she got older, I felt like I was losing her because I could have her less and less as she did more and more outside the home. I observed her with Shawn,

*A.O.*
Initials

Tom King's son and saw that they had a good, strong friendship. I also was very protective of her when she and Shawn actually started dating. The way we were raising our children in the church, we sought to keep the boys away from the girls and the kids in general were more secluded from the outside world.

80.     Generally, I had the sense that Tom was very possessive and Shawn was the same. It was like, "These are mine and you cannot play with them unless I say so." When Wendi and Shawn were dating I saw that Shawn was jealous because I wanted to be around when they were together. It was interesting though because he was not that way if Donna wanted to be around them. When they broke up, his parents were happy because they never really wanted Shawn to be with Wendi. I think they thought she was too outgoing.

81.     In general and specifically, there were differences between the way Tom and I saw things. Tom was adamant about male authority in the household. I disagreed with that and believe that a married couple should work together.    I may have made decisions that Donna did not like but we always tried to work together. Tom also thought that children should not watch movies, television and engage in dancing. That part did ease up over time and the rules were relaxed about television and movies.

82.     There were rules at Harvest about students having contact with each other. For the little kids, there was a six inch rule, meaning they had to stay apart at least six

Initials

inches from each other. The rule was made to keep them from hitting or slapping each other. For the pre-teens and teens, there was a twelve inch rule, meaning that boys and girls had to stay apart from each other at least twelve inches. That rule was designed to keep them from holding hands or kissing.

83.    When I was the teen pastor, I had teen get togethers and let the kids dance even though the church and school prohibited it. I also let Wendi watch television. However, when I let her watch television in the early days before the rules were relaxed, I told her that she could not talk about it. Even after the rules about movies and television were relaxed, students were still not permitted to talk about movies and television at school. I let Wendi watch Saturday Night Live and other television shows that the church and school instructed should not be watched.

84.    When Wendi wanted to take classes at Central Arizona College (CAC) during high school, I eventually supported it even though it meant she would be exposed to the outside world. *A.e* TOM was very against it and it took alot for me to convince TOM to let Wendi take the classes. *A=a*

85.    I was definitely the disciplinarian in the house. At the same time, I was the more playful parent. I was strict but not letter-of-the-law. I often kept Wendi home from school on Mondays while Donna was working just for Wendi to have a chance to hang out or for us to go shopping. Usually Wendi and I went on day trips together. I took her clothes shopping. Wendi preferred to go with me because I agreed to what she wanted to

*A.D.*
Initials

buy and did not mind buying things for her.

86.     Wendi and I spent a lot of time together.  There were many evenings that Wendi and I spent together without Donna because Donna always went to sleep so early. Even if we all started watching a movie together, Donna usually fell asleep well before it was over.

87.     During the time Cal was the pastor, the church grew to its largest congregation, which was maybe 275 people.  After Cal left, the congregation dropped by half and then after Mark Keating had been there a while, it dropped by half again.  Cal managed to keep the church afloat but he had a tendency to overspend and when he left, the church was in debt.  Tom did get the finances under control.

88.     Sometime in the early 1980s, just before Cal left I think, we needed to have a certified teacher at Harvest.  We hired Mark and Nancy Keating.  They were not really desert people and ultimately left the church.

89.     I had difficulty with Mark that started with Wendi.  She was on the swim team, which Mark coached.  Wendi was having some troubles from the athletic demands and was not getting her period and she had no body fat.  We took her to a doctor who said that she needed to slow down.  I told Tom that I was thinking of pulling her from the swim team.  Mark threw a fit.  He wanted to be the one making those decisions.  From

Initials

there, things between us just went downhill and Nancy followed whatever Mark said and did. I did pull Wendi from the swim team. I think that Wendi starting eating and sleeping better after that, once she did not have as many demands on her time and body. Wendi herself never complained about the swim team and it was not her idea to quit, that was my thinking based on her health.

90.     Wendi was very talented in many ways. As a teen she loved to babysit and loved the younger kids. She never liked to sweat so when Mark started the swim team, Wendi was first in line. While swimming, she was able to be active but she did not have to have that sweaty feeling when she was in the water. Wendi was good with her schoolwork. She also helped some of the other kids who had difficulty learning. Wendi could put off assignments till the end and then just cram the night before and still get an A. That was so unlike me. It made me so mad—when I was in school, I struggled with assignments for weeks and hoped to maybe get a B.

91.     Wendi loved music and sang both at the church and at Central Arizona College. I loved to watch her and loved seeing her do the things she loved to do and that made her happy. I could feel when she really liked a song. I know hearing Wendi sing also made Donna very happy.

92.     As Wendi got older, I still took her places and had her do things with me like going to Christian Rock concerts. Not only was I her father, but also I felt like we

Initials

were friends. Wendi invited Shawn several times to go to the concerts but he was not allowed to go. Mainly it was me and Wendi doing these things. Sometimes Laura or Frances went with us. Laura was a good friend of Wendi's and Frances was the daughter of the church secretary, Lola Archuleta.

93. Wendi and I had a good father-daughter relationship and also a good friend relationship. I thought of her not just as my daughter but as a buddy as well. There were not a lot of things I did with other adults and did not have many adult friendships. I have been very guarded from being hurt too many times in the past. Early on at the church, Donna and I had friendships with Debbie and Allen Bain and with Barry and Pam Lorts but those relationships dwindled away and I never really had any other adult connections. Being at the church all the time, my connections were mainly with the kids and the teens.

94. During Wendi's teen years, I took special interest in some of the kids such as Razin Irani. All of the students at Harvest were required to participate in state-wide Christian competition conventions. Razin was a little slow and did not have anything to enter in the competition. There were various categories such as math, science, poetry and music. I decided to help him. I bought a camera from a student named Jamie Allen. I went to the library and took out books on photography and taught myself so that I could teach Razin. He really took to it and so did I.

Initials

95. Wendi was a cute girl and had a lot of attention from boys. When she was about sixteen years old, several boys at school liked her because she was so pretty. Even Shawn's brother, Brad, liked her. Another student, Brian Munn also liked her, and she also had the attention of another boy who was at least four years older than her.

96. One of Wendi's best friends growing up at 91st Psalm and Harvest was Laura Bell. She spent a lot of time with Wendi and at our house. She was a sweet, loving girl. She often spent time with me and sat on the couch with me, reading, like one of my daughters. Jeri Lynn was also a good friend of Wendi's and she also spent a lot of time with us. Kyre, Cal's daughter was also a good friend with Wendi before Wendi's teen age years.

97. Wendi was very adaptable. For instance, she was good friends with both Jeri Lynn and with Laura. She was able to enjoy different things with each of them. Laura liked horses and even though that was not Wendi's thing and she was afraid of horses, she still went riding with Laura because Laura liked it. Jeri Lynn was more of a tomboy. Wendi herself I think was more of a town girl. She would rather dress up and go to a nice restaurant than go to a barn to dance but she would do whatever was on the program.

98. I had a very close relationship with Jeri Lynn and she slept over at our house many times. She was very obedient and a good kid. She did anything I said,

Initials

whether it was her homework or chores. When Jeri Lynn's family was moving to Tempe, Jeri Lynn lived with us while she finished out the school year. Her family moved up to Tempe to follow Cal who left Casa Grande to start 91st Psalm up in Tempe.

99.     After Jeri Lynn moved to Tempe, I became closer to Laura. Laura was around during the time she was growing into a teen. It seemed to me that she gravitated toward me because her dad was not around much. She hung on to me as a dad figure. Laura always wanted to cuddle up with us when Wendi and I were cuddling. We were very affectionate. Wendi often scratched my head until I fell asleep. I remember wrestling around with Laura and Wendi all the time. Eventually we stopped, as Laura got older, because she was developing. Wendi and I still wrestled around but when Laura was about fifteen I stopped including her because I did not want to give the wrong impression.

100.    Other kids from the church and school who were around Wendi and who I spent time with were the Carlin kids – Lonnie, Sarah and Rachel, Leon Howerton, Will Galyon, and Kim Ethington. Kim and Lonnie were a couple and there was a falling out between them and the church because it turned out that                    REDACTED                    When I confronted them about it, they tried to deflect attention away from themselves by Kim telling Tom and Mark Keating that I looked at her wrong, as in a sexual way. Both Lonnie and Kim were going to be expelled but Lonnie's mother asked Pastor Tom not to

Initials

expel Lonnie. Tom then told both Lonnie and Kim to apologize to me about lying and saying that I was inappropriate with Kim. They did apologize and I never revealed that I knew that ~~REDACTED~~ because of my vow to keep the teens' business confidential. Then, it all came out anyway.

101. When Wendi was a teenager, Tom had a problem with some of the older kids at the school. He thought they were partying and having sex when they were fifteen, sixteen and seventeen years old. I do not know where he got that. Mark was also on the witch-hunt. Tom had a saying, "if she'll smoke, she'll poke" meaning that if a girl smoked cigarettes then she would be willing to have sex. Donna always hated that saying. As part of Tom's search and allegations, it was learned that ~~REDACTED~~ ~~REDACTED~~ As a result, she was expelled from school. That is when I asked Wendi to promise me that she would wait until she was eighteen or out of school before having sex. I did not want Wendi to go through what ~~REDACTED~~ Wendi did promise me and when she did eventually have sex, she came and told me.

102. I first talked to Wendi explicitly about sex when she was about fifteen years old. Brian Munn had given her a ride home from school and had tried to kiss her. She told me about it and asked me what a hand job was. She would not tell me who she heard use that term. I explained it to her and spoke frankly with her about sex. Before that conversation, I did not speak explicitly but in more general terms, telling her that sex was for when she was older and that she should hold off.

Initials

103.  I was very close with the church secretary, Lola Archuleta. I felt like she was my sister. She was easy to talk to. We shared the same office and we really bonded. I took her daughter, Frances, under my wing. She was a good kid. She did not fit in and some looked down on her because she did not have a dad around. I helped Frances. I counseled her, I disciplined her. I knew she just needed a father figure.

104.  The biggest difficulties I had working at the church was with the parents. Everything I discussed with the teens was confidential and sometimes the parents wanted to know what was being said but I refused to break that confidentiality. I finally resigned because I could not handle the parents anymore.

105.  The actual last straw came when Tom paddled a child for throwing mud on me. It was ridiculous how heavy handed Tom was. One day at school when it had been raining, I had the little kids who were from ages six to eight have a mud fight. After we were finished, I had them line up so I could hose them down and they could put their clothes back on. I was wearing my slacks, a leather jacket and tie as was required by the school. One little boy, Seth Galyon, was so keyed and wired up that he continued to throw mud and threw mud on me. I told Seth he was going to have to work/pay for my clothes to be cleaned. My intention was that I would give his father a dollar and tell him to have Seth take out the trash extra and pay Seth the dollar and then I would make Seth give me the dollar as payment to have my clothes cleaned. It was a way for Seth to learn

Initials

a lesson. When Seth's father, Jimmy Galyon came to school, he came over to me and told me that Tom had given Seth four swats for throwing the mud. I did not know that Tom had done that. I apologized to Jimmy. I told Jimmy what my plan had been. There was no reason for Seth to get whipped for that. By then, things had been building up and once again, there was contention with a parent and that incident became the last straw.

106.    There were various difficulties over the years at 91st Psalm and at Harvest including a serious allegation that Dick Herdegen, a major financial supporter of Harvest and of Pastor Tom, sexually molested                REDACTED                Dick had a business drilling for water and                REDACTED                I do not know how the allegation came out but Dick was accused of                REDACTED                Both Tom and I spoke with Steve and Tom told me that he had approached Dick about it. My position was that                REDACTED                should get the police involved if they thought the allegation was true but they never did. Dick quit the church and moved to Orcus Island in the Pacific Northwest. I did not know what to believe.

107.    We never had specific services at Harvest or 91st Psalm for speaking in tongues but it often happened when we gathered in preparation for going door to door in the early years of 91st Psalm. Before going out, we gathered in the sanctuary and prayed and sometimes we did pray in tongues. We stood in a circle and asked for guidance for our work for a revelation of what needs to be done. For me, the spirit would come and I

Initials

walked back and forth or lay down.  It is an amazing experience.  In some ways it feels like the rush of a cocaine onset, a rush that keeps you going and going like you can accomplish anything.  I feel inspired and energized.  It is a momentum that starts slow and builds and sometimes there is a vocalization and sometimes it is all internal.   It is like a good orgasm.  When I am praying in tongues, I know what I am communicating in English but it does not come out as English.  When I listen to myself sometimes it sounds like Swahili, sometimes like an Oriental language, and sometimes Native American.  I am hearing what comes out of my mouth and I know what I am doing but I cannot understand the actual words.   In my mind, I know what I am saying.   I received revelations quite a bit during these times.

108.    I often prayed for Wendi and Donna.  When I did there were times when out of the blue I would see things and know what Wendi was doing.  When I revealed these things to her, she wanted to know how I knew.  For example, there was a time when I had a revelation that Wendi had sex twice and when I asked her, she confirmed that it was true.  Sometimes even driving during the day and praying for Wendi I received revelations and needed to talk to her.  I even was able to predict basketball scores or who was going to win a game and, sure enough, it would be true.  I stopped doing that because I did not want people placing bets on it.

Initials

109.   Some of the questions I asked while praying were how to help a certain church, what do we need to do, what members need to be lifted up, who would be a leader. It got to where I knew who to talk to for the best results, be it a church member, the pastor, or the board. I often received specific information about people, especially when I was counseling them. I did couples' counseling and I often received revelations about what their marital problems were through prayer. One time in particular there was a couple I counseled. The husband complained that the wife never fixed dinner. At the same time, he asked for sex everyday. The wife was not cooking because the husband was asking for sex. I received information that if he helped her then she would be happy to give him sex once a month. Then we went even deeper and I explained to him that he needed to get her ready and romance her, not just spread her legs. I knew from praying that the husband was not doing things to help his wife enjoy sex. I told him this. I also told the wife that she has not told her husband what she wants and that she must do this. The marriage bed is undefiled and anything goes as long as you want it.

110.   As far as revelations are concerned, if I am praying for individuals to help counsel them, it does not mean that I brought everything to them that were revealed. Revelations are both a knowing and God talking. There is a scripture, "Touch not God's anointed nor do them any harm." Once you receive the gift, it does not matter what happens after, you still get the revelations.

Page 40 of 58

Initials

111.    When I was a pastor, I took off one day a month to go into meditation.  In the winter I went out into the desert and in the summer I went to the mountains or to a hotel room with air conditioning.  It was a way to pray and get close to God.  Those times were to build myself up for my family and me.  It was a drain teaching all the time and working with people's problems.  We called it "prayer mountain" based on how Moses went to the mountain to pray.  It was not always a mountain, sometimes a cheap hotel room.  Many times after these days in isolation, I came back knowing things about Wendi or Donna that they never told me.  Here's a cute one – I found out that there were certain things Donna wanted me to do in bed and I did them and there were explosions.  She never told me and when I did them, she asked me how I knew that was what she wanted.  Sex is from God and I can recall praying for revelations of how to please Donna better in the bedroom.

112.    When I married Donna, I told her that I never wanted to divorce.  Over the years we have had our difficulties but I remained true to that commitment.  One source of contention over the years has been Donna's tendency to spend too much on things I believe we do not need.  She makes senseless purchases and does so in multiples. For example, if I say I like something, such as a hat, instead of buying me the hat, she will buy four or five or six of them.  As a result, there are many things that pile up and crowd the house.  I know that she often shops and hides things in the car rather than bring them directly into the house when she thinks I will see her.  This was another thing I learned

Initials

about through prayer, that Donna bought things and hid them in the trunk.

113.   Along those same lines, Donna also overbuys with food and frequently our freezer is filled with food that never gets eaten and sometimes stays there for years until I finally get her to throw it away.

114.   Donna has always been the person to handle the money and when I received paychecks, I always gave her my money and then she gave me spending money for my day-to-day needs.

115.   There are many ways in which Donna and Wendi are alike. They both can be very mothering and also have a tendency to scold me in the same way, both are very smart but sometimes lack common sense. They are different in that Donna likes to hold on to everything whereas if Wendi buys something, she also gets rid of the old thing. In fact, there were times when Wendi gave her things away to friends if they said they liked something even if it was something we gave her that we considered special.

116.   When Wendi became a teenager, she started relating to me in many of the same ways Donna did. She told me what shirts to wear and what ties went with them. If I grumbled at something Donna made for dinner, Wendi might retort by telling me something like, "Just eat it – there is nothing wrong with it."

117.   I feel like I still love Donna, she is a part of me. Wendi is still my little girl, still my peaches. Sometimes I still see Wendi as just eight or nine or ten years old and I

Initials

say to her, "hey gorgeous.[3] I call her that, as she will always be my pretty little girl. I wish

I could get her out and bring her home and love on her till she could get on her feet and

make good decisions. I would love to be able to bring her home so she and Donna could

be happy.

118.   When Wendi was about thirteen years old, Donna got sick and needed a

hysterectomy.  There was a big stink about it at the church because she had the surgery.

She had asked for a prayer for her healing.  When her condition did not improve, I

pushed for the surgery.  She was hurting so much by then, she was willing to have the

surgery.  I do believe in miraculous healings but also support medical treatment when

prayer does not work.

119.   I do believe it is possible for miraculous healings to take place and for the

dead to be brought back to life.  I have heard of people doing it. If your faith is strong

enough, you can raise the dead.  I know that I am not at that place.

120.   Donna had two surgeries.  The first was a partial hysterectomy and the

second a complete hysterectomy.  After the first surgery, I did not touch her sexually
*or* *until she was healed* *or*
much.  After the second surgery, she really became cold toward me and I became more

and more frustrated.  At one time, Donna wanted to go to Tom for counseling but I knew

that Tom's approach was you turn off the lights, she lays down and you get on top.

121.   Our lack of sexual intimacy became an issue in my relationship with

Donna.  So, probably not unlike most couples, our biggest arguments have been over sex

Page 43 of 58

Initials

and money.   Starting with the time before her surgeries, when Donna was feeling discomfort, I always wanted more sex than Donna wanted.   As a result, I was often frustrated.   My frustration lead to me losing control and yelling at Donna.   Typically, Donna and Wendi retreated to another room and I often left and went out to cool off. What I had a difficult time dealing with was that over time in our relationship, Donna refused to do things with me sexually that she previously seemed to enjoy.   I tried different things to get her interested in me again but it just did not happen.

122.   It has been hard seeing the relationship between me and Donna deteriorate.   It started when we lived on Arapahoe.   I sometimes ask why I did not leave. I had such a temper.   Sometimes when I left, I went tearing out in my truck, driving fast, taking out my frustration.   There was one time when Donna turned away from me when I was screaming at her and I grabbed her arm.   I apologized many many times for this.

123.   It seemed to me that Donna always had an excuse why she did not want to be sexually intimate with me.   It would start in the morning with her refusing me and then it built and built all day and I spent the day hoping she would change her mind until I was ready to explode.   That only made things worse and turned her off to me so I was not helping my own cause.   Donna never said anything and just clammed up which irritated me more.   I often started by slamming doors to let them know I was mad. Wendi took it hard and did not like it when I exploded.   But she always forgave me when

*ALO*
Initials

I apologized and hugged me after the blow-ups.

124.    While Donna and I were fighting, we sometimes went for days after my yelling avoiding each other.  Sometimes Wendi took the brunt of it.  I did try and make it up to them if it was my fault, which was most of the time.  I would say that ninety percent of the arguments were about sex and ten percent were about money.  Over the years, I kept saying it will get better, it will get better.  I felt led on because it never did and it just kept getting worse and worse.

125.    In the 1980s there was a big study on sex that was distributed to the churches and from that Tom started preaching from the pulpit about sexual practices and preached that oral sex was not Godly.  The things Donna and I were doing, he would have been shocked and probably fire me.

126.    Most of the screaming I did was at Donna.  I can recall screaming at Wendi once that way when Wendi was about five years old.  Instead, if Wendi needed to be reprimanded, I spanked her.  We believed that spanking with instruction was the way to instruct her.  I used a wooden paddle and it was a specific number of swats depending on what she had done after which we read scriptures and hugged.  Wendi did not like to be spanked and she always cried.  She definitely felt it.

127.    Wendi got fewer swats as she got older and we did more talking.  Later on, Wendi's punishment was pulling weeds or having to do extra chores or being grounded.

Initials

After she started driving, I took the car away if she needed punishment. There came a time when I did not want to be associated with the kind of pain that was inflicted by paddling children.

128.   I came up with the idea of pulling weeds as punishment for the children. We put them out there in the sun for a couple of hours pulling weeds and it gave them time to think.

129.   The same method of spanking was used at 91st Psalm and at Harvest. I often was a witness when children were spanked there. We had specific instruction on how to discipline children. The Baptists sent out memos on what we could and could not do when spanking. For example, at school if a child needed to be paddled either the parents would give permission to the school to do the swatting or they had to come and paddle the child or remove the child and do the paddling at home. Legally, we were permitted to give two or three swats. Usually the principal did the spanking. It can work if it is done right. There was also always a witness to the paddling, either a parent or another staff member in addition to the person administering the swats.

130.   I do not recall the situation but there was a time when Wendi was almost expelled. She really wanted to go to another school. She was out of school for two or three weeks. Looking back, I wish I had pulled her out. She missed out on society by being isolated at Harvest. She was in too much of a box there which was not good for

Initials

her. It was ok for several years I think but I should have pulled her out and let her experience things. I was afraid she might turn out like me so I overprotected her and held on to her too long.

131.  I did not spend a lot of time with Donna's side of the family. Early on when we returned from the traveling ministry, I stayed with Hank and Virgie for a little bit while trying to get work with the laborers union. I came to know Nadine, Donna's half sister, later in her life in the time after her husband Clark died. Nadine needed some help remodeling her home and clearing out a space that Clark had enclosed for use in connection with his rifle hobbies. I went down to Texas where she lived and helped her sell the guns. There were about four or five rifles and six or seven guns.

132.  Nadine suffered from                REDACTED                When I arrived at her house, she looked like a downtrodden dog and had no will to live. She was REDACTED and had been as long I knew about her. When I first arrived, she did not get out of her bed for two or three days. She had not cared for her dog for weeks and had not fed the dog for some time. She was like a walking zombie.

133.  Nadine was afraid of her daughter Margie and her son Clark, Jr. She thought they were both crazy. They both have violent tempers. Margie was very aggressive and Nadine feared that Margie would physically abuse her. Both Margie and Clark Jr. had emotional difficulties throughout their lives. At one point, Nadine's shed

Initials

was burnt to the ground and her son, Clark was arrested for it. It later was revealed that perhaps Margie's son, Brett was actually responsible for it.

134.    Nadine was concerned for the well being of her granddaughter Kayla, Margie's daughter. She asked me to speak with both Kayla and Brett about sex. I made contact with Kayla and helped her by answering her questions about sex and guiding her. At that time, Kayla was about sixteen years old. We starting communicating by text messages and I still remain in contact with her. Nadine did not want Kayla to fall into the same trap as Margie who got pregnant before she was married and then married because she was pregnant.

135.    Donna and I adopted Brandon when he was two-and-a-half years old, after the state took him away from his mother. We began the adoption process for Brandon right away, immediately after all of Kathie's kids went into foster homes. I had to be convinced to adopt Brandon because I was under the impression that he might be returned to Kathie. Wendi and Donna pushed hard for Brandon to come live with us. Wendi was getting older and I actually hoped to have more time exploring and going places with Donna since Wendi was started to go out on her own more and more. Brandon lived with us until he was about fourteen years old. At that time, he had started running away from home and ultimately decided to go and live with his mother in Tucson.

Initials

136. I had a more difficult time with Brandon than I did with Wendi. I felt like he wanted more than what we gave him. I caught Brandon stealing money from us and I slapped him. He ran away to Martha and Donnie England's house. Martha was a member of our church. He had snuck out of bed and met up with Martha's grandson, Kyle. Martha called me saying that Brandon was with her and that he was trying to get to his mother Kathie's house in Tucson. I went over to Martha's house and they brought him out. He told me that he wanted to be with his mother and that he missed his brother.

137. Brandon was going through a very difficult time. He did not want to go to school and he did not like me. So, I suggested that he try living with his mother, which he then did.

138. Brandon did not like me because he thought I was too strict. I enforced curfews and we lived a simple life. Kathie, his mother, always had fancy cars and was running with drug dealers, which looked more attractive to Brandon. He also had a hard time with Harvest Church and school. He was bothered, and I guess I was too, that Pastor Tom called him a faggot. Brandon also did not like the schoolwork and the repetitive nature of memorizing scriptures.

139. Wendi's husband, Joe Andriano, was a likeable guy. He had an outgoing personality, and he drew you in. He was just real easy to like. On the other hand, Joe was

Initials

also very selfish. I remember that when he wanted a new truck, he had Wendi sell her car. He did not work, and as far as I know he never held a job or brought in much money during their entire marriage but he made sure that Wendi worked to support him and provide luxuries like the fuel for his boat. He had a real nice boat and that was his primary thing – to take the boat on the lake. He then got a second, bigger boat as well. He was completely in love with his boats.

140.   Joe did try to get some businesses going but none of them ever came to much. When Joe attempted to get his own business going, he refused to work on the weekends, because he wanted to make sure that he was at the lake every weekend.

141.   Joe's dad, Joe Andriano, Sr., was a recovering alcoholic and his wife, Jeanette, was a retired school teacher. He was a farmer, but he lost his farm and he is selling cars now. Joe, Jr. had problems with his dad over a long period of time, for the whole time I knew him while he was with Wendi. His parents never offered to send him to college, even though they sent the other kids to college. They kept tabs on every dollar bill they gave to Joe, and Joe came across a running account in his father's desk of all the his father ever gave him. It was a written list with every dollar Joe Sr. had ever given to Joe.

142.   Joe held a grudge against his parents because they never offered to send him to college. He only ever brought it up when he talked about his dad "ripping him

Initials

off." He was angry that his dad kept track of the money his father gave him.

143.    Joe and Wendi were always asking for money for bills. When they lost their business, I bought a hotdog cart. I told Joe that he could work whenever he wanted, and he did a couple of times. It was pretty good money, but he did not want to work, so that did not go too far.

144.    Most of Joe's friends were farmers. Joe also had friends in Tucson, a married couple, Brenda and Frank Nagore. Wendi met them through Joe, and they took Joe and Wendi under their wings, so to speak. They taught Joe everything he knew about boats and boat racing.

145.    Joe and Wendi's relationship started off good, but they slowly began to argue more. There was not a lot of affection between them, at least not in front of me. But it is possible that they just kept it away from Donna and I. I saw the occasional peck on the cheek, but I never saw them hold hands or hug.

146.    Donna and I tried to teach Joe to give Wendi greeting cards and encouraged him to bring her flowers. She always enjoyed getting cards. We tried to tell him that he should give her cards for her birthday, for their anniversary, for Valentine's Day, etcetera. We also tried to encourage him to send her flowers and things like that. I told him, "girls like that kind of thing." As far as I know he never did give her cards or

A.O.
Initials

flowers.

147.   I saw Joe lay his hands on Wendi a couple of times, and their relationship just seemed to get worse and worse.  One time, he was upset because he could not go to the lake, and he grabbed Wendi by the neck and pushed her inside the pickup truck.  This happened outside our house in the driveway.  He stopped when he saw me nearby.  I forget the other incident.  When I confronted him about it later, he was pretty calm, but I was stern.  I told him that I did not like what I saw, and he had cooled down by that point and agreed with me.

148.   When Joe spent the weekends with his friends at the lake, they usually slept in the back of their pick-ups, but once in a while they got a room.  When Joe went to the lake, Wendi watched the kids.  Sometimes she went along and watched them at the lake, but most of the time she stayed home.

149.   When Joe and his friends went to the lake, they did a lot of drinking, but I never saw them drinking while out on the water.  In the evening times, they got pretty lit.  I think they mostly just drank beer.  I never saw any of them fight each other, but Joe frequently got very drunk.  I remember seeing him staggering on more than one occasion, but I never saw him falling-down dead drunk.

Initials

150.   Joe was very irresponsible with money. He was a welder, and he occasionally fixed things for me at the tortilla shop.   I paid him forty-five or fifty-five dollars an hour, which was the prevailing rate at the time. He did pretty good work. That stopped because Joe owed money to his parents' farm, and his parents took his welding equipment away. Joe owned the welding equipment outright, but his parents took it as collateral and brought it to their farm in Oklahoma.

151.   When Nicholas and Ashlee were small, Brandon helped care for them. He often spent the weekends with Wendi and Joe, and sometimes he was at their house for a week or two at a time.

152.   When Joe got sick, Donna and I paid his medical bills at the Mayo Clinic. When he got sick, he blamed God, he blamed Wendi, and he even started to blame me. I told him, I said, "I had nothing to do with it, Joe." He blamed me for his cancer, because he thought that the welding might have caused it, so he blamed me for having hired him to do welding work.

153.   At first, Wendi handled the cancer okay.  She was optimistic that they could try to fight it. Joe wanted prayer but Tom said he could not pray for Joe's cancer because Tom said did not have enough faith to pray for the cancer to be gone. He did pray for Joe to have the strength to deal with the cancer. Wendi brought Joe to church because Joe blamed God for his illness. Joe expected Wendi to read to him out of the Bible every

Initials

night, as part of his healing. Joe got mad if she did not have time, and told her that it was her fault that his cancer was not going away. There was a lot of hurt on Wendi's side. She tried to tell him that he could read out of the Bible too, that she had to work, but he refused to do it. He expected her to do everything for him, even something as simple as reading the Bible.

154. On one occasion, Joe had a boat propeller in the back of his SUV. He opened the door to put groceries in, and he set Nicholas in the back while he was loading the car. Nicholas sliced his leg open on the propeller and rather than being concerned about Nicholas, Joe yelled at Nicholas for getting on top of the propeller. He also blamed the people who made the propeller for making it so sharp. He could not ever accept responsibility; everything was always someone else's fault. Joe called me and asked me to come over to the hospital. When I arrived, Nicholas was screaming and Joe was crying. I picked Nicholas up and calmed him down. Joe could not control himself enough to be able to comfort Nicholas. Wendi got to the hospital about ten or fifteen minutes after I did. After things settled down, Joe told me what happened.

155. After his surgery, Joe had a hole in his neck with a tube in it. I packed it and dressed it three times a day because Wendi could not handle it. Joe did not want to ask his own parents, so he asked me.

Initials

156.   While Wendi was on trial, she was required to wear a stun belt around her waist, which she wore underneath her jacket. You could not see it. We were, however, precluded from attending her trial because we were expected to testify. We were able to see her in the morning sometimes before trial started.

157.   I have back problems that started in about 2005. Before that, I had back discomfort but nothing too serious. In 2005, I was lifting a heavy box, about sixty to seventy pounds, and had a pain go up my leg that threw me to the ground. I could not move for 30 minutes. I crawled out of the walk-in refrigerator and the next morning wound up in the emergency room.

158.   All these years after high school I'm back on drugs with prescription medications.                                REDACTED

159.   My mother was still drinking heavily in late 1979 when I returned to Casa Grande after being away with the traveling ministry. My mother had a heart attack and a stroke, I am not sure which was first. After the heart attack or stroke, whichever came first, she finally stopped drinking. She died in about 2003 at a rest home in Casa Grande of a massive heart attack.

160.   After marrying his third wife, Shirley, in the early 1980s, my father and Shirley moved to Springerville, Arizona in about 1995. My dad still lives there and I am

Page 55 of 58

$A_{i}O_{i}$
Initials

still in contact with him. He is about eight-three years old.

161.  Donna's half-sister, Kathie, has been married at least three times. Kathie parties and runs around with men and I think is still using drugs. I do not think she ever quit. She does cocaine and pills and smokes marijuana.

162.  My sister, Delia Rose Rascon Alvarez, has been married and divorced three or four times.

163.  I am not that good at remembering specific time frames and dates and durations of events. As an adult, I have relied on my wife Donna to provide the details when needed. I also rely on her to take care of most of the household logistics. She is much better at it than I am. Even when it comes to my side of the family, Donna has better information than I do.

164.  I also had a couple of memory losses when I was struck by lightning. I was struck by ground lightning once when I was taking pictures in the White Mountains during an electrical storm. I was twenty miles from a power station. The lightning traveled to my tripod and knocked me unconscious. When I came to, I was twenty feet away from my camera equipment. As a result, I lost most of my short term memory for several years. My father had to draw a map for me so that I could find my way home from the mountains. I also had to carry a piece of paper with my name and address on it.

Page 56 of 58

Initials

I was struck by lightning again a year later while at home. To this day I sometimes leave the house and momentarily forget where I am supposed to be going.

165.   I have enjoyed photography since I took it up years ago. I most enjoy taking landscape and scenery shots. I enjoy long exposure photography and like taking pictures in the desert electrical storms. I photographed Wendi and was able to capture a lightening from an electrical storm about fifty miles away which resulted in her being in silhouette with her hands on her hips and the appearance of the lightening being at her elbows. I have been approached over the years to do photography for special occasions and events such as weddings and quincineras. I have been paid to take shots of the historical buildings in Phoenix in the wee hours of the morning. I was even approached by someone to shoot pornography. I decided that was not something I wanted to do. I had Wendi model for me in a swim suit by a swimming pool to try it out. Wendi really did not like posing for me. It made her nervous. I think it was because I am her father.

166.   About the third or fourth day after Wendi was arrested, Donna completely lost it. She was on the floor, kneeled over, wailing. It went on all day. I could not speak with her for day. She was depressed for weeks and barricaded and isolated herself.

167.   I never wanted to divorce Donna but now I think that if we had split this would not have happened. I wonder about how our fighting impacted Wendi. I second-guess our decision to go on the road with the ministry, my school choices for Wendi and if

Page 57 of 58

Initials

I spoiled her.

168. Prior to Wendi's trial, I spoke with her lawyers but never to the extent that I have in this declaration. They did not ask the kinds of questions and explore the topics discussed in this declaration. If they had asked about these things, I would have testified to what is in this declaration.

I have read the foregoing declaration consisting of 58 (fifty-eight) pages and 168 (one hundred sixty-eight) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct. Signed this 19th day of June 2011 at Los Angeles County, California.

Alejo Lorenzana Ochoa

Page 58 of 58

Initials

Exhibit 25

## DECLARATION OF ALEJO OCHOA

I, Alejo Ochoa, declare as follows:

1.    I met with Attorneys David DeLozier and Daniel Patterson in person less than five times before and during Wendi's trial.  Most of these meetings involved Attorneys DeLozier and Patterson providing updates on the status of Wendi's case.

2.    I met with mitigation expert Scott Mac Leod approximately five times in preparation for Wendi's trial.  These meetings primarily involved identifying photographs for use in the Power Point presentation Mr. Mac Leod prepared for the mitigation phase. Mr. Mac Leod told me that the purpose of his investigation and presentation was to show that Wendi did not deserve the death penalty because she was a good person.

3.    Attorneys DeLozier and Patterson and Mr. Mac Leod did not ask me any questions about Wendi's mental health history.  I would have been willing to provide this information if requested.

4.    Attorneys DeLozier and Patterson and Mr. Mac Leod did not ask me any questions about Wendi's family mental health history.  I would have been willing to provide this information if requested.

5.    Attorneys DeLozier and Patterson and Mr. MacLeod did not ask me any questions about my family background or childhood, or about the family background or

Initials
_A-O._

childhood of Wendi's mother or father.   I would have been willing to provide this information if requested.

6.        Before my testimony during the guilt phase of Wendi's trial, Attorneys DeLozier and Patterson told me that I should answer honestly any questions that they or the prosecutor asked.  Attorneys DeLozier and Patterson did not do anything else to help me prepare for my testimony beyond telling me this.  Attorneys DeLozier and Patterson did not tell me what types of questions I could expect from the prosecutor.

7.        During the trial, Attorney DeLozier said he was fasting to obtain God's favor and to be better able to hear his instructions.  During the trial, Attorney DeLozier appeared to have a slowed reaction time and to need additional time to think before providing responses.

I have read the foregoing declaration consisting of two (2) pages and seven paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct.  Signed this 26th day of October 2011.

Alejo Ochoa

Page 2 of 2

Initials
A-O.

Exhibit 26

## DECLARATION OF BRANDON OCHOA

I, Brandon Ochoa, declare as follows:

1.      I am the biological cousin and adopted brother of Wendi Andriano.  I was born to Kathie Worsham on October 16, 1985, in Tucson, Arizona.  My biological mother, Kathie Worsham, is the half sister of Wendi's mother, Donna Ochoa.  They have the same father, Henry Worsham.  When I was approximately three years old I was sent to live with Donna and her husband, Alejo, who then adopted me.

2.      My maternal grandparents are Henry and Virginia Worsham.  Together they have two kids, my mother, Kathie, and my uncle, Steven, who we call "Stevie." Virginia also had two children before she met Henry: Adolpho, who we call "Snapper;" and Connie.

3.      My biological mother, Kathie Worsham, has a long history of substance abuse.  She was addicted to narcotics.  Cocaine was her drug of choice, but I know that she was also fond of pills, alcohol, and pot.

4.      When I was around two years old, after my mother's husband Lee's death, my mother spiraled into a deep and debilitating depression.  She stopped eating, she stopped bathing, and she stopped taking care of her children.  Before Lee's death, my mother was a drug user, but, as I understand it, was still an affectionate and somewhat-functioning parent.  After Lee's death she became completely neglectful.  My grandfather came by the house daily to change our diapers and feed us.  He forced my mother to take

Initials

showers and to eat. She could not take care of herself, much less her children. Eventually, my grandmother, Virginia, called Child Protective Services. My grandfather, Henry Worsham, took my brother Joshua in. My brother Garrett and I went into foster care. Shortly thereafter, Garrett went to live with his biological father, and my mother's sister Donna and her husband, Alejo adopted me.

5.      I did not know that I was adopted until I was twelve or thirteen years old. Donna and Alejo never told me. When I finally did find out that I had been adopted, it was through Wendi. I guess she thought I had the right to know. I was in the car with her at the time − I believe on the way to a lake. I was upset − I had been doing poorly in school and I had been fighting with Alejo a lot. I think that Donna told Wendi to take me with her because of this. We had a really long conversation about things that had been bothering me, and I remember I felt at the time that Wendi was taking Donna and Alejo's side. She told me that they had the best intentions at heart and that they were trying to do good for me. At some point over the course of that conversation, she told me that I was adopted.

6.      Prior to this, Donna and Alejo had led me to believe that they were my biological parents and that Kathie was my aunt, not my mother. They never gave me the cards my mother sent to me and they discouraged her from visiting. After I discovered that Kathie was my mother, I found six years worth of birthday and holiday cards from her in Donna's filing cabinet.

Initials

7.     While I lived with my aunt and uncle, I attended school at the Christian Academy run by Harvest Family Church.   Harvest was accredited through ACE academies, an independent curriculum for Christian education.   Tom King was the head pastor and the boss of the church and school.  Alejo was a junior pastor at the church.  He did not have any credentials; he just helped out around the school in whatever way was needed.

8.     Most days, we had to be at school at eight in the morning.  On Wednesdays, we had to be at school by five am.  On Wednesday mornings, we prayed in tongues for an hour.  Wednesdays were also fasting days, and we did not drink or eat anything.  Even water was discouraged.

9.     Tom King and the other individuals who worked at the school believed very strongly in corporal punishment.  It seemed like I got beaten for everything I did.  When students violated one of the many rules at the school, we were swatted with a paddle.  For example, I got swatted for incomplete work, for lying, and for talking out of turn.  Tom King, Alejo or other adults at the church such as Patricia King, Tom King's wife administered the punishments. In addition to this more structured form of abuse, Tom King had a temper.  On one occasion I was angry with Tom King and mouthed off to him.  His temper flared and he punched me in the face.  When Alejo said something to him about it, he responded with something like, "If the Devil was not in your son, you would not have this problem."  On another occasion, I was participating in the annual

Initials

trash pick-up. I remember that I was in the back of a truck, and I made some kind of smart-ass comment. Tom said to me, "You need to repent for that." And I told him, "God can kiss my ass." Tom stomped on my foot, and held it there, then grabbed me by the throat and held me at a tilt.

10.     Tom King humiliated kids. He made a public scene, right out in front of everyone. When I was very young, I had a crush on a little girl at the school named Priscilla. Her parents were poor and they lived in the blue cottage on the Church property. One day, during recess, when Priscilla was about five or six years old, she had an accident in her pants and she tried to hide in the bathroom. Tom King's wife, Patricia, found her and brought her out. It was the end of recess so we all had to line up to go back into the classroom. While we were lined up, Tom King called Priscilla out in front of all the other kids and asked her if she pissed herself. Priscilla turned beet red. She tried telling him that it was pickle juice, but Tom kept at her. He would not drop it. She told him that she would go home and change but he would not leave it alone. He held her there until she admitted in front of everyone that she had pissed her pants.

11.     When I was about thirteen years old, Donna and Alejo pulled me out of school at Tom King's suggestion. They made me their "labor mule." Every day, instead of attending class, I did manual labor on the school and church grounds. I had to maintain the track and clean the grounds. I usually worked longer than school hours – I was often there until eight or nine pm. I pulled weeds with hoes or my hands. I watered the



Initials

vegetation around the complex. I was basically the maintenance guy. Every day Alejo gave me a list of stuff to do and if I did not finish it, I was swatted. Sometimes I was sent to bed without dinner, and sometimes I was sent to bed right after dinner. Every once in a while I said, "Fuck this, it's too hot, I'm not working anymore." It was so humiliating. All the other kids saw me out there but I was not allowed to talk to them. If I was caught talking to them when they were out for recess or on one of their breaks, I was sent home and spanked. Tom and Alejo occasionally pulled up alongside me in a truck and I told them that I was hungry. They did not give me food or let me eat. Instead they said things like, "You can eat in two hours." If I had to go to the bathroom, the church secretary, Lola Archuleta, walked with me there.

12.     Donna and Alejo were very religious and heavily influenced by Tom King and by the teachings of the church. They were fanatical. They tried to keep me isolated and attempted to avoid any potential for "secular influence" on my life. As a child in their household, I was not permitted to watch television. If I was lucky and had finished my homework, I could watch the evening news with them while we had dinner. I was not allowed to engage in any social interaction outside the church. They tried to keep me in the dark about drugs and sex, and other "evils" of the so-called secular world. On one occasion, Alejo took all of my toys and put them in trash bags and threw them in the backyard. As far as I know, neither Donna nor Alejo was particularly religious before they

Initials

met. I think they did it to each other. Each of them was looking for a purpose and the church was an easy thing for them to fall into.

13.     In addition to the extreme isolation I experienced at school and in the household, I was subject to beatings at home. The beatings started when I was about eleven years old. At the time, Donna and Alejo got up every day around five-thirty in the morning. They woke me around six-fifteen, and Donna left for work shortly thereafter. By the time I was out of the shower at six-thirty, Donna and Alejo were gone. Alejo was working at the church at the time, and he left to get an early start and came back to the house to pick me up around seven-thirty or eight. I was starting to catch on to the fact that I was alone for an hour and a half every morning, and so I started watching cartoons during that time. One day, I was watching television and heard Alejo arrive. I panicked and jumped up and turned off the television. Alejo had already heard the TV, and asked me if I was watching it. I tried to deny it, so he punched me in the face.

14.     After that incident, beatings became more and more common. I think, in part, this was because I became more and more defiant. I started doing things that I knew would make Alejo angry, just to spite him. For example, after Alejo caught me watching television that morning, I was angry about the confrontation. About a week later, I got up in the middle of the night, went to the living room, and turned the television on. I knew that Alejo would hear it and I wanted him to. He came out to the living room and beat me.

Initials

15.     There was about a three-month span where things got really bad between me and Alejo and he hit me very often. The school encouraged parents to swat with a wooden paddle, and as I got older, when Alejo tried to swat me, I laughed at him. He said that there was no point, that I was defiant, and that there was no reasoning with me. Alejo hit me so hard and so often that I ached for days. Tom King preached that if we did not cry from a paddling, they had not broken us. Sometimes Tom or Alejo hit me and hit me until I would ache for days. I refused to cry, which just made Alejo and Tom and the others hit me harder and more often.

16.     Alejo also hit me with a long, wooden paddle that the Church recommended. I had welts and bruises after a paddling. I think that church members either made their own paddles or purchased them from a Christian bookstore – some establishment in Casa Grande. The paddles had scriptures on them such as "Spare the rod, spoil the child." There was one time where I did not cry after receiving several swattings. Tom King told Alejo, in front of me, to drill holes in the paddle to make it hurt more. I think they wanted to break me. And Tom King was right—those holes made the paddle hurt more.

17.     It was around this time that Wendi told me that Kathie was my biological mother. She even brought me to Tucson to see Kathie. I was angry when I found out, angry that I had been fed so many deceptions. I think that Donna and Alejo began to realize that they had made a mistake. All of the lies they had fed me were beginning to fall apart.

Page 7 of 13


Initials

18.     During this same time, when I was twelve or thirteen, I received one of the worst beatings I ever got from Alejo. Alejo was into photography and had a cabinet where he kept his photography stuff. I was snooping in that cabinet one day when I came across six sheets of proofs of pictures that Alejo had taken of Wendi and my cousin Barbara Mitchell in lingerie. The pictures were taken in the desert and Wendi and my cousin were wearing Victoria's secret type stuff—the kind of stuff you would wear on your honeymoon. The pictures really disturbed me—why was Alejo taking pictures of his daughter and niece—my sister and cousin—wearing sexy lingerie?  I did not want anyone to have pictures of my sister like that, so I took the pictures and hid them under my bed. Donna found them and told Alejo. Donna slapped me across the face and Alejo beat me. The beating was more severe then usual. I was all bruised and bloody. After that, Donna and Alejo started searching my room every day.

19.     When I was twelve or thirteen years old, I began contemplating suicide. I felt I had to either find another life, or stop living.

20.     Around that same time, I started to help Wendi take care of her son Nicholas. I lived with Wendi and her husband, Joe, for approximately two years on and off. I went back and forth between the home of Wendi and Joe and the home of Donna and Alejo. It was about a week to day ratio. I stayed at Wendi and Joe's for a week, and then at Donna and Alejo's for a day. Joe was working at the time, and Wendi had an online job. I do not know exactly what her job was, but I think it was in customer service

Initials

because she was on the phone a lot. Nicholas was four or five months old when I first started spending extended periods of time at Wendi and Joe's. Staying at Wendi and Joe's had its advantages for me and for Wendi and Joe. I watched Nicholas so that Wendi was freed up to work, and, in exchange, I had freedom to do things I was not permitted to do at home.

21.    Wendi and Joe were my escape from the church and from my life with Donna and Alejo. They were laid back and very honest with me. I think Wendi went through something similar to what I did when she first left her parents house. She was completely unprepared for life outside the church. I think that she was fascinated with Joe for this reason. He represented something different. For Wendi, Joe was her life outside the church.

22.    Wendi and Joe had great days when any observer could swear they would be together forever. They also had bad days when they screamed at each other. Looking back now, all in all, I would say that before Joe got sick, they had a relatively normal relationship.

23.    When Joe got sick, he tried to find a way around it. He tried everything. He tried religion, herbalists, and health spas. Nothing worked and his condition got worse. He became increasingly disappointed and he was irritable and depressed.

24.    I loved Joe. He was the closest thing I had to a brother at that time. But after he got sick, he became abusive towards Wendi. He had trouble controlling his


Initials

temper and was prone to violent displays. He did anything to get his way and this often involved emotional and physical abuse. When he lost his temper, he had trouble regaining his composure. We thought that there were certain frustrations to be expected with Joe's worsening condition, and so we turned a blind eye. Some doctors said that Joe's increased moodiness was due to the medications he was on, and some said that it was simply the psychological impact of being sick. Whatever it was, it changed Joe. In the time that I lived with them, I saw Joe hit Wendi on at least five or six occasions. Despite this recurrent abuse, Wendi never wanted to leave him. She always made excuses for him and stood firmly behind him.

25.     On one occasion, Joe and Wendi were arguing in the back room. I do not remember what they were arguing about, but I remember seeing Joe hit Wendi hard in the face with a closed fist.

26.     Joe had a nice boat that he loved. One time, Joe, Wendi, and I were on his boat and I was driving. I crashed his boat and Joe got very angry. He took a swing at me with a boat ore. Wendi stepped in to stop him and he slapped her across the face, hard. She cried but did not retaliate.

27.     Joe also liked to drink – that was his vice. I saw him drinking all the time. When I was out with Joe and Wendi, Joe hit on other girls and said rude things to Wendi in public. I felt that he treated Wendi as his property, not as his wife. Wendi was always

Initials

submissive and did what she could to end the fight. I remember Joe pushing her, grabbing her by the arm, that kind of thing. He always wanted Wendi by his side, or at his hip.

28.     One night, when I was staying with Wendi and Joe, Wendi got a little bit drunk. She was crying, and she said to me, "If you only knew what kind of person Alejo really was, someday you'll understand who he is." I remember being confused, and I said to her, "Well, he can't be that bad or Donna would not stay with him," and Wendi responded, "Mom lets Dad do what he wants." She did not say anything else about it because Joe interrupted and told Wendi to go to bed. Wendi's comment was pretty vague, but it stuck with me. I cannot forget the look on Wendi's face when she said that—it haunts me to this day. She looked heartbroken.

29.     When I was fourteen years old, I left Donna and Alejo's home to live with my biological mother in Tucson. About a year later, I got a call from Donna and Alejo. They told me that I needed to come to Phoenix, that it was an emergency. At first I refused. I did not want anything to do with them. But then they told me that Wendi was in trouble, and I felt I had to come.

30.     I learned that Joe was dead and Wendi was arrested. Shortly after I found out what happened, I got into a fight at school. Some kids were teasing me and throwing rocks at me, and I hit one of them with a hockey stick. I do not remember being in the fight. I essentially blacked out while it was occurring. After the fight, I knew what had happened, but I could not remember actually hitting the kid. I was sent to therapy—it was

Page 11 of 13



Initials

supposed to be for a year, but I did not want to talk to the counselor. I did not feel like he was helping me. I ended up doing community service instead of going back to therapy.

31.     Recently a similar thing happened to me. I was out with friends and someone said something offensive to me about Wendi and what happened to Joe. I ended up in a pretty bad fight with the person but I do not remember it actually happening. It was like the incident with the hockey stick—I sort of blacked out during the actual fight. I ended up in jail for the night because of the fight but I was not formally charged.

32.     Shortly after Joe's death and Wendi's arrest, Donna came down to Tucson to visit with my mother. Kathie and Donna appeared to be high on marijuana. I laughed and said to Kathie's husband, Arturo, that they were stoned. Arturo said that they were stoned, because Donna was having a hard time.

33.     I took Wendi's arrest very hard. I felt that it was my fault, because it happened so soon after I left. I thought that if I had stayed, maybe I could have done something, or that maybe it would not have happened. You tell yourself all kinds of things in situations like that.

34.     I testified at Wendi's trial. I was not coached by anyone—the truth is the truth, and I told the truth as I saw it. I waited outside the courtroom for four days straight, waiting to be called. I was not allowed to hear anyone else's testimony. No one prepared me for my testimony and Wendi's trial lawyers did not spend much time interviewing me.

Page 12 of 13

Initials

35. Donna was the closest thing to a mother that I ever had. My father did not take responsibility for me, and my mother struggled with addiction. Donna took me in when I had no one else. While I do feel that way about Donna, Alejo was never a father to me. At least I never thought of him that way. Today, I am courteous and cordial with them when I do see them, but I do not seek them out.

36. Wendi was really the only person who had my best interests at heart. With Wendi, all she wanted was to make sure I was okay. It was never about her. She never had an ulterior motive like the rest of them. She wanted to provide for me in whatever way she could without thinking about herself at all. I miss her and wish I still had her around.

I have read the foregoing declaration consisting of thirteen (13) pages and thirty-six (36) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct.

Signed this _26_ day of May 2011 at _Pima County_, _Az_.

_Brandon Ochoa_

Page 13 of 13

Initials

# Exhibit 27

## DECLARATION OF DONNA OCHOA

I, Donna Worsham Ochoa, declare as follows:

1.      I am the mother of Wendi Ochoa Andriano. I was born September 20, 1949 in Livermore, California. My parents were Henry Mason Worsham, Jr. and Laverne Ann Tilley, whom we call "Ann." My parents tried to have more children but Mom never got pregnant again, and they concluded this was my mom's fault because my dad was able to have children with another woman. Infertility became a major problem for their marriage later on because my dad wanted more kids, especially a son, and led to him starting a second family with another woman while he was still married to my mom.

2.      A couple of years before I was born, my mother gave birth to a boy, who was stillborn with his umbilical cord around his neck. My dad blamed my mom for the death of their son. Before my mom gave birth, they had gone to an event where my mom kept walking up and down the bleachers, and my dad said that caused the baby's death. . The loss of their son was at the center of the whole mess that developed between my mom and dad and lasted for the entire time I was growing up.

3.      My father, Henry "Hank" Worsham, Jr., was born on January 14, 1922 in Owenton, Kentucky and died on September 29, 1992, in Tucson, Arizona. My mother, Laverne Ann Tilley, was born on June 25, 1915 in Spencer, South Dakota and died on April 6, 1991 in Mitchell, South Dakota. I am the only child of my parents who survived birth. My mother and her first husband had a daughter, my half-sister Nadine Ann "Deannie" Zens, who was born January 10, 1935 and died on December 4, 2008. My


Initials

father had two other children who I consider my siblings, a daughter, Kathie Worsham, by another woman, and a boy who my father raised as his son, Steven "Stevie" Worsham, although we don't know for sure that Stevie is my father's biological son.

4.     My paternal grandfather was Henry Mason Worsham, Sr., who was born in 1880 and died in 1964. He was a tobacco farmer and a barber. He was also a big drinker and alcoholic. My paternal grandfather's cousin had a big successful tobacco farm and my paternal grandfather had a farm with the same potential but he drank it all away. When my dad was drunk or when referring to his drinking, my mom often told him that he was just like his father.

5.     My paternal grandmother was Mary Elizabeth Fortner, who put up with my paternal grandfather's drinking just like my mom put up with my dad's drinking. Mary Fortner died in 1960 of heart failure following a heart attack or stroke. Their children in birth order were Phoebe Louise Worsham, who we sometimes call "Louise," and my father, Henry Worsham, Jr. There was an additional child who died at birth, a son who was after Henry in birth order. My paternal grandparents did not like my mother because she was older than my dad, and she had already been married once by the time my dad got together with her.

6.     My maternal grandparents were Sanford Tilley and Ina Rebecca Roberts. They were originally from South Dakota. They had three children. My best recollection of birth order is my mother, Laverne Ann; Delmar; and Louis. Grandma Ina had a temper like fire and was really, really strange in how unpredictable she was. She left Sanford


Initials

after bearing three of his children. She just suddenly walked out and left her kids and husband, my Grandpa Sanford, and never returned. It's freaky that she just suddenly walked out on her kids one day, but what's even freakier is that she wasn't even involved with another man and didn't have anywhere or anyone to go to. She just left her family suddenly and never returned to them. She didn't even communicate with her kids again until they were adults. Ina was an exceptionally good cook, and after leaving her kids she went to work in California making and refining recipes for Betty Crocker.

7.     Later on, when my mom was an adult and married to my dad, there was another really strange episode with Grandma Ina being unpredictable. She had been staying with my mom and dad in Oakland or San Leandro. She and my dad got into a disagreement about politics, and in the middle of it, Grandma stopped talking and went to her room. My mom and dad went to bed. In the morning, Grandma Ina was gone. She left suddenly over night without telling anyone or saying goodbye, and they didn't see her or hear from her again for two years. The only way they knew she was alive during this time was that she was in contact with my uncles Delmar and Louis.

8.     Ina was very vocal and harsh with words. She never forgave people, and was never warm or loving with me. She was a little bit nice to me some of the time because she never liked my father, but that was more like taking pity on me because of who my dad was, not caring about me. I could never call her "Granny;" it always had to be "Grandma." She loved Deannie, who lived with her several times as a teen and adult. My mom, Ann, was always scared of my Grandma Ina.

3 of 162


Initials

9. For her time, and having lived with as many men as she did, Ina still had no issue with breaking things off suddenly to go out on her own and support herself. She was never settled enough to be a stay-at-home farm wife. She had four husbands that I know about, which was also unusual for her time. Around the time Deannie was in high school and I was a year or two old, Ina married her second husband, a retired Dutch captain who had commanded merchant ships, and they started a restaurant north of San Francisco called "Green Gables" just across the Golden Gate Bridge. The Dutch captain sat around and got drunk all the time while Ina ran the restaurant. Ina's third husband was named "Milt." Ina's fourth husband was Peter Geibel, who I knew the best as my grandpa while I was growing up.

10. Ina's first husband, my maternal grandfather, Sanford, kept his kids for a year or two after Ina left them. From the way my mom talked about him, he was a hard, cold, domineering man. A year or two after Ina left him and their kids, Sanford remarried a woman named "Frieda," who didn't want anything to do with his kids, so he rejected his own kids and sent them away. My mom and her brothers were split up and had to live with different family members after Grandpa Sanford married Frieda. My mom was the oldest; she was about twelve or thirteen years old when Ina walked out on them, and a year or two older when Sanford rejected them, so in the space of a couple of years, my mom and her brothers were rejected and abandoned by both of their parents and separated as siblings.

Initials

11.     My maternal uncle, Delmar, was a very short-tempered, angry person who was always yelling when I was around him. He had two kids, a son named Sanford, "Sandy" who was one year older than me and a daughter named "Ellen" who was one year younger than me. Delmar spoiled Ellen and she was daddy's girl, by which I mean he was gentle with her and spent time with her, but he picked on Sandy and smacked him around so badly that Sandy ended up stuttering. By the time he was eleven years old, Sandy's stuttering was really bad. Whenever Sandy started stuttering, Delmar yelled at him for the stuttering, which only made the stuttering worse. Sandy and Ellen told me that Delmar hit Sandy with a belt and yelled at him while he was beating him.

12.     My mom got married as fast as she could right out of high school because she wanted to get away from living with family after her parents, my Grandma Ina and Grandpa Sanford, both abandoned her. I learned about this from my mother, her brothers, and also from one of my mother's cousins. She married a man named "Theodore Edward Zens," who we called "Ted." She married Ted really early, when she was still very young, and quickly after she first met him, so she didn't know him very well before marrying. They had a child together, my half-sister Nadine Ann "Deannie" Zens. Nadine was born in January 1935 and was almost fifteen years older than I am. Deannie told me that her father, Theodore Zens, physically abused my mother, Ann, while they were married. He was also alcoholic and drank a lot, all the time. My dad also told me that Ted knocked Ann around frequently when he was drinking, meaning that he hit her with his hands.

5 of 162

Initials

13.     Theodore died while driving drunk when his vehicle collided with a bus. That was in 1942, when Deannie was about seven years old, before my parents met and several years before I was born. My dad also told me that Theodore was mean and it was a good thing for my mom and Deannie that he died because being with him was really miserable for them.

14.     After Ted died, my mom went around to bars while Nadine was still a child of only seven or eight years old, and left her alone in the car at night, sometimes for hours, while she went into the bars. That was during World War II. My mom went into the bars to hang out with the military men, which is how she met my dad. My mom and dad also left Nadine alone in the car while they went out drinking and bar hopping when they were first getting together. According to Nadine, that's how she spent time around my mom and dad when they were getting together.

15.     When Nadine was about thirteen years old, before I was born, my mom drove all the way across the United States from the West Coast to the East Coast to rejoin my dad. A few days or a week before my mom left, she put Nadine onto a bus by herself to send her to South Dakota to stay with family who were second cousins to my mom. Nadine traveled by herself on a bus for two or three days at age thirteen on the first leg of the trip, and arrived by herself somewhere in the Midwest. She had to stay overnight by herself in a motel without adult supervision to catch a second bus to South Dakota the next morning to travel for another day or most of a day. She was scared and stayed up all night at the motel because she worried that she would miss the bus to South Dakota. I've

6 of 162

Initials

never understood why my mom didn't just drop her off somewhere along the way since she was driving across the country, at a place where Nadine could take a single bus to South Dakota instead of endangering Nadine by sending her on a several-day trip across the country on her own as a child. Nadine stayed in South Dakota with family for a year or two before she rejoined my mom and dad. It was a milder version of what Grandma Ina did when she abandoned my mom. It made a big impression on Nadine at the time and she told me the story over and over again, even in her later years.

16.   After my mom and dad were married, Nadine lived with them on and off. She also lived with my grandmother Ina and the Dutch captain, in Petaluma, north of San Francisco across the Golden Gate Bridge.

17.   My dad served in the Navy at the time that I was born. ~~My mom was on her~~ My mom was working at a Navy facility located ~~way to see my father at a military base in Alameda, California, out~~ east of Walnut Creek, When she went into labor with me. ~~when she went into labor with me.~~ I was born in Livermore, California on the way to a hospital in San Leandro.

18.   Growing up I always wanted to be Daddy's girl, and always wanted to please him and make him happy. In family pictures, such as at the beach, I'm always with my dad. He was a little less harsh than my mother. My mom and sister both told me that when I was a girl, until at least age six or seven, I took baths and showers with my dad. By the time we were in Panama when I was about eight years old, I had stopped having showers with my dad but I can remember fun things like my dad getting glasses of cold water and dumping them on me when I was in the shower at least until I was about

7 of 162

Initials

twelve years old when I was in 6th grade. Sometimes he did the same thing to my mom while she was taking showers.

19.     My dad was in the Navy while I was growing up, and we moved constantly when I was an infant and until I was in the 4th grade. We crossed the country from one coast to the other many times when I was little to follow my dad in his Navy work. My mom said that by the time we settled in Tucson when I was in the 4th grade and about nine years old that I had been to forty-seven of the fifty states, every one of them except Washington, Alaska, and Oregon. Most of the moving around was because the Navy sent my dad to learn at different schools. A lot of the time he was also out to sea on ships or stationed at places away from my mom and me for months at a time. I have memories from when I was little of being at the docks with other kids and our mommies, singing "Anchors Away" when the nasty grey ship was carrying our daddies away.

20.     My parents sent me to church by myself while we lived in Rhode Island when I was as young as five years old. After living in Rhode Island, when I was almost six years old, we returned to live in Oakland, California, where I started 1st grade. A couple of months after we returned to Oakland, my dad shipped out to the canal region of Panama. He started out as an electrician but before long was managing the electrical substation for the base. After I finished 1st grade in Oakland, my mom and I joined him in Panama. I attended all of 2nd grade in Panama. My parents also sent me to church by myself while we were there. By the end of my 2nd grade year, the Navy was closing down the base there, so my mom and I returned to the states with the last of the Navy families

Initials

from the base, just the moms and kids. My dad's last major job abroad with the Navy was at the power plant in Panama. He came back up to the states not too long after my mom and I returned.

21.    I came down with rheumatic fever when I was two years old, and was a sickly child after that. I was weak, tired, and inactive as a child because of the illness, and didn't recover enough to be normally active until I was in the 6th grade. The illness caused my knees to swell, and I had fevers constantly that rotted and burned out my childhood teeth. My parents told me that I was so sick with rheumatic fever when I was two or three years old that I had an attack of paralysis while I was in a bath and could not move.

22.    I also had a heart murmur as a child. I was constantly getting penicillin shots from the age of two or three until eleven or twelve, and was in the hospital a lot from the age of two or three until eight or nine. When we lived in Panama while I was six to seven years old, I was treated at Mary Military Hospital there and I stayed in one of the cribs they used for sick kids. I didn't like the crib and wondered, "Why do I have to be in a crib when I'm not a baby?" I was allergic to aspirin so it couldn't be used to bring down my fevers and actually made them worse. I participated in early tests for Tylenol that were conducted with military kids. Tylenol and ice baths probably saved my life. My half-sister, Nadine, became a nurse after we were in Tucson, so she was able to administer penicillin shots to me when I was a young girl. I didn't like the shots—they hurt a lot—and I hated her for giving them to me.

Initials

23.     We moved to Tucson around the time I was finishing third grade or during the summer before I started 4th grade. In Tucson my dad worked as a recruiter for the Navy. He should have been an officer by then, but he often drank and got into fights, which resulted in his being demoted all the time. Most of the fights he got into were bar fights with other military people while he was drunk, like when Army and Navy men were in the same bar. He ended up spending time in the brig on a Navy ship more than once. He retired in the early-to-mid 1960s after twenty-seven years in the service. After all that time in the service, having started pre-Pearl Harbor, he was low in status, job rank, and pay scale because he kept getting busted and demoted throughout his career for being drunk and getting into fights. He was a smart guy. When he supervised and managed the electrical substation for the Navy in Panama that provided power for the naval base there and two areas of housing, he had a full staff working under him. When he was sober he could be a really cool guy. But he lost what could have been a successful career because of his drinking and fighting.

24.     After we moved to Tucson, when I was in the 4th grade, I still had health problems because of my rheumatic fever and wasn't permitted to go outside for physical education classes.

25.     Because we moved so often for my dad's work in the Navy, I didn't have any friends until we settled in Tucson during the summer before I entered the 4th grade. I was an only child with my dad in the military, so that made me a loner by necessity. That's just the way it was. With the constant moving and having no siblings anywhere

Initials

near my age, the decision that I would be a loner was made for me.

26.     In Tucson I became friends with Alice McGuffee after I started 4th grade. Alice was born in the same year I was, 1949. Her mom was Faye McGuffee. Alice had three younger sisters, Charlotte, Bonnie, and Debbie, and an older brother named "Leon." Faye's husband, Kelsey McGuffee, died in a mining accident in 1960 about the time I was in the 5th or 6th grade. When I was in the 6th grade she remarried Buck Robertson, the oldest brother of my future first husband, Skip Robertson, whom I first met later on in high school.

27.     After Faye McGuffee, Alice's mom, married into the Robertson family, some of the men from Skip's family, her husband's brothers, sexually abused the McGuffee girls.

28.     When I was still in grade school in Tucson, my parents bought a restaurant there. It was called "La Casa del Pueblo" and was located across from the post office. My mom ran the restaurant while my dad worked recruiting for the Navy.

29.     My dad drank a lot while I was growing up. He drank so much that's where most of his money went, and just like his father, he lost great potential for a successful career and life by drinking too much. My mom was almost always frustrated with him or furious at him. He continued drinking a lot during my whole childhood, up until I married Skip, and afterward until the end of his life.

30.     My dad took me around to bars while I was growing up. That was how we spent time together after we moved to Tucson. I spent a lot of my youth in bars in


Initials

downtown Tucson. I sat in the bars and drank Shirley Temples, a nonalcoholic drink made of 7up, grenadine syrup, and cherries, while my dad was drinking alcohol. If I was really lucky I got a cherry coke, but usually drank a Shirley Temple because the name sounded like a drink for grownups. How pathetic is that: preparing a child to drink alcohol by taking her around to bars and giving her an adult-sounding cocktail when she's not even a teen yet.

31.     Alcohol was always available in my house when I was growing up. My dad was drunk a lot. He brought home hard liquor including Jack Daniels and Jim Beam, mostly the pint bottles, that he hid all over the house while he was drunk so that my mom didn't see them, but because he was drunk he constantly forgot where he put them. It was easy for me to find the bottles, take them, and share them with friends. I had easy access to alcohol that way while I was growing up. There was always beer in the refrigerator and hard liquor all over the house. My friends said they came over to my house because I had the hard stuff.

32.     I started smoking by the time I was about ten years old in the 5th grade. I wasn't a wild child. I wanted to be a good kid and for the most part I was a good kid. I didn't get into trouble much, and didn't do things to rebel or that I knew were wrong. I smoked because my parents did and because it seemed cool and grown-up to be smoking.

33.     My dad loved the women. My grandma Ina and Deannie both told me that he cheated on my mom with a lot of different women. When I was in the 6th or 7th grade, my dad started having an affair with a waitress from the restaurant my parents owned

12 of 162

Initials

who was named "Virginia," and who we eventually called "Virgie."

34.     After my mom learned about the affair, when I was about twelve or thirteen years old, she dragged me along with her on Sundays while she went around to different hotels looking for my dad. She went out looking for him almost every Sunday during the first year or two of the affair. If Dad wasn't home on Sundays, which was most of the time, we always went out to look for him.

35.     Sometimes my mom took a gun with her when we went looking for Dad. Once when I was with her we went to some old-time, single-story motels on old Benson Highway along the I-10. She said something like, "Stay here. Don't move," and left me in the car. She took the gun with her into the hotel when she went in after him. Somehow she got the hotel manager to tell her which room my dad was in. I was still sitting in the car when I heard shots, at least two. Then here comes my mom. She was crying. We took off zooming in the car. There was no conversation. She didn't say anything and I wasn't about to start asking questions. I was scared, wondering if someone got shot, and my mom said nothing. We drove fast the whole way home. Later I learned from my dad that my mom had busted into the room he was in with Virgie and started shooting. He said Mom was trying to shoot Virgie, but she wasn't a very good shot and hit a booze bottle on the headboard and the wall by the bed instead of Virgie. And then he told me, "Be nice to your mom. She's a really good person." What I wanted to say was, "Then why did you treat her like crap?" but I didn't.


Initials

36. My mom got up early and managed the restaurant all day, until just before dinner, while my dad worked as a Navy recruiter. Mom came home around 5:00 p.m., and Dad took over the restaurant and managed it until it closed at about 9:00 p.m. and while the restaurant workers were cleaning up until about 10:00 p.m. There was a bar my parents didn't own that was attached to their restaurant, and after the restaurant closed while the workers were finishing up, Dad went over to sit at the bar and start drinking.

37. After my dad closed or left my parents' restaurant at night, he went out drinking and carousing with waitresses, including Virgie. There were a couple of waitresses he caroused with and had affairs with before Virgie. My mom knew what he was doing, so to get back at him, she locked the door to the house. When my dad arrived home around midnight or later, he was often too drunk to find or use his keys so he forcibly broke into our house to get inside and then there was a lot of screaming between my mom and my dad in the middle of the night. It got really ugly, so when I was in 6th or 7th grade I started keeping a butcher knife by my bed. There was so much anger, ugliness, and violence between my mom and dad, with things getting out of hand all the time, that I felt the need to protect myself. My parents fought so hard that they broke windows. I either blanked it out of my memory or didn't actually see much of their physical fighting, but I heard plenty of it. At the time I didn't form the words or realize that I felt I needed to protect myself from my parents and their ugliness, but that's how I felt.

38. There was more and more stress between my parents over time after my dad starting having the affair, and more and more screaming and fighting. My mother



Initials

threw things, especially while they were having late-night fights. The fights generally didn't happen when I could see them. I know she threw a ketchup bottle once because I saw the mess on the wall the next morning. Despite the intense fighting late at night, I pretended with my parents that things were normal and okay; we never talked about the fights and for the most part during the day we acted like nothing was wrong.

39.     Much of my parents' fighting centered on the fact that my dad wanted more kids, especially a son. My mom couldn't have more kids after me, so my dad blamed her for his affair with Virgie. My mom said she loved my dad and would never leave him no matter what he did. It was an impossible situation that went on for about ten years; they couldn't work out their problems, and they couldn't move on.

40.     My maternal grandmother, Ina Tilley, married her fourth husband, a man name Peter Geibel, when they were both about sixty years old and I was still a girl. Starting when I was in about 6th or 7th grade, until around 9th grade, after my parents were really having a lot of trouble with their marriage, they sent me up to Sun City, Arizona, every summer for a month or so to stay with Grandma Ina and Grandpa Pete.

41.     I loved going to stay with Ina and Pete. I got to play cards with old people and swim in my grandparents' pool. I watched Elvira and midnight movies with Grandpa Pete. He was nice, and was the only adult I was ever able to talk to while I was growing up. Grandma Ina was just like my mom when it came to talking to me; she wasn't going to talk about anything with me, especially not family problems.



Initials

42.     While staying in Sun City with my grandparents, I talked to Grandpa Pete about the situation with my parents and all their problems and fighting. He was grounded and able to listen. I remember wondering, "How can he stand to live with my grandma?" because she was a handful. When I was playing cards with Pete in the afternoon, Ina often came home furious about someone or something, and she was often very loud when she was angry. She got angry easily, and was always deciding she wouldn't talk to so and so ever again. When we were playing cards with the old people they knew, she often got angry suddenly and left the game with no explanation, and then for the next two or three hours she complained about the people at the game and said it was their fault that she lost. Pete was the calm, stable one and tried to help her settle down. He just turned down his hearing aid a lot of the time when she was around.

43.     When I was in 6th or 7th grade, after my parents' marital problems started, I didn't want to be Donna anymore, so I decided to change my name to "Beth." I went around for a summer telling everyone that I was "Beth." Both my grandparents in Sun City knew that I was doing this, but my parents never knew about it and it stopped when I went back to live with them after the summer.

44.     My mom neglected me so badly while I was growing up and sometimes took things out on me so severely that she actually made my dad's parenting look good. She worked all the time and spent much of her energy being obsessed with my dad's affair with Virgie. Much of the time that she was at home she was worrying about that and fighting with my dad. At times when she was frustrated or upset with my dad and his

16 of 162

Initials

affair with Virgie, she lashed out and slapped or smacked me for no reason that I could see, just because I was nearby and she was angry. I repeated that with Wendi and Brandon while they were growing up. From time to time when I was stressed, usually when I was frustrated with Skip or Alejo, instead of confronting them, I lost control, got very frustrated with Wendi or Brandon, and took out the frustration on Wendi or Brandon by slapping or smacking them. I ended up repeating what I hated the most about my mom while I was growing up. Skip and Alejo also took things out on me when they were frustrated with someone else. I was harder on Wendi than I was on Brandon. By the time we had Brandon I was older and had more patience.

45.    My mom also spent a lot of time reading and ignoring me while I was growing up, which I repeated when raising Wendi and other kids. My mom never talked to me about anything important, especially not the difficulties between her and my dad, and never even admitted to me that there was a problem between her and my dad. For the most part I learned what I needed to know about life from my peers because my mom wasn't parenting me and wasn't telling me anything. When I started my period, my Grandpa Pete was the one who helped me get what I needed to get through it. He bought a Kotex kit and gave it to me.

46.    My dad talked to me a little more than my mom but didn't do much to help me cope. Our house was clean. My mom did the laundry but I had no emotional connection with her, no hugging, no cuddling, no warmth, no affection, no bond. My survival needs for food and shelter were met but otherwise my relationship with my mom


Initials

was sterile and distant. My parents did nothing to support me emotionally or to help me amidst all of their fighting. I just learned to ignore the constant ugliness, and became really good at not noticing bad traits in people I cared about, like my dad.

47.    Despite his drunkenness, disloyalty to my mom, and neglect of me, I worshipped my dad. He seemed like a happy, charismatic character because he wasn't always irritable and complaining. When he wasn't fighting with my mom, he seemed happy. Unlike my mom, who was irritable and always yelling at me, he was nice to me. When it came to my mom and dad fighting, I always took my dad's side, even though he was the one having the affair. I blamed my mom for my dad being gone. Although I didn't know exactly why he was gone so much, my thinking was that it had to be her fault he didn't stay with us and had a second family, because I knew he loved me so it must have been something about my mom that made him leave. It was easier for me to forgive me dad and feel close to him than it was for me with my mom.

48.    In 8th or 9th grade I lost it and had a breakdown. I had witnessed too much ugliness and violence between my parents. When I had the breakdown I couldn't stop crying and then didn't respond when people talked to me. I saw a doctor who was a friend of my dad's, and stayed home from school and everything else to recover for a week or two. It was all too much for me as a child, especially my parents' fighting. I took it until I couldn't take it anymore, and then had the breakdown.

49.    I grew up knowing and living with the fact that my dad had a double family. On September 20, 1961, Virgie gave birth to a boy named "Stevie" after she was


Initials

with my dad. Later on, toward the end of his life, my Dad expressed doubts to me that Stevie was his biological son. He was a hook for my dad to stay with Virgie because my dad wanted a boy so badly. When Stevie was born, they had him baptized into the Catholic Church with my dad's last name. When my mom found out she threw a great big fit. She actually went down to the Catholic church, told them she was still married to my dad and that Stevie was illegitimate, threatened them, insisted that they take my dad's surname off the church records for Stevie because it wasn't on the birth certificate, and caused enough of a stir that the Catholic church complied and took my dad's name off of Stevie's church birth record. I knew about Stevie early on because my mom mentioned him when she dragged me around to hotels looking for my dad. My mother became livid on one occasion when my dad took his father, Henry Worsham, Sr., to see Virgie's kids.

50. My dad fathered two daughters with Virgie while he was still married to my mom. The first daughter my dad had with Virgie is named "Kathie Worsham." She was born on August 4, 1964. We're fifteen years apart in age.

51. My dad was old-school and always wanted a son. Kathie was a disappointment to him because she was a girl. She was ignored almost completely by my dad while she was growing up because he already had a son, Stevie, by the time she was born. My dad wasn't interested in focusing on girls at all after he had Stevie. Kathie never received much attention from Virgie either. It was a bad situation for Kathie as a kid. She was shuffled around a lot as a kid to stay with different families over a period of three or four years, anytime my dad and Virgie wanted to put their attention on something



Initials

else, like during the time Stevie was sick when his kidney was removed. My dad came home late, drunk, to the house he had with Virgie while Kathie was growing up, just like he did with me. My dad called her "Donna" a lot when talking, calling, or yelling, and that was hard for her. Everyone in her Kathie's family paid more attention to Stevie than to her.

52.     In 1969 or 1970, after my parents were divorced, my father and Virgie had another daughter, Mary. Kathie was about five or six years old at the time. While Virgie was pregnant, Kathie wanted the baby to die. She went around at home and at school saying, "I hope the baby dies, I hope the baby dies," over and over again. Then Mary died at birth. Kathie believed that the baby died because she repeated her wish that it would happen.

53.     Kathie had a lot of problems as a both a child and adult. She got into trouble a lot at school for lying after Mary died. The school administrators said she was a pathological liar. She stopped wanting to go to school, started hanging out with the bad kids, and missed a lot of school from then on. She was smart and got good grades during the times that she applied herself and attended school, but couldn't stay focused on school while she was growing up.

54.     It has always been difficult to know whether or not Kathie is lying because she herself believes what she is saying and is very sincere in that belief even when what she says has no connection to reality. Sometimes it's obvious that she's lying or seeing things, such as when she tells crazy stories and talks about crazy things, like ghosts and

Initials

dead people visiting her, or seeing blood constantly welling up underneath the carpets and bloodstains showing up on the carpets where she lived with her husband, Lee, but sometimes she'll talk about things or tell stories that sound like they could be true but end up being completely fabricated.

55.     An example of a story Kathie told us that could have been true occurred in 1988 when Kathie was living in an apartment with her three boys. Kathie asked a neighbor to come watch the boys while Kathie went out to do a supposedly quick drug deal. Josh, her oldest boy, was barely six years old; Brandon had recently turned two years old; and Garrett was one year old. Several hours after leaving, Kathie had not returned, so the neighbor called Virgie to tell her that Kathie wasn't back and that the neighbor could not watch Kathie's boys any longer. Virgie called Child Protective Services ("CPS"). My dad took charge of Josh. CPS came and got Brandon and Garrett. Two or three days later Kathie resurfaced. She claimed that the people she had been doing the drug deal with kidnapped her and held her against her will during the time she was gone. She told the story a few different ways to different people. By this time, after years of hearing fabricated stories from Kathie, the family was used to her lying and was fed up with it. None of us believed her story about being kidnapped and CPS didn't believe it either.

56.     When Kathie was about thirteen or fourteen years old, she ran away from home with an adult truck driver and was away with him for a week or so. It was assumed in our family that Kathie had sex with the truck driver during the time she was with him.

Initials

Our family didn't see any other reason for a truck driver to pick up a pretty younger teen girl and travel with her for a week. She got a job at a grocery store when she was in her teens and the manager there got her pregnant when she was sixteen years old. She stopped attending high school around that time. The child that was born when Kathie was seventeen was Josh. The grocery-store manager was Josh's dad. He killed himself by shooting himself out in the desert after Josh was born, so Kathie lost the father of her son to suicide when she was still a child herself.

57.     Kathie's husband, Lee, died in a car accident in 1988, about a week after they were married. Kathie had been strung out on coke^(cocaine) for quite a while at that time and was so thin by the time Lee died that she weighed only eighty-eight pounds. For comparison, she looked thin when she weighed one hundred twenty-five pounds. When I saw her a couple of days after Lee died, I could see the bones, joints, and tendons clearly under her skin. It was like looking at a skeleton with skin and tendons still on it, which was really hard for me to see and I found it gross to look at. Her face was beyond drawn, like a skull with skin. The reason we went to see her after Lee died was that she called Alejo on the phone and was saying really weird things and that she needed help. When we went down to the house where she had lived with Lee before he died, we found that despite weighing only eighty-eight pounds and being ghastly thin she had torn things off the walls, torn up cushions on the couches, and generally trashed the house. There were a few of Lee's drug dealers at the house looking for stashes of money and coke and even they couldn't restrain her. It was during that time that Kathie told us she had been seeing



Initials

blood rising up in the carpets and bloodstains appearing on the carpets since she and Lee had been together, which as far as we could tell not being able to trust anything she told us, had been a few months.

58.     During the timeframe of about 2000 to 2004 I saw Kathie sitting and watching TV, and she carried on conversations with the people on TV. It was different than being caught up in a TV show and telling one of the characters not to do something or to watch out because you're so involved in the story. Kathie appeared to be talking to people on the shows like she was having real conversations with them, saying things to them, hearing responses from them that no one else could hear, and then responding to whatever responses she heard.

59.     Kathy has had a very hard life. In addition to Josh's father killing himself and her husband Lee dying under suspicious circumstances almost immediately after they were married, she has served time in prison for drug charges. Each of her three sons had a different dad, and she had her kids taken away from her by the state because she abandoned them and was not taking care of them. Because of her many incidents with CPS, she was supposed to go to counseling but she couldn't or didn't go because she was still strung out on drugs. She has been addicted to drugs for most of her life, from about age fourteen to the present, and has struggled with alcoholism from her late teens to the present. She has never had stable living arrangements for long and rarely has been able to stay in one place for long. Even now I almost never know where Kathie is at a given time or how to get hold of her. Some of her romantic partners have been drug dealers, and



Initials

multiple times she has gone from having a big fancy house with luxury because of drug money to suddenly having almost nothing and living in a dump or being on the street because the drug dealer she was with got busted. She has never been able to follow through with anything or stick with anything for long. I tried to get her into a resident drug rehab program in Pinal County near us in late 1988, where she would have been closer to Brandon, and she told me ~~she told me~~ she would do it, but she never showed up to do the intake and get started, and after she missed two or three appointments to meet for the first time with the counselors I gave up trying.

60.     From her early teens to the present, Kathie has been extremely loose sexually. She colored her hair blonde after it started to darken naturally when she was a teen, and she comes across as being very flirtatious with just about every man she meets. She has worked as a stripper. I saw her dancing once when she was twenty-one years old. Even when she's living with someone she's usually going out with multiple other men, and even when she's in a steady relationship that has lasted for years, she disappears suddenly and is gone for days to weeks with another man.

61.     It's not easy talking to Kathie because she jumps all over the place when she's talking and sometimes I can't follow her or understand what she's trying to tell me. She has been that way for many years. If she does stay on a topic or I can follow what she's saying, I almost never know if she's telling me the truth or if what she's telling me is connected to reality.

Initials

62.    As young adults, my half-siblings Stevie and Kathie thought they were born after my parents were divorced and when my dad was married to Virgie, but that's not true. Both were born while my mom and dad were still married while my dad and Virgie were having an affair. Virgie threatened me once not to tell anyone that she wasn't married to my dad when Stevie and Kathie were born. Sometime in the mid-1980s, Stevie and Kathie told me, "Mom and Dad have been married for twenty years," and I brought it up to Virgie because I didn't think it was right that she had lied to them. She was furious and used a scripture to threaten me. She told me I'd better never tell Stevie and Kathie that she and my dad weren't married when Virgie gave birth to them. She seemed crazy to me then and had seemed crazy to me many times before that, so I didn't think it was worth it to try to tell Stevie and Kathie the truth.

63.    My parents continued fighting from the time my dad started the affair with Virgie until after I graduated from high school, and my dad continued coming home drunk and still drinking all the time. They weren't actually divorced until 1969, a year or so before Wendi was born. It was a long time after my parents' divorce before I was nice to my mother again.

64.    I attended Flowing Wells High School in Tucson, located near the intersection of Flowing Wells Road and Prince Road. I lived with my parents down the street from the high school. I have known Wendi's biological father, Shelby "Skip" or "Skipper" Robertson, since high school.

Initials

65.    When I was in 9th or 10th grade one day while I was at school, I heard fire trucks getting closer and closer. My parents' house was only five or six houses away from the gates of my high school. I knew my dad smoked in bed all the time, and he often fell asleep smoking while he was drunk, so I had a feeling about the fire, and when I went to the door of the school sure enough I saw a billowing mass of smoke coming from my house and saw that the fire trucks were going there. There were several incidents in which my dad started his mattress on fire by smoking in bed, but the fire never got so bad that it burned out the whole bedroom. A few times when I came home from school my dad's mattress was out in the backyard, smoldering. The house always smelled like smoke during those years from the blankets and mattress burning. That frightened me as a child and teenager. It wasn't as big a deal for me as my parents fighting, but I was aware it could cause a disaster for us. I made a joke of it with my friends to make it seem like less of a big deal.

66.    Skip came to live with his brother, Alice McGuffee's stepfather, during his sophomore year in high school, and that's when I first met him. I was a freshman that year. In high school, Skip was one of the hoodlums or bad boys who rolled up cigarettes in their T-shirt sleeves. I had nothing in common with him at that time. He ditched class, went out with wild girls, and was not someone I hung around with during high school.

67.    Skip was the baby boy of eight kids in his family. His siblings in birth order to the best of my recollection were Eva Jane; Berle Boyd "Buck," who married Faye; Glen; Jerry Don; A.V., which is his real legal name; Myrna Louise; Tommy Lee, "Bud;"



Initials

and Shelby Wayne, "Skip." The Robertson family was from San Angelo, Texas.

68.     My dad was my more permissive parent. Shortly before I turned sixteen years old, I took driving classes in high school. When it came time for me to learn how to drive, my mom couldn't take me out driving without yelling at me. My dad was more patient, and he was the one who helped me learn to drive. While I was learning to drive, when my dad came home after closing the bars, meaning staying at bars until they closed for the night, he let me or one of my friends drive his car while he was with us, drinking in the car. He drank Napa Sonoma Mendocino white wine, and he also let us drink it, but not while we were driving, starting when I was about fifteen years old. Instead of talking about my Dad being drunk, I turned it into a way to make friends in high school. I told my peers, "I have booze and hard liquor at my house if you want to come over," and of course many of them were interested.

69.     Sometimes I went out with Dad and drove him around while he was drunk at about 11:00 p.m. to midnight after he closed the restaurant. He let me go out with my friends and on dates while he was with us in the car drunk, which I liked a lot, starting when I was fifteen years old. Somehow, despite his drinking and unfaithfulness to my mom, I had empathy toward him, and went out of my way to stay in his good graces and keep him happy. On the one hand he was a charismatic, nice-looking, happy-go-lucky man, who sang like Dean Martin. On the other hand he was a raging alcoholic who had violent fights with my mom to the point that I was so afraid for myself that I slept with a butcher knife by my bed.

27 of 162

Initials

70.    Buck Robertson, Alice McGuffee's stepfather, had an accident when fixing a tire before he was with Faye that harmed his reproductive organs so that he was unable to father a child. His wife, Faye, coupled with and had a child by Jerry Don, one of her husband's brothers, because Buck wasn't capable of having children. There were fights at Alice's house between adults about the situation because Faye was pregnant and everyone knew Buck couldn't father a child, and I saw Buck and Faye get into a heated argument about her being pregnant. This occurred while I was about fifteen or sixteen years old. It was a family secret and mostly kept hushed up.

71.    My mom caught me holding hands with my high school boyfriend, Worth Casey, on the sofa early on while we were dating and she had a fit. She asked me, "Why are you letting him crawl all over you?" My mom had a lot to do with how I reacted to men. She made everything feel dirty or cheap, even something as simple as holding hands, and then never talked to me about anything having to do with sex. That comment she made about me and Worth holding hands was the only thing she ever said to me about sex.

72.    My dad always said while I was in high school that "if you're not a virgin when you get married, I will get a shotgun," by which he meant get a shotgun to shoot me. It wasn't that he intended to make me get married; he intended to shoot me. He also said he would get a gun to shoot me if I dated a black guy. I never wanted to do anything to make my dad mad at me.

Initials

73.    Later on during the time Worth and I were dating, I cuddled up on his lap when we were by ourselves, such as at the drive-in movies. He started messing around sexually, like touching my breasts, and I pretended I was asleep. That was the only way I liked sex. If I had to take responsibility for sex or admit that it was happening, I didn't want to be involved and left the situation.

74.    After I stopped dating Worth in my senior year in high school, I went out with other boys indiscriminately and started partying and drinking more alcohol with my friends and with boys. I was cute and told myself I was going to do my own thing. We went around town, drinking alcohol. I liked vodka and coffee, tequila, or anything hard. The vodka and coffee was nice because it didn't smell bad. By halfway through my senior year I was having sex. It wasn't a big deal. I was never that thrilled about sex.

75.    Church has always been a safe place for me. I attended church even when I was partying in high school and during the years before I married Skip, church people were an important part of my social life. I felt safe with them and with the structure that church provided.

76.    Because my dad knew everyone in Tucson, he usually knew what I was doing. He had lots of contacts in the business community and had been involved with mining operations. He had many odd friends here and there who went to bars, so he often found out when I went to bars. The first night I ever went to stay at a motel to have sex with a boy while I was still in high school, my dad knew. One of his friends saw me and my companion going into the motel, and let him know. I did my own thing during my last

29 of 162


Initials

year of high school, but when my dad found out about something or told me to stop, I obeyed. Whatever my dad told me to do, I did.

77.    Another one of my boyfriends during this time was a son of the Sheriff of Pima County, so we were able to get into bars because all the bouncers knew him. I was underage at the time but the sheriff's son might not have been. My dad had a fit because some of the people I hung out with when I was seventeen were so much older than I was. The ~~Banano~~ Bonanno brothers, who were in their 20s, were part of my crowd. They were well known around town for being partiers and bad boys, and my dad knew about them. Once when one of them called the house, my dad answered the phone. That's when he got upset and had a fit. He ordered me to "stay away from those people," meaning the ~~Banano~~ Bonanno brothers. I said, "Okay," because I wanted to make my dad happy. Having my dad lay down rules didn't make me want to rebel. I just didn't want my daddy to be mad at me, because if he was mad at me he wouldn't like me.

78.    When I was seventeen years old, in my senior year in high school, I was probably considered fresh meat for the partying crowd and the guys who were older than I was. I partied with them all but left with the other girls when they left. I didn't take any contraceptive but never got pregnant during this time.

79.    I graduated from high school in 1967. While I was in high school, my sister Nadine was a nurse in the Navy in Guam. She put money for me into an account so that I could get away from my parents and attend E.A.C., Eastern Arizona College, in Thatcher, Arizona. Deannie wanted me out of my parents' house because my mom always said she

30 of 162

Initials

wouldn't leave my dad until I was out on my own. Deannie figured that if she paid for my college I would be out of the house and Mom would no longer have that excuse to stay with my dad. That ended up being just an excuse, and my mom didn't leave my dad after I moved out.

80.    My mom and dad moved to Seattle together in 1968 after I was married to Skip, and my dad ended up being the one who finally left her. Within a couple of months my dad returned to Virgie in Tucson. My mom stayed in Seattle for a year after my dad returned to Arizona. When Mom returned to Phoenix, she worked at a restaurant called "Garcia's" as a waitress up until the time she moved to Groom, Texas to help me while I was pregnant with Wendi.

81.    I attended EAC for one semester in fall, 1967. My declared major was home economics but I changed it to computer science the second week. I was still drinking during this time, especially vodka and coffee. Then I got sick with tonsillitis, which resulted in my being hospitalized and missing school.

82.    I spent a lot of time in bars with my dad while he was drinking after we moved to Tucson from the time I was in 4th grade until I was thirteen or fourteen. I started smoking at about age 10 in the 5th grade.

83.    I got started drinking alcohol with my dad when I was fifteen years old. We drove around, just the two of us or with my friends, drinking wine. Either my dad or I sat in the passenger seat, drinking, with my girlfriends in the back, also drinking. Whoever was driving didn't drink. This happened about one or twice per week for a couple of

Initials

years, from the time I was fifteen to seventeen years old. I went out drinking with my dad more often when he was happy and when we could both get out of the house late at night, and less often when he wasn't or we couldn't. It was a big kick for me to go out drinking wine at night with my dad while I was in high school.

84.     While I was a senior in high school, after I broke up with Worth Casey, my friend Alice and our other friends drank sloe gin fizzes, a sickly sweet alcoholic drink once or twice per month for a period of about a year, and when we went to the movies on weekends we drank Everclear and soda.

85.     During the semester that I attended college in fall, 1967, my roommates and I drank so much that we almost got kicked out of school. I drank a lot, all the time, in my dorm and otherwise, during the whole semester. We drank anything hard that we could get our hands on or that the boys could buy for us. About the only thing we didn't drink that semester was beer.

86.     While I was getting together with Skip, we drank a lot, especially vodka. I was drunk the whole Christmas break after attending Eastern Arizona College ("EAC") in 1967. After we were married we regularly drank Rum and Coke and Tequila Sunrises when we got together with his military friends or Skip and I went to cowboy bars by ourselves or with his brothers. Skip and I also took lots of uppers, especially when driving back and forth between Arizona and California. I drank alcohol occasionally while I was pregnant with Wendi when I went to cowboy bars with Skip and his brothers.



Initials

87.   When I was about twenty-two to twenty-four years old, during the time that I surprised myself by how sexually active I was, I drank frequently with men I was seeing. I drank lots of Tequila Sunrises, which was a popular drink for women at the time. I often drank with Ron Kessler, who I dated for over a year during that time, when we went out to dinner. I also smoked pot during this time period with my neighbor who lived behind me in the duplex apartment.

88.   For about a year and a half from mid-1973 until about January 1975 while I was at Terros, I drank constantly. I drank during the week while I was working full-time. Although I drank a lot, it didn't cause me problems at work because I usually threw up the alcohol before I got so drunk that I couldn't have gone into work the next day. It's hard for me to get really drunk because I tend to throw up first. I also drank at Terros while I was volunteering there over the weekends.

89.   I continued drinking after I was first getting together with Alejo in 1975, although Alejo had stopped drinking by then. There were a few occasions when I drank a lot after I had met Alejo, such as once when we went to a Christian concert in downtown Phoenix and we got hot rum drinks before the concert and more afterwards. Alejo was the only member of our group who didn't drink. Nicky Barnes and I usually had cheap wine in the fridge during that period of time. After I married Alejo we didn't do much drinking. Since 1979 when we returned from the traveling ministry, my only drinking has been the night my mom died, when I got very drunk, and once every few years when I had a Kahlua and cream while we were traveling to California or for some special


Initials

occasion such as during the holidays.

90.     Skip Robertson, who I had first met in high school, had just come back from Vietnam by late 1967, where he had served as a Marine. When I returned to Tucson from E.A.C. for Christmas break during my first semester there, I went to see Alice McGuffee and found out that Tommy Robertson, Alice's stepdad Buck Robertson, and her mom Faye were going to Phoenix to Skip's welcome home party after he had returned from Vietnam, and they invited me to go with them. Tommy and I drank vodka and coffee on the way to Phoenix. When we arrived at Glen and Ophelia Robertson's house in Phoenix in the late afternoon or early evening, the Robertson men were already drunk. All the Robertson men drank a lot, all the time, and they drank anything with any kind of alcohol. The Robertson women had a drink or two at the parties, but the Robertson men got drunk and stayed drunk. For Skip's welcome-home party they started drinking early and stayed drunk all evening to celebrate Skip returning home safe from Vietnam.

91.     Skip had served in the Marine Corps since 1966 and had been stationed in Vietnam for a year. He was taking R&R, or rest and recuperation, with his family over Christmas, 1967 before returning to duty at the Marine base at Camp Pendleton. He had been through a lot of bad stuff in 'Nam and had put it off, meaning that he wasn't getting help and wasn't facing or dealing with what had happened to him. He served in Vietnam in the Marine Corps as a grunt, a mortar man. He was involved in several operations where lots of the men serving with him were killed.

Initials

92.    I was eighteen years old at the time Skipper came back from Vietnam, and I was closer to church members at that age than I was to my mom and dad. Skip had attended church when he was younger and that made him sound good to me as a partner. At one point when he was a teenager, before he left for 'Nam, Skip taught Sunday School. He told me that he prayed on the beach and read the Bible while he was serving in 'Nam. It seemed obvious to me that God gave him a second chance by allowing him to survive when many others around him were killed in 'Nam, and that also attracted me to him.

93.    I had sex with Skip over Christmas break, and when I returned to E.A.C. after Christmas break to finish the semester, I thought I was pregnant by Skip, who had returned to his military unit at Camp Pendleton, California. Skip and I had no real courtship and we never dated. We hung out and went to a party or two but never actually went out on anything that I considered a date. We just had sex and I thought I was pregnant so we got married. I called to tell him the news and his commanding officer gave him permission to come to Arizona from Oceanside. Skip promised me that he wouldn't drive trucks like all his brothers, which was a false promise, but I believed it at the time. We went to New Mexico to get married because blood tests and a waiting period weren't required there.

94.    My dad was disappointed when I told him that Skip and I were getting married. I didn't tell him that I had become pregnant because he had threatened so many times to get his shotgun with the implication that he would kill me or someone I was


Initials

dating that I was worried what he might do if he found out that I was pregnant. He put my picture facedown on his television set after I told him the news. He wanted me to turn nineteen years old before we were married. Skip and I went ahead with getting married when I was only eighteen years old and Skip was only nineteen, because I thought I was pregnant.

95.     Skip's family told him that our marriage was never going to last. He said, "It will last," and we stayed together as long as we did partly because he was stubborn and wanted to prove the rest of the Robertsons wrong.

96.     Skip and I were married in February 1968. I remember waiting in front of the courthouse, where I threw up and fainted. I woke up and we still got married. I was scared and sick, but it ended up that I was not actually pregnant.

97.     I was relieved to be married because I was worried what my dad would do, think, or say if he found out I was pregnant out of wedlock. I always wanted to make my dad proud and be perfect for him even though he was a jerk. Skip and I had no wedding party or celebration and no honeymoon. After we were married we went out looking for a hotel room in Tucson to stay in, but we couldn't find one because we got married during the Tucson Open Golf Tournament and there weren't any rooms available. By the time we gave up on finding a room, Skip's brothers were carrying on and getting drunk at Jerry Don and Ida Mae Robertson's house, so we spent the night there at his brother's house while the Robertsons were having a drunken party to celebrate our wedding.

Initials

98.     Skip was a cowboy from a family of cowboys. They were all like what you'd expect from typical Texas cowboys, with mouths like sailors, no college education and all about sex, alcohol, Levis, and driving trucks. I didn't keep exact track but it seemed like all of Skip's brothers had been in jail by the time Skip and I got married. While we were married, I adopted his cowboy lifestyle and ways. It was almost like I was a chameleon. I just went along with it and tried to fit in. I have done that all my life with whatever group or person I was with, whether in high school with the party crowd, in church and ministry groups, with Skip's family, around hippies when I was working for the drug counseling centers, and later around Joe Andriano after he and Wendi were married. My first reaction when I'm part of a new group is always to get similar clothes as they have, so that I'll be liked. I morph well to be part of whatever group I'm with. Now in retrospect I think that I never wanted to make a decision about who and what I was, exactly, so I shifted to fit in with whatever was normal for the group I was with.

99.     After we married, Skip and I moved to San Clemente, California. We stayed there for six months. Skip was still in the Marine Corps. We lived off the military base in an apartment that was located over a ravine not far from the beach. We drank alcohol together after we were first married, such as when Skip had friends over to talk about the war. Skip also had access to illegal uppers, which were amphetamines that we took together, including white crosses and pink hearts. One or another of the Robertson brothers in Tucson supplied us with the pills, which all the Robertson brothers used to stay awake while driving trucks on long hauls. One of my sisters-in-law, Linda, who was

Initials

married to A.V., used the amphetamines as diet pills without a doctor's help or prescription.

100.    In San Clemente we learned that I wasn't pregnant, which was just as well. We had gotten married very young, and decided it was better not to have a baby right away.

101.    Skip was mental, meaning crazy, in many ways. One way was that he had PTSD after serving as a mortar man in Vietnam, although I didn't know the term at the time. He had it while he was in the service and during the years I was with him after he got out of the service. I had to be very careful when waking him up. I crouched at the end of the bed and touched his toes to wake him because he came out of his dreams swinging his fists hard enough to really hurt me if a punch connected. He also had bad nightmares about four or five nights per week where he thrashed around in bed and called out to people. After he woke up swinging or woke up violently from a nightmare he often apologized profusely. He never made friends outside of his family and the military during the six years that I was married to him. After he was released from active duty in the military in about May of 1969, other than women with whom he had affairs, he never made any new friends for the rest of the time we were married.

102.    In the early years of our marriage, Skip was very jumpy and easily startled. Any kind of loud noises or sudden surprises set him off. In San Clemente there were several incidents when there was a loud noise, like a car backfire, and Skip hit the ground like he was in combat. Skip and the military guys talked about military stuff but they

Initials

avoided talking about specifics of what they had experienced in Vietnam. I was interested in his experiences there but very rarely did he tell me anything specific.

103. Skip drank steadily and was drunk much of the time I was around him for the whole time we were married, both before and after Wendi was born. When Skip wasn't drinking, he could be well mannered or even nice, especially early on, before and just after we were married. He was more of a hoodlum in high school, then became more of a cowboy later on after he started driving trucks. When he was drinking he was loud, belligerent, angry, and mean. I hated his drinking. He didn't just have a couple of beers or go out and get buzzed, he always drank to get really drunk. He started out happy when he was first drinking, then the more he drank the more ugly, mean, and verbally abusive he became. When drunk he was vicious with his words. There was nothing I could see that caused him to act that way and nothing in particular that happened to set him off. He just turned mean all by himself. When he started getting drunk I always wondered what he was going to be like. He tended to break laws and get into trouble while drunk. Sometimes he stayed out or was gone overnight or for multiple days and nights while drinking. We were still living in California in 1968 or 1969 when I realized that the marriage wasn't working but it took me as long as it did, until 1974, to have the courage to leave him for good.

104. I was told about an incident in which Skip sexually abused his brother's children. He was in the car with his brother, A.V.; A.V.'s wife, Linda; and their children. Skip touched Linda's children sexually while riding with them in the car. The kids were

Initials

about six to eight years old. I was also in the car but unaware that the incident occurred. It happened on a long drive to or from California, and I was asleep while Skip was sexually abusing his nieces. The incident occurred after I was married to Skip but before Wendi was born, sometime between 1968 and 1970. I learned about it from A.V.'s wife, Linda, after Skip and I were divorced.

105.   In about August of 1968, after being married in San Clemente for several months, Skip and I moved to San Diego. He was still doing military service in the Marine Corps and worked at the Marine Corps Recruit Depot, "M.C.R.D.," in San Diego as a Military Police sentry or guard. I got a job at a fancy hair salon on 5th Avenue in San Diego, as a receptionist.

106.   While we lived in San Diego, Skip and I drove from San Diego to Phoenix a couple of times a month to spend time with his brothers. We worked in San Diego from Monday to Friday, then left Friday to go to Phoenix and spend the weekend with his brothers. We drove back to San Diego in time to start work again on Monday morning. We took speed to be able to stay awake and drive all night. I just took a pill or two, and didn't drink alcohol and take speed at the same time. I'm sure that from time to time Skip drank beer and also took speed at the same time. Sometimes Skip was buzzed on alcohol but not drunk when we drove back and forth from San Diego to Phoenix. I went to work still high back in San Diego some Monday mornings, and sometimes was so wired that I was down on the floor scrubbing the baseboards at the hair salon just to use up the energy from the high.

Initials

107.    Skip was released from active duty in the Marine Corps on April 30, 1969, about nine months after we moved to San Diego. We went to Phoenix for a couple of months. We were still drinking, and Skip was still taking uppers, but I stopped taking them. I just took them when driving back and forth between California and Arizona. When I had a choice I preferred uppers to alcohol.

108.    At times Skip could be fun to be around, but he and I didn't have normal conversations or discussions about things like common interests during the years that we were married. That just wasn't possible with him. He had a short attention span and was mostly interested in having sex and drinking alcohol. He never finished high school and didn't have good options for starting a career. There was Veterans Administration money available to help him pay for schooling after we moved back to Phoenix when he was released from active military duty, and he attended Refrigeration School where he learned how to install, repair, and maintain air-conditioning and HVAC systems. He seemed to do well in Refrigeration School but couldn't stick with it.

109.    Not long after we moved to Phoenix, Skip started driving trucks for a living, which he had promised me he would never do. He also started running around with other women. He wasn't around much of the time after we moved to Phoenix. He kept taking uppers, including black birds, pink hearts, and white crosses, especially while driving trucks to stay awake on long hauls. When he was around, we fought a lot about money and sex. A typical fight included him coming home late, drunk, and wanting to have sex with me. I didn't want to have sex with him when he was drunk and smelling

Initials

like booze and cigarettes, so he yelled at me until I gave in.

110.   On one occasion in late 1968 or early 1969 while we were on the way to or from California, traveling with another couple, I slapped Skip on the cheek when we were playing around, when we hadn't been fighting. I had gotten away with doing that as a playful thing with guys while I was dating. It was like Skip snapped and lost control. He hit me back really hard, solidly, with the flat of his hand, and said that next time he hit me it would be with his fist. There was no next time because I learned well and did whatever he wanted after that to avoid having him hit me with his fist. I was also more careful about being playful with him after that because I didn't want to do anything that he might take wrong and use as a reason to hit me. He was always mental. He often told me "You're not good enough," and the next minute he needed me or had to have me sexually.

111.   My sister, Nadine, married her husband, Clark Otto Bednorz, Sr., on August 2, 1969. Even though I was about fifteen years younger than Nadine, I had Wendi before Nadine had a child.

112.   Growing up I told myself that I would never marry anyone who was like my father, but Skip was even worse when it came to drinking, being irresponsible, being disloyal with other women, and not supporting me in any way whatsoever. I left Skip for the first time in about July, 1969, the year after we were married, because he was running around with women, drinking heavily, and mistreating me. I left him in Phoenix and went to Tucson. I stayed in Tucson with a girlfriend from high school, Linda Robertson, who

Initials

had no blood relation to Skip's family and was a different Linda Robertson that the Linda who was married to A.V., and her husband, Jack. She's now deceased. Linda and Jack grew pot in their yard, but did not smoke it in front of me.

113.   Skip showed up looking for me after I'd been staying with Linda and Jack for a couple of weeks. He came from a family of cowboys while Linda and her husband were hippies. Skip didn't want me to be around them because they were growing and smoking pot, so we moved into an apartment together in Tucson.

114.   When Skip came to get me at Linda's in Tucson he said, "I'm going to change." He told me he would clean up, stop drinking, and stay away from his brothers, because he got very rowdy and got into trouble when he drank with them, but he was never able to keep his promises. When he tried it didn't last more than a few days at the most. When I left Linda's, Skip and I got an apartment in Tucson. I got a job with a company called Arizona Land Title and Trust Company and Skip continued driving trucks.

115.   After a couple of months of living in Tucson, I got pregnant with Wendi in November 1969. Skip and I had decided we wanted to be married for two years before having children because we wanted to get to know each other. We had seen people who had to get married because they got pregnant or had kids right away, and they never had much time together before raising kids. We decided we wanted to start having children two years after being married rather than two years before.

Initials

116.   By late 1969, I wanted a baby and had stopped taking birth-control pills. That was before EPTs, or Early Pregnancy Tests, even existed. I missed a period. By Christmas, 1969 I thought I was pregnant but wasn't sure. When I missed a second period I went to the doctor sometime after Christmas and he confirmed that I was pregnant. I thought everything would be okay after I got pregnant because I was the person who tried to make everyone else happy and I believed that if I made Skip happy that everything would work out. I got pregnant partly because I believed having a baby would help my marriage and solve problems between Skip and me. We were hoping that I was pregnant.

117.   I had a cockapoo dog during this time that I loved more than anything else. My dad gave her to me so that made her very special. Because she was from my dad, she was more important than if Skip or anyone else had given her to me. The dog slept with me in bed and was a companion for me through thick and thin, with everything else that was going on. The dog was like a substitute child for me.

118.   Around Christmas of 1969, before I knew for sure that I was pregnant, I received a phone call from Skip telling me he had been in an accident driving a truck through the Grapevine in California. It was a great big wreck that totaled out the big-rig but neither Skip nor his brother were seriously hurt. After that accident, Skip was home in Tucson with me for about a month before we were in another accident in about January 1970. I was riding with Skip while he was driving his car. It was a red Boss 302 Ford Mustang. We were on Fort Lowell Road, which was a two-lane road. A big Acme wrecking truck ran a stop sign and plowed right into us. The Mustang spun around and

Initials

landed in a ditch. My little cockapoo dog was thrown out of a car window. During and after the accident I was more concerned about the cockapoo being hurt or killed than anything else until I remembered that I was a couple of months pregnant and started freaking out about the baby, Wendi, although we didn't know it was a girl and hadn't named her at that time. I didn't use seat belts at the time so I'm sure I wasn't wearing one during the accident. I had whiplash in the accident. My neck and back were hurt and I had physical therapy after the accident and treatment by a chiropractor.

119.   I didn't have any source of information about pregnancy and nursing, such as how to breathe while giving birth. Whatever I knew came from my doctor. I continued to see a chiropractor for my neck and back injury in the car accident until we left for Texas in about June of 1970.

120.   My big complaint with Skip at that time was that he was always gone, on the road driving trucks. He was doing the one thing he promised he would never do, which was drive trucks for a living. I really thought that if I had a baby he would settle down and be home more. I fought with Skip a lot the whole time I was pregnant, and was consistently under a lot of stress the whole time I was pregnant. Even though Skip was making decent money driving trucks, plenty to support me and later Wendi, he drank and partied it all away with other women, just like my dad had done, and never gave money to me for basic living expenses, so I was constantly struggling to get by and survive.

121.   Skip was usually gone for one to three weeks at a time with his truck-driving trips. There were times when he was stuck somewhere for a few days finding a


Initials

load that needed to come back to wherever we were living so that he could come home. The driving Skip and his brothers did wasn't like some of the truck driving today, with the big nice trucks and a standard routine. It was piecemeal. They never knew what they'd be hauling or where they'd be going. I almost never knew where Skip was, who he was with, or when I'd see him next, and when he was with me, we were usually fighting. It was the same from the time he started driving trucks until we were divorced in 1974. My response then was the same as it is now: choke it down somehow, look the other way, pretend it isn't a problem, and all will be fine, or at least that's what I tell myself.

122.   In June 1970, Skip got a job fixing big truck-tire flats and pumping gas for truckers at a truck stop in Groom, Texas. I agreed to move to Groom because his job was supposed to be permanent, in one place, so that he could stop driving trucks. Groom was a small town in the dry Texas panhandle with a population of 200 people. The month of June was okay for me in Groom. I helped the owners of the truck stop that employed Skip by spending several hours each week adding up their total daily sales. I continued doing that work until Wendi was born on August 26. My wrist went numb and was very sore from all the hours with the ten-key, but I didn't know to call it carpal tunnel syndrome back then.

123.   I didn't look pregnant until I was about seven months along, which I liked because I was concerned about looking good for Skip to keep him happy while I was pregnant with Wendi. Then in July I started hearing stories about Skip running around with another woman. It turned out that Skip was having an affair with a floozy from the

area, a waitress who worked in a restaurant near at the truck stop where he worked. He had

met her while driving trucks and started the affair with her before we moved there, and

she was the reason he wanted us to move there. I had no friends in Texas and nothing

there except an unfaithful husband. I was very stressed in Groom beginning when I found

out that Skip was unfaithful. I believed it was my fault that Skip was running around with

other women and gone drinking and doing uppers for days at a time, so I looked for a

way to fix it. I hoped that having a kid would help our marriage and hoped the baby

would be a boy because that's what Skip wanted.

124.    When I was with Skip and for most of my life, I always felt like everything

was my fault. That's how my life is. If anything went wrong back then, it was my fault.

Even today when anything goes wrong, especially in the lives of my loved ones, I often

feel that it's my fault. I take blame or responsibility when anything goes wrong and then

look for a way to fix it.

125.    I didn't like Groom even before I knew about Skip having an affair with

another woman. I was so depressed and homesick for Phoenix and Tucson that I started

listening to a Charley Pride song about a Phoenix every day. I sat in my car alone,

playing the song over and over again. Things got worse for me when I found out Skip

was seeing someone else. It wasn't long until I hated Texas.

126.    In Groom we lived in an old farmhouse in town. It was big with a living

room, dining room, small kitchen, two bedrooms, and a big front porch. One of the rooms

was being prepared for Wendi while I was pregnant. During the time I was pregnant,

Initials

nearly ow

Skip spent all of the money he earned on alcohol and other women.

127.   After having been totally stressed for most of the time while I was pregnant, I started having contractions in Groom in early July 1970 that lasted the whole month. It doesn't take a genius to see that the early contractions were very likely the result of stress. Skip spent the days changing tires and working at the truck stop. Sometimes he came home to clean up and change clothes before he went back out. There were periods of time when he was seeing women that he didn't come home at all, or he came home for just a few hours during the middle of the night. The contractions were the worst at night when Skip wasn't around and I didn't know where he was. They were often five to eight minutes apart, and they got to be as close as four minutes apart, which is close enough that the baby should be coming. They prevented me from sleeping so I was frequently up all night. I became sleep-deprived. I continued doing the accounting work for the truck stop the entire time I was having contractions.

128.   Wendi wasn't due until August 20, 1970. My doctor was concerned that she might be a premature baby, so he started seeing me every week rather than every two or three weeks. The hospital in Groom was tiny and had limited services. It really wasn't set up to handle a preemie baby.

129.   My mom quit her job in Phoenix and came to Groom in July to stay with us because I was having the contractions. She helped with chores and with taking care of me. She also paid for almost all of my living expenses. Even though she was paying for food and almost all of my living expenses, I still treated her badly by being irritable,

Initials

impatient, and short with her.

130.   It wasn't until mid-July of 1970 that I fully understood everything about what was going on with Skip and the other women in Groom. It was my mom who brought it to my attention. It was horrible situation there with Skip running around, spending his money on alcohol and other women, and me eight months pregnant and having contractions all month. Groom was depressing and the weather was miserable, hot and humid when all we had for cooling was fans that didn't make much difference.

131.   Another reason I hated Groom was that Skip got drunk and then raced everybody in our Mustang. Not only was he drinking and driving, but he was street-racing all the time while he was drunk. There were aluminum heads in the that year and make of Mustang that Skip and I had, and he pushed the engine so hard when he was drunk and racing that he melted the heads in our Mustang. I had to bail Skip out of jail when I was about eight months pregnant during the last few weeks before Wendi was born because he was arrested for speeding while drunk.

132.   In the months in Groom before Wendi was born, I wasn't working and had no money. My mother paid nearly all my living expenses. The truck drivers who came through the truck stop where Skip worked that summer knew that Skip's pregnant wife liked watermelons, so they gave us watermelons, which were a big part of my diet while I was pregnant. Skip asked truckers coming through Groom at the truck stop to give him their green stamps that they got for getting gas at the truck stop and for other purchases. We filled cards with green stamps and bought things with them. Most of Wendi's baby stuff,

Initials

including a crib, a changing table, diapers, and baby clothes, was bought with the green stamps. There was a big redemption center in Amarillo, Texas about forty-five miles west of Groom.

133.    Wendi was my first and only baby. I didn't know what to expect. I had no friends in Groom. My doctor was a D.O, a doctor of osteopathic medicine. He was a sweetheart and the closest thing I had to a friend in Groom. He had ten or twelve kids of his own. By about August 10th, he was very concerned that my baby hadn't been born yet. Even though we hadn't reached the due date, I had been having contractions constantly for a month-and-a-half, since early July, and in August, fairly frequently they got so close, like three to four minutes apart, that the baby should have been born. Because he was a D.O., he used a natural remedy to try to bring on birth. He told me to take cod-liver oil and orange juice. He said, "Do that and the baby will come. It will drain everything through you and that activity in your abdomen will encourage you to deliver. If the baby is ready to come, you will have contractions and deliver." It was the nastiest stuff to drink. I got very sick with both vomiting and diarrhea. The contractions got really close and it looked like I would deliver, but the baby still wasn't born. The experience was so unpleasant that I hated my doctor after that.

134.    A couple of weeks later, on August 26, 1970, when I was nine months pregnant and past Wendi's due date, I saw my doctor in the late morning. I was having contractions the same as ever. By then I was used to it. After seeing the doctor, I went out in the afternoon with Skip to a fishing pond that was in a field. While we were out

fishing, a bull surprised us. It was a big Texas bull and it came running at me directly. It chased me through a field. I did my best to sprint a few hundred feet to a fence. The bull wasn't running at a full gallop. I was never very big while pregnant and was able to dive through the slats in a split-rail fence. It all happened so fast I don't think it even hit me how much danger I was in.

135.    After being chased by the bull, Skip and I went home for a few hours. We lived about two blocks from the hospital. By about 5:00 p.m. the contractions were different; they were coming harder and faster. My mom and I went to see my doctor again, and when he saw me he told me to go to the hospital. I was dilated to about six or eight centimeters when I checked in to the hospital at about 5:30 p.m. At the hospital, the nurses checked on me. By about 6:00 p.m., the contractions were coming quickly, and a doctor broke my water and then went home. He figured I'd be in labor for many hours.

136.    I spent only about two-and-a-half hours in labor. Someone had to go find Skip so that he wouldn't miss the birth. He barely made it in time to be at the hospital when Wendi was born. My mom was present in the labor room and at the birth with me. Skip was at the hospital but not in the labor room during the birth. In those days guys weren't allowed into the delivery rooms; a few years later doctors realized that men should be there at the birth.

137.    I gave birth to Wendi at about 8:30 p.m. She was born in Groom, Texas on August 26, 1970, on a Wednesday. I didn't have an especially hard time compared to most women. It was like two blobs of Jell-O coming out, and then baby's here. When she

Initials

was born I was saying, "I quit. No more. I don't want to play this game anymore. I don't want to have a baby." I started freaking out as soon as she was born because I had heard stories that you were supposed to spank the baby and make it cry. I started calling out, "Spank the baby, make it cry, make it cry." I didn't know if it was a boy or girl at that point. Later I learned that you don't need to spank newborn babies or make them cry. When I found out the baby was a girl I freaked out even more because Skip wanted it to be a boy, and I was having the baby to try to make him happy, to convince him to stop seeing other women and to settle down and stop driving trucks. A big part of the point of having a child was to try to repair our marriage. There was also the trauma carried over from my dad wanting to have a boy the whole time I was growing up but never being able to have one.

138.    Wendi was healthy at birth and weighed 7 pounds, 11 ounces. She was an average-sized baby with a round face and chunky arms and legs. She was not at all skinny and had little fat rolls when she was born, probably from all the chicken-fried steak and mashed potatoes I ate while pregnant. She was the only baby born at the hospital that day, and the only baby in the hospital nursery while we stayed there. They took her from me immediately and she stayed in a nursery, which was a whole separate room. In those days you didn't bond with babies after they were born. The doctors didn't use any local anesthetic when stitching me after the birth. The nurses never made me get up and walk, so I never went to the nursery to visit Wendi, and the nurses must have played with her more than I did while we were in the hospital.

Initials

139.   I chose the name "Wendi" because it was the one name I couldn't see being turned into a nickname. I didn't want something that could be shortened or be made different for a nickname. I didn't want her name to be spelled like "Wendy" in Peter Pan.

140.   The nurses brought Wendi to me only when she was hungry so I could breastfeed her. The first day after her birth I didn't see Wendi much, and after that they brought her to me a few times per day, every few hours. I don't remember them waking me up at night to breastfeed her. They may have fed her a sugar water formula during the nights at the hospital.

141.   In thinking back I realize that I didn't bond with Wendi at all after she was born. My cockapoo dog disappeared after I went into the hospital to give birth. It was the same cockapoo that had been with me in the car accident in Tucson after I got pregnant with Wendi. My gosh, when Wendi was born I had a closer bond to that cockapoo dog that went missing than to my kid.

142.   I was able to nurse Wendy at the hospital from her birth until the following Saturday when I went home with her. When I got home with Wendi and found that the cockapoo dog was missing, I scrambled to find my puppy and when I couldn't, I just freaked out. My dog was gone. It wasn't just any dog; it was the dog my dad gave me. I was so homesick in Texas and having the dog was like bringing some of home with me; it felt like my only connection to home and my dad. We never found the dog. I was so upset I became hysterical and couldn't tend Wendi at all. I couldn't breastfeed her. I had a breakdown over the missing dog. I cried for a day in shock and then just shut down

Initials

completely. I wasn't able to feed myself and wasn't even able to get up. I was completely shut down for a couple of days, and completely unable to communicate or respond. I had no interactions with Wendi during this time. My mom and Skip had to feed her for two or three days while I was having the breakdown over the cockapoo dog going missing.

143.   I've had breakdowns like that a few times in my life. The first I remember was in junior high school after my dad had been having the affair with Virgie for two or three years and when my parents were fighting so much, and it all finally became too much. The second time was after Wendi was born when my dog went missing, and I went through the same thing again once when I was trying to get up the guts to leave Skip for good. That was two or three years after Wendi was born. The last time I can remember having that kind of breakdown was in 2000 after Wendi was arrested. When I have the breakdowns I start by crying uncontrollably or becoming hysterical. That usually lasts a day. Then I shut down. My brain completely stops processing. I'm not feeding myself and I'm not getting up. I'm completely gone for a couple of days. I don't even have facial expressions. You can't even really talk to me because I'm not there. Then it's over, and I either pull myself together, or I medicate myself, which is what I did this last time after Wendi was arrested in connection with Joe's death.

144.   It took me two or three days to get through the breakdown when I came home from the hospital with Wendi. She was able to start up nursing again; it hadn't been so long that she couldn't nurse anymore. I continued nursing Wendi for about two months after she was born for the time we were still in Groom and then in Phoenix for a

Initials

little while.

145.   I didn't know what to do with Wendi after she was born, and I didn't interact with her. All I did was go in where she was sleeping and poke her once in a while to make sure she was still breathing. Mom and Skip dealt with Wendi better than I did. My mom had the patience to sit and rock her, but I was like "No way." Skip knew about how to work with kids because he came from such a big family. He knew about putting oil on her head to deal with the icky stuff that formed on her scalp, which I later learned was called "cradle cap." He and my mom were the first to give Wendi a bath. I was going, "Ay yi yi, what's that thing on her tummy?" meaning the clip from the umbilical cord. "You mean I'm supposed to clean that thing? I don't think so!" Kids raised as single children should never have babies until they've been through classes, and I was no exception.

146.   I had a few days' reprieve with Skip after Wendi was born while I was having my breakdown. He stayed around for a few days for a change. I'm sure he said, "I'm sorry about everything," and that he would make it all better, stay around, shape up, be a father, and start being a husband. That happened so much it's hard to remember each specific time. It was just part of the cycle with Skip, just something he did when he felt that way but he always returned to drinking, partying, chasing women, and being absent shortly after the apologetic part of the cycle.

147.   I still hated Groom after Wendi was born, and still sat in my car every day playing the Charley Pride song about Phoenix. We still didn't have any money because

Skip still spent ^most ^(or so) everything he earned on alcohol, uppers, and women. My maternal grandfather, Sanford Tilley, died in 1969, around the time that Wendi was born, and somehow there was $1,000 for me when he died. The hospital bill for Wendi's birth was $500. The inheritance from Sanford paid for them and some of my doctor bills while I was pregnant. We also bought a dryer with the inheritance money.

148.    Wendi was colicky for the few weeks after she was born while we were still in Texas. I wasn't patient with her and didn't want to deal with her. I had enough going on with losing my favorite dog, my husband almost never being there with me and not providing money for our expenses, and mom my telling me "I told you so" about marrying Skip. Having a fussy, crying baby on top of that was too much for me, and having a crying baby increased my frustration. I couldn't deal with it. I remember that I just sat and held Wendi sometimes while she was crying and I cried too, which didn't help either of us. I felt hopeless in Groom after Wendi was born, until we left a few weeks later.

149.    Now I understand that when I was stressed back then, my body's hormones and everything else my body put out from being stressed was going from me into her when I nursed her. When she was sick and fussy, I couldn't hold her, and it seemed like whenever I picked her up she wanted to cry. It was frustrating because my mom could take her and quiet her down, but she never quieted down for me.

150.    Skip and I were also having more fights. They happened the same way over and over again, and were similar to the fights we'd had before Wendi was born. With a

few exceptions, they weren't physical fights. We yelled at each other. I wanted to throw things like dishes or whatever was handy while we were fighting, and I wanted to throw them at Skip, but was afraid Skip would hit me or throw them back at me harder if I did, so I waited until afterward when he was gone and then threw things. During the fights I usually retreated to the bedroom before too long into a fight because I didn't want to say something I would regret, either because it was just mean and hateful and later I would wish I hadn't said it, or because it might push Skip over the edge to the point that he would hit me. I've never been good at standing up and telling people how I really felt or what I really thought, especially not in my marriage to Skip. I wanted to tell him things like, "You're an idiot," "You're taking advantage of me," and "Grow up," but I never did.

151.    When we had physical fights they usually occurred when Skip was trying to leave. I got up close to him and asked him, "Where are you going? Where are you going?" and he threw me down or pushed me away hard. I was afraid of him hitting me after the first time he did that earlier in our marriage and I knew what I could get away with in fights without having him get so mad that he snapped and hit me.

152.    My doctor in Texas told me it was best to put kids to bed for the night at 7:00 p.m. or 8:00 p.m. He said to do that because "You guys need time for yourselves," so we put Wendi to bed early. Somewhere I had heard that it's okay to let babies cry, so if she wasn't hungry, wet, or feverish, I let Wendi cry. I had a really hard time letting her cry for even a short time but Skip kept telling me, "No, she's fine, She just needs to cry."

Initials

After fifteen or twenty minutes when she was still crying I really wanted to pick her up but Skip said that if she wasn't wet or hungry it was best to just let her cry. There was a period when she cried a lot more than usual when she was about ten months old and we were trying to wean her off the bottle. From the time she was born until she was about a year old, it seemed to me that she regularly cried for hours before she went to sleep. I was sensitive and her crying was stressful to me.

153.   It snowed on Labor Day in Groom after Wendi was born. That was the kicker for me. I told Skip, "I'm going back to Phoenix." So about two weeks after that, in September 1970, we headed back to Phoenix. Wendi was a few weeks old. I felt better leaving Groom. Wendi calmed down when we got to Arizona and slept almost all the way to Phoenix.

154.   When we got back to Phoenix, we stayed in a tract home on 81st or 82nd Avenue for about three months from about September until December of 1970. In those days 81st Avenue was way out west of Phoenix in a subdivision, but now it's almost part of downtown. Skip, my mom and I all lived together in that house. Skip went back to driving trucks but he still didn't give me any of the money he earned and kept spending it on alcohol, drugs, and women. My mom returned to work at Garcia's Restaurant, a big Mexican restaurant chain where she had worked as a waitress before moving to Groom, and she paid the rent, bought food, and paid for all of my expenses. I wasn't working for the first couple months after we arrived in Phoenix in September 1970.

Initials

155.    Wendi's condition and disposition improved in Phoenix. She stopped being colicky once I was no longer so stressed and miserable from being in Groom. She was a happy baby in Phoenix, so much so that Skip's brothers, whom we saw every couple of weeks or so, nicknamed her "Happy Jack." I was also a little less stressed with Skip gone again driving trucks because he wasn't in my face all the time yelling at me, and I think Wendi calmed down because of that. It was easier for me to be around her when she was less fussy. I still wasn't comfortable giving Wendi baths for the first couple of months after we were in Phoenix so I let Skip and my mom give her all of her baths during that period. Even after I was a little more comfortable giving Wendi baths, Skip also continued giving Wendi baths.

156.    Sometime during 1971 when my mom, Skip, and I were all living together in Phoenix. Skip was driving a truck with one of his brothers, A.V. or Glen, and he had a problem, got arrested, and ended up in jail in Bedford, Ohio. At first I was told that he had been trying to rob someone or that something like that had happened. What actually happened was that he went into someone's house like it was his own place. He got into the person's fridge and was eating their food. The owner of the house couldn't get him to stop or leave. He was drinking and on uppers the whole time, and had no memory of how he got there or why he was in the house. I tried to come up with bail money to get him out of jail. I called Skip's brother, Glen, but Glen and his wife, Ophelia, refused to put up money to bail out Skip even though they had the money. None of the other Robertson brothers were willing to offer any money to help Skip. I had to come up with about

Initials

$4,000 to cover bail, his attorney, his living expenses, and the cost of a flight home. My mom was so generous with helping Skip and me financially during this time. She came up with the money to help Skip. Skip said, "I'm going to pay you back, Mom," but he never did.

157.    Another time in about 1971 or 1972 Skip ran his big-rig truck through a freeway guardrail and had to pay back the state for the cost of the guardrail. He almost went to jail as a result of that.

158.    A couple of months after we returned to Phoenix, I went to work for a company called Stewart Title. Around that time, just before Christmas, we all moved into an old three-bedroom John F. Long tract house on Cheery Lynn Road in Phoenix, and then in spring of 1971, Wendi, Skip, and I moved into our own place with the money I was making at the title company. It was near 32nd Avenue south of McDowell on the west side of Phoenix. My mom moved into her own place, another little house that was just a few blocks away.

159.    My mom helped babysit Wendi. She took care of Wendi while I worked during the day up until late afternoon, then she took Wendi to daycare when it was time for her to start work at the restaurant. Wendi was at daycare for an hour or two after my mom started work and before I got off work at the title company. When I was off work I picked Wendi up and Skip or I watched her during the evening.

160.    Mom was much better at calming and tending Wendi than I was, and with me not being able to handle her when she was fussy, with there being so many problems



Initials

between me and Skip, and with me working full-time starting two or three months after Wendi was born, Wendi spent more time with my mom when she was an infant than she did with me. I'd really like to say that I held Wendi all the time during the first two years after she was born, but in reality I had so many challenges of my own, and by the time she was a few months old I was away working most of the day, that I was really just with her for a little while during the evenings, and we put her down early, by 8:00 p.m. at the latest. Wendi called my mom "Mom" first, before she ever called me "Mom." That's still painful for me to remember. It really tore me up.

161.   Skip seemed to adore Wendi but there was also definitely something weird about that. For example, he wasn't domestic and didn't do everyday chores or help at the house at all, but he gave Wendi baths whenever he was home when she was an infant and toddler. He knew how to change Wendi's diapers and he wanted to change them and volunteered to do that when he was around. He had her completely potty trained by the time she was ten months old, just like she was a dog, even before she started walking. I wasn't home much when Skip potty-trained Wendi but I saw him sit her on the toilet, telling her to go, and she went on demand, which was different than any other child that I've ever seen. She wasn't even walking yet and she couldn't even get into the bathroom and take care of it herself, but he had her trained so that when he told her to go, she did it. I know Skip was harsh with Wendi and must have punished her to train her because no kid just does that when you tell them to. He used a rough, angry, harsh voice with her when ordering her or training her while she was younger than a year old. It was more

Initials

than just a stern voice; it was a voice you would be afraid of. Skip said he knew what he was doing because he helped with his brother's kids while he was growing up. It was weird that he put so much of his attention on potty training Wendi before she could even walk, especially when he was gone so much either driving trucks or drinking alcohol.

162.   My mom didn't like Skip but she got along with him okay. She made little comments regularly to me about how Skip couldn't do this or that right, but never said anything to him directly, and she helped Skip and me with finances and helped me with living expenses, which were patterns I also repeated later on with Wendi and Joe. Our family pattern is that the women do whatever is necessary to take care of the men, whether financial or otherwise. That's just what we do, and in looking back I see how my mom taught me that while I was growing up and reinforced it while I was with Skip.

163.   I was not happy with Skip during this time because he was out drinking all the time. His PTSD wasn't quite as bad as it had been when we were first married, but he still had nightmares and woke up sweating, all tangled up in the sheets and bedding from thrashing around while he was dreaming about the war. He was still mental when he was around, like one time when I was using the bathroom at the house. The toilet in the bathroom was across from the bathroom door. Skip stared in through the keyhole at me while I was on the toilet and asked me what I was doing in there. He was very creepy and crazy when he did that, and at other times. I never answered him that time when he stared into the keyhole at me. That happened around the same time that Skip was potty training Wendi.


Initials

164.    Whether he was drunk or not, Skip was tough on Wendi when she was an infant and toddler. When he wanted her to do something, she did it. If she was fussy he used a rough voice with her and she stopped. He trained her like she was a dog, not a baby. He spanked her from the time she was an infant and toddler, including when he was potty training her from the time she was a few months old until she was ten months old. If she didn't obey or do something right when he told her to, for example if she was crying and he told her to stop, he spanked her, a good smack with his hand on her butt. She was a compliant child and he didn't have to tell her or spank her more than once or twice at any given time to get her to obey. Even at that age Wendi was already trying to make everybody happy. Skip's attitude was that if he told her to do something she would do it, and she was doing it because he told her to. If she didn't do it she got a spanking. In retrospect I know Skip was too extreme in how he trained and punished Wendi. He punished her because she wasn't able to do things. Some things she wasn't ready to do developmentally or couldn't control as an infant or toddler, such as wetting her diaper or crying when we took her bottle away. At the time I deferred to Skip in how we reared and punished Wendi because I believed he had more experience with raising kids and that he knew better than I did how to discipline and raise her.

165.    Sex abuse of kids was part of the culture of the Robertson family. At some point after we were divorced, Skip and at least one other Robertson brother went to prison for child molestation, and I learned later on from my friend Alice McGuffee that some of Skip's brothers molested the McGuffee girls. The women in the family, myself

Initials

included, talked about it on occasions when the men weren't there. I was hesitant about letting Skip's dad watch Wendi when she was an infant and toddler because it was treated as common knowledge in the Robertson family that Skip's ~~Dad~~ dad touched babies and toddlers sexually when there was an opportunity. The Robertson family considered Skip's dad to be a dirty old man. This came up in the family in early 1971, when I was twenty-two years old and Wendi was still less than a year old, when there was talk among the wives and women in the Robertson family that Skip's dad was sexually touching Glen and Ophelia's baby. Within the first few months of moving to Phoenix, while Wendi was still a baby, Ophelia told me, "Don't ever leave Wendi with her grandpa because he's a dirty old man and you don't know what he'll do with her." Skip's dad and brothers all had access to Wendi at various times.

166.    Skip wanted me to go to LA with him in his truck in February 1971, when Wendi was about six months old. Before we took the trip we brought Wendi to Skip's sister-in-law, Ida Mae, who was married to Jerry Don. They lived in Mesa. Ida Mae agreed to watch Wendi while we were gone.

167.    We happened to be in LA during the big earthquake on Feb 9, 1971. The trip was supposed to be two days but ended up being three days due to earthquake delays like roads being out and long delays in traffic. Some of the freeways were blocked and there were areas where the road was too cracked to drive on. Upon our return we went to pick up Wendi from Ida Mae but found out that Wendi was with Skip's dad. I was concerned about Skip's dad having ~~done~~ been touched Wendi sexually while we were gone in

64 of 162

Initials

LA but I couldn't really focus on it. While it was a foregone conclusion at the time among the women within the Robertson family that Skip's dad had touched Wendi sexually while she was an infant or toddler, I did not think of it in those terms at the time or have any way to respond because I was doing everything I could to avoid having to deal with it and not notice what was happening. I was part of the culture of the Robertson family in which the women strongly suspected that the men sexually abused girls and the women considered themselves helpless to do anything about it.

168.   Later, when there was a very disturbing incident with Wendi at daycare, the suspected sex-abuse incident with Skip's dad while Skip and I were in L.A. became even more of a concern. When I was in Phoenix living with my mom after I divorced Skip and Wendi was four years old or just before she turned four years old, she was in daycare during the day while I was working at CODAC. I received a phone call from the daycare center telling me that Wendi was showing her private parts to other kids. The daycare people were really upset when they called me. From what the daycare people said, Wendi, a boy of about the same age, and one other kid had gone into the bathroom and were comparing and showing off their private parts in a way that was really unusual for kids of that age. This happened twice while Wendi was at the same daycare, and Wendi was almost kicked out of the daycare as a result because after the second incident the daycare people concluded that she was the instigator.

169.   Things were pretty much the same with Skip after we moved to Phoenix and later to Tempe. He made good money driving trucks and spent nearly it all on alcohol,

Initials

uppers, and other women. When he came home he was almost always drunk, got mad at me, and wanted to have me, meaning that he wanted sex. I didn't want to have sex with him. Most of the time I just did it with him anyway because that's what he wanted and if he didn't get it then he became extremely abusive with words and threats. Skip's behavior in these areas got even worse when we were in Tempe.

170.    The fights Skip and I had in Phoenix and Tempe from the time Wendi was an infant until about age three when Skip and I divorced, were pretty much the same as they had been in Groom and earlier. Skip was vicious and verbally abusive to me. He yelled a lot. I didn't yell back. Eventually I clammed up and didn't say anything no matter what he did, or locked myself in the bathroom to get away from him. After Skip got tired of having me not talk to him, he left. Then when he was gone I broke things outside on the doorway wherever we were living, or threw things. I waited until Skip was gone to throw or break things, never while he was home.

171.    During these fights Wendi was in the house but in another room. She was usually in her bedroom because we put her to bed by 8:00 p.m. At the time I thought that she wasn't exposed to the yelling, but now I realize that when Wendi was an infant and toddler we put her through the same thing I went through with my parents screaming and fighting while I was in my bedroom, only Wendi was younger when Skip and I fought. Now I know why my mom and dad didn't think about what it was like for me being in another room while they were fighting. I didn't think about the effect Skip and I were having on Wendi at all at the time.


Initials

172.   Once while we were living in Tempe and Wendi was about two years old, after a big fight with Skip, I waited until he was gone, and until it was the middle of the night. Then I got five or six dishes, a couple of glasses, a bottle of ketchup and other breakable food items from the 'fridge, and started throwing them one by one into the driveway. I didn't do this in the house because I didn't want to have to clean it up in there. I made a huge mess. I flung the ketchup bottle to the ground because when I was a girl I had seen ketchup all over the dining room wall one morning after my parents had had a huge fight during the night. My mom threw things when she got mad at my dad, so I was just repeating what I had seen her do. Of course, by the time Skip returned home from drinking or driving trucks, I had it all cleaned up.

173.   I kept a file with copies of Skip's jail records for many years because I thought later on Wendi might want to go find her biological dad. I thought she might assume her dad had been a great guy, so I kept the jail records to show her what he was really like. It was my proof of the kind of guy Skip really was.

174.   In 1971 I got a better position with a company called US Life Title. For the whole time we were in Phoenix, Skip was driving trucks and not around all that much.

175.   While Wendi was in day care when she was about nine months old, she came down with chicken pox, and I got them from her. I was twenty-one years old at the time. Wendi started walking when she was about eleven months old. She teethed at about fourteen months. She started talking at about two years old and was talking more clearly by three years old.

Initials

176.    Skip and his brothers took Wendi and me swimming at a mobile home park in Phoenix when she was still little, about two years old, and they threw her out into the water even though she couldn't swim. Wendi freaked out when they did this. She started screaming, flailing, and going under the water. They treated her like she was a puppy that if you threw it out into the water it would learn to swim. I was scared for her and then very angry with the Robertson brothers but I didn't dare confront them, especially all of them together at one time, so I didn't intervene to stop what they were doing with Wendi.

177.    I remember that at one point I knew I did not want Skip, his brothers, or their dad to be around Wendi at all. I felt that she wasn't safe with them. With Skip and his dad, I strongly suspected without really saying it clearly to myself that they were touching babies and kids sexually. I didn't let the thought form at the time, but I felt that they had abused Wendi sexually. Many of Skip's brothers were also creepy that way, and I felt that they also touched Wendi sexually when she was a toddler or little girl.

178.    I recognize now that I was overwhelmed and distanced from Wendi when she was born and when she was a toddler and young child. I was absent a lot. She spent much of the time in daycare or being babysat by my mom or someone else, and she spent a lot of time crying by herself as an infant because I was too overwhelmed or didn't know any way to help her. I had my hands full just trying to get by and to keep things afloat with Skip. I didn't really think about Wendi because I was trying to help my marriage and I was working so much to try to get by. Skip was mental and gone most of the time. When he was around her he was very strict with her. While she was still very little he



Initials

raised her, potty trained her, and made her obey like she was a dog. When Skip and I were together around Wendi, we were usually fighting.

179.   There have been a couple of periods in my life when I've surprised myself by being very sexually active. The first time was in my senior year in high school after I split up with Worth when I was seventeen years old. Other than fooling around with Worth, the first man I had sex with was Tom Mott, the brother of the boyfriend of my high-school girlfriend, Linda Robertson. He was twenty-three or twenty-four years old at the time and I was seventeen. We went out partying and drinking. I had sex with one other boy the summer after I graduated from high school, with my boyfriend that fall when I attended Eastern Arizona College, and with Skip before we were married. Being sexually active this was way totally against my beliefs. It just seemed to start happening suddenly. It really surprised me and would have shocked almost everyone who knew me if they had found out. At the time I asked myself, "Where in the world did that come from?" I was okay with because it just happened and I wasn't actively seeking it out.

180.   The second period when I was sexually active was when I was about twenty-two through twenty-four before and after the time that I left Skip. During this time I was very sexually active, terribly inappropriately so in my own opinion, and had sex with at least ten different men, and there might have been a few more. For the most part these were men I knew casually at work or through friends. One of the men was Ron Kessler, who I genuinely loved. Ron lived in a house with a few roommates.

Initials

181.   When Ron and I broke up, I started going to bed almost immediately with his roommate. I didn't even like most of the men who I slept with and it wasn't part of my personality or normal behavior to do those kinds of things. It was really unusual behavior for me and really surprised me.

182.   With the exception of Ron, I have never really enjoyed sex, including during the entire marriage to Skip, which makes it even harder for me to understand why I was so sexually active. Most of the time it was almost like it was going on without me. People I had known in high school and up until the time that I left Skip would have been totally shocked and would never have believed that I could be so sexually active. They would have said, "What? No way," if someone had told them about it.

183.   I began working for PADAC in Casa Grande in late 1974 or early 1975. My job with PADAC was to write grant applications and collect urine for drug testing, such as for people out of jail or prison and on probation. While I worked for PADAC, during the day Wendi went out into the streets, where she asked strangers for money. She was a cute little blonde and people gave her money when she begged. She was by herself but people in the area knew her. I was busy working and didn't pay much attention to what Wendi did during this time. On a corner across from PADAC was a grocery store called "Basha's." Another nearby store was Stoney's which was a furniture store ran by a sweet, grandpa kind of guy. Wendi spent a lot of time at Stoney's while I was working. When the grandpa guy saw her, he would keep her sometimes until I was done with work.

70 of 162

Initials

184.   I married Alejo Ochoa in June 1975. We never dated or had a courtship; we just had sex and moved in together. We got married because Rick Miller and Al Farmer, who were part of our Christian group at a local Christian bookstore and were trying to start up a traveling ministry, told us it wasn't right for us to be Christian and living together without being married.

185.   After I was married to Alejo, we became strict Christians. Rick and Al encouraged us to have meetings at our home, so we began meeting with a group of six to ten Christian friends once per week. Rick and Al both attended when they were in the area, which by 1977 led to our joining them in a traveling ministry. They had also started a church in Walnut Creek, California, and they traveled back and forth between Arizona and California during the time that Alejo and I had church meetings at our home.

186.   We didn't believe in seeking medical treatment while Wendi was growing up, so she almost never saw a doctor. We believed that God would heal us when we became sick.

187.   One example of a time when we didn't seek medical help for Wendi was when she became very sick and had a very high fever when she was about five years old. This happened while we were living on Geronimo or Arapaho, before the traveling ministry but after we met Rick and Al, near the end of the time in Casa Grande before we left to join the traveling ministry. Wendi was so sick that she had been crying and couldn't get up or move around. She had been sick for a day or two when her fever started spiking. It was very, very high. I could tell by touching her forehead that she was

71 of 162

Initials

burning up. We put damp washcloths on her forehead to try to control the fever. We didn't have aspirin or any other medicine to help reduce the fever. Heaven forbid that we might have had any of the Devil's stuff, which at that time for us meant anything like a thermometer to measure a child's fever or aspirin to help bring it down.

188.    We prayed for her but she continued to get worse over the next few hours. The fever was so high and lasted so long that I worried she'd get brain damage or die. We believed that God would take care of her but she was so sick that I started to question that. Finally I said, "I'm taking her to the doctor," but Wendi said, "No, I don't want to go to the doctor. Jesus is going to heal me." When I suggested again that we go to the doctor, she told me, "No, I'm not going." She had learned from us that that was the right thing to do.

189.    At the time I was thinking, "Why am I letting a child make this decision?" I was saying "doctor" and Wendi was saying "Jesus." Alejo was noncommittal. He told me, "She doesn't want to go to the doctor." If it had been just Wendi and me, I would have taken her to the doctor, but with Wendi so sure she didn't want to go and Alejo not supporting me, we didn't go. So we listened to Wendi, didn't go to the doctor, and prayed together again. It's hard to believe in retrospect that we listened to a five-year-old and prayed with her instead of seeking medical attention, but that's how we were at the time.

190.    She was sick all that night and had the spiking fever for at least a few hours, one of the highest fevers I've ever seen in a kid.


Initials

191.   With all the churches and ministries that I've been a part of throughout my life, religious authority has always come through men. There were never women pastors, and the woman's role was basically to be a doormat to her husband and do whatever he told her to do. However, there are some gifts of the Holy Spirit, such as healing, and speaking in tongues, which is the same thing as praying in tongues, which can be received by and through women without a man as an intermediary. We were taught that all practices, preaching, and miracles in the Bible such as healing or raising the dead were not just present in Bible times and then went away, but that everything in the Bible is available to us today. Speaking in tongues and praying in tongues are Gifts of the Holy Spirit from Bible times that are ways of communicating directly up to Heaven and God, and that allow us to receive information, revelation, and guidance in return directly from God.

192.   On many occasions throughout my life, beginning after I met Alejo and continuing throughout the traveling ministry and our years at 91st Psalm and Harvest Churches and up to the present, I have received direct communication from God while speaking or praying in tongues. I have also received healing and Gifts of the Spirit in prayer, such as being euphoric or held in a euphoric peacefulness during and after prayer. I have been into the Spirit and so close to God, during which times I feel transported and euphoric, for a time period of from several minutes to about an hour, many times since I was a young adult and first became a full-gospel Christian.

Initials

193.   In 1976, Alejo and I received word in prayer that we were to give up the house in Indian Hills, give away almost everything we had, and go into the ministry to bring people to God and save people in God. This occurred when one member of our prayer group was speaking in tongues, another member received the translation in English, and everyone else bore witness that the information was from God.

194.   When speaking in tongues, you're supposed to be in a group of believers or "saints." You need to be not in sin or unforgiveness and not arguing, or the prayer won't get through to God. Beginning to speak or pray in tongues is a voluntary act. You feel the Spirit coming on, and then you are supposed to open your mouth and have at it, by which I mean make whatever sounds you're moved to make because of the Holy Spirit that's in you. Many or all of the saints who are gathered may be speaking in tongues or translating at the same time, or just one at a time. Praying in tongues can be done aloud or silently, and it may or may not be translated. The communication with God and revelations received from speaking and praying in tongues are real. I've never had any doubt about that, and still don't.

195.   People who are speaking in tongues may fall to the ground and thrash around almost like they're having convulsions as part of the experience. You may start crying because you feel heaviness about whatever is being prayed about. Other times praying in tongues can be happy or joyful. It's possible to say wrong things or have things translated incorrectly, so that's why it's best to be in a gathering of saints when you exercise the gift of speaking in tongues. The gift of translation is also supposed to be

74 of 162

Initials

exercised so that whatever language is being spoken is translated, usually by another person who is present but the translation could be by the same person who is speaking in tongues. The pastors and elders of a church are more often the ones both speaking in tongues and translating.

196. What is spoken in tongues always has a translation, but that translation may be from God, Satan, or from the soul of the person speaking. "Bearing witness" was our system of checks and balances in which one or more members confirmed that because of the strength of the spirit they were feeling, the information being received was from God and not just the person talking, so the gathering of saints or the congregation determines whether or not the translation is from God, and acts as a filter to discard anything that's not scripturally sound. True speaking in tongues is not repetitious, so if someone attempting to speak in tongues is saying the same few syllables over and over again, you know it's not real.

197. When praying in English I could be praying for something that I shouldn't, such as something that is selfish or not part of God's plan. When praying or speaking in tongues I connect directly with God, am completely caught up in the Spirit, and pray for only appropriate things because I don't necessarily know what I'm praying about. When praying in tongues I could be praying for a situation or thing that I don't know anything about. For example, I could be praying for a sick lady two thousand miles away or for a child on a different continent, speaking in that child's native language, to ask for healing, and not even know what I was praying about or asking for or know what language I was

Initials

speaking. I'm praying at the Unction of the Holy Spirit, giving myself over to God, and praying because there is a situation that needs to have prayer even if I don't consciously know anything about it.

198.    When you first start learning to speak in tongues you might make sounds almost like a baby learning to talk or like an adult struggling to learn a new language. Once a person who is speaking in tongues is used to it and is filled with the spirit, they always speak fluently in a real language even though we may not recognize it or understand the words. There's not a set language for speaking in tongues. Usually what we say when speaking or praying in tongues sounds like gibberish to us because we don't know the language being spoken. The language that is being spoken may also switch abruptly or even change repeatedly from one sentence to the next. There have been times when Alejo recognized that someone speaking in tongues was saying Spanish words, even though that person didn't know Spanish, and other times when other pastors recognized someone speaking Swahili or an Oriental language.

199.    Praying in tongues allows me to pray without having to think about the words, and without having to put them in order or make them sound eloquent. When I'm praying in tongues I turn off my conscious brain and it's more like I'm just taking care of business with a direct connection open to God where I can both send and receive, getting right to the heart of the matter without all the garbage that's in everyday thought and without putting myself and my imperfections in the way.

Initials

200.   Praying in tongues can also be a group effort, whether those involved know it or not. There could be eighty-five grandmas out there praying in tongues all at the same time, none of them knowing or being aware of any of the others, none of them knowing what their prayers are for or what they're praying about, one of them speaking in Swahili, another in Spanish, and others in other languages with none of them recognizing the languages they're speaking, but they're all working together in God for a situation that needs prayer.

201.   A personal example of when praying in tongues affected my life is when Alejo was struck by lightning in about 1993 to 1994. The weekend that Alejo was struck ^ by lightning ,Bobbie Arp a member of the congregation at Harvest Church, felt that something was going on that needed prayer. After she learned that Alejo had been struck by lightning, she shared with me that she felt like something was going on that weekend so she started praying in tongues and she had her boys praying with her. She did that before she found out what was going on with Alejo. She was moved to pray in tongues at about the same time that Alejo was struck by lightning. I felt at the time that Bobbie Arp praying in tongues helped Alejo to survive the lightning strike.

202.   Revelation from God was a big deal in the Pentecostal-type churches in the 1970s. Pastors and church leaders received very specific revelations, supposedly directly from God, to guide and control the actions and lives of the church members. Some pastors received information from God about who the individuals in their congregations were supposed to marry, and they expected those people to get married even if they

Initials

didn't know each other at the time the revelation was received. Rick and Al with the traveling ministry received a revelation that Mike and Mary Castro should marry before they were a couple or knew each other well, and Mike and Mary obeyed and got married right away, within a month or two at the most. There were big-time ministries in the full-gospel churches in those days where pastors told everyone in their congregations what they were going to do for any kind of a big decision, such as what color and kind of car to buy, which house to buy, or who women were to marry, with the women always being very dominated, and I was part of a similar culture with the Fishers of Men Traveling Ministry, where it was common for Rick or Al to tell someone, "I've got a Word. God says you have to break off from your family to join the ministry," or "God told me you are going into the ministry." This also happened later on at 91st Psalm and Harvest Churches but it was less common there.

203.   We were young in the Lord at the time that we entered the traveling ministry and very zealous as Christians. In those days after we received revelations from speaking in tongues, we pulled out scriptures to make them match what we wanted to believe or make them mean what we wanted them to mean. Later we learned that you have to read the verse before and after the one you're quoting, for context, but when we were young in Christianity we could make them mean almost whatever we wanted by taking them randomly or out of context. We hadn't learned to be balanced yet, and we went over the edge because we were so intent on doing everything right, the way we felt God wanted us to do everything.

Initials

204.    After we received the direction from God through prayer in tongues we gave up our house and possessions except for a couple of boxes with items that had been passed down through my family for a couple of generations that we left with Alejo's mom, and departed to go on the road with Rick Miller and Al Farmer and the Fishers of Men Traveling Ministry. Once we left Casa Grande we cut off all contact with family and everyone else we had known and stayed out of contact for the entire time that we were with the traveling ministry, from about June of 1977 until about September of 1979.

205.    We first went to Wilcox, Arizona where we stayed for a few weeks. In Wilcox we joined Rosalie and Rick, and Michael and Mary Castro, two couples; and a woman named Rebecca, who were all with the traveling ministry. Rosalie had an infant son. While in Wilcox, we left in the middle of the night because CPS, Child Protective Services had been called and a report made about Rick and Rosalie abusing Rosalie's baby son and her daughter, who was about two or three years old. Whoever made the report stated that Rick and Rosalie were beating the infant boy and toddler girl. When we left, Rosalie left both of her kids behind with her mother. Rosalie never recovered custody of her children.

206.    After Wilcox we traveled to Tucson where stayed in a home owned by Mary Castro. We spent about ten months in Tucson from 1977 to 1978 trying to get the traveling ministry together. During this time Mike Castro and my husband, Alejo, did work painting and for a temp agency doing odd jobs to pay for our living expenses.

79 of 162

Initials

207.   After Tucson we left Arizona, traveled to California, and remained constantly mobile until Alejo and I left the traveling ministry in about September of 1979. While we were on the road, we traveled in a Volkswagen van, which was pulled by a school bus that had been converted to a mobile home. The bus had a small kitchen, two beds, and a toilet-type thing, like a portapotty, which we emptied in restrooms or at campgrounds. The bus and the Volkswagen van belonged to Rick and Al. Once we arrived in California, a man who owned a nine-passenger van joined the ministry. Alejo and I traded our Ford pickup truck with Rick and Al for their Volkswagen van, and we converted the truck so that it had two rear wheels on each side and a hitch in the bed of so it could pull a live-in trailer or "fifth wheel," like a horse-trailer. A cargo carrier like a U-Haul truck that also carried supplies was also part of the caravan, and usually pulled our nine-passenger van.

208.   There were nine people who were core members of the traveling ministry, including Rick and Al, Rosalie who was with Rick, Rebecca who was with Al, Mike and Mary Castro, Alejo and me, and Wendi. John Shaddle was with us for a few months. Depending upon where we were staying, there might be several more people who were actively involved with the ministry, often the people we stayed with and their friends, but they didn't travel with us when we moved on. Wendi was the only child who was part of the traveling ministry from the time we left Wilcox in about July of 1977 until we returned to Tucson in September, 1979, when she was seven to nine years old. For most of this time, other than a short period after we first arrived in California, in Walnut Creek

Initials

with Valerie Miramonte's daughter, Lisa, there were no other children for Wendi to associate with or play with.

209.   When we first started out, Alejo, Wendi, and I slept in our van but that changed after two or three months and we started trading sleeping arrangements. We all rotated where we stayed and slept with no permanently designated personal areas for the rest of the time we were with the traveling ministry. When Alejo and I stayed in the camper on the fifth wheel, we slept in the bedroom and Wendi slept in the overhang part at the front with Rebecca and Rosalie. We switched around quite a bit after that, and usually rotated where we slept once per week as directed or ordered by Rick and Al.

210.   We were all confined into very small living spaces, often our truck and trailer. We woke up at a set time, five o'clock in the morning, when Rick and Al decided we should get up, and the adults and Wendi were expected to wake up singing, "Glory, glory, rise and shine and give God glory," and continue singing until everyone was up. It got so that my response was "Oh, my God, they're singing again already," when I heard Rick and Al singing to wake us up in the morning, and eventually we all just hated to hear them singing and having them wake us up singing in the mornings. We didn't get much sleep for most of the time we were with the traveling ministry. It was really a lot like brainwashing. We studied scriptures every day before we ate, washed up, or did anything else other than maybe going to the bathroom. Rick and Al kept us on a tight routine all day. We did everything together, even laundry, with all the females together all the time. Even when we went out to do laundry or shopping, either Rick or Al always

Initials

came with us.

211.   Most of what we did with the traveling ministry was preach and minister, meaning help people find a church, help them spiritually in other ways, and also just listen to them and care about them, often to strangers on the street. Sometimes we went to a church and met with people. In those days some of the larger full gospel churches had meetings on Wednesdays and Sundays, and during the week the congregation split into groups for Bible study at various homes, and we were often invited in to the home groups to speak and sing. At times someone knew a smaller church, even those from a different denomination, where we were invited to speak or sing.

212.   Everyone with the traveling ministry was always assigned plenty of chores to keep us busy all the time if we weren't studying the Word or schooling Wendi. We believed in and applied the saying that idle hands are the Devil's tools. At times Mike and Alejo were assigned to go out and get temporary jobs to earn money for the ministry. Everyone was always busy so that we never had a chance to just sit and relax. With extremely rare exceptions, there was zero leisure or personal time during our years with the traveling ministry. If Wendi wasn't doing her schoolwork, she also had chores that she did around the trailers. She washed dishes and cleaned up the living areas. She helped wash the van or vehicles. It seemed that we were doing some kind of construction almost all the time and Wendi was always the little gofer to get things and bring things like tools or water. It got so that we never really thought about anything, just did what we were told all day, from one day to the next. I can see in retrospect how it got to be like a cult. Rick

82 of 162

Initials

and Al even told us, all the adults as well as Wendi, when to go to sleep at night.

213.   We were often hungry during the years with the traveling ministry. We ate old food out of the trash or searched for pennies on streets to try to collect enough money to buy a bag of beans.

214.   The whole idea of the traveling ministry was that we were going to settle somewhere eventually to start our own church, but that never came into being. Instead of finding a place in California and starting a church, we traveled around, singing and preaching on the streets. We connected with local churches or missions upon arrival in any given place and then preached to folks on the street to get them to come to their local churches.

215.   While we were with the traveling ministry, Wendi was homeschooled. I taught her English during the mornings. Rosalie and Rebecca taught her Spanish, and science out of books, except evolution, which we refused to teach. For a short period of time, a man from Oakland, California, who was a landscaper and carpenter, taught Wendi math. We obtained our teaching materials from a private school organization in New Mexico and also bought old school textbooks to use in teaching Wendi.

216.   During the time we traveled, we never had our own money. Everyone pooled everything they had and Rick and Al were in charge of the finances. Rick handled all the money that came in. I was the eldest female who was a core member of the ministry at twenty-seven to twenty-nine years old while I was with the traveling ministry, so I was entrusted with money to go and do the laundry. None of the other women were



Initials

allowed to handle money. Men other than Rick and Al were allowed to handle money only when they were sent to buy something. Any money that they made or earned was given to Rick and Al and they decided what was done with the money and how it was spent.

217.   I loved the traveling ministry because I felt fully dedicated to God in the work we were doing but it did get very weird at times. For example, we were taught that we could raise people from the dead. After Alejo and I left, Rick and Al kept trying to raise people from the dead. This included them toting dead people around with them for a while. Rebecca or Mike told us that after Alejo and I left things got very, very strange, and Rick and Al kept a body with the group for a period of time while they intended to raise it from the dead.

218.   When Wendi was small, she was cuddly. She came to sit on my lap and be held by me. There came a time when she was between five and eight years old, from just before we left with the traveling ministry until some point while we were with the traveling ministry, when she didn't cuddle with me anymore. I was oblivious to a lot that went on while Wendi was growing up and I didn't catch exactly when the shift occurred so that she was no longer cuddly, but by age eight, she wasn't cuddly anymore and didn't let me hold her or hug her anymore. She either evaded getting hugged when I tried, or if I started hugging her she pulled away quickly. This continued the same way all the way through her teen years. Her not hugging applied specifically to me and to cuddling with me when we were alone together. She allowed strangers at the different churches to hug

Initials

her while we were with the traveling ministry, as a church greeting almost like shaking hands. She cuddled up to Rick a lot during the traveling ministry. But she didn't let me hold her or cuddle with me when we were alone.

219.   While she was a girl, during the traveling ministry and afterward, Wendi was always a good kid. She acted like a kid who has been adopted, knows it, and is afraid of being turned out. With very few exceptions she was always trying to please, be nice, give in, and fit in with whatever the authority figures around her expected. Compared to most kids she didn't get into much trouble.

220.   By the end of our time with Rick, Al, and the traveling ministry, by the time Wendi was nine years old, she had changed a lot. She wasn't the same energetic little girl she had been. She didn't want to get up in the morning and she didn't have the same spunk and independence. She didn't talk to me, and she wasn't affectionate with me anymore.

221.   After we returned from the traveling ministry when Wendi was about nine years old, Alejo, Wendi, and I went to Tucson where we lived with my dad for a couple of months. I continued homeschooling Wendi during this time. Then we moved back to Casa Grande, and Alejo and I joined a church called 91st Psalm, later changed to Harvest Family Church near the end of 1979.

222.   We went to 91st Psalm Church because Alejo knew Calvin Lorts, the pastor there, and because it was the closest thing we could find to a fully engaged evangelical church in Casa Grande. Alejo had known Cal Lorts since before Alejo and I met in late

Initials

1974. It was hard at first attending 91st Psalm Church because it was so different from the traveling ministry. After the life we'd had with Rick and Al, 91st Psalm seemed unstructured, and a whole lot less involved and engaged. It took some time to get used to that. We really weren't comfortable early on with 91st Psalm because it wasn't strict enough, and even with the paddling and swatting of the kids and the controlled school environment, it hardly seemed strict at all compared to the traveling ministry. Alejo and I told each other, "These people don't really believe the Word of God, do they," referring to the congregation at 91st Psalm because they seemed so undisciplined in their faith. Everyone did their own thing in their own homes, which seemed very odd and almost not Christian to Alejo and me after we returned from the traveling ministry. There was no communal living. Worship was social, not communal. But it was a lot more structured than the local Baptist Church, so it was the best option we could find. Alejo and I were still young and still very zealous. If it had not been for 91st Psalm, I don't know what we would have done because there were no other churches that seemed at all serious to us in or near Casa Grande.

223.   91st Psalm was at least a full gospel church, which meant that we had access to the whole Word of God that arises from the Bible, not just pieces of it as was the case with most other churches. At 91st Psalm and Harvest we believed in and preached about speaking in tongues to receive direct revelation from God, raising the dead, and everything else that's in the Bible, and that these things are available to people today just as they were to the people in Bible times.

Initials

224.   Cal Lorts tended to be very dictatorial, and that at least fit right in with what we were used to with the traveling ministry. He was very charismatic, the kind of person who if he stood up and talked, people got excited about bringing other people into the church and doing evangelical and missionary work. He was exactly the kind of man you drink punch for, like Jim Jones. At that time, if you had asked me "Were you really that weird?" or "Were you part of a cult?" about how we were with the traveling ministry and with the congregation at 91st Psalm, I would have said, "no," but now, looking back, I know that we were actually really close. I can see how the people who followed Jim Jones or those in the Children of God cult led by Mary Ann Girling in the 19th Century did what they did, how close we were to being a cult, and how easy it would have been for me and Alejo to end up going down with a cult like the followers of Jim Jones did during that era.

225.   All our efforts at 91st Psalm were focused on one goal: to lead people to Christ and get them saved in Christ. It was a very evangelical church, not limited to just meetings. Cal Lorts had a thing called "God's Special Forces," or "GSF" in which the men committed to doing a year of evangelical missionary work. These were men with families who quit work for a year and travelled around to states like Texas and Missouri to bring people to God, leaving their families behind, impoverished, in God's care, while they were away most of the time doing God's work. While doing the GSF program the men handed out tracts that asked things like, "If you were to die tonight, where would you be when you woke up? How sure are you that you would be in Heaven with God?"

Initials

and they tried to get people plugged in to their local churches.

226.    Once or twice per month the congregation in Casa Grande went out knocking on doors and trying to bring people to God. This happened the most with Cal Lorts while the church was still 91st Psalm, and less so once it changed to Harvest under Tom King.

227.    In addition to there being at least some evangelism, another thing that I really liked about 91st Psalm was that there was a Christian School by the same name that was part of the church. We put Wendi into 91st Psalm Christian School in January, 1980 when she was nine years old, and it was a relief to know that she was getting a good Christian education and not having to worry that as a homeschooler I wasn't teaching her everything she needed to learn. She attended 91st Psalm and then Harvest School from the age of nine until she graduated from our equivalent of what we considered high school at our small school. There were about ten to twelve students at 91st Psalm School when the school was organized, and it got up to about fifty students, to the best of my recollection when Wendi was about twelve years old, and then the student count declined again for the next fifteen or twenty years until there were only a couple of students as families left Harvest Church and as the core original members' children grew up and left the school.

228.    It was hard for Alejo and I to make friends at 91st Psalm because we were used to being so much more strict and engaged as Christians than the people there. As we got ingrained over the first few months we slowly made friends, but not close friends to the point that we went to anyone else's house. Alejo started working for 91st Psalm in

Initials

December of 1980, and after that we were guarded. Once we were in the leadership of the ministry we had to maintain a protective barrier between ourselves and the congregation at 91st Psalm and Harvest because people expect more of the church leadership than they expect of themselves, and they gossiped or tried to tear us down whenever there was a hint of misbehavior or something not being right.

229.    Wendi tried to run away from home with Kyre Lorts, the daughter of Cal Lorts, when she was nine or ten years old. One day Wendi and Kyre disappeared from the church grounds. No one knew where they were or what had happened to them. By evening we found them near Foxworth-Galbraith Lumber in Casa Grande that went out of business at that location several years ago. It was about two miles from the church at the time. Wendi and Kyre had stopped there to get a drink of water. They were heading toward Flagstaff because Wendi remembered a time when we were broken down in Flagstaff when we started with the traveling ministry where we camped until the bus was fixed. She knew there were camping sites there with showers because she had seen them two or three years earlier, and she wanted showers while she was running away.

230.    I started working as a bookkeeper at Harvest early in 1981. When the church hired Alejo, they really hired both of us. When determining how much to pay us, they asked us, "What are your living expenses?" and they paid us just enough to meet those expenses.

231.    We believed in corporal punishment at 91st Psalm and Harvest, and that physical punishment of children was necessary to drive sin from them and bring them up

Initials

properly. Wendi was swatted, meaning hit on the bottom with a wooden paddle or board as punishment, over many years at Harvest School, almost always by men. Depending upon what year, most of the swatting was done by Calvin Lorts, John Casey, Mark Keating, my husband Alejo, and Tom King.

232.    Parents were required to sign a release every year giving the school permission to swat their kids. That was a condition of any child attending the school. Later on, after Tom King was pastor, if a parent preferred, the school called them when a child misbehaved, and the parent could come down to the school right then to swat the child. If the parent couldn't show up immediately, the school handled the swatting regardless of the parent's preference. The punishment couldn't be delayed until the end of the school day.

233.    Reasons Wendi was swatted at school include doing anything that was seen as being disrespectful to the teacher such as disagreeing or arguing with directions; breaking any of the rules that kids had to follow at school such as staying at their desks; talking at all during the school day, such as talking with other kids over the desk dividers that isolated each of them; passing notes to other kids at school; not setting study goals; or not meeting study goals that had been set. We also had a twelve-inch rule ~~for~~ that forbid boys and girls from coming within twelve inches of each other, and Wendi was swatted if she broke that rule. You name it and we swatted them for it, at least that's how it seems to me in retrospect.



Initials

234.   While Wendi was growing up, we spanked or swatted her at home anytime she disobeyed or broke rules. By spanking and swatting I mean hitting her on her bottom for punishment, usually with an instrument such as a wooden spoon or paddle. At 91st Psalm and Harvest we taught that it's best not to hit a child with your hand because then they become afraid or flinch when you raise your hand whether or not you're going to hit them, and that was our justification for hitting them with paddles. When young parents hit their kids with a hand or belt, we told them that that wasn't the way to do it because we saw it as disciplining, not beating your child.

235.   Wendi was spanked regularly while she grew up, especially up until she was about thirteen years old, but she didn't need spanking every day or even every week. Some examples of reasons she was swatted at home include not doing her homework, not finishing her goals with schoolwork for the day or the week, and not coming when we called.

236.   I spanked Wendi, just a swat or two on the butt with my hand, when she was three or four years old if she didn't obey me or didn't come when I called. I gave her one or two swats with a wooden spoon as punishment from the time she was a toddler until she was about age six or seven. When punishing toddlers we were taught that you hit them with a wooden spoon, and you pull down the diaper to hit them; always hit them with the diaper off. When Skip punished Wendi during those years, he spanked her with his hand.

Initials

237.   Alejo and I started using a paddle on Wendi when she was six or seven years old. Since Wendi was born, I've always been to-the-letter, black-and-white when it comes to following church rules, including rules about disciplining kids, by which we meant spanking or swatting them. If the church authorities say to spank the kids, I spank them, and do it how I'm told to do it. You have to spank them hard enough so that they're not just angry; it has to go beyond that so you break them. They have to stop being angry and learn to obey. While Wendi was growing up, spanking and swatting was normal; it was just what we did to discipline the kids.

238.   During the years with the traveling ministry, we swatted Wendi about once per week. We swatted her hard enough so it made an impression and so she knew it was serious. Rick Miller and Al Farmer expected us to swat her more often than we wanted to. The rule was that no one other than Alejo or I was supposed to spank her unless neither of us was around, so I never saw how Wendi got swatted by anyone else during the traveling ministry, and we didn't think much about it at the time. Rick and Al did swat kids when parents weren't around, and they swatted really hard, a lot harder than Alejo or I did, and harder than I liked Wendi to be hit. They taught that you should swat kids hard and fast, and pull the paddle away after you hit, not swat them heavy or slow so the paddle stays on them after you hit them. They taught that you pull back after you hit to avoid causing internal injury or damage. I saw Karen's son and Rosalie's kids hit really hard by Rick and Al when Karen and Rosalie weren't around. Alejo and I were gone a lot and left Wendi with Rick and Al or other adults frequently while we were with



Initials

the traveling ministry. I wasn't there to see how often Rick and Al swatted Wendi during that time.

239.    After the traveling ministry when we were at 91st Psalm, we used paddles to swat Wendi at home. We had two different paddles, like the ones used for playing ping-pong, when Wendi was about nine to ten. By the time Wendi was eleven or twelve, we used paddles that we bought at Christian bookstores. They were sixteen inches long, including a handle that was four or five inches long, four inches wide, and were sanded and polished with scriptures etched into them like "Spare the rod, spoil the child."

240.    Alejo did most of the spanking, especially after we were at 91st Psalm. I spanked Wendi once in a while. While we were at the house on Cedar, we spanked her about once per month. When I did spank her I smacked her harder than Alejo did. One time after I hit her, Alejo said "That sounded awfully loud," but as far as I know I never bruised her. We believed it was better to swat kids when you had calmed down and weren't angry so that you weren't as likely to lose your temper and hit them too hard. I tended to want to spank Wendi when I was angry, and I didn't trust myself not to overdo it and lose my temper, so I let Alejo do it most of the time. We tried to hit Wendi hard enough that it would hurt and her butt would turn red, but not bruise. Some parents at 91st Psalm and Harvest bruised their kids, but I didn't believe that was right. Alejo usually swatted Wendi one to four times.

241.    After about age thirteen, Wendi didn't need swatting very often, only once or twice a year. That was after she finally acquiesced, completely gave in, and obeyed

Initials

almost all the rules at school, church, and home. From that time forward I only spanked her occasionally when she needed it right then and there, usually because Alejo was working late nights at the church, and by age fifteen or sixteen, swatting Wendi was mostly faded out. Although some church members, including Tom King, said they would continue swatting their kids when they were adults or even keep swatting them when they were middle-aged adults, we stopped swatting Wendi entirely after she was an adult and out on her own.

242.    Wendi never ate breakfast in the morning before going to school. Her first meal of the day was usually lunch.

243.    Alejo was fascinated with Wendi, spent a lot of time with her, and paid a lot of attention to her beginning shortly after he first met Wendi when she was about four years old and from then onward until she was grown up and even after she went out on her own as an adult. Alejo's initial response to me after we met was that PADAC shouldn't hire me, and shortly after that he wanted PADAC to fire me because he found marijuana roaches under my mattress when he and some other guys helped me move to .Casa Grande. One or two months after he met Wendi, without having much interaction with me in the meantime, he made a complete reversal about me and wanted to marry me. He told me that God had revealed to him that I was the one he was supposed to marry. There was no courtship during the time that passed between him wanting to fire me and the time he received the revelation from God that we were to be married. He and I never went out or dated; we just slept together and then he moved into the apartment with me.

94 of 162

Initials

244.    Wendi slept with the two of us ~~at~~ starting shortly after Alejo and I met and before we were married, when she was a little girl of four years old. The three of us slept together in our bed. Wendi started wetting the bed suddenly after Alejo began sleeping with us ~~and the three of us were sleeping together,~~ which was something she hadn't ever done before Alejo slept with us. I woke up frequently in the middle of the night to find that she had wet the bed. Sometimes Alejo was already awake when I woke up to find that Wendi had wet the bed.

245.    Even back in the days when I was working for PADAC and Wendi was four years old, Alejo spent more time with Wendi and knew a lot more about her than I did. I didn't pay much attention to what went on with Wendi during that time, so I learned a lot of what was going on with her from Alejo even before we were married. He's the one who knew she was panhandling and going around to beg for money in the neighborhood nearby while I was working at PADAC.

246.    Alejo was absolutely fascinated with Wendi as we were getting together, and once we were married Alejo's focus was mostly on Wendi. He was so much more interested in spending time with Wendi both before and after I married him than he was in spending time with me that it was almost like he married me to be with my daughter.

247.    By the time Wendi was eleven or twelve years old, she was more partnered with Alejo than I was, almost like she was his spouse. From then until she was in her late teens, Alejo and Wendi were the main family unit in our household. To an extent there was a family unit with the three of us, but there was never really a separate Alejo and

95 of 162



Initials

Donna unit. Alejo and I had some nice times together a few times before and just after we were married when we swung on a swing together, but that was about it as far as Alejo and I having any connection.

248.   Beginning when she was ten or eleven, Wendi cooked for Alejo and they ate meals together and spent evenings together without me. Beginning in 1984 after I was working full-time outside the church, Alejo and Wendi had dinner together more often than Alejo and I had dinner together or the three of us had dinner together for the rest of the time that Wendi was growing up. I told myself that that was what Wendi wanted, but most of what she did with Alejo was actually to pamper him and make him feel better, and spending time with him that way was no exception. It was easier for me to let Wendi spend so much time with Alejo because I got to ignore him, avoid the unpleasantness of being around him and his anger, and go into my room to read. After I started working out at Ak Chin Farms in 1984, when Wendi was about fourteen years old, the three of us hardly ever had dinner together from then on, and I was split off even more from what went on with Wendi and Alejo.

249.   Alejo and I were so disconnected that Wendi was the one who usually bought birthday and other gifts from Alejo for me. She did this throughout her teens and even after she was married to Joe. Alejo's excuse for having her do that was that Wendi knew what I liked better than he did.

250.   Even when we drove together on long trips while Wendi was growing up, such as out to California, Alejo always insisted that he drive and never let me drive. He

Initials

and Wendi always sat together in the front seats like they were the married couple and I sat in back, usually sleeping most of the way.

251.    In some ways Alejo controlled the relationship I had with Wendi and kept us separated. As long as both of us were fawning on him, he was okay. Otherwise when the three of us were together it tended to set him off and he often started yelling and screaming. Often when the three of us tried to do something together, Alejo became upset, from just cranky if it was mild to literally screaming, and so Wendi and I put all our energy into trying to make him feel better, which ruined the experience of whatever we were trying to do together, so we got used to interacting with Alejo individually. He behaved better when he had either all of my attention without Wendi or all of Wendi's attention without me, so we gave in to Alejo about that like we did with everything else.

252.    Alejo's only social activity at home from the time we returned to Casa Grande after the traveling ministry when Wendi was about nine years old until Wendi went out on her own as an adult was with Wendi, Wendi's girlfriends as they were growing up, and to an extent with me. There was external socializing with adults while we were at church or when we did church activities, but the only interaction Alejo sought on his own when he wasn't at church while Wendi was growing up was with Wendi and her girlfriends, especially Kyre Lorts, Jeri Lynn Wilkirson, and Laura Bell. He particularly spent a lot of time with Jeri Lynn and Laura at sleepovers they had with Wendi, watching movies, playing at our home, and while they practiced driving on back roads while Wendi was in her early teens, two or three years before she could get her driver's license,



Initials

without me there or when I was in a another room reading or asleep. Jeri Lynn accompanied Wendi, Alejo, and me on one of our trips to California, and there was one occasion when Wendi was in her younger teens that Alejo took Wendi and either Jeri Lynn or Laura on a camping trip for the weekend, just the three of them. Wendi also had a few other girlfriends throughout those years who Alejo spent time with at our home for short periods of a few weeks to a few months. We never had any activities or dates with other adults or adult couples, and never had other adults, not even people from the church, into our home to have a meal, spend the evening together, or have an activity. Alejo never showed any interest in having adult friends other than in his position as a church leader and in interaction at church and church activities. Once Wendi was in her mid to late teens, Alejo took a college class in black-and-white photography at Casa Grande High School and had more interactions with adults outside of our home as a result of his work with photography.

253.   I got used to staying out of the way of Alejo's relationship with Wendi and letting the two of them spend lots of time together without me. It was like he broke up Wendi and I, and isolated her from me, so that he could control the household and get what he wanted from each of us. I remember hearing somewhere that around the time girls become teenagers, moms feel left out, and after a while I justified it as being normal that I didn't really have a relationship with Wendi and was left out of activities that Alejo and Wendi did together.

Initials

254.   Alejo decided to an extent how and when I interacted with Wendi. I never put up much of a fight, and Alejo easily overpowered me on just about everything, including how and when I spent time with my daughter. He was always undercutting me, telling me I wasn't capable of doing certain things or telling me that I wouldn't succeed at something without him or without him and Wendi. On a regular basis I felt excluded, like they were together and I was on the outside. Alejo spent a lot of time playing with Wendi from the time she was a little girl starting after we met when Wendi was four years old, until she was an older teen, and continued doing things with her after she was an adult. The three of us hardly ever played together, just a few board games once in a while when we were living at the Cedar house after the traveling ministry when Wendi was about nine to eleven years old, but that was about it. We almost never did family things at home.

255.   Once we were back in Casa Grande after the traveling ministry, almost every evening, Alejo sat on the floor and wanted Wendi or me to rub his head, or he lay on the couch and Wendi or I sat on the edge of the couch and rubbed his head, back, and legs. Being at home was almost like being in a harem with Wendi and I pampering Alejo, with him in control. The main focus of everyone's attention was to soothe him and respond to his every little need. That went on beginning when we returned from the traveling ministry and continued for all of Wendi's pre-teen and teenage years until she went out on her own as an adult. After a while, maybe after the first few months or a year back in Casa Grande after the traveling ministry, when Wendi was nine years old, she took over

Initials

almost all of the work rubbing Alejo. It was a relief to have Wendi rubbing Alejo so that I didn't have to do it.

256.   Beginning when Wendi was about ten years old, sometime after we returned from the traveling ministry and were living on Cedar, Alejo teased her when Tampax commercials came on TV. He used the commercials to embarrass and shame her. When the feminine hygiene items were being advertised, Alejo asked Wendi, "What are those? Do you need those? What do you use those for?" This continued until Wendi was an adult. He picked at her constantly about sexual topics and feminine hygiene to embarrass her. Wendi responded, "Dad, you're gross. That's disgusting. Stop it," and I often told him, "She doesn't like that. Stop it," but he said, "She likes it," and of course he kept teasing her. She got extremely embarrassed when he teased her that way, even when she was an adult.

257.   Alejo constantly teased, picked at, and provoked Wendi, and not in a nice way, throughout the time that she was growing up. Most people stop teasing after a point when they see that it is really bothering the other person, but Alejo went on and on ruthlessly picking at and teasing Wendi, after it was obvious that it was hard on her, almost as though he was intentionally breaking her down and trying to be hurtful and malicious. He degraded her constantly. That frustrated me and made me angry a lot, and when I told him to stop it and leave her alone, he just said, "No, she likes it." He constantly had to prove that he was the one in control.

Initials

258.   Alejo liked to dump glasses of cold water on Wendi while she was in the shower, beginning after the traveling ministry and continuing at least up until she was about sixteen years old. The doorknob on our bathroom door was the kind with a hole in the middle of the handle that was easy to unlock so he could sneak in and surprise her even if she locked the bathroom door while she was showering. He also did that to me. He must have gotten the idea from me when I told him that my dad had done that to me while I was growing up.

259.   Alejo loved the Fredericks of Hollywood and Victoria's Secret lingerie catalogs. They're full of images of adult women, mostly undressed and in lacy panties, bras, sexy underwear, and sexy little outfits. He spent time looking at them fairly regularly with Wendi at home while she was a pre-teen and teen. He also frequently wanted Wendi to look at any kind of women's magazine where the women were dressed nicely or wearing lingerie, and at ads in any kind of magazine or newspaper where women were mostly undressed in sexy clothes.

260.   From her pre-teens after the traveling ministry until she went out on her own as an adult, I occasionally shopped with Wendi to get inexpensive, basic clothes for her. I looked for functional clothes that were a good value for the price, like at Wal-Mart or thrift stores. For everything else, beginning when Wendi was about ten years old and even more so when she was thirteen to fourteen, Alejo took Wendi shopping to buy clothes.



Initials

261.    Alejo and Wendi almost always came home with two of whatever kind of clothing they were buying, such as a dress or T-shirt, often with one being modest or age-appropriate and the other being racy or sexy, and very inappropriate. Alejo always said, "We couldn't decide which one to get so we got both." Our money was tight and I had trouble understanding why she always needed two of everything. Alejo made very little or no money of his own, so he always charged the clothes purchases to our credit card, which I then paid off. Alejo didn't make good choices about what clothes he and Wendi brought home, either from the perspective of cost and finances or with the clothes being appropriate for a pre-teen and young teen to be wearing at all.

262.    The clothes Alejo bought for Wendi starting when she was about ten or eleven years old often surprised me because they were a lot tighter, shorter, and more provocative than anything I ever bought for her. I was really surprised at how inappropriate some of the clothes were that Alejo bought for Wendi while she was a pre-teen and young teen, not things she could wear around anyone we knew, much less to church activities or church. Many of the clothes he bought for her were too sexy and inappropriate for her to wear anywhere other than when she was at home with Alejo or when the three of us went on trips to California.

263.    It also surprised me that he bought such sexy clothes for her when she was a pre-teen and teen because he was a youth pastor at an evangelical church where the church leadership and congregation were expected to live by strict Christian standards. I asked myself, "Why is he letting her have these clothes?" and never had an answer. As a

Initials

youth pastor he was supposed to steward the kids to have good values but you would never have known that from the clothes he bought for Wendi. In his public role as youth pastor he preached against that kind of inappropriate behavior, and at least the way he presented himself at church, he never would have publicly allowed other kids to have those kinds of clothes. Privately was a different matter. For example, when Laura and Jeri Lynn stayed with us for sleepovers and were spending time with Alejo while I was sleeping or reading, the girls were often in little baby-doll pajamas that included little shorts and sleeveless or spaghetti-strap tops that were loose and open and didn't cover very much when the girls moved around.

264.    If I wanted to go shopping with Wendi and Alejo, he almost always made up reasons why I couldn't go. He or Wendi told me, "No, you're too tired, you should stay home," and I always gave in to Alejo, so I didn't argue, and after a few tries I stopped asking and it became expected that Alejo and Wendi shopped for clothes without me.

265.    There were times that Alejo took Wendi out of school and they went shopping together during the day, such as when Alejo had a weekday off from his duties at the church. I was working and paying so little attention to what was going on with Wendi that they could have shopped five days per week and I wouldn't have known about it.

266.    By the time she was twelve or thirteen years old and continually throughout her teens until she left to go out on her own as an adult, Wendi had at least a dresser-

Initials

drawerful, maybe more, of little frilly bras and lacy, frilly, sexy underwear. Alejo bought

her tiny little shorts, and little halter-top-type T-shirts. He bought her lots of little sexy

outfits, and he also bought her lots of shoes, including lots of high heels. Alejo liked me

in high heels, and he also liked Wendi in high heels while she was growing up as a pre-

teen and teen. By age twelve and thirteen she owned lots of high-heel shoes that Alejo

bought for her.

267.    Wendi had a lot more sexy underwear and sexy little outfits as a pre-teen

and young teen than I did as an adult and as Alejo's wife. Wendi especially had lots of

lacy, sexy little bras. Alejo bought me a nightie here or there and I always took them

back. I'd rather wear something comfortable. My underwear was more cute and silky but

not laced out and not the black, frilly, uncomfortable, tiny bras and underwear that Alejo

bought for Wendi while she was a pre-teen and teen. He liked crotchless and thong

panties, and lacy stuff that was all uncomfortable and itchy, things that I refused to wear.

When Wendi was twelve, thirteen, and fourteen years old Alejo bought her lacy, silky, or

satin garter belts, the corset kind of underwear that comes in separate pieces where the

panties or bottoms hook or snap to nylons so there's a sexy gap at the top of the thighs

around the panties. I specifically remember him buying those for Wendi, including the

nylons. I had no idea why Alejo was buying Wendi underwear like that when she was a

pre-teen and early teen, and didn't think about it.

268.    When Wendi was about twelve years old we went on a trip to Laguna

Beach in California, and Alejo bought her a bikini bathing suit. That was completely

against our beliefs. He bought it knowing she could only wear it while we were at the beach in California and in the backyard at home while Alejo was playing with Wendi, when only Alejo, Wendi, and I were at home. She could never wear the bikini bathing suit around anyone else in Arizona, not even her girlfriends, because Alejo was the youth pastor and everyone at church would have a fit if they knew she even had it.

269.   There was a really tight, inappropriate T-shirt that he bought for her when she was thirteen or fourteen years old. Wendi had sexy teddies and camisoles as a fourteen or fifteen-year-old that I tried not to notice or think about. I didn't buy any of those things for her and she didn't have any money to get them on her own. The only person who bought the sexy outfits, underwear, and shoes for Wendi was Alejo. Owning and wearing these things, especially as a young teen, was completely against our public beliefs.

270.   By the time Wendi was age twelve or thirteen, Alejo took her shopping all the time, just the two of them, and they regularly went into stores like Fredericks of Hollywood or Victoria's Secret to buy underwear and skimpy, sexy outfits for Wendi. When she was a pre-teen and teen, most of the time he took her into those stores alone, but I went into the underwear stores with Alejo and Wendi once in a while. We all knew when we went into those stores that the purpose for being there was to buy sexy underwear and sexy little outfits for Wendi. We went in to look for me and to buy for Wendi. I had made my stand clear by then that the kinds of underwear and sexy outfits Alejo was buying for Wendi and that he liked to see her in were cute but not practical for

Initials

me so we never bought for me, just Wendi. We even visited the main Fredericks of Hollywood store in Hollywood on one of our visits to California when Wendi was a young teen. Alejo specifically and specially wanted to take Wendi into that store, so a big part of why we made that trip to California was so Alejo could take Wendi shopping for underwear in the main or original Fredericks of Hollywood store.

271. Alejo also liked to take Wendi and me into a store called Spencer's at a mall in Phoenix where they sold gag gifts, toys, party supplies, and oddball items with an adult theme. They sold everything from blow-up dolls and other sex toys to gadgets like black lights and lava lamps, with brands like Hustler and Playboy, and even pole-dancing kits. It's not a triple-X hardcore sex store but there are sections that are for adults over twenty-one years old only. There were also cute things at Spencer's, including some stuff that I was willing to look at. Alejo really liked Spencer's, especially the section with sex toys and sexually explicit items, and he always wanted to take Wendi in there to see what was new in that section. We went in there fairly regularly, maybe once per month, starting when Wendi was about ten years old. We went to the malls and the Spencer's in Phoenix a lot when she was that young, and continuing through age eleven, twelve, and on up until she became an adult and was out on her own.

272. When Alejo took Wendi and I into Spencer's, she and I tried to look at the less explicit and cuter things, and but he always called us over to look at the adults-only sex stuff, including the most explicit items. He said, "Come see, come see," or "Look, look at this!" and showed us some sexually themed greeting card or some explicit oddball

Initials

item that I considered disgusting. He loved looking at the sexually themed and explicit greeting cards. Wendi and I always came to look when he called us over. I always gave him a disgusted look and took off to look at something else. When Alejo told Wendi, "Look at this!" at first Wendi said, "Dad!" not wanting to look at the stuff, but once Alejo got started she didn't have a choice. He replied, "Look at this. Don't be that way," and early on, maybe for the first two or three visits, she said, "I don't want to," until he ordered her, "Look at it," so she gave in and did look at it. After the first few visits, she knew she had to look at it and didn't argue anymore.

273.    Wendi looked at a lot of the sexually explicit adults-only items and spent a lot of time with Alejo in the adult section at Spencer's from the time she was ten years old onward. She spent as much time as Alejo wanted looking at whatever he wanted in the adults-only section of Spencer's when she was ten, eleven, and twelve years old. The section Alejo liked best, where he spent the most time with Wendi as a pre-teen and young teen, was explicit, pornographic, and labeled not for minors under twenty-one years old. This included everything from adult magazines and cards to board games where the point of playing is answering questions about personal sexual preferences, experience, and practices, and things like soap in the shape of an explicit, anatomically correct penis, perverted candy, and sex toys like blow-up dolls. She was in that section a lot with Alejo at age ten, eleven, and twelve.

274.    When we shopped at Spencer's during the years that Wendi was growing up, we mostly just looked and bought something once in a while. We didn't have much


Initials

money to spend on that kind of stuff, especially before I started working at Ak-Chin Farms and our only income was our tiny salaries we earned working at 91st Psalm and Harvest Church. We bought some sexually themed items, like cards, little toys, knick-knacks, or gag items, like something you put into the toilet to squirt water up when someone sat down to go to the bathroom. We owned one of the explicit, anatomically correct penis-soaps. If anyone, like my sister Deannie, ever saw any of this stuff in our home, Alejo always said, "Donna is the one who bought it," which was technically true because I earned all the money and paid off the credit card, but Alejo was always the one who selected the items. I just paid for them. A couple of summers ago I bought a blow-up doll because Alejo said he wanted to give it to his dad, but he never did. He kept it. Two years later it's still in our home, and he's still saying that he intends to give it to his dad. If anyone asks about it he always tells them that I bought it.

275. By age twelve or thirteen, when Wendi and Alejo went shopping together they went to lots of different places, and did so fairly regularly, most of it without me. I didn't care to know where they went or what they did while they were shopping without me.

276. From age ten or eleven onward, until she left to go out on her own as an adult, almost every night, weekdays and weekends, as long as Alejo was home which he was most of the time, Wendi spent a couple of hours rubbing Alejo's head, back, and legs. While she rubbed him Alejo was partly dressed. When this first started, he had his shirt off. After a while he just wore shorts, and then it got so he was stripped down to his

Initials

briefs all the time while Wendi rubbed him for a couple of hours each night. What Wendi wore while she rubbed Alejo varied. During warm weather she wore little pajama shorts and a pajama top like she wore at the sleepovers with Jeri Lynn and Laura, or she put on one of Alejo's T-shirts with just her underwear on underneath. The most common thing she wore while rubbing Alejo was one of his T-shirts with her underwear. The pajama shorts that she sometimes wore were small and not tight around the legs so it was easy to see her panties under them. By the time she was eleven or twelve years old, lacy, sexy underwear was the only kind of underwear Wendi owned, so that's what she wore under Alejo's T-shirts while she was rubbing him. During cooler weather she wore pajamas. Most of the time when Wendi was rubbing Alejo I was reading alone in my room. Fairly regularly from the time Wendi was a pre-teen through older teen, Wendi and Alejo fell asleep together on the sofa after she had been with him and rubbing him for a couple of hours. I often came out later at night to find her asleep with Alejo while she was in her underwear, in one of his T-shirts, or in her small pajama shorts.

277.   Alejo really liked to have his head in Wendi's lap while she rubbed him beginning when she was nine years old and throughout her teens. At the time we called it Wendi being in a position of "ministering to him," although there was no religious aspect to it. Another way we described it was Wendi touching or "touching on" Alejo. He was constantly saying to Wendi in a kind of whiney way, "Just touch me," or "Why don't you just touch on me." He especially said that when Wendi and I got tired of rubbing him, to make us feel bad and feel that we needed to keep rubbing him.

Initials

278.    There was lots of cuddling and snuggling between Alejo and Wendi from the time that we returned from the traveling ministry through her teens and even after she was an adult. Usually when Wendi rubbed Alejo, she had his head in her lap, and she cuddled or snuggled up to him consistently when they watched TV. There was lots of snuggling and cuddling among Alejo, Wendi, Jeri Lynn, and Laura during evenings and on sleepovers, often when the girls were in baby-doll pajamas. Alejo also physically wrestled a lot with Wendi and her girlfriends, more with Jeri Lynn and Laura than others. When Alejo wrestled with the girls it was usually one at a time and they tussled around on the floor for a while until Alejo pinned them, and he pinned them so that they couldn't move at all. Wendi or the other girls often said, "Get off, get off, you're so heavy, I can't move," after Alejo pinned them, to the point that they clearly weren't having fun anymore, and Alejo just didn't know when to stop. When I told him, "Get off them, you're hurting them," he always said, "No, it's okay, I'm not hurting them. We're playing," as though he was making the decision that he wasn't hurting them even though they were telling him that he was. Alejo pinned Wendi down a lot when they were playing.

279.    Wendi always had little tiny, sexy underwear and bikini underwear after we returned from the traveling ministry. A lot of the time as a pre-teen and teen, Wendi wore one of her lacy, sexy bras to bed and wore them as nightclothes while she was sleeping, which is unusual, especially for a girl of that age. As a pre-teen and teen, Wendi was around Alejo a lot in just a T-shirt and panties, either her T-shirts or Alejo's. Usually

Initials

when she got home from school or church, she changed into little shorts and a sexy or cute little T-shirt, or into just a T-shirt and panties. She had lots of cute little T-shirts. She was more inclined to keep her top covered, and usually wasn't in just a plain bra while she hung around the house with me or Alejo, but it was normal for her to wear a T-shirt with panties. If one of her girlfriends was coming over, she usually stayed in shorts or long pants.

280.    As Wendi got older, by age fourteen and at ages fifteen, sixteen, and older, Alejo took Wendi into hardcore, triple-X, adult porno and sex stores. It was actually more like Alejo dragged Wendi into the hardcore porn stores. He said he wanted to take her in to look at the cards. She didn't want to go, but he insisted. It was just like earlier on with Spencer's when she at first resisted and said she didn't want to look at the adult items, but Alejo made her do it. He said, "We'll just go in for a minute," but then they spent longer than a minute, actually fifteen to twenty minutes or even more.

281.    Their shopping in hardcore porn stores came into my awareness mostly on vacations because I'd be with them while they were shopping. It was on vacations that the three of us shopped together the most at stores like Fredericks of Hollywood and the hardcore porn stores; otherwise Alejo and Wendi went without me most of the time to those stores. I wasn't really invited when Alejo and Wendi shopped at home, but Alejo couldn't help having me there when they shopped on vacations. I went into hardcore porn stores with Alejo and Wendi only occasionally, about once or twice per year. I hung around at the entrance and never went past the front section where the clothes and less

hardcore items are, but Alejo always took Wendi right into the main part of the store where the triple-x and hardcore sex magazines, videos, toys, and other hardcore items were displayed and sold. I didn't know exactly what they looked at or bought in those stores and didn't care to know. I just know that they weren't buying for me.

282.   I let Wendi be the one who looked at the hardcore porn stuff in those shops with Alejo instead of having me be the one who had to deal with it. Wendi was always made up nicely with her hair and makeup done, and she refused to even go out to shop unless she was all done up, so at a glance she looked older than she really was, and I think that's how she consistently got into the adults-only stores and how Alejo was able to get her inside to look at the hardcore stuff.

283.   I never really thought about any of this and never let myself see it as a problem or something I should be concerned about, much less as an indication that Alejo had an extremely inappropriate relationship with Wendi while she was a pre-teen and teen. For the most part I was oblivious and kept my head in the sand. I never attempted to talk to Wendi while she was growing up about any of the inappropriate shopping Alejo did with her, about Alejo's inappropriate focus on sexual things while she was with him, about Alejo's abnormal interest in having her dress in a sexy way, or about the inappropriate way Alejo required her as a young girl to have her attention on sexual things. Wendi never brought up her discomfort about any of that with me and we never openly talked about any of it while she was growing up and still have never talked about it to this day. On a couple of occasions when Wendi was a teen, I asked her, "Why do



Initials

you go look at that stuff with Dad?" meaning the adult and pornographic items, and she said that Alejo just kept bugging her until she went to look at it with him. While Wendi was growing up I lived by the old adage, "What you don't know isn't going to hurt you," and while I knew Alejo was shopping with Wendi for explicit, adults-only items by the time she was ten years old and taking her into hardcore porn stores by the time she was fourteen years old because I went into those stores with them, I didn't see myself as being able to do anything about it and I never let myself become aware that it might be a problem. Alejo was the head of our household and one of the main tenants of our religion was that as the head of the household he set the rules and it was our place to obey the rules, so that's what we did.

284. Alejo said he wanted to take Wendi out on her first date so she'd know how a guy was supposed to behave. And he did take her on her first date, just the two of them, when she was about thirteen or fourteen years old. They got all dressed up and went to a restaurant in Phoenix.

285. I never asked Wendi if she thought it was okay that her dad was taking her out on a date when she was a younger teen. Wendi and I never talked about anything having to do with sex. Alejo started educating Wendi about sex when she was very young, by nine or ten years old. Anything Wendi learned about sex while she was growing up came from Alejo. He almost threw it in my face during those years that she never talked to me about anything adult like sex, and that any questions she had she took to him.

113 of 162

Initials

286.    Even after Wendi was an adult and on her own, both before and after Wendi met and married Joe, Alejo and Wendi kept shopping together. Alejo even kept taking her to underwear stores after she was married to help her buy underwear that she wore for Joe, and Alejo shopped with Wendi to buy her dresses for special occasions. In retrospect it seems strange that a father would continue to shop for underwear with his adult daughter to help her find things to wear for her husband. It shows how much Wendi was still under Alejo's control when she was an adult, and that she was still fulfilling the same role she had as a pre-teen and teen as someone who was a companion to her father, who made her father feel good, and who did what her father wanted. Even after Wendi was an adult, if Alejo said to do something, we both continued to do it. Wendi still had no ability to tell Alejo "no," even after she was an adult.

287.    Living in my little fantasy world I thought Wendi would be a virgin up until the time she was married, and I talked myself into believing that Wendi was a virgin at the time that she married Joe. When it came out sometime after Wendi was arrested that Joe was not the only man she had ever had sex with and I was trying to deny it, Alejo told me, "Don't be stupid. She had sex a long time before that." He knows or acts like he knows a lot about Wendi's sexuality and sexual activity.

288.    I never wanted to admit to myself the possibility that anyone could have abused Wendi sexually while she was growing up, and in retrospect I see that I avoided even thinking about the issue and didn't let it fully register with me that inappropriate things were going on with Skip and Skip's family while Wendi was an infant and toddler,

114 of 162

Initials

and with Alejo and Wendi when she was a pre-teen and young teen, because then I would have had to admit that there was a problem.

289. There are instances with Alejo since Joe died that only make sense to me as Alejo being worried that he might be caught as a child molester, or him struggling with worry or guilt about inappropriate things he did with girls. For example, after Joe died and Wendi was in jail, when Alejo and I got Nicholas and Ashlee to take care of them, he always made sure that he never changed Ashlee's diapers. At the time he told me that he didn't want to leave any room for the Andrianos or Lambeths to go after him or us for anything improper that might happen while he was changing Ashlee's diapers. Why on earth would he have been concerned about that in the middle of Wendi being on trial for murder? Why would that have been the foremost thing in his brain when it came to watching his granddaughter unless he was worried about being accused of being a child molester or that inappropriate things he had done sexually with girls might come out at trial? Changing diapers is such an ordinary thing I don't have any other explanation for why he said that.

290. He has also said odd things out of the blue just in the past year, like how terrible it is when men sexually abuse girls, after seeing something about it on TV. It isn't something we've ever talked about and of all the subjects he might bring up randomly, that seems an odd choice unless it's already on his mind for other reasons.

291. Alejo yelled a lot at me, Wendi, Brandon, Barbara, and other kids who were at our house while Wendi was growing up. To me it felt like he was continually



Initials

yelling at us, almost every day. For all those years he was—and he continues to the present to be—extremely explosive in his anger. I never know what will set him off, and even after thirty-six years with him I usually can't identify specific triggers for what sets him off. His anger has always seemed random. There's just no warning, then suddenly he's extremely upset, yelling, and even literally screaming. I almost never find out what actually set him off. Over the entire time Wendi was growing up, I made the decision to leave him and divorce him many times, but then I couldn't because he was the one raising the kids and I didn't feel that I could survive or afford to raise the kids on my own working full-time without his help. I decided many times to just separate from him for a while, but never could do that either for the same reasons.

292.   It's hard for me now to even place him as being the person he was all those years or connect him with the things he did. What I remember most is his yelling, his controlling me and Wendi about every little thing, his demanding to be pampered, his being childish and juvenile about almost everything, and his being bad with finances, and never really contributing significantly to our household with income or earnings. He never supported Wendi and me financially, and over thirty-six years, hardly contributed financially to the household. He knows how to push my buttons, how to make me feel bad, and how to make me accept guilt and responsibility for things even when they're not my fault. He doesn't need physical abuse to get me to give in. Words can hurt more than physical abuse and Alejo was always expert at using words to hurt me while I've been with him all these years, and with Wendi while she was growing up.

Initials

293. It's like I've separated myself from Alejo and ignored everything unpleasant or abusive he did over more than thirty years so that I can stand to be around him and continue to be nice to him. I remember how he was because I can remember the anger I felt toward him.

294. When Alejo was on his tirades throughout her teens, Wendi told me, "It's going to be okay, Mom. He'll come back eventually and things will be okay." She was always the middle person trying to make things better for me and Alejo.

295. Because Alejo was the youth pastor at 91st Psalm and then Harvest Church, and because of all the teaching he did at the church in that role, I assumed he would be the head of our household in many ways that the church expected but that never happened. He was controlling, demanding, and demeaning, and despite Wendi and me giving in to him as the church taught, he never was the head of our household in the way I understood how that role was taught or portrayed at church.

296. I expected Alejo to be the spiritual leader of our household. He appeared to be that way from the outside for people at church but was never that way for us at home. Our church taught that the husband was expected to lead Bible teaching with his family. Alejo taught the Bible at church but never with us. He isn't illiterate. His spelling has never been good but he can read and write. While Wendi was growing up, he read the Word a lot. We bought Bibles from Goodwill or at yard sales so he could cut out passages of scriptures to combine them onto paper for his lessons. When I asked him, "Why don't you do Bible study with Wendi and me at home?" he said that he had tried to



Initials

but that Wendi and I weren't available, and then he said that he was busy or didn't have enough time to do it. As part of his control, he always turned things around and required us to see or believe them to be a way that was never his fault. In general he controlled our thinking and didn't allow us to perceive our lives in an honest way. He spent a lot of time studying the Bible on his own at home, and there was plenty of time when he could have taught us at home, but he didn't.

297.    There's a whole lot that I really don't know about what went on with Wendi while she was growing up. I didn't bond with her right away and didn't know what to do with her after she was born, and a couple of months after she was born I went to work full-time. During the time period after Wendi was born, I was like a third party with Skip and my mom being the primary caregivers for Wendi. She was really closer to my mom while she was an infant and toddler.

298.    Sometimes I played with Wendi during the years with the traveling ministry, in ways that were similar to how I played by myself while I was growing up, mostly with toys that were self-contained, but Wendi was closer to Rosalie and Rebecca, who were adults in their early twenties at the time, and she slept with the two of them at night, all three of them together in one bed after we turned the trailer into a fifth wheel, while Alejo and I always slept somewhere else, like in the back of the trailer or the back of the truck.

299.    I grew up without siblings, have always been used to entertaining myself, and it didn't come naturally to me to play with Wendi while she was growing up. Except

118 of 162


Initials

for board games with Alejo and Wendi that Alejo wanted us to play at the Cedar house

for a year or so, I really never played with Wendi after the traveling ministry. I occupied

myself while I was growing up and expected her to do the same.

300.    I was frustrated several times ~~while~~ before, during and after we were with the traveling ministry and

took it out on Wendi by hitting her when she was five to nine years old. My frustration

was really at everything that was going on, especially at Alejo or another adult, at how

unpleasant our living conditions were, or how hard it was for us to find enough to eat. It

came out with Wendi when I thought she wasn't doing something right and lashed out at

her, slapping her with my hand. I also did this to Brandon later on, when he was seven to

eight years old.

301.    After we returned from the traveling ministry, I worked at 91st Psalm

Church, which at times was more than a full-time job and by 1984, when Wendi was

about fourteen years old, I had full-time work outside the church and always worked full-

time after that for the rest of Wendi's childhood and up to the present.

302.    Beginning after we returned from the traveling ministry I was living in my

own fantasy world and was oblivious to most of what went on with Wendi. I don't know

most of the day-to-day detail of what went on with Wendi while she was growing up

because I was focused on other things and wasn't paying attention to her. I believed what

I wanted to believe, which was that we were a happy, upstanding, churchgoing

household, and I just ignored anything that might contradict that. With Alejo yelling and

screaming all the time, worries and frustration about making ends meet and having

Initials

enough money to survive, and problems in the bedroom with Alejo, it was easier just to ignore most of what happened at home and withdraw into my own world. When things are unpleasant or difficult I close down and avoid everything, and I was in that mode for years at a time while Wendi was growing up.

303.    I didn't work outside of the church until 1984 when I started work at Ak-Chin Farms, which was my first job outside of the church after the traveling ministry, but after that I used work to avoid everything that was going on at home. I avoided almost everything that went on with Wendi and the other kids while they were growing up, and left taking care of them almost entirely up to Alejo. I worked hard, did what had to be done so we could eat and afford basic expenses, and was the breadwinner providing money for us to survive but emotionally I wasn't there for Wendi while she was growing up. It was always me trying to spend money and me buying things for Wendi, trying to make up for all the bad stuff that way. I loved her but we weren't emotionally connected and didn't have much of a bond.

304.    I see a lot of my mom in myself. I didn't like it when my mom neglected me while I was growing up, but I didn't really blame her because I knew she did the best she could. It's very hard to say, but because I taught about neglect and abuse when I was working for the hospital, I'm aware that I neglected Wendi while she was growing up, just like my mom neglected me, that emotionally I was not there, and that neglect can be just as bad as abuse. That's hard to talk about because I feel guilty like I'm at fault for what happened to Joe. It's easy for me to feel like I'm a bad person, to take responsibility



Initials

guilty ☞

and feel ~~guilt~~ for everything bad that happens in the lives of my loved ones, including Joe's death.

305.    There was a big difference in Wendi's sleep patterns and needs after we returned from the traveling ministry when she was about nine years old. When Wendi was very little, from two to four years old, she got up early every day on her own and was energetic in the morning. On Saturday mornings when I could have slept in because I didn't have to work, there she would be, early in the morning, waking me up, telling me to come look at something or do something. She never just sat in front of the television on Saturday mornings to watch cartoons when I wanted her to do that so I could sleep.

306.    By the time we returned from the traveling ministry, she was just the opposite of how she was as a little child, and withdrew to sleep when things got to be too much for her, or when she was having a lot of stress and pressure. This started after the traveling ministry and became a clear pattern by the time she was about ten years old. It was especially severe from the time she was a teen all through her adulthood. It happened most often after she got into trouble, like after Alejo swatted her. Sometimes when Wendi was sleeping so much I couldn't put my finger on why that was happening. I told her, "You've got to learn to open up and tell me what's going on," but she never did. This frustrated me a lot when she got into her teens. When she was in trouble she didn't want to talk to me. She still sleeps a lot today in prison as an escape or when things are hard. Wendi and I both sleep a lot when things get to be too much.

307.    The cycle of what happened around Wendi sleeping too much when she



Initials

was growing up went like this: Wendi got into trouble or didn't keep the rules. She refused to talk to me about what was going on and why she was in trouble. Some of the time when she was in trouble she was swatted by Alejo. Then she became sleepy, and could stay that way for weeks or even a couple of months at a time, and there were lots of times when she was sleepy for three or four weeks in a row. After she got over being sleepy, she was normal again for a few days to a few months until she got sleepy again. She had several sleepy periods that were at least two or three weeks long every year beginning when she was about age ten.

308.    Except during summertime, she was in school, and her normal bedtime when she was a pre-teen and teen was about 9:00 p.m. or 10:00 p.m.. During periods when she was sleepy she went to bed for the night by 5:00 p.m. or by 7:00 p.m. at the latest, and slept straight through the night until she had to get up the next morning. Some days during sleepy periods she went straight to bed as soon as she got home from school as early as 4:00 p.m. without eating or changing into pajamas, without talking to me or telling me anything, just going straight in to bed as soon as she got home in the clothes she had worn to school that day. Every day of the week except Saturday, she had to be up fairly early, like by 7:00 a.m., to go to church or school. On Saturdays we let her sleep in as long as she wanted, which was usually until noon, and then she was back asleep Saturday evenings by 7:00 p.m. to sleep another twelve hours until she had to be up Sunday morning for church.

Initials

309.   She was also notorious for falling asleep at her desk at school. That happened a lot from the time she was a late pre-teen onward. Once she got her study goals done for the day, usually by midmorning, she put her head down and went to sleep at her desk for a half hour to an hour-and-a-half.

310.   Other than when she was little, Wendi was never a morning person, even when she wasn't in a sleepy period, and someone always had to wake her up or she didn't get up. I was working all the time, so it was usually Alejo who woke Wendi up. Sometimes I started getting her up by popping my head into her room before I left for work, but after that it was up to Alejo to wake her up.

311.   Her being sleepy like this went on night after night the same way, and the same on weekends, for weeks at a time. During these times she slept twelve to fifteen hours per night every night but Friday night, and from Friday to Saturday slept seventeen to nineteen hours. She also got a little more sleep during the day at school. Her sleepiness became more extreme when she was a teen, and was at its worst after she turned sixteen years old.

312.   Wendi kept being sleepy all the time after she and Joe were married. She tried to sleep in late whenever she could, and told me often about how tired she was. She said Joe kept her up late at night. She was exhausted all the time starting when she was still in Casa Grande before Nicholas was born and continuing up until the time of Joe's death. There were times when it affected her work because she had trouble getting up in the morning and tended to be late to work. When she managed apartments, she was in



Initials

charge, so she could be late. She ended up sleeping in later than she should a lot of the time, arriving at work later than she should have, and putting on her makeup at work because she was running too late from oversleeping to do it at home.

313.    With Joe yelling at her all the time, having financial pressures, and lots of stress at work, it was easier for Wendi just to go to bed and sleep. I'm the same way. We told each other that maybe when you wake up some of the problems wouldn't be there. She always slept in as late as she could or until at least 10:00 a.m. or 11:00 a.m. on holidays and weekends. During the summers of 1997 and 1998, Joe often came over to my place in his pajamas and wearing flip flops, on Saturday and Sunday mornings while Wendi was still sleeping, to bring Nicholas so that I would take care of him while Wendi slept in. Joe dropped Nicholas off in the morning about 9:00 a.m. or 10:00 a.m. on weekend days and then went back to their apartment to go back to bed.

314.    Wendi's room at the Cedar house, the first place of our own that we had after the traveling ministry, had been the master bedroom. It had a closet that ran the length of the room, with two huge closet doors. Wendi spent hours and hours alone in that closet as a pre-teen. Sometimes she took Toby, our Sheltie dog, with her into the closet. When I asked her what she was doing in the closet she told me that she was praying. It's hard for me to believe in retrospect that she was praying for hours and hours at a time, sometimes every day, as a pre-teen while she was in the closet but at the time I didn't think about it. She could have been in there overnight; I just don't know because I wasn't paying attention. She was in there a lot, at least a few times per week, but I don't

Initials

know the exact frequency or duration of her time in the close because I was really oblivious to a lot of what was going on with Wendi during that time, and I didn't check on her at all during the afternoons and evenings when she was in her closet. I spent most of my time at home after working at the church during the day reading by myself, or cooking and cleaning. After I brought Wendi home from school on weekdays I went to read by myself and didn't pay any attention to what Wendi was doing after that.

315.   On the occasions when Wendi had friends over, she played with them and didn't go into the closet at all, but it was unusual for Wendi to have friends over while we were living on Cedar. At times Wendi's cousin, Barbara Mitchell, or other kids, and Kyre Lorts came over to be with Wendi after school, but most of the time it was just Wendi and I home together after school. When the kids were there, I just ignored them and didn't pay attention to what they were doing together or with Alejo.

316.   Wendi just disappeared quietly into the closet by herself when no one other than me was in the house. Also, sometimes after she was spanked or swatted by Alejo she went into the closet crying. I usually didn't even notice that she was gone or realize that she was in the closet because I was so checked out and doing everything I could not to notice all the difficult and unpleasant things that were going on.

317.   During this time, when Alejo took her into her room to hit her with a wooden paddle, Wendi sometimes slipped a book into her pants so when he hit her it wouldn't hurt. I could hear him yelling at her to take the book out of her pants so he could spank her. She often started screaming and was overly dramatic when he spanked



Initials

her. It was all he could do not to laugh while he was punishing her and he got out of the room quickly so he could laugh sometimes after he hit her because Wendi was so dramatic and loud about the punishment.

318.   We moved to a house off Val Vista on Arapaho, in a low-income subdivision with HUD houses, when Wendi was about eleven years old. At that house Wendi had her own room with a waterbed. There was a space about a foot wide between the outside wall and the bed under a window that made a little nook she could fit into between her bed and the wall. Sometimes when I came to her room she was down in that space between the bed and the wall. If I asked her why she was there she claimed she was getting something that fell down there, but she was actually down inside the nook, lying down, not leaning over to get something. I didn't go into her room very often at the Arapaho house, but several of the times that I did she was down in that nook by herself.

319.   Wendi was in a car accident when she was about thirteen years old. I was driving. We were on our way home in our Subaru hatchback, near the Arapaho house. A guy driving a pickup truck turned off onto a side street, did a U-turn on that street, then punched it. We came to the street just in time for him to ram us. I was driving about thirty to thirty-five miles per hour and he wasn't going slowly. His truck hit our car directly on Wendi's side, right on her door, hard enough to spin our car around ninety degrees. The only reason our car wasn't totaled was that Subarus are built in one piece. The hit was strong enough that it would have totaled another make of car. The whole side of the heavy Subaru was crushed in a few inches. The passenger door wouldn't open after the

Initials

accident, and we had to cut out that whole side of the car to repair it.

320.   When the truck hit us, Wendi hit her head hard on the passenger side window. I heard the loud thunk when her head hit the window. Her brain took a hard side-to-side blow. She was hurt, scared, and crying after the collision.

321.   I let the other driver leave. He said "I've got to run down to my house." He lived right behind us. His family told me later that he had been drinking and wanted to get home to throw out beer bottles that were in his truck before any police arrived. The police went down to his house to talk to him after they talked to me at the accident site.

322.   For religious reasons, we still didn't believe in seeking medical treatment at the time of this car accident, so we didn't take Wendi to the hospital or even to a doctor for her head injury. She had a bad headache that night. I borrowed aspirin from a neighbor and made her stay awake most of the night because I was worried that she had a concussion. She missed at least one day of school because of her head injury. She was jumpy about being in cars and nervous about other drivers for about a year after the accident.

323.   Wendi had changed a lot by the time we returned from the traveling ministry, and there was another big shift in her when she was about thirteen years old. There was a period during this time when she became very unhappy with Harvest School and she tried to get Alejo and me to allow her to go to a public school. For a year or two around the time she was thirteen years old, Wendi did everything she could to get into trouble. She acted out and tried to get expelled so she could leave Harvest. The ways she



Initials

acted out were the same kinds of things we swatted her for, like not meeting her study goals at school, trying to talk to boys, and telling us that she wanted to attend a public school.

324. During this time she got a lot of spankings and swattings, at least a couple of times per week, and we hit her more times on each occasion when she was swatted. She weeded the school grounds for several months instead of attending school. Her punishment was that she had to weed the grounds and work outside, alone, in the heat, until she gave in and agreed to stay at Harvest School and obey all the rules. She was also humiliated every day because school was still in session and all of the other kids saw her out there weeding. A number of church members were very upset with Alejo for making her do that. I figured he knew what was best, and it wouldn't have mattered what I said to him if I had opposed him.

325. When that phase passed for Wendi, and she realized she was not going to be allowed to go to another school, she rarely disobeyed us or any authority figure again. She was much more obedient and hardly pushed back against the rules at all, maybe just a little at the ACE conventions, and when she tried to talk to boys occasionally as an older teen, but she wasn't the same ever again. After that phase passed she rarely needed swatting again at home or at school.

326. While Wendi was learning to drive, I was just like my mom. I tried to help her and take her out to practice but I ended up yelling at her, so Alejo took over teaching her how to drive.

327.    There were a couple of times after she was sixteen years old and could drive that she went into town to talk to boys with Laura, Jeri Lynn, or both. She told us she was going to the movies but once or twice we found out that they were down on Florence Boulevard hanging around with kids who weren't from the church, and one time Alejo went into town and caught them talking to boys. Otherwise she capitulated almost completely after about age thirteen, and turned into an obedient, acquiescent, cheerful, agreeable girl.

328.    Because we were such a small school, kids of all ages graduated in the same ceremony. By the time she graduated from the high school grades at Harvest School, Wendi hadn't only given in completely and become a model, obedient daughter and student, but she had changed her tune and thought that our punishments had been the best thing for her. Alejo bought her a fancy dress for graduation. At her graduation, she gave a speech, directing it especially to one of the little boys she had helped while she was a school monitor, who was graduating from kindergarten with his classmates, telling them that she had rebelled against her parents but that we had made her stick with it, and she was glad that we had done so. Just a few years earlier she had done whatever she could to force us to take her out of Harvest School, but when she left the school as a young adult she encouraged other kids to hang in there and give in to the authority of their parents. No one coached her for her speech. I was so proud of her I cried like a baby at the graduation ceremony.

Initials

329.    Wendi's memory blanks out about difficult and unpleasant experiences, what I call "the bad things." This has been the case throughout her whole life. I've been used to having her forget bad things since she was a young child, at least from the age of five years old. She completely forgets things that are really traumatic or a very big deal at the time, the kind of things that make a big impression and that normally people remember; they're all just gone from her memory. She forgets them completely, usually within weeks to months, and eventually doesn't remember them at all. The more unpleasant or painful an experience she has with someone close to her, the more completely she forgets it.

330.    She learned from me that if you want to continue to like someone, you just have to forget about the bad parts of who they are. That's what I did with my dad, her dad, Skip, and her step-dad, Alejo, and she did the same with Alejo and her husband, Joe.

331.    Wendi's forgetfulness about the bad things was very noticeable after we returned to Arizona from the traveling ministry when she was nine or ten years old. Within a year or two after we were back, she had blanked out almost completely on

almost
∧ everything that happened during the years with the traveling ministry. Places we lived, such as Val's and a house in Martinez, were a complete blank for her, and almost everything we did during those years was gone from her memory. She remembered a couple of very small pieces of our experience there, such as a day when John Shaddle took her into San Francisco and they went around looking at things and sightseeing. She thought that he was like a big brother. The time with him was a good thing and was the


Initials

highlight for her of the couple of years or so that we were with the traveling ministry, so she was able to remember at least that day of sightseeing. She remembered a few other details, such as one or two of the campgrounds we stayed at where she had a good time. Pretty much all the rest of the time with the traveling ministry was gone from her memory not long after we were back in Casa Grande. The degree to which those years were gone from her memory and the completeness with which she forgot those experiences seemed strange. Her forgetting all that was really puzzling to me for years afterward. I wondered, "How can you completely forget all of that?" Even a lot of things that I thought might have been fun for her, like a trip to the zoo, were completely gone. It's not unusual for kids to forget some things but Wendi completely lost memory of nearly everything that happened during that period of her childhood. To this day she has never recovered memory of that time period.

332.   From the time she was a pre-teen after the traveling ministry, through being a teen, young adult, adult, and up until the present, Wendi has continued consistently to blank out the bad things from her memory. Even with me as oblivious as I was about what was going on with her for most of the time she was growing up, I noticed that she didn't forget fun things like birthday parties or sewing special dresses for the ACE conventions. She could remember those a few years later while she was growing up, and still remembers them today, but she forgot almost all the bad things. When she was ten or eleven years old after the traveling ministry, and I asked her, "Remember when Calvin Lorts yelled at you and the girls?" about a dramatic incident that occurred a few weeks before,

Initials

she couldn't remember it at all. When Alejo went on his tirades, and got more extreme than usual in yelling at her and then spanking her, and I asked her later, "Remember when Dad yelled at you and spanked you?" she couldn't remember it. Even for the most serious and traumatic incidents, within six months or a year at most the memory of those incidents was totally lost to her.

333. As an adult, she has blanked out many incidents. After her leather jacket was stolen, probably the nicest jacket she ever owned, I made a comment about it a few years later. At a time when the jacket would have been useful to her, I said, "It would be nice if you still had your leather jacket that was stolen," and she didn't remember it at all. She said, "What leather jacket?"

334. While she was with Joe, she told me they had an argument while he was driving and she was a passenger in his truck. This was before they had kids. In the middle of the disagreement she told him to stop the truck, and when he did, she got out and started to walk. They kept arguing and then he made her get back into the truck. Somehow she injured her knee as she was getting back into the truck. Joe pushed her or she fell down, but she didn't give me all the details. Her knee was badly cut up, to the point that she had a noticeable scar. Within a few months to several months she had no memory of this incident with Joe. She knew she had a scar on her knee, but had no idea how she had gotten it.

335. There was another occasion while she was with Joe when she was so upset about Joe throwing a fit and spanking their kids that she called me. When they lived on

Initials

Liberty she had told me that she would never spank her kids, and she didn't want Joe to spank them either. It was very hard for her to tolerate when Joe started spanking them. When she called me on the phone on that occasion, Nicholas was two years old, almost three, and he had been peeling off wallpaper in his bedroom, so Joe decided to spank him. Wendi was crying and extremely upset, about as upset as I've ever known her to be, so upset that she had to leave the apartment while Joe spanked Nicholas and while she called me. Within a few months she had no memory of anything that occurred in that incident, not Joe spanking Nicholas and not her being upset or calling me.

336.   I also blank out most of the bad things. The last twenty years especially is more of a fog about many of the bad things. I don't remember dates when bad things happened, like when a family member died. Although I've talked about it a lot of times, and you would think it would stick in my mind, I still can't remember when my parents died, and I have to look it up when I need to know those dates. My not remembering seems automatic to me; it just happens whether I want it to or not.

337.   When I have fights with Alejo, almost every time, by the very next day I can't remember what the fight was about. When I say "fights" I mean him yelling at me and me apologizing or trying to help him calm down or feel better. I have rarely expressed anger at Alejo or done anything but try to soothe him when we are having our fights. It's been pretty much the same throughout our marriage, but I don't put up with quite as much yelling from him now or try as hard as I did years ago to make him feel better. Now I leave sooner or I just ignore him and stop paying attention to whatever

Initials

problem he's having. Sometimes I'll sit and read while he's still upset but usually I just leave. The way our fights go and have ^almost^ always gone is that Alejo starts yelling, usually about something that seems totally random to me, and I might just take it from him, or sometimes I say something back. If I say something it's almost always to apologize, tell him I didn't mean to do whatever has upset him, or just to try to understand what's upsetting him and ask him what's the matter. It can get a little heated and I might raise my voice but I'm just trying to make it better for him. I'm also mad but I'm just not expressing it, and I can't remember ever yelling at Alejo in our thirty-six years of marriage. Surely I must have yelled back at him once or twice in all that time but I just don't remember for sure. When Wendi was growing up there were times when I was angry and disagreed with something he was doing, but that was usually more like pleading with him to stop, and usually he just ignored me and continued doing whatever he was doing. It feels like a fight to me but on my side the fight is only in my mind. I've had the fight in my head with him, and back-and-forth angry statements and arguing, but it's just in my head and he's not really there. Alejo says that I set my jaw when I'm angry. I just bottle up the anger, push it down, and try to forget or rationalize it.

338. I usually forget the details entirely of what happened during these "fights" within a day or two, but occasionally it takes a few days. I'm aware that we have had a fight because I remember that I was angry, but I have no ability to remember details of the fight and within a very short time the details are completely gone. I've explained this by telling myself that I just don't hold grudges. One of the few exceptions is with the

Initials

Andrianos and Lambeths about the child custody dispute over my grandkids.

339.   The forgetting also occurs with almost anyone else with whom I have a disagreement. I forget details just the same way. I've just never been able to remember to be mad at somebody or stay focused on what occurred in the disagreement, and to this day I still can't do that even if I try. I know I'm supposed to be mad at the other person but can't remember what it was about; it turns into this big blank.

340.   I also forget details of other bad things, such as when I have a physical injury, but I can give you accurate phone numbers from ten or twenty years ago even when I've stopped using them. If I'm hurt, usually within a few days I won't have any idea how it happened. When I had a small work injury within the last year or two, I could remember where and when it happened, but none of the details of what actually happened to me. I know I had a tetanus shot for something that happened at work not all that long ago, but I can't remember what occurred that caused me to need a tetanus shot and can't remember actually having the shot. With our AFLAC insurance at work, I know that there are things I could file for to get reimbursed for medical expenses, but I don't ever file for them and I can't remember the details of what happened to me. I do most of the wellness things that our insurance offers, like having mammograms, although it may take me a while or I might fall behind a couple of years on wellness doctor's visits, and I will take care of other people's paperwork for medical-expense or disability reimbursement, but I can't do my own.

135 of 162

Initials

341.    The most traumatic things are often the most difficult for me to remember. When I learned recently, just in the last year, that while she was growing up, Wendi reported to other people that my husband, Alejo, was molesting her sexually, I had difficulty remembering from one day to the next that I had received that information, and I was worried that it would fade away and that I would forget about it completely. I just couldn't accept and process it immediately. I really need to have that kind of information repeated and reinforced because within a few days after learning something that devastating it begins to fade away. I tell myself, "No, that's not really what they said," and it starts to fade away. If I don't keep it in the forefront it will just go away completely and be gone for good. It helped me to be reminded repeatedly that there were reports that my husband molested my daughter sexually while she was a child and young teen so that I could keep focusing on it.

342.    To an extent, Wendi's arrest and trial have forced me to look at things that I normally just push away and forget about completely. When she was arrested I cried out to God and had a meltdown. It wasn't real to me then, and couldn't be real. Still today it's unreal to me that my daughter is in prison, much less that she's on death row. Even though it all seems unreal, since her arrest I have had to look at a lot of things. I still push it all down and push it away.

343.    Since Wendi's arrest I haven't had much relief. I can still ignore a lot of unpleasant things from day to day but I can't forget for very long that Wendi is on death row. When I had the meltdown after she was arrested, that was the start of my not

wanting to live anymore, and I've stayed passively suicidal since that meltdown. I wanted to end my life, but I didn't have a specific plan until 2004. Since I decided not to kill myself in 2004 I have remained passively suicidal from then to the present.

344.   I don't seek therapy because if I go to therapy and talk to someone about everything, I will have to accept it all as being real. It will take on more dimension and make everything real, and I'm scared to have that happen. It still feels safer to me not to take the step of going to therapy. Having to keep looking at all these issues and not being able to blank them out is a big part of what keeps me passively suicidal. It's still very difficult and I'm afraid of what I'll see when I look at the past. I'm aware of the process now and constantly can feel myself pushing things away. The only reason I keep my attention on them is that Wendi needs me to do that.

345.   The burden of everything that's happened and the burden of everyone relying on me to take care of them and earn money to support them also keeps me passively suicidal. Can't I get a break? Can't someone take care of me for a change? Wendi tries to do that, but she can't really do much because she's in prison.

346.   I can only remember a few times in my life when I have expressed anger. I almost always maneuver it around so that the other person is expressing the anger. With Skip, by the time we were divorced, I didn't care if he got mad at me, I just got him to be the angry one so that he would leave.

347.   Most of the anger I have expressed in my life was directed at kids. There were two occasions when I became so angry at the Lambeth's Andrianos over custody of my



Initials

grandkids that I started to blank out, but even then I didn't express anger directly toward them. The couple of times when I've gotten very, very angry, everything went gray. I started screaming so hard, literally screaming, that I stopped the oxygen flow to my brain and started to blank out.

348.   No matter how abusive, crazy, or unfair Skip was, I almost never expressed anger directly at him. I yelled at him a couple of times early on before Wendi was born, but after the first year or so of being married to Skip I gave in and quit disagreeing with him.

349.   Despite being furious at Alejo frequently for his abusive behavior while Wendi was growing up, I did not respond angrily toward him. He says that he can tell when I'm angry because I set my jaw, but the anger stays in my jaw and doesn't get expressed externally. Instead of expressing the anger, I have intense anger talk and anger scenarios in my head.

350.   Over the years at times when Alejo was unfair, yelled at Wendi or another kid, or was mean to them, I got mad at him, but I just removed myself from the situation, usually by going into another room or driving around in my car, running through angry responses in my head, telling myself this is what I should have said or would have said if I had confronted him. In the thirty-six years I've been with Alejo I have asked him to stop doing things at times but haven't ever confronted him about anything serious.

351.   Wendi is the same way. Other than once or twice when she still had a spark as a young girl, before she was six or seven years old, I have never seen Wendi even be


Initials

direct or put much effort into disagreeing with any adult man, or any authority figure whether male or female, at any time in her life, much less express anger directly at one. She never expressed anger at Alejo while she was growing up no matter how mean he was to her or what he did to her. She didn't bring anything up with Joe when she was with him no matter how frustrated she was with him. She backed down on every single issue, question, or disagreement with Alejo and Joe, with no exceptions. I'm the same way. It's easier for both of us just to give in, not say anything no matter how frustrated, uncomfortable, or angry we are, do whatever makes the people in authority happy, and to take care of other people's needs by giving them whatever they want.

352.    An "argument" for Wendi and Joe usually meant Joe was angry with Wendi and yelling at her. At the start of an argument she might disagree with him once, or at least try to start disagreeing with him, but she always gave in after that and it never went beyond that from her side that I ever saw over the whole time that they were together. The arguments Wendi and Joe had were a lot like the ones Alejo and I had, with Wendi giving in and just trying to help Joe or make him feel better, which sometimes could get heated. Over the years I never saw or heard about them having a fight in which Wendi energetically disagreed with Joe about something.

353.    Wendi and I are both like chameleons. We both tell people that we're fine no matter how we are, even with people you normally share problems with, like family. We change so that we fit in. We do this because it's ingrained in us that the other people know what to do and how to do it right. They have it together, so what they're doing is

Initials

what you'll do. It's safer to be fitting in, and not drawing attention to yourself. It's easier to lay low and survive than to rock the boat. Sometimes you still get punished or people don't like you. The most important thing is that you need to learn to make people like you. It's like a form of obeying and acquiescing. You just do whatever the other people want and give in to whatever they think. That's the main way both Wendi and I have stayed safe and survived throughout our lives. Obeying those who are in authority over you is the foundation of our lives for Wendi and me.

354. Even though I obey authority, I'm not always comfortable with people in authority. I feel like I'm not good enough for people in authority. I don't feel equal and don't feel that I'm at their level.

355. When we were first in Casa Grande after Alejo and I were first married, we had church meetings at our home. One of our friends told Alejo once, "I don't ever know what Donna will say." We all thought it was funny at the time. I'm more concerned about fitting in than being who I am. The norm for me throughout my life is that I act differently, like I'm a different person, with each other person or group that I'm with.

356. I really don't know who I am. I know some of my attributes. I can be kind, compassionate, and generous, but I don't know what I really want. Who I am is defined by is who I'm with, or it's defined by who or what I need to fit in with or give in to. That also describes Wendi exactly. We are both so much the same in that way. She needs someone to fit in with, and she needs authority and a clear structure of rules to survive. She also needs someone to take care of. While she grew up that was Alejo, and not long

after she was an adult, that became Joe.

357.   Wendi can't function without structure in her life. The only time I can think of that she was in a situation in which there weren't clear rules was when she first went out on her own as an adult. Even then, she found new people to give in to and to take care of. She met a lady at her first apartment and started going to bars with her, something she had never done before that. The lady's needs gave Wendi's life structure, and gave her someone to fit in with, and the lady was also a mess, so she was someone for Wendi to take care of.

358.   As Wendi was growing up, I believed she was prone to being raped and sexually abused. I worried consistently about her being raped and believed that that would be the worse thing that could happen to her. From the time she was a toddler right up until she was arrested, Wendi was innocent in a lot of ways. She thought the best of everyone. She was always very trusting and vulnerable. She never thought anyone would ever hurt her and she never even thought anyone wouldn't like her. From the time she was born she was open, unprotected, and vulnerable, starting with Skip and Skip's dad. That kind of thing was never a concern for me when I was growing up. Everyone around me took care of me. After the time I was in Tucson in grade school through high school there were guys around me who were a year or two older than I was. They had my back and watched out for me. Wendi didn't have that.

359.   When we did fundraisers later on with 91st Psalm Church when Wendi was a pre-teen through late teen, she just knocked on any door in any neighborhood and

141 of 162

Initials

believed that she would be fine. From the time she was little, Wendi was bold, innocent, and trusting, which is a dangerous combination that made her vulnerable. People hurt you and abuse you if you let them, and Wendi never had any way to protect herself from that and most of the time was so innocent that she wasn't even aware that it was possible to be hurt.

360.    As hard as it is to say, the truth is that my worrying about her being raped while she was growing up was a concern that it might happen again, that what I strongly suspect happened to her when she was little with Skip, Skip's dad, and Skip's brothers would happen to her again, that because she had been sexually abused as a child that made her prone to being sexually abused and raped later, and that it was my fault it happened the first time and it would be my fault if it happened to her again because I had let it happen when she was so little. I went through all of those fears and those feelings without ever fully admitting to myself or allowing the realization to form fully that while she was growing up Wendi had been sexually abused.

361.    Wendi was a smart kid and teenager in some respects. She passed her class subjects at Harvest School with honors, but she has always been naïve and gullible to the point of sheer stupidity when it comes to trusting people. When she was a little child, there was no such thing as a stranger in her world. Everyone was her friend. As a child she approached and talked to any adult, man or woman, in any neighborhood and it was always completely incomprehensible to her and never registered with her that someone might hurt her. She was never able to conceive, even after she was an adult, that people

Initials

could possibly lie, mislead her, deceive her to cause her harm, or be dishonest with her in any way.

362.   From the time we started at 91st Psalm Church and School when Wendi was about ten years old, she gave away her lunch to anyone who asked for it. I saw that happen repeatedly during the first year or two after we started with 91st Psalm in the little lunch area in front of the church while I was working as a monitor for the school. One boy or another finished his own lunch and then said something like, "I'm still hungry," or "Boy, your food looks good," to Wendi and she immediately gave him her food. This went on for years at the school even after Wendi became a teenager, with Wendi going hungry to give her lunch to the same boys over and over again after they ate their own lunches just because they said they were hungry. It never got through to her that they were just taking advantage of her to get her food, that if they were really so hungry after eating their own lunches that they could just bring more food for themselves, and she never stopped believing them when they told her they needed her food. To her she was just giving food to someone who was hungry and needed it.

363.   The only reason she had clothes as a kid was that there wasn't anyone else around who was her size to give them to. From the time she was a small child she gave away almost anything she owned to anyone who wanted it, even if she needed it and the other person was obviously just taking advantage of her.

364.   She couldn't conceive that people might be dishonest. For example, when she was seventeen or eighteen years old and going to classes at Central Arizona College,


Initials

I bought her an expensive, really nice leather coat. One day when she went to class she parked and left the coat in the car without bothering to lock it, and the coat was stolen. She was always sure no one would bother her stuff. She wouldn't steal someone's coat, so she couldn't believe that anyone else would steal hers.

365.    Wendi is the about the most gullible and trusting person who you could ever meet, to the point of sheer stupidity, especially with money. She has always been a real sucker, the perfect target for anyone who wants to take advantage of her. I and other people who have been close to Wendi have thought of this as being generous but a lot of it is really just plain stupidity. From the time she was a child she gave whatever she had to anyone who wanted it. If somebody liked or asked for something she had, she just gave it to them.

366.    When it came to loaning other people money, she gave them whatever they wanted, even if she didn't have enough money to take care of her basic needs like food and utilities. No matter how obvious it was that someone was scamming her, she really believed that they would pay her back. She was taken advantage of again and again, sometimes over and over again by the same person, and never understood that she was being taken advantage of. After years and years of not being paid back for money she had loaned, she still didn't get it and was still loaning money to people and even the same people who had scammed her all along. I know a few examples just because I accidentally stumbled across them when I was with Wendi, or Wendi ended up having to come to me to ask for money for things she needed to survive because she had loaned

Initials

whatever money she had for basic expenses like food and gas to someone who didn't pay her back. She came to me that way for money to meet her basic needs several times after she was out on her own as an adult and while she was with Joe.

367.    There was one time when Wendi gave some relative stranger, a guy at the apartments where she was living, $400 because he said he needed to buy new tires. She had heard somewhere that his dad was wealthy, so she figured he'd be good for the money, and he said he needed tires, so she gave him her money. It never occurred to her that if the guy was getting money from his dad who was supposed to be so rich, he should have been able to afford tires on his own. He wanted her money, so she gave it to him. It was that simple. It was totally obvious to people who knew her that she was being taken advantage of, but not to her. She could never see or understand it, even when it happened over and over again. For a few months I asked her every time I saw her about the $400 to the point that I nagged her. Finally she told me, "Mom, I wish I hadn't told you about loaning the $400." She wasn't upset about loaning the money, but just wished she hadn't told me because I kept bothering her about it.

368.    Even Barbara Mitchell, Wendi's cousin who was more like a sister to her, took advantage of Wendi's gullibility about money. After Wendi was out on her own, she had a waterbed that had cost $600 to $800. It was the bed she was currently using, not an extra bed. Barbara liked it so Wendi agreed to sell it to her for $200. Barbara actually paid her $50 or $100 when she took the bed, and never paid the rest, so Wendi was without a bed to sleep in and had almost nothing to show for it, just because Barbara

145 of 162

Initials

wanted her bed.

369.   Another time I gave Wendi my credit card to get something for herself that she needed, and after she returned the credit card there were a lot of charges on it. When I asked her about them, Wendi said that Barbara had needed some things and needed to get some gifts for people. Barbara promised Wendi that she would pay me back for the charges, and Wendi was so gullible she couldn't conceive that Barbara wouldn't pay me back, so of course it was fine with Wendi for Barbara to put the charges on my card. It was obviously a lost cause to get Barbara to pay me back, but Wendi couldn't see it. Wendi paid me for the things she had bought, but the money Barbara put on my card was down the drain and Barbara never paid me back.

370.   When Wendi went to jail after Joe's death, after she had been charged with murder, she didn't believe that the jail authorities recorded our conversations even though that was the explicitly stated policy. She just talked freely about her case with me, including things that could potentially be used against her. When I told her to be careful about what she told me, she said things like, "They're not recording us," and "Nobody here will treat me bad." She was in la la land. She was much more concerned about helping other people in jail than she was about the murder charges she was facing. She wasn't at all concerned for herself and hardly concerned about her case, but was very concerned that I bring a Bible to give it to some other prisoner. Whenever someone she had met got out of the jail, she wanted me to help them, go visit them at the halfway house, or give them money. She constantly had me put money onto the accounts of other


Initials

prisoners when we didn't even have enough money to hire an attorney to defend her, and I did put the money on other people's accounts. At the time I felt that I put more money on accounts for other prisoners than I put money on her account. She wanted me to do that because they didn't have parents coming to visit them, or at least they said they didn't. She was a true sucker, and I was too for going along with her.

371.   Wendi was so clueless while she was on trial for murder, when she and I were both facing an intense level of hatred from the Andriano family in the courtroom that she actually told me, "I just want you all to be friends after this is over," meaning me, Alejo, and the Andrianos. She said, "I know they'll never forgive me but I don't see why they wouldn't want to get along with you, and why you all can't be friends again." She really believed that Alejo and I would patch things up somehow with the Andrianos when it was beyond obvious to every other person in the courtroom that that wasn't going to happen.

372.   Wendi still never believes my visits with her in prison are being recorded and listened to by the authorities at the prison. Since the time Wendi first went into jail, she knew the policies of the jail and prison were to record all conversations with family and other visitors but she always tells me, "Don't worry about us being recorded. No one's going to listen. No one's going to record us." She has had ten years of trial and incarceration and is on death row after her confession to police was recorded and used against her, and still doesn't get even now after everything she's been through that she can't trust the prison system not to record her and not to use whatever they record against her.

Initials

It's amazing to me that after all these years in the system, she still doesn't get that. At my visit with her on January 10, 2011, she told me "Why would they want to record me?" She still doesn't understand that it's not safe for her to trust the prison authorities after she has been sentenced to death and she's been in the system for more than ten years.

373.   I like shopping, It's a release for me, a happy or even euphoric time. I prefer to do shopping for other people. I like to give people things, especially if they don't have much. I fall in love with buying things and having stuff. The problem with it is that it becomes a habit, like an addiction, and I get into a mode where I'm shopping a lot.

374.   I always want to get things on sale. That feels really good to me, and I have taken pride in doing that. The hard side of it is that the bills come and I get into debt, or I spend all my cash and don't have enough money for basic expenses like gas for my car, and then I worry about money and being able to make ends meet. This has been going on since after we returned from the traveling ministry around 1979 or 1980 until now, even when we didn't have much money such as when I was watching DES kids and doing childcare in my home for the State of Arizona.

375.   I often don't use the items I buy, like just recently over the past few months, I bought a lot of equipment to make greeting cards but still haven't used it or even taken any of it out of the boxes. I'm buying stuff now because I'm telling myself this way I'll have the stuff and be able to use it when I retire.

376.   I got into a bad situation with shopping too much during the last few years


Initials

before Joe died. I put $5,000 in a cash advance onto a credit card to give the money to Wendi and Joe. I shopped a lot on credit cards, mostly for Wendi, Joe, and their kids, and built up a big debt on lots of cards. The debt became too much for me to carry and we filed for bankruptcy after 2001.

377.   I have experienced a lot of shame throughout my life. Filing bankruptcy made me feel shame. I got through it by trusting God. I told myself that if I have to go through bankruptcy I would trust God and go through it. I didn't want anyone who had been with Harvest Church to know about it. The attitude at the church was that as church leadership, you should never have financial problems. If God didn't step in and pay for your debts, it meant that you weren't legitimate church leadership, and also I didn't want people at the church to think that we weren't able to take care of our finances.

378.   At the time of our bankruptcy, I couldn't make payments on the Mazda and truck and my car. There was no way for me to afford both. I also let the Yukon go. I just parked it at a shopping center, and told the bank where it was so they could come get it. I also let go of the timeshare I had been paying on for Wendi and Joe even though I had only a few more payments on it.

379.   I learned a few years ago that I can shop, look at the stuff and see everything, put it in my basket for a while, and then I can take it out and don't have to buy it anymore, so that helps.

380.   I surprise myself in how I behave at parties. I tend to be bouncy and overdo it, almost like I turn into an instant socialite, bouncing around the room, getting interested


Initials

in everyone and talking to everybody, which is the opposite of how I am the rest of the time, and then I feel guilty for flirting or because the men or their wives and partners might think that I was flirting, which isn't what I'm doing from my side. I'm just kind of on a high and having fun talking to everyone.

381. Sometimes I get into the mode of talking for a long period of time because it feels so good. This can happen in a group when we don't really have much to talk about, or sometimes when I'm with just one other person. I can ramble on with an acquaintance for an hour with me doing most of the talking, about topics that aren't really personal or important but it just feels good to be talking. I might go on for a lot longer but usually it's limited because I have to get home or have something else planned.

382. For the most part I don't like talking on the phone, but sometimes I do, and then I talk a whole bunch and just ramble on about whatever. I have both extremes with talking. Sometimes I won't talk and won't say anything at all, and others I talk someone's head off.

383. My house is a mess, partly because I have too much stuff but I'm doing better with getting it cleaned up. I buy and hoard food and always have a freezer full of extra food. We didn't buy good or expensive food when I was growing up, just staples and basic stuff, and sometimes we literally had only flour and salt in our food cabinet. I think of myself as having a poverty mentality that I learned from my parents.

384. I also experienced a lot of distress about food in my twenties while we were with the traveling ministry. We experienced lack, hunger, and going without, and we dug



Initials

into garbage and trash-picked to find food so that we wouldn't go without. Normally we at least had beans to eat, but Wendi as a child and I in my twenties experienced a lot of trauma about food during those years. At the time, in the situation, we knew God would take care of us. It was traumatic but we had our faith and believed everything would work out. Having better food that I like stored up has been part of my life as an adult, at least since the traveling ministry.

385.   I tend to be all or nothing about many things. I have a fear of the unknown and don't want to try a ride or new experience until I do, then I want more and more.

386.   With work when I have a big project, I tend to wait until the last minute and then push really hard to finish by the deadline. My supervisors and other people on work projects know I'm that way and often give me their inputs late knowing that I'll still get it done. When the deadline approaches I go into a pleasurable phase where it's almost like a relief or a release to stay until midnight to get the project done. This can go on for many days, every day, sometimes for two weeks or longer. I can go on this way for at least two weeks, working nonstop for ten to fourteen hours or more per day easily, sometimes more, without taking lunches and with almost no breaks.

387.   Once the project is done, I always crash, and the longer I go on that way, the bigger the crash. I know that I'll meet the deadline and I also know I'll need a break after I do because I will have fried myself. When the crash is bad I become physically sick, or when it's less bad I sleep a lot more than usual. When the crash isn't that bad, for a day or so I'll stick with routine or dull tasks at work, the kind of stuff that's so familiar

Initials

to me after working there this long that I can almost do it in my sleep, until I can focus again on more complicated work and start another project.

388.    I know I can get into that mode and am very good at using it to make up for lost time when we're behind on projects at work and for the benefit of my employer. There's no financial benefit to me from working this way. I don't get paid anything extra for putting in all the extra hours. They don't have to pay me. I'm not in it for the money. It's a little self-destructive but I like how it makes me feel. I get into that mode fairly regularly, every few weeks or several times per year and I don't pay attention to much else other than work when I'm in that mode. It was the same when I was in that mode while raising Wendi or other kids; I wasn't paying any attention to them or even noticing what was going on with them.

389.    I can usually enter the mode of working nonstop by choice, and sometimes I enter it when I don't have to. I just stay and do the work right then and there because it feels good even if there's no deadline or any other reason that I should.

390.    I'm also a perfectionist. At work this comes out when I do lots of research or whatever is required to make sure the final work is the best it can be. I can get stuck on projects if I don't know the exact details, if I don't know exactly what management wants or what I'm supposed to deliver, and if I get too much information coming in all at once I reach a point where I freeze.

391.    When I went back to school for a couple of years in about 1994 to 1995 for respiratory therapy, while Alejo and I were raising Brandon, I was in the same mode that



Initials

I get into now at work, and I overdid all week long. On weekdays I went to school in the morning and the movies in the afternoon. In the evening I came home and had dinner. Then I did homework, like writing papers or memorizing, until at least midnight or 1:00 a.m., sometimes later. I went to bed for a few hours and was back up by 5:00 a.m. to 6:00 a.m. to go back to school and start the cycle over. On weekends I crashed and could hardly function until Sunday evenings when I stayed up late to do schoolwork for Monday. This went on for two years, and during this time I didn't pay attention to Brandon or what was going on with him, the same way I didn't earlier with Wendi.

392.   In recent years, Wendi has kept telling me, "Mom, you need to slow down and think." I don't want to think because it's too painful. I can buy journals but I can't write in them. Wendi wanted me to write my life history and family stories to give to Nicholas and Ashlee for a time when I will not be around anymore, but I couldn't do it. I also don't want to write and then have to read what I've written.

393.   I'm able to bounce around at parties or events and talk to people, but I don't have lasting friendships or personal connections with people. After a party if someone invites me over to their house, I won't go, and if they try to get to know me, I withdraw or find a way to cut them off. Superficially I am very nice to people but if someone wants to get closer I always pull away. I was friends with Alice McGuffee when we were girls in grade school, and to an extent now, although I still keep her at a distance, with Linda Robertson for the last three years of high school, and had a strong connection with Ron around the time that Skip and I were getting divorced, but he died before we really got to



Initials

be good friends. From Linda in high school until now, for more than forty years I have never had a best friend or even a good friend, never someone who I really opened up to, trusted completely, or was intimate with. That never happened with Alejo or anyone else.

394.   From the time I was a child until now, I haven't enjoyed my life very much. It never mattered to me if I was happy or if I was enjoying myself. What other people thought or what they might think was always more important to me than being happy. From the time I was a kid, being happy for me has been like when a rainbow comes out. It doesn't happen very often and doesn't last very long.

395.   You know how when you're driving you just feel like steering your car into the headlights of an oncoming car, or you wonder what it would feel like to drive off a cliff? I've had thoughts like that for many years throughout my adult life. I still get urges to just end it all. The last thing I really enjoyed in my life was being around my grandkids, Wendi's kids, ten years ago. Since 1996 I've also enjoyed some of my work at the hospital, and occasionally have fun at a party, but that doesn't go very deep or amount to what I would call happiness. There was a period of time when Wendi was about three or four years old, while I was Terros, when Skip and I had separated but weren't yet divorced, that I liked my life because people liked me.

396.   In 2004, the year of Wendi's trial, I had a plan to kill myself. Brandon had left and didn't love me. Wendi was gone and in the prison system. I wondered, "What kind of mother am I?" We lost the grandkids in the child custody dispute. By March or April of that year I decided that if Wendi was found guilty, I would kill myself, and I

154 of 162


Initials

started saving my prescription pills to do that. During the trial in particular, I frequently felt like driving into the headlights of another car.

397. By October the trial hadn't gone well and I told myself I would do it after the jury came back with the guilty verdict. I was comfortable, peaceful, and calm with the idea of killing myself. I had planned out every detail. I had stashed plenty of pills including Clonazepam, Ativan, Ambien, Cymbalta, and a painkiller, more than enough to succeed with suicide. I didn't take my prescriptions very consistently, and when the doctors offered more pills, I accepted and filled the prescriptions but saved the pills.

398. If I was going to kill myself, I was going to do it right with no chance that I would survive. I did some research online to find out how much an overdose was for my medications but didn't need much research because I have a medical background and knew what it would take to kill myself. Part of my training as a respiratory therapist was about medications and I knew which ones would slow my heart.

399. I had been in enough emergency rooms back in the day when I volunteered with Terros to know that if I was going to kill myself, I had better do it big. Otherwise they just fill your stomach with charcoal and you heave it all back up. My plan was to take all of the pills I had stashed plus painkillers, and that's all you need as long as no one gets to you in time to get you to a hospital. I knew I could do it just before bed and no one would bother me until sometime the next day when it would have been way too late to help me. I knew that I wouldn't leave a suicide letter because I'm not the type for drama and I don't want or care about drama. I planned to ask God to forgive me as I was

Initials

going down.

400.    I sought counseling in 2004 because I knew that I would go through with the plan and I knew that I would succeed with suicide. In October or November of 2004, I called Rona Curphy, who was the CNO, or Chief Nursing Officer at the time, and now is the CEO, or Chief Executive Officer, at Casa Grande Regional Medical Center where I work. I told her that everything had become too much for me to handle and asked her if there was someone I could talk to because I wasn't safe with myself. There wasn't time to go through our Employee Assistance Program or "EAP" to get insurance approval for counseling, so Rona had me talk to Sandy DeCuzzi, a geriatric counselor on staff at the hospital.

401.    Sandy got me through it. She worked on my guilt to talk me out of suicide. She asked me, "What would Wendi and your family do without you? What would it do to Wendi and what position would it put her in if you kill yourself?" I wanted to be gone but couldn't justify following through with it when Wendi still needed me. I would have killed myself for sure if Wendi didn't need me.

402.    Years ago Wendi asked me to be there at the time that she is executed, and to stay alive to help her while she's in prison. She tells me, "Mom, I need you. Dad won't take care of me if you're gone." I've stayed alive and not killed myself basically because she would need me to be there even though I don't want to be there, and to be there for her now while she's in prison. I'm in it for Wendi and because it would be so hard for her if I ended my life, but there's no guarantee that I won't kill myself once Wendi no longer

Initials

needs me.

403.   I still think about the child custody dispute Alejo and I had with the Andrianos and Lambeths over my grandkids. I desperately miss my grandchildren. The Andrianos and Lambeths won't let me have contact with them, and they even refuse and return cards unopened that I send to Nicholas and Ashlee. I'm still so hurt about that and it's hard for me to believe that they would be that way. They're taking their anger out on me when I did a lot for Joe, put a lot of time, money, and effort into taking care of him while he was with Wendi, and was probably closer to him than they were. I did a lot to help and take care of Joe, and it's hard for me to understand why they need to punish me to the point that I can't see my grandkids or even have receive or send them a card.

404.   During the last ten years or so of my mom's life, she frustrated me a lot by abruptly ending conversations on the phone. Often when we were talking and in the middle of a conversation, she just suddenly had to stop talking and get off the phone. Now I find myself doing that. I just need to get off the phone, so I stop family members in the middle of a conversation, like with Brandon, I tell him, "I love you and I miss you. I'll talk to you later. Bye," and I hang up. I reach a point where I'm just done talking and the idea of continuing to talk is intolerable.

405.   My mom became suddenly furious at times, and had rapid mood swings, which often hinged on my dad drinking and being unfaithful.

406.   There is a history of bi-polar disorder in my family. My sister Nadine was diagnosed with bi-polar. She suffered from migraine headaches as long as I can recall,

and my mom, Grandma Ina, and Nadine all told me that she had had migraines since she was a young teen. My grandmother, Ina also had migraines her whole life. Nadine told me that her daughter, Marjorie also suffers from migraines and was diagnosed as bi-polar in her 30's. Marjorie's daughter, Kayla, also has migraine headaches.

407.    Grandma Ina was all over the place with her moods. She changed quickly back and forth from being a calm Grandma baking in the kitchen to being enraged or hostile. When I was around Grandma Ina, I never knew how she was going to be. My uncle Lou once told me that Grandpa Pete told him that grandma Ina tried to kill herself. In a separate incident, at the time of her death, she was in the hospital for her migraines. She died in the hospital when she fell out of bed and hit her head. Grandpa Pete always suspected that it was a successful suicide attempt.

408.    My sister, Nadine, was highly sexually active to the point of being scandalous in her twenties, also in her late teens and early 30's. She had a big problem with TV shopping on HSN and QVC shopping networks. She ordered lots of things, then got the boxes and didn't even open them. Sometimes she sent them back or had Alejo send them back for her. I know how good it feels to order like that. Nadine could talk on the phone for hours and hours, and her daughter Margie is the same way.

409.    While I grew up, during times when Nadine lived with my parents, she was very neat and particular. When I was a toddler, if I moved something in her room, even something very small such as moving a single book from its place on a shelf, it completely unnerved her and she literally screamed at me or literally started crying and my mom had

Initials

to calm her down. She became hysterical at many times during her life, but when she was hysterical, it wasn't to get attention and resulted from real distress. While I was growing up, Nadine was also always taking medications. She took things to pep her up and then to calm her nerves and then DID to be able to sleep.

410.    When Nadine was in Chicago, in about 1968 or 1969, she received mental health treatment because she was addicted to uppers and downers. After living in Ethiopia in the early 1970s, Nadine and her husband Clark moved to Florida where Nadine received shock treatments. Sometime in the 1990's, she attempted suicide. She went to a hotel to kill herself with pills and telephoned Clark to say that she was not coming back. She wouldn't tell him where she was; however, the police were able to locate her car through an onboard tracking device. By the time they got to her, she had already started taking the pills. After she was prevented from committing suicide, Nadine spent two or three months in an inpatient psychiatric facility.

411.    I went through a period of time when we lived in the house on Cedar when I also became distressed if everything wasn't exactly how I thought it should be. For example, if my father came to visit and smoked a cigarette, as soon as he put the cigarette out in the ashtray, I had to empty and clean it even though I knew he would soon smoke another one. I made sure the baseboards were scrubbed twice or three times a week and I made Wendi and her cousin Barbara clean them. Over time, I realized I was making myself sick and so I slowed down and eventually was able to be less stressed out about having everything perfect in the house.

Initials

412.   Over the years I have gone in the other direction and find my house is not organized or super clean. I have a hard time letting go of things, of physical objects that remind me of people. It is something that has grown over the years. Alejo yells at me for hoarding things and he claims he does not hoard but that is not true. His truck is always a mess and filled with empty cups, napkins, and trash. When Alejo went to Texas to help Nadine after her husband Clark died, I felt like there was a breath of fresh air in my home and my life. Alejo keeps the house dark with all the windows closed. When he was gone, I opened the windows and let the light in and I felt much better.

413.   Marjorie, who we call Margie, Nadine's daughter, has extreme mood swings. At times she can be the happiest person you could ever expect to meet and at other times, vicious and violent. She goes from fits of screaming and cursing to being nice and docile. She goes into the screaming fits suddenly, and can transition back to being happy and as calm as can be as though nothing happened within an hour. When that happens, family members are often standing around shocked, and Margie doesn't seem to think it's a big deal. She and her husband Jeff have been physically abusive toward each other. Nadine gave Margie thousands of dollars over the years to encourage her to leave him but still she has not left him though as far as I know the abuse and violence continues. Margie was so crazy that even Nadine was afraid of her.

414.   Clark Jr., Nadine's son, who we call Junior, came to stay with Alejo, Wendi, and me one summer when he was about ten or eleven years old. He's about a year younger than Wendi. During the time he stayed with us, he had curious habits. He was


Initials

making holes in it too

always biting his shirt and for no reason he could explain, he cut up the sheets on the bed. He had mental health issues as a child and was seen for neuropsychological testing as a child. Nadine was also afraid of him because of his violent rages.

415.    Now as an adult, Clark Jr. literally begins living on the street suddenly if he doesn't take his medication regularly. He has been diagnosed as having Attention Deficit Hyperactivity Disorder (ADHD).

416.    Margie's three oldest children, Brett, Kayla, and Tyler, are on medication for mental health and behavioral issues, and were prescribed medications for these issues beginning before they started grade school. The baby, Logan, is only about a year old so we have yet to discover what issues he might have. Margie's daughter Kayla also has been diagnosed with bi-polar disorder. She has extreme, wild mood swings. In addition, Kayla was diagnosed as having ADHD or Attention Deficit Disorder (ADD).

417.    Prior to Wendi's trial, although I had contact with Wendi's attorneys, I was never questioned very thoroughly about our family history or the things I have discussed in this declaration. Much of what I provided to the attorneys, I provided on my own, with no instruction or guidance. I simply typed things up that I felt they should know. If I had been asked about the things in this declaration at that time, I would have provided the information that I have provided here and whatever else was asked of me.

Initials

418.    Prior to my testimony at Wendi's trial, no one prepared me for what would happen in the courtroom. If I had been asked to testify to the things I have stated in this declaration, I would have done so.

I have read the foregoing declaration consisting of 162 (one hundred sixty-two) pages and 418 (four hundred eighteen) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this 19th day of June 2011 at Pinal County, Arizona.

Donna Ochoa

Initials

# Exhibit 28

## SUPPLEMENTAL DECLARATION OF DONNA OCHOA

I, Donna Worsham Ochoa, declare as follows:

1. Wendi Andriano is my only biological child, and the only child I had with my first husband, Shelby Wade Wayne ~~Wade~~ "Skip" Robertson.

2. In paragraphs 68, 69, and 83 of my declaration signed June 19, 2011, when stating that I drove around with my dad in the car while he was drinking alcohol, this began before I had a driver's license when I was fifteen years old and continued after I obtained a driver's license.

3. I worked full time at Arizona Land Title and Trust Company in Tucson, beginning shortly before I became pregnant with Wendi in 1969 until Skip and I moved to Groom, Texas in about June of 1970, when I was about seven months pregnant. I worked part time in Groom tallying sales for the truck stop where Skip worked, until Wendi was born. I was not employed from the time Wendi was born for the short period we remained in Groom, and for the first couple of months after Skip, Wendi, my mom, and I returned to Phoenix.

4. I worked full-time from about November, 1970 until about May, 1975, just before I married Alejo. I was not employed from about May, 1975 until we joined the traveling ministry in June, 1977. From June, 1977 until September, 1979, I preached and ministered with the traveling ministry and had no personal income or employment per se. Although Rick and Al may have spread the income that the traveling ministry received


Initials

among various members for tax purposes, and Rick or Al may have submitted tax returns that I signed showing that I earned self-employment income during that time, I never personally received or had access to the money. After the traveling ministry, for a couple of years I worked as a certified daycare worker through Arizona's Department of Economic Security, babysitting and watching underprivileged and orphaned kids at my home. I began full-time work for 91st Psalm Church by fall of 1979, and thereafter continued working full-time at various jobs ⊗ for the remainder of the time Wendi was growing up, until she became an adult and thereafter to the present, except for about 18 months from March or April of 1994, the year Wendi was married, until September or October, 1995 while I went to school full-time. During that time I went to school full-time, I was also working part-time about ten hours per week selling Avon products, something I had done since 1986 or 1987.

5.  Paragraphs 122 and 127 of my declaration signed June 19, 2011, which state that I worked tallying daily sales for the truck stop where Skip worked in Groom, correct paragraph 132 in that declaration, which incorrectly states that I wasn't working. Despite doing the part-time work in Groom, I had no spare money and my mother paid for almost all of my living expenses.

6.  Prior to Wendi's birth, beginning early in July, 1970, I had contractions constantly for nearly two months, day and night. I had them every night and occasionally during the day, so I never had a break of more than 24 hours, and often not more than a

Initials

few hours, between periods of contractions, until Wendi was born on August 26, 1970.

7.      Wendi and I moved forty-five times before she was ten years old, including thirty-four times while we were part of a traveling Christian ministry from the time Wendi was six to nine years old. We didn't have a permanent home while we were with the traveling ministry, and moved from one location to another, sometimes campgrounds or parking lots, every few days to few months.

8.      In 1974 or 1975, around the time I divorced Skip, I found out that my childhood best friend, Alice McGuffee, and her sisters, were sexually abused by Skip's brothers. Sexual abuse of children has been a common and consistent behavior of men I was close to throughout my life, with the Robertson brothers sexually abusing Alice McGuffee and her sisters while I was growing up, the first man I had sexual intercourse with when I was underage and he was several years older, my first husband Skip going to prison for sexual molestation, and Skip's brothers, Skip's dad, Rick Barnes, and Alejo all being sexual abusers of children. When I found the materials showing that Rick Barnes had molested girls sexually in Thailand in late 1974 or early 1975, I told myself, "Can't I get away from these people?" meaning child molesters. I never could seem to do so.

9.      Alice's younger sister, Charlotte, told me about her and her sisters being sexually molested by the Robertson brothers. At the time, Charlotte was glad to learn that I wasn't with Skip anymore and that I was no longer involved at all with the Robertson family. Charlotte said that many of the adult Robertson brothers sexually abused her and


Initials

her sisters while they were children. The abuse occurred regularly over a period of years while they were growing up. Whenever Faye wasn't around, the adult Robertson men sexually abused the McGuffee girls. Charlotte talked the most about AV, Jerry Don, and Tommie, all sexually abusing the McGuffee girls. The adult Robertson brothers sexually abused Charlotte, Alice, and at least one of the two younger girls, either Bonnie, who goes by the name "Deblen" now; Debbie, the youngest; or both.

      10.    It was hard to talk about those things with Charlotte, so I didn't ask for a lot of detail about what specifically occurred or what exactly the Robertson brothers did when sexually abusing the McGuffee sisters. One specific example of the Robertson brothers' sexual abuse of the McGuffee sisters that Charlotte told me about was a time that she came home when she was about fourteen or fifteen years old and either AV Robertson or Glenn Robertson was stretched out on the couch. AV or Glenn held his hand up and told Charlotte that he had female juices on his hand from one of her sisters.

      11.    Skip was about the same age as the older McGuffee girls, and was still growing up during the years that the McGuffee girls were sexually abused by the Robertsons. In a conversation I had with Skip early in 2011, he told me that he and Alice "messed around" and experimented physically as kids, when both of them were around thirteen years old, so it occurred during the time that Alice was being sexually abused by Skip's older brothers. Skip was a year older than Alice.

Initials

12. I have talked to Alice McGuffee a couple of times in the past ten years about the sexual abuse in her family while the two of us were growing up. We started out discussing how as adults, even when our lives are dysfunctional, and so many important parts of our lives are falling to pieces, each of us can still function in the employment and work arena. Both of us have successfully maintained careers despite everything else that's happened in our lives, in my case specifically from the time Wendi was arrested after Joe died to the present. Alice truly understood what happened to Wendi and related to her because Alice has a history of trauma and abuse that's similar to Wendi's.

13. In the talks we've had during the past ten years, Alice told me that it wasn't just the Robertson brothers who abused her sexually when she was a child, but Alice's biological father, Kelsey, also sexually abused Alice from the time she was a small child until he died when she was ten or eleven years old, before her mom married Buck Robertson and the sexual abuse by the Robertson brothers began. Alice was the oldest daughter, and the abuse from her dad was hard for her to bear. He made her feel guilty about the abuse, and told her not to tell anyone. She worried about her dad abusing her younger sisters as they grew up. Alice told me that when her father died in the mines when she was in the 5th or 6th grade, that it was the happiest day of her whole life, because the sexual abuse stopped and with her dad being dead that meant he couldn't sexually abuse her sisters.

5 of 45


Initials

14.  I was completely oblivious to the sexual abuse going on in Alice's family while I was growing up as her best friend. I was an only child, severely neglected by parents who had no affection for each other, and I had no clue and no way to understand or even notice the sexual abuse that was happening in Alice's family, despite the fact that I witnessed things that as an adult in retrospect I recognize as being inappropriate. I actually always thought that the McGuffees had the perfect happy family, the kind of family I always wanted, because it was a big family with siblings, lots of activities and things going on, and everyone involved in each other's lives. If I had known then what I know now as an adult, and if I had had the adult skills and perceptions that I have today, I would have recognized things that were going on in Alice's family as being odd, and in retrospect I can see some incidents as definitely being weird, mild things such as inappropriate grasping or touching of the McGuffee girls by the Robertson brothers while I was around and the girls had their clothes on, but at the time I didn't know that any of it was wrong or even unusual. I had nothing healthy in my own family to compare it with, and no context in my own life to recognize that anything was occurring other than the happy, normal family life that I thought the McGuffees had.

15.  When I spoke with Alice within the past ten years, she told me that her mom, Faye, went to California to visit Charlotte sometime during the mid 1970s, after Charlotte was an adult and married. Charlotte finally felt like she needed to bring everything out into the open so she confronted Faye about the sexual abuse by the

Initials

Robertson brothers when Charlotte and her sisters were growing up, and challenged her mom about it. Charlotte asked Faye why she allowed the abuse to occur and why she didn't put a stop to it. Faye got extremely upset and claimed that Charlotte was lying and that the abuse had never occurred. Faye went home, called Alice, and told her what Charlotte had said. While the McGuffee girls were growing up, Charlotte was always the prettiest of the girls and Charlotte was Faye's favorite daughter, so Alice was always jealous that her mom liked Charlotte the best. After the incident with Charlotte challenging Faye about the sexual abuse, when Faye was mad at Charlotte for bringing it up, that was an opening for Alice to displace Charlotte as her mother's favorite, which Alice did, and that caused a rift between Alice and Charlotte that lasted for somewhere around thirty years, their entire adult lives from that time until Charlotte died several years ago.

16.    I never intervened when Skip punished and potty trained Wendi in ways that were harsh or extreme while she was an infant and toddler. I trusted that Skip knew what he was doing because he had helped tend to his brother's kids while he was growing up. I never intervened at any time while Wendi was growing up when she was being punished or disciplined by anyone in a way that was harsh or extreme. In my religious practice during the time Wendi was growing up, the man or husband, and the male church leaders, had authority over what went on in the household and it was not the wife or woman's place to disagree with them.

Initials

17.   Wendi, Skip, and I spent a lot of time around Skip's brothers and his dad. The whole family gathered to watch ball games at one or another of the brother's houses. At these events the women cooked and the men drank alcohol. We got together with the Robertsons on most holidays, especially Thanksgiving. How many of the brothers came to the Robertson family events depended on who was out on the road driving trucks. Wendi was about age one to four when we attended these events. She was the youngest child in the extended family until Ophelia and Glen adopted their child. When Wendi was around the Robertson brothers, I usually cooked in the kitchen or talked with the other wives, and didn't pay much attention to Wendi or provide much supervision over what was going on with her. Skip's dad and brothers could easily have had sexual access to Wendi or other kids during these times.

18.   There were inappropriate incidents and behaviors that I saw personally after I was an adult with how the Robertson brothers treated the female children in their extended family. There was a sexual aspect to how the adult men regularly hugged and kissed girl children on the mouth, and there were other odd incidents that definitely weren't right, like how the Robertson brothers held or picked up girl children, because of inappropriate grasping or touching. They weren't blatant about it around the Robertson women or in front of a roomful of people, but I witnessed weird, inappropriate things the Robertson brothers did with girls in the family. I saw it with how the Robertson brothers treated AV's girls, the ones who Skip molested in the incident I described in paragraph

Initials

104 of my declaration signed on June 19, 2011, just as I had seen it with Alice McGuffee and her sisters when I was younger. Even with me being mostly oblivious and trying not to notice anything I considered creepy, I knew that the ways the adult Robertson men treated girl children in their family were definitely not kosher.

19. Skip, Wendi, and I went fishing and camping in the mountains from time to time, and sometimes one or more of Skip's brothers or their wives came with us, especially when Skip and his brothers were on jobs drilling for water in Payson and in Jerome doing core drilling for mining later during the time we lived in Phoenix after Wendi was born, and while we were living in Tempe when she was about two to four years old. Again, there were plenty of times while camping or fishing that Skip's brothers could easily have had sexual access to Wendi.

20. While Skip, Wendi, and I were in Phoenix, from the time Wendi was an infant until she was almost two years old, Skip's dad frequently asked me to let him babysit her. He wanted us to let him take care of her at his place while Skip was away and I was working. Skip's dad was an old man in his mid-sixties at the time and it was very odd that he was so persistent about wanting to babysit Wendi when she was so small. I don't consider it normal for an old grandpa to be so interested in babysitting an infant or toddler that he asks about it all the time. My sister-in-law at the time, Ophelia, the wife of Glen Robertson, said that Skip's dad touched babies sexually, and that he would have touched Wendi sexually while he watched her for the two or three days that Skip and I


Initials

were away in February, 1971, when Wendi was about six months old. She said, "You better keep Wendi away from the dirty old man," meaning Skip's dad, because Ophelia was certain that if he had any opportunity, he would touch Wendi sexually as he had done to Ophelia's baby.

21.     In 1971, at the time we concluded that Skip's dad abused Wendi sexually when she was a baby, it didn't seem like a big deal to me, and I didn't worry about it very much. The situation made me scared, but I didn't do anything about it because there didn't seem to be anything I could do. Later on, when Wendi was showing her private parts at daycare and initiating sexual behavior with other kids when she was about four years old, the situation with Skip's dad and the foregone conclusion among the wives of the Robertson brothers that Skip's dad had abused Wendi sexually seemed a lot more important.

22.     We had a one-year lease on the house near 32nd Avenue south of McDowell on the west side of Phoenix that we moved to in spring of 1971, so we stayed there for about a year. In about May of 1972, before Wendi turned two years old, Skip, Wendi, and I moved to a duplex apartment in Tempe, Arizona because the City of Phoenix was expanding the interstate highway, and the house where we had been living was in the way and scheduled for demolition. The title company that I worked for in Phoenix, US Life Title, allowed me to transfer to the Tempe office, and I continued working there for about two years, the rest of the time I was in Tempe. I'm loyal to a fault, to my friends, family,

Initials

and even employers. If nothing else, I'm loyal, so I stayed with the same title company as long as possible. My mom stayed in Phoenix in her little house near the freeway exchange, and continued working at Garcia's restaurant, so she wasn't able to help with daycare after we moved to Tempe. There was a period of several months to a year that Wendi was in daycare all day while I worked. Sometime after Wendi was two years old, I was able to enroll her in a Montessori school that was just down the road from our duplex, so after that she was there during the day while I worked.

23.     Tempe is about a half-hour drive from where my mother lived in Phoenix; it took more like forty-five minutes back then. My mom never traveled to Tempe to help with Wendi, but we did visit Mom occasionally, every few weeks or months, and also talked to her on the phone after we moved.

24.     We stayed in Tempe for a couple of years until about the time Skip and I were divorced in spring, 1974. While we were living at the duplex in Tempe, when Wendi was a toddler, she had chronic allergies that lasted over two years from the time Wendi was about twenty-one months old, just before she turned two years, until she was about four years old. Her nose ran all the time and it was hard for her to breathe. She never saw a doctor for her allergies, and after we moved back to Phoenix in 1974, they went away on their own. I never did figure out what she was allergic to.

25.     After moving to Tempe, I started smoking pot. I usually smoked pot on weekends over a period of about two-and-a-half years from around the time we moved to


Initials

Tempe until around the time I moved to Casa Grande to work for Pinal Alcohol and Drug

Abuse Council ("PADAC"). Also during this time, when Wendi was a year or two old, I

started smoking cigarettes again. After I put Wendi down in the evening, I went out and

hit the bars at night and smoked while I was at the bars, I took Wendi to stay at a twenty-

four hour daycare while I was at the bars.

*and my neighbor agreed to check in on Wendi.* ~~or~~

*Sometimes I* ← *also*

26.     Before I decided to leave Skip, beginning in 1972, I got to know a real-

estate guy at the title company in Tempe whose name was "Ron Kessler." I knew him at

work for a year or so before I starting dating him in about late 1973, while I was still with

Skip, during the time I was starting the process of leaving Skip. Ron and I cared a lot

about each other. He was my soul mate and soul companion, the only romantic partner

I've ever had who I really felt close to and trusted.

27.     Ron died in an airplane crash within several months of the time I started

dating him. He and another guy, a real-estate agent who lived with Ron, were traveling to

Colorado when the plane went down. After Ron died, I was never able to trust or bond

emotionally with another man the way I had done with Ron.

28.     I remember vaguely that Wendi took some short truck-driving trips with

Skip and Tommie when she was little, like to Nogales at the Mexico-Arizona border.

29.     Through another employee at the title company where I worked, I met a

man who ran Community Organization for Drug Abuse Control or "CODAC," which was

based in Phoenix. CODAC was an umbrella organization that applied for grants and


Initials

funding for many other organizations to fight drug abuse in Maricopa County, Arizona.

30. One of the organizations that CODAC helped to fund was called "Terros" and it operated from an old house in Phoenix, on Roosevelt Street. In 1973 I started volunteering there on weekend nights. They had a free clinic for people with sexually transmitted disease or venereal disease, a 24-hour hotline to help drug users, telephone counseling and regular counseling for drug users, and also ran ambulances for drug overdoses. There were so many people doing drugs back then that when there was a concert in Phoenix, Terros always had ambulances stationed at the concert. Terros treated and helped all kinds of drug users. We treated a lot of heroin addicts, primarily with methadone.

31. I went through the drug counseling program there and thought it was pretty neat. When I was going through the counseling program at Terros, we beat on pillows with a plastic bat as a way to process anger and emotion. I wasn't drug addicted but I wanted to become part of Terros because they took me for who I was, and they had no expectations that I would be different than that. In 1973 and 1974 I attended Phoenix College to obtain level one and level two certification as an "EMT," emergency medical technician, so I could go out with Terros ambulances as a volunteer worker on weekends. I wanted to stay at Phoenix College to become a drug counselor but couldn't continue when I moved to Casa Grande in early 1975 because the local community college didn't offer the classes I needed, and I couldn't get back and forth to Phoenix for classes.

Initials

32.    I was always busy during this time with working at the title company in Tempe, attending school, and going out with Ron, so I didn't see much of Wendi. During this time Wendi attended a Montessori pre-school during the day from about 1972 through 1974, and I put her in daycare in Tempe while Ron and I went out, while I attended school during evenings, and while I volunteered at Terros on evenings or weekends. I also drank a lot during this time, from mid-1973 until I started working for PADAC in early 1975.

33.    I was well trained to work at Terros but it was all-volunteer, never paid. I felt cared for and supported at Terros. That was the first time in my adult life that I ever experienced that. The people there weren't gaming to get something from me and weren't two-faced; what you saw with them was what you got. I tried to be Daddy's girl when I was growing up, but found out that he couldn't be trusted. Skip couldn't be trusted; he had us move to Groom while I was pregnant with Wendi so he could have an affair with another woman, and broke the one promise he made to me, which was that he wouldn't drive trucks. I had become paranoid about trusting people by the time I found Terros, and I never really overcame that, but I was at least able to relax a little more at Terros. I belonged there and was able to be of service there in a way that I never had before, and really haven't since.

34.    A lot of the people at Terros had used heroin and LSD, so that smoking pot, as I did on weekends, and drinking alcohol, was clean living to them. They discouraged


Initials

me from using harder drugs. It was a big change for me, and I felt protected and supported there. At times I actually felt like I was a little kid who everyone else was taking care of, which was a different feeling than I had ~~ever had before.~~ *had since marrying Skip.* All the people there were adults and I didn't have to take care of anybody as I had done with Skip. By then I had been through almost five years of Skip being drunk and coming home drunk demanding sex, having affairs, being vicious and verbally abusive, getting in accidents and into trouble with the law, providing almost no support, and being gone all the time. I really wanted to leave Skip and I was finally getting to the point where I thought maybe I could actually leave him.

35.    In 1973 while we were still living in Tempe, I tried to kick Skip out of our home a couple of times. He always had another woman who he was having an affair with on the side, so he always had somewhere to go when I kicked him out. But he kept coming back. I was wishy-washy with him for several months because I was afraid of him and didn't know how to tell him that I wanted a divorce.

36.    In 1973 or 1974, when Wendi was two or three years old, while we were living in Tempe and I was trying to get up the guts to leave Skip, I had another breakdown similar to the one I had right after Wendi was born. I cried uncontrollably for a day or so and then was completely absent mentally for a couple of days. I don't know where Wendi was or who looked after her, if anyone did, while I had the breakdown.

Initials

37.   I was afraid of what Skip would do when I told him I wanted a divorce. Finally, in about early spring, 1974, I presented divorce to Skip as a whole package so that he would agree. I told him that we would probably get married again in a couple of years. I didn't want to remarry Skip ever, but I told him that so it would be easier for him to accept a divorce, and it wouldn't seem like I was leaving him for good. I probably would have walked right back into the bad marriage with Skip if he wanted it and there had been a chance later to remarry him, even though by then I had had enough of him to know better.

38.   Skip and I filed for an uncontested divorce in Mesa, Arizona, in spring, 1974. The divorce was final in May, 1974. I had sole custody of Wendi. I didn't try to get much support from Skip because I wanted out of the marriage. Skip was supposed to pay $125 per month in child support for Wendi, starting June 1, 1974, but he only ended up making about two to four payments total over the first couple of years after we were divorced, and then nothing after that for the rest of the time Wendi was growing up. I didn't argue with Skip over child support or try to get the money from him because I wanted to stay clear of him.

39.   Skip saw Wendi only a few times after our divorce. The last time I know of that Skip saw Wendi was when she was about six years old. After the divorce from Skip I became determined never to marry again, but just a year later I ended up marrying Alejo. Later on, in 1976, Alejo and I used the lack of child support from Skip to pressure him to

Initials

agree to let Alejo adopt Wendi.

40.     Before we were divorced, Skip asked me to cosign so that he could buy a truck. He didn't make the payments on it after our divorce and that turned into a big hassle for me because the bank that Skip owed for the truck tried to collect payments from me. In the end I didn't have to pay for it because he took the truck debt in the divorce judgment.

41.     After Skip and I divorced, Wendi and I moved from Tempe back to Phoenix to live with my mom. I continued working at the title company in Tempe, smoking pot on the weekends, going to Phoenix College for EMT classes at night, and volunteering with Terros. Beginning in fall of 1974, I quit working for the title company and started working for CODAC writing grant applications, and Wendi stayed in daycare a lot because I was always busy. While working days at the CODAC center, I continued working nights as a volunteer at Terros. By fall of 1974, I had completed my EMT training, so I went on ambulance runs as a volunteer. Wendi was at a twenty-four-hour daycare on 7th Street during this time, and at times she was at the daycare for a couple of days straight without her going to my mom's place or being at home with me. I took Wendi to the twenty-four-hour daycare after she attended the Montessori School on weekdays, and dropped her off there before going to school, going out with Ron, or volunteering at Terros in the evenings and at night. There was a period of a few months in late 1974 when Wendi was at the twenty-four/seven daycare a lot. Sometimes my mom

17 of 45



Initials

watched Wendi for part of the day, until late afternoon, on weekend days, but my mom couldn't watch her all day even on weekends because my mom also worked weekends beginning late afternoon.

42.    I never took Wendi to the old house where Terros was headquartered in Phoenix because there were too many weird and potentially dangerous characters at Terros, but I did take her with me to CODAC regularly. Attached to the CODAC facility where I worked was a drug detoxification center used mostly by prostitutes off the street who were getting off drugs, or recovering after overdosing.  Compared with Terros, I considered the detox center at CODAC to be a relatively safe place for Wendi to hang out when she was a toddler. I brought Wendi in to work with me at CODAC starting when she was about three years old. I picked her up from my mom or from daycare at lunchtime, and brought her to CODAC for part of the day, usually about half of the day. From the age of three to four years old, Wendi went into the detox center and spent lots of time with the hookers and drug addicts there while I was working. I don't know everything that happened with Wendi at CODAC because I was working while she went into the detox center, but from what I saw, the hookers and addicts mothered her and watched TV with her. That's where she spent most of her time while she was at CODAC during my workday. I wasn't really paying attention to what she did and wasn't concerned about her safety with the hookers and addicts. My rationalization to myself for believing she was safe in the detox center was that there was always a CODAC employee

Initials

supervising rehab, but most of the CODAC employees were ex-druggies themselves, so in retrospect that might not be much of a defense for allowing her to hang out with the hookers and drug addicts. Looking back now I think I was an idiot or very naïve to let Wendi hang out with those people, but at the time I really had no clue that it wasn't appropriate.

43.     After I quit working for the title company and started working at CODAC, my style of dressing took a right turn and was totally different. I had worn wigs and business clothes when I was working at the title company. While I was working at CODAC and Terros, I wore long or cut-off Levis, a hippie, Indian-style shirt with colorful designs, and a leather hat from Olivera Street in LA. I dressed like a hippie to fit in and be liked at CODAC and Terros.

44.     In paragraph 168 of my declaration signed June 19, 2011, when I stated that Wendi was the "instigator" of sexual activity at the daycare, I mean that after having been raised by her biological father, Skip, who later served time in prison for child sexual molestation; after having been tended alone by Skip's dad during a time when it was treated as common knowledge among the Robertson family at that time that he touched babies and toddlers sexually; and after having Tommie and other Robertson brothers have access to her, that when Wendi was four years old or just before she turned four years old, she initiated inappropriate sexual activity with other kids at the daycare center who were also about four years old.

Initials

45.    My periods of alcoholism and being active sexually in ways that surprised me both ended by the time I was twenty-five to twenty-six years old and I haven't repeated those behaviors since then.

46.    I went to a conference in Scottsdale in about September 1974 where I met a guy named Rick Barnes who ran the PADAC drug program in Casa Grande. PADAC was an organization based in Pinal County that provided services and counseling for drug and alcohol users. PADAC needed someone to write grants to raise money for their organization, and Rick Barnes talked me into coming to work for them in Casa Grande.

47.    I interviewed with the board of directors of PADAC for the job in Casa Grande in about October of 1974. Alejo, my current husband, was on the board at that time. He was the only one on the PADAC board who was opposed to hiring me. There was no attraction or connection with Alejo whatsoever when we first met; just the opposite, because he didn't seem to like me at all and was not even in favor of hiring me to work for PADAC. Alejo dressed with the Terros hippie affect: Levis, long hair, and boots. He listened to alternative, Christian-based rock-and-roll for Jesus freaks.

48.    When I met Alejo, he had a friend named Calvin Lorts, who we call "Cal." Cal had gone to jail a couple or a few years earlier because he was caught in California running drugs. Alejo had known Cal for years before Cal went to jail because Alejo and Cal's younger brother, Barry, hung out together in high school. Cal was arrested in California when he was in early twenties in possession of a lot of marijuana, more than



Initials

one 55 gallon drum full of marijuana. While Cal was in jail after being arrested, Christians came into the jail to tell Cal and the other prisoners there about Jesus. The way Alejo and maybe Cal's brother, Barry, have told me the story, by some miracle the legal paperwork in Cal's case got messed up in California, and Cal got off on a technicality. That was Cal's awakening and made him a zealous believer in Christianity.

49.     After getting out of jail, Cal was not wanted by traditional churches in Casa Grande because he dressed and looked like a hippie. Alejo, Barry, and their friends also couldn't attend the regular churches for the same reason. They all became part of a group of Jesus freaks, 1960s hippies who had got saved and turned Christian, that rented a building in Phoenix and had church meetings there. The place was called "God's Warehouse" and it actually was an old warehouse. That's where Alejo had gone to church with Calvin before he met me. Cal decided to go into the ministry after being part of God's Warehouse, so he went to Rhema Bible College in Oklahoma to become a pastor. This was all in Alejo's past when I got together with him in about February of 1975. Beginning later in 1979, after our time with the traveling ministry, Cal Lorts was our pastor at 91st Psalm Church.

50.     In November and December of 1974, I commuted back and forth from Phoenix to Casa Grande to work at PADAC, where they gave me a solid sixty-hour, two-and-a-half-day long work shift from Friday evening to Monday morning, meaning sixty hours when I was continuously on duty, with a couple of hours of sleep at the most the

Initials

whole weekend. Some weekends I had no sleep at all for the entire sixty-hour shift. The police brought drunken alcoholics off the street to the PADAC facilities instead of taking them to jail, and I assisted in transferring the alcoholics to a facility in Eloy where they could dry out and receive help. The police also dropped people off at PADAC who were high on drugs, and I monitored them until they came down and then arranged for them to be taken home. During the shift, in addition to receiving, monitoring, helping, and transferring alcoholics and drug users, I also worked on overdose and emergency cases, conducted urine tests for drug users who were enrolled in rehab programs to confirm that they weren't using again, answered the hotline phones for drug users who were having bad trips or other difficulties, and talked to drug users who walked in and were in need of counseling or just needed to talk.

51.     I was extremely sleep-deprived during my very long, sixty-hour shift at PADAC every weekend. Occasionally I could catnap for a few minutes here and there or even catch a couple of hours sleep if someone else, like Alejo or his cousin Frank, or another friend or acquaintance who hung out at PADAC, happened to be there to cover for me. It really was an insane schedule but was also very exciting to me because I believed I was really doing important work to help people. I spent most of the day on Fridays, before the shifts started, trying to rest up in advance, and most of the day on Mondays and Tuesdays crashed out and sleeping, after going three nights without sleep over the weekend. I also slept a lot on Wednesdays and Thursdays.

Initials

52.     In addition to the weekend shift, I also came in to PADAC on weekdays to work on grants, usually afternoons on Tuesday, Wednesday, and Thursday when I was in a little better shape between the long weekend shifts, but I wasn't paid anything extra for the weekday work. Most of the grant writing I did was unpaid extra work on weekdays, but occasionally I worked on grant writing on the weekend shifts. I did the sixty-hour weekend shift for about eight months from about October or November of 1974 until about May of 1975. During this time I was working Friday night through Monday morning, mostly resting or incapacitated on Fridays, Mondays, and Tuesdays because of the long weekend shift, sleeping more during the rest of the week, and working at PADAC most afternoons from Tuesday to Thursday. That was pretty much my life during that time. As you would expect with the physically grueling schedule, I had very little energy, time, focus, or other personal resources to give to Wendi during this time.

53.     In January or February of 1975, I moved with Wendi to Casa Grande. Alejo and other guys from PADAC came to help me move, and they saw some marijuana roaches, meaning smoked marijuana cigarette butts, in between my mattress and box spring. Alejo wanted to fire me after they found the marijuana roaches, and later he told me that he took it as a sign that his instinct was right for not wanting to hire me.

54.     After moving to Case Grande in early 1975, I made friends with a woman named "Nicki Barnes." When I met Nicki, she was about eighteen or nineteen years old, about six years younger than I was, and by that time Nicki was already divorced from

Initials

Rick Barnes. Tascha, the daughter she had with Rick, was about two years old during the time I worked at PADAC, while Wendi was a couple of years older than Tascha. Rick introduced Nicki and me, and suggested we make friends and live together, so we moved into an apartment together in January 1975. I think the real reason Rick wanted me to move in with Nicki was to have me look after his young ex-wife and daughter. Nicki attended nursing school during the day, and the idea was that I could watch Tascha and Wendi while Nicki was in school on weekdays, while Nicki could watch the two of them while I was working on weekends. While we meant to share childcare duties for Tascha and Wendi, we were both so busy and overwhelmed that neither of us paid much attention to the girls.

55.     Wendi didn't go to daycare much during the time while I worked at PADAC. Sometimes she came in to PADAC with me, on weekdays as well as weekends. See paragraph 183 of my declaration signed on June 19, 2011 for a description of how Wendi played and begged on the streets, and hung out with people in the area, during the day while I was working the sixty-hour weekend shift and on weekdays at PADAC.

56.     It never dawned on me that having Wendi out there alone, begging in the streets or going over to Stoney's when she was four years old while I worked at PADAC, might be dangerous to her because of car traffic or any number of other things, or that she might be molested by a stranger or someone who she met in the neighborhood. It was not the safest neighborhood because of the clientele that PADAC served. My car was stolen

Initials

on one occasion while I worked at PADAC. When Wendi was older, doing missionary work and working to earn money for conferences as a pre-teen and teen, I worried more about something happening to her. While I was at PADAC, I didn't believe that people stole or harmed kids, or even think about it. For the longest time, ~~about seven~~ several of the eight months that I worked at PADAC, I didn't even realize that Wendi was gone at all, that she was out playing and begging in the streets, or that she went around the corner by herself to Stoney's. That whole time I thought she was playing on the sidewalk just outside the front entrance of PADAC. I learned about her wandering in about April 1975 when Alejo talked about it. He told me that she was out by herself and that the guy at Stoney's, whose name was Stoney, said, "Oh yeah, she comes over and spends time with me." It shows you how overwhelmed I was ~~as~~ at PADAC that I was so oblivious about Wendi that I didn't even know for ~~seven~~ several months that she was wandering around the neighborhood on her own. Looking back I really don't know what I was even thinking. Nicki's daughter, Tascha, didn't come in with me to PADAC because Nicki was out of school during the times I was working.

57.     Nicki Barnes, Alejo, and everyone at PADAC smoked so I was around it all the time, and I picked up the habit. I smoked a lot more for the first five or six month that I worked at PADAC in Casa Grande than I had in Phoenix after Wendi was born, and I smoked regularly when I was around Wendi. When I decided it was time to make it right with the Lord and stop smoking again in about May 1975, I had a hard time giving it up.

Initials

Before then I had been able to smoke a couple of packs over a weekend and then not smoke at all during the week, but by May 1975, I couldn't do that. It was very hard to quit, but I ate a lot of sunflower seeds as a replacement for the habit, and was finally able to give up smoking.

58.     Even when we were not at the PADAC facility, Wendi didn't have much attention from me during the period of eight months while I was working at PADAC. Tascha was two years old and Wendi was four years old during this time, and they played together a lot, both inside and outside our apartment, often unsupervised by Nicki or me, especially during mornings while I was sleeping in while Nicki was in school.

59.     I found out sometime in early spring, 1975, that an old lady who lived near our apartment sometimes watched Wendi and Tascha when they were outside on the sidewalk. Alejo came by to see me one morning while I was still sleeping while recovering from the past weekend at PADAC, and he saw a little old lady cleaning up the sidewalk outside the apartment I shared with Nicki. Wendi and Tascha were there with the old lady. When Alejo asked her what was going on, the old lady tittered and acted embarrassed. She told Alejo that she was cleaning up after Wendi and Tascha, and that some mornings the girls brought ketchup, eggs, or other food from our fridge and went out there to play with it on the sidewalk. The old lady always cleaned up after the girls so they wouldn't get into trouble. By the time Alejo talked to the old lady, the girls had been playing that way during the mornings for at least a few weeks, and had made messes on


Initials

the sidewalk with food on a number of different occasions, without me or Nicki ever having a clue that it was going on, which shows how much attention Nicki and I paid to Wendi and Tascha. Nicki and I had both cartons of cigarettes in the freezer, and that was about all we really cared about in the fridge at that time so we never noticed that food was missing.

60.    Rick Barnes, the director of PADAC, was another sex abuser of children. I just seemed to attract them wherever I went. A few years before I met Rick in 1975, he was supposedly interested in dating Nicki's mother, but he ended up getting Nicki pregnant when she was fifteen or sixteen, about three years before I met her. He married her because he had gotten her pregnant, and they moved together to Thailand, where Rick worked teaching English to children of Americans living abroad there. Tascha was born in Thailand, but Rick had to return to the United States because he was fired for sexually abusing American girls at the school in Thailand where he was teaching.

61.    Rick Barnes was also a con man and a liar. He regularly lied to people to get done what he wanted done. He was also involved in some shady, and even apparently outright illegal activities. For example, when I was first working at PADAC, commuting from Phoenix to Casa Grande, I wasn't always able to make the drive back to Phoenix after the sixty-hour weekend shift at PADAC. Sometimes on Monday morning I crashed at Rick Barnes' house to get enough sleep to be safe to drive before making the trip back to Phoenix later that day or the next day. At Rick's house I was nosy and curious about

Initials

who I was working for, so I poked around and found a ten-ream copy-paper box filled with pills that were prescription medications. The prescriptions were all for benzodiazepines, commonly knows as "benzos" or downers, and amphetamines, commonly known as speed or uppers, in many different people's names, and they were all different names. The prescriptions had all been recently filled. I had never heard of any of the people's names so I knew the pills couldn't be for patients and clients at PADAC, because by then I had been working at PADAC long enough to know names. I knew that for Rick to have the pills was fishy and that something wasn't right. There was no legal reason to have a box full of amphetamines and benzodiazepines in your house with everyone's name but yours on the bottles. I assumed at the time that he got them under assumed names or had other people get them for him, but whoever got the pills, they weren't PADAC clients. In those days, pharmacies were a lot looser about dispensing pills and it was relatively easy to get them under an assumed name. Rick also had bottles of the same kinds of amphetamines and benzodiazepines in his office at PADAC all the time, which he said were leftover prescriptions from clients and patients who had already left PADAC. I asked him about the pills in his office and he told me, "That's what we use to bring people down," but in eight months while I was one of two to four employees at PADAC at any given time, including Rick, I never once saw or heard about Rick or anyone else use the pills he had to bring someone down.

Initials

62. Rick had items that he had brought back from Thailand, like exotic jewelry, statues, and cookware that I thought was cool, so when I also found a smaller box at Rick's place with paperwork in it that was from Thailand, I thought, "Oh, wow, this is neat." Rick had told me that he was in the Peace Corps in Thailand, but that was contradicted by what I saw in the paperwork from Thailand, which said that he had been working for a company that had schools in foreign countries for American children. The company hired Americans to go to Thailand to be teachers. The paperwork in the box said that the school was firing Rick because of multiple accusations of sexual abuse between him and preteen to teen girl students, the kids of Americans living abroad. He had been fired from his job in Thailand within the past year prior to my finding the paperwork.

63. I did not confront Rick about the pills in his house or about his having been fired for sexual abuse of girls in Thailand because I don't ever confront anybody, especially not about serious or really bad things. Avoiding that kind of confrontation has been the norm for me throughout my life. I didn't challenge Rick over anything I found out or about anything he did that I considered shady because I had just started a new job with him and didn't want to rock the boat. I moved down to Casa Grande to go to work, and if I lost the job, I didn't know what else was I going to do to make a living. Also, I didn't know how to bring up the pills to Rick and what I knew about him having been fired in Thailand for sexual abuse of girls without him knowing that I had looked through his stuff, so I just ignored the whole situation and stopped thinking about it, like I've done

throughout my life when I've known something bad or unsavory about another person. The more that I got to know Rick, the more that I felt he was creepy, but that didn't motivate me to leave PADAC.

64.     After I met Rick, I was actually kind of interested in going out with him, but by the time I discovered the pills in his house, I knew enough about him not to be interested anymore. I met a friend of his named "Leland," who I went out with for a couple of months. I almost left Wendi with Skip in fall of 1974 even though Skip and I had been divorced since earlier that year, and not really thinking about Skip's unstable lifestyle and my fears about him abusing Wendi sexually, to go to Thailand with the friend of Rick Barnes who I was dating. I had a good time with Rick's friend, whose family was wealthy. He had a cousin who owned an antique store on Rodeo Drive in Beverly Hills. I stayed with various members of his family at their mansions that had things like genuine gold faucet handles in the bathrooms and a full-sized indoor swimming pool.

65.     Rick was around Wendi and had access to her at PADAC.  By four years old, Wendi already thought everybody liked her, which was true for the most part. She was a cute little kid who had no problem asking for quarters from strangers. Wendi was regularly alone with Rick and spent time alone with him in his office at PADAC on weekdays and weekends while I was working there, which in retrospect seems odd for a four-year-old to do with an adult man who is supposedly running a drug-counseling

Initials

center. It didn't occur to me that he might abuse her sexually, even though I knew he had been fired for abusing girls at the school in Thailand. I didn't really think about it, but to the extent that I did, I assumed that he wouldn't abuse Wendi sexually because she was so young. Wendi stayed at Rick's house with me several times when Rick was there, when I was crashing after working the sixty-hour shift over a weekend or otherwise being busy and not paying attention, so he could have had sexual access to her then as well. I just can't say for sure if he did anything with her. I was so oblivious that I left her alone with him even after finding the boxful of prescriptions and paperwork on Rick being fired for sexual abuse in Thailand.

66.     Somebody I had known from when I worked at CODAC told me later that Rick married a drug counselor named Linda a year or two after Alejo and I got married. Linda had a girl who was about Wendi's age, a couple of years older than Tascha, and there were accusations that Rick molested Tascha, Linda's little girl, and other little girls who were their friends, when the girls were around ten to twelve years old.

67.     One of the weirdest things I've ever heard, maybe the weirdest, is something that Nicki or Nicki's sister told me, that Linda Barnes, the wife of Rick Barnes who was with him when Rick molested Tascha and Linda's little girl, who was a different Linda than two Linda Robertsons in my life history, taught her daughter and Tascha to masturbate starting around age five or six.


Initials

68.    Recently I found out from information in my historical Social Security earnings that Rick Barnes apparently paid payroll taxes for me for only one month out of the eight months that I worked at PADAC. I just accepted the check he gave me for my pay and didn't worry about taxes he should be taking out. I never even thought about it at the time, but I am not at all surprised to find out now that he apparently legally paid my payroll taxes for maybe a month of employment at PADAC, and for the other seven or so he paid me under the table.

69.    Nicki Barnes and I met Rick Miller and Al Farmer of the Fishers of Men Traveling Ministry in Casa Grande in February or March of 1975, and we started regularly attending their meetings at a Christian bookstore. During this time, Alejo lived at home with his mother. After Alejo and I got together in about February 1975, he started spending nights at the apartment that I shared with Nicki, where he slept with Wendi and me on a mattress in the living room.  Wendi was about four-and-a-half years old at the time.

70.    In about March of 1975, around the time that Alejo and I were getting together, Nicki got together with a man who hung out at PADAC named "Randy Crawford," and they got married later that summer, two or three months after Alejo and I were married.

71.    I quit working at PADAC in about May 1975 because of what I considered a conflict of interest I had between my work at PADAC and Christian faith. I concluded

by 1975 that drug programs, at PADAC and everywhere else, were not working. The recidivism rate was horrendous. I believed that only Christian programs and finding God actually worked to help drug addicts break their addictions and recover from drug use, so I didn't want to continue working for a non-Christian organization. By then, after about eight months at PADAC, I had concluded that Rick Barnes was extremely creepy and I knew he was a liar, which made it easier for me to leave PADAC, but that wasn't the motivation for why I quit.

72.     After I married Alejo, we stayed in the apartment that I shared with Nicki Barnes for a month or two, then moved in with his mom and lived in her house from about July through September while we waited for a house we wanted to buy to be completed. In about September 1975, around the time public school was starting, we moved to Indian Hills, a new development for low-income families at the outskirts of Casa Grande, to buy a new house through a government-subsidized program.

73.     Wendi started kindergarten in September 1975 after we moved to Indian Hills. She attended public schools in Casa Grande for kindergarten and first grade, Saguaro Elementary School for kindergarten, from 1975 to 1976, and Evergreen Elementary for first grade, from 1976 to 1977. In kindergarten and first grade she got along well with the other kids. Tascha was her main friend. There were no kids where we lived in Indian Hills around her age. The summer after Wendi finished first grade, we left to start the traveling ministry and Wendi never returned to public school after that until

Initials

she took a few community college courses in her late teens.

74.     Various people stayed with us while we lived in Indian Hills from about September 1975 until June 1977, including Alejo's cousin, Barbara Ochoa. Alejo and I started having Christian meetings at the house shortly after we moved in. In late 1975 or early 1976, Randy and Nicki Crawford, and Tascha Barnes came to live with us, and we closed in the carport for them to have as a bedroom. They moved out prior to the birth of their first child, Rebecca, in summer of 1976. Wendi and Tascha shared a room with bunk beds. They had become like sisters at this point. Wendi was more self-contained playing with Tascha during this period. Wendi loved playing outside at the house in Indian Hills. We got her a Big Wheel and a Flintstones Pebbles wagon. Our driveway was on an incline, and Wendi rode down it in the Big Wheel and Pebbles wagon. She played a lot in the backyard with Alejo, especially on weekends. We had one great big old tree, and he built a fort for her under that tree. Instead of building it up, he got one of construction guys working on houses in the subdivision to dig into the dirt, so there was a floor three feet below grade. They dug out the shape of a couple of rooms, so that when Wendi was standing up you could just barely see her. Alejo had tea parties with her in the fort.

75.     From the time I quit working at PADAC in about May 1975, until we left with the traveling ministry in about June 1977, I worked as a stay-at-home wife, and I was not employed outside of the home. I did lots of cooking and housekeeping, and did things like buying milk fresh from the farm and making my own butter. I spent a lot of time


Initials

involved with our Christian group that eventually led to us joining the traveling ministry. I wasn't involved much with Wendi and Tascha. Alejo played with Wendi quite a bit, and otherwise I let Wendi and Tascha play together on their own. After Tascha moved out in summer, 1976, Wendi had to play by herself again. Alejo worked for a landscaping company and for a nursery-lumberyard called "Foxworths" to pay for our living expenses until we left with the traveling ministry.

76.    Alejo and I petitioned for him to become Wendi's adopted father in summer, 1976 and it took until early 1977 for the adoption to go through.

77.    After receiving word in prayer in 1976 that we were to give up our house and most of our possessions, Alejo and I waited to receive confirmation of that word over the next two or three months. We received the confirmation while praying in tongues with Rick and Al translating, and then we spent a few months carrying out the instructions, finding someone to take our house, and preparing to join the traveling ministry. Because it was a government subsidized program, we couldn't sell the house to make a profit, so the organization we bought it from found someone to take it over.

78.    Wendi and Tascha remained friends in intervals for eight or nine years while they were growing up. As a child, Wendi felt very close to Tascha, and felt that Tascha was a sister to her. They continued being friends until we left with the traveling ministry in June 1977. We broke off completely from all people we knew while in the ministry, so there was no contact between Wendi and Tascha from June 1977 until late

Initials

1979. Alejo and I never thought about what Wendi wanted or what might be good for her in our decision to join the traveling ministry. By the time we left for traveling ministry, Wendi was so obedient, and used to being around adults, after I took her with me to work at CODAC, PADAC, and the Christian meetings at our house, that when we told her that we were doing what God wanted us to do, she fully and unquestioningly accepted that, without any apparent distress about leaving Tasha. She never asked questions about why we were leaving to go with the traveling ministry, and never said that she didn't want to leave Tascha, or anything like that.

79.    In paragraph 205 of my declaration signed June 19, 2011, the Rick I am referring to is Rick Miller. Any references to Rick with the traveling ministry refer to Rick Miller.

80.    While we were in the traveling ministry, we stayed with a woman named "Valerie Miramonte" in Walnut Creek, California for five or six weeks in September and October, 1978. Valerie had four children, an adult daughter who thought she was crazy for getting involved with Rick Miller and Al Farmer, an adult son, a sixteen-year-old son, and a younger daughter named "Lisa" who was around the same age or about a year older than Wendi.

81.    Valerie gave us her sixteen-year-old son's truck to use with the ministry, and the adult son said if we didn't give it back he would send the police out after us, so we gave it back. Rick pressured Valerie to give money to the traveling ministry. He led

Initials

Valerie to believe that he would marry her to get her to give him money, but really he and Rosalie were already a couple, and Rick never intended to change that; he just led Valerie on to get her money.

82.     There was a second occasion during the traveling ministry, while we were staying with Valerie, when Child Protective Services, "CPS," came out to investigate us. Valerie's adult son specifically reported Alejo and me, Rick Miller, and Valerie, Lisa's mom, to CPS. We had bought a trailer but hadn't turned it into a Fifth Wheel yet, and were staying in it in a trailer park in Martinez while we were involved with Valerie in Walnut Creek. CPS came out to the trailer. They took Wendi and Val's daughter, Lisa, into the back room of the trailer and talked to them for about half an hour. Based on whatever the girls told them, CPS determined that they didn't need to follow up with further investigation. Before CPS left I had to show them that I was homeschooling Wendi.

83.     Early in the time we were with the traveling ministry, Wendi occasionally had playtime with other kids for at most a couple of hours per week. From the time that we left Arizona in 1978, Wendi was the only child who was part of the ministry except during the time we stayed with Valerie in Martinez, when Wendi had some playtime with Lisa. For the last year we were with the ministry, Wendi had no playtime at all with other kids.

Initials

84.    While we were with the traveling ministry, other than the people we ministered to and occasionally prospective members of the ministry, we did not associate or talk to other people or outsiders because Rick and Al did not allow it.

85.    At times during the years while we were with the traveling ministry, I had to cook the beans that we used for teaching Wendi math and the macaroni we used for arts and crafts, because they were the only things that we had to eat.

86.    While we were with the traveling ministry, it bothered me a lot that I wasn't able to get shoes for Wendi, and also that I often didn't know where our next meal would come from. She went barefoot, even when we visited a new church or went to whatever church we were with at any given time, and a lot of the time she had to wear adult flip-flops that were too big for her. Her clothes were usually a little bit better but didn't generally fit well. Although things like ~~that~~ were that bothered me, it never even entered my mind that the hunger, always working and having little or no relaxation and playtime, getting very little sleep, most of the time having no other children to play with, and the disciplining we did by swatting Wendi, might be damaging to her as she was growing up. The way we saw it was that it was good for her because we were living the life God wanted for us and Wendi had attention from all the adults in the ministry, such as with Rosalie and Rebecca helping me with schooling her.

87.    When we came back to Casa Grande after the traveling ministry, Randy and Nicki Crawford were divorced. I watched their kids, Joel and Rebecca, through the


Initials

Arizona State babysitting program that employed me at the time. Wendi and Tascha were together at 91st Psalm School for a year or two, until Nicki left Casa Grande to go into the military service.

88.   When we lived on Cedar, there were no kids of Wendi's age in the neighborhood for her to play with.

89.   Beginning when Wendi was a pre-teen, Alejo especially degraded her when she said something clueless, which she did fairly regularly. When she was in her teens, he often told her she was another dumb blonde or that she had had another blonde moment. After we all saw Bill and Ted's Excellent Adventure when it was first out in theaters, Wendi commented on the scene toward the end where lots of people piled into a phone booth. In a movie full of unreality and impossible things, she picked that out to say that they couldn't all have fit into the phone booth. Alejo kept at her about that for years, and was really mean about how she was a dumb blonde and had no common sense.

90.   I attended school full-time to be trained as a respiratory therapist from March or April 1994 until September or October 1995. The money that paid for my schooling came from a grant that was available to me through the Job Training Partnership Act, which was intended to improve the employment status of economically disadvantaged adults.

91.   I had a breakdown after Wendi was arrested. Joe died on a Sunday. At first I hardly showed any reaction to his death and to Wendi being arrested. Alejo and Chris


Initials

Hashisaki were wondering about me and going, "Why isn't she crying?" and "Why isn't she showing any emotion?" I held it all in until I couldn't hold it anymore. I held up until the following Wednesday, then finally broke down. I freaked poor Alejo out. I hit the ground and started balling and sobbing. My brain stopped processing and I went through the phase of not being there for a couple of days. When I came out of it, I medicated myself with antidepressants, anti-anxiety pills, and sleeping pills.

92.    My insights into myself being neglectful of Wendi developed after her arrest following Joe's death. Before that, while I did not necessarily see myself as a perfect parent, I had no sense that my behaviors while Wendi was growing up were at all abusive or neglectful. I saw myself as being a better mom than my mom had been to me. While Wendi was growing up, I went out of my way to give her the best upbringing I could provide, such as by working to afford the cost of the Montessori school that she ~~attending~~ attended ꝛ<sup>to</sup> while she was about two or two-and-a-half to four years old. There were other things I gave to and provided for Wendi, especially by earning money, that I considered special because I hadn't had them when I was growing up.

93.    While Wendi was in jail in the years before and during her trial, she was tired and lifeless. Her spark was gone. Her mood and demeanor were always just "blah." She had a lot of trouble sleeping at night, and then the jail staff could hardly get her up when they came to wake her up and start the process of bringing her to the courthouse for trial. They woke her up at about midnight and took her out of her cell around 1:00 a.m. to


Initials

put her with the group of men and women who would be going to the courthouse for the day. She was up all night and had almost no sleep so she was utterly exhausted and extremely sleep-deprived during the entire trial.

94.     Wendi's defense attorneys, Dan Patterson and David DeLozier, did almost nothing to prepare me for testifying at her trial. For the most part what was expected of me as a testifying witness was never explained to me and I had no idea in advance what DeLozier would ask me. When I was examined under oath by DeLozier, for many of the questions he asked me, he was apparently discovering the answers to his questions for the first time while I was testifying in court. By the time he examined me in court, he was really dragging physically and wasn't sharp mentally because he had been fasting, on a juice diet only as far as I know, for the entire trial to that point.

95.     David DeLozier asked me at some point during the trial if I could help him to write one of the documents he needed to present Wendi's defense, because he was running out of time and he needed help. I tried to help but I didn't really know what I was doing or how to help him, and I don't even understand what is required for a legal trial well enough to know what DeLozier was requesting of me, so I talked to Cindy Schaider, and she got together with DeLozier to help him write the argument he needed. I know that Cindy helped write an important argument or document for Wendi's defense, and it's my understanding from DeLozier and Cindy that the document was used in court.


Initials

96.    Many people in Wendi's extended family, both blood relatives and relatives by marriage, are or have been alcoholics, including Wendi's biological father, Skip, for much of his life; me for a couple of periods from the time I was a teenager until I was in my mid-twenties; Alejo, before he turned twenty or twenty-one; my dad and my paternal grandfather; all of Skip's brothers; my half-sister, Nadine, when she was younger and while she was in the service; Nadine's son, Clark, and her grandson, Brett; the husband of Nadine's daughter Marjorie, whose name is "Jeff;" my half-brother, Stevie; my half-sister, Kathie; my stepbrother, Adolfo; my mother's brother, Delmar; my mother's first husband, Theodore Zens; my father's second wife, Virginia, when she was younger; many of the men in my dad's extended family; Alejo's father, Alejo, Sr., who was a rowdy drinker until he was about sixty-five years old; Alejo's mother, Natalie; Wendi's paternal cousin, Natalie; and many other members of Alejo's extended family, including his aunts, uncles, and cousins.

97.    In paragraph 341 of my declaration signed June 19, 2011, I stated, "The most traumatic things are often the most difficult for me to remember." It's also the things I consider most shameful that I tend to shove down and forget. Discussing this in greater detail is difficult. I know that I've blanked out a lot of bad things but I can't access them, at least not right when I want to, because I have blanked them out. It's rough for me to even talk about this and makes me want to cry because I feel that things are there that hurt, but I can't find them because they're *bad*, meaning that they're too painful to

Initials

remember. When that pain starts to come up I just want it to stop, so I have learned how to stop it in my mind.

98.    I know that I've had at least four major breakdowns as I discussed in my declaration signed on June 19, 2011, and I know generally what occurs when I have the breakdowns, but I have difficulty remembering many specific details. I can place two of them in time because one was when Wendi was born and another was after she was arrested, and we know the dates when those things occurred, but for the other two, I can only place them into a timeframe of a year or two.

99.    I know I spent a lot of time around the Robertson family and at family gatherings over a period of about four years, but I have very few specific memories of what went on during the gatherings. With my mom and dad there were so many secrets, and I never talked with anyone about what really went on in our family, and it was the same way with the Robertsons. I believe that the trauma of being part of the Robertson family and having to shove down and ignore the inappropriate sexual behavior toward children that I saw from them is connected to my forgetting so much about that period. I was really just repeating the pattern I already had experienced with my mom and dad, of ignoring abuse and keeping secrets. I know there was more to the incident when the Robertsons threw Wendi out into a swimming pool as a toddler when she couldn't swim, but other than the few details I provided in paragraph 176 of my declaration signed June 19, 2011, at this time I can't remember anything further.


Initials

100. I know that my soul mate, Ron, died in a plane crash, and I have given the details I can recall in this declaration, but I've pushed away most of what happened surrounding that because of how painful the experience was. It's one of the things I don't want to remember and can't remember. I don't know why the plane went down, when it went down except for a general time period, how I learned the news, how I reacted to the news, what I said or did after the incident, or any other details that I'd expect myself to recall about the death of the man I have most loved in my life.

101. I have a very hard time remembering details about what went on at my home with Wendi's girlfriends while she was growing up. Even though I was oblivious, working, and withdrawn a lot, I know I spent time around them regularly over many years, but other than some basic details and a few memories, especially of the times we went on trips or camping, I can't access those memories at this time.

102. The first four years after Joe died and Wendi was in jail and then on trial, from 2000 to 2004, feel like almost a complete blank. I know that I worked at my job and lived through those years, but I don't remember and don't want to remember much else at this time. I was there at the courtroom every day during Wendi's trial. I did not go inside the courtroom because I was a testifying witness, but what occurred during four months of her trial, when I went to be at the courtroom every day, is mostly vague and blank.

103. I cannot underestimate the shock that I felt when I learned that other people have said that while Wendi was growing up, she reported that Alejo molested her. I was


Initials

devastated. Despite having been there throughout her childhood, and having observed things over years that I know show Alejo had an inappropriate sexual relationship with Wendi, I continue to push it down. Even in the less than three months that have passed since I signed the declaration on June 19, 2011, I have tried to forget and make it go away.

104.   Prior to Wendi's trial, although I had contact with Wendi's attorneys, I was never questioned very thoroughly about our family history or the things I have discussed in this supplemental declaration. Much of what I provided to the attorneys, I provided on my own, with no instruction or guidance. I simply typed things up that I felt they should know. If I had been asked about the things in this declaration at that time, I would have provided the information that I have provided here and whatever else was asked of me.

105.   Prior to my testimony at Wendi's trial, no one prepared me for what would happen in the courtroom. If I had been asked to testify to the things I have stated in this declaration, I would have done so.

I have read the foregoing declaration consisting of forty-five (45) pages and one hundred and five (105) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this 11th day of September 2011 at Pinal County, Arizona.

Donna Ochoa


Initials

# Exhibit 29

## SECOND SUPPLEMENTAL DECLARATION OF DONNA ELIZABETH OCHOA

I, Donna Ochoa, declare as follows:

1. I met in person with Attorneys David DeLozier and Daniel Patterson approximately five or six times before Wendi's trial began. Most of these meetings involved attorneys DeLozier and Patterson providing updates on the status of Wendi's case and, shortly before trial began, discussing clothing selection for Wendi during her trial. When they asked me questions, these questions focused almost exclusively on Joe's death and Wendi's relationship with Joe. I was present at the courthouse during Wendi's entire trial but had limited interaction with DeLozier and Patterson during the trial.

2. I met with Wendi's mitigation specialist, Scott MacLeod, a few times in preparation for Wendi's trial. I never met with Mr. MacLeod alone. My husband, Alejo, or one of the attorneys was always also present. These meetings primarily involved identifying photographs for use in the Power Point presentation Mr. MacLeod prepared for the mitigation phase. Mr. MacLeod told me that the purpose of his investigation and presentation was to show that Wendi did not deserve the death penalty because she was a good person.

3. While preparing for Wendi's trial, Mr. MacLeod told me that a recent case, *Ring v. Arizona,* had dramatically changed the requirements for conducting an adequate mitigation investigation, and that he did not know how to perform his job as a mitigation specialist post-*Ring*.


Initials

4.      Attorneys DeLozier and Patterson and mitigation specialist Mr. MacLeod did not ask me any questions about Wendi's mental-health history. I would have been willing to provide this information if requested.

5.      Attorneys DeLozier and Patterson and mitigation specialist Mr. MacLeod did not ask me any questions about Wendi's family mental-health history. I would have been willing to provide this information if requested.

6.      Attorneys DeLozier and Patterson and mitigation specialist Mr. MacLeod did not ask me any questions about my family background or childhood, or about the family background or childhood of Wendi's father or stepfather. I would have been willing to provide this information if requested.

7.      While the jury was deliberating during the penalty phase, I told Mr. MacLeod that Wendi's cousin had recently attempted to burn down his mother's house and that this cousin had been previously diagnosed with bipolar disorder. In response to this information, Mr. MacLeod expressed surprise that he had forgotten to ask about Wendi's family mental-health history, and told me that I should tell Wendi's appellate counsel that he failed to do so.

8.      Well in advance of trial, I informed Attorneys DeLozier and Patterson that Wendi's biological father was currently imprisoned because he had confessed to sexually assaulting his step-daughter. I told them that Wendi's biological father may have


Initials

sexually abused Wendi as well. I also informed Attorneys DeLozier and Patterson that Wendi's paternal grandfather had a reputation for sexually abusing infants and young children in the family, and that I believed that he may have sexually abused Wendi when she was under the age of three. Attorneys DeLozier and Patterson and mitigation specialist Mr. MacLeod did not request that I provide any additional information about the possibility that Wendi had a history of childhood sexual abuse.

9. Several other attorneys from the Public Defenders' Office represented Wendi briefly before Attorney Patterson was assigned to her case. One of these attorneys asked me to review the transcripts from Wendi's police interviews for any factual or transcription errors because they did not have the time to complete this task. I reviewed the transcripts as they had requested.

10. During Wendi's trial, Attorney DeLozier requested that I help him write a legal document or material that was very important for Wendi's defense. I did not feel qualified to even make helpful suggestions, much less actually write the document or material. I did not even understand the legal aspect or purpose of what DeLozier was requesting of me, but I know it was very important for Wendi's defense. I was already on emotional overload by that point during the trial and the pressure I felt as a result of Delozier's request was completely overwhelming. I suggested that DeLozier ask one of my friends, Cindy Schaider, to write the material because she had experience writing requests for grants at her work. Cindy Schaider agreed to write what DeLozier needed.


Initials

From what I understand from Cindy and DeLozier, what Cindy wrote was presented in court.

11.    Before my testimony during the guilt phase of Wendi's trial, Attorneys DeLozier and Patterson told me that I should answer honestly any questions that they or the prosecutor asked. Attorneys DeLozier and Patterson did not do anything else to help me prepare for my testimony beyond telling me this. Attorneys DeLozier and Patterson did not tell me what types of questions I could expect from the prosecutor.

12.    Attorney DeLozier told me that he was fasting during Wendi's trial to improve his ability to hear God's instructions for Wendi's defense and curry God's favor. Attorney DeLozier told me that he was not consuming any food, but was drinking juices, throughout the duration of the trial. Attorney DeLozier appeared to lose a significant amount of weight during Wendi's trial and seemed tired and worn-down.

13.    An attorney who worked in Attorney DeLozier's firm was murdered during Wendi's trial. After this occurred, Attorney DeLozier appeared sad and withdrawn for the remainder of Wendi's trial.

I have read the foregoing declaration consisting of four (4) pages and thirteen (13) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct. Signed this 29 day of October 2011 at Pinal County, Arizona.

Donna Elizabeth Ochoa

Page 4 of 4

Initials

# Exhibit 30

## DRAFT DECLARATION OF DEBLEN OKE

I, Deblen Oke, declare as follows:

1.     I was born Bonita "Bonnie" McGuffee in Colorado on November 9, 1951 to Thelma "Faye" Snell and Kelsey McGuffee. My family moved to Tucson, Arizona when I was four years old. I have four siblings: Leon, who is __4__ years older than me, Alice, who is __3__ years older than me, Charlotte, who is __2__ years older than me, and Debbie, who is __4__ years younger than me, and one half-sibling, Wade, who is __14__ years younger than me. My biological father was killed in a mining accident when I was eight or nine years old. When I was ten, my mother remarried to Buck Robertson, who is the paternal uncle of Wendi Andriano. My mother and Buck had one child together, Wade. Wendi's father, who we called "Skipper," or "Skip," lived in our house off and on from the time I was ten until I was fourteen or fifteen years old. I changed my name to Deblen when I was __46__ years old because of what happened to me as a child. My stepfather, his father, and all of his brothers, including Skipper, his youngest brother,                REDACTED time I was ten until I moved out of my mother's house at the age of eighteen.

2.     I spent the first nine years of my life in and out of the hospital with rheumatic fever. I was very shy and withdrawn and was afraid of my own shadow. I can't remember ever feeling safe as a child. I didn't start talking until I was five years old. It was around that time that my little sister, Debbie, started trying to talk. At that time, Debbie would be just a year old or so. I think I started talking so I could talk to her.

Page 1 of 7

Initials

DO

I never talked much to anyone else. She ~~was~~ always been the "older sister," even though she's four years younger than me.

3.      In 1960 my father was killed in a mining accident. About a year later, my mom married Buck. Buck moved into our house with us. He was a truck driver. Right after my mom and Buck got married, they went on the road for six weeks. As soon as they got back.             REDACTED                    I was ten years old. The REDACTED continued

for the next eight years, until I got out of the house.
Berl Doxle                                          Thomas                    Shelby Wagne
4.      Buck had five brothers Glen, AV, Bud, Jerry Don and Skip, Wendi's biological father. On a regular basis, one of the brothers or Buck's father stayed at our house. Skipper was a teenager at the time, and he came around quite often. Sometimes both Skipper and his father stayed with us. Skipper was about the same age as my brother Leon, maybe a year younger, so he was three or four years older than me. It was a revolving door, and it seemed like one of the Robertsons was always around. They stayed for three, four, six months at a time. My brother Leon was gone a lot, so sometimes Bud, Skipper or Jerry Don stayed in Leon's room, and sometimes they stayed in the living room. At one point, Buck's father got an apartment about a block away from our house. The Robertsons were always around.

5.      Buck was a monster. He used to call me into his bedroom. He told me to get him some tea or bring him something. When I went back into the room.      REDACTED
REDACTED I often wish I was as smart then as I am now, I would have brought a camera with me and taken a picture so I'd have had the proof. Buck walked around the house naked

Page 2 of 7

DO
Initials

when my mother was at work. He cut the pockets out of his pants to play with himself. There is one occasion in particular that sticks out for me               REDACTED

REDACTED

6.     There were four bedrooms at my mother's house. I shared a room with my sister Debbie. Charlotte and Alice shared another room, and Leon had his own room. It seemed that every night               REDACTED               Sometimes

they          REDACTED          in there. But I was tiny, so I could be moved, and so

REDACTED

Debbie was in

the same room as me and she knew what was happening, but we never shared anything with each other. To this day, we haven't really spoken about it.               REDACTED

REDACTED

REDACTED

7.     Buck was a truck driver so he was on the road a lot. Every time he came home he and my mom fought for a good day about other women my mom suspected him of seeing. There was another woman back East that my mom found about one time. I guess Buck had a whole other life going on back there.

8.     The Robertsons were big drinkers and they were often drunk. They usually drank beer. They went drinking which they called, "Honky-Tonking." In that family, turning fifteen meant you finally got to go Honky-Tonking. When I turned fifteen, I did not want to go, and I was punished for it. The way I felt I was usually punished was that my mom or Buck made me go on a hunting trip with Buck or Jerry Don. The hunting


Initials

trips typically lasted a weekend and <span>REDACTED</span> My mom
pretends like she did not know what was going on, but I don't believe that she did not know.

9.     When I was thirteen or fourteen years old, my mom and Jerry Don bought me a package of see-through underwear for Christmas. The underwear had the days of the week on them, one pair for each day. They thought that was real funny.

10.    When my sister, Charlotte, was about sixteen years old, Buck just about beat her to death. She was an extremely emotional girl, and she wanted more freedom. Buck and my mother always said that as long as we were under their roof or until we were paying rent that we were to do things their way. One day Charlotte slapped some money down on the table and said something like, "There's my rent." My mom would tell you that Charlotte hit her first, but I was there and I saw it. My mom slapped Charlotte and Charlotte hit her back. Buck and my mom both went to town on her. The fight started in the living room, but Buck drug Charlotte by her hair down the hall and into the bedroom. Debbie and I hid under the bed crying and saw the whole thing. I was terrified. I thought Buck might kill her, and I was also scared he would turn it on me and beat me too. Buck hit ~~Debbie~~ Charlotte DO with his fists to where you could not recognize her face any longer. When he finally left the room, Charlotte escaped out the window. Her boyfriend took her to the hospital and someone came by my school the next day to interview me about it. I think it was a detective of some sort. Charlotte was removed from the home and sent to live with some other family. My mom has always maintained

Page 4 of 7

DO
Initials

that Charlotte hurt herself climbing out the window. My understanding is that when Charlotte was removed, the judge decided that she needed to be in a "stricter" home, that she was a rebellious kid.

11.    Buck told me and my siblings that he would kill the next one of us to do something like what Charlotte did. I was about fourteen years old when Charlotte left. I used to sneak out to go see her once in a while. Charlotte never recovered from what happened to her. She had a rough adult life.    REDACTED    big time and she was married five times. She died about five years ago of a heart attack and stroke.

12.    I did my best to lay low in that house, so I was never punished in the same way Charlotte was. I was so afraid of everything. I frequently got grounded for weeks at a time. I could not do anything right in my mom and Buck's eyes. Most of the time, when I got in trouble, it felt like I then had to go somewhere with one of the Robertson's. I had to go on hunting trips with Buck or Jerry Don, or on some other errand. In reality,
REDACTED

13.    Wendi's mother, Donna, was best-friends with my older sister Alice when we were growing up. She reminded me of Goldie Hawn from the Laugh-In days. She was ditzy, funny, outgoing. Everyone loved her. She was at our house a lot. When it was announced that Skip and Donna were getting married, I thought to myself, "Are you kidding me?" To the outside world, they were charmers, the Robertsons. After Skip married Donna, I did not see him anymore.

Initials

14.    In July of 1970, when I was 18 years old, Buck and my mom told me they REDACTED I was very screwed up. REDACTED like Charlotte, and I was down to ninety pounds. I'm 5'4" so I was very skinny. After Buck and my mom told me REDACTED they left for the day to go up to Phoenix. I called my boyfriend and told him I needed to get out of there. I went and stayed with a friend and my boyfriend and I got married three weeks later.

15.    In June of 1977, right after I had my son, I was having a lot of problems. I was having flashbacks and night sweats. I went to a facility in San Jose called "Parents United" for three weeks. My counselor there told me I should confront my mom about REDACTED so I called her and talked to her about it a little on the phone. After our telephone conversation, I went by the house to further speak with my mom, and all she had to say was that it was all just "part of life." I asked her why it had to be that way and she threw me out of the house. I did not talk to my mom or Buck for twenty-nine years.

16.    My brother, Leon, went on fishing trips with the Robertson brothers. He told me that they were always bragging about young girls that they were messing around with. He did not know at the time that REDACTED but we pieced it together in conversations we had later on.

17.    The only consistently good thing about my childhood was my little sister Debbie. After I left the house, Debbie lasted for about a year- until she was about fifteen or sixteen. She got pregnant and moved out of the house. Eventually she moved out of state. We were apart for nine years before I saw her again.

Initials

18.    My first husband turned out to be just as much of a monster as Buck and the rest of the Robertsons. I am on disability and I cannot hold a steady job.

19.    In the early 1990's, Skipper and Bud went to prison for molesting a thirteen-year-old girl. When Bud got out of prison, he was not supposed to be around kids, but my mom let him stay at her house even though she had little kids around.

20.    I never met Wendi, but I heard about what happened, and that she is now on death row. I would do anything I could to help Wendi because I know personally that being a child around Skip and the Robertson's can really affect you in your adult life.

21.    Until now, no one has contacted me about Wendi or the Robertson family. If they had, I would have told them what I have said in this declaration. I would have answered whatever questions were asked of me. If I had been asked to testify on Wendi's behalf and to what I have said in this declaration, I would have done so.

I have read the foregoing declaration consisting of seven (7) pages and twenty-one (21) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this 22 day of ___April___ 2011 at Pima County, Arizona.

Deblen Oke

Page 7 of 7

Initials

# Exhibit 31

## DECLARATION OF GIA PALICKI

I, Gia Palicki, declare as follows:

1.      I was born on May 15, 1963, in Chicago, Illinois.  I moved to Arizona in 1997 or 1998.  I have four children: Anthony, Ashley, Abby and Jesse.  I was the nanny for Joe and Wendi Andriano's two children, Nicholas and Ashlee, beginning in the summer or fall of 1999 until the time of Joe's death and Wendi's arrest.  I first met Joe Andriano sometime in the late summer or early fall when he interviewed me about my services as a nanny, and I met Wendi a few weeks later.  I cared for Nicholas and Ashlee almost every day for ~~about~~ over a year, and developed a close friendship with both Wendi and Joe.  My daughters were like big sisters to Wendi and Joe's kids.

2.      When I met Joe, I was running a daycare service with my friend, Kim Payne.  Joe came to interview us at Kim's house.  It was an in-home daycare service, meaning that we watched other people's kids at our homes.  When I first started watching Nicholas and Ashlee they spent most of the day at Kim's house, where I worked, and then I took them home with me.  Pretty soon after they started at daycare, they became the only two kids I provided nanny services for and they spent the whole day at my house.  *Wendi + Joe payed me extra to have them only kids.*

3.      At the time we met, Joe claimed that he had a glass business, where he replaced windows or windshields or something like that.  That was the last I heard about it.  While I was a nanny for Joe and Wendi, Joe never operated a business or worked at a job.  Wendi was always the one working and paying me.  She was generous and also occasionally

Initials

paid me extra just to help me out. Wendi and Joe told me that Joe's job was the kids, and

Wendi's job was work, but really Joe spent his time doing whatever he wanted.  Wendi was

responsible for taking care of all the bills as long as Joe made sure that the children were

dropped off for daycare.  He loved to go boating, and that's what he spent most of his time

doing.  Wendi encouraged that hobby, and she was glad to have me care for her children so

that Joe was free to go have fun.  This arrangement was mutually agreed between Wendi + Joe. This was how their family worked.

4.      As I said, I met Joe first, and then met Wendi within a few weeks after that.

Because Wendi was working, it worked out better for Joe to pick the kids up.  Nicholas and

Ashlee became like part of my family, and my two daughters, Abby and Ashley, loved them.

I became fast, close friends with Wendi and Joe.  Over time, I got to know Wendi and Joe's

extended families as well. I cared greatly for Joe as well as Wendi + especially the kids.

5.      Wendi's biggest concern after I met her in 1999 and during the time that I

watched her kids was that she wanted Joe to enjoy the time he had left.  Wendi came to me

several times, crying, because she did not have enough money to take care of Joe the way

she wanted to.  She wanted to provide him with everything he wanted in the little bit of time

he had left.  Wendi was always concerned with Joe's comfort and she obsessed about taking

care of him.  She went out of her way to make sure he got whatever he wanted.  When Joe

was not well enough to go to the lake or go out to have fun, she went out of her way to find

his favorite foods.  One of her greatest fears was that Joe would not be around to have the opportunity to enjoy the malpractice settlement money.

6.      Wendi and Joe's relationship was such that Joe could do whatever he wanted

as long as he dropped the kids off at the babysitter, which at that time was me.  Otherwise,

Page 2 of 8

Initials

he was always boating and having fun. I never heard anything else about the glass business after our initial meeting. He was always at the lake, never working. And Wendi didn't mind. She wanted Joe to enjoy himself and to do what he wanted. She did not care about Joe going boating until his friend was killed in a boating accident, and then she cared only because she was concerned for Joe's safety. This really scared her voff

7.      Wendi was also constantly buying the kids everything they wanted. She went to Toys R Us and bought everything on the list.

8.      Wendi and Joe were very open with me about Joe's illness almost from the start, and as I became close friends with them, they confided things in me. I knew that Joe was trying to obtain a life insurance policy. Both Wendi and Joe talked to me about it. That was really soon after we met, because they told me about looking for life insurance and about a malpractice lawsuit when they first told me that Joe was sick with cancer. One of Joe's biggest concerns was that he might die before he obtained life insurance or the malpractice suit went through. He wanted all of that taken care of before he passed. Joe and Wendi were trying to get a life insurance policy and they told me they were running into difficulties because of Joe's cancer. Joes concern was that Wendi & the kids would not be financially set after he was gone.

9.      I was very close to Joe and Wendi for the year that I knew them. We knew each other well enough and trusted each other enough that when Joe's sister, Jana, came in to town, she gave me her kids to watch without ever meeting me.

10.     I did not know that much about Wendi's childhood, just that she was a small-town girl and that she was close to her mom and step-dad. Wendi and Joe told me that they

Page 3 of 8

Initials

met in Casa Grande. Joe was a big, hot cowboy, and Wendi was a naïve young country girl who was swept off her feet. It was a cute story. When Wendi met Joe, he became her life. It was not until she moved up here to the Phoenix area, and started working at San Riva, that she developed a social life of her own, apart from Joe and his friends.

11.    Wendi and Joe had a very structured romantic life and a very strict routine. Every Saturday night, they put the kids to bed, took a bath together with candles and did their thing. It was so regimented and controlled. Wendi told me that she wanted her relationship with Joe to be more affectionate and intimate. She told me that Joe refused to kiss her at all.

"Joe was her bestfriend" she told me numerous times.

12.    On one occasion, Joe wanted a particular kind of soup, and Wendi called around to all the different restaurants to find it. She seemed so distressed, almost in a panic. I thought to myself, "just get the guy some canned soup." But Wendi was so intent on making things perfect for Joe. If she wasn't calling around looking for Joe's favorite foods, Wendi cooked ~~ed~~ tried to for him every night. During this time, Wendi came over to my house and she or they would order out. cried over two things. She cried because she thought that Joe was not going to be able to enjoy himself in his final days because they did not have any money. And she cried because she wondered how she would go on when he died. She was not prepared to deal with Joe's death. When he was sick from treatments Wendi took fridays off so hur & joe could spend the day together, usually at the movies like he wanted.

13.    I loved Joe very much, but he was very jealous, very controlling, and very obsessed. "Obsessed" is a good word to describe both of them. While Wendi was so afraid of being without Joe, so obsessed with taking the best care of him while he was dying, and

Initials

worried about him leaving her when he passed, Joe was so obsessed with their relationship and what Wendi was doing day to day, moment to moment. He needed to know where she was at all times, all hours of the day. If she was five minutes late getting home, he called around looking for her. If she was five minutes late picking the kids up from my house, he called me wanting to know where she was. This was not something I noticed right away, but it definitely started happening within the first six months of our friendship. *He would even come over to see how long it was when she picked up the kids.*

14.    Joe wanted his life to be over, and Wendi never wanted Joe to die. He hated the chemotherapy treatments and he did not want to go. Wendi had to argue with him to convince him to get treatment. He just wanted his discomfort and suffering to be over with and he was aggravated about even having to go through it at all. He didn't want to be sick anymore, and he hated going to chemotherapy and having to fight to get better.

15.    Wendi told me that sometimes Joe got angry. She told me that he grabbed her and that he broke things. Joe also talked to me about his temper, and they both blamed it on the medication.

16.    I went boating with Wendi and Joe and Joe's friends one time. Everyone made fun of Wendi because she couldn't keep up with the drinking and she frequently fell asleep early. We joked that Wendi fell asleep "by 6:00 pm." Everyone teased her about it.

17.    Joe went boating a lot, and he used nitrous to make the boats go faster than anything else on the lake. When Joe's friend crashed his boat and died during a race, Wendi helped put the funeral together – she ordered the food and made the calls. Joe was at the lake that day, and was supposed to be in that race, but he wasn't feeling well enough. This

*I asked Wendi why she didn't go boating more often because we had so much fun & she told me she did the boating thing for Ten years. She was tired of it. Which was their arrangment worked.*

Initials

really got to Wendi.  She wanted Joe to stop boating.  It really upset her and freaked her out.

She was really worried about Joe's safety but Joe did not take it seriously, even though Joe

was the one who saw his friend crash and die.  His biggest concern was that Wendi help

handle all the funeral arrangements for his friend.

18.     When I met Joe, he was a free spirit, but towards the end he was not that way

anymore.  His attitude completely changed.  Joe changed drastically over the year that I

knew him.  In the beginning, things were so different.  He was all about the kids, having fun,

and being happy.  As the illness progressed, Wendi became the sole caregiver for the

children.  She also was the only one working.  It got so that Joe was always pissed off, and he

was hardly ever at home.  Eventually he was almost never around at all and I hardly saw

him anymore. *I even started picking the kids up in the morning instead of Joe dropping them off if Wendi couldn't.*

19.     Later, towards the end of Joe's life, Wendi confided in me that she went out

and met a guy.  She said that she met him at a bar, and she told me that she just liked to kiss,

and that the guy kissed her, while Joe did not.

20.     Wendi told me that the guy that she was seeing while married to Joe came to

her house one time.  He called her from the parking lot outside the house and he wanted to

see her.  I think it stressed her out a little bit because she was at home with her family.  She

did not really like that.  She told me that if Joe asked her about her relationship with the

other man, she would have told him.  I know she wanted to talk to him about it and she did

not want to lie to him, she just had trouble knowing how to bring it up.

Page 6 of 8

Initials

21.    If it is true that Wendi had an affair, I can understand that.  She was afraid to be alone.  She did not know anyone different than Joe, and towards the end he was not very affectionate with her, which is about all she would have asked for from him.  He was dying, and later on he was always angry even though she was doing everything she could to make his remaining time as comfortable and happy as possible.  She was young, and her relationship with Joe was cold physically.  If she had an affair, it was not because she did not love Joe.

22.    When I heard about Joe's death, I could not believe it.  I knew it had to be a *When I found out there was an incident (I called Wendi for kids) my first* mistake.  My first opinion of the whole thing, my first thought was, "What the hell did Joe *thought was the Joe hurt Wendi, ~~strikethrough~~ when I found out* do that caused Wendi to do this?"  I knew there was some part of the story missing.
*Joe was dead - - -*

23.    I recall hearing someone say that the food in the apartment was laced with poison.  I find this shocking.  I ate the food there and Wendi and Joe's kids ate the food there.  I cannot believe that Wendi and Joe would put the kids' lives at risk.  Everything definitely makes more sense to me when I think that Wendi and Joe were in on it together and that Joe took the poison to end his life with Wendi's help.  *My children also ate + played there, they would not put my children at stake especially Abby who is also ill.*

24.    Wendi and I wrote to each other a couple of times while she was in jail after Joe's death.  This was before Joe's sister, Jeanea, took custody of Nicholas and Ashlee, and I still thought I was going to be allowed in their lives.  Wendi asked me to please take care of her kids, and she told me that she appreciated that I had written to her and that she wished she could talk to me in detail about everything that had happened, but she couldn't.  I still wish she had called me that night.  Just before Joe's death, my daughter, Abby, had been

Initials

sick. She was in the hospital leading up to the time of Joe's death, and Wendi did not

communicate with me much in the days before his death because she had told me that she

did not want to trouble me while my daughter was ill.

25.    At the trial, the attorneys were asking Jana about a time when Jana came to

town. According to Jana, Wendi went out, and did not care what anyone had to say about

it. She supposedly did not invite Jana or Joe. I was there at that incident, however, and

Wendi actually did invite Jana out, but Jana did not want to go. Wendi's attorneys did not
*I was also invited. I think it was for her birthday.*
seem to care much about these kinds of details. I asked them Jana could just lie in her

testimony and get away with it. Wendi's attorneys just told me that no one cared, that the

jury didn't care.

26.    I was not prepared when I testified at Wendi's trial and Wendi's trial attorneys

never properly interviewed me. In fact, at the time I testified I was under the impression

that I was testifying at a custody hearing, not a criminal trial. I was mostly asked about the

relationships Wendi and Joe had with their children. If I had been asked about the things I

have said in this declaration then, I would have said what I have said here. If I had been

asked to testify to what I have said here, I would have done so.

I have read the foregoing declaration consisting of eight (8) pages and twenty-six (26)
paragraphs and it has been read to me. I declare under penalty of perjury under the laws of
the state of Arizona and the United States of America that it is true and correct.
Signed this 29 day of May 2011 at Maricopa County, Arizona.

Gia Palicki

Page 8 of 8

Initials

# Exhibit 32

## DECLARATION OF SHELBY WAYNE "SKIP" ROBERTSON

I, Shelby "Skip" Wayne Robertson, declare as follows:

1.     I am the biological father of Wendi Andriano.  Most people know me as "Skip."  I last saw Wendi when she was a just a little girl, about five or six years old.  Until I was told in 2009 that she is on death row, I had no knowledge of her whereabouts or what happened to her.  At the time I learned about her conviction and sentence to death, I was in the Arizona State Prison at the Winchester Unit in Tucson, Arizona, serving time for child molestation.  I was devastated by the news.  I could not believe it.  It hurt to the core.

2.     I found it unbelievable that I was never told about Wendi's arrest and charges.  I was not hard to find as I was in prison.  I believe I could have helped and know I would have helped in whatever way was asked of me.

3.     I met Donna Worsham, Wendi's mother, when I was a teenager living with my brother, Burl Boyd "Buck" Robertson, in Tucson, Arizona.  I was thirteen years old and in the 9th grade at Flowing Wells High School.  Donna was younger than me.  She was friends with one of my brother's four stepdaughters, Alice.  I remember that Leon, Buck's stepson, teased Donna because she was so skinny.  We called her "Olive Oyl" and said things like, "Stick your tongue out so we can see you."

4.     I was born on April 11, 1948 in Fort Stockton, Texas on the Red Ink Farm, to Flora Pearl Harrison and Boyd Gravely "BG" Robertson.  I was the youngest of eight

Page 1 of 26

children born to my parents. In birth order, my siblings are: Eva Jane "Janey," born in about 1928 or 1929; Burl Boyd, "Buck," born in 1932; Glen Franklin, born in 1935; Jerry Don, born in 1939; AV, born in 1942; Myrna Louise, born in 1943; Tommie Lee "Bud," born in 1945; and myself, Shelby Wayne "Skip." For a time, my sister Janey's daughter, Susie, lived with us because her stepfather, Roy, was very abusive.

5.      My family was, and many still are, all country folk. We are originally from the area around Pecos County. We later moved to the area around San Angelo, Texas when I was about four years old. When my family stopped farming, many of the men in my family became truckers, driving big rig tractor-trailers, either locally or all across the United States. The little bit of family still back in Texas live in the San Angelo area. Growing up, I lived in San Angelo until I completed the 5th grade. By the time I was in 6th grade, we moved to Chandler, Arizona.

6.      My momma died of a stroke on December 26, 1961 when I was twelve years old. I was there with her on Christmas night at about eleven o'clock when she had the stroke. She was taken to the hospital and died at about three in the morning. It was a hard time for me. I was booted around a lot and felt very alone for quite a while. My oldest brothers and sisters were out of the house by then and it was just me, Tommie and Myrna at home. Just before I was to end 8th grade, my dad moved us to Tucson. We stayed there for a while and then my dad wanted to go and work for my sister Janey and her husband, Roy, back in the Chandler area.

Initials

7.     When my dad went back to Chandler, I was sent to live with my oldest brother, Buck. He lived in Tucson, across the street from Flowing Wells High School. By then, Buck had married Faye McGuffee, a widower with four daughters and a son whose husband had died in a mining accident. Faye's children, in birth order, are: Leon, Alice, Charlotte, Bonnie and Debbie. Eventually, Buck had one child with Faye, a boy named Wade.

8.     Just before I went to live with Buck and Faye, Myrna got married and moved out on her own. Myrna had gotten pregnant before she was married and Buck and Faye cared for her baby, Cindy, for several months until Myrna got married and situated back in Texas. Tommie joined the army just before I went to live with Buck and Faye. My mother's death had already been pretty hard for me and then with the last of the siblings closer to my age gone off, it became harder. I felt pretty alone. The time I lived there with Buck, things were hard for me. I was a country boy and Faye and her kids were city folks. While I was happy to be out in the pastures, they wanted to do things like go roller-skating and go to the movies. I shared a room with Leon and it was clear that I was the new kid in the place. I was punished a lot. I felt like favoritism was showed toward the other children. If I forgot to take out the trash, I was grounded for 30 days where as if Leon forgot, he just was reprimanded or corrected. I never really got to know Faye. It was always just, "Yes, Ma'am, No Ma'am." There were no conversations. Even after I was grown and I went by to visit Buck, she never stayed around when I visited but

Initials

went off to her room after I got there. I thought she did not like me but also, if I showed up, most likely I'd have been drinking beer and be there to be drinking with Buck.

9.     After living in the apartment for a while with my dad, I stayed with Buck and Faye and their kids through the 9th grade and then was sent to stay with my sister Janey in Chandler where I started 10th grade. By then, my dad wanted to move back to Tucson. He moved back to Tucson and took me with him during 10th grade. I lived there in Tucson in an apartment with my dad. Things got even worse. I felt alone and things were very dark. My dad worked at a Rexall drug store and left for work at one or two in the morning. By the time I got up for school, there was no one there. When I came home, sometimes he made dinner and sometimes he didn't. We never really spoke. I was brought up that way. Grown ups and kids did not speak to each other much. You only talked if you were talked to and the kids ate last. The grown ups all ate first and us kids had to wait and we got the leftovers from what the grownups didn't finish. Sometimes we had to wait hours, especially if there were aunts and uncles over in which case there would be seven or eight of them eating. We stayed outside and went in when they were done. After I had kids, they always ate first.

10.    In 1963, I was also sent to live with my brother AV and his wife, Betty. They had racehorses and were constantly on the move. I lived with them and we traveled around to South Dakota, Idaho and Colorado. I remember we wintered out on

Initials

a ranch outside Twin Falls, Idaho in 1963. After that, we moved to Colorado where I left and hitchhiked back to Chandler to live with my sister Janey.

11.     Things eventually got so bad, I became depressed and I tried committing suicide. I was about fifteen or sixteen years old. I knew my dad had a lot of pills in the medicine cabinet. By then, all of my brothers were truckers and I knew that they all had pills they took to help them stay awake on the road and to help them sleep when they needed to rest up. I took as many pills as I could find. I woke up in my brother Glen's house in Phoenix. I stayed with my brother Glen and his wife Ophelia and they nursed me back. Ninety percent of the time I am a good ole boy and the rest of the time, I get depressed and things build up.

12.     We never talked about my attempted suicide. In my family, we do not discuss things. That has changed for me since I was arrested and went to prison. Before I went to prison, I was in counseling and then had three years of counseling while I was in prison. I can recall when I was just a little kid, maybe seven years old, hearing my father talking to his brother, my uncle Floyd. He told my uncle that if you go out and kill someone, you have to live with it the rest of your life, that it is your business and your burden to bear, you don't tell anyone. That stuck with me – that whatever I did, it was my business and you just don't tell people about your personal business.

Initials

13.     There have been other times in my life when my depression got really bad. When I am depressed, I don't want to be bothered with anyone and I isolate. Over my life, I have thought about suicide every once in a while.

14.     On a positive note, I was always the best swimmer in the schools I attended. I started swimming in rivers when I was just four or five years old.

15.     Once when we were still living in Texas, I remember that my brother Buck
REDACTED
                                Back then, we all often slept together and shared beds because there were so many of us. Buck had already been out and married and divorced by then but still back home and stayed from time to time. I was about eight or nine years old. I remember it was me, AV and Buck in the bed.          REDACTED
                                REDACTED


REDACTED
                From then on, I did not sleep next to him. When he was there, I slept on the couch until my daddy left for work around midnight then crawled into bed with my mom, or I slept on the floor.

16.     I first learned about sex after we moved to Chandler, Arizona. I was about ten or eleven years old. I went to an abandoned horse stable where we played and the boy who lived next door to me, who was about the same age as me, was on top of his girl cousin. He told me to try it and I did but nothing happened and I did not like trying to
                                REDACTED
do it.

Initials

REDACTED

She got me all worked up and excited but we never did do more than kiss. After that, my brothers took me down to Nogales, Mexico and sent me to a prostitute when I was sixteen or seventeen years old. I wound up with gonorrhea.

17.     I got together with Donna when I was nineteen years old. The first time I went out with Donna, our first "official" date, was New Year's, 1968. We went to a party on Speedway Boulevard. I'm pretty sure that Donna was eighteen years old and attending college at the time. I was nineteen years old and I was home from the Marine Corps on a twenty-day leave. When I arrived home, I first went to Phoenix, Arizona, and that was on December 24th, 1967. I stayed in Phoenix for two or three days and then headed down to Tucson, where Buck and Alice and Donna and Faye all lived. By then, Donna had grown up from the skinny girl we used to tease. She was going to college in Stafford, Arizona.

18.     I remember after that first official date with Donna, I came down with the flu and I was sick in bed for a week or two or however long I had left on leave. I stayed at Buck and Faye's house and that whole time Donna nursed me. After my leave was up, I headed back to Camp Pendleton in California. By then, I had finished my tour of duty in Vietnam. After my tour of duty in Vietnam, I had three or four different jobs and ultimately was transferred to a military police job in San Diego, California.

Initials

19.     I was on twenty-seven operations in Vietnam. I took a ricochet shot in the leg. I was medivaced to the hospital ship. But, I returned by the next morning. I remember that hospital ship–it smelled like death. I had had enough with all of the dead guys wrapped in ponchos. After I received the treatment on the hospital ship, I got up, dressed, and I went over to the hospital pad for the first battalion, third Marines to De Nang Headquarters. I went back with the supplies including sixty mortars. I left the hospital without checking out. I just wanted to get back and get away from all the death and dead bodies on the ship.

20.     I had an attitude for a few years after coming back from Vietnam. It was a difficult time and when we came back from Vietnam, people called us "baby killers." It was hard and treacherous being in the jungle in Vietnam. Everything was face-to-face and very close. The first time that I was out there on an operation and I saw guys getting shot up, I got sick and vomited. After about five or six months, I was numb. I had to relate the shooting to hunting an animal, like shooting a deer, because I couldn't handle shooting a human being. But really, that was like taking an aspirin for a headache–it just covered it up.

21.     When I was in Vietnam, at night, we holed up in dugouts covered with ponchos. The Vietnamese had satchel charges with pull pins that had a twenty second delay. So, they could pull the pin and throw it a long way before it detonated. As we lay there in the night, I thought any little movement or sound was a satchel charge. I was

Initials

always on alert and very jumpy.  When I first returned from Vietnam, the first few months, especially, were really bad.  I remember laying in bed with Donna in San Clemente and throwing her out of bed, thinking I was under attack.  I had nightmares.  Another time, I woke up to find myself on top of her on the floor.  She had rolled over in bed and threw her arm across my chest and I thought I was being attacked.  Donna also woke me up plenty of times because I was hollering to get down.

22.    If I watch war movies, I have nightmares and I wake up hollering and screaming.  It still happens every once in a while.  I have to be careful what I watch on television.  Even some of the PBS documentaries or just an advertisement can kick me off. In prison, if someone hit his shower shoes together somewhere and it made that slapping sound, I jumped.

23.    I have learned since going to prison and having counseling that what I experience is post-traumatic stress disorder.  Also related to this is the rush I get after driving in dangerous conditions and making it through.  I can recall driving through the snow and ice, hauling 80,000 pounds and knowing just one wrong tap on the brakes and me or maybe hundreds of people could be killed.  The stress and tension built in my muscles, in my shoulders and neck.  But after coming through it, the high and the rush is like it was when we were ambushed or under attack and afterwards checking to make sure I was not hit and still alive.  I can recall jackknifing in Chicago and thinking, "This is it."  But I came through it and felt that same rush.

Initials

24.    Donna and I started going out after my visit home when she nursed me back to health and were married in February 1968 in Silver City, New Mexico. I had a three-day pass and there was no wait time there to get married, and that's why we got married there. We took our honeymoon at my brother Jerry Don's house and then moved to San Clemente and then on to San Diego.

25.    Donna and I lived in San Clemente in a one-bedroom bungalow. After that, we moved to San Diego where we lived in an apartment above a dentist's office. I remember we could see Sea World from our apartment window. During this time, I was an MP—Military Police. In San Diego, Donna worked at a beauty salon.

26.    When we got out of the service, in April 1969, Donna and I moved to an apartment in the North end of Phoenix, Arizona. I started driving trucks, delivering paper for an office supply company for about three or four months. I then started working for Showalter, driving coast to coast and into Canada. I worked as a team with my brothers Glen, Jerry and AV. After I had enough experience, I started going out on my own. I went on runs that had me gone two weeks, three weeks, sometimes a month or longer. Donna did not like me being gone working for days at a time. We then moved to a place near where my brother Jerry lived. Jack West, who had a truck stop in Groom, Texas, offered me a job.

27.    Donna never spoke much about her family. Just after we were married, her father Hank and her mother, Ann moved to the state of Washington. Ann returned from

Page 10 of 26

Initials

Washington without Hank. She said that Hank had left her and they were not together anymore. I later learned that Hank had another woman in Tucson with whom he had two or three kids all the while he was married to Ann.

28.     When Donna was about six months pregnant, we moved to Groom, Texas. At the time, it seemed to me like she was all for it. Groom was very small, the population was maybe 500 people. In Groom, I had a job at the Phillips 66 that put me home every night. In Groom, I worked six days a week from six in the morning until six in the evening. It was hard work at the truck stop. I fixed flat tires for big rigs and dump trucks. Back then, it was all done by hand. There were hundreds of dump trucks out that way because they were building Interstate 40. By the time I got to work some mornings, there were eight to ten flats waiting for me.

29.     Sometimes I had a beer or two after work with the boss. After that, I came home tired. I ate dinner and then just went to bed. So although I was not on the road, I also was not around that much because of how much I worked. I thought we had some good times though, in Texas, when we were together. We went fishing together. Once, when Donna was really far along, pregnant with Wendi, we went fishing and ran into a bull. Donna was very large, very far along in her pregnancy, eight months, maybe more. We went cat fishing. On the way back, we came over a little bank and the bull was there. I distracted the bull so Donna could climb back out through the barbed wire fence and get away. We came out unscathed.

Initials

30.    Donna's mom came with us to live with us in Groom. We lived in a two-story house. She had a bedroom up the stairs from the living room/dining room area of the house. Our bedroom was downstairs. Ann was very much to herself. I never knew her to have any friends. When we all lived together in Groom, Texas, she worked in a café there but never made friends with anyone, never did anything or went anywhere. Even after we moved back to Arizona from Texas, I never heard her once say she had an engagement or something to do. Even if we had a family get together, she was always invited but she never came.

31.    I assumed that Donna and Ann were close because Ann was always around. It seemed to me that Donna consulted with her about decisions because she often wanted to speak with her mom before agreeing with me on anything. They were not warm toward each other or physically affectionate.

32.    We only stayed in Groom for about four months. Wendi was still an infant when we returned to Arizona. We moved to Phoenix and shared a house with Ann. I started to go back out on the road again, although I worked driving more locally. However, it seemed like things went downhill. I never saw Donna angry but she never spoke her mind, either. She held things in.

33.    I remember Wendi as a beautiful baby and a good kid until the time I last saw her when she was about six~~ and a half~~ years old. She walked by the time she was a year or less and we took her bottle away when she was a year old. She was completely

Page 12 of 26

$\mathcal{LL}$
Initials

toilet trained by fifteen or sixteen months. She jabbered all the time and by two years old she was a pretty good talker. She was a smart kid.

34.     After we were back from Groom for a few months, Ann got her own apartment and we moved into a house out by 32nd Avenue. Donna worked for U.S. Life Title Company. At one point, I went to work for the title company with Donna, trying to please her. I did title searches but it just was not for me. I was not a nine to five guy. I had to be outside, doing something. I quit the title company and went to work for Arizona Western Transport also known as Drake. I was driving for Drake trucking to places in Arizona and Southern California. Donna did go with me a few times and when she did, we left Wendi with my brothers and their wives.

35.     We moved from Phoenix to Tempe when Donna was transferred to the Tempe office of the title company. We lived in a duplex near Broadway and Hammond and that is where Donna started socializing with neighbors that I did not care for.

36.     Until we moved to Tempe, Donna's mom seemed to always be around. When we lived in Tempe, she was not around as much. Wendi went to day care when we lived in Tempe. We spent a lot of time with my dad and my brothers. When we all got together, we had backyard cookouts and did a lot of drinking.

37.     All my brothers and my father were drinkers. My brothers also all took mini bennies and pink hearts to stay awake while driving. My brother Tommie always took a lot of speed when he was driving. The first time I took pills while working on the

Page 13 of 26

_S.B._
Initials

road, I was about twenty-one or twenty-two years old, before Wendi was born. I was driving for Showalter with my brother Glen. We were back East and he got sick with the flu and could not drive and I had to keep the truck going. The first time I bought speed myself, I bought a jar of 100 pink hearts, a type of speed, in Las Cruces, New Mexico, for ten dollars. Later on, when I was working for JL Jarden, the boss gave us 30 mg RJS – yellow jackets, another kind of speed. I recall driving to California and back to Texas without sleeping at all.

38.     By the time Wendi was less than a year old, I was already back out on the road. In the spring of 1971, I arrived in Ohio around six in the evening and had to wait until the next morning to unload. I parked in a lot with a bar and went in and started drinking. I hooked up with some guys from the bar and went out to other bars with them and continued drinking. Later on, they dropped me at a house they said was theirs and told me to go on in because we were going to have something to eat. They told me they would be right in. I went in the house, into the kitchen and helped myself to some food. The next thing I knew, a guy with a baseball bat was coming after me. I remember seeing dollar bills on the table and thinking I had put them there. I grabbed the bills and took off running. I was crazy scared. I flagged down a car, which was a police car and was arrested. I think the guys that took me drinking duped me.

39.     While living in Tempe, in 1972, I took a job drilling wells, which again took me away from home for several days or weeks at a time. Wendi was just about a year and

*S. R.*
Initials

half old. Sometimes Donna or Donna and Wendi came and spent the weekend with me in the hotel room where I was staying on the job. I injured my finger while drilling wells and could not work so I decided to use my VA benefits to go to refrigeration school.

40.    I went to RFI refrigeration school with a VA loan for eight months. I worked part time at a Texaco station while I was in school. After I graduated, I worked at one place for a few months and then got a job with Parker refrigeration but found it boring and realized it would take years of working myself up through the union to be able to go out into the field on my own. We were barely getting by on our wages.

41.    I got to know Donna's father, Hank, a bit before Donna and I split up. He worked by court appointment in troubled businesses, where he went in for a period of time to resolve problems the businesses were having. I stayed with him and his wife, Virginia for a while when I was drilling wells. They had a couple of kids there when I stayed with them. I knew that Donna had an older sister but I never met her. It was two different worlds, Donna's family and mine. In my family we all knew where everyone was and what they were doing.

42.    During holidays, we went over to Jerry's house or to one of my family members. I recall one or two Christmases there at the house with Ann. Sometimes I was on the road and not even home for Christmas or other holidays. I stayed away from 4th of July celebrations because of Vietnam. I might watch fireworks from afar but do not go near them because the loud noise is too much for me.

Initials

43.    While I was married to Donna, I bought a fourteen-foot boat with a thirty-five-power horsepower motor. We took the boat out to Canyon Lake and to Apache Lake to go fishing. We did a lot of night fishing. Wendi played in the water and we took her out on the boat. She was a quick learner and never cried. She was a good kid and I loved the devil out of her.

44.    Things continued to go downhill between Donna and me. I was drinking too much and generally dissatisfied. We had a hard time communicating. We also were growing apart. She was going to potluck dinners and socializing with people who I did not like back then. I did not want to go with her. Back then I thought of them as hippies and draft dodgers. Her friends were not allowed in my house. She held things inside too long like her not liking me being on the road. She waited until "the fire done burnt the log in two." I still liked Donna and still talked to her for a while after the divorce.

45.    I was getting itchy, wanted to get out and live life. Things became routine and I felt like we were eighty years old. I knew things were not good in our sex life anymore because Donna always seemed like she just wanted to get it over with. If it was not for Wendi, I would have been gone sooner. My sister-in-law, Ophelia, Glen's wife, helped me get the divorce going. Glen and Ophelia had married when I was in high school. Ophelia and my brother Glen met each other when they were both in prison. I told Donna I was going to Texas to work. The next morning, I got a ride to Casa

Initials

Grande where I was picked up by a trucker who took me down to Texas to start driving for JL Jarden Trucking.

46.    I knew that me being on the road all the time was no way to raise a kid. When Donna moved to Casa Grande and asked me to sign my rights away, I did it. By then, I was in Texas hauling cattle. I wish now I would have been around more. At the time, I thought I was doing the right thing.

47.    During the time Donna and I were together, my dad and brothers were often around. Over the years, I have been told about my father and my brothers sexually molesting or abusing children in the family. By the time I heard about it, the time had long since passed that the acts had occurred.

48.    I always thought that my brother Tommie must have had some weird sexual behavior. I also at times thought maybe he was a homosexual. He never did marry. There was something strange about his time in the service. He returned early and no one ever told me why he did not do his full time. I recall seeing strange things, sex toys. I once asked him about it and he said he found them. I did not ask any more questions. There were also times when he would go off and I did not see him for long stretches of time. He may have suffered from depression also.

49.    When Tommie was about fifteen and I was about thirteen years old, he still really did not have any friends. He did not socialize. He spent a lot of time by himself. He built model ships. He built the entire west coast war fleet. We had an old pond in the

Initials

side yard and I remember that after Tommie spent all that time building the ships, he put model glue on them and lit them on fire and watched them sink. He also shot them up with a bb gun. He had strange ways and I thought it was crazy for him to do that. It took him weeks or months to build those models. Our older brothers teased him saying it was sissy stuff and maybe that is why he destroyed them.

50.     Around the time Donna and I were going through our divorce, or maybe just after we divorced, Tommie and I took Wendi on the road in our rig to Texas. In Texas, I bought her jeans and boots. Wendi was a good, lovable kid. We were gone for a few days. I did not think anything of it at the time but Wendi, who was three, maybe four years old, was in the sleeper compartment of the truck, in bed with Tommie. Looking back on it, I would not be surprised if Tommie molested her.

51.     After living in Texas, I moved to Las Vegas, Nevada and married my second wife, Gail Currie, who I had met in Texas. I met Gail on a bet at the Golden Spur, a bar across from a truck stop. It was a gathering place for truckers where we hung out and waited to see if we got called for a run. I was there with my brother Tommie. I was about twenty-six years old. I took a bet that she would go out with me because all the guys said she would not date any of the customers. I won the bet when me and Gail and Tommie and a girl he picked up there all closed the place and finished the night and morning off dancing and honky tonkin' down in Matamoros, Mexico.

Page 18 of 26

Initials

52.     Gail had two children, Joann and Bobby, both of whom took my last name. I stayed in Nevada until the end of 1976. My brother Buck got a hauling job with Kerley Chemical and asked me to come work with him. I moved to Sahuarita, Arizona with Gail and her two children. Gail and I then had a daughter together, Crystal Kaye, who was born on April 22, 1977. I remember that she looked a lot like Wendi.

53.     After Gail and got together, I picked Wendi up at Donna's house in Casa Grande and took her to a rodeo. By then, Gail and I and her two children were living in Sahuarita. We took Wendi for the weekend and she stayed with me and Gail and Joann and Bobby. I recall waiting outside when I went to pick her up. When I looked in the house, I saw that the television set was facing the wall. It was the Magnavox TV that Donna and I had together and was a nice piece of furniture and I thought that it was strange that it was facing the wall.

54.     I last saw Wendi just before my daughter Crystal was born. I picked Wendi up from her house in Casa Grande and took her out for a visit. We may have gone for an ice cream. We only spent an hour or two together. At that time, the house Wendi lived in looked plain and did not have a welcoming feel. I was not invited in but could see through the screen. Donna told me, "I'll let you know the next time you can come by." I got the feeling not to come around anymore and I never did.

55.     I heard through Buck that Donna and her husband had joined some kind of religious sect. I grew up Baptist and now I am just a Christian. I do not believe that the

Initials

Lord belongs to any one group or doctrine. When Donna and I were together, I do not recall Donna or Ann being religious and we did not go to church. I recall that in 1978, when the news broke about Jim Jones and all the people dying, I worried that Donna and Wendi were part of it. However, I think the names of the people who died were published and I looked to make sure Donna and Wendi were not on the list.

56.     While living in California from 1981 through 1985, I had three Driving Under the Influence cases. Gail and I divorced in 1982 and we maintained joint custody of Crystal. Crystal died in a car accident in Seattle when she was 29 years old. She has a daughter, Crystal Rue Ann Robertson who is now living with Gail in Redding, CA. I remained in Bakersfield until July of 1983.

57.                             REDACTED                             I never got the
                                                                    REDACTED
details as to which ones, how many or exactly what he did.
                            REDACTED

My

father was around Theresa when she was about three to five years old. He was around her again when she was a teenager when he was in his 70s. I found out about Theresa when my father came to stay with me in Bakersfield, California. At the time, I was living with my wife Gail and her children, Bobby and Joann and our daughter Crystal. When
                                                                    REDACTED
Jerry Don heard that my Dad was coming to stay he told me to watch it.
                REDACTED
                                                At that time, I did not

Initials

believe it and did not ask more about it. I did, however keep and eye on him during the three or four months he lived with us.

58.    Sometime in the mid to late 1970s, my brother Jerry Don suffered a bout of depression. My brother Glen told me that Jerry was run down, was vitamin deficient and had sores on his body that did not heal.

59.    In July 1983, I loaded up and went to Houston. While in Houston, I worked in construction. I stayed there until 1984 when I went to Phoenix and worked for a few months at Luke Air Force Base. I then returned to Bakersfield later in 1984 and started driving trucks again. By then, Gail and I were friends again and she and her new husband, Bob, and me got together all the time.

60.    In the mid 1980s I heard that my brother AV and his wife, Linda, were
REDACTED
getting a divorce.                                                               Soon

after that, AV became religious and eventually became a deacon in his church.    REDACTED

REDACTED

REDACTED
, I told him that

it could be him sitting there in prison.

61.    Near the end of 1987, I was loading trucks for Coast Gas. I drove out to Tucson to visit my dad. After that visit, I decided to stay in Arizona. In January 1988, I moved to Arizona and stayed with my sister-in-law, Ophelia. By then, my brother Glen had died. My niece Donna and her husband, Rim, asked me to help them out at their

Initials

company, Empire Fruit. I starting working for them but after a few months, I told them that the drive was too far to make each day. They wanted to keep me so they moved a small trailer onto their place and hooked it up with lights, gas and a phone. Later on, when I was with Crystal, my next wife, they got a bigger trailer and I lived in that with Crystal and her kids. I continued to work for Empire until late 1991. I worked seven days a week loading citrus for Rim's company, Empire Fruit. After that, I started working at Rickets Trucking, the last place I worked before getting arrested.

62.    In 1990, I remarried again, in Las Vegas, Nevada, to Crystal Overpeck, who I had met in the summer of 1989, and stayed married to her until 1998. I was in prison by then and she kept coming to see me, faithfully, every Saturday for five years. After five years in prison, she asked for a divorce, which I did not object to. She had another guy in her life. She said she still wanted to see me after she started the divorce but I took her off my visiting list because I wanted her to get on with her life, with her new relationship.

63.    In 1987, I drove with my brother Tommie for Frymiller. I was feeling alone and isolated. That time, I did not attempt suicide. I just drank a lot to drown my sorrows. The next time my depression got bad like that was when I was working at Empire and married to Crystal in about 1990 or 1991. I had been working seven days a week for ten months straight for Empire Fruit. We lived out in an area with no neighbors in the middle of nowhere. I drank quite a bit then. Crystal was working a lot also and it

Initials

was just me and Julie and James, Crystal's kids. About one year after I married Crystal, I

wished I never had but I stayed with her. I think this fed my depression.

64.     I continued to work for Empire and continued to feel isolated and

REDACTED

depressed.

REDACTED

I was intoxicated at the time. In the morning, I knew what I had done. REDACTED

REDACTED

65.     By December of 1992, I was arrested.               REDACTED

REDACTED

REDACTED

Tommie had a

fifth wheel trailer that he lived in that was parked out there on the property. As soon as I

saw the pictures, I told Tommie he had to leave the premises. He left and went to stay

with Buck and Faye down in Tucson. A few months later, we were both arrested.

66.     The police detective called me in to meet with him for an interview in

Mesa. He told me it was about Tommie. When I arrived, he met me at my car and told

me to leave my wallet in there.                    REDACTED

REDACTED

D       I denied it at first but then, after about an hour, I told him everything that had

Initials

REDACTED

happened.

REDACTED   I also signed a plea bargain because otherwise, she would have been put through a trial. I wanted it to end. I knew I did it and I knew it was wrong. I was not thinking about the consequences when I confessed, just that I wanted it all to be over with.

67.    I was arrested in November 1992 and went to prison in 1993 after pleading guilty to molestation charges. During the time I was in prison, I worked the first one or two years as a porter making between twenty-five and thirty cents an hour. I later worked for a private interest, ACI, making minimum wage. I was able to retain fifty cents an hour on my books. I sent the rest of the money out to my daughter Crystal and paid for her college education and I bought her a car.

68.    A strange thing happened in 1997 or 1998 when I was in prison. I was filling out a special visit form for my daughter Crystal but instead of putting Crystal's information down, I filled it in with Wendi's information--her name and date of birth instead of Crystal's.

69.    Before I went to Vietnam, I was a friendly guy and in school had lots of friends. After Vietnam, things changed with me. I became more isolated and felt better if I was off by myself. I learned to hide my emotions to be able to survive over there. I felt like I had to keep my guard up, otherwise, it hurt too much. I could not make friends because I never knew who would be killed. If I allowed myself to take everything in that I

Initials

experienced, I think would have wound up in the psycho ward. The Marine Corps teaches you to be a killing machine. Most of the time, we were shooting off into the jungle but we also came close to people we had to shoot. It was hard to shoot someone and I never got used to it. I think there must be something wrong with someone in the head to be able to just shoot someone.

70.     In retrospect, driving trucks allowed me be to be isolated and away and not have to see and deal with things. At the time, I thought I liked it and liked doing what my brothers were doing.

71.     Since my incarceration, I have learned a lot, including how to recognize when I am getting depressed and I know to do things to get myself out of it.

72.     I believe that someone had to know where I was or that some of my relatives must have known what happened with Wendi and could have told me. If I had been told about her case back then, I would have done anything I could have to reach out and offer assistance in any way I could. I would have gone to my prison counselor to see what I could do to help.

73.     The last information I had before now was that Donna and Wendi were on the road, which I learned during a visit with my brother Buck. When Donna asked me to allow her husband to adopt Wendi, and said that she thought that was for the best, I agreed. I never did make any efforts to pursue finding out more about where they were.

Initials

Now, I certainly wish I would have.  If I had known about Wendi's case, maybe I could even have helped pay for her legal costs.

74.     Until now, no one ever came and talked to me about Wendi's case.  If I had been asked to provide the information contained in this declaration, I would have done so.  If I had been asked to testify at Wendi's trial, I would have testified to what I have said in this declaration.

I have read the foregoing declaration consisting of 26 (twenty-six) pages and 74 (seventy-four) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct.  Signed this 22nd day of June 2011 at Los Angles County, California.

<br>

Shelby Wayne Robertson

<br><br>

Page 26 of 26

Initials

# Exhibit 33

## DECLARATION OF STUART WADE ROBERTSON

I, Stuart Wade Robertson, declare as follows:

1.     I am the paternal first cousin of Wendi Andriano.  Everyone calls me by my middle name, "Wade."  My father, Berle Boyd "Buck" Robertson, is the oldest brother of Wendi's biological father, Shelby "Skip" Robertson.  I was born on August 20, 1966 to Berle Boyd "Buck" Robertson and Thelma "Faye" Robertson in Tucson, Arizona.  I have five half-siblings on my mother's side.  In birth order they are: Leon, Alice, Charlotte, Bonnie, who goes by "Deblen," and Debbie.  All five of my half-siblings have the same father, Kelsey McGuffee.  I'm the youngest among my siblings.  My sister, Alice, and Wendi's mother, Donna, were best friends growing up.

2.     My father, Buck, and Wendi's father, Skip, have six other siblings: Janie, AV, Glen, Myrna, Tommy Lee "Bud" and Jerry Don, for a total of eight siblings in the family.  Buck is the oldest son and Skip is the youngest sibling.  Janie, who was the oldest, passed away before I was born.  Glen passed away about twenty years ago, Bud passed away eight or ten years ago, and AV passed away in late 2009 or early 2010.  My father passed away in 1994.  Myrna and Jerry Don are both still living.

3.     As a child in my parents' household, I was expected to behave.  If I didn't, I got the belt.  I got into trouble occasionally for things most kids get in trouble for.  If I stayed out too late, or if I borrowed the car without permission, for example, I got a beating.  If I was somewhere I wasn't supposed to be, same thing.  I grew up in a very strict household.  I suppose today it would be called abuse, but I think of it as discipline.  I

Initials

knew how to behave. Kids today all run around thinking they're owed something.  I didn't grow up that way.

4.      Though I have siblings, I grew up mostly as an only child, because I was so much younger than them.  Debbie was the last one to leave the house aside from me, and she left when she was about seventeen, so I would have been five or six years old.  My dad was on the road driving trucks most of the time and my mom was working.  I was easy to raise and I pretty much raised myself.

5.      I started working when I was twelve years old.  I did landscaping and maintenance at a trailer park in the afternoons after school.  I had two paper routes and I paid for any extra things that I wanted, that is, anything above and beyond the essentials. I spent the money I earned on toys or models.  I didn't depend on my parents for that sort of thing.

6.      I haven't had much contact with the Robertson family since my father's death in 1994.  Even when my father was alive, the Robertsons were not a big part of my life.  All of the men in the Robertson family were truck drivers, so they were gone a lot.  I didn't even see much of my father.  He was gone for most of my childhood.

7.      Wendi's father, who we call "Skip," lived with my parents when he was in high school, before I was born.  As I understand it, he eventually got into trouble with the law and he had to choose between military service and jail.  I don't know exactly what kind of trouble he was in, but I think he was stealing cars and things like that.  He enlisted in the Marines in 1966 or 1967, around the time I was born.

Initials

8.      Sometime between 1967 and 1970, Skip married Wendi's mother, Donna. Wendi was born shortly thereafter. They were only together a few years before they got a divorce.

9.      From 1974 until 1977, after Skip and Donna split, Skip worked with my father at Kerley Chemical, a chemical plant in Sahuarita, Arizona. His job was to haul caustic soda into the mines. He lived in a trailer at the plant, and I don't believe that he was allowed to see Wendi at that time.

10.     I recall that Skip drank quite a bit. This was during the time that he was living with his niece, Susie, in Queen Creek, so I would have been in my early 20s. When he was sober, he was pleasant to be around. We went fishing and to the movies and did other fun things. When he was drunk, however, I didn't like to be around him. He was a mean drunk. He wasn't the kind of person who could just have a few beers – he drank to the point of being drunk every time. When he was drinking, he aggravated people. I recall that he always managed to find a button to push and kept pushing it. He threw rocks at me and tried to get me to fight him. This occurred at my parent's house when I was a child, as well as at Skip's house in Queen Creek. He came down every once in a while to visit. He just liked to pick at me for some reason, and sometimes I let it annoy me – I let it get the better of me. I might say something like, "Knock it off, Skip, you're being an asshole," but usually I just tried to ignore him. He just kept at it though, and nothing I did made him leave me alone.

*SW*
Initials

11.     From what I've heard, all of the Robertson men were aggressive drunks. I recall hearing stories. They liked to drink and they liked to fight.

12.     I remember firsthand that my father liked to drink as well. He didn't drink at home. He always went out to the bars, and sometimes he came home really trashed. I don't remember him drinking that frequently, but there were a couple times where he went on a binge. I remember that when I was sixteen or seventeen, my father rode my horse to the bar. It made me angry. I went to the bar and pulled him out with every intention of having it out with him on the street. It made me angry because my mother worked so hard, and my father went out and got drunk. My mother was a meat-wrapper at Safeway for more than twenty years. As far as I know, my father stopped drinking after that incident.

13.     My father developed melanoma around 1989. He battled cancer for about five years. He was in a lot of pain, but he wasn't telling anybody. He finally went into the hospital on a Wednesday in 1994, and he died that Friday. He wanted a high quality of life, even if that meant it wouldn't be a very long one.

14.     While my father was sick, my uncle, Jerry Don, came around quite a bit. We went to the lakes with him to go fishing. After my dad passed, however, we lost contact. He did the eulogy at my father's funeral, but I don't think I've seen him since then. He called when Tommy died, to let us know.

15.     Skip went to prison in 1993, before my father died, for molesting REDACTED
        REDACTED
                                At that time, he was living in Queen Creek

Initials

and working for his niece, Susie, at Empire Fruit. Susie is the daughter of either Myrna or Janie, I'm not sure which. I was never close with either of them, and, outside of my uncles, I didn't know the Robertsons well. The whole family was pretty shocked by Skip's crime, but there was no telling what he would do when he was drinking, so I wasn't that surprised.

16.     I know that Skip got out of prison recently. My mother told me that my sister, Deblen, had a fit over it. I'm not sure why it upset her so much. She's a different character altogether – a bit strange.

17.     I met Skip's step-daughter once. She seemed kind of different. She was slow and attention-starved. I think at the time I met her she was about twelve or thirteen years old but she acted like she was eight or nine. She was very clingy. She was perpetually holding onto someone's arm or leaning on someone. Skip's wife at the time, Crystal, the mother of the little girl, was a nice lady, but kind of dingy and naïve. I know that there was also a little boy who was Crystal's son, but I don't remember his name.

18.     I recall that on one occasion we were at the lake. I remember Crystal asked, "How do you get in and out of the boat?" And I thought to myself, "What do you mean? You just step off the damn thing." She just wasn't too bright.

19.     Tommy got in trouble at the same time as Skip,                    REDACTED
REDACTED
          I was pretty close with Tommy and, after my dad passed away, I was the only one who continued to visit him in prison. When Tommy got out, I took him to Phoenix so he could set up his parole. This was in the late 1990s. He couldn't stay with us due to

Page 5 of 7

Initials

stipulations in his parole.  I had kids that were the same age as the girl he abused.  I was not overly concerned that something would happen, but he wasn't allowed to stay with us nevertheless.  He went to work for Ricketts Trucking when he got out of prison.  He lived in a motor home parked in the truck yard until he died in 2001 or 2002.

20.     I have been around trucks my whole life.  When I was a child, I spent summers on the truck with my father, driving around the country.  It wasn't that exciting, you don't see much out the window of a truck, but I could drive a truck before I could drive a car.  In high school, I studied mechanics and after high school I worked as a mechanic for several years.  Now I work as the maintenance supervisor for Saguaro Environmental Services, a waste management facility in Tucson, Arizona.

21.     I don't know much about Wendi's childhood, or her parents, Donna and Alejo.  I know that Donna was close to my sister Alice and that they grew up together. When I was very young, Donna lived in the house behind ours, but I don't remember anything about her from that time.  I know her, but not well.  I also met Alejo a few years ago through my sister, Alice.  Alejo seemed like a nice guy.

22.     I enlisted in the Marine Corps in October of 1986.  I was stationed at the Marine Corps Recruitment Depot in San Diego, California.  I had previously had surgery on my knee, and the injury caused me problems in the military.  I was only in for a couple of months and due to my injury, I was discharged.

23.     My grandfather, Boyd Gravely Robertson, stayed with us from June of 1983 to December of 1986.  In December of 1986, he went to stay with my uncle, Jerry



Initials

Don, in California. He came back not long after that, and stayed with us until he died. He was set in his ways and he had problems with Jerry Don's wife. My grandfather was a difficult person. When you took him grocery shopping, he read every label. Everything you bought had too much of this, or too much of that. He insisted on having brand-name things; he wouldn't settle for the generic equivalent. He also only wanted to eat TV dinners. We found ways around it. I recall that we bought food and cooked it and put it in the TV dinner trays. We also bought generic painkillers and put them in an Advil or Tylenol bottle. He was set in his ways and did not like Jerry Don's wife, so he wound up coming back to stay with us. He passed away in 1987. He was eighty years old when he died.

24.    No one in connection with Wendi's case ever contacted me before now. If they had, I would have told them what I have said in this declaration or provided whatever information was asked of me. If I had been asked to testify on Wendi's behalf, I would have done so.

I have read the foregoing declaration consisting of seven (7) pages and twenty-four (24) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this 22 day of October 2010 at Pima County, Arizona.

Stuart Wade Roberston

Initials

Exhibit 34

## DECLARATION OF CYNTHIA DENISE SCHAIDER

I, Cynthia Denise Schaider, declare as follows:

1.      Everyone calls me "Cindy." I was born "Cynthia Denise McCann" on July 6, 1957 in Phoenix, Arizona. I have lived in Casa Grande, Arizona since January of 1980. I married my husband, Stephen "Steve" Schaider, in November of 1980, after we moved together to Casa Grande. I do not have any biological children of my own, but I have one stepdaughter, Bree Schaider, who was born on December 31, 1974. I have an Associate's degree in criminal justice, and a Bachelor's degree in public administration. I am the executive director of "CGA, Inc," a non-profit organization devoted to drug abuse prevention. I have known Wendi Andriano since she was nine years old. Though I have no training as an attorney and no work history in a law office or in any legal capacity, I wrote significant portions of the opening and closing arguments for the penalty phase of Wendi's trial.

2.      I met Wendi Andriano, and her parents, Donna and Alejo Ochoa, through our church in Casa Grande, Arizona in 1980. At that time, Wendi was a child and was called by her maiden name, "Wendi Ochoa." Later, our daughter, Bree, also attended school with Wendi at the Christian school on the church grounds. We got to know Wendi over the years. I saw her regularly at church and at the Christian school that was attached to the church. When she was a teenager, I let her do some work around my house to earn some extra money, and she also babysat for my stepdaughter, Bree.


Initials

3.      Wendi's parents, Donna and Alejo, had nothing, meaning they were always very poor. They told me that before I knew them, they were part of a street ministry in Northern California. They followed another strong-willed, "turn or burn" pastor there. It was a different time; the Jesus-freak movement was in full swing. It consisted of born-again hippies who traveled around spreading "Jesus power." This was in the mid-1970s. Donna and Alejo told me that while they were in the ministry, Wendi panhandled for them. They lived out of a bus and walked the streets preaching and handing out tracts.

4.      When we began going to the church in 1980, Donna and Alejo lived in a rental house on the south side of the tracks in Casa Grande. It was a low-income area. Later, Donna, Alejo and Wendi moved to a house in another housing project called "Hopi Hills," or "Indian Hills," or something like that. The development was built specifically for copper miners. The mine was a major employer in the area, and it closed and re-opened several times. It closed for good around 1993, when the price of copper plummeted. The soil in the housing development was very sandy, and the construction crew didn't build the footers deep enough. The foundations of all the houses cracked and they were boarded up.

5.      My husband and I began attending 91st Psalm Ministries in July or August of 1980. Wendi's family also attended the church, and her father, Alejo, was the youth pastor there. The head pastor at that time was a man named Calvin "Cal" Lorts. There was also a private school for kids on the church grounds called "91st Psalm Christian School." A few years later in about 1983, Cal Lorts left 91st Psalm and the leadership of

Page 2 of 17


Initials

the church and school was passed on to Tom King. The church was renamed "Harvest Family Church," and the school was renamed "Harvest Christian Academy."

6.     Wendi's father, Alejo, was a recovering drug addict. The first words that come to mind when I think of Alejo are "drug burn-out," but that may be because I'm in the drug treatment business. Alejo was unpredictable and temperamental. As youth pastor, he could be silly, irreverent and playful with the children and they enjoyed him at times because, in many respects, he was a big kid himself. He was goofy. On the other hand, he created loose and unsteady boundaries with them. Some days the children could get away with almost anything. The next day, however, the same behavior wasn't permissible and was punished. He used his authority at school to bully the children. If they did something to make him angry, he made sure that they were humiliated. He was so harsh on them. Alejo sometimes let the children blow off steam during Children's Church on Wednesday nights. They were permitted to be loud and rambunctious. After getting them all wound up, however, Alejo scolded them. He had the unreasonable expectation that the children would calm down at the drop of a hat. It was confusing to the children and it hurt them.

7.     Alejo also liked photography. When Wendi was fifteen or sixteen, Alejo took a series of photographs using Wendi as a model. He showed me the photographs. They were a part of his portfolio, examples of "modeling shots." In the pictures, Wendi was dressed in lingerie, a white teddy, and posing in the desert. I always took issue with that. I felt that it was very inappropriate for a stepfather to take his beautiful, curvy step-


Initials

daughter out into the desert in her underwear and take sexy photographs of her. It was unseemly to me, but it was not my place to comment on the behavior of one of the pastors.

8.      Wendi grew up in a male-dominated environment. Tom King frequently preached that a woman's place was in submission to her husband. He often said that women should quit their jobs and stay at home. He was sexist. There were certain roles that men and women were expected to fulfill, and this was embedded in the culture of the church. According to Tom, if a girl wore a bathing suit and a boy got aroused it was the girl's fault.

9.      As parents, we were encouraged by the pastor to use corporal punishment on our children. This was presented as the Biblical way to raise children. Wendi had a domineering daddy and grew up in a church with a domineering pastor.

10.     My family attended 91st Psalm and Harvest Family Church from 1980 until 2001. We were dedicated churchgoers and we attended nearly every service for more than twenty years. There were three services per week, two on Sundays and one on Wednesdays. There were also three-day "special weekends" when a guest speaker came to the church. We attended nearly every one of those. We volunteered on workdays and helped with construction projects. Steve and I were core members of the church, along with about ten other families, meaning that we attended nearly every service and we were almost always there on workdays.


Initials

11.     Cal Lorts, the original pastor who oversaw 91st Psalm from before we arrived until about 1983, was a very charismatic individual. Everyone in the church liked him. Cal had visions of becoming a great and powerful TV preacher in Phoenix. He said that God told him he must go into the television ministry. He left to establish an associated church, the 91st Psalm in Phoenix, Arizona. It was painful for the congregation when Cal left and many of the key members of the church went with him. I was very sorry to see Cal go.

12.     Prior to Cal's departure, Tom was already teaching the adult Sunday school. There were thirty or forty people on average who attended his classes. Occasionally, Tom also preached at the main services. Just before Cal left the church, there were about one hundred and fifty people with the church. Church services were held in the sanctuary, and there was not enough room for that number of people, so we had two services every Sunday to accommodate them all. Many of the church members just came to the church services, and were not involved in the weekday school in any way. When Cal left, there were dramatic changes. I remember people saying that all the good people left with Cal.

13.     Tom King was not as charismatic as Cal. Their preaching styles were very different. Tom saw himself as a teacher, not a preacher, and these are two different gifts according to the Word, meaning the Word of God in the Bible. Tom was a country boy, a preach-in-your-jeans kind of guy. He was very lowbrow. He prided himself on being a common man and often used words like "ain't." Over time, Tom King became more

Page 5 of 17


Initials

rigid and oppressive, almost tyrannical. He did not preserve the sanctity of the pulpit. When speaking as our pastor, he brought in his own opinions. It became a "bully pulpit" that he used to control the lives of church members. He tried to put the weight of God behind anything he said, even when it was obviously his own opinion. Wendi's adoptive brother, Brandon, dyed his hair orange when he was twelve or thirteen years old. Tom didn't like it, so he told the congregation on Sunday, speaking publicly as our pastor while delivering a sermon, that Brandon had dyed his hair and that he looked like a faggot. He instructed us to make fun of Brandon. Tom King was extremely homophobic and considered it a very big sin to engage in homosexual behavior. Tom King harangued the children of the congregation about this. Two boys could simply be wrestling each other, or even just standing close to each other, and Tom King approached them and called them "faggots."

14.    Tom King was also a recovering alcoholic. He got sober, but from the perspective of a treatment professional, he never got healthy. His addiction to alcohol was replaced by an addiction to Jesus. Tom was also socially inept and did or said whatever came to his mind. There was not any social filter in his brain. He was often rude, blunt, coarse, uncouth. He was flippant in his responses and he made jokes when jokes were not appropriate; he was irreverent in circumstances where he should have been reverent. A good word to describe Tom King is "adolescent."

15.    Tom King used ridicule, humiliation, strong statements, and the fear of God to influence his congregation. Sometimes, his messages were more subtle. He said



Initials

things like, "I turn my television off because I don't like what it says – you might do the same." Tom King actually turned his television to face the wall. Tom also preached that if you were a Christian, you had to be a Republican, and he expected the entire congregation to be Republican. He told us from the pulpit how to vote in public elections. There were voting materials in the church – propaganda for certain candidates on the sideboard in the entryway.

16.     The kids liked Tom more than the adults did, I think. Tom was really another big kid himself. Tom was very similar to Alejo in that, when he scolded the children, he did so harshly and unexpectedly. He was disrespectful towards the children.

17.     Church members socialized with each other to the exclusion of almost everyone else. We were encouraged to do so with the backup of scripture. Tom said things like, "You're either with me or you're against me." He said "Be not unequally yoked with unbelievers." The implication was that we shouldn't be tightly linked to people outside our church culture. Tom's versions of what scriptures meant were usually intended to control us.   Tom referred to other Christians as "nominal Christians," meaning those Christians who did not pray in tongues, who did not operate in the gifts, and who were denominational, like Methodists, Baptists, Presbyterians, and others.

18.     The differences between this Christian cult led by Cal Lorts and Tom King, and a denominational church, are vast.  91st Psalm and Harvest were established out of a born-again-Christian-revival movement, wherein the Bible was taken literally. We truly

Initials

believed that if we laid our hands on the sick and prayed they would recover. This included fatal illnesses like cancer. We called it "operating in the gifts."

19.     Tom King's wife, Patricia King, had a sister who attended the church named Cyndee Justus. Cyndee was married to a man named Steve Justus, and they had a daughter named Shiloh. Steve Justus worked for a man named Dick Herdegen, who owned a well-drilling business and who was involved in the church. REDACTED

REDACTED

REDACTED

Dick swore that it was all a lie and he continued coming to church at Harvest, which Tom allowed him to do. Cyndee and Steve went to the police and there was an investigation. I was working at the jail at the time, and because the detectives knew me, they came and interviewed me. The evidence was not substantial enough to move forward with prosecuting the case.

20.     As a teenager, Shiloh Justus developed an addiction to methamphetamine. She got married on the sly against her mother's wishes when she was sixteen years old. She moved to New Hampshire where she lived with her husband, Daniel Demers, in a trailer. He was a meth addict, and she got involved in that lifestyle and also became addicted.

21.     My stepdaughter, Bree, attended school at Harvest from 1984 to about 1990. At the time, I honestly believed we were doing the right thing and that she was getting a good education. Steve and I were brainwashed. We were taught that if we


Initials

loved our children, we were to keep them segregated from other children and people who weren't part of the church.

22.     My daughter, Bree, is still traumatized from her experiences.  She is not walking with Jesus.  I regret having put her through the trauma she suffered at Harvest School and Church, and having punished and swatted her so harshly while she was growing up.  Recently, my husband and I had to give her permission to leave her husband.  She had it in her head that she had to stay married, because of what she learned at the church.  She is distant from us.  She has bad feelings about us that are wrapped up in the church.

23.     The curriculum used at Harvest and at 91st Psalm was called "Accelerated Christian Education" ("ACE").  The children were almost entirely self-taught, working out of workbooks called PACES.  There weren't really teachers, but volunteer parents, called "monitors" who kept order in the classrooms and answered questions as they came up.  The children sat in cubicles around the perimeter of the room with dividers between each student.  They could not see or interact with the other students.  They worked silently.  If they had a question, they placed a small flag in a hole in the wall above their desk and waited for the monitor to come to them.

24.     During school hours, there was something called a "six inch rule."  The children were not allowed to touch each other, and they had to keep six inches of distance between them.  During some of their breaks, they walked around the school in a line, in a

Initials

big circle. They did not interact, and they were not permitted to talk to each other. On other breaks, and during recess or lunch, they were permitted to interact.

25.     Discipline at that school centered around scolding, humiliation, corporal punishment, extreme work punishment, and social isolation. One time a student, Seth Galyon, the son of my best friend Linda, was placed in a chair in a room by himself and told not to move a muscle. He was made to sit that way for a long time. I was witness to at least five minutes of it. Seth REDACTED

He was a kinesthetic learner, meaning that he needed to move in order to think. Due to the lack of training in any of the staff at that school, he was misunderstood and mistreated.

26.     On one occasion, I called Child Protective Services about a situation at the school. There was a teenage girl at the school, Frances Archuleta, who was caught kissing a teenage boy, JJ Arp. Frances was the daughter of the church secretary, Lola Archuleta. Frances and JJ were about fifteen years old at the time. Tom King and Frances' mother, Lola, had her pulled out of school for one month, and all day for the entire month she had to hoe weeds in the hot sun. It was April or May when this occurred, so it was very hot outside. I felt that this was an inappropriate and unsafe punishment. I called CPS, told them what the situation was, and asked if that was child abuse. CPS sent someone out to talk to Lola and Tom about it. They told Tom King that he couldn't do things like that. They told him that he couldn't punish kids in that way and that they needed to be in school. In his next sermon, Tom King said something like, "Some gutless wonder

Page 10 of 17


Initials

called the state and told on us." This was a pretty clear message that we were not allowed to talk about things "outside the family," meaning the church congregation.

27.    Adults at Harvest School sometimes used corporal punishment, what we called "swatting." Children received corporal punishment in response to most infractions of the rules. Lying, cheating, talking out of turn, being a smart-mouth – all of these things were punishable by swatting. The punishment was always administered by an adult at the school, usually Tom or Pat King. The children were hit with a board or "paddle," with careful effort to stay within the "legal limitations." The official procedure was that children were taken into the nursery with an adult to witness, and an adult to swat. After the swats were delivered, the adults prayed with the child, and then the child was sent back to class. The child was sent home with a "correction paper," illustrating the punishment the child received and why. I didn't realize how pervasive the concept of swatting was until I was at a baby shower with twenty-five women from the church. We each had a piece of paper to write down advice for the soon to be mother. Almost every one of those pieces of paper made reference to the importance of "using the rod."

28.    In addition to the swats that were delivered at the school, we were encouraged by Tom to swat our children in our homes when they were "rebellious." He backed it up with scripture, such as, "Foolishness is born in the heart of a child and the rod of correction will drive it far from him."

29.    Wendi was a young girl growing up in this church-and-school environment. She went to school every day where a man named Tom told her how to think, what to


Initials

eat, what to wear, and where she faced punishment by scolding, humiliation, corporal punishment, and isolation.

30.     We lived in a church culture where we were expected to obey. At the church, we were taught that bad things would befall us if we didn't "toe the line." As a result, no one discussed the negative aspects of their lives. It kept us isolated from one another. It is interesting because as a member of the church, I did develop a sense of family, but I came to the realization that it was a false sense since none of us really knew each other. We were all so wrapped up in our church existence, with the result that everyone ran around pretending life was wonderful. Many people who attended that church lived a double life.

31.     In this Christian cult that we were all so enmeshed in, we were taught not to say anything bad about anyone, especially the pastors. We were expected to keep the negative parts of our lives to ourselves. We were taught that if we did speak badly of the Pastors, the "wrath of God" would come upon us. The accompanying scripture was "touch not God's anointed," meaning, do not speak badly about Tom King or the other church leaders.

32.     To this day I feel fear when I talk with non-members about the things that went on in the church. I fear that I have betrayed a confidence and am at risk of negative spiritual consequences. It is so deeply ingrained in me that, even though I no longer attend church there or subscribe to that way of thinking, I feel guilty when I speak badly of it.



Initials

33.     The negative things that went on at the church and amongst and between its members were never discussed; many individuals didn't even know some of the things that went on.  For example, many of us were unaware that a girl at the school was being molested by her father.  That girl was molested by her father for eleven years.  She never told anyone and when I asked her why, she said that it wouldn't have mattered because children were seen and not heard.

34.     When Wendi was a teenager, about seventeen or eighteen, she started taking classes at Central Arizona College (CAC) and made some friends outside the church.  When she graduated, she worked as a monitor for a short time, but then got a job managing the Courtyard Apartments in Casa Grande.   She still attended church at Harvest, but I didn't see as much of her.  In 1992, she met Joe and married him a couple years later.  I never got to know him that well because he was not that involved in church activities.

35.     When Joe got sick, Joe and Wendi went to Colorado Springs for a few months to seek medical treatment for Joe.  It was an alternative medicine kind of thing.  While they were in Colorado Springs, they attended a charismatic church.  It was interdenominational, the "Focus on the Family" ministry.  It was a tongue-talking, charismatic church.  Joe came back on fire for God.  He wasn't working, so he started coming to the church.

36.     When Wendi and Joe moved up to Ahwatukee, I lost contact with them.  I was very shocked by Joe's death and Wendi's subsequent arrest.  Because I thought of

Page 13 of 17


Initials

other church members as my family, and because a good Christian must always help family, I was supportive of Donna and Alejo. Donna gave Steve and I periodic updates about the status of Wendi's case.

37.   Just before the trial began, Donna asked me to help her with some things related to Wendi's case. She told me that Wendi's attorney, David DeLozier, did not have time to listen to all of the tapes from the initial investigation and asked me if I would help. I listened to the tapes of police interviews and compared them to the transcripts to check for discrepancies. I received the tapes from Donna, who received them from Wendi's attorneys. Donna reviewed a lot of stuff for the attorneys. She spent a lot of time with David.

38.   When the trial began, my husband, Steve, was retired, so he had a lot of time on his hands. I was self-employed at the time, so I also had some free time. Steve attended more of the trial than I did, but we both tried to be there as frequently as we could. I did what I could to help as a volunteer with Wendi's defense during the trial, including giving advice and feedback and providing drafts of the opening and closing arguments for the penalty phase. I also provided David and Dan with a document that they ended up using in trial. It was a "domestic violence wheel," which illustrated the cycle of violence in abusive households.

39.   The mitigation specialist, Scott McLeod, was present at the courthouse on the first day of trial. He had never come to talk to us prior to Wendi's trial, but when he saw us there on the first day, he pulled us aside to talk to us about testifying on her behalf.

Page 14 of 17


Initials

We believed that our relationship with her had been too distant, and that we could not have helped as witnesses. During the trial, Wendi's history in the church came up. I approached Scott after a day in court and told him that I didn't think that the jury understood what it was like. He seemed irritated with me, and asked me what difference that would make, or what good it would do.

40.     I was troubled by David's performance in court. At one point I said to Dan, "He's doing a horrible job, why don't you take over?" Dan told me that there was a requirement on death penalty cases that you have two attorneys and that there had to be an equal sharing of the workload. I don't know exactly how Wendi found David, but as I understand it, he was a Christian man with shared values, and Wendi trusted him. He had absolutely no courtroom presence – he was constantly looking down at his notes and reading, without making eye contact with anyone. He seemed so worried and passive. It was as if he was constantly thinking, "How can I say this next thing so he won't object." David had no courtroom skill, agility, presentation ability, or charisma. He could hardly present his case. He was completely outmaneuvered by the prosecutor, Juan Martinez.

41.     At some point during Wendi's trial, I said to David DeLozier's wife that it seemed that David had not handled cases like that before. She responded with something like, "Oh, he does it all the time." This surprised me, because to me he seemed uncomfortable and lost, which made me wonder if he was qualified or had experience with death-penalty cases. He did not seem to be functioning on all cylinders. He was not quick; he was not with it. He seemed in way over his head.


Initials

42.     David DeLozier also fasted during Wendi's trial. He did this because of his Christian faith – Christians believe that fasting and praying helps you find clarity. He lost about forty pounds over the course of his fast during that part of the trial and he wasn't that large of a man to begin with. It got to the point that his suits didn't fit him anymore; they just kind of hung off of him. There were also one or two days when he wasn't there due to some illness, maybe because he was too sick or weak from fasting. He was completely stressed out.

43.     Dan Patterson "debriefed" with Donna, Alejo, my husband Steve, and I every day after trial. We always met in the courtroom or the hallway outside. Dan asked us what our impressions of the day's proceedings were and what points he had made well. He used us as "the everyman," and bounced ideas off of us. He was exhausted from all his other cases and responsibilities, but even so I was generally impressed by his performance, at least at first. As the trial wore on, it seemed that Dan got discouraged. At one point he told me that it was a difficult case to win. Dan and David were hanging a lot of hope on the domestic violence expert, and that didn't pan out the way they hoped it would.

44.     With help from my husband, Steve, I wrote drafts of the defense's opening and closing arguments for the penalty phase of Wendi's trial. Wendi's attorney, David DeLozier, approached me and my husband, Steve, in the hallway after court. He said that he needed help, that he was having trouble knowing what to say. I didn't have much time to write either one of them. I spent a couple of hours working on the closing

Page 16 of 17


Initials

argument the evening before David had to use it, and then emailed it to him. It was very affirming for me to get to do that, but it is an example of how inadequate David was. In court the next day, he read it like a grocery list. There was no passion or emphasis. He didn't use what I wrote exactly word for word, but it was pretty close.

45.     Tom King made one appearance at Wendi's trial, the day that Alejo testified. He came late, and he sat with Pastor Chuck Harrell, who was a church member. While Wendi's dad, Alejo was on the stand, at a trial that was very serious for Wendi and her family, Tom made faces at Alejo and acted goofy while Alejo testified. At one point, Alejo laughed, which came across as very inappropriate. After his testimony, I commented to Alejo that I found Tom King's behavior inappropriate. Alejo said that he was glad that Tom was there because Tom helped him relax.

I have read the foregoing declaration consisting of seventeen (17) pages and forty-five (45) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this _19_ day of _May_ 2011 at Pinal County, Arizona.

_Cynthia Schaider_
Cynthia Schaider

# Exhibit 35

## DECLARATION OF STEPHEN SCHAIDER

I, Stephen Schaider, declare as follows:

1.      I was born on March 8, 1947 in Cleveland, Ohio.  Everyone calls me "Steve."  I have one daughter, Bree Therese Schaider, with my former wife Christina Foster.  Bree was born on December 31, 1974.  I have been married to my second wife, Cynthia Denise Schaider, since November of 1980.

2.      I met Donna, Alejo, and Wendi Ochoa, now Wendi Andriano, through our church in Casa Grande, Arizona.  This was in 1980 after my wife, Cindy, and I moved to Casa Grande.  Wendi was about nine years old when I met her.

3.      The church we began attending in Casa Grande was called "91st Psalm," *MINISTRIES* and the head pastor was a man named "Calvin Lorts."  A few years later the church was taken over by Tom King and was renamed "Harvest Family Church."

4.      We attended that church for about twenty-one years.  When we finally did leave, it was because we could not sit under the pastor, Tom King, anymore.  He was a very controlling individual, and we were tired of being told what to think and what was important.  According to Tom King, if you did not interpret the Bible his way, you were mistaken.  He was very letter-of-the-law, a my-way-or-the-highway kind of person.  According to him, everything was black or white, and I am of the opinion that there's more gray in the world.   Tom King could be very charismatic but he was also very domineering and controlling.  On the other hand, he could be a very good friend, and if you needed something and he could provide it for you, he would.

Page 1 of 11


Initials

5.     I think that the original pastor, Cal Lorts, had "the calling." He was a showman and a good preacher. Tom, on the other hand, had to manufacture it – he really had to work at it. One-on-one, Tom was great, but he didn't connect with an audience the way that Cal did.

6.     I do not know much about Wendi's childhood before I met her. I remember that Donna told me that Wendi panhandled as a child before I knew them, when her family was on the road with the traveling ministry. She said that no one could resist a cute little girl asking for money.

7.     Wendi's father, Alejo, was the youth pastor at the church and school. He helped Cal Lorts get 91st Psalm Ministries off the ground. Alejo was a recovered drug addict, and his family owned a tortilla factory. I believe that Alejo worked at the tortilla
& RESTARANT ②
factory until they closed it down. I was never that close with Alejo, though we did attend the same social events and I interacted with him on a regular basis. I do not remember how I heard about Alejo's prior drug addiction, but I believe I pieced that together over time based on things people said. To my knowledge, Alejo was clean when I met him. I lost contact with him over the last few years, but there are no hard feelings. I never had any troubles with him.

8.     My daughter, Bree, lived with her mother until about 1984 or 1985, when she was nine or ten years old. At that time, she came to live with myself and my second wife, Cindy. We enrolled her in school at the Christian academy run by Harvest Family Church, where Wendi also attended school. It was an ACE school, meaning it followed a

Initials

Christian curriculum called "Accelerated Christian Education." The education was based on individual, personal achievement. Each child sat in a cubicle and was not allowed to interact with the children next to them. They progressed at their own speed and there were no teachers, just monitors. The monitors were not trained in any way – they were there to keep order in the classroom, and they were available to answer questions if they came up. In retrospect, it was not fair to the kids. The education was not complete because it was too narrowly focused on Christianity. I have nothing against Christianity. I still attend church and consider myself a Christian, but there is more to life than just that. Growing up in that environment, a kid would never know it.

9.     I believe that the adults at the school were well-meaning and did their best, but none of them were trained to instruct. The children really would have benefitted from trained, professional educators. On top of all the other problems, the school was small. There were not a lot of kids to interact with. Of all the kids I know of that went through that school, only two or three went on to college. In my opinion this is in part due to the limited education they received, but also due to the culture shock that occurred when a child went from that school to a college environment. You can't take a child out of a Christian school with twenty other children and limited academic instruction and expect them to succeed at a university with twenty, thirty or forty thousand other students. It's too overwhelming for them.

Initials

10.    At the end of each school day, the children were required to participate in something called "work jobs." The students did their "work jobs" for the last hour of each day. They had to clean the bathrooms, sweep the floors, rake, or pull weeds.

11.    I don't have any firsthand knowledge of the discipline that the children at the school were subjected to, because I was not there. I did not spend much time at the school because I was working, so I wasn't around to observe. I do recall that we received discipline reports when my daughter received punishment. What I gleaned from the reports was that discipline was delivered in the form of corporal punishment or social isolation. Sometimes, a child was forced to sit in a room by his or herself for a period of time – how long, I do not know. Sometimes the child received swats with a paddle.

12.    In addition to the punishment the children received at the school, Tom King encouraged parents to swat their kids at home. Tom supported the use of corporal punishment with scriptural references such as "Spare the rod, spoil the child," and, "Foolishness is born in the heart of a child, but the rod of correction will drive it far from him."

13.    If I were raising a child today, I would do things a lot differently. I was too autocratic – too rigid in my thinking. At the time, the church and the dogma that came out of it was the "biggest thing in the room." I was unable to focus on anything else. If I had stepped back and looked at it in the context of life as a whole, I think I would have realized that it wasn't as important as I thought it was at that time.



Initials

14.     Today, my relationship with my daughter, Bree, is okay. She lives near Ashland, Oregon, so we don't see a lot of each other. We talk once every six weeks or so. There are things that I regret having done as a parent, and I'm sure there are things that she regrets. We don't really talk about it though.

15.     I think that there is a lot that Bree has chosen not to remember. Occasionally, I'll make a comment about someone from the Church, such as, "Do you remember so-and-so?" And, if she remembers at all, she usually says, "Vaguely." She left Casa Grande in 1992 and hasn't had any contact with anyone in this area except for Cindy and I, since then. She was eager to get away.

16.     Bree was always a very talented artist, but, like many artists, she didn't seem to be all there — she wasn't dancing to the same tune as everyone else. I think that, because of this, she had an especially hard time with the rigid and repressive structure at Harvest. As I said, she didn't march to the same drummer, and this was seen as rebellion, as being wrong, and she was punished for it.

17.     I believe that today there are only three children at Harvest Christian Academy. One is the son of Amy ~~King,~~ de LEON, who is the daughter of Tom King. The other two are the children of Adam Gallegos, who is himself a former student of Harvest. I know that one of his kids is named "AJ" but I don't know the other one's name. Everyone else left for similar reasons to myself. The church had no real structure — the board consisted of Tom, his wife, Patricia, and the church secretary, Lola. Patricia and Lola were completely submitted to Tom, so he was really the only person with any power.


Initials

A friend once told me, "If one person tries to control a crowd, the crowd will shrink to a number they can control." And I believe that's what happened.

18.     I have known Wendi since she was very young and it was such a shock when I heard what happened. Wendi always seemed like a normal young lady to me. I even entrusted her to take care of my daughter, Bree, when they were younger. When Bree first started going to Harvest, Cindy and I were both working, so Bree went home with Wendi after school every day. Bree would have been about nine or ten years old at the time. She stayed at the house with Wendi, Donna, and Alejo, until Cindy or I got off work. This was for the first year that Bree attended the school. After that, we bought a horse for my daughter, which Tom allowed us to keep on the Church property. Once Bree had her horse, she hung out at the horse corrals instead of at Wendi's house. Wendi also babysat on Friday or Saturday nights when Cindy and I went out. Wendi watched Bree until Bree was old enough to be at home by herself, so I think Wendi babysat Bree for about three or four years in all. Bree liked Wendi a lot and I felt that Bree was safe if she was with Wendi. Wendi seemed level-headed enough to deal with any situation that might come up.

19.     I recall that Wendi was not afraid to work, and she worked hard. In addition to babysitting our daughter, she did household chores for us. She and the other students had to raise money to go the ACE conventions, which were annual competitions between Harvest and other ACE schools. Wendi came to our house to cut weeds and wash windows and that kind of thing.

Initials

20.     I did not know Wendi's husband, Joe, or his family, before he and Wendi got involved. I did know the Andriano name, because the family was a very prominent farming family in the community. I worked for UPS, so I knew a lot of names in the area, but the Andrianos were fixtures in the community. I recall that they lived near the water tower.

21.     I don't think that I saw much of Wendi in the four years preceding Joe's death. I do remember that Cindy helped Wendi with her resume when Wendi was trying to get a job in the late 1990s. I believe that Wendi came to our house to work on it. I saw Wendi and Joe from time to time in town for special occasions, such as the Casa Grande Electric Light Parade.

22.     To me, Wendi and Joe seemed like a normal, happily married couple. I remember that when Joe got sick, they sought a lot of treatment for him. As far as I could tell, it did not appear that they were hiding some dark secret.

23.     At the time of Wendi's arrest, Cindy and I were still attending church at Harvest. The congregation had dwindled to about twenty people by that time. Cindy and I gave no indication that we were leaving the church until the day we did so. We made our departure in June of 2001.

24.     After Wendi's arrest, Donna shared with us that Joe hurt Wendi at times. He squeezed her tight and held her so she could not breathe. From what Donna has told me, it sounds like Joe was a very controlling man.

Initials

25.     After Wendi's arrest, Donna gave Cindy and I periodic updates about the case. When the trial began, I was retired and had time on my hands. I had never been to a murder trial, much less one of someone I knew, so I attended.

26.     I was present throughout the duration of Wendi's trial. On the days I was not able to make it, my wife, Cindy, attended. I was there during the opening statements. I remember that the prosecutor went on at length laying out the case to the jury, completely uninterrupted. When it was Wendi's lawyer's, David DeLozier's turn, the prosecutor objected to every other word, and almost all of his objections were sustained. I remember feeling that the prosecutor was intentionally breaking up the rhythm of David's statement. I didn't know David at the time, and so I was not yet aware that he didn't have any rhythm.

27.     As I remember it, Wendi liked David and he was a comfort to her. I do not know what the connection was or how the family met him. David consoled Wendi, and she liked him. He supposedly understood Wendi and had her best interests at heart, but he was in way over his head. Because David was in so far over his head, I don't feel that Wendi had a fair chance at the trial.

28.     When the trial first started, the public defender, Dan Patterson, informed me that during a capital trial there is a requirement that the defendant have at least two attorneys. I had never heard this before, but when I saw the wear and tear over the next several months, I realized that he did need help, and he wasn't getting it. Wendi may have had two attorneys in name, but for all intents and purposes, she really only had one,

Initials

and Dan didn't have the time he needed to defend her. Dan was more competent than David in my opinion, but this was not his only case and he was very overworked.

29.     I was in attendance at more of the trial than Cindy was. Most of what I remember are general impressions. For example, I remember that there was a consensus among the "Wendi-backers" that we hated the prosecutor. He was arrogant and had a bad attitude. I also believe that he played on the sympathies of the jury. He wore an arm brace every day in trial until the day the cameras showed up. Then his arm was miraculously better. I recall that he took advantage of every opportunity to cast dispersions on the defense. I also remember thinking that Wendi's judge, Judge Ishikawa, sided with the prosecution more than he did the defense.

30.     One day after trial, the defense team enlisted our help in carrying things out of the courtroom. They had a lot of paperwork, but they also had a boom box or tape recorder. My understanding was that they intended on playing a tape in court. I cannot remember who was carrying the boom box out, but someone from the Andriano family saw them. The next day in court, the prosecution accused us of recording the proceedings.

31.     Wendi wore a sweater every day at trial and underneath it, she wore a stun belt. I do not know if the jury was aware that she wore a stun belt, but I thought it was pretty obvious that there was something beneath her sweater. It is possible that it was only obvious to me because I knew how thin Wendi was.



Initials

32.    As the trial wore on, I got the distinct impression that they took the wrong defense. In my opinion, there were two approaches they could have taken: domestic violence, or crime of passion. They chose to go the domestic violence route and they beat that defense like a dead horse.

33.    Throughout the trial, Cindy and I met with Wendi's attorneys during breaks and in the mornings before trial. We always met with them at the courthouse; we never went to their offices. They asked our advice and enlisted our help in constructing a defense. I believe that they met with us strictly at the courthouse because Dan was too busy to meet us elsewhere.

34.    Cindy and I wrote the closing argument for the penalty phase of the trial. I am not an attorney and have never worked in any legal capacity. Cindy and I weren't paid to write the closing argument. I didn't read the applicable law or go over legal arguments with anyone. Cindy and I just wrote the closing argument because we were Wendi's friends and wanted to help, and her attorneys asked us to. We wrote the closing argument on our computer and read it aloud to each other. We acted it out as if it was a script and we were Wendi's attorneys. We stayed up late finishing it, and we took it to the court in the morning where we gave it to David. I remember that when he read it, his delivery was such that it sounded as if he was reading from the Encyclopedia Brittanica. It was monotone, with no inflection. I would not have believed it if I was on the jury.



Initials

35.     Cindy and I also listened to tapes of the investigation — police interviews and things of that nature. Donna asked us to do this, and I know that she got them from the attorney, whoever that was at that time.

36.     I recall that on the first day of the trial, I was approached by a man who I believe was a mitigation specialist. He asked me how well I knew Wendi, and if I had insight into her life. I told him that there had been a distance, and that I, therefore, would not be able to speak to her state of mind at the time of Joe's death. I wasn't around for much of her marriage to Joe. We left it at that.

37.     Other than the brief exchange with the man who I thought was a mitigation specialist on the first day of trial, no one has contacted me to provide information about Wendi, her life, or our shared community of 91st Psalm and Harvest Family Church. If I had been asked to testify on Wendi's behalf and to what I have stated in this declaration, I would have done so.

I have read the foregoing declaration consisting of eleven (11) pages and thirty-seven (37) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct. Signed this _18th_ day of October 2010 at Pinal County, Arizona.

Stephen Schaider

Initials

# Exhibit 36

## DECLARATION OF JOHN SHADDLE

I, John Shaddle, declare as follows:

1.      I was born September 3, 1957.

2.      I came to know Wendi and her parents, Donna and Alejo Ochoa, through a mutual contact, Valarie "Val" Miramonte, who was involved in the Christian ministry called "Fishers of Men" of which Donna, Alejo, Wendi, and me were a part of. The "Fishers of Men" ministry was a loose collective of individuals led by Richard "Rick" Miller and to a lesser extent, Allen "Al" Farmer.   Rick was a very charismatic person. He was the "big hook," appealing to many people who took interest in the ministry.  He came from a drug background, previously being an addict of heroin, having turned his life around.  Al was more the quiet and studious type.   I recall that Al played a bigger role in the music we played and sang, but he didn't talk very much.

3.      I became involved in the ministry at a very young age—I was about nineteen years old.   With the exceptions of Val, Rick, and Al, the ministry was mostly comprised of young people in their early to mid-twenties. I was drawn to the ministry shortly after I separated from my first wife.  Previously I practiced the Catholic faith, but that didn't suit my spiritual needs anymore.  The ministry offered something different. We did not subscribe to organized religion, rather, we took to the streets preaching, singing songs, and living communally with each other.   We gave up our material possessions and sold them to fund the ministry.  In hindsight, the group was pretty far out there and today I would describe it as a cult.

Page 1 of 6

Initials

4.      For a time, the group stayed at Val's house in Walnut Creek, California. Some of the members—Gavin and Jan Dillard, Rock and Nancy Miramonte, and Allen Miramonte—stayed stationary while the rest of us traveled.   For approximately five months in 1979, I toured with the ministry, preaching with the group up and down California in a caravan of vehicles that included a bus that belonged to Rick, a truck, and a couple other vehicles. The members who traveled included: Rick, Al, Rosalie Gallegos, Rebecca Martinez, Mike Castro, his wife, Maria Castro, Alejo, Donna, Wendi, and myself.   I slept in the van with Rick and Al.   Alejo, Donna, and Wendi slept in the back of a truck.   Mike and Maria slept in another car.   We traveled from Walnut Creek, Barstow, Costa Mesa, and San Diego.

5.      There wasn't a lot of money around while we were traveling.   Me, Alejo, and Mike worked when we could.   We used Manpower, Inc. temporary service to get jobs, we worked in a cannery, we worked doing landscaping—we took work wherever we could find it.   Rick and Al didn't work, though.   They stayed back at the caravan studying with the girls during the day.    What little money we made, we turned over to Rick and Al, for the group.   That was the way it was.   Rick and Al were the only ones privy to the group's finances.   Rick often quoted scripture from the Book of Acts, in an effort to compel us to keep funding the group.

6.      Our drifter lifestyle didn't afford many everyday conveniences.    There wasn't much food around, for one.   A meal consisted of tortillas and fried tomatoes.   I often ate tortillas and fried tomatoes in the morning before heading out to work with the

Initials

guys. We also weren't doing a whole lot of bathing. We had a toilet, but there was no shower on site. We bathed using water from the sink. The great thing, though, was that in many of the communities we visited, people donated to our cause. They were very generous. Our clothes were donated or came from the Goodwill. Wendi's clothes were always kind of funky. She sometimes wore Donna's clothes, which were too big for her. I specifically remember her wearing Donna's pants, rolled up. Nothing ever fit.

7.      When we weren't working, we preached out in the streets. We went into barrios and spread the gospel, anywhere we could reach out to people. For about three weeks, we lived in a parking lot, setting up camp where we could. At night, Rick broke down the Bible to us. We passed time reading chapters of books aloud. We read, "Hinds Feet in High Places." We sang songs together, not hymns, but other kinds of songs. I used to have a book of songs from the ministry. Val's daughter, Lisa, who has a lot of artistic talent, drew the cover for it. I think Wendi colored it in. I wish I could find that book of songs. Today, Lisa attributes a lot of her difficulties in life to her time at the ministry. She is twice divorced.

8.      Wendi was a real sweetheart. She was about nine or ten years old during the time I traveled with her. Every morning, Wendi made me hot chocolate. Most everyone else in the group had a wife or husband. I didn't really have anyone, so I really appreciated the fact that Wendi went out of her way to do something so thoughtful for me. I don't really remember Wendi causing much trouble, but I do remember one time

Page 3 of 6

Initials

when Alejo mentioned that he needed to "discipline Wendi." I don't know what that meant. It was something done in private.

9.     Alejo filled a big bill in Wendi's life. From what I recall, Wendi was Donna's child from a previous marriage. Alejo was definitely a father figure to Wendi. I liked Alejo and Donna. I didn't interact with Donna as much as I did with Alejo, since it wasn't my place to talk to Alejo's wife. From what I recall, Alejo and Donna didn't talk bad about the ministry or voice any of their opinions about what was going on. When I talked to Alejo about some of my gripes with the ministry, he seemed resigned to the fact that he was doing what God wanted him to do and I think that was his motivation for continuing to participate. I know Alejo's calling was strong. Years later, I heard he was a pastor at a church in Arizona where he lives.

10.     My opinion about Rick and Al and the ministry really began to shift after an incident in which I borrowed their van for work. While Rick and Al were back with the girls studying, I got into a little fender bender. Though I owed my grandmother money at the time, Rick and Al wouldn't allow me to send her any. They wanted all of my money to go to them, for the ministry and to repay them for the damage to the van.

11.     When we arrived in Costa Mesa, things changed philosophically for the group. Rick met up with a local pastor from the Calvary Chapel named Chuck Smith who inspired Rick to reconsider the idea of organized religion. Rick told the group, "We have a problem. We need to submit to somebody." Although Rick's idea was to turn to Chuck Smith, Chuck told us that the best thing we could do is split up and go our own

Page 4 of 6



Initials

ways because we had all been brainwashed.  That was enough for me.  I decided I wasn't going to be a part of the ministry anymore.  Though there was nothing wrong with the basic principles we taught and lived by, the hypocrisy and all of the confidentiality about the money didn't sit right with me.  I talked to Alejo about my decision to leave. Alejo didn't quite see things eye to eye with me, but I remained friends with him.  After I left, Alejo was the only person I really kept in touch with.

12.     I was confident in my decision to leave, though many stayed behind. Subsequent to my leaving, the ministry back in Walnut Creek totally unraveled.  Val invested so much in the ministry, that she lost her house in Walnut Creek.  It was about thirty years ago when that happened.  Her house was worth a substantial amount of money, about $400,000.  If you talked to her today, she'd probably tell you that the ministry was a cult.  She's still resentful about what happened.

13.     Many years later, Donna and Wendi came to visit my wife, Jeanne, and I at our house here in San Leandro while they were staying in Brisbane.  That was sometime in the 1990s.  I don't remember why there were in Brisbane.  I thought maybe they were both living out there, but I might be wrong about that.  They stayed the night—just one till 10 pm *(initialed)* night.  We talked and the next day they were on their way.  That was the last time I saw Wendi.  Today, I am very surprised to learn of Wendi's conviction and incarceration. She was always a really sweet girl.

Page 5 of 6

_Initials_

14.    Until now, no one from Wendi's case ever came and talked to me.  If they

had, I would have told them what I have said in this declaration.  If I had been asked to

testify at Wendi's trial, I would have done so.

I have read the foregoing declaration consisting of ___ pages and ___ paragraphs and it has
been read to me.  I declare under penalty of perjury under the laws of the State of
California and the State of Arizona and the United States of America that it is true and
correct. Signed this 2-9ᵗʰ day of July 2011 in San Leando, California.

John Shaddle

Page 6 of 6

Initials

Exhibit 37

## DECLARATION OF CHRISTOPHER SHANE WEAVER

I, Christopher Shane Weaver, declare as follows:

1.     I am 43 years old and currently work for Qwest Communications as a cable repairman. I first met Joe Andriano in January of 1983 when I moved to Casa Grande and began attending school at Casa Grande Union High School. Joe and I were in the same graduating class and met through a mutual friend, Robby McMahon. I met Joe's future wife, Wendi, sometime after I graduated in 19~~88~~ 86 I didn't know her well until she started dating Joe.

2.     Joe and I were friends throughout high school. He was very knowledgeable about cars and about welding. He taught me more about welding than my high school classes did. I guess you could say Joe was a "speed-freak," in that the faster he could go, the better he felt.

3.     ~~At some point in 2004, after Joe and Wendi moved up to Ahwatukee,~~ About a year before he was killed Joe told me that he knew Wendi was having an affair with a guy at their apartment complex. Joe said he had a friend at the apartment complex who ~~kept tabs on~~ would see Wendi going over to her "friends" when Joe would Leave to ~~Wendi for him.~~ go to the Lake or Casa Grande

4.     In the last several months before Joe died, it seemed to me that he had accepted the fact that he was dying. Sometimes I'd try to make plans with him, like a month in advance. Joe always said something like, "I don't know if I'll

Initials

*I only have a few weeks to live,*   *This Part Okay*

be around then; ~~I'll probably be dead in two weeks.~~" ~~This was out-of-character for~~

~~the speed freak that I knew.~~  I would try to reassure him, telling him he'd be

around another five years, but it did not seem to have any effect.  As a friend of

Joe's for more than 15 years, it appeared to me that Joe knew he was dying and it

didn't really matter to him anymore.

5.    I have read the foregoing declaration and it has been read to me.  I

declare under penalty of perjury that it is true and correct.

Signed this __14__ day of August 2011.

_____

Christopher Weaver

Initials

# Exhibit 38

## DECLARATION OF KIMBERLY WILSON

I, Kimberly Wilson, declare as follows:

1.      I was born "Kimberly Ethington" on March 21, 1971.  When I was
fifteen years old I transferred from a public school to a small, private, Christian
school called "Harvest Christian Academy."  Harvest Christian Academy was part of
a church called "Harvest Family Church," which was headed by Pastor Tom King.  I
attended school there until I was eighteen.  It was at Harvest that I first met Wendi
Andriano.  I knew her by her maiden name, Wendi Ochoa.

2.      When I first met Wendi, I had the impression that she was a bit
snobby.  She was a good student.  She did all her work.  She may have even been the
first student to graduate from that school. School personnel seemed to compare the
other students to Wendi.  I don't think that anyone ever said, "You need to be more
like Wendi," but that was the impression I got as a student there.   We were all held
to the standard that Wendi set as a student there.  After getting to know Wendi a
little better, I realized she wasn't really snobby at all.  I liked her and we became
friends.

3.      Over the course of my friendship with Wendi I spent the night at her
house a couple of times. One time when I was staying at Wendi's house, when I was
about fifteen or sixteen, Wendi showed me a sex book that she said belonged to her

Page 1 of 7

parents. It was a book that illustrated different sexual positions. She also showed me some "honey dust," a fragrant body powder that people apply to each other to enhance their sexual experiences.

4.      Another time when I spent the night at Wendi's house, we snuck out and TPed Jamie Allen's car, meaning that we put toilet paper all over his car. Jamie Allen was a student at the school. I think he was about a year or two older than me. Wendi and I got caught somehow and we both got into trouble for that. Later on, I found out that Jamie got into trouble for molesting        REDACTED        a couple of young kids that went to the school.

5.      Wendi's stepfather, Alejo, was a pastor at the church. He made a lot of sexual comments; everything was sexual innuendo with him.   It has been a long time, more than twenty years, so I can't remember specifically what he said, but at one point, I went with another student, Lonnie Carlin, to talk to Pastor Tom about Alejo's inappropriate behavior. Pastor Tom seemed to listen to what we had to say and appeared taken aback, but nothing ever came of it. Later, when Lonnie and I were kicked out of school, Pastor Tom accused us of lying about Alejo to deflect attention away from us and the things we were doing.

6.      When I was about seventeen years old, I was suspended from Harvest for about three months for having sex with Lonnie, who was my boyfriend at the time. The experience was very traumatizing. The day that I was suspended, Pastor

Page 2 of 7

Initials

Tom called my mom and told her that we had to have a meeting. It was on a Wednesday, and we had to go to church that day. I didn't really know what the meeting was going to be about, but I knew that I was in trouble. That day, I went into the teen room where I saw Pastor Tom's son, Shawn King. I asked Shawn if he knew what I was in trouble for. Shawn told me that he didn't know but that I should "just be truthful," because whatever it was, it would be worse if I lied.

7. That day at church, there was a sermon dedicated to the subject of fornication. It made me very nervous. After the sermon, I had to go into the back room where Pastor Tom's "quarters" were. I was humiliated. I felt like I was on trial. I was sitting across from Pastor Tom, Pastor Alejo, the principal, Mark Keating, and his wife, Nancy Keating. I think that Pastor Tom's wife was also there. As soon as I sat down, Pastor Tom asked me how many times I had sex. I was already bawling my eyes out at this point. They asked me all kinds of questions. Pastor Tom asked me where I had sex; he even asked me what positions we had used. The Keatings were present and sat there throughout the interrogation but did not say anything. I could tell that they were thinking, "What the heck is going on?" After Pastor Tom grilled me for a while, he called my parents in and I was required to tell them, in front of everyone, what I had done.

8. During my suspension, I was not permitted to participate in any school-related activities. I was on the track team at the school, which was coached

Initials

by Nancy Keating. I was really into track at that time; it was my one outlet and I ran six days a week. I wasn't allowed to do that anymore. I was required to sit and read the Bible all the time. It was miserable. On one occasion, my mom caught me writing a letter to Lonnie and tried to "cast the demons" out of me by praying. This was not an uncommon practice at the church. There were whole services devoted to things like that. For example, the pastor might cast a "demon of alcoholism" out of a member of the congregation by praying in tongues and laying his hands on him. It was all very bizarre.

9.      Other students were suspended at the same time I was. Some of them never came back. Lonnie Carlin, his sister, Sarah Carlin, a girl named Laura Bell, and my cousin, Lisa Daugherty, were all suspended at that time. Laura Bell was kicked out for something that had occurred years prior. That one really surprised me. I thought, "No way, Laura?"

10.     Lonnie turned out to be very strange. Around the time that we were all kicked out of school it came out that Lonnie had                   REDACTED

REDACTED                   Later on, after Lonnie and I had broken up, I walked to my car after work one night to find a note from Lonnie written in blood. I didn't even really read the note that he wrote. I saw it and flicked it off my car onto the ground. It really gave me the creeps.

Initials

11.     Mark and Nancy Keating were really great people. They stewarded many activities for the students. Mark coached the swim team, which Wendi was on. During the time I was suspended, I was still attending church, and Nancy asked my mom if she could take me aside and talk to me. Nancy told me that she did not agree with what was happening but that her hands were tied. She told me that she and Mark were going to be leaving the school and moving away. They left before I returned to school. After they left, Pastor Tom took over as principal. He started preaching negative things about Mark and Nancy in his sermons.

12.     Harvest was a very strict environment. We were secluded. There were no teachers, just monitors. We worked independently by completing PACE booklets. Each month, we had to memorize long verses out of the Bible. Everyone had to stand up and recite them. It was like a cult, in that, if you were a part of the church you had to be in the school. When I started going to school there, I was not allowed to talk to my old friends from public school anymore because they were "bad." Kids my age, meaning fifteen to eighteen, were still getting "the rod of correction," meaning that they were still being hit with wooden paddles. I was intimidated by Tom. He acted as if he was God, or at least as if he had special direction from God. I went to public school until my tenth grade year, so I knew different from Harvest. Other kids like Wendi, who grew up in that church environment, didn't know anything different. I left Harvest and moved out of my parent's house when I turned


Initials

eighteen. I obtained my GED. My mom was still trying to spank me at that time and I had had enough.

13.     Wendi liked to party a little bit, and so did I. We were "teens being teens." Not long after I left Harvest, Wendi and I went to a couple of parties together in Casa Grande. On one occasion, I slept with a boy at a party. I was drunk, and I told him, "No" at first, but I eventually gave into his sexual advances. I think that, had I been around normal teenagers, I would have known how to deal with that situation, but I was naïve, due in large part to my involvement with the church school, and I was easily taken advantage of.

14.     While I was at Harvest, I knew that Shawn King really liked Wendi. I do not think that they had any kind of sexual relationship during that time, at least not that I was aware of. After I left Harvest, I lived at an apartment complex called "Quail Gardens" in Casa Grande. Wendi was the apartment manager, but I did not have that much interaction with her during that time. One night, I was outside of my apartment at Quail Gardens and I heard someone calling my name. I turned around and saw Shawn King. I asked him what he was doing there and he said that he was there to see Wendi. He asked me if I knew where she was. I do not remember exactly what I told him, but I said something that conveyed that Wendi was with a guy that I thought she was seeing. Shawn reacted by becoming very upset. He was so upset that he punched the wall or door and hurt his hand. Until then, I didn't

Initials

know that Shawn and Wendi were dating. Even though I lived in the same apartment complex as Wendi, I wasn't really socially involved with her any more. Until that incident, it had been quite a while since I saw Shawn.

15.    I was really shocked to hear about Wendi's arrest. I never would have guessed that something like this would have happened with Wendi. She was just not that kind of person. She was a good student. She was nice. She had a little cousin who she adored and took everywhere.

16.    Until now, no one has come to speak with me about Wendi or our experiences growing up together. If they had, I would have told them what I have said in this declaration. In fact, if someone had come to speak with me sooner, I likely would have remembered more information.

I have read the foregoing declaration consisting of seven (7) pages and sixteen (16) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this 23 day of July 2011 at Navajo County, Arizona.

Kimberly Wilson

Page 7 of 7

Initials

# Exhibit 39

## DECLARATION OF BARBARA BAUER

I, Barbara Bauer, declare as follows:

1.      I was the jury foreperson at Wendi Andriano's criminal trial in 2004.  We, the jury, found Wendi guilty of first-degree murder, found one aggravator, and ultimately sentenced her to death.

2.      The defense's position was that Wendi killed her husband to protect herself from her husband's abuse.  They stressed that a lot - that she was afraid she was going to get killed and that she was just defending herself.  It was questionable to us because there wasn't a lot of proof, and the testimony of crime scene personnel did not support the self defense plea.

3.      I had the opportunity to observe Wendi during the trial.  The way that Wendi appeared at trial made it seem like she was  presenting herself as a less confident and more easily influenced person than she really was.  It came through as kind of fake. We saw pictures of what she was dressed like before and it was way different from how she appeared during the trial.  During trial, she wore plain dresses.  Her hair was brown and not done up.  She didn't wear much make up.  It was as if they were trying to make her look like somebody who was meek and mild, almost Quakerish.

4.      Wendi did not appear to be actively engaged during the trial.  She sat through the trial, but I don't think she really had a lot of input.  She seemed quiet and shy. She had expressions, I'm sure, but it seemed that she didn't really react to anything.

Page 1 of 4

Initials

5.   Wendi's father testified at trial. I remember thinking at the time "I'm glad he's not my father." He appeared to be a strict and heavy-handed parent, and I could see where that definitely would have affected Wendi.

6.   When Sharon Murphy, the Domestic Violence expert, testified, I thought that she was pretty thorough. She had charts and explained how certain behaviors would affect a person like Wendi. If there had been more of that type of expert testimony on the defense's part, the domestic violence plea would have been given more weight, especially if the defense would have presented evidence that this had occurred in her marriage.

7.   In the first phase of the trial, the guilt phase, we discussed what happened in the courtroom and found Wendi guilty of first-degree murder.

8.   During deliberations at both the aggravation and mitigation phases of the trial, we discussed what the possible outcome would be if the aggravation outweighed the mitigation and vice versa. We considered what her punishment would be. It was hard for us to understand what our decision would mean, so we made a chart outlining the different possible outcomes and put it up, starting when we were determining the aggravator, prior to the sentencing phase. That helped a lot to make it clearer. It was my understanding that if the aggravator outweighed the mitigation factors, she would receive the death penalty rather than life in prison without the possibility of parole.

9.   During deliberations at the mitigation phase of the trial, I wrote a question to the judge asking what would happen if there was not a unanimous decision, i.e. we were deadlocked.   His response was something along the lines of, "Keep deliberating,"

Page 2 of 4



Initials

So we did.  When we made the decision to give Wendi the death penalty there was some discussion about the fact that she was going to have an appeal.  We figured that the whole case was going to be reviewed by other people who were more experienced than ourselves.  If we had made a mistake, they would correct it.

10.    When we were trying to make the decision about whether or not to give Wendi the death penalty, we considered the facts presented during the mitigation phase.  None of them were really very convincing.  Some of them seemed to be true, but didn't really mean much.  For example, one of the mitigating factors we were presented with was "Married for six years."  That's true, she was married for six years, but a lot of people are married and her marriage didn't exactly end well.  The mitigating factors definitely did not outweigh the aggravating factors.

11.    If we had been presented with evidence of mitigation that was a little more powerful and convincing, it possibly would have made a difference.  For example, if we had been presented with evidence that Wendi had been sexually abused in her childhood, or that she had a history of psychiatric problems, we would have given those things consideration, because they would have explained some of the negative facts that were out there.  Likewise, if the domestic violence defense had been proven, that definitely would have had a major effect.

12.    I think that it was a mistake on the defense's part to show the entire interrogation video.  It did have a negative effect on the jury.  In particular, I noticed,



Initials

while watching it, that Wendi never asked about her kids, which was a factor during the deliberations.

13.    What it really came down to was that the prosecution was more convincing than the defense.

14.    I have read the foregoing declaration consisting of four (4) pages and fourteen (14) paragraphs.  I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct.


Signed this 18th day of June 2011 at Maricopa County, Arizona.

                                                    _Barbara Bauer_
                                                    Barbara Bauer


Page 4 of 4

Initials

# Exhibit 40

## DECLARATION OF MARTHA COLVIN

I, Martha Colvin, declare as follows:

1.  I was an alternate juror at Wendi Andriano's criminal trial in 2004. I sat through all phases of trial, though I was not a part of or privy to the deliberation process. The jury found Wendi guilty, determined one aggravating factor, and sentenced her to death.

2.  If given the opportunity to make a decision at the penalty phase, I would not have sentenced Wendi to death, but not because the defense was compelling in any way. I thought their performance was horrid. I personally felt that the crime Wendi was found guilty of was the result of Wendi cracking under the pressure of her overwhelming life. In my mind, a more appropriate sentence would have been ten years in prison.

3.  When the jury was selected for Wendi's case, I was asked whether or not I thought I could impose a death sentence. My brother, who was employed at the men's prison in Florence, worked death row for many years. He shared a lot of stories with me about some of the prisoners he worked with and I felt that if the defendant was anything like those guys, I would not have a problem sentencing the defendant to death. After sitting through trial and gleaning my own observations about Wendi and her life leading up to the crime, I felt very strongly that she shouldn't receive the death penalty. Her crime was not nearly as senseless and cruel as the crimes committed by the prisoners my  brother worked with on death row. I do not know whether any other jurors had the

Page 1 of 5

Initials

unique insight on other capital crimes that I had through my brother, however, and neither the defense lawyers nor the Court ever gave the other jurors an idea of the nature of other crimes that did warrant the death penalty to compare against Wendi's actions.

4.    The trial lasted several months and was held at the Mesa Courthouse. The courtroom where the trial took place was small and stuffy. In fact, one of the jurors fell asleep during trial and the judge questioned him about it.

5.    The prosecutor, Juan Martinez, was a little terrier, meaning that he was very good at what he did and presented his case well. The prosecution put on expert after expert, witness after witness, for weeks and weeks. The State witness who testified about blood spatter evidence testified for quite a long time. During the testimony of all these State witnesses, the defense rarely objected. I expected the defense to object to those portions of testimony, but for the most part, they did not. It just went on and on.

6.    Two defense attorneys represented Wendi—Dan Patterson and David DeLozier. Wendi's attorneys did her a huge disservice. Their only defense was that Wendi was a victim of domestic violence. The case that the prosecution put on was overwhelming and convincing, unlike the defense's theory which was weak and unsubstantiated. Based on my observations, I thought Wendi's attorneys had no business working on a death penalty case and I wondered if either one of them had ever tried a death penalty case before. They didn't call many witnesses to refute the case put on by the prosecution. The majority of people who *did* testify on Wendi's behalf, of which

MC
Initials

there were few, went up on the stand and came back down so fast, it was impossible for them to make a real impact on the jury.

7.     Wendi's mother and step-father testified on Wendi's behalf.  Her mom looked hard when she was on the stand.  I watched Wendi when her mom was on the stand and it appeared that there was no bond or warmth between them.  Wendi didn't make a lot of eye-contact with her.  From what I gathered, Wendi's mother had a hard life and just dragged Wendi along with her.

8.     Wendi appeared to have a stronger bond with her step-father, who also testified.  He made a bad and unsettling impression on me.  He laughed during his testimony, and based on his testimony and the body language of him and Wendi throughout the trial, Wendi appeared to be under his control.  I thought it was interesting that one of the first people Wendi contacted on the night of the crime was her father and *STEP* my heart broke thinking about Wendi being influenced for most of her life by someone like him.  By the end of the case, I felt that if Wendi was going to be in prison, her step-father should be there with her.

9.     The defense lawyers tried to make Wendi's parents out to be "great people" and painted a picture of Wendi's upbringing as sweet and sheltered.  They highlighted Wendi's family's involvement in several churches.  One of those churches was a traveling ministry.  It sounded like Wendi was raised like a gypsy, never had a stable home, and wasn't afforded a decent education, but the defense lawyers didn't drive any

MC
Initials

of those points home. The defense lawyers kept focusing on how great Wendi's family was. I didn't buy that; neither one of Wendi's parents did anything to help her case.

10.    Wendi looked so young and scared throughout trial. I didn't see a lot of expression on her face, during trial. She talked to her attorneys now and then. When I looked at her, I had to wonder whether or not she understood what was going on and whether or not she knew that a death sentence was a real possibility. I wondered if anyone explained that to her. It seemed that Wendi was going along with whatever her attorneys wanted, whatever her step-father wanted, and none of them were helping her out. It was so painful for me to observe that sometimes during our breaks, I went into the stairwell and just cried. I waited for someone to say something to help her. I waited for someone to better explain Wendi's state of mind, but that moment never came.

11.    I wish that Wendi's case was presented differently at trial. Nothing about the defense's position seemed to be about the truth. It should have been explained that Wendi was a young person who made a bad decision. She was miserable, her husband had cancer, she had two children, she was working, trying to raise a family, and she cracked under the pressure. Those are stresses to which many people can be sympathetic. After the trial, I was interviewed by a television news reporter, and I spoke to that point.

12.    When trial was finished, I was distraught over the outcome. I didn't think Wendi deserved to die. It was incredibly traumatic for me, so I turned to my daughter for comfort. My daughter is an attorney. I talked to her about what a poor job Wendi's attorneys did defending her and I talked with her about how I hoped that Wendi's case

Page 4 of 5

_M C_
Initials

would be reviewed because what happened to Wendi just wasn't right.  I still feel very strongly about Wendi's case, to this today.  It still moves me to tears when I think about it, sometimes.

13.    I have read the foregoing declaration.  I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct.

Signed this *31* day of July, 2011 in Maricopa County, Arizona.

Martha Colvin

Page 5 of 5

Initials

# Exhibit 41

## DECLARATION OF LINDA PERCY

I, Linda Percy, declare as follows:

1.     In 2004, I was selected and impaneled as a jury member in the criminal trial of Wendi Andriano.   The trial took place at the Mesa Courthouse.   The trial lasted approximately four months.   We, the jury, determined Wendi's guilt, a cruelty aggravator, and a sentence of death.

2.     During the trial, I made many observations with respect to the prosecution, defense counsel, and the judge.   I was totally impressed with the prosecutor, Juan Martinez.   I was so impressed with him, that I wrote a letter to his office, commending him.   I also had occasion to speak with him over the telephone about the trial, after it was over.   I could listen to him speak all day.   He's very good.   In contrast, Wendi's attorneys weren't of the same caliber as Martinez.

3.     The case the defense put on was not impressive to me.   I took notes to stay alert.   One of the jurors who sat in front of me, Nino, had a hard time staying awake.   I kicked the back of his chair to wake him up, from time to time.   There was no evidence that Wendi was abused, so the testimony of her domestic violence expert had no effect on me whatsoever.

4.     The defense's overall angle seemed to focus on making Wendi into this meek, religious person.   It was a real mess and not believable at all.   At trial, Wendi

Page 1 of 3

Initials

DOWDY

looked like she had let herself go. She was ~~heavier~~ and her hair was brown. She was dressed very conservatively. She looked way different from the pictures of her when she lived at San Riva. The older pictures we saw of Wendi when she lived at San Riva, showed her in a bikini with a cute blonde haircut. It looked nothing like the Wendi I saw in court. None of it added up. It seemed put on.

5.    The jury deliberated after the first phase and we found Wendi guilty of murder.

6.    At the end of the second phase, when we decided on the aggravator, we talked about what might happen if we didn't find an aggravating circumstance. We discussed how her sentencing would go back to the judge and agreed that none of us wanted that. We talked about how we didn't want to see Wendi get out of prison, and that was a key reason why we decided on the cruelty aggravator.

7.    In the final phase, we determined that Wendi's punishment should be death. We weighed the mitigating factors against the aggravating factors, but there weren't enough compelling and believable mitigating factors there to spare Wendi's life. Had we been presented with evidence that Wendi was sexually molested, for example, that would have weighed ~~heavily~~ on our decision-making process, but that information simply wasn't there.

AZ. REPUBLIC REPORTER

8.    After the trial, ~~Juan Martinez~~ put me in touch with the parents of the victim, Joe Andriano. I spoke with them for about an hour and I finally was able to find out

Initials

what happened to Wendi's children.  They wound up with Joe's sister and brother-in-law. I was relieved they weren't with Wendi's parents.  That was very satisfying for me.

9.      I have read the foregoing declaration consisting of three (3) pages and nine (9) paragraphs.  I declare under penalty of perjury under the laws of the state of Arizona, and the United States of America that it is true and correct.  Signed July 18, 2011 in Maricopa County, Arizona.

_Linda Percy_
Linda Percy

Page 3 of 3

Initials

# Exhibit 42

## DECLARATION OF JACQUELINE SACAMANO

I, Jacqueline Sacamano, declare as follows:

1.    In 2004, I was a member of the jury in the criminal trial of Wendi Andriano.    The trial took place at the Mesa Courthouse.    The trial lasted approximately four months. We found Wendi guilty and sentenced her to death.

2.    When I served as a juror on Wendi's case, it was my first experience as a juror.  The experience was kind of scary for me because the case received a lot of media coverage and the media presence at the courthouse was overwhelming.  I had to think about avoiding them every day.

3.    As a juror, I had the opportunity to observe and evaluate the performance of the prosecution and defense.  I felt that the prosecution had "more bullets" than the defense, meaning that the facts seemed to be behind the prosecution and not the defense. The prosecution put on a lot of witnesses and who testified to the facts of the case and presented Wendi as a "devious character." The defense, on the other hand, argued that Wendi was a battered woman and acted in self-defense, but we were presented with no evidence to support that.  A domestic violence expert testified, but because we were not presented with evidence that Wendi was the victim of domestic violence, it was not effective.

Page 1 of 3

Initials

4.     During trial, Wendi was dressed as a "school marm" type, which was quite different than the way she appeared in photographs prior to her arrest in which she wore modern outfits and her hair was cut differently.   The jury was also presented with the interrogation video of Wendi that showed her just after her arrest.   During her interrogation, Wendi sat funny, with her legs up in front of her. She flirted. It appeared she wasn't taking her arrest seriously. Wendi seemed a lot different in the interrogation video than she did in court.

5.     Wendi's mother and step-father testified on her behalf during trial. Wendi's mom testified that Wendi was raised as a Christian and that she was a good girl. Her step-father testified to the same, but he seemed less credible than Wendi's mother. The problem with the information about Wendi as a child was that it didn't really explain what happened with Wendi between the time she was a good Christian girl and her arrest. Wendi's adult life was not addressed or explained.

6.     Trial went on for a long time; several months. It lasted throughout the holidays and ended right before Christmas, which was tough. Some days, I doodled during testimony to keep myself alert. I wouldn't be surprised if other jurors did the same. There were times that the trial was just plain boring. Nino, the juror who sat next to me, fell asleep more than once during trial.

Initials

7.     When the jury deliberated to determine Wendi's guilt, we were not all in agreement at first.  One man on the jury thought that Wendi should be found guilty of second-degree murder and not first-degree murder.  He eventually came around and we determined that Wendi was guilty of first-degree murder.  We deliberated again, after the second phase of trial, to determine an aggravator.  We did find an aggravator.  During the third and final phase of the trial, we were presented with mitigating factors.  I considered the mitigating factors the jury was presented with, but none of them were applicable, in my opinion.  Wendi was still guilty and that's what I based my decision at the penalty phase on; she was an impatient person who couldn't wait for her husband to die.  I was comfortable sentencing Wendi to death based on that information, and the law. JS

8.     I have read the foregoing declaration.  I declare under penalty of perjury under the laws of the state of Arizona, and the United States of America that it is true and correct.

Signed August _6_ 2011 in Maricopa County, Arizona.

*Jacqueline Sacamano*
Jacqueline Sacamano

Initials

# Exhibit 43

1
2
3
4
5
6           SUPERIOR COURT OF ARIZONA
7              COUNTY OF MARICOPA
8
9  | State of Arizona, | ) |
10 |                   | ) |
   |        Respondent, | ) | No. CR2000-096032-A
11 |                   | ) |
   |   vs.             | ) | **DECLARATION OF**
12 |                   | ) | **MATTHEW R. LYNCH**
   | Wendi Elizabeth Andriano, | ) |
13 |                   | ) |
14 |        Petitioner. | ) |
   |                   | ) |
15 |_____| ) |
16
17    I, Matthew R. Lynch, declare and state as follows:
18
19    1.    I am one of the attorneys representing Petitioner Wendi Andriano in her
20 post-conviction relief proceedings.  I have personal knowledge of the matters stated
21 herein.
22
23    2.    As noted in the Affidavit of Daniel Patterson (Tab 6, ¶ 34) and Declaration
24 of G. David DeLozier (Tab 7, ¶ 26), Attorneys Patterson and DeLozier provided post-
25 conviction relief counsel with several boxes containing true and correct copies of
26 documents from their respective files relating to Petitioner's criminal trial.
27
28
4835-8574-2862.1