### APPENDIX TO THE EXPERT REPORT OF JAMES W. HOPPER, PH.D.

## I.   INTRODUCTION

PROFESSIONAL QUALIFICATIONS

    1.    I am a clinical psychologist licensed to practice in the Commonwealth of
Massachusetts, Clinical Instructor of Psychology in the Department of Psychiatry of
Harvard Medical School, consultant on psychological trauma to the Outpatient
Addictions Service of the Cambridge Health Alliance, and an independent consultant in
clinical and forensic psychology.  Most of my work has focused on the long-term effects
of childhood abuse.  I have conducted research on various aspects of psychological
trauma and PTSD, including characteristics of traumatic memories, emotional and
behavioral effects of child abuse, brain bases of emotion regulation problems in
psychological trauma, psychological and pharmacological treatments for PTSD caused by
child abuse trauma, and the use of alcohol and drugs by those abused in childhood.  My
qualifications are otherwise set forth in my curriculum vitae attached as Exhibit A.  (*See*
Tab 4.A.)

SCOPE OF ASSIGNMENT

    2.    I was asked by counsel for Wendi Elizabeth Andriano to examine
psychologically traumatic aspects of Wendi's development from birth to age eighteen.
Of particular focus were (1) experiences of neglect, abuse and other potentially traumatic
mistreatment by her parents and other adults, and (2) harmful effects of such traumatic
experiences and relationships on her mental health and ways of relating to others.

MATERIALS REVIEWED

    3.    I conducted numerous interviews and reviewed thousands of pages of

1

documents. My interviews included six visits with Wendi, totaling 52 hours, and one interview each with the following individuals:

- Wendi's mother, Donna Ochoa;

- Wendi's biological father, Shelby Robertson;

- Wendi's adoptive father, Alejo Ochoa;

- Martha England, an adult member of Wendi's church when she was a child and adolescent; and

- Jeri Lynn Cunningham, a childhood friend      REDACTED

4.     My document review included a copy of Wendi's videotaped interrogation by detectives shortly after she was arrested, a transcript of that interrogation, hundreds of pages of trial testimony and numerous affidavits obtained by counsel and others throughout the course of Wendi's post-conviction relief proceedings, including affidavits from Wendi's direct family, several friends and acquaintances, and many extended family members. A complete list of the documents I reviewed is attached as Exhibit B. (*See* Tab 4.B.)

5.     Throughout our interviews, Wendi exhibited deficits in her ability to remember, and/or to feel safe remembering and reporting, experiences involving sexual content, including incidents witnessed by others and documented in witness declarations. Also, from the outset she expressed a fear that she might remember things from her past, including possible unwanted sexual experiences involving her step-father Alejo Ochoa, that might not be accurate, and she expressed great concern about the possibility of upsetting or causing harm to Alejo, as well as to her mother or anyone else who might become a focus of the investigation and presentation of mitigation evidence.

6.     I conducted in-person interviews with Wendi's mother, Donna Ochoa, for two hours on September 1st, 2010; with her biological father, Shelby Robertson, for 2.5 hours on August 15th, 2011; with her adoptive father, Alejo Ochoa, for three hours on August 15th, 2001; with Martha England, who was an adult member of Wendi's church when she was a child and adolescent, for three hours on November 3rd, 2010; and with Jeri Lynn Cunningham, a childhood friend                    REDACTED

for 1.5 hours on January 4th, 2011.

7.     Finally, I had several phone conversations with Dr. George Woods, who also spent many hours interviewing Wendi and other witnesses.

## II.     INTRODUCTION TO WENDI ANDRIANO'S CIHLDHOOD

8.     The traumatic – and psychologically and morally destructive – childhood of Wendi Andriano was rooted in the traumatic childhoods of her mother, biological father, and adoptive step-father.  She was born to profoundly disturbed parents who were incapable of providing her with the love and nurturing that every child needs to become an emotionally healthy and morally uncorrupted adult.  From birth until her teenage years Wendi was subjected to neglect and abuse, first by her mother and biological father and his family; then by her mother, adoptive father and two insular religious cults.

9.     Wendi's biological father, Shelby Wayne ("Skip") Robertson, grew up in a disturbed family.  In addition to emotional neglect and physical abuse, Skip's father and several brothers engaged in sexual abuse of girls.  Skip and his brother Tommie would eventually go to jail for sexual abuse of   REDACTED   , and Skip speaks of his father and brother AV sexually abusing children in the extended Robertson family.  By the time Wendi was born, all of Skip's five brothers were men, and over the first four years of

Wendi's life they had repeated access to her under conditions that would permit sexual abuse.

10.   Wendi's mother, born Donna Worsham, was neglected by both parents. Her family moved constantly the first ten years of her life, living nowhere more than a year at a time, which prevented her from having any enduring relationship with a caring adult. Her mother kept the house clean but showed no love for, or interest in, her daughter. When Donna's heavy-drinking and womanizing father did give her attention, it was often unhealthy and immoral. By age ten, when the family had settled in Tucson, her father was bringing her to bars, and when she was a teenager he got drunk with her and her friends. From ages twelve to fifteen Donna overheard violent fights between her parents on almost a nightly basis. Her mother dragged her along on Sunday hunts for her father at local hotels, and once went into a hotel and fired shots that Donna was left for hours to fear had killed her father. Donna's peers, to whom she looked for guidance, were from similarly troubled homes.

11.   Wendi's mother was never able – from birth through Wendi's adult life – to emotionally connect with her daughter or to provide her with maternal nurturing and care. Instead, beginning days after Wendi was born, Donna literally handed her over to men, starting with Skip, who Donna knew – but was unwilling or unable to acknowledge – were emotionally, physically and sexually abusive.

12.   When Wendi was four years old, Donna divorced Skip, removing Wendi from the toxic influence of his family.  Her mother soon married Alejo Ochoa, a disturbed man who grew up in a family where adults amused themselves by bullying and shaming children and teenagers with sexualized "teasing," and at age fifteen was "taught about

girls and sex" by an adult neighbor. Donna was relieved to hand Wendi over to Alejo, who would go on to sexually abuse Wendi and at least one of her friends into her teens.

13.    Over the next thirteen years of ongoing neglect by her mother and sexual (as well as physical and emotional) abuse by her stepfather, layer upon layer of abuse and trauma would be heaped upon Wendi. From ages seven to nine, Wendi and her parents were caught up in a small "traveling ministry" – in reality, a religious cult – in which they experienced poverty, brainwashing and totalitarian control.

14.    After, the family joined another religious cult with even greater moral confusion and hypocrisy, in which children's entire lives revolved around the cult's church and school.  In that church and that school, physical and emotional abuse of children were preached as God's will, and the sexual abuse of children was tolerated, condoned, and even blamed on the children themselves. It was an encapsulated cult community in which Alejo soon became the "Youth Pastor" and engaged in an incestuous relationship with Wendi. Familial and genetically-based vulnerabilities to mental illness, including bipolar disorder, compounded the effects of Wendi's childhood of neglect and abuse at the hands of profoundly morally confused adults.

15.    The effects of that chronic neglect and abuse included severely limited capacities for emotional awareness, regulation of emotions and impulses, decision making, and managing interpersonal conflicts, especially in close relationships. The effects also included an unshakable sense of herself as a bad and unlovable person, almost certainly going to Hell, who could find approval and love only by devoting herself to caring for others.  This neglect- and abuse-based experience of herself, along with the relationship patterns she learned in neglectful and abusive relationships with her parents,

would propel Wendi through repetitions of the same basic cycle in her friendships and relationships with men: taking care of the other person, making that other person feel that he is the center of her world, until she suddenly feels exploited and overwhelmed, which leads her to withdraw and the other person to feel abandoned and confused, which in turn leads Wendi to feel bad and guilty, to which she responds by seeking to regain love and redeem herself by devoting herself to the same person or someone new, starting the cycle all over again.

## III.   WENDI ANDRIANO'S TRAUMATIC FAMILY BACKGROUND

16.   The psychological and physical harm of childhood neglect and abuse are increasingly recognized by scientists and public health experts as causes not only of many psychiatric disorders, addictions, and violent behavior, but also of the leading chronic and fatal diseases in our society, including heart disease and cancer. Furthermore, evidence is accumulating that an individual's "cumulative burden" of "adverse childhood experiences," that is, just how many traumatic experiences they endured – especially abuse and neglect – is the most predictive of psychiatric and behavioral disorders and physical diseases, more than any particular type of trauma.

17.   In the case of Wendi Andriano, there is evidence of extreme neglect and abuse in the generations preceding hers, in all three of her parents' families. Given limits of time and investigational resources, as well as the deaths of many people involved, these stories are necessarily limited both in scope and corroboration by witnesses. However, as we shall see, the evidence is sufficient to paint a picture of not only extreme neglect and abuse, but extreme moral confusion and hypocrisy as well, in the childhoods of her mother, biological father and adoptive father.

6

## A.   WENDI'S BIOLOGICAL FATHER AND PATERNAL BACKGROUND

18.   Wendi's biological father, Shelby Wayne ("Skip") Robertson was born on April 11, 1948 in Fort Stockton, Texas. He was the youngest of eight children born to Flora Pearl Harrison and Boyd Gravely ("BG") Robertson. Skip reports that until twelve years of age he lived with his parents and progressively fewer of his older siblings, moving from Fort Stockton to San Angelo, Texas when he was four years old, where he lived until he was in fifth grade, and then to Chandler, Arizona when he was in sixth grade.

19.   **Mother dies suddenly at age thirteen, no support in aftermath.** Soon thereafter, on Christmas night of 1961 when Skip was thirteen years old, his mother suffered a massive stroke right in front of him and died several hours later. Witnessing the sudden and fatal injury of one's own mother is one of the most devastating and traumatic experiences a child can have. That trauma is compounded when, as was the case for young Skip, the child fails to receive immediate or sustained support and nurturing from other family members. In his declaration, Skip refers to the aftermath of his mother's death in understated language that belies the extreme emotional pain associated with that time in his life: "It was a hard time for me. I was booted around a lot and felt very alone for quite a while." (Tab 32, at ¶ 6.)

20.   Skip recalls continuing to live with his father and two siblings, Tommy and Myrna, for another year or so in Chandler, then the four of them going to live in Tucson "for a while" until his father moved back to Chandler and his siblings moved out, Tommy by joining the army and Myrna by getting married. At that point, when about fourteen or fifteen years old, Skip went to live with his brother Burl Boyd ("Buck") Robertson and his wife Faye McGuffee, as well as three girls and one boy of Faye's from a previous

marriage. One of Faye's daughters was Alice McGuffee, the childhood best friend of Wendi Andriano's mother.

21.   **A victim of the Robertson men and boys,** REDACT , and her nightmarish

memories provide a window into Skip's disturbed and sexually violent family. REDACTED recalls never feeling safe as a child and not

talking until she was five years old, when she finally wanted to talk with her younger

sister Debbie but no one else, including her own mother. When Buck entered REDACTED

, and brought along his brothers and father, things got worse: "He was a truck driver.

Right after          REDACTED          , they went on the road for six weeks. As soon

as they got back, Buck raped me for the first time. The rape continued for the next eight

years,          REDACTED          ." (Tab 30, at ¶ 3.)

22.   Buck was not the only one.                    REDACTED


, his father, and all of his

brothers, including Skipper, his youngest brother, raped me from the time I was ten until I

moved out of my mother's house at the age of eighteen." (Tab 30, at ¶ 1.)  She goes on to

elaborate:

> "On a regular basis, one of the brothers or Buck's father stayed at our house.
>
> Skipper was a teenager at the time, and he came around quite often.
>
> Sometimes both Skipper and his father stayed with us…. It was a revolving
>
> door, and it seemed like one of the Robertsons was always around. They

stayed for three, four, six months at a time.... At one point, Buck's father got

an apartment about a block away from our house." (Tab 30, at ¶ 4.)

23.    Though REDAC remembers Buck as a "monster" who walked around the house
              TED

naked         REDACTED          and "cut the pockets out of his pants to play with

himself," she also has specific memories of how other Robertson brothers and their

father, BG, molested and raped her when they stayed in her house.

   "It seemed that every night one of the Robertson brothers came into my

   room.  Sometimes they raped or molested me in there.  But I was tiny, so I

   could be moved, and so sometimes the rape and molestation occurred in other

   parts of the house.... It was a nightly ordeal when Buck or his brothers were

   around, and I lived in absolute terror..." (Tab 30, at ¶ 6.)

   24.                                    REDACTED


                                          . He remembers never liking being

at home once Buck moved in, due to the constant harsh criticism Buck directed at him.

(Tab 17, at ¶ 4.)  He remembers Buck's brothers living at their house a lot, so much that

"it seemed that one of them was always there at any given time... they were constantly in

and out of the house." (Tab 17, at ¶ 6.)  Leon reports that Skip lived in their house for

about a year, sharing a room with him (Tab 17, at ¶ 5), and that Skip, like his brothers,

constantly criticized and teased Leon for being "to 'straight-laced' and not wanting to go

to bars and get drunk with them. (Tab 17, at ¶ 6.)  Leon recalls that Buck and Skip's

father, BG, also "stayed at our house quite a bit," and that he was a "weird duck" who

"always talked strangely about women." That is, BG "talked down about them" and "said they were playthings." (Tab 17, at ¶ 8.)

25.    Leon reports that he enlisted in the Marines largely to escape from living around Buck and his father and brothers. When he returned from Vietnam in 1970, REDACTED told him that "our stepfather and his brothers, including Skip, were all child molesters" REDACTED More than a REDACTED decade later, REDACTED independently confirmed to Leon that Buck and "all of his brothers" had sexually abused her. Leon recalls REDACTED telling him that she disclosed this publically at the time, when she took her mother and Buck to court for violently assaulting her (see below), though Buck said she was lying and their mother "backed him up." (Tab 17, at ¶ 14.)

