179. **Cruelty by the Robertson men.** By two years of age, on top of the neglect and abuse within Wendi's immediate family, there was repeated exposure to another psychologically toxic environment: the extended Robertson family. It was a family where children were seldom loved or nurtured, especially in any emotional ways. As Skip, Wade Robertson and Deblen Oke have revealed, it was a family where children always "ate last," both literally and figuratively. For adults who had grown up in that family being severely neglected and abused themselves, the emotional needs of children were unfathomable, even threatening. Thus children's feelings – especially vulnerable ones like sadness, fear or shame – were met not with concern, understanding or empathy but with indifference, irritation, scorn, violence, or uncaring bemusement.

180. As Skip recalls, once they moved to Tempe, when Wendi was two years old, her maternal grandmother was not around much and the family "spent a lot of time with my dad and brothers." Skip then indicates, in vague terms, what this meant: "When we all got together, we had backyard cookouts and did lots of drinking." (Tab 32, at ¶ 36.) For little children like Wendi, spending time with the Robertson family meant being surrounded by drunken adults who, even when sober and at their best, were dangerous to children – the men, predatory seekers of sexual and aggressive thrills, the women emotionally disconnected, neglectful and largely resigned to their children being abused by those men.

181. Donna recalls an incident when Wendi was about two years old, where Skip and his brothers took Wendi and her swimming at a mobile home park, and their thrill-seeking took a particularly cruel and heartless turn. In her interview with me, Donna recounted how Skip's brothers, precisely because they knew Wendi could not swim,

repeatedly "taunted" and "goaded" Skip to throw Wendi into the middle of the pool. Knowing full well this would terrify Wendi, they kept saying things like "she's gotta learn to swim sometime." Indeed, the very nickname the brothers had given Wendi, "Happy Jack," betrays their bemused sadism. "Happy Jack" was at the time a popular song by "The Who," a big rock and roll band of the late 60s and early 70s. It had this chorus:

"The kids couldn't hurt Jack,

They tried and tried and tried.

They dropped things on his back,

They lied and lied and lied and lied and lied.

But they couldn't stop Jack, or the waters lapping,

And they couldn't prevent Jack from feeling happy."

Apparently, Skip's brother's thought it would be funny to see if little "Happy Jack" would not be so happy when she suddenly found herself in the middle of the pool.

182.  Skip obligingly threw her in. Donna still vividly remembers Wendi "screaming, flailing, and going under the water." (Tab 27, at ¶ 176.)  She also remembers passively witnessing the entire scene, saying nothing to Skip or his brothers – not as they goaded him into throwing her in, not as they laughed at Wendi's terrified response to what her brain could only process as threat of death by drowning, and not after Wendi was fished out.  Still, even Donna could not help but respond with fear and anger to this sadistic abuse of her child right before her eyes. Yet she did nothing. "I didn't dare confront them, especially all of them together at one time, so I didn't intervene to stop them…" (Tab 27, at ¶ 176.) When I asked Donna if she talked with Skip about this incident later,

77

she said no. She then elaborated, revealing another key factor that accounted for her neglect of Wendi, specifically her inability to talk about such things, or any sources of conflict in the marriage, with any competence or effectiveness. Donna explained: "We didn't discuss things, we never knew anyone who discussed things. We just screamed, or pretended it didn't happen, or forgot about it."

183. **Sexual abuse by the Robertson men.** The pool of the mobile home park was a public place, and the brother's abuse of Wendi was out in the open. Cookouts and other events at a Robertson brother's house were an entirely different matter, and much more perilous for little Wendi. As Skip recalls, when Wendi was two to four years old she, Donna and he "spent a lot of time with my dad and brothers," including at "backyard cookouts" that involved "a lot of drinking." (Tab 32, at ¶ 36.) Donna too says they "spent a lot of time around Skip's brothers and dad," including watching ball games at a brother's house and getting together on holidays. Also consistent with Skip, Donna remembers that "the women cooked and the men drank alcohol." (Tab 28, at ¶ 17)

184. For most of the three years Wendi attended these family events, she was the youngest child of the Robertson clan, thus the most vulnerable. Looking back now, Donna acknowledges her neglect and oblivion at the time: "When Wendi was around the Robertson brothers, I usually cooked in the kitchen or talked with the other wives, and didn't pay much attention to Wendi or provide much supervision over what was going on with her. Skip's dad and brothers could easily have had sexual access to Wendi." (Tab 28, at ¶ 17.)

185. Donna recalls going on hunting or fishing trips with Wendi and Skip, on which they were sometimes joined by one or more of Skip's wives and brothers. These trips

took place "from time to time" when Wendi was about two to four years old. Looking

back now, Donna says, "Again, there were plenty of times while camping or fishing that

Skip's brothers could easily have had sexual access to Wendi." (Tab 28, at ¶ 19)

186.  Donna also admits to having heard and seen, despite not wanting to know,

plenty of evidence of the danger to Wendi. "Sexual abuse of kids was part of the culture

of the Robertson family…. The women in the family, myself included, talked about it on

occasions when the men weren't there." (Tab 27, at ¶ 165.) The women were especially

aware that Skip's father sexually abused girls, even infants:

> "[I]t was treated as common knowledge in the Robertson family that Skip's
>
> dad touched babies and toddlers sexually when there was an opportunity.  The
>
> Robertson family considered Skip's dad a dirty old man. This came up in the
>
> family in early 1971, when I was twenty-two years old and Wendi was still
>
> less than a year old, when there was talk among the wives and women in the
>
> Robertson family that Skip's dad was touching        REDACTED                .
>
> Within the first few months of moving to Phoenix, while Wendi was still a
>
> baby, <sup>REDACTED</sup> told me, 'Don't ever leave Wendi with her grandpa because
>
> he's a dirty old man and you don't know what he'll do with her.'" (Tab 27, at
>
> ¶ 165.)

Donna also remembers that from when Wendi was an infant to about two years old,

Skip's father frequently asked her to let him babysit Wendi. (Tab 28, ¶ 20.) From her

statements it appears that, after having been warned so forcefully by <sup>REDACTED</sup>, Donna did

not allow him to, and that this was the *only* thing Donna did to protect Wendi from sexual

abuse during those years.

187. Donna also recalls that she personally witnessed "inappropriate incidents and behaviors" by Skip's father and brothers, including "how [they] regularly hugged and kissed girl children on the mouth" and engaged in "inappropriate grasping or touching" when they held or picked up girl children. She adds, "Even with me being mostly oblivious and trying not to notice anything I considered creepy, I knew that the ways the adult Robertson men treated girl children in their family were definitely not kosher." (Tab 28, ¶ 18)

188. Yet Donna repeatedly left Wendi with no supervision in the Robertson brother's houses. She often had no clue where Wendi was or what she was doing, sometimes for hours at a time, during parties and other events where those same men were drinking heavily. As Donna herself says – and as we shall see, consistent with her behavior throughout Wendi's childhood and adolescence – her *modus operandi* as a neglectful mother was "trying not to notice." In short, she did almost nothing to protect Wendi from being sexual abused in situations where such neglect virtually guaranteed that such abuse would happen, at least sometimes.

189. Indeed, in Donna's recollections there was *only one time* that she actually became concerned Wendi may have been sexually abused by a man in the Robertson family. It occurred around February of 1971, when Wendi was about six months old. Donna joined Skip for a trucking run to Los Angeles and left Wendi behind with Ida Mae, the wife of Skip's brother Jerry Don. As addressed above, Jerry Don has been named as a repeat molester and rapist by both                    REDACTED                    . Thus had Jerry Don been home or returned from the road at the time, Wendi would have been at risk for sexual abuse by him. Donna reports that when she and Skip returned three

days later, "we went to pick up Wendi from Ida Mae but found out that Wendi was with

Skip's dad." (Tab 27, at ¶ 167.) She recalls that Ophelia told her that Skip's father

"would have touched Wendi sexually while he watched her" that time. (Tab 28, ¶ 20.) It

was too much for Donna to ignore, at least initially, but not too much for her to rapidly

push from her awareness: "I was concerned about Skip's dad having touched Wendi

sexually while we were gone in LA but couldn't really focus on it." (Tab 27, at ¶ 167.)

190.   Skip recalls that "a few times" Donna joined him on trips to Southern California

and other parts of Arizona and they left Wendi with his brothers. (Tab 32, at ¶ 34.)  Thus

Skip's father and brothers could have abused Wendi during those times too, as well as

during the numerous Robertson family cookouts, parties, and holiday get-togethers.

There is no evidence that Donna ever considered the risks to Wendi at those times, or did

anything to protect her.

191.   Donna recalls, "it was a foregone conclusion among the women within the

Robertson family that Skip's dad had touched Wendi sexually while she was an infant

and toddler." (Tab 27, at ¶ 167.) Donna also admits:

> "I did not think of it in those terms at the time or have any way to respond
>
> because I was doing everything I could to avoid having to deal with it and not
>
> noticing what was happening. I was part of the culture of the Robertson family
>
> in which the women strongly suspected that the men sexually abused girls and
>
> the women considered themselves helpless to do anything about it." (Tab 27,
>
> at ¶ 167.)

Similarly, in my interview with Donna, when I asked if she had ever attempted to protect Wendi from sexual abuse by the Robertson men, Donna's response was one of resignation: "In that family, they're just gonna take 'em."

192. Even so, Donna reports that eventually, without saying so explicitly to herself, she came to believe that Skip's father and brothers, even Skip himself, had sexually abused Wendi. "I remember that at one point I knew I did not want Skip, his brothers, or their dad to be around Wendi at all. I felt that she wasn't safe with them. With Skip and his dad, I strongly suspected without really saying it clearly to myself that they were touching babies and kids sexually. I didn't let the thought form at the time, but I felt that they had abused Wendi sexually. Many of Skip's brothers were so creepy that way, and I felt that they also touched Wendi sexually when she was a toddler or little girl." (Tab 27, at ¶ 177.)

193. Finally, Skip reports that he brought Wendi along with him and his brother Tommie on a trucking trip. He says Wendi was three or four years old at the time, which was while he and Donna were going through their divorce or soon thereafter. (Tab 32, at ¶ 50.) As presented above, Tommie is the same brother who later sexually abused the same   REDACTED   that Skip did, and like Skip was imprisoned for it. In fact, it was sexually explicit photographs of Skip's   REDACTED   that Tommie had taken as she slept in the sleeper compartment of his truck which led to the abuse being discovered. On the trip when Wendi was three or four years old, Tommie and Skip had Wendi for "a few days." Skip then adds, "I did not think anything of it at the time but Wendi… was in the sleeper compartment of the truck, in bed with Tommie. Looking back on it, I would not be surprised if Tommie molested her." (Tab 32, at ¶ 50.)

194. **Behavioral evidence suggesting sexual abuse by age four.** As noted above, in our interview Donna described little Wendi as always "very accommodating," with one exception: "She wouldn't go to sleep in anyone else's bed." In Donna's recollection, "That was the only thing she didn't want to do," and "the one thing she wasn't easy with." This behavior is consistent with Wendi having been sexually abused in the bedrooms of Skip's father's or brothers' houses, including after being left by Donna to nap in those rooms.

195. Stronger evidence is Donna report that just after she divorced Skip, around the time Wendi turned four, she was almost kicked out of daycare for sexual behavior with other children. There were two separate incidents in which daycare staff reported to Donna that Wendi was in the bathroom with other children and "comparing and showing off their private parts in a way that was very unusual for kids of that age." Even after the first incident, Donna recalls that the daycare staff were "really upset" when they called to report what had happened. After the second incident, the daycare staff concluded that Wendi was the instigator, and threatened to expel her from the program. (Tab 27, at ¶ 168.)

196. In children who have been sexually abused, these are known as "abuse-reactive" inappropriate sexual behaviors. This is a common outcome of sexual abuse in young children, and it is not uncommon for the behavior to emerge after the abuse has ended, which would have been the case with here Wendi. In addition, that Wendi appears to have stopped engaging in those behaviors after being admonished by daycare staff and her mother (and perhaps beaten by her mother), would be consistent with sexual abuse of Wendi having ended, at least for a time, once the men of Skip's family no longer had

access to her, after the divorce. Either way, Wendi's behavior is consistent with her having been sexually abused, and Donna made no attempt to have Wendi assessed for a history of such abuse and resulting psychological consequences, let alone any attempt to get Wendi any psychological treatment.

197. **Not just physical punishment, but beatings and pain to compel instant and automatic obedience.** Donna acknowledges using physical pain to discipline and control Wendi from when she was a toddler into her teenage years, and says "Wendi was spanked regularly while she grew up." Donna also says that, thanks to Wendi's general obedience and compliance, she did not "need" to be spanked every day or even every week. When Wendi was a toddler, as punishment Donna gave her "one or two swats" on her buttocks with a wooden spoon. When Wendi was three or four, Donna spanked her with her hand. (Tab 27, at ¶¶ 235, 236.)

198. From Donna's description so far, there's nothing to suggest that her physical disciplining of Wendi was unusual, abusive, or particularly harmful. But then Donna reveals this: Behavior that was met with spanking, and the infliction of physical pain, included "if she didn't obey me or didn't come when I called." (Tab 27, at ¶¶ 235, 236.)

199. As research amply documents and parents of young children know, toddlers and three or four year olds get quite absorbed in games and other activities, and it is completely unrealistic to expect them to come immediately every time they are called. Similarly, it is developmentally appropriate – and necessary – for toddlers and young children to experiment with asserting their developing will, and this includes sometimes disobeying their parents or "testing limits." Indeed, normal and healthy children cannot even come close to meeting the unrealistic expectations Donna held and imposed on

84

Wendi; instead, the compliant behavior Donna describes is that seen in children *conditioned to live in fear* of being punished for not instantly obeying whatever parents say. Among the most important developmental tasks for young children, with which they need help and support from adults, is how to gain more autonomous control over their own attention and behavior while internalizing the rules imposed on them by parents. Parents who demand instant obedience and force children to comply with their rules and wishes by inflicting physical punishment and pain – even if it's not physical abuse involving bodily injury, of which there is no evidence here – actually *thwart* their children's abilities to develop internal regulation of their own behavior and *prevent* their children from internalizing the very rules and values they most want them to learn. Instead, the children learn only to obey and comply, out of fear, including the fear-based wish to please their parents.

200.  Wendi's parents' domination of her with the use and threat of physical punishment and pain would become more extreme in Wendi's later childhood and pre-teen years. But even in the first several years of Wendi's life, long before her parents as well as church and school staff began beating her regularly with wooden paddles, the pattern was set: Adults used physical force, violence and pain to control her behavior and command obedience, all the while making it harder for Wendi to internalize the very rules and values (other than "might makes right," which she no doubt learned) that her parents were ostensibly imparting to her.

201.  **Donna lost in alcohol, drugs and sex.** For much of the first five years of Wendi's life, Donna's tendency to grossly neglect her daughter was exacerbated by a descent into irresponsible sexual behavior and substance abuse, consistent with her

85

childhood trauma history and bipolar disorder. Donna describes how, from ages 22 to 24, when Wendi was one to three years old, she "drank frequently" and smoked marijuana with a neighbor. (Tab 27, at ¶ 87.) Then, just before and after her divorce from Skip, starting when Wendi was three and continuing until she was five, Donna "drank constantly," including throughout the week while she was working full time. Donna reports often drinking so much that she threw up. (Tab 27, at ¶ 88.)

