on how to beat children of different ages, including two month old infants (with a wooden spoon).

369. But before Tom gets to that, right after the passage quoted above, he condemns and mocks the toddler who says "mine" in an angry tone, then free associates to memories of beating the young children of his followers:

> "How come he clenches his [pause] lips, and this six-foot, two-hundred pound pastor beats him on the behind and he's a little forty-pound, two-foot high kid, [pause] clenches his lips – [whispered aside, likely inaudible to congregation] just defiant – 'I shall not cry.' [long pause] And what happens if you just beat him a couple times, couple swats, and let that defiance and rebellion stay? You produce more in him. [long pause] One preacher says, 'You beat 'em 'til they cry, and you keep on beatin' 'til they cry softly.' Because if they go [lets out a long wail], it's rebellion, and you gotta get 'em until their spirit is broken. And it's one – and that happens – and you know when they're spirit is broken – you know what they do? They come by my office, wherever I'm at, they know, and they say, [in whispered, meek tone, as a congregant laughs at his facial expression] 'Hi Pastor Tom.' And they say, 'I'm doin' good.' It changes their spirit. It changes from the inside. It [Old Testament scripture] says, 'The rod will drive foolishness far from them.' If you beat him with a rod, he won't die. You'll beat him with a rod and [voice rising almost to a shout] deliver his soul from Hell.'" (9:25 – 10:42; emphases in spoken language)

370. This insanity is what Donna and Alejo, well into Wendi's teenage years, completely bought into. As Donna puts it, at the time she believed such "punishment" of

children was "necessary to drive sin from them and bring them up properly." (Tab 27, at ¶ 231.)

371. As discussed above, Donna and then Alejo had been beating Wendi for even the smallest acts of disobedience (real and imagined) since she was a toddler. In contrast, Jasper Neace's parents never beat him until they began attending 91st Psalm. "I believe my mother thought she was doing the right thing. She was brainwashed by the church's teachings, and she acknowledges that now. Every time I talk to her, she apologizes for what she put us through. I have to be careful not to bring it up, because she cries and cries and feels so badly about it." (Tab 23, at ¶ 30.) Neace notes that, perhaps because he did a lot of work for the school and Tom and Alejo felt they needed him, he was seldom beaten at school. His brother and sister, however, "were some of the hardest hit, both physically and mentally. They were whooped about three times a week." (Tab 23, at ¶ 33.) His brother was deaf and had a hard time memorizing scripture, which in the school meant being "punished hard and beaten severely because of his disability." (Tab 23, at ¶ 34.) As for his sister, an unattractive and awkward girl who never fit in, REDACTED

: "The church destroyed Sherry." (Tab 23, at ¶ 35.)

372. Some parents, like Martha England, could not bring themselves to beat their own children, but remained silent as Tom and others attempted to beat them into submission. Mrs. England told me that she now realizes her children, who constantly pleaded with her to leave the church/cult and take them out of the school, in part because of the beatings, were right all along. Constance Boys reports that her son Lonnie cannot even talk to her about his time at the church and school: "[H]e is too traumatized. He is

really bitter…. To this day, I rarely speak to my son. We don't have a great relationship." (Tab 10, at ¶ 25)

373. **Alejo in the church/cult community: Emotional and physical cruelty, sexual perversion and harassment.** As a friend of Cal and Barry invited to be youth pastor, Alejo quickly became one of the church/cult "leaders." In that community, this meant having the authority – or at least claiming it and imposing it whenever he could – to present his own confusion as God's truth and his own cruelty as God's will. As youth pastor Alejo had many opportunities to beat children into submission, and to humiliate those whose "rebellion" he could not stamp out. Youth pastor was also a perfect position from which to inflict his sexual perversions and compulsions on captive children. And when not with the children, he was sexually harassing women throughout the community. Alejo's ability to get away with such behavior was only strengthened over the years, as he became assistant pastor and Tom's "right hand man," while remaining youth pastor. (Tab 23, at ¶ 24; Tab 11, at ¶ 10.)

374. Jasper Neace remembers Alejo as "particularly abusive to the children and to my brother Michael, beating them both during the school week and during Sunday school." (Tab 23, at ¶ 33.) Cynthia Schaider, a parent at the time, gives a more detailed picture of how Alejo related to the children, and the fear and confusion he caused them. She describes his immaturity and childishness, which could be playful and fun but also inappropriate and confusing, and how such behavior unpredictably alternated with harshness and cruelty.

> "Alejo was unpredictable and temperamental. As youth pastor, he could be silly, irreverent and playful with the children and they enjoyed him at times

because, in many respects, he was a big kid himself. He was goofy. On the other hand, he created loose and unsteady boundaries with them. Some days the children could get away with almost anything. The next day, however, the same behavior wasn't permissible and was punished. He used his authority at school to bully the children. If they did something to make him angry, he made sure that they were humiliated. He was so harsh on them." (Tab 34, at ¶ 6.)

375. Another parent, Constance Boys, also recalls Alejo's unpredictability and harshness and their effect on the children. "Members of the church were scared of Alejo, especially the children.... [Y]ou never knew how he was going to be. Sometimes he was happy-go-lucky and such a goof-off, and other times he got in these black moods.... One minute he was joking around and having fun... and the next moment he was dark and moody and anyone around him was afraid to do or say anything." (Tab 10, at ¶ 10.) It was the same unpredictable mix of immaturity, childishness, ignorance, harshness and cruelty that Wendi experienced every day at home. But there was more in the mix, in both the community and the home: sexual perversion, compulsivity, and pedophilia.

376. Jasper Neace recalls Alejo's sexualization of the girls in his youth ministry services and classes on scripture. "Alejo put most of his attention on the girls in the class. I remember feeling that he was more interested in them. I remember him licking his finger and touching their ears and acting real flirty. None of the guys liked Alejo; we all talked about it." (Tab 23, at ¶ 25) Neace remembers talking to the girls as well about Alejo's unwanted sexual attention and contact. "On numerous occasions I heard many different girls complain about being alone with Alejo... As I understood it, Alejo...

touched the girls in PE class. It was all under the guise of aiding them in stretching and things like that, but the children were under the impression that it was just an excuse to touch them." (Tab 23, at ¶ 40.) Neace also remembers girls telling him they were "creeped out" by the way "Alejo licked his finger and then touched their ears with it." (Tab 23, at ¶ 40.)

377. Kimberly Wilson, a student at the school from 1986 to 1988, remembers being extremely disturbed by Alejo's behavior. "He made a lot of sexual comments; everything was sexual innuendo to him" (Tab 38, at ¶ 5.) Things got so bad, she recalls, that she "went with another student, Lonnie Carlin, to talk to Pastor Tom about Alejo's inappropriate behavior." Tom "seemed to listen" and "appeared to be taken aback," but "nothing ever came of it." (Tab 38, at ¶ 5.) Like Kimberly Wilson, the parent Constance Boys recalls that there was "always a sexual undercurrent to the things Alejo said," and that he "constantly made jokes of a sexual nature around children as well as adults." Ms. Boys also relates specific incidents, including a time she confronted him for saying something about her breasts. Ms. Boys recalls, as well, that "many of the children, when they entered the pubescent stage, complained that Alejo was making sexually inappropriate comments to them." (Tab 10, at ¶ 8.)

378. Alejo himself has implicitly – if unwittingly – admitted to what these now-grown children and their parents describe. At one point in our interview, Alejo said that when he got older he "joked around" with his aunts and uncles (who had previously verbally sexually abused him) about sexual things. I responded by asking, "Is this something you do yourself?" and he said, "No, not with teenagers, no" – even though I had said nothing about teenagers. When asked what he taught as youth minister, he

responded, "I'll tell you what they expected of me," let out a big laugh and continued, "Trying to teach them the life of Christ, how to walk in the life of Christ" (emphasis in spoken language). When I asked what the laugh was about, what other things he was teaching, he replied, "track meets."

379. This particular behavior with me corresponds to the memories of Ms. Boys: "I recall firsthand that he spoke that way to myself and to Cyndee Justus. I recall telling him time and again, 'That's not funny, Alejo.' He always responded the same way, with something like, 'You have a dirty mind Connie, you're the one taking it there.'" (Tab 10, at ¶ 8.) In his interview with me, the sexual innuendo was completely implicit, in his "I'll tell you what they expected of me" comment accompanied by a loud laugh; and his denial and minimization of the sexual meaning were implicit as well, taking an evasive and non-confrontational form (by implausibly referring to "track meets"). But the exchange otherwise mirrored the more explicit sexual references and outright denials ("you're the one taking it there") that he routinely directed at Ms. Boys and other female church members.

380. Ms. Boys also remembers the helpless resignation of other church/cult members, and the leadership's failure to support Alejo's many victims or hold him accountable: "Everyone knew how Alejo was, but no one seemed to care. Tom King and the church leaders did absolutely nothing about it, except to punish children if they complained." (Tab 10, at ¶ 8.) In her interview with me, Martha England went further, saying she would not allow herself to know the truth about Alejo, although her daughter Suzy "was always telling me stuff" about Alejo being "perverted" and always angry when her mother did not believe her. Looking back on her refusal to listen to her

daughter and face reality, Martha, REDACTED , acknowledged that she "didn't want to think something was bad." Like Ms. Boys, her husband at the time, George Carlin, also complained to Tom King about Alejo's behavior. Mr. Carlin reports that Tom "just ignored it and criticized my family's childrearing practices, which he believed were too permissive, instead of doing anything about Alejo." (Tab 11, at ¶ 13.) After their fourteen or fifteen year old daughter Sarah complained that Alejo had made a reference to oral sex as she and a friend ate popsicles, both parents confronted Alejo, who denied it, after which they told Tom. Ms. Boys remembers his response as a wake-up call: "Tom said, 'If that was true, God would have told me.' That's when I realized just how crazy Tom was." (Tab 10, at ¶ 11.)

381. Both of the school's well-meaning and universally liked principals, Mark and Nancy Keating, recall Alejo's inappropriate sexual behavior and its effects on the women and families of the church. Mark remembers that Alejo's sexually inappropriate jokes were "not well-received at the church." (Tab 13, at ¶ 5.) Nancy reports:

> "Alejo was often side-tracked to perversion. He made perverted jokes in front of and to some adults, including Connie [Boys] and Cindy Justice, both of whom were bothered by Alejo's behavior. Alejo just laughed to himself and found ways to talk about objects as if they were male genitalia. Before a school or recital performance, Alejo made such a joke about one of the microphones, in front of everyone. Sometimes he made gestures imitating intercourse.... He upset a lot of people with his inappropriate behavior." (Tab 14, at ¶ 6.)

According to Mark Keating, "Alejo was addressed by a number of fathers at 91st Psalm and Harvest about his sexual gestures made toward some of the adult women at the church, Cindy Justice and Connie Carlin [now Boys], in particular." (Tab 13, at ¶ 5)

382. Ms. Boys says that several years ago she and Cyndee Justice finally talked about those experiences in the 1980s. "We sat down and talked about the church and how crazy it all was. I'm not going to remember everyone now, but we counted thirteen families that left the school directly because of Alejo." They also reflected together on the church's culture of domination by emotionally, physically and sexually abusive men, and how Alejo sexually harassed them and others with impunity. "Many people went to Tom about Alejo's behavior, and Tom refused to believe it. He completely rejected it. It sickens me to even think about it." (Tab 10, at ¶ 23.)

383. Indeed, reflecting on how Alejo was viewed by the entire community, Ms. Boys says, "I think that [Alejo] was a pervert and I think that everyone else thought so too." She then adds, as addressed in detail below, "For years, there were rumors abounding that Alejo was molesting Wendi. Wendi complained about it to other members of the church. I don't remember specifically who knew what, but I do remember that it was generally discussed." (Tab 10, at ¶ 7.)

384. Available witnesses provide only one report of Alejo actually acknowledging his abusive sexual behavior when confronted. George Carlin tells of once directly confronting Alejo, apparently including about the concern that he was sexually abusing Wendi. Carlin says that Alejo at first "denied everything," but after he continued to press him, Alejo "finally confessed to his inappropriate behavior and admitted he had a problem sexually." Carlin continues, "Alejo asked me, 'What should I do, should I resign

from the church?' Looking back, I wish I would have just told him to resign, but instead I told him that he needed to ask for forgiveness and stop his inappropriate behavior." (Tab 11, at ¶ 10.) Of course, Alejo was incapable of stopping such behavior without major intervention from others – most likely including treatment in a sex offender program, as well as being held accountable by the legal system. And so, by all reports, after Carlin's single and brief confrontation, nothing changed.

385. **Wendi's family: Views from the outside.** Having established the all-encompassing emotionally, physically and sexually abusive environment in which Wendi's family was immersed when Wendi was nine to eighteen years old, as well as Alejo's use of his position of authority within the cult to emotionally, physically and sexually abuse and harass women and children, we can begin to address what was going on within Wendi's family during those years, starting with accounts of witnesses from the community. The information available from witnesses is limited, for a few main reasons: Donna and Alejo did not socialize with other adults in the community or invite them to their home; Donna generally kept a low profile in the community; and Donna kept her distance from Wendi and Alejo, which meant witnesses had little to observe and remember, aside from an absence of relationship and interactions. Also, witnesses' many observations of Alejo and Wendi's disturbing, inappropriate and sexualized relationship are presented in depth later, in sections specifically addressing Alejo's emotional, physical and sexual abuse of Wendi.

386. When the Ochoa family joined the church, they were renting in a low-income housing development. Cynthia Schaider, who joined the church about a year after Wendi's family, recalls the family's poverty. She remembers them living in the rental and

later in a small house they bought in a development where many homes had cracking foundations and some were abandoned and boarded up. (Tab 34, at ¶¶ 4, 5.) Donna and Alejo acknowledge their poverty as well. As noted above, upon moving to Casa Grande in 1980 Donna's minimal source of income was babysitting paid for by the state (Tab 28, ¶ 87), while Alejo did sporadic, low-paying non-union construction work (Tab 24, at ¶ 74). Donna's reported earnings from the babysitting in 1980 were under $1500 (i.e., only "Self Employment" earnings were reported for 1980; Tab 68; Tab 68.B.).

387. In early 1981, the church hired Alejo as a groundskeeper, janitor and youth pastor, and Donna as a bookkeeper. As Donna recalls, "When the church hired Alejo, they really hired both of us. When determining how to pay us, they asked us, 'What are your living expenses?' and they paid us just enough to meet the expenses." (Tab 27, at ¶ 230.) And so the family barely scraped by from 1980 to 1984. Then Donna began working full-time at Ak-Chin farms, a business owned by Donny England, husband of Martha England. From 1985 to 1988, when Wendi graduated from high school and left home, Donna earned between $12,500 and $13,500 per year from Ak-Chin Farms, which, combined with Alejo's meager salary from the church/cult, put them at or above the poverty line. (Tab 68; Tab 68.A.; Tab 68.B.) Constance Boys, who also worked at Ak-Chin Farms from 1983 to 1985, recalls that Wendi's family was "poor as church mice" and that when Donna started working there she repeatedly complained of how much they were struggling financially. (Tab 10, at ¶ 37.)

388. Ms. Boys also describes, in great detail, how Donna embezzled from Ak-Chin farms by using a PriceClub charge account to charge things for her family. Ms. Boys reports that she repeatedly told Donny England about this, but he did nothing and she

eventually quit in disgust. Ms. Boys also reports that another employee eventually, in 1988, took evidence of Donna's embezzlement to a local tribal council. This led Donna finally to confess, quit her job, and sign a document promising she would repay $30,000 to the company – although, according to Ms. Boys, via the employee who had brought the information to the tribal council, Donna never did repay anything. (Tab 10, at ¶¶ 37-41.) An additional twist on the story, which is consistent with Donny England looking the other way and Donna receiving special treatment: Ms. Boys reports that on the day Donna finally confessed, Tom King knew within hours and pulled Ms. Boys aside before an evening church service to say, "Don't you dare tell anybody." (Tab 10, at ¶ 41.)

389. Although Martha England's membership in the church/cult dated to 1976, only after her family moved to Casa Grande from Maricopa in 1981 did she enroll her children in the school and get more involved in the community. Looking back on that time, Martha recalls being immediately bombarded by church people, and that Wendi's family, especially, spent a lot of time at her house. Donna liked to cook in the England's big kitchen. In her interview with me, Mrs. England recalled feeling repeatedly put upon by Donna, who appeared to assume that she could come to the England's house and cook in her kitchen whenever she wanted. Martha also recalls that Wendi was very attached to her, and often visited her home alone; Wendi would follow Martha around and help her with chores. Wendi also played with Martha's son, Donny, who was her age.

390. Reflecting on her observations of Wendi's relationship with her mother, Martha recalled that Donna was "so out of the picture for so long." Donna herself admits as much, and as described below, Donna's neglect and abandonment of Wendi only

escalated further after surgeries Donna had in the early 1980s and after she starting to work at Ak-Chin Farms in 1984.

391. The other witness recollections of publicly visible behavior between members of Wendi's family, aside from those between Alejo and Wendi, were of Alejo's treatment of Brandon Ochoa, who was around two years old when he came to live with Wendi's family in 1987, when Wendi was sixteen or 17 years old. Constance Boys recalls observing Alejo's treatment of Brandon and the effects it had on the little boy:

> "I remember when they first got him. They were so strict on that little boy. I worked in the church nursery from time to time, so I had Brandon with me during some of the services.... I remember that the punishment Brandon received from Alejo was always so harsh. It seemed to me that he was beaten a lot. I recall that Alejo talked to him with such a harshness to his voice. Brandon always seemed nervous when Alejo was around. Brandon was a hyper little kid and Alejo yelled at him constantly." (Tab 10, at ¶ 36.)

392. **Wendi ages nine to thirteen: Observations of adults and children in the community.** Other members of the church/cult at the time, both adults and children, tend to speak of Wendi in very positive terms, of how she was friendly and a model student; but many, especially those who were adults at the time, also remember being concerned that Wendi was fearful, beaten down, and being sexually abused by Alejo. One friend at the time, REDACTED, not only has both types of recollections, but reports that she herself was sexually abused by Alejo from ages eleven to thirteen. Finally, the observations of some who knew Wendi during those years show how Alejo's pathological and incestuous relationship with her led to what some might view as

"manipulative" qualities that are better understood as attempts to cope with pervasive domination and abuse at church, school and home.

393. Jasper Neace was a few years older than Wendi, but because students of all ages were in the same room for years and both stayed after school to work on the grounds with Alejo, Neace recalls, "We spent so much time there we practically lived there." (Tab 23, at ¶ 36.) He reports learning later, when Wendi was around fifteen years old, that Wendi was being abused by Alejo. In the early years Wendi only confided that she was being beaten at home. (Tab 23, at ¶ 37). Most of Neace's memories of Wendi when she was nine to thirteen years old are of very positive qualities that impressed him as well as other kids at the school. "I remember Wendi as the all-American girl. She was funny and cute. She was talkative, outgoing, and smart. She was what every guy would want.... Wendi was in and out of all the groups [of kids] and was accepted by everybody." (Tab 23, at ¶ 3.)

