H.Kandy Rohde
Certified Professional Counselor
5507 East Shea Blvd.
Scottsdale AZ 85254
(480) 443-9313

Law Offices of G.David DeLozier
4016 East Forest Pleasant Place
Cave Creek AZ 85331

March 12, 2001

Dear Mr. DeLozier,

I have been meeting with Wendi Andriano since January 9, 2001. I have seen her for eight sessions of counseling totally thirteen and one half hours. I suspect that she was molested by her natural father and/or grandfather when she was less than four years old. She seems to have begun dissociating as a defense beginning as a very young child and continuing until today. She told me that she has no trouble remembering events in her life, even stressful events, yet when I asked her about her childhood, her marriage and her imprisonment she was unable to recall large sections of her history. After I brought that to her attention, she spoke to her mother who said that Wendi habitually "forgot" anything that was unpleasant. She said that, as a child, Wendi would go sit in a large closet to disappear from anything that she found stressful. Wendi said that she found life easier if she "didn't think about things are upsetting." Wendi reports being content in jail and says that she does not worry about the ultimate possibilities that threaten her. Wendi describes the weeks prior to Joe's death as a time in which she felt detached from her own feelings. She said she could see herself and questioned her lack of feeling, but still had no feelings.

In addition to my belief that she is the victim of sexual molestation and that she suffers from Depersonalization Disorder as well as Dissociative Amnesia, I believe she exhibits the symptoms of the Cluster C Personality Disorders. She seems to have desperately needed the relationship with Joe, and she was willing to give up her friends, freedom and individual choice to be with him. She was preoccupied with complying with his requirements and drove herself to exhaustion meeting his demands. She would take on every task to keep him from becoming frustrated and angry. She would sacrifice her identity and social life to fit in with his expectations. She has a deep fear of confrontation and she spent her life keeping him from yelling at her. She believed that if she always complied with his wishes, he would be nice to her. She rationalized this by saying to herself that his expectations were reasonable and that she deserved his anger when she did not meet his expectaions.

I believe she was the victim of emotional abuse as well as some physical abuse during her marriage. I think she was able to cope by dissociating and rationalizing. She

007110



became more and more isolated from her friends and family to please him and because she was ashamed and wanted to paint the best possible picture of her marriage.

I think Wendi suffers from serious psychological disorders and am anxious to have examined by another professional for a second opinion. If I can be of assistance to that person, please let me know. I intend to continue seeing Wendi. Our goals are to help her learn to establish and enforce boundaries so that she can live a life defined by her standards rather than giving herself up to others.

Sincerely,

H.Kandy Rohde, CPC

007111

Sep 30 03 05:14P                          4803680704                    P. 1

To David
From Kandy    CONFIDENTIAL

giving herself up another is codependency and as long as she was asking Robin for the

things that Wendi needs it is not that. She said that she had been in a spiteful adolescent

drama with Robin and acknowledged that it was a power struggle. This seems

appropriate for Wendi because the struggle for power is conscious and she does not feel

guilty trying to get something for herself even when Robin calls her selfish. Wendi cried

and said it had been very unpleasant. I urged her to speak frankly with Robin, not to give

herself up and not to get even if she feels like Robin is engaging in a power play. I asked

to call me if there is any physical violence because I believe it is mandatory that Wendi

not befriend anyone who might abuse her physically. She agreed. She asked me to return

in a week.

September 24, 2003 12:30-1:30

Met with Wendi in contact booth. She said that she had asked David to help Laurie

Warren her former roommate and she was worried that Laurie had not met him this

morning. Wendi said that Laurie had said that she would help Wendi in exchange. It

seems that Wendi is trusting people unworthy of her trust. I asked if she were prepared to

be disappointed and she cried. I suggested that she be aware of the differences between

the jail culture and the outside culture. She said that she still knew how she was and

would be able to return to a less threatening dramatic world. Will speak to Dave. Wendi

said that Dr. Garcia has still not returned. I am concerned that she needs to see him to cut

the ativan down from the 4 mg she is now taking.

September 29, 2003 6:15 pm -8:15 pm

Received a call from David that Wendi was in the psych ward at Durango after a suicide

attempt. Met with Wendi face to face in psych ward. She was very thin and pale. Her

000364



Sep 30 03 05:14p   /                          ♠903680704            P.2

hands were cold. She cried on and off, but generally seemed possessed. She said that she
had reached her breaking point with Robin and her clique who were manipulating and
threatening her. She said that she had begun to feel anxious aand upset Wednesday night.
She said that Baby was in the next pod and she had been talking to her through the glass.
She said that Robin had become angry and possessive. Wendi said that she could not
ignore Robin anymore. She said that she asked the guards to get her out. She asked to be
transferred to the pod that Baby was in. The guard agreed to put Wendi in voluntary lock
down until an evaluator could come and see if it would be safe to drop the "keep away"
from Baby. Wendi said that by the third day she feared that she would be left in lock up
indefinitely. She said that she was terrified of an extended stay there because of the
emotional strain of the last time she had been in solitary. The last time she was in for 10
days and the guards threatened her with 90 days if she ever went back again. It seemed at
the time that the indeterminate sentence along with the lack of a valid reason for isolating
her made her feel out of control of her own life. Wendi tries to find ways of coping that
allow her to feel that there is some order to her life. She seems to become anxious when
she perceives chaos. Wendi asked a guard whom she trusted to check her file and see
when the evaluator was coming. The guard found out that Wendi was in involuntary lock
down and no evaluator was scheduled. Wendi said that the confirmation of her worst fear
set off an extreme sense of anxiety. She said that she felt trapped and could think of no
way to manage her anxiety. She said that she tried listening to Christian music and
praying, but that when the commercial came on she could no longer distract herself. She
said that she calmly wanted to die. She said that she intentionally cut the vein at the fold
of her elbow. She said that she had looked at pictures of her children and had written a

000385

letter and had not cried. She said that she felt peace about escaping the angst. Wendi said that she watched the blood seep out and puddle calmly thinking that she wondered how long it would take. She said that she passed out at some point and woke up with bright lights in her eyes. She said that she was given blood and fluids in the hospital and was sent back on the bus to Estrella jail. She said that she had cut herself Saturday (late afternoon?) and had been in jail that night. Wendi said that she slipped in and out of consciousness on the bus. She said that they took her back to Durango to the psych hospital. At the hospital she was questioned by a nurse (?). The nurse spoke abusively to Wendi and insisted that Wendi stop blaming others for her suicide attempt. She put Wendi into a black molded restraint chair at about 5 a.m. Sunday. Wendi said that she had urinated on herself while she was unconscious. She said that she was cold and weak. She said that the woman left her in the restraints for 6 hours during which she would return and ask Wendi to admit responsibility. Wendi said that she could not move at all in the chair. She said that her body was held in a painful posture as she waited without knowing if and when the treatment would end. She said that she got no water or food and she felt weak, frightened and angry. She said that she tried to reason with the woman, but that she would not listen to Wendi's explanation. Wendi said that at 11 a.m. she was taken out of the restraint chair and was put in four point restraint on a cot. She said that this was also painful and that she could not sleep. She said that a doctor came out to see her and remove two of the restraints so that she could move enough to sleep. Wendi said that she tried to tell the hospital staff that she was not suicidal and that this was an impulsive act. She said that she felt like she was treated like a trouble maker rather than someone in distress.

I spoke to the nurse on duty and the social worker (Laura). The nurse said that Wendi's medical records were at Estella not Durango. I asked if they were aware of the fact that Wendi had been prescribed 4 mg of ativan. They said that she was on 1mg twice a day. Wendi told me that they had cut her ativan from 4 mg to 2 mg on Wednesday. That was the day she began feeling unable to handle the anxiety. It seems that she would have been feeling rebound anxiety from the cut in her ativan which could reasonably have made it impossible to cope with the social stress of the pressure from Robin and her crowd as well as the fear of indefinite involuntary lock down. Laura assured me that Dr. Garcia was back and would handle Wendi's case at Estrella. Wendi said that she was cold and had asked for an extra blanket, but that they did not have her records authorizing another blanket. I asked the nurse and she said that she would write the request. She also said that Wendi was getting 2 prenatal vitamins as well as 2 mg of ativan and a seroquel for sleep. I am concerned that Wendi's weight is very low and she needs food water and rest to regain her health. Wendi said that she no longer wanted to die and would not do anything to hurt herself.

006307

Oct 03 03 11:19a                    ANDRIANO             #803680704                    p. 1

TO: DAVID          CONFIDENTIAL
FROM: KANDY

Wendi Adriano October 2, 2003 3:30 – 4:45pm

Met with Wendi at Durango psych unit. She looked puffy and pale when I arrived and said that she had taken seroquel. She said that she had asked the doctors about it and they said that it was from the blood loss. By the end of the session she seemed less swollen. Wendi detailed the time line of the suicide attempt:

She cut her arm about 5 pm Saturday. She was aware of the second shift of guards when and they leave at 11 pm. She was aware of the third shift of guards who come on at 11 pm. She knows that she was in county hospital for some period of time, but she does not know how long. She knows that she told them that she was well enough to be transported back to jail. She remembers being on the bus to Estrella and that she was very cold. The third shift was on when she returned to Estrella. They go off at 5 am. Wendi recalls that she was put in the chair at Estrella at about 5:30 am. She said that she had no food or water since breakfast Saturday. She was locked in the chair until noon. The nurse scolded her several times telling her that she needed to be punished for what she did so she would not do it again. (Therapeutically, this is inappropriate because driving a suicidal person deeper into despair is more likely to increase suicidality.) Wendi said that she told the nurse that this was inhumane. Wendi said that she was shivering and her nails were blue. Wendi was taken out of the chair at noon and was told to stand up to get on the bus. She was too weak to stand and a guard (Branson) gave her bread. She ate the bread and was still too weak and he offered milk. Wendi said that she still couldn't stand and was in and out of consciousness. They were trying to chain her to another girl when Wendi fell. She said that she saw the milk on the floor. She said that the guards dragged her up the steps onto the bus. She was wet and couldn't lift her head. She said the transportation guards were saying "hurry and Stand" and she kept saying she couldn't and that she was going to pass out. She said that she was wet and too weak to lift her head so she only looked at the ground. Wendi slept on the bus and felt someone poke his finger into her chest to wake her. She said that they pulled her by the arm off the bus and put her into a wheel chair. When she got to D2 at Durango she got to change her wet clothes. She was four pointed on a cot. Wendi told the nurse what had happened and she got a doctor to look at Wendi. He allowed the restraints to be partially removed (two point) saying

Wendi said that the protocol for a suicide attempt is 6 hours in the chair if the attempt is more drama than suicide. Wendi's blood loss seems to have serious enough that this should have been viewed as a medical emergency as much as a psychiatric one. Punishing suicide attempts seems cruel and counterproductive at any rate.

At this visit Wendi expressed optimism about the trial and the attention she getting f. om the defense. She said that she finally believes the end is in sight. She said that she has adjusted to the current dose of ativan. I encouraged her to talk to Dr. Garcia about slowing weaning it down some more. She said that she is resting and reading and feels better, but is still extremely weak.

000308

# Andriano Trial Schedule

1:00 AM   Wake up, dress, wait for MCSO transportation

2:00 AM   Pickup by MCSO staff, transport to Madison Jail

2:20 AM-   Housed in a holding cell; given one sack lunch;
7:30 AM   holding cell only has cold metal beds.

7:30 AM   Pickup by MCSO staff, transport to Mesa Courthouse

8:00   Housed in a holding cell until court time.

8:30 AM-   Alternate between holding cell and court room;
5:00 pm   No food available.

5:30 pm   Pickup by MCSO staff, return to Durango Jail

6:30 pm   Dinner is served. Sleep for 5.5 hours; wake up
1:00 AM   and start routine again.

Please Note that food is supplied to inmate by MCSO
at 3:00 AM and 6:30 pm. Due to the rigorous schedule,
this is not sufficient food to allow the inmate to
participate competently in her trial. Inmate has access
to food through a jail commissary; however, MCSO rules
prohibit her from bringing food to court. An exception to
the rules, ordered by your Honor, would solve our

009192



EXHIBIT
F

dilemma. Permission to bring breakfast, lunch, and a snack would serve to meet her needs.

Secondly, Inmate Andiano will only have 5.5 hours to sleep. After arriving at Madison, there are four more hours which could be used for sleeping. Allowing the inmate to bring one blanket would ensure her ability to sleep while waiting in the holding cells. Due to the longevity of the trial, the inmate requires sufficient sleep to avoid physical exhaustion and ultimately mental breakdown.



**Maricopa County
Health Services
Department**

David DeLozier, Esq.                                    September 1, 2004
Scottsdale, Arizona

Re: Wendi Andriano
      Booking #A631830

Dear Mr. DeLozier:

As Ms. Andriano's main Healthcare Providers in the Durango Jail, we are concerned
about Ms. Andriano's ability to maintain her physical and mental health throughout the
current period of what appears will be a lengthy and grueling trial. As you might be
aware, because of transportation realities and the logistics of getting Ms. Andriano to and
from the Courthouse, she is subjected to very lengthy periods away from the jail for
several days per week. While she can be fed before leaving and after returning, there is a
lengthy period during the day when she has no access to food. We are requesting that
you assist in arranging permission from the the Mesa Police department for Ms. Andriano
to carry with her on her person three or four food items per day for consumption during
the middle of the day.

Thank you for your assistance in this matter.

Sincerely,

Gerald M. Perry, Psy.D.
Licensed Psychologist

Pamela Drapeau, M.D.
Psychiatrist

Cc: Patient's chart

EXHIBIT
G1

3226 West Durango Avenue • D2 • Phoenix, Arizona 85009 • (602) 256-1960

# Exhibit 8

1   Di COPPERSMITH SCHERMER & BROCKELMAN PLC
2800 North Central Avenue
Suite 1200
2   Phoenix, Arizona 85004
(602) 224-0999
Scott M. Bennett, State Bar No. 022350

3   FOLEY & LARDNER LLP
150 E. Gilman Street
4   Madison, WI 53703
Telephone: (608) 257-5035
Fax:       (608) 258-4258

5
Allen A. Arntsen, Admitted *Pro Hac Vice*
Stephan J. Nickels, Admitted *Pro Hac Vice*
6   Matthew R. Lynch Admitted *Pro Hac Vice*

*Attorneys for Petitioner*
7   Wendi Andriano

8                    SUPERIOR COURT OF ARIZONA
9                       COUNTY OF MARICOPA

10

11   State of Arizona,                    )
                                          )
12                        Respondent,     )   No. CR2000-096032-A
                                          )
13        vs.                             )   **AFFIDAVIT OF SCOTT A.**
14                                        )   **MAC LEOD**
     Wendi Elizabeth Andriano,           )
15                                        )   (Assigned to the Hon. Douglas Rayes)
                                          )
16                        Petitioner.     )
                                          )
17                                        )

18

19   STATE OF ARIZONA              )
                                   )   SS.
20   COUNTY OF MARICOPA            )

21

22        SCOTT A. MAC LEOD, being first duly sworn upon oath deposes and states:

23        1.    I an adult resident of Maricopa County.  I was employed as

24   mitigation specialist for the Maricopa County Office of the Public Defender from August

25   2001 to January 2007, and I served as the mitigation specialist assigned to the defense

26   team for Wendi Andriano from April 2004 through her sentencing in December 2004.  I

27   have personal knowledge of the matters stated herein.

28
MADI_2583195.1

1

**PROFESSIONAL BACKGROUND**

2        2.      I joined the Office of the Public Defender in August 2001 as a trial

3

group mitigation specialist. The job of a mitigation specialist is to investigate and compile

4

5  information relating to the client's background and to present that information to the Court

6  as a basis for a particular sentence the implementation of pre- and post-sentencing plans.

7        3.      Prior to my work at the Public Defender's Office, I served for two-

8

9  and-a-half years as a probation officer for Maricopa County. It was common for probation

10  officers to transfer to mitigation specialists; at the time, there were roughly ten mitigation

11  specialists at the Office of the Public Defender, and about half of them were former

12  probation officers.

13        4.      My educational background was in political science and criminal

14

15  justice. I did not have any degrees or educational background in social work, sociology,

16  psychology, or other behavioral sciences.

17        5.      I do not recall any formal, introductory training or programs specific

18

19  to the mitigation specialist position when I started. As I recall, the training was on-the-job,

20  which may have included some job shadowing of an more senior mitigation specialist.

21        6.      As a trial group mitigation specialist, I handled mitigation work for

22  standard (non-capital) felonies. When I was assigned a case, I would typically review the

23  police report and other documents, interview the client several times, interview his or her

24

25  family members, and prepare a report for the attorney to present to the Court. The report

26  would advocate for a particular sentence that usually consisted of a combination of prison

27  and rehabilitative programs or services for the client's reintegration into society.

28

2

7.    As a trial group mitigation specialist, I handled roughly 10 to 15 cases at one time.  None of my cases involved jury sentencing, and very few went to trial.  For those that did go to trial, there was typically a one- or two-month period after the verdict before sentencing by the Court.

8.    Until my work on Wendi Andriano's case, I had never served as a mitigation specialist in a capital case.  I had also never worked as a mitigation specialist for a case involving jury sentencing.

9.    I applied for and became a capital case mitigation specialist in June 2004, roughly two months after I was assigned as the mitigation specialist for Wendi Andriano's capital murder case.  I do not recall receiving any additional training specific to the role of mitigation in capital cases versus standard felony cases.

10.    There were some differences in the emphasis of my job duties when I became a capital mitigation specialist.  Namely, I did not have to write a report advocating a specific sentence to the Court (because there was jury sentencing), and it seemed like the investigation of the client's background was more intensive.  Overall, however, I did not view my role as a mitigation specialist any differently; there is nothing that I would not have done in standard felony cases that I would otherwise do in capital cases.

11.    Whether as a trial group mitigation specialist or a capital case mitigation specialist, I took my direction from the lawyers on a particular case.  In my view, they were the ones holding the law license, and I deferred to their judgment in all matters relating to mitigation.  Generally speaking, the lawyers told me what they wanted in terms of mitigation evidence, and I would investigate accordingly.  I believe I had

3

MADI_2583195.1

authority to pursue other avenues that counsel had not directed me down, but I would normally raise those potential avenues with the attorneys and receive a go-ahead from them prior to pursuing those areas of investigation on my own.

12.    I am familiar with the Supreme Court decision in *Ring v. Arizona*, 536 U.S. 584 (2002), and I do not recall any changes office-wide or for me personally in my role as a mitigation specialist following that decision. I did not change my approach to mitigation investigation in Ms. Andriano's case as a result of the *Ring* decision. Because I viewed the lawyers as responsible for setting overall mitigation strategy and coordination with the other phases of the case, any changes based on *Ring* would have come in the form of different directions and deadlines from them; I would not on my own implement any changes in my overall approach in response to the fact that sentencing was handled by a jury rather than a judge.

13.    The mitigation specialist position is a 40-hour per week job, and I typically worked 40 hours per week. I do not specifically recall working overtime; if I had, I am fairly certain that I would not have been paid overtime for the extra work.

**INVOLVEMENT IN WENDI ANDRIANO'S CASE**

14.    As noted above, I was assigned to work as the mitigation specialist on Wendi Andriano's case in April 2004, while I was still a trial group mitigation specialist.

15.    I do not recall whether my remaining workload was reduced in response to this assignment. I believe I was winding up my remaining standard felony cases shortly after becoming a capital case mitigation specialist. At that time, I also took on a few other capital cases besides Ms. Andriano's case.

4

16.     My recollection of the work that I did on this case is limited.  I remember meeting with Ms. Andriano, as well as her mother and stepfather.  I looked through pictures and other documents relating to Ms. Andriano's childhood and prepared a slide show depicting her positive achievements and impact.  I also attended the trial.  I know that I talked to other people and did more work, but I cannot recall who else I interviewed, how many other people I interviewed, or what other investigation or work I did relating to the case.

17.     I do not recall "scrambling" or rushing to conduct the mitigation investigation in the four months between the time I began working on the case (in April 2004) and the beginning of Ms. Andriano's trial (in August of 2004).

18.     I recall efforts to use the slide show and photographs to describe Ms. Andriano's life, but I do not recall preparing any written, comprehensive life history reports or any documented psycho-social history of Ms. Andriano.

19.     I do not recall investigating any trauma experienced by Ms. Andriano other than domestic violence by Joe Andriano, nor do I recall investigating or analyzing the effect of any early trauma on Ms. Andriano's development.

20.     I do not recall identifying or investigating any childhood abuse of Ms. Andriano.

21.     I do not recall recommending the retention of any experts in the case, or assisting in identifying appropriate experts.

22.     I do not recall providing any social history information to any experts in the case.

5

MADI_2583195.1

23.    The themes for mitigation were provided to me by Dan Patterson; mitigation strategy was always his call, as far as I was concerned. Those themes included the contention that Ms. Andriano was a victim of domestic violence by her late husband, and that she had a good upbringing and character. I do not recall working with counsel to include additional themes or facts based on my investigation.

24.    I do not recall investigating any possible explanations for Ms. Andriano's affairs and other seemingly out-of-character actions in the months leading up to the death of her husband, other than domestic violence.

25.    I recall that the defense team had some sense that Ms. Andriano's childhood church/parochial school had what some might consider to be strange teachings, but I did not investigate further because no one on the case asked me to do so.

26.    As a mitigation specialist you always screen for mental health issues, but I do not recall identifying or investigating any potential issues relating to Ms. Andriano's mental health.

DATED this _1_ day of ~~February~~ *March*, 2011.

Scott A. Mac Leod

Subscribed and sworn to before me this _15_ day of February, 2011.

Notary Public, State of Arizona.
My Commission: _Oct 14, 2013_



OFFICIAL SEAL
**ROSA RAMIREZ**
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Oct. 14, 2013

6

MADI_2583195.1

Exhibit 9

FEB 1 6 2012

1
2
3
4
5
6                    SUPERIOR COURT OF ARIZONA
7                       COUNTY OF MARICOPA
8
9   State of Arizona,                        )
10                          Respondent,      )   No. CR2000-096032-A
11                                           )
        vs.                                  )   **DECLARATION OF**
12                                           )   **WENDI ANDRIANO**
13  Wendi Elizabeth Andriano,                )
                                             )
14                          Petitioner.      )
                                             )
15                                           )
16
17      WENDI ANDRIANO, declares as follows:
18                          **OVERVIEW**
19      1.      I retained Attorney David DeLozier to represent me in 2000.  I also retained

20  Attorney Leon Thikoll in 2000, but Attorney Thikoll was not involved with my case after

21  March 2001.

22

23      2.      Attorney Daniel Patterson was assigned by the Public Defenders' Office to

24  represent me in July 2001.  Several other attorneys from the Public Defenders' Office

25  were briefly involved in my case before Attorney Patterson was assigned.

26

27

28
4826-5108-5196.2

3.     Mitigation expert Scott Mac Leod was assigned by the Public Defenders' Office to my case in 2004, after the mitigation expert previously assigned to my case, Patrick Linderman, left the Public Defenders' Office.

4.     I recall meeting with both Attorneys Patterson and DeLozier together once in 2003. I do not recall meeting with Attorneys Patterson and DeLozier together at any other time until 2004, when I met with them together several times both shortly before trial began and during trial.

5.     I do not recall meeting with Attorney Patterson, Attorney DeLozier, and Mr. Mac Leod together until shortly before my trial began.

### ATTORNEY DAVID DELOZIER

6.     A childhood friend, Jeri Lynn Cunningham, referred me to Attorney David DeLozier because her husband knew Attorney DeLozier from serving on a church board with him. I agreed to meet with Attorney DeLozier at the prison to discuss the possibility of him serving as my defense attorney. Although I was aware that Attorney DeLozier had no experience defending a death penalty case, I agreed to hire him after he told me that God had sent him to help me. I believed that God wanted me to hire Attorney DeLozier to serve as my defense attorney.

7.     I met frequently with Attorney DeLozier during the four years leading up to my trial, but these meetings rarely involved any discussion about my case. Attorney

2

DeLozier spent most of our meetings discussing God and religion with me.  Attorney DeLozier typically brought a Bible to our meetings, which we used for Bible study.

8.      Attorney DeLozier told me that he believed that God was assisting in my defense case and would not allow me to be sentenced to death.  Attorney DeLozier told me that God was involved in many aspects of my case, from small details such as making sure that he was able to find a parking space at the jail to more significant decisions involving legal strategy.

9.      A few months before my trial began, Attorney Patterson informed me that he planned to have Attorney DeLozier perform my direct examination at trial.  I told Attorney Patterson that I did not believe that Attorney DeLozier knew enough about my case to be able to perform my direct examination because we had not discussed the details of my case during my meetings with him over the last four years.  When Attorney Patterson heard this, he told me he would perform my direct examination.

10.      Prior to trial, Attorney DeLozier told me that he planned to fast during the duration of my trial to seek God's favor and to give him a better spiritual connection with God and to make him more receptive to hearing God's instructions about how to defend my case.  During trial, Attorney DeLozier told me that he was not consuming any food and was only drinking water and juices.  Attorney DeLozier appeared tired and weak throughout my trial, as if he were in a state of prayer during my trial.  Attorney DeLozier appeared to lose a significant amount of weight.  Attorney DeLozier told me that he had lost so much weight that he had to buy a new suit because his old suits did not fit him.

