State of Arizona vs.
Andriano

Shawn King
July 11, 2011

| | | | | |
|---|---|---|---|---|
| 32:14:22:53   2.5; | saw (7) 21:14:09:09   13.5, | 45:14:39:19   25.5; | 29:14:19:08   4.5 | sports (2) |
| 33:14:24:57   15.5; | 14:09:04   11.5, | 46:14:40:59   17.5 | sly (1) 12:13:57:07   12.5 | 14:13:58:58   25.5; |
| 37:14:30:08   13.5; | 14:08:26   1.5; | seems (2) | smacked (1) | 15:14:01:35   21.5 |
| 41:14:34:56   12.5, | 30:14:21:19   22.5; | 36:14:29:24   23.5, | 28:14:18:04   10.5 | sporty (1) 11:13:55:42   6.5 |
| 14:34:47   9.5; | 33:14:24:44   9.5; | 14:29:24   23.5 | smashed (2) | spry (1) 11:13:55:34   4.5 |
| 42:14:36:19   16.5, | 36:14:29:00   15.5; | set (2) 9:13:52:49   1.5; | 23:14:11:24   10.5; | stairs (1) 18:14:05:35   20.5 |
| 14:35:43   4.5, | 40:14:34:17   23.5 | 26:14:15:28   9.5 | 28:14:18:15   14.5 | stands (2) |
| 14:35:33   1.5; | saying (4) 6:13:50:18   22.5; | seven (2) | smiley (1) 36:14:28:26   3.5 | 33:14:24:36   7.5, |
| 43:14:37:35   18.5, | 21:14:09:04   11.5; | 26:14:16:19   23.5; | sold (1) 39:14:33:22   24.5 | 14:24:20   2.5 |
| 14:37:20   13.5, | 22:14:10:20   12.5; | 29:14:19:37   15.5 | somebody (1) | start (4) 17:14:04:11   15.5; |
| 14:37:18   12.5, | 41:14:35:26   22.5 | sex (6) 21:14:09:30   21.5, | 32:14:22:49   25.5 | 18:14:04:54   4.5; |
| 14:37:16   10.5; | scared (2) | 14:09:22   17.5; | somebody's (1) | 29:14:19:24   10.5; |
| 44:14:38:57   20.5 | 47:14:41:31   2.5, | 22:14:10:26   14.5, | 9:13:54:09   24.5 | 36:14:29:20   21.5 |
| remembering (2) | 14:41:26   25.5 | 14:10:23   13.5, | somehow (4) | started (10) 9:13:53:31   13.5; |
| 36:14:28:52   12.5; | school (28) 5:13:49:14   21.5, | 14:10:20   12.5, | 16:14:03:02   22.5; | 13:13:58:55   24.5; |
| 45:14:40:08   21.5 | 13:49:11   20.5; | 14:10:05   8.5 | 18:14:05:46   24.5; | 14:13:59:33   12.5; |
| rephrase (1) | 6:13:49:50   11.5, | sexual (2) | 22:14:10:43   21.5; | 17:14:03:59   12.5, |
| 4:13:47:53   14.5 | 13:49:44   7.5, | 20:14:07:31   11.5; | 41:14:34:29   3.5 | 14:03:55   11.5; |
| representing (1) | 13:49:43   6.5, | 21:14:09:36   24.5 | someone (1) | 25:14:14:38   19.5; |
| 5:13:48:30   3.5 | 13:49:34   3.5; | sexually (2) | 33:14:24:23   3.5 | 29:14:19:41   16.5, |
| rerouted (1) | 8:13:52:40   22.5, | 16:14:02:22   10.5; | Someplace (1) | 14:19:14   6.5; |
| 40:14:33:29   2.5 | 13:52:21   17.5, | 17:14:03:59   12.5 | 42:14:35:38   2.5 | 40:14:33:43   8.5; |
| resting (1) 19:14:05:50   1.5 | 13:52:14   15.5, | sexy (2) 15:14:01:45   24.5; | sometimes (2) | 45:14:39:38   9.5 |
| retrospect (1) | 13:52:13   13.5, | 34:14:26:18   17.5 | 8:13:51:44   5.5; | starting (1) 8:13:51:51   7.5 |
| 15:14:00:48   8.5 | 13:51:51   6.5; | shaking (1) | 35:14:26:56   4.5 | state (1) 4:12:48:32   4.5 |
| revealed (1) | 9:13:53:55   19.5; | 32:14:22:56   3.5 | somewhat (1) | stay (1) 30:14:20:13   3.5 |
| 38:14:30:58   3.5 | 10:13:54:20   3.5, | shared (1) 46:14:40:29   4.5 | 27:14:16:53   9.5 | stayed (1) |
| ride (1) 23:14:11:14   7.5 | 13:54:12   25.5; | Shawn (2) 4:13:47:38   6.5, | somewhere (3) | 19:14:06:26   14.5 |
| right (13) 5:13:48:51   9.5, | 12:13:57:26   19.5; | 25.5 | 6:13:50:20   23.5; | stepdad (1) |
| 13:48:40   7.5; | 14:14:00:00   19.5; | sheepishly (1) | 31:14:22:01   8.5; | 7:13:51:09   15.5 |
| 7:13:51:09   16.5; | 17:14:04:40   24.5, | 47:14:41:55   8.5 | 40:14:33:57   15.5 | stepfather (1) |
| 13:13:58:54   23.5; | 14:04:11   15.5; | shoulder (1) | songs (1) 25:14:14:15   12.5 | 24:14:12:20   4.5 |
| 26:14:16:02   19.5, | 34:14:26:40   24.5, | 34:14:26:12   15.5 | soon (1) 20:14:07:05   3.5 | sticks (1) 33:14:24:16   1.5 |
| 14:15:05   4.5; | 14:26:36   22.5; | show (1) 37:14:30:23   19.5 | sophisticated (1) | still (5) 7:13:50:34   3.5; |
| 28:14:18:39   22.5; | 35:14:26:49   2.5, | showing (1) | 46:14:41:05   19.5 | 14:13:59:37   13.5; |
| 38:14:31:46   19.5; | 14:26:47   1.5; | 22:14:10:50   24.5 | sorry (1) 47:14:42:04   11.5 | 26:14:16:03   20.5; |
| 39:14:32:11   1.5; | 37:14:30:37   23.5, | shows (2) | sort (7) 5:13:48:35   5.5; | 28:14:17:41   3.5; |
| 40:14:34:02   18.5; | 14:30:30   22.5, | 19:14:06:37   18.5, | 9:13:53:53   18.5; | 47:14:41:34   3.5 |
| 46:14:40:38   9.5, | 14:30:15   16.5, | 14:06:33   17.5 | 26:14:15:02   3.5, | stored (1) 40:14:33:32   3.5 |
| 14:40:34   7.5, | 14:30:03   11.5, | sic (1) 19:14:05:56   3.5 | 14:14:56   2.5; | strange (1) |
| 14:40:26   2.5 | 14:29:55   8.5, | sick (1) 41:14:34:45   8.5 | 27:14:16:58   12.5; | 45:14:39:19   25.5 |
| ring (1) 23:14:11:37   15.5 | 14:29:54   7.5 | side (3) 28:14:18:39   22.5, | 29:14:19:55   20.5; | street (2) 28:14:18:01   9.5, |
| rock (1) 23:14:11:26   11.5 | Scottsdale (1) | 14:18:39   22.5, | 44:14:38:44   15.5 | 14:17:45   5.5 |
| roll (1) 28:14:18:29   19.5 | 31:14:22:25   16.5 | 14:18:32   20.5 | sounded (1) | strip (1) 38:14:31:19   10.5 |
| romantic (1) | seat (1) 19:14:06:41   19.5 | sight (1) 32:14:23:22   12.5 | 41:14:34:34   5.5 | stuff (23) 11:13:55:46   7.5; |
| 13:13:58:38   18.5 | second (1) | significant (1) | specific (3) | 14:14:00:07   21.5; |
| rule (1) 11:13:55:56   11.5 | 21:14:08:38   5.5 | 21:14:08:04   22.5 | 5:13:49:04   16.5; | 15:14:01:28   18.5; |
| rules (2) 14:14:00:00   19.5; | seem (1) 12:13:57:32   20.5 | sing (1) 25:14:14:25   15.5 | 34:14:25:53   9.5; | 16:14:01:56   2.5; |
| 34:14:26:40   24.5 | seemed (16) | singing (1) | 44:14:39:16   24.5 | 18:14:05:26   17.5; |
| running (1) | 15:14:01:32   19.5, | 25:14:14:11   11.5 | specifics (1) | 20:14:07:21   8.5; |
| 18:14:05:09   10.5 | 14:00:46   7.5, | sister (1) 21:14:08:26   1.5 | 21:14:09:33   22.5 | 25:14:14:42   20.5, |
| | 14:00:34   4.5; | sit (2) 25:14:14:25   15.5; | spent (1) 43:14:38:02   21.5 | 14:14:28   16.5, |
| | 24:14:12:57   13.5, | 30:14:21:12   20.5 | spiritual (4) | 14:14:09   10.5, |
| **S** | 14:12:44   11.5; | site (1) 7:13:50:47   7.5 | 25:14:14:15   12.5; | 14:13:54   4.5; |
| | 30:14:20:41   11.5; | sitting (5) | 27:14:17:11   17.5, | 26:14:16:00   18.5; |
| same (7) 5:13:49:11   20.5; | 33:14:24:52   13.5, | 19:14:06:41   19.5; | 14:16:53   9.5, | 27:14:17:11   17.5, |
| 6:13:49:50   11.5, | 14:24:50   12.5; | 21:14:09:14   15.5, | 14:16:48   8.5 | 14:16:48   8.5; |
| 13:49:43   6.5; | 34:14:25:40   4.5; | 14:09:12   14.5, | spirituality (1) | 31:14:22:25   16.5; |
| 10:13:54:26   7.5, | 35:14:27:24   15.5; | 14:09:09   13.5; | 27:14:16:35   3.5 | 34:14:26:40   24.5, |
| 13:54:20   3.5; | 37:14:29:30   25.5; | 30:14:21:12   20.5 | split (1) 27:14:17:01   13.5 | 14:26:36   22.5, |
| 15:14:01:28   18.5; | 42:14:36:29   21.5; | situations (1) | spoke (1) 46:14:40:41   10.5 | 14:26:30   20.5; |
| 38:14:31:48   20.5 | 43:14:37:12   8.5, | 45:14:39:19   25.5 | sponsored (1) | 37:14:30:28   21.5; |
| Sarah (1) 21:14:08:26   1.5 | 14:36:52   1.5; | six (2) 12:13:57:13   15.5; | 9:13:53:53   18.5 | 38:14:31:09   7.5; |
| saving (1) 22:14:09:49   3.5 | | | | |

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

39:14:33:22   24.5,
  14:33:22   24.5;
40:14:33:29    2.5;
43:14:37:00    3.5
**suddenly (1)**
  19:14:06:49   22.5
**suit (1)** 38:14:31:17    9.5
**Sunday (3)**
  30:14:20:55   15.5;
  31:14:22:21   15.5;
  40:14:33:54   14.5
**supposed (2)**
  19:14:06:16   10.5;
  23:14:10:52   25.5
**sure (15)** 7:13:51:13   15.5;
  13:13:58:14    8.5;
  15:14:00:51    9.5;
  21:14:09:05   12.5;
  24:14:12:40   10.5;
  33:14:25:29   23.5;
  38:14:31:05    5.5;
  41:14:35:17   19.5,
  14:34:50   10.5;
  42:14:35:53    8.5,
  14:35:43    4.5;
  43:14:36:55    2.5;
  44:14:38:17    1.5;
  48:14:44:12   22.5,
  14:43:54   13.5
**surprised (1)**
  48:14:43:12    5.5
**swam (1)** 15:14:01:39   22.5
**sweetheart (1)**
  13:13:58:42   19.5
**swim (2)** 35:14:27:07    8.5,
  14:27:01    6.5
**swimming (1)**
  19:14:05:56    3.5
**sworn (1)** 4:12:48:32    1.5
**swum (2)** 19:14:05:59    4.5,
  14:05:56    3.5

**T**

**tainted (2)**
  33:14:25:29   23.5;
  38:14:31:41   17.5
**talk (7)** 23:14:12:03   24.5;
  30:14:21:23   23.5;
  31:14:21:29   25.5;
  32:14:23:30   13.5,
  14:23:07    7.5;
  34:14:26:06   13.5;
  44:14:38:42   14.5
**talked (11)**
  15:14:01:22   16.5;
  16:14:02:55   19.5;
  18:14:05:38   21.5;
  32:14:22:58    4.5;
  34:14:25:34   25.5;
  42:14:36:42   24.5,
  14:35:59    9.5,
  14:35:59    9.5,

  14:35:51    7.5,
  14:35:48    6.5;
  43:14:37:10    7.5
**talking (5)**
  14:13:59:19    5.5;
  19:14:06:33   17.5;
  32:14:23:50   22.5,
  14:23:44   19.5;
  38:14:32:06   24.5
**taught (2)** 22:14:09:54    4.5;
  35:14:27:34   18.5
**teachings (1)**
  26:14:15:55   17.5
**team (1)** 35:14:27:01    6.5
**teenage (2)**
  12:13:57:43   22.5;
  38:14:31:43   18.5
**teenager (1)**
  47:14:41:47    7.5
**television (1)**
  13:13:58:50   21.5
**telling (1)** 36:14:28:24    2.5
**tenure (1)**
  16:14:02:49   17.5
**terminally (1)**
  48:14:43:00    3.5
**terms (1)** 39:14:32:34   10.5
**terribly (1)**
  15:14:01:06   13.5
**testified (1)** 4:12:48:32    2.5
**testify (1)** 4:13:48:07   19.5
**theirs (2)** 27:14:17:18   19.5,
  14:16:35    3.5
**thinking (4)**
  13:13:57:58    2.5;
  18:14:05:38   21.5;
  43:14:37:35   18.5;
  45:14:39:38    9.5
**though (6)**
  5:13:48:53   11.5;
  7:13:51:26   24.5;
  12:13:57:01   10.5;
  15:14:01:06   13.5,
  14:00:26   25.5;
  31:14:22:20   14.5
**thought (12)**
  13:13:58:42   19.5;
  17:14:03:36    6.5,
  14:03:34    5.5;
  26:14:16:00   18.5,
  14:15:48   15.5;
  33:14:25:20   21.5;
  38:14:31:46   19.5;
  39:14:33:00   16.5;
  40:14:33:40    7.5;
  46:14:41:05   19.5,
  14:40:44   11.5;
  48:14:43:21    8.5
**three (3)** 22:14:10:47   23.5;
  29:14:19:11    5.5;
  39:14:33:16   22.5
**threw (1)** 23:14:11:38   16.5
**throw (1)** 34:14:26:25   19.5

**ticket (1)** 39:14:33:19   23.5
**ties (1)** 37:14:30:12   15.5
**tight (1)** 38:14:30:52    2.5
**times (3)** 16:14:02:55   19.5;
  29:14:19:03    3.5;
  34:14:26:30   20.5
**today (2)** 4:13:48:03   17.5;
  46:14:40:29    4.5
**together (2)**
  5:13:49:15   22.5;
  16:14:02:38   14.5;
  25:14:13:50    3.5;
  41:14:35:28   23.5
**told (10)** 20:14:07:27   10.5,
  14:07:18    7.5,
  14:07:14    5.5;
  21:14:09:27   19.5;
  23:14:11:26   11.5;
  27:14:17:18   19.5;
  29:14:19:17    7.5;
  44:14:38:59   21.5;
  45:14:39:31    4.5;
  47:14:42:32   21.5
**ton (1)** 18:14:04:59    6.5
**took (1)** 23:14:11:37   15.5
**top (2)** 13:13:58:10    6.5;
  37:14:30:10   14.5
**total (1)** 14:13:59:46   14.5
**totally (1)** 39:14:33:00   16.5
**touch (2)** 30:14:20:13    3.5;
  41:14:34:31    4.5
**touching (1)**
  34:14:26:06   13.5
**track (1)** 35:14:27:04    7.5
**transcript (1)**
  48:14:43:52   12.5
**trauma (1)**
  28:14:18:39   22.5
**traumatic (4)**
  28:14:18:11   13.5,
  14:18:09   12.5,
  14:17:58    8.5;
  29:14:18:55    1.5
**trouble (2)**
  12:13:56:52    7.5;
  45:14:40:08   21.5
**truck (1)** 19:14:06:37   18.5,
  14:06:12    9.5;
  22:14:10:38   19.5;
  28:14:17:49    6.5;
  40:14:33:24   25.5;
  44:14:38:56   19.5
**truthfully (1)**
  4:13:48:07   19.5
**try (3)** 4:13:47:53   14.5;
  12:13:57:01   10.5;
  36:14:28:58   14.5
**trying (6)** 12:13:56:33   25.5;
  13:13:57:52   25.5;
  21:14:09:43   23.5;
  35:14:28:11   24.5,
  14:27:50   22.5;

  43:14:37:05    5.5
**TV (2)** 13:13:58:55   24.5;
  14:13:58:58   25.5
**twice (2)** 20:14:07:55   19.5;
  22:14:10:18   11.5
**two (3)** 17:14:03:20    2.5;
  19:14:06:26   14.5;
  41:14:35:30   24.5
**two-piece (1)**
  38:14:31:13    8.5
**two-shoes (1)**
  15:14:00:37    5.5
**type (4)** 25:14:14:15   12.5;
  26:14:15:55   17.5;
  27:14:17:11   17.5;
  48:14:43:50   11.5