26.    REDACTED recounts that a common form of punishment for her was spending a day or weekend being raped by Buck or his brother Jerry. "Most of the time, when I got in trouble, it felt like I then had to go somewhere with one of the Robertsons. I had to go on hunting trips with Buck or Jerry Don, or on some other errand. In reality, they just took me somewhere to rape me." (Tab 30, at ¶ 12).

27.    Finally, REDACTED reports a still vivid and upsetting memory of physical violence perpetrated by Buck against her REDACTED witnessed Buck severely beat REDACTED . She remembers fearing that Buck would kill REDACTED and watching, REDACTED , while Buck "hit REDACTED with his fists to where you could not recognize her face any longer." (Tab 30, at ¶ 10.) Leon too recalls this incident. Though he did not witness the assault, he did see REDACTED wounds the following day, including "a black eye and bruises all over her

cheeks." (Tab 17, at ¶ 11.)  And as noted above, Leon reports that REDACTED took Faye and Buck to court for the assault. (Tab 17, at ¶ 14.)

28.    Wendi's mother Donna also provides corroboration of the Robertson brothers' and father's sexual abuse        REDACTED        . Donna recalls learning of the abuse in 1974 or 1975, around the time she divorced Skip Robertson, Wendi's biological father. REDACTED was the one who told Donna that "many of the adult Robertson brothers sexually abused her and her sisters when they were children," and "talked the most about AV, Jerry Don, and Tommie." (Tab 27, at ¶ 165.)  Although Donna did not ask for details, she recalls a particularly disturbing story told by REDACTED . One day when she was about fourteen or fifteen years old, she came home to find one of the Robertson brothers stretched out on the couch, and he "held his hand up and told REDACTED that he had female juices on his hand from one of her sisters." (Tab 28, at ¶ 10.)

29.    Finally, Donna was also told by        REDACTED        , in conversations they had "a couple of times in the past ten years," that        REDACTED        were sexually abused by the Robertson brothers. (Tab 28, at ¶¶ 12-13.) Donna also reports that Skip told her, in early 2011, that he had "messed around" and experimented sexually with REDACTED when both of them were around thirteen years old, which is during the time        REDACTED were being sexually abused by Robertson brothers. (Tab 28, at ¶ 11.) Thus REDACTED have reported being sexually abused by the Robertson brothers after Buck      REDACTED      , and Donna says that Skip himself has admitted to sexual activity with REDACTED .

30.    **A mother who looked the other way.** As would be true for Wendi Andriano as a child, REDACTED mother made no effort to protect her daughters from continual sexual

exploitation by men she brought into her home, nor to protect them from physical

violence. REDACTED their mother "knew what

was going on" because they had "told her what was happening" at the time, but that she

"denied the whole thing." (Tab 17, at ¶ 15.) REDACTED also told REDACTED that she disclosed

the sexual abuse when she took her parents to court over the brutal physical assault, only

to have REDACTED support Buck's denial and claim that REDACTED was lying. (Tab 17, at

¶ 14.)  When REDACTED confronted her mother years later with the reality of the repeated

molestations and rapes and her failure to protect her daughters, REDACTED reportedly replied

that it was "just part of life." When Deblen responded by asking "why it had to be that

way," her mother threw her out of her house and it was nearly thirty years before they

spoke again. (Tab 30, at ¶ 15.)

31.   **Possibility that Skip sexually abused young girls as a teenager.** REDACTED

explicitly names Skip as one of the sexual tormentors responsible for her "nightly ordeal"

and living "in absolute terror" whenever "Buck or his brothers were around."  Leon

reports that both REDACTED independently told him about being sexually

abused by "all" of the Robertson brothers.

32.   However, Donna reports that REDACTED told her it was the "adult" Robertson

brothers who sexually abused her and her sisters. (Tab 28, ¶ 9.) If only REDACTED

account of which brothers sexually abused her sisters, as remembered by Donna, is true,

this would mean that Skip, who was a teenager at the time, did not sexually abuse them,

including REDACTED .  However, it is possible that Skip *was* a perpetrator, and (a) REDACTED

did not know, which could have been the case if Skip did so less often than his older

brothers; (b) Skip only abused the second-youngest REDACTED (and possibly the youngest

sister, who would have been too young to remember and report it later); or (c) REDACTED knew Skip had done so but did not want to tell Donna (e.g., to protect Donna from becoming overwhelmed by the potential implications for Skip's relationship with Wendi). The available evidence does not allow us to know for sure whether Wendi's father was already sexually abusing girls as a teenager.

33.    Not surprisingly, Skip never mentions anything about            REDACTED being sexually abused when he lived there.  However, when Skip refers to having sex with            REDACTED            many years later in 1992, he blames his abusive actions on having at the time felt "isolated and depressed" – the exact same pair of unwanted feelings he recalls experiencing while living in REDACTED house as a teenager. (Skip also claims, as many men who sexually abuse children do, and as if it excuses his crimes, that he was always intoxicated when he had sex with REDACTED

, and that he "felt like I loved her in the way I felt love for an adult woman" – which begs the question of just what sort of love he was even capable of feeling for an adult woman). (Tab 32, at ¶ 64.)  In short, there is strong evidence that Skip sexually abused the prepubescent REDACTED (and perhaps the youngest sister) during the time he was living in her house and struggling with the same feelings that he says triggered his sexual abuse of a twelve year old girl more than twenty years later.

34.    **Sexual abuse in Skip's family.** It is important to consider how Skip (and his brothers) ended up sexually abusing children.

35.    As noted above, Leon McGuffee recalls Skip's father BG as a "weird duck" who set an example for his sons when he "talked down" about women, including referring to them as sexual "playthings."(Tab 17, at ¶ 8.)  Leon goes on to say that the

father's attitude toward women "was pretty much standard with all the Robertson men," and that whenever the brothers got together, for example to boat on the lake, "all they talked about all the time was their conquests of women, by which they meant the women who they had sex with." (Tab 17, at ¶ 9.) $^{REDACT}_{ED}$ reports that Skip's father repeatedly molested and raped her for several years; it is likely that his sons knew what he was doing, even learned such behavior from him.

36.   There was also sexual abuse in the Robertson's own home. For example, $^{REDA}_{CTED}$ reports that Buck "tried to dry hump" him when he was eight or nine years old.  Buck was an adult at the time, and had already left home, married and divorced, then returned to live at home for a while. $^{REDA}_{CTED}$ and Buck were sharing a bed with their brother "AV," which was not uncommon given the size of their family, and $^{REDA}_{CTED}$ "woke up with [Buck] moving his pelvis against me. I did not know what was going on." Confused and frightened by what his brother had done, $^{REDA}_{CTED}$ told his mother. Her response? To tell him that "Buck was just having a bad dream." (Tab 32, at ¶ 15.) Here, $^{REDACTED}$

, we see a classic pattern in incestuous and sexually abusive families: the mother does not want to know, looks the other way, and then, when both of those strategies fail and she finds herself confronted with an incident of sexual abuse, resorts to denying reality, pretending it did not really happen, and encouraging the victim to do the same.

37.   Thus even before the tragedy of his mother's death, Skip grew up with parents who perpetrated and tolerated the sexual abuse of children. His father viewed women and girls as sexual "playthings," saw neglected and vulnerable children of other families as ideal targets for repeated sexual assault, and had no concern or empathy for the terror and

suffering he inflicted. For his mother,         REDACTED         , the sexual abuse of children

was apparently just "part of life," albeit a part of life she thought best to deny and ignore,

along with its consequences for the victims.

38.   **Physical abuse in Skip's Family.** A father like BG Robertson – who is

reported to have routinely molested and raped young girls, with utter indifference to their

experience or well-being – is an unlikely candidate for exercising compassionate

discipline strategies, as opposed to simply relying on fear of violence to compel his

children's obedience. In my interview with Skip, he said that his father, after being

informed by his mother of a child's bad behavior, would hit the child "eight or nine

times" with his belt after making them lie across the bed in their bedroom. Skip added

that he seldom got in trouble because he spent little time in the home where his mother

could know if he had broken any rules. As he put it, "We never was in the house that

much to get in trouble." Skip did tell me of his brothers beating him with belts for

misbehavior, and that whenever he told his mother about such beatings she told him that

he deserved it.

39.   Skip also told me a story that revealed his mother's potential for physical

violence. Once his brother Jerry, an older teenager at the time, drove up to the house with

a friend, to ask if he could spend the night at his friend's house. Their mother said he

needed to ask their father, and soon Jerry emerged from the house and said to his friend,

"My old man won't let me go." Skip remembers his mother jumping from her chair on

the porch, where she had been crocheting, to grab Jerry and "throw him to the ground."

Skip explained that his mother's behavior was totally appropriate and justified, because

he and his siblings were raised to only speak of their parents with respect.

40.   Recall <sup>REDACTED</sup> account of how Buck treated her and       REDACTED

using rape as punishment and nearly beating <sup>REDACTED</sup> to death when she dared to

challenge Faye and Buck's authority. It is likely that Buck learned such brutality toward

children in his own home. In addition, Buck's son from his marriage to Faye, Stuart

Wade Robertson (known as "Wade"), describes how he was beaten with a belt for any

and all violations of his parents' rules, including when he "stayed out too late" or went

"somewhere I wasn't supposed to be." (Tab 33, at ¶ 3.) Though Wade excuses and even

embraces his parents' beatings of him, he also implicitly acknowledges what it was: "I

suppose today it would be called abuse, but I think of it as discipline." (Tab 33, at ¶ 3.)

41.   **Neglect in Skip's family.** In my interview with Skip, when asked of his earliest

memory of his father, he responded, "I was probably six or seven years old before I got to

know my father at all." His father worked all day, and when he came home all he wanted

to do was sit down for the dinner that his wife had prepared and not hear or see the

children, then go off to bed. He described his mother (of eight children, consumed by

cooking and otherwise tending the house and chickens) as "always too busy" to spend

time with him, and remembered it as "only every once in a while" that she would even let

him sit next to her. Skip described a family situation where the children were out of the

home as much as possible, with him and his brothers (and youngest sister Myrna) playing

far from his mother's view. As long as they were home by dark, they could do whatever

they wanted – or at least whatever they could get away with without their mother finding

out. And so he and his siblings, who his mother referred to as "wild Indians," would

routinely "disappear all day."

42.   In his declaration Skip conveys, in general terms and with some poignant examples, a barren emotional landscape that included disconnection between parents and children in his family. After recalling how he and his father "never really spoke" when they lived together during his tenth year of school, Skip continues, "I was brought up that way. Grown ups and kids did not speak to each other much." He then goes on to link this form of neglect to another one found in his family: "You only talked if you were talked to and the kids ate last. The grown-ups all ate first and us kids had to wait and we got the leftovers from what the grownups didn't finish. Sometimes we had to wait hours, especially if there were aunts and uncles over... We stayed outside and went in when they were done." (Tab 32, at ¶ 9.)

43.   Wade Robertson describes a similar situation in his home, with Buck and his mother neglecting him as a child: "My dad was on the road driving trucks most of the time and my mom was working. I was easy to raise and I pretty much raised myself." In families with such parental neglect and abandonment, and so little nurturance, care and love, children are indeed left to their own devices and, as Wade puts it, to raise themselves.

44.   **Sexual violence against others, including by Skip.** Tragically, in such families the children often turn to sexual behaviors, including the sexual abuse of other children, in misguided attempts to find some kind of gratification and to sooth briefly the anxiety, loneliness and depression from which they inevitably suffer.  Because the human body and brain are hard-wired for sexual stimulation to feel good and for orgasm to produce not only intense pleasure but a state of soothing satisfaction and relief, severely neglected and abused children – especially those who have been sexually abused themselves and/or

have witnessed the sexual abuse of others – are highly vulnerable to becoming

perpetrators of sexual abuse. For boys and young men, who have learned from many

sources that females are sexual objects for males to use, that achieving sexual conquest

means being a "real man," and that domination and aggression, even violence, are

acceptable ways to ward off vulnerable feelings like sadness and loneliness, the risk is

much higher.

45.    This appears to have been the case in the Robertson family. As <sup>REDACTED</sup>

describes, all of the Robertson brothers, including Skip, raped and molested her. REDACTED

affirms that their sister REDACTED reported sexual abuse at the hands of every

Robertson brother including Skip. Skip himself reports that his brother AV molested RE DA CT ED

(Tab 32, at ¶ 60.)  And both Tommie and Skip were ED

arrested in December of 1992, and ultimately imprisoned, for sexual assaults REDACTED

REDACTED    than spanned three or four years. Tommie had taken sexually explicit

photographs of              REDACTED              while she was asleep in his truck

(apparently after he had been fondling her, which he often did while taking her on cross

country trips). The discovery of Tommie's photographs led to the victim's disclosure of

sexual abuse by Skip, including repeated sexual intercourse, with the last incident only

weeks before his arrest.

46.    Certain details of the police investigator's initial report merit consideration here,

for they shed light on how those who sexually abuse vulnerable and neglected children

are able to get away with it, sometimes for years on end, without it ever being reported to

the police or child protective services. More specifically, they provide a window into how

the Robertson brothers, especially Skip – like so many who sexually abuse children –

manipulated their victims into *blaming themselves* for the abuse and fearing that

revealing the truth would only get *themselves* in trouble.

47.   When the investigating sheriff's deputy asked the victim why she had waited

three weeks after discovering the photographs of herself to tell her counselor, she said

that " REDACTED    [Skip] made her feel responsible for what occurred [sic] to her." The

investigator continued, "REDACTED told me that she was tired of keeping everything a secret...

[and that Skip] had known of the photographs for over a year and did nothing." The

investigator then spoke to REDACTED , the victim's brother who first found the photographs.

REDACTED told him that when he told Skip about the photographs Skip's response was

"everything's under control."