202.  During the period of constant drinking, when Wendi was three to five years old, Donna says she was also "very sexually active, terribly inappropriately so in my own opinion," and had sex "with at least ten different men, and there might have been a few more." (Tab 27, at ¶ 180.) For the most part they were men she met "casually," and the sex was mostly casual too. Indeed, with the exception of one brief boyfriend, Donna recalls that, like sex throughout her life, it was without emotional connection, or pleasure. "I didn't even like most of the men who I slept with," she says, and "I never really enjoyed sex, including during the entire marriage to Skip." Being so sexual was inconsistent with how Donna saw herself, and with how she was seen by people who knew her before that time. To this day Donna wonders how she had so much sex despite not enjoying it. (Tab 27, at ¶¶ 181, 182.)

203.  Yet Donna unwittingly hints at what was going on: "Most of the time it was almost like it was going on without me." This speaks to the automatic and disconnected qualities of dissociative behaviors and experiences, which are common among adults severely neglected and traumatized as children. Just as she said, referring to her high school sexual experiences, that she did not want to "take responsibility for sex or admit what was happening," the same dissociative process was going on when Wendi was a

young child. It was the same dissociative way of coping that led, in the face of all the evidence that Skip's father and brothers were sexually abusing little Wendi, to Donna's response of "doing everything I could to avoid having to deal with it and not notice what was happening."

204.  The one person with whom Donna ever felt emotionally connected while having sex was a boyfriend she had for several months in 1973 or 1974. Still married to Skip but having decided to leave him, Donna had a romantic relationship with Ron and experienced him as her "soul mate and soul companion, the only romantic partner I've ever had who I felt really close to and trusted." Donna would never learn whether this was another example of naïve and wishful thinking on her part, and her one taste of feeling genuinely loved was short lived: Several months into their relationship Ron died in a plane crash. (Tab 28, ¶¶ 26-27.)

205.  **Overhearing fights between her parents.** Repeatedly witnessing and overhearing screaming between one's parents is disturbing and traumatic for children. The younger the child, the more confusing, overwhelming and traumatic it is. Donna reports that from Wendi's infancy until she and Skip divorced when Wendi was three years old, whenever Skip was not on the road Wendi regularly overheard fights between her parents. (Tab 27, at ¶ 170.) As noted above, Skip was seldom physically violent toward her, but they both "yelled a lot." (Tab 27, at ¶ 150.) However, Donna describes what Skip said when he screamed as "vicious and verbally abusive," and how she "usually retreated into the bedroom before too long into a fight because I didn't want to say something I might regret," either because it was too "hateful" or because it would "push Skip over the edge to the point that he would hit me." (Tab 27, at ¶¶ 150, 170.) By

the time Wendi was born Donna had already learned "what I could get away with in fights without him getting so mad that he snapped and hit me." (Tab 27, at ¶ 151.)

206. According to Donna, a common precipitant of the fights was Skip coming home drunk and wanting to have sex and her not being interested. However, she recalls, in words almost identical to those of the   REDACTED   Skip would sexually abuse twenty years later, "Most of the time I just did it with him anyway because that's what he wanted and if he didn't get it then he became extremely abusive with words and threats." These fights became worse after they moved to Tempe when Wendi was about two years old. (Tab 27, at ¶ 169.) Apparently one of the reasons Donna was less interested in having sex with Skip then was because she was often having sex with other men, including men she met through her neighbors with whom she was drinking heavily and smoking marijuana.

207. Skip's recollections of this time are consistent with Donna's: "We had a hard time communicating. We were also growing apart. She was going to potluck dinners and socializing with people who I did not like back then.... I thought of them as hippies and draft dodgers." (Tab 32, at ¶¶ 35, 44.) Of their sex life, Skip recalls, "I knew things were not good in our sex life anymore because Donna always seemed like she just wanted to get it over with." (Tab 32, at ¶ 45.)

208. Put differently: Donna's chameleon-like conformity to her social surroundings (which in Tempe meant drinking, drugging and casual sex with her early-1970s "hippy" neighbors) clashed with Skip's rigid clinging to his older brothers and their culture of heavy drinking, sexual conquest of women, and sexual abuse of young girls. But it was

88

little Wendi who paid the greatest price for her parents' constant conflicts and screaming fights, in addition to their more direct neglect and abuse of her.

209. **Divorce.** In May of 1974, when Wendi was three years and eight months old, her parents divorced. Donna and Skip both claim to have initiated the divorce. Contemporaneous legal documentation shows that Donna petitioned for it. (Petition for Dissolution, Superior Court of the State of Arizona, May 2, 1974, Obtained by Capital Case Project; Decree of Dissolution of Marriage, Superior Court of the State of Arizona, May 28, 1974, Obtained by Capital Case Project.)

210. Looking back, Skip provides a typically superficial yet revealing summary of why they divorced. In addition to the comments about her hanging out with hippy friends and not wanting to have sex with him, Skip acknowledges that he was "drinking too much" and "generally dissatisfied." He recalls that they both "had a hard time communicating" and that Donna "held things inside for too long." More importantly, it appears, was the fact that he "was itchy" and "wanted to get out and live life" when "things became routine and I felt like we were eighty years old." (Tab 32, at ¶¶ 44, 45.)

211. Given his traumatic childhood and the resulting ongoing addictive and antisocial behavior he shared with his brothers, Skip never had it in him to be a physically present, caring and competent parent. Neither did Donna, thanks to her own awful childhood and the resulting ongoing emotional and behavioral pathologies.

212. But once the divorce happened, Skip ceased trying or pretending. Although he claims, "if it was not for Wendi, I would have been gone sooner," within a year of the divorce, after Donna and Wendi moved to Casa Grande, Skip says he "signed my rights away" when Donna asked him to give up any claim to custody. Skip says he realized at

the time that "being on the road all the time was no way to raise a kid," and that when he gave up on being a father to Wendi he thought he was "doing the right thing." (Tab 32, at ¶¶ 45, 46.) Indeed, Skip reports that he only visited Wendi on two occasions after the divorce, when she was five and six years old, in 1976 and early 1977.  He never made another attempt, and blames this on Donna, saying that because Donna made him feel unwelcome the last time he spent time with Wendi, he never came again. (Tab 32, at ¶¶ 53, 54.)

213. **Mother's neglect in workplace environments dangerous for unsupervised children.**  When Wendi was almost four years old, around the time of the divorce, her mother got a job at Comcare, Inc., a program of Community Organization for Drug and Alcohol Counseling (CODAC), after they had moved from Tempe back to Phoenix and were living with Donna's mother again. (Tab 68; Tab 68.B.; Residence Chronology provided by Donna Ochoa, Obtained by Capital Case Project.)

214. Since Wendi was two Donna had volunteered at Terros House, another CODAC program.  In her interview with me, Donna spoke of feeling much more comfortable with the drug counselors and recovering addicts in these programs than with Skip and his family. She remembers feeling, for the first time in her life, "These people love me." When Wendi was two and three years old, Donna volunteered and worked on weekends. During Donna's time working in paid positions at CODAC (not at Terros), she would bring Wendi along on weekends and leave her in the care of the recovering addicts on the premises. Donna remembers not paying attention to where Wendi was, although she knew that the clients, especially the prostitutes, many of whom had lost custody of their own children, "loved Wendi."

215. No doubt many of the clients at the drug and alcohol treatment programs felt very affectionate toward little Wendi. Some may have been protective of her. That Donna would bring her daughter to such places and not even attempt to keep track of her whereabouts is just one more example of how neglectful she was as a mother. Looking back now, Donna says "I wasn't really paying attention to what she did and wasn't concerned about her safety with the hookers and drug addicts." At the time Donna rationalized this by focusing on how "there was always a CODAC employee supervising rehab," but looking back now, she says, "I think I was an idiot or very naïve to let Wendi hang out with those people, but at the time I had no clue that it wasn't appropriate." (Tab 28, ¶ 42).

216. Just as Donna had repeatedly given Skip's father and brothers access to Wendi, soon after finally divorcing Skip in the spring of 1974, Donna would give another man she came to know was a pedophile virtually unfettered private access to Wendi. His name was Rick Barnes, and he was the director of the Pinal County Alcohol and Drug Abuse Corporation (PADAC) in Casa Grande.

217. Soon after Wendi turned four years old, in the fall of 1974, Donna met Rick at a conference and he recruited her to work at PADAC. (Tab 28, at ¶ 46)  In November and December of 1974 Donna commuted between Phoenix and Casa Grande working for PADAC (Tab 28, at ¶ 50). Because Rick paid her under the table, as he would for most of her work there over the coming year and a half, there is no Social Security Administration record of those months or most of her other months at PADAC.  Donna's work for PADAC only exacerbated her chronic neglect of Wendi: She worked 60-hour straight weekend shifts in which she received, monitored, and helped drunken alcoholics,

with no more than a couple of hours of sleep and sometimes no sleep at all. Then Donna "crashed" and slept most of Monday and Tuesday. She also wrote PADAC grant applications on Tuesdays, Wednesdays and Thursdays, and otherwise slept a lot, right through Friday mornings before the cycle started over again. Inevitably, as Donna recalls, she "had very little energy, time, focus or other personal resources to give to Wendi during this time." (Tab 28, at ¶¶ 51 and 52.)

218.   By January of 1975, Donna and Wendi had moved to Casa Grande and were living with Rick's ex-wife Nicki Barnes and her daughter Tascha, who was two years younger than Wendi and quickly her best friend. Both Nicki and Donna were "so busy and overwhelmed that neither of us paid much attention to the girls," who were mostly on their own but sometimes looked after by an older woman neighbor, though Donna was so oblivious that she did not realize this for several months. (Tab 28, at ¶¶ 54, 59.) As had been the case at CODAC, after moving to Casa Grande Donna sometimes brought Wendi along to PADAC on weekdays and weekends and pretty much forgot about her once she started working. Again Wendi was left to wander among the drug addicts and prostitutes hanging around the center, as well as the nearby streets, where she often begged for change – all unbeknownst to her mother until months later, in April. (Tab 27, at ¶ 183; Tab 28, ¶ 56)  Looking back now, Donna recognizes just how neglectful she was: "It never dawned on me that having Wendi out there alone, begging in the streets or going over to [the nearby furniture store]… might be dangerous to her because of car traffic or any number of things, or that she might be molested by a stranger or someone she met in the neighborhood." (Tab 28, ¶ 56). (Apparently it did not dawn on her on Donna before Wendi graduated from high school, as indicated by an entry in a "Treasured Memories"

booklet she gave Wendi as a graduation present, in which Donna characterized her four

year old daughter's roaming and panhandling alone on dangerous streets as endearingly

"precocious." In the booklet's first entry, Donna completes "Remember when" with a

hand-written "you used to go out from the Drug Center and 'panhandle' on the streets of

Casa Grande. You were such a precocious child!" (Treasured Memories booklet,

obtained by Capital Case Project.)).

219. Rick Barnes, her boss and the director of PADAC, was a pedophile, as Donna

had discovered before even moving to Casa Grande. While commuting to work weekends

during November and December, Donna sometimes slept at Rick's house on Monday

mornings. On one of those Mondays she rummaged through Rick's things and found

paperwork from a school in Thailand where he had lived and worked the prior year,

teaching English to children of Americans. The documents explicitly stated that Rick had

been fired after multiple accusations that he had sexually abused preteen girl students.

(Tab 28, ¶ 62). Donna recalls her response: "I just ignored the whole situation and

stopped thinking about it, like I've done throughout my life when I've known something

bad or unsavory about another person." (Tab 28, ¶ 63). She also discovered that Rick had

a box full of bottles of amphetamines and benzodiazepines, common prescription drugs

of abuse, all prescribed to people who were not PADAC clients, which meant Rick was

illegally obtaining and selling them on the street. (Tab 28, ¶ 61.)

220. Despite these discoveries, Donna decided to continue working for this

dangerous man, moved to Casa Grande with Wendi, and proceeded to bring her four

old daughter to work, where "Wendi was regularly alone with Rick and spent time alone

with him in his office on weekdays and weekends." (Tab 28, ¶ 65). Wendi also spent time

alone with Rick at his house, while Donna slept on Monday mornings after her 60-hour weekend shift or was "otherwise busy and not paying attention." (Tab 28, ¶ 66). Did Wendi being alone with Rick concern Donna? No. Despite what she knew about him being fired for sexually abusing girls in Thailand, "It didn't occur to me that he might abuse her sexually.... I didn't really think about it, but to the extent that I did, I assumed that he wouldn't abuse Wendi sexually because she was so young." (Tab 28, ¶ 65).

221.  By then Wendi knew that her mother was not interested in her, let alone any of her experiences or problems; and by then, thanks her mother's neglect and her father's complete departure from her life, Wendi was vulnerable to sexual predation by adult men who gave her *some kind* of attention and affection.  Indeed, as suggested by ample research on the re-victimization of sexually abused children, as a maternally neglected child who had already manifested signs of sexual abuse, including age-inappropriate sexual behavior, Wendi would likely have been a particularly vulnerable and compliant victim.

222.  Soon after moving to Casa Grande, Wendi caught the attention another deeply disturbed, sexually perverted, pedophilic man.  His name was Alejo Ochoa, and he served on the PADAC Board of Directors. Within a few months, Alejo would be sleeping in the same bed as Wendi. Within six months Donna would marry him.

223.  **Wendi's memories from before age five.** The region of the brain responsible for encoding long-term memories of specific events (i.e., the hippocampus) does not develop sufficiently to reliably encode such memories until around age five. Thus Wendi Andriano should not be expected to have any autobiographical memories (also known as

explicit episodic memories because they are self-consciously recognized as memories of prior episodes or experiences) for experiences before she was four and a half years old.

224.   Consistent with this, in my interviews with Wendi, when asked for her "earliest memory" she reported a memory from about age four and a half. Wendi remembered her grandmother, Donna's mother Ann, sharing her milk and toast with her one morning. She then added, "If I try to remember a mother figure, I remember her and not my mom," and "I know she loved me."

225.   Wendi's comments are also consistent with her mother's severe emotional neglect of her. When asked for early memories of her mother, Wendi remembered her mother sewing clothing for her when she was in kindergarten, but the memory had none of the emotional warmth and feeling of connection associated with the early memory of her grandmother.   Sewing her clothes was like keeping her clean, reminiscent Donna's observation that her own mother kept the house clean but "I had no emotional connection with her, no hugging, no cuddling, no warmth, no affection, no bond." (Tab 27, at ¶ 46.) Indeed, when Wendi attempted to remember things she did with her mother, she spontaneously commented, "I don't believe my mom was too emotionally available" and "I don't have that feeling that she loved me," then began crying.   Wendi also remembered being very sad when she seldom saw her grandmother after they moved to Casa Grande when she was four year old (see below). Wendi reported no memories at all of her father, who, by the time Wendi was four years old, had divorced from her mother and almost never visited her.

226.   Thus consistent with the development of the brain's memory capacities, from before age five Wendi has few explicit, autobiographical memories of the most

psychologically important people in her life during that time period, i.e., her parents and grandmother.   However, the brain regions and circuits that encode *implicit* memories, of emotional experiences and automatic emotion-related behaviors, are operational from infancy. Those brain regions lay down memories that, although not recognized as memories by the person having them (i.e., this is why they are called "implicit" rather than "explicit" memories), constitute patterns of feeling and responding to others' behavior that shape psychological, emotional and relational functioning for the rest of one's life.