394. Apparently Wendi's "all-star" qualities could be intimidating to children who were new to the school, especially girls. Kimberly Wilson (last name Ethington at the time) recalls that when she first met Wendi, she thought she was "snobby" because she was a "good student" who "did all her work." It seemed to Kim that Wendi set the standard as the star student that the other children were compared too. But before long, "After getting to know Wendi better, I realized she wasn't snobby at all. I liked her and we became friends." (Tab 38, at ¶ 2.) Jeri Lynn, also same age as Wendi, began attending the church and school about a year after Kim and Wendi, when she was ten years old. Jeri Lynn has very fond memories of Wendi, from as soon as she arrived at the school: "Wendi went out of her way to befriend me. I was a shy child and didn't have a lot of

friends. Wendi, on the other hand, was very popular and stood out amongst the crowd." (Tab 12, at ¶ 3.) They "bonded quickly and became inseparable. I began spending a lot of time at Wendi's house. Sometimes I spent the night there. We were best friends." (Tab 12, at ¶ 3.) Jeri Lynn goes on to relate how Wendi helped her to become more self-confident, to overcome her shyness to make new friends, and was generally "compassionate and available to anyone who needed her." (Tab 12, at ¶ 4.)

395. Clearly Wendi had these positive qualities, which greatly impressed children like Jasper, Kim and Jeri Lynn, particularly her ability to be compassionate and care for others. At the same time, this should not be taken as evidence that Wendi was a happy and healthy, socially and emotionally competent girl. With the history of unrelenting neglect, emotional, physical and likely sexual abuse she had already endured by age nine, that is simply impossible. Instead, what Jeri Lynn and the others describe is a young girl who was always highly social by nature, but also a young girl who had learned to cope with the neglect, abuse and totalitarian control of her parents and cult environments by *submitting to authority* and *taking care of others*. As a young child fearful of adults who could beat her at any time for anything they might construe as disobedience or rebellion, adults who, in short, demanded complete submission of her will to theirs, Wendi had learned to align her needs for love and affection with adults' needs (and demands) to be obeyed and taken care of. It was an imperfect alignment, to say the least, and grossly inadequate to her needs. But it was the best available option given Wendi's temperament and personality.

396. In these years from nine to thirteen, Wendi's cognitive development continued to unfold (with little help from her impoverished educational environment) and, having

left the traveling cult and become trapped in a stationary one, she had other children in her school and community. For Wendi, this meant taking her main survival strategy of caring for others and applying it in new ways, including balancing obedience to adults with caring for other kids. In her friendship with Jeri Lynn, this meant sharing knowledge and teaching skills that, for Wendi, had become second nature. Jeri Lynn tells a story of Wendi coaching her on how to act with an adult who was angry because Wendi and Jeri Lynn allegedly had been exhibiting "bad attitudes." Jeri Lynn recalls, "I was so terrified on the way to the office, I couldn't help but look upset. Wendi told me over and over again, 'You need to smile or we're going to get in trouble again for having a bad attitude.'" Jeri Lynn was still anxious but managed to smile, and they avoided a beating. (Tab 12, at ¶ 6.)

397. Other positive qualities of Wendi's were observed by adults, including Nancy and Mark Keating, principals who arrived when Wendi was twelve or thirteen and were liked and respected by the children. Upon arriving at the school in 1983, Nancy Keating was impressed with Wendi as "a lovely little girl" who was "always very put together" and a "very conscientious student." Wendi stood out as a student who "really pushed herself" and "wanted to make something of herself." (Tab 14, at ¶ 5.) Nancy also immediately noticed that Wendi and Alejo were together "most of the time" before and after the school day, with Wendi helping Alejo with the grounds keeping. She recalls too that neither Wendi nor Alejo spent much time with Donna, who was "more like a once-a-week church goer." (Tab 14, at ¶ 8.)

398. As with his wife, Mark Keating says that Wendi quickly "made a big impression" on him; she put in great effort on the swim team he and Nancy started, and

was "the fastest girl out there" in a swim time trial. (Tab 13, at ¶ 4.) Both Nancy and Mark also quickly perceived that Alejo and Wendi did not have a normal father-daughter relationship. It seemed too intimate, more like they were a couple. Nancy recalls, "There was something off about Alejo's relationship with Wendi. It was more of a teasing relationship, not a father-daughter relationship." She also noticed that while Alejo was proud of Wendi, it seemed she "needed to be perfect" around him. (Tab 14, at ¶ 7.) Mark reports "There were things about Alejo's dynamic with Wendi that did not sit right with me," and goes on to report an incident he witnessed one night: "I looked into the parking lot and I saw Wendi and Alejo. Wendi leaned into Alejo and they kissed on the mouth. Something was weird about it. It was not a father-daughter kiss.... This stuck out in my mind so much, I told Nancy about it." (Tab 13, at ¶ 6.) Exactly when this incident happened is not clear from his report, and he may not remember. As we shall see, both Nancy and Mark Keating report that eventually they became convinced Alejo was sexually abusing Wendi, and recall an incident where they felt certain Wendi was on the verge of disclosing such abuse to them (but was cut short by Alejo suddenly coming into the room). Those reports, however, appear to refer to times Wendi was older than thirteen, and thus are covered below.

399. Although she did not want to accept it at the time, Martha England was also presented with information that Alejo and Wendi were "close" in totally inappropriate, sexually abusive ways. And Mrs. England knew some of the context and contributing factors as well. She recalled that Donna had problems with an intra-uterine device when Wendi was about ten, and because church discouraged medical care it got worse and worse until Donna was in so much pain that she would retreat home to her bedroom. As

we shall see, Donna too describes pulling back from Wendi even more during this time, which included two surgeries, the first when Wendi was ten. Mrs. England also said that when Wendi was about ten years old, Wendi told Mrs. England's daughter, Suzy, that when she went home "her Daddy would have her put on her baby doll nighty and lay in bed with her."

400. Yet like almost everyone else, with the exceptions of Jasper Neace, who was only a child, and George Carlin, who only once attempted an ineffective private confrontation with Alejo, Mrs. England neither said nor did anything to protect Wendi. She recalled, "I didn't want to think something was bad," and that like her daughter's other reports of Alejo being "perverted," she did not want to believe it. Trying to make sense of her own response at the time, Mrs. England became pensive and said, "In your mind you cast things out… I knew Alejo loved me," then added, "I was so blinded and brainwashed by the church's teachings." REDACTED

401. Other children than Suzy England were seeing evidence of Alejo's sexual relationship with Wendi. One of them was Lonnie Carlin, George Carlin and Constance Boys' son who is Wendi's age, who ultimately did not feel comfortable going on the record with what he reported to an investigator. Still, the evidence warrants consideration here, and is consistent with Mrs. England's recollections of her daughter's reports as well as Donna's (detailed below). A Capital Case Project investigator was told by Lonnie Carlin that, when he visited Wendi's house when they were ten or eleven years old,

sometimes with other children present as well, "Wendi frequently dressed in revealing lingerie and showed it off to the other children." When Wendi was asked where she got the lingerie, she told Lonnie and the other children that Alejo "liked her to 'dress up' and that he wanted her to 'look her best.'" Lonnie recalls that Wendi "pranced around in thong panties and stockings."

402. Among the most explicit and extreme reported evidence that Alejo was sexually abusing Wendi during these years comes from Jasper Neace. As noted above, Jasper was three years older than Wendi but often spent time with her after school, where he did grounds work with Alejo. Jasper reports Wendi told him, when she was eleven or twelve years old, "that Alejo touched her in a sexual way," and that "[s]he was really upset and she was crying about it." (Tab 23, at ¶ 42.) Jasper also recalls "being under the impression that Alejo wanted to have sex with Wendi, and lists a variety of comments he says Wendi made to him and behaviors he says he witnessed, all of which led him to that conclusion:

> "She told me things on several occasions that led me to believe that. Often, they were just little remarks. She said that her dad was disgusting. She said that her dad licked her neck. She said that her dad put his tongue on her and rubbed her upper leg.... She often screwed up her face in disgust when Alejo was nearby. I got the impression that she was afraid to be alone with him, that she was scared of what he might do.... She immediately changed when he walked in the room. I recall that she always crossed her legs and kept her dress pulled down as far as it would go. She sat there real quiet, and you could just feel the tension. She never wanted to sit too close to him, and when she

got in the car with him, I recall that she'd get in the back seat. She never sat next to him in the front." (Tab 23, at ¶ 42.)

403. Thus Jasper reports witnessing myriad evidence that Wendi was disturbed and repulsed by Alejo, and afraid that Alejo might, at any moment, inflict upon her mind and body his sexual obsessions, compulsions and perversions – of which everyone in the community was by then well aware, thanks to Alejo's frequent and often public sexually inappropriate and harassing comments, jokes, and gestures. Looking back with bitterness, Jasper comments, "It seemed that no one had the guts to flat out tell on Alejo and what he was up to with her. It was hard being a kid in that situation because the adults had all the power." (Tab 23, at ¶ 42.) Jasper Neace was ultimately expelled from the school, under circumstances (that he and another witness report) included telling Tom King that Alejo possessed hard-core pornographic magazines and getting into a physical altercation with Tom and Alejo.

404. Like Mark and Nancy Keating, Jeri Lynn Cunningham reports evidence that is consistent with most other witnesses' reports. Jeri Lynn recalls that "Wendi and Alejo had a different kind of relationship – it wasn't a father-daughter relationship." Jeri Lynn's comment casts light on a dynamic of incestuous father-daughter relationships in which the sexual abuse does not involve violence but is part of a "coupling" imposed on the child – not only by the pedophilic father, but by the neglectful mother who withdraws from both daughter and husband. The details of how this dynamic unfolded in Wendi's family are provided below, in Donna and Alejo's accounts of these years of Wendi's life. Here the focus is what adults and children in the community witnessed, including the Keatings and Jeri Lynn. As the latter recalls, "Looking back now, I would call their

relationship 'flirty.' Sometimes when Wendi spoke to Alejo, the tone of her voice changed and she gave him these flirtatious looks, especially if she wanted or needed something from him. Wendi switched between calling Alejo 'dad' and 'Alejo.'" (Tab 12, at ¶ 14.)

405. Finally, another consequence for the social development of children caught in incestuous relationships is captured by the recollections of Shawn King, son of cult leader Tom King. Shawn was Wendi's age and became very close to her during these years, ultimately becoming her boyfriend when they were sixteen or seventeen. In his deposition by Wendi's attorneys, Shawn describes Wendi when he first met her, when she was eight or nine years old, as "very energetic and outgoing" and "happy as a general rule." (Tab 15, at p.11.) He then goes on to say, "But there was always a bit of perhaps question in that from my – I don't know. From my perspective, you know, like a little bit underneath it maybe." (Tab 15, at p.11.) Asked to clarify, Shawn replied, "She was just very – she was very – I don't know how else to say it. She was kind of devious in things. So I always knew she had a kind of a plan underneath what she was doing." Shawn then went on to describe how Wendi would often get away with things that other kids didn't, like pinching other kids, which was a "big thing at one time" among the kids at the school. "[S]he was just good at that on the sly kind of thing." (Tab 15, at p.12.) Shawn's memories are consistent with those of Jeri Lynn, who remembers Wendi coaching her on how to smile and display the attitude that adults wanted to see in order to avoid being beaten. Yet in Shawn's comments are also echoes of his father Tom King's voice, and his fathers' perceptions of "defiance" – along with "rebellion," "sin" and "evil" – whenever a child pursues needs or wishes that fail to perfectly align with *controlling adults'* needs,

wishes and demands. Most important here, however, is that Shawn's observations, shorn of judgmental and condemning connotations, reflects one of Wendi's main strategies for coping in a cult community and an incestuous family.

406. **Wendi ages nine to thirteen: Close friend sexually abused by Alejo.** Wendi's friend REDACTED was sexually abused by Alejo from ages eleven to thirteen, but never told anyone, including her parents, until questioned by an investigator on this case. REDACTED remembers being afraid of what her father would do to Alejo if he found out, and fearing that if she told she would never see her friend again. (Tab 12, at ¶ 19.) I also spoke directly with REDACTED, in her home, where she recounted the same details of Alejo sexually abusing her as he lay between Wendi and her in Wendi's bed. As a researcher who has studied memories of child sexual abuse, and as a therapist who has worked with many clients with histories of child sexual abuse, it is my opinion that REDACTED was a completely honest and credible, although (understandably) self-conscious and reticent, reporter of events she had experienced.

407. Before detailing her account of sexual abuse by Alejo in Wendi's bed, it is helpful to review and quote from her reports of other sexualized behaviors that Alejo engaged in toward her and Wendi. One incident occurred when Wendi and REDACTED were twelve years old in 1982, and REDACTED accompanied Wendi, Alejo and Donna on a trip to California. They camped at the beach and used outdoor showers. One day Wendi and REDACTED were taking showers in their bathing suits, feeling freezing cold, when "Alejo pulled out his camera and took a bunch of pictures of us as we showered. He laughed and made fun of us until Wendi said, 'Stop, dad!'" In a pattern that appears over and over, the girls felt violated and angry, but "Alejo thought it was so funny." REDACTED

notes that this is one of only two memories she has of the entire trip (the other was of Wendi buying her a trinket at Sea World, which she has always kept because Wendi's act of kindness meant a lot to her). (Tab 12, at ¶ 8.) At least in partial corroboration of this story, in Donna's "Treasured Memories" booklet that she gave Wendi for high school graduation, the entry for the phrase beginning, "Remember when we went" reads "to California in 1982 and REDACTED also went. Taking showers out in front of everyone." (Treasured Memories booklet, Obtained by Capital Case Project.)

408. Another incident occurred when Wendi and REDACTED wanted Alejo to take them into the desert at night to tell scary stories. Alejo promised to drive them out into the desert, but only if they first did what he wanted:

> "Alejo laid on the couch and forced Wendi and me to rub his feet and rub his head until he fell asleep. As we did this, Alejo laid his head in my crotch, facing my crotch. It felt so wrong. I wanted so badly to lift his head off me and get out from underneath him, but his head was heavy and I was afraid he would wake up. I sometimes wondered if Alejo was actually sleeping or if he was just pretending so he could keep his head in my crotch. It went on for a long time until Wendi 'woke up' Alejo and asked him to hold up his end of the bargain and drive us out to the desert." (Tab 12, at ¶ 16.)

409. There were many other occasions involving drives to the desert and Alejo demanding the girls provide him with some sexualized gratification. REDACTED recalls, "Alejo drove us out into the desert, about ten minutes away, under the condition that we wear our nightgowns. Wearing my nightgown at Alejo's request made me feel uncomfortable and I knew something wasn't right about it." (Tab 12, at ¶ 17.) We have

already heard of Lonnie Carlin's memory of Wendi "prancing" around her house in lingerie Alejo bought for her, and of Martha England hearing through her daughter of Wendi curled up in her nightgown with Alejo at night. Below we will read Donna's account of Alejo buying Wendi a whole drawer full of lingerie and other highly revealing and sexualized clothing by the time she was thirteen, as well as Alejo cajoling Wendi into posing in lingerie for him to photograph. What is important here is that REDACTED reports *numerous* occasions, repeated over two to three years, where Alejo coerced Wendi and her friend into wearing nightgowns for no other reason than to satisfy him.

410. Where was Wendi's mother while all of this was going on? As REDACTED reports, "I remember so clearly that Donna went to sleep early every night. The reason I remember this so distinctly is because Alejo's mannerisms and actions changed as soon as Donna went to sleep, when it was just the three of us: Alejo, Wendi, and me." (Tab 12, at ¶ 15.)

411. REDACTED continues, "From the time I was about eleven years old until I was approximately thirteen years old, Alejo molested me. He also sexually molested Wendy." (Tab 12, at ¶ 15.) REDACTED provides details of a frequent experience of sexual abuse by Alejo:

> "When I spent the night at Wendi's, Wendi and I slept in her bed in her bedroom. Alejo came into the bedroom late at night and laid in bed between us. While he laid between us, Alejo touched me sexually by putting his hands on my breasts. I moved his hands away from my breasts over and over again as I drifted in and out of sleep, but his hands always wound up there again. Alejo's behavior made me feel sick and uncomfortable. Alejo laid down

between us throughout what seemed like the duration of the night and into the early morning. I don't recall Donna ever waking up to see where Alejo was or what he was doing." (Tab 12, at ¶ 18.)

412. When REDACTED was about thirteen years old, Alejo's middle-of-the-night fondling ended. She had no idea why at the time, nor does she now. (Tab 12, at ¶ 20.) REDACTED says that she never told anyone about this until contacted by investigators retained by Wendi's defense team. She says she thought about telling her parents, but was afraid of what her father would do to Alejo. She was also afraid that she would never see Wendi again. (Tab 12, at ¶ 19.) These are common responses of sexually abused children. In REDACTED words, "It sounds silly saying so now, but that's the way the mind of a child works." Another common response REDACTED had to Alejo's sexual abuse: "Wendi and I never discussed what Alejo did to us. We just didn't." (Tab 12, at ¶ 19.) In my interview with her, REDACTED acknowledged that she never saw Alejo touching Wendi's breasts, but she always assumed this was the case, because "she didn't seem surprised that he was in the bed. It seemed like a normal thing for her."As we shall see, Wendi recalls that she had sleepovers with REDACTED, but reports no memory of Alejo ever being in bed with them.

413. **Wendi ages nine to thirteen: Recollections of Donna and Alejo.** Donna's memories of Wendi and of Wendi's relationships with her and Alejo during this time are consistent with Donna's long-standing pattern of neglecting Wendi and handing her over to others. Donna was not paying attention to Wendi or particularly concerned about what Alejo was doing with her. However, Donna could not help but become aware of – although she attempted to ignore and forget – disturbing evidence of Alejo sexually exploiting and abusing Wendi. As for Alejo's memories, at least those he is willing to

share, they are superficial but nonetheless consistent with the classic incestuous relationship to which he subjected Wendi during this time and until she left home.

414. Both Donna and Alejo report that Wendi was subjected to physical beatings in the home during this time, about once a month and sometimes more often. They agree that Alejo was the disciplinarian who administered most beatings, and that the beatings decreased in frequency from when she was nine years old until after she was thirteen, when Wendi seldom "needed" them and Alejo was less enthusiastic about beating her. (Tab 27, at ¶¶ 239, 240; Tab 24, at ¶¶ 85, 126, 127.) Also when Wendi was around thirteen, Alejo introduced the punishment of pulling weeds for hours on the church and school grounds, which Wendi sometimes had to do at school. (Tab 24, at ¶ 128.) Looking back on the beatings, and echoing Tom King's sermon on beating children into submission, Donna says, "You have to spank them hard enough that they're not just angry; it has to go beyond that so you break them. They have to stop being angry and learn to obey." (Tab 27, at ¶ 237.) Donna reports that, by the end of this period of Wendi's life (i.e., after she turned thirteen), "Wendi didn't need swatting very often, only once or twice a year. That was after she finally acquiesced, completely gave in, and obeyed almost all the rules at school, church, and home." (Tab 27, at ¶ 241.)

415. Over this same period, Wendi was being reduced to submission in another way: an incestuous relationship with Alejo. Not surprisingly, Donna provides the most details. Yet Alejo's recollections are consistent with the main elements of Donna's, and many of his statements reveal the incestuous nature of his relationship with Wendi.