3

4826-6468-5196.2

11.    An attorney with Attorney DeLozier's law firm was murdered during my trial. Attorney DeLozier appeared very upset about this loss, and appeared to have difficulty focusing on my trial after his death. At one point, Attorney Patterson had to request that the judge adjourn the trial for the day because Attorney DeLozier was so upset about his associate's death that he was unable to concentrate on or participate in my trial.

**ATTORNEY DANIEL PATTERSON**

12.    In July 2001, Attorney Patterson was assigned by the Public Defenders' Office to represent me. At the time he was assigned to my case, he was responsible for several other death penalty cases. Shortly after beginning on my case, he was also assigned to represent the defendant in *State v. Roque*. Attorney Patterson told me that the *Roque* case would be very demanding of his time and attention. Therefore, he said that I was "second in line" and that he would not be able to put much time in on my case until *Roque* was resolved.

13.    Attorney Patterson only met with me a few times each year until 2004, when he appeared to increase his attention to my case in preparation for my trial. During 2004, Attorney Patterson met with me much more frequently than he had during 2001-2003 – often several times in one month. These meetings were typically less than an hour long.

14.    Attorney Patterson spent a few hours on one day preparing me for my testimony during the guilt phase. This occurred after my trial had started. Attorney

4

DeLozier did not attend this meeting and was not involved with preparing me for my testimony.

15.     The day before I gave my allocution, Attorney Patterson told me that I would need to prepare a statement to read to the jury. Attorney Patterson told me that the purpose of this statement was to ask the jury to have mercy on me and not sentence me to death. I wrote part of my allocution when I returned to my jail cell that evening, and completed the rest of it while in transit to the courthouse and while waiting in a holding cell at the courthouse. I showed the statement I had written to Attorney Patterson, who read it and said it was "fine." Attorneys Patterson and DeLozier did not provide any suggestions or changes to my allocution and did not have me practice giving my allocution.

## MITIGATION SPECIALIST SCOTT MAC LEOD

16.     When I first met with Scott Mac Leod, he asked me to tell him my "life story." I provided a ten-minute summary of my life. I do not recall him asking many follow-up questions about my life story.

17.     When I met with Mr. Mac Leod, we talked more about gossip regarding the Public Defenders' Office and his plans to go to law school than we discussed my case.

18.     Mr. Mac Leod told me that the purpose of the mitigation phase was to convince the jury that I was a good person that did not deserve the death penalty. Most of my meetings with Mr. Mac Leod revolved around identifying photographs and topics for a

4826-5468-5196.2

Power Point presentation that he prepared for the mitigation phase.  Mr. Mac Leod told me that the purpose of the presentation was to show the jury evidence of the good things that I have done during my life.

19.     During my trial, Mr. Mac Leod expressed frustration to me about how Attorneys Patterson and DeLozier were handling my trial.  He did not identify specifically how he believed Attorneys Patterson and DeLozier were providing me with inadequate representation, but stated that he wished he could go to law school because then "all of this stuff would not be happening."

## MITIGATION INVESTIGATION

20.     Attorney Patterson asked me about my health history.  In response to this question, I told him that I had been prescribed medication for insomnia and anxiety by Joe's oncologist prior to Joe's death.  I told Attorney Patterson that Joe's oncologist suggested this prescription because he noticed that I was frequently stressed and tearful during Joe's appointments.  Attorney Patterson told me that he would seek these medical records, although I do not know whether he ever did this.  I also told Attorney Patterson that I saw a counselor in 1996 because of stress and problems at work.  Attorneys Patterson and DeLozier and Mr. Mac Leod did not ask me any additional questions about the circumstances surrounding the prescription or counseling I received or about my physical or mental health history.  I would have been willing to provide additional information if requested.

6

4826-5465-5196.2

21.     Attorneys DeLozier and Patterson and Mr. Mac Leod did not ask me to provide any information about the physical or mental health history of my family. I would have been willing to provide this information if requested.

22.     Attorneys DeLozier and Patterson and Mr. Mac Leod did not ask me to provide any information about the backgrounds or childhoods of my mother, father, stepfather, or other family members. I would have been willing to provide this information if requested.

**TRIAL SCHEDULE**

23.     As a result of my transportation schedule during my trial, I felt extremely tired throughout my trial and had difficulty remaining awake and focused while in court or when meeting with my attorneys. During my trial, I was typically woken up at 1:00 a.m. each day to get ready for transportation to Madison Jail from Durango Jail. At 2:00 a.m., I was transported to Madison Jail. At 3:00 a.m., I was given a sack lunch for the day, which was for both my breakfast and lunch. I remained in a holding cell until approximately 7:30 a.m., when I was transported to Mesa Courthouse to attend trial. I returned to Durango Jail around 5:30 p.m. each day. Dinner was served at 6:30 p.m., after which I would try to sleep as much as possible until I was woken up to be transported back to a holding cell in Madison Jail at 1:00 a.m. Although my scheduled varied somewhat throughout my trial, I consistently felt too tired to participate in my representation and trial.

7

24.     The sack lunch I was provided at 3:00 a.m. each morning was not enough food for both breakfast and lunch.  I was not allowed to eat any food other than that provided by the prison and was not given any additional food during the day beyond what was in the sack lunch I received at 3:00 a.m.  As a result, I frequently had difficulty focusing on and participating in my trial and meetings with my attorneys because I was hungry.  During trial, I informed Attorneys Patterson and DeLozier that I was consistently tired from lack of sleep and hungry because of insufficient food.

25.     I declare under penalty of perjury that the foregoing is true and correct.


DATED this 13 day of February, 2012.


Wendi Andriano

8

Exhibit 10

## DECLARATION OF CONSTANCE BOYS

I, Constance Boys, declare as follows:

1.       My name is Constance Boys.  Everyone calls me "Connie."  I was born on May 31, 1952 in Oklahoma City, Oklahoma.  My family moved to Phoenix, Arizona when I was four years old.  My son, Lonnie, was born in Phoenix, Arizona in May of 1970.  I married George Carlin in 1973 in Phoenix, Arizona, and shortly thereafter we moved to Casa Grande, Arizona.  I have two daughters with George: Sarah, who was born in 1974, and Rachel, who was born in 1976.  George also adopted my son, Lonnie. I first met Wendi Ochoa in the late 1970s when her family began attending our church.

2.       In about 1976, my then-husband George and I began attending a small church in Casa Grande, Arizona, called "91st Psalm Ministries."  The pastor, Calvin "Cal" Lorts, and his wife, Barbara "Barb" Lorts, were friends of ours – we knew them before they went to Bible school.  At that time, the church was brand new – there wasn't even a building yet, and services were held in Cal and Barb's house.  George and I, along with a few other families, helped Cal and Barb build the church.  We actually laid cement and built walls and that sort of thing.

3.       In 1977, Cal opened a school at the church called "91st Psalm Christian School."  I enrolled Lonnie in that school the same year.  When Sarah and Rachel were school-aged, they began attending school there as well.  Over the years, I also volunteered at the church school two or three days a week.  I worked in the nursery and I taught

Initials

kindergarten. I am not certain of the date, but at some point, Wendi Ochoa and her parents, Donna and Alejo Ochoa, began attending 91st Psalm.

4.     Sometime in the mid 1980s, Cal Lorts left the school. He went to start another school up in Phoenix. At that time, the associate pastor, Tom King, took over the church and school. He renamed the church "Harvest Family Church," and the school became "Harvest Christian Academy." We remained at the church, and I remained at the school as a part-time volunteer.

5.     When Cal Lorts first left, the church was different, but not dramatically so. Over the next couple of years, it got progressively worse. In the beginning, Tom's sermons were pretty typical, but they became so harsh over time. The church became very cultish, though it didn't start that way. Everything became so warped.

6.     I remember that Tom King frequently preached that children should be spanked. He encouraged us to spank our children often. I got the distinct impression that he didn't care how old they were – he even spanked teenagers. Nearly every transgression warranted a spanking in Tom King's mind. He quoted scriptures about it, such as, "Foolishness is born in the heart of a child and the rod of correction will drive it far from him." I recall specifically that he quoted scriptures that said that if we spanked our children, they would not die.

7.     Wendi's step-father, Alejo, was the youth pastor at the church. I believe that he held that position before Cal left and that he continued on in that capacity when Tom took over. I think that he was a pervert and I think that everyone else thought so

Page 2 of 17


Initials

too. For years, there were rumors abounding that Alejo was molesting Wendi. Wendi complained about it to other members of the church. I don't remember specifically who knew what, but I do remember that it was generally discussed. I recall hearing that Wendi had told the principal, Mark Keating, and that Mark had gone to Tom about it. When this came out, Wendi wasn't believed. In fact, she was punished for saying it. At that school, corporal punishment was delivered frequently, and it seemed to me that Wendi received a lot of punishment. Wendi was physically punished for saying those things about her father. I recall that, Alejo and Tom King kicked Wendi out of school frequently. During that time, Wendi was put to work doing manual labor on the school and church grounds. The church consisted of a large, ten-acre compound. She was outside chopping weeds all day in the hot sun, instead of attending class. No one was allowed to speak to her. This occurred when Wendi was a teenager or preteen, but I do not recall exactly how old she was.

8.     Alejo constantly made comments and jokes of a sexual nature around children as well as adults. He was inappropriate. I remember that many of the children, when they entered the pubescent stage, complained that Alejo was making sexually inappropriate comments to them. I recall firsthand that he spoke that way to myself and to Cyndee Justus. I recall telling him time and again, "That's not funny, Alejo." He always responded the same way, with something like, "You have a dirty mind Connie, you're the one taking it there." There was always a sexual undercurrent to the things Alejo said. I remember that on one occasion, he said something to me about my breasts,

<p style="text-align:center">Page 3 of 17</p>



Initials

and I said, "What makes you think you can say that to me?" We had words over it, and I was pretty mad. But when I mentioned his behavior to other people, they customarily responded, "Oh, that's just Alejo." Everyone knew how Alejo was, but no one seemed to care. Tom King and the church leaders did absolutely nothing about it except punish children if they complained.

9.      I do remember that on one occasion I spoke to my then-husband, George, about Alejo's behavior and George took him aside and told him that he didn't appreciate it. George told me that Alejo apologized, but I was not there so I don't know exactly what transpired between them.

10.      Members of the church were scared of Alejo, especially the children. I believe that, in part, this was because you never knew how he was going to be. Sometimes he was so happy-go-lucky and such a goof-off, and other times he got in these black moods. It was as if there was a dark cloud over him. One minute, he was joking around and having fun, and he actually could be quite funny, and the next moment he was dark and moody and anyone around him was afraid to say or do anything.

11.      I recall that my daughter, Sarah, complained to me about Alejo. She told me that she and her best friend, Lisa Daugherty, were eating popsicles when Alejo made a sexual comment to them. I don't recall exactly what he said, but he made a reference to oral sex. Lisa and Sarah were about fourteen or fifteen years old at that time. I talked to my husband, George, about it and he confronted Alejo. Alejo denied it, and George

Page 4 of 17

Initials

and I went to Tom King. Tom said, "If that was true, God would have told me." That's when I realized just how crazy Tom was.

12.    I recall hearing the things that Wendi said about Alejo, and I wondered if there was truth to them. When it happened to my own kid, however, it was a different story. I went to the pastor several times to complain about Alejo's behavior, but he had Alejo's back and covered for him so nothing ever happened to Alejo.

13.    While attending the church, I was good friends with the church secretary, Lola Archuleta. I took her daughter, Frances, home with me every day and kept her until Lola got off of work. Frances was a part of my family. I recall being angry about the way that Tom and Alejo treated Frances. She was often disciplined in much the same way as Wendi. They had her outside all the time chopping weeds. I recall indicating to Lola on several occasions that I did not think it was right the way they were treating her daughter. I never came right out and said it because Lola was so tight with Tom and Alejo.

14.    Alejo was a very shady individual. I recall that he was constantly putting eye drops in his eyes and eating breath mints to hide his smoking. Wendi had told other kids that her father smoked marijuana, but everyone always covered for him. I knew that he was smoking — you could smell it on him.

15.    On one occasion, a teenage boy by the name of Jasper ("JC") Neace found some porn magazines that belonged to Alejo. They weren't just *Playboys* or anything like that — it was really hardcore porn. When JC found them, he went to Tom King about it. Tom King asked Alejo, and Alejo said that he was outside and found them by the trash

Initials

can. He said that he picked them up so the kids wouldn't see them, and brought them to his house, where he had forgotten about them. JC was kicked out of school shortly after that incident. I believed that he was kicked out for reporting this to Tom King, but Tom never just came out and said things like that. When Tom threw someone out of school, he customarily said that it was because they were "rebellious" or had a "bad attitude." He was pretty subtle about his reasons. After JC left the school, he became embittered. That happened to a lot of the kids at the school. They were so turned off by God and Church due to their experience at Harvest that they walked away from Christianity entirely. JC was not a bad kid, but he did a complete 180 when he left the school. He got involved in drugs and he's been in and out of prison for drugs and domestic violence ever since.

16.     Prior to that incident, JC had been really close with Alejo. JC's family was poor. His father didn't live at home, and his mother was trying to raise eight or nine kids on her own. They couldn't afford to pay the school fees, so Cal, and later, Tom, let them come to the school for free. JC worked around the school to help pay for the school fees. He was constantly around Alejo. I think that Alejo was kind of a father figure to him. I'm sure that it was hard for him to tell on Alejo, but he thought he was doing the right thing.

17.     My daughter, Sarah, and her best friend, Lisa Daugherty, were the "wild girls" at the school. They were funny kids. They had the big hair that was popular back then, and they wore a lot of make-up. They were always in trouble, not because they


Initials

were bad kids, but because everything was forbidden. They were just trying to have a normal childhood, but "normal" wasn't permissible in that environment. I recall that when Sarah was in eighth grade, she tried bringing some of her friends to the Church. One would think that Tom King would have been appreciative that she was bringing new people around, but instead, he became angry with her. He seemed very uncomfortable with having new people in his church. I remember that Tom King referred to my daughter, Sarah, and some other students at the school, as "worldly," because they participated in activities, and had friends, outside the church. In Tom's mind, this was a sin. I recall him saying that people who were not a part of our church were "of the world." Social activities that were not put on by the church were strongly discouraged.

18.     Sarah challenged everything. She knew what kind of person Alejo was, and she didn't stand for it. She constantly made him mad. I recall that he made her write a twenty-page report one time when she was fourteen or fifteen years old. She was always getting into trouble. I know that there were numerous occasions when Alejo made her write reports. I recall that Sarah was so defiant that when Alejo asked her to write a report she wrote the same sentence over and over again. I don't recall what the report was about, but whatever it was, Sarah just wrote, "This is a report about..." several times.

19.     Sarah was also kicked out of school for approximately three months. She was caught kissing a boy behind the oleander bushes on the church property when she


Initials

was thirteen or fourteen years old.  She brought him to the church – he was not a student at Harvest.

20.     Tom King's sister-in-law, Cyndee Justus, the sister of Tom King's wife, Patricia, worked at the school.  Her husband, Steve Justus was business partners with another man who also attended our church, Dick Herdegen.  Dick Herdegen was also a friend of Tom King's. REDACTED

REDACTED

REDACTED

R Shortly

after that came out, I was in the office with Tom.  I don't remember who else was there, but I heard Tom say something like, REDACTED

REDACTED

REDACTED                                                                 I

couldn't believe he said that.

21.     REDACTED                                                         I

think there was a lot of guilt and anger there REDACTED

REDACTED                          .  Cyndee and Steve eventually got a divorce, and though it may not have been entirely because of that, I know that it contributed.  Dick Herdegen ended

*CB*
Initials

up leaving the area. REDACTED

REDACTED

22.    Casa Grande was a small town, and our church was a small community
inside that small town.  For that reason, when some scandal occurred, everyone knew.
REDACTED

23.    I recall that several years ago, I had a conversation with Cyndee.  We sat
down and we talked about the church and how crazy it all was.  I'm not going to
remember everyone now, but we counted thirteen families that left the school directly
because of Alejo.  Many people went to Tom about Alejo's behavior, and Tom refused to
believe it.  He completely rejected it.  It sickens me to even think about it.

24.    I recall that, when Wendi was a teenager, something in her changed.
Something just wasn't right.  I recall my daughter, Sarah, telling me that Wendi had
shown Sarah some negligees and lingerie that her father had bought for her.  Sarah said,
"Isn't that weird?"  Those last couple years, it was as if Wendi came to the realization that
she just couldn't fight it.  She completely gave in, and became "Daddy's little girl" and
was always hanging on her father.  She always seemed like a free thinking little girl before
that, and suddenly she was a model student.  She became quiet and withdrawn.  I
remember that she had the cutest clothes and shoes – all that her dad had purchased for
her.  He just lavished her with things like that.  Of course, everyone at the church said,
"Praise God, Wendi finally learned."  They said that she had finally "repented" and had
"got her life right with God," but I feel that they had finally broken her.  She had no one

*CB*
Initials

to turn to. When she reported the abuse that she was experiencing at the hands of her father, she was punished – and punished harshly. I believe that she must have realized that no one was going to help her, and she finally gave in to it – she just threw in the towel, so to speak.

25.     I know that Wendi confided in my son, Lonnie, a lot. Lonnie, however, cannot even talk to me about Harvest – he is too traumatized. He is really bitter. He's forty years old, he's been out of the church for twenty-two years, and he still can't talk about the things he experienced there. To this day, I rarely speak to my son. We don't have a great relationship.

26.     I think my daughters did better than Lonnie because we eventually pulled them out. We sent them to Valley Christian School in Tempe. They got to experience a normal high school. They are both college graduates and are doing well. They seem to have done better than Lonnie.

27.     Lonnie went to Harvest until he was expelled at the end of his junior year of high school. The circumstances surrounding his expulsion are almost laughable to me now. Lonnie was having sex with his girlfriend at the time, another Harvest student by the name of Kim Ethington. He felt guilty about it, and he thought he could talk to Tom. When he did tell Tom, however, he was kicked out of school. I don't recall what started that whole thing, but I remember that there was a big blow-up at the school at that time, wherein Tom was questioning the kids about their relationships. I recall that another girl, Laura Bell, who was a very close friend of Wendi's, was also expelled from school because

Page 10 of 17

someone had reported to Tom that she was having sex with her boyfriend.  For some reason, however, Kim Ethington was not expelled from school – she continued going.  I don't know why that was.  Lonnie was treated horribly and I feel so badly about it now.

28.   After Lonnie was expelled, we continued going to the church for a year or two, despite my objections.  In the church, we were taught that women were to be subservient to men.  Since that was so ingrained in me, I obeyed my husband.  I wanted to leave the church, but I couldn't convince my husband to do so.  I recall crying and begging my husband to leave.  We fought over it.  I prayed every night that God would release us from that place.

29.   My husband, George, ~~only~~ went to the church on Sundays *services + Wed. CB* – he didn't work there like I did.  For this reason, he didn't see as much of what went on.  He never really got it.  I wanted to leave for years before we actually did, but I had a hard time convincing him.  He didn't see things the way I did.  I believe that the turning point for him was when he saw how our daughter, Sarah, was being treated.

30.   In addition to my husband's feelings about the church, I, personally, had a hard time leaving.  We were so involved in the church.  It was our social life.  It had such power over us.  We had a fear of being ostracized because we had seen that happen to other people, and, when we did decide to leave, we lost most of our friends.  Each time a family left the church, Tom King insinuated to the other members of the congregation that the members who left were "bad people," and that we were not to talk to them.  He never came right out and said this, but it was definitely implied.  It took a lot for us to

*CB*
Initials

leave; we were so afraid to do it. I recall that when George finally went to talk to the pastor, I was praying that he would come out of there and say, "Okay, we're leaving." I still have the letter that Tom gave us, "releasing" us from the church. I can't throw it away, though I have tried to do it many times. I was so thrilled and the girls were so excited. The summer that we left was a joyous time.

31.     I remember that when Rachel and Sarah were teenagers – probably about fourteen or fifteen years old, I allowed them to walk to Kmart. It was only about three blocks from our house. Someone from the church saw them there without me, and reported it to Tom King. Tom called me in and questioned me about it. He said, "I've had a report your daughters were at Kmart without you." I couldn't believe it. That was my decision, not his – it had nothing to do with him. That's an example of how controlling he was about every little thing.

32.     I remember another girl at the school who was reprimanded when she was sixteen years old. She and some other teenagers got into trouble with Tom King. I don't recall what the infraction was, but I know that it was something minor. I think that they may have stayed out too late on one of their breaks or something like that. There were about fifteen kids involved. Tom King rounded them all up and spanked them. This one young girl probably hadn't been spanked since she was five or six – she was a good kid. I remember that her parents took her out of school because of that incident. It was all about control with Tom.

CB
Initials

33.     I remember seeing a program on the Discovery Channel about Warren Jeffs. I recall thinking that there were many parallels between that religious cult and our own. It was definitely the same type of control.

34.     When Lonnie was kicked out of school, he moved out of town. He enrolled in classes at Eastern Arizona College in Thatcher. When he came home to visit, however, my husband, George, made him come to church with us. Lonnie knew that those were the rules. Tom allowed him to come, but Lonnie was not to socialize with other teenagers. It must have been so hard for him. I think that he feels that we chose the church over him. He was so ostracized – he could not be seen talking to other kids. There is no doubt in my mind that this has hurt him.

35.     George and I separated in 2001, and our divorce went through the following year. From what my kids tell me, he is an alcoholic now. The last couple years of my marriage, he started drinking a lot. When we left the church, we left Casa Grande altogether. We moved to Chandler. We visited a couple churches in Chandler, but George never wanted to go to church again.

36.     I remember that Donna and Alejo adopted Wendi's little cousin, Brandon. We left the church before Brandon was old enough to start school, but I remember when they first got him. They were so strict on that little boy. I worked in the church nursery from time to time, so I had Brandon with me during some of the services. Many of the adults worked in the nursery and we took turns watching the kids. I remember that the punishment that Brandon received from Alejo was always so harsh. It seemed to me that

Initials

he was beaten a lot. I recall that Alejo talked to him with such a harshness to his voice. Brandon always seemed nervous when Alejo was around. Brandon was a hyper little kid and Alejo yelled at him constantly. I can't remember any specifics because so much time has passed, but I do have impressions. I know that Brandon was definitely afraid of Alejo. There was more to it than just the fact that Alejo was the father figure.

37.     From 1983 until 1985, I was working for Ak-Chin tribal community in the finance department. I knew that Donna and Alejo had nothing – they were poor as church mice. Alejo was the children's church pastor, but he wasn't bringing in very much money – they were extremely poor. I felt sorry for them, and I helped Donna get a job at Ak-Chin. I knew Donna from church, but I didn't really know her that well. I recall riding to work with her in the mornings, and she constantly talked about how hard everything was and how broke she and Alejo were. At some point, Donna began embezzling from Ak-Chin. The manager of Ak-Chin Farms was a man named Donny England. His family was involved in the church as well. I went to Donny to tell him about Donna's theft several times, and he told me he would take care of it, but he never did.

38.     Donna had a PriceClub card through work. Once a week, she took a truck from the farm and drove to PriceClub. She used a personal check to pay for the items, and reimbursed herself when she got back. I could see her from the window when she returned from a shopping trip. She opened the trunk of her car and began moving things from the truck to her trunk. I knew what she was doing. At first it was maybe two or

*CB*
Initials

three-hundred dollars per week, but eventually she was stealing about eight-hundred dollars per week. I recall that during that time, Donna and Alejo had a couple of parties for teens at their house. My son, Lonnie, came back from them and told me, "Donna and Alejo have all new furniture and appliances." Donna was making a little money from the farm as a bookkeeper, but it wasn't enough to account for all the new stuff they had. She also bought Alejo a new truck, expensive tools, and generators. He had many tools that most average, working people don't have.

39.     When I discovered that Donna was stealing from our place of employment, I repeatedly reported it to Donny England. When he did nothing about it, I decided to quit my job. I told the chairperson at that time, a woman named Leona Kaker, of my plans and she asked me to go to work in the fire department instead. At that time, the Ak-Chin fire department was brand new and it was built through a grant that I wrote when I was in the accounting department. There was a fire chief, but he was the only employee. I fell in love with the work and became a firefighter, which I continued to do for twenty-two years. I retired approximately two years ago.

40.     When Donna began stealing from our place of employment, I felt betrayed. I had a hard time with it because I was the one who had helped her get a job in the first place. I recall that on one occasion, Delia Carlyle, who was the tribal chairperson, wanted a membership at PriceClub. She was told that Donna, Martha England, who is the wife of Donny England, and Suzie England, who was Donny and Martha's daughter, were the only ones with memberships. This made her mad, because Martha and Suzie

Page 15 of 17

*CB*
Initials

didn't even work there -- only Donny did.  Delia was so mad that she went back and pulled all the records.  She saw what was happening and she took them to a meeting with Tribal Counsel and their attorney. The tribal counsel got involved, but they didn't want to involve the feds or the state police.  Sovereign immunity is huge in tribal communities and they didn't want anyone coming in.  Donna confessed to everything.  They allowed her to resign, but she had to sign something stating that she would pay back the thirty-thousand dollars she had embezzled over the years.  Delia told me before I retired that Donna had not paid back a dime.

41.    I recall that Donna was caught stealing on a Wednesday.  That night, we had church.  When I arrived at church that evening, Tom King pulled me into his office and said, "Don't you dare tell anyone."  It didn't seem to bother him in the slightest that Donna was a thief.