**U**

**unaware (1)**
  18:14:05:42   23.5
**unbutton (1)**
  37:14:30:23   19.5
**under (1)** 28:14:17:41    3.5
**underneath (3)**
  11:13:56:29   22.5,
  13:56:16   17.5,
  13:56:08   14.5
**underwear (1)**
  19:14:06:55   24.5
**uniform (1)**
  37:14:29:58    9.5
**uniforms (1)**
  37:14:29:55    8.5
**up (32)** 18:14:05:35   20.5,
  14:05:15   12.5,
  14:05:12   11.5,
  14:05:02    7.5;
  19:14:06:55   24.5,
  14:06:55   24.5,
  14:06:37   18.5,
  14:06:33   17.5;
  20:14:08:00   20.5,
  14:07:05    3.5;
  22:14:10:50   24.5,
  14:10:05    8.5;
  28:14:18:42   23.5,
  14:18:24   18.5,
  14:18:15   14.5;
  29:14:19:26   11.5,
  14:19:21    9.5,
  14:18:58    2.5;
  30:14:20:17    4.5;
  31:14:21:58    7.5;
  33:14:24:20    2.5;
  37:14:29:37    2.5;
  39:14:33:10   18.5;
  41:14:34:37    6.5,
  14:35:26   22.5,
  14:35:08   15.5,
  14:34:50   10.5;
  44:14:38:46   17.5;
  46:14:41:20   23.5;

  47:14:42:28   20.5,
  14:42:20   18.5;
  48:14:43:50   11.5
**use (2)** 35:14:27:36   19.5,
  14:27:28   16.5
**used (2)** 10:13:54:26    7.5;
  20:14:07:51   17.5
**usually (2)**
  9:13:53:43   15.5;
  38:14:30:52    2.5

**V**

**various (2)**
  8:13:52:28   19.5;
  27:14:16:28    1.5
**veered (1)**
  25:14:14:38   19.5
**vibe (1)** 46:14:41:09   20.5

**W**

**Wait (1)** 21:14:08:38    5.5
**waiting (1)**
  37:14:30:20   18.5
**walk (2)** 31:14:05:08    9.5;
  23:14:11:14    7.5
**walked (3)**
  16:14:03:00   21.5;
  23:14:11:11    6.5;
  28:14:17:45    5.5
**walking (1)**
  28:14:17:34    1.5
**walks (1)** 20:14:06:58   25.5
**watch (2)** 14:13:59:03    1.5,
  13:58:58   25.5
**watched (1)**
  14:13:58:58   25.5
**watching (2)**
  13:13:58:55   24.5;
  38:14:31:34   15.5
**way (6)** 21:14:08:31    2.5;
  33:14:24:46   10.5;
  34:14:26:16   16.5;
  38:14:31:48   20.5;
  42:14:36:24   18.5;
  45:14:39:49   12.5
**ways (1)** 27:14:16:28    1.5
**wear (2)** 37:14:30:10   14.5,
  14:29:58    9.5
**wearing (1)**
  38:14:31:31   14.5
**wedding (2)**
  31:14:22:47   24.5,
  14:22:42   23.5
**week (2)** 22:14:10:18   11.5;
  27:14:16:57   11.5
**weeks (1)**
  26:14:16:22   24.5
**Wendi (27)** 4:13:48:25   24.5;
  5:13:48:51    9.5,
  13:48:59   15.5,
  13:48:55   12.5;

State of Arizona vs.
Andriano

Shawn King
July 11, 2011

8:13:52:10  12.5,
13:51:53   8.5;
11:13:55:18   1.5;
17:14:04:17  17.5,
14:03:45   9.5;
20:14:07:31  11.5;
21:14:09:36  24.5,
14:08:53  10.5,
14:08:33   3.5;
22:14:10:05   8.5;
30:14:20:17   4.5;
33:14:24:16   1.5;
36:14:29:16  20.5;
37:14:29:50   6.5;
38:14:31:58  22.5;
39:14:33:10  18.5,
14:32:27   7.5;
40:14:34:00  17.5;
43:14:38:04  22.5;
44:14:38:59  21.5;
46:14:40:44  11.5,
14:40:29   4.5;
47:14:42:40  22.5
**Wendi's (4)**
7:13:50:59  11.5;
8:13:51:33   2.5;
23:14:11:02   4.5;
24:14:12:09   2.5
**what's (1)** 41:14:35:26  22.5
**wheelchair (1)**
28:14:18:32  20.5
**whenever (9)**
9:13:53:31  13.5;
11:13:55:46   7.5;
12:13:56:42   2.5;
14:13:59:33  12.5;
16:14:03:05  23.5,
14:02:03   5.5;
23:14:10:52  25.5,
14:11:53  21.5;
29:14:18:55   1.5
**whole (1)** 41:14:34:40   7.5
**wholesome (2)**
33:14:25:23  22.5,
14:25:20  21.5
**whose (1)**
41:14:35:12  16.5
**wife (1)** 8:13:51:30   1.5
**wiggling (1)**
36:14:28:32   5.5
**wiles (1)** 35:14:27:36  19.5
**windows (2)**
23:14:11:53  21.5,
14:11:24  10.5
**within (1)** 34:14:25:56  10.5
**witness (3)** 4:12:48:32   1.5;
48:14:44:10  21.5,
14:43:58  14.5
**woke (2)** 47:14:42:28  20.5,
14:42:20  18.5
**women (4)**
26:14:15:31  10.5,
14:15:24   8.5;

36:14:29:00  15.5,
14:28:52  12.5
**word (2)** 11:13:55:34   4.5;
19:14:05:59   4.5
**words (2)** 43:14:37:08   6.5;
45:14:39:42  10.5
**work (6)** 23:14:11:45  18.5;
25:14:13:58   6.5,
14:13:50   3.5;
27:14:16:38   4.5;
31:14:22:25  16.5;
35:14:28:11  24.5
**worked (2)**
25:14:14:02   8.5;
40:14:33:24  25.5
**working (2)**
25:14:13:50   3.5;
29:14:19:30  13.5
**works (1)** 27:14:16:40   5.5
**worldly (1)**
14:13:59:16   4.5
**worried (1)**
15:14:01:43  23.5
**wrote (1)** 35:14:27:20  12.5

## Y

**year (4)** 5:13:49:04  16.5;
17:14:04:12  16.5;
28:14:18:24  18.5,
14:18:24  18.5
**years (12)** 5:13:49:06  17.5;
8:13:52:26  18.5;
12:13:57:43  22.5;
14:13:59:25   9.5;
16:14:02:06   6.5;
21:14:08:46   8.5;
26:14:16:19  23.5;
29:14:19:41  16.5,
14:19:37  15.5,
14:19:33  14.5;
33:14:24:27   4.5;
47:14:41:43   6.5
**younger (1)**
36:14:29:10  18.5

```
 1  STATE OF ARIZONA    )
    COUNTY OF MARICOPA   )
 2        Be it known that the foregoing deposition was
 3  taken by me pursuant to stipulation of counsel; that I
 4  was then and there a Certified Court Reporter in the
 5  State of Arizona, and by virtue thereof authorized to
 6  administer an oath; that the witness before testifying
 7  was duly sworn by me to testify to the whole truth;
 8  deposition review and signature was waived; that the
 9  questions propounded by counsel and the answers of the
10  witness thereto were taken down by me in shorthand and
11  thereafter transcribed into typewriting under my
12  direction; that the foregoing pages are a full, true,
13  and accurate transcript of all the proceedings had
14  upon the taking of said deposition, all done to the
15  best of my skill and ability.
16        I FURTHER CERTIFY that I am in no way related
17  to nor employed by any parties hereto; nor am I in any
18  way interested in the outcome thereof.
19        Dated at Phoenix, Arizona, this   11th   day of
20  July                          , 2011.
21
22        Cindy Mahoney
          CINDY MAHONEY, RMR, No. 50680
23
24
25
```

# Exhibit 16

## DECLARATION OF BARRY LORTS

I, Barry Lorts, declare as follows:

1.      I am the brother of Calvin Lorts, who is the former pastor of 91st Psalm Christian School in Casa Grande, Arizona. I was born to Bill and Dion Lorts in Kansas City, Missouri. I have four brothers and sisters: Calvin, Lonnie, Vicki, and Colleen. I have two children of my own: Matthew and Vanessa Lorts.

2.      I lived in Higginsville, Missouri for most of my childhood. I moved from Higginsville to Casa Grande with my parents in 1969 when I was fifteen years old. My father was an electrical superintendent with a company that built restaurants, and he followed his work to Casa Grande. When he finished the projects there, we stayed because we preferred the warm weather. My sisters were already married and out of the house, and my brother, Calvin was in the Marines at this time. Lonnie also stayed behind in Missouri, so it was just my parents and I that went to Casa Grande.

3.      I attended Casa Grande Union High School beginning in my freshman year. This is where I first met Wendi's Andriano's father, Alejo Ochoa. Alejo became a close friend of mine. We hung out together, and we were druggies. We did our share of acid and smoked marijuana. We also drank alcohol. We didn't get into much trouble though, and nobody really messed with us. We weren't violent and I don't recall getting into any fights. We were the "longhairs."

4.      When we were in high school, Alejo's parents owned a tortilla factory called "Ochoa's Tortillas." Alejo's job was to deliver the tortillas to various grocery stores

Page 1 of 5

Initials

around Casa Grande, and I often went with him.  I knew Alejo's mother, she was real nice and liked to cook for us, but I never met his father.  I have no idea where his father was – Alejo didn't talk about him and I never asked.

5.     My brother, Calvin, served in Vietnam during his stint in the military. After he got out of the Marine Corps sometime in the early 1970s, he went to ministry school in Tulsa, Oklahoma.  When he completed ministry school, he went to a town called Mexico, Missouri and started a ~~Christian school~~ Church BC there.  When I graduated from high school, I went up to Mexico to work with him.  Calvin decided that he was going to go to Washington DC to start ~~another school~~ Church BC, and I told him that I would not go with him and that I was returning to Casa Grande.  Calvin then decided to also return to Casa Grande.

6.     In about 1978, Calvin founded a church and school in Casa Grande called 91st Psalm.  He was the pastor of the school and church.  The curriculum used at 91st Psalm was called Accelerated Christian Education, or ACE.  Learning was mostly independent and the students were taught by completing PACE booklets, which were ordered from ACE. Each booklet had a test in the back, and each classroom had a monitor. When a student completed a PACE booklet, he or she handed it to the monitor who graded it.  The monitors weren't really teachers, they were there mostly to keep order in the classroom and to grade the tests, but they also answered questions that the students had about their work.  I think that the monitors were all volunteers.  I do not believe that the school had any paid employees at that time.

Page 2 of 5



Initials

7.      The school had different rules and standards than a public school. For one, it was more godly based and the bible was a focal point of the student's studies. In addition, corporal punishment was a common method of discipline at 91st Psalm, something that would not go over well in a public school. As I understand it, my brother, Calvin, administered the punishment. I believe that he used a paddle, though I am not sure. As far as I know, they didn't linger about it, and the punishment was delivered soon after the transgression took place.

8.      Calvin started a satellite church in Phoenix, also called 91st Psalm, sometime in the early 80s. He traveled back and forth between the two schools in the beginning, in order to get the new one off the ground. I took over as pastor at the 91st Psalm in Phoenix. Sometime in the mid-80s, I lost my way. I took my eyes off what I should have been paying attention to. Let's just say I got distracted by a female member of the congregation, and I left the Church altogether.

9.      Calvin left the 91st Psalm church and school in Casa Grande to take over for me at the church and school in Phoenix when I quit. The school in Casa Grande was turned over to Pastor Tom King. When Tom King took over the church in Casa Grande, it was renamed Harvest Family Church, and the school was renamed Harvest Christian Academy. I knew Tom King from 91st Psalm and he seemed like a nice guy, but I remember that he made me uneasy. There was a difference in how we saw things; he was more dogmatic and assertive than I was. I could be easily silenced if I did disagree, so we never really had words over it. Tom King constantly quoted scripture – he was very letter-of-the-law and conservative. I was a lot more liberal, but I didn't feel

Page 3 of 5


Initials

that I knew enough to argue with him. Tom King's wife, Patricia King, also worked at the school and I remember that she was a really sweet lady. I heard that they lost one son, Brad, in a plane crash, and that another son, Shawn, was in a bad accident, which nearly killed him.

10.     My nieces, Kyre, Keather and Kaileen attended school at 91st Psalm and so did my children, Matthew and Vanessa. Kyre, Keather, and Kaileen are the daughters of my brother Calvin. Wendi also attended school there and she and Kyre were close friends. They are the same age. Kyre did not graduate from the school in Casa Grande, however. I believe that she graduated from the school in Phoenix.

11.     Wendi's parents, Donna and Alejo, worked at the 91st Psalm in Casa Grande. Alejo was the children's pastor and Donna worked in the office. They attended church every Sunday and the students seemed to like them. I lost contact with Donna and Alejo after I moved to Phoenix in the late 70s or early 80s. I have tried to call Alejo a few times since then, but he does not return my calls.

12.     Sometime after Wendi's arrest, probably about six or seven years ago, REDACTED REDACTED , confided in me that Alejo was sexually abusive to both Wendi and herself. REDACTED frequently spent the night at Wendi's home, and, according to REDACTED , Alejo molested her and Wendi on a regular basis. REDACTED did not go in to detail with me about the abuse and I didn't ask too many questions about it. She kept it quiet for a long time and as far as I know, I was the first person she told. She still had a lot of anger built up about it when she told me, and I think she just needed to get it off her chest. At that time, she was trying to work things out in her life and come to terms with it. I know that Kyre and


Initials

Wendi spent a lot of time with two other girls, <sup>REDACTED</sup> , so it
is possible that Alejo was molesting them as well. I was very surprised to hear that this
had happened. Alejo never seemed like that kind of person to me. I am under the
impression that it took place after I moved to Phoenix. I don't know if Donna was aware
of what was going on in her home, but I believe that this may be the reason that Alejo
does not return my calls. Maybe he is afraid of what I will do. Who knows what he
thinks?

13.     The last time I saw Wendi, she was twelve or thirteen years old. I
remember that she was a really sweet little girl. When I heard about what happened with
her husband I was very surprised. It shocked everybody that knew her. It definitely
seemed out of character and it is so sad.

14.     Until now, no one has ever contacted me about Wendi or my experiences
with 91st Psalm and Harvest. If I had been asked to testify on Wendi's behalf and to what
I have said in this declaration, I would have done so.

I have read the foregoing declaration consisting of five (5) pages and fourteen (14)
paragraphs and it has been read to me. I declare under penalty of perjury under the laws
of the state of Arizona and the United States of America that it is true and correct.
Signed this _19_ day of August 2010 at Maricopa County, Arizona.

Barry Lotts

Page 5 of 5

# Exhibit 17

**DECLARATION OF KELSEY LEON MCGUFFEE, JR.**

I, Kelsey Leon McGuffee, Jr., declare as follows:

1.      Most people call me "Lee." I was born to Kelsey Leon McGuffee, Sr. and Thelma Faye McGuffee on January 21, 1948 in Fittstown, Oklahoma. I have four younger sisters, who in birth order are: Alice, who was born on February 11, 1949; Charlotte, who was born on May 1, 1950; Bonnie, who now goes by "Deblen," who was born on November 9, 1951; and Debbie, who was born in about 1955. My family moved to Tucson Arizona when I was eight years old. I currently work for the Tucson Fire Department as an Emergency Vehicle Technician. My father passed away when I was twelve years old and a couple of years later, when I was about fourteen, my mother remarried to Burl Boyd "Buck" Robertson. Buck was the brother of Wendi's biological father, Shelby Wayne "Skip" Robertson. Buck later fathered a son, Wade, with my mother. Wade is my half-brother.

2.      I first met Wendi's mother, Donna, in about 1958, when I was ten years old and she was a year or two younger. She was friends with my sister Alice, and she was over at our house all the time because her dad was gone a lot. Donna and Alice were about the same age. They were inseparable. Donna frequently came over in the morning and had breakfast with our family, and then she hung around and spent the day with my sisters. Every once in a while, she had a slumber party with my sisters. She was in and out of the house, part of the gang. She was a like

Initials

another sister to me. I think her dad was in the Navy and I don't know much about her mom. Donna was sociable and outgoing. She was never in trouble or anything like that.

3.      Wendi's father, Skip Robertson, on the other hand, was always in trouble, the whole time I knew him. He and I were about the same age so we were in the same grade in school. ~~He~~ *I heard* He got into trouble for stealing, ditching school, and drinking. You name it, Skip was probably in trouble for it. Eventually, after Skip and his friends got caught stealing a vending machine from a filling station, Skip was forced by the court to choose between the Marine Corps and jail time. He chose the Marine Corps.

4.      After my mother married Buck, Buck moved into our house. Once he moved in, I never liked it at home. He was really overbearing and there was a lot of tension in the house. He criticized me non-stop. For example, when I was a kid, I liked to build model airplanes. I am a bit of a perfectionist so I would spend a lot of time on them, painting them and making them look nice. He always criticized me for this. He said things like, "Paint don't make it fly any better." That was the main reason that I later joined the Marines – to get out of there.

5.      Skip lived with us for about a year, up until the time he went into the military. We were about sixteen when he moved in. I shared a room with him, but I never liked him. We did not associate that much with each other, especially outside

Initials

of the house. He hung out with what we called the "hoodlums" and I hung around with what people would refer to today as "jocks," the athletic types. Skip did drugs and drank quite a bit. He and his buddies huffed gasoline. During the time he lived with us, I saw Skip and his pals take the cap off of a motorcycle tank and breathe in the fumes.

6.      Buck and Skip's other brothers, Glen, AV, Jerry Don, and Bud, also stayed with us quite a bit, from the time that Buck moved in with us until I moved out of my mother's house at the age of nineteen. It seemed that one of them was always there at any given time. They were truckers, or at least most of them were, and when they came to town they stayed on our couch. They were constantly in and out of the house. I did not like any of them. I was teased all the time by the whole blessed group of them. They teased me for being too "straight-laced." They said that I was not daring and did not take chances because I did not like hanging around with them and I did not get drunk or go to bars with them. They were all very arrogant and boastful, and they all drank a lot. I spent most of my time trying to avoid the lot of them. When we went on fishing trips, I went off to fish by myself. When we went camping, I did my own thing.

7.      The term that I often heard used to describe my stepfather, Buck Robertson, was "Banty Rooster." He was short, only about 5'5" and he tried to make up for it by being the "big man." When he was driving trucks, if he ran into a group

Initials

of people he knew at a truck stop restaurant, he'd buy everyone's meals even though he couldn't afford it. He always talked big and flirted with and came on to the waitresses. In fact, my mother met Buck while she was working as a waitress at the 84 truck stop café in Tucson.

8.   When my mother married Buck, Buck's mother was already dead and his father, Boyd, moved around constantly to live with all his kids. He stayed at our house quite a bit. He was a weird duck. He always talked strangely about women – he talked down about them. He said that they were playthings. One of the last times he stayed in our house my mother threw him out because he grabbed her butt.