48.   The investigator then spoke to the victim again, and explicitly asked her "if any

other sexual activity was occurring in the home." At that point she told him that "over the

past three to four years [that is, beginning at age eight or nine],        REDACTED    , Shelby

Wayne Robertson, had sexual intercourse on at least (25) twenty-five occasions." She

went on to explain that Skip had also done "other sexual things to her." Asked again why

she had "waited so long" to tell anyone, this time about Skip's abuse, the young girl told

the investigator that "she thought it was her fault, after a while she said, she just

consented. [Skip] told her that if she ever did speak out that she would be in trouble

because she had consented." (Upon further investigation, days later, the victim clarified

that when she was eight years old, soon after Skip met her        REDACTED

, Skip fondled her breasts; beginning at age nine, he made her perform oral sex on

him and performed oral sex on her; and finally, when she was twelve years old in June of

1992, Skip asked her if she wanted to "make love," and when she said no "he got mad"

and became "so mad that she finally gave in and said, 'Well do whatever you want to do, I really don't want to do this, but you're going to do it anyway.'" (Deputy L. Lignoski, Maricopa Sherriff's Office, Follow Up Investigation Report, December 8, 1992, page 6.).)

49.   The officer confronted the victim's mother,        REDACTED       , with Skip's sexual abuse of her daughter. ($\binom{REDACT}{ED}$ later reported her own history of sexual abuse by an uncle. (Jeffrey D. Harrison, Ph.D., Report of Paraphilic Assessment, p. 6 July 1993.)). After acknowledging that her daughter "did complain" in March of 1992 that Skip had touched her breasts and "on one occasion got into bed" with her, $^{REDACT}_{ED}$ "excused Shelby for his actions because he's a drunk" (Deputy L. Lignoski, Maricopa Sherriff's Office, Continuation Report.) With a mother so easily resigned, even dismissive about her being sexually abused, it is no wonder that the young girl had resigned herself to the fondling, then the oral sex and finally the sexual intercourse perpetrated by        REDACTED       .

50.   This young girl's experience is not uncommon. Every day vulnerable and neglected children like her are manipulated and threatened into progressively more intrusive sexual abuse, and manipulated into believing that they are to blame for each and every violation. Every day many children sexually abused by step-fathers know their mothers would rather not know and will probably blame them for the abuse (as $^{REDACT}_{ED}$ did in subsequent interviews, saying her daughter had been "seductive," (e.g., Jeffrey D. Harrison, Ph.D., Report of Paraphilic Assessment, pp. 6-7, July 1993.)). And the younger a child is, due to the cognitive and other limitations of younger children, the more vulnerable that child is to such sexual manipulation and maternal abandonment, even once the abuse is revealed.

20

51.   **Bizarre behaviors, psychopathology, and psychiatric problems.** Skip reports several examples of severe psychiatric problems in his siblings.  For example, as a teenager his brother Tommie suffered from depression, had no friends, and engaged in bizarre behaviors including building model ships and then lighting them on fire or shooting them with a bb gun. (Tab 32, at ¶ 49.)

52.                                                    REDACTED

53.                                                    REDACTED

REDACTED

54.                              REDACTED

He told of his mother suffering a stroke and dying in his presence at age twelve. And he reported that growing up he was "closest" to an uncle who taught him many things but became bizarre and violent when drunk, including chasing Skip with a knife, and that this uncle eventually "disappeared," which was very distressing to him. He denied that there was any physical abuse or other problems in his family, and denied any juvenile arrest history (though military records document his arrest and probation at age fifteen for charges of fighting and carrying a knife, as noted above). (Jeffrey D. Harrison, Ph.D., Report of Paraphilic Assessment, pp. 2-3, July 1993.)

55.   Skip did report to Dr. Harrison some of his early sexual experiences REDACTED , including first exposure to soft-core pornography at age eight or nine. He reported first drinking beer at age five and becoming a "regular user" of beer on weekends at age fifteen. He also told Dr. Harrison of his suicide attempt (described below) at age sixteen.  (Jeffrey D. Harrison, Ph.D., Report of Paraphilic Assessment, pp. 3, 5, July 1993.)

56.                              REDACTED

REDACTED

57.   **Skip's teenage suicide attempt.** Indicative of how depressed and miserable Skip was as a teenager, he has reported making a serious attempt to kill himself when he was fifteen or sixteen years old. Knowing that his father had lots of pills in the medicine cabinet and that his brothers had left behind pills they used to stay awake as truckers, Skip raided the medicine cabinet, searched the house for more, and "took as many pills as I could find." (Tab 32, at ¶ 11.)

58.   **Disconnection and denial.** After unsuccessfully attempting to kill himself, Skip awoke in the house of his brother Glen and his wife, who, Skip reports, "nursed me back." The fact that he tried to commit suicide, however, was never talked about with Glen or anyone else in Skip's family. Reflecting on how his suicide attempt was never discussed or even mentioned in his family, and consistent with his previously noted

23

observation that parents and children never spoke about anything of emotional

significance, Skip commented, "In my family, we do not discuss things."

59.    As we shall see, Skip's daughter Wendi, thanks to her neglectful mother, would

during the first four years of her life repeatedly be left in situations where Skip's father

and brothers had opportunities to sexually abuse her.  When this possibility is addressed

by Skip, he acknowledges that "During the time Donna [Wendi's mother] and I were

together, my dad and brothers were often around."  Yet he then claims – implausibly, if

REDACTED    and Wendi's mother are to be believed on this issue – that "over the years"

he had been "told about my father and brothers sexually molesting or abusing children in

the family," but that he had only learned this "long since the time had passed that the acts

had occurred." (Tab 32, at ¶ 47.)  As if he did not know full well about such sexual abuse

from witnessing or overhearing it, for example while he lived with his father at REDACTED

house, where his father apparently stayed for the *purpose* of sexually abusing the girls

there; or from hearing his brothers bragging about it; or when he knew of Tommie's

pictures of his    REDACTED    while he continued to abuse her himself and escalated to

sexual intercourse.

60.    Similarly, it is hard to believe that Skip's sexual abuse of his    REDACTED

, a crime for which he was caught and imprisoned, was the only child sexual

abuse that he perpetrated in his life. More likely, it was the only sexual abuse that he

admitted to having committed, and only because it was public knowledge and there was

no option of not talking about it.

61.    **Troubled teenage years: Pre-Vietnam.** In addition to living with his father

and Buck at times, Skip spent time with his brother AV and his wife Betty, which meant

joining them for travels around South Dakota, Idaho and Colorado with their racehorses, and lived with his sister Janey in Chandler, Arizona. (Tab 32, at ¶ 10.) Skip was arrested at ages fourteen and fifteen in Tucson, first for fighting and carrying a switchblade, then for running a stop sign. The latter charge was dropped but for the former Skip remained on probation until his seventeenth birthday (military personnel records). In eleventh grade he quit school by dropping out of Deer Valley High School in Glendale, Arizona (records). Around that time, in 1965 when Skip was sixteen or seventeen years old, Skip attempted suicide (as described above) and                    REDACTED

                                        his first sexual experience with an adult woman, when "my brothers took me down to Nogales, Mexico and sent me to a prostitute." (Tab 32, at ¶ 16.)

62.    Donna knew Skip during his teenager years, beginning when he lived with Buck and Faye's children, including Deblen and Alice, who was Donna's best friend. He was someone from whom Donna wanted to keep her distance: "In high school Skip was one of the hoodlums or bad boys... I had nothing in common with him at that time. He ditched class, went out with wild girls, and was not someone I hung around with during high school." (Tab 32, at ¶ 66.) Alice's brother Leon also remembers Skip as "always in trouble," and recalls hearing about Skip "stealing, ditching school, and drinking. (Tab 17, at ¶ 3.) Using the same word as Donna, Leon says that Skip was one of the "hoodlums" and that he and his buddies not only drank and did drugs, but "huffed gasoline." Leon himself witnessed Skip and his friends "take the cap off of a motorcycle cap and breath in the fumes." (Tab 17, at ¶ 5.) Inhalation of solvents is extremely dangerous and harmful, and gasoline, among the most hazardous, can cause severe and lasting brain damage.

63. **Troubled teenage years: Vietnam.** Upon turning eighteen in April of 1966, justtenmonths after the first Marines had been dispatched to Vietnam and five months following Johnson's December 1965 major escalation to 200,000 U.S. troops, Skip enlisted with the Marines. According to Leon, Skip was "forced to choose between the Marine Corps and jail time" after he and his friends were caught stealing a vending machine from a gas station. (Tab 17, at ¶ 3.) By October of 1966, Skip had twice gone AWOL; for the second offense his punishment included having his pay docked $25 per month for two months. (Military records, CCP SWR 006-007.) On December 13 of 1966, Skip landed at Da Nang and began a 12.5-month tour of duty in Vietnam, where he served as a Private First Class and participated in 27 combat operations as an infantry mortar man. (Military records, CCP SWR 0015)

64. Skip succinctly summarizes his own progressive traumatization in Vietnam, which is typical of those who endured combat there: "Everything was face-to-face and very close. The first time that I was out there on an operation and I saw guys getting shot up, I got sick and vomited. After about five months, I was numb. I had to relate the shooting to hunting an animal, like shooting a deer, because I couldn't handle shooting a human being." (Tab 32, at ¶ 20.) He recounts the terror of nights in the jungle:

> "[W]e holed up in dugouts covered with ponchos. The Vietnamese had sachel charges with pull pins that had a twenty second delay. So they could pull the pin and throw it a long way before it detonated. As we lay there in the night, I thought any little movement or sound was a satchel charge. I was always on alert and very jumpy." (Tab 32, at ¶ 21.)

Skip also recalls the commonly described "high" and "rush" of combat, which he experienced when being "ambushed or under attack and afterwards checking to make sure I was not hit and still alive." (Tab 32, at ¶ 23.) He was also injured in battle, though not seriously, by what he refers to as a "ricochet shot in the leg," and returned to his unit the following day (Tab 32, at ¶ 21.)

65.    Not surprisingly, given the intensity of his combat experiences and the lack of psychological resilience expected of someone who has gone to war straight from a childhood of extreme neglect and abuse, Skip developed severe posttraumatic stress disorder (PTSD), as addressed in some detail below.

66.    **Beginning his relationship with Donna Worsham.** Upon completing his combat tour and returning from Vietnam, within days he was having a welcome-home party, just before Christmas of 1967. Donna was at the party, having drunk vodka in the back seat with Tommie Robertson on the drive there with Buck and Faye (Tab 27, at ¶ 90.) Skip was pleased to discover that "Donna had grown up from the skinny girl we all used to tease." (Tab 32, at ¶ 17.) He was eager to start a (sexual) relationship with Donna, and they did so immediately. At the time Skip, coming straight from Vietnam, was the more traumatized and disturbed of the two. But Donna at eighteen was also entering adulthood emotionally crippled from a childhood of pervasive neglect and violence and untreated bipolar disorder (as documented in Dr. George Wood's report). The tragic consequences of this toxic mixture – for their ill-fated relationship and marriage, and for their future child – would be catastrophic.

**B.   WENDI'S MOTHER AND MATERNAL BACKGROUND**

67.   Donna Ochoa was born Donna Elizabeth Worsham on September 20, 1949 to Laverne Ann ("Ann") Worsham (nee Tilly) and Henry Mason Worsham in Livermore, California (Notification of Birth Registration of Donna Worsham, California Department of Health Services).

68.   **Wendy's maternal grandmother.** Ann was born in 1915 in South Dakota. According to Donna, her mother's mother, Ina Rebecca Roberts, had three children with her husband, Sanford Tilley, of whom Ann was the oldest.  When Ann was about twelve or thirteen years old, her mother suddenly left her family behind, never to return. To this day Donna is astounded by the magnitude and bizarreness of her grandmother's actions: "It's freaky that she just suddenly walked out on her kids one day, but what's even freakier is that she wasn't even involved with another man and didn't have anywhere to go. She just left her family suddenly and never returned to them. She didn't even communicate with her kids again until they were adults." (Tab 27, at ¶ 6.) Instead, Ina made her way to California, where she created and refined recipes for Betty Crocker. Ina would eventually go on to have three more husbands, remarkable for a woman at any time but especially so in the first half of the 20th century. (Tab 27, at ¶ 9.)

69.   Donna reports that within two years of Ina leaving her husband and children, Sanford remarried. Then, because his new wife wanted nothing to do with Donna's mother or her siblings, "he rejected his own kids and sent them away" to live, separated from each other, with different family members. Thus Donna's mother Ann had suffered the ultimate neglect, abandonment and betrayal by her own mother and father.

70.     Ann married "as fast as she could right out of high school," because she wanted to be free of the extended family she'd been sent to live with. She quickly married Theodore Edward ("Ted") Zens, without really knowing him. He turned out to be an alcoholic who routinely beat her for more than eight years, until he suddenly died in a drunk driving accident by crashing his own vehicle into a bus. Ann and Ted had one child, Nadine Ann "Deannie" Zens. Deannie was seven or eight years old when her father died, and Ann immediately began going out to bars, bringing Deannie along and leaving her alone in the car, sometimes for hours at a time, while she drank inside. This was during World War II, and Ann typically went to bars frequented by military men, where she met Henry Mason ("Hank") Worsham, Jr., who was in the Navy. (Tab 27, at ¶¶ 12-14.)

71.     Upon getting involved with Hank, Ann and he continued to go to bars and leave Deannie in the car. As Donna recalls, Deannie said that's how she was able to spend time with their mother and Donna's father at the beginning of their relationship. Yet just as Ann's own mother and father had done to her, Ann found Deannie inconvenient and abruptly abandoned her. She did so after bringing Deannie along on a drive across the country to rejoin Hank after his transfer to the East Coast. Deannie was about thirteen years old, the same age Ann was when her mother left her, when Ann put her, by herself, on the first bus of a cross-country, several-day, multiple-bus trip to South Dakota, where Deannie would live with relatives, just as Ann had to do when her father abandoned her after finding his new spouse. As Donna notes, this ended up being a "milder version" of what Ann's parents had done to her, because Deannie was allowed to move back to her mother and Hank's home a year or two later, though before becoming an adult Deannie

lived with them "on and off," as well as with her grandmother Ida and one of Ida's husbands. (Tab 27, at ¶¶ 14-15.)