227. To clarify: Implicit memory is a type of memory that people do not consciously experience or recognize as "memory" when it is present. This includes the memories of previous experiences that allow us to perform a current task without having conscious awareness of those previous experiences. For example, riding a bike requires remembering where, when and how to move all four limbs; but we do not remember learning those specific procedures, or even think consciously about most or all of those movements. Importantly, implicit memory also includes bodily and emotional responses to incoming stimuli and situational contexts. Such implicit memories/responses (a) are not consciously experienced or recognized as "memories" and (b) are not consciously associated with memories of past experiences or autobiographical episodes; they may also (c) alter current processing of sensory information, (d) alter the contents and nature of one's current thoughts, and (e) evoke simple and/or complex emotions and behaviors that one has no idea are related to past experiences and memories. For example, as her mother and numerous other witnesses report, Wendi tended to automatically respond to others' anger or displeasure – and even a hint that displeasure or anger might be

96

forthcoming, especially from a man – by placating, submitting or otherwise doing

whatever might help that person feel better or at least stop being irritated or angry.

228.   Sometimes all of us, in response to other people's behaviors (as well as their

actual and imagined thoughts, emotions and motivations), have reactions (and over-

reactions) that are driven by implicit memories associated with past experiences of

feeling vulnerable or hurt in important relationships (especially with childhood

caregivers). For people with histories of repeated emotional, physical and/or sexual abuse

in childhood, such implicit memories of being hurt tend to be triggered often; those

implicit memories are also more likely to be extreme in their intensity, and to elicit to

behaviors that bring suffering upon themselves and others. And like the rest of us, but to

a greater degree, in such situations where implicit memories of a past hurt are triggered,

people with histories of major childhood trauma are unaware that they are responding not

merely (or even primarily) to the current situation or interaction, but instead are

responding mostly to an implicit memory of a past painful (and sometimes traumatic)

experience.

229.   Indeed, many of the painful emotions that people experience – or go to great

lengths to avoid experiencing, often without realizing it as they reach for a bottle, or in

Wendi's case go into automatically appeasement mode – are merely the "tip of the

iceberg." That is, many painful emotions we all experience are manifestations of implicit

memories of emotions that were first experienced during painful and formative

experiences in our pasts. The same is true for many of the avoidance efforts people

engage in: these are implicit memories of avoidance strategies first engaged in long

before.  In both cases, people are having emotional reactions and engaging in behaviors

based on implicit memories of experiences that may or may not (at least at the time) have any corresponding explicit, episodic or autobiographical memories.

230. A good example is Wendi's habit, observed by her co-workers, of responding to her husband Joe's frequent workday calls to her office by (1) listening in an emotionally disconnected way to his complaints and demands and (2) then uttering a few words and immediately going home to fix his problem. Her colleagues came to see this behavior in two different ways: as Wendi's subservience to Joe, and as Wendi dismissing Joe and "blowing things off," with the latter interpretation appearing to fully replace the former over the weeks and years following Joe's death. (9/15/04 Trial Testimony at 95-97, 103.) However, with knowledge of Wendi's traumatic childhood of neglect and abuse by important adults in her life, and of how implicit memory operates, we can understand these more clearly: They are childhood-conditioned, deeply-ingrained, and automatic habitual responses governed by non-conscious implicit memories of (a) being abused and dominated and (b) avoiding awareness of vulnerable and angry feelings by placating others while emotionally distancing herself from them.

## V.    WENDI'S ADOPTIVE FATHER AND HIS FAMILY BACKGROUND

231. Alejo Lorenzana Ochoa was born August 1, 1952 in Torrance, California to Alejo Molina Ochoa and Natalia Lorenzana. He has one sibling, Delia Rose Rascon Alvarez, who is about three years old than him. (Tab 24, at ¶ 1.)

232. Alejo reports that his father had one brother and five sisters who survived infancy, and that his father's brother died in high school after being injured playing football. He reports that his maternal grandparents were both orphans and were "older" when his mother was born. Alejo is not sure of his grandmother's first name but knows

that his mother's parents took their surname, Lorenzana, from the name of the orphanage in Mexico City where they grew up. Similarly, Alejo is unsure how many siblings his mother had, but says he knows of three brothers and two sisters.

233. When Alejo was three years old his family moved to Casa Grande, Arizona, where Alejo spent the remainder of his childhood and has lived much of his adult life. When Alejo was born in California his father worked for a company that makes toilets, and when they moved to Casa Grande his father was self-employed, selling dry good to migrant workers from his own truck; he also delivered newspapers, worked as a meat cutter, and eventually owned a restaurant with Alejo's mother. (Tab 24, at ¶¶ 3, 5; Interview with Alejo Ochoa.)

234. **Poverty, emotional neglect and physical abuse.** None of his father's work paid much, and Alejo's family was poor, especially when he was younger. In our interview Alejo recalled that his parents could seldom afford toys for him. In a poignant example of their poverty, Alejo told of substituting dead mice for toy cars, which his parents could not afford to buy for him. He pushed them around a pretend race track he had created, until his mother found out and he "got in so much trouble." Asked what it meant to get in trouble like that, at first Alejo said, in a deflecting and minimizing tone, "they grounded me, stuff like that."

235. In a recurring pattern, when talking about his relationship with his mother Alejo said one thing, in abstract and vague terms, and then went on to give an example or tell a story that completely contradicted what he had just said. For example, asked to describe his mother before she was very depressed during and after his parents' divorce, Alejo first said three things: "I thought she was a pretty happy lady," "She was easy to talk to,"

and "We talked about school." But then, immediately after the "talked about school"

comment, ostensibly to give an example, Alejo added, "I'd come home and tell her 'I got

spanked today' and she'd say, 'Good – you need another one.'" He went on to describe

how his mother, for small infractions or annoyances, would hit him with a fly swatter or

whatever she could reach that would sting but not bruise or cause welts. Mostly,

however, when his mother was angry she gave him the silent treatment, refusing to speak

to him, "at times for an hour and at times for the whole day." Alejo still recalls "how

much that hurt me." (Tab 24, at ¶ 10.)

236.   His father was the main dispenser of corporal punishment. If Alejo had done

something "bad" during the day, his mother would make Alejo confess to father when he

got home from work that night. Alejo recalled his father's beatings, which consisted of

several lashes across his rear end with a folded belt, as extremely painful, much more so

than beatings with paddles at school: "They didn't hold back at school, but the belt hurt a

lot more." Also, beatings like those his father gave him can cause painful bruising and

welts that last for days.

237.   Like Wade Robertson, who viewed the physical abuse meted out in his family

as "discipline," Alejo told me that "every time" he got beaten at home or at school, he

"deserved it." (The only exceptions, in his eyes, were beatings at the school he attended

in first grade, where he was spanked for speaking Spanish.) A few minutes later,

however, Alejo acknowledged that his father's mood was a "big factor" that determined

whether or not he was beaten. In his declaration, he succinctly states, "We got our

whippings when Dad was angry." (Tab 24, at ¶ 10.) In our interview Alejo also recalled

a time when, just by luck, he narrowly escaped the "beating of my life" from his father,

because another child improbably confessed to having provoked Alejo into accidentally shooting out a neighbor's window.

238.  The trauma associated with Alejo's father's beatings was not limited to their painfulness and their arbitrary dependence upon his father's mood on any particular night. Until Alejo's parents divorced when he was around twelve years old, anticipation of his father's beatings was a source of considerable fear and dread on a regular basis. Alejo remembered vividly how his mother would say, "Wait 'til your dad gets home" and how from that moment on he would "think about it all day long." While punishing children by hitting them with a belt and the wait 'til your dad gets home" threat are still practiced in some subcultures of this country, this does not change the emotional trauma experienced by a child on the receiving end of such childrearing practices. When the beatings are severe enough to cause intense and lasting physical pain, a child will often attempt to cope with the emotional pain by internalizing his parents' message that they "deserved" such violence. The trauma is considerable, despite being banished from awareness. Like many other children subjected to such abuse, Alejo would grow up to inflict it upon Wendi, her cousin Brandon, and many children whose families were caught in the religious cult where Alejo was a "youth pastor," in which relentless and harsh physical abuse of children was seen as God's will and as every adult's duty.

239.  That Alejo was also emotionally neglected by his parents is suggested by the fact that he never provided, in his declaration or interview with me, despite questioning specifically designed to elicit such information, any examples of his mother or father truly listening to him or empathizing with his feelings. There was no indication in anything he said about his parents – except for the vague and immediately contradicted

"easy to talk to comment" about his mother – that he felt understood by them, emotionally supported by them, or safe to share his concerns or fears with them. When it came to the youthful fears and insecurities Alejo did discuss in our interview, about "girls and dating," he explicitly said that he knew his parents would use whatever he said against him (by revealing it to his aunts and uncles, who would surely use the information to torment him).

240. **Emotional and sexual abuse by aunts, uncles, and parents.** Alejo recalls spending most of his "family time" in his childhood and early teen years with his mother and his paternal aunts (he seldom saw his maternal aunts). He reports that "all" of his aunts, but particularly Lupe and Celia, were "very harsh in the way they constantly made jokes and teased, primarily about sexually related things." (Tab 24, at ¶¶ 7, 22.) From as early as he can remember, even before he became a focus, "sex talk and sexual jokes were always in my awareness." (Tab 24, at ¶ 22.) When they were eventually directed at him, as he entered puberty at eleven or twelve, his aunts continually teased him – about his alleged sexual desires and designs, and especially about masturbation. (Tab 24, at ¶ 7.) In his interview with me, he gave the example of innocently asking an aunt the question, "how is my niece related to me?" and getting the response, "If you mess with her your uncle will cut it off!" Another example: His aunts asking to check and see if his palm had grown hairs from too much masturbating. (Tab 24, at ¶ 7.)

241. Alejo remembers this constant sexualized teasing – bullying, actually – as "unbearable." It was especially unbearable because no adult even attempted to protect him from this verbal sexual abuse, let alone helped him deal with its effects. His mother and father often joined in, as did his aunts' husbands. Alejo is still pained to remember

his early teenage years – the embarrassment of being around his aunt's hyper-sexual conversations and constant teasing, the horror of his own mother joining in the laughter at his expense. (Tab 24, at ¶ 7.)

242. Although this behavior of his aunts, uncles and parents did not involve physical contact, it was not only emotional abuse but *sexual* abuse. It was adults exploiting children, purely for their own twisted pleasure, as unwilling recipients of their own perverted sexuality. As Alejo makes clear in his declaration and did in his interview with me, their behavior was aggressive and cruel, disrespectful and shaming. In our interview Alejo recalled, "I found out if you get mad it would just go on and on. It's like a bully on the playground: if you react he's on you." Although Alejo describes learning to walk away as soon as they started in on him, those opening – and often humiliating – attacks were still uncontrollable and inescapable.

243. The uncontrollable and inescapable aspects are important to highlight, because ample research has shown that abuse (and significant stressors of any kind) with those two characteristics is quite traumatic and can lead to posttraumatic symptoms or full-blown PTSD. Another critical variable that determines the nature and severity of the effects of sexual abuse is the identity of the perpetrator(s). The more dependent the victim is upon the perpetrators, and more the abuse constitutes a betrayal of trust, which is always the case with family members and most extreme when parents commit the abuse, the greater the negative psychological and biological effects. Obviously, if the variables of controllability, potential for escape, and relationship to perpetrator are "held constant," sexual abuse involving physical contact will be more harmful than noncontact sexual abuse. Nonetheless, noncontact sexual abuse, including the verbal forms to which

young Alejo was repeatedly subjected, can be quite harmful to prepubescent children and

teenagers, in a variety of lasting ways. Alejo Ochoa constitutes an excellent case study of

such harmful effects, including obsession with sexual thoughts and fantasies, compulsive

and impulsive sexual comments and behaviors, and repeating against others the same

kinds of sexual abuse he experienced as a child.

244.                                                REDACTED

245.                                                REDACTED

Although he probably did not reflect on it consciously, Alejo learned from his relatives'

abuse that he, and children in general, could be treated by adults as objects of sexual

exploitation.  What he did reflect upon, however, was that adults could be very cruel and

sadistic in their sexual abuse of children --                         REDACTED

REDACTED

246.                    REDACTED

Alejo's first sexual experience involving physical contact occurred when he was thirteen or fourteen years old. A friend's older sister, who was around seventeen years old at the time, directed Alejo and her younger sixteen-year-old sister to have sexual intercourse, and they did. Alejo recalls, "I was so scared not knowing what was going on. The older sister told me not to say anything to anybody. I ran home. The experience was exciting, scary, and confusing." About a year later, the same sisters told him to take his penis out of his pants, then the older sister directed the younger one to perform oral sex on Alejo. Again the experience was extremely unpleasant and frightening: "The older one was laughing and the younger one did not like what she was doing. I recall a lot of laughing and again being told not to say anything to anybody. After that, I would not go over there." (Tab 24, at ¶ 20.)

247. These confusing, disturbing and frightening initial sexual experiences of Alejo's, which involved sudden and intrusive acts of oral and genital intercourse under the orders of an older and more knowledgeable person, were experiences that he had no chance to sort though and understand. He could not tell his parents or adult relatives, who would have ridiculed him and added another layer of abuse and humiliation. At the same time, these experiences made Alejo more vulnerable to sexual predation that involved a kinder and gentler, more gradual and "teaching" approach –                    REDACTED

248.                                   REDACTED

249.                                   REDACTED

250. **Pathways to becoming an adult perpetrator of child sexual abuse.** Children
need to be *protected* from the sexuality of adults, and not to have it used against them in
exploitive and abusive ways.  Children also need to be protected from situations –
including major emotional neglect – that can lead them to become focused on sexual
stimulation as a substitute for more healthy and age-appropriate pleasures, or focused on
sexualized attention as a substitute for healthy affection, caring and love.

251. Comparing Alejo's childhood with those of Skip Robertson and his brothers shows two different pathways by which children can be prematurely sexualized by adults and then grow up to become adults who sexually abuse children themselves. As discussed above, because the human brain responds to stimulation of the body's sexual organs as pleasurable, there is great risk that neglected children, like those in the Robertson family, can latch onto sex as a substitute for emotional connection with others, and as an addictive way to sooth themselves. And as was true for Skip and his brothers, to this premature and pathological focus on the pursuit of sexual pleasure can be added layers of hyper-masculine gender socialization, including fixation on sexual conquest and physical aggression, which can lead to sexual exploitation and sexual violence. That was the pathway to becoming a perpetrator of child sexual abuse in the Robertson family.

252. In Alejo's family the pathway was different, and appears to have unfolded in stages. In the first phase, little Alejo learned that sex was something he did not understand but that adults used against children – by teasing, humiliating and otherwise abusing them with harsh words. He implicitly came to understand that sex was a part of him which was somehow important, and something adults imposed on children as a way to make them objects of ridicule. In the second phase, as a pre-teen whose hormones were starting to kick in and who was becoming aware of sexual interests and desires, Alejo became a direct target of the adults' relentless, aggressive and humiliating sexualized comments. His own sexuality became infused with fear and shame, as well as a realization that he had no one to defend him from such attacks and help him feel safe in his changing body and mind – let alone to help him make sense of those changes and their implications for his relationships with peers. In the third phase, early in his teens,

Alejo was coerced by older teenagers into confusing, frightening and humiliating sexual experiences with peers, and explicitly told, in a threatening way, that he must never tell anyone what had happened. By then he had already despaired of any adults helping him understand and navigate sexuality, and now teenage girls, to whom he was feeling sexually attracted, were simultaneously experienced as dangerous, threatening and potentially sources of even greater humiliation and shame than his aunts, uncles and parents.