416. A first example is Donna's account of how, beginning when they moved to back to Casa Grande, Alejo routinely insisted that Donna and Wendi rub his head, back and

legs – and how Donna was relieved to have Wendi take on responsibility for this unwanted task. Donna's first account of this behavior, immediately below, is consistent with REDACTED story of Alejo making her and Wendi rub his head and legs. (Her second account, presented later, is consistent with REDACTED account of Alejo putting his face in her crotch.) According to Donna:

> "Once we were back in Casa Grande after the traveling ministry, every evening, Alejo sat on the floor and wanted Wendi or me to rub his head, back and legs. Being at home was almost like being in a harem with Wendi and I pampering Alejo, with him in control. The main focus of everyone's attention was to soothe him and respond to his every little need.... After a while, maybe after the first months or a year back in Casa Grande.... when Wendi was nine years old, she took over almost all of the work rubbing Alejo. It was a relief to have Wendi rubbing Alejo so that I didn't have to do it." (Tab 27, at ¶ 255.)

417. One of Donna's entries in the "Treasured Memories" high school graduation present suggests that, at least at the beginning, it was not only Alejo who insisted on such behavior. That is, in the "Treasured Memories" booklet Donna completes the phrase "Remember when" with "dad & mom would whine so that you'd rub our backs or legs. Sometimes you'd fall asleep while you were rubbing Dad's legs and I come out and wake you both up." (Treasured Memories booklet, Obtained by Capital Case Project.) However, in his interview with me Alejo acknowledged that Wendi took over responsibility for pampering him as Donna increasingly withdrew from both of them, and that such an arrangement continued to be common until Wendi was in high school.

418. Indeed, in my interview with Alejo, when asked about ways Wendi used to "baby" him – a phrase he had used earlier in the interview and I had heard numerous times from Wendi – Alejo replied, "She or Laura would scratch my head. I think they did it to get me to fall asleep." Hearing this, I recalled Donna's account and Jeri Lynn's memory of Alejo having "forced" Wendi and her to rub his feet and head and how it "felt so wrong." After pausing as those words and images went through my head, I asked Alejo, "So it was their idea?" He responded that, yes, it was entirely their idea. Once again, Alejo's statement is deceptive, self-serving, and inconsistent with multiple other witnesses' declarations. Also notable: Alejo only mentioned that Wendi and Laura scratched his head, but not (as described by Donna, REDACTED and Wendi) his legs, which put the girls' heads and faces closer to his genitals.

419. Nor does Alejo mention, as REDACTED, Donna and Wendi have independently reported, the way he would put his head between Wendi's and her friends' legs so that his face was inches away from their genitals. Below is Donna's more detailed recollection of this perverse and sexually abusive ritual. Based on REDACTED recollection and Wendi's as well, Donna's account appears accurate with respect to how the participants' bodies were clothed and positioned, and what they were doing.

> "From age ten or eleven onward, until she left to go out on her own as an adult, almost every night, weekdays and weekends, as long as Alejo was home which he was most of the time, Wendi spent a couple of hours rubbing Alejo's head, back, and legs. While she rubbed him Alejo was partly dressed. When this first started, he had his shirt off. After a while he just wore shorts, and then it got so he was stripped down to his briefs all the time while Wendi

rubbed him for a couple of hours each night. What Wendi wore while she rubbed Alejo varied. During the warm weather she wore little pajama shorts and a pajama top like she wore at the sleepovers with Jeri Lynn and Laura, or she put on one of Alejo's T-shirts with just her underwear on underneath.... By the time she was eleven or twelve years old, sexy underwear was the only kind of underwear Wendi owned.... Alejo really liked to have his head in Wendi's lap while she rubbed him beginning when she was nine years old and throughout her teens. At the time we called it being in the position of Wendi 'ministering to him,' although there was no religious aspect to it. Another way we described it was Wendi touching or 'touching on' Alejo. He was constantly saying to Wendi in a kind of whiny way, 'Just touch me,' or 'Why don't you just touch on me.'" (Tab 27, at ¶¶ 276-77.)

420. Both Donna and Alejo describe several elements of the process by which Donna increasingly withdrew from both Alejo and Wendi and Alejo increasingly made Wendi meet what he experienced as his emotional and sexual needs. In the literature on sex offenders, what Alejo did to Wendi, including the progression of less and less clothing worn by each of them during the "touching on" ritual, is known as "grooming." This refers to a process whereby a pedophile gradually and progressively manipulates a child into increasingly intrusive sexual acts. As we can see from Donna's account, in incestuous families like theirs much of the grooming can happen right before the eyes of the neglectful and withdrawn parent.

421. Another key factor in this process, although a background one, was that neither Donna nor Alejo had any friends or emotionally significant relationships with other

adults. Donna recalls, "We never had any activities or dates with other adults or adult couples, and never had other adults, not even people from the church, into our home to have a meal, spend the evening together, or have an activity." (Tab 27, at ¶ 252.) Alejo says "There were not a lot of things I did with other adults and did not have many adult friendships. I have been very guarded from being hurt too many times in the past." After friendships with two other couples during their first year in the church/cult, which ended when Cal and Barry Lots left, Alejo reports that he "never really had any other adult connections." (Tab 24, at ¶ 93.)

422. In Donna's case, she responded to her childhood of neglect and trauma, and then to her marriages with deeply disturbed men, as well as the bipolar disorder from which she suffered, by withdrawing from all non-work relationships and retreating into her own private world of reading books or sleeping. At one point Donna says that Alejo "broke up" her and Wendi, though as we have seen, from day one Donna had minimal interest in having a relationship with Wendi. Alejo, in contrast, like many sexually obsessed and pedophilic men, upon failing to get his emotional needs met (or at least substituted for) through sexual relationships with adult women, attempted to fulfill those needs via intimate and sexualized relationships with children. Children who were less likely to hurt him, and more likely to gratify him, because he could use his adult authority and power to control them. And so, in a classic pattern of many families plagued by incest, the more Donna withdrew the more Alejo turned to Wendi and coerced her into meeting his emotional and sexual needs.

423. Donna recalls, "Beginning when she was ten or eleven, Wendi cooked for Alejo and they ate meals together and spent evenings together without me." (Tab 27, at ¶ 248.)

Confirming Donna's recollections, Alejo notes, "Wendi and I spent a lot of time together. There were many evenings that Wendi and I spent together without Donna because Donna went to sleep so early." (Tab 24, at ¶ 86.) Also, Alejo and Wendi's nighttime routines typically took place after they had already, as other witnessed have reported (see above), spent much of the afternoon together on the church/school grounds.

424. Donna's and Alejo's written declarations provide a great deal of detail on this incestuous family constellation, only some of which can be addressed here, and most only with a brief mention. A few quick examples: Alejo says he was not just Wendi's father, but her "friend" and "buddy." (Tab 24, at ¶¶ 92-93.) Donna recalls how, on long drives for family vacations, Alejo and Wendi sat in the front seats together, "like they were the married couple and I sat in back, usually sleeping most of the way." (Tab 27, at ¶ 250) Alejo reports, "I often kept Wendi from home on Mondays while Donna was working just for Wendi to have a chance to hang out or for us to go shopping." (Tab 24, at ¶ 85.)

425. Summing up the situation, Donna says that by age eleven, Wendi "was more partnered with Alejo than I was, almost like she was his spouse," and that "the only social life Alejo had outside of church activities was with Wendi and her girlfriends," including sleepovers with Jeri Lynn and Laura Kelly, when Donna was either not home or "in another room reading or asleep." (Tab 27, at ¶¶ 247, 252.)

426. Before getting into some details of Alejo's sexual abuse of Wendi, it is helpful to revisit the centrality of sex in Alejo's world. He does not admit his constant and compulsive sexual comments to women and girls, the ways he loved to lick his finger and rub it against their ears, his repeated fondling of REDACTED breasts in Wendi's bed, nor a

variety of other abusive behaviors described by Donna below. But Alejo does reveal the obsessive sexuality that consumed him and that he imposed on others, including Wendi, during the time covered here, when she was nine to thirteen years old. For example, Alejo describes speaking in tongues during these early years of 91st Psalm: "the spirit would come" in an "amazing experience" that "feels like a rush of cocaine onset… a momentum that starts slow and builds… like a good orgasm." (Tab 24, at ¶ 107.) Another example: What happened when Alejo took off a day each month from his church and school duties to "go into meditation." He says he would "pray and get close to God," and from whom he would receive revelations:

> "Many times after these days in isolation, I came back knowing things about Wendi or Donna that they never told me. Here's a cute one – I found at that there were certain things Donna wanted me to do in bed and I did them and there were explosions. She never told me and when I did them, she asked me how I knew that was what she wanted. Sex is from God and I can recall praying for revelations of how to please Donna better in the bedroom." (Tab 24, at ¶ 111.)

427. In short, when Alejo experiences himself as connecting to "spirit" or God, whether while speaking in tongues or "meditating," it is *sex* that tends to come up and dominate his experience. And if Alejo indeed believes that God also revealed to him things about Wendi (not just Donna) that she had "never told" him, then it's safe to infer that many of those alleged "revelations" were sexual too: Perhaps about the kinds of lingerie Wendi "wanted." Or about how Wendi "wanted" to wear that lingerie to, as Lonnie Carlin recalls her saying, "look her best" for Alejo. Of course it's the opposite:

Lonnie Carlin says Wendi told him that *Alejo* wanted those things; REDACTED says Alejo "forced" her and Wendi to wear nightgowns as a condition of taking them into the desert. But in the deluded mind of Alejo Ochoa, it was Wendi who secretly wanted these things, and God who sometimes let him know.

428. Alejo also acknowledges that his obsession with sex, and his frustration at not getting as much sex as he wanted from Donna, was *the* main source the anger he almost constantly directed at Donna and Wendi during these years. As Alejo recalls, "Donna had two surgeries. The first was a partial hysterectomy and the second a complete hysterectomy. After the first surgery, I did not touch her sexually much until she was healed. After the second surgery, she became really cold toward me and I became more and more frustrated." (Tab 24, at ¶ 120.) Even before the surgeries, when Donna was feeling "more discomfort," Alejo says he "always" wanted more sex than she did. He then describes how he responded to this predicament:

> "As a result, I was often frustrated. My frustration led to me losing control and yelling at Donna. Typically, Donna and Wendi retreated to another room and I often left and went out to cool off. What I had a hard time dealing with was that over time in our relationship, Donna refused to do things with me sexually that she previously seemed to enjoy. I tried different things to get her interested in me again but it just did not happen." (Tab 24, at ¶ 121.)

429. Alejo goes on to describe how his sexual frustration and resulting extreme anger were at times daily features of the household. He says Donna "would always have an excuse" for not wanting to be sexual with him, that it "would start in the morning with her refusing me and then it built and built all day and I spent the day hoping she would

change her mind until I was ready to explode." He started by "slamming doors to let them know I was mad." Such angry behavior "only made things worse and turned [Donna] off" to him sexually, which meant she "clammed up," which only made him more angry. Alejo says that Wendi – who repeatedly witnessed this cycle of his angry attacks, her mother's withdrawal, and Alejo's increasing anger until he "exploded" in screaming rages – "took it hard and did not like it when I exploded." (Tab 24, at ¶ 123.) Alejo also reports that Wendi often witnessed him and Donna "avoiding each other" for days after he had exploded. (Tab 24, at ¶ 124.) In contrast to Donna, Alejo says, Wendi "always forgave me when I apologized and hugged me after blow ups." (Tab 24, at ¶ 123.)

430. Based on Donna's account of these events, which is consistent with Alejo's albeit from her perspective, we can see that Wendi accepted Alejo's apologies largely because Donna was withdrawing not only from Alejo but from Wendi too – and even more than she had before. Donna remembers that Alejo would become even angrier when all three of them were together, "so Wendi and I put all our energy into trying to make him feel better, which ruined the experience of whatever we were trying to do together, so we got used to interacting with Alejo individually." (Tab 27, at ¶ 251.) Yet Wendi remembers these times, when she and Donna placated Alejo after his enraged outbursts, as the only times she felt connected or aligned with her mother rather than Alejo, albeit briefly and in the shared unhappiness of placating him. Either way, as is clear from Donna's other recollections, what happened was that Donna withdrew even more from both Alejo and Wendi, not that both she and Wendi "got used to" spending time alone with Alejo.

431. This meant Wendi was stuck with Alejo as the only parent and the only family member to whom she could turn for any emotional connection or companionship. Donna recalls the time of her surgeries, and her even greater withdrawal from Wendi when she began working full-time when Wendi was fourteen (covered below): "It was easier for me to let Wendi spend so much time with Alejo because I got to ignore him, avoid the unpleasantness of being around him and his anger, and go into my room to read." At the time, however, Donna rationalized her actions and Wendi's predicament – as Alejo always did – as what Wendi *wanted*: "I told myself that was what Wendi wanted, but most of what she did with Alejo was actually to pamper him and make him feel better." (Tab 27, at ¶ 248.)

432. It is a classic incestuous family dynamic: An immature, emotionally damaged, severely limited, sexually obsessive and compulsive (step- or adoptive-) father becomes increasingly frustrated by the attempts of his equally (though differently) damaged and limited wife to resist his sexual advances and generally avoid contact with him; and both parents increasingly convince themselves, in their own self-serving and self-deluding ways, that their daughter *wants* to replace her mother as her father's intimate partner. The daughter, already long neglected and abused thanks to her parents' inabilities (even under the best of circumstances) to love and nurture her, and always desperate for whatever attention and affection she can get within the family, resigns herself to conforming to her parents' pathological wants and wishes. She further subverts her own wants and needs to theirs, and submits to her father's progressively more intrusive sexual abuse, with devastating short- and long-term consequences.

433. Beginning when Wendi was nine or ten years old, Donna *did* witness Alejo engaging in plenty of sexualizing and sexually abusive behaviors with Wendi. She saw the nighttime "touching on" ritual between scantily clad Alejo and Wendi. She was along on outings when Alejo took Wendi shopping for lingerie and other revealing clothing. Donna saw and heard Alejo routinely subject Wendi to verbal sexual abuse, just as Alejo's aunts, uncles and parents had done to him beginning when he was the same age. Donna watched Alejo pull Wendi into pornographic sections of stores, and into whole stores devoted to pornography and "adult" paraphernalia.

434. Let us begin with the Donna' recollections of how Alejo "constantly teased, picked at, and provoked Wendi" throughout her childhood and adolescence; how he did so "ruthlessly," keeping at Wendi despite the obvious suffering it caused her, "almost as though he was intentionally trying to break her down and trying to be hurtful and malicious." (Tab 27, at ¶ 257.) Donna recalls, "Beginning when Wendi was a pre-teen, Alejo especially degraded her when she said something clueless, which she did fairly regularly." (Tab 28, ¶ 89.) Donna remembers getting frustrated and angered at the way Alejo "degraded her constantly," and how when Donna told him to stop and leave Wendi alone, he retorted, "No, she likes it." (Tab 27, at ¶ 257.)

435. Beginning when Wendi was about ten years old, Alejo's verbal abuse became predominantly sexual in nature; he "picked at her constantly about sexual topics and feminine hygiene." For example, Alejo relished teasing Wendi when commercials for products like Tampax appeared on TV, asking her questions like, "What are those? Do you need those? What do you use those for?" Donna recalls how Alejo constantly attempted to "embarrass and shame" Wendi in these ways. And whenever Wendi or

Donna protested, Alejo insisted that Wendi *liked* – and thus by implication, *wanted* – to be subjected to such shaming, degrading and humiliating verbal sexual abuse. (Tab 27, at ¶ 256.) (Nor did it help that, consistent with the incestuous family dynamic articulated above, Donna never felt comfortable talking with Wendi about sexual or reproductive issues, and even sent Wendi to Alejo when she had her first menses; Donna admits this, but also attempts to deny responsibility and blame it entirely on Alejo. (Tab 27, at ¶ 285.)).

436. Another sexually abusive behavior that Alejo started when Wendi was around ten years old was taking her into the "adult" section of Spencer's Gifts, a store found in most suburban malls. As Donna recalls and remains true today, Spencer's sells "everything from blow up dolls and other sex toys to gadgets like black lights and lava lamps." They visited the store regularly, "maybe once per month," and Donna liked to look at some of the "cute things" in the store. Alejo "always wanted to take Wendi in [the adult section] to see what was new." (Tab 27, at ¶ 271.) When they went in the store, Donna and Wendi "tried to look at the less explicit and cuter things, but he always called us over to look at the adults-only sex stuff.... He loved looking at the sexually themed and explicit greeting cards" (like those he has sent to Wendi in prison, shown above). She continues:

> "Wendi and I always came to look when he called us over. I always gave him a disgusted look and took off to look at something else. When Alejo told Wendi, 'Look at this!' at first Wendi said, 'Dad!' not wanting to look at the stuff, but once Alejo got started she didn't have a choice. He replied, 'Look at this. Don't be that way,' and early on, maybe for the first two or three visits,

she said, 'I don't want to,' until he ordered her, 'Look at it,' so she gave in and did look at it. After the first few visits, she knew she had to look and didn't argue anymore." (Tab 27, at ¶ 272.)

437. Donna then describes what Alejo did once he had coerced his ten year old adopted daughter, without her mother stopping him or making any effort to protect her, into complete submission to this form of sexual abuse. "Wendi looked at a lot of the sexually explicit adults-only items and spent a lot of time with Alejo in the adult section at Spencer's from the time she was ten years old onward. She spent as much time as Alejo wanted looking at whatever he wanted." This included "everything from adult magazines and cards to board games where the point of playing the game is answering questions about personal sexual preferences, experiences, and practices…" (Tab 27, at ¶ 273.)

438. On the trips to the mall, Donna could see what was going on. But as Alejo himself acknowledges, he spent a lot of time going shopping with Wendi alone, including taking her out of school to do so. (Tab 24, at ¶ 85.) Donna recalls, "By age twelve or thirteen, when Wendi and Alejo went shopping together, they went to lots of different places, and did so fairly regularly, most of it without me." How did Donna think and feel about this at the time? "I didn't care to know where they went or what they did while they were shopping without me." (Tab 27, at ¶ 275.)

439. Many of Alejo's shopping trips with Wendi were about buying her lingerie and other clothing that Alejo found sexy and exciting on his young daughter. Donna recalls, "The clothes Alejo bought for Wendi starting when she was about ten or eleven years old often surprised me because they were a lot tighter, shorter, and provocative than anything

I ever bought for her." Some were "not things she could wear around anyone we knew, much less to church activities or the church," and many were "too sexy and inappropriate for her to where anywhere other than when she was at home with Alejo or when the three of us went on trips to California." (Tab 27, at ¶ 262.) She is referring here to the "revealing lingerie," including "thongs and panties," that Lonnie Carlin remembers Wendi frequently dressing in when other children visited her home when she about ten or eleven years old – which Lonnie remembers Wendi saying Alejo "liked her to 'dress up'" in so she would "look her best."

440. Not surprisingly, Alejo reports taking Wendi clothes shopping but does not reveal what he bought and pretends he was merely giving Wendi what *she* wanted: "I took her clothes shopping. Wendi preferred to go with me because I agreed to what she wanted to buy and did not mind buying things for her." (Tab 24, at ¶ 85.) Donna recalls that whenever she wanted to take Wendi clothes shopping Alejo made excuses for why she could not, and before long she gave up on trying. (Tab 27, at ¶ 264.)