*formerly Cyndee Justus* CB

42.    I sat down a couple years ago with Cyndee Jorgensen and we discussed the church.  We both thought it was so strange how much sexual abuse was occurring at that school. REDACTED

REDACTED

On one occasion, REDACTED

REDACTED

That settled things as far as Tom was concerned.

*CB*
Initials

43.     Sometimes I think about Wendi. I think about how hard things must have been for her. I have seen the impact that the Church had on my own children, and they were not as enmeshed in it as Wendi was. It was so much worse for her.

44.     Many of the statements I have made in this declaration are conclusions that I have drawn based on things that I witnessed at 91st Psalm and Harvest. Everything that I have said in this declaration is true to the best of my recollection, and is based on my own opinions. Because many of these things occurred a long time ago, I do not recall all the details. Until now, no one has talked to me before about Wendi or the church and school. If I had been asked to testify on Wendi's behalf, I would have done so. If I had been asked to provide the information contained in this declaration, I would have done so. In fact, if I had been contacted sooner, I likely would have recalled more information.

I have read the foregoing declaration consisting of seventeen (17) pages and forty-four (44) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this 9___ day of November 2010 at Pinal County, Arizona.

_Constance Boys_
Constance Boys

_CB_
Initials

Exhibit 11

### DECLARATION OF GEORGE CARLIN

I, George Carlin, declare as follows:

1.    I was born May 17, 1950 in Safford, Arizona.  In May of 1973, I married Connie Ǵwin.  We later divorced in 2002.  Together, we have three children.  Lonnie was born May 10, 1970, Sarah was born February 26, 1974, and Rachel was born September 28, 1976.  Lonnie, who I adopted, is Connie's son from a previous relationship.  Sarah and Rachel are our biological children.  Around 1973 or 1974 we moved from Phoenix, Arizona to Casa Grande, Arizona.  In about 1975, my family began attending a church called 91st Psalm, headed by Pastor Cal Lorts.  While attending 91st Psalm, we met fellow church members Alejo Ochoa, his wife, Donna Ochoa, and their daughter, Wendi Ochoa.

2.    When we joined 91st Psalm, church membership was going strong.  At one point, the church had about two hundred attendees. *Maybe. More DC*   The teachings of the church at that time focused on proselytizing, bringing others into the church.  Pastor Cal Lorts was a very charismatic figure.  The congregation just loved him.  He had a very magnetic personality.  In the beginning, we met for worship services in a junior high school.  Shortly after joining, the congregation began constructing a church.  The majority of the men and some women used their various construction skills to make it all come together.  The church also had a school on its grounds.  Connie and I sent our kids to the school as did Donna and Alejo and many other families belonging to 91st Psalm.

3.    The main leaders at 91st Psalm were Pastor Cal Lorts, Pastor Tom King, and

Page 1 of 7

Initials

Alejo Ochoa. It was my understanding that Cal and Alejo knew each other previously from when they were younger, when they used to do drugs or sell drugs. I don't really know the whole story behind their drug dealing or use. In fact, many of the people who founded 91st Psalm came from a background of having previously battled drug or alcohol abuse. I believe Cal's brother, Barry Lorts, also came from that background. As the church got up and running, nothing about Alejo, Donna, or Wendi stood out to me. They were just kind of in the background at church. Alejo was involved in the youth ministry, Donna worked at the church school in some capacity, and Wendi was a quiet child.

4.      Around the early to mid-1980's there was a major shift in the church. Pastor Cal Lorts left 91st Psalm to start up a church in the Phoenix area. Cal turned over the pastorship to Tom King. At the time of Cal's departure, I thought the relationship between Pastor Cal and Pastor Tom was amicable. It was not until years later, in talking to other members of the congregation, that I was informed that Cal and Pastor Tom split off from one another on less-than-friendly terms.

5.      Under Pastor Tom King, the church was called "Harvest Family Church." It became something completely different under Pastor Tom's rule. Pastor Tom was very controlling. He was condemning–literally condemning. He had a number of rules that if broken, meant you were going to Hell. Just the way he looked at me and other members of the church, it was as if he had the ability to say "you're not living right," or "you're not doing right," just with his gaze. He was scary and the children were scared of him as well.

Initials

6.      To be honest, I can't recall what Pastor Tom specifically preached about from the pulpit. I snoozed through church some of the time. I went to church mostly because I felt like it was something I ought to do. I do recall, however, many of the church members becoming increasingly disillusioned by Pastor Tom's sermons. I recall someone saying, "What has gotten in to Pastor Tom?" referring to how extreme his sermons had become.

7.      Throughout the years at Harvest Family Church, Pastor Tom really emphasized how effective his parenting style was. When it came to disciplining children, Pastor Tom encouraged corporal punishment, which included spanking, swatting, and paddling. Pastor Tom sent the message "do it like I'm doing it, because my kids are perfect," which was a point of contention between myself and Pastor Tom. I never bought into that, though I'm sure many members of the church did. Pastor Tom had some of his congregation brainwashed. It reminded me of the cult leader Jim Jones, but on a smaller scale.

8.      I recall one time when my daughter Sarah was about thirteen or fourteen years-old, she brought some of her friends to the church. I'm sure Sarah thought this was the right thing to do, but Pastor Tom wasn't having any of it. Pastor Tom was quite upset and thought Sarah's friends were bad influences. In contrast to Pastor Cal, Pastor Tom was very closed-minded about outsiders. Instead of being pleased with Sarah's interest in bringing nonmembers to church, Tom thought her choice of friends reflected poorly on her. Sarah always had a mind of her own, though, and Pastor Tom didn't like that.

Initials

9.      It wasn't long after Pastor Tom's takeover that members of the congregation began leaving the church. I specifically remember the church school principals, Mark and Nancy Keating, leaving the church on bad terms with Pastor Tom. Mark and Nancy left around 1987. Pastor Tom was very critical of Mark and Nancy, who were great friends with me and my ex-wife, Connie. I think Pastor Tom was unhappy with Mark and Nancy because they were so popular amongst the congregation. People just loved them. Unlike Pastor Cal, Mark, and Nancy, Pastor Tom didn't have a charismatic quality to his personality. In my opinion, Pastor Tom was jealous of Mark and Nancy Keating, and that's why bad feelings developed and they left.

10.      During all of this, Alejo occupied a more prominent role at the school as an assistant pastor and youth minister. I was made aware by my then-wife, Connie, and my daughter, Sarah, who was a young teenager, that Alejo made sexually inappropriate comments to them. Because it was so long ago, I cannot recall specifically what he said to them, but it made me very angry. Around the same time I ~~also learned from my daughter,~~ *was concerned that* ~~Sarah, that~~ Alejo had been sexually molesting Wendi. I was so upset with Alejo's behavior, I called him up on the phone and arranged a meeting between us. When I spoke with Alejo, I told him the reason I was calling and I asked him to meet me at church to discuss it further. He agreed to come meet me. When I arrived at the church, Alejo was standing outside. He didn't want to meet inside the church, probably because he didn't want anyone else to find out about the subject of our meeting. At the beginning of our conversation,

Initials

Alejo denied everything. He denied it several times until he finally confessed to his inappropriate behavior and admitted he had a problem sexually. Alejo asked me, "What should I do? Should I resign from the church?" Looking back on it, I wish I would have just told him to resign, but instead I told him that he needed to ask for forgiveness and stop his inappropriate behavior.

11.     There were other things about Alejo that just didn't seem right. I recall he had some inappropriate dealings with a former student from the church school, Ronnie *I heard they*
Neace. I think Ronnie was about nineteen years-old at the time. Alejo apparently met up with him to buy drugs, such as marijuana.

12.     I don't recall ever seeing Donna have a reaction to Alejo's inappropriate sexual behavior. I don't know for sure how aware she was of what was said about him at the church, though I don't see how she could have been totally oblivious to it. For the most part, to me Donna was just part of the backdrop at Harvest Family Church. The main thing that really stands out to me about Donna is that, for a time, she worked at Ak-Chin Farms with Connie. During Donna's employment with Ak-Chin, I noticed that Alejo had a bunch of brand new, expensive power tools. Donna and Alejo never had much money, so I wondered how they were able to afford such nice, fancy equipment. I later found out from Connie, my wife at the time, that Donna embezzled money from Ak-Chin Farms. I believe she lost her job because of that. This happened in the mid to late-1980's.

13.     Shortly after Alejo made sexually inappropriate comments to Connie and

Initials

Sarah, I brought up Alejo's sexually inappropriate behavior to Pastor Tom. Pastor Tom just ignored it and criticized my family's child-rearing practices, which he believed were too permissive, instead of doing anything about Alejo. Subsequently, my son, Lonnie, was expelled from the church school for having sex with his girlfriend, Kimberly Ethington, who was also a member of the church school. By that point, I had had enough of Tom King. When Lonnie was in his last year of high school, Sarah was in her junior year of high school, and Rachel was about to start high school, my wife and I decided to pull our kids out of the church school and put them in a school in Tempe, Arizona. When I met with Pastor Tom and Alejo to discuss my issues with the church and school, Pastor Tom insulted my wife's parenting skills yet again and I just couldn't stand for that. I came close to getting into a physical altercation with Pastor Tom because he was so insulting to me, Connie, and my family. During the meeting, Alejo said nothing. I assume Alejo was so silent because he was terrified I would bring up his sexually inappropriate behavior again. Pastor Tom kicked my family out of the church. In fact, my wife, Connie, kept the severance letter he gave us.

14.   In the end, Pastor Tom's congregation whittled down to just a few members and that's where it stands today. He is so controlling, cold, and unforgiving, very few people have an interest in his teachings. The only person I can think of, aside from his immediate family, who has remained totally loyal to him, is the church secretary, Lola Archuleta. Lola is about the last person from the church that doesn't bad-mouth Pastor Tom. I don't know why she has remained so faithful to his church over the years, but I've often wondered if he

Page 6 of 7

Initials

has something on her. That's the only reason I can think of that she would have stayed with him. I don't get it.

15.     When I learned about Wendi's arrest and incarceration, I followed the news stories about it. They offered few details. In discussions with my family, we talked about the possibility that information about Alejo molesting Wendi would come out at trial. I never read anything about it, so I don't know whether or not it was ever revealed. If Alejo never came forward with that information, that wouldn't surprise me. If Donna never came forward with the information, I can't understand that. I believe that Donna knows about what Alejo *Allegedly* did to Wendi. Many people at the church knew about it.

16.     Until now, no one has ever contacted me about Wendi or my experiences at 91st Psalm and Harvest Family Church. If I had been questioned back in 2000 after Wendi was first arrested, I am sure my memory would have been clearer on details and specifics. If I had been asked to provide information about Wendi, her family, my family, the church and the school or to testify on Wendi's behalf, I would have done so. If I had been asked to testify to the information contained in this declaration, I would have done so.

I have read the foregoing declaration consisting of _7_ pages and _16_ paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct. Signed this _11_ day of November 2010 in Maricopa County, Arizona.

George Carlin
George Carlin

Page 7 of 7

Exhibit 12

## DECLARATION OF JERI LYNN CUNNINGHAM

I, Jeri Lynn Cunningham, declare as follows:

1.      I was born May 20, 1970 in Phoenix, Arizona.  My parents are John and June Wilkirson.  I have one sibling, Wade Wilkirson, who was born December 22, 1971.  When I was about ten years-old, my family began attending 91st Psalm church and school in the town of Casa Grande, Arizona, where we lived.  91st Psalm was headed by Pastor Cal Lorts. It was at 91st Psalm that I met Wendi Ochoa, who also attended the church and school. Wendi and I were the same age.  Her parents, Donna and Alejo Ochoa, were also a part of the 91st Psalm church.

2.      I remember that Alejo had a couple of jobs at the 91st Psalm church and school.  Alejo worked in the children's ministry teaching what the church referred to as "devotions."  Devotions were classes that explained Bible scripture to children.  Alejo also taught children's church, which was a Sunday service offered to children while their parents attended regular Sunday services.  Children's church taught Christian concepts to children and included activities like puppet shows and other things that appealed to kids.

3.      When I began attending 91st Psalm church and school, Wendi and I struck up a friendship.  Wendi went out of her way to befriend me.  I was a very shy child and didn't have a lot of friends.  Wendi, on the other hand, was very popular and stood out amongst the crowd.  Wendi played piano and sang at church and school.  On her own time, she

Initials

helped her dad, Alejo, with the upkeep of the church and school grounds, hoeing weeds. We were so different. Soon after meeting, Wendi's mom, Donna, arranged for Wendi and I to play together at her house. Despite the differences in our personalities, Wendi and I bonded quickly and became inseparable. I began spending a lot of time at Wendi's house. Sometimes I spent the night there. We were best friends.

4.      I admired so many things about Wendi. She was compassionate and available to anybody who needed her, myself included. Before I met Wendi, I was quiet and withdrawn. After developing a strong bond with Wendi, it laid the foundation for me to develop new friendships with others. I was more self-confident with Wendi as my friend. She was so bubbly and fun, it made me want to be bubbly and fun too. I remember a time when a new girl came to the church school at 91st Psalm. I don't remember her name, but I remember that being new, she didn't have any friends. Just as Wendi had done with me, Wendi befriended that girl. When I saw them playing together, I couldn't help but feel a twinge of jealousy seeing someone else play with my best friend Wendi. Wendi intuitively picked up on my jealousy and explained, "Just because I'm her friend, doesn't mean I'm not your friend too. You're still my best friend." Wendi knew what to say and how to comfort me when I was upset. I always knew that Wendi was truly my friend and I never worried that she talked behind my back or talked bad about me because it was so apparent how fair and compassionate she was toward everyone.

Initials

5. As I began to get to know Wendi and her family better, I noticed some things about Wendi's home life. Wendi's parents were on the strict side. They didn't seem overly-strict to me, but they were very involved in Wendi's life and there was a definite sense of what was acceptable and what was unacceptable in their home. Wendi had a number of chores that her parents told her to do on a regular basis, such as cleaning her room and doing the dishes. She wasn't permitted to listen to secular music, which Wendi and I sometimes listened to anyway. I recall one time when Wendi and I were verbally reprimanded by Donna for using words she thought were unsuitable. They weren't curse words or swear words—they were words like "gross." Sometimes Wendi told me, "I don't want to get the rod," which was an expression used to describe spanking or paddling, though I never saw Wendi "get the rod" while I visited her. I can also recall times when Wendi was grounded and we weren't permitted to see each other. During those times, we found ways to secretly communicate such as meeting in the bathroom at school. We told each other how much we missed playing together and looked forward to a time when we could resume our friendship again. The grounding probably lasted for about two weeks, though it felt like an eternity to us.

6. In school, there were many rules. I recall Pastor Cal's wife, Barbara Lorts, was a respected figure at the 91st Psalm school. She was the kind of woman who seemed to have "eyes in the back of her head." We really couldn't get anything past her. One of the things that wasn't permitted at school was having a "bad attitude." On one occasion, Wendi and

Initials

I were called to the principal's office for having bad attitudes. I can't recall what it was we were doing that conveyed that we had a bad attitude. I imagine we must have been complaining or doing something that caught the attention of one of the school officials. I was so terrified on the way to the office, I couldn't help but look upset. Wendi told me over and over again, "You need to smile or we're going to get in trouble again for having a bad attitude." Though I was anxious about being in such big trouble, we were only talked to about our infraction. I can't recall whether or not it was explained what exactly Wendi and I had done wrong, but I was relieved that the punishment did not include being paddled. Though paddling was a common punishment for breaking the rules at 91st Psalm, I was never paddled in school.

7.     The way Wendi handled our trip to the school office by telling me to smile was very typical of Wendi. She knew how to talk and act like an adult. Even her mannerisms seemed very grown up to me. She made eye contact with the person she was speaking to and tipped her head during conversation. She was very polite and very well-mannered. In general, I always felt that Wendi was older and more mature than me even though I was technically several months older than her.

8.     In 1982, I went with Wendi and her parents, Donna and Alejo, on a family vacation to California. I know that Wendi and her parents were in California to see relatives, but I cannot recall who we saw or what their names were. There are a couple of things I *do* remember about that vacation that stand out in my mind. I remember that we all went to

Page 4 of 12

Initials

the amusement park Sea World, in San Diego. I didn't have a lot of spending money with me, but Wendi had some of her own money which she used to buy me little trinkets. I distinctly remember her buying me a little flamingo toy from Sea World. I really liked flamingos. The gesture meant so much to me, I have kept it with me all these years. I still have it. I also remember me, Wendi, Donna, and Alejo camping at the beach in California. Wendi and I used the outdoor showers to wash off. We were both freezing, showering off in our bathing suits. Alejo pulled out his camera and took a bunch of pictures of us as we showered. He laughed and made fun of us until Wendi said, "Stop, dad!" Alejo thought it was so funny. During the family vacation to California, I didn't see Donna or Alejo interact a lot. I didn't see them argue, but I didn't see them be affectionate with each other, either.

9.     Around 1983 or 1984, Pastor Cal Lorts left 91ˢᵗ Psalm in Casa Grande to start up a new 91ˢᵗ Psalm in Tempe, Arizona. Pastor Cal turned the church in Casa Grande over to Pastor Tom King. Previous to Pastor Cal's departure, Pastor Tom directed the chapel classes at 91ˢᵗ Psalm. When Pastor Cal told the congregation that he was called to move to the Tempe location because it required his leadership, he was very gracious. After Pastor Cal's announcement, Pastor Tom stood up and said, "I'm glad he's leaving," and proceeded to tell the congregation that Pastor Cal's departure provided him with the freedom to do what the Lord called him to do. It was a very memorable statement.

10.     Pastor Cal was more involved in the church part of 91ˢᵗ Psalm and left school

Initials

matters to his wife, Barbara.  In contrast, Pastor Tom took an active role as a disciplinarian at the 91st Psalm school in addition to his pastorship.  One time, when Wendi and I were about twelve years-old, we got in trouble with Pastor Tom for chasing boys at school.  When I say we were chasing boys, I mean that we were literally running after boys.  Pastor Tom had a big problem with that and said, "Girls should not chase boys."  I felt that Pastor Tom was implying that we were trying to get boyfriends, but we were just having some innocent fun.

11.     The transition between Pastor Cal starting up a new 91st Psalm in Tempe and Pastor Tom taking over the Casa Grande 91st Psalm location was gradual.  I think it took about six months.  During that time, I continued to go to the school in Casa Grande and went to services in Tempe.  I recall that Wendi and Donna went to services in Tempe during that time, as did other members of the Casa Grande 91st Psalm church.  When the transition was final, my family moved with Pastor Cal to his new location in Tempe, so I was not privy to the goings-ons at 91st Psalm in Casa Grande after Pastor Cal left.  I know Pastor Tom changed the name from 91st Psalm to "Harvest Family Church."  I remember overhearing adult conversations, probably between my parents and their friends, about Pastor Tom becoming power-hungry and that his church membership declined under his leadership.

12.     After my family stopped attending 91st Psalm in Casa Grande, I missed Wendi very much.  I often called Wendi and asked, "Can I come out and see you?"  From the time I was about thirteen years-old until I was about sixteen years-old, my parents or Wendi's

Initials

parents drove me from my house to Wendi's house. I spent the night at Wendi's house in Casa Grande on the occasional weekend and at other opportunities our parents approved of. Back then, Wendi's house was on the outskirts of Casa Grande. The house was in a regular neighborhood, but it was away from the center of town. At Wendi's house, she and I acted silly together and did the kinds of things you'd expect most young teenage girls to do. We talked and did each other's make-up. We had a lot of fun together.

13.     When I was over at Wendi's house, Alejo acted like a big kid, even though he was Wendi's dad. He played jokes on us. Sometimes he scared us by banging on the window outside. Alejo and Wendi played pranks on each other and on other people. Alejo seemed to encourage that kind of playful behavior in Wendi. I recall one time Wendi gave me some of her mom's chocolate laxatives as a joke. We all thought it was funny and Alejo kept asking me if I had any trouble going to the bathroom.

14.     When Alejo and Wendi interacted they had a different kind of relationship—it didn't seem like a father-daughter relationship. Looking back on it now, I would call their relationship "flirty." Sometimes when Wendi spoke to Alejo, the tone of her voice changed and she gave him these flirtatious looks, especially if she wanted or needed something from Alejo. Wendi switched between calling Alejo "dad" and "Alejo."

15.     I remember so clearly that Donna went to sleep very early every night. The reason I remember this so distinctly is because Alejo's mannerisms and actions changed as soon as Donna went to sleep, when it was just the three of us: Alejo, Wendi, and me. REDACTED

Initials

REDACTED

REDACTED     He $_{ACT}^{RED}$   sexually molested Wendi.

16.     I remember a time when Wendi and I wanted so badly for Alejo to take us into the desert behind Wendi's house, so we could tell each other scary stories in the dark.  In exchange for promising to drive us out to the desert, Alejo laid on the couch and forced Wendi to rub his feet and me to rub his head until he fell asleep.  As we did this, REDACTED

REDACTED

REDACTED                                        It went on for what seemed to be a very long time until Wendi "woke up" Alejo and asked him to hold up his end of the bargain and drive us out to the desert.

17.     Wendi and I liked to go out into the desert and we went there many times when we were kids. Alejo drove us to the desert, about ten minutes away, under the condition that we wear our nightgowns.  I don't recall Alejo explaining why we had to change into our nightgowns.  Wearing my nightgown at Alejo's request made me feel uncomfortable and I knew something wasn't right about it.  When we got to the desert, we usually just sat in the car and told ghost stories.  There was one time when Wendi and I asked Alejo to leave us in the middle of the desert, thinking it would be a great adventure. We didn't expect him to actually leave, but he took off and left us there for about ten

Initials

minutes before coming back.

18.     When I spent the night at Wendi's, Wendi and I slept in her bed in her bedroom. REDACTED

REDACTED

REDACTED                            Alejo's behavior made me feel sick and uncomfortable.

REDACTED

REDACTED     . I don't recall Donna ever waking up to see where Alejo was or what he was

doing.

19.     Until now, I never told anyone about        REDACTED        . I thought about

telling my parents, but I was afraid of what my dad would do to        REDACTED        When

I was a young teenager, my mother was in the hospital at Casa Grande Regional Medical

Center for pleurisy.  I recall my father telling me to stay at Wendi's house, since it was so

close to the hospital.  I didn't want to stay there,           REDACTED

REDACTED   , but I didn't want to tell my father why, so I said, "It takes me too long to get

ready in the morning when I stay at the Ochoa house."  My dad thought I was being

ridiculous, but he had no idea why I was so reluctant to stay there.  Another reason I never

told anyone about what happened, is because I was afraid I would never see Wendi again.

It sounds so silly saying it now, but that's the way the mind of a child works.  I really enjoyed

my friendship with Wendi and I thought that        REDACTED

Page 9 of 12

Initials

REDACTED , then I might not see Wendi ever again.  Wendi and I never discussed REDACTED

REDACTED          We just didn't.

20.     When I was about thirteen years-old,        REDACTED        I don't know

why it stopped when it did, but I remember that there came a time when      REDACTED

REDACTED                         Wendi and I remained friends

until we gradually drifted apart as adults.  The last time I saw Wendi before her arrest was

at the funeral of Brad King, who was the son of Pastor Tom.  Brad died in a plane crash.

The funeral was in 1994 and I was pregnant with my first child.  I talked with Wendi briefly.

She said, "I can't believe you're pregnant."  It was just small talk.

21.     About a month before Wendi's arrest in 2000, my mom gave me Wendi's

phone number.  Wendi came in to my mom's work to get some things printed off and gave

my mom her phone number and told her to pass it along to me.  I was really busy at the time

and I never made contact with Wendi.  A few weeks went by and I heard the news that

Wendi was arrested in connection with the death of her husband.  I was mad at myself for

not getting in touch with Wendi and I couldn't help but think about the possibility that Joe

might not be dead and Wendi might not be in jail if I'd been available to Wendi, as a

supportive friend.  It's just one of those things you can't help but wonder about.

Initials

22.     After I learned of Wendi's arrest, I got in touch with Donna and Alejo.  I wanted to visit with Wendi.  I was able to make arrangements to visit Wendi and did so.

23.     As a child, I wasn't aware of anyone knowing that                REDACTED
I assumed that no one at the church knew, because I couldn't imagine why they would allow him to be the youth minister at 91ˢᵗ Psalm and Family Harvest Church knowing that.  I just assumed no one else knew except me, Wendi, and Alejo.  I'm just beginning to face what happened to me and I wish I would have said something at the time it was going on or during Wendi's trial.

24.     During Wendi's trial, I read that Joe was abusive and Wendi did not seek refuge from his abuse or reach out for help.  I did not know Joe, but if he was abusive, it makes sense to me that Wendi suffered in silence and covered up for her husband.  Wendi has been covering up for others her whole life.  During the course of our friendship, not once did Wendi talk about Alejo sexually molesting her.  She covered up for him probably in the same way she covered up for Joe.

25.     If I could say anything to a jury of strangers considering Wendi's sentencing, I would say that Wendi is sweet and compassionate.  The person described by the prosecution is not Wendi.  I know Wendi as the kind of person who doesn't say mean things about others.   Wendi is a good person who was probably pushed over the edge by an accumulation of things that happened to Wendi growing up and in her marriage.  It's just unbelievable to me that Wendi is actually on death row.  She doesn't belong there.

Initials

26.     Until now, no one has ever contacted me about Wendi.  If I had been asked

to provide information about Wendi, her family, my family, the church and the school or to

testify on Wendi's behalf, I would have done so.   If I had been asked to testify to the

information contained in this declaration, I would have done so.