9.   Boyd's attitude towards women was pretty much the standard with all the Robertson men. They were all older than me, Glen was the oldest next to Buck and was about fourteen years older, so he was about twenty-eight years old when my mother and Buck got married. Then Jerry, who was about nine years older than me, about twenty-three or so, then AV who was about seven years older than me, and was about twenty one, and Tommie Lee "Bud", who was about three or four years older and around seventeen or eighteen. I stopped going boating on the lake with them because all they talked about all the time was their conquests of women, by which they meant the women who they had had sex with. They described these "conquests" in graphic detail, even Buck who was married to my mom at the time.

Initials

They mostly talked about waitresses that they slept with while they were on the road, or prostitutes that they visited while on the road in Louisiana.

10.     From the time my mother married Buck, I was always uncomfortable at home. If I got into trouble, Buck grounded me for long stretches. Skip on the other hand, did what he pleased. He was treated like a guest in the house and Buck and my mother pretty much let him do whatever he wanted. One time he was thrown in jail in Nogales, on the other side of the border in Mexico. Buck went down there and got him and brought him back and nothing was ever really said about it.

11.     When I was about eighteen years old there was a huge problem at home with                              REDACTED                              There was a big blow up and Buck and my mom beat REDACTED severely. REDACTED reported it and took them to court and, as a result,            REDACTED            I saw REDACTED the day after this occurred and she had a black eye and bruises all over her cheeks. She also had bruises on her arms. She looked terrible. I am still not clear on what exactly caused the fight, but after            REDACTED            she stayed separate from our family for about fifteen years.

12.     Buck tried to beat me up on one occasion, when I was a senior in high school and about eighteen years old. I stayed out after curfew one day and was grounded for it. I kept going out even though I was not supposed to leave the house, and I kept getting grounded for longer and longer periods. Eventually, Buck told me

Page 5 of 8

Initials

that I was "too old to whoop," so he was going to take me outside to beat my ass. He smoked three packs of camel cigarettes a day, so I was able to hold him off until he got winded. He swung at me, but I held him at arm's distance until he got tired. My mom was there and saw the whole thing, but she never stood up for us when it came to Buck.

13.    When I was about nineteen years old, I joined the Marine Corps to escape the environment at my house. I served in Vietnam for thirteen months, and returned in 1969. When I got back, I learned          REDACTED          that our stepfather and his brothers, including Skip, were all child molesters.   At that point in time, I cut off most of my contact with the Robertsons. In fact, even today, I do not talk much to my mother and have not spoken with her in about a year.  Likewise, I do not care very much for my half brother, Wade, because he is too much like his father.

14.    According to          REDACTED          were all molested by the Robertsons.  I am not sure if REDACTED was or not.  I have never spoken to REDACTED or REDACTED about the molestation.  The sexual abuse would have occurred during the time that Donna spent a lot of time at our house, but I never discussed this with Donna. After          REDACTED

a          REDACTED

REDACTED    During that time, she confirmed what REDACTED had told me. She said

Page 6 of 8

Initials

that my stepfather and all his brothers molested her.  In fact, she told me that when REDACTED she reported the sexual abuse, but Buck said she was lying and my mom backed him up.  My mom always defended Buck.  I feel that it was really unfair that my mother and Buck got away with what they did to REDACTED

15.    I do not know exactly when the sexual abuse started, because I was not aware that it was happening at the time, but I was under the impression that it reached its peak while I was over in Vietnam.    REDACTED    both told me that my mom knew what was going on and that they had told her that it was happening.  My mom denied the whole thing.  She pretty much let Buck do what he pleased.  This sounds about right to me based on my own experiences with Buck and my mom, and knowing how they are.  Several times I tried to talk to my mother about Buck's behavior and how he treated me and she acted the same way, just ignoring everything he did.  On the inside, I think she believed it.  She knew what was going on, but vocally she denied it.

16.    Skip eventually went to prison for child molestation.  He was in for about seventeen years.

17.    I may have seen Skip once or twice after returning from Vietnam, but for the most part, I avoided him.  When I learned that Skip and Donna got married, I was very surprised.  Being that she spent so much time around REDACTED I thought that Donna probably knew that Skip was a child molester.

Page 7 of 8

Initials

18.     Since Donna was friends with <sup>REDACTED</sup> I still saw her from time to time
after we became adults.  Donna and<sup>REDACTED</sup> also hung around my first wife, Sharon.  I
saw Wendi a couple times when she was a child.  I think she was probably about
eight years old the last time I saw her.

19.     I still consider Donna a friend and we have communications from time
to time.  She has asked us to keep Wendi in our prayers, which we do.

20.     Until now, no one has come to speak to me about Wendi or my family
history.  If they had, I would have told them what I have said in this declaration.  I
would have answered whatever questions were asked.  If I had been asked to testify
on Wendi's behalf and to what I have said in this declaration, I would have done so.

I have read the foregoing declaration consisting of eight (8) pages and twenty (20)
paragraphs and it has been read to me.  I declare under penalty of perjury under the
laws of the state of Arizona and the United States of America that it is true and
correct.  Signed this ___ day of September 2011 at Pima County, Arizona.

Kelsey Leon McGuffee

Page 8 of 8

Initials

# Exhibit 18

## DECLARATION OF MARJORIE MICEK

I, Marjorie Micek, declare as follows:

1.      I am the maternal first cousin of Wendi Andriano.  I was born "Marjorie Bednorz" on July 24, 1973 in Jacksonville, Florida to Clark and Nadine Bednorz.  I have one brother, Clark Bednorz, Jr. who was born in 1971 in Asmara, Ethiopia.  My family moved to Victoria, Texas in 1979.  My mother, Nadine Ann Bednorz nee Zens is the half-sister of Wendi's mother, Donna Ochoa nee Worsham.  They have the same mother, Laverne Ann Tilley Zens Worsham.  In 1991, I married Jeffrey Micek.  Together, we have four children.  In birth order they are: Brett, who was born on November 20, 1991; Kayla, who was born on November 16, 1993; Tyler, who was born on March 13, 2002; and Logan who was born on June 23, 2010.  My mother died in December of 2008.  My father died in June of 2003.

2.      I did not have that much contact with Wendi growing up since we lived in different states.  I went out to Arizona a couple times with my family, and my brother, Clark, went out and stayed with Wendi, Donna and Alejo one time for a month or more. I always admired Wendi for her hard work and achievements in school.  Also, from what I heard about her through my family, it seemed that she never got into trouble and she never did anything wrong.  My mother always spoke very highly of her.  I looked up to Wendi even though she lived a thousand miles away.

Page 1 of 8

Initials

3.      My mom and I were very close, but while I was growing up she struggled with          REDACTED                    She was diagnosed with              REDACTED

REDACTED          When mom got mad, she flew into a rage. It was impossible to distract her from it; that's where all her focus was. That's all she could see in that moment. As she aged, my mother became a packrat.  She kept old newspapers and outdated magazines.  She had stacks of them all over her house and when I asked her why she did not toss them, she said that she was planning on reading them someday.  My dad was also a packrat and, later in life, their house was very cluttered.  He was a handyman, and when something broke, such as the food processor, he kept it, insisting that he was going to fix it.  He never did and it just sat around the house.  Their house was full of things like that, newspapers, magazines, and broken appliances.  After my dad passed, my mom and I went through their things.  My dad printed off and saved every email.  They kept all of Clark's and my school records.

4.      My brother, Clark, was always different.  He was diagnosed with   REDACTED
REDACTED                        but I think he must have had something else.  I suspect that he is              REDACTED             My son, Tyler, is           REDACTED
REDACTED                    Tyler, like, Clark, has some anger issues.  Clark never really had many friends growing up.  He was a hermit, but he tried to impress people with material items, like his racing cars.  He was always that way, but I think it got worse when he was in junior high and high school.  He did not have a good sense of socially appropriate behavior and often said things that other children and people found

Initials

offensive. Sometimes, so much so that they became aggressive with him. As kids, we just thought he was being obnoxious, but Clark just didn't communicate well with other people. He did not pick up on social cues.

5.     Looking back on it, I don't think Clark should have been in mainstream school.   He should have been in Special-Ed.   He was held back and repeated kindergarten.  He had such a hard time fitting in.  He was always trying to impress other kids.  He made weird noises, such as snorting like a pig.  He also had strange habits.  He grabbed locks of his hair and wrapped them around and around his finger for twenty or thirty minutes at a time.  This frustrated my parents, and eventually they buzzed his head. It was the only way to get him to stop.  He was also constantly trying to show off in front of other children.  Overall, he was an odd character.

6.     I do not think that Clark ever graduated from high school, but I think he got his GED.  He went up to Waco to attend Texas State Technical College (TSTC).  He got into trouble all the time up there, mostly for drinking, and eventually dropped out. Later, he went to Texas Vocational School, here in Victoria, for electronics.  He finished and opened a computer shop, which my mom and dad provided the funding for.  Clark married Johnda Harris in 1992 and they have two daughters together, Aireal and Allie. The marriage did not last long and Clark and Johnda divorced a few years after marrying.

7.     In the summer of 2002, my brother Clark was living in Austin, Texas.  My husband, Jeff, and our three children, and I drove up there to visit him.  My son, Tyler,

Page 3 of 8

Initials

was a baby at the time, and Kayla and Brett were eight and ten, respectively.  Clark had a semi-automatic rifle propped up against the wall by his front door.  I asked him if he could please move it, since my kids were in the house and he responded with something like, "What if the Middle-Eastern people come?"  He was paranoid and I think, delusional.  In November or December of 2002, Clark stopped going into work.  In January of 2003, he was real sick.  He had nodules in his legs and he was getting frequent nosebleeds.  I asked him why he didn't go to the doctor, and he told me that he never got his new insurance card from work.  That is how I found out that he had not been at work for some time.

8.   In the spring of 2003, Clark was        REDACTED              He was high somewhere, I believe on crack cocaine or methamphetamine, and someone called the police at the store he was in.  He was arrested, and when my dad bailed him out, he told my dad that he had seen little green Martians on the dashboard of his car.  He was completely paranoid and delusional by this time, and his teeth were rotting out of his head.  After that, he spent at least a month in        REDACTED           While he was there, his house was foreclosed on and my dad, my husband, Jeff, my kids, and I all drove up on Mother's Day weekend to clear his belongings from the house.  It was a disaster.  There was junk everywhere, a lot of it trash.  There were papers, computer parts, clothes, and towels all over the place.  I'm not sure what Clark was diagnosed with while REDACTED REDACTED  but I think it was       REDACTED       He was prescribed medication, but he refused to take it.  Clark got out of the hospital in June of 2003, and my dad passed away a few


Initials

weeks later. Clark was angry that he did not inherit my dad's truck, even though my parents had previously purchased a car for him.

9.     In 2004, my brother, Clark, tried to burn my mother's house down, but only succeeded in setting fire to her shed. The night prior, my mom came to my house to spend the night. She had heard someone trying to break in to her house and she was convinced that it was Clark. She was scared of him, and she did not want to be at home alone. He had come by the house on other occasions, wanting things, and she never knew when he was going to show up. He was physically much stronger than my mom and he had a really bad temper. On several occasions, he put holes in the wall with his fist. That night, my mother slept at my house. The next morning she went to her car to find that there was ketchup all down the side of it. Brett and Kayla went with her back to her house, and, as they were pulling up, they saw writing from Clark all over the garage. My mother went inside to take a shower, and Brett went outside and saw smoke coming from the shed. Brett tried to put the fire out, but the shed burnt down. Later, they found a threatening letter that Clark had written to my mother stuck to the front door. They hadn't seen it when they arrived because they went in through the garage. Clark was angry because my mom refused to give him money and she had recently thrown him out of the house. He was charged with arson and "terroristic threat," but I believe those charges were dropped. He was held in the Victoria County Jail for several months, possibly even a year, on other charges.

Page 5 of 8

Initials

10.    After Clark was released from the Victoria County Jail, he went by my mother's house. She gave him money for food and a bus ticket. That was the last time any of us saw him. About three or four years ago, a childhood friend of ours saw Clark somewhere in Victoria. Clark told him that he was working as a day laborer in Austin and staying in a motel. That was the last time I heard anything about him. I have no idea where Clark is now, but I think he is probably homeless. I do not even think that he knows that our mother passed away. I would like to know that he is okay, but I do not want him to know where I live because Clark is unpredictable. I do not think his REDACTED

REDACTED and so I fear for myself, for my home, and for my family.

11.    My mother moved to Arizona in 2006. She passed away, in Arizona, in December of 2008. Before her death, I had contact with Donna and her husband, Alejo, off and on. Since her death, I don't really talk to them anymore. Truth is, I was mad and resentful because I felt that they convinced my mom to move out to Arizona, where they live. About six weeks prior to my mother's death, they changed her will without my knowledge. I do not know what happened to my mom's money after she passed, but Donna insists that there was no money. I think that they took advantage of my mom. I was a little put out by all of that, and I tried to talk to them a couple of times, but they did not return my phone calls.

12.    Donna and Alejo are more interested in talking to my daughter, Kayla, than they are in talking to me. Kayla went to Arizona to visit my mom in 2007 and again in 2008. Kayla told me that when she was there, she spent most of her time with Alejo,

Page 6 of 8


Initials

and that they joked and played around a lot. Donna was usually at work. Ever since Kayla came back from Arizona, Alejo and Kayla have been in frequent contact. They send text messages back and forth. They also talk on facebook. I asked Kayla what she talks to Alejo about, and she told me that they talk about different things. For example, if she is having trouble with her boyfriend, she will talk to Alejo rather than me. It weirded me out a little at first. I got the sense that Alejo was trying to replace Wendi with my daughter. I was also worried that Donna and Alejo were trying to put things in Kayla's head, to turn her against me. But Kayla is seventeen years old now, and has matured significantly. She has a keen sense for filtering information.

13.     My son Brett and my daughter Kayla have both been diagnosed with REDACTED   My son Tyler is                    REDACTED                    He has a lot of anger problems. Brett was eleven years old when my dad passed away. They were very close and Brett was extremely affected by his grandfather's death. Even though he was only eleven years old, I was unable to get him to go to school. Eventually, I had to

REDACTED

REDACTED   Because I've had trouble dealing with Tyler's problems, and with my mom's passing, I currently   REDACTED

14.     My mother never said much about her biological father. He passed away when she was six or seven years old. All I can recall my mom telling me about her stepfather, Hank, was that he was a drunk, that he was in the navy and was her recruiter,

Page 7 of 8

Initials

and that my grandmother caught him "shacked up with a Mexican woman." That woman's name was "Virgie" and she is the mother of Donna's younger half-sister. My mother told me that my grandmother, Laverne Ann, never liked Alejo, because he was Mexican and Hank left my grandmother for a Mexican woman. My mother told me that every day, after work, she watched Hank walk right by their house and straight to the bar.

15.     Until now, no one has come to speak to me about Wendi or our shared family history. If they had, I would have told them what I have said in this declaration. I would have answered whatever questions were asked. If I had been asked to testify on Wendi's behalf and to what I have said in this declaration, I would have done so.

I have read the foregoing declaration consisting of eight (8) pages and fifteen (15) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this ___1___ day of August 2011 at Victoria County, Texas.

Marjorie Micek

Page 8 of 8

Initials

Exhibit 19

SUPERIOR COURT OF ARIZONA
COUNTY OF MARICOPA

State of Arizona,

                    Respondent,

  vs.

Wendi Elizabeth Andriano,

                    Petitioner.

)
)
)
)
)
)
)
)
)
)
)
)

No. CR2000-096032-A

**DECLARATION OF
JEFFREY B. MILLER**

(Assigned to the Hon. Douglas Rayes)

JEFFREY B. MILLER, declare as follows:

      1.     I am a practicing attorney in Arizona and one of the founding partners of Miller Weber Kory LLP. From the fall of 1998 through October 2000, I represented Joe and Wendi Andriano (the "Andrianos") in pursuing a malpractice claim against certain medical providers, alleging that those providers unreasonably failed to properly diagnose and treat Joe's cancer before it became terminal. I have personal knowledge of the matters stated herein.

      2.     The Andrianos and I spoke from the outset of my representation regarding the possibility that Joe's health could deteriorate and the malpractice claim might not be decided before his cancer took his life. I informed the Andrianos that if this

MADL_2747675.1

occurred, the claim would continue for the benefit of their family.  I also explained the concept of causation to the Andrianos, and informed them that if Joe died of something other than the cancer, they would not have a viable claim for damages.  The Andrianos told me that they understood and accepted these realities regarding their case.

3.      During the course of my representation, I spoke periodically with Joe and/or Wendi to request information, inquire as to Joe's health and any other concerns, and to update them regarding the status of my investigation of their claim.

4.      In the months prior to Joe's October 2000 death, I received two or three distressed phone calls from Wendi relating to her observations of Joe.  In each of these phone calls, Wendi stated that she was feeling very concerned and frightened for Joe.  Wendi said that she had perceived Joe becoming more depressed, and that he had recently expressed a desire to die and an intent to take his own life.  Wendi told me that she was worried that Joe would hurt himself, and asked me to speak with him regarding his mental state and recommend a counselor for Joe.  Wendi also asked me to remind Joe that, from a legal perspective, he would be hurting his family by committing suicide because the malpractice claim would be dismissed.

5.      I subsequently spoke with Joe regarding these concerns.  I told Joe that his family was concerned about his mental state and worried that he was contemplating suicide.  Joe acknowledged these concerns and did not deny that they were accurate.  Joe said he understood that the malpractice claim would not continue if he died from something other than cancer, and told me not to worry.  I recommended a counselor to Joe, but I do not know if Joe ultimately received treatment from that counselor.

2

MADI_2747675.1

6. After learning of Joe's death, I sent a letter to Wendi advising her that the malpractice case should be dismissed. A true and correct copy of that letter is attached as **EXHIBIT 1**.