72.     This intergenerational pattern of parental abandonment would continue in the childhood of Donna, who would ultimately abandon her own daughter, Wendi, by failing to love or care for her and instead handing her over to deeply disturbed men who abused, exploited, and corrupted her.

73.     **Wendi's maternal grandfather.** Donna knew very little of her father, Hank Worsham's childhood or family. Donna recalls that her grandfather, Henry Mason Worsham, Sr., was a farmer and a barber, and "a big drinker and an alcoholic who was given a successful tobacco farm by his own father but "drank it all away." (Tab 27, at ¶ 4.) Of her grandmother, Mary Elizabeth Fortner, Donna says that she "put up with my… grandfather's drinking just like my mom put up with my dad's drinking." (Tab 27, at ¶ 5.) Indeed, Hank's inadequacy and incompetence as a father, his many irresponsible and harmful behaviors toward his daughter, and his betrayals and even violence toward his wife – these are indications of a childhood troubled enough to leave him totally unprepared and unequipped to be a father or husband.

74.     **Donna's childhood of sickness, instability, neglect and trauma.** By the time Donna was born, in September of 1949 in Livermore, California, Ann and Hank were married and living in the Bay Area. Her father continued to be in the Navy and the family moved "constantly" from when she was an infant until she was in 4th grade, mostly because the Navy sent her father to learn at various schools. A residence history created by her and her half-sister Deannie shows them moving back and forth between various parts of California and other states including Virginia, Hawaii, Rhode Island, Kentucky,

Florida (CCP DO 000692-000694). In addition, Donna's father was often out to sea and away from her and her mother for months at a time. (Tab 27, at ¶ 19.) Donna spent her 2nd grade of elementary school living with her parents in Panama. (Tab 27, at ¶ 20.)

75.    During these years of constant moving, Donna was often sick, debilitated or otherwise physically unwell. Her parents told her that she suffered from a severe case of rheumatic fever when she was two years old, including suffering a fever-induced "attack of paralysis" and her childhood teeth being "rotted and burned out." From the time of that illness until she was about twelve years old, Donna says she was a "weak, tired, inactive" and "sickly" child. (Tab 27, at ¶ 21.) She had a heart murmur, repeated episodes of extremely high fevers (she was allergic to aspirin and eventually participated in military research on Tylenol or acetaminophen), and multiple hospitalizations from ages two or three to eight or nine. (Tab 27, at ¶ 22.)

76.    **Donna's neglectful mother.** No one can remember much before they are five years old; that's when the hippocampus, the region of the brain responsible for encoding "episodic" memories of particular events and experiences, matures sufficiently to do so. Thus Donna's memories of her childhood begin around that time.

77.    As far back as she can remember, Donna's mother terribly neglected her. This comes as no surprise from a woman who was neglected and then completely abandoned by both of her own parents. Donna recalls how, though her mother did the laundry and the house was clean, "I had no emotional connection with her, no hugging, no cuddling, no warmth, no affection, no bond." (Tab 27, at ¶ 46.) As an adult looking back and struggling to make sense of her own failures as Wendi's mother, Donna observes, "My mom spent a lot of time reading and ignoring me while I was growing up, which I

repeated when raising Wendi and other kids." Like Skip and his brothers, Donna was left to her own devices, to raise herself: "My mom never talked to me about anything important... For the most part I learned what I needed to know about life from my peers because my mom wasn't parenting me and wasn't telling me anything." (Tab 27, at ¶ 45.)

78. The memories Donna reports of her father become clearer and more detailed from age ten on, after her family finally settled in one place (covered below). However, Donna does report that her father "drank a lot" during her "whole childhood," so much that "that's where most of his money went" and like his father he wasted his potential for a successful career. (Tab 27, at ¶ 29.) Hank was "drunk a lot" at home, and hid pint bottles of hard alcohol around the house which, because he was usually drunk when he hid them, he constantly forgot where they were.

79. For the first ten years of her life, as an only child whose family continually moved from place to place, little Donna was not only sickly and debilitated, but a loner with no friends. (Tab 27, at ¶ 25.) Like other children in that predicament, she may have given up on making friends as a young child. Yet even more importantly, the constant moving deprived Donna of any lasting relationship with an adult she could count on to love and care for her. For some children with a cold, neglectful mother and heavy drinking, largely absent father, there is a saving grace: a sustained relationship with a loving grandparent, aunt or uncle, parent of a friend, neighbor or adult church member. For Donna, never living anywhere for more than a year, it was simply impossible to have even one adult in her life who she could count on to provide lasting love, support and guidance. Even if Donna was ever lucky enough to find an adult who genuinely took an interest and looked out for her, she knew it would not be long before she must leave

them. Therapists have long recognized that during a childhood otherwise pervaded by abuse and neglect, the enduring presence of just one loving adult can be an emotional lifeline that prevents some of the worst potential psychological damage. For the first ten years of her life, this was not an option for Wendi's mother.

80.   Indeed, the exception proves the rule: For a few years starting when she was twelve to fourteen years old, Donna spent a month each summer with her maternal grandparents. Ida was unloving, uninterested, harsh and rejecting. She was "just like my mom... wasn't going to talk about anything with me." Her Grandpa Pete, however, was "calm and stable." Knowing he was safe, Donna would open up and talk about the troubles in her life. Only for a month each year, and only as a teenager, Donna had the experience of being truly listened to and cared about, by "the only adult I was ever able to talk to while growing up." (Tab 27, at ¶ 42.)

81. Major emotional neglect can have equally or greater devastating effects on emotional and relational functioning than physical or sexual abuse, though the latter "get more press." Infants and young children are incapable of regulating and modulating their emotional states without the empathic and responsive help of caregivers. Children whose emotional needs and states are ignored or not responded to with supportive and soothing bodily contact, tones of voice and words, find themselves repeatedly cycling – both experientially and biologically – through intense and extremely distressing states of emotional and physiological arousal. Their brains resort to automatic and radical attempts to curtail such terrifying and traumatic experiences, such as "shut down" states including depression and withdrawal, and "hyper-aroused" states including aggressive behaviors or pathologically repetitive self-stimulation (e.g., incessant thumb sucking, rocking, etc.).

33

82. In short, the deleterious psychological effects of extreme emotional neglect, though often overlooked except in the most extreme cases (e.g., Romanian orphans), are profound and devastating. Both of Wendi's biological parents suffered such neglect as children and into their teen years. And for Donna, there was the additional contribution of her genetic vulnerability to bipolar disorder (as documented by Dr. Woods). Although Donna cannot remember and no witnesses can tell us, during the first five years of her life she would almost certainly have repeatedly cycled though the following brain-based states: extreme depressive lows, which may have largely accounted for her being "weak, tired, [and] inactive;" mania or hypo-mania characterized by runaway thoughts and emotions and disorganized behavior, or less extreme but still quite disturbed irritability and agitation; and "in-between" states involving emotionally numb disconnection from herself and others (as an adolescent and adult, in this state she could come across to others as "ditsy" and a "space cadet").

83. **Family settles in Tucson.** Before Donna started fourth grade, her family moved to Tucson, where they would remain through her high school years. (Tab 27, at ¶ 23.) During her first two years there, Donna remained physically unhealthy and was not permitted to go outside for gym class, but after age twelve her health began to improve. (Tab 27, at ¶ 24.) Though Donna's physical health improved over the next few years, her parents' mental health and their relationship with each other progressively deteriorated, with increasingly traumatic and destructive effects on their daughter.

84. **Continued parental neglect, new corrupting and abusive actions.** Donna notes that her father Hank was a "smart guy" who at times "had a full staff under him," and "should have been an officer by then." Indeed, her father's career and personal life

34

were derailed by alcohol addiction, hypersexual and violent behaviors – all of which were no doubt partly fueled by his own troubled childhood. Hank never became a Navy officer. Instead he was constantly demoted for drinking and getting into fights, and spent time jailed in the brig of a Navy ship. (Tab 27, at ¶ 23.) Donna recalls him drinking heavily "during my whole childhood" and throughout her adulthood too, "until the end of his life." (Tab 27, at ¶ 29.) One consequence of her father's drinking, which continually frightened her as a child and teenager – though nothing like the violence between her parents described below – was knowing he could burn the house down. She recalls several times that her father set his mattress on fire by passing out drunk with a lit cigarette, a few times coming home to find his mattress smoldering out in the backyard, and once hearing fire engines and looking out a door of her high school to see smoke billowing from her house. (Tab 27, at ¶ 65.)

85.   Not surprisingly, after his career stalled and the family stopped moving, her father continued to drink heavily and neglect Donna. By age ten, when he did spend time with Donna it was by bringing her along while he went drinking in bars. "That's how we spent time together after we moved to Tucson," Donna recalls. She remembers drinking lots of Shirley Temples while sitting with him at the bar. Looking back now, she recognizes how "pathetic" it was, "preparing a child to drink alcohol by taking her around to bars and giving her an adult-sounding cocktail when she's not even a teen yet." (Tab 27, at ¶ 30.)

86.   Donna euphemistically refers to Hank as her "more permissive parent." Starting when she was fifteen and throughout high school, she routinely went out drinking with him and her friends. Often she would pick up her drunken father late at night, after the

restaurant and bars had closed, and they would drive around drinking with him in the car. He would even let her and her friends drink his wine (though not if they were driving). Donna sums up her attitude at the time about these escapades: "He let me go out with my friends and on dates while he was with us in the car drunk, which I liked a lot." (Tab 27, at ¶ 69.) Indeed, trying to make the best of her father's alcoholism and wanton irresponsibility as a parent, Donna "turned it into a way to make friends in high school." In addition to driving around drinking with him and other teenagers, she would tell them at school, "I have booze and hard liquor at my house if you want to come over." (Tab 27, at ¶ 68.)

87.    Such rampant neglect, reckless behavior, irresponsibility and bad judgment on the part of adults – with a lot of sexual and physical violence thrown into the mix – was a familiar theme of Donna's childhood, as it was for Skip's childhood and eventually that of Wendi Andriano. These problems are not uncommon in families with parents who experienced significant trauma in their own childhoods and suffer from untreated bipolar disorder.

88.    In terms of neglect, Donna's mother was even worse. "My mother neglected me so badly when I was growing up and sometimes took things out on me so severely that she actually made my dad's parenting look good." (Tab 27, at ¶ 44.) The neglect she remembered from before moving to Tucson only continued. As described above, Donna had "no emotional connection" with her mother – "no warmth, no affection, no bond" – and she "never talked to me about anything important, especially not the difficulties between her and my dad." (Tab 27, at ¶ 45.) Donna was also physically abused by her mother, and this abuse worsened during the years in Tucson. Donna's recalls that her

mother often "lashed out at and slapped or smacked me for no reason that I could see, just because I was nearby and she was angry." (Tab 27, at ¶ 44.) Like her own mothers' neglect, such unpredictable and physically abusive lashing out would be something Donna did to Wendi throughout her childhood as well. (Tab 27, at ¶ 44.)

89.  **Parental conflicts spiral out of control.** Soon after moving to Tucson, Ann and Hank settled into a daily routine that ended with Hank coming home late and drunk. Over the following two years his late night returns would be followed by increasingly frequent and increasingly violent fights, which got even worse once he began an affair with a woman he would eventually go on to marry.

90.  Ann worked nine to five managing a restaurant she and Hank owned. During the day Hank worked as a Navy recruiter; at five o'clock he took over from Ann managing the restaurant. Between nine and ten, as the workers cleaned up, Hank drank at a bar attached to their restaurant (Hank and Ann did not own the bar). From there he went out "drinking and carousing with waitresses," sometimes having sex and even carrying on affairs, with multiple women, before returning home sometime after midnight. Ann struck back at her husband in passive aggressive ways at first, for example, knowing he was often "too drunk to find or use his keys," by locking the doors. Hank would respond by breaking a window to get inside, and screaming at Ann in a drunken rage, to which she responded by screaming back. Each night Donna lay in bed waiting with full of fear and dread to hear the breaking glass, hateful screaming, and increasingly common physical violence between her parents. Eventually, Donna feared for her own safety:

"It got really ugly, so when I was in 6th or 7th grade I started keeping a butcher knife by my bed. There was so much anger, ugliness and violence between my

mom and dad, with things getting out of hand all the time, that I felt a need to protect myself.... I either blanked it out of my memory or didn't actually see much of their physical fighting, but I heard plenty of it. At the time I didn't form the words or realize that I needed to protect myself from my parents and their ugliness, but that's how I felt." (Tab 27, at ¶ 37.)

91.    When Donna was in 6th or 7th grade, her father began a sustained affair with one particular waitress, Virgie, with whom he would eventually have a separate and parallel family. At that point the screaming and physical fighting got even worse, and it would remain out of control and very traumatic for Donna throughout her teenage years. It also began extending beyond their home, and including more terrifying violence. As Donna recalls, "After my mom learned about the affair, when I was about twelve or thirteen years old, she dragged me along with her on Sundays while she went around to different hotels looking for my dad." During the first two years of the affair, Donna and her mother went through this awful hotel-searching ritual nearly every Sunday. Sometimes her mother brought a gun with her, and Donna vividly recalls the time Ann actually used it:

"Once when I was with her we went to some old-time, single-story motels on old Benson Highway along the I-10. She said something like, 'Stay here. Don't move,' and left me in the car. She took the gun with her into the hotel when she went in after him. Somehow she got the hotel manager to tell her which room my dad was in. I was still sitting in the car when I heard shots, at least two. Then here comes my mom. She was crying. We took off zooming in the car. There was no conversation. I was scared, wondering if someone got

shot, and my mom said nothing. We drove fast all the way home. I later

learned from my dad that my mom had busted into the room he was in with

Virgie and started shooting. He said Mom was trying to shoot Virgie, but she

wasn't a good shot…" (Tab 27, at ¶ 35.)