253.                                    REDACTED




For his whole childhood Alejo had longed for a relationship with an adult who truly listened to him, cared about his problems, helped him through his confusion and taught him things that helped him navigate relationships with his peers.  As a teenager, especially given his history of prior abusive and exploitive sexual experiences, Alejo felt particularly desperate for adult understanding and guidance with regard to his sexuality.                       REDACTED




. Indeed,

Alejo falls into what is known, in the sex offender literature, as the "regressed pedophile"

type. That is, he can be understood as a profoundly emotionally immature man who, even though married, is incapable of having a healthy intimate relationship with an adult partner, and instead seeks emotional intimacy, partnership and sexual pleasure from children – who he experiences, compared to potential adult partners, as innocent and safe, thus the best match for his own child-like immaturity. In short, Alejo believes that for him to have a sexual relationship with a child is a good thing, and that, all evidence to the contrary, he is actually helping and even loving the child.

254.                                REDACTED                                , Alejo would also become a man who compulsively reenacted, in the role of the perpetrator, sexual abuse which he acknowledges is not caring or helpful in any way to those on the receiving end, especially children. That is, as an adult Alejo regularly engaged in the same kinds of verbal sexual abuse that his aunts, uncles and parents had inflicted on him. As we shall see, several witnesses consistently describe how Alejo – as fellow a church member, youth minister, and parent – constantly made sexualized comments and innuendos, and constantly imposed sexual interpretations on innocuous objects and non-sexual behaviors of others.

255.  Indeed, in adulthood Alejo repeatedly cycled through re-enacting all of the forms of sexual abuse to which he was subjected as a child and teenager. Alejo's path to becoming a sexually abusive adult was different from that of Skip Robertson. But the conditioning was, in its own way, just as powerful; and the absence of any help averting that developmental trajectory, just as complete.

256.  **Father's affair, parents' ugly divorce, family split in two.** When Alejo reflects on formative negative experiences in his childhood, he puts his parents' "ugly"

divorce, which unfolded when he was thirteen or fourteen years old, at the top of the list. The impetus was his mother's discovery of his father's affair with another woman, who his father went on to marry. (Tab 24, at ¶¶ 13, 14.) For months Alejo overheard and directly witnessed "yelling and a lot of fighting with physical violence," and he "spent a lot of time outside our home crying" as his parents battled inside. (Tab 24, at ¶ 14.) Alejo recalls feeling like he could not talk with either parent, and utterly alone with his anguish, fear and confusion.

257. Eventually he was able to reconnect with his mother, but not his father. Alejo lost respect for his father and felt like he no longer loved him. They even had a physical fight, at a family picnic after his father slapped his mother and Alejo responded by punching his father in the mouth. (Tab 24, at ¶¶ 14, 15.) Alejo only saw his father a few times after the divorce, and completely lost touch with him for many years starting when he was eighteen years old. Both children felt forced to take sides and the family was split in two. Alejo aligned with his mother and lived with her. His sister became estranged from their mother, lived with their father and his new wife for awhile, then returned to live with Alejo and their mother but constantly fought with her. (Tab 24, at ¶¶ 16, 17.) Although Alejo continued to feel connected to his mother, at least to the extent possible within the context of their always emotionally neglectful family, he describes his mother as becoming "depressed and bitter" and developing "a drinking problem" after the divorce, first drinking after work and then "all the time." (Tab 24, at ¶ 18.)

258. For Alejo too, the divorce was a "big turning point" that he sees as starting him on a downward spiral. Like many children of divorce, he felt deeply ashamed and blamed himself. Feeling even more alone than he always had, Alejo recalls that he

"fended for myself and started getting into trouble," including abusing alcohol and drugs. Previously there were parts of his experience, including his sexuality, which he knew it was pointless and even perilous to share with his parents and adult relatives. After the divorce he learned, in general, "to hold things in and not show how I was truly feeling." This became particularly true as he got deeper into using and then trafficking illegal drugs. (Tab 24, at ¶ 19.)

259.  **Teenage alcohol and drug abuse.** In junior high school, even before his parents' divorce, Alejo brought miniature bottles of hard alcohol to junior high school. He drank one during lunch one day, which got the attention of other kids, to whom he started selling the little bottles of whiskey that his father had bought at a liquor store in Nogales, Mexico. (Tab 24, at ¶ 23.)  He recalls starting to drink heavily during the divorce, and then using marijuana and, by freshman year of high school, cocaine and hallucinogens.  After the divorce there were about thirty large bottles of whiskey that Alejo's father had left behind in the house, and Alejo poured that whiskey into the small bottles, which he then sold, refilled and resold to other kids. (Tab 24, at ¶ 23.)

260.  Alejo reported trying marijuana for the first time at about fifteen years old, while on a trip to Mexico with one of his aunts. With the experience of selling little bottles of whiskey from Mexico under his belt, the enterprising (albeit foolish and reckless) teenage Alejo got phone numbers from people he met in Mexico, with whom he "later connected with to arrange deals for the sale of marijuana."  He also acquired phony documents and papers claiming he was 21 years old, which allowed him to cross the border on his own, and made his first trip alone at age sixteen. Alejo then learned "how to be the go-between guy and get part of the cut on marijuana deals," a role he continued to

play all through high school (Tab 24, at ¶¶ 24, 25), and which, as described below, would

end with the most violently traumatic experience of his life.

261.  Early in high school Alejo turned to harder drugs, including cocaine and two

powerful hallucinogens, LSD and mescaline.  Barry Lorts, a friend of Alejo's in high

school who would later found the fundamentalist Christian church and school where

Alejo would become a youth pastor and Wendi would experience totalitarian control and

routine beatings, corroborates Alejo's memories. "We hung out together, and we were

druggies. We did our share of acid and smoked marijuana." (Tab 16, at ¶ 3.)

262.  Like many cocaine abusers, Alejo liked it because "It felt good and made me

confident." Within two years his cocaine use dramatically escalated, to "two or three

times a week," and he maintained such frequent use for "a two-to-three year period" from

around age sixteen until senior year of high school. (Tab 24, at ¶ 32.)  Alejo recalls taking

"about thirty hits of LSD" and using mescaline many times as well.  These are extremely

powerful drugs known to cause not only hallucinations but severe cognitive and

emotional disorganization, often associated with intense confusion and fear in what are

known as "bad trips."  Yet Alejo insists "I had all good trips on acid," and says it was his

"drug of choice," that is, his preferred drug because he liked its effects on him more than

those of any other drug. What those effects were, and why he liked them so much, are

very telling: "When I did acid, I was in my own little world and I liked that. I did not

have to be around people and everything was calm.  It felt like an out of body experience.

I never did it in a group setting." (Tab 24, at ¶¶ 33, 34.)

263.  It appears Alejo is still in his own little world when it comes to those

experiences.  In our interview he professed, with evident sincerity, that he still believes he

walked on top of eucalyptus trees during an LSD trip. Alejo has always been very limited in his capacities to emotionally connect with others and negotiate relationships. So it makes sense that, while Alejo liked the confidence of the cocaine high, he much preferred the LSD-induced experience of being completely in his "own little world," that is, disconnected from reality, including other people and relationships.

264. Alejo reports that during senior year of high school he "started trying to clean up my drug use," which meant quitting cocaine and hallucinogens but still regularly drinking and smoking marijuana. He recalls drinking the most soon after graduating from high school, when he was nineteen years old, but also that year deciding he did not like being drunk and no longer drinking such large quantities, and then cutting down further until he quit drinking altogether when he was 21 years old. (Tab 24, at ¶ 35.)

265.                                    REDACTED

266.                                        REDACTED

267. **Limited intelligence, competence, and motivation to achieve in school or work.** Alejo's school records indicate that, from the very beginning in first grade, he exhibited limited abilities and motivation either to learn or to apply himself. His adult work history reflects the same pattern.

268. Alejo's first grade report card has Ds and Fs in arithmetic, language, reading and penmanship. Though he received satisfactory ratings for "conduct" in all four quarters of first grade, the second half of the year he received "unsatisfactory" marks for "effort." Across all four quarters of first grade Alejo received check marks for "lacks interest" and "work carelessly done" or "no work done" (with the latter being a hand-written category added by his teacher). Lack of effort, however, was not seen as Alejo's main problem: his teacher checked off "work of grade too difficult" for every quarter.

Alejo was held back and repeated first grade. (Casa Grande Public Schools, Report to Parents, 1958-1959, Obtained by Capital Case Project.)

269.  In his second round of first grade (i.e., the 1959-1960 school year) Alejo was able to achieve Bs in all graded subjects throughout the year.  He was rated as showing interest but "unsatisfactory" for "effort" in two of the four quarters, and as "capable of doing better" in three of the four. (Casa Grande Public Schools, Report to Parents, 1959-1960, Obtained by Capital Case Project.)  Upon moving on to second grade the following year, however, Alejo's grades were almost entirely Cs and Ds. In three of four quarters that year he got check marks for "lacks interest," "work carelessly done," and "capable of doing better." (Casa Grande Public Schools, Report to Parents, 1960-1961, Obtained by Capital Case Project.)  On the next available report card, for 5th grade, Alejo's grades ranged from Cs to Bs (and two A-minuses out of 39 recorded grades).  Finally, on a comprehensive transcript document covering the school years from 1958 to 1967, Cs and Ds dominate the reported grades and selected teacher comments taken from those years include the following statements from years for which report cards are unavailable: "dreams and plays, has little interest," "no desire to learn," and "needs constant push to do work." (Transcript from Casa Grande Elementary School District, June 2, 1967, Obtained by Capital Case Project.)

270.  Records beyond the elementary school years have not been found. However by all indications – including Alejo's reports of being overwhelmed and distressed during junior high, when his parents were divorcing and he had already begun regularly drinking alcohol, and his corroborated report of spending his high school years heavily abusing marijuana, cocaine and hallucinogens – his academic effort was almost always negligible

and his academic performance poor. In addition, Alejo's chronic use of cocaine and hallucinogens could only have further eroded whatever limited intellectual capacities he would have possessed under the best of circumstances. As Cynthia Schaider, a core member of Harvest Family Church from 1980 to 2001 and someone who works for drug treatment programs, commented, "The first words that come to mind when I think of Alejo are 'drug burn-out.'" (Tab 34, at ¶ 6.)

271. Not surprisingly, Alejo's adult work history is spotty and unimpressive. Aside from a string of years in the mid 1990s to 2000s when relatives gave him work in the family's tortilla business, Alejo's history of paid work consists largely of short-lived, part-time jobs in landscaping and construction, including some where he was cheated out of wages by an unscrupulous manager or small business owner. (Tab 24, at ¶¶ 46, 59, 64; Tab 68; Tab 68.A.)

272. As someone relatively unmotivated and unable to find and sustain productive and profitable work, until 1997 at age 45, Alejo spent much of his work life in volunteer capacities – first in nonprofit drug treatment, in the early 1970s at PADAC, where he met Donna and Wendi, and then for fundamentalist Christian (cult) groups with whom he, Donna and Wendi were involved beginning in 1977.

273. **A profoundly limited and disturbed man.** The above account of Alejo Ochoa's childhood and work history does not capture him as a unique and complex human being. It focuses on his intellectual and emotional limitations; on the neglect, abuse and other traumas he experienced as a child and teenager, especially sexual abuse; and on how those limitations and traumatizing experiences derailed him from any

possibility of normal or healthy human development, especially in the realms of emotional intimacy and sexuality.

274.  As detailed below, several witnesses who knew Alejo in his 20s and 30s refer to him as a "pervert" and as a sexually "perverted" man who constantly and compulsively subjected women and girls to unwanted sexual comments and physical contact.  One of his favorite things to do was to suddenly lick his finger and rub it against a woman's or girl's ear.  He repeatedly fondled the breasts of a teenage friend of Wendi.  He dressed and photographed Wendi in lingerie, and forced her to look at "adult" toys and pornographic material. More recent examples of Alejo's sexual perversion, from his 50s, are two Valentine's Day cards he sent to his incarcerated daughter (the exact years that he sent them in the 2000s are unknown).

275.  The cards are perverted and disturbing – to anyone, although Wendi reports that she has only been able to acknowledge this to herself in the past two years, in the context of the investigation and evaluation leading to this report.  Just how perverted and disturbing the cards are can only be conveyed by showing the cards and quoting in full Alejo's hand-written notes on each. Here is the entirety of the first card:

 

(Obtained by Capital Case Project)

276.  Below is the second card. On the inside Alejo has written, "This is the first riddle. I'll send the answer with the next riddle. Have fun!! Dad." Under that is the text that came written on the card, "These are just a few of the things we have in common!" And under that Alejo has written:

"• I sometimes get balls caught in my throat.

• My box smells.

• I can have a little pussy."

 

(Obtained by Capital Case Project, copy attached at Tab 75)

277.  A few observations from my August 2011 interview with Alejo are also illustrative, and confirm the much more detailed picture painted by others (presented below). As described earlier, Alejo would often say something in abstract terms only to completely contradict his statement, literally in the next breath, with an example or story. Similarly, Alejo repeatedly averred something about himself in words only to demonstrate that just the opposite was true via compulsive and impulsive behaviors.

278. For example, on the one hand Alejo had defensive radar exquisitely attuned to any question that probed for sexual interest in Wendi or her friends. He would, as Shakespeare put it, "protest too much," denying any and all such motives or behavior whenever a question implied or barely hinted at them. When a question *was* explicit, as when I asked if he ever felt attracted teenager girls in his youth ministry and, if so, how he coped with that, Alejo flatly denied *ever* having felt *any* sexual attraction to those girls. On the other hand, despite himself – and thanks to the sexual obsessions and compulsions that dominate his thoughts and motives to this day, at age 59 – in the span of three hours Alejo made several inappropriate and provocative sexual comments to the female investigator who accompanied me on the interview. For instance, when asked whether he felt awkward the day after having sex with Donna the first time (in a PADAC office), and how they "ended the night" if such awkwardness was present, Alejo mentally latched onto the "ended the night" phase, yanked it out of context and blurted out, "breathing hard, ha ha ha!" He then immediately and excitedly looked for a reaction on the female investigator's face.

279. Such automatic, excited, and pleasure-seeking sexualized behaviors – and not his forced, tense, and implausible denials of ever having felt any attraction at all to Wendi, her friends or other girls in his youth ministry – reveal Alejo's true thoughts, motives, and behaviors with respect to sex. They are also consistent with the reports (detailed below) from several people who witnessed and were subjected to Alejo's compulsive and abusive sexual behavior in the church community where Wendi spent her older childhood and teenager years.

119

280. As shown below, such behaviors by Alejo Ochoa were probably the most powerful and destructive force in the childhood and adolescence of Wendi Andriano.

## VI.   AGES 4½ TO 7 – DOMINATED AND ADOPTED BY A PEDOPHILE

281. **Donna and Alejo have sex, Alejo moves in, and they marry.** Alejo and Donna both tell the story of how Alejo, on the PADAC board of directors when Donna was hired, decided he did not like Donna after finding remnants of marijuana "joints" under a mattress while helping her move to Casa Grande. (Tab 24, at ¶ 44; Tab 28, ¶¶ 47, 53) Yet within weeks of Donna's arrival, in February of 1975, after having no more than work-related conversations devoid of personal interest or attraction, Alejo and Donna suddenly had sex one night. As mentioned above, it happened in a PADAC office where Donna was working as Wendi slept in a nearby office. According to Alejo, "Late one night I went to the PADAC offices…. Donna and I started talking. The next thing I knew, we were kissing." (Tab 24, at ¶ 48.)