441. Donna also notes the complete contradiction between what Alejo said and did in his role as youth pastor at the church, where he "preached against that kind of inappropriate behavior," and what he did with Wendi at home. (Tab 27, at ¶ 263.) When Wendi's church friends spent the night for sleepovers, Alejo had them dress in such clothing too. Donna remembers, "while I was sleeping or reading, the girls were often in little baby-doll pajamas that included little shorts and sleeveless or spaghetti-strap tops that were loose and open and didn't cover very much when the girls moved around." (Tab 27, at ¶ 263.)

442. Looking back, Donna recalls, "By the time she was twelve or thirteen [and until she left home], Wendi had at least a dresser-drawer, maybe more, full of little frilly bras and lacy, frilly, sexy underwear." Alejo bought Wendi "tiny little shorts, and little halter-top-type T-shirts," and "lots of little sexy outfits" and "lots of high heels." (Tab 27, at ¶ 266.) These were not things that Donna would wear, and she recalls taking back lingerie whenever Alejo bought it for her, to exchange for something more comfortable. She also remembers that when Wendi was twelve to fourteen, Alejo bought her "lacy, silky, or satin garter belts, the corset kind of underwear that comes in separate pieces where the panties or bottoms hook or snap to nylons so there's a sexy gap at the top of the thighs around the panties." Remarkably, Donna continues, "I specifically remember him buying those for Wendi, including the nylons," and then delivers an another stark admission of her neglect and abandonment of Wendi to Alejo's sexual predations: "I had no idea why Alejo was buying Wendi underwear like that when she was a pre-teen and early teen, and didn't think about it." (Tab 27, at ¶ 267.)

443. Despite Donna's willful ignorance of Alejo's motives, her efforts to look the other way, and her unwillingness to admit what was going on, she remembers even more such detailed stories, too many to include here. But two more should not be omitted. They end this section on Donna's and Alejo's recollections of the period when Wendi was nine to thirteen years old.

444. The first are Donna's memories of witnessing Alejo taking Wendi into lingerie stores, including Victoria's Secret and Frederick's of Hollywood. Donna recalls, "We all knew when we went into those stores that the purpose of being there was to buy sexy underwear and sexy little outfits for Wendi." (Tab 27, at ¶ 270.) Alejo even planned a trip

to the original Frederick's of Hollywood. "Alejo specifically and specially wanted to take Wendi into that store," and "a big part of why we made that trip to California was so Alejo could take Wendi shopping for underwear in the main or original Frederick's of Hollywood store." (Tab 27, at ¶ 270.)

445. Finally, Donna reports many details on how Alejo behaved with Wendi and her friends when they had sleepovers, including not only, as noted above, the skimpy clothes the children wore, but also how Alejo would "cuddle" and "wrestle" with the girls in physically intimate and overpowering ways, such as pinning them to the ground and refusing to get off despite their protests. (Tab 27, at ¶ 278.) These reports of Donna's are consistent with REDACTED reports – of forced wearing of nightgowns, forced rubbing of Alejo's head and legs, and Alejo putting his head and face in her crotch. When it comes to Alejo's memories of these sleepovers and the young girls involved, as would be expected, they are simultaneously superficial and disturbingly revealing. Consider, for example: "I had a very close relationship with REDACTED and she slept over at our house many times. She was a very obedient and a good kid. She did anything I said..." (Tab 24, at ¶ 98.)

446. Let us sum up what we have learned from Donna's and Alejo's recollections of this time, from when Wendi was nine years old and the family joined the 91st Psalm church/cult community, until she reached age fourteen and began to act more like a teenager. Both Donna and Alejo agree that by age thirteen or fourteen Wendi seldom "needed to be swatted" because, at least for a time, she obeyed nearly all rules of their home, school and church. But when had Wendi reached age thirteen her submission, indeed her sacrifice, entailed much more than that. Just as Donna had been relieved to

hand Wendi over to Alejo when they first met, when Wendi was nine Donna was relieved to hand over "all the work of rubbing Alejo's head, back and legs," and Donna was even more relieved, after her hysterectomy surgeries when Wendi was ten and eleven, to hand Alejo completely over to Wendi and saddle her with the responsibility of satisfying Alejo's needs for emotional intimacy and sexual pleasure. In short, Donna's relationship with Wendi and Alejo went from "I can't handle her. I don't want her. YOU take her," to "I can't handle his constant sexualizing and anger. YOU take him," and "I can't handle your constant sexualizing and anger. You take HER."

447. **Wendi ages nine to thirteen: Wendi's memories.** As discussed above, Wendi suffers from severe autobiographical memory deficits. Compared to normal healthy adults, she has few specific autobiographical memories, particularly of unpleasant experiences. Instead, she tends to have "over-general" memories that are more like summaries or overviews of types of experiences; even those are typically incomplete and have few visual images. When Wendi does remember experiences of neglect or abuse, she tends to say she "feels" that something happened. Because I conducted several interviews with Wendi, it was possible to acquire a number of general and specific memories that are consistent with reports of witnesses from outside the family and recollections shared by Donna and Alejo.

448. Also as discussed previously, and as is common for adults sexually abused by a parent, the causes of Wendi's memory deficits include motivational ones. In our very first interview, before I had asked for any childhood memories, two of the first things Wendi said were, "I feel like memory is really vulnerable to suggestion," and "I don't want it [her memory] to turn into a monster." That is, she was afraid of have false or distorted

memories, and of hurting anyone. At the same time, Wendi suspected there were memories of abuse by Alejo that she could not recall, because she then began crying and said, "I get so worked up every time we talk about my Dad. I don't have a memory, but I know something's wrong," and then cried some more. In one of our last interviews, after Wendi had managed to access and report memories of her father repeatedly making sexual comments to her, but not memories of him buying or making her wear lingerie, Wendi said, "I feel like I'm betraying people, and I feel like that's why my dad isn't coming to see me, because he feels like I'm betraying him." She also said, as she had several times before, that she has no memories of her father touching her sexually, and "If I was to remember something, I feel like I'd be so disloyal."

449. Importantly, this does *not* mean that Wendi was consciously and deliberately withholding memories that she had in fact retrieved into awareness during our interviews. It just means that, like many adults sexually abused by a parent who continues to have a significant place in their lives, Wendi had some very good reasons for not wanting to remember. Such motivations can operate automatically, and outside of awareness, to prevent abuse memories from being retrieved into awareness. Indeed, in these cases, remembering any such abuse experiences, even the mildest and most "borderline" behaviors, requires working against automatic and deeply ingrained habits of not doing so. Also, as discussed previously, all of the evidence suggests that the severe emotional neglect, emotional and physical abuse, as well as sexual abuse, prevented Wendi from developing a healthy, integrated sense of self. Instead, she suffers from significant pathological "dissociation," in which different categories and realms of experience – including memories associated with them – are disconnected from each other. When this

is the case, thoughts, feelings, perceptions and memories associated with sexual abuse are disconnected from normal everyday awareness and the sense of self with which one identifies. To clarify, Wendi does not suffer from Dissociative Identity Disorder, formerly known as "Multiple Personality Disorder," which is the most extreme form of dissociative pathology. But she does suffer from significant dissociative pathology, as has just been described, which contributes to her difficulties accessing memories of sexual abuse in usual waking states of consciousness.

450. Consistent with these formulations, Wendi herself said, in one of our final interviews, "One of the things I've realized in this process is that I have to *make* myself remember because it's not in my nature to." She then added, "My thoughts don't go there, and when they do go there it tends to be on a meaningless detail and to go round and round," such that she does not fully access the memory. Here Wendi is describing common and well-known memory processes in many adults who have experienced chronic and pervasive childhood neglect and abuse.

451. In this section on Wendi's memories covering ages nine to thirteen, most of the focus is on incestuous family dynamics and what Wendi can remember of Alejo's sexual abuse, which is but a fraction of what other witnesses and victims, as well as Donna and Alejo, have reported. Less space is devoted to Wendi's memories of her church and school experiences and Alejo's emotional and physical abuse of her. Wendi reported a few specific and many general memories of the 91st Psalm/Harvest church and school environments, including isolation, humiliation, beatings and general harsh domination of children by adults with power in that community. Those memories were either consistent with the memories of witnesses provided above, or contained other details that shed light

on her relationship with Alejo. Similarly, Wendi's memories of Alejo physically beating her provide insight into their relationship.

452. I assessed Wendi's memory for most of the incidents of physical and sexual abuse (and strong evidence of sexual abuse) reported by witnesses in the community and her mother. Most but not all of the incidents and evidence reported by others were addressed in three days of interviews specifically focused on potential memories of sexual abuse. In those interviews, as in all of my interviews, I used well-established, research-based methods specifically designed to avoid memory fabrication or distortion.

453. With respect to the church/cult community, Wendi recalls surreptitiously listening, sometimes with Shawn King, to conversations of Cal, Tom, Alejo and others in the main office. From as early as she can remember, Wendi says she "always knew" Alejo's background, that is, "that he was not from the church," because he told her stories of doing drugs, being a "drug mule," etc. But hearing Alejo talk to other adults about such experiences, and in the church office, was an entirely new experience. Wendi remembers being surprised and fascinated by how they spoke of their past substance abuse and related exploits as the most fun and most exciting experiences of their lives. She remembers the excitement of hearing the adults' gossip. "That's how we would learn about who was giving how much money [to the church], who was cheating on who." Wendi was struck, more generally, by the glaring contradiction between church/cult leaders' public statements and personas and what they said and did privately, and by their rank hypocrisy. For example, she remembers that "Grown-ups always said 'love everyone,' but they'd talk mean about other people."

454. Although Tom King and other adults' physical brutality toward children was consistent with their church's teachings, Alejo's compulsive sexual harassment of girls and women was widely recognized as against church principles, even if Tom ignored and denied it. But when it came to Alejo's behavior at home, like her mother Wendi could see that the contradiction and hypocrisy were nearly total. Wendi recalls, "My father had two sets of behaviors." On the one hand, "the public presentation was all these strict rules, but I knew a different side that didn't apply these rules to us at home." She remembers that her father "preached not to watch TV but loved Miami Vice," and eventually let her watch it too. She recalls that, before too long, "I was always aware of those silent rules.... What was allowed and what wasn't, with whoever I was around.... Even within the church, there were lax people, and I knew and made adjustments."

455. In short, Wendi recalls continually being confronted, in her community and at home, with massive contradictions, hypocrisy and moral confusion in the adults who were supposed – and claimed – to be instilling morality in her and the other children. And she remembers doing her best to navigate the unwritten rules and adapt herself, chameleon-like, to the demands of different people and situations.

456. Looking back on the sleepovers with her friends, Wendi remembers Alejo being "just a lot more liberal than my mom, and letting me and my friends watch movies with sex and nudity. At the time he was the fun dad in this strict community." She does not remember experiencing discomfort while watching those movies with her father and her friends. Indeed, it was not until years later, in the prison where she is now, that she finally "realized it wasn't appropriate," and only when she "talked to other women about their dads."

457. With respect to Alejo's regular physical beatings of her, Wendi had few specific but several general memories of what it was like to be on the receiving end of the abusive "discipline" preached and practiced by Tom King and her father. She recalls feeling the (completely natural and healthy) resistance that any child would experience when a parent attempts to impose, though violence, absolute and unquestioning obedience and submission (which, as explained above, actually thwarts the development of age-appropriate capacities for self-regulation and internalization of rules and values). "He'd get stubborn, and I would too.... He could spank me and it's supposed to break you down and make you sorry, but I'd still hold my opinion... I'd clench my jaw... It could be fifteen swats [without her giving in] and then he'd storm off." Other times she pretended to submit. She also remembers that Alejo often beat her with obvious anger while denying he felt any.

458. Sometimes Wendi cried and gave in because she sincerely "didn't want to be a disappointment" to her parents. She knew, having heard it so often at church and school, "they wanted 'true repentance.'" At times she sincerely tried to give it to them, even when she knew the punishment was unfair. Wendi also remembers how, when she was left crying after a beating, she had to stay alone in her room, with no one to comfort her. "I wanted to go cry to them but I couldn't... it felt horrible... As long as you were crying and upset, you had to stay in your room... So you had to pretend it was OK, be extra-smiley, extra-cheerful." At that moment, remembering herself as a hurt and confused young girl pretending everything was fine and even (as Jeri Lynn gratefully remembered Wendi teaching her) turning up the fake happiness, Wendi broke down and cried.

459. As we can see from the sampling of memories above, the regular beatings from Alejo involved all kinds of painful emotions and relationship dynamics. Thanks to the craziness of the 91st Psalm/Harvest cult, unlike many physically abused children, Wendi's experiences were additionally freighted with extremes of condemnation and attributions of "evil" upon any perceived rebellion against adults' authority and power (recall Tom King's sermon). Like most abused children, though, Wendi had no one to help her safely acknowledge and feel, let alone make sense of, the confusing and contradictory emotions and relationship dynamics – emotions of fear, sadness, shame, and anger; dynamics of domination, submission, resistance, dishonesty, hypocrisy, and isolation. Given her temperament and personality, Wendi blocked all that out as best she could, and pretended everything was OK. She acted "extra-smiley" and "extra-cheerful." She focused on taking care of others – especially Alejo but also other children. And like most abused children, who want more than anything to be loved and happy, Wendi did her best to do well in school and have fun with her friends.

460. As Alejo himself has reported, and consistent with Donna's recollections, his most common (non-sexual) abusive behaviors in the home were yelling and screaming at Donna and Wendi. Recall Alejo's accounts of feeling, from when Wendi was ten years old, sexually rejected and frustrated by Donna pretty much every day, and of responding to that frustration with building anger that led to explosions of rage at Wendi and Donna. Wendi remembers that Alejo "had a very short fuse" and that it was "scary" and upsetting when he screamed at her. Wendi also remembers that her mother never attempted to comfort her, and when recalling this added, "In fact, it was our job to help him calm down." She also remembers working with her mother to calm a raging Alejo as the only

times she felt at all close to her mother. Otherwise, Wendi recalls, "It was me and my Dad together and my Mom over there."

461. Wendi also remembers – as does her mother, who admits to increasingly abandoning Wendi to Alejo during these years – that it was increasingly Wendi's job alone to pacify Alejo, especially after an explosive outburst had passed. Wendi recalls that Alejo would often rage at her and her mother, abruptly storm out of the house and go for a ride in the car, and then come back expecting and demanding to be, as Wendi put it, "babied." When Wendi accessed these memories in our interview, she continued, with a look and tone of amazement: "I spent *so much time* babying him." She recalled, "He'd lie on the couch and I'd rub his legs.... I remember my mother doing it a few times. But she didn't want to. She'd say, 'Wendi, you do it.'" Wendi's memories her are consistent with those of her mother and Alejo, and with Donna handing Wendi to Alejo and pushing Alejo toward Wendi while she retreated into working, reading and sleeping.

462. Reflecting further on her mother's perspective at the time, Wendi remembered, "She was displeased with him. She was the responsible one [working and bringing in the money]. She didn't want to be catering to him." Reflecting on the lessons she herself absorbed from years of repeating, on nearly a daily basis, this cycle of Alejo getting angry, screaming and yelling, then requiring literally hours of "babying," Wendi said: "If I get you angry, you care, and I can soothe you." (Indeed, even from Donna's account alone it is clear that Wendi would have experienced Donna as not caring enough to get angry or feeling much of anything toward her.) Furthermore, it was not just a matter of soothing Alejo after he got angry, but attending to his needs and wishes so preemptively and subserviently that he might not get angry in the first place. Wendi reflected, "You get

put in the position of helping him not be mad any more, creating an environment where he won't get mad." In addition, even when Alejo was ostensibly paying attention to her, or doing things for her – whether it was shopping, playing with her and her friends, watching TV together – it was really about *him* and getting *his* needs met, which mostly meant his needs for sexual stimulation and gratification. As Wendi once succinctly put it, a common experience growing up was "getting attention but feeling ignored."

463. These repeated experiences, Wendi recognizes now, gave rise to patterns of relating to others that have manifested throughout her life, in all of her relationships, large and small, including in prison to this day. If someone is angry – whether that anger is caused by her, directed at her for no good reason, or directed elsewhere and has nothing to do with her – Wendi feels *driven* to make that person feel better, because she believes, "then they will like me." If someone likes her and is nice to her, Wendi strives to be even nicer to them and to take care of them, because this is the only way she knows to avoid them getting angry at her or abandoning her. Yet these ways of relating leave Wendi feeling, usually implicitly and without reflecting on it, that the other person does not really know or care about her needs and is just using her. In short, the very ways she attempts to avoid neglect and abuse in adult relationships leave her feeling neglected and used.

464. These are not uncommon patterns of relating in people who have suffered chronic childhood neglect and abuse that included being forced to sacrifice their own needs and wants to those of their abuser.

465. Several times in our interview, consistent with the primarily associative nature of human memory recall, talking about "babying" Alejo elicited unwanted memories of

what Wendi now recognizes were his sexually inappropriate behaviors. (Wendi never used the phrase "sexual abuse" to describe any of Alejo's behaviors toward her, though many certainly were.) It is to those sexually abusive experiences – at least those that Wendi can remember, and to the extent she can, that we turn now.

466. After talking about "babying" Alejo, Wendi continued: "I hated scratching his legs… My father would never wear underwear… sometimes you could see his penis." She then recalled how she tried to avoid seeing his genitals: "I could usually end up scratching his head." Asked if Alejo ever had an erection, she replied, "Oh my goodness! I don't recall…." Her comment reveals several things: How she simultaneously submitted to Alejo's demands to do things he found sexually gratifying and attempted to minimize her awareness of the sex involved; how she has blocked herself from remembering the most disturbing and conspicuous sexual aspects of these experiences; and how she hopes others might remember and save her from having to "betray" her father.

467. Wendi then added that she remembers Alejo walking around the house with his robe open, and how "you'd have to look the other way" not to see his genitals. She also recalled that whenever she complained to her mother, the response was inevitably something like, "Well, that's your father." Similarly, when asked about her earliest memory of something "sexual" with father, Wendi recalled how, when they lived in the house of Cedar St. (from ages nine to eleven), although Alejo had his own bathroom and she and her mother had theirs, Alejo often came in when she was talking a shower. "I remember screeching, 'What are you doing in here?!' and him being like, 'What's wrong with you? The shower curtain is closed.'" She continued, "I even have a memory of telling my mother, complaining about my father coming into the bathroom when I was in

the shower, and her saying, 'Well, you know your father.' I can hear her saying that to me. And she's just saying it in passing, continuing to do what she was doing and just brushing me off."

468. As described above, in the section on Donna's and Alejo's recollections of this time, there were several factors that contributed to the incestuous family dynamics and Wendi's increasing subjection to Alejo's sexual abuse. These include Donna and Alejo's social isolation; Donna pulling away from Alejo, both emotionally and sexually; Alejo's sexual frustration and anger; Donna pushing Wendi, explicitly to sooth and prevent Alejo's anger, and implicitly to tend to Alejo's sexual wishes; Donna avoiding being in Alejo and Wendi's presence to avoid witnessing his sexual abuse and, when such avoidance was not possible, looking the other way. Although Donna did not report having minimized and dismissed Alejo's behavior when confronted with Wendi's complaints, Wendi's memories of such "brushing off" are consistent with Donna's many other acknowledged behaviors that contributed to the incestuous family dynamic and sexual abuse.