I have read the foregoing declaration consisting of 12 pages and 26 paragraphs and it has
been read to me.  I declare under penalty of perjury under the laws of the State of Arizona
and the United States of America that it is true and correct.  Signed this 11 day of
November 2010 in Maricopa County, Arizona.

Jeri Lynn Cunningham

Initials

Exhibit 13

## DECLARATION OF MARK KEATING

I, Mark Keating, declare as follows:

1.      I was born August 24, 1956. I am a formal educator. In 1980, I graduated

from the University of North Carolina Chapel Hill with a B.A. in Radio, Television, and

Motion Picture. I furthered my education from 1981 to 1983, by attending Rhema Bible

College in Oklahoma. In 1991, I graduated with a Master's Degree from Regent

University in Virginia Beach, Virginia.   Currently, I work at Veritas Christian Academy as

Director of the Dialectic and Rhetoric School (Upper Division) and as Swim Coach and

Tennis Coach.   I have been an educator for 28 years and I have taught thousands of

students over the course of my professional career.

2.      From 1983 to 1988, I was the principal at 91st Psalm Christian Church in

Casa Grande, Arizona, alongside my wife, Nancy Keating. We were asked to come to 91st

Psalm by Pastor Cal Lorts, who was someone I knew from Rhema Bible College, in

Oklahoma. Soon after Nancy and I accepted the position at 91st Psalm, Pastor Cal decided

to leave his location in Casa Grande and start a new church up in the Phoenix area. We

remained at the school in Casa Grande and it was taken over by a new pastor named Tom

King. Tom King renamed the school Harvest Christian Academy.

Page 1 of 5

Initials

3.      I met Wendi Ochoa and her parents, Alejo and Donna Ochoa.  My first memory of seeing Wendi was when she came inside the church after pulling weeds with the King boys, Shawn and Brad.  Shawn and Brad are Pastor Tom's sons.  Wendi was about twelve years old.  Wendi was a student at 91ˢᵗ Psalm and Harvest.  Her father, Alejo, was the groundskeeper and youth pastor there. *children's me*

4.      Wendi made a big impression on me when Nancy and I started up a swim team at Harvest.  Wendi participated in a swim time trial and she was the fastest girl out there.  She swam one-hundred meters.  Wendi stayed with the swim team until her senior *junior me* year of high school.  Her parents pulled her out because she lost a lot of weight and her chest became flatter.  I thought it was abnormal for a parent to be concerned about the size of his or her child's breasts

5.      Wendi's father, Alejo, joked around a lot.  *Some* A lot of his jokes were not well-received at the church.  Alejo was addressed by a number of the fathers at 91ˢᵗ Psalm and Harvest about his sexual gestures made toward some of the adult women at the church, Cindee Justus and Connie Carlin, in particular.  Another time Alejo was accused by a student, Jasper 'JC' Neace, of having pornography.

6.      There were things about Alejo's dynamic with Wendi that did not sit right with me.  I used to live in an A-frame house on the church property with Nancy.  One night, I was standing on the balcony as I got ready for Wednesday night services.  I looked

Initials

into the parking lot and I saw Wendi and Alejo.  Wendi leaned into Alejo and they kissed on the mouth.  Something was weird about it.  It was not a father-daughter kiss.  After the kiss, Wendi went in one direction and Alejo went in the other direction.  This stuck out in my mind so much, I told Nancy about it.

7.      One time while Nancy and I were in a small classroom at the church, Wendi came in and said, "Can I talk to you?"  She looked very anxious and concerned.  Just as Wendi prepared to tell us what was heavy on her heart, Alejo walked in.  Within the classroom was a closet and Wendi backed right up into it, very affected by Alejo's presence. Wendi never did tell us what was on her mind. ~~I was afraid it had something to do with~~ *It was soon revealed to be related to the porno Alejo was accused of having purchased* sexual abuse, having observed Alejo's inappropriate behavior and strange dynamic with Wendi.  When she came to talk to us, it was on the heels of a sermon that a guest-minister named Kevin McNulty made about sexual sins and sexual abuse.

8.      Another time, when I was at the tennis courts at the fitness center in Casa Grande, I saw Wendi there.  To my surprise, she was wearing a Playboy Bunny ~~costume~~ *workout outfit.* She was just a teenager.  ~~A guy at the fitness center made a lewd comment about Wendi~~ *workout outfit* ~~and it upset me.~~  Wendi said that Alejo bought Playboy Bunny ~~costumes~~ for her.  I did not think it was right for her to be walking around in an outfit like that, but since it appeared that her parents were aware of how Wendi was dressed and even encouraged it, there was not much I could do.

<div align="center">Page 3 of 5</div>

<div align="right">Initials</div>

9.      Before I left Harvest, I pulled Wendi into my office because I needed to tell her something. I told Wendi that if something was going on with her at home, if there was anything that was going wrong in her life, she needed to find someone she trusted to share it with. That person did not need to be me, necessarily. I just wanted Wendi to know that if something was not okay with her, there was help.

10.      Within the church administration, with Pastor Tom as its head, things really deteriorated. He was friends with a man named Dick Herdegen who was a big financial contributor to the church. The money he got from Dick became a big part of Tom's pastorship. It all kind of unraveled when it was discovered that REDACTED

REDACTED

, was molested by Dick Herdegen.

11.      Tom's need for control got to a point where church members and students needed to go through him to find out whether or not they were right with God. I even found myself falling into that trap. One time, I was shopping for clothes and I thought about buying a pair of jeans and I found myself thinking, "What would Tom think of this?" The church was becoming more and more like a cult. I noticed that during this time, Tom really loved "baby Christians," meaning people who were new to Christianity and easier to convince of anything. More seasoned and thoughtful Christians who questioned Tom's authority were shunned by Tom.



Initials

12.    In 1988, Nancy and I resigned and were encouraged not to finish the school year there. We packed up and left and went to Oklahoma, to go to graduate school.

13.    After we left, we kept in touch with George Carlin, another church member. He kept us informed about Harvest and its members. After we left, things just completely fell apart. Marriages were broken and some of the students had a difficult time staying on the right path. Some of the kids like JC Neace and Jamie Allen wound up in prison. I heard that Shiloh Justus got into drugs as an adult.

14.    In 2000 or 2001, George called to tell me that Wendi had been arrested. I could not believe it. I remember Wendi as a very dedicated student, wanting to do so well in school. I could not help but think that whatever was going on in her childhood home might have had something to do with how her life turned out.

15.    Until now, no one has come to speak with me about Wendi. If they had, I would have said what I have said in this declaration. If I had been asked to testify, I would have done so.

I have read the foregoing declaration consisting of five (5) pages and fifteen (15) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Virginia, Arizona, and the United States of America that it is true and correct. Signed May 24, 2011 at Suffolk County, Virginia.

Mark Keating

Page 5 of 5

Initials

Exhibit 14

DECLARATION OF NANCY KEATING

I, Nancy Keating, declare as follows:

1.     I was born December 7, 1959.  In 1982, I earned a B.A. in Education with a concentration in Health and Physical Education from the University of North Carolina.  In 1991, I completed my Masters Degree at Regent University, Virginia Beach, Virginia in the school of Education with endorsements in Reading and Learning Disabilities Specialist. Currently, I work at Veritas Christian Academy as Elementary Assistant, Department Head of Physical Education, Elementary Reading Teacher, and Head Cross Country Coach.  I have been an educator for 29 years and have taught thousands of students.

2.     I met Wendi Ochoa (Andriano) and her parents, Alejo and Donna Ochoa in 1983 when I began working at 91st Psalm Christian School in Casa Grande, Arizona.  I came to work at 91st Psalm through my husband, Mark Keating.  Mark and I were invited to the church by its pastor, Cal Lorts.  Because both Mark and I had backgrounds in formal education, Cal brought us into the school to step up the experience and quality of education.  Shortly after we arrived, there was a change in pastorship from Pastor Cal to a new pastor named Tom King.  Though we liked Pastor Cal and his wife, Barbara, very much, Mark and I prayed about it and decided to stay at 91st Psalm in Casa Grande instead of following Pastor Cal to his new church near Phoenix. From 1983 to 1988, Mark and I acted as school principals at 91st Psalm, later renamed Harvest Christian Academy by Pastor Tom.

Page 1 of 6

NK
Initials

3.     When I first arrived at 91st Psalm, it did not take me long to realize that the culture there was very backwards. A big part of my educational platform is integrating sports and the spirit of athleticism into schools. So, I showed up to one of our first school events wearing Bermuda shorts and began participating in a game of basketball with the men, unaware of how foreign the concept of female athleticism was to the church community. Women at 91st Psalm wore long pants or skirts, even in the hot Arizona weather. They did not wear clothes that were appropriate for sports or physical activity.

4.     As educators, Mark and I encouraged students to look beyond the community of Casa Grande and to continue to be educated, to go to college, and to take pride in their education and sportsmanship. We wanted them to have goals. One of the ways in which we instilled these concepts was to incorporate sports into the curriculum. We started a swim team and a track team. We also hosted sporting events in the community, like Harvest Track Classic, and that helped Harvest shed their negative reputation within Casa Grande.

5.     Wendi was one of our students who really pushed herself. She was a lovely little girl; always very put together and a very conscientious student. I say this very humbly, but I believe she was inspired to take pride in herself because of the messages that Mark and I passed on to her and the rest of the students. She wanted to make something of herself. Wendi loved to sing and had a great competitive spirit. Wendi participated on our swim team for many years, until her senior year of high school.

NK

Initials

6.    Wendi's father, Alejo Ochoa, worked at the church as a groundskeeper and a children's minister. _NK Children's Pastor_  Alejo was often side-tracked to perversion. He made perverted jokes in front of and to some of the adults, including Connie Carlin and Cindee Justus, both of whom were bothered by Alejo's behavior. Alejo just laughed to himself and found ways to talk about objects as if they were male genitalia. Before a school recital or performance, Alejo made such a joke about one of the microphones, in front of everyone. Sometimes he made gestures imitating intercourse. Alejo also made sexual jokes in front of Lola Archuleta, the church secretary. He upset a lot of people with his inappropriate behavior.

7.    Something was off about Alejo's relationship with Wendi. It was more of a teasing relationship, not so much a father-daughter relationship. Alejo did not seem protective of Wendi, as his daughter. Alejo _was_ very proud of Wendi being his daughter. He praised her when she sang or participated in a swim competition. I felt that Wendi needed to be perfect around Alejo. I do not know if the word "perfectionist" quite describes Wendi's personality, but she always performed very well.

8.    Alejo was with Wendi most of the time. After school, she was out there on the church yard for a long time, helping Alejo with his grounds-keeping. They were together quite a bit. In contrast, I didn't see Alejo with his wife, Donna, too much. I didn't see Wendi with Donna much, either. Donna was someone who was more like a once-a-week church goer, whereas Alejo and Wendi were at the school most of the day.

_NK_
Initials

9.     A couple of times when Wendi was a teenager, I observed Alejo trying to get Wendi to pull the weeds or do some type of manual labor on the church grounds. Like a typical teenager, Wendi rolled her eyes or expressed a desire not to do what was asked of her. Instead of telling Wendi not to talk back, Alejo did something very strange with Wendi. He *begged* her to do what was asked of her, sometimes in exchange for something else. He said, "Please, Wendi. Please..." I cannot recall what he offered her in exchange for performing her required tasks, but it was as if Wendi was his little princess and he needed to entice her to get her to do what he wanted.

10.     A couple of years after Mark and I started working at 91st Psalm and Harvest, we were dealing with curriculum in a very small classroom at the school. Wendi came in and said she had something she wanted to tell us, but she could not get much out. She was very nervous and swallowing a lot. Alejo came into the room just as Wendi was about to reveal whatever it was she wanted to talk to us about, and she just shut down. Her eyes got really big. She looked like she had been caught saying something bad. I think Alejo's presence scared Wendi. I thought at the time that maybe she was going to tell us that she was being molested.

11.     This happened around the time that it was discovered that REDACTED REDACTED , was being molested by a man named Dick Herdegen, who was a huge financial contributor to the church and a good friend to Pastor Tom. Pastor Tom did not do much about REDACTED being molested.   When the news about REDACTED being molested broke at the church, it was shocking. After word spread, Dick took off up north never to be seen or heard from again.

Initials

When all of this came to light, I just knew that Mark and I could not start a family in Casa Grande. Not in that environment. It was not healthy there.

12.     When Wendi was in her ~~senior~~ junior year of high school, Donna and Alejo pulled Wendi from swim team. The reasoning behind this, according to Donna, was that Wendi lost too much body fat and was losing her breasts. It was another thing about Wendi and her parents that made me suspect that something was terribly wrong at home.

13.     Around the time that Wendi ended her participation with the swim team, Mark and I left Harvest School.

14.     After Harvest, we moved to Oklahoma ~~and went to graduate school.~~

15.     Two of my Harvest students, Lisa Daugherty and Sarah Carlin, wanted to come visit me and Mark after we moved to Oklahoma. They told me that Pastor Tom and the rest of the administration gave them a really hard time for wanting to come visit us. Sarah's parents, George and Connie Carlin, decided not let Sarah visit us because it jeopardized her position at the school. Lisa and her sister, Kristin, *did* come visit us, but they told me that they were ridiculed by the Harvest administration for doing so.

16.     Another Harvest student, Jamie Allen, also visited us in Oklahoma. Jamie brought with him an eight year-old boy who also went to Harvest. I can't remember how old Jamie was, but he was in his late teens. When they stayed with us, the little boy needed to take a bath and Jamie was quick to pipe up and say that he could take care of it. A couple years later, Jamie was arrested for child molestation and went to prison.

Page 5 of 6

Initials

17.   I think about Harvest and I could write a book about all of the tragic stories that came out of that church. Around 2000 or 2001, I heard from George Carlin that Wendi was arrested. Though I could not imagine Wendi doing what she was accused of, I also thought about my suspicions that Wendi was molested while she was growing up. Like many other students who attended Harvest, Wendi is ~~a~~ NK, most likely a by-product of that unhealthy environment at Harvest Christian Academy.

18.   No one in connection with Wendi's case ever contacted me before now. If they had, I would have told them what I have said in this declaration. If I had been asked to testify on Wendi's behalf, I would have done so, under subpoena. NK.

I have read the foregoing declaration consisting of six (6) pages and eighteen (18) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Virginia, Arizona, and the United States of America that it is true and correct. Signed May 24, 2011 at Suffolk County, Virginia.

*Nancy Keating*
Nancy Keating

WK
Initials

Exhibit 15

SUPERIOR COURT OF ARIZONA

COUNTY OF MARICOPA

STATE OF ARIZONA,              )
                               )
        Respondent,            )
                               )
v.                             )No.  CR2000-096032-A
                               )
WENDI ELIZABETH                )
ANDRIANO,                      )
                               )
        Petitioner.            )
_____)

DEPOSITION OF SHAWN KING

Phoenix, Arizona

July 11, 2011

Prepared by:

CINDY MAHONEY, RPR, RMR
Certified Court Reporter
Certificate No. 50680

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

Page 2

THE DEPOSITION OF SHAWN KING
commenced at 1:47 p.m. on July 11, 2011, at
Coppersmith Schermer & Brockelman, 2800 North
Central Avenue, Phoenix, Arizona, before Cindy
Mahoney, RPR, RMR, Arizona Certified Court
Reporter No. 50680.

APPEARANCES:

For the Deponent:
BROWN & LITTLE, P.L.C.
By: Adrian W. Little, Esq.
950 West Elliot Road
Suite 107
Tempe, Arizona 85284
480-299-2093

For the Petitioner:
FOLEY & LARDNER LLP
By: Allen A. Arntsen, Esq.
150 East Gilman Street
Madison, Wisconsin 53703
608-257-5035

For the Respondent:
OFFICE OF THE ATTORNEY GENERAL
STATE OF ARIZONA
By: Lacey Stover Gard, Esq.
400 West Congress
Tucson, Arizona 85701
520-628-6654

Page 3

I N D E X

WITNESS                                     PAGE
SHAWN KING
Examination by Mr. Arntsen                      4
Examination by Ms. Gard                        45

(No exhibits)

---

12:48:32-13:48:27

Page 4

1       SHAWN KING,
2    the witness herein, being first duly sworn,
3       was examined and testified as follows:
4           EXAMINATION
5       Q BY MR. ARNTSEN: Can you please state
6    your name.
7       A Shawn King.
8       Q Where do you live, Mr. King?
9       A 2102 North Hill, Mesa, Arizona.
10      Q Have you ever had your deposition
11   taken before?
12      A Yes.
13      Q Couple things. If you don't
14   understand a question, let me know, and I'll
15   try to rephrase it. Okay?
16      A Okay. Yes.
17      Q Are there -- is there anything -- for
18   instance, are you on any medications today
19   that would interfere with your ability to
20   testify truthfully and completely?
21      A No.
22      Q And you understand that this
23   deposition is in connection with some
24   post-conviction proceedings relating to -- on
25   behalf of Wendi Andriano? Do you understand

13:48:27-13:49:26

Page 5

1    that?
2       A Yes, I do.
3       Q Just to let you know, I'm
4    representing Ms. Andriano in these
5    post-conviction proceedings.
6          So that's sort of the context in
7    which this deposition is being taken. Okay?
8       A All right.
9       Q And if I refer to Ms. Andriano as
10   Wendi Andriano, you'll know who I mean; right?
11      A Yes.
12      Q Even though it's my understanding
13   most of time you knew her, her name was Wendi
14   Ochoa; correct?
15      A Yes.
16      Q When did you first meet Wendi?
17      A I can't tell a specific year. I
18   probably was eight years old. So it would be
19   '79.
20      Q What was the context?
21      A We went to school at the same place.
22      Q How long did you go to school
23   together?
24      A From either 1981 until she graduated
25   in '88, I believe.

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

---

**13:49:28-13:50:30**      Page 6

1    Q  When did you graduate?
2    A  I graduated in 1990.  She might have
3  graduated -- she was '89, I think.
4    Q  What was the name of the school?
5    A  91st Psalm originally, and then
6  Harvest Christian Academy it became.  It was
7  the same school.
8    Q  Was that school affiliated with
9  church?
10    A  Yes.
11    Q  And what was the name -- was the name
12  of the church the same as the school?
13    A  Well, it was -- it was Harvest Family
14  Church and then 91st Psalm before that.
15    Q  Was your father the pastor of the
16  church?
17    A  My dad was the pastor of Harvest
18  Family Church.  He was the associate pastor at
19  91st Psalm.
20    Q  And do you recall when it was that --
21  when did it -- did the church go from being
22  91st Psalm to Harvest Family Church?
23    A  I think it was -- I'm saying '82,
24  '83, somewhere in there, yeah.
25    Q  And again, that's when your father

---

**13:50:32-13:51:26**      Page 7

1  went from being the assistant pastor to
2  becoming the pastor?
3    A  Yes.
4    Q  And is the church still there?
5    A  Yes.  Well, the one -- the building
6  that it was both 91st Psalm and Harvest, it
7  burned down.  There was an arson in 2003.  And
8  they're rebuilding something on the site now.
9    Q  They being the congregation?
10    A  Actually, yes.  It's a -- my dad and
11  the congregation rebuilding it.
12    Q  Did you know Wendi's parents?
13    A  Yes.
14    Q  How did you know them?
15    A  Alejo Ochoa -- well, that's her
16  stepdad, I believe --
17    Q  Right.
18    A  -- was the -- was an associate pastor
19  at Harvest Family Church for sure, maybe at
20  91st Psalm.  He might have been there at that
21  time.  I don't know if he was pastor at that
22  point.
23    Q  Okay.  And then --
24    A  He was definitely associated with it
25  though.

---

**13:51:30-13:52:45**      Page 8

1    Q  That's Alejo Ochoa?
2    A  Yes.  And then Donna Ochoa, his wife,
3  Wendi's biological mother, I believe I knew
4  her through him, I guess, just through Alejo,
5  the fact that she would come with him
6  sometimes to be around the church or whatever
7  or the school.
8    Q  So I believe you indicated starting
9  when you were -- you met Wendi when you were
10  around eight or so?
11    A  Yeah.
12    Q  And did you -- was your -- were your
13  interactions with Wendi initially at the
14  school?
15    A  Yes.
16    Q  Any place other than at school?
17    A  Yeah.  My recollection was only --
18  well, yeah, it was at school first for the
19  first -- I don't know -- couple years.  And
20  then we were invited to various places, like
21  there would be a party, birthday party at --
22  well, there was an A-framed house on the
23  school and church grounds.  It was a
24  parsonage, and they would have a party there.
25      So she would be at that and I would

---

**13:52:49-13:54:12**      Page 9

1  be at that.  And then there was also -- they
2  would have another set of parties at Carlin --
3  Lonny Carlin, his house -- or his parents'
4  house, and I went there, and she would be
5  there.  And I don't recall when I went to
6  their house.  But it was when they lived -- to
7  Alejo and Donna's house.  It wasn't until they
8  lived in Indian Hills, which was -- I don't
9  know.  I don't have any idea when that was.
10    Q  Do you recall approximately how old
11  you were?
12    A  Well, yeah.  Where did I live in -- I
13  would have lived in -- it would have been more
14  like 12, I think, whenever I started going --
15  or we would go there and -- and then just -- I
16  mean, it was always with -- usually -- well,
17  yeah, it was with my parents and other people
18  that I would go -- other friends and whatever.
19    Q  Were these events sort of sponsored
20  by the church or the school?  Were they in
21  connection with that?
22    A  Not always.  I mean, there would be
23  like -- they would just have a get-together
24  for whatever reason, party for something,
25  somebody's birthday.  That wouldn't be the

---

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

| 13:54:15-13:55:18 | Page 10 |
| --- | --- |

1  school or church having anything to do with
2  it.
3    Q  Did you -- did you actually live
4  on -- was the school on the same property as
5  the church?
6    A  Yes.
7    Q  Okay.
8    A  It used the same building.
9    Q  Did you live on that property also?
10    A  Not until '85 -- no, it was --
11  actually, it's not the church property that we
12  lived at. It was -- it was a -- like, the
13  church is a big parcel of 10 acres or
14  something or 15, 20 acres, but -- and then we
15  have -- my parents have another parcel beside
16  that.
17    Q  Okay. Just adjacent?
18    A  Yeah, yeah. It's like a quarter mile
19  away. So they built a -- I helped my dad
20  build a house that was done -- actually, I
21  think we moved in like '87 or '88. So we
22  didn't live there until then. Otherwise we
23  never lived in the parsonage. That was the
24  parsonage for the previous pastor before it
25  became Harvest Christian -- or Harvest Family

| 13:55:18-13:56:33 | Page 11 |
| --- | --- |

1  Church.
2    Q  What can you tell me about Wendi as a
3  child when you first met her?
4    A  She was very -- she was a very, for
5  lack of a better word, I guess spry kind of
6  thing, very energetic and outgoing and not
7  very sporty. She didn't, like, play --
8  whenever we'd play dodge ball and stuff like
9  that, she didn't play much. She'd get
10  involved but not a lot.
11    But I mean, she was a -- she was
12  happy as a general rule. But there was always
13  a bit of perhaps question in that from my -- I
14  don't know. From my perspective, you know,
15  like a little bit underneath it maybe. That's
16  from my recollection now of how it was.
17    Q  What do you mean by that little bit
18  underneath it, that thing that's different
19  from being happy?
20    A  She was just very -- she was very --
21  I mean, I don't know how else to say it. She
22  was kind of devious in things. So I always
23  knew she had kind of a plan underneath what
24  she was doing.
25    Q  Can you give me an example?

| 13:56:36-13:57:52 | Page 12 |
| --- | --- |

1    A  I'm trying to think. Well, she got
2  away with anything, like pinching, that was a
3  big thing I remember from one time whenever
4  people would be pinching each other and girls
5  were pinching guys. That was the big thing at
6  one time.
7    And all these other girls -- not all,
8  but a few would get in trouble. She never got
9  caught. She'd always be pinching me or my
10  brother or something like that. Never got
11  caught, even though I wouldn't try to get her
12  caught. But she was just very good at that on
13  the sly kind of thing.
14    Q  About how old was she when this --
15    A  This was early on, like eight. She's
16  my age, I think. Yeah, she's like six months
17  older than me.
18    And we didn't have grades. So we
19  were all with everybody all the time. It
20  wasn't a big school. I can't think of any
21  other kind of thing, but it did seem like she
22  had a -- a more -- like 12, as we got into
23  teenage years, she had control over other
24  girls.
25    Q  Like what other girls?

| 13:57:55-13:58:58 | Page 13 |
| --- | --- |

1    A  Like, who am I trying to think of? I
2  can't remember. Gerri Lynn. I don't know.
3  That's one of the girls I'm thinking of.
4  That's just a name. I can't think of a
5  particular -- like, not bossing around, but
6  like her leadership or something, she's the --
7  the top dog kind of thing. That's just the
8  feeling I got.
9    I didn't know that for sure. But, of
10  course, I was always interested in her, in a
11  relationship with her from like probably 12 or
12  something.
13    Q  Okay.
14    A  And so --
15    Q  And what -- so what do you mean by
16  you were interested in a relationship with her
17  from about 12?
18    A  Well, it would be primarily, you
19  know, like romantic kind of relationship. I
20  just thought she would be my sweetheart kind
21  of thing. I was very naive at that point,
22  having not been raised on television or
23  anything.
24    And probably right about that time is
25  when I started watching TV, being allowed to