7. I was called to testify on September 29, 2004 as a witness for the State in Wendi's murder trial. Given the facts I knew, I was surprised that the State sought to use my testimony in an effort to argue that Wendi killed Joe to somehow benefit from their malpractice claim; that simply could not have been the case, given that I had on multiple occasions explained to each of them that the malpractice claim would be dismissed if Joe died from something unrelated to the misdiagnosed cancer. I was also surprised because lawyers for both the State and Wendi had interviewed me prior to trial, and I had informed them of Wendi's concern that Joe was suicidal in the months before his death. Her concerns seemed inconsistent with the State's theory that Wendi had formed an intent to kill Joe months before his death.

8. During my testimony, Wendi's lawyer once attempted to ask me about my conversations with the Andrianos regarding Joe's mental state and Wendi's concerns. The State raised an objection, which was sustained, and Wendi's lawyer did not argue further or attempt to return to the subject. Had I been permitted to testify regarding those communications, I would have described them as set forth in this Declaration.

9. I declare under penalty of perjury that the foregoing is true and correct.

DATED this ____ day of July, 2011.

MADI_2747675.1

1

Jeffrey B. Miller

2

3

4

5

6

7

8

9

10

SUBSCRIBED AND SWORN TO before me this 28th day of July, 2011.

11

12

Notary Public

13

14

08|11|11

15

16

17

BARBARA A. DEMARCHI
Notary Public - Arizona
Maricopa County
Expires 08/11/2011

18

19

20

21

22

23

24

25

26

27

28

4

MADI_2747675.1

*Roush, McCracken, Guerrero & Miller*

*Attorneys at Law*
A Partnership of Professional Corporations

650 North Third Avenue
Phoenix, Arizona 85003
(602) 253-3554
FAX (602) 340-1896
rmg@rmglaw.com

PETER A. GUERRERO, P.C.
ROBERT D. MCCRACKEN, P.C.
CHARLES D. ROUSH, P.C.
JEFFREY B. MILLER, P.C.

*of counsel*
FRANK X. GORDON, JR.

October 10, 2000

**ATTORNEY/CLIENT PRIVILEGE MATERIAL**
**TO BE OPENED ONLY BY ADDRESSEE**

Wendi Andriano
1104 North Park
Casa Grande, Arizona 85222

            Re:  *Andriano Medical Malpractice Claim*

Dear Wendi:

        I received your message and have also seen some of the various media reports.  I am sorry.  I have no idea what happened or why, and it is probably best that we not discuss it in case any attorney hired to represent you with respect to criminal charges has any need to call me as a witness.  Everything which you, Joe and I discussed is protected by the attorney-client privilege unless and until such time as you waive it, but it is at least possible that your criminal defense attorney may find it advisable to waive that privilege if information about your civil litigation explains in any way what occurred.

        With respect to that civil litigation, as you know from our discussions when you were concerned about the possibility that Joe might attempt suicide, Joe's death from something other than cancer is a devastating blow to your case.  Under the current circumstances (regardless of the outcome of any criminal charges against you), I believe pursuing the case is not an option.  Any claim Joe had for his personal injuries was extinguished at his death, as was your derivative claim for loss of consortium.  While we knew that in the event Joe died from his cancer, there would be a wrongful death claim for you, the children, as well as Joe's parents, we were not yet to that point in time, and it would be incumbent upon us to prove that Joe's death resulted from the malpractice, which appears to be impossible.  Obviously, if there are facts of which I should be aware to evaluate the connection

October 10, 2000
Page 2

between his death and the malpractice, we may need to talk about those, but I know you are aware from our discussions of the difficulty of proving that connection when the cause of death is not cancer.

There is at least in theory an action which exists for Joe's Estate to recover medical bills incurred by the Estate for medical treatment which Joe would not have had to have, but for the negligence of the defendant doctors in failing to detect the cancer sooner. In looking at the medical treatment of which I am aware, it does not appear, however, that such bills are significant, given that Joe would have had to have medical treatment for his cancer whenever it was discovered that would likely not have been less expensive than what was incurred here after the cancer was discovered. I raise this issue because it is a claim which could conceivably be made by whoever is the personal representative of Joe's Estate. Under most circumstances, the likely personal representative would be you as having priority as the surviving spouse. You will know better than I whether such an appointment would likely be contested by anyone else under the circumstances. Further, if money was recovered by the Estate, it would be subject to the claims of those to whom the Estate also owes money (health care providers, persons who have loaned the family money to pay for bills, etc.). Thus, while this claim exists in theory, as a practical matter, it does not appear to be a claim worth pursuing, although you have more information in this regard that I do. No matter what, it is not a claim which our office has any desire to pursue on behalf of anyone, because it would appear that the proceeds would, at best, provide a very uncertain recovery on the vast amount of time and expenses necessary to prove that portion of the case.

There are a couple of ways of proceeding given the current circumstances, but they all, in my view, ultimately lead to the same place, which is dismissal of the current malpractice action. The first, and easiest, is for you simply to give me authority to dismiss the malpractice action in exchange for the defendant doctors agreeing not to seek costs or attorneys' fees against you or the Estate for having to defend the case thus far. This at least provides the Estate with some protection in exchange for the dismissal. While I could seek a dismissal "without prejudice" (which means that the case could be refiled by someone else later), I do not have a great deal of optimism that the defense attorneys will agree to it. Rather, I would anticipate that the defense attorneys would file motions for summary judgment which would have a significant chance for success in getting the case dismissed and

October 10, 2000
Page 3

that would still leave the Estate open to attorneys' fees and costs.

Should you wish to substitute other lawyers for us in the event that you disagree and wish to pursue this matter further, or if you wish to pursue the action for unpaid medical bills as a "survival action" (an action which survives Joe's death), the last option would be for our law firm to move to withdraw and substitute counsel.  If you disagree with the advice that is set forth in this letter, which is to dismiss the case in a manner which protects you from further claims against the Estate, then we will have to move to withdraw in any event, because we do not believe that pursuing the claim further makes financial or legal sense for either you or the law firm.

Our law firm has been a strong believer in this case and has supported that belief with thousands of dollars in costs and hundreds of hours in time.  We sincerely hoped to be able to go forward on behalf of you and Joe to a successful medical recovery.  Because I have no idea what happened, please do not misunderstand anything in this letter as being judgmental in any way.  Unfortunately, we simply have to face the fact that what has occurred, in our view, for all practical purposes makes pursuit of this claim unreasonable and unlikely to be successful.  I can only wish you and your family our condolences and our hopes under what must be incredibly difficult circumstances.

If you agree with the dismissal of this case with prejudice in exchange for an agreement not to seek fees or costs against you or the Estate, please sign a copy of this letter and return it to me at your earliest convenience.  If you disagree or wish to discuss any of the other options further, please call or write me or let me know how I can discuss them with you and I will be pleased to do so.

Very truly yours,

Jeffrey B. Miller

JBM.wkg

_____

Wendi Andriano
I hereby authorize dismissal of this case with prejudice.

# Exhibit 20

1

2

3

4

5

6

7

8

SUPERIOR COURT OF ARIZONA
COUNTY OF MARICOPA

9  State of Arizona,                          )
                                             )
10                              Respondent,   )   No. CR2000-096032-A
                                             )
11       vs.                                  )   **DECLARATION OF**
                                             )   **SHARON MURPHY**
12  Wendi Elizabeth Andriano,                 )
13                                            )   (Assigned to the Hon. Douglas Rayes)
                                             )
14                              Petitioner.   )
                                             )
15  _____      )

16

17  SHARON MURPHY, declare as follows:

18       1.      I am an assistant professor at the University of New Hampshire

19  Department of Social Work, where I have served on the faculty since 2004.  I previously

20  taught social work classes at Arizona State University, and testified as an expert witness

21
22  for the defense in the murder trial of Wendi Andriano.  I have personal knowledge of the

23  matters stated below.

24       2.      In 2002, I was asked to serve as a expert witness for the defense in

25  Wendi's case by defense attorney Dan Patterson.  My academic specialty is domestic

26
27  violence, and I was retained to assess whether and to what extent Wendi was a victim of

28  domestic violence by her late husband, Joe Andriano.  I was not asked to explore any

sources of abuse other than Joe Andriano, and the defense attorneys did not present me

with any evidence of other abuse, such as childhood abuse. Therefore, my assessment and

testimony was almost entirely limited to evaluating Wendi as a victim of spousal abuse.

       3.     I had previously testified as an expert on domestic violence, but

Wendi's case was and remains the only time I testified in a death-penalty case.

       4.     From the outset, I was uncomfortable with the defense counsel's

theory of the case—namely, the total focus on Wendi as a victim of spousal abuse. Wendi

was a victim of emotional and sexual abuse by her late husband—which often produces

more disproportionate and unpredictable responses by the victim than the responses of

those who are victimized by the stereotypical "wife-beating" spouse—but there was not a

documented history of more conventional physical violence by her late husband. In my

experience, jurors have difficulty comprehending the mindset of a domestic violence

victim, and even more so when the domestic violence is in the form of sexual and

emotional abuse by a spouse rather than more obvious physical abuse evidenced by

bruises, cuts, and trips to the emergency room. In our first meeting, I communicated these

concerns to Dan Patterson.

       5.     In my interviews with Wendi, she revealed certain information to me

that made me suspect that she had suffered childhood sexual abuse or other trauma. I did

not pursue this line of inquiry further with Wendi, because I recognized that it was an

emotionally charged area for her. Given Wendi's mental state at the time and my narrow

charge of evaluating her as a victim of spousal abuse, I did not believe it was appropriate

for me to probe into this subject more fully. I did, however, raise this issue with Dan

Patterson during a meeting with him and other members of the defense team and encouraged him to investigate further.

6.      I also met several times with Kandy Rohde, a certified counselor who met regularly with Wendi while Wendi was in pre-trial incarceration.  Ms. Rohde confirmed to me that Wendi likely suffered childhood trauma.

7.      I have some training and qualifications in mental illness and recognized from our interviews that Wendi was likely suffering from depression and/or post-traumatic stress disorder, but I told Dan Patterson that I did not feel comfortable testifying as an expert on these issues in a death penalty case.  I am aware that Kandy Rohde urged Dan Patterson before the trial to utilize a mental health expert in light of her observations of Wendi.

8.      Had defense counsel investigated the possibility of childhood trauma and sexual abuse and determined that such events occurred, it would have impacted my opinions and testimony regarding Wendi's relationship with her late husband.  The effects of sexual abuse and trauma upon a person tend to be cumulative in nature, weighing down a victim over time.  If the abuse by Wendi's late husband was a continuation of a much longer pattern of abuse by other men in Wendi's life since childhood, it likely would have made Wendi more susceptible to severe reactions or "lashing out" when subject to significant stress.  It also would have impaired her ability to react to such stressors in ways that non-victims would consider to be rational.

9. I had the opportunity to work with defense counsel prior to and during Wendi's trial, primarily Dan Patterson. I also attended portions of the trial and had the opportunity to observe the performance of both Dan Patterson and David DeLozier.

10. David DeLozier appeared to be unprepared and unfit for a case of this magnitude, a perception that was reinforced throughout the trial. I raised my concerns with Dan Patterson, who acknowledged them but stated, "I can't do this case by myself."

11. For his part, Dan Patterson appeared to be a far more experienced litigator, but he faded over the course of the trial. I knew that he had served as lead counsel in a very high profile death-penalty case immediately before turning his attention to Wendi's case, and he seemed to run out of steam as Wendi's trial wore on.

12. I remember reaching this conclusion following Dan Patterson's cross-examination of the State's expert, Michael Bayless. At Dan's request, I had reviewed the report of Dr. Bayless regarding his evaluation of Wendi as a victim of domestic violence. I believed that Dr. Bayless lacked the credentials to testify as an expert regarding domestic violence and noted numerous conclusions and methods that were unsupportable according to the standard practices in the field. I communicated these points to Dan and, at his request, prepared a lengthy list of topics and questions for cross-examination of Dr. Bayless. Dan's cross-examination ignored many of the key areas; from at least that point of the case forward, it appeared to me that he had given up or was too exhausted to thoroughly rebut the State's evidence.

13. I was especially struck by the superficiality and overall weakness of the mitigation case presented by the defense. From my interviews with Wendi, I knew her

to be a deep and multifaceted adult, who had suffered through significant hardship and stresses in her life.  The mitigation case the defense presented failed to portray Wendi as a complex person, and in particular failed to provide information about Wendi as an adult. The defense lawyers called very few mitigation witnesses, and most of the character witnesses did not even know Wendi as an adult; most were just acquaintances of her parents who knew Wendi was she was growing up.  I found the mitigation case as a whole to be cursory and shallow.

14.     Although I saw him at meetings, I did not work directly with mitigation specialist Scott Mac Leod in preparing the mitigation portion of the case.  At one point before the trial, the late Melissa Kupfenberg (another mitigation specialist in the Public Defender's Office, who was not assigned to the case) confided in me that she believed Scott Mac Leod lacked the necessary work ethic and experience to be responsible for mitigation in this capital case.  I recall a meeting at the Public Defender's Office in which Melissa volunteered to help with the mitigation investigation, but Dan Patterson declined her assistance.

15.     I declare under penalty of perjury that the foregoing declaration is true and correct.

DATED this 2nd day of September, 2011.

_Sharon Murphy_
Sharon Murphy

Exhibit 21

## DECLARATION OF BRENDA NAGORE

I, Brenda Nagore, declare as follows:

1.      I was born "Brenda Ward" on September 17, 1957 in Charleston, West Virginia.  I moved with my family to Tucson, Arizona when I was five years old, and I have lived there ever since.  I married Frank Nagore on September 18, 1976 in Tucson, Arizona, the day after my nineteenth birthday.  Together, we have three children, Colleen, Jennifer, and Jake.  Jake passed away in June of 1998.  Frank and I also adopted our granddaughter, Alexis, who is Jennifer's daughter.

2.      I first met Joe Andriano when he was approximately twenty-one years old. Frank and I spent a lot of time at Apache Lake, Arizona during that time, and Joe often hung out there with his friends.  I was about ten years older than Joe and his friends but we had a common interest in boating, and my husband and I developed a close relationship with Joe.  I never spent too much time talking to the other kids from Casa Grande, however.  After the first few times we saw Joe at the lake, we began making arrangements to be there on the same weekends he was.

3.      Joe and his friends liked to party.  At the lake, the guys all got drunk.  They reminisced about the same old things all the time.  They told wild stories about the dumb things they did – just typical drunken stories.  I remember that, at the campsite, the guys liked to mess around with fire.  I recall that on one occasion the guys tied one of Joe's friends to a tree and poured jet fuel in a ring around it.  Then they set the jet fuel on fire so that Joe's friend couldn't escape.  They were always pulling stupid pranks like that.  I

Initials

remember that no one wanted to camp anywhere near us or the Casa Grande kids because we were all so obnoxious.

4.      The guys also went in the boats together, and raced them after they had been drinking.  I never drank while at that lake because I acted as their babysitter.   I usually stayed sober and drove Joe's boat with the women in it, while Joe and the guys rode in Frank's boat.  A lot of the time, I spent the day at the campsite while the guys took the boats out on the lake and drank.  I remember cooking and cleaning a lot.  I stayed behind because I didn't want to be around a bunch of drunks.  Frank and Joe and the other guys all got drunk and went across the lake as fast as they could.  Depending on the boat, that could be anywhere from seventy to ninety miles per hour. Later, when my husband got more involved in professional boat races, he became concerned with safety and stopped doing things like that.  With the pro drag boats, there were always rescue boats alongside in case there was an accident, and I think he realized how dangerous speed boating could be.

5.      I remember a couple of occasions when there were accidents at the lake because the guys were screwing around.  I recall that on one occasion one of Joe's friends was on a Sea-Doo, and he kept weaving in front of Frank's boat.  Frank told him to stop because he had trouble seeing him, and eventually Frank hit the Sea-Doo.  I think that there was damage to it, but Joe's friend wasn't hurt.  He threatened to sue, but my husband just said, "Go ahead, it was your fault, and we've all been drinking."  Nothing ever came of that.

Initials

6.      I remember that when he was younger and before he was diagnosed with cancer, that Joe was a fun, nice guy. We loved him very much. Over the years we knew Joe, he had different girlfriends that he brought with him to the lake. I remember that he had one girlfriend, Shelly, for a long time. All I really remember about Joe and Shelly's relationship is that they fought all the time. They were constantly bickering and they broke up quite often. I never really connected with Shelly or any of the other girls that Joe brought to the lake, but I remember that the first time he brought Wendi to the lake, I said to my husband, Frank, "Joe is going to marry her." Frank said, "How do you know?" And I said, "I just do." Sure enough, they got engaged shortly thereafter.

7.      When Joe and Wendi got married, my husband and I went to the wedding. I was also invited to the baby shower for their son, Nicholas, but I don't think that I went. We were very close with Wendi and Joe. I remember that they also came to the high school graduation of our daughter, Colleen, in 1995 or 1996. Colleen and Joe were good friends, and Colleen got along with Wendi well too.

8.      Wendi was a real sweetheart. She was always very thoughtful and stood up for everyone. She never wanted to hurt anyone's feelings, and she always tried to minimize any conflict. I remember that she was always very good with my kids. She was, and I believe still is, a very good person.

9.      Joe and his friends had all known each other since grade school. They came from a farming community and they were all close to each other. I believe that Wendi had grown up going to a private, Christian school, so she wasn't around them



Initials

during that time.  Wendi never really fit in with Joe's friends because she was not like the other girls.  They were all little wild girls, and they never sat down and talked with me the way that Wendi did.  I don't want to say that they were trampy, exactly, but they were the kinds of girls that were always wearing little bikinis and falling down drunk.  Wendi was not like that.  She dressed very modestly.  I know she did not wear string bikinis or anything like that – I remember her wearing a one-piece most of the time.  She was a very innocent, naïve, and modest girl, and she just never fit in.  It was a very close knit, cliquish group, and a lot of the other girls had wanted Joe to marry his previous girlfriend, Shelly, who was a little blonde-headed girl that they had also known for a long time.  As a result, I think that, in the beginning, they didn't care too much for Wendi.

10.     I met many of Joe's friends.  As I recall, it was Joe's friends who were at the lake, and Wendi hung out with Joe's crowd.

11.     I remember that Wendi drank a little, but I never saw her falling down drunk or passed out.  She was very sweet and seemed very inexperienced in the kinds of activities that Joe and his friends were into like drinking and boating.  She drank a little, and when she did, became a giggly girl.  I think that Wendi was very naïve before she met Joe.