92.     It would be impossible to over-estimate the terror of a child who believes that

she may have just heard her mother shoot and possibly kill her father, who she deeply

loves despite his failings. To then have her mother return crying and not tell her what had

actually just happened would only prolong and compound the terror and suffering. Also

clear from Donna's telling of the story is how she *knew* – after years of experience that

had conditioned her into to resignation about ever talking to her mother about anything of

significance – not to bother asking her mother any questions, not even whether or not she

had shot her father.

93.     Equally remarkable is how Donna finishes telling this story: "He said Mom was

trying to shoot Virgie, but she wasn't a very good shot and hit a booze bottle on the

headboard and the wall by the bed instead of Virgie. And then he told me:  'Be nice to

your mom. She's a really good person.' What I wanted to say was, 'Then why do you

treat her like crap?' But I didn't." (Tab 27, at ¶ 35.) Donna's memory is consistent with

the minimal and bizarre ways her father communicated with her, and with her own

implicit understanding of the futility of trying to communicate her own experiences and

needs.

94.     Finally, Donna says that much of her parents' fighting, and her father's spiteful

justification for the affair with Virgie, "centered on the fact that my father wanted more

kids, especially a son." (Tab 27, at ¶ 39.) When Donna was thirteen years old, in

September of 1961, Virgie gave birth to a son, Stevie, who Virgie insisted was Hank's child and who was given his last name at his Catholic baptism; years later Hank denied to Donna his paternity of Stevie, saying the boy was a "hook" Virgie used to keep Hank with her because he so wanted a son. Either way, Donna's father went on to father two daughters with Virgie, including Kathie Worsham, who was born in August of 1964 when Donna was fifteen years old (Kathy was a neglected, traumatized and disturbed child who grew up to suffer from extreme mental illness, including bipolar disorder with debilitating symptoms of mania, hallucinations and delusions).

95.    Even with all of the violence and pain between them, Donna recalls that her mother "said she loved my dad and would never leave him no matter what he did." Looking back, Donna views it as "an impossible situation" in which "they couldn't work out their problems and they couldn't move on," that went on for about ten years. (Tab 27, at ¶ 39.) Her parents would not finally divorce until 1969, when Donna was twenty years old and embroiled in her own horrible and doomed marriage to Skip Robertson.

96.    In summary, Donna's memories of her childhood and teenage years in Tucson are dominated by those of violence between her parents and her own attempts to pretend everything was OK. Missing entirely – with the exception of the one-month-a-year supportive ear of her Grandpa Pete – are any memories of any genuine support or help from the adults in her life. Donna recalls, "My parents did nothing to help me emotionally," which was of course impossible given how disturbed and confused they were themselves. (Tab 27, at ¶ 46.) Her mother continued to have no relationship with her, while her father "talked to me a little more than my mom but didn't do much to help me cope." (Tab 27, at ¶ 46.) In response to these overwhelming realities, Donna

attempted to cope in the same ways she would years later as she began her relationship

with Skip, and as she would when handing over her daughter Wendi to men who sexually

and physically abused and exploited her: "I just learned to ignore the constant ugliness,

and became really good at not noticing bad traits in people I cared about..." (Tab 27, at

¶ 46.)

97.   **Traumatized and troubled peers, beginning drug use, getting by at school.**

Heading into her teenage years, with her parents' neglect continuing and their fights

escalating, Donna turned to other teenagers in attempt to make sense of her life and

respond to the challenges that overwhelmed her. It was the blind leading the blind. The

peers from whom she "learned what I needed to know about life" were also neglected,

abused, and disturbed.  Totally at sea themselves, they could never teach Donna what she

actually needed to be emotionally healthy and happy in life, with safe and loving

relationships – let alone how to constructively cope with the trauma, suffering and moral

confusion in which they were all immersed.

98.   Donna has not had any "best" or "close" friends as an adult, which makes sense

given her childhood and lack of help overcoming its emotionally destructive effects. As

Donna notes, however, from age ten until sometime after marrying Skip at age eighteen,

she did have friends who were influential in her life.  Among the most influential through

her high school years, and the best and closest friend she ever had, was Alice McDuffee,

the oldest sister of Deblen Oke and Charlotte and Leon McGuffee.  Alice was Donna's

age and they became friends shortly after Donna arrived in Tucson. Her brother Leon

remembers Donna being at their house a lot, sometimes coming over for breakfast and

spending the whole day. Indeed, Leon describes Donna and Alice as "inseparable" and

recalls Donna as "like [a] sister" to him. (Tab 17, at ¶ 2.)  Like Donna, Alice was neglected by her mother, Faye –                       REDACTED

99.   Not surprisingly, with everything going on at home and the troubled peers to whom she looked for companionship and guidance, Donna started smoking cigarettes and marijuana when she was only ten years old, in fifth grade. Of starting to smoke cigarettes, Donna recalls doing so not to rebel, which did not appeal to her, but "because my parents did and it seemed cool and grown-up to be smoking." (Tab 27, at ¶ 32.) Though Donna does not say so, it is likely that she smoked marijuana both to fit in with her troubled peers and to escape from the overwhelming bad feelings and memories stemming from the neglect and violence she experienced at home.

100. As Donna moved through her teenage years she was increasingly traumatized and overwhelmed. By 8th or 9th grade she "lost it and had a breakdown" because she "had witnessed too much ugliness and violence between my parents." Donna recalls that she "couldn't stop crying and didn't respond when people talked to me," was taken to a doctor briefly and then "stayed home from school and everything else to recover for a week or two." Looking back she says, "It was all too much for me as a child, especially my parents' fighting. I took it until I couldn't take it anymore, and then had the breakdown." (Tab 27, at ¶ 48.)

101. Yet as noted above, Donna and her family never sought or received any real help with their emotional problems, with her father's alcoholism and mental illness, with her mother's mental illness, or with the conflicts between her parents and their utter inability to care for their daughter -- let alone the extremely negative effects all of this was having on Donna. And so, like so many other children in similar circumstances, Donna simply put on a happy façade. "Despite the intense fighting late at night, I pretended with my parents that things were normal and okay; we never talked about the fights and for the most part during the day we acted like nothing was wrong." (Tab 27, at ¶ 38.) Deblen Oke, REDACTED remembers how Donna, who was "at our house a lot," was viewed by her and her sisters and their peers throughout Donna's teenage years: "She reminded me of Goldie Hawn from the Laugh-In days. She was ditzy, funny, outgoing. Everyone loved her." (Tab 30, at ¶ 13.)

102. Similarly, despite all that she was going through and the lasting damage it was causing her, Donna got by at school. She appears not to have generated any special concern or attention from her teachers. Most of her elementary school grades were "average" or "above average," (Education Records of Donna Ochoa, Obtained by Capital Case Project), and she graduated 63rd of 184 in her class at Flowing Wells Junior-Senior High School (Education Records of Donna Ochoa, Obtained by Capital Case Project).

103. **Distorted perceptions and diminished expectations of people, relationships and sex.** As Donna's primary method of coping with the insanity and violence of her home life, she "just learned to ignore the constant ugliness, and became really good at not noticing bad traits in people I cared about, like my dad." (Tab 27, at ¶ 46.) Following that

statement Donna continues, "Despite his drunkenness, disloyalty to my mom, and neglect

of me, I worshipped my dad. He seemed like a happy, charismatic figure because he

wasn't always irritable and complaining." Perhaps more than anything, these statements

show how the young Donna had <u>no</u> adults in her life that truly warranted admiration or

emulation (with the partial exception of Grandpa Pete, who was capable of supportive

listening).

104. Given the experiences of other girls she knew,           REDACTED

perhaps Donna "worshipped" her father in part because he directed his sexual obsession

at adult women rather than her and other young girls.           REDACTED

105. Regardless, Donna's description of how she saw her father – especially in

comparison to her constantly miserable, irritable, and coldly rejecting mother – suggests

that Donna may have learned from her father, and attempted to emulate, his happy-go-

lucky façade.

106. Donna says that her mother "had a lot to do" with how she related to men and

viewed sex. She recalls that her mother "made everything feel dirty or cheap, even

something as simple as holding hands." She tells the story of her mother, upon finding

her sitting on the couch holding hands with a high school boyfriend, having "a fit" and

caustically saying, "Why are you letting him crawl all over you?" And in a pattern

Donna would repeat with her daughter, refusing to talk to Wendi about sex or even her

first menstruation, her mother's comment about holding hands was "the only thing she ever said to me about sex." (Tab 27, at ¶ 71.)

107. Not surprisingly, Donna denied and disavowed her own sexual interest and pleasure with her first high school boyfriend. When he "started messing around sexually, like touching my breasts… I pretended I was asleep. That was the only way I liked sex. If I had to take responsibility for sex or admit what was happening, I didn't want to be involved and left the situation." (Tab 27, at ¶ 73.) After breaking up with that boyfriend, Donna decided she was "cute" and "told myself I was going to do my own thing." That meant indiscriminately going out with boys, "partying and drinking more alcohol… anything hard," and eventually having sex. Consistent with her disconnected and disavowed experience of sex, Donna recalls, "By halfway through my senior year I was having sex. It wasn't a big deal. I was never that thrilled about sex." (Tab 27, at ¶ 74.)

108. The clinical term "dissociation" refers to ways that some people, especially those subjected to extreme neglect and abuse in childhood, "split-off" or "dis-associate" from their conscious awareness any perceptions, thoughts, feelings, memories and other experiences that they find disturbing, threatening or overwhelming. Neglected and abused children are subjected to extreme emotions and physiological states. When no adult helps them tolerate such experiences and sooths their distress, their brains resort to extreme methods to prevent such experiences from entering conscious awareness. There are brain regions which evolved to regulate emotional and physiological states. But in the absence of caring and supportive people required to bring those regulatory capacities "on line" in childhood, those same brain regions instead block out the feelings and bodily sensations

associated with fear, anxiety, disgust – even forms of pleasure that threaten to be overwhelming, like sexual feelings associated with being exploited, abused or "dirty."

109.  Donna learned to block out feelings evoked by her parents' violent fights, to "ignore the constant ugliness" and pretend during the day that "things were normal and okay." She became "really good at not noticing bad traits" of the people in her life, including the ways they hurt her and others with massive betrayals, corrupting behaviors, and outright abuse and violence. Donna also learned to disconnect from her sexual experiences and desires so she would not have to "take responsibility for sex or admit what was happening." These are all examples of Donna's propensity for extreme dissociation, as would be expected of someone who grew up so neglected and traumatized. And the constellation of things that Donna was capable of dissociating – and motivated to ignore and deny – would lead her to neglect her own daughter and then turn a blind eye to the abuse Wendi suffered. As she had done throughout her life, Donna continued to "ignore the constant ugliness."

110.  Donna reports that her father, despite his own hyper-sexuality, virtually threatened to kill Donna if she had sex before getting married, and that he had his friends around town keeping tabs on her. She recalls, "My dad always said while I was in high school, 'if you're not a virgin when you get married, I'll get a shotgun'.... It wasn't that he intended to make me get married; he intended to shoot me." (Tab 27, at ¶ 72.) The first time Donna ever stayed at a motel to have sex with a boy, Hank was immediately informed. (Tab 27, at ¶ 76.) Again, sexual desire and experience were not safe but threatening, needing to be hidden not only from herself but her father – though neither

was really possible and this only fueled her fears and her motivation to deny and disavow her sexuality.

111. **After high school, drinking out of control.** Donna graduated from high school in 1967 and in the fall of that year, with the financial support of her sister Deannie, began attending Eastern Arizona College. (Tab 27, at ¶ 81.) She reports drinking so much in her first semester of college that she was almost kicked out of school (Tab 27, at ¶ 85.) It was at the end of that semester, Christmas of 1967, that she began a sexual relationship with Skip Robertson, who had just returned from a tour of duty as a Marine in Vietnam.

C.    DONNA AND SKIP'S RELATIONSHIP BEFORE WENDI'S BIRTH

112. Donna's courtship with Skip was brief and misguided. They were married within two months of beginning a romantic relationship, based on Donna's mistaken belief that she was pregnant. In Donna's reflections on why she began a relationship with Skip and within two months married him, we see on full display the dissociation described above and the willful ignorance and wishful thinking that Donna sees as her main coping strategies.

113. Donna recalls how – despite knowing that Skip had been a "hoodlum and bad boy" before going to Vietnam, despite knowing that he and his brothers "had mouths like sailors" and were "all about sex, alcohol, Levis, and driving trucks," and despite having the sense that "all of Skip's brothers had been in jail" (Tab 27, at ¶ 98) -- she focused her attention and thoughts on other, more positive things about him: that he attended church when he was younger and had taught Sunday school at one point, and that he claimed to have "prayed on the beach and read the Bible" in Vietnam. Donna also remembers thinking, in a naïve and magical way that can still characterize her thinking today, "it

seemed obvious to me that God gave him a second chance by allowing him to survive

when many others around him were killed in 'Nam, and that also attracted me to him."

(Tab 27, at ¶ 92.)

114. More pressing and determinative, however, were these two facts: they had sex

almost immediately over that Christmas break, and Donna believed (incorrectly it turned

out) that she was pregnant. As Donna sums up, "Skip and I had no real courtship and we

never dated.... We just had sex and I thought I was pregnant so we got married." (Tab 27,

at ¶ 93.) Once she thought she was pregnant, Donna believed she had no choice but to

marry Skip. The belief was based in fear: as noted above, her father had always

threatened to come after her with a "shotgun" if she was not a virgin when she married,

which meant to her that "he would kill me or someone I was dating," and in this case

made her "worried about what he might do if he found out that I was pregnant [by Skip]."