282. Within weeks Alejo was living with Wendi and Donna, and sleeping with them in the same bed, a mattress on the living room floor. (Tab 28, ¶ 69.) Donna recalls, "We never dated or had a courtship; we just had sex and moved in together." (Tab 27, at ¶ 184.) Alejo agrees: "We never really dated. We went from no relationship to being physically intimate in one night and then continued to see each other after that." (Tab 24, at ¶ 48.) On June 6, 1975, less than five months after first having sex, Donna and Alejo were married in a small ceremony. (Marriage License, Pinal County, Obtained by Capital Case Project) According to Donna, they got married "because Rick Miller and Al Farmer, who were part of our Christian group… told us it wasn't right for us to be Christian and living together without being married." (Tab 27, at ¶ 184.)

283. **Alejo's initial relationship with Wendi: More focused on her than Donna, evidence of sexual and emotional abuse.** Alejo says that by the time he first had sex with Donna, he "already had a relationship with Wendi," based on several interactions with her around the PADAC offices where Donna let her four year old daughter roam. (Tab 24, at ¶ 49.) When asked during our interview how Wendi "fit into" his early relationship with Donna, Alejo responded, "I didn't marry Donna for Wendi. That didn't enter my mind" (underline denotes emphasis in his speech). As we shall see, in great detail, from the testimony of several witnesses, it appears that Alejo "doth protest too much." All available evidence suggests that then, and for the rest of Wendi's childhood, Alejo was not only more interested in a relationship with Wendi than with her mother, but that he was focused on having a sexualized relationship with Wendi.

284. Indeed, Donna recalls:

> "Alejo was absolutely fascinated with Wendi as we were getting together, and once we were married Alejo's focus was mostly on Wendi. He was so much more interested in spending time with Wendi both before and after I married him than he was in spending time with me that it was almost like he married me to be with my daughter." (Tab 27, at ¶ 246.)

285. Donna also reports that Alejo began sleeping in the same bed with her and Wendi "shortly after they met," and that shortly after that Wendi began wetting the bed, which she had never done before. (Tab 27, at ¶ 244.) Wetting the bed is not an uncommon reaction of young children who are being sexually abused, and for Wendi's it may have been one of her only ways to resist unwanted contact from Alejo in the bed. Donna also recalls that when she awoke in the middle of the night to find that Wendi had

121

wet the bed, "sometimes Alejo was already awake" (Tab 27, at ¶ 244.) That Alejo had been awake even before Wendi wet the bed, perhaps pretending to be asleep while doing things that led Wendi to wet the bed, would be consistent with the account of Alejo's behavior by a teenage friend of Wendi's, who reports that Alejo repeated fondled her breasts as she and Alejo slept in Wendi's bed, and that Alejo always pretended to be sleeping when abused her.

286.  Looking back on the first several months of 1975, Alejo says he remembers little Wendi as a "sweet, outgoing child" who begged for money after being taught how to panhandle by a 60 or 70 year old man who owned a furniture store next to the PADAC offices. (Tab 24, at ¶ 50.) Donna also notes that even before she and Alejo married, "Alejo spent time with Wendi and knew a lot more about her than I did… He's the one who knew that she was panhandling and going around to beg for money…" (Tab 27, at ¶ 245.) In his interview with me, recalling his first impressions of Wendi as a young child, Alejo exclaimed, "Once she liked you, she could melt your heart. Everybody loved her." Asked for examples of this quality, Alejo spoke of "a lot of innocence in what she did," then went on to tell a story. The story he told reveals Alejo's psychological and moral confusion (at the time and now), and how, as young Wendi's new and – thanks to Donna's ongoing neglect – *primary* parent and disciplinarian, Alejo almost immediately began inflicting his confusion on Wendi in abusive and destructive ways.

287.  The story: Not long after getting involved with Donna and sleeping at their house, Alejo discovered that Wendi had been drawing (apparently for weeks) with crayons on back of a bedroom door. He called her into the room, pointed at the door and asked her to explain, to which she responded by proudly declaring, "Isn't it beautiful!" It

was indeed the response of an innocent child, one who had been – in the absence of adult supervision – simply creating a work of art in a spot that felt right to her. As Alejo himself commented, "She didn't know. She didn't think it was a big deal." He told her that crayons could not be used on doors or walls and that she would need to clean the door, to which she did not object. Alejo then gave her a cleaning rag and stood over her, monitoring her progress until, after about five minutes of enjoyably cleaning the door, Wendi declared, as any four year old child would, that she was tired and did not want to clean any more. Alejo's response? He "made her stay there an hour and a half," forcing her to continue cleaning, unmoved by the fact that "she was crying" almost the entire time. For four year olds, being forced to do *anything* they do not like for more than fifteen or twenty minutes is very distressing. A full hour and a half, with constant crying that evokes no compassion in the adult, could only be traumatic. Yet Alejo clearly believed – just as Skip did when proudly telling me of spanking his infant daughter to make her stop crying – that I would be impressed by the wisdom and effectiveness of this example of his parenting.

288.   In summary, within weeks of Wendi and her mother moving to Casa Grande in early 1975 Donna had, once again, handed her daughter over to a very confused and disturbed man. Donna was, once again, basically saying, "I don't want her. YOU take her." Alejo was more than happy to do so, and started what from then on would be the most important relationship in his life – and the most destructive one in Wendi's life, in which she would be subjected to Alejo's psychological, sexual and physical abuses for years to come.

289. **Donna and Alejo's early relationship, focused on religious fanaticism.** To the extent that Alejo had any interest in Donna, and that Donna and Alejo were connected to each other, their focus was not on their relationship with each other, let alone their shared responsibilities as Wendi's parents. Instead, Donna and Alejo were focused on their increasingly fanatical absorption in a small religious cult led by two men they had met in Casa Grande, Rick Miller and Allen ("Al") Farmer. Right after commenting that they never courted, "just had sex and moved in together," and got married because others told them too, Donna observes, "After I was married to Alejo, we became strict Christians. Rick and Al encouraged us to have meetings at our home..." (Tab 27, at ¶ 184.)

290. Rick and Al may have seen Donna and Alejo as the best candidates to create the local infrastructure for another small group of believers that they could indoctrinate, command and control. For example, Donna recalls, "it was common for Rick or Al to tell someone, 'I've got a Word. God says you have to break off from your family to join the ministry,' or 'God told me you are going into the ministry." (Tab 27, at ¶ 202.) In my interview with her, Donna shared a particularly sad early instance of such control and its potential to harm important relationships, in which Rick and Al ordered their followers to bring all of their family photographs and throw them into a fire. Donna dutifully complied, thereby destroying every picture she had of Wendi, as well as pictures of her sister and parents.

291. Like so many people who are vulnerable to being swept up in a cult, Donna and Alejo longed for someone or something truly and ultimately *good* – to love and care for them, to give them a sense of specialness and value as human beings, to rescue them from

124

the deeply ingrained feelings of un-lovability, unworthiness, and meaninglessness that were enduring legacies of childhoods of neglect, abuse, and demoralizing trauma. Like so many swept up in cults, for a time Donna and Alejo apparently believed they had been "saved" in those ways by the God and the Jesus of their imaginations, thanks to the beliefs they were taught and the "revelations" they experienced under the tutelage of their zealous and hyper-controlling cult leaders.

292. Donna recalls that on many occasions throughout her life, beginning when she and Alejo followed Rick and Al, she received "direct communication from God" while praying and speaking in tongues, and "healing and Gifts of the Spirit" in the forms of "being euphoric or held in a euphoric peacefulness." (Tab 27, at ¶ 192.) She describes how speaking in tongues can involve extremely intense positive or negative emotions, depending on what is being channeled through the person. She also notes "It's possible to say the wrong things or have things translated incorrectly, so that's why it's best to be in a gathering of 'saints' [true believers] when you exercise the gift...,"  and soon thereafter adds, "The pastors and elders of a church are more often the ones both speaking in tongues and translating." (Tab 27, at ¶ 195.) Whether or not speaking in tongues can be a valid religious experience involving revelations from God, Donna and Alejo were extremely confused and limited people, and highly vulnerable to manipulation by the leaders of their religious group.

293. Alejo describes how, about two years before meeting Wendi and Donna when he was 22 years old, he came to "make Christ my Lord and Savior" with the encouragement of Calvin ("Cal") Lorts, with whom he had drank and used drugs in high school. Alejo's story of his first baptism is bizarre. The story includes Alejo, Cal and

125

Cal's brother Barry picking up a hitchhiker who claimed to be from another world, which Alejo apparently interpreted as a sign from God. (Tab 24, at ¶ 37.) Like Donna, Alejo also glowingly describes speaking in tongues. While Donna highly valued the euphoria and "euphoric peacefulness" she experienced, for Alejo one of the best parts was speaking "a heavenly language that is between God and me." (Tab 24, at ¶ 38.)  This fits with what Alejo most loved about his drug of choice, LSD: being in his "own little world" and not having to be "around people." When speaking in tongues, Alejo is in his own little world, albeit while imagining God in there with him. Even more telling is Alejo's account of his first time speaking in tongues: "I felt like a well had opened up... I was freaking out. I could not stop and I did not want to. The feeling was unbelievable. I got scared and went out on the road to pray. It felt like a sexual experience started and I began to feel excited and it felt more and more like I was having an orgasm." (Tab 24, at ¶ 40.)

294.  Despite what Alejo saw as a very auspicious beginning, his initial sexually-charged religious fervor was short lived.  Not long after Alejo's orgasmic speaking in tongues experience, Cal Lorts left Casa Grande to study to be a minister. Alejo stopped going to church well before he moved in with Donna and Wendi in early 1975. It was Donna who introduced Alejo to Rick and Al. (Tab 24, at ¶ 62.)

295.  In May of 1975, the month before Donna and Alejo were married, Donna quit her job because of what she saw as a "conflict of interest" between her work at PADAC and her Christian faith. She became convinced that, given the high recidivism rates of the drug abusers treated there, that "only Christian programs and finding God actually

worked to help drug addicts break free of their addictions and recover from drug use."
(Tab 28, ¶ 71)

296. **Wendi attends kindergarten and first grade in public schools, is adopted by Alejo.** A couple of months after marrying Donna and Alejo left the apartment with Nicki Barnes and her daughter Tascha and moved in with Alejo's mother; in September they moved into newly built low-income housing in Indian Hills, on the outskirts of Casa Grande. (Tab 28, ¶ 72)  Wendi attended public schools for kindergarten and first grade, and Donna reports that Wendi got along well with her peers at school and continued to have Tascha as her "main friend." (Tab 28, ¶¶ 72, 73)  Reports by Wendi's kindergarten and first grade teachers document that she did well in school and progressed in her learning over each year.  Her kindergarten teacher commented that Wendi was "stubborn but likes to help peers" and her first grade teacher gave her "satisfactory" or "excellent" ratings in all academic and social categories. (Saguaro Elementary School, 1975-1976 Kindergarten Report Card, Obtained by Capital Case Project; Evergreen Elementary School, 1976-1977 First Grade Report Card, Obtained by Capital Case Project.)

297. On July 30, 1976 Donna and Alejo filed papers for him to become Wendi's adoptive father. On January 31, 1977 the adoption was granted, and to his de facto authority over Wendi's life, thanks to Donna's neglect, were added legal sanction and rights. (Superior Court of the State of Arizona, Decree of Adoption, January 31, 1977, Obtained by Capital Case Project.)

298. **Wendi absorbs religious beliefs of her parents, to her detriment.** Donna reports that she and Alejo "didn't seek medical treatment" when Wendi was growing up, because they "believed that God would heal us when we became sick." As Donna

acknowledges, this meant that Wendi almost never saw a doctor, even when she was quite sick. (Tab 27, at ¶ 186.)

299.  Donna recalls one instance, when Wendi was about five years old and "so sick that she had been crying and couldn't get up or move around." Already sick for a day or two, her fever started spiking and became "very, very high." Donna and Alejo had no medicine, not even aspirin. Looking back Donna is aghast at their ignorance and recklessness: "Heaven forbid that we might have had any of the Devil's stuff, which at that time for us meant anything like a thermometer to measure a child's fever or an aspirin to help bring it down." (Tab 27, at ¶ 187.) Wendi's condition worsened over the next few hours, Donna finally got scared enough to break free of her "God will heal us" delusion and finally declared, "I'm taking her to the doctor," to which Wendi replied, "No, I don't want to go to the doctor. Jesus is going to heal me." (Tab 27, at ¶ 188.) Alejo was content to go along with what Wendi said, and Donna did not take her. They prayed together instead, and eventually the fever passed.

300.  Looking back now, Donna notes, "It's hard to believe in retrospect that we listened to a five-year-old and prayed instead of seeking medical attention, but that's how we were at the time." (Tab 27, at ¶ 189.)

301.  **Wendi's autobiographical memory impairments and minimal memories of age five to seven.** As noted previously, before age five the region of the human brain necessary for encoding long-term memories of specific life events has not sufficiently matured to reliably do so, except for highly emotional events that are discussed with others over time (as that part of the brain matures). After age five, however, such memories are continually being encoded, and those with heightened emotional and

personal significance will generally be accessible for retrieval for the rest of one's life. Importantly, those memories are not like videotaped representations, or totally accurate renditions of what happened that do not change over time. Rather, the central or most significant details tend to be accurate and resistant to change over time, but in general the memories are malleable and, every time they are retrieved, subject to "editing" processes – based on current emotions, self-understandings, etc. Thus normally an adult will have a large store of personally significant memories beginning at age five, including memories of events that were particularly emotionally significant when the events occurred and that remain emotionally significant, though perhaps in different ways thanks to new adult understandings and interpretations. Finally, although every emotionally significant autobiographical memory may not be easily and instantly accessible under all circumstances, with the right "retrieval cues," including non-suggestive probes from a skilled interviewer, a person should be able to retrieve them into awareness.

302.  In my interviews with Wendi, she had remarkably few memories of her *entire* childhood, not just before age five. When Wendi did remember something from those years, she tended to remember in generalities, not in specific episodes. A significant body of research has shown that such "over-general autobiographical memories," or difficulty recalling specific events, is common in people who suffer from depression and/or PTSD. The latest research suggests that the person's brain automatically and prematurely aborts the "strategic search" processes necessary to retrieve such specific "episodic" memories, and does so out of (automatically-arising and usually non-conscious) fear that retrieving such memories will release unwanted, unpleasant, disruptive, and potentially overwhelming emotions.