469. Wendi also recalled her parents' social isolation after Cal left the church, and how this, when combined with her mother's withdrawal from her and Alejo, left him "starved for affection," which it became her job to provide. Referring to her mother's withdrawal during this time, Wendi said, "I feel like Mom would come home from work, go into her bedroom to eat and read," and that she and Alejo would eat in the living room and spend the rest of the night together, including hours after her mother fell sleep early.

470. Another big contributor to the incestuous dynamic and abuse: Donna did not want to hear from Wendi anything upsetting or anything about sex. Wendi recalled

learning early on not to tell her mother anything potentially upsetting, because "she couldn't deal with it." Whenever she did tell her mother something that was "too much for her," Donna would "disappear into her room." Wendi remembers once asking her mother about dating, "and she just wouldn't answer. Then I'd have to go to my father and I'd get more than I wanted, probably too much information." When Wendi had her first period, she was shocked and went to her mother, who responded not by explaining anything but by telling Alejo to go to the store to get pads and tampons. "She seemed very embarrassed, very uncomfortable, like she said, 'Alejo, you tell her.'" In another interview Wendi recalled, "Everything I know about sex I learned from my dad. My mom was too embarrassed to talk about anything." She then continued, "And now, everything sexual I talk about is linked back to him, and that's what I freak out about, because it gets so twisted in my head. I don't mean to be dramatic, but I feel like if I sit down to write a letter in a romantic way [to her pen-pal boyfriend], he's that shadow in the room."

471. In the interview specifically focused on eliciting memories of sexually inappropriate or abusive behaviors by Alejo, conducted in April of 2011 according to strict procedures to avoid leading questions and anything that could lead to false or distorted memories, Wendi was able to access several memories of Alejo being sexually inappropriate. Importantly, she recalled none of the more serious incidents reported by others, such as her wearing lingerie around the house, Alejo in bed with her and RED ACT ED, or being in the adults-only section of Spencer's gifts. This was even the case when, at the end of the interview, those witness reports were explicitly communicated to her. Nor did Wendi ever remember an incident involving undeniably sexual contact, although

she did recall – as did Donna and Alejo – how Alejo would "wrestle" with her, Jeri Lynn and Laura when they wore their nightgowns during sleepovers at her house.

472. After the memory of Alejo coming into the bathroom as she showered (and her mother dismissing her complaints), the next memory to surface was of there always being a Frederick's of Hollywood catalog behind the couch. Wendi spontaneously associated to this memory, of which neither I nor the investigators had heard at that point. Wendi said, "In the living room behind the couch he would keep Frederick's of Hollywood catalogs – it's lingerie, more risqué." She then laughed nervously and added, "There seemed to always be one there.... I remember showing REDACTED ." After reporting that memory, Wendi continued:

> "I have to go where my mind's taking me. I remember my parents buying me two pairs of pajamas, one with footies and one not, one blue and one cream, one loose and one tight. I remember being uncomfortable in the tight one, and my father really wanting me to wear the tight one, trying to convince me, and I always felt really uncomfortable.... [Alejo's] comments and compliments were supposed to make me want to wear it more, but I remember in the back of my head, it was too revealing, too much.... I was just starting to wear training bras, and with the tight pajamas every little thing was showing."

Wendi remembers expressing her discomfort to her father, and him telling her, although she cannot remember the specific words, that her concerns were "not valid, not a worry, not an issue, or whatever you want to call it."

473. This memory parallels one Wendi had reported in an earlier interview – a memory that had also emerged spontaneously, following her recollection of Donna

sending her to Alejo when she had her first period. It was of being out shopping with Alejo and him buying a bathing suit that she did not want. Wendi wanted a yellow one and he wanted her to get a white see-through one that felt physically uncomfortable on her body. Wendi made her dislike of the revealing suit perfectly clear, but Alejo insisted on buying both. When they got home and Donna asked why they had bought the see-through one, Alejo replied, "We couldn't decide."

474. In the later interview, Wendi went on to remember how, in general, her father often bought and pressured her to wear clothing that was physically uncomfortable and revealing. However, she reported no memory of wearing lingerie – even at the end of the interview, after being explicitly asked about this, and after being told a childhood friend had reported that she frequently wore lingerie at home in front of other children and said that Alejo liked her to "dress up" and wanted her to "look her best." Indeed, when told of those reports Wendi said, "My reaction to that is: Go away, that's ridiculous. I can't even relate to that." (At that point Donna had not yet reported all the lingerie that Alejo had bought Wendi, the trips to Frederick's of Hollywood, etc.)

475. The next memory to emerge in that interview, again spontaneously and without specific prompting: "Did he or my mom ever tell you how he always called me 'BBW'?" After the investigator present and I replied that no, they had not, Wendi explained that BBW stands for "baggy butt Wendi." She continued, "No matter what I was wearing he would say that. Even everyone at the church knew." Asked what she understood the phrase to mean, she replied, "I didn't know, but it just made me cry." Wendi then said "BBW" was a name Alejo constantly called her. She also spoke, as Donna has and is described above, of Alejo's "Constant sexual teasing – ten times a day." Consistent with

a classic dynamic in incestuous families, in which the perpetrator tells the victim and others that she actually *likes* and *wants* his abuse, and when that tactic fails, claims he is doing nothing wrong and the problem is with them, Wendi commented, "I remember my father always telling my mother and me that we were uptight. Even now I wonder, was it me or him? It was always so hard to know because he denied everything and blamed us." Indicative of how Alejo had brainwashed Wendi and she had come to identify with a humiliating nickname that made her cry when she was a pre-teen and teenager, when Wendi created an email address to communicate with Shawn King in the summer of 2000, it was "Wendi.bbw@usa.net."

476. Asked about a comment she had made during a prior interview, about things she "considered telling Kandy" (her therapist while jailed before trial) but never did, Wendi responded, "I didn't really have specific things, but I felt like the topic we were going down I should bring up my dad, but I guess I just wasn't ready to do all that." She continued, "My hesitation, part of my hesitation, I don't have a specific event. It's more emotions and feelings and things that seem to be over the line… everything with sexual overtones on it, always." This was at the beginning of the second of three days of interviews specifically focused on eliciting potential memories of sexually inappropriate or abusive behavior by Alejo. Wendi continued by saying that during the interview on the prior day, and that night in her cell, after having searched her memory, "I can't think of any times my father touched me."

477. However, Wendi then said that for years she has suffered from nightmares in which her father is having sex with her. She reported having to tell her pen-pal boyfriend to stop putting any sexual references in his letters to her, because it was causing dreams

of sex with her father. Asked about the dreams, Wendi replied, "I was trying to find one, but I can't – can't even pull up the details. I don't usually have those dreams because I know how to limit what I watch on TV, what I read. I had to put my friend on hold 'til I get through this [appeal process]. So I know how to make it stop." Asked later in that interview for a sexual dream image or "movie" she can remember, Wendi again said she had no details, and "Most of the stuff that I can see in my head right now is being freaked out and angry when waking up, and being desperate to get that out of my head."

478. The memories that were most clear and numerous, and evoked the strongest emotions and most tears from Wendi, were memories of how Alejo constantly forced his sexual obsessions, compulsions and perversions on her through things he said. As explained above, Wendi could not talk to her mother about sex. Also, Tom King and the church/cult community strictly forbid healthy teaching or conversations about human sexuality, and any talk of teenagers and sex was framed in terms of sin, evil and temptation, and laced with condemnation and threats. When it came to getting their questions answered, Wendi and her friends were stuck with Alejo – and he took full advantage of his self-appointed role. Wendi remembered how, when she and a friend would bring up a sexual topic to Alejo, "it was like, 'I'm your buddy and let's talk about sex.'" Saying this Wendi portrayed the eager excitement in his voice, and I commented on that. Wendi responded, "Yes, absolutely," and spoke of the "excitement in his eyes" at such times. Indeed, she added, she can think of nothing else about which Alejo ever expressed such excitement.

479. Asked how often those sexual conversations happened, and how often Alejo initiated them, Wendi replied, "That's just his nature. It comes out in everything.

Watching a movie, reading a book, something someone would say… Someone would say, "Let's go play with the balls today, and he'd be smirking." She continued, "Whatever could be taken in a sexual way, he made sure that awareness was there, so everything was always about sex." Asked what she meant with the balls example, she responded, "He'd say, 'Oh, you're going to go play with the *balls*,' so no one could escape the awareness of his sexual perspective." Consistent with the reports of several witnesses, detailed above, Wendi recalled Alejo doing this constantly, around not just adults and teenagers but children of all ages. Asked how she used to respond to such comments, Wendi said, "It's always been like when someone tells a joke that's not funny and you laugh anyway. With this it was always like that. I tried to pacify him."

480. In the midst of sharing these memories, Wendi expressed anger and hurt, which she rarely did in our interviews. At one point she said, with searing clarity: "He should have *protected* that part of me, not *used* it. It was not for him to use. He should have protected me." Indeed, like all adults who sexually abuse children, and parents most of all, Alejo terribly betrayed her.

481. Another summarizing comment of Wendi's on the effects Alejo's constant sexualizing had on her, which reduced her to tears: "I feel like my dad, because he freely talked about sex my whole life, he's ruined sex for me. Whenever I was interested in a guy, I would think of my dad and feel disgusting." Recovering from crying, Wendi then reflected on how, if somebody was to confront Alejo with what he had done, "He'd say he wasn't doing anything wrong, it was normal. But it wasn't. It got everything mixed up in my head." These are classic dynamics and effects of the incestuous relationship that

Alejo (with Donna's acquiescence and even relief) imposed on Wendi, with progressively greater intensity when she was nine to thirteen years old.

482. As addressed above, REDACTED has reported being sexually touched by Alejo as a child, from ages eleven to thirteen. When I first asked Wendi about what REDACTED had reported, I did so only implicitly, and without revealing REDACTED identity, by asking Wendi if she had any memories of Alejo ever being in bed with her and a friend. Wendi replied that she has no memory of her father ever being in her bed at night. She continued, "I remember him wrestling around with us a lot" on the "bed, couch, and floor," just as Donna and Alejo had reported, then said, "But sleeping in the bed, no." When finally told, at the end of the interview, exactly what REDACTED reported, Wendi responded, "What disturbs me is that, in my logical mind, I know REDACTED wouldn't lie or make something like that up, but I can't link it to anything in my mind."

483. Finally, in our last interview, I reviewed with Wendi many of the recollections of her mother's covering those years when she was nine to thirteen years old (as well as ages fourteen to eighteen, covered below). These included Donna's reports, reviewed above, of Alejo buying Wendi lingerie and other inappropriate sexy clothing, of Wendi having an entire drawer full of lingerie by the time she was thirteen, and of Alejo routinely forcing Wendi to look at things in the adults-only section of Spencer's gifts. Wendi had three main responses to this information – all three common responses among adult women who were subjected to repeated sexual abuse in an incestuous family where the mother, as Donna had, essentially handed her daughter over to the perpetrator. First, Wendi said that she genuinely did not remember those things. Second, she said that, despite not remembering herself, she had no trouble believing that those things had

happened – given what she has always known, what she has recently been able to admit, and what she has recently learned about Alejo; and given that her mother is, like REDACTED , not the kind of person to make up such things, especially not in such detail. Third, Wendi expressed both amazement and intense anger that her mother had actually known, and thus been complicit in, so much more of Alejo's sexual abuse than Wendi had ever realized or could have imagined.

484. **Wendi ages fourteen to eighteen: Observations of adults and children in community.** When Wendi was fourteen, Donna began working full-time at Ak-Chin farms. As Donna herself reports, covered below, this precipitated her final withdrawal from Wendi and Alejo and left Wendi even more vulnerable to Alejo's sexual exploitation and abuse. At the same time, after turning fourteen Wendi increasingly thought and acted like a teenager – though certainly not a normal one given her continued immersion in the cult community and her incestuous relationship with Alejo. Nonetheless, Wendi tried to achieve some freedom and power, in the church and school systems and her relationship with Alejo.

485. Several witnesses' recollections of Wendi during this time include positive qualities and behaviors that had always distinguished her as a child at the cult's church and school. For example, Stephen Shaider recalls entrusting Wendi to babysitting his young daughter Bree, who liked Wendi a lot, and how Stephen and his wife Cindy always felt their daughter was safe with Wendi. (Tab 35, at ¶ 18.) Mr. Shaider also remembers Wendi as a teenager who was "not afraid to work" to make money and did household chores for his family as well (Tab 35, at ¶ 19.) The school principals, Mark

and Nancy Keating, continued to have positive views of Wendi as a student and athlete, as described above, as did other children like Jeri Lynn and Jasper Neace.

486. Once Wendi reaches fourteen, however, there are more reports of great concern about her well-being, particularly that she was being sexually abused by Alejo. But it was not so simple, and the available evidence indicates that as Wendi progressed beyond age thirteen she simultaneously gained power and freedom *and* lost them. Furthermore, the gains were partly "benefits" of her losses.

487. This requires some explaining. By all reports, as Donna withdrew even further while working full-time at Ak-Chin farms, Wendi *lost* by being used by Alejo for intimacy and sexual gratification. At the same time, Wendi *gained* freedom and power, in two ways. First, like all teenagers, her cognitive development during that time provided more capacities to negotiate, and at times turn to her advantage, the church/school/cult system and her pathological relationship with Alejo. Second, being Alejo's partner, even in a very subordinate role, meant that Wendi could get things *she* wanted from him by withholding or providing what *he* wanted from her, which was access to her attention, her affection, and most of all, her *body* – which Alejo was obsessed with looking at, dressing in sexy lingerie and clothing, touching, and being touched by in prolonged "touching on" sessions. In summary, like many children caught in a sexually abusive intimate relationship with an adult and no hope of anyone helping them escape it – especially an incestuous relationship with one parent while the other looks away and feels relief – Wendi learned to "make the best of it," though certainly at a high cost. Let us now consider the recollections of several witnesses from outside the family that support this assessment of Wendi's main predicament from ages fourteen to eighteen.

488. As addressed above, even before Wendi reached age fourteen, Mark and Nancy Keating and Jeri Lynn Cunningham had all observed that Wendi's relationship with Alejo was "not a father-daughter" one (they even used that same phrase). Nancy calls it "more of a teasing relationship," Mark refers to "things about Alejo's dynamic with Wendi that did not sit right" with him, including a "weird" and disturbing kiss he witnessed, and Jeri Lynn called the relationship "flirty." (Tab 14, at ¶ 7; Tab 13, at ¶ 6; Tab 12, at ¶ 14.) In addition, both Nancy and Jeri Lynn repeatedly witnessed Wendi, as an older teenager, exerting some power over Alejo. Nancy Keating recalls:

> "A couple of times when Wendi was a teenager, I observed Alejo trying to get Wendi to pull weeds or do some kind of manual labor on the church grounds. Like a typical teenager, Wendi rolled her eyes or expressed a desire not to do what was asked of her. Instead of telling Wendi not to talk back, Alejo did something very strange with Wendi. He *begged* her to do what was asked of her, sometimes in exchange for something else. He said, 'Please, Wendi. Please…' I cannot recall what he offered her in exchange for performing her required tasks, but it was as if Wendi was his little princess and he needed to entice her to get her to do what he wanted." (Tab 14, at ¶ 9, italics in original.)

Given what is known about how Wendi often spent hours "touching on" Alejo while dressed in skimpy and sexy clothes in their home, and how when Wendi was younger Alejo would, from a position of power, only drive Wendi and REDACTED to the desert if they wore their nightgowns and scratched his head and legs, it is inconceivable that Wendi did not eventually learn to turn the tables. It is inconceivable that Wendi did not sometimes, especially in their home rather than a public place like the church grounds,

make Alejo beg to be granted the titillating and sexually gratifying experiences of Wendi's body with which he was so obsessed and addicted.

489. As Wendi's close friend who spent lots of time with Wendi and Alejo, including at their home for sleepovers, Jeri Lynn was well positioned to see Wendi's increasing assertion of power in her relationship with Alejo: "Sometimes when Wendi spoke to Alejo, the tone of her voice changed and she gave him these flirtatious looks, especially if she wanted or needed something from him. Wendi switched between calling Alejo 'dad' and 'Alejo.'" (Tab 12, at ¶ 14.) Jeri Lynn observed these behaviors throughout her relationship with Wendi. She saw Wendi use sexually-charged flirting to get things she wanted from Alejo up until she and Wendi lost connection, when they were both about sixteen years old (three years after REDACTED family had followed Cal Lorts to Tempe).

490. Lonnie Carlin reports witnessing an older teenage Wendi demonstrate – graphically and publicly – her ability to manipulate Alejo by sexually stimulating him. Lonnie is the fellow student who says that, when they were ten or eleven and children visited her house, Wendi frequently wore lingerie that she said Alejo had bought and wanted her to wear to "look her best." As noted previously, and consistent with his mother's report that he is "too traumatized" to talk with her about his time in the cult (Tab 10, at ¶ 25), Lonnie spoke to investigators but did not sign a declaration. He told the investigator of the following disturbing interaction between Wendi and Alejo, which he says that he and other children witnessed "a lot" at school when Wendi was fourteen or fifteen. "Wendi sat on Alejo's lap, wiggled back and forth, and commented aloud that it 'made him get hard.'" Lonnie said that Alejo would just look away, sometimes pushed Wendi off, and seemed "embarrassed" when this happened. However, Lonnie made it

clear that he "did not get the impression at all that Alejo thought it was bad that his step-daughter was grinding on his crotch. He just did not want other children to know."

491. It is important to recognize however, that the ability to embarrass Alejo, by doing in public the kinds of things that he trained her to do in private, does not constitute real power. Rather, Wendi was reenacting an abusive interaction into which she had been manipulated and coerced into repeatedly engaging at least since she was nine or ten years old. Indeed, most witnesses do not report seeing Wendi take what might be perceived as an active and assertive role in Alejo's incestuous abuse during these years. They simply recall evidence of Alejo's ongoing sexual abuse of Wendi, and mostly in terms of Wendi as a victim whose sexual exploitation was recognized but never stopped by a community of beaten-down cult members.

492. Looking back on Wendi's teenage years overall, Constance Boys reports, "I recall that when Wendi was a teenager, something in her changed. Something just wasn't right. I recall my daughter, Sarah, telling me that Wendi had shown Sarah some negligees and lingerie that her father had bought for her. Sarah said, 'Isn't that weird?'" (Tab 10, at ¶ 24.) Ms. Boys also recalls, "For years there were rumors abounding that Alejo was molesting Wendi. Wendi complained about it to other members of the church. I don't remember who specifically knew what, but I do remember it was generally discussed." (Tab 10, at ¶ 7.) Ms. Boys goes on to report one rumor she had heard, that Wendi told Mark Keating Alejo was sexually abusing her, and Mark told Tom King, who refused to believe it. (Tab 10, at ¶ 7.) However, Mark Keating says only that Wendi appeared about to disclose to him sexual abuse by Alejo but was cut short (by Alejo entering the room), and does not say he spoke to Tom King about the issue. (Tab 13, at ¶ 7.) Whether or not

Wendi disclosed sexual abuse by Alejo to any adults in the church, Ms. Boys' recollections (and those of others, covered above and below) do indicate a general awareness and concern in the community that it was happening.