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

**13:59:03-14:00:26**  Page 14

1  watch TV. I mean, I watched sports, but I
2  couldn't watch commercials or anything. So --
3  and no movies. And so she was just the
4  epitome of real life -- or not -- yeah,
5  epitome of worldly, if you know what I'm
6  talking, you know.
7      Q  Would it be fair to say you had a
8  crush on her?
9      A  Yeah, definitely. From probably 12
10  years old or something like that.
11     Q  And for how long did this crush last?
12     A  It lasted until I was -- well, until
13  I guess it -- whenever we started going out at
14  16, 17, something like that, I mean, I still
15  had a crush. I mean, she was like in total
16  control of my life. Not -- I mean, yeah, she
17  could get me to do anything pretty much.
18     Q  Like what?
19     A  Well, because I didn't generally
20  disobey the rules of the school or whatever,
21  but if she wanted me to do something, I would
22  do it. And so she -- like, kissing and stuff
23  like that was not allowed and hand holding, so
24  we'd hold hands like at probably 16 or, you
25  know, I'd do that or she'd do that, and I'd do

**14:00:27-14:01:48**  Page 15

1  it even though I didn't want to or whatever.
2      Q  Hold hands?
3      A  Yeah. Well, that or kissing or
4  whatever. So it was kind of interesting. But
5  she always kind of -- it seemed to me like I
6  was the -- not the goody two-shoes. I wasn't
7  like that at all, but that I was the good part
8  of her, is what it seemed like to me. But
9  that's in retrospect. So I have no clue for
10  sure.
11     Q  Did you -- was -- was your friendship
12  a good one?
13     A  Yeah. I was always mistrustful,
14  though. I mean, not terribly so, but once I
15  found out, you know, later on I became freaked
16  out. But yeah, I did like her. I mean, we
17  talked about -- we had a good intellectual
18  connection. And I was always reading, and she
19  had read a lot of the same stuff. And we
20  seemed to connect well.
21         And we like -- she didn't really like
22  sports that much. So that was a problem for
23  me. Although she swam, but she didn't
24  really -- I was worried that she was trying to
25  look all sexy for everyone. And so, I mean,

**14:01:51-14:03:12**  Page 16

1  it was a general crush, jealousy I guess at
2  that time. It became a freak-out later. And
3  based on what she -- yeah, stuff I found out
4  later.
5      Q  What do you mean by that?
6      A  Well, I mean, whenever we went out
7  and -- whatever years those were, because I
8  think '91 is when it ended, so I would have
9  been 20. But before that time, I mean, we
10  were -- we got -- it was probably '88 that we
11  got sexually active to some degree.
12         And from that time until '91 or, you
13  know, until like mid '91, I assumed that we
14  were -- or I mean, I believed that we were
15  monogamous, you know, together exclusively.
16  And I find out from multitudes of people that
17  she had been with so many guys during my
18  tenure with her. And that just blew me away.
19      I  Caught her with a couple guys a
20  couple different times, and she talked me out
21  of it. She got me to believe -- like, I
22  walked back into her house and believed that
23  it was okay. So I -- somehow.
24         Then finally, that's whenever I did
25  the -- the breakup with her was finally in

**14:03:15-14:04:42**  Page 17

1  '91. I heard about a couple of different guys
2  and different -- different -- different guys
3  than the two I caught her with. And so that
4  was pretty -- yeah.
5         So then I mistrusted her completely.
6  But before that, I really thought -- I was
7  just naive and just thought all is well with
8  us.
9      Q  So over what period of time were you
10  and Wendi a couple?
11     A  Definitely ended in fall of '91. I
12  believe it started officially -- well, I know
13  it sexually started in -- it may have been
14  '87, late '87 because I was 17. My birthday
15  is in December. Before that we might have --
16  it might have been at the start of the school
17  year. So early -- mid '87.
18     Q  So when you say you caught Wendi with
19  a couple of guys, tell me what happened?
20     A  Okay. One time I -- well, the one
21  time I caught her for -- is that -- I mean, I
22  didn't actually see her in the act with
23  anyone. I didn't -- but she -- okay. She's
24  in her apartment. She got an apartment after
25  she got out of school, I think. So this was

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

---

**14:04:47-14:05:49**                                   Page 18

1  '89, I believe, probably I caught -- or '90
2  maybe.
3       But I found her -- I went to her
4  apartment. And the door is locked, and I hear
5  some noises inside. So I start beating the
6  door down -- or, I mean, banging on the door a
7  ton, not breaking it. And then she finally
8  comes up and answers the door in like a
9  nightie kind of thing with nothing on.
10      Then I walk into the -- I come
11 running into the bedroom, and there's a guy
12 getting up with pretty much nothing on as
13 well. He's pulling up some boxers or
14 something.
15      And that's the one where I'm like --
16 I'm positive something was happening here.
17 And I'm going off on her. Then she -- or I
18 mean, I'm just, you know, crying and stuff.
19 Then she takes me over to the -- outside to
20 the porch. There's a little porch thing. It
21 was up a flight of stairs, I think. And she
22 talked me into thinking it's fine.
23      I don't know -- I mean, I was so
24 different back then, unaware I guess you'd
25 say. But I mean, I believed her somehow.

---

**14:05:50-14:06:58**                                   Page 19

1  Q  What did she tell you?
2  A  That they were just resting. Why
3  they had no clothes on, I don't -- oh, they
4  had swum (sic). Or they had been swimming. I
5  don't know if that's a word, swum. Anyway,
6  yeah, and so they had to have their clothes
7  off. So I bought it.
8  Q  And you indicated you caught her on
9  another occasion?
10 A  Yes. Well, that was in a truck. She
11 was delivered back -- she was supposed to have
12 been at the apartment for us to meet, you
13 know, for one of our little dates or whatever
14 one night. She wasn't there.
15      And so I stayed there like for two
16 hours or something because there were other
17 friends that lived around there. So I was
18 talking to them or whatever. And she shows up
19 and -- or this truck shows up. There's this
20 guy sitting in the driver's seat, and she's
21 nowhere to be seen.
22      And then she gets out and she's --
23 then she suddenly gets out and her hair is all
24 disheveled and everything. Her dress is all
25 messed up. She's got her underwear pulling up

---

**14:07:00-14:08:24**                                   Page 20

1  as she walks out.
2       So I was -- I just -- at that point I
3  assumed -- I didn't catch her in anything, but
4  it was soon after that that I broke up because
5  I was -- I became convinced that she had been
6  with -- because other people had told me --
7  other friends of hers or friends of ours had
8  told me that they had seen her at parties
9  doing stuff actually in the act. And so I
10 was.
11 Q  You said friends of yours told you
12 that they had seen Wendi having sexual
13 intercourse at parties?
14 A  Yeah, I believe -- yeah, definitely,
15 they had said -- like Kim -- I think Kim was
16 one.
17 Q  Who?
18 A  Kim Ethington. She used to live
19 close to -- that's not her name now, but I
20 know she's been married at least twice. But I
21 don't keep up with her really. Just hear
22 through other people.
23      Then I think -- I can't -- I can't
24 recall any -- I think Lonny Carlin may have
25 seen her once or more than once. And I don't

---

**14:08:26-14:09:39**                                   Page 21

1  think -- yeah, I don't think, like, Lonny's
2  sister Sarah, I don't think she saw anything.
3  Q  By the way, what were the names of
4  these guys that you caught Wendi with?
5  A  God, I have no idea. I never knew.
6  Wait a second. One of the guys was Anthony.
7  Definitely there was an Anthony because I
8  hated that name from then on until like 10
9  years later. So got over it.
10 Q  And again, what did Kim Ethington
11 tell you about Wendi?
12 A  She was saying that she saw her
13 making out for sure at multiple parties. But
14 then she saw her at one sitting on a guy
15 essentially who was sitting on the couch, but
16 then she's sitting on the guy, and he's out of
17 his pants kind of thing. She's basically
18 having sex with him on the couch.
19 Q  And do you recall what Lonny Carlin
20 told you?
21 A  No. I mean, it was just something
22 about sex, I think. I don't know the
23 actual -- the specifics. I can't remember
24 any.
25 Q  Did you and Wendi have a sexual

---

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

---

**14:09:40-14:10:52** — Page 22

1  relationship?

2  A  Yes, we did.  But we never had -- we

3  never -- we never had anything but oral

4  intercourse because she was saving herself for

5  marriage like we were taught allegedly.  And I

6  didn't know how to -- or I didn't know a thing

7  at that point.

8  Q  And for how long a period before you

9  broke up were you and Wendi having oral sex?

10  A  It was from '88 to '91.  So we would

11  do that fairly frequently, I mean, like once

12  or twice a week.  That's not too frequently.

13  Q  When you're saying oral sex, you

14  performed oral sex on her and she performed

15  oral sex on you?

16  A  Yeah.

17  Q  So what was it that prompted the

18  breakup of your relationship?

19  A  Well, it was that guy in the -- in

20  the truck or the thing in the truck, whatever

21  went on there.  And because she didn't say --

22  she didn't explain anything.  Or somehow she

23  explained it to a point where I was okay with

24  it for then, but then like three days later I

25  went -- she wasn't showing up at places

---

**14:10:55-14:12:05** — Page 23

1  whenever we were supposed to go out or

2  whatever, and so I just got irritated and

3  decided that's it.

4  Q  Tell me the -- what happened, the

5  circumstances of your and Wendi's breakup?

6  A  Well, we -- there was the one --

7  yeah, it was the night that I -- I walked --

8  did I walk or ride the bike?  I can't remember

9  exactly, but I went to her apartment complex.

10  She had just bought a new car.  I

11  smashed the windows out of the car with a

12  rock, and I told her that's it.

13  Oh, yeah, and then -- and then I

14  don't know if it was before that -- I think it

15  was a time before that where I had given her a

16  ring of promise, and I took that off her

17  finger, bit it, and threw it down.  But I

18  think that was before the breakup.  That

19  didn't work.  The breakup didn't take that

20  time.  And so then I had to get it the next

21  time.

22  Whenever I broke the windows, that

23  definitely was it.  And I don't think I said

24  anything to her after that.  Just didn't -- we

25  just didn't talk.

---

**14:12:07-14:13:44** — Page 24

1  Q  That was in '91?

2  A  Yeah.

3  Q  Tell me what you recall about Wendi's

4  interactions with her parents, her mother and

5  her stepfather?

6  A  I don't -- I mean, her mother -- she

7  got along well with people, with authority

8  figures because we looked at adults, you know,

9  as authority figures.  It wasn't like they

10  were our friends or anything.  But she was

11  more friendly with people than I was for sure.

12  And it seemed like she felt like her

13  mom was commanding, but not too bad.  And

14  Alejo, I mean, just seemed more like chummy,

15  you know, like they were just --

16  Q  What do you mean?

17  A  -- friends.  I mean, more friendly

18  than -- I mean, just like friend to friend

19  kind of thing, not -- I mean, it wasn't like

20  he was lording over her or anything but -- as

21  much as her mom would.  But otherwise, I

22  didn't notice any major -- yeah, no big

23  differences from other friends that had

24  parents, you know.

25  Q  How much interaction did you have

---

**14:13:46-14:14:54** — Page 25

1  with Alejo, given that he was an assistant

2  pastor?

3  A  We did a fair amount, I mean, like

4  working together on a -- because I would work

5  construction stuff with them around the church

6  with my dad and with the church and the house

7  and what have you.  I would do work,

8  construction.

9  So he also worked construction.  So I

10  would learn.  And then he -- he would -- you

11  know, like we'd dig ditches and stuff like

12  that.  So he was pretty -- he would be singing

13  spiritual type songs, you know, more of the --

14  he would just be fun, oh, Lord, would you buy

15  me a Mercedes-Benz or something like that.  So

16  we'd sit there and sing.  We had a good time

17  just joking and messing around and stuff.

18  And as I got older, I got into

19  computers.  And so I went away from him,

20  veered away.  And he was like -- started to

21  get into photography and stuff, so I didn't

22  have anything to do with him pretty much from

23  then on.  So I mean, not intentionally.  It

24  just happened, divergent paths.

25  Q  Were there any problems between you

---

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

---

**14:14:55-14:16:24**      Page 26

1 and Alejo?
2    A   Oh, no, none.
3    Q   Was the church -- was it sort of --
4 would you describe it as a sort of male
5 dominated culture, or would that not be right?
6    A   I don't -- I mean, I had most -- my
7 best relationships were with ladies, not like
8 the ladies -- not a ladies man or anything,
9 but I was able to connect best with women.
10 And I felt like I was guided by a certain set
11 of women in the church.
12     So I wouldn't say it's too male.
13 There's -- like, the Bible is pretty male
14 oriented, if you don't mind. And -- and I
15 didn't necessarily agree with that. But I
16 thought that there was enough -- my mom was
17 the music leader and all that, and there were
18 others that did teachings and devotional type
19 things and stuff. So I thought that was all
20 right.
21    Q   Are you still a member of the church?
22    A   Not necessarily. Actually, I did
23 just go back for the first time in eight --
24 seven, eight years. I went back a couple
25 weeks ago.

---

**14:16:28-14:17:31**      Page 27

1     I just had -- since my accident, I've
2 kind of grown in various ways and learned
3 to -- learned, you know, I go a different --
4 my spirituality is different now from theirs.
5 And it doesn't really work for me.
6     As long as it works for them, I'm
7 cool with it. I was able to go and be cool
8 with what they did at their church and hang
9 out. And it was good spiritual stuff for
10 them. For me, it was somewhat spiritual but
11 not big time, not the kind of thing I want to
12 do every week.
13    Q   Did you have a sort of abrupt, you
14 know, split with your parents and the church
15 or anything like that?
16    A   No. There was no -- I just -- it was
17 actually through counseling, through my
18 spiritual advisors in counseling type stuff
19 that I realized that my path is diverging from
20 theirs. So I just told them. And we've
21 remained in great connection, my parents and
22 I.
23    Q   You indicated you had an accident.
24     Can you just describe briefly what
25 the accident was?

---

**14:17:34-14:18:52**      Page 28

1    A   In October of -- of 1999, I was
2 walking from a friend's house. It was like 6
3 in the morning or 6:55, something like that.
4 But I was -- I was still under the influence
5 of alcohol.
6     And I walked across the street on a
7 red crosswalk light, and a truck hit me, 1950
8 Chevy pickup. And I dented the hood with my
9 head. So it caused traumatic brain injury.
10 And then, plus I flew across the street, flew
11 across five lanes and smacked my head on the
12 concrete.
13     So it caused brain traumatic -- both
14 traumatic brain injuries. And then my legs
15 were essentially cut off, smashed up,
16 pulverized, my lower legs. They were able to
17 put them back on, whatever.
18     So that was the big -- then I was
19 laid up for like a year, almost a year. Well,
20 I couldn't hardly get out. I couldn't roll a
21 wheelchair because my left side was --
22 prognosis was paralyzed for life on the left
23 side because of the right side head trauma.
24     I ended up being able to get action
25 eventually, but not during really 2000. So

---

**14:18:55-14:20:04**      Page 29

1 that was the extent.
2     My -- whenever you have traumatic
3 brain injury, apparently one grows up again,
4 and it can happen multiple times. So I -- I
5 mean, I kept journals from the time about six
6 months into it -- no, three months. Yeah, I
7 started keeping journals because my counselor,
8 like before the accident, told me to do that.
9 So I did it.
10     And I can see how I grew up
11 multiple -- you know, I would start like a
12 little kid and grow up again and again, you
13 know. So it happened over a long period.
14     So my brain was not working well
15 during the first probably five years. And
16 then seven years after the accident -- it was
17 in 2008, so that was nine years that I started
18 a neurocognitive rehabilitation program. And
19 that has just done amazing things. But
20 anyway.
21    Q   So a very extensive physical and sort
22 of mental and psychological, emotional
23 rehabilitation --
24    A   Yes.
25    Q   -- process?

---

    

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

---

**14:20:06-14:21:29**      Page 30

1    A Yeah, yeah. I've been in full effort
2 ever since the accident. Well, ever since I
3 got out of the coma.
4    Q Did you stay in touch at all with
5 Wendi after you broke up?
6    A No, definitely not with her. I would
7 hear about her from, like, my parents or from
8 friends that would say she's doing this. I
9 mean, she had -- she got married, had kids. I
10 heard about that. But I didn't see them or
11 anything.
12      It seemed like -- well, yeah, she
13 even came to church because I kept playing the
14 drums at my parents' church. I had always
15 played like from '95 -- or '85 through '99. I
16 played every Sunday pretty much, played drums
17 for the music ministry.
18      And for a while there she was coming
19 to church. And I would -- they had a
20 particular place where Alejo and Donna and her
21 would sit. And then I remember them sitting
22 there. But I was always completely distant
23 and aloof. I never went and saw them. I
24 would never go talk to them afterward. I
25 would just leave out another door. I didn't

---

**14:21:31-14:22:49**      Page 31

1 like to talk to anybody.
2    Q Was there -- do you recall her being
3 at the church with Joe or her kids?
4    A I guess so. I mean, before -- like,
5 in '95, something like that, maybe before --
6 yeah. I don't remember when she married Joe.
7 You know, once she moved -- she moved, I
8 heard -- yeah, she definitely moved up to
9 somewhere in Phoenix, and she just quit coming
10 to church.
11      At one point Alejo was no longer a
12 pastor. So they quit coming. So then I don't
13 have any idea when that happened. Because I
14 was -- I was disconnected from the church
15 really, even though I keep coming every
16 Sunday. I was -- I didn't pay attention to --
17 my life was in Scottsdale and work and stuff
18 like that.
19    Q Did you ever meet Joe?
20    A I think I did before the accident,
21 yeah.
22    Q Okay. Do you recall the
23 circumstances?
24    A I didn't go to her wedding, did I? I
25 mean, I could have gone to her wedding if

---

**14:22:51-14:23:55**      Page 32

1 somebody had dragged me along, or else he was
2 at church or something. I do think I
3 remember -- I'm not positive about this -- but
4 shaking his hand one time. And I definitely
5 never talked to him like as anybody. I mean,
6 I just said hi, and that was it as far as I
7 recall.
8    Q As best you can -- did you ever talk
9 with Joe anytime other than that, whether it's
10 over the phone or in person?
11    A Definitely not. No, I definitely
12 didn't. I mean, I barely knew him. I
13 wouldn't know him by sight at all now.
14    Q Now, after Joe died, did you talk
15 with -- did the police come and interview you?
16    A No.
17    Q Did the prosecutor's office come and
18 interview you?
19    A No.
20    Q Did you -- do you recall talking with
21 anyone from the police department?
22    A No.
23    Q Do you recall talking with anyone
24 from the prosecutor's office?
25    A No.

---

**14:24:16-14:25:34**      Page 33

1    Q Is there anything else you can recall
2 that kind of sticks in your mind about Wendi
3 growing up that kind of, you know, stands out
4 about her as, you know, someone you knew for a
5 dozen years or so?
6    A Well, I mean, -- well, a primary
7 thing, from my perspective, was her
8 flirtatiousness. That, like, stands out in my
9 mind because of how she was with me and -- but
10 then I saw how she was with -- she was that
11 way with a lot of people, but not -- not more
12 than me.
13      It seemed like she was more directed
14 at me, you know. It seemed like she would be
15 more intense, if you will. Maybe that was
16 just my hope. But I just remember her being
17 very -- it was kind of -- I almost want to say
18 cheerfully flirtatious but not -- I don't
19 know. Bubbly -- no, not really. I don't know
20 how to describe it.
21      But it was a very -- I mean, at one
22 point I thought it was wholesome, very
23 wholesome, but obviously my -- based on future
24 events, my recollection is tainted, I'm sure.
25    Q The future events being those you've

---

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

| 14:25:35-14:26:45 | Page 34 |
| --- | --- |

1 talked about?
2    A Yeah.
3    Q Was she flirtatious with a lot of
4 people?
5    A Yeah. It seemed like most everybody
6 that she -- you know, she'd be -- she would be
7 flirtatious with girls, with guys. She was
8 just very flirtatious.
9    Q And just -- can you just elaborate a
10 little more as to the specific conduct that
11 you're -- you know, you're lumping within
12 flirtatious?
13    A There's the -- there's a lot of
14 touching going on when she would talk to
15 the -- I mean, people do that, but -- and then
16 there would be like shoulder action, you know.
17 Just the way she would move would be kind of
18 sexy doing whatever. Not -- you know, not
19 real -- but she would always, you know, like
20 throw her hips in like to my hip or whatever
21 and stuff like that at times.
22    And that was more with me than the
23 kids at school and stuff. She wouldn't do it
24 because that was completely illegal from our
25 school rules and stuff. But I would go to --

| 14:26:47-14:28:16 | Page 35 |
| --- | --- |

1 I didn't really go to parties with her that
2 were outside of the school or outside of
3 people from the school. And so I think she'd
4 do that with most other people.
5    And I would see her sometimes at a
6 pool party or something or a pool gathering
7 that they would have for the swim team. I
8 would come at the end because my track coach
9 was married to the swim coach.
10    So anyway, I would see her kind of
11 being like that with other guys. And I'd be
12 like -- I don't know. At that time I just
13 wrote it off.
14    Q Was she like that with adults too or
15 just kids?
16    A Oh, yeah, it seemed like it. But
17 less -- but she would, like, use -- I mean,
18 she -- my understanding and my recollection is
19 that she taught me the meaning of feminine
20 wiles, you know. And she could use her charm
21 to get things from men especially.
22    Q Can you give me some examples?
23    A I'm trying to think of something. If
24 she -- it wouldn't -- it definitely would not
25 work on my dad, but other -- like, I'm trying

| 14:28:20-14:29:30 | Page 36 |
| --- | --- |

1 to think of a guy.
2    Like, there was this big guy, Jim
3 Nish, that would be telling her to do
4 something. And she would just get all smiley
5 and, you know, flirtatious, batting the eye
6 kind of thing and wiggling around a little
7 bit. And this was when she was 14, something
8 like that. And then he would just back off,
9 just tell her, you know, okay, do whatever you
10 want.
11    And that was the -- that's what I
12 recall as far as dealing with adults. With
13 women, she was more -- if I'm remembering
14 correctly, she was bristled a little bit more.
15 She wouldn't try too much flirtation with
16 certain women, at least that I saw.
17    With girls, she was kind of
18 flirtatious, with people her own age and
19 younger adults.
20    Q Do you recall this flirtatious
21 behavior from when you met Wendi or did that
22 start at some point in time? Did she change
23 at all?
24    A Seems like early on -- it seems like
25 she grew in it, like, got better and better at

| 14:29:32-14:30:46 | Page 37 |
| --- | --- |

1 it. But it seemed like she was kind of -- I
2 would call it originally very outgoing, but I
3 don't know if I just grew up in my knowledge
4 and understanding or if she grew into it
5 and --
6    Q Do you recall any -- generally, how
7 did Wendi dress when -- you know, again at the
8 school and that --
9    A Well, at school we had uniforms,
10 so -- so she would always wear a uniform,
11 although she would kind of -- I mean, well,
12 after school, is the -- I mean, you had to
13 have it buttoned, I think. Or I can't
14 remember what girls had. I think it was to
15 the top. Yeah, definitely. We had to wear
16 ties, as guys.
17    And so she would -- but after school,
18 before leaving, like in the 10 minutes you're
19 waiting for your parents to come get you, she
20 would unbutton her thing further and show
21 whatever.
22    But then at parties and stuff or like
23 outside of school, she never -- I mean, until
24 she became -- because, yeah, in high school we
25 were allowed to dress ourselves -- or I mean,

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

| 14:30:50-14:32:10 | Page 38 |
| --- | --- |

1 choose our clothes. But we had to follow a
2 dress code. And she would follow the dress
3 code, but her clothes would be tight usually.
4 And they definitely revealed her figure. And
5 most all the time, I believe -- or yeah, I'm
6 sure.
7     And then I mean, she didn't really do
8 too much crazy stuff like at -- at the pool,
9 you know. I mean, she'd be in a two-piece
10 bathing suit, but -- I don't know. She never
11 did, like, strip down or anything like that in
12 front of much people that I knew of.
13     And -- but I think it was more -- to
14 me it was always more her manner. Whatever
15 she was wearing, it just looked hot. And she
16 played it quite well to whoever was watching,
17 in my opinion, obviously. But that was a
18 tainted opinion back then.
19   Q It was a teenage boy's opinion?
20   A Right. And I know other guys thought
21 the same way that were my friends.
22   Q Have we covered everything you can
23 recall about Wendi being with other guys?
24   A Yeah. Everything I know as far as --
25 you're talking about during the -- during

| 14:33:26-14:34:21 | Page 40 |
| --- | --- |

1 was on a truck to Chicago. It actually worked
2 out nicely when you're in a coma and all your
3 stuff gets rerouted to my parents' house, gets
4 stored at their place, and I move into my
5 parents' place after I come out of the
6 hospital. It's all good.
7     But beyond that, I was leaving, so
8 she thought -- I don't know what -- how -- I
9 mean it was -- she started it, the meeting.
10   Q How did she know how to get a hold of
11 you?
12   A Through my parents.
13   Q Okay.
14   A Because -- well, I came to church
15 every Sunday. She knew about it. They were
16 living somewhere else. They didn't come to
17 church anymore.
18   Q They being Wendi and Joe?
19   A Yes. Right. And their kids or
20 whatever. I don't think I ever even met the
21 kids. Yeah, I definitely have no
22 recollection. I don't even know when they
23 were born.
24     But she -- maybe I saw them at
25 church. I don't know. I definitely didn't

| 14:32:11-14:33:24 | Page 39 |
| --- | --- |

1 my -- you know, until '91?
2   Q Right.
3   A Yeah. That's -- yeah, that's as far
4 as I can recall.
5   Q Again, it's my understanding then
6 that from, you know, after '91 really until
7 after your accident, you had very little
8 contact with Wendi?
9   A Yeah, very little. Although -- yeah,
10 yeah.
11   Q Anything come to mind in terms of
12 either, you know, interaction with her or
13 knowing of her during that period?
14   A I do recall in '91 -- in '99, we
15 went -- before the accident, we went out to
16 dinner, I believe. Yeah, we had dinner. And
17 then I thought she had totally changed.
18   Q Tell me about that.
19     What led up to you and Wendi having
20 dinner?
21   A Well, I was moving to Chicago.
22   Q In '99?
23   A Yeah. In fact, three days after my
24 accident I had a one-way ticket to Chicago.
25 All my stuff -- I sold my house. All my stuff

| 14:34:23-14:35:33 | Page 41 |
| --- | --- |

1 meet them.
2     But I heard -- maybe I heard that she
3 had asked about me or something, so I
4 called -- I don't know. Somehow I got in
5 touch with her. We went to dinner one time.
6 And she just sounded so changed and, you know,
7 like she had grown up or whatever.
8     And, you know, the whole -- I think
9 Joe was sick. Yeah, he had been diagnosed
10 with cancer at that point. I don't remember
11 for sure. I don't know if she even brought up
12 Joe.
13     But I can't remember much of that
14 because my memory didn't come back well
15 late -- my early memory is okay. My late
16 memory is not great up to the accident.
17   Q Do you recall whose idea it was that
18 you guys have dinner?
19   A Yeah, that's what I'm not entirely
20 sure about. But I mean, I know that if I had
21 heard that she contacted me, that I would be
22 interested in -- or that she asked about me, I
23 would be interested in saying what's up, so
24 why not get together and do something.
25   Q And it was just the two of you?