12.     In contrast, I saw Joe very drunk many, many times.  Around us, he was usually a fun drunk, but he did like to drink.  I never thought that he was an ugly or mean drunk, however.  In those days he was just young and wanted to have a good time.  He


Initials

always seemed to get drunker than my husband, Frank.  Frank could really hold his liquor though.

13.    Joe's friends were rich kids.  Their daddies bought them new trucks all the time and when they wanted a new boat, that was provided for them too.  They were spoiled to say the least.  I don't think that Joe was as spoiled as the rest of them.  I remember Joe saying that his father was really mean and that Joe and his father did not get along real well.  Joe said that his dad didn't give him anything, and his mom was not very loving.  He just wasn't close with his parents.  I remember that after Wendi and Joe had Nicholas, Wendi's parents always watched Nicholas when Joe and Wendi needed childcare because Joe's parents couldn't be bothered to do it.

14.    After Wendi and Joe had Nicholas, they occasionally brought him to the boat races.  Wendi was very excited to be a mom, and was an excellent mother.  She was a really loving, kind person.  Joe was a good father too, but he was a typical guy in that he thought it was a woman's job to take care of the baby.  Wendi was always the one watching their son, while Joe was free to party and piddle around with the boats.

15.    I recall that on one occasion we were at Saguaro Lake with Joe and Wendi.  There was some obnoxious guy there who threw a beer bottle and hit me in the head with it.  Joe and Frank were understandably angry, and they were going to beat him up, but Wendi talked them down from getting in a fight.  She was always doing things like that.


Initials

16.    I remember that Wendi often brought her little brother, Brandon, who I believe was actually her cousin, to the lake and to the boat races with us. She was very protective of Brandon, and even though he was her cousin, she always introduced him as her brother. I remember that he was always pretty quiet and did what she told him to do. She never seemed to mind taking him anywhere.

17.    Wendi's parents, Donna and Alejo, also came to the lake with Joe and Wendi sometimes. I remember that Wendi's dad had long dark hair and that he was very religious. I believe that he was a minister of some sort, but he wasn't the kind of guy who pushed it on you. He was just a very Christian man. I remember Wendi's mother as a very nice lady.

18.    When Joe got sick, before he knew it was cancer, he came down to Tucson to have tests done at the University of Arizona. I remember that he had a lump on his lymph nodes. When he came down for the tests, he usually stayed at our house with us.

19.    I recall that on one occasion, we loaned Joe and Wendi money when they were having financial problems. I think we gave them a couple thousand dollars. They paid it all back as soon as they could. They were very honest, good people. I also remember that Joe sometimes came down and helped my husband and I. We were contractors, and Joe helped me wire a few houses.

20.    In June of 1998, my son, Jake, committed suicide. I recall seeing Wendi and Joe at his funeral. We were in mourning for a long time, and other people didn't know how to deal with it. It's hard to know what to say to someone when they've lost


Initials

their child. As a result, we lost contact with most of our friends, including Wendi and Joe. We still spoke to them occasionally, but it was not a daily interaction like it once was.

21.     After our son's death, I heard through the grapevine that Joe and Wendi were having some marital problems. I was in my own little world at that time though, and I didn't really care about anyone else. It was hard to care about other people's problems after what we'd been through.

22.     I recall that, shortly after Joe's death, Frank and I received a call from someone in Casa Grande who said that Wendi had killed Joe. I don't remember who it was that called, but I remember that we were doing a contracting job at the time. We were wiring a house out on Tangerine Road in Tucson. I remember being very shocked. Frank and I were unable to continue working and we took the rest of the day off and cried. We prayed.

23.     Frank and I went to Joe's funeral. I recall that we saw Wendi's parents there and we spoke to them a little. Joe's friends were mad that we were talking to Wendi's parents. Joe's friends were very bitter towards Wendi and they were angry that Wendi's parents showed up at the funeral.

24.     My husband, Frank, still talks to some of Joe's friends occasionally. I don't think that they discuss Joe for the most part, but I do know that they occasionally mention him and say that they miss him.

25.     I know that many of Joe's friends were angry with Wendi. I didn't feel that way, however. I know that there must have been something going on that caused her to


Initials

do what she did, if she even did it at all.  Wendi may have made a mistake, but I'm not God, and I don't judge her.  It was a terrible tragedy for everyone involved.  After my son's death, I realized that you can't judge people based on one act.  I can't pretend to know what happened between Wendi and Joe, but I do know that I still have so much love and trust for Wendi that, to this day, I would let her move into my house and be around my granddaughter.

26.    I recall hearing from some of our friends that Joe had become a different person after he was diagnosed with cancer.  We knew people who'd seen him at the lake and they said that he just wasn't the same – that he was angry, mean, and violent.  I recall specifically that a friend of ours said that he saw Joe at the lakes just before Joe's death.  He said that Joe was changing from the cancer, he had become short tempered, and he was fighting with everyone around him.

27.    After Wendi's arrest, I called her mother, Donna a few times.  I usually got the machine, but sometimes I spoke to her.  I always felt so badly for her.  She lost her son-in-law, her daughter, and her grandkids all in one night.  I don't talk to Donna anymore. I don't think that she's doing too well, and she probably doesn't really want to talk to anyone.  She does send me a Christmas card every year though.

28.    I remember that one of the boats Joe had was a boat that we sold to him. He still had it when he died, and his parents inherited it.  After Joe's death, Joe's friend Brandon called to tell us that Joe's dad wanted to sell the boat.  Brandon called to see if

Initials

we wanted to buy it. He knew we would want it back because it was a rare kind of boat. Joe's dad sold the boat back to my husband about five years ago.

29.   I remember that just before Wendi's trial, I called someone who was helping to defend her. I think that I got the number from Wendi's mother, Donna, or from Wendi. It was a very short conversation, no more than ten minutes. I don't recall who it was, but they didn't really ask me any questions. I did all the talking. I told them that Wendi was a perfect friend and a perfect person. I told them that I would be glad to testify as a character witness at Wendi's trial, but I never heard from them again. I was really surprised that they didn't contact me, because I would have been a very positive witness for Wendi.

30.   After she was arrested, I began writing to Wendi and I sent her some money. I remember that, despite the fact that she was incarcerated, Wendi's letters were always very uplifting and optimistic. She always knew how to make me feel better and she helped me through some hard times. We corresponded for a while, but then, on March 21, 2009, my husband, Frank, got into a boating accident in Lake Elsinore, California. He was in the hospital in Loma Linda for several weeks, and we thought he might die. After the accident, he was paralyzed from the chest down. Now, however, he is paralyzed from the waist down and he is beginning to get feeling back in his legs. About a month after my husband's accident, I wrote to Wendi to tell her that I may not be corresponding with her for a while because of what happened with Frank. I have not been in contact with her since that time.

Initials

31.    Other than the very brief conversation I had with someone working on Wendi's behalf previously which I initiated, I have not been contacted in connection with Wendi's case.   If I had been asked to provide the information contained in this declaration, I would have done so.   I would have provided any information that was asked of me.   If I had been asked to testify on Wendi's behalf and to what I have said in this declaration, I would have done so.

I have read the foregoing declaration consisting of ten (10) pages and thirty-one (31) paragraphs and it has been read to me.   I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this ___9___ day of November 2010 at Pima County, Arizona.

Brenda Nagore

Initials

Exhibit 22

## DECLARATION OF FRANK NAGORE

I, Frank Nagore, declare as follows:

1.      I was born on June 25, 1955.  I married Brenda Ward on September 18, 1976.  Together, we have three children, Colleen, Jennifer, and Jake.  We also adopted our granddaughter, Alexis, who is the daughter of our daughter, Jennifer.

2.      I first met Joe Andriano at Apache Lake, Arizona in the early 1990s.  He was in his early twenties at the time and we hit it off real well.  I was quite a bit older than he was, but I can make friends with anyone, and we had a common interest, which was fast boats at the lake.  Joe was a real nice guy.  He was good and honest.  He and his friends liked to drink and hang around.  I met Joe and his friends up there once or twice and then we started planning trips to be at the lake on the same weekends.  They were a lot younger than me, but I guess I never grew up.  In addition to hanging out with Joe and his friends at the lake, they came down to parties in Tucson, and I went up to parties in Casa Grande.

3.      When I met Joe, he had a girlfriend named Shelly, but within a couple years, he was no longer dating Shelly and he met Wendi.  I remember Joe introducing us to Wendi when he brought her to the lake one time.  I absolutely loved her.  I just thought she was the absolute nicest, most genuine person in the world.  She was young, younger than Joe, and she was naïve.  She was just a sweet, sweet, little girl.

Initials

4.      Joe and Wendi got married and we went to the wedding. In time, they also had a child together. I remember that they were real good with their son, but it was the typical thing where the mom takes care of the kid and the dad does whatever he wants. I remember that their son was real little, and we all went to the races together. Wendi was a very good mother and she took great care of her son.

5.      Joe and I talked about everything. Our biggest interest, however, was in boats. We talked about boats all the time, and how to make them run better. Joe also helped me work on boats and helped me at the races. I recall that at one point Joe was also starting a glass business, and we talked about that some.

6.      At the lake, Joe and I and the other guys raced around together, drank beer, and went on water skis. He was a good, fun, guy, and, you know, when you're younger, anything goes. He was levelheaded most of the time, but sometimes he got into fights. I remember one time in specific, someone threw a beer at me and missed and it hit my wife. I started fighting the guy, and another guy jumped in so Joe jumped in to help. We were just typical, stupid guys when we were drinking.

7.      I remember Wendi drinking a little bit too, but I never ever saw her drink more than one or two drinks. She was younger than Joe and his friends. She was always levelheaded and reasonable, and she was the sensible person even with a lot of the other stuff that went on. Everyone really, really liked her - she was a real sweet girl. I always thought of Wendi as a daughter and that's the way I treated her. I treated her just like one of my own daughters.

Initials

8. I also remember that Wendi's little brother, Brandon, came to the races with us. Wendi brought him with her a lot. He seemed to be a typical, good little kid. He helped us wipe down the boats after the races and things like that, and he seemed to be really into it.

9. In 1998, two years before Joe died, our son, Jake, passed away. I remember that Wendi and Joe called from time to time to make sure that we were okay. They also came down to Tucson to check on us and to support us. They were always good friends like that.

10. After Joe got sick, we didn't see as much of Joe or Wendi, but occasionally I saw them at the lakes. I don't recall why we lost contact with them, but maybe it was because he was on chemotherapy. I remember that the chemotherapy made him really sick. I really don't remember much else about that time.

11. I recall that a friend of mine, Bob Dermer, told me that he saw Joe at the lake after he got sick. Bob told me that he could tell that Joe had become a really angry person. He said that the cancer and the chemo had changed him.

12. After Joe's death, one of Joe's friends called Brenda and I to tell us what happened. I remember that my reaction was one of disbelief. I really couldn't believe what I was hearing. It totally shocked me. Wendi was such a sweet, kind girl. She was so young. In the time that I knew her, I always watched out for her and made sure nothing bad happened to her. She was really like a daughter to me.

Initials

13.   I remember that at Joe's funeral, Joe's friends were pissed off that Wendi's family was there. I didn't really understand that. I said to them, "You're just going to be pissed off your whole life and you're never going to come to terms with Joe's death if you keep thinking that way."

14.   I do believe in the death penalty for the right people, but in this case I don't believe it's appropriate for Wendi. I remember that when I heard that they were seeking the death penalty, it pissed me off. I just don't think that the punishment is justifiable in Wendi's case. It would kill me if Wendi was executed. I still have contact with some of Joe's friends and they know how I feel but they don't agree with me. The way I look at it, if I was told, "We're gonna let her out but you're responsible for her," I would accept that responsibility. I would let her come and stay in my house. I would do it in a second, without hesitation. I would trust her completely in my house, with my kids, and with my grandkids. If she ever does go free, and she needs somewhere to live, she is welcome in my house. She is a genuine, good person, and, though I have no idea what happened between her and Joe that night, I know that Wendi is not an evil person. I think the world of Wendi.

15.   I recall that my wife, Brenda, approached someone who was involved with Wendi's case. I don't remember who it was or what time that was, but Brenda told that person that we were both willing to testify as character witnesses for Wendi. In fact, we wanted to do it. In spite of the fact that we reached out and offered to testify, we were never contacted again. It really surprised us. We would have been really positive

Page 4 of 6

Initials

witnesses for Wendi and it didn't seem right to us that we were not given the opportunity to testify on her behalf.

16.     From what I heard about Wendi's trial, it really didn't sound like she got a fair one. Brenda was in contact with Wendi's mom at that time and we heard things that way. I don't remember reading much about it in the paper or seeing anything on television – and I'm the kind of person who knows you can't believe all the things you read in the paper. There are so many times in life where you think you know something, or the way something happened, and you come to find out that you don't. I don't know what happened that night, but I know that Wendi is a wonderful person.

17.     I recall that Wendi had a few different attorneys in the beginning. I don't remember why they couldn't seem to hold onto one, but I remember wishing that we had money to give to her to get a good attorney the first time around. I know that that can make all the difference. I have been in trouble myself a couple times, for things related to drinking, nothing violent or anything like that, and I always represented myself because I didn't want to deal with a public defender. I also have a son-in-law who is a public defender and he tells me that they are loaded down with so much work that they can't possibly adequately represent all their clients.

18.     Since Joe's death and Wendi's arrest, I have sustained two brain injuries in boating accidents. As a result, my memory is not what it once was. If someone had come to talk to me sooner, I would have remembered more things and been able to provide more details.

Initials

19.     Until now, no one has come to talk to me about Wendi, Joe, or our experiences together.  If they had, I would have provided all the information that I have provided in this declaration.  I would have answered whatever questions were asked of me.  If I had been asked to testify on Wendi's behalf and to what I have said in this declaration, I would have done so.  In fact, if someone had come to talk to me sooner, I would have remembered more details.

I have read the foregoing declaration consisting of six (6) pages and nineteen (19) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this ___ day of November 2010 at Pima County, Arizona.

Frank Nagore

Initials

# Exhibit 23

### DECLARATION OF JASPER NEACE

I, Jasper Neace, declare as follows:

1.     My name is Jasper Neace.   I was born on February 10, 1967, in Portsmouth, Ohio.  I am the son of Ronnie Gordon Neace and Glenda Sue Neace.  I have eight siblings.   In birth order they are: Ronnie, me, Sherry, Michael, Holly, Rene, Amanda, Candy and Manuel.  My family moved to Casa Grande, Arizona, from Georgia in about 1979.  Prior to our arrival in Casa Grande, my family had moved back and forth from Georgia to Florida.  I have known Wendi Andriano since shortly after my family arrived in Casa Grande when I was about twelve years old. When I first met Wendi, she was a child and called by her maiden name, "Wendi Ochoa."

2.     I am a former student of the 91st Psalm Christian School and former member of the 91st Psalm Christian Church located in Casa Grande, Arizona.  During the time I was there, the name 91st Psalm Christian Church was changed to Harvest Family Church and the school became Harvest Christian Academy.  This change in name occurred when the church changed hands.  When I first began attending church there, Calvin "Cal" Lorts was the pastor.  When he left, a man named Tom King took over and renamed the church and school.  I became a member of the church and began attending school there at the time my family arrived in Casa Grande in about

Page 1 of 25

Initials

1979. I remained at the school for about six years until the end of 1985 or the beginning of 1986, at which time I was eighteen years old.

3.    I remember Wendi well as I saw her every day for years and years. I remember Wendi as the all-American girl. She was funny and cute. She was talkative, outgoing and smart. She was everything a guy would want. I never took an interest in her because she was too young for me. She was only twelve years old when I was fifteen. Wendi was in and out of all the groups and was accepted by everybody.

4.    Within a couple months of us moving there, my dad was gone. My mother kicked him out because the church convinced her that he was a sinner. The associated scripture was "A house divided against itself shall not stand."

5.    When my dad left, my family could not afford to remain in the house we were living in. At that time, we moved to the projects. At that time, my mother also started collecting welfare. I recall that every month, when she got her welfare check, we went to the grocery store. We had two shopping carts. We filled one cart with cheap food. The other cart was filled with high quality, healthier food. We bought the food from both carts with our welfare money. We kept the cheap food for ourselves, and gave the good food to Tom and Patricia King, the pastor at Harvest and his wife. I remember stopping by their house on the way home from the market and bringing the food up to their house. My mother did this every month. I asked her why she was doing that and she responded, "God will bless us." I still recall how bad that made me

Initials

feel. I guess, in another sense, I felt good about it. They had me okey-doked too, and I believed my mother when she said that God would bless us. But at the same time, I couldn't understand why Tom King accepted my mother's food. Never once did he refuse the food even though he knew we were poor and barely had enough for ourselves.

6.      I remember specifically that my mother would purchase three or four gallons of milk for Tom and Pat, and one for us. She poured half of our gallon of milk into an empty gallon container, and filled the remainder of both gallons with water and powdered milk. I also recall that the meat that she bought for Tom and Pat was of a higher quality than the meat she bought for us. They got rib eye steaks, and we got hamburger meat. Ours probably cost about a dollar a pound, while the meat we bought for them was ten dollars a pound. Still, we managed to get by. My mother was an amazing cook and she could make anything taste good.

7.      The idea behind my mother giving food to Tom King was the Bible instruction on tithing ten percent of what you have. Supposedly, if you do so, the Lord will return it to you one hundred fold. Church members signed a piece of paper stating how much they were committing to give. Regular collections were placed in a basket in the church during services. The contribution was in an envelope filled out with the person's name on it. The church kept a log and record of what each person gave. The church favored those that gave more. One of the biggest contributors was Martha England who donated ten to fifteen thousand dollars at a time. Another

Initials

church member, whose name I cannot recall, purchased a couple of buses for the school to use.

8.     Sometime in late 1982 or early 1983, I returned to Georgia with my family. My father had persuaded my mother to take him back. He promised to quit drinking. We remained in Georgia for about four or five months. We left because my father continued to drink, and we returned to Casa Grande. We snuck away while he was at work one day. At that time, my siblings and I returned to school at Harvest.