(Tab 27, at ¶ 94.)

115. After Christmas leave, Skip went to Camp Pendleton in California and she soon

called to tell him she was pregnant. When they spoke, Donna says, Skip made a (soon-

broken) promise that he would not drive trucks like his brothers, and they agreed to wed.

Neither of their parents wanted them to marry or thought the marriage would last. But

marry they did, as soon as Skip could get leave from his base, on February 21, 1968 in

Silver City, New Mexico, where no blood tests or waiting period were required. (Tab 27,

at ¶ 93.)

116. In short, Donna's marriage to Skip was the result of a remarkable and rapidly

unfolding sequence of bad choices, poor judgment, substance use, reckless sexual

48

behavior, dissociative pathology, willful ignorance, wishful thinking, mistaken belief, and fear.

117. In Skip's brief account of beginning their relationship and marrying, he focuses on his immediate pleasure at discovering, when he came home for Christmas of 1967, that Donna was no longer "the skinny girl we all used to tease," and on how she "nursed him" when he was sick with the flu at the time.  Donna fit Skip's apparent vision of an acceptable woman and wife: worth having sex with and willing to take care of him. Perhaps also, unlike Donna, Skip did not forget or discount the other widely held perceptions of Donna that her current behavior did nothing to contradict; that is, as Deblen Oke described Donna, she was "ditzy, funny, outgoing." When Skip mentions their marriage, it is literally in passing, and he says nothing about why they married so quickly, including nothing about a mistaken belief that she was pregnant. (Tab 32, at ¶ 24.)

118. The marriage day was not auspicious. Donna recalls "waiting in front of the court house, where I threw up and fainted. I woke up and we still got married." She was "scared and sick" but also "relieved" because she would no longer have to worry about what her father would do if he found out she was pregnant before getting married. (Tab 27, at ¶¶ 96-97.) Afterward they had no wedding party and could not even find a hotel room (thanks to a golf tournament in town).  They ended up spending the night at one of Skip's brother's houses, where the Robertsons were having a drunken celebration party.

119. **Legacy of severe childhood neglect: Donna the "chameleon."** Then Donna joined Skip in California, where they moved into an apartment in San Clemente, near his

military base. Donna remembers immediately adopting Skip and his brother's "lifestyle and ways." Looking back now, Donna says,

> "It was almost like I was a chameleon. I just went along with it and tried to fit
> in. I have done that all my life with whatever group I was with…. My first
> reaction when I'm part of a new group is always to get similar clothes as they
> have, so that I'll be liked. I morph well to be part of whatever group I'm with.
> Now in retrospect I think that I never wanted to make a decision about who
> and what I was, exactly, so I shifted to fit in…" (Tab 27, at ¶ 98.)

Donna's self-diagnosis of the roots of her "chameleon" problem, which focuses on what she "wanted" and her "decisions," does not begin to capture the actual and well-understood roots of such behavior. Children who are severely emotionally neglected by their parents miss out on many things crucial for developing the capacities to recognize their own needs, wishes, unique perspectives and abilities. Parents who are too disturbed to care about their child's experiences, who are oblivious to their child's feelings, needs, abilities, wishes and dreams, and who never talk about anything of significance to the child – such parents do not mirror back their child's excitement, or respond with attention and affection to pleas for recognition and pride, or support their child's attempts to identify and achieve goals meaningful for herself. They do not share pride in their child's successes, help her to tolerate disappointments, or help her make sense of either. And they do not help their child figure out how to negotiate the challenges of life and human relationships.

120. The extreme emotional neglect of Donna's childhood meant that she *could not develop her own identity* and thus *changed to fit in with others*. She lacked the

psychological capacities, and the mental or emotional foundations, to know who she was, what she really wanted in life, and how to be her own person while in relationship with others. Donna knew many things that she did *not* want, including (continued) neglect, abandonment, betrayal and abuse by an alcoholic-truck-driving-womanizing-money-wasting husband.  And she had vague ideas about what she did want, to be loved and to have a happy marriage and family. But Donna had never seen anyone else with any of those things, and she he had no idea who she was as a unique person or how to relate to her husband or anyone else to bring loving relationships and real happiness into her life. At that time (and apparently until very recently) Donna had learned little more than this: she could do her best to put on a happy face and act in ways that would not lead others to reject her; she could withdraw from others when, thanks to bouts of depression and her inability to truly connect with others, she was unable to implement those rudimentary strategies; and she could try to ignore and deny others' bad qualities and harmful behaviors, even when they hurt her and her own child, while hoping for the best. As Donna puts it, even now: "I really don't know who I am. I know some of my attributes. I can be kind, compassionate, and generous, but I don't really know what I want. Who I am is defined by who I'm with, or it's defined by who or what I need to fit in with or give in to." (Tab 27, at ¶ 356.)

121. And so it went for Donna's relationship and marriage to Skip. In addition to adopting the clothing and mannerisms of his family and acquaintances, Donna joined Skip in drinking heavily and taking the amphetamines he got from his trucker brothers. (Tab 27, at ¶ 99.) Donna also quickly adopted behaviors shared by women in the Robertson family's sick culture, behaviors for which she had long been in training as a

teenage friend of the McGuffee girls: Looking away and staying silent as the men ran amok with drunkenness, fighting, womanizing, and sexually abusing each others' daughters.

122. **Nightly traumas.** Donna also did her best to cope with Skip's combat-related PTSD, which by both her and Skip's descriptions was severe and disturbing. They both note that he was, as Donna puts it, "very jumpy and easily startled," and there were several incidents in San Clemente where Skip "hit the ground" in response to a loud noise like car backfiring. (Tab 27, at ¶ 102.) This is one of the physiological "hyper-arousal" symptoms of PTSD, which is one of three "symptom clusters" associated with the disorder, and one that Skip continued to suffer from throughout his nineteen years in prison (Tab 32, at ¶¶ 22-23.)

123. Most disturbing of all were Skip's PTSD "re-experiencing" symptoms. These included nightmares of combat from which he would wake up yelling, swinging, even attacking Donna. "I remember laying in bed with Donna in San Clemente and throwing her out of bed, thinking I was under attack. I had nightmares. Another time, I woke up to find myself on top of her on the floor." (Tab 32, at ¶ 21.) Throughout their years together, Donna recalls Skip having "bad nightmares about four or five nights a week where he thrashed around in bed and called out to people," from which he "woke up swinging or woke up violently." Donna remembers in the mornings having "to be very careful when waking him up. I crouched at the end of the bed and touched his toes to wake him because he came out of his dreams swinging his fists hard enough to really hurt me if a punch connected." (Tab 27, at ¶ 101.)

124.  Skip's middle-of-the-night nightmares and attacks on her also resembled Donna's most traumatic experiences from her childhood: being awakened in the middle of the night by screaming, smashing glass and other sounds of violence between her parents, and fearing for her own safety. Skip's PTSD would have caused Donna to re-experience many of her own traumatized reactions to the violence between her parents, which also happened several nights a week from when she was ten to sixteen years old. Experiencing and fearing such nightly terrors and violence was a source of severe stress throughout Donna and Skip's marriage.

125.  **Legacy of severe childhood neglect and war: Skip the addict and "good ole boy."** Just as Donna had been horribly neglected as a child and never developed a sense of her unique identity, needs and capacities, the same was true for Skip.  Like Donna, Skip had never known what it was like to be truly talked to, understood, and loved by another human being. But he responded in a very different way.  Donna was an only child who put on a happy face and attempted to fit in with changing groups of peers. As the sixth son of the Robertson family, rather than being a chameleon and molding himself to fit changing constellations of people around him, Skip rigidly clung to his family members and the culture and behaviors of his father and brothers.

126.  It was a culture of relentless addiction – to alcohol, sex and violence – driven by desperation to escape from the severe and chronic experiences of depression, anxiety, fear, disconnection, and powerlessness from which all severely neglected and abused children and adults suffer.  It was a culture of corrupt, macho values and a veritable worship of extreme drunkenness, sexual conquest (including the abuse and rape of women and girls viewed as objects of pleasure and domination), and aggression against

other men. As described above, it was a culture in which men believed they were entitled to get away with crimes, including rape and even murder, so long, as Skip learned from his father, they could keep such "private business" to themselves.

127.   The work life of the Robertson boys, long-distance truck driving, fit well with that culture and its destructive addictions. Indeed, with its mix of social isolation, drinking and carousing with similar men, and ample opportunities to pursue women and girls in places far from home, the long-distance trucking perpetuated and fueled those addictions and their destructive consequences.

128.   In behaving like his brothers, Skip was not "being himself" in any meaningful sense of the phrase. Like Donna, he did not really know who he was. Psychologically speaking, Skip was an ignorant and unreflective man, without genuine understanding, empathy or compassion for himself or anyone else; a bundle of posttraumatic suffering and destructive, addictive attempts to escape that suffering.          REDACTED

. In contrast, Skip's view of himself (one shared with many severely traumatized antisocial men) as a "good ole boy" who just wanted to be free, not tied down, and having a good time, was at best a self-deluding half-truth. As revealed by his own words, used to explain his suicide attempt as a teenager, being a "good ole boy," aside from all the harm and destruction it caused to others, was ultimately a failure when it came to

warding off his own misery: "Ninety percent of the time I am a good ole boy and the rest of the time, I get depressed and things build up." (Tab 32, at ¶ 11.)

129. All of these childhood- and family-based pathologies and behavior patterns were super-charged by a year in Vietnam that immersed Skip in killing, death and constant fear of being killed himself. By the time Skip married Donna he was already spiraling out of control, and beginning work as a truck driver less than a year into their marriage only accelerated the process.

130. **Skip and marriage heading down hill fast.** Donna recalls that just before and for a little while after they married, Skip could be "well mannered or even nice," but only when he was not drinking – which was not very often. Even when he was sober and pleasant, from the beginning they "didn't have normal conversations or discussions about things like common interests." She quickly learned that having such interactions "just wasn't possible" because Skip "had a short attention span and was mostly interested in having sex and drinking alcohol." (Tab 27, at ¶ 108.)

131. And drink he did: "Skip drank steadily and was drunk much of the time I was around him for the whole time we were married." (Tab 27, at ¶ 103.) Donna's recollections are consistent with Wade Robertson's childhood memories of Skip only drinking to get very drunk and then becoming aggressive, and provide additional details of who and what Donna was living with soon after the marriage:

> "He started out happy when he was first drinking, then the more he drank the more ugly, mean and verbally abusive he became. When drunk he was vicious with his words. There was nothing I could see that caused him to act that way and nothing in particular that happened to set him off. He just turned mean all

by himself.... He tended to break laws and get into trouble when drunk.

Sometimes he stayed out or was gone all night or for multiple days and nights

while drinking." (Tab 27, at ¶ 103.)

132.  After a few months and a few different jobs for Skip at Camp Pendleton, in

mid-1968 Skip and Donna moved to San Diego.  Skip worked as a military policeman

and Donna as a receptionist at a hair salon. (Tab 32, at¶  25; Tab 27, at ¶ 105; Military

Personnel Records of Shelby Robertson, Obtained by Capital Case Project.) At that time

Skip began combining alcohol with amphetamines that he got from his brothers. They

remained in San Diego until moving back to Arizona in April of 1969.  In the meantime,

they made many weekend trips between California and Arizona, and often took "uppers"

to stay awake for the long drives. (Tab 27, at ¶ 106.)

133.  Donna reports learning years later from                    REDACTED

, that Skip had sexually abused           REDACTED           during one of those

Arizona-California trips. REDACTED  were six to eight years old at the time, and Skip

molested them in the car, in the presence of their mother and Donna, who were sleeping

or otherwise unaware at the time. (Tab 27, at ¶ 104.)

134.  Skip and Donna remained in San Diego for nine months, until Skip decided to

leave the military and received his discharge, when they moved to Phoenix.  Looking

back Donna says, "We were still in California in 1968 or 1969 when I realized the

marriage wasn't working but it took me as long as it did, until 1974, to have the courage

to leave him for good."  (Tab 27, at ¶ 103.)

135.  **Back in Arizona, Skip starts driving trucks.** Upon moving to Phoenix, Skip

used V.A. funding to go to "refrigeration school." Donna was afraid Skip would start

driving trucks like his brothers, and hoped that he would instead stick with school and

work in refrigeration installation and maintenance. It was not to be. In Skip's telling, he

tried a refrigeration job but quickly realized it was "boring" and it would take years to

"move up through the union" and "be able to go out into the field on my own," where he

would have more freedom and make more money. (Tab 32, at ¶ 40.)  By late 1969 Skip

was driving trucks, first short-haul runs, and then cross-country in teams with his brothers

Glen, Jerry, and AV.  By early 1970 he was driving cross-country on his own, and often

gone for two to four weeks at a time, and sometimes longer. (Tab 32, at ¶ 26.)

136.  On the one hand, Donna was unhappy with Skip driving trucks and being gone

so much.  When they agreed to marry she had extracted the promise that he would never

drive trucks for a living. On the other hand, Donna was relieved to have breaks from

Skip's drunkenness, hostility, and demands for sex.  "When he was around we fought a

lot about money and sex. A typical fight... included him coming home late, drunk, and

wanting to have sex with me." With him drunk and reeking of "booze and cigarettes,"

Donna found him utterly unappealing, "so he yelled at me until I gave in." (Tab 27, at

¶ 109.) (Donna's words echo those of          REDACTED          , who more than twenty years

later, as described above, would say she first gave in to sexual intercourse with Skip,

despite not wanting to, because he was "so mad" at her for resisting.) Donna also reports

that Skip had by then started "running around with other women." (Tab 27, at ¶ 109.)