303. Another well-established explanation of the inability to recall specific memories, particularly ones involving traumatic experiences of abuse and betrayal by parents and caregivers, is that the brain "dissociates" or disconnects such memories and related representations (e.g., images of and beliefs about oneself and others) from representations that constitute more typical and safe ways of perceiving, thinking and remembering in daily life. This dissociation, like the premature aborting of strategic search for memories, includes automatic attempts at self-protection in the moment; it also can involve chronic disconnections from each other of whole realms of experience and identity, such that personality and identity are highly fragmented. That is, all of us have different ways of thinking, feeling, remembering and relating to others, and some of them – those associated with intense emotions like fear, shame, or anger, or an intoxicated state, for example when one's had too much to drink – are very different from the ones we embody and identify with on a day to day basis. That's why we look back on embarrassing emotional outbursts or other extreme behaviors and think, "I can't believe I did that," or "That's not how I want to be." For highly traumatized people who experienced chronic neglect and abuse in childhood – and never had loving and supportive relationships to help them deal with the feelings and memories – those extreme "not-me" or "another-me-I-don't-like" states can include whole realms of memory (e.g., experiences of sexual abuse by a father) and feeling (e.g., fear, anger); can be much more frightening; and, when they do emerge, can be much more disruptive of thinking and behavior. When this is the case, the person is "highly fragmented" and ordinarily lacks conscious access to feelings and memories associated with childhood neglect and abuse, especially those of fear, shame, sadness or anger.

304. Based on my multiple interviews with Wendi Andriano, it is my assessment that she is extremely traumatized from childhood neglect and abuse, and suffers from an extremely fragmented personality. In the constrained context of our interviews, this manifested most clearly in Wendi's remarkably limited ability to retrieve specific autobiographical memories, especially from childhood; in her extreme difficulty accessing specific memories of unpleasant experiences, especially (though not only) from childhood; and in her extreme fear of accessing such memories, including her fear, stated from the outset of our interviews, that such memories might not be accurate and might cause harm to others, especially her adoptive father Alejo. Even when it comes to Wendi's over-general autobiographical memories, she is often unable to access any visual images. She repeatedly said "I feel like" this or that used to happen, but was unable to call up any images or other memory representations (e.g., words spoken) of what she "feels" was said or done. Wendi appeared to be making genuine and concerted attempts recall images and words, but simply drawing blanks. She often apologized and spoke of feeling bad about failing to remember more than such feelings. I have never before encountered a patient or defendant with such a severe disturbance of the capacity to recall autobiographical memories, not only of specific incidents but over-general memories of the kinds of experiences she typically had.

305. With this assessment of Wendi's memory dysfunction and personality fragmentation in mind, we can consider the few memories Wendi does report from the time in her life between first meeting Alejo (at four and a half years old) and completing first grade in Casa Grande. As noted above, she recalls almost nothing of her mother, except of her mother sewing clothing for her when she was in kindergarten, a memory

which has no sense of emotional connection to her mother and led to the associated sad recognition, "I don't have that feeling that she loved me." Wendi also recalls feeling sad about not seeing her grandmother any more after the move to Casa Grande. Asked for her earliest memories of Alejo, Wendi replied, "Nothing specific," then added, "I do know that my Grandma didn't like him, and I was aware of that." She also recalls, in general terms, that from as early as she can remember she "always knew his background, that he was not from the church," and that he told her stories of having done drugs and being a "drug mule." Wendi also reported general but not specific memories of kindergarten, specifically of being "motherly" toward the other children and really liking it "because I always had a lot of them around me and got a lot of attention there."

306.  Finally, Wendi reported general memories that, since her arrest and before examinations by defense experts, had led her to wonder about sexual abuse by her biological father or other members of his family. From as early as she could remember, she said, "I always had that awareness of sexuality, but you're not supposed to as a child, so why did I have that in my head all the time?" She elaborated further, looking back over her entire childhood, though again, the memories cover from age five on up: "Being aware of that extra something that always comes from men…. Growing up I always used to think that men were always so sexual about everything. Along with the disgust would come this need, because I was always pretty flirtatious to men. It was really important to me that I had their attention. But then, when I would get their attention, I felt like I was nasty. It doesn't make sense to me." These are classic symptoms exhibited by girls sexually exploited and abused from an early age, before their brains could encode specific autobiographical memories that could be retrieved later in childhood or

adulthood. Indeed, what Wendi describes – the inexplicable yet ever-present awareness

of men's sexual attention, the automatic yet disturbing responses to that attention – are

well-known among child abuse researchers and therapists as *implicit* memories of sexual

abuse and *procedural* memories of how the child was conditioned to respond to that

abuse.

## VII.   AGES SEVEN TO NINE – POVERTY AND FANATICAL CONTROL OF A "TRAVELING MINISTRY" CULT

307.  In the first decade of their adult lives and the early years of Wendi's, Donna and

Alejo were particularly confused, and often deluded. This manifested most clearly in their

being swept up into the religious cult led by Rick Miller and Al Farmer, and their

bringing Wendi along for the ride while never stopping to think seriously about her needs

for stability and well-being.

308.  Looking back now, Donna acknowledges just how desperate she and Alejo were

to be good, and to serve and be loved by God – and how their desperation was matched

by their confusion:

"We were young in the Lord at the time when we entered the traveling

ministry and very zealous Christians. In those days after we received

revelations from speaking in tongues, we pulled out scriptures to make them

match what we wanted to believe or make them mean what we wanted them

to mean…. we went over the edge because we were so intent on doing

everything right, the way we felt God wanted us to do everything." (Tab 27, at

¶ 203.)

309. **Joining the "Fishers of Men Traveling Ministry."** As noted above, Donna remembers Rick and Al telling people God wanted them to leave their families and otherwise follow Rick and Al's mixture of self-serving and self-deluded visions and demands. Sometime around June of 1977, Donna and Alejo heeded that call. They believed it had first come "from God through prayer in tongues" (Tab 27, at ¶ 204) and that they had received "confirmation while praying in tongues with Rick and Al translating." (Tab 28, ¶ 77.) Donna recounts how she and Aljeo "gave up our house and possessions except for a couple of boxes… and departed to go on the road with Rick Miller and Al Farmer…" (Tab 27, at ¶ 204.) Not only did they leave their few remaining possessions behind, but they "cut off all contact with family and everyone else we had known and stayed out of contact for the entire time, from about June of 1977 until about September of 1979." (Tab 27, at ¶ 204.)

310. Donna also acknowledges that she and Alejo never considered Wendi's needs when making their decision. "Alejo and I never thought about what Wendi wanted or what might be good for her in our decision to join the traveling ministry." As Donna recalls, by that time "Wendi was so obedient, and used to being around adults… that when we told her we were doing what God wanted us to do, she fully and unconditionally accepted that." (Tab 28, ¶ 78)

311. The group's plan or mission was to travel from Arizona to California, teaching their version of the gospel along the way, and recruiting others into their group, until reaching California where they would join Rick and Al, who had another church there. (Tab 24, at ¶ 63.)

312.  Not surprisingly, their fellow travelers in this "traveling ministry" were apparently as wounded and confused as they were, and those with children were equally incapable as parents. For example, Donna and Alejo report that the group's first stop was Wilcox, Arizona, where Donna recalls staying for a few weeks until they left suddenly, in the middle of the night, "because Child Protective Services [CPS] had been called and a report made about Rick and Rosalie [a woman in the group] abusing Rosalie's baby son and her daughter, who was about two or three years old." (Tab 27, at ¶ 205.)  After the CPS visit Rosalie left with the group, abandoning her children to her own mother and, as far as Donna knows, Rosalie never regained custody. (Tab 27, at ¶ 205.)

313.  Next they went to Tucson and, for about ten months of 1977 and 1978, stayed in the home of another woman in the group "while trying to get the traveling ministry together." (Tab 27, at ¶ 207.)  From that point on the group had a core of nine people including Donna, Alejo and Wendi; others would join temporarily but not continue on to the next destination along the route to California.  In Tucson the goal was to amass resources for the journey to California. Alejo and the other men painted houses and did temporary odd jobs to pay for living expenses.  (Tab 27, at ¶ 208; Tab 24, at ¶ 64.) Alejo reports that a painting business owner fled to Mexico without paying $12,000 in wages owed to Alejo and another man from the traveling group. (Tab 24, at ¶ 64.)  The women did cooking and cleaning and other home-based tasks, including schooling Wendi.

314.  **The traveling cult on the road: Poverty, totalitarian control and brainwashing.**  Eventually the group left Tucson, in a caravan consisting of a converted school bus pulling a VW van and a pick-up truck pulling a fifth-wheel trailer. (Tab 24, at ¶ 66; Tab 27, at ¶ 207.)  The school bus had a kitchen and a "toilet-type thing, like a

portapotty." (Tab 27, at ¶ 207.)  From then on, for at least another year, the group would

live in extreme poverty. John Shaddle, who joined and traveled with the group while

Wendi's family did, for about five months in 1979, recounts how poor the group was.

"There wasn't much food around, for one. A meal consisted of tortillas and fried

tomatoes." (Tab 36, at ¶ 6) Donna remembers often being so hungry that they "ate old

food out of the trash or searched for pennies on streets to try to collect enough money to

buy a bag of beans." (Tab 27, at ¶ 213.) Stephen Shaider, who would come to know

Wendi's family after they left the traveling cult, recalls Donna telling him the group

depended on Wendi's panhandling to support themselves, and that "no one could resist a

cute girl begging for money." (Tab 35, at ¶ 6.)

315.  The poverty of freedom and personal autonomy was just as extreme, and

perhaps even more harmful to Rick and Al's followers, including young Wendi.  Donna

recalls how Rick exerted constant dictatorial control over the group's resources and his

followers' behavior and thinking – over all money; over who could do what, and when,

including who they were allowed to talk to; and over regimented daily routines that

caused chronic sleep deprivation.

316.  As John Shaddle recounts, Rick was "a very charismatic person... the 'big

hook,' appealing to many people who took interest in the ministry." (Tab 36, at ¶ 2.) At

the time, John was nineteen years old and, having just separated from his wife, vulnerable

to being swept up in the group. John notes that Rick and Al were older than their

followers, who aside from him were, like Alejo and Donna, in their early to mid-twenties.

Looking back, he says, "In hindsight, the group was pretty far out there and today I

would describe it as a cult." (Tab 36, at ¶ 3)  Donna goes into some detail:

"We woke up at a set time, five o'clock in the morning, when Rick and Al decided we should get up, and the adults and Wendi were expected to wake up singing, 'Glory, glory, rise and shine and give God glory,' and continue singing until everyone was up…. [E]ventually we all just hated to hear them singing and having them wake us up…. We didn't get much sleep for most of the time,.. It was really a lot like brainwashing. We studied scriptures every day before we ate, washed up, or did anything else other than maybe going to the bathroom. Rick and Al kept us on a very tight routine all day." (Tab 27, at ¶ 210.)

317. Donna recalls how, in classic cult fashion, "other than the people we ministered to and the occasional prospective members of the ministry, we did not associate or talk to other people or outsiders because Rick and Al did not allow it." (Tab 28, ¶ 84.) Donna also recalls how Rick and Al "always assigned plenty of chores to keep us busy at all times… Everyone was always so busy that we never had a chance to just sit and relax. With extremely rare exceptions, there was zero leisure or personal time during our years with the traveling ministry…. It got so that we never really thought about anything, just did what we were told all day, from one day to the next. I can see in retrospect how it got to be like a cult." (Tab 27, at ¶ 212.) Indeed, everything Donna describes is consistent with how cults are run, with the leaders exerting totalitarian control over their followers, including when they can eat or sleep. And the chronic imposition of sleep deprivation and indoctrination, in this case constantly reading scriptures interpreted for them by Rick and Al, are standard mind control techniques used by cult leaders.

318. This totalitarian control was applied to Wendi too, the only child in the group. She was always assigned chores when she wasn't being schooled. These included washing dishes, cleaning up the living area, helping to wash the vehicles, and being a gofer for the seemingly unending stream of construction projects. (Tab 27, at ¶ 212.) For two years, Wendi had little or no time to simply *play*. Instead, she was forced to serve others, and to make sure the adults, especially the men who ordered everyone else around, were happy.

319. As described above, Wendi had been conditioned to obey and serve adults from the beginning of her life, when Skip harshly imposed his potty training regime on her. When Donna handed Wendi over to Alejo, before the traveling cult, he picked up where Skip had left off. The traveling cult was an extension and intensification of the domination and subservience to which Wendi had always been subjected by her mother's husbands. Before the traveling cult, if no controlling and abusive men were around, Wendi could play with her friend Tascha; when in day care, as well as kindergarten and first grade, Wendi could play with other children in classrooms and on the playground. Before the traveling cult, she had always had opportunities to be free from controlling adults and (often) abusive men. For those two years in the traveling cult, however, there was virtually no escape from control by Rick and Al. There was little or no time for play. This could only have a dispiriting and depressing effect on Wendi – as it would on any child – no matter how much her innate temperament may have inclined toward cheerfulness and playfulness.

320. Finally, Donna and John Shaddle both describe how members of the group, when not doing chores or working to support the group, would go out preaching and

"ministering" on the streets, which meant singing, reading scripture and preaching their interpretations of scripture. (Tab 36, at ¶ 6; Tab 27, at ¶ 211.) John recalls that Rick and Al, who sent the younger men to work every day and controlled every penny they made, never worked themselves. Instead, they would stay back with the women and Wendi, reading scripture all day as the females did chores and Wendi was schooled. (Tab 36, at ¶ 7; Tab 27, at ¶ 216.)

321. **Wendi's home and on-the-road schooling.** Wendi was the only child in the traveling group. When she would otherwise have been in second and third grade of formal schooling, she was home-schooled by her mother and other women in the group, who used teaching materials from a private school organization and old textbooks. Donna recalls teaching Wendi English in the mornings, and two other women teaching her Spanish, as well as science (sans evolution) from the textbooks. A man in California briefly taught Wendi math. (Tab 27, at ¶ 215.)

322. **Increased physical abuse of Wendi.** As described above, from when Wendi was a toddler Donna had used spanking and physical pain not only to discipline Wendi in the traditional sense, but whenever she "didn't obey" or "didn't come when I called." (Tab 27, at ¶¶ 235, 236.) And as explained above, this infliction of physical force and pain to command and enforce obedience – obedience that must be instantaneous, unquestioning, and complete – hindered Wendi's development of self-regulation capacities and her internalization of the very rules and values (aside from mindless obedience based in fear) that Donna was trying to teach her. To the extent a child's behavior is governed by force, pain and fear, she will have trouble regulating her own behavior and experiencing the rules and values parents teach as belonging to her, rather

than simply *obeying and complying to get her parents' approval and to avoid their rejection and attacks.*

323.   When all of the adults in a child's life responsible for teaching rules and values are punishing and controlling her in this way, the conditioning is more powerful and the negative effects more pervasive. Wendi's entry into the traveling religious cult marked the beginning of near total immersion in fanatical and totalitarian religious micro-cultures where children were constantly dominated and controlled through physical violence, pain and fear – and robbed of their innate potentials to develop healthy self-control, critical thinking, and other essential capacities for growing into emotionally healthy and morally unconfused adults.

324.   Donna describes her own mindless obedience to the commands of church and cult leaders to instill mindless obedience in her own child:

> "Since Wendi was born, I've always been to-the-letter, black-and-white when it comes to following church rules, including rules about disciplining kids, by which we meant spanking or swatting them. If the church authorities say to spank the kids, I spank them, and I do it how I'm told to do it. You have to spank them hard enough so they're not just angry; it has to go beyond that so you break them. They have to stop being angry and learn to obey." (Tab 27, at ¶ 237.)