493. Ms. Boys then focuses on how, aside from getting "the cutest clothes and shoes," Wendi lost power and freedom in those final years of living at home and attending the church and school, from about ages sixteen to eighteen:

> "Those last couple of years, it was as if Wendi came to the realization that she just couldn't fight it. She completely gave in, and became 'Daddy's little girl' and was always hanging on her father. She always seemed like a free-thinking little girl before that, and suddenly she was a model student. She became quiet and withdrawn. I remember that she had the cutest clothes and shoes – all that her dad had purchased for her. He just lavished her with things like that. Of course, everyone at the church said, 'Praise God, Wendi finally learned.' They said that she had finally 'repented' and had 'got her life right with God,' but I feel that they had finally broken her. She had no one to turn to.... I believe she must have realized that no one was going to help her, and she finally gave in to it – she just threw in the towel, so to speak." (Tab 10, at ¶ 24.)

494. Mark Keating recalls once seeing Wendi dressed in a "Playboy Bunny workout outfit" in the Casa Grande fitness center. He continues, "She was just a teenager. Wendi said that Alejo bought [it] for her. I did not think it was right for her to be walking around in an outfit like that, but since it appeared that her parents were aware of how Wendi was dressed and even encouraged it, there was not much I could do." (Tab 13, at ¶ 8.) Both Nancy and Mark Keating recall how, when Wendi was a junior in high school, Alejo and

Donna pulled her from the swim team because she was losing weight and her breasts were becoming smaller. Nancy recalls, "It was another thing about Wendi and her parents that made me suspect that something was terribly wrong at home." (Tab 13, at ¶ 4; Tab 14, at ¶ 12.)

495. Cynthia Schaider, a parent at the time, recalls that Alejo showed her a series of photographs he took of Wendi when she was fifteen or sixteen years old. Alejo was into modeling, and the pictures were "part of his portfolio, examples of 'modeling shots.'" (Tab 34, at ¶ 7.) Ms Schaider continues:

> "They were part of his portfolio, examples of 'modeling shots.' In the pictures, Wendi was dressed in lingerie, a white teddy, and posing in the desert. I always took issue with that. I felt it was inappropriate for a stepfather to take his beautiful, curvy daughter out into the desert in her underwear and take sexy photographs of her. It was unseemly to me, but it was not my place to comment on the behavior of one of the pastors of the church." (Tab 34, at ¶ 7.)

496. One of those photographs has been preserved and is shown below. Although this particular image shows Wendi's body in silhouette, it is clear that she is scantily clad. Alejo admits to having taken the picture, even expresses pride in having done so: "I enjoy long exposure photography and like taking pictures in the desert electrical storms. I photographed Wendi and was able to capture lightning from an electric storm about fifty miles away..." (Tab 24, at ¶ 165.)

REDACTED

497. A number of adult witnesses recall seeing and hearing evidence that Alejo was sexually abusing of Wendi, yet feeling powerless to do anything about it. Ms. Schaider explains the subservience and isolation of cult members that let Alejo abuse Wendi with impunity and left Wendi to her own devices. "We lived in a culture where we were expected to obey. At the church, we were taught that bad things would befall us if we didn't 'toe the line.' As a result, no one discussed negative aspects of their lives. It kept us isolated from one another." Ms. Schaider continues, describing her later realization that cult members experienced a false sense of family in which "none of us really knew each other," "everyone ran around pretending life was wonderful," and many "lived a double life." Community members were also taught that, should they speak negatively of

their pastors, including Alejo, "the 'wrath of God' would come upon us." (Tab 34, at ¶¶ 30, 31.)

498. As mentioned above, Jasper Neace was abruptly expelled from the school when he was seventeen or eighteen (and Wendi was fourteen or fifteen), after confronting Alejo and Tom King about Alejo's possession of pornographic magazine and his sexual harassment and abuse of Wendi and other children in the community.

> "Wendi brought the cover of a pornographic magazine to school and told me that it belonged to her father, Alejo Ochoa. She gave it to me and I put it in my locker, and then I told the pastor, Tom King, that I needed to talk to him about something important. My intention was to tell Tom King about the magazine. All the other kids were too afraid to say anything. I wanted Alejo to face the consequences for all the damage he was doing. I was angry about what I saw to be extreme hypocrisy. I was in trouble for buying a motorcycle, and my mother got kicked out for getting married, but Alejo faced no consequences for his sexual behavior with children, for whooping on kids, and for looking at dirty magazines. Tom King called me into his office and asked me what I had to say. I told Tom King about the magazine, but Alejo was right there and he flatly denied it." (Tab 23, at ¶ 51.)

499. Jasper reports that Tom then asked him, "Are you sure you have the magazine? I'd like to see it." The three of them went to the locker, and it was gone. When they returned to the office, Jasper recalls, Tom and Alejo "looked so smug," which provoked a long-suppressed rage in Jasper, who proceeded to point his finger at Tom and say, "I've always wanted to tell you this: Fuck you, Tom." As Jasper remembers it, Tom then

threatened to call the police and "started rattling off scriptures and said that he was rebuking me in the name of Jesus and…turning me over to the devil." A physical altercation followed, and Jasper ran out the door. Looking back on the explosive confrontation that resulted in his expulsion from the school and community, Jasper recalls, "I had intended on telling Tom King about Alejo's inappropriate behavior with Wendi, but I never got the opportunity." (Tab 23, at ¶ 51.)

500. Mark Keating remembers learning at the time of Jasper's confrontation with Alejo and Tom about the pornography magazine. (Tab 13, at ¶ 5.) So does Constance Boys, who, as noted above, reports that "many people went to Tom about Alejo's behavior, and Tom refused to believe it." (Tab 10, at ¶ 23.) Ms. Boys reports details of the incident that she heard at the time, including that it was not "*Playboy* or something like that – it was really hardcore porn," and that Alejo made up a story of having found the magazines, picked them up so the children would not see them and taken them home, then forgotten about them. (Tab 10, at ¶ 16.)

501. The available evidence indicates only one time that Alejo was confronted over his sexual abuse of Wendi, privately by George Carlin, father of Lonnie Carlin. George recalls that, at about the same time his wife and daughter told him of inappropriate sexual comments Alejo had made to them, "I was concerned that Alejo had been sexually molesting Wendi." Mr. Carlin called Alejo on the phone, told him why he was calling, and asked Alejo to meet him at the church to discuss it further. They spoke outside of the church, and Mr. Carlin recalls, at the beginning, "Alejo denied everything. He denied it several times until he finally confessed to his inappropriate behavior and admitted he had a problem sexually." As reported above, Mr. Carlin remembers that Alejo then asked

what he should do, and whether he should resign from the church. Mr. Carlin told the sexually obsessive, compulsive and addictive Alejo to simply "ask for forgiveness and stop his inappropriate behavior."

502. Finally, Mark and Nancy Keating report an incident that took place not long before they left the school in 1988, when Wendi was seventeen or eighteen years old, in which Wendi appears to have decided to disclose to them Alejo's sexual abuse – only to be thwarted by a sudden and unexpected appearance by Alejo. Mark remembers that Wendi approached them "on the heels of a sermon that a guest-minister named Kevin McNulty made about sexual sins and sexual abuse." He and Nancy were alone in a small classroom at the time.

> "Wendi came in and said, 'Can I talk to you?' She looked very anxious and concerned. Just as Wendi prepared to tell us what was heavy on her heart, Alejo walked in. Within the classroom was a closet and Wendi backed right into it, very affected by Alejo's presence. Wendi never did tell us what was on her mind. It seemed to be related to the porno Alejo was accused of bringing by JC Neace. I was afraid it had something to do with sexual abuse, having observed Alejo's inappropriate behavior and strange dynamic with Wendi."
>
> (Tab 13, at ¶ 7.)

503. Nancy Keating's account of the incident is almost identical, including her strong belief that Wendi had planned to disclose that Alejo was sexually abusing her:

> "Wendi came in and said she had something she wanted to tell us, but she could not get much out. She was very nervous and swallowing a lot. Alejo came into the room just as Wendi was about to reveal whatever it was she

wanted to talk to us about, and she just shut down. Her eyes got really big. She looked like she had been caught saying something bad. I think Alejo's presence scared Wendi. I thought at the time that maybe she was going to tell us that she was being molested." (Tab 14, at ¶ 10.)

504. Soon thereafter, Mark and Nancy Keating decided to leave the school, as well as the cult community and Casa Grande altogether, after learning that Tom "did not do much" when REDACTED was sexually abused by his friend (see above; Tab 14, at ¶ 11). Mark recalls, "Before I left Harvest, I pulled Wendi into my office because I needed to tell her something. I told Wendi that if something was going on with her at home, if there was anything that was going wrong in her life, she needed to find someone she trusted to share it with. That person did not need to be me, necessarily. I just wanted Wendi to know that if something was not okay with her, there was help." (Tab 13, at ¶ 9.) It may be that Mr. Keating was, without intending to, giving Wendi a mixed message. The evidence suggests that she had *already* attempted to tell him such a thing, and had *already* indicated that she trusted him and his wife enough to do so. Wendi had only been stopped by Alejo's unexpected entrance into the room. Sadly, most adults who suspect sexual abuse of children do not know how to respond appropriately. Whatever exactly transpired in that conversation between Wendi and Mark Keating, all of the evidence indicates that by then Wendi had concluded, correctly, that there was no one she could trust to save her from Alejo's sexual abuse. Indeed, the only adults she had hoped might be able to help were themselves jumping ship – escaping the cult community where such sexual abuse occurred, and leaving her behind.

505. **Wendi ages fourteen to eighteen: Recollections of Donna and Alejo.** As noted previously, when Donna started working full-time at Ak-Chin Farm in late 1984, when Wendi had recently turned fourteen, it was Donna's final big withdrawal, both physically and emotionally, from both Wendi and Alejo. Donna recalls, "Beginning in 1984 after I was working full-time outside the church, Alejo and Wendi had dinner together more often than Alejo and I had dinner together or the three of us [did] for the rest of the time Wendi was growing up." As quoted above, and worth repeating here, about each of her progressively greater withdrawals, including this one, Donna said: "It was easier for me to let Wendi spend so much time with Alejo because I got to ignore him, avoid the unpleasantness of being around him and his anger, and go into my room and read." (Tab 27, at ¶ 248.)

506. As discussed above, what Donna most wanted to escape were Alejo's constant pushing for sex (that she did not want, before her hysterectomies and especially after them), and his constant anger over her sexual rejection, which Alejo says caused "ninety percent" of their arguments – until, by all indications, he gave up on Donna and sought sexual gratification primarily from Wendi and her friends. And as discussed above, what Donna did – most of all in her final turning away when Wendi was fourteen years old – with actions that spoke much louder than words, was say to Wendi, "I can't handle his constant sexualizing and anger. YOU take him," and to Alejo, "I can't handle your constant sexualizing and anger. You take HER." It was a classic incestuous family pattern, and it reached a peaked when Wendi was fourteen to eighteen years old.

507. Most Donna's and Alejo's recollections of these years are the same as when Wendi was ten to thirteen. As Donna reports, consistent with other witnesses, Alejo

continued his verbal abuse of Wendi, especially verbal sexual abuse; his demands that Wendi scratch and rub his head and legs, sometimes for hours each night, often with his head by her genitals, with each of them dressed in less and less clothing during this "touching on" ritual; his buying Wendi lingerie and other skimpy and sexy clothing; his insistence that Wendi and her friends who slept over wear their nightgowns and "snuggle" and "wrestle" with him; his pulling Wendi into the adults-only section of Spencer's gifts and forcing her to look at sexually explicit greeting cards, games, toys and other paraphernalia. Yet Donna also recalls escalations and new twists on many of these sexually exploitive and abusive behaviors after Wendi turned fourteen and how, facing further abandonment by Donna and increased pressure from Alejo, Wendi resigned herself to the role of Alejo's intimate partner.

508. Donna reports that Alejo verbally abused and "degraded" Wendi throughout her childhood and adolescence, and that these attacks dramatically escalated when Wendi became a pre-teen. As described above, at that point – and just as his aunts, uncles and parents had done when he became a pre-teen – Alejo became especially relentless and cruel with his sexualized teasing of Wendi, and this form of sexual abuse continued until Wendi left home after high school. (Tab 27, at ¶¶ 256-57.) Added to the mix during Wendi's teenage years, Donna recalls, was the way Alejo would jump on any "clueless" comment by Wendi and use it against her, often telling her she was "another dumb blond" or having "another blonde moment." (Tab 28, ¶ 89) In short, Donna recalls Alejo unleashing a steady stream of emotional abuse against Wendi, with a new form added but most of it still sexualized, throughout these years.

509. Furthermore, Donna reports that Alejo's targeted, predominantly sexualized verbal abuse of Wendi occurred against a backdrop of Alejo's constant yelling at Donna and Wendi. Donna recalls, "To me, it felt like he was continually yelling at us, almost every day. For all those years he was – and he continues to the present – extremely explosive in his anger. I never know what will set him off.... There's just no warning, then suddenly he's extremely upset, yelling, and even literally screaming." (Tab 27, at ¶ 291) Donna also recalls that Wendi eventually became inured and numbed to Alejo's abusive verbal outbursts. "When Alejo was on his tirades throughout her teens, Wendi told me, 'It's going to be okay, Mom. He'll come back eventually and things will be okay." (Tab 27, at ¶ 294.) Donna then notes that Wendi was "always the middle person, trying to make things better for me and Alejo." (Tab 27, at ¶ 294.) In these situations, as both Donna and Wendi recall, that meant not only verbally reassuring Donna when Alejo had stormed off after a tirade and gone for a drive, but hours of rubbing and scratching Alejo's legs and head – "babying" and "touching on" him, often while scantily dressed – once he returned home again.

510. With respect to Alejo's physical abuse of Wendi, Donna reports, "After about age thirteen, Wendi didn't need swatting very often, only once or twice year. That was after she finally acquiesced, completely gave in, and obeyed almost all the rules at school, church, and home." (Tab 27, at ¶ 241.) Alejo too recalls that "Wendi got fewer swats as she got older." He says beatings were replaced by "pulling weeds or having to do extra chores or being grounded," because he eventually "did not want to be associated with the kind of pain that was inflicted by paddling children." (Tab 24, at ¶ 127.) Thus Donna's comments appear to accurately reflect a decreasing frequency of physical

beatings. However, her comment that Wendi "completely gave in," like the views of women in the community who perceived Wendi as wholly beaten down and defeated during her teenage years, is an oversimplification. As we have seen, others recall Wendi being "flirty" with Alejo to get things she wanted, and at times even reducing Alejo to begging her. Alejo himself acknowledges, "When Wendi became a teenager, she started relating to me in many of the ways Donna did. She told me what shirts to wear and what ties went with them. If I grumbled at something Donna made for dinner, Wendi might retort by telling me, 'Just eat it – there is nothing wrong with it.'" (Tab 24, at ¶ 116.)

511. Donna's recollections of Alejo's sexual abuse of Wendi during this time are of it becoming even more pervasive and intense, and of her responding by pulling away even more, often in denial and sometimes in disgust. For example, Donna recalls, "Wendi had sexy teddies and camisoles as a fourteen or fifteen-year-old that I tried not to notice or think about." (Tab 27, at ¶ 269.) She remembers how, when Alejo showed Wendi things in the adults-only section of Spencer's, "I always gave him a disgusted look and took off to look at something else." (Tab 27, at ¶ 272.) Donna recalls that, in general, "I was working and paying so little attention to what was going on with Wendi that they could have shopped five days a week and I wouldn't have known about it," and "I didn't care to know where they went or what they did while they were shopping without me." (Tab 27, at ¶¶ 265, 275 Such responses of withdrawal and abandonment only provided Alejo with more opportunities to focus his sexual obsessions, compulsions and perversions onto Wendi and to seek sexual gratification from her.

512. However, when the three of them went on family vacations, Donna could not avoid learning of Alejo's escalating abuses during these years. Donna recalls,

> "As Wendi got older, by age fourteen and at ages fifteen, sixteen, and older, Alejo took Wendi into hardcore, triple-X, adult porno stores and sex stores. It was actually more like Alejo dragged Wendi into the hardcore porn stores.... She said she didn't want to go, but he insisted. It was just like earlier on with Spencer's.... He said, 'We'll just go in for a minute,' but then they spent longer than a minute, actually fifteen to twenty minutes or even more." (Tab 27, at ¶ 280.)

Donna then explains, "The shopping at hardcore porn stores came into my awareness mostly on vacations because I'd be with them while they were shopping.... I wasn't really invited when Alejo and Wendi shopped at home." (Tab 27, at ¶ 281.) Thus Donna went into these stores with Alejo and Wendi "only occasionally, about once or twice per year," and even then, she only "hung around by the entrance and never went past the front section where the clothes and less hardcore items are." Donna then describes how different the experience always was for Wendi – and that just how different, she preferred not to know:

> "Alejo always took Wendi right into the main part of the store where the triple-x and hardcore sex magazines, videos, toys, and other hardcore items were displayed and sold. I don't know exactly what they looked at or bought in those stores and didn't care to know. I just know that they weren't buying for me." (Tab 27, at ¶ 281.)

513. And so, once again, Donna sacrificed Wendi to such abuse in order to spare herself from dealing with Alejo's sexual perversion. Donna now frankly acknowledges this is true: "I let Wendi be the one who looked at the hardcore porn stuff in those shops

with Alejo instead of having me be the one who had to deal with it." (Tab 27, at ¶ 282.) Finally, she explains that Alejo got away with bringing Wendi into those shops because Wendi, "with her hair and makeup done," looked older than the young teenager she actually was. (Tab 27, at ¶ 282.)

514. Looking back on all of this, Donna reflects on how it was that she could have stood by and let her own daughter be so sexually exploited and abused by Alejo:

> "While Wendi was growing up I lived by the old adage, 'What you don't know isn't going to hurt you,' and while I knew Alejo was shopping with Wendi for explicit, adults-only items by the time she was ten years old and taking her into hardcore porn stores by the time she was fourteen years old…, I didn't see myself as being able to do anything about it and I never let myself aware that it might be a problem. Alejo was the head of our household and one of the main tenants of our religion was that as the head of the household he set the rules and it was our place to obey the rules, so that's what we did." (Tab 27, at ¶ 283.)

515. While these reflections certainly ring true, Donna here leaves out another factor that she elsewhere acknowledges: Thanks to her own profound limitations, both psychological and moral, resulting largely from her own mother's neglect of her and other major childhood traumas, she was *motivated* to hand Wendi over to Alejo, a man himself terribly limited and damaged from a childhood of neglect and abuse, especially sexual abuse, so that Wendi and not she would be the primary object of Alejo's sexual obsessions, compulsions and perversions. Indeed, as we have seen, Donna was *relieved* to do so.

516. **Wendi's memories of ages fourteen to eighteen.** As reported above, I assessed Wendi's memory for most of the incidents of physical and sexual abuse – or strong evidence of sexual abuse – reported by witnesses in the community and by her mother. Most but not all of the incidents and evidence reported by others were addressed in three days of interviews specifically focused on potential memories of sexual abuse; in those interviews I used well-established, research-based methods specifically designed to avoid memory fabrication or distortion.