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

| 14:35:33-14:36:44 | Page 42 |
| --- | --- |

1    A   Yeah.

2    Q   Do you remember where you went?

3    A   Someplace downtown -- or not

4   downtown.  Like 24th and Camelback.  I can't

5   remember what it's called.  I'm sure it was a

6   nice place.

7    Q   Do you recall what you talked about?

8    A   No.  That's the thing.  We talked

9   about just life.  Not just -- but I'm sure we

10   talked about -- we talked about, you know,

11   well, the fact that I was going to Chicago and

12   my idea of life and her married life and, you

13   know, whatever.  I might have said -- I mean,

14   I don't know.  I don't want to conjecture.

15    Q   No, I just want what you can recall.

16    A   Okay.  That would be it as far as

17   what I remember.

18    Q   And you said she was changed.  In

19   what way?

20    A   That was just based on her

21   conversation about her kids.  She actually

22   seemed genuinely interested, you know,

23   enthused about leading her kids into life, you

24   know.  And I mean, I don't recall if she said

25   anything about Joe, but I think she talked

| 14:36:52-14:38:12 | Page 43 |
| --- | --- |

1   about being with him, you know, being more --

2   it just seemed like she was more adult or, you

3   know, than I recall from '99 for sure.  She

4   wasn't all flirtatious or any stuff like that.

5   Yeah, it was interesting.

6    Q   So I mean what -- I'm not trying to

7   put words in your mouth, but what I'm

8   gathering is, to the extent she talked about

9   her relationship with Joe, it seemed like a

10   positive thing?

11    A   From what I can remember.

12    Q   From what you can recall?

13    A   Yeah, yeah.  I don't remember any

14   negative.  Although, I do remember feeling

15   like we might have been able to do something

16   that night had I made the move, but I didn't.

17   And I don't do that.

18        But I actually -- I mean, for

19   whatever reason, I remember thinking that.  It

20   could have been hope.  I don't know what it

21   would have been.

22    Q   That was the first time you had spent

23   any significant amount of time with Wendi

24   since your breakup; correct?

25    A   Oh, yeah, as far as -- yeah.  I mean,

| 14:38:17-14:39:19 | Page 44 |
| --- | --- |

1   yeah, yeah.  Alone, I mean, definitely for

2   sure.

3        MR. ARNTSEN:  That's all I've got.

4   Thank you.

5        EXAMINATION

6    Q   BY MS. GARD:  Just a couple follow-up

7   questions.

8        You mentioned that you had been

9   deposed previously?

10    A   Yes.

11    Q   Was that in connection with this

12   case?

13    A   Yes.

14    Q   And I'm assuming since you didn't

15   talk to the prosecutors that that was some

16   sort of defense interview?

17    A   Yeah.

18    Q   I wanted to follow up about the

19   example that you gave about the man in the

20   truck.

21        And I want to see if you remember

22   more information about what exactly Wendi told

23   you, how she explained that?

24    A   I can't -- I have no recollection

25   necessarily, no specific recollection.  I know

| 14:39:24-14:40:21 | Page 45 |
| --- | --- |

1   that in situations that seemed strange to me,

2   she was always -- I'm just having fun.  We're

3   just bouncing around doing, you know,

4   whatever.  And I bought it.  I was like okay.

5    Q   So whatever she told you at that

6   point was something that you accepted?

7    A   Yeah.

8    Q   At least for the time being?

9    A   Early on.  I mean, even at that time,

10   and then I started thinking about it and heard

11   words from other people.

12    Q   Would you say she had a very

13   convincing way about her, very persuasive?

14    A   Oh, yeah.

15    Q   You made a little -- you alluded a

16   little bit to some memory problems from your

17   accident?

18    A   Yes.

19    Q   But am I correct in understanding

20   that your earlier memories are pretty clear?

21   It's just closer in time to the accident that

22   you have trouble remembering?

23    A   My early memories are better than my

24   later ones.  I would just say -- I mean, I

25   don't know how great my earlier ones are.  But

| 14:40:24-14:41:26 | Page 46 |
| --- | --- |

1 they've been identified with, you know,
2 coinciding with other people's accounts and
3 things they do all right.
4    Q  But the impressions that you've
5 shared today about Wendi, are those pretty
6 clear in your mind?
7    A  I believe so, yes.  They are clear to
8 me.  I can't guarantee that they're right.
9    Q  Okay.
10    A  They're right for what I feel.
11    Q  The dinner that you spoke about in
12 '99 with Wendi, you said that you thought that
13 you could have done something with her that
14 evening.
15       What did she do to give you that
16 impression?  Do you recall?
17    A  I don't know that she did much of
18 anything.  I mean, it just seemed -- I mean,
19 she was a little bit flirty but yet more adult
20 and sophisticated, if you will, I thought
21 perhaps.  But I just felt this vibe, I guess.
22       But at the time I was -- I had just
23 come off a big breakup and was with a fiancee.
24 I was the one that broke up, but I just
25 didn't -- I just wasn't about to make any kind

| 14:41:30-14:42:49 | Page 47 |
| --- | --- |

1 of move.  Plus I was scared.  I mean --
2    Q  What do you mean?
3    A  I say scared, I was just -- you know,
4 I was like -- I was like a little kid still in
5 relationship with her.  That's how I felt.  I
6 just felt like the little boy that was all
7 into her at like 15 years old, not little
8 obviously, but the -- the crazy teenager and
9 whatever.  My face all, you know, sheepishly
10 looking at her.  I just felt like that, so I
11 wouldn't --
12    Q  Okay.  I'm sorry, I cut you off.
13    A  I wouldn't have made a move because
14 of that.
15    Q  Okay.
16    A  So that's the reason.
17    Q  How did you learn what had happened
18 to Joe?
19    A  My parents.  I think they woke me up
20 because I was living at my parents' house at
21 the time.  They woke me up that morning,
22 whatever day it was, and told me that Joe was
23 dead or something and Wendi was arrested.
24 Alejo and Donna had gone to help or something
25 or do something.

| 14:42:51-14:44:12 | Page 48 |
| --- | --- |

1    Q  What was your reaction when you heard
2 that?
3    A  Well, I was pretty -- I don't know.
4 I mean, I wasn't -- I mean, he was terminally
5 ill.  And I don't know what else -- I mean,
6 but I was -- I was surprised that she would
7 have done that, but I couldn't -- I couldn't
8 believe it.  But I heard that there was some
9 thought of defense or something like, her
10 defending herself.  I don't know what.
11       MS. GARD:  That's all I have.
12       MR. ARNTSEN:  She'll type up the
13 transcript.  You'll get a chance to read it
14 over and make sure that she got everything --
15       THE WITNESS:  Okay.
16       MR. ARNTSEN:  You'll have probably 30
17 days.  That's what it is most places.  Then if
18 there are mistakes, you can correct the
19 mistakes.  Whether you want to do that or
20 whether you want to be done with this process
21 now --
22       THE WITNESS:  I'll do it just to make
23 sure.
24
25

| 14:44:18 | Page 49 |
| --- | --- |

1            (The deposition concluded at 2:45
2    p.m.)
3
4
5
6
7            SHAWN KING
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

14:44:18                                          Page 50

```
1
2   STATE OF ARIZONA    )
    COUNTY OF MARICOPA  )
3           BE IT KNOWN that the foregoing deposition
4   was taken by me pursuant to stipulation of counsel;
5   that I was then and there a Certified Court Reporter
6   in the State of Arizona, and by virtue thereof
7   authorized to administer an oath; that the witness
8   before testifying was duly sworn by me to testify to
9   the whole truth; pursuant to request, notification
10  was provided that the deposition is available for
11  review and signature; that the questions propounded
12  by counsel and the answers of the witness thereto
13  were taken down by me in shorthand and thereafter
14  transcribed into typewriting under my direction;
15  that the foregoing pages are a full, true and
16  accurate transcript of all the proceedings had upon
17  the taking of said deposition, all done to the best
18  of my skill and ability.
19          I FURTHER CERTIFY that I am in no way
20  related to nor employed by any parties hereto; nor
21  am I in any way interested in the outcome thereof.
22          Dated at Phoenix, Arizona, this _____ day
23  of July, 2011.
24
25                  CINDY MAHONEY, RMR, No. 50680
```

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

## 1

**10** (3) 10:13:54:41   12.5;
21:14:08:43   7.5;
37:14:30:17   17.5
**12** (5) 9:13:53:31   13.5;
12:13:57:40   21.5;
13:13:58:21   10.5,
13:58:34   16.5;
14:13:59:22   8.5
**14** (1) 36:14:28:34   6.5
**15** (2) 10:13:54:44   13.5;
47:14:41:43   6.5
**16** (2) 14:13:59:37   13.5,
14:00:21   23.5
**17** (2) 14:13:59:37   13.5,
17:14:04:01   13.5
**1950** (1) 28:14:17:49   6.5
**1981** (1) 5:13:49:18   23.5
**1990** (1) 6:13:49:28   1.5
**1999** (1) 28:14:17:31   25.5

## 2

**20** (2) 10:13:54:44   13.5;
16:14:02:11   8.5
**2000** (1) 28:14:18:45   24.5
**2003** (1) 7:13:50:42   6.5
**2008** (1) 29:14:19:41   16.5
**2102** (1) 4:13:47:40   8.5
**24th** (1) 42:14:35:39   3.5

## 3

**30** (1) 48:14:43:59   15.5

## 6

**6** (1) 28:14:17:34   1.5
**6:55** (1) 28:14:17:38   2.5

## 7

**79** (1) 5:13:49:08   18.5

## 8

**82** (1) 6:13:50:18   22.5
**83** (1) 6:13:50:20   23.5
**85** (2) 10:13:54:31   9.5;
30:14:20:50   14.5
**87** (4) 13:13:55:03   20.5;
17:14:04:01   13.5,
14:04:01   13.5,
14:04:12   16.5
**88** (4) 5:13:49:22   24.5;
10:13:55:03   20.5;
16:14:02:17   9.5;
22:14:10:09   9.5
**89** (2) 6:13:49:31   2.5;
18:14:04:42   25.5

## 9

**90** (1) 18:14:04:42   25.5
**91** (10) 16:14:02:30   12.5,
14:02:24   11.5,
14:02:09   7.5;
17:14:03:12   25.5,
14:03:49   10.5;
22:14:10:09   9.5;
24:14:12:05   25.5;
39:14:32:44   13.5,
14:32:10   25.5,
14:32:19   5.5
**91st** (6) 6:13:50:07   18.5,
13:50:15   21.5,
13:49:55   13.5,
13:49:37   4.5;
7:13:50:39   5.5,
13:51:18   19.5
**95** (2) 30:14:20:50   14.5;
31:14:21:46   4.5
**99** (5) 30:14:20:50   14.5;
39:14:33:15   21.5,
14:32:44   13.5;
43:14:36:55   2.5;
46:14:40:44   11.5

## A

**ability** (1) 4:13:48:04   18.5
**able** (5) 26:14:15:24   8.5;
27:14:16:62   6.5;
28:14:18:18   15.5,
14:18:42   23.5;
43:14:37:23   14.5
**abrupt** (1)
27:14:16:58   12.5
**Academy** (1)
6:13:49:40   5.5
**accepted** (1)
45:14:39:32   5.5
**accident** (13)
27:14:16:24   25.5,
14:17:28   24.5,
14:17:24   22.5;
29:14:19:37   15.5,
14:19:17   7.5;
30:14:20:06   1.5;
31:14:22:34   19.5;
39:14:32:23   6.5,
14:32:50   14.5,
14:33:19   23.5;
41:14:35:08   15.5;
45:14:40:06   20.5,
14:40:00   16.5
**accounts** (1)
46:14:40:24   1.5
**acres** (2) 10:13:54:44   13.5,
13:54:41   12.5
**across** (1)
28:14:18:01   9.5,
14:18:04   10.5,

14:17:45   5.5
**act** (2) 17:14:04:30   21.5;
20:14:07:21   8.5
**action** (2)
28:14:18:42   23.5;
34:14:26:12   15.5
**active** (1) 16:14:02:22   10.5
**actual** (1) 21:14:09:33   22.5
**Actually** (11)
7:13:50:52   9.5;
10:13:54:33   10.5,
13:55:01   19.5,
13:54:16   2.5;
17:14:04:30   21.5;
20:14:07:21   8.5;
26:14:16:13   21.5;
27:14:17:07   16.5;
40:14:33:24   25.5;
42:14:36:27   20.5;
43:14:37:34   17.5
**adjacent** (1)
10:13:54:52   16.5
**adult** (2) 43:14:36:52   1.5;
46:14:41:01   18.5
**adults** (4) 24:14:12:32   7.5;
35:14:27:21   13.5;
36:14:29:10   18.5,
14:28:49   11.5
**advisors** (1)
27:14:17:11   17.5
**affiliated** (1)
6:13:49:44   7.5
**A-framed** (1)
8:13:52:37   21.5
**afterward** (1)
30:14:21:23   23.5
**again** (7) 6:13:50:25   24.5;
21:14:08:50   9.5;
29:14:18:58   2.5,
14:19:26   11.5,
14:19:26   11.5;
37:14:29:50   6.5;
39:14:32:16   4.5
**age** (2) 12:13:57:13   15.5;
36:14:29:07   17.5
**ago** (1) 26:14:16:22   24.5
**agree** (1) 26:14:15:45   14.5
**alcohol** (1)
28:14:17:43   4.5
**Alejo** (10) 7:13:51:08   14.5;
8:13:51:26   25.5,
13:51:38   3.5;
9:13:53:08   6.5;
24:14:12:57   13.5;
25:14:13:44   25.5;
26:14:14:54   25.5;
30:14:21:19   19.5;
31:14:22:04   10.5;
47:14:42:45   23.5
**allegedly** (1)
22:14:09:54   4.5
**allowed** (3)
13:13:58:55   24.5;

14:14:00:18   22.5;
37:14:30:44   24.5
**alluded** (1)
45:14:39:54   14.5
**almost** (2)
28:14:18:24   18.5;
33:14:25:01   16.5
**Alone** (1) 44:14:38:12   25.5
**along** (2) 24:14:12:27   6.5;
32:14:22:49   25.5
**aloof** (1) 30:14:21:19   22.5
**Although** (4)
15:14:01:39   22.5;
37:14:30:01   10.5;
39:14:32:28   8.5;
43:14:37:20   13.5
**always** (15) 9:13:53:43   15.5,
13:54:02   21.5;
11:13:56:26   21.5,
13:55:56   11.5;
12:13:56:55   8.5;
13:13:58:16   9.5;
15:14:00:34   4.5,
14:01:25   17.5,
14:01:02   12.5;
30:14:20:48   13.5,
14:21:15   21.5;
34:14:26:23   18.5;
37:14:29:58   9.5;
38:14:31:28   13.5;
45:14:39:24   1.5
**amazing** (1)
29:14:19:51   18.5
**amount** (2)
25:14:13:48   2.5;
43:14:38:04   22.5
**Andriano** (4)
4:13:48:25   24.5;
5:13:48:40   8.5,
13:48:30   3.5,
13:48:51   9.5
**Anthony** (2)
21:14:08:38   5.5,
14:08:41   6.5
**anymore** (1)
40:14:34:00   16.5
**apartment** (5)
17:14:04:37   23.5,
14:04:37   23.5;
18:14:04:52   3.5;
19:14:06:18   11.5;
23:14:11:18   8.5
**apparently** (1)
29:14:18:58   2.5
**approximately** (1)
9:13:53:18   9.5
**Arizona** (1) 4:13:47:40   8.5
**ARNTSEN** (4)
4:12:48:32   4.5;
44:14:38:27   2.5;
48:14:43:50   11.5,
14:43:59   15.5
**around** (8) 8:13:51:44   5.5,

13:51:56   9.5;
13:13:58:03   4.5;
19:14:06:31   16.5;
25:14:13:54   4.5,
14:14:28   16.5;
36:14:28:32   5.5;
45:14:39:27   2.5
**arrested** (1)
47:14:42:40   22.5
**arson** (1) 7:13:50:42   6.5
**assistant** (2)
7:13:50:30   25.5;
25:14:13:44   25.5
**associate** (2)
6:13:50:03   17.5;
7:13:51:11   17.5
**associated** (1)
7:13:51:25   23.5
**assumed** (2)
16:14:02:30   12.5;
20:14:07:02   2.5
**assuming** (1)
44:14:38:40   13.5
**attention** (1)
31:14:22:21   15.5
**authority** (2)
24:14:12:37   8.5,
14:12:27   6.5
**away** (5) 10:13:54:57   18.5;
12:13:56:36   1.5;
16:14:02:49   17.5;
25:14:14:33   18.5,
14:14:38   19.5

## B

**back** (9) 16:14:03:00   21.5;
18:14:05:42   23.5;
19:14:06:16   10.5;
26:14:16:19   23.5,
14:16:15   22.5;
28:14:18:22   16.5;
36:14:28:37   7.5;
38:14:31:41   17.5;
41:14:34:57   13.5
**bad** (1) 24:14:12:49   12.5
**ball** (1) 11:13:55:46   7.5
**banging** (1)
18:14:04:56   5.5
**barely** (1) 32:14:23:16   11.5
**based** (3) 16:14:01:56   2.5;
33:14:25:23   2.5;
42:14:36:25   19.5
**basically** (1)
21:14:09:18   16.5
**bathing** (1)
38:14:31:17   9.5
**batting** (1) 36:14:28:29   4.5
**beating** (1)
18:14:04:54   4.5
**became** (6)
6:13:49:40   5.5;
10:13:55:14   24.5;

Coash & Coash, Inc., 602-258-1440

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

15:14:01:11  14.5;
16:14:01:51  1.5;
20:14:07:09  4.5;
37:14:30:37  23.5
becoming (1)
7:13:50:32  1.5
bedroom (1)
18:14:05:09  10.5
behalf (1) 4:13:48:25  24.5
behavior (1)
36:14:29:16  20.5
beside (1)
10:13:54:48  14.5
best (3) 26:14:15:24  8.5,
14:15:16  6.5;
32:14:23:07  7.5
better (4) 11:13:55:34  4.5;
36:14:29:27  24.5,
14:29:27  24.5;
45:14:40:10  22.5
beyond (1)
40:14:33:38  6.5
Bible (1) 26:14:15:04  19.5
big (9) 10:13:54:41  12.5;
12:13:56:46  4.5,
13:56:42  2.5,
13:57:26  19.5;
24:14:13:28  21.5;
27:14:16:56  10.5;
28:14:18:23  17.5;
36:14:28:20  1.5;
46:14:41:16  22.5
bike (1) 23:14:11:14  7.5
biological (1)
8:13:51:33  2.5
birthday (3)
8:13:52:32  20.5;
9:13:54:09  24.5;
17:14:04:01  13.5
bit (8) 11:13:56:14  16.5,
13:56:08  14.5,
13:56:00  12.5;
23:14:11:38  16.5;
36:14:28:54  13.5,
14:28:34  6.5;
45:14:39:57  15.5;
46:14:41:01  18.5
blew (1) 16:14:02:49  17.5
born (1) 40:14:34:15  22.5
bossing (1)
13:13:58:03  4.5
both (2) 7:13:50:39  5.5;
28:14:18:09  12.5
bought (3)
19:14:06:05  6.5;
23:14:11:22  9.5;
45:14:39:29  3.5
bouncing (1)
45:14:39:27  2.5
boxers (1)
18:14:05:15  12.5
boy (1) 47:14:41:41  5.5
boy's (1) 38:14:31:43  18.5

brain (5) 28:14:17:58  8.5,
14:18:09  12.5,
14:18:11  13.5;
29:14:19:30  13.5,
14:18:58  2.5
breaking (1)
18:14:04:59  6.5
breakup (7)
16:14:03:08  24.5;
22:14:10:31  17.5;
23:14:11:02  4.5,
14:11:42  17.5,
14:11:45  18.5;
43:14:38:06  23.5;
46:14:41:16  22.5
briefly (1) 27:14:17:27  23.5
bristled (1)
36:14:28:54  13.5
broke (5) 20:14:07:05  3.5;
22:14:10:05  8.5;
23:14:11:53  21.5;
30:14:20:17  4.5;
46:14:41:20  23.5
brother (1)
12:13:56:58  9.5
brought (1)
41:14:34:50  10.5
Bubbly (1)
33:14:25:10  18.5
build (1) 10:13:55:01  19.5
building (2)
7:13:50:37  4.5;
10:13:54:26  7.5
built (1) 10:13:54:57  18.5
burned (1) 7:13:50:42  6.5
buttoned (1)
37:14:30:06  12.5
buy (1) 25:14:14:20  13.5

**C**

call (1) 37:14:29:32  1.5
called (2) 41:14:34:29  3.5;
42:14:35:43  4.5
came (2) 30:14:20:46  12.5;
40:14:33:53  13.5
Camelback (1)
42:14:35:39  3.5
Can (16) 4:12:48:32  4.5;
11:13:56:31  24.5,
13:55:18  1.5;
27:14:17:27  23.5;
29:14:19:21  9.5,
14:19:03  3.5;
32:14:23:07  7.5;
33:14:23:55  25.5;
34:14:25:50  8.5;
35:14:27:44  21.5;
38:14:31:53  21.5;
39:14:32:16  3.5;
42:14:36:15  14.5;
43:14:37:16  10.5,
14:37:17  11.5;

48:14:44:03  17.5
cancer (1) 41:14:34:47  9.5
car (2) 23:14:11:24  10.5,
14:11:22  9.5
Carlin (4) 9:13:52:54  2.5,
13:52:49  1.5;
20:14:08:10  23.5;
21:14:09:25  18.5
case (1) 44:14:38:40  11.5
catch (1) 20:14:07:02  2.5
caught (10)
12:13:57:04  11.5,
13:57:01  10.5,
13:56:55  8.5;
16:14:02:52  18.5;
17:14:04:26  20.5,
14:04:17  17.5,
14:03:20  2.5;
18:14:04:42  25.5;
19:14:06:07  7.5;
21:14:08:33  3.5
caused (2)
28:14:18:09  12.5,
14:17:58  8.5
certain (2)
26:14:15:28  9.5;
36:14:29:00  15.5
chance (1)
48:14:43:52  12.5
change (1)
36:14:29:20  21.5
changed (3)
39:14:33:00  16.5;
41:14:34:34  5.5;
42:14:36:20  17.5
charm (1) 35:14:27:36  19.5
cheerfully (1)
33:14:25:07  17.5
Chevy (1) 28:14:17:55  7.5
Chicago (4)
39:14:33:13  20.5,
14:33:19  23.5;
40:14:33:24  25.5;
42:14:36:03  10.5
child (1) 11:13:55:22  2.5
choose (1)
38:14:30:46  25.5
Christian (2)
6:13:49:40  5.5;
10:13:55:14  24.5
chummy (1)
24:14:12:57  13.5
church (34) 6:13:49:47  8.5,
13:49:50  11.5,
13:50:11  20.5,
13:49:55  13.5,
13:50:03  17.5,
13:50:15  21.5,
13:50:01  15.5;
7:13:51:13  18.5,
13:50:34  3.5;
8:13:52:40  22.5,
13:51:44  5.5;