9.     As members of the congregation at Harvest, we were not permitted to associate with anyone who did not attend the church. Harvest was our whole world; we spent our days there, and then went home. The only recreational activities we were permitted were those put on by the church. For example, if I went to hang out with my neighbor buddy, and someone from the church found out, they reported to my mother that I was hanging out with "bad people." A "bad person" was anyone who did not subscribe to Tom King's way of thinking. Kids who did not attend our church and school were branded this way. They were called bad influences, and to spend time hanging out with them was to "tempt the Devil." We were told that they were ungodly and that we would become that way too if we spent our time with them. In this way, the church tried to control every aspect of our lives. It was not just limited to our behavior at the church and school, but any outside activities as well.

10.     I feel that I missed out on a lot as a child. I never watched "Mork and Mindy" or "Gilligan's Island." All television was forbidden. They called it the Devil's


Initials

box. We were only allowed to watch Christian movies, such as Ben Hur, and all other movies were also forbidden. I recall that I wanted to see Indiana Jones so bad, but I was not allowed. I was told that it was evil. We didn't watch or hear any news from the world outside, and I knew nothing of politics or world events. We were told that it was too much death and destruction. We were not permitted to eat sugar, and used honey for sweetener. We also were not permitted to eat white bread. I felt isolated and was cut off from how other children played and things they did. I lived in the projects and, though my mother tried, she couldn't always keep us away from all the neighbor kids. On the rare occasion that I was around kids not from the church, I remember hearing them talking about things, movies and television, and I couldn't participate in the conversation. I recall that my brother and I occasionally snuck off to the drive-in theatre. We cut a hole in the fence so we could watch movies that way. On those occasions, we told my mother that we were going to the park.

11.     I attended public schools until the sixth grade. After my family moved to Casa Grande I started attending 91st Psalm School. The church school was very different than the public schools. We were required to memorize and be able to recite fifteen verses from the King James Bible each month. The scripture assignment was given out at the beginning of the month and anytime during the month that a child was ready to recite, they could. If the end of the month came around and students still had not volunteered to recite the scripture assignment, they were called upon to do so. This was very difficult for my brother Michael. He is hearing impaired and as a result,



Initials

had poor pronunciation. Nevertheless, he was punished for not properly reciting the scripture assignment. Sometimes he lost recreation as punishment, and sometimes he was whooped.

12.    91st Psalm charged tuition for students to attend. In order to pay for the tuition for me and my brothers and sisters, I worked at the church and school until seven or eight in the evenings every night and on weekends to pay for our tuition. I did this for the entire six years I was there. Alejo Ochoa oversaw the work I did; for all intents and purposes, he was my boss. I was very dedicated to the church and school. The only sibling of mine who did not attend the school was my youngest brother, Manuel. We were all ousted from the church and school in 1985 or 1986, before Manuel entered school.

13.    As a result of working there and being around the school and church so much, I saw many things that went on both inside the classrooms, at the church, and after regular school and church hours. I never received actual payment in money for my work at the school and church. There was a written accounting that tracked how much I worked against the costs of my siblings to attend church and school. I know that we were charged for each Accelerated Christian Education ("ACE") booklet we used plus an amount for each semester that may have cost about $150 for each student.

14.    I think that the church and school were not so bad at the beginning when Calvin Lorts and his wife, Barb were there. Cal Lorts left 91st Psalm to take over


Initials

at a sister church, the 91st Psalm in Phoenix. His brother, Barry, was running the school up there before Cal left. After Cal went up to Phoenix to take over for Barry, Tom King rose to the position of head pastor and things went downhill. Initially, Cal traveled back and forth from Phoenix to Casa Grande and tried to remain at both schools. Tom King went behind his back and took over. Eventually, Cal didn't want to deal with it anymore, and he signed everything over to Tom. At that time, Tom changed the name to Harvest Family Church and the school became Harvest Christian Academy. The congregation dropped in number and the number of students at the school declined.

15.    Tom King's wife, Pat King, was a sweet lady who was devoted to Tom and right or wrong, she always had good things to say. She was jolly, played the piano and sang a lot. I felt sorry for her. Tom was hard on his two sons. One son, Shawn, who wound up dating Wendi, was run over in an automobile accident. The other, Brad, died in a plane crash. Their daughter, Amy, became a police officer. When Brad died, Tom King tried to raise him from the dead.

16.    Pat King was the head lady of the singing in the church and she played the piano during the church services. During the Sunday sermons by Tom, he liked to have attendees speak in tongues and then he interpreted what the person was saying. During these times, Pastor Tom would be preaching that the Lord is asking someone to speak and the piano would be going low in a real dramatic way. When a person



Initials

stood to speak, the piano stopped.  When the person stopped speaking in tongues, the piano started up again.  Pastor Tom then interpreted what they said as a message from God that he was able to decipher for the rest of us.  I ran the recording booth during the services.  I operated the lights so that they were dim during dramatic moments like when people came up for healings and I operated the microphones and tape decks to record the sermons.

17.     Pastor Tom also did healing by laying his hands on people.  After preaching for a while, Tom would say that Jesus had healing power.  I dimmed the lights and Tom asked that if anyone was sick, they should come up.  When they did, Tom laid his hands on them and prayed.  I never saw him make the blind see or the deaf hear.  It was always something inside, not something visible that was healed.  Both Tom and Calvin laid their hands on people to heal them.  I saw people pass out.  I thought they were faking it but Calvin really could make you believe anything.  He was charismatic.

18.     There were special sermons given at the church about marriage and for couples.  The sermons drew from the Old Testament and talked about how women were to be faithful to their husband and if they were not, they should be stoned because that was the greatest sin a woman could commit.  The man is the boss and the woman is his backbone.  If a woman is your wife then what the man says goes.  It

Initials

seems to me that all of the worst punishment in the adult realm was reserved for the women. The women were also the butt of any jokes that were made.

19.     The Sunday service usually lasted about two or two-and-a-half hours. There were some years when there were more people in the church and for a while there were two Sunday services, one at 7:30 am and another at 10:00 am. After the sermons every day I went in and cleaned. I swept the floor and wiped down the benches and got the place ready for the next service.

20.     During the years that Cal was the pastor, the sermons were shorter and more exciting. Tom's sermons tended to be long and drawn out and boring. Tom was a negative person, he preached damnation, but Cal was more positive and optimistic. Cal could make you feel good.

21.     School was held in one large rectangular room. There were tables around the perimeter of the room with dividers or partitions between each student to the right and to the left so that we faced the wall and could not see the students to our right or to our left. With the partition on either side, it created individual cubicles for each student. There were adults, "monitors" who we called teachers and from whom we could request assistance. If we needed help, we placed a small American flag in a hole in the wall above our table so that it hung down for the "teacher" to see. The teacher would then come over and help us with whatever we needed. The monitors or teachers were members of the church who volunteered at the school. A few of the


Initials

school monitors were my neighbor, Connie Carlin; Sherry West; Joyce Casey; and Barbara Lorts, Cal Lorts' wife. The monitors had set schedules. Some of the monitors didn't work a normal job because their husbands supported them. Those individuals came in to volunteer "teach" five days a week. Others both worked and volunteered at the school, so they only came in two or three days a week. I recall that Connie Carlin and Sherry West came in two or three days a week, while Joyce Casey and Barbara Lorts came in five days a week.

22.   Because the monitors were not teachers, they were often not able to help with the questions I had. Barbara Lorts was pretty smart and she was able to help sometimes. The only man who I recall being a monitor was Johnny Casey for a period of time. He was a college graduate and so he was also able to help.

23.   The school was very strict.   There were no professionally trained teachers with credentials and no formal group instruction except when we were instructed in the Bible, sewing, cooking, welding, physical education ("PE"), or photography. The remainder of our education was self-taught using ACE booklets. A typical school day started at seven thirty or eight in the morning. It varied over the years. We said the pledge of allegiance and then said our prayers for the day. After prayers, we worked at our cubicles for a couple of hours and then had a break for recess. After recess, we returned to our desks until lunch. There was no cafeteria and we brought lunch from home and ate outside. Unlike in the classroom, during recess and lunch we were able to hang out and talk with our schoolmates. After lunch, we

Initials

returned to our desks again. We had another break in the afternoon and then school concluded at three thirty.

24.    Alejo was the children's church pastor and youth pastor. He was the number one man behind the scenes. He was Tom King's right hand man, and also the janitor. Before Alejo, a man named Mikey Long was the children's church pastor for a time. He was a man who lived with Cal and Barbara when they were still in Casa Grande, before they moved to Phoenix.

25.    Formal Bible instruction took place about three times a week, but Bible teachings infiltrated nearly every subject we were taught in school. The Bible instruction took place in the children's church, which was separate from the adult church. Alejo or Johnny taught Bible instruction but usually it was Alejo. It was a lot like turning on a Christian channel on TV. He would start with scripture, read through it, and then give an explanation. There were different themes each week. One week, the class would be about anger, the next week, love, the next week, tithing, etc. It lasted approximately forty-five minutes to an hour. I recall that Alejo put most of his attention on the girls in the class. I remember feeling that he was more interested in them. I remember him licking his finger and touching their ears and acting real flirty. None of the guys liked Alejo; we all talked about it.

26.    During the time I attended school at Harvest, Mark and Nancy Keating came to work at the school. I believe they were actually real teachers. They were both college graduates and real athletic. Mark was into swimming and Nancy was also the

Initials

track coach.  They were real nice, but it seemed like they had problems with Tom King.  That was the impression I got from being around the office all the time.  They were real good with the students and they always acted real professional.  I never had one bad experience with either one of them.  I recall that at parent conferences they always spoke highly of me to my mother.  When they arrived, we began having more activities at school.  They started a track team, and some of us ran up to ten miles per day.  I think they were still there when I left at the end of 1985.

27.   In the church system how I was raised, just about anything I did or wanted to do in the outside world was a sin so it was very difficult to cope.  There were the standard kinds of sins, such as lying, stealing, and cheating.  But there were other things that were normal that were also referred to as sins.  Thinking negative thoughts was a sin.  Gossip was a sin.  Engaging in romantic relationships was a sin.  Talking badly about people was a sin.  I can still hear the words, "Sin is pleasure for a season but the end thereof is death."  Upon reflection, it seemed that as long as Pastor Tom was happy, we were all going to heaven.  But, if Tom was not happy for some reason or if he did not like you, anything you did was a sin.

28.   There are several main principles and guiding scriptures that were taught at the school and to which the school and church adhered.  One that sticks out for me referred to us children, "Beat them when they are young and when they are old, they won't depart from it."  Another was "Honor thy mother and thy father and


Initials

with long life will I satisfy thee." Corporal punishment was standard at Harvest. If there was one thing the adults enjoyed, it was beating the hell out of kids. That was the number one thing adults did at the school. Kids at school got whoopings for nearly everything; disobeying, not following orders, being unable or unwilling to memorize the scripture assignment, lying, cheating, and incomplete homework.

29.     Tom King encouraged our parents to spank us. He preached about it in sermons. I recall him saying, "Beat them while they're young and when they're old, they won't depart from it." When students were punished at the school, the monitor took them to an office and the beating was done in private. The students were beaten with paddles that had scriptures inscribed on them. When the kids were swatted, they bent over and touched the desk while they received the swats with the paddle. I think that it was pretty standard for a child to receive between three and five swats on their rear ends. I remember those paddles well and remember dusting them every day. After the kids were swatted, they returned to the main classroom. Everyone knew what happened. There were no opportunities to hide what had happened and we were not permitted to have any secrets. The kid came back in the classroom and you could see it on their face. Sometimes they were just red and embarrassed, sometimes they were crying.

30.     The church recommended that parents keep paddles in the home to hit their children with, and my mother ascribed to the church teachings that children

Initials

should be beaten. She used a paddle that I made out of a two-by-four. It was two feet long and was sanded down with scriptures written on it. When we were hit with it, we had to read both sides of the paddle that had scriptures about discipline and obeying. I never had a whooping until I was twelve years old after my mom began attending the 91st Psalm Church, and then I had one from her nearly every day until I was seventeen. I usually got about ten licks. I believe that my mother thought she was doing the right thing. She was brainwashed by the church's teachings, and she acknowledges that now. Every time I talk to her, she apologizes for what she put us through. I have to be careful not to bring up, because she cries and cries and feels so badly about it.

31.     I remember being in a welding class taught by Tom King. It was a class that we could take to earn extra credits. Tom owned some welding equipment and he taught us how to use it and how to operate heavy equipment. One day during class, I was sitting in the back of a pick up truck. Tom King and I exchanged words. I don't recall what we were arguing about, but I made him mad. He grabbed me out from the back of the pick-up truck, lifted me high above it and let me drop to the ground. He said, "There you go, how does that feel?" I hit the ground hard and it was gravel, so it scraped up my knees and the palms of my hands pretty bad. It caught me off guard and it hurt like hell. When I asked him why he did it, he responded, "You needed it."

32.     I recall another occasion when an adult at the school physically assaulted me. His name was Steve Justus. His wife, Cyndee Justus, was the sister of Patricia

Initials

King.  Steve and Cyndee helped run the teen church, and we were on a teen camping trip.  There was a kid who attended school at Harvest who was also on the trip.  His name was Jordan and I didn't really like him.  He wanted to trade watches with me, and I knew that his was watch was more expensive, so I agreed.  Before we traded, however, Jordan asked me if my watch was waterproof.  It said "water resistant" on it, so I told him it was.  We held our watches under water to make sure, and after a couple minutes, they were both still working, so we traded.  Later on in the day, the watch I gave to him quit working.  He wanted his old watch back, and I told him, "Too bad, a deal's a deal."  Steve heard us and he was angry.  He called me a "Georgia-used-car salesman."  He grabbed me and dragged me across the ground real hateful.  I pushed him and he punched me and beat me up a little.

33.    It seemed like Tom King and the monitors at Harvest singled out certain kids for more frequent and harder beatings.  Some kids really got it bad.  Alejo was particularly abusive to the children and to my brother Michael.  In addition to whooping the children during the school week, Alejo whooped the kids during Sunday school.  I didn't get swatted at school too much.  I think that I was such an asset to the church because I did so much work, that they kind of left me alone.  Maybe they suspected that I wouldn't put up with it.  My sister, Sherry, and my brother, Michael, were some of the hardest hit, both physically and mentally.  They were whooped about three times a week.

Initials

34.     I'm not sure why my sister and brother were abused so frequently.   I know they never really did their homework, and I think that was the catalyst for a lot of the beatings.   They were also easy targets.   Michael was mostly deaf.   He had a very difficult time memorizing and reciting the Bible versus and was punished heavily and beaten hard because of his disability.   Sherry, bless her heart, was kind of an ugly little girl.   I hate to say it, but she had big buckteeth and thin hair and she never really fit in with the other students.

35.     The church destroyed Sherry.   They picked on her, drove her real hard. When Sherry was about sixteen, she got a ride home from a churchgoer, and he raped her.   My family never would tell me who the man was, because they were afraid what I might do to him.   Later, Sherry turned to hard drugs to cope.   In addition to Sherry, my brother Michael was also raped by a Christian man, and also later did drugs.

36.     Although Wendi Ochoa was younger than me, we were in the same classroom together for years.   All of the students were together in one room for many years and we all saw each other every day.   Sometime before I left the school, the classroom was divided so that junior high and senior high-level students were in one room and the other children in another room.   Wendi and I were always in the same room together, and were around each other a lot.

37.     I was on the school and church grounds until late everyday working. Wendi was also there late because she had to wait until her father left to get a ride home.   We spent so much time there we practically lived there.   Wendi sometimes



Initials

helped clean up the church, but sometimes she just stayed there doing schoolwork or studying. She spent about 90% of her waking time at the church and school. While I don't recall Wendi getting beaten at the school, I remember her remarking about getting whoopings at home. I think that due to the fact that she lived with Alejo, most of her punishments were delivered after school, in her home.

38. I always had good feelings about Wendi's mother, Donna. She was a really sweet, kind person; a pretty woman; and generally well-liked. Wendi's father, Alejo was a different story. I frequently saw him flirting with women. I saw him flirt with another church member, Connie Carlin, in the little kitchen area of the school. I remember seeing him lick his finger and touch her ear with it.

39. Alejo acted very differently around his wife, Donna. I never saw him flirt with her the way he did with the other women or the young girls. Alejo and Donna's relationship appeared to be more professional than romantic.

40. On numerous occasions I heard many different young girls complain about being alone with Alejo, and another man who was a teacher at the school, Johnny Casey. Girls did not like being alone with either one of them. As I understand it, Alejo and Johnny touched the girls in PE class. It was all under the guise of aiding them in stretching and things like that, but the children were under the impression that it was just an excuse to touch them. I remember specifically that Samantha Nichols talked about not liking being alone with Alejo or with Johnny. Alejo and Johnny spent a lot of time together. It creeped out the girls that Alejo licked his finger and then


Initials

touched their ears with it.  I think that it was his way of being able to touch them somehow.

41.     I recall hearing that two members of the church, Connie and George Carlin, confronted Tom King about Alejo's behavior with one of their daughters, either Sara or Rachel.  Connie and George confronted Alejo about it but Tom King took Alejo's side and stood up for him.  Connie and George left the church and never came back.

42.     I also remember that Wendi told me that Alejo touched her in a sexual way.  I was about fourteen or fifteen years old when Wendi told me this, so she was eleven or twelve.  She was really upset and she was crying about it.  I recall being under the impression that Alejo wanted to have sex with her.  She told me things on several occasions that led me to believe that.  Often, they were just little remarks.  She said that her dad was disgusting.  She said that her dad licked her neck.  She said that her dad put his tongue on her and rubbed her upper leg.  Other times, my impressions were from facial expressions that she made.  She often screwed up her face in disgust when Alejo was nearby.  I got the impression that she was afraid to be alone with him, that she was scared of what he might do.  She was always real quiet when he was around, she didn't joke around like she normally did.  She immediately changed when he walked in the room.  I recall that she always crossed her legs and kept her dress pulled down as far as it would go.  She sat there real quiet, and you could just feel the

Initials

tension.  She never wanted to sit too close to him, and when she got in the car with him, I recall that she'd get in the back seat.  She never sat next to him in the front.  It seemed that no one had the guts to flat out tell on Alejo and what he was up to with her.  It was hard being a kid in that situation because the adults had all the power.

43.     I recall hearing, long after I was gone from the school and church, that Alejo was no longer a part of the church because of his sexual behavior with girls.  I heard that he abused a girl sexually.  This does not surprise me.