And just as Donna's father had always done, Skip was blowing most of the money he did

make on drinking and those other women.

137.  By the middle of 1969, not long after moving back to Arizona, this ongoing

ordeal was becoming too much for even Donna to tolerate. She recalls how, growing up,

she had always told herself she would never marry a man like her father. But there she was, finding herself married to Skip, who was "even worse when it came to drinking, being irresponsible, being disloyal with other women, and not supporting me in any way whatsoever." (Tab 27, at ¶ 112.) In July of 1969 she left him and went to Tucson to live with a friend from high school. Linda and her husband Jack were "hippies" who grew marijuana in their yard (though they did not smoke it in front of Donna). (Tab 27, at ¶ 112.)

138. **Skip promises to change and Donna gets pregnant.** After a few weeks in Tucson Skip showed up and promised, in Donna's words, to "clean up, stop drinking, and stay away from his brothers." Skip's radical behavior change lasted no more than a few days. Yet they were back together and living in an apartment in Tucson, where Donna got a job while Skip went back to driving trucks and the hard-drinking and womanizing lifestyle he shared with his brothers. Tab 27, at ¶¶ 113-114.) Then Donna decided she wanted a baby and stopped taking her birth control pills. Like so many confused young women who were neglected as children themselves and have no clue what it means to be a parent – let alone a loving and nurturing one – Donna believed that having a baby would "help my marriage and solve problems between Skip and me." Looking back now, she see that she believed "everything would be okay after I got pregnant because I was the person who tried to make everyone else happy and I believed that if I made Skip happy that everything would work out." (Tab 27, at ¶ 116.)

139. By November Donna was pregnant with Wendi, which she confirmed around Christmas of 1969. Donna recalls having no information about pregnancy while carrying Wendi, and constantly fighting with Skip as it dawned on her that being pregnant did not

magically lead Skip to "settle down and be home more." Instead, Skip was out driving
trucks, drinking and partying away his income with other women, and giving her little or
no money for basic living expenses. She bitterly remembers "constantly struggling to get
by and survive" throughout the pregnancy. (Tab 27, at ¶ 120.) For the first six or seven
months of being pregnant with Wendi, "I almost never knew where Skip was, who he
was with, or when I'd see him next, and when he was with me, we were usually
fighting." (Tab 27, at ¶ 121.)

140. In the midst of this – Skip's wholesale abdication of his responsibilities as the
husband of a pregnant wife, and Donna's extreme day-to-day stress – Wendi was
growing inside her mother's womb. There is significant research on the effects of severe
maternal stress during pregnancy, including deleterious consequences for prenatal central
nervous system development, which is mediated primarily by high levels of stress
hormones. The repeated but unpredictable and uncontrollable prolonged abandonments
by her husband, punctuated by fights over money and sex whenever Skip briefly
appeared back home, constitute extreme and chronic stress – enough to cause significant
negative biological effects on both mother and fetus. At a minimum, adverse impacts on
Wendi's prenatal brain development would be expected.

141. **From bad to worse: Pregnant in Groom, Texas.** Around June of 1970, six or
seven months into Donna's pregnancy with Wendi, she moved to Groom, Texas, where
Skip had gotten a job fixing truck tires and pumping gas that, in Skip's telling, "put me
home every night." This was Skip's selling point to Donna and, as he self-servingly
recalls, "At the time, it seemed like she was all for it." (Tab 32, at ¶ 28.) Donna
remembers only agreeing to the move – to a town of under 500 people in middle of

nowhere, i.e., in the Texas panhandle and twelve hours drive from Phoenix and Tucson –

because his job was "supposed to be permanent, in one place, so that he could stop

driving trucks." (Tab 27, at ¶ 122.) Within a month or so, the cruel truth was revealed:

Skip only wanted to live in Groom because he was having an affair with a waitress there,

and living and working in Groom meant having his cake and eating it too. (Tab 27, at

¶ 123.) That Donna's father had fooled around with waitresses, and had a parallel family

with one, could only have made Skip's betrayal feel all the more cruel and painful.

142.   From when Donna learned of Skip's affair in July until Wendi's birth in late

August, she was utterly miserable. Donna had no friends in Groom and was terribly

homesick for Phoenix and Tucson.  Every day she confronted the reality of Skip cheating

with the waitress right there where they lived, in that extremely small town. Many nights

Skip came home for only a few hours, or not at all. Not surprisingly, Skip paints himself

as a paragon of husbandly virtue at this time: working long hours during the day, coming

home immediately – except for the times he had "a beer or two after work with the boss"

– then having dinner and going to sleep. (Tab 32, at ¶ 28.)

143.   Donna's overwhelming distress at her predicament may have contributed to the

premature uterine contractions that began in early July and continued for nearly two solid

months before Wendi was born. Donna remembers the contractions being the worst late

at night when she was alone, wondering where Skip was, guessing he was having sex

with another woman. The contractions became so frequent – five-to-eight minutes apart,

sometimes only four minutes as typically occurs just before birth – that Donna and her

doctor feared the baby would be born prematurely. The intense and frequent nightly

contractions also meant little sleep, and Donna became extremely sleep-deprived, greatly

compounding her distress and deteriorating her always-fragile mental health. (Tab 27, at ¶ 127.)

144.  After the contractions began Donna's mother came to live with her. She helped with chores and gave Donna advice and financial support (Skip continued to spend his wages on alcohol and other women). (Tab 27, at ¶¶ 126, 129.) It was Ann who alerted her daughter to Skip's affair and motivation for moving to Texas. (Tab 27, at ¶ 130.) But as had always been the case, Ann was incapable of giving her daughter any emotional warmth or support, or helping her deal with the emotional impact of Skip's betrayals. (Tab 32, at ¶ 31.) Consistent with her mood disorder, her past relationship with her mother, and Donna's miserable and sleep-deprived state, Donna recalls treating her mother "badly" by being "irritable, impatient, and short with her." Indeed, Donna recalls that despite being angry at Skip, she mostly blamed herself, including for Skip's affair. Beating up on herself in this way, in what must have been an extreme depressive episode for the bipolar Donna, could only have compounded her suffering and pumped more stress hormones into her baby. (Tab 27, at ¶¶ 124, 129.)

145.  Adding final insult to injury – and no doubt worsening Donna's stress and the cascade of stress hormones impacting her developing baby – her doctor at the time, an osteopathic naturalist, had Donna take cod-liver oil to induce birth.  It did not have the desired effect. Instead, it made her sick, with both vomiting and diarrhea. Donna recalls that this experience made her hate her doctor, who should have been a helpful and supportive influence, and led to her seeing him, just when she most needed him, as incompetent and harmful. (Tab 27, at ¶ 133.)

## IV.    BIRTH TO AGE 4½ – INFANCY AND EARLY CHILDHOOD

146.  Wendi was born on August 26, 1970, in Groom, Texas. At 7 pounds 11 ounces, Wendi was a normal weight.  (Certificate of Birth, State Registrar, State of Texas, Country of Travis, Obtained by Capital Case Project.) Donna reports that she did not find the birth very difficult physically.

147.  **Donna's immediate panic, depression, and neglect of Wendi.** Psychologically, however, Donna "freaked out" immediately after Wendi was born, first in a panic that she was not being spanked to make her breath and second because she knew that, like her own father, Skip wanted a boy and she had pinned her hopes for the marriage on giving him one. (Tab 27, at ¶ 137.)

148.  Donna also recalls that Wendi was immediately taken from her and put in the nursery.  In her first non-acts as the neglectful mother she would be throughout Wendi's entire childhood, Donna made no effort to visit her baby in the nursery during their time in the hospital. She comments, "The nurses must have played with her more than I did while we were in the hospital" – even now betraying her ignorance about how a mother actually relates to a newborn infant, not by "playing" but by holding, feeding and soothing. (Tab 27, at ¶ 138.) Donna herself recognizes now that she "did not bond with Wendi at all after she was born." Instead, she was focused on her dog that had gone missing when she went into the hospital: "My gosh, when Wendi was born I had a closer bond to that cockapoo dog… than to my kid." (Tab 27, at ¶ 141.)

149.  Arriving home four days post-birth, with her dog still missing, Donna became "hysterical" and "couldn't attend to Wendi at all," including to breast feed her. She went into a depression and "completely shut down," unable to feed herself, get on her feet, or

communicate or respond to anyone. She had no interaction with Wendi for the first two or three days upon arriving home. (Tab 27, at ¶ 142.) When Donna emerged from her depressive shut-down it was not too late to resume nursing Wendi, which she did for the first two months of her life. (Tab 27, at ¶ 144.)

150. Nursing Wendi was, by Donna's own admission, literally the *only* way that she cared for her infant daughter: "I didn't know what to do with Wendi after she was born, and I didn't interact with her. All I did was go in where she was sleeping and poke her once in a while to make sure she was still breathing… My mom had the patience to sit and rock her, but I was like 'No way.'" (Tab 27, at ¶ 145.) And so, as she would do for the rest of Wendi's childhood, she abandoned Wendi and handed her over to others, in this case her mother and Skip, who stuck around for a few days after the birth.

151. Although Donna emerged from her severe shut-down depression state, she remained overwhelmed and depressed. She recalls, "I had enough going on with losing my favorite dog, my husband almost never being there [or] providing money… and my mom telling me 'I told you so' about marrying Skip." Making matters worse, Wendi was "colicky for the first few weeks." Donna's default response was to avoid Wendi. When she did hold her crying baby, she was never able to sooth her, and sometimes cried along with her – not in empathy for her child, but in the misery of her own incompetence, helplessness and hopelessness. (Tab 27, at ¶ 148.) Already predisposed to emotionally and physically neglect her new baby – thanks to her own history of childhood neglect and failure to ever bond with her own mother – Donna was additionally overwhelmed by her ongoing miserable and stressful marriage and a major postpartum depression.

152.   Such depression and high maternal stress are known to exert major deleterious effects on developing infants.  This is particularly true for their brains, which decades of research have shown depend as much for healthy development on emotional nurturance as physical care.  Indeed, emotional bonding and nurturance – and lack thereof – can have large and lasting negative effects on neurotransmitter systems, circuits involved in emotion and mood, and other brain systems; this occurs through a variety of mechanisms including altered gene expression, with the quality of early relationships literally controlling which genes are turned on or off. Baby Wendi and her brain were not off to a good start, and what appears from the outside as "neglect" was, for her brain, nothing less than an intense and sustained assault by the very person from whom she was biologically programmed to receive vital nurturance.  Fortunately, Donna's mother was able to calm Wendi down, and this almost certainly reduced the damage caused by her mother's depression, disconnection, incompetence and neglect. (Tab 27, at ¶ 149.) However, this was only for a short time.

153.   **Donna's basic relationship to Wendi: Handing her off.**  Only briefly did Wendi's grandmother give her at least some of the nurturing and soothing she needed but would never get from her mother or father. Donna's pattern of literally handing off her daughter to others – including men who emotionally, physically and sexually abused her – would continue for Wendi's entire childhood.  Given how emotionally damaged and traumatized Donna was, an emotionally vulnerable and needy child was just too much for her – at least without intensive and competent support from the kinds of people (e.g., therapist, maternal-infant intervention specialist) who could help Donna develop the emotional and relational capacities required merely to be a *good enough* parent.

154. Donna conveys this just-too-much theme in recollections of her thoughts and feelings at the time, including her "No way" at the prospect of sitting and rocking her newborn, and her overall "didn't want to deal with her" attitude. To these disturbing anti-maternal statements we can add another that, even if never explicitly stated by Donna, sums up what can be understood as the "handing off" relationship that Donna always had with Wendi. That relationship necessarily was a triangular one, in which there was always another person to whom Wendi was handed, and in which Donna's thoughts, feelings and actions can be summed up: "I can't handle her. I don't want her. YOU take her."

155. **An infant's nightly terror and trauma.** Although Donna's mother often calmed Wendi down during the day, she did not protect Wendi from the nightly consequences of her parents' rigid interpretation and implementation of one particular piece of their doctor's advice. Donna recalls being told it was best for infants to go sleep early each night, so the parents could have "time for themselves." No matter where Wendi was in the sleeping-eating-wakeful-alertness cycles though which all infants continually go (based on their own internal clock), Donna and Skip put her in bed between seven and eight in the evening and, no matter what, left her there alone. Thus infant Wendi was left alone to "cry herself to sleep" every night.

156. After fifteen minutes or so of Wendi's cries, even Donna wanted to go to her. Skip said no. Although like Donna he had been neglected as a child, Skip was even more hardened and numb to others' suffering, perhaps due to the harsh Robertson family ethos and his combat-related PTSD. According to Donna, Skip would say no, she should not go to Wendi, who "just needs to cry." Donna, having no faith in whatever maternal

intuitions she could access, complied. Looking back Donna recalls, "From the time she was born until she was about a year old, it seemed to me that she regularly cried for hours before she went to sleep." (Tab 27, at ¶ 152.)

157.  Parents cannot protect their children from all distress. Infants sometimes cannot be soothed, and parents sometimes reach their limits, especially at the end of the day. But being left to cry for hours on end, night after night, with no parental response or soothing of any kind – not even brief contact – constitutes destructive trauma for a developing infant's brain. Human infants and toddlers are incapable of regulating any but the mildest of their emotional and physiological states. That's what parents and caregivers are for. It's something they must consistently do for their babies, albeit imperfectly at times, if brain development is to proceed along a healthy trajectory.  Like emotional neglect in general, discussed above, being left to cry for hours leads to cycles of overwhelming terror and disorganizing physiological arousal that give way not only to exhaustion (i.e., "crying herself to sleep") but also to extreme biological "shut-down" mechanisms and associated pathological states, including depression.