325.   Donna reports that it was after becoming followers of Rick and Al, when Wendi was six or seven year old, that she and Alejo began beating her with a wooden paddle. (Tab 27, at ¶ 237.) Alejo confirms this and explains that, in his mind, beating with a paddle and then reading scriptures together and hugging at the end, which he calls

"spanking with instruction," was far better than simply screaming at Wendi when she broke a rule or failed to instantly obey. (Tab 24, at ¶ 126.) As with Alejo's account of forcing a sobbing little Wendi to wash crayon off the bedroom door for an hour and a half, it is notable that Alejo does not consider any other options for discipline, besides screaming at her or "spanking with instruction," that would have been appropriate to Wendi's developmental capacities and needs.

326. To this day Donna, Alejo, Wendi and many members of the still more violent church/cult they joined later, refer to beating children with a wooden paddle as "swatting" and as each blow as a "swat." Compared to the traditional word, "spank," the euphemistic "swat" sounds innocuous. Yet the violence of hitting a child's body repeatedly with a wooden paddle, the pain inflicted, and the resulting emotional harm are greater than those of hitting a child with one's hand.

327. Donna recalls how during the traveling ministry, she and Alejo beat Wendi with a wooden paddle about once per week, but Rick and Al "expected us to swat her more often than we wanted to." (Tab 27, at ¶ 238.) In addition, when parents were not around Rick and Al beat Wendi and other children (who lived in houses the group stayed in but did not travel with them). Donna witnessed Rick and Al beating other parents' children, including how "they swatted really hard, a lot harder than Alejo or I did, and harder than I liked Wendi to be hit." Because Rick and Al thought Wendi should be beaten more than her parents did, and Donna and Alejo were "gone a lot and left Wendi with Rick and Al or other adults frequently," it is likely that Wendi received many painful beatings from Rick and Al during the two years she was in their cult. (Tab 27, at ¶ 238.)

328.  The results of all the beatings were predictable. As Donna recalls, "during the traveling ministry and afterward, Wendi was always a good kid. She acted like a kid who has been adopted, knows it, and is afraid of being turned out. With very few exceptions, she was always trying to please, be nice, give in, and fit in with whatever authority figures around her expected." (Tab 27, at ¶ 219.) That is, if Wendi was a "good kid" in her behavior, it was not because her innate goodness as an innocent child had been supported and nurtured in loving relationships with adults who helped her to assert her own will and think for herself while internalizing those adults' positive values. Wendi was a different kind of "good kid." She was a child whose parents and other adults had beaten down much of her innate goodness, beaten out much of her innate potential to think and act for herself in healthy and age-appropriate ways.

329.  Donna continues: "By the end of our time with Rick, Al, and the traveling ministry, by the time Wendi was nine years old, she had changed a lot. She wasn't the same energetic little girl she had been. She didn't want to get up in the morning and she didn't have the same spunk and independence. She didn't talk to me, and she wasn't affectionate with me anymore." (Tab 27, at ¶ 220.) Wendi was depressed after two years of immersion in an impoverished, totalitarian cult where her brain-washed parents and the cult leaders repeatedly beat her into fearful submission. And she was withdrawn, at least from her mother, who – unlike her immature and pedophilic adoptive father, who increasingly forced himself upon Wendi as a playmate and sexualized partner – had always neglected her daughter and yet took for granted that Wendi would keep being affectionate toward her. Sometime during the traveling ministry, "by age eight," Donna reports, Wendi "wasn't cuddly anymore and didn't let me hold her or hug her anymore."

Donna says this refusal to be affectionate applied specifically to her (e.g., during the traveling cult Wendi would hug strangers and "cuddled up to Rick a lot"), and it continued through Wendi's teen years. (Tab 27, at ¶ 218.)

330.   Alejo, in contrast, to this day appears oblivious to the harmful effects of the traveling cult experiences on Wendi. When Alejo looks back on this period, he says, "Thinking of Wendi during this time and later on, when we returned from the ministry, when she was eight, nine, and ten years old, she was a bubbly, outgoing, friendly kid." Then he adds: "Wendi always wanted to please me and please others." (Tab 24, at ¶ 70.) In short, as long as Wendi's fear and compliance served his needs, and her depression caused no problems for him, she seemed perfectly fine to him.

331.   **Leaving the traveling cult.** John Shaddle tells the story of when the traveling cult began to dissolve. When the group arrived in Costa Mesa, California, "things changed philosophically." A local pastor there, Chuck Smith, inspired Rick to reconsider traditional organized religion, and as John remembers it, Rick then said to the group, "We have a problem. We have to submit to somebody." Yet when Rick wanted to fold his group into Chuck's church, "Chuck told us that the best thing we could do is split up and go our own ways because we had all been brainwashed." John recalls, "That was enough for me." Already fed up with the "hypocrisy and all of the confidentiality about money," he left the group. (Tab 36, at ¶ 11.)

332.   Neither Donna nor Alejo explain why they decided to leave the traveling cult. Alejo does mention that the plan to start a church was never fulfilled, and says cryptically, "Our decision to travel with the ministry and to return when we did was inspired by God." (Tab 24, at ¶ 69.) Donna mentions that "it did get very weird at times"

and that another member of the group told her that, after she and Alejo left, "Rick and Al kept trying to raise people from the dead," even "toting dead people around with them" and "keeping a body with the group for a period of time while they intended to raise it from the dead." (Tab 27, at ¶ 217.)  Perhaps things eventually got too bizarre even for Donna and Alejo. Whatever the reasons, Donna, Alejo and Wendi left the traveling cult around September of 1979 and returned to Arizona.

333.  Looking back and thinking about the effect the traveling cult had on Wendi, Donna once again reveals how much she neglected her daughter. Donna says that although the hunger and lack of clothing for Wendi "bothered" her,

> "it never even entered my mind that the hunger, always working and having
> little or no relaxation and playtime, getting very little sleep, most of the time
> having no other children to play with, and the disciplining we did by swatting
> Wendi, might be damaging to her.  The way we saw it was that it was good
> for her because we were living the life God wanted for us and Wendi had
> attention from all the adults in the ministry." (Tab 28, ¶ 86.)

334.  **Wendi's memories of the traveling ministry.** Consistent with Wendi's generally impaired memory for childhood experiences, in our interviews she reported no memories of Alejo during this time, and only one memory of her mother, in which Donna intentionally broke her own glasses "as an act of faith" and claimed that God would heal her eyes. (Donna continued to need corrective lenses.) The only positive memory Wendi had of the traveling cult was of playing the guitar and singing, which was part of Bible reading and prayer. Otherwise Wendi reported very little memory, even of a very general or schematic kind.

335.  In some ways, the traveling cult may have protected Wendi from Alejo, since she and the women were typically separated from the men besides Rick and Al. After leaving the traveling cult Wendi's family joined another cult -- one with equal or greater confusion, brain-washing, and violent attempts to enforce mindless obedience -- and Alejo increasingly imposed his compulsive, perverted and pedophilic sexuality on Wendi and her friends.

## VIII.   AGES NINE TO EIGHTEEN -- NO ESCAPE FROM NEGLECT AND EMOTIONAL, PHYSICAL AND SEXUAL ABUSE IN HER HOME, CHURCH AND SCHOOL

336.  Upon leaving the traveling cult and returning to Arizona, Donna, Alejo and Wendi lived for a few months in Tuscon, with Donna's father. Donna continued to home school Wendi, who would never again attend public school except for a few community college classes in high school. By the end of 1979 they had moved back to Casa Grande. (Tab 27, at ¶ 221; Tab 24, at ¶ 71.)

337.  Alejo had a hard time finding work in Casa Grande, according to him because he was "not well connected" and could not get union jobs. (Tab 24, at ¶ 74.) Donna's source of minimal income was babysitting the children of two friends, paid for by a state babysitting program. (Tab 28, ¶ 87.) For a year or so, Wendi was reunited with her friend Tascha Barnes, with whom she had lived when her mother first moved to Casa Grande, until Donna and Alejo got married and moved out. (Tab 28, ¶ 87.) Although Wendi was finally able to play regularly with other children again, Alejo recalls that, upon their return to Arizona, "it seemed like she was a little adult. As a child, Wendi was always mothering, even me and kids her own age." (Tab 24, at ¶ 73.)

338.   Soon after arriving in Casa Grande, Donna and Alejo began attending a local church named "91st Psalm Church," led by Cal Lorts, an old high school friend of Alejo, with whom he had done lots of drugs. As described above, along with his brother Barry, Cal was intimately involved in Alejo's conversion to fundamentalist and evangelical Christianity – which had morphed from something akin to a few psychedelic and sexually supercharged trips with Cal and Barry (e.g., hitchhiker from another world, orgasmic first speaking in tongues) into an embrace of cults led by charismatic, deluded and authoritarian leaders.  Donna recalls that, after the traveling cult, 91st Psalm seemed "less involved and engaged" and "not strict enough," with church members who were "undisciplined in their faith." Yet she and Alejo decided it was "the best option we could find. Alejo and I were still very young and zealous. If it wasn't for 91st Psalm, I don't know what we would have done because there were no other churches that seemed at all serious to us in or near Casa Grande." (Tab 27, at ¶ 222.) At least, Donna thought, 91st Psalm was a "full gospel church" that included speaking in tongues "to receive direct revelation from God, raising the dead, and everything else that's in the Bible." (Tab 27, at ¶ 223.)

339.   Snapshots of Donna and Alejo's zealotry and confusion at the time are contained in letters Donna sent to Alejo while he attended a "Laborer's Union School" in Prescott, Arizona. (Tab 24, at ¶ 72.)  While Alejo was away Donna moved from Tucson to Case Grande and began attending 91st Psalm.  In one letter Donna describes a Bible study group attended by Alejo's mother and sister, bitterly recounting how a woman in attendance asserted that a verse on the Trinity, which Donna was quite attached to, had been added by English writers and was not in the original text. She criticizes the woman,

says she does not want to go back to the group, even though its members are expecting

her to, and asks Alejo, "Should I get in touch with Calvin or what?" (Letters from Donna

to Alejo, Obtained by Capital Case Project.) A letter from a few days later appears to

document her first visit to 91st Psalm, although Cal is away for a preachers' meeting in

California, which prompts Donna's comment, "Guess the Lord has it in control." (Letter

from Donna to Alejo, Obtained by Capital Case Project.) Donna's letters are sprinkled

with non sequiturs like, "Praise the Lord. He'll get the glory. Jesus loves you, babe!" and

"Jesus is the God over the way we feel!" (Letters from Donna to Alejo, Obtained by

Capital Case Project.) The margins often have scripture citations.

340.   Other passages reveal Donna's longings for recognition as a special person,

which she never experienced as a child. In one she tells a story of receiving some special

treatment at the DMV and ends, "they were real nice to me. Must've thought I was

somebody – and I am – a child of the King!!!" (Letter from Donna to Alejo, Obtained by

Capital Case Project.) In another Donna reveals how she saw herself and Alejo as not

merely special to God, but an extra-special and extra-powerful team that God was using

in the world:

> "I was thinking how people would be expecting me to be out doing lots for the
>
> Lord and stuff while you're gone. I mean like they would say I have a mind &
>
> life of my own. But I'm part of a team. You and me together are in God's
>
> plan. We can both still minister the Lord and do for God, but like a high wire
>
> team – they can each do tricks but without the other one there they can't do
>
> the big stunts. They need each other. That's how we are – together we can be
>
> and should be one of God's big guns! Hallelujah!" (underline in original;

147

Letter from Donna to Alejo Ochoa, Thursday November 15, 1979, Obtained

by Capital Case Project.)

341. **Family joins 91st Psalm Church, Wendi goes to the church's school.** Soon

Donna and Wendi were attending 91st Psalm. Alejo recalls that, upon his return, Cal

asked him to "teach teens on Sunday mornings." (Tab 24, at ¶ 75.) By early 1980 Wendi

was attending the small, church-run 91st Psalm School. For the rest of Wendi's childhood,

that church and its school would constitute almost the entirely of Wendi's social life

outside of her immediate family, and thanks to Alejo's roles in the church, the boundaries

between family and church were often blurred.

342. There are many witness reports of the culture of 91st Psalm Church and the

school, from when Wendi's family joined right through her teenage years, especially

during its later years, when it was lead by a very disturbed and destructive man, Tom

King. The accounts of these many witnesses, who were themselves parents or children at

the time, are consistent with those of Donna and Wendi, and provide many additional

stories and details.

343. **91st Psalm/Harvest Family Church and school: Power-hungry, charismatic**

**leader followed by power-hungry, non-charismatic leader.** The 91st Psalm church

was led by Cal Lorts from 1975 until sometime in 1983, when Tom King became its

leader and re-named it Harvest Family Church. There were continuities across Cal's and

Tom's leadership, but differences too. What members liked about Cal and the

community was generally lost with him, and Tom exacerbated the negatives – already

numerous – and added many new ones of his own.

344. Donna describes how Cal Lorts "tended to be very dictatorial, and that at least fit right in with what we were used to." He was also "very charismatic" and the kind of person who got people "excited about bringing other people into the church." Looking back Donna sees Cal as "exactly the kind of man you drink punch for, like Jim Jones." Indeed, more than one witness has compared Cal Lorts and his successor Tom King either to Jim Jones, an infamous murderous cult leader from the time, or Warren Jeffs, from more recent headlines. Donna recalls that Cal created "God's Special Forces," which involved married men quitting their jobs, leaving their families, and traveling the country for a year to recruit others into their church/cult. (Tab 27, at ¶¶ 224, 225.)

345. Most cult leaders have good intentions intertwined with their desires to control and dominate others. Those with charisma can be very engaging and charming people, even lots of fun. As George Carlin, who joined the church when it was in Cal's living room and helped build it, remembers: "The teachings of the church at that time focused on proselytizing, bringing others into the church. Pastor Cal Lorts was a very charismatic figure. The congregation just loved him. He had a very magnetic personality." Jasper Neace was around twelve years old when he became a member of the church and student of the school, around the time Wendi arrived. He recalls Cal's charisma too, and compares him to Tom King when it came to laying on hands to heal someone during a church service: "Calvin could make you believe anything. He was charismatic." In contrast, when Tom laid on hands, "I saw people pass out. I thought they were faking it." (Tab 11, at ¶ 17.)

346. Tom King is universally described as not only dictatorial and power-hungry – like Cal – but also as cold, harsh, mean, vindictive, humorless, and joyless. Each former

church member has their own particular perspective based on their personal experience, with some saying Tom was positive at first and then went downhill, and others recalling him as a nightmare from the start. But every witness agrees that Tom King quickly – and increasingly over time – became a terribly destructive force in their own lives and the lives of others in the church/cult community, especially the children. Parents and their now-grown children, looking back on their years under his domination, tell of being unable, to this day, to speak with each other about their experiences during that time; either the grown child explodes in rage or the adult collapses into tears of remorse.

347. In the recollection of Jeri Lynn Cunningham, a friend of Wendi's until she was about thirteen years old, after Cal's announcement that he was leaving, "Pastor Tom stood up and said, 'I'm glad he's leaving,' and proceeded to tell the congregation that Pastor Cal's leaving provided him with the freedom to do what the Lord called him to do. It was a very memorable statement." (Tab 12, at ¶ 9.) Cynthia Schaider, who remembers Cal as charismatic and liked by everyone, recalls, "When Cal left, there were dramatic changes. I remember people saying that all the good people left with Cal." (Tab 34, at ¶ 12.) She describes how Tom, lacking Cal's charisma, tried to put a positive spin on his shortcomings by seeing himself as a "teacher" rather than a preacher, as a "common man." (Tab 34, at ¶¶ 12, 13.) Ms. Schaider recounts: "Over time, Tom King became more rigid and oppressive, almost tyrannical. He did not preserve the sanctity of the pulpit.... It became a 'bully pulpit' that he used to control the lives of church members. He tried to put the weight of God behind everything he said, even when it was obviously his own opinion." (Tab 34, at ¶ 13.)