517. Wendi confirmed her mother's report that she was seldom physically beaten during this period. When Wendi recalled being made to pull weeds as punishment at school, she said this was because "they realized it was hopeless to just keep spanking me." She also recalled not minding pulling weeds, especially if Alejo wasn't angry at her for whatever had gotten her in trouble at school. Indeed, Wendi said that she often enjoyed pulling weeds with Alejo more than being in school. Asked why she was punished at school during those years, she said, "Me not listening, not doing what I was supposed to." She added that "Tom King's scripture for me," which he was always saying to her, in a tone of judgment and condemnation, was "rebellion is as the sin of witchcraft" (1 Samuel 15:23). She also remembers Tom often saying her rebellion would "send you to hell."

518. When told that one witness had said she seemed to lose her will to rebel at some point, Wendi responded that she had "*always* felt rebellious," from childhood through adulthood, including at work. Of course, growing up in a family and community where children were supposed to automatically, instantly and mindlessly obey their parents and other adults, and to believe whatever church/cult leaders say (no matter how crazy, brutal

or hateful), any child would feel rebellious, but especially one who did not completely give up on some independence of thought and action. Wendi added that she also always felt that she "deserved the bad things that happened" to her, and that she believed she deserved them *because* she was rebellious. Again, this is totally consistent with the messages she got in the traveling cult and the 91st Psalm/Harvest church/cult. Wendi did remember that she "put up the façade" of total obedience and submission in high school, but Tom and other adults at the church/cult continued to say she "didn't have the spirit of meekness" (i.e., the meekness Tom King depicted in his sermon, of the children he had beaten into submission). Wendi also remembers how, when she was on swim team and saw kids from Casa Grande Union High School, she thought, "I want that," by which she meant a life with some fun and freedom from the church/cult and her father.

519. Most of Wendi's memories – and lack thereof – of sexually exploitive and abusive behavior by Alejo are addressed above, because Alejo's behavior and other's observations of it were fairly consistent throughout Wendi's time in Casa Grande from ages nine to eighteen. As reported above, Wendi discussed Alejo's constant sexual comments and innuendos; his watching sexually explicit movies with her and her friends; his open invitation to her and her friends to ask him questions about sex and his visible excitement whenever they did. It was this constant sexualizing of her and everything around them that Wendi recalls vividly and now finds extremely disturbing. She became very upset and cried when commenting that Alejo should have "protected" that sexual part of her, not "used" it, and that he had "ruined" sex for her.

520. Also as described above, Wendi remembers "babying" Alejo by scratching his legs and head, sometimes for hours at a time. She recalls that Alejo often wore no

underwear when she did this, that his robe was often open, exposing his genitals, and for that reason she hated to scratch his legs and whenever possible only scratched his head.

521. Wendi also remembered Alejo looking in her bedroom window when friends did sleepovers, which was almost every weekend with REDACTED for a year or two. At the time he said and she believed that he was only interested in playfully trying to scare her and her friends, but looking back now she believes he may have been trying to see them naked. Indeed, she remembered an incident where Alejo hid behind her water bed as she and a friend changed into their nightgowns, and how upset she was to discover he had been there all along.

522. Wendi remembered Alejo taking photographs of her in lingerie when she was age sixteen or seventeen years old. These were apparently the same photographs seen and found so disturbing by Cynthia Schaider, as described above. Wendi was able to recall some details of one lingerie photography incident, which was very unusual for her:

> "I remember going out of town, checking into a hotel room… I remember sitting on top of the bed, and him pulling things out of a bag for me to wear, and me freaking out about it. I have absolutely no memory of taking the actual pictures and all that…. It had taken so long for him to get me to agree, more than a week at least…. I remember [he said] that it was a money issue [i.e., he could not afford to pay a model]. I do remember that I seriously didn't want to…. It's almost like you're embarrassed to do it but you're obligated to do it."

523. Wendi's final comment there, about feeling "obligated" to do what Alejo pressured, cajoled and demanded of her, is consistent with Donna's reports (above) of

Alejo forcing Wendi too look at sexual materials and toys at Spencer's Gifts, which Wendi also remembers. Only when asked about Alejo taking photographs of her in the desert, including with lightning from an electrical storm in the background, did Wendi say she recalled that experience. She did not remember any details of posing and being photographed. However, in contrast to the lingerie photo shoot in the hotel room, Wendi said, "I don't remember thinking, 'I don't want to do this.'"

524. Similarly, Wendi only spoke of the Spencer's Gifts experiences when asked about them. She referred to these experiences as "the sexual gag stuff," and said she had remembered them on her own but had not thought Alejo's behavior was significant or "a big deal." Wendi said that on her own she had also remembered going into Fredericks of Hollywood with Alejo, which she again had not seen as significant. But as noted above, Wendi said she did *not* recall ever buying any lingerie there (or anywhere else), or having any lingerie at home when she was a child or teenager.

525. Indeed, when asked about having lingerie at home, and told that more than one witness had reported seeing her dressed in lingerie at home, with one reporting that she had said her father bought it and liked her to wear it so she could "look her best," Wendi said she had no memories. Appearing genuinely surprised and baffled, she added, "I don't know, because I don't own any lingerie, only flannel pajamas."

526. There were several other reported recollections by her mother and other witnesses of incidents and evidence during this fourteen to eighteen year old period, detailed above, that Wendi was asked about in our interviews and explicitly stated that she could not remember, not even as a vague feeling. For example, she had no memory of giving Jasper Neace a pornography magazine (or magazine cover) that belonged to Alejo

– as was not only reported by Jasper, but remembered by Mark Keating and Constance Boys as something they had heard about at the time, either directly from Jasper or from someone else in the community. (I did not ask Wendi about Mark and Nancy Keating's recollections of her approaching them to tell them something of clearly great emotional significance to her, which they believed was sexual abuse by Alejo, only to be cut short by Alejo's sudden appearance. I did not receive the Keatings' declarations until after the interviews focused on potential memories of sexual abuse, and did not inquire about that story during our final interview in August of 2011.)

527. Finally, and further illustrating the incestuous family dynamic repeatedly explained above, in our final interview Wendi commented that she had "always assumed [her mother] didn't know things, and to find out she did" was very disturbing. I then asked what specifically had Wendi always assumed her mother did not know. Wendi could not name anything in particular, but said, "I thought that my mother had the same memory that I did," by which she meant the kind of memory that did not allow knowing one's most painful and hurtful experiences, and that she was amazed that her mother actually remembered so many details. From these reflections Wendi returned, once again, to the feelings of anger and hurt that all children of incestuous families feel about the non-abusing parent having abandoned them and allowed the abuse to go on.

## IX. WENDI ENDS CHILDHOOD WITH MAJOR, BRAIN-BASED DEFICITS IN EMOTIONAL, COGNITIVE, AND RELATIONSHIP FUNCTIONING

528. The analysis below is based on my experience and knowledge as a researcher and therapist who has for twenty years studied and worked with adults subjected to neglect and abuse in childhood. As noted above, my analysis draws upon the evidence

directly available to me (i.e., my interviews with Wendi, her parents and other witnesses; thousands of pages of documents; and media files); it also relies on findings by the two other experts on this case, neuropsychologist Myla Young, Ph.D., and psychiatrist George Woods, M.D.

529. From birth until age eighteen, Wendi Andriano experienced a great deal of neglect and abuse. This included severe emotional neglect by her mother and biological father; physical abuse in which pain was used to compel complete and automatic obedience by her mother, biological father, adoptive father and other adults in her communities; emotional abuse by her biological father, adoptive father and adults in the 91st Psalm/Harvest church/community; likely sexual abuse by a variety of men including her biological father and his father and brothers, her mother's boss at an alcohol and drug services center, and definite sexual abuse by her adoptive father.

530. In addition, as addressed by Dr. Woods, Wendi inherited a genetic vulnerability to bipolar disorder. By adolescence she suffered from manic and depressive symptoms. Wendi's worst depressive episodes are remarkable for the way her brain appears to "shut down" as she engages in excessive sleep, at times in excess of 36 continuous hours.

531. Wendi's history of childhood neglect and trauma, combined with her biological vulnerability to bipolar disorder, resulted in her leaving home and entering adulthood a severely traumatized and damaged person – which she remains to this day. The damage includes brain-based deficits in cognitive functioning; psychiatric illnesses and symptoms; problems regulating emotions; and posttraumatic patterns of relating to others.

532. **Brain-based deficits in cognitive functioning.** The damage to Wendi's brain from a childhood of neglect and abuse involves the functioning of a variety of brain circuits. However, such damage does not typically manifest as obvious and well-established changes to the size or shape of particular brain regions, which have not been assessed for in this case. Rather, brain damage resulting from chronic childhood neglect and abuse is primarily *functional* (as opposed to grossly anatomical). That damage is most clearly revealed, in a formal way, via neuropsychological assessment like that Dr. Young conducted on Wendi.

533. Wendi's most significant areas of impairment were attention and concentration, as well as processing speed. As Dr. Young notes, "With the exception of [two simple test of attention and concentration], her abilities on all other measures of attention and concentration were significantly impaired." (Tab 5, at p.9.) On some of these tests, Wendi "simply was not able to accomplish the task.... Her abilities throughout this *test were severely impaired, but became more impaired as the test progressed.*" (Tab 5, at p.9, italics in original.) In addition, on a self-report questionnaire that inquired about behaviors known to be associated with attention problems, Wendi's responses were "significantly like those of individuals who are diagnosed with Attention Deficit Hyperactivity Disorder (ADHD)." As Dr. Young explains, "The entire brain is involved in attention and concentration. Primary neural regions include the prefrontal cortex, reticular activating system, cerebellum and frontosubcortical and orbitofrontal pathways. Attention forms the basis for all cognitive abilities. Her disabilities on tasks of attention and concentration, combined with descriptions of her daily functioning, indicate impairment of these brain regions and structures." (Tab 5, at p.10.)

534. Dr. Young also found several impairments on test of learning and memory. For example, on a test of verbal learning, "Her ability to learn new information was mild-moderately impaired," and Wendi inaccurately believed that she remembered information that had never been presented. (Tab 5, at p.10.) On a test requiring Wendi to copy a complex figure, recall it one minute later, recall it again thirty minutes later and then distinguish between accurate and inaccurate portions, Wendi's thirty-minute delayed recall and her ability to distinguish accurate and inaccurate portions thirty minutes later were moderately to severely impaired. (Tab 5, at p.10.) Based on these and other findings, Dr. Young concluded that Wendi has impairment within "all of [the] brain structures and pathways" involved in memory and learning. (Tab 5, at p.11.)

535. Finally, a third area of significant brain-based impairment Dr. Young's testing revealed was "executive functioning." As Dr. Young explains, "Executive functioning is an umbrella construct that describes processes responsible for guiding, directing, and managing thinking and emotional regulation. Mature executive functioning provides for purposeful, considered, goal directed actions. Executive functioning also is the ability to problem solve, and includes abilities to initiate, attend, inhibit, shift, monitor, organize, and control thinking and actions." (Tab 5, at p.11.) Executive functions depend on the prefrontal cortex and its interactions with various other brain regions, and "adequate mature prefrontal cortex functioning is required for just about every aspect of adult functioning – judgment, self-awareness, decision making, planning, organizing, flexible thinking, and initiating, monitoring, and controlling impulses and actions." (Tab 5, at pp.11-12.) Dr. Young reports that "Although she was successfully able to complete some EFT [Executive Functioning Test] subtests, her abilities were predominantly impaired."

(Tab 5, at p.12.) In addition, Dr. Young notes, "Although Wendi Andriano's abilities on tests of executive functioning were quite severely impaired," she was most severely impaired on those "which required rapid processing of information, flexible thinking, decision making, and/or inhibition." (Tab 5, at p.12.) Inhibition is ability "to stop responding to the immediate physical environment… in order to think, consider and plan alternative ways of solving a problem and respond accordingly in that situation." (Tab 5, at p.13.)

536. In summary, neuropsychological testing revealed significant to severe impairments in attention and concentration, learning and memory, and executive functioning, all of which reflect deficient brain functioning in multiple regions and circuits. Neuropsychological findings like these are expected in an adult who was subjected to the chronic neglect and abuse that Wendi experienced throughout her childhood. Indeed, while it is possible that some of these deficits are partly genetically based, severe childhood neglect and abuse can damage the brain regions and circuits underlying attention, concentration, learning and memory, and executive functioning. For example, high levels of stress hormones are known to be toxic to the hippocampus, a region critical for memory and learning. And capacities for attention, concentration and executive functioning are known to develop *in the context of relationships with caregivers,* and are particularly vulnerable to damage by neglectful and abusive relationships.

537. **Psychiatric disorders and symptoms.** As assessed and reported by Dr. Woods, Wendi Andriano suffers from several psychiatric disorders. Specifically, Wendi

meets the diagnostic criteria for bipolar I disorder, posttraumatic stress disorder (PTSD) and complex PTSD, and dependent personality disorder.

538. Bipolar disorder runs in Wendi's maternal family, including REDACTED . Wendi's bipolar depressive symptoms include depressed mood, hypersomnia (i.e., excessive sleeping), fatigue, and feelings of worthlessness. Her most common manic symptoms include grandiosity, flight of ideas (i.e., tangential thinking), and "excessive involvement in pleasurable activities that have a high potential for painful consequences," e.g., sexual indiscretion.

539. As explained above, the emotional neglect Wendi experienced is known to evoke extreme emotional and physiological states in young children, including depressive states that would have been exacerbated by her inherited predisposition for bipolar disorder. Similarly, Wendi's manic symptoms would have worsened the impaired judgment already caused by her parents' neglect and abuse, and her tendencies for hyper-sexuality caused by years of sexual abuse.

540. As discussed by Dr. Woods, Wendi suffers from PTSD and Complex PTSD secondary to her history of extensive childhood abuse. PTSD includes symptoms of reexperiencing, avoidance, numbing and physiological hyperarousal. In terms of re-experiencing the trauma, Wendi becomes emotionally distressed when reminded of the abuse she experienced, especially the sexual abuse, and she suffers from nightmares of having sex with her father. She avoids anything that might remind her of Alejo's sexual abuse, including television shows, conversations, memories and trains of thought. Wendi is often emotionally numb, especially with respect to unpleasant feelings associated with troubling memories and relationships, and tends to alternate between feeling nothing at

all and being overwhelmed by fear, sadness, shame and guilt. Her main PTSD hyper-arousal symptoms are irritability and difficulty concentrating, both of which overlap with the symptoms of bipolar disorder, and hyper-vigilance, which manifests as Wendi's hyper-attunement to any signs of displeasure in the facial expressions, body language, words or tone of voice in others. All of these PTSD symptoms were constantly on display in each of my interviews with Wendi.

541. Complex PTSD does not appear in the *Diagnostic and Statistical Manual of Mental Disorders*, but is widely accepted and used by therapists and researchers who work with and study people who have suffered severe and chronic trauma, especially in childhood. Complex PTSD involves a set of symptoms resulting from lasting traumatic experiences in which the victim felt – or was – captive and unable to escape. The symptoms include problems with the following: regulating emotions, consciousness and identity (e.g., dissociation), self-perceptions (e.g., extreme shame, helplessness), preoccupation with the perpetrator (e.g., focus on keeping happy at one's own expense), relationships (e.g., distrust, attempting to rescue others), and one's view of the world (e.g., loss of faith in people, hopelessness). The available evidence indicates that Wendi has suffered from severe complex PTSD at least since adolescence.

542. For example, to this day Wendi has emotion regulation problems, including a great deal of difficulty tolerating or modulating feelings of sadness and anger. Her main strategy for dealing with these feelings is to hide them from herself and others. When that fails Wendi becomes overwhelmed, ashamed, withdrawn, or once again dissociated or consciously disconnected from awareness of those feelings. I repeatedly witnessed Wendi's emotional dysregulation in our interviews. In terms of self-perception, long

before she ever met her husband, Wendi recalls being convinced she was a "bad" and "rebellious" person who was unworthy of love, "deserved" every bad thing that happened to her, and was going to hell. Such unshakable feelings of inner badness and un-lovability are common in severely neglected and abused children and the adults they become.

543. Wendi's Complex PTSD symptoms involving pathological alterations of consciousness and identity consist primarily of her dissociative symptoms, including her inability to remember many childhood experiences. Her memory deficits include almost everything she experienced while in the traveling cult, sexually abusive behaviors by her adoptive father, and disturbing sexual behaviors of her own that were witnessed by multiple people in her church community. Wendi's dissociative symptoms also include her tendency to "space out" when confronted with memories of traumatic experiences or other potentially upsetting information. In our interviews she often spoke of spacing out such that her mind temporarily went blank and she was unable to feel any emotions or even sensations in her body.

544. As discussed in detail by Dr. Woods, Wendi suffers from dependent personality disorder. By definition the onset of personality disorders is before age eighteen, and Wendi's dependent personality disorder is clearly rooted in the childhood of neglectful, abusive and exploitive relationships summarized above. She is afraid to disagree with others, pathologically subservient in relationships, terrified of losing relationships, and immediately seeks new relationships when a previous one ends or threatens to end. Importantly, only by understanding Wendi's neglect- and abuse-based relationship patterns can we understand how her dependent personality disorder, combined with traumatizing caregiver burden and psychiatric deterioration in the final year of her

husband's life, contributed to her actions and role in Joe's death. Those pathological relationship patterns are addressed below.

545. **Deficits in emotional functioning.** Psychiatric diagnoses and symptoms cannot capture the complexity of unique human beings, or the myriad potential effects of chronic and severe childhood neglect and abuse. For example, while the diagnosis of complex PTSD includes problems with emotion regulation, Wendi's problems with emotion regulation cannot be reduced to symptoms of complex PTSD. That is, Wendi has major, long-standing deficits in the following areas: emotional awareness, including awareness of the bodily correlates of emotions; when she is aware of unwanted emotions, tolerating them without becoming immediately overwhelmed; modulating the intensity of her emotions, as opposed to emotions being all-or-nothing affairs; putting her emotions into words and sharing them with other people in order to calm herself and connect with others, understand the situations and interactions that give rise to emotions, and come up with constructive solutions. Importantly, emotion regulation problems are based in the dysfunction of multiple interwoven brain circuitries – including the circuitries that underlie Wendi's memory and executive functioning deficits and her bipolar and dissociative symptoms. All of those circuitries are known to be damaged by childhood neglect and abuse, especially when the neglect and abuse are severe and chronic and perpetrated by parents.

546. **Trauma-based ways of relating to others.** The neglect and abuse to which Wendi's parents and many other adults subjected her, and some key relationship patterns in which their neglect and abuse was embedded, are summarized above. As a result of those traumatic childhood relationships, Wendi habitually relates to others in specific

ways. Critically, these ways of relating to others are *symptoms* of the extreme trauma she suffered. They are also *re-enactments* – of roles she was forced to play in relationships of neglect, abuse and domination; and of how she tried to cope in the midst of those traumatic relationships.

547. As described above, in those relationships Wendi learned three key principles: Do whatever easily angered people want and avoid making them unhappy. Do not seek help from others, including for what abusive people are doing to you, because they will not help and probably do not even care. The only reliable ways to get attention and affection are to *take care of others and do what they want.* As described above, Wendi's relationship with Alejo reinforced those "lessons" by continually repeating – over years, on a daily basis – the pattern of responding to Alejo's anger by "babying" and "touching on" him, and the pattern of preventing Alejo's anger from arising by habitually and automatically anticipating and responding to his needs and wishes, including sexual stimulation.