9:13:53:55  19.5;
10:13:54:41  12.5,
13:54:23  4.5,
13:54:33  10.5,
13:54:12  25.5;
11:13:55:18  25.5;
25:14:13:56  5.5,
14:13:54  4.5;
26:14:14:56  2.5,
14:16:03  20.5,
14:15:31  10.5;
27:14:17:01  13.5,
14:16:46  7.5;
30:14:21:06  18.5,
14:20:48  13.5,
14:20:46  12.5;
31:14:22:17  13.5,
14:22:03  9.5,
14:21:35  2.5;
32:14:22:51  1.5;
40:14:34:00  16.5,
14:33:53  13.5,
14:34:19  24.5
circumstances (2)
23:14:11:02  4.5;
31:14:22:38  22.5
clear (3) 45:14:40:03  19.5;
46:14:40:32  6.5,
14:40:31  5.5
close (1) 20:14:07:52  18.5
closer (1) 45:14:40:06  20.5
clothes (4)
19:14:05:54  2.5,
14:06:00  5.5;
38:14:30:52  2.5,
14:30:46  25.5
clue (1) 15:14:00:48  8.5
coach (2) 35:14:27:04  7.5,
14:27:07  8.5
code (2) 38:14:30:52  2.5,
14:30:50  1.5
coinciding (1)
46:14:40:24  1.5
coma (2) 30:14:20:10  2.5;
40:14:33:26  1.5
coming (4)
30:14:21:02  17.5;
31:14:22:20  14.5,
14:22:01  8.5,
14:22:09  11.5
commanding (1)
24:14:12:49  12.5
commercials (1)
14:13:59:03  1.5
completely (4)
4:13:48:07  19.5;
17:14:03:29  4.5;
30:14:21:15  21.5;
34:14:26:38  23.5
complex (1)
23:14:11:18  8.5
computers (1)
25:14:14:33  18.5

concrete (1)
28:14:18:07  11.5
conduct (1)
34:14:25:53  9.5
congregation (2)
7:13:50:50  8.5,
13:50:56  10.5
conjecture (1)
42:14:36:13  13.5
connect (2)
15:14:01:32  19.5;
26:14:15:24  8.5
connection (5)
4:13:48:17  22.5;
9:13:53:59  20.5;
15:14:01:25  17.5;
27:14:17:20  20.5;
44:14:38:37  10.5
construction (3)
25:14:14:02  8.5,
14:14:02  7.5,
14:13:54  4.5
contact (1)
39:14:32:27  7.5
contacted (1)
41:14:35:21  20.5
context (2) 5:13:48:35  5.5,
13:49:09  19.5
control (2)
12:13:57:43  22.5;
14:13:59:47  15.5
conversation (1)
42:14:36:27  20.5
convinced (1)
20:14:07:09  4.5
convincing (1)
45:14:39:49  12.5
cool (2) 27:14:16:42  6.5,
14:16:42  6.5
correctly (1)
36:14:28:54  13.5
couch (2)
21:14:09:12  14.5,
14:09:22  17.5
counseling (2)
27:14:17:11  17.5,
14:17:07  16.5
counselor (1)
29:14:19:14  6.5
Couple (9)
4:13:47:48  12.5;
8:13:52:26  18.5;
16:14:02:55  19.5,
14:02:52  18.5;
17:14:04:20  18.5,
14:03:12  25.5,
14:03:45  9.5;
26:14:16:19  23.5;
44:14:38:31  5.5
course (1) 13:13:58:16  9.5
covered (1)
38:14:31:53  21.5
crazy (1) 38:14:31:09  7.5;

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

47:14:41:47   7.5
crosswalk (1)
28:14:17:49   6.5
crush (4) 14:13:59:27   10.5,
13:59:21   7.5,
13:59:46   14.5;
16:14:01:48   25.5
crying (1) 18:14:05:26   17.5
culture (1) 26:14:15:05   4.5
cut (2) 28:14:18:15   14.5;
47:14:42:04   11.5

**D**

dad (5) 6:13:50:01   16.5;
7:13:50:52   9.5;
10:13:54:57   18.5;
25:14:13:56   5.5;
35:14:28:11   24.5
dates (1) 19:14:06:21   12.5
day (1) 47:14:42:32   21.5
days (3) 22:14:10:47   23.5;
39:14:33:16   22.5;
48:14:44:00   16.5
dead (1) 47:14:42:40   22.5
dealing (1)
36:14:28:49   11.5
December (1)
17:14:04:06   14.5
decided (1)
23:14:10:58   2.5
defending (1)
48:14:43:27   9.5
defense (2)
44:14:38:44   15.5;
48:14:43:21   8.5
definitely (17)
7:13:51:25   23.5;
14:13:59:22   8.5;
17:14:03:49   10.5;
20:14:07:36   13.5;
21:14:08:41   6.5;
23:14:11:55   22.5;
30:14:20:22   5.5;
31:14:21:58   7.5;
32:14:22:56   3.5,
14:23:14   10.5,
14:23:14   10.5;
35:14:27:53   23.5;
37:14:30:10   14.5;
38:14:30:58   3.5;
40:14:34:10   20.5,
14:34:19   24.5;
44:14:38:12   25.5
degree (1)
16:14:02:22   10.5
delivered (1)
19:14:06:16   10.5
dented (1) 28:14:17:55   7.5
department (1)
32:14:23:48   20.5
deposed (1)
44:14:38:36   8.5

deposition (3)
4:13:47:44   9.5,
13:48:17   22.5;
5:13:48:38   6.5
describe (3)
26:14:15:02   3.5;
27:14:17:27   23.5;
33:14:25:12   19.5
devious (1)
11:13:56:26   21.5
devotional (1)
26:14:15:55   17.5
diagnosed (1)
41:14:34:45   8.5
died (1) 32:14:23:30   13.5
differences (1)
24:14:13:35   22.5
different (9)
11:13:56:16   17.5;
16:14:02:55   19.5;
17:14:03:15   1.5,
14:03:15   1.5,
14:03:15   1.5,
14:03:12   25.5;
18:14:05:42   23.5;
27:14:16:35   3.5,
14:16:33   2.5
dig (1) 25:14:14:09   10.5
dinner (6)
39:14:33:12   19.5,
14:32:55   15.5,
14:32:55   15.5;
41:14:35:14   17.5,
14:34:31   4.5;
46:14:40:41   10.5
directed (1)
33:14:24:50   12.5
disconnected (1)
31:14:22:17   13.5
disheveled (1)
19:14:06:52   23.5
disobey (1)
14:14:00:00   19.5
distant (1)
30:14:21:15   21.5
ditches (1)
25:14:14:09   10.5
divergent (1)
25:14:14:49   23.5
diverging (1)
27:14:17:14   18.5
dodge (1) 11:13:55:46   7.5
dog (1) 13:13:58:10   6.5
dominated (1)
26:14:15:05   4.5
done (5) 10:13:55:01   19.5;
29:14:19:51   18.5;
46:14:40:50   12.5;
48:14:44:07   19.5,
14:43:13   6.5
Donna (3) 8:13:51:30   1.5;
30:14:21:10   19.5;
47:14:42:45   23.5

Donna's (1) 9:13:53:08   6.5
door (8) 18:14:05:02   7.5,
14:04:56   5.5,
14:04:52   3.5,
14:04:56   5.5;
30:14:21:26   24.5
down (4) 7:13:50:42   6.5;
18:14:04:56   5.5;
23:14:11:38   16.5;
38:14:31:19   10.5
downtown (2)
42:14:35:39   3.5,
14:35:38   2.5
dozen (1) 33:14:24:27   4.5
dragged (1)
32:14:22:49   25.5
dress (5) 19:14:06:52   23.5;
37:14:30:44   24.5,
14:29:50   6.5;
38:14:30:50   1.5,
14:30:50   1.5
driver's (1)
19:14:06:41   19.5
drums (2)
30:14:20:55   15.5,
14:20:48   13.5
duly (1) 4:12:48:32   1.5
during (6)
16:14:02:46   16.5;
28:14:18:45   24.5;
29:14:19:33   14.5;
38:14:32:06   24.5,
14:32:06   24.5;
39:14:32:41   12.5

**E**

earlier (2)
45:14:40:16   24.5,
14:40:03   19.5
early (6) 12:13:57:10   14.5;
17:14:04:12   16.5;
36:14:29:24   23.5;
41:14:35:04   14.5;
45:14:40:10   22.5,
14:39:36   8.5
effort (1) 30:14:20:04   25.5
eight (5) 5:13:49:06   17.5;
8:13:51:56   9.5;
12:13:57:10   14.5;
26:14:16:15   22.5,
14:16:19   23.5
either (2) 5:13:49:18   23.5;
39:14:32:39   11.5
elaborate (1)
34:14:25:50   8.5
else (5) 11:13:56:24   20.5;
32:14:22:49   25.5;
33:14:23:55   25.5;
40:14:33:57   15.5;
44:14:43:06   4.5
emotional (1)
29:14:19:59   21.5
explained (2)

end (1) 35:14:27:04   7.5
ended (3)
16:14:02:09   7.5;
17:14:03:49   10.5;
28:14:18:42   23.5
energetic (1)
11:13:55:37   5.5
enough (1)
26:14:15:48   15.5
enthused (1)
42:14:36:33   22.5
entirely (1)
41:14:35:15   18.5
epitome (2)
14:13:59:12   3.5,
13:59:16   4.5
especially (1)
35:14:27:41   20.5
essentially (2)
21:14:09:12   14.5;
28:14:18:15   14.5
Ethington (2)
20:14:07:51   17.5;
21:14:08:50   9.5
Even (9) 5:13:48:53   11.5;
12:13:57:01   10.5;
15:14:00:26   25.5;
30:14:20:46   12.5;
31:14:22:20   14.5;
40:14:34:13   21.5,
14:34:05   19.5;
41:14:34:50   10.5;
45:14:39:36   8.5
evening (1)
46:14:40:52   13.5
events (3) 9:13:53:53   18.5;
33:14:25:29   23.5,
14:25:32   24.5
eventually (1)
28:14:18:45   24.5
everybody (2)
12:13:57:21   18.5;
34:14:25:40   4.5
everyone (1)
15:14:01:45   24.5
exactly (2)
23:14:11:18   8.5;
44:14:38:59   21.5
EXAMINATION (2)
4:12:48:32   3.5;
44:14:38:31   4.5
examined (1)
4:12:48:32   2.5
example (2)
11:13:56:31   24.5;
44:14:38:51   18.5
examples (1)
35:14:27:44   21.5
exclusively (1)
16:14:02:38   14.5
explain (1)
22:14:10:43   21.5
explained (2)

22:14:10:45   22.5;
44:14:39:01   22.5
extensive (1)
29:14:19:55   20.5
extent (2)
29:14:18:52   25.5;
43:14:37:10   7.5
eye (1) 36:14:28:29   4.5

**F**

face (1) 47:14:41:55   8.5
fact (3) 8:13:51:41   4.5;
39:14:33:16   22.5;
42:14:36:03   10.5
fair (2) 14:13:59:20   6.5;
25:14:13:48   2.5
fairly (1) 22:14:10:13   10.5
fall (1) 17:14:03:49   10.5
Family (5) 6:13:49:52   12.5,
13:50:15   21.5,
13:50:03   17.5;
7:13:51:13   18.5;
10:13:55:14   24.5
far (6) 32:14:23:02   5.5;
36:14:28:49   11.5;
38:14:32:03   23.5;
39:14:32:12   2.5;
42:14:36:18   15.5;
43:14:38:09   24.5
father (2) 6:13:50:25   24.5,
13:49:58   14.5
feel (1) 46:14:40:38   9.5
feeling (2)
13:13:58:13   7.5;
43:14:37:20   13.5
felt (6) 24:14:12:44   11.5;
26:14:15:28   9.5;
46:14:41:09   20.5;
47:14:41:41   5.5,
14:41:37   4.5,
14:42:01   9.5
feminine (1)
35:14:27:34   18.5
few (1) 12:13:56:52   7.5
fiancee (1)
46:14:41:16   2.5
figure (1) 38:14:30:58   3.5
figures (2)
24:14:12:32   7.5,
14:12:37   8.5
finally (2)
16:14:03:08   24.5,
14:03:05   23.5;
18:14:04:59   6.5
find (1) 16:14:02:42   15.5
fine (1) 18:14:05:38   21.5
finger (1) 23:14:11:38   16.5
first (8) 4:12:48:32   1.5;
5:13:48:59   15.5;
8:13:52:26   18.5,
13:52:21   17.5;
11:13:55:22   2.5;

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

further (1)
    37:14:30:23   19.5
future (2) 33:14:25:32   24.5,
    14:25:23   22.5

**G**

GARD (2)
    44:14:38:31   5.5;
    48:14:43:31   10.5
gathering (2)
    35:14:26:58   5.5;
    43:14:37:10   7.5
gave (1) 44:14:38:51   18.5
general (2)
    11:13:55:56   11.5;
    16:14:01:48   25.5
generally (2)
    14:13:59:59   18.5;
    37:14:29:48   5.5
genuinely (1)
    42:14:36:29   21.5
Gerri (1) 13:13:57:55   1.5
gets (4) 19:14:06:49   22.5,
    14:06:46   21.5;
    40:14:33:29   2.5,
    14:33:29   2.5
get-together (1)
    9:13:54:04   22.5
girls (8) 12:13:57:49   24.5,
    13:57:49   23.5,
    13:56:50   6.5,
    13:56:43   3.5;
    13:13:57:58   2.5;
    34:14:25:46   6.5;
    36:14:29:06   16.5;
    37:14:30:08   13.5
given (2) 23:14:11:34   14.5;
    25:14:13:44   25.5
God (1) 21:14:08:36   4.5
good (7) 12:13:57:04   11.5;
    15:14:01:22   16.5,
    14:00:56   11.5,
    14:00:41   6.5;
    25:14:14:25   15.5;
    27:14:16:48   8.5;
    40:14:33:37   5.5
goody (1) 15:14:00:37   5.5
grades (1)
    12:13:57:18   17.5
graduate (1)
    6:13:49:26   25.5
graduated (3)
    5:13:49:18   23.5;
    6:13:49:31   2.5,
    13:49:28   1.5
great (3) 27:14:17:20   20.5;
    41:14:35:08   15.5;
    45:14:40:16   24.5
grew (4) 29:14:19:21   9.5;
    36:14:29:27   24.5;
    37:14:29:40   3.5,
    14:29:37   2.5

grounds (1)
    8:13:52:40   22.5
grow (1) 29:14:19:26   11.5
growing (1)
    33:14:24:20   2.5
grown (2) 27:14:16:28   1.5;
    41:14:34:37   6.5
grows (1) 29:14:18:58   2.5
guarantee (1)
    46:14:40:34   7.5
guess (7) 8:13:51:38   3.5;
    11:13:55:34   4.5;
    14:13:59:33   12.5;
    16:14:01:48   25.5;
    18:14:05:42   23.5;
    31:14:21:43   3.5;
    46:14:41:09   20.5
guided (1) 26:14:15:28   9.5
guy (7) 18:14:05:09   10.5;
    19:14:06:41   19.5;
    21:14:09:14   15.5,
    14:09:09   13.5;
    22:14:10:34   18.5;
    36:14:28:16   25.5,
    14:28:20   1.5
guys (14) 12:13:56:46   4.5;
    16:14:02:52   18.5,
    14:02:46   16.5;
    17:14:03:12   25.5,
    14:04:20   18.5,
    14:03:15   1.5;
    21:14:08:38   5.5,
    14:08:33   3.5;
    34:14:25:46   6.5;
    35:14:27:14   10.5;
    37:14:30:12   15.5;
    38:14:31:46   19.5,
    14:31:58   22.5;
    41:14:35:14   17.5

**H**

hair (1) 19:14:06:49   22.5
hand (2) 14:14:00:18   22.5;
    32:14:22:56   3.5
hands (2)
    14:14:00:21   23.5;
    15:14:00:27   1.5
hang (1) 27:14:16:46   7.5
happen (1)
    29:14:19:03   3.5
happened (6)
    17:14:04:20   18.5;
    23:14:11:00   3.5;
    25:14:14:49   23.5;
    29:14:19:28   12.5;
    31:14:22:14   12.5;
    47:14:42:10   16.5
happening (1)
    18:14:05:22   15.5
happy (2)
    11:13:56:19   18.5,
    13:55:56   11.5

hardly (1) 28:14:18:29   19.5
Harvest (8)
    6:13:50:01   16.5,
    13:49:52   12.5,
    13:49:40   5.5,
    13:50:15   21.5;
    7:13:51:13   18.5,
    13:50:39   5.5;
    10:13:55:14   24.5,
    13:55:14   24.5
hated (1) 21:14:08:43   7.5
head (3) 28:14:18:39   22.5,
    14:18:04   10.5,
    14:17:58   8.5
hear (3) 18:14:04:52   3.5;
    20:14:08:00   20.5;
    30:14:20:26   6.5
heard (9)
    17:14:03:12   25.5;
    30:14:20:36   9.5;
    31:14:21:58   7.5;
    41:14:34:23   1.5,
    14:34:23   1.5,
    14:35:21   20.5;
    45:14:39:38   9.5;
    48:14:42:49   25.5,
    14:43:18   7.5
help (1) 47:14:42:45   23.5
helped (1)
    10:13:54:57   18.5
herein (1) 4:12:48:32   1.5
herself (2)
    22:14:09:49   3.5;
    48:14:43:27   9.5
hi (1) 32:14:23:02   5.5
high (3) 37:14:30:37   23.5
Hill (1) 4:13:47:40   8.5
Hills (1) 9:13:53:11   7.5
hip (1) 34:14:26:25   19.5
hips (1) 34:14:26:25   19.5
hit (1) 28:14:17:49   6.5
hold (3) 14:14:00:21   23.5;
    15:14:00:27   1.5;
    40:14:33:48   9.5
holding (1)
    14:14:00:18   22.5
hood (1) 28:14:17:55   7.5
hope (2) 33:14:24:57   15.5;
    43:14:37:39   19.5
hospital (1)
    40:14:33:37   5.5
hot (1) 38:14:31:31   14.5
hours (1) 19:14:06:28   15.5
house (12) 8:13:52:37   21.5;
    9:13:52:57   3.5,
    13:53:05   5.5,
    13:53:08   6.5,
    13:52:54   2.5;
    10:13:55:01   19.5,
    16:14:03:00   21.5;
    25:14:13:56   5.5;
    28:14:17:34   1.5;
    39:14:33:22   24.5;

40:14:33:29   2.5;
47:14:42:25   19.5

**I**

idea (5) 9:13:53:16   8.5;
    21:14:08:36   4.5;
    31:14:22:14   12.5;
    41:14:35:12   16.5;
    42:14:36:05   11.5
identified (1)
    46:14:40:54   15.5
ill (1) 48:14:43:06   4.5
illegal (1) 34:14:26:38   23.5
impression (1)
    46:14:40:54   15.5
impressions (1)
    46:14:40:27   3.5
Indian (1) 9:13:53:11   7.5
indicated (3)
    8:13:51:51   7.5;
    19:14:06:07   7.5;
    27:14:17:24   22.5
influence (1)
    28:14:17:41   3.5
information (1)
    44:14:38:59   21.5
initially (1) 8:13:52:10   12.5
injuries (1)
    28:14:18:11   13.5
injury (2) 28:14:17:58   8.5;
    29:14:18:58   2.5
inside (1) 38:14:04:54   4.5
instance (1)
    4:13:48:03   17.5
intellectual (1)
    15:14:01:22   16.5
intense (1)
    33:14:24:56   14.5
intentionally (1)
    25:14:14:47   22.5
interaction (1)
    24:14:13:41   24.5;
    39:14:32:39   11.5
interactions (2)
    8:13:52:10   12.5;
    24:14:12:16   3.5
intercourse (1)
    20:14:07:35   12.5;
    22:14:09:49   3.5
interested (5)
    13:13:58:31   15.5,
    13:58:16   9.5;
    41:14:35:26   22.5,
    14:35:23   21.5;
    42:14:36:29   21.5
interesting (2)
    15:14:00:30   3.5;
    43:14:37:04   4.5
interfere (1)
    4:13:48:04   18.5
interview (3)
    32:14:23:43   17.5,

26:14:16:15   22.5;
29:14:19:33   14.5;
43:14:38:02   21.5
**five (2)** 28:14:18:04   10.5;
    29:14:19:33   14.5
**flew (2)** 28:14:18:01   9.5,
    14:18:01   9.5
**flight (1)** 18:14:05:35   20.5
**flirtation (1)**
    36:14:28:58   14.5
**flirtatious (9)**
    33:14:25:07   17.5;
    34:14:25:46   6.5,
    14:25:37   2.5,
    14:25:58   11.5,
    14:25:48   7.5;
    36:14:29:07   17.5,
    14:29:14   19.5,
    14:28:29   4.5;
    43:14:37:00   3.5
**flirtatiousness (1)**
    33:14:24:36   7.5
**flirty (1)** 46:14:41:01   18.5
**follow (3)** 38:14:30:50   1.5,
    14:30:46   25.5;
    44:14:38:46   17.5
**follows (1)** 4:12:48:32   2.5
**follow-up (1)**
    44:14:38:31   5.5
**found (3)**
    15:14:01:11   14.5;
    16:14:01:56   2.5;
    18:14:04:48   2.5
**freaked (1)**
    15:14:01:11   14.5
**freak-out (1)**
    16:14:01:51   1.5
**frequently (2)**
    22:14:10:13   10.5,
    14:10:18   11.5
**friend (2)** 24:14:13:12   17.5,
    14:13:12   17.5
**friendly (2)**
    24:14:13:10   16.5,
    14:12:40   10.5
**friends (10)** 9:13:53:51   17.5;
    19:14:06:31   16.5;
    20:14:07:16   6.5,
    14:07:27   10.5,
    14:07:16   6.5;
    24:14:13:35   22.5,
    14:12:39   9.5,
    14:13:10   16.5;
    30:14:20:31   7.5;
    38:14:31:48   20.5
**friend's (1)**
    28:14:17:34   1.5
**friendship (1)**
    15:14:00:52   10.5
**front (1)** 38:14:31:22   11.5
**full (1)** 30:14:20:04   25.5
**fun (2)** 25:14:14:20   13.5;
    45:14:39:24   1.5