44.     In addition to being a teacher at the school for a time, Johnny Casey worked as the back-up pastor.  He did the sermons once in a while if Tom King wasn't around for some reason.  He was always okay with me, but the girls didn't like him. He always tried to get the girls alone.  I recall that a student, Samantha Nichols, told me that Johnny looked up her dress.  He wasn't as obvious about touching or flirting with young girls as Alejo was, but the girls complained about him.

45.     I also witnessed what I consider a lot of hypocrisy.  For example, when I worked at Kingdom Construction, the owners were two men who were members of the church.  However, one of them drank alcohol, which was strictly prohibited by the church.  When I cleaned out his truck, I found beer cans under his seat.  When I approached the other owner about it, I was told to "keep it to yourself and pray for him."

46.     As I got older, I obtained a second job at Basha's grocery, in addition to the job working to pay tuition for myself and my siblings at the school and church.  I


Initials

worked an entire summer and part of the school year and saved up enough money to buy a motorcycle. I also worked odd jobs for church families and for Kingdom Construction. However, when Tom King saw the motorcycle, he told me that I had to sell it and give the money to my mother for food. I refused. I felt that it was none of his business what I did with my money, and I think that it was hypocritical for him to say something like that to me. He probably knew that if I sold my motorcycle and gave my mother the money, he'd end up with his ten percent.

47.    During the time I was at the church and school, we did outreach to people in impoverished communities in Arizona. I recall going out on buses and being dropped off in public housing projects. Areas were mapped out and we each went with two or three people in a group going door to door. We knocked on doors, telling people where we were from and about any specific event that was going on. We were given candy to take to the kids in order to try and convince them to go to church. We had books and fliers to pass out. At first I was a little uncomfortable doing it, but I got real good at it. I probably convinced hundreds of people to come to the church.

48.    We also did charity works. We went to Mexico to towns about an hour or so past the border with busloads of clothing and canned food. When we went, we spent the day with children handing out clothes.

49.    Another community event was building a Christmas Nativity Scene in town every year. The scene would be in place for twelve days and church members

Page 20 of 25


Initials

played the parts of Jesus, Mary, Joseph and others. I helped build the nativity each year I was with the church.

50.    My family was ousted from the church in about 1985, all of them except for me. My mother met someone and wanted to get married. The man she wanted to marry was not a member of the church. She asked Tom King's permission to marry him. He said no. Tom King did not like the man my mom wanted to marry because he was not a member of the church. My mom married him anyway. As a result, she was kicked out. At the time, I was living at the house of Barbara Lorts' mother. I was taking care of it for her. I wasn't kicked out of school when the rest of my family was because I wasn't living at home with them. I recall showing up at church and my family wasn't there. I went by my mother's house and asked her why she wasn't in church and she explained to me that she had been kicked out. I had every intention of leaving too, but my mom asked me to stay. She wanted me to finish school there because I was so close to graduating.

51.    I was expelled from school at the age of seventeen or eighteen after Wendi brought the cover of a pornographic magazine to school and told me that it belonged to her father, Alejo Ochoa. She gave it to me and I put it in my locker, and then I told the pastor, Tom King, that I needed to talk to him about something important. My intention was to tell Tom King about the magazine. All the other kids were too afraid to say anything. I wanted Alejo to face the consequences for all the damage he was doing. I was angry about what I saw to be extreme hypocrisy. I was in



Initials

trouble for buying a motorcycle, and my mother got kicked out for getting married, but Alejo faced no consequences for his sexual behavior with children, for whooping on kids, and for looking at dirty magazines. Tom King called me into his office and asked me what I had to say. I told Tom King about the magazine, but Alejo was sitting right there in the office and he flatly denied it. Tom King said, "Are you sure you have the magazine? I'd like to see it." I said "Go to my locker, you'll find it." But when we went back to my locker to retrieve the magazine, it was gone. I still to this day have no idea what happened to it. I thought at the time that it was possible that Wendi took it out of my locker. She may have been afraid of what would happen if I showed it to Tom King. After it was discovered that the magazine was not in my locker, Tom and Alejo brought me back to the office. They looked so smug. I pointed my finger at Tom King, and I said to him, "I've always wanted to tell you this: Fuck you, Tom." I had intended on telling Tom King about Alejo's inappropriate behavior with Wendi, but I never got the opportunity. After I cussed at Tom, he told me he was going to call the cops. He started rattling off scriptures and he said that he was rebuking me in the name of Jesus and that he was turning me over to the devil. He said that I was an outcast and a liar and that I was evil just like my father. I tried to leave, but Tom King blocked one door and told Alejo to block the other. Tom King pinned me against the wall. I pulled my fist back to punch him and he said, "In the name of Jesus, you will not hit a man of God." I punched him in the chest as hard as I

Initials

could, and then I turned around and knocked Alejo down. I ran out the door and hopped on my motorcycle.

52.     After that incident, Tom King announced in a sermon that I was a demon and that no one was to talk to me. He told the congregation that they would perish in hell if they had anything to do with me.

53.     Shortly after we were ousted, my mother and siblings moved back to Georgia. I remained in Arizona and completed high school at another 91st Psalm School, the school in Phoenix that was run by Calvin Lorts, the former Pastor of 91st Psalm in Casa Grande. I stayed in Arizona because I was in love with a Christian girl from the school. Her name was Denise Miller. We dated for about two years. I stayed in the home of Calvin and Barbara Lorts and I attended Cal's church in Phoenix.

54.     Thinking back on my experience at 91st Psalm and Harvest, I realize that during the years I was growing up there, I was going through hell. The church made me think a certain way and it went so far it got to the point where it brainwashed me. In order to cope with all of the horrible things I went through at that church and school, I turned to drugs and alcohol, as I was becoming an adult. The teachings of the church had me convinced that I was a sinner and was going to hell; they crammed it down your throat day in and day out. I truly believed that I was going to hell. I turned to drugs to numb the pain and to forget about my impending fate in hell. I turned to drugs to break free. When I was eighteen, I went hog wild because I never



Initials

had a chance to experience anything.  My whole life had been about what I could not

do, I never heard anything about what I *could* do.

55.    I remember that on my eighteenth birthday, I got stoned and drank

beer.  A year later, I was doing cocaine and a year and a half after that, I was using

methamphetamine.  Drugs were my way out.  Drugs were my way out of thinking that

if I did not put Jesus first that I was going to hell.

56.    The problems and issues that stemmed from my drug abuse probably

weren't any better than those I had from being part of the Harvest church and school,

but at least I wasn't depressed.  They were my release.

57.    My sister Sherry went down the same path I did after we left the school.

She started doing drugs, and spent time in prison.  She smoked crack and marijuana

and did cocaine.  I believe that she, like me, turned to drugs in an attempt to cope with

her problems.  She has been clean now for a year and a half.  My brother Michael also

got caught up in drugs.  He recently signed a ten-year plea deal for possession charges.

58.    In 2001, I shot my first wife in the ~~foot~~ *Shoe*.  I came home and discovered a

man crawling out of the window.  Knowing my wife cheated on me caused me to

become enraged.  I became so enraged that I temporarily lost my mind.  At some

point, I blacked out, and though I don't remember what happened, I was told later

that I was quoting bible scriptures and that I was shooting a gun at my wife.  I told her

that she had committed the gravest of all sins.  I believe that the church environment



Initials

in which I was raised led to my losing my mind that way.  At school, we had been taught that the punishment for adultery was death.  We were taught about accounts of women being stoned to death for committing adultery.

59.     The life I lived there was so strange.  Coming out of it was very hard.  I remember watching television for five years trying to catch up on all that I missed.  I think that overall it all started with good intentions and went bad somehow.  It seems to me that Tom King destroyed so many lives with the way he did things and the way he got people to follow him and obey him.  In the end he wound up with nothing, just a burnt down building.  I have never even told my wife about the life I had there.  I have four children and I never considered sending them to a Christian School of any kind.  I do not want them in a church environment because I saw what could happen.

60.     Until now, no one has ever contacted me about Wendi or our experiences growing up together.  If I had been asked to testify on Wendi's behalf to what I have said in the declaration, I would have done so.

I have read the forgoing declaration consisting of twenty-five (25) pages and sixty (60) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that the foregoing is true and correct.  Signed this 7 day of June 2010 in Pima County, Arizona.

Jasper Neace

Initials

Exhibit 24

## DECLARATION OF ALEJO LORENZANA OCHOA

I, Alejo Lorenzana Ochoa, declare as follows:

1.     I am the adoptive father of Wendi Ochoa Andriano.  I have been married to Wendi's mother, Donna Worsham Ochoa, since June 1975, when Wendi was almost five years old.  I was born on August 1, 1952, in Torrance, California to Alejo Molina Ochoa and Natalia "Natalie" Lorenzana.  I have one sibling, a sister, Delia Rose Rascon Alvarez, who is about three years older than I am.  My wife, Donna, was born on September 20, 1949.

2.     Donna and I also legally adopted Donna's half-sister Kathie's son, Brandon, when he was about two-and-a-half years old.  When Brandon came to live with us, the people from foster care dropped him off with us at a café while we were vacationing in the mountains.

3.     My father, Alejo Molina Ochoa, was born in Bisbee, Arizona on May 12, 1927.  At the time I was born, he worked at "Standard," a company that manufactured toilets.  My paternal grandparents were Alejo B. Ochoa and Guadalupe Molina Ochoa. My father's siblings who survived infancy are Michael; Cecilia; Maria, "Mary;" Angeline, "Angie;" Guadalupe, "Lupe;" and Lucia, "Lucy."  Michael died when he was in high school after being hurt playing football in Casa Grande.

Initials

4.      My mother, Natalia "Natalie" Lorenzana, was born in Phoenix, Arizona on June 1, 1925 and died on September 27, 2003 of a massive heart *attack AO.* Her parents were older when she was born.  My maternal grandfather was named Ygnacio Lorenzana and as far as I know, my maternal grandmother was named Maria.  My mother's siblings that I know of are Elena, "Helen;" Lavaro, Ignacio; "Nacio;" Maria; and Frank, "Baldy."  My mother's parents had both been orphaned and grew up in the Lorenzana Orphanage in Mexico City and received the surname of Lorenzana.

5.      My family left Torrance and moved to Casa Grande, Arizona when I was about three years old.  I grew up in Casa Grande.  While I was growing up, my dad worked from his panel truck selling dry goods such as canned food and household supplies to migrant workers living in camps near or around Casa Grande while they followed work picking cotton or lettuce.  When I was about five years old, he started taking me with him in the truck when he went around selling his wares.  He also delivered newspapers and I remember sometimes getting up at two in the morning to go with him to help deliver newspapers. *He also worked as a meat cutter. AO*

6.      We lived on 4th and Lincoln on the east side of Casa Grande from my early years until the end of my sixth grade school year.  We then moved to the house on Park.  The house on Park was in a working-class neighborhood consisting mostly of white families.

*AO.*
Initials

7.     Growing up, I spent most of my family time with my mother and with my aunts.  They all were very harsh in the way they constantly made jokes and teased, primarily about sexually related things.  For example, when I was about eleven or twelve, my mother and my aunts teased me about masturbation.

8.     As a young teen, I always felt embarrassed listening to my aunts.  You would think it was a bunch of guys in a bar the way they talked and joked.  Once, I remember I was lying down working under a machine in the tortilla factory.  I was trying to find a hole for a screw.  My one aunt said, "Put some hairs on it.  That way you will find the hole."  It was that kind of constant joking and teasing.  They also said things like I should quit looking at girls because my pecker would fall off.  They asked to see the palm of my hand, saying if there were hairs growing it meant I masturbated too much.  I was already insecure and their teasing was unbearable.  My aunts made sexual comments to and about anybody and everybody.  Their husbands did it too including my uncle Oscar, aunt Lupe's husband. My dad joined in with them, as did my mother.  My mother laughed at me when my aunts teased with sexual jokes.  I always tried to walk away because it was so embarrassing.

9.     Before we moved to the house on Park, when I was about seven years old or younger, I saw "nudist books."  Our dog, Cookie had puppies and we made a bed for her in the laundry room.  I visited her every day there.  One time when I was in there, I climbed on top of the washing machine and looked in the cupboard and saw magazines

A. O.
Initials

in there with naked people. I showed the books to my sister Delia and she called them "nudist books." I knew my mom used the cabinet so she must have known they were there. I was scared by it and I put the magazines back and never mentioned it again.

10.     My father teased Delia horribly because of her weight when she was a child. He told her she was fat. My father also teased me. Whenever he found me crying he called me a mama's boy, a sissy. He was a happy-go-lucky drinker when I was a kid, but he got angry with me when I misbehaved or told lies. We got our whippings when Dad was angry. My dad did the spanking ninety-nine percent of the time when he got home from work. He spanked us with his belt. Once, one of us, myself or my sister Delia, took something from his panel truck. He made us stand against a door with our hands raised up and he hit us with the belt, asking who took whatever it was. Neither of us admitted it until after about seven lashes, I finally told him I did it because I did not want to get beat anymore. Other times, dad hit us about three or four times with whatever belt he was wearing at the time. When my mom got angry, she stopped speaking to us, at times for an hour and at times for the whole day. As a kid I enjoyed life but did not like it at all when my mom did not speak to me. I still recall how much that hurt me.

11.     I was raised Roman Catholic and my family attended St. Anthony's Church in Casa Grande while I was growing up. My mom made me go to church until after I was finished with junior high school. About that time she got busy with the family

Initials

tortilla shop and stopped insisting that I go. We continued being members of St. Anthony's after that, but stopped going to mass on Sundays. I was a Catholic in name and member of St. Anthony's until I was about twenty or twenty-one years old.

12.     In 1st grade, I transferred to Central Elementary, a public school in Casa Grande. I was punished by being spanked at school if I spoke Spanish at Central Elementary School. I attended Central and Evergreen Elementary School from 1st to 3rd grades. I attended East Elementary School, now called "Palo Verde," from 4th through 6th grades; Casa Grande Junior High School for 7th and 8th grades; and Casa Grande High School from 9th though 12th grades. I graduated from Casa Grande High School.

13.     My parents divorced when I was about thirteen or fourteen years old. This began when my dad became involved with another woman named Billie. After my mom learned of the affair, my dad moved out of our house. He lived in a separate apartment in Casa Grande for a couple of months, then moved to Phoenix.

14.     My parents had an ugly divorce. There was yelling and a lot of fighting with physical violence. I spent a lot of time outside our home crying while my parents were inside arguing and fighting. I felt like I could not talk to either of them. Prior to the divorce starting, I loved my dad. I enjoyed being around him and wanted to be like him. That changed during the divorce.

Initials

15.     When I was growing up, my aunts and uncles all got together frequently in Casa Grande. On one occasion, after my parents were divorced, my extended family got together to have a picnic at a park. Both of my parents were there. Some of my family members were drinking alcohol, and there was serious animosity between my mom and my dad. With everyone else around, my dad slapped my mom. To defend her I punched him in the mouth, and then he went after me. After that, I had no contact with my dad for a while.

16.     My dad asked my mom to let him come back to her before the divorce was over, and even afterward he wanted to come back to her, but she refused. Following the divorce, my sister, Delia, lived with my dad, and I stayed with my mom. I saw my dad only a couple of times during the next several years, once for a couple of days when I was fifteen years old and then again when I was eighteen years old. I did not see him again until after I was married, and at that time I decided to make amends with him.

17.     After the divorce there was a split between my sister and me because she took my dad's side. When she returned from living with him and came back to live with us, she was ugly and disrespectful toward my mom. She talked to her like she was scum. Delia and my mom were always at each other, fighting all the time.

18.     My mother was depressed and bitter after the divorce. She developed a drinking problem. She started to drink after work, then started drinking all the time.

Initials

19.     After my parents divorced, I was ashamed that it happened.  I took it personally like it was something I did.  After they were apart, I fended for myself and started getting in trouble.  The divorce was a big turning point for me.  Some people have said that I am cold blooded because it appears that I do not show emotion.  I think this started for me around the time of my parents' divorce.  I learned to hold things in and not show how I was truly feeling.  As a teen, if I showed weakness, I knew I would be a dead dog, especially later on, when I was dealing with the people with whom I was arranging drug deals.

20.     My first sexual experience was when I was thirteen or fourteen years old.  I went to a friend's house to ask him to come out and play basketball.  He was not home and his oldest sister, who was about seventeen, answered the door and asked me to come in.  When I got in the house, another sister, who was about sixteen years old, was coming out of the shower.  The older one directed me to go over to the other sister.  I was scared and not sure what was going on.  The older sister then directed the younger sister who had sexual intercourse with me.  I was so scared not knowing what was going on.  The older sister told me not to say anything to anybody.  I ran home.  The experience was exciting, scary and confusing.  This was during the first summer at the house on Park.  I was already masturbating by then and looking at Sears catalogs but not having sex or any encounters with girls.  I was very shy and there was no way I was going to talk to my aunts.  They would have turned it into a joke anyway.  I had one more experience with

Initials

those sisters when I was a little older, when I was fourteen. They asked me if I wanted to try something. They told me to "pull it out" meaning pull my penis out. I did and the older one directed the younger to perform oral sex on me. The older one was laughing and the younger one did not like what she was doing. I recall a lot of laughing and again being told not to say anything to anybody. After that, I would not go over there. I called and met my friend at school but never went to his house again.

21.     When I was about sixteen years old,                                    REDACTED

REDACTED

                                                                                I felt like I could talk to her. I never felt comfortable talking to my aunts and uncles and my dad was not around. I asked her what do girls like and she taught me about holding hands and putting your arms around a girl. She taught me to get flowers and gifts for girls and taught me how to get girls to like me. She showed me how to kiss. She took me under her wing. It got to where she invited me over almost every day. I helped her in the yard. At the time there was a girl that I liked and the neighbor coached me on how to have more confidence with her. Within a couple of months,                                    REDACTED

                        REDACTED

                        REDACTED

22.     When I was about seventeen or eighteen years old, I went on a date. I did not even hold hands or kiss the girl. After the date, my aunts made a big deal saying they wanted to see if there was blood in the van I drove on the date to see if I had sex with the

Initials

girl. There was no respect. My aunts were always laughing at others' expense. My mom did it too, right along with them but maybe not as bad. My aunt Lupe and Celia were the worst ones. They talked to me and to Delia's kids that way. Sex talk and sexual jokes were always in my awareness even before it started being directed at me.