158.  For an infant like Wendi, already genetically vulnerable to the depressive states of bipolar disorder, those states must have been extreme. When repeatedly subjected to the almost night trauma Wendi experienced, any infant will learn – through indelible conditioning of brain circuitries that mediate fear, attachment to parental figures and related processes – that contrary to millions of years of evolutionarily hard-wired expectancies, even panicked and sustained distress cries will often be met with no response at all. Although for infants such knowledge is not available in words or for conscious reflection (as it could be for an older child), it is no less devastating.  In fact, as

decades of research on humans and other mammals has shown, because such knowledge

is etched into evolutionarily older and more "primitive" brain regions, and because it

comes before words or reflective awareness, it has large and permanent negative effects

on emotional and relational functioning.

159. Donna also reports that, because Skip was not out on the road trucking when

they lived in Groom, many days and nights infant Wendi was exposed to screaming

fights between her and Skip. And like Donna as a child, Wendi also overheard or

witnessed occasional though not severe physical violence between her parents, usually

with Skip pushing Donna or throwing Donna down as she tried to stop him from leaving

in the midst of a verbal altercation. (Tab 27, at ¶ 151.)

160. **Return to Phoenix.** Donna remained depressed and miserable in Groom, and

recalls that when it snowed there in September, a few weeks after Wendi's birth, she put

her foot down and insisted they go back to Phoenix. They moved into a tract house in a

Phoenix suburb. Skip returned to truck driving and wasting his earnings on heavy

drinking and womanizing. Donna's mother went back to work, but continued living with

Donna and Wendi and paying the bills for a few more months. (Tab 27, at ¶ 153.)

161. Being back in Phoenix was a big relief for Donna. She remembers that Wendi

"stopped being colicky" and "calmed down" as well. Donna attributes this to the lifting

of her own extreme stress and misery, and to Wendi no longer being exposed to Skip "in

my face yelling at me all the time" because he was on the road again (Tab 27, at ¶¶ 153-

155.)

162. Such changes were relative, however. Thanks to her own history of neglect and

trauma and ongoing stressors, Donna remained emotionally disconnected from her baby.

She was still uncomfortable giving Wendi baths, which she left to her mother and Skip when he was home. (Tab 27, at ¶ 155.) And although Skip was not around to scream in her mother's face, several of Skip's brothers and his father lived nearby, which for Wendi meant ongoing exposure to a new and much more serious threats – from which her mother would not protect her.

163. **Ongoing neglect by mother.** For the first few months back in Phoenix, Donna did not work and had primary responsibility for Wendi. (Tab 27, at ¶ 154.) This meant that most of the time Wendi was stuck with her emotionally disconnected and neglectful mother. In December of 1970 Donna got an office job and started working full time, five days a week (Tab 27, at ¶ 158; Tab 68; Tab 68B.) With Donna's income, which unlike Skip's would not be wasted on alcohol and other women, they could afford their own home. Donna, Skip and Wendi moved into a house on the west side of Phoenix just before Christmas, and Donna's mother Ann moved into her own place a few blocks away. They would live there until Wendi was about two years old, when they moved because their home was to be demolished for a highway expansion. Donna asked for and was granted a transfer to the Tempe office of her company and they moved there. Donna's mother did not follow them and never came to Tempe to care for Wendi, who went to a Montessori preschool during the day and a 24-hour day care many nights during the week and on weekends. (Tab 28 at ¶¶ 22-23, 25)

164. Indeed, in a pattern that would continue until Wendi started kindergarten, Donna worked full-time during the days and in the evenings was almost always volunteering, working, taking classes or going out to bars. This meant that on weekdays Wendi was in preschool and on nights and weekends she was either with a baby sitter, in

24-hour day care (sometimes days at a time), or with random people who happened to be working or hanging around where Donna was volunteering or working. (Tab 28 at ¶¶ 22, 25, 32, 41, 42.)  Looking back on the first five years of Wendi's life, Donna describes herself as "overwhelmed and distanced" from Wendi and "absent a lot." She usually spent no more than an hour or two a day with her daughter, and even then spent little time actually focused on Wendi or interacting with her. Donna acknowledges that during this time she "didn't really think about Wendi." She blames her attitude and behavior then on "trying to help my marriage" and "working so much to try to get by" – with some justification, but also in denial of her limitations as mother stemming from her own neglectful and traumatic childhood. (Tab 27, at ¶¶ 160, 178.)

165.  Despite her emotional and physical neglect of her daughter, Donna recalls being pained that Wendi called her grandmother "Mom" long before ever addressing Donna that way. But given how damaged Donna was, and the absence of support for becoming a competent mother, that pain would not motivate a change of heart or behavior.

166.  Consistent with Donna's account of neglect so severe that she failed to "really think about" her daughter, when I interviewed Donna what was most striking, and most disturbing, was this: When asked for memories of Wendi as a baby and young child, Donna almost exclusively reported memories of Wendi being with *other* people (e.g., her mother Ann, a co-worker, an elderly male owner of a furniture store near where Donna worked, even strangers from whom Wendi panhandled as young as four years old). It was something I had never encountered in ten years of interviewing mothers of people on death row. Yet it was totally consistent with the way Donna always handed off Wendi to others, including people who could be, or definitely were, dangerous to her daughter.

167. **"Mental" father, alternately absent and harshly controlling.** Although Skip was around far less than Donna, his mental state and behavior during Wendi's first years of life had direct and indirect effects on her well-being, even when he was on the road. Donna continually refers to Skip as "mental" – that is, crazy – during their time together. She recalls that after Wendi's birth Skip was still "out drinking all the time," even when he was back from trucking runs. Also, although his PTSD was not as bad after Wendi was born, he still regularly had nightmares and woke up "sweating, all tangled up in the sheets and bedding from thrashing around" while dreaming of war. (Tab 27, at ¶ 163.)

168. What Donna means by Skip being "mental" is conveyed by things he did in the year or so after Wendi's birth, both at home and on the road. Donna recalls that Skip was often "creepy" around her. She recounted a specific incident in which he stared through the keyhole in the bathroom door as she used the toilet and through the door asked what she was doing in there; and how, in classic Donna fashion, she tried to ignore him, did not respond, and never asked him about what *he* was doing. (Tab 27, at ¶ 163.)

169. In May of 1971, when Wendi was eight months old, Skip was arrested in Ohio for an episode of drunken, hapless and bizarre criminal behavior. Indeed, the local Ohio newspaper's account of the crime, entitled "If... if...if..." (with such descending font sizes), provides some comic relief in this otherwise serious report:

> "If Shelby Robertson, 23, of Phoenix, Ariz., hadn't parked the truck he was
> driving in Garfiend Heights last Thursday and met some friends in a bar
> and...

"If they hadn't dropped him off near Union and Broadway in Bedford, and...

"If he hadn't opened the unlocked back door of the Tilman Goad home at 11

Taylor Road and taken $4 from a purse on the kitchen table, and...

"If he hadn't wakened the husband and wife while continuing through the

house, and...

"If Tilman Goad hadn't chased him out of the house with a baseball bat,

and...

"If the car Robertson flagged down hadn't been a police cruiser...

"Then he would not now be charged with a night burglary of an inhabited

dwelling.

"Robertson told Bedford Police that he sometimes 'does screwy things' when

he drinks. To this, police who saw him trying to eat dollar bills (the evidence)

in the patrol car, can attest." (Ohio Newspaper Article, Obtained by Capital

Case Project.)

170. In Skip's implausible and also (although less) amusing telling, it was all just a

big misunderstanding on his part: He was duped by some guys he had been drinking with,

who dropped him at the house and told him to go inside because they would be coming in

to have something to eat with him; and only *after* the man came after him with a baseball

bat, but *before* he took off running in fear, did he grab some dollar bills that happened to

be laying on the kitchen table and that he innocently believed he had left there himself.

(Tab 32, at ¶ 38.)

171. When Skipped returned from Ohio and Wendi was around eleven to fourteen

months old, he tried working a nine-to-five job at the same company as Donna, Stewart

Title & Trust. As Skip recalls, he took the job "trying to please Donna…. but it just was not for me. I was not a nine-to-five guy. I had to be outside, doing something." (Tab 32, at ¶ 34.) Skip lasted a week or so (making $150.60) before going back to trucking. (Social Security Earnings Records of Shelby Robertson.). Although Skip was not a daily presence in Wendi's life, when home he implemented the Robertson brand of parenting on his daughter. Donna remembers Skip as extremely hard on Wendi, both physically and emotionally, harshly dominating and controlling her with violence and fear throughout her infancy and early childhood:

> "Whether he was drunk or not, Skip was tough on Wendi when she was an
>
> infant and toddler. When he wanted her to do something, she did it. If she was
>
> fussy he used a rough voice with her and she stopped it. He trained her like a
>
> dog, not a baby. He spanked her from the time she as an infant and toddler,
>
> including when he was potty training her from the time she was a few months
>
> old until she was ten months old.  If she didn't obey or so something when he
>
> told her to, for example if she was crying and he told her to stop, he spanked
>
> her, a good smack with his hand on her butt." (Tab 27, at ¶ 164.)

172.  When I asked Skip whether he "had any role" in Wendi's potty training, he categorically replied, "No. Her mom did all that. Women raised kids, the dad didn't. I just wanted to play with her." But just five minutes later, when asked, with acknowledgment that early potty training was not unusual in those days, how it came about that Wendi was potty trained by twelve months, Skip proudly gave a detailed description of what he had done whenever he was home: whenever he saw "that look on her face" that indicated she was urinating or defecating, he immediately picked her up, took her to the bathroom and

put her on the toilet; every time he realized that she had already urinated or defecated in her diaper, he took her to the toilet, made her sit on it, and pointed from the diaper to the toilet to reinforce the message. Skip not only described in detail his potty training behavior with Wendi, but said he had learned these methods by helping to care for his nieces in Texas while living with them for a while as a teenager.

173. Left out of Skip's account, but elaborated upon by Donna, is the tone of voice Skip used to potty train Wendi and otherwise control her: "He used a rough, angry, harsh voice with her when ordering her or training her while she was younger than a year old. It was more than just a stern voice; it was a voice you would be afraid of." (Tab 27, at ¶ 161.)

174. Skip himself told a story of getting Wendi to stop crying by spanking her when she was only an infant. As Donna described, Skip was unmoved by baby Wendi's hours of crying and suffering once she was in bed for the night; indeed, he prevented Donna from going to her even briefly, and said that Wendi "needed" to cry herself to sleep. In the story Skip told me, Wendi's crying was a problem for him, but only because he and Donna had brought her to a drive-in movie. They could not hear over her cries, and were forced to go back home without watching the film. Skip recounted with pride how, after they returned home and baby Wendi continued to cry, he harshly said to her, "I'll give you something to cry about" and slapped her behind. He then mimicked her surprised facial expression as she suddenly looked at him in shock, and proudly declared, "That got her attention." He then continued, saying that she stopped crying immediately and did not cry again that night. Skip ended this story with a demeanor of complete confidence, even smugness, about his allegedly highly effective parenting skills.

175. Such treatment by a parent has negative effects on any young child. The effects on little Wendi were shaped by her mother's almost complete neglect of her, which created a powerful longing for whatever scraps of love – or at least of attention and affection – she could get. The result was a compliant little girl who sought to please adults who might be sources of attention, affection, or harsh punishment. As Donna recalls, "She was a compliant child and he didn't have to tell her or spank her more than once or twice at any given time to get her to obey. Even at that age Wendi was already trying to make everybody happy." Tab 27, at ¶ 164.) In Donna's interview with me too, she described young Wendi as "very accommodating" and doing whatever Donna said as well. There was, however, one exception, which will be returned to below: "She wouldn't go to sleep in anyone else's bed." Indeed, in Donna's recollection, "That was the only thing she didn't want to do," and "the one thing she wasn't easy with."

176. Here the focus is on Wendi's father's harsh control and dominance and how, along with her mother's neglect, it powerfully shaped her personality and behavior, laying down patterns that would shape her emotional life and relationships into adulthood. From infancy until she was four years old (and through her entire childhood), three powerful messages or "lessons" were conditioned into Wendi's brain: First, do what the easily angered and potentially violent people want, and don't do anything to make them unhappy. Second, you are on own with such people, because your mother – if she even notices – will not protect you, and would rather not know what you are going through. Third, if you do *not* do what others want, i.e., take care of them and meet their needs, then you are bad child, a bad person, and unworthy of love. Such neglect and fear-based domination also cause – by damaging multiple brain circuits – life-long problems

with anxiety, social and emotional awareness, regulation of emotions, and management of interpersonal intimacy, including both caring and conflict.

177. Whenever asked for his memories of Wendi during this time, Skip describes her in his typical superficial way. For instance, "I remember Wendi as a beautiful baby and a good kid. She walked by the time she was a year or less and we took her bottle away when she was a year old. She was completely toilet trained by fifteen or sixteen months. She jabbered all the time and by two years old she was a pretty good talker. She was a smart kid." (Tab 32, at ¶ 33.) Another example, which he offered when remembering times that he, Donna and Wendi went boating and fishing when she was three or four years old: She was "a quick learner and never cried," and, strangely, "I loved the devil out of her." (Tab 32, at ¶ 43.)

178. Although little Wendi had disturbed, neglectful and abusive parents, as well as a genetic vulnerability to depressive states, Donna's and Skip's comments also reveal that like all children Wendi had innate needs – and abilities – to connect with others, to play, and to feel happiness. Donna recalls that after they moved from Groom to Phoenix Wendi became a "happy baby," and that Skip's brothers, who saw her "every couple of weeks or so," nicknamed her "Happy Jack." (Tab 27, at ¶ 155.) When living in Phoenix for several months neither of Wendi's parents spent much time with her, and she was cared for by others. Although this constituted neglect by her parents, it was not the worst, Romanian-orphanage level of neglect (i.e., being left alone in a crib). Also, it meant Wendi was lucky enough to spend time with some benign and perhaps even positive adults (at least in relationship to her), as well as other playful children.

75