348. Ms. Schaider provides an example of Tom's public cruelty and sadism: When Wendi's adoptive brother Brandon dyed his hair orange, Tom responded, from the pulpit during a sermon, by saying that the twelve or thirteen year old boy looked like a "faggot." Tom then "instructed" everyone in the congregation to ridicule Brandon. (Tab 34, at ¶ 13.) Alejo confirms that Tom used to call Brandon a "faggot." (Tab 24, at ¶ 138.) Recalling this incident and innumerable others, Ms. Schaider notes that "Tom was socially inept and did or said whatever came to his mind. There was not any social filter in his brain.... Tom King used ridicule, humiliation, strong statements, and the fear of God to influence his congregation." (Tab 34, at ¶¶ 14, 15.)

349. Similarly, George Carlin recalls there being a "major shift" when Tom took over:

> "It became something completely different under Pastor Tom's rule. Pastor
> Tom was very controlling. He was condemning – literally condemning. He
> had a number of rules that if broken, meant you were going to Hell. Just the
> way he looked at me and other members of the church, it was as if he had the
> ability to say 'you're not living right,' or 'you're not doing right,' just with his
> gaze. He was scary and the children were scared of him as well." (Tab 11, at
> ¶¶ 4, 5.)

Though Carlin himself could not bear to pay attention to Tom's sermons, and often slept through them, he remembers "someone saying, 'What has gotten in to Pastor Tom,' referring to how extreme his sermons had become." (Tab 11, at ¶ 6.) Looking back now Mr. Carlin muses, "Pastor Tom had some of his congregation brainwashed. It reminded me of the cult leader Jim Jones, but on a smaller scale." (Tab 11, at ¶ 7.)

151

350. His memory is consistent with that of his ex-wife, Constance Boys: "When Cal Lorts left, the church was different, but not dramatically so. In the beginning Tom's sermons were pretty typical, but they became so harsh over time. The church became very cultish, though it didn't start that way. Everything became so warped." (Tab 10, at ¶ 5.) In recent years, when Ms. Boys saw a television documentary on Warren Jeffs, she thought "that there were many parallels between that religious cult and our own. It was definitely the same type of control." (Tab 10, at ¶ 33.)

351. As many witnesses recall, Tom created a terribly oppressive environment. Jasper Neace remembers how Cal was "more positive and optimistic," and "could make you feel good" with his "shorter and more exciting" sermons. In contrast, Tom revealed himself as a "negative person" who "preached damnation" in sermons that were "long and drawn out and boring" and embedded in church services that typically lasted 2 to 2½ hours. (Tab 23, at ¶¶ 19, 20.) Neace offers other snapshots of the totalitarian control and brainwashing that intensified under Tom King's leadership. "All television was forbidden. They called it the Devil's box.... We didn't watch or hear any news from the world outside, and I knew nothing of politics or world events." (Tab 23, at ¶ 10.) Church members were told that even normal behaviors were sins and would send them to hell: "Thinking negative thoughts was a sin. Gossip was a sin. Engaging in romantic relationships was a sin.... I can still hear the words, 'Sin is pleasure for a season but the end thereof is death.'" (Tab 23, at ¶ 10.) Neace sums up, "Upon reflection, it seemed that as long as Pastor Tom was happy, we were all going to heaven. But, if Tom was not happy for some reason or if he did not like you, anything you did was a sin." (Tab 23, at ¶ 10.)

352. George Carlin recalls that whereas Cal had focused on bringing people into the church, Tom wanted to keep the community isolated and insular – and under his control. Like other former church members, Carlin tells a story of his daughter bringing friends to church and Tom condemning her for it. (Tab 11, at ¶ 8.) Recalling the same experience in more detail, their daughter's mother Ms. Boys recalls that Tom "seemed very uncomfortable with having new people in his church. I remember that Tom King referred to my daughter, Sarah, and some other students at the school as 'worldly,' because they participated in activities, and had friends, outside the church. In Tom's mind, this was a sin." (Tab 10, at ¶ 17.)

353. And so, under Tom's influence the church/cult community became increasingly closed in upon itself, to the detriment of everyone involved – most of all those children who, like Wendi, also attended the school. As in totalitarian societies, church/cult members spied on one another to enforce Tom's edicts of domination. Neace recalls:

> "[W]e were not permitted to associate with anyone who did not attend the
> church. Harvest was our whole world; we spent our days there, then we went
> home. The only recreational activities we were permitted were those put on by
> the church. For example, if I went to hang out with my neighbor buddy, and
> someone from the church found out, they reported to my mother that I was
> hanging out with 'bad people.' A 'bad person' was anyone who did not
> subscribe to Tom King's way of thinking. Kids who did not attend our church
> and school were branded this way. They were called bad influences, and to
> spend time hanging out with them was to 'tempt the Devil.' We were told that
> they were ungodly and that we would become that way too if we spent our

time with them. In this way, the church tried to control every aspect of our lives." (Tab 23, at ¶ 9.)

354. There are many more such stories in the witness declarations submitted by people who were caught up in this cult, as adults or children. Many are heartbreaking to read, especially those in which family members are turned against each other. The sampling contained in this report cannot do justice to the nature of the isolated cult community, controlled by increasingly disturbed and dictatorial men, in which Wendi grew up from age nine through her adolescence. There are, however, some aspects of the community's leadership and culture that warrant highlighting as particularly destructive influences on Wendi Andriano. We turn to those now.

355. **91st Psalm/Harvest Family Church and school: Men dominating women, and sexually abusing girls.** Donna recalls that at 91st Psalm/Harvest, as with "all the churches and ministries that I've been a part of throughout my life," it was the men who had religious authority. "There were never women pastors, and the woman's role was basically to be a doormat to her husband and do whatever he told her to do." (Tab 27, at ¶ 191.) Cynthia Shaider remembers, "Tom King frequently preached that a woman's place was in submission to her husband. He often said that women should quit their jobs and stay at home." (Tab 34, at ¶ 8.) And he set an example with his own behavior. Several witnesses describe Tom's wife as totally submissive to him.

356. This culture of male domination, along with the sexual perversions of several prominent men in the church, including Tom King and Alejo, created a culture in which some men sexually exploited and abused girls – including their own daughters -- with impunity. Three witnesses tell the story of                REDACTED            being sexually abused

by a man who was Tom's friend, his brother in law's business partner, and a major donor to the church. It was a major scandal in the community, and Tom King's behavior at the time was so egregious that the other witnesses could no longer keep their heads in the sand. The girl was seven years old at the time, known to all in the community as a sweet and happy little girl. Ms. Boys personally witnessed Tom blame the girl for her own abuse, saying she was "flirty" or something along those lines and had been "asking for it." Looking back, she remembers his comments as "outrageously shocking.... This was not only a seven-year-old girl he was talking about,          REDACTED          . That really sent me over the edge." (Tab 10, at ¶ 20.)

357.  Mark and Nancy Keating, the only two formally trained educators who worked at the Harvest Family Church School from 1983 to 1988, were deeply disturbed by this girl's abuse and what they heard about Tom's reaction – which came to their attention as they struggled with their shared strong suspicion that Wendi was being sexually abused by Alejo (see below) (Tab 13, at ¶ 10; Tab 14, at ¶ 11.) According to Nancy, it was then that she decided to leave the school, the church/cult community, and Casa Grande altogether: "When all of this came to light, I just knew that Mark and I could not start a family in Casa Grande. Not in that environment. It was not healthy there." (Tab 14, at ¶ 11.)

358.  **91st Psalm/Harvest Family Church and its school: Monitoring and beating children.** Donna recalls, "We put Wendi into 91st Psalm Christian School in January, 1980 when she was nine years old, and it was a relief to know that she was getting a good Christian education and not having to worry that as a homeschooler I wasn't teaching her

everything she needed to learn." (Tab 27, at ¶ 227.) It was another example of Donna's

neglect and wishful thinking, if not willful ignorance, which so harmed her daughter.

359.  Cal Lorts' own brother, Barry Lorts, acknowledges that the school had no

teachers, only monitors. Consistent with Wendi's recollections and those of every witness

who had been a student in the school, Barry reports:

> "The curriculum used at 91st Psalm was called Accelerated Christian
>
> Education, or ACE. Learning was mostly independent and students were
>
> taught by completing PACE booklets... Each book had a test in the back, and
>
> each classroom had a monitor... who graded it. The monitors weren't really
>
> teachers, they were mostly to keep order in the classroom and to grade the
>
> tests... I think the monitors were all volunteers." (Tab 16, at ¶ 6.)

Several parents and former students consistently describe the school environment as

isolating, boring and oppressive. Students worked alone in cubicles, and were not

allowed to speak to each except during lunch, recess and other non-academic activities.

The monitors were volunteers who received no training and often could not answer even

basic questions from the students. (e.g., Tab 35, at ¶ 8; Tab 23, at ¶ 22.) Jasper Neace

recalls that there was "no formal group instruction except when we were instructed in the

Bible, sewing, cooking, welding, physical education ('PE'), or photography. The

remainder of our education was self-taught using ACE booklets." (Tab 23, at ¶ 23.)

360.  This would remain the case until Nancy and Mark Keating, who both had a

Masters degree in education, were hired as principals in 1983, three years after Wendi

arrived. (Tab 13, at ¶ 2; Tab 14, at ¶ 2.)  However, by all reports the Keatings mostly

focused on integrating sports into the curriculum; the academic curriculum and the school's operation were essentially unchanged.

361. With one exception, that is: Tom King took over the church just as the Keatings arrived, and he took a much more active role than Cal Lorts had. This meant that any benefit from the Keatings was more than offset by Tom's dictatorial style and dramatic escalation of corporal punishment, that is, beatings of the children, which had always been practiced in the school.

362. Not surprisingly, former students are uniformly negative in their accounts. Kimberly Wilson, who only spent three years at the school, from 1986 through 1988, recalls,

> "It was like a cult, in that, if you were a part of the church you had to be in the school. When I started going to school there [at age fifteen], I was not allowed to talk to my old friends from the public high school anymore, because they were 'bad.' Kids of my age, meaning fifteen to eighteen, were still getting 'the rod of correction,' meaning that they were still being hit with wooden paddles. I was intimidated by Tom. He acted as if he was God, or at least as if he had special direction from God." (Tab 38, at ¶ 12.)

Ms. Wilson then notes that, coming from public school at age fifteen, she knew things were different elsewhere, but Wendi and the other children there had never known otherwise.

363. Jasper Neace had the misfortune of attending for many years, beginning in 1979 when he was twelve years old. He has vivid and detailed memories of the physical abuse:

"There were several main principles and guiding scriptures that were taught at the school and to which the school and church adhered. One that sticks out for me referred to us children, 'Beat them when they are young and when they are old, they won't depart from it.' …. Corporal punishment was standard at Harvest. If there was one thing the adults enjoyed, it was beating the hell out of kids. That was the number one thing adults did at the school. Kids at school got whooping for nearly everything; disobeying, not following orders, being unable or unwilling to memorize the scripture assignment… and incomplete homework." (Tab 23, at ¶ 28.)

Neace goes on to describe the beatings children received in the office, including the wooden paddles with scriptures written on them, and how the children had to lean over to receive the beatings, which typically consisted of three to five very hard blows to their behinds. (Tab 23, at ¶ 29.) Neace also recalls the public exposure and humiliation: "After the kids were swatted, they returned to the main classroom. Everyone knew what had happened. There were no opportunities to hide what happened and we were not permitted to have any secrets. The kid came back to the classroom and you could see it on their face. Sometimes they were just red and embarrassed, sometimes they were crying." (Tab 23, at ¶ 29.)

364.   Constance Boys, a parent at the time, recalls how fanatical Tom King was about physical punishment, and his repeated exhortations to beat their children: "I remember that Tom King frequently preached that children should be spanked. He encouraged us to spank our children often…. Nearly every transgression warranted a spanking in Tom King's mind. He quoted scriptures about it, such as, 'Foolishness is born in the heart of a

158

child and the rod of correction will drive it far from him.'" (Tab 10, at ¶ 6.) Ms. Boys
also remembers an incident in which Tom rounded up and spanked about fifteen
teenagers for some minor rule violation. (Tab 10, at ¶ 32.)

    365.  In addition to multiple witness reports, there is an audio recording of a sermon
Tom King delivered in the midst of these events, when Wendi was a teenager. Consistent
with Jasper Neace's recollection of Tom's sermons, it is long and rambling, and includes
Tom responding to questions from congregants. For the first eight minutes, Tom appears
to free associate: he reads from scripture that he says refers to Jesus; he talks about the
form of human "spirit bodies" in heaven, about spirits impregnating humans and creating
a race of giants and, during the Salem witch trials, babies born with chicken feet and
other bizarre features, which he says "are just a manifestation of a spirit being." (Tom
King sermon, 7:53, Obtained by Capital Case Project.) He continues, locking onto one of
his favorite topics: "They're a higher order than us. We're a low order. Just the natural
man. OK?  We're made liken to God, but until our spirit is recreated in the likeness of
God, we are [pause] prone [pause] to <u>evil</u>. (7:54 – 8:12, emphasis in spoken language)
He continues:

> "And I know that gets over on somebody's problem of inherent sin, and uh,
> somebody tries to say man is absolutely good and, and, his environment and
> situation produces evil in him. But explain to me then, how can a two year old
> – not a two year old, how can a two year old? – how can a two month old
> throw a screaming fit and rebel against his parents when nothing's wrong –
> when his diaper's changed, his bottle's fed, his bed's made, everything's cool,
> accept he wants some attention and 'you're not giving me enough and I'm

gonna <u>let you know</u> about it.' See that's a sin nature. [pause] Now is he

conscious of that? No. No. I don't think so. But he knows how to <u>get his</u>

<u>way</u>." (8:12 – 9:05, emphasis in spoken language)

366. In the world according to the confused and abusive cult leader Tom King, a two

month old who needs attention and affection from a parent is "rebelling" against that

parent. For those who, so to speak, "drank the Kool-Aid" in Tom King's cult, a two

month old who is expressing the most basic human need for affectionate physical contact

with a parent (a need that research has shown is as great or greater than the need for

food), and expressing that need through vocal signals, is manifesting his "sin nature."

367. Of course it can be stressful, as a parent, when you feel you've done all you can,

when you feel physically and emotionally spent, to have your infant cry for more

attention, especially if frustration is in his or her voice. Feelings of helplessness and

frustration, even anger, may naturally arise in parents. Sometimes they may feel their

baby is "rebelling" against them or even "tormenting" them. This is all very human, and

understandable. Nonetheless, such attributions are not reality, and sane and healthy

parents quickly realize this when the crisis has passed. To call the infant's behavior

"rebellion," and to cling to this mistaken belief long after the crying has stopped, is

delusion; for the ability to "rebel" is far beyond that of any infant.

368. By all reports Tom King was able to reinforce such delusions already present in

some parents among his followers, and to impose them on others who were well-intention

but vulnerable. In addition, Tom instructed parents to literally *beat* this alleged sin and

rebellion out of their children. He told them it was God's will. Indeed, later in the same

sermon he gives detailed instructions, sometimes in response to a congregant's question,