548. All of those relationship patterns created trauma-based ways of relating to others that have manifested throughout Wendi's life. If someone is angry – whether that anger is caused by her, directed at her for no good reason, or directed elsewhere and has nothing to do with her – Wendi feels *driven* to make that person feel better, because she believes, "then they will like me." If someone likes her and is nice to her, Wendi strives to be even nicer to them and to take care of them, because this is the only way she knows to avoid them getting angry at her or abandoning her. Yet these ways of relating leave Wendi feeling, usually implicitly and without reflecting on it, that the other person does not really know or care about her needs and is just using her. In short, the very ways she

attempts to avoid neglect and abuse in adult relationships leave her feeling neglected and used.

549. These are not uncommon childhood trauma-based ways of relating by people whose chronic neglect and abuse entailed being forced to sacrifice their own needs and wants to those of their abusers.

## X. CONCLUSIONS

550. Wendi Andriano lived a childhood characterized by substantial neglect and abuse – emotional, physical, and sexual. The most destructive traumas were her mother's constant emotional neglect and her adoptive father's years of sexual abuse.

551. As a result, Wendi entered adulthood as a severely traumatized and damaged person with a greatly increased likelihood of developing – as she has – deficits in cognitive functioning, psychiatric disorders, deficits in emotional functioning, and trauma-based patterns of relating to others.

Date: February 14, 2012

James W. Hopper, Ph.D.

# CURRICULUM VITAE

**Date Prepared:** February 3, 2012

**Name:** James W. Hopper, Ph.D.

**Office Address:** 9 Henderson Street
Arlington, MA 02474

**Work Phone:** 617-821-3197

**Work Email:** jim.hopper10@gmail.com **Work Fax:** 888-316-2125

**Place of Birth:** Mountain View, California

## Education:

| | | | |
|---|---|---|---|
| 1988 | B.A. | History | University of Rochester |
| 1997 | Ph.D. | Clinical Psychology | University of Massachusetts Boston |

## Postdoctoral Training

1997-1999 Fellow, The Trauma Center & Boston University School of Medicine

2003-2006 Fellow, Behavioral Psychopharmacology Research Laboratory
McLean Hospital & Harvard Medical School,

## Faculty Academic Appointments

1995-2000 Adjunct Instructor, Department of Psychology
University of Massachusetts Boston

1997-2003 Research Associate, Department of Psychiatry
Boston University School of Medicine (BUSM)

2001- Adjunct Instructor, Department of Psychiatry
Faculty of Medicine and Dentistry, University of Western Ontario

2006-2011 Instructor in Psychology, Department of Psychiatry, Harvard Medical School

2011- Clinical Instructor in Psychology, Department of Psychiatry, Harvard Medical School

## Appointments at Hospitals/Affiliated Institutions

### Past

1992-1993 Half-time Predoctoral Psychology Intern, Counseling Center
The New England Conservatory of Music, Boston, MA

1993-1994 Half-time Predoctoral Psychology Intern, Outpatient Psychiatry Department The Cambridge Hospital

1994-1995 Psychology Testing Fellow, Outpatient Psychiatry Department
The Cambridge Hospital

1996-1997 Predoctoral Intern, University Health Services Mental Health Division
University of Massachusetts Amherst

1997-1999 Fellow, The Trauma Center & HRI Hospital, Brookline, MA

1997-1999 Assistant Director of Research, The Trauma Center & HRI Hospital

2008-2010 Research Associate, Department of Psychiatry, Massachusetts General Hospital

| | |
|---|---|
| 2010-2011 | Research Associate, Department of Psychiatry, McLean Hospital |

**Current**

| | |
|---|---|
| 2010- | Clinical Instructor, Outpatient Addictions Service, Cambridge Health Alliance |

### Other Professional Positions

| | | |
|---|---|---|
| 2007 | Board of Directors | 1in6, Inc. |
| 2008-2012 | Advisory Board | 1in6, Inc. |
| 2009-2010 | Leadership Council | Transforming Trauma Initiative, Garrison Inst. |
| 2010- | Board of Directors | Stop It Now |

### Committee Services

**National**

| | | |
|---|---|---|
| 2004 | Member, Publications Review Committee | International Society for Traumatic Stress Studies |
| 2005-2006 | Member, Website Committee | International Society for Traumatic Stress Studies |

### Professional Societies

| | |
|---|---|
| 1991-2009 | Member, American Psychological Association |
| 1996- | Member, International Society for Traumatic Stress Studies |
| 1997- | Member, National Organization on Male Sexual Victimization |
| 1999-2009 | Member, Society for Psychophysiological Research |

### Editorial Activities

| | | |
|---|---|---|
| 2005- | Ad hoc reviewer | Journal of Traumatic Stress |
| 2005- | Ad hoc reviewer | Psychological Bulletin |
| 2007- | Ad hoc reviewer | Drug and Alcohol Dependence |
| 2008- | Ad hoc reviewer | Biological Psychology |
| 2008- | Ad hoc reviewer | Journal of Psychiatric Research |

### Honors and Prizes

| | | |
|---|---|---|
| 1986 | Donald Park's "Dexter Perkins Prize" in History, | University of Rochester |
| 1994 | "Book Award" for Excellence on the Comprehensive Exam | University of Massachusetts Boston |
| 2004-2005 | Livingston Fellowship | Department of Psychiatry, Harvard Medical School |

## Report of Invited Teaching and Presentations

### Local

Undergraduate Courses, Department of Psychology, University of Massachusetts Boston

| | |
|---|---|
| **1994** | Personality Theory, Course Director/Instructor |
| **1995** | Personality Theory, Course Director/Instructor |
| **1995** | Personality Theory, Course Director/Instructor |
| **1995** | Abnormal Psychology, Course Director/Instructor |
| **1996** | Personality Theory, Course Director/Instructor |

**1996** Personality Theory, Course Director/Instructor

**1998** Psychological Trauma, Course Director/Instructor

**1998** Psychological Trauma, Course Director/Instructor

**1999** Psychological Trauma, Course Director/Instructor

**2000** Psychological Trauma, Course Director/Instructor

**2002** Psychological Trauma, Course Director/Instructor

Presentations

**2000** Lecture, "The Biology of Trauma: Dysregulation of the Embodied Self," Core Seminar for the Certificate Program in Traumatic Stress Studies of The Trauma Center, Brookline, MA.

**2000** Lecture, "Frameworks for Connecting the Biology of Trauma to Clinical Practice," opening presentation of a one-day public workshop, "Integrative and Eclectic Approaches to Psychological Trauma," Provincetown, MA.

**2001** Lecture, "Clinical Implications of Traumatic Memory Research: Phenomenology, Symptoms, and Biology," Public Lecture Series, The Trauma Center, Brookline, MA.

**2001** Lecture, "Posttraumatic Stress Disorder: Diagnosis, Clinical Phenomenology and Treatment," Pfizer-sponsored Clinician Education Series, Beth Israel Hospital, Brookline, MA.

**2001** Lecture, "Psychological Trauma and Biology," New England Region Public Lecture Series, Ben Gurion University, Public Library, Newton, MA.

**2002** Lecture, "A Perspective on the Brain and Trauma," Public Lecture Series, The Trauma Center, Brookline, MA.

**2003** Lecture, "The Biology of Trauma: Dysregulation of the Embodied Self," Postdoctoral Seminar Series, Victims of Violence Program, Central Hospital, Somerville, MA.

**2004** Lecture, "The Biology of Trauma: Dysregulation of the Embodied Self," Postdoctoral Seminar Series, Victims of Violence Program, Central Hospital, Somerville, MA.

**2005** Lecture, "Psychobiological Measures and Methodologies in Psychological Trauma Research," Postdoctoral Research Seminar Series, Victims of Violence Program, Central Hospital, Somerville, MA.

**2006** Lecture, "Marijuana Intoxication and 'Cognitive Disinhibition' – An Integrative Model and Clinical Implications," Neurophysiology Seminar Series, Center for Sleep & Cognition, Beth Israel Deaconess Medical Center & Harvard Medical School, Boston, MA.

**2006** One-day workshop, "Transforming Trauma with Mindfulness and Lovingkindness: Psychological Practices and Brain Processes," with Drs. Deborah Rozelle and Elizabeth Call, The Trauma Center & Boston University School of Medicine, Brookline, MA.

**Regional**

**2005** Lecture, "Child Abuse-related PTSD, Self-Regulation Deficits and Substance Use in Women." Substance Abuse Seminar Series, Department of Psychiatry, Yale University School of Medicine, New Haven, Connecticut.

**2008** One-day workshop, "Trauma and PTSD: Implications for Getting Accurate Victim Testimony." Annual Sexual Assault Investigative Training for law enforcement officers and prosecutors in the Upper Connecticut River Valley of

New Hampshire and Vermont, co-hosted by WISE and the Lebanon Police Department, Lebanon, New Hampshire.

**2008** Lecture, "Successes and Innovations in Treating Trauma: EMDR and Mindfulness." For mental health professionals in the Upper Connecticut River Valley of New Hampshire and Vermont, hosted by WISE, Lebanon, New Hampshire.

**2009** Lecture, "The Marijuana High and How It Works: Cognitive and Brain Processes," Neurobiology Lecture Series, Worchester State College, Worchester, Massachusetts.

**2009** Lecture and case conference, "Trauma and Affect Regulation: The Embodied Self, Aversion and Reward," Training Seminar, University Health Services mental Health Division, University of Massachusetts Amherst.

**National**

**2002** Lecture, "Clinical Implications of Psychophysiology and Neuroimaging and Findings in PTSD," 13th Annual International Conference on Psychological Trauma, Boston University School of Medicine, Boston, MA.

**2004** Two-day workshop, "Child Abuse and Problems with Self-Regulation: Research and Treatment." Department of Counseling, Idaho State University, Pocatello, Idaho.

**2004** Lecture, "Neurobiology of Trauma," 15th Annual Conference on Psychological Trauma, Boston University School of Medicine, Boston, MA.

**2005** Lecture, "Clinical Implications of Neuroscience Research for the Treatment of Traumatized Adults," 16th Annual Conference on Psychological Trauma, Boston University School of Medicine, Boston, MA.

**2006** Plenary, "Male Sexual Assault Victims: Special Issues." Sexual Assault Response Coordinator Conference, United States Department of Defense Sexual Assault Prevention and Response Office, St. Louis, Missouri.

**2006** Plenary, Dr. Frank Giesber Lecture, "From Posttraumatic Aversion and Addiction to Healing and Love: Brain Processes and Disciplined Practices to Recondition Them." Annual Krost Symposium, Texas Lutheran University, Seguin, Texas.

**2008** Lecture, "The Neurobiology of Trauma," Michigan Victims Assistance Academy, United States Office for Victims of Crime Training and Technical Assistance Center, Ann Arbor, Michigan.

**2009** Plenary, "Male Victims of Sexual Assault: Emotion, Masculinity, and Values." 2nd Annual United States Army Sexual Harassment/Assault Prevention Summit, Arlington, Virginia.

**2009** Panel presentation, "Outcome: Neurobiological Perspectives." Neurobiology panel of the Transforming Trauma Leaders Forum, Garrison Institute, Garrison, New York.

**2010** Workshop (90 minutes), "Discovering Evidence of Trauma / Interviewing for Complex Trauma," with Danalynn Recer, JD, Capital Case Defense Seminar, sponsored by California Attorneys for Criminal Justice and California Public Defenders Association, Monterey, California

**2011** Plenary, "Psychological and Biological Effects of Sexual Assault." 4th Annual United States Army Sexual Harassment/Assault Prevention and Response (SHARP) Summit, Arlington, Virginia.

**2011** Workshop, "Neuroscience, Mindfulness, and Yoga for Transforming Trauma and Addiction: An Introduction," with Dana Moore, 22nd Annual International Conference on Psychological Trauma, Boston University School of Medicine, Boston, MA.

**International**

**2007** Plenary, "Ecological Momentary Assessment in Substance Abuse Research." NIDA International Forum, Technological Innovations to Build International Research Capacity, Quebec City, Canada.

**2008** Lecture, "Reconditioning Traumatized Minds and Brains: Parallels Between Neuroscience and Buddhism." Bi-annual conference in "Brain, Mind and Body: Trauma, Neurobiology, and the Healing Relationship," School of Medicine and Dentistry, University of Western Ontario, London, Ontario.

## Report of Clinical Activities

### Current Licensure

2000- Clinical Psychologist, Massachusetts License 7763-PR

### Practice Activities

Psychotherapy Arlington, Massachusetts
I have a small consulting practice focused on helping people identify treatment options for complex posttraumatic effects of child abuse.

### Forensic Activities

Expert Witness Since 2003 I have conducted psychological and psychosocial history assessments on people accused or convicted of crimes. I have focused on evidence of trauma-related mitigation, especially sexual and physical abuse, to be considered during sentencing at trial and upon appeal. Since 2009 I have conducted evaluations of plaintiffs in civil suits involving "recovered memories."

## Report of Scholarship

### Peer Reviewed Publications

1. Lisak D, **Hopper J**, Song P. Factors in the cycle of violence: Gender rigidity and emotional constriction. J Trauma Stress 1996;9:721-743.
2. Lisak D, Conklin A, **Hopper J**, Miller P, Altschuler L, Smith B. The Abuse-Perpetration Inventory: Development of an assessment instrument for research on the cycle of violence. Family Viol Sexual Assault Bull 2000;16:21-30.
3. **Hopper JW**, van der Kolk BA. Retrieving, assessing, and classifying traumatic memories. J Aggression, Maltreatment, Trauma 2001;4:33-71.
4. Osterman JE, **Hopper J**, Heran WJ, Keane TM, van der Kolk BA. Awareness under anesthesia and the development of posttraumatic stress disorder. Gen Hosp Psychiatry 2001;4:198-204.
5. van der Kolk BA, **Hopper JW**, Osterman JE. Exploring the nature of traumatic memory. J Aggression, Maltreatment, Trauma 2001;4:9-31.
6. Lanius RA, Williamson PC, **Hopper JW**, Boksman K, Densmore M, Gupta MA, Neufeld RWJ, Gati JS, Menon R. Recall of emotional states in posttraumatic stress disorder: An fMRI investigation. Biol Psychiatry 2003;53:204-210.

7. Lanius RA, **Hopper JW**, Menon RS. Individual differences in a husband and wife who developed PTSD after a motor vehicle accident: A functional MRI case study. Am J Psychiat 2003;160:667-669.

8. Sack M, **Hopper JW**, Lamprecht F. Low respiratory sinus arrhythmia and prolonged psychophysiological arousal in PTSD: Heart rate dynamics and individual differences in arousal regulation. Biol Psychiatry 2004;55:284-290.

9. **Hopper JW**, Karlsgodt KH, Adler CM, Macklin EA, Lukas SE, Elman I. Effects of acute cortisol and cocaine administration on attention, recall and recognition task performance in individuals with cocaine dependence. Hum Psychopharmacol 2004;19:1-6.

10. **Hopper JW**, Spinazzola J, Simpson WB, van der Kolk BA. Preliminary evidence for parasympathetic influence on basal heart rate in posttraumatic stress disorder. J Psychosom Res 2006;60:83-90.

11. **Hopper JW**, Su Z, Looby AR, Ryan ET, Penetar DM, Palmer CM, Lukas SE. Incidence and patterns of polydrug use and craving for ecstasy in regular ecstasy users: An ecological momentary assessment study. Drug Alcohol Depend 2006;85:221-235.

12. van der Kolk BA, Spinazzola J, Blaustein M, **Hopper J**, Hopper E, Korn D, Simpson W. A randomized clinical trial of EMDR, fluoxetine and pill placebo in the treatment of PTSD: Treatment effects and long-term maintenance. J Clin Psychiatry 2007;68:37-46.

13. **Hopper JW**, Frewen PA, Sack M, Lanius RA, van der Kolk BA. The Responses to Script-Driven Imagery Scale (RSDI): Assessment of state posttraumatic symptoms for psychobiological and treatment research. J Psychopathol Behav Assess 2007;20:249-268.

14. **Hopper JW,** Frewen PA, van der Kolk BA, Lanius RA. Neural correlates of reexperiencing, avoidance, and dissociation in PTSD: Symptom dimensions and emotion dysregulation in responses to script-driven trauma imagery. J Trauma Stress 2007;22:713-725.

15. Frewen PA, Lanius RA, Dozois DJA, Neufeld RWJ, Pain C, **Hopper JW**, Densmore M, Steven TK. Clinical and neural correlates of alexithymia in PTSD. J Abnorm Psychol 2008;117:171-181.

16. **Hopper JW**, Pitman RK, Zhaohui S, Heyman GM, Lasko NB, Macklin LM, Orr SP, Lukas SE, Elman IE. Probing reward function in posttraumatic stress disorder: Expectancy and satisfaction with monetary gains and losses. J Psychiatr Res 2008;42:802-807.

## EXHIBIT B TO THE EXPERT REPORT OF JAMES W. HOPPER, PH.D.

**Materials reviewed by James W. Hopper Ph.D.**

- Wendi Elizabeth Andriano's family documents including photographs, birth certificates, social security cards, adoption documentation, marriage documentation, school records, earnings statements, and employment records.
- Wendi's incarceration records.
- Wendi's medical and psychiatric history records.
- Miscellaneous writings by Wendi.
- Crime scene photographs.
- Audio recordings of 911 calls.
- Video and transcript of Wendi's interrogation by Phoenix Police.
- Trial testimony of Wendi.
- Phoenix Police Department interviews of witnesses.
- Public Defender interviews of witnesses.
- Trial testimony of witnesses.
- Donna Elizabeth Ochoa's family documents, including photographs, birth certificates, social security documentation, marriage documentation, letters, insurance documentation, correspondence to trial counsel, death certificates, military records, divorce records, wills, writings, and employment records.
- Donna's school and testing records.
- Donna's medical records.
- Donna's extended family marriage documentation, birth certificates, baptism documentation, death certificates, educational records, employment records, correspondence, behavioral & mental health records, medical records, psychiatric records, and housing records and documentation.
- Shelby Wayne "Skip" Robertson's photographs, birth, school, earnings statements, financial, divorce, military, arrest and incarceration records, and medical records and documentation.

- Alejo Lorenzana Ochoa's family documents, including photographs, border crossing documentation, birth certificates, death certificates, census records, marriage certificates, and divorce records.
- Alejo's personal birth records, social security documentation, school records, marriage certificate, earnings records, religion and pastorship documentation, personal writings and letters, medical records, police interview, police report and trial testimony.
- Ochoa family home movies.
- Tom King audio recordings of Harvest sermons.
- 91st Psalm and Harvest Pinal County Record documents, yearbook, photographs, documentation, parent materials, handbook, student application, handouts and family agreements.
- Communications regarding Wendi's psychological and psychiatric concerns by Leon Thikoll, Dr. Garcia-Bunuel, H. Kandy Rohde, G. David Delozier, and Jack Potts.
- Supplemental documentation relating to Wendi including letter to parents from Mexico and letter to Pat Hyduk.
- Supplemental documentation relating to Donna including diary, travel log, letters to Alejo, resume, and cards to Wendi.
- Supplemental documentation relating to Alejo including photographs.
- Supplemental documentation relating to Sharon Murphy including email correspondence to trial counsel, report by H. Kandy Rhode, and documentation of interviews of Wendi by Sharon.
- The declarations contained in Tabs 6 to 42 of the Petition.
- The Expert Report of Dr. George W. Woods.
- The Expert Report of Myla Young, Ph.D.