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

```
14:23:36   14.5;
44:14:38:44   15.5
into (12) 12:13:57:40   21.5;
16:14:03:00   21.5;
18:14:05:38   21.5,
14:05:09   10.5,
14:05:08   9.5;
25:14:14:31   17.5,
14:14:42   20.5;
29:14:19:11   5.5;
37:14:29:40   3.5;
40:14:33:32   3.5;
42:14:36:33   22.5;
47:14:41:43   6.5
invited (1) 8:13:52:28   19.5
involved (1)
   11:13:55:50   9.5
irritated (1)
   23:14:10:55   1.5

                 J

jealousy (1)
   16:14:01:48   25.5
Jim (1) 36:14:28:20   1.5
Joe (12) 31:14:22:30   18.5,
   14:21:49   5.5,
   14:21:35   2.5;
   32:14:23:30   13.5,
   14:23:09   8.5;
   40:14:34:00   17.5;
   41:14:34:45   8.5,
   14:34:54   11.5;
   42:14:36:42   24.5;
   43:14:37:12   8.5;
   47:14:42:32   21.5,
   14:42:13   17.5
joking (1) 25:14:14:28   16.5
journals (2)
   29:14:19:14   6.5,
   14:19:08   4.5

                 K

keep (2) 20:14:08:00   20.5;
   31:14:22:20   14.5
keeping (1)
   29:14:19:14   6.5
kept (2) 29:14:19:08   4.5;
   30:14:20:46   12.5
kid (2) 29:14:19:26   11.5;
   47:14:41:34   3.5
kids (8) 30:14:20:33   8.5;
   31:14:21:35   2.5,
   34:14:26:36   22.5;
   35:14:27:23   14.5;
   40:14:34:10   20.5,
   14:34:02   18.5;
   42:14:36:33   22.5,
   14:36:27   20.5
Kim (4) 20:14:07:51   17.5,
   14:07:38   14.5,
   14:07:38   14.5;
```

```
21:14:08:50   9.5
kind (25) 11:13:56:29   22.5,
   13:56:26   21.5,
   13:55:34   4.5;
12:13:57:32   20.5,
   13:57:07   12.5;
   13:13:58:38   18.5,
   13:58:10   6.5,
   13:58:42   19.5;
   15:14:00:30   3.5,
   14:00:34   4.5;
   18:14:05:05   8.5;
   21:14:09:18   16.5;
   24:14:13:16   18.5;
   27:14:16:56   10.5,
   14:16:28   1.5;
   33:14:25:01   16.5,
   14:24:20   2.5,
   14:24:16   1.5;
   34:14:26:16   16.5;
   35:14:27:11   9.5;
   36:14:29:06   16.5,
   14:28:32   5.5;
   37:14:30:01   10.5,
   14:29:30   25.5;
   46:14:41:23   24.5
King (3) 4:13:47:39   7.5,
   13:47:38   6.5,25.5
kissing (2)
   14:14:00:07   21.5;
   15:14:00:28   2.5
knew (8) 5:13:48:55   12.5;
   8:13:51:33   2.5;
   11:13:56:29   22.5;
   21:14:08:36   4.5;
   32:14:23:16   11.5;
   33:14:24:23   3.5;
   38:14:31:22   11.5;
   40:14:33:54   14.5
knowing (1)
   39:14:32:41   12.5
knowledge (1)
   37:14:29:37   2.5

                 L

lack (1) 11:13:55:34   4.5
ladies (3) 26:14:15:20   7.5,
   14:15:16   6.5,
   14:15:20   7.5
laid (1) 28:14:18:24   18.5
lanes (1) 28:14:18:04   10.5
last (1) 14:13:59:27   10.5
lasted (1) 14:13:59:30   11.5
late (3) 17:14:04:01   13.5;
   41:14:35:04   14.5,
   14:35:04   14.5
later (6) 15:14:01:11   14.5;
   16:14:02:00   3.5,
   14:01:51   1.5;
   21:14:08:46   8.5;
   22:14:10:47   23.5;
   45:14:40:13   23.5
```

```
leader (1)
   26:14:15:51   16.5
leadership (1)
   13:13:58:07   5.5
leading (1)
   42:14:36:33   22.5
learn (2) 25:14:14:05   9.5;
   47:14:42:10   16.5
learned (2)
   27:14:16:33   2.5,
   14:16:28   1.5
least (3) 20:14:07:55   19.5;
   36:14:29:00   15.5;
   45:14:39:34   7.5
leave (1) 30:14:21:26   24.5
leaving (2)
   37:14:30:17   17.5;
   40:14:33:38   6.5
led (1) 39:14:33:10   18.5
left (2) 28:14:18:35   21.5,
   14:18:32   20.5
legs (2) 28:14:18:18   15.5,
   14:18:11   13.5
less (1) 35:14:27:28   16.5
life (8) 14:13:59:12   3.5,
   13:59:47   15.5;
   28:14:18:35   21.5;
   31:14:22:25   16.5;
   42:14:35:53   8.5,
   14:36:05   11.5,
   14:36:05   11.5,
   14:36:33   22.5
light (1) 28:14:17:49   6.5
little (16) 11:13:56:14   16.5,
   13:56:08   14.5;
   18:14:05:32   19.5;
   19:14:06:21   12.5;
   29:14:19:26   11.5;
   34:14:25:53   9.5;
   36:14:28:54   13.5,
   14:28:32   5.5;
   39:14:32:28   8.5,
   14:32:23   6.5;
   45:14:39:57   15.5,
   14:39:54   14.5;
   46:14:41:01   18.5;
   47:14:41:34   3.5,
   14:41:43   6.5,
   14:41:41   5.5
live (6) 4:13:47:39   7.5;
   9:13:53:21   11.5;
   10:13:55:05   21.5,
   13:54:16   2.5,
   13:54:27   8.5;
   20:14:07:51   17.5
lived (6) 9:13:53:11   7.5,
   13:53:05   5.5,
   13:53:28   12.5;
   10:13:54:36   11.5,
   13:55:08   22.5;
   19:14:06:31   16.5
living (2) 40:14:33:57   15.5;
   47:14:42:25   19.5
```

```
locked (1) 18:14:04:52   3.5
long (5) 5:13:49:14   21.5;
   14:13:59:27   10.5;
   22:14:10:00   7.5;
   27:14:16:40   5.5;
   29:14:19:28   12.5
longer (1)
   31:14:22:04   10.5
Lonny (3) 9:13:52:54   2.5;
   20:14:08:10   23.5;
   21:14:09:25   18.5
Lonny's (1)
   21:14:08:24   25.5
look (1) 15:14:01:45   24.5
looked (2)
   24:14:12:32   7.5;
   38:14:31:31   14.5
looking (1)
   47:14:42:01   9.5
Lord (1) 25:14:14:20   13.5
lording (1)
   24:14:13:19   19.5
lot (5) 11:13:55:50   9.5;
   15:14:01:28   18.5;
   33:14:24:46   10.5;
   34:14:26:00   12.5,
   14:25:37   2.5
lower (1) 28:14:18:18   15.5
lumping (1)
   34:14:25:56   10.5
Lynn (1) 13:13:57:55   1.5

                 M

major (1) 24:14:13:28   21.5
making (1)
   21:14:09:05   12.5
male (3) 26:14:15:02   3.5,
   14:15:36   12.5,
   14:15:33   11.5
man (2) 26:14:15:20   7.5;
   44:14:38:51   18.5
manner (1)
   38:14:31:28   13.5
many (1) 16:14:02:46   16.5
marriage (1)
   22:14:09:54   4.5
married (5)
   20:14:07:55   19.5;
   30:14:20:33   8.5;
   31:14:21:49   5.5;
   35:14:27:07   8.5;
   42:14:36:05   11.5
may (2) 17:14:03:59   12.5;
   20:14:08:10   23.5
maybe (7) 7:13:51:13   18.5;
   11:13:56:08   14.5;
   18:14:04:47   1.5;
   31:14:21:46   4.5;
   33:14:24:56   14.5;
   40:14:34:17   23.5;
   41:14:34:23   1.5
mean (67) 5:13:48:51   9.5;
```

```
9:13:54:02   21.5,
   13:53:43   15.5;
11:13:56:24   20.5,
   13:56:14   16.5,
   13:55:51   10.5;
13:13:58:27   14.5;
   14:13:58:58   25.5,
   13:59:47   15.5,
   13:59:46   14.5,
   13:59:37   13.5;
15:14:01:14   15.5,
   14:01:06   13.5,
   14:01:45   24.5;
16:14:02:34   13.5,
   14:02:11   8.5,
   14:02:03   5.5,
   14:02:00   4.5;
17:14:04:26   20.5;
18:14:05:46   24.5,
   14:05:40   22.5,
   14:05:26   17.5,
   14:04:56   5.5;
21:14:09:29   20.5;
22:14:10:13   10.5;
24:14:13:07   15.5,
   14:13:12   17.5,
   14:13:16   18.5,
   14:13:10   16.5,
   14:12:57   13.5,
   14:12:25   5.5;
25:14:14:47   22.5,
   14:13:48   2.5;
26:14:15:12   5.5;
29:14:19:08   4.5;
30:14:20:33   8.5;
31:14:22:47   24.5,
   14:21:43   3.5;
32:14:23:16   11.5,
   14:22:58   4.5;
33:14:25:12   20.5,
   14:24:30   5.5;
34:14:26:10   14.5;
35:14:27:28   16.5;
37:14:30:44   24.5,
   14:30:30   22.5,
   14:30:03   11.5,
   14:30:01   10.5;
38:14:31:07   6.5,
   14:31:13   8.5;
40:14:33:43   8.5;
41:14:35:17   19.5;
42:14:36:37   23.5,
   14:36:09   12.5;
43:14:38:09   24.5,
   14:37:34   17.5,
   14:37:05   5.5;
44:14:38:12   25.5;
45:14:40:13   23.5,
   14:39:36   8.5;
46:14:40:59   17.5,
   14:40:59   17.5;
47:14:41:26   25.5,
   14:41:30   1.5;
```

48:14:43:00    3.5,
14:43:00    3.5,
14:43:06    4.5
**meaning (1)**
35:14:27:34   18.5
**medications (1)**
4:13:48:03   17.5
**meet (4)** 5:13:48:59   15.5;
19:14:06:18   11.5;
31:14:22:30   18.5;
41:14:34:21   25.5
**meeting (1)**
40:14:33:43    8.5
**member (1)**
26:14:16:03   20.5
**memories (2)**
45:14:40:03   19.5,
14:40:10   22.5
**memory (4)**
41:14:35:04   14.5,
14:34:57   13.5,
14:35:08   15.5;
45:14:39:57   15.5
**men (1)** 35:14:27:41   20.5
**mental (1)**
29:14:19:59   21.5
**mentioned (1)**
44:14:38:34    7.5
**Mercedes-Benz (1)**
25:14:14:22   14.5
**Mesa (1)** 4:13:47:40    8.5
**messed (1)**
19:14:06:55   24.5
**messing (1)**
25:14:14:28   16.5
**met (4)** 8:13:51:53    8.5;
11:13:55:22    2.5;
36:14:29:16   20.5;
40:14:34:05   19.5
**mid (2)** 14:14:02:30   12.5;
17:14:04:12   16.5
**might (6)** 6:13:49:28    1.5;
7:13:51:18   19.5;
17:14:04:11   15.5,
14:04:06   14.5;
42:14:36:09   12.5;
43:14:37:23   14.5
**mile (1)** 10:13:54:54   17.5
**mind (5)** 26:14:15:40   13.5;
33:14:24:39    8.5,
14:24:16    1.5;
39:14:32:34   10.5;
46:14:40:31    5.5
**ministry (1)**
30:14:20:58   16.5
**minutes (1)**
37:14:30:17   17.5
**mistakes (2)**
48:14:44:05   18.5,
14:44:03   17.5
**mistrusted (1)**
17:14:03:29    4.5
**mistrustful (1)**

15:14:01:02   12.5
**mom (3)** 24:14:13:26   20.5,
14:12:49   12.5;
26:14:15:48   15.5
**monogamous (1)**
16:14:02:38   14.5
**months (3)**
12:13:57:13   15.5;
29:14:19:11    5.5,
14:19:11    5.5
**more (20)** 9:13:53:28   12.5;
12:13:57:40   21.5;
20:14:08:13   24.5;
24:14:12:57   13.5,
14:13:10   16.5,
14:12:40   10.5;
25:14:14:15   12.5;
33:14:24:56   14.5,
14:24:50   12.5,
14:24:46   10.5;
34:14:26:33   21.5,
14:25:53    9.5;
36:14:28:54   13.5,
14:28:52   12.5;
38:14:31:28   13.5,
14:31:25   12.5;
43:14:36:44   25.5,
14:36:52    1.5;
44:14:38:59   21.5;
46:14:41:01   18.5
**morning (2)**
28:14:17:38    2.5;
47:14:42:28   20.5
**most (6)** 5:13:48:55   12.5;
26:14:15:12    5.5;
34:14:25:40    4.5;
35:14:26:53    3.5;
38:14:31:02    4.5;
48:14:44:00   16.5
**mother (3)** 8:13:51:33    2.5;
24:14:12:25    5.5,
14:12:16    3.5
**mouth (1)** 43:14:37:08    6.5
**move (5)** 34:14:26:16   16.5;
40:14:33:32    3.5;
43:14:37:28   15.5;
47:14:41:26   25.5,
14:42:04   12.5
**moved (4)**
10:13:55:03   20.5;
31:14:21:58    7.5,
14:21:55    6.5,
14:21:55    6.5
**movies (1)**
14:13:59:05    2.5
**moving (1)**
39:14:33:13   20.5
**much (13)** 11:13:55:48    8.5;
14:13:59:52   16.5;
15:14:01:35   21.5;
18:14:05:12   11.5;
24:14:13:41   24.5,
14:13:26   20.5;

25:14:14:44   21.5;
30:14:20:55   15.5;
36:14:28:58   14.5;
38:14:31:22   11.5,
14:31:09    7.5;
41:14:34:56   12.5;
46:14:40:57   16.5
**multiple (3)**
21:14:09:05   12.5;
29:14:19:24   10.5,
14:19:03    3.5
**multitudes (1)**
16:14:02:42   11.5
**music (2)**
26:14:15:51   16.5;
30:14:20:58   16.5

## N

**naive (2)** 13:13:58:46   20.5;
17:14:03:36    6.5
**name (8)** 4:13:47:37    5.5;
5:13:48:55   12.5;
6:13:49:47   10.5,
13:49:47   10.5,
13:49:34    3.5;
13:13:58:00    3.5;
20:14:07:52   18.5;
21:14:08:43    7.5
**names (1)** 21:14:08:31    2.5
**necessarily (3)**
26:14:16:13   21.5,
14:15:45   14.5;
44:14:39:16   24.5
**negative (1)**
43:14:37:20   13.5
**neurocognitive (1)**
29:14:19:47   17.5
**new (1)** 23:14:11:22    9.5
**next (1)** 23:14:11:47   19.5
**nice (1)** 42:14:35:46    5.5
**nicely (1)** 40:14:33:26    1.5
**night (3)** 19:14:06:23   13.5;
23:14:11:11    6.5;
43:14:37:28   15.5
**nightie (1)** 18:14:05:05    8.5
**nine (1)** 29:14:19:41   16.5
**Nish (1)** 36:14:28:24    2.5
**noises (1)** 18:14:04:54    4.5
**none (1)** 26:14:14:55    1.5
**North (1)** 4:13:47:40    8.5
**notice (1)** 24:14:13:28   21.5
**nowhere (1)**
19:14:06:44   20.5

## O

**obviously (3)**
33:14:25:23   22.5;
38:14:31:38   16.5;
47:14:41:47    7.5
**occasion (1)**
19:14:06:11    8.5

**Ochoa (4)** 5:13:48:57   13.5;
7:13:51:08   14.5;
8:13:51:30    1.5,
13:51:26   25.5
**October (1)**
28:14:17:31   25.5
**off (8)** 18:14:05:23   16.5;
19:14:06:05    6.5;
23:14:11:37   15.5;
28:14:18:15   14.5;
35:14:27:20   12.5;
36:14:28:37    7.5;
46:14:41:16   22.5;
47:14:42:04   11.5
**office (2)** 32:14:23:52   23.5,
14:23:40   16.5
**officially (1)**
17:14:03:55   11.5
**old (5)** 5:13:49:06   17.5;
9:13:53:18    9.5;
12:13:57:08   13.5;
14:13:59:25    9.5;
47:14:41:43    6.5
**older (2)** 12:13:57:15   16.5;
25:14:14:31   17.5
**once (5)** 15:14:01:06   13.5;
20:14:08:13   24.5,
14:08:13   24.5;
22:14:10:13   10.5;
31:14:21:55    6.5
**one (20)** 7:13:50:37    4.5;
12:13:56:49    5.5,
13:56:42    2.5;
13:13:57:58    2.5;
15:14:00:56   11.5;
17:14:04:22   19.5,
14:04:22   19.5;
18:14:05:19   14.5;
19:14:06:23   13.5,
14:06:21   12.5;
20:14:07:48   15.5;
21:14:09:09   13.5,
14:08:38    5.5;
23:14:11:06    5.5;
29:14:18:58    2.5;
31:14:22:04   10.5;
32:14:22:56    3.5;
33:14:25:12   20.5;
41:14:34:31    4.5;
46:14:41:20   23.5
**ones (2)** 45:14:40:16   24.5,
14:40:13   23.5
**one-way (1)**
39:14:33:19   23.5
**only (1)** 8:13:52:19   16.5
**opinion (3)**
38:14:31:43   18.5,
14:31:41   17.5,
14:31:38   16.5
**oral (5)** 22:14:10:26   14.5,
14:10:23   13.5,
14:10:20   12.5,
14:10:05    8.5,

14:09:46    2.5
**oriented (1)**
26:14:15:40   13.5
**originally (2)**
6:13:49:37    4.5;
37:14:29:32    1.5
**others (1)** 26:14:15:55   17.5
**Otherwise (2)**
10:13:55:05   21.5;
24:14:13:26   20.5
**ours (1)** 20:14:07:16    6.5
**ourselves (1)**
37:14:30:44   24.5
**out (24)** 14:13:59:33   12.5;
15:14:01:14   15.5,
14:01:11   14.5;
16:14:02:55   19.5,
14:02:42   15.5,
14:02:03    5.5,
14:01:56    2.5;
17:14:04:40   24.5,
19:14:06:49   22.5,
14:06:46   21.5;
20:14:06:58   25.5;
21:14:09:14   15.5,
14:09:05   12.5;
23:14:10:52   25.5,
14:11:24   10.5;
27:14:16:48    8.5;
28:14:18:29   19.5;
30:14:21:26   24.5,
14:20:10    2.5;
33:14:24:36    7.5,
14:24:20    2.5;
39:14:32:50   14.5;
40:14:33:35    4.5,
14:33:26    1.5
**outgoing (2)**
11:13:55:37    5.5;
37:14:29:32    1.5
**outside (4)**
18:14:05:28   18.5;
35:14:26:47    1.5,
14:26:47    1.5;
37:14:30:30   22.5
**over (8)** 12:13:57:43   22.5;
17:14:03:43    8.5;
18:14:05:28   18.5;
21:14:08:46    8.5;
24:14:13:19   19.5;
29:14:19:28   12.5;
32:14:23:13    9.5;
48:14:43:54   13.5
**own (1)** 36:14:29:07   17.5

## P

**pants (1)** 21:14:09:18   16.5
**paralyzed (1)**
28:14:18:35   21.5
**parcel (2)**
10:13:54:41   12.5,
13:54:48   14.5

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

**parents (11)**
7:13:50:59  11.5;
9:13:53:46  16.5;
10:13:54:48  14.5;
24:14:13:37  23.5,
14:12:16  3.5;
27:14:17:20  20.5,
14:17:01  13.5;
30:14:20:26  6.5;
37:14:30:20  18.5;
40:14:33:50  11.5;
47:14:42:20  18.5
**parents' (5)**
9:13:52:54  2.5;
30:14:20:48  13.5;
40:14:33:35  4.5,
14:33:29  2.5;
47:14:42:25  19.5
**parsonage (3)**
8:13:52:42  23.5;
10:13:55:10  23.5,
13:55:08  22.5
**part (1)** 15:14:00:41  6.5
**particular (2)**
13:13:58:03  4.5;
30:14:21:10  19.5
**parties (6)** 9:13:52:49  1.5;
20:14:07:35  12.5,
14:07:18  7.5;
21:14:09:05  12.5;
35:14:26:45  25.5;
37:14:30:28  21.5
**party (5)** 8:13:52:42  23.5,
13:52:32  20.5,
13:52:32  20.5;
9:13:54:06  23.5;
35:14:26:58  5.5
**pastor (10)** 6:13:50:03  17.5,
13:50:01  16.5,
13:49:58  14.5;
7:13:51:21  20.5,
13:51:11  17.5,
13:50:32  1.5,
13:50:30  25.5;
10:13:55:10  23.5;
25:14:13:46  1.5;
31:14:22:09  11.5
**path (1)** 27:14:17:14  18.5
**paths (1)** 25:14:14:49  23.5
**pay (1)** 31:14:22:21  15.5
**people (15)**
9:13:53:46  16.5;
12:13:56:43  3.5;
16:14:02:42  15.5;
20:14:08:02  21.5,
14:07:14  5.5;
24:14:12:40  10.5,
14:12:27  6.5;
33:14:24:46  10.5;
34:14:26:10  14.5,
14:25:39  3.5;
35:14:26:53  3.5,
14:26:49  2.5;

36:14:29:07  17.5;
38:14:31:22  11.5;
45:14:39:42  10.5
**people's (1)**
46:14:40:24  1.5
**performed (2)**
22:14:10:23  13.5,
14:10:23  13.5
**perhaps (2)**
11:13:56:00  12.5;
46:14:41:09  20.5
**period (4)**
17:14:03:43  8.5;
22:14:10:00  7.5;
29:14:19:28  12.5;
39:14:32:41  12.5
**person (1)** 32:14:23:13  9.5
**perspective (2)**
11:13:56:07  13.5;
33:14:24:34  6.5
**persuasive (1)**
45:14:39:49  12.5
**Phoenix (1)**
31:14:22:01  8.5
**phone (1)** 32:14:23:13  9.5
**photography (1)**
25:14:14:42  20.5
**physical (1)**
29:14:19:55  20.5
**pickup (1)** 28:14:17:55  7.5
**pinching (4)**
12:13:56:55  8.5,
13:56:46  4.5,
13:56:43  3.5,
13:56:36  1.5
**place (6)** 5:13:49:11  20.5;
8:13:52:14  15.5;
30:14:21:10  19.5;
40:14:33:35  4.5,
14:33:32  3.5;
42:14:35:46  5.5
**places (3)** 8:13:52:28  19.5;
22:14:10:50  24.5;
48:14:44:00  16.5
**plan (1)** 11:13:56:29  22.5
**play (3)** 11:13:55:48  8.5,
13:55:46  7.5,
13:55:42  6.5
**played (4)**
30:14:20:55  15.5,
14:20:55  15.5,
14:20:50  14.5;
38:14:31:34  15.5
**playing (1)**
30:14:20:46  12.5
**please (1)** 4:12:48:32  4.5
**plus (2)** 28:14:18:01  9.5;
47:14:41:26  25.5
**point (10)** 7:13:51:23  21.5;
13:13:58:46  20.5;
20:14:07:00  1.5;
22:14:10:45  22.5,
14:09:59  6.5;

31:14:22:04  10.5;
33:14:25:20  21.5;
36:14:29:20  21.5;
41:14:34:47  9.5;
45:14:39:32  5.5
**police (2)**
32:14:23:48  20.5,
14:23:36  14.5
**pool (3)** 35:14:26:58  5.5,
14:26:58  5.5;
38:14:31:09  7.5
**porch (2)** 18:14:05:32  19.5,
14:05:32  19.5
**positive (3)**
18:14:05:22  15.5;
32:14:22:53  2.5;
43:14:37:14  9.5
**post-conviction (2)**
4:13:48:20  23.5;
5:13:48:33  4.5
**pretty (10)** 14:13:59:52  16.5;
17:14:03:24  3.5;
18:14:05:12  11.5;
22:14:10:44  21.5,
14:14:11  11.5;
26:14:15:36  12.5;
30:14:20:55  15.5;
45:14:40:03  19.5;
46:14:40:29  4.5;
48:14:42:53  2.5
**previous (1)**
10:13:55:10  23.5
**previously (1)**
44:14:38:36  8.5
**primarily (1)**
13:13:58:36  17.5
**primary (1)**
33:14:24:30  5.5
**probably (9)**
5:13:49:06  17.5;
13:13:58:54  23.5,
13:58:21  10.5;
14:13:59:22  8.5,
14:00:21  23.5;
16:14:02:17  9.5;
18:14:04:42  25.5;
29:14:19:33  14.5;
48:14:43:59  15.5
**problem (1)**
15:14:01:35  21.5
**problems (2)**
25:14:14:52  24.5;
45:14:39:57  15.5
**proceedings (2)**
4:13:48:20  23.5;
5:13:48:33  4.5
**process (2)**
29:14:20:03  24.5;
48:14:44:07  19.5
**prognosis (1)**
28:14:18:35  21.5
**program (1)**
29:14:19:47  17.5

**promise (1)**
23:14:11:37  15.5
**prompted (1)**
22:14:10:28  16.5
**property (3)**
10:13:54:20  3.5,
13:54:33  10.5,
13:54:27  8.5
**prosecutors (1)**
44:14:38:42  14.5
**prosecutor's (2)**
32:14:23:52  23.5,
14:23:40  16.5
**Psalm (6)** 6:13:49:55  13.5,
13:49:37  4.5,
13:50:15  21.5,
13:50:07  18.5,
7:13:51:18  19.5,
13:50:39  5.5
**psychological (1)**
29:14:19:59  21.5
**pulling (2)**
18:14:05:15  12.5;
19:14:06:55  24.5
**pulverized (1)**
28:14:18:18  15.5
**put (2)** 28:14:18:22  16.5;
43:14:37:08  6.5

**Q**

**quarter (1)**
10:13:54:54  17.5
**quit (2)** 31:14:22:09  11.5,
14:22:01  8.5
**quite (1)** 38:14:31:34  15.5

**R**

**raised (1)** 13:13:58:50  21.5
**reaction (1)**
48:14:42:49  25.5
**read (2)** 15:14:01:28  18.5;
48:14:43:52  12.5
**reading (1)**
15:14:01:25  17.5
**real (2)** 14:13:59:12  3.5;
34:14:26:23  18.5
**realized (1)**
27:14:17:14  18.5
**really (11)** 15:14:01:43  23.5,
14:01:34  20.5;
17:14:03:34  5.5;
20:14:08:00  20.5;
27:14:16:38  4.5;
28:14:18:45  24.5;
31:14:22:20  14.5;
33:14:25:10  18.5;
35:14:26:45  25.5;
38:14:31:07  6.5;
39:14:32:19  5.5
**reason (3)**
9:13:54:06  23.5;

43:14:37:35  18.5;
47:14:42:08  15.5
**rebuilding (2)**
7:13:50:56  10.5,
13:50:47  7.5
**recall (25)** 6:13:50:08  19.5;
9:13:53:18  9.5,
13:53:00  4.5;
20:14:08:10  23.5;
21:14:09:25  18.5;
24:14:12:09  2.5;
31:14:22:36  21.5,
14:21:31  1.5;
32:14:23:50  22.5,
14:23:44  19.5,
14:23:06  6.5;
33:14:23:55  25.5;
36:14:29:14  19.5,
14:28:49  11.5;
37:14:29:48  5.5;
38:14:31:58  22.5;
39:14:32:44  13.5,
14:32:16  3.5;
41:14:35:12  16.5;
42:14:36:37  23.5,
14:36:15  14.5,
14:35:48  6.5;
43:14:37:17  11.5,
14:36:55  2.5;
46:14:40:54  15.5
**recollection (7)**
8:13:52:19  16.5;
11:13:56:11  15.5;
33:14:25:29  23.5;
35:14:27:31  17.5;
40:14:34:13  21.5;
44:14:39:16  24.5,
14:39:13  23.5
**red (1)** 28:14:17:49  6.5
**refer (1)** 5:13:48:40  8.5
**rehabilitation (2)**
29:14:20:02  22.5,
14:19:47  17.5
**relating (1)** 4:13:48:20  23.5
**relationship (7)**
13:13:58:38  18.5,
13:58:31  15.5,
13:58:21  10.5;
22:14:10:31  17.5,
14:09:39  25.5;
43:14:37:12  8.5;
47:14:41:37  4.5
**relationships (1)**
26:14:15:16  6.5
**remained (1)**
27:14:17:20  20.5
**remember (19)**
12:13:56:42  2.5;
13:13:57:55  1.5;
21:14:09:33  22.5;
23:14:11:14  7.5;
30:14:21:12  20.5;
31:14:21:49  5.5;