23.    From time to time while growing up, my family went to Mexico. We had family in Hermosillo and Banamichie. When my dad bought liquor at the liquor store in Nogales, they gave him little sample bottles of liquor. I was in junior high school at the time. I brought one of the sample whiskey bottles to school one day and drank it during lunch. The other guys could smell it and wanted some of their own. I started selling the little bottles of whiskey. When my parents divorced, my dad left about thirty large bottles of whiskey behind at my mom's home. I started using them to refill and resell the little sample bottles. The other kids drank their whiskey after school and returned the small bottles to me to be refilled.

24.    One of the trips I took to Mexico was with my Aunt Celia and her second husband, my uncle Elsey Pearson, when I was about fifteen years old. We visited my second and third cousins and I had my first marijuana joint there. While there, I obtained phone numbers from people I met who I later connected with to arrange deals for the sale of marijuana. At that time, you had to be twenty-one years old or have notarized papers to cross the border. I had an older friend who made phony documents and papers.

Initials

He set me up with papers when I was underage so that I could slip back and forth across the border. I was about sixteen years old when I made my first trip alone.

25.     Over time, I learned how to be the in-between guy and get part of the cut on marijuana deals. This continued during my years of drug use in high school when I'd make trips to Mexico here and there to connect.

26.     One of the times I went to Mexico, when I was eighteen years old, I was arrested and taken to a jail in Hermosillo.  I had picked up some marijuana and was supposed to drive from one house to another.  The Mexican police were following me. The pulled me over by a lake and when I got out of the car, I threw the keys.  The people I was dealing with had paid the police for protection, and had given me the name of someone to call if I was ever stopped.  I kept telling the police to call that person, but the police began beating me and I went unconscious.  When I came to, I was at the jail, tied in a chair and beaten.  They wanted to know where I was going and I would not tell them.  I just kept saying to call the certain individual.  They whipped on me, shoved rifle butts in my back and hit me with their fists and slapped me.  I was very frightened and thought I would be killed.  I was in a lot of pain and I knew I was going to die.  After that, they untied me and threw me in a cell.

REDACTED

27.     Eventually they came and got me and took me out.  I was surprised.  We went out and we drove out to the car that I had been driving and found the keys.  They then drove me to Magdalena near the border and let me out and gave me my car.  I was

Initials

told not to come back. As I was crossing the border, the officials asked me what happened because I was beaten and bloody. I told them I got drunk and got beat up.

28. I really thought that when they were done with me, they were going to dump me in the lake and my mother would never know what happened to me. I had nightmares for a couple of years after that. Sometimes, even now, if I watch war movies and there is an interrogation, I have to get up and leave the room. There were just too many of them for me to do anything but I still felt like a wimp. I slept with a gun for a couple of years after that. I sometimes woke up thinking it was happening again.

29. Later on, when I was volunteering with a drug program, I remember going to talk to my cousin in jail and they closed the cell door on me. It was very traumatic because I instantly recalled being in the cell in the jail in Mexico. It took me about thirty minutes to compose myself. I always felt like what happened to me in Mexico was my own fault because I put myself in that situation and that's what happened to me. I have had guys point guns at my head but I never felt like I did in that cell. To this day, I like to make sure my back is not to the door and I want to see all available exits.

30. My first drink was when I was a little kid. I drank a half a can of beer at a family barbeque, and then threw it up. There was always a lot of alcohol at family gatherings while I was growing up.

Initials

31.    I starting drinking alcohol regularly around the time that my parents were getting divorced, and my drug use developed from there.  During and after high school, me and a lot of my friends got high frequently.  I started smoking marijuana and using cocaine in high school. Cocaine was not easily available in Casa Grande so I went looking for it.  I had heard stories about it, that it made you feel good and made you confident.

32.    The first time I ever did cocaine was when I was about fifteen years old and was a high school freshman, with a girl who was about seventeen. It felt good and made me confident. I used about six times during the first year after that, then more regularly, about once per week, and then two or three times per week for a two-to-three-year period.  I snorted it and stayed away from needles.  I thought my blood pressure was high during high school from using cocaine.  I wanted to play basketball and football but was not permitted to do so because of the high blood pressure.

33.    I took LSD for the first time as a high-school freshman at about age fifteen, and during high school took about thirty hits of LSD with paper tabs. I took mescaline in tablet form, also starting at about age fifteen. My friends and I also drank. We went out partying and drinking.  Some went overboard with drugs.  In one three-month period in 1972 or 1973 I lost six friends to drugs. Three were killed, two died from drug overdoses, and one committed suicide.

Initials

34.     My drug of choice was LSD.  I had all good trips on acid.  If I was with friends, I liked to smoke weed.  If I was with a girl, I liked to do cocaine.  I also liked mescaline and peyote and drank beer and whiskey.  When I did acid, I was in my own little world and I liked that.  I did not have to be around people and everything was calm.  It felt like an out of body experience.  I never did it in a group setting.

35.     As a senior in high school I started trying to clean up my drug use.  I joined high school clubs.  I was in the speech club.  By the end of senior year of high school I still drank and smoked marijuana, but was off cocaine and other drugs.  I drank the most when I was nineteen years old.  I was drunk in a bar when I decided I did not like it anymore and would stop.  I quit drinking alcohol on and off when I was twenty or twenty-one years old because it just did not taste good to me anymore.  By the time I was twenty-one years old, I stopped drinking all together.

36.     When I was twenty years old, a man named Calvin "Cal" Lorts and his wife, Barbara "Barb", got me involved in Christianity and I started attending the Casa Grande Christian Church.  I met Cal through his brother Barry Lorts, who I knew from high school.  Cal is three or four years older than Barry.

37.     Cal and Barb, had been asking me to go with them to a place called "God's Warehouse" and I finally went.  It was a place with Christian rock music up in Phoenix.  I asked Cal and Barb if they believed in UFOs because I had seen one once while driving

Initials

with my mother. While we were driving back, Cal asked me if I wanted to make Christ my Lord and Savior and I said, "No, not yet." He also asked his brother, Barry, who was with us and Barry also said no. About fifteen miles outside of Phoenix, we saw a hitchhiker and Cal picked him up. The hitchhiker sat beside Barry. The guy was gone and talking like he was from another planet. He said he did not live in this world, that he lived somewhere else and he could not find his way home. Cal said, "That's enough," and the man stopped talking and Cal pulled over and dropped him off. We arrived back in Casa Grande and Cal dropped me and Barry off. I went into the house and was there alone, as my mother had gone to Mexico. I could not sleep. I turned the music up. I kept thinking that something was wrong, that someone was dying. I walked outside and, just as I did, Cal and Barb drove up. They said that Barry was ready and had committed himself to Christ. They told me that they had just baptized Barry. They then asked me again if I was ready to commit and I said yes. Cal and Barb then took me to the church and I was baptized.

38.     Soon after, I was initiated into speaking in tongues, which became part of my religious practice. Speaking in tongues is a heavenly language that is between God and me. The process itself feels like a rush. The Bible talks about being baptized in the Holy Spirit and once you give your life over to God, you just open your mouth.

Initials

39.     Two weeks after I was baptized, I went back to God's Warehouse where I met a man who told me that he was told to pray for me so I could speak in an unknown language. He had an anointing for me. He was one of the elders associated with God's Warehouse. Right there on the spot, he put his hands on my head and I closed my eyes while he prayed. When I opened my eyes, he was there along with about twenty-five people who had gathered around us. I put my head down. I somehow felt different, weird in a way I could not explain. That was on Saturday night.

40.     When I returned home that night, I felt like a well opened up. I was talking in tongues and I was freaking out. I could not stop and I did not want to. The feeling was unbelievable. I got scared and I went out on the road to pray. It felt like a sexual experience started and I began to feel excited and it felt more and more like I was having an orgasm. That was the first time I spoke in tongues.

41.     Sometime after that, Cal Lorts went to Tulsa and studied to be a minister. He returned to Casa Grande and started the 91st Psalm Christian Church which Donna and I later joined and in which I later became the teen and children's pastor.

42.     In the early 1970s, a man named Gene Moffit, now deceased, who worked in the local school system, and a teacher named Jean Beach, helped some of my friends and I to start an organization to help rehabilitate drug users and alcoholics. They introduced us to people and organizations, including one that took people off the streets. I

Initials

volunteered with this group which included an attorney, police, community members, educators, and school people who tried to provide drug-and-alcohol counseling and rehabilitation.   It was a volunteer organization that stepped in to help police when someone was having a bad trip or had overdosed on drugs. The cops tried to help when they could rather than arrest the drug users. We did what we could to assist by talking people down when they were high or taking them to the hospital if this became necessary. We had a house called "The Mountain" where we did counseling in the basement.

43.    The local Rotary, Women's, and Optimists' Clubs helped with initial funding for our organization and the city of Casa Grande gave us a building to use free of charge. The building was in a less-than-ideal location across from the train tracks.   The organization grew and in about 1974, we received funding from the State of Arizona, which allowed us to begin hiring professionals.

44.    Rick Barnes was the director of our organization.  I cannot recall what the name of it was then.  We hired Wendi's mother, Donna, from a drug program in Phoenix because we needed counselors for our program and had funding to hire someone.  I did not meet Donna until after she was hired.  In addition to working as a counselor, Donna handled our accounting and bookkeeping. After she was hired, I went to Phoenix to help her and Wendi move from Phoenix to Casa Grande.  Donna was divorced from her first husband, Shelby "Skip" Robertson, by then. Wendi was about four years old at the time.

Page 16 of 58

Initials

I did not especially like Donna when we first met. Part of it may have been due to seeing marijuana butts between her mattress and box spring when I went up to Phoenix to help her move.

45.    After we hired Donna, we brought in alcohol programs. Until then the organization had focused primarily on drug users. We combined both into a single program called "Pinal Alcohol and Drug Abuse Council," or "PADAC" and included an Alcoholics Anonymous group. Donna was the first paid counselor for PADAC, and at this time the only paid employee. The director, Rick Barnes was the only other person receiving payment.

46.    At the time Donna and I met, my mom and I worked together running Ochoa's Tortillas, our family business. My work with PADAC was as a volunteer. My grandfather Ochoa started Ochoa's Restaurant in Casa Grande and also started a tortilla factory. When my grandfather died, he left the restaurant and the tortilla shop to my ~~Dad.~~ ~~Aunt Lucy and she continued to run them.~~ My aunt Celia then started another restaurant, Little Sombrero. Both Ochoa's Restaurant and Little Sombrero are still in operation. Celia's daughter continues to own and operate Little Sombrero. There were many family disputes over family business over the years.

47.    After we met, Donna and I saw each other at work. There was nothing more than a working relationship between us. My worries about her from when I saw the

Initials

marijuana butts had subsided.  I understood that Donna really was no longer smoking pot, although she was still drinking.  Donna shared an apartment with a woman named Nicki Barnes in the same apartment complex where Rick Barnes lived.  Nicki was going to school at the time.  Donna and Nicki and Wendi and Nicki's daughter, Tasha lived in the apartment together.

48.     During this time, while Donna lived with Nicki, I lived in Casa Grande with my mom.  Late one night I went to the PADAC offices.  Donna was there working the telephone call in line.  Wendi was asleep in one of the other offices.  Donna and I started talking.  The next thing I knew, we were kissing.  We made love that first night there at the PADAC office.  We never really dated.  We went from no relationship to being physically intimate in one night and then continued to see each other after that.

49.     By the time Donna and I got together, I already had a relationship with Wendi from her being at the PADAC offices on 1st Street.  My first memory of Wendi is when Donna brought her to PADAC when Wendi was about four years old.  Some people from the office wanted to go shoot pool.  Donna went with them and left Wendi behind at the office.  Wendi was outside playing by herself.  She told me "I want to go with my mom."  When I told her that she could not, she said, "You are not the boss of me.  I want my mother."

Initials

50.     Wendi was a sweet, outgoing child.   She had already attended pre-school in Tempe prior to moving to Casa Grande.   When Wendi was only about four-and-a-half or five years old, she sometimes went to the shop next door to PADAC called "Stoney's Furniture." There was an old guy at the store in his 60s or 70s. Wendi begged him to give her quarters, dimes, and nickels.  Also, when strangers walked past, Wendi begged for money from them.  Essentially, Stoney taught her how to panhandle.

51.     After that first night with Donna at the office, I started spending nights with her at the apartment she shared with Nicki and then, for a few weeks before we were married, I lived with her and Wendi.

52.     A Justice of the Peace married Donna and me on June 6, 1975 in Florence, Arizona.  My mom knew beforehand that Donna and I were marrying, but she did not tell our family until afterwards.  I asked my mom not to tell anyone we were getting married because there was so much dissention in my family I could not see how they could all get together without there being problems. We did not see my extended family much while Wendi was growing up.  On my father's side, my paternal grandmother, Guadalupe, had held the extended family together, and when she passed away, it all fell apart and there was a lot of arguing, gossip, jealousy, in-fighting, and craziness. Donna and I did not want to be a part of that so we did not see the family on my father's side very often. There were also bad feelings in the family over how the tortilla shop got taken

Initials

away from my mom. I reconnected with my dad and the rest of his side of the family to an extent when Wendi was five or six years old, partly because my mom encouraged me to do that, and then I started seeing them on Thanksgiving, at Christmas parties, and at funerals. The only member of my family who saw Wendi all the time while she was growing up was my mother, Natalie.

53.    After Donna and I were married, we continued to live at the apartment for about two or three months.

54.    From the time I met Wendi, I felt like she was my little girl. She was special and I cherished her. There was just something there with Wendi. You could not help but fall in love with her, she was just so cute. As soon as I met Wendi, I liked her, it was her mom I did not like at first. When Wendi was about seven or eight years old, I told her that I would love her no matter what. That bond carried through to her teens.

55.    There were a lot of things that I instructed Wendi about that Donna did not. I explained to her about boys and about sex. Donna grew up pretty straight and I think maybe she was embarrassed to talk about sex with Wendi. She told me I had to do it. By that time, I felt comfortable with discussing sex. When I worked with Cal, I even advised him that we needed to provide sex education for married couples in the church and I had already started doing that counseling for them by the time I talked to Wendi about sex. I also instructed Wendi in life lessons, not just about boys and sex. I believe I

*AO*

Initials

was the more levelheaded parent.

56.    After Donna and I married, we moved into my mother's house and stayed there for a couple or a few months.  We were saving money to move into a house being built in a new subdivision where we would be able to make payments according to our income. We moved to that house, located eight miles outside of town in the desert. It was a new house with three bedrooms and one-and-a-half bathrooms. Donna and I stayed in one bedroom and Wendi stayed in another. We lived at the subdivision house from the time Wendi was five until she was almost seven years old.  Wendi attended Evergreen Elementary School at that time.

57.    Nicki Barnes who Donna and Wendi had lived with in the apartment had since married Randy Crawford and they came to stay with us with Nicki's little girl, Tasha.  Nicki and Randy stayed in the guest bedroom and Wendi and Tasha then shared Wendi's bedroom.  Tasha was about a year younger than Wendi.

58.    I would have been happy to have an apartment with no chores for painting, lawn care, or maintenance, but Donna wanted to buy the house in the subdivision.  After Donna and I were married, I stopped working at the tortilla shop and I resigned from ~~A.O.~~ and being on the board of directors ~~A.O.~~    ~~A.O.~~    Desert ~~A.O.~~ volunteering at PADAC.  I started working as a landscaper for Desert Living Landscape. It was a brand new company at the time. The owner's name was Barry Grimmer, who is now deceased.  I helped him build the business and learned how to do everything he did.

Page 21 of 58

A.O.
_____
Initials

We worked to put in new landscapes and also did landscape maintenance for places like schools and apartment complexes. Barry had a drinking problem and sometimes showed up drunk to jobs. I was with him for a year or a year-and-a-half.

59.     After I stopped working for Desert Living Landscape, I went to work for Foxworth Galbraith Lumber. They served the whole Pinal County area. I was hired to help them start a nursery in the Casa Grande area. When they hired me, they promised minimum wage hourly plus a commission at the end of the year. The store manager stole from me. He ultimately got fired, and after he was fired we could not find the contracts promising me the commission. At the end of the year they said there was no contract and I lost $4,000 in earnings. I was with them for less than a year. After working at the nursery for Foxworth Galbraith Lumber, I went out on my own to do landscaping and landscape maintenance work. I worked out of my own truck.

60.     In the early years after Donna and I married, I sometimes told Wendi, "You a little honky girl, and I'm a Mexican." One time after that, when Wendi was little, Donna's mother, Ann, came for a visit. Wendi told her grandma, "I'm a Mexican and you're a honky," and after that, it took some doing to get Ann to like me.

61.     One day at the subdivision house, Wendi wanted the door to her room painted, so I painted all the doors in the house different colors. Wendi also wanted a playhouse so I made a fort for the two of us by digging a trench and making a table out of

Initials

dirt. We got dirty and grubby playing in the fort. I remember on one occasion that Wendi and I were in the fort having tea when I realized some of the construction guys had stopped work and were all staring at us, and I got embarrassed. It happened again about a week later when the guys watched us playing in the fort and then they started clapping.

62.     While living in the subdivision development, Donna met Rick Miller and Allen Farmer at a Christian bookstore after which she started going to church meetings at the bookstore and at people's houses. Rick and Al came over to our place and held Bible Studies. At that time, I was no longer going to church. It was through Donna's association with Rick and Al that we came to later travel with them and the Fishers of Men ministries.

63.     The three of us, including Wendi, left Casa Grande to be part of a traveling ministry, the Fishers of Men. We were on our way to California. Our first destination was Wilcox, Arizona, where we spent a few weeks, and where two girls, Rebecca and Rosalie, joined us. We then traveled to Tucson, where Donna, Wendi, myself, and Rebecca and Rosalie moved in with a couple named Michael and Mary Castro. One of them owned the house and we all stayed there together to gather resources to embark on the trip to California together. The idea was to sell the Tucson house after which Mike and Mary would join us in traveling to California. Rick Miller and Al Farmer had already gone out to California and the plan was for us to meet up with them out there in

Initials