Martinez.

64.     In Tucson, Michael and I went into business as painters and painted about a dozen apartment complexes on the inside and outside. We got paid so much per week. In less than a year, the guy in charge skipped town and went to Mexico with a couple of hundred thousand dollars. As a result, Michael and I were owed over $12,000 for painting work we had done that we never got paid for.

65.     We stayed in Tucson for a little less than a year. Before we went on the road, once when Donna and I were visiting her father Hank and his wife Virgie, Wendi got really sick and came down with a high fever. She was probably about six years old. I prayed for her and waited a couple of hours. When the fever did not subside, we took her to the emergency room.

66.     Before leaving Tucson, I traded my pick up truck for a VW van which Donna, Wendi and I travelled and lived in. The van itself was pulled by a converted school bus that belonged to Al and Rick. The pick up was then used to pull a 5th wheel trailer. This was our caravan in which we lived and went from place to place preaching the word. The VW van itself did not have a bathroom or kitchen but the 5th wheel and converted school bus did. In addition to these vehicles, we also had a thirty foot cargo carrier that pulled a nine passenger van. In addition to feeling called to travel and preach, we were also on a mission to start a church. However, we never did start a church.

Initials

67.     When we left Tucson, Rebecca was still single.  Rosalee had connected with Rick Miller and they became a couple.  Rosalee had one or two small children.  She left those children behind with her mother because there was some complaint that either she or Rick or both were abusive to the children.

68.     We headed to Walnut Creek but wound up in Martinez in Northern California. From there we traveled all over, going to Los Angeles and San Diego. While traveling we did a lot of singing, and during that time Wendi learned how to play guitar.

69.     When we first started traveling, Donna, Wendi and I stayed in the van. After some time that changed, and sleeping arrangements were switched around.  Much of the time, Wendi slept in the overhang of the 5th Wheel with Rebecca and Rosalee. Whatever money we had was pooled together and our living expenses were treated communally.   We asked for and received contributions from people to whom we preached and brought to various churches.  Our decision to travel with the ministry and to return when we did was inspired by God.

70.     Thinking of Wendi during this time period and later on, after we returned from the ministry, when she was eight, nine, and ten years old, she was a bubbly, outgoing, friendly kid.  Wendi always wanted to please me and please others.

Initials

71.    After we'd been in California for a year-and-a-half or two years we felt that it was time to come back to Arizona and settle down. We told the group that we were leaving, and came back to Tucson. Our plan was to get a place there. We were out of money so we stayed with Donna's father, Hank, while I worked in construction to get us back on our feet.

72.    After a couple of months in Tucson, Donna wanted to move back to Casa Grande. I was attending the Laborers' Union School in Prescott. Donna asked if she could leave to go back to Casa Grande. She moved back there from Tucson while I was still in the union school. We were away from Casa Grande for a total of about two and half years.

73.    I think Wendi grew up quickly because she was not around other kids during the time we were with the traveling ministry. Before we left Casa Grande, Wendi was a little kid. When we returned, it seemed like she was a little adult. As a child, Wendi was always mothering others, even me and kids her own age, at school, home, or if her friends were over at our home. I did not notice this about her until we returned after the years with the traveling ministry. When tested, she was actually ahead of her age in school. As a child she seemed to be able to communicate better with adults than with other kids.

Page 26 of 58

Initials

74.    I was not well connected and had a difficult time getting union jobs. I
returned to Casa Grande and continued to work in construction at a non-union job with
Gallo. After returning to Casa Grande, I reconnected with Cal who had by this time
been to Bible College and had started 91st Psalm Church. I reconnected with Cal
because Donna had started attending 91st Psalm. Cal had a history, like many of us who
later gravitated to the church life. Some years before he had been busted trying to sell a
couple barrels of marijuana out in California. He got off on a technicality.

75.    Cal asked me to teach teens on Sunday mornings which I agreed to do.
Over the years, Cal and I butted heads but I was motivated to stay because I cared about
the kids. My thing was working with the teens. I taught devotions, which was a method
of interpreting scripture in a way that it could be applied in everyday life.

76.    In the mid 1980s Cal left 91st Psalm and Tom King became the pastor and
changed the name to Harvest Family Church. Tom was more dogmatic and not as
charismatic as Cal. Tom can come across hard and did not show mercy. For example, if
someone wanted to leave the church, they could go, but Tom would never speak with
them again if they departed. He called it a divorce. I worked over the years at the
church with both Cal and Tom. I worked helping out with the church and school
buildings and grounds and I was the teen and children's pastor. With Cal, it was more of
a friendship relationship. With Tom, it was more of a business relationship. I butted

Initials

heads with each of them and everybody butted heads with each other. With Tom it was a little sticky because Wendi and Shawn, Tom's son, liked each other.

77.     When Wendi was between the ages of eleven and thirteen, I saw that she was growing up quick. By the time she was twelve, thirteen, and fourteen, she was looking at boys and spreading her wings. She wanted to be away from the house more and do things with other kids. She wanted to spend nights sleeping over at her friends' houses. Until this time, the three of us, Wendi, Donna and me were always together, especially when we had been on the road.

78.     I saw that Wendi was growing up and I felt like she was leaving and I was losing her. I made her promise me a few things. One promise I asked her to make me was that she go on her first date with me. I think she was thirteen or fourteen years old at the time. She and I each got dressed up and I took her out to Red Lobster and then went cruising around. I showed her how a guy was supposed to be respectful toward her. I showed her how the boy should pull her chair out for her and open the door for her and treat her like a lady. I also made her promise that she would not have sexual intercourse until she was eighteen years old. The last promise I asked her to make was that she would call if she had any kind of trouble and I told her, "I'll try not to yell and we'll sit and talk."

79.     As I said, as she got older, I felt like I was losing her because I could have her less and less as she did more and more outside the home. I observed her with Shawn,

*A.O .*
Initials

Tom King's son and saw that they had a good, strong friendship.  I also was very protective of her when she and Shawn actually started dating.  The way we were raising our children in the church, we sought to keep the boys away from the girls and the kids in general were more secluded from the outside world.

80.    Generally, I had the sense that Tom was very possessive and Shawn was the same.  It was like, "These are mine and you cannot play with them unless I say so." When Wendi and Shawn were dating I saw that Shawn was jealous because I wanted to be around when they were together.  It was interesting though because he was not that way if Donna wanted to be around them.  When they broke up, his parents were happy because they never really wanted Shawn to be with Wendi.  I think they thought she was too outgoing.

81.    In general and specifically, there were differences between the way Tom and I saw things.  Tom was adamant about male authority in the household.  I disagreed with that and believe that a married couple should work together.   I may have made decisions that Donna did not like but we always tried to work together.  Tom also thought that children should not watch movies, television and engage in dancing.  That part did ease up over time and the rules were relaxed about television and movies.

82.    There were rules at Harvest about students having contact with each other. For the little kids, there was a six inch rule, meaning they had to stay apart at least six

Initials

inches from each other. The rule was made to keep them from hitting or slapping each other. For the pre-teens and teens, there was a twelve inch rule, meaning that boys and girls had to stay apart from each other at least twelve inches. That rule was designed to keep them from holding hands or kissing.

83.    When I was the teen pastor, I had teen get togethers and let the kids dance even though the church and school prohibited it. I also let Wendi watch television. However, when I let her watch television in the early days before the rules were relaxed, I told her that she could not talk about it. Even after the rules about movies and television were relaxed, students were still not permitted to talk about movies and television at school. I let Wendi watch Saturday Night Live and other television shows that the church and school instructed should not be watched.

84.    When Wendi wanted to take classes at Central Arizona College (CAC) during high school, I eventually supported it even though it meant she would be exposed to the outside world. *A.B.* Tom was very against it and it took alot for me to convince Tom to let Wendi take the classes.  *A.B.*

85.    I was definitely the disciplinarian in the house. At the same time, I was the more playful parent. I was strict but not letter-of-the-law. I often kept Wendi home from school on Mondays while Donna was working just for Wendi to have a chance to hang out or for us to go shopping. Usually Wendi and I went on day trips together. I took her clothes shopping. Wendi preferred to go with me because I agreed to what she wanted to

*A.B.*
Initials

buy and did not mind buying things for her.

86. Wendi and I spent a lot of time together. There were many evenings that Wendi and I spent together without Donna because Donna always went to sleep so early. Even if we all started watching a movie together, Donna usually fell asleep well before it was over.

87. During the time Cal was the pastor, the church grew to its largest congregation, which was maybe 275 people. After Cal left, the congregation dropped by half and then after Mark Keating had been there a while, it dropped by half again. Cal managed to keep the church afloat but he had a tendency to overspend and when he left, the church was in debt. Tom did get the finances under control.

88. Sometime in the early 1980s, just before Cal left I think, we needed to have a certified teacher at Harvest. We hired Mark and Nancy Keating. They were not really desert people and ultimately left the church.

89. I had difficulty with Mark that started with Wendi. She was on the swim team, which Mark coached. Wendi was having some troubles from the athletic demands and was not getting her period and she had no body fat. We took her to a doctor who said that she needed to slow down. I told Tom that I was thinking of pulling her from the swim team. Mark threw a fit. He wanted to be the one making those decisions. From

Initials

there, things between us just went downhill and Nancy followed whatever Mark said and did. I did pull Wendi from the swim team. I think that Wendi starting eating and sleeping better after that, once she did not have as many demands on her time and body. Wendi herself never complained about the swim team and it was not her idea to quit, that was my thinking based on her health.

90.     Wendi was very talented in many ways. As a teen she loved to babysit and loved the younger kids. She never liked to sweat so when Mark started the swim team, Wendi was first in line. While swimming, she was able to be active but she did not have to have that sweaty feeling when she was in the water. Wendi was good with her schoolwork. She also helped some of the other kids who had difficulty learning. Wendi could put off assignments till the end and then just cram the night before and still get an A. That was so unlike me. It made me so mad—when I was in school, I struggled with assignments for weeks and hoped to maybe get a B.

91.     Wendi loved music and sang both at the church and at Central Arizona College. I loved to watch her and loved seeing her do the things she loved to do and that made her happy. I could feel when she really liked a song. I know hearing Wendi sing also made Donna very happy.

92.     As Wendi got older, I still took her places and had her do things with me like going to Christian Rock concerts. Not only was I her father, but also I felt like we

*A.C.*
Initials

were friends. Wendi invited Shawn several times to go to the concerts but he was not allowed to go. Mainly it was me and Wendi doing these things. Sometimes Laura or Frances went with us. Laura was a good friend of Wendi's and Frances was the daughter of the church secretary, Lola Archuleta.

93.     Wendi and I had a good father-daughter relationship and also a good friend relationship. I thought of her not just as my daughter but as a buddy as well. There were not a lot of things I did with other adults and did not have many adult friendships. I have been very guarded from being hurt too many times in the past. Early on at the church, Donna and I had friendships with Debbie and Allen Bain and with Barry and Pam Lorts but those relationships dwindled away and I never really had any other adult connections. Being at the church all the time, my connections were mainly with the kids and the teens.

94.     During Wendi's teen years, I took special interest in some of the kids such as Razin Irani. All of the students at Harvest were required to participate in state-wide Christian competition conventions. Razin was a little slow and did not have anything to enter in the competition. There were various categories such as math, science, poetry and music. I decided to help him. I bought a camera from a student named Jamie Allen. I went to the library and took out books on photography and taught myself so that I could teach Razin. He really took to it and so did I.

Initials

95.    Wendi was a cute girl and had a lot of attention from boys.  When she was about sixteen years old, several boys at school liked her because she was so pretty.  Even Shawn's brother, Brad, liked her.  Another student, Brian Munn also liked her, and she also had the attention of another boy who was at least four years older than her.

96.    One of Wendi's best friends growing up at 91st Psalm and Harvest was Laura Bell.  She spent a lot of time with Wendi and at our house.  She was a sweet, loving girl.  She often spent time with me and sat on the couch with me, reading, like one of my daughters.  Jeri Lynn was also a good friend of Wendi's and she also spent a lot of time with us.  Kyre, Cal's daughter was also a good friend with Wendi before Wendi's teen age years.

97.    Wendi was very adaptable.  For instance, she was good friends with both Jeri Lynn and with Laura.  She was able to enjoy different things with each of them.  Laura liked horses and even though that was not Wendi's thing and she was afraid of horses, she still went riding with Laura because Laura liked it.  Jeri Lynn was more of a tomboy.  Wendi herself I think was more of a town girl.  She would rather dress up and go to a nice restaurant than go to a barn to dance but she would do whatever was on the program.

98.    I had a very close relationship with Jeri Lynn and she slept over at our house many times.  She was very obedient and a good kid.  She did anything I said,

Initials

whether it was her homework or chores. When Jeri Lynn's family was moving to Tempe, Jeri Lynn lived with us while she finished out the school year. Her family moved up to Tempe to follow Cal who left Casa Grande to start 91st Psalm up in Tempe.

99.     After Jeri Lynn moved to Tempe, I became closer to Laura. Laura was around during the time she was growing into a teen. It seemed to me that she gravitated toward me because her dad was not around much. She hung on to me as a dad figure. Laura always wanted to cuddle up with us when Wendi and I were cuddling. We were very affectionate. Wendi often scratched my head until I fell asleep. I remember wrestling around with Laura and Wendi all the time. Eventually we stopped, as Laura got older, because she was developing. Wendi and I still wrestled around but when Laura was about fifteen I stopped including her because I did not want to give the wrong impression.

100.   Other kids from the church and school who were around Wendi and who I spent time with were the Carlin kids – Lonnie, Sarah and Rachel, Leon Howerton, Will Galyon, and Kim Ethington. Kim and Lonnie were a couple and there was a falling out between them and the church because it turned out that REDACTED When I confronted them about it, they tried to deflect attention away from themselves by Kim telling Tom and Mark Keating that I looked at her wrong, as in a sexual way. Both Lonnie and Kim were going to be expelled but Lonnie's mother asked Pastor Tom not to

Initials

expel Lonnie.  Tom then told both Lonnie and Kim to apologize to me about lying and saying that I was inappropriate with Kim.  They did apologize and I never revealed that I knew that                    REDACTED                    because of my vow to keep the teens' business confidential.  Then, it all came out anyway.

101.   When Wendi was a teenager, Tom had a problem with some of the older kids at the school.  He thought they were partying and having sex when they were fifteen, sixteen and seventeen years old.  I do not know where he got that.  Mark was also on the witch-hunt.  Tom had a saying, "if she'll smoke, she'll poke" meaning that if a girl smoked cigarettes then she would be willing to have sex.  Donna always hated that saying. As part of Tom's search and allegations, it was learned that            REDACTED               REDACTED                          As a result, she was expelled from school.  That is when I asked Wendi to promise me that she would wait until she was eighteen or out of school before having sex.  I did not want Wendi to go through what      REDACTED      Wendi did promise me and when she did eventually have sex, she came and told me.

102.   I first talked to Wendi explicitly about sex when she was about fifteen years old.  Brian Munn had given her a ride home from school and had tried to kiss her.  She told me about it and asked me what a hand job was.  She would not tell me who she heard use that term.  I explained it to her and spoke frankly with her about sex.  Before that conversation, I did not speak explicitly but in more general terms, telling her that sex was for when she was older and that she should hold off.

Initials

103.   I was very close with the church secretary, Lola Archuleta.  I felt like she was my sister.  She was easy to talk to.  We shared the same office and we really bonded.  I took her daughter, Frances, under my wing.  She was a good kid.  She did not fit in and some looked down on her because she did not have a dad around.  I helped Frances.  I counseled her, I disciplined her.  I knew she just needed a father figure.

104.   The biggest difficulties I had working at the church was with the parents.  Everything I discussed with the teens was confidential and sometimes the parents wanted to know what was being said but I refused to break that confidentiality.  I finally resigned because I could not handle the parents anymore.

105.   The actual last straw came when Tom paddled a child for throwing mud on me.  It was ridiculous how heavy handed Tom was.  One day at school when it had been raining, I had the little kids who were from ages six to eight have a mud fight.  After we were finished, I had them line up so I could hose them down and they could put their clothes back on.  I was wearing my slacks, a leather jacket and tie as was required by the school.  One little boy, Seth Galyon, was so keyed and wired up that he continued to throw mud and threw mud on me.  I told Seth he was going to have to work pay for my clothes to be cleaned.  My intention was that I would give his father a dollar and tell him to have Seth take out the trash extra and pay Seth the dollar and then I would make Seth give me the dollar as payment to have my clothes cleaned.  It was a way for Seth to learn

*A.O.*

Initials

a lesson. When Seth's father, Jimmy Galyon came to school, he came over to me and told me that Tom had given Seth four swats for throwing the mud. I did not know that Tom had done that. I apologized to Jimmy. I told Jimmy what my plan had been. There was no reason for Seth to get whipped for that. By then, things had been building up and once again, there was contention with a parent and that incident became the last straw.

106.    There were various difficulties over the years at 91st Psalm and at Harvest including a serious allegation that Dick Herdegen, a major financial supporter of Harvest and of Pastor Tom, sexually molested                REDACTED                Dick had a business drilling for water and            REDACTED                            I do not know how the allegation came out but Dick was accused of              REDACTED             Both Tom and I spoke with Steve and Tom told me that he had approached Dick about it. My position was that            REDACTED                should get the police involved if they thought the allegation was true but they never did. Dick quit the church and moved to Orcus Island in the Pacific Northwest. I did not know what to believe.

107.    We never had specific services at Harvest or 91st Psalm for speaking in tongues but it often happened when we gathered in preparation for going door to door in the early years of 91st Psalm. Before going out, we gathered in the sanctuary and prayed and sometimes we did pray in tongues. We stood in a circle and asked for guidance for our work for a revelation of what needs to be done. For me, the spirit would come and I

Initials

walked back and forth or lay down. It is an amazing experience. In some ways it feels like the rush of a cocaine onset, a rush that keeps you going and going like you can accomplish anything. I feel inspired and energized. It is a momentum that starts slow and builds and sometimes there is a vocalization and sometimes it is all internal. It is like a good orgasm. When I am praying in tongues, I know what I am communicating in English but it does not come out as English. When I listen to myself sometimes it sounds like Swahili, sometimes like an Oriental language, and sometimes Native American. I am hearing what comes out of my mouth and I know what I am doing but I cannot understand the actual words. In my mind, I know what I am saying. I received revelations quite a bit during these times.

108.   I often prayed for Wendi and Donna. When I did there were times when out of the blue I would see things and know what Wendi was doing. When I revealed these things to her, she wanted to know how I knew. For example, there was a time when I had a revelation that Wendi had sex twice and when I asked her, she confirmed that it was true. Sometimes even driving during the day and praying for Wendi I received revelations and needed to talk to her. I even was able to predict basketball scores or who was going to win a game and, sure enough, it would be true. I stopped doing that because I did not want people placing bets on it.

Initials

109.   Some of the questions I asked while praying were how to help a certain church, what do we need to do, what members need to be lifted up, who would be a leader. It got to where I knew who to talk to for the best results, be it a church member, the pastor, or the board. I often received specific information about people, especially when I was counseling them. I did couples' counseling and I often received revelations about what their marital problems were through prayer. One time in particular there was a couple I counseled. The husband complained that the wife never fixed dinner. At the same time, he asked for sex everyday. The wife was not cooking because the husband was asking for sex. I received information that if he helped her then she would be happy to give him sex once a month. Then we went even deeper and I explained to him that he needed to get her ready and romance her, not just spread her legs. I knew from praying that the husband was not doing things to help his wife enjoy sex. I told him this. I also told the wife that she has not told her husband what she wants and that she must do this. The marriage bed is undefiled and anything goes as long as you want it.

110.   As far as revelations are concerned, if I am praying for individuals to help counsel them, it does not mean that I brought everything to them that were revealed. Revelations are both a knowing and God talking. There is a scripture, "Touch not God's anointed nor do them any harm." Once you receive the gift, it does not matter what happens after, you still get the revelations.

Initials

111.    When I was a pastor, I took off one day a month to go into meditation. In the winter I went out into the desert and in the summer I went to the mountains or to a hotel room with air conditioning. It was a way to pray and get close to God. Those times were to build myself up for my family and me. It was a drain teaching all the time and working with people's problems. We called it "prayer mountain" based on how Moses went to the mountain to pray. It was not always a mountain, sometimes a cheap hotel room. Many times after these days in isolation, I came back knowing things about Wendi or Donna that they never told me. Here's a cute one – I found out that there were certain things Donna wanted me to do in bed and I did them and there were explosions. She never told me and when I did them, she asked me how I knew that was what she wanted. Sex is from God and I can recall praying for revelations of how to please Donna better in the bedroom.

112.    When I married Donna, I told her that I never wanted to divorce. Over the years we have had our difficulties but I remained true to that commitment. One source of contention over the years has been Donna's tendency to spend too much on things I believe we do not need. She makes senseless purchases and does so in multiples. For example, if I say I like something, such as a hat, instead of buying me the hat, she will buy four or five or six of them. As a result, there are many things that pile up and crowd the house. I know that she often shops and hides things in the car rather than bring them directly into the house when she thinks I will see her. This was another thing I learned

Initials

about through prayer, that Donna bought things and hid them in the trunk.

113.   Along those same lines, Donna also overbuys with food and frequently our freezer is filled with food that never gets eaten and sometimes stays there for years until I finally get her to throw it away.

114.   Donna has always been the person to handle the money and when I received paychecks, I always gave her my money and then she gave me spending money for my day-to-day needs.

115.   There are many ways in which Donna and Wendi are alike.  They both can be very mothering and also have a tendency to scold me in the same way, both are very smart but sometimes lack common sense.  They are different in that Donna likes to hold on to everything whereas if Wendi buys something, she also gets rid of the old thing.  In fact, there were times when Wendi gave her things away to friends if they said they liked something even if it was something we gave her that we considered special.

116.   When Wendi became a teenager, she started relating to me in many of the same ways Donna did.  She told me what shirts to wear and what ties went with them.  If I grumbled at something Donna made for dinner, Wendi might retort by telling me something like, "Just eat it – there is nothing wrong with it."

117.   I feel like I still love Donna, she is a part of me.  Wendi is still my little girl, still my peaches.  Sometimes I still see Wendi as just eight or nine or ten years old and I

Initials

say to her, "hey gorgeous." I call her that, as she will always be my pretty little girl. I wish I could get her out and bring her home and love on her till she could get on her feet and make good decisions. I would love to be able to bring her home so she and Donna could be happy.

118.   When Wendi was about thirteen years old, Donna got sick and needed a hysterectomy. There was a big stink about it at the church because she had the surgery. She had asked for a prayer for her healing. When her condition did not improve, I pushed for the surgery. She was hurting so much by then, she was willing to have the surgery. I do believe in miraculous healings but also support medical treatment when prayer does not work.

119.   I do believe it is possible for miraculous healings to take place and for the dead to be brought back to life. I have heard of people doing it. If your faith is strong enough, you can raise the dead. I know that I am not at that place.

120.   Donna had two surgeries. The first was a partial hysterectomy and the second a complete hysterectomy. After the first surgery, I did not touch her sexually until she was healed much. After the second surgery, she really became cold toward me and I became more and more frustrated. At one time, Donna wanted to go to Tom for counseling but I knew that Tom's approach was you turn off the lights, she lays down and you get on top.

121.   Our lack of sexual intimacy became an issue in my relationship with Donna. So, probably not unlike most couples, our biggest arguments have been over sex

Initials

and money.    Starting with the time before her surgeries, when Donna was feeling discomfort, I always wanted more sex than Donna wanted.   As a result, I was often frustrated.   My frustration lead to me losing control and yelling at Donna.   Typically, Donna and Wendi retreated to another room and I often left and went out to cool off. What I had a difficult time dealing with was that over time in our relationship, Donna refused to do things with me sexually that she previously seemed to enjoy.   I tried different things to get her interested in me again but it just did not happen.

122.    It has been hard seeing the relationship between me and Donna deteriorate.  It started when we lived on Arapahoe.  I sometimes ask why I did not leave. I had such a temper.  Sometimes when I left, I went tearing out in my truck, driving fast, taking out my frustration.  There was one time when Donna turned away from me when I was screaming at her and I grabbed her arm.  I apologized many many times for this.

123.    It seemed to me that Donna always had an excuse why she did not want to be sexually intimate with me.  It would start in the morning with her refusing me and then it built and built all day and I spent the day hoping she would change her mind until I was ready to explode.  That only made things worse and turned her off to me so I was not helping my own cause.  Donna never said anything and just clammed up which irritated me more.  I often started by slamming doors to let them know I was mad. Wendi took it hard and did not like it when I exploded.  But she always forgave me when

*A.O.*
Initials

I apologized and hugged me after the blow-ups.

124.   While Donna and I were fighting, we sometimes went for days after my yelling avoiding each other. Sometimes Wendi took the brunt of it. I did try and make it up to them if it was my fault, which was most of the time. I would say that ninety percent of the arguments were about sex and ten percent were about money. Over the years, I kept saying it will get better, it will get better. I felt led on because it never did and it just kept getting worse and worse.

125.   In the 1980s there was a big study on sex that was distributed to the churches and from that Tom started preaching from the pulpit about sexual practices and preached that oral sex was not Godly. The things Donna and I were doing, he would have been shocked and probably fire me.

126.   Most of the screaming I did was at Donna. I can recall screaming at Wendi once that way when Wendi was about five years old. Instead, if Wendi needed to be reprimanded, I spanked her. We believed that spanking with instruction was the way to instruct her. I used a wooden paddle and it was a specific number of swats depending on what she had done after which we read scriptures and hugged. Wendi did not like to be spanked and she always cried. She definitely felt it.

127.   Wendi get fewer swats as she got older and we did more talking. Later on, Wendi's punishment was pulling weeds or having to do extra chores or being grounded.

Initials

After she started driving, I took the car away if she needed punishment. There came a time when I did not want to be associated with the kind of pain that was inflicted by paddling children.

128.   I came up with the idea of pulling weeds as punishment for the children. We put them out there in the sun for a couple of hours pulling weeds and it gave them time to think.

129.   The same method of spanking was used at 91st Psalm and at Harvest. I often was a witness when children were spanked there. We had specific instruction on how to discipline children. The Baptists sent out memos on what we could and could not do when spanking. For example, at school if a child needed to be paddled either the parents would give permission to the school to do the swatting or they had to come and paddle the child or remove the child and do the paddling at home. Legally, we were permitted to give two or three swats. Usually the principal did the spanking. It can work if it is done right. There was also always a witness to the paddling, either a parent or another staff member in addition to the person administering the swats.

130.   I do not recall the situation but there was a time when Wendi was almost expelled. She really wanted to go to another school. She was out of school for two or three weeks. Looking back, I wish I had pulled her out. She missed out on society by being isolated at Harvest. She was in too much of a box there which was not good for

Initials

her.  It was ok for several years I think but I should have pulled her out and let her experience things.  I was afraid she might turn out like me so I overprotected her and held on to her too long.

131.   I did not spend a lot of time with Donna's side of the family.  Early on when we returned from the traveling ministry, I stayed with Hank and Virgie for a little bit while trying to get work with the laborers union.  I came to know Nadine, Donna's half sister, later in her life in the time after her husband Clark died.  Nadine needed some help remodeling her home and clearing out a space that Clark had enclosed for use in connection with his rifle hobbies.  I went down to Texas where she lived and helped her sell the guns.  There were about four or five rifles and six or seven guns.

132.   Nadine suffered from              REDACTED              When I arrived at her house, she looked like a downtrodden dog and had no will to live.  She was REDACTED and had been as long I knew about her.  When I first arrived, she did not get out of her bed for two or three days.  She had not cared for her dog for weeks and had not fed the dog for some time.  She was like a walking zombie.

133.   Nadine was afraid of her daughter Margie and her son Clark, Jr.  She thought they were both crazy.  They both have violent tempers.  Margie was very aggressive and Nadine feared that Margie would physically abuse her.  Both Margie and Clark Jr. had emotional difficulties throughout their lives.  At one point, Nadine's shed

Initials

was burnt to the ground and her son, Clark was arrested for it. It later was revealed that perhaps Margie's son, Brett was actually responsible for it.

134.   Nadine was concerned for the well being of her granddaughter Kayla, Margie's daughter. She asked me to speak with both Kayla and Brett about sex. I made contact with Kayla and helped her by answering her questions about sex and guiding her. At that time, Kayla was about sixteen years old. We starting communicating by text messages and I still remain in contact with her. Nadine did not want Kayla to fall into the same trap as Margie who got pregnant before she was married and then married because she was pregnant.

135.   Donna and I adopted Brandon when he was two-and-a-half years old, after the state took him away from his mother. We began the adoption process for Brandon right away, immediately after all of Kathie's kids went into foster homes. I had to be convinced to adopt Brandon because I was under the impression that he might be returned to Kathie. Wendi and Donna pushed hard for Brandon to come live with us. Wendi was getting older and I actually hoped to have more time exploring and going places with Donna since Wendi was started to go out on her own more and more. Brandon lived with us until he was about fourteen years old. At that time, he had started running away from home and ultimately decided to go and live with his mother in Tucson.

Initials

136.   I had a more difficult time with Brandon than I did with Wendi.  I felt like he wanted more than what we gave him.  I caught Brandon stealing money from us and I slapped him.  He ran away to Martha and Donnie England's house.  Martha was a member of our church.  He had snuck out of bed and met up with Martha's grandson, Kyle.  Martha called me saying that Brandon was with her and that he was trying to get to his mother Kathie's house in Tucson.  I went over to Martha's house and they brought him out.  He told me that he wanted to be with his mother and that he missed his brother.

137.   Brandon was going through a very difficult time.  He did not want to go to school and he did not like me.  So, I suggested that he try living with his mother, which he then did.

138.   Brandon did not like me because he thought I was too strict.  I enforced curfews and we lived a simple life.  Kathie, his mother, always had fancy cars and was running with drug dealers, which looked more attractive to Brandon.  He also had a hard time with Harvest Church and school.  He was bothered, and I guess I was too, that Pastor Tom called him a faggot.  Brandon also did not like the schoolwork and the repetitive nature of memorizing scriptures.

139.   Wendi's husband, Joe Andriano, was a likeable guy.  He had an outgoing personality, and he drew you in.  He was just real easy to like.  On the other hand, Joe was

Page 49 of 58

_A.O._
Initials

also very selfish. I remember that when he wanted a new truck, he had Wendi sell her car. He did not work, and as far as I know he never held a job or brought in much money during their entire marriage but he made sure that Wendi worked to support him and provide luxuries like the fuel for his boat. He had a real nice boat and that was his primary thing – to take the boat on the lake. He then got a second, bigger boat as well. He was completely in love with his boats.

140.   Joe did try to get some businesses going but none of them ever came to much. When Joe attempted to get his own business going, he refused to work on the weekends, because he wanted to make sure that he was at the lake every weekend.

141.   Joe's dad, Joe Andriano, Sr., was a recovering alcoholic and his wife, Jeanette, was a retired school teacher. He was a farmer, but he lost his farm and he is selling cars now. Joe, Jr. had problems with his dad over a long period of time, for the whole time I knew him while he was with Wendi. His parents never offered to send him to college, even though they sent the other kids to college. They kept tabs on every dollar bill they gave to Joe, and Joe came across a running account in his father's desk of all the money his father ever gave him. It was a written list with every dollar Joe Sr. had ever given to Joe.

142.   Joe held a grudge against his parents because they never offered to send him to college. He only ever brought it up when he talked about his dad "ripping him

Initials

off." He was angry that his dad kept track of the money his father gave him.

143.   Joe and Wendi were always asking for money for bills. When they lost their business, I bought a hotdog cart. I told Joe that he could work whenever he wanted, and he did a couple of times. It was pretty good money, but he did not want to work, so that did not go too far.

144.   Most of Joe's friends were farmers. Joe also had friends in Tucson, a married couple, Brenda and Frank Nagore. Wendi met them through Joe, and they took Joe and Wendi under their wings, so to speak. They taught Joe everything he knew about boats and boat racing.

145.   Joe and Wendi's relationship started off good, but they slowly began to argue more. There was not a lot of affection between them, at least not in front of me. But it is possible that they just kept it away from Donna and I. I saw the occasional peck on the cheek, but I never saw them hold hands or hug.

146.   Donna and I tried to teach Joe to give Wendi greeting cards and encouraged him to bring her flowers. She always enjoyed getting cards. We tried to tell him that he should give her cards for her birthday, for their anniversary, for Valentine's Day, etcetera. We also tried to encourage him to send her flowers and things like that. I told him, "girls like that kind of thing." As far as I know he never did give her cards or

Initials

flowers.

147.   I saw Joe lay his hands on Wendi a couple of times, and their relationship just seemed to get worse and worse.  One time, he was upset because he could not go to the lake, and he grabbed Wendi by the neck and pushed her inside the pickup truck.  This happened outside our house in the driveway.  He stopped when he saw me nearby.  I forget the other incident.  When I confronted him about it later, he was pretty calm, but I was stern.  I told him that I did not like what I saw, and he had cooled down by that point and agreed with me.

148.   When Joe spent the weekends with his friends at the lake, they usually slept in the back of their pick-ups, but once in a while they got a room.  When Joe went to the lake, Wendi watched the kids.  Sometimes she went along and watched them at the lake, but most of the time she stayed home.

149.   When Joe and his friends went to the lake, they did a lot of drinking, but I never saw them drinking while out on the water.  In the evening times, they got pretty lit. I think they mostly just drank beer.  I never saw any of them fight each other, but Joe frequently got very drunk.  I remember seeing him staggering on more than one occasion, but I never saw him falling-down dead drunk.

Initials

150. Joe was very irresponsible with money. He was a welder, and he occasionally fixed things for me at the tortilla shop. I paid him forty-five or fifty-five dollars an hour, which was the prevailing rate at the time. He did pretty good work. That stopped because Joe owed money to his parents' farm, and his parents took his welding equipment away. Joe owned the welding equipment outright, but his parents took it as collateral and brought it to their farm in Oklahoma.

151. When Nicholas and Ashlee were small, Brandon helped care for them. He often spent the weekends with Wendi and Joe, and sometimes he was at their house for a week or two at a time.

152. When Joe got sick, Donna and I paid his medical bills at the Mayo Clinic. When he got sick, he blamed God, he blamed Wendi, and he even started to blame me. I told him, I said, "I had nothing to do with it, Joe." He blamed me for his cancer, because he thought that the welding might have caused it, so he blamed me for having hired him to do welding work.

153. At first, Wendi handled the cancer okay. She was optimistic that they could try to fight it. Joe wanted prayer but Tom said he could not pray for Joe's cancer because Tom said did not have enough faith to pray for the cancer to be gone. He did pray for Joe to have the strength to deal with the cancer. Wendi brought Joe to church because Joe blamed God for his illness. Joe expected Wendi to read to him out of the Bible every

Initials

night, as part of his healing. Joe got mad if she did not have time, and told her that it was her fault that his cancer was not going away. There was a lot of hurt on Wendi's side. She tried to tell him that he could read out of the Bible too, that she had to work, but he refused to do it. He expected her to do everything for him, even something as simple as reading the Bible.

154. On one occasion, Joe had a boat propeller in the back of his SUV. He opened the door to put groceries in, and he set Nicholas in the back while he was loading the car. Nicholas sliced his leg open on the propeller and rather than being concerned about Nicholas, Joe yelled at Nicholas for getting on top of the propeller. He also blamed the people who made the propeller for making it so sharp. He could not ever accept responsibility; everything was always someone else's fault. Joe called me and asked me to come over to the hospital. When I arrived, Nicholas was screaming and Joe was crying. I picked Nicholas up and calmed him down. Joe could not control himself enough to be able to comfort Nicholas. Wendi got to the hospital about ten or fifteen minutes after I did. After things settled down, Joe told me what happened.

155. After his surgery, Joe had a hole in his neck with a tube in it. I packed it and dressed it three times a day because Wendi could not handle it. Joe did not want to ask his own parents, so he asked me.

Initials

156.   While Wendi was on trial, she was required to wear a stun belt around her waist, which she wore underneath her jacket. You could not see it. We were, however, precluded from attending her trial because we were expected to testify. We were able to see her in the morning sometimes before trial started.

157.   I have back problems that started in about 2005. Before that, I had back discomfort but nothing too serious. In 2005, I was lifting a heavy box, about sixty to seventy pounds, and had a pain go up my leg that threw me to the ground. I could not move for 30 minutes. I crawled out of the walk-in refrigerator and the next morning wound up in the emergency room.

158.   All these years after high school I'm back on drugs with prescription medications. REDACTED

159.   My mother was still drinking heavily in late 1979 when I returned to Casa Grande after being away with the traveling ministry. My mother had a heart attack and a stroke, I am not sure which was first. After the heart attack or stroke, whichever came first, she finally stopped drinking. She died in about 2003 at a rest home in Casa Grande of a massive heart attack.

160.   After marrying his third wife, Shirley, in the early 1980s, my father and Shirley moved to Springerville, Arizona in about 1995. My dad still lives there and I am

*A. O.*
Initials

still in contact with him. He is about eighty-three years old.

161.   Donna's half-sister, Kathie, has been married at least three times.  Kathie parties and runs around with men and I think is still using drugs.  I do not think she ever quit.  She does cocaine and pills and smokes marijuana.

162.   My sister, Delia Rose Rascon Alvarez, has been married and divorced three or four times.

163.   I am not that good at remembering specific time frames and dates and durations of events.  As an adult, I have relied on my wife Donna to provide the details when needed.  I also rely on her to take care of most of the household logistics.  She is much better at it than I am.  Even when it comes to my side of the family, Donna has better information than I do.

164.   I also had a couple of memory losses when I was struck by lightning.  I was struck by ground lightning once when I was taking pictures in the White Mountains during an electrical storm.  I was twenty miles from a power station.  The lightning traveled to my tripod and knocked me unconscious.  When I came to, I was twenty feet away from my camera equipment.  As a result, I lost all most of my short term memory for several years.  My father had to draw a map for me so that I could find my way home from the mountains.  I also had to carry a piece of paper with my name and address on it.

Page 56 of 58

Initials

I was struck by lightning again a year later while at home. To this day I sometimes leave the house and momentarily forget where I am supposed to be going.

165.   I have enjoyed photography since I took it up years ago. I most enjoy taking landscape and scenery shots. I enjoy long exposure photography and like taking pictures in the desert electrical storms. I photographed Wendi and was able to capture a lightening from an electrical storm about fifty miles away which resulted in her being in silhouette with her hands on her hips and the appearance of the lightening being at her elbows. I have been approached over the years to do photography for special occasions and events such as weddings and quincineras. I have been paid to take shots of the historical buildings in Phoenix in the wee hours of the morning. I was even approached by someone to shoot pornography. I decided that was not something I wanted to do. I had Wendi model for me in a swim suit by a swimming pool to try it out. Wendi really did not like posing for me. It made her nervous. I think it was because I am her father.

166.   About the third or fourth day after Wendi was arrested, Donna completely lost it. She was on the floor, kneeled over, wailing. It went on all day. I could not speak with her for day. She was depressed for weeks and barricaded and isolated herself.

167.   I never wanted to divorce Donna but now I think that if we had split this would not have happened. I wonder about how our fighting impacted Wendi. I second-guess our decision to go on the road with the ministry, my school choices for Wendi and if

Initials

I spoiled her.

168.    Prior to Wendi's trial, I spoke with her lawyers but never to the extent that I have in this declaration. They did not ask the kinds of questions and explore the topics discussed in this declaration. If they had asked about these things, I would have testified to what is in this declaration.

I have read the foregoing declaration consisting of 58 (fifty-eight) pages and 168 (one hundred sixty-eight) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct. Signed this 19th day of June 2011 at Los Angeles County, California.

Alejo Lorenzana Ochoa

Page 58 of 58

Initials

Exhibit 25

## DECLARATION OF ALEJO OCHOA

I, Alejo Ochoa, declare as follows:

1.      I met with Attorneys David DeLozier and Daniel Patterson in person less than five times before and during Wendi's trial.   Most of these meetings involved Attorneys DeLozier and Patterson providing updates on the status of Wendi's case.

2.      I met with mitigation expert Scott Mac Leod approximately five times in preparation for Wendi's trial.  These meetings primarily involved identifying photographs for use in the Power Point presentation Mr. Mac Leod prepared for the mitigation phase. Mr. Mac Leod told me that the purpose of his investigation and presentation was to show that Wendi did not deserve the death penalty because she was a good person.

3.      Attorneys DeLozier and Patterson and Mr. Mac Leod did not ask me any questions about Wendi's mental health history.  I would have been willing to provide this information if requested.

4.      Attorneys DeLozier and Patterson and Mr. Mac Leod did not ask me any questions about Wendi's family mental health history.  I would have been willing to provide this information if requested.

5.      Attorneys DeLozier and Patterson and Mr. MacLeod did not ask me any questions about my family background or childhood, or about the family background or

Initials
A-O.

childhood of Wendi's mother or father.  I would have been willing to provide this information if requested.

6.      Before my testimony during the guilt phase of Wendi's trial, Attorneys DeLozier and Patterson told me that I should answer honestly any questions that they or the prosecutor asked.  Attorneys DeLozier and Patterson did not do anything else to help me prepare for my testimony beyond telling me this.  Attorneys DeLozier and Patterson did not tell me what types of questions I could expect from the prosecutor.

7.      During the trial, Attorney DeLozier said he was fasting to obtain God's favor and to be better able to hear his instructions.  During the trial, Attorney DeLozier appeared to have a slowed reaction time and to need additional time to think before providing responses.

I have read the foregoing declaration consisting of two (2) pages and seven paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct.  Signed this 26th day of October 2011.

*Alejo Ochoa*

Alejo Ochoa

Initials
A-O.

Exhibit 26

## DECLARATION OF BRANDON OCHOA

I, Brandon Ochoa, declare as follows:

1.      I am the biological cousin and adopted brother of Wendi Andriano.  I was born to Kathie Worsham on October 16, 1985, in Tucson, Arizona.  My biological mother, Kathie Worsham, is the half sister of Wendi's mother, Donna Ochoa.  They have the same father, Henry Worsham.  When I was approximately three years old I was sent to live with Donna and her husband, Alejo, who then adopted me.

2.      My maternal grandparents are Henry and Virginia Worsham.  Together they have two kids, my mother, Kathie, and my uncle, Steven, who we call "Stevie." Virginia also had two children before she met Henry: Adolpho, who we call "Snapper;" and Connie.

3.      My biological mother, Kathie Worsham, has a long history of substance abuse.  She was addicted to narcotics.  Cocaine was her drug of choice, but I know that she was also fond of pills, alcohol, and pot.

4.      When I was around two years old, after my mother's husband Lee's death, my mother spiraled into a deep and debilitating depression.  She stopped eating, she stopped bathing, and she stopped taking care of her children.  Before Lee's death, my mother was a drug user, but, as I understand it, was still an affectionate and somewhat-functioning parent.  After Lee's death she became completely neglectful.  My grandfather came by the house daily to change our diapers and feed us.  He forced my mother to take

Page 1 of 13

Initials

showers and to eat. She could not take care of herself, much less her children. Eventually, my grandmother, Virginia, called Child Protective Services. My grandfather, Henry Worsham, took my brother Joshua in. My brother Garrett and I went into foster care. Shortly thereafter, Garrett went to live with his biological father, and my mother's sister Donna and her husband, Alejo adopted me.

5.     I did not know that I was adopted until I was twelve or thirteen years old. Donna and Alejo never told me. When I finally did find out that I had been adopted, it was through Wendi. I guess she thought I had the right to know. I was in the car with her at the time – I believe on the way to a lake. I was upset – I had been doing poorly in school and I had been fighting with Alejo a lot. I think that Donna told Wendi to take me with her because of this. We had a really long conversation about things that had been bothering me, and I remember I felt at the time that Wendi was taking Donna and Alejo's side. She told me that they had the best intentions at heart and that they were trying to do good for me. At some point over the course of that conversation, she told me that I was adopted.

6.     Prior to this, Donna and Alejo had led me to believe that they were my biological parents and that Kathie was my aunt, not my mother. They never gave me the cards my mother sent to me and they discouraged her from visiting. After I discovered that Kathie was my mother, I found six years worth of birthday and holiday cards from her in Donna's filing cabinet.

Initials

7.    While I lived with my aunt and uncle, I attended school at the Christian Academy run by Harvest Family Church.    Harvest was accredited through ACE academies, an independent curriculum for Christian education.    Tom King was the head pastor and the boss of the church and school.   Alejo was a junior pastor at the church.   He did not have any credentials; he just helped out around the school in whatever way was needed.

8.    Most days, we had to be at school at eight in the morning.   On Wednesdays, we had to be at school by five am.   On Wednesday mornings, we prayed in tongues for an hour.   Wednesdays were also fasting days, and we did not drink or eat anything.   Even water was discouraged.

9.    Tom King and the other individuals who worked at the school believed very strongly in corporal punishment.   It seemed like I got beaten for everything I did.   When students violated one of the many rules at the school, we were swatted with a paddle.   For example, I got swatted for incomplete work, for lying, and for talking out of turn.   Tom King, Alejo or other adults at the church such as Patricia King, Tom King's wife administered the punishments.   In addition to this more structured form of abuse, Tom King had a temper.   On one occasion I was angry with Tom King and mouthed off to him.   His temper flared and he punched me in the face.   When Alejo said something to him about it, he responded with something like, "If the Devil was not in your son, you would not have this problem."   On another occasion, I was participating in the annual

Page 3 of 13

Initials

trash pick-up. I remember that I was in the back of a truck, and I made some kind of smart-ass comment. Tom said to me, "You need to repent for that." And I told him, "God can kiss my ass." Tom stomped on my foot, and held it there, then grabbed me by the throat and held me at a tilt.

10.    Tom King humiliated kids. He made a public scene, right out in front of everyone. When I was very young, I had a crush on a little girl at the school named Priscilla. Her parents were poor and they lived in the blue cottage on the Church property. One day, during recess, when Priscilla was about five or six years old, she had an accident in her pants and she tried to hide in the bathroom. Tom King's wife, Patricia, found her and brought her out. It was the end of recess so we all had to line up to go back into the classroom. While we were lined up, Tom King called Priscilla out in front of all the other kids and asked her if she pissed herself. Priscilla turned beet red. She tried telling him that it was pickle juice, but Tom kept at her. He would not drop it. She told him that she would go home and change but he would not leave it alone. He held her there until she admitted in front of everyone that she had pissed her pants.

11.    When I was about thirteen years old, Donna and Alejo pulled me out of school at Tom King's suggestion. They made me their "labor mule." Every day, instead of attending class, I did manual labor on the school and church grounds. I had to maintain the track and clean the grounds. I usually worked longer than school hours – I was often there until eight or nine pm. I pulled weeds with hoes or my hands. I watered the

Initials

vegetation around the complex. I was basically the maintenance guy. Every day Alejo gave me a list of stuff to do and if I did not finish it, I was swatted. Sometimes I was sent to bed without dinner, and sometimes I was sent to bed right after dinner. Every once in a while I said, "Fuck this, it's too hot, I'm not working anymore." It was so humiliating. All the other kids saw me out there but I was not allowed to talk to them. If I was caught talking to them when they were out for recess or on one of their breaks, I was sent home and spanked. Tom and Alejo occasionally pulled up alongside me in a truck and I told them that I was hungry. They did not give me food or let me eat. Instead they said things like, "You can eat in two hours." If I had to go to the bathroom, the church secretary, Lola Archuleta, walked with me there.

12.     Donna and Alejo were very religious and heavily influenced by Tom King and by the teachings of the church. They were fanatical. They tried to keep me isolated and attempted to avoid any potential for "secular influence" on my life. As a child in their household, I was not permitted to watch television. If I was lucky and had finished my homework, I could watch the evening news with them while we had dinner. I was not allowed to engage in any social interaction outside the church. They tried to keep me in the dark about drugs and sex, and other "evils" of the so-called secular world. On one occasion, Alejo took all of my toys and put them in trash bags and threw them in the backyard. As far as I know, neither Donna nor Alejo was particularly religious before they

Initials

met. I think they did it to each other. Each of them was looking for a purpose and the church was an easy thing for them to fall into.

13.     In addition to the extreme isolation I experienced at school and in the household, I was subject to beatings at home. The beatings started when I was about eleven years old. At the time, Donna and Alejo got up every day around five-thirty in the morning. They woke me around six-fifteen, and Donna left for work shortly thereafter. By the time I was out of the shower at six-thirty, Donna and Alejo were gone. Alejo was working at the church at the time, and he left to get an early start and came back to the house to pick me up around seven-thirty or eight. I was starting to catch on to the fact that I was alone for an hour and a half every morning, and so I started watching cartoons during that time. One day, I was watching television and heard Alejo arrive. I panicked and jumped up and turned off the television. Alejo had already heard the TV, and asked me if I was watching it. I tried to deny it, so he punched me in the face.

14.     After that incident, beatings became more and more common. I think, in part, this was because I became more and more defiant. I started doing things that I knew would make Alejo angry, just to spite him. For example, after Alejo caught me watching television that morning, I was angry about the confrontation. About a week later, I got up in the middle of the night, went to the living room, and turned the television on. I knew that Alejo would hear it and I wanted him to. He came out to the living room and beat me.



Initials

15.     There was about a three-month span where things got really bad between me and Alejo and he hit me very often.  The school encouraged parents to swat with a wooden paddle, and as I got older, when Alejo tried to swat me, I laughed at him.  He said that there was no point, that I was defiant, and that there was no reasoning with me.  Alejo hit me so hard and so often that I ached for days.  Tom King preached that if we did not cry from a paddling, they had not broken us.  Sometimes Tom or Alejo hit me and hit me until I would ache for days.  I refused to cry, which just made Alejo and Tom and the others hit me harder and more often.

16.     Alejo also hit me with a long, wooden paddle that the Church recommended.  I had welts and bruises after a paddling.  I think that church members either made their own paddles or purchased them from a Christian bookstore – some establishment in Casa Grande.  The paddles had scriptures on them such as "Spare the rod, spoil the child."  There was one time where I did not cry after receiving several swattings.  Tom King told Alejo, in front of me, to drill holes in the paddle to make it hurt more.  I think they wanted to break me.  And Tom King was right—those holes made the paddle hurt more.

17.     It was around this time that Wendi told me that Kathie was my biological mother.  She even brought me to Tucson to see Kathie.  I was angry when I found out, angry that I had been fed so many deceptions.  I think that Donna and Alejo began to realize that they had made a mistake.  All of the lies they had fed me were beginning to fall apart.

Page 7 of 13

Initials

18.     During this same time, when I was twelve or thirteen, I received one of the worst beatings I ever got from Alejo. Alejo was into photography and had a cabinet where he kept his photography stuff. I was snooping in that cabinet one day when I came across six sheets of proofs of pictures that Alejo had taken of Wendi and my cousin Barbara Mitchell in lingerie. The pictures were taken in the desert and Wendi and my cousin were wearing Victoria's secret type stuff—the kind of stuff you would wear on your honeymoon. The pictures really disturbed me—why was Alejo taking pictures of his daughter and niece—my sister and cousin—wearing sexy lingerie? I did not want anyone to have pictures of my sister like that, so I took the pictures and hid them under my bed. Donna found them and told Alejo. Donna slapped me across the face and Alejo beat me. The beating was more severe then usual. I was all bruised and bloody. After that, Donna and Alejo started searching my room every day.

19.     When I was twelve or thirteen years old, I began contemplating suicide. I felt I had to either find another life, or stop living.

20.     Around that same time, I started to help Wendi take care of her son Nicholas. I lived with Wendi and her husband, Joe, for approximately two years on and off. I went back and forth between the home of Wendi and Joe and the home of Donna and Alejo. It was about a week to day ratio. I stayed at Wendi and Joe's for a week, and then at Donna and Alejo's for a day. Joe was working at the time, and Wendi had an online job. I do not know exactly what her job was, but I think it was in customer service


Initials

because she was on the phone a lot. Nicholas was four or five months old when I first started spending extended periods of time at Wendi and Joe's. Staying at Wendi and Joe's had its advantages for me and for Wendi and Joe. I watched Nicholas so that Wendi was freed up to work, and, in exchange, I had freedom to do things I was not permitted to do at home.

21.    Wendi and Joe were my escape from the church and from my life with Donna and Alejo. They were laid back and very honest with me. I think Wendi went through something similar to what I did when she first left her parents house. She was completely unprepared for life outside the church. I think that she was fascinated with Joe for this reason. He represented something different. For Wendi, Joe was her life outside the church.

22.    Wendi and Joe had great days when any observer could swear they would be together forever. They also had bad days when they screamed at each other. Looking back now, all in all, I would say that before Joe got sick, they had a relatively normal relationship.

23.    When Joe got sick, he tried to find a way around it. He tried everything. He tried religion, herbalists, and health spas. Nothing worked and his condition got worse. He became increasingly disappointed and he was irritable and depressed.

24.    I loved Joe. He was the closest thing I had to a brother at that time. But after he got sick, he became abusive towards Wendi. He had trouble controlling his

Initials

temper and was prone to violent displays. He did anything to get his way and this often involved emotional and physical abuse. When he lost his temper, he had trouble regaining his composure. We thought that there were certain frustrations to be expected with Joe's worsening condition, and so we turned a blind eye. Some doctors said that Joe's increased moodiness was due to the medications he was on, and some said that it was simply the psychological impact of being sick. Whatever it was, it changed Joe. In the time that I lived with them, I saw Joe hit Wendi on at least five or six occasions. Despite this recurrent abuse, Wendi never wanted to leave him. She always made excuses for him and stood firmly behind him.

25.     On one occasion, Joe and Wendi were arguing in the back room. I do not remember what they were arguing about, but I remember seeing Joe hit Wendi hard in the face with a closed fist.

26.     Joe had a nice boat that he loved. One time, Joe, Wendi, and I were on his boat and I was driving. I crashed his boat and Joe got very angry. He took a swing at me with a boat ore. Wendi stepped in to stop him and he slapped her across the face, hard. She cried but did not retaliate.

27.     Joe also liked to drink – that was his vice. I saw him drinking all the time. When I was out with Joe and Wendi, Joe hit on other girls and said rude things to Wendi in public. I felt that he treated Wendi as his property, not as his wife. Wendi was always

Initials

submissive and did what she could to end the fight.  I remember Joe pushing her, grabbing her by the arm, that kind of thing.  He always wanted Wendi by his side, or at his hip.

28.     One night, when I was staying with Wendi and Joe, Wendi got a little bit drunk.  She was crying, and she said to me, "If you only knew what kind of person Alejo really was, someday you'll understand who he is."  I remember being confused, and I said to her, "Well, he can't be that bad or Donna would not stay with him," and Wendi responded, "Mom lets Dad do what he wants."  She did not say anything else about it because Joe interrupted and told Wendi to go to bed.  Wendi's comment was pretty vague, but it stuck with me.  I cannot forget the look on Wendi's face when she said that—it haunts me to this day.  She looked heartbroken.

29.     When I was fourteen years old, I left Donna and Alejo's home to live with my biological mother in Tucson.  About a year later, I got a call from Donna and Alejo.  They told me that I needed to come to Phoenix, that it was an emergency.  At first I refused.  I did not want anything to do with them.  But then they told me that Wendi was in trouble, and I felt I had to come.

30.     I learned that Joe was dead and Wendi was arrested.  Shortly after I found out what happened, I got into a fight at school.  Some kids were teasing me and throwing rocks at me, and I hit one of them with a hockey stick.  I do not remember being in the fight.  I essentially blacked out while it was occurring.  After the fight, I knew what had happened, but I could not remember actually hitting the kid.  I was sent to therapy—it was

Initials

supposed to be for a year, but I did not want to talk to the counselor. I did not feel like he was helping me. I ended up doing community service instead of going back to therapy.

31.    Recently a similar thing happened to me. I was out with friends and someone said something offensive to me about Wendi and what happened to Joe. I ended up in a pretty bad fight with the person but I do not remember it actually happening. It was like the incident with the hockey stick—I sort of blacked out during the actual fight. I ended up in jail for the night because of the fight but I was not formally charged.

32.    Shortly after Joe's death and Wendi's arrest, Donna came down to Tucson to visit with my mother. Kathie and Donna appeared to be high on marijuana. I laughed and said to Kathie's husband, Arturo, that they were stoned. Arturo said that they were stoned, because Donna was having a hard time.

33.    I took Wendi's arrest very hard. I felt that it was my fault, because it happened so soon after I left. I thought that if I had stayed, maybe I could have done something, or that maybe it would not have happened. You tell yourself all kinds of things in situations like that.

34.    I testified at Wendi's trial. I was not coached by anyone—the truth is the truth, and I told the truth as I saw it. I waited outside the courtroom for four days straight, waiting to be called. I was not allowed to hear anyone else's testimony. No one prepared me for my testimony and Wendi's trial lawyers did not spend much time interviewing me.

Initials

35.     Donna was the closest thing to a mother that I ever had.  My father did not take responsibility for me, and my mother struggled with addiction.  Donna took me in when I had no one else.  While I do feel that way about Donna, Alejo was never a father to me.  At least I never thought of him that way.  Today, I am courteous and cordial with them when I do see them, but I do not seek them out.

36.     Wendi was really the only person who had my best interests at heart.  With Wendi, all she wanted was to make sure I was okay.  It was never about her.  She never had an ulterior motive like the rest of them.  She wanted to provide for me in whatever way she could without thinking about herself at all.  I miss her and wish I still had her around.

I have read the foregoing declaration consisting of thirteen (13) pages and thirty-six (36) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct.

Signed this 2̲0̲ day of May 2011 at _Pima County_ , _Az_ .

_Brandon Ochoa_
Brandon Ochoa

Page 13 of 13

_BO_
Initials

Exhibit 27

## DECLARATION OF DONNA OCHOA

I, Donna Worsham Ochoa, declare as follows:

1.    I am the mother of Wendi Ochoa Andriano. I was born September 20, 1949 in Livermore, California. My parents were Henry Mason Worsham, Jr. and Laverne Ann Tilley, whom we call "Ann." My parents tried to have more children but Mom never got pregnant again, and they concluded this was my mom's fault because my dad was able to have children with another woman. Infertility became a major problem for their marriage later on because my dad wanted more kids, especially a son, and led to him starting a second family with another woman while he was still married to my mom.

2.    A couple of years before I was born, my mother gave birth to a boy, who was stillborn with his umbilical cord around his neck. My dad blamed my mom for the death of their son. Before my mom gave birth, they had gone to an event where my mom kept walking up and down the bleachers, and my dad said that caused the baby's death. . The loss of their son was at the center of the whole mess that developed between my mom and dad and lasted for the entire time I was growing up.

3.    My father, Henry "Hank" Worsham, Jr., was born on January 14, 1922 in Owenton, Kentucky and died on September 29, 1992, in Tucson, Arizona. My mother, Laverne Ann Tilley, was born on June 25, 1915 in Spencer, South Dakota and died on April 6, 1991 in Mitchell, South Dakota. I am the only child of my parents who survived birth. My mother and her first husband had a daughter, my half-sister Nadine Ann "Deannie" Zens, who was born January 10, 1935 and died on December 4, 2008. My


Initials

father had two other children who I consider my siblings, a daughter, Kathie Worsham, by another woman, and a boy who my father raised as his son, Steven "Stevie" Worsham, although we don't know for sure that Stevie is my father's biological son.

4.      My paternal grandfather was Henry Mason Worsham, Sr., who was born in 1880 and died in 1964. He was a tobacco farmer and a barber. He was also a big drinker and alcoholic. My paternal grandfather's cousin had a big successful tobacco farm and my paternal grandfather had a farm with the same potential but he drank it all away. When my dad was drunk or when referring to his drinking, my mom often told him that he was just like his father.

5.      My paternal grandmother was Mary Elizabeth Fortner, who put up with my paternal grandfather's drinking just like my mom put up with my dad's drinking. Mary Fortner died in 1960 of heart failure following a heart attack or stroke. Their children in birth order were Phoebe Louise Worsham, who we sometimes call "Louise," and my father, Henry Worsham, Jr. There was an additional child who died at birth, a son who was after Henry in birth order. My paternal grandparents did not like my mother because she was older than my dad, and she had already been married once by the time my dad got together with her.

6.      My maternal grandparents were Sanford Tilley and Ina Rebecca Roberts. They were originally from South Dakota. They had three children. My best recollection of birth order is my mother, Laverne Ann; Delmar; and Louis. Grandma Ina had a temper like fire and was really, really strange in how unpredictable she was. She left Sanford


Initials

after bearing three of his children. She just suddenly walked out and left her kids and husband, my Grandpa Sanford, and never returned. It's freaky that she just suddenly walked out on her kids one day, but what's even freakier is that she wasn't even involved with another man and didn't have anywhere or anyone to go to. She just left her family suddenly and never returned to them. She didn't even communicate with her kids again until they were adults. Ina was an exceptionally good cook, and after leaving her kids she went to work in California making and refining recipes for Betty Crocker.

7.     Later on, when my mom was an adult and married to my dad, there was another really strange episode with Grandma Ina being unpredictable. She had been staying with my mom and dad in Oakland or San Leandro. She and my dad got into a disagreement about politics, and in the middle of it, Grandma stopped talking and went to her room. My mom and dad went to bed. In the morning, Grandma Ina was gone. She left suddenly over night without telling anyone or saying goodbye, and they didn't see her or hear from her again for two years. The only way they knew she was alive during this time was that she was in contact with my uncles Delmar and Louis.

8.     Ina was very vocal and harsh with words. She never forgave people, and was never warm or loving with me. She was a little bit nice to me some of the time because she never liked my father, but that was more like taking pity on me because of who my dad was, not caring about me. I could never call her "Granny;" it always had to be "Grandma." She loved Deannie, who lived with her several times as a teen and adult. My mom, Ann, was always scared of my Grandma Ina.


Initials

9.      For her time, and having lived with as many men as she did, Ina still had no issue with breaking things off suddenly to go out on her own and support herself. She was never settled enough to be a stay-at-home farm wife. She had four husbands that I know about, which was also unusual for her time. Around the time Deannie was in high school and I was a year or two old, Ina married her second husband, a retired Dutch captain who had commanded merchant ships, and they started a restaurant north of San Francisco called "Green Gables" just across the Golden Gate Bridge. The Dutch captain sat around and got drunk all the time while Ina ran the restaurant. Ina's third husband was named "Milt." Ina's fourth husband was Peter Geibel, who I knew the best as my grandpa while I was growing up.

10.     Ina's first husband, my maternal grandfather, Sanford, kept his kids for a year or two after Ina left them. From the way my mom talked about him, he was a hard, cold, domineering man. A year or two after Ina left him and their kids, Sanford remarried a woman named "Frieda," who didn't want anything to do with his kids, so he rejected his own kids and sent them away. My mom and her brothers were split up and had to live with different family members after Grandpa Sanford married Frieda. My mom was the oldest; she was about twelve or thirteen years old when Ina walked out on them, and a year or two older when Sanford rejected them, so in the space of a couple of years, my mom and her brothers were rejected and abandoned by both of their parents and separated as siblings.

4 of 162


Initials

11.     My maternal uncle, Delmar, was a very short-tempered, angry person who was always yelling when I was around him. He had two kids, a son named Sanford, "Sandy" who was one year older than me and a daughter named "Ellen" who was one year younger than me. Delmar spoiled Ellen and she was daddy's girl, by which I mean he was gentle with her and spent time with her, but he picked on Sandy and smacked him around so badly that Sandy ended up stuttering. By the time he was eleven years old, Sandy's stuttering was really bad. Whenever Sandy started stuttering, Delmar yelled at him for the stuttering, which only made the stuttering worse. Sandy and Ellen told me that Delmar hit Sandy with a belt and yelled at him while he was beating him.

12.     My mom got married as fast as she could right out of high school because she wanted to get away from living with family after her parents, my Grandma Ina and Grandpa Sanford, both abandoned her. I learned about this from my mother, her brothers, and also from one of my mother's cousins. She married a man named "Theodore Edward Zens," who we called "Ted." She married Ted really early, when she was still very young, and quickly after she first met him, so she didn't know him very well before marrying. They had a child together, my half-sister Nadine Ann "Deannie" Zens. Nadine was born in January 1935 and was almost fifteen years older than I am. Deannie told me that her father, Theodore Zens, physically abused my mother, Ann, while they were married. He was also alcoholic and drank a lot, all the time. My dad also told me that Ted knocked Ann around frequently when he was drinking, meaning that he hit her with his hands.


Initials

13.    Theodore died while driving drunk when his vehicle collided with a bus. That was in 1942, when Deannie was about seven years old, before my parents met and several years before I was born. My dad also told me that Theodore was mean and it was a good thing for my mom and Deannie that he died because being with him was really miserable for them.

14.    After Ted died, my mom went around to bars while Nadine was still a child of only seven or eight years old, and left her alone in the car at night, sometimes for hours, while she went into the bars. That was during World War II. My mom went into the bars to hang out with the military men, which is how she met my dad. My mom and dad also left Nadine alone in the car while they went out drinking and bar hopping when they were first getting together. According to Nadine, that's how she spent time around my mom and dad when they were getting together.

15.    When Nadine was about thirteen years old, before I was born, my mom drove all the way across the United States from the West Coast to the East Coast to rejoin my dad. A few days or a week before my mom left, she put Nadine onto a bus by herself to send her to South Dakota to stay with family who were second cousins to my mom. Nadine traveled by herself on a bus for two or three days at age thirteen on the first leg of the trip, and arrived by herself somewhere in the Midwest. She had to stay overnight by herself in a motel without adult supervision to catch a second bus to South Dakota the next morning to travel for another day or most of a day. She was scared and stayed up all night at the motel because she worried that she would miss the bus to South Dakota. I've


Initials

never understood why my mom didn't just drop her off somewhere along the way since she was driving across the country, at a place where Nadine could take a single bus to South Dakota instead of endangering Nadine by sending her on a several-day trip across the country on her own as a child. Nadine stayed in South Dakota with family for a year or two before she rejoined my mom and dad. It was a milder version of what Grandma Ina did when she abandoned my mom. It made a big impression on Nadine at the time and she told me the story over and over again, even in her later years.

16.     After my mom and dad were married, Nadine lived with them on and off. She also lived with my grandmother Ina and the Dutch captain, in Petaluma, north of San Francisco across the Golden Gate Bridge.

17.     My dad served in the Navy at the time that I was born. ~~My mom was on her~~ My mom was ~~working at a Navy facility located~~ ^working at a Navy facility located^ ~~way to see my father at a military base in Alameda, California, out~~ east of Walnut Creek, ^When she went into labor with me.^ ~~when she went into labor with me.~~ I was born in Livermore, California on the way to a hospital in San Leandro.

18.     Growing up I always wanted to be Daddy's girl, and always wanted to please him and make him happy. In family pictures, such as at the beach, I'm always with my dad. He was a little less harsh than my mother. My mom and sister both told me that when I was a girl, until at least age six or seven, I took baths and showers with my dad. By the time we were in Panama when I was about eight years old, I had stopped having showers with my dad but I can remember fun things like my dad getting glasses of cold water and dumping them on me when I was in the shower at least until I was about

Initials

twelve years old when I was in 6th grade. Sometimes he did the same thing to my mom while she was taking showers.

19.     My dad was in the Navy while I was growing up, and we moved constantly when I was an infant and until I was in the 4th grade. We crossed the country from one coast to the other many times when I was little to follow my dad in his Navy work. My mom said that by the time we settled in Tucson when I was in the 4th grade and about nine years old that I had been to forty-seven of the fifty states, every one of them except Washington, Alaska, and Oregon. Most of the moving around was because the Navy sent my dad to learn at different schools. A lot of the time he was also out to sea on ships or stationed at places away from my mom and me for months at a time. I have memories from when I was little of being at the docks with other kids and our mommies, singing "Anchors Away" when the nasty grey ship was carrying our daddies away.

20.     My parents sent me to church by myself while we lived in Rhode Island when I was as young as five years old. After living in Rhode Island, when I was almost six years old, we returned to live in Oakland, California, where I started 1st grade. A couple of months after we returned to Oakland, my dad shipped out to the canal region of Panama. He started out as an electrician but before long was managing the electrical substation for the base. After I finished 1st grade in Oakland, my mom and I joined him in Panama. I attended all of 2nd grade in Panama. My parents also sent me to church by myself while we were there. By the end of my 2nd grade year, the Navy was closing down the base there, so my mom and I returned to the states with the last of the Navy families

8 of 162

Initials

from the base, just the moms and kids. My dad's last major job abroad with the Navy was at the power plant in Panama. He came back up to the states not too long after my mom and I returned.

21.     I came down with rheumatic fever when I was two years old, and was a sickly child after that. I was weak, tired, and inactive as a child because of the illness, and didn't recover enough to be normally active until I was in the 6th grade. The illness caused my knees to swell, and I had fevers constantly that rotted and burned out my childhood teeth. My parents told me that I was so sick with rheumatic fever when I was two or three years old that I had an attack of paralysis while I was in a bath and could not move.

22.     I also had a heart murmur as a child. I was constantly getting penicillin shots from the age of two or three until eleven or twelve, and was in the hospital a lot from the age of two or three until eight or nine. When we lived in Panama while I was six to seven years old, I was treated at Mary Military Hospital there and I stayed in one of the cribs they used for sick kids. I didn't like the crib and wondered, "Why do I have to be in a crib when I'm not a baby?" I was allergic to aspirin so it couldn't be used to bring down my fevers and actually made them worse. I participated in early tests for Tylenol that were conducted with military kids. Tylenol and ice baths probably saved my life. My half-sister, Nadine, became a nurse after we were in Tucson, so she was able to administer penicillin shots to me when I was a young girl. I didn't like the shots—they hurt a lot—and I hated her for giving them to me.

23.   We moved to Tucson around the time I was finishing third grade or during the summer before I started 4th grade. In Tucson my dad worked as a recruiter for the Navy. He should have been an officer by then, but he often drank and got into fights, which resulted in his being demoted all the time. Most of the fights he got into were bar fights with other military people while he was drunk, like when Army and Navy men were in the same bar. He ended up spending time in the brig on a Navy ship more than once. He retired in the early-to-mid 1960s after twenty-seven years in the service. After all that time in the service, having started pre-Pearl Harbor, he was low in status, job rank, and pay scale because he kept getting busted and demoted throughout his career for being drunk and getting into fights. He was a smart guy. When he supervised and managed the electrical substation for the Navy in Panama that provided power for the naval base there and two areas of housing, he had a full staff working under him. When he was sober he could be a really cool guy. But he lost what could have been a successful career because of his drinking and fighting.

24.   After we moved to Tucson, when I was in the 4th grade, I still had health problems because of my rheumatic fever and wasn't permitted to go outside for physical education classes.

25.   Because we moved so often for my dad's work in the Navy, I didn't have any friends until we settled in Tucson during the summer before I entered the 4th grade. I was an only child with my dad in the military, so that made me a loner by necessity. That's just the way it was. With the constant moving and having no siblings anywhere

10 of 162

Initials

near my age, the decision that I would be a loner was made for me.

26.     In Tucson I became friends with Alice McGuffee after I started 4th grade. Alice was born in the same year I was, 1949. Her mom was Faye McGuffee. Alice had three younger sisters, Charlotte, Bonnie, and Debbie, and an older brother named "Leon." Faye's husband, Kelsey McGuffee, died in a mining accident in 1960 about the time I was in the 5th or 6th grade. When I was in the 6th grade she remarried Buck Robertson, the oldest brother of my future first husband, Skip Robertson, whom I first met later on in high school.

27.     After Faye McGuffee, Alice's mom, married into the Robertson family, some of the men from Skip's family, her husband's brothers, sexually abused the McGuffee girls.

28.     When I was still in grade school in Tucson, my parents bought a restaurant there. It was called "La Casa del Pueblo" and was located across from the post office. My mom ran the restaurant while my dad worked recruiting for the Navy.

29.     My dad drank a lot while I was growing up. He drank so much that's where most of his money went, and just like his father, he lost great potential for a successful career and life by drinking too much. My mom was almost always frustrated with him or furious at him. He continued drinking a lot during my whole childhood, up until I married Skip, and afterward until the end of his life.

30.     My dad took me around to bars while I was growing up. That was how we spent time together after we moved to Tucson. I spent a lot of my youth in bars in


Initials

downtown Tucson. I sat in the bars and drank Shirley Temples, a nonalcoholic drink made of 7up, grenadine syrup, and cherries, while my dad was drinking alcohol. If I was really lucky I got a cherry coke, but usually drank a Shirley Temple because the name sounded like a drink for grownups. How pathetic is that: preparing a child to drink alcohol by taking her around to bars and giving her an adult-sounding cocktail when she's not even a teen yet.

31.     Alcohol was always available in my house when I was growing up. My dad was drunk a lot. He brought home hard liquor including Jack Daniels and Jim Beam, mostly the pint bottles, that he hid all over the house while he was drunk so that my mom didn't see them, but because he was drunk he constantly forgot where he put them. It was easy for me to find the bottles, take them, and share them with friends. I had easy access to alcohol that way while I was growing up. There was always beer in the refrigerator and hard liquor all over the house. My friends said they came over to my house because I had the hard stuff.

32.     I started smoking by the time I was about ten years old in the 5th grade. I wasn't a wild child. I wanted to be a good kid and for the most part I was a good kid. I didn't get into trouble much, and didn't do things to rebel or that I knew were wrong. I smoked because my parents did and because it seemed cool and grown-up to be smoking.

33.     My dad loved the women. My grandma Ina and Deannie both told me that he cheated on my mom with a lot of different women. When I was in the 6th or 7th grade, my dad started having an affair with a waitress from the restaurant my parents owned



Initials

who was named "Virginia," and who we eventually called "Virgie."

34.     After my mom learned about the affair, when I was about twelve or thirteen years old, she dragged me along with her on Sundays while she went around to different hotels looking for my dad. She went out looking for him almost every Sunday during the first year or two of the affair. If Dad wasn't home on Sundays, which was most of the time, we always went out to look for him.

35.     Sometimes my mom took a gun with her when we went looking for Dad. Once when I was with her we went to some old-time, single-story motels on old Benson Highway along the I-10. She said something like, "Stay here. Don't move," and left me in the car. She took the gun with her into the hotel when she went in after him. Somehow she got the hotel manager to tell her which room my dad was in. I was still sitting in the car when I heard shots, at least two. Then here comes my mom. She was crying. We took off zooming in the car. There was no conversation. She didn't say anything and I wasn't about to start asking questions. I was scared, wondering if someone got shot, and my mom said nothing. We drove fast the whole way home. Later I learned from my dad that my mom had busted into the room he was in with Virgie and started shooting. He said Mom was trying to shoot Virgie, but she wasn't a very good shot and hit a booze bottle on the headboard and the wall by the bed instead of Virgie. And then he told me, "Be nice to your mom. She's a really good person." What I wanted to say was, "Then why did you treat her like crap?" but I didn't.


Initials

36.     My mom got up early and managed the restaurant all day, until just before

dinner, while my dad worked as a Navy recruiter. Mom came home around 5:00 p.m.,

and Dad took over the restaurant and managed it until it closed at about 9:00 p.m. and

while the restaurant workers were cleaning up until about 10:00 p.m. There was a bar my

parents didn't own that was attached to their restaurant, and after the restaurant closed

while the workers were finishing up, Dad went over to sit at the bar and start drinking.

37.     After my dad closed or left my parents' restaurant at night, he went out

drinking and carousing with waitresses, including Virgie. There were a couple of

waitresses he caroused with and had affairs with before Virgie. My mom knew what he

was doing, so to get back at him, she locked the door to the house. When my dad arrived

home around midnight or later, he was often too drunk to find or use his keys so he

forcibly broke into our house to get inside and then there was a lot of screaming between

my mom and my dad in the middle of the night. It got really ugly, so when I was in 6th or

7th grade I started keeping a butcher knife by my bed. There was so much anger, ugliness,

and violence between my mom and dad, with things getting out of hand all the time, that

I felt the need to protect myself. My parents fought so hard that they broke windows. I

either blanked it out of my memory or didn't actually see much of their physical fighting,

but I heard plenty of it. At the time I didn't form the words or realize that I felt I needed

to protect myself from my parents and their ugliness, but that's how I felt.

38.     There was more and more stress between my parents over time after my

dad starting having the affair, and more and more screaming and fighting. My mother

14 of 162


Initials

threw things, especially while they were having late-night fights. The fights generally didn't happen when I could see them. I know she threw a ketchup bottle once because I saw the mess on the wall the next morning. Despite the intense fighting late at night, I pretended with my parents that things were normal and okay; we never talked about the fights and for the most part during the day we acted like nothing was wrong.

39.     Much of my parents' fighting centered on the fact that my dad wanted more kids, especially a son. My mom couldn't have more kids after me, so my dad blamed her for his affair with Virgie. My mom said she loved my dad and would never leave him no matter what he did. It was an impossible situation that went on for about ten years; they couldn't work out their problems, and they couldn't move on.

40.     My maternal grandmother, Ina Tilley, married her fourth husband, a man name Peter Geibel, when they were both about sixty years old and I was still a girl. Starting when I was in about 6th or 7th grade, until around 9th grade, after my parents were really having a lot of trouble with their marriage, they sent me up to Sun City, Arizona, every summer for a month or so to stay with Grandma Ina and Grandpa Pete.

41.     I loved going to stay with Ina and Pete. I got to play cards with old people and swim in my grandparents' pool. I watched Elvira and midnight movies with Grandpa Pete. He was nice, and was the only adult I was ever able to talk to while I was growing up. Grandma Ina was just like my mom when it came to talking to me; she wasn't going to talk about anything with me, especially not family problems.



Initials

42. While staying in Sun City with my grandparents, I talked to Grandpa Pete about the situation with my parents and all their problems and fighting. He was grounded and able to listen. I remember wondering, "How can he stand to live with my grandma?" because she was a handful. When I was playing cards with Pete in the afternoon, Ina often came home furious about someone or something, and she was often very loud when she was angry. She got angry easily, and was always deciding she wouldn't talk to so and so ever again. When we were playing cards with the old people they knew, she often got angry suddenly and left the game with no explanation, and then for the next two or three hours she complained about the people at the game and said it was their fault that she lost. Pete was the calm, stable one and tried to help her settle down. He just turned down his hearing aid a lot of the time when she was around.

43. When I was in 6th or 7th grade, after my parents' marital problems started, I didn't want to be Donna anymore, so I decided to change my name to "Beth." I went around for a summer telling everyone that I was "Beth." Both my grandparents in Sun City knew that I was doing this, but my parents never knew about it and it stopped when I went back to live with them after the summer.

44. My mom neglected me so badly while I was growing up and sometimes took things out on me so severely that she actually made my dad's parenting look good. She worked all the time and spent much of her energy being obsessed with my dad's affair with Virgie. Much of the time that she was at home she was worrying about that and fighting with my dad. At times when she was frustrated or upset with my dad and his

16 of 162

Initials

affair with Virgie, she lashed out and slapped or smacked me for no reason that I could see, just because I was nearby and she was angry. I repeated that with Wendi and Brandon while they were growing up. From time to time when I was stressed, usually when I was frustrated with Skip or Alejo, instead of confronting them, I lost control, got very frustrated with Wendi or Brandon, and took out the frustration on Wendi or Brandon by slapping or smacking them. I ended up repeating what I hated the most about my mom while I was growing up. Skip and Alejo also took things out on me when they were frustrated with someone else. I was harder on Wendi than I was on Brandon. By the time we had Brandon I was older and had more patience.

45.     My mom also spent a lot of time reading and ignoring me while I was growing up, which I repeated when raising Wendi and other kids. My mom never talked to me about anything important, especially not the difficulties between her and my dad, and never even admitted to me that there was a problem between her and my dad. For the most part I learned what I needed to know about life from my peers because my mom wasn't parenting me and wasn't telling me anything. When I started my period, my Grandpa Pete was the one who helped me get what I needed to get through it. He bought a Kotex kit and gave it to me.

46.     My dad talked to me a little more than my mom but didn't do much to help me cope. Our house was clean. My mom did the laundry but I had no emotional connection with her, no hugging, no cuddling, no warmth, no affection, no bond. My survival needs for food and shelter were met but otherwise my relationship with my mom


Initials

was sterile and distant. My parents did nothing to support me emotionally or to help me amidst all of their fighting. I just learned to ignore the constant ugliness, and became really good at not noticing bad traits in people I cared about, like my dad.

47.     Despite his drunkenness, disloyalty to my mom, and neglect of me, I worshipped my dad. He seemed like a happy, charismatic character because he wasn't always irritable and complaining. When he wasn't fighting with my mom, he seemed happy. Unlike my mom, who was irritable and always yelling at me, he was nice to me. When it came to my mom and dad fighting, I always took my dad's side, even though he was the one having the affair. I blamed my mom for my dad being gone. Although I didn't know exactly why he was gone so much, my thinking was that it had to be her fault he didn't stay with us and had a second family, because I knew he loved me so it must have been something about my mom that made him leave. It was easier for me to forgive me dad and feel close to him than it was for me with my mom.

48.     In 8th or 9th grade I lost it and had a breakdown. I had witnessed too much ugliness and violence between my parents. When I had the breakdown I couldn't stop crying and then didn't respond when people talked to me. I saw a doctor who was a friend of my dad's, and stayed home from school and everything else to recover for a week or two. It was all too much for me as a child, especially my parents' fighting. I took it until I couldn't take it anymore, and then had the breakdown.

49.     I grew up knowing and living with the fact that my dad had a double family. On September 20, 1961, Virgie gave birth to a boy named "Stevie" after she was



Initials

with my dad. Later on, toward the end of his life, my Dad expressed doubts to me that Stevie was his biological son. He was a hook for my dad to stay with Virgie because my dad wanted a boy so badly. When Stevie was born, they had him baptized into the Catholic Church with my dad's last name. When my mom found out she threw a great big fit. She actually went down to the Catholic church, told them she was still married to my dad and that Stevie was illegitimate, threatened them, insisted that they take my dad's surname off the church records for Stevie because it wasn't on the birth certificate, and caused enough of a stir that the Catholic church complied and took my dad's name off of Stevie's church birth record. I knew about Stevie early on because my mom mentioned him when she dragged me around to hotels looking for my dad. My mother became livid on one occasion when my dad took his father, Henry Worsham, Sr., to see Virgie's kids.

50.    My dad fathered two daughters with Virgie while he was still married to my mom. The first daughter my dad had with Virgie is named "Kathie Worsham." She was born on August 4, 1964. We're fifteen years apart in age.

51.    My dad was old-school and always wanted a son. Kathie was a disappointment to him because she was a girl. She was ignored almost completely by my dad while she was growing up because he already had a son, Stevie, by the time she was born. My dad wasn't interested in focusing on girls at all after he had Stevie. Kathie never received much attention from Virgie either. It was a bad situation for Kathie as a kid. She was shuffled around a lot as a kid to stay with different families over a period of three or four years, anytime my dad and Virgie wanted to put their attention on something


Initials

else, like during the time Stevie was sick when his kidney was removed. My dad came home late, drunk, to the house he had with Virgie while Kathie was growing up, just like he did with me. My dad called her "Donna" a lot when talking, calling, or yelling, and that was hard for her. Everyone in her Kathie's family paid more attention to Stevie than to her.

52.     In 1969 or 1970, after my parents were divorced, my father and Virgie had another daughter, Mary. Kathie was about five or six years old at the time. While Virgie was pregnant, Kathie wanted the baby to die. She went around at home and at school saying, "I hope the baby dies, I hope the baby dies," over and over again. Then Mary died at birth. Kathie believed that the baby died because she repeated her wish that it would happen.

53.     Kathie had a lot of problems as a both a child and adult. She got into trouble a lot at school for lying after Mary died. The school administrators said she was a pathological liar. She stopped wanting to go to school, started hanging out with the bad kids, and missed a lot of school from then on. She was smart and got good grades during the times that she applied herself and attended school, but couldn't stay focused on school while she was growing up.

54.     It has always been difficult to know whether or not Kathie is lying because she herself believes what she is saying and is very sincere in that belief even when what she says has no connection to reality. Sometimes it's obvious that she's lying or seeing things, such as when she tells crazy stories and talks about crazy things, like ghosts and

Initials

dead people visiting her, or seeing blood constantly welling up underneath the carpets and bloodstains showing up on the carpets where she lived with her husband, Lee, but sometimes she'll talk about things or tell stories that sound like they could be true but end up being completely fabricated.

55.     An example of a story Kathie told us that could have been true occurred in 1988 when Kathie was living in an apartment with her three boys. Kathie asked a neighbor to come watch the boys while Kathie went out to do a supposedly quick drug deal. Josh, her oldest boy, was barely six years old; Brandon had recently turned two years old; and Garrett was one year old. Several hours after leaving, Kathie had not returned, so the neighbor called Virgie to tell her that Kathie wasn't back and that the neighbor could not watch Kathie's boys any longer. Virgie called Child Protective Services ("CPS"). My dad took charge of Josh. CPS came and got Brandon and Garrett. Two or three days later Kathie resurfaced. She claimed that the people she had been doing the drug deal with kidnapped her and held her against her will during the time she was gone. She told the story a few different ways to different people. By this time, after years of hearing fabricated stories from Kathie, the family was used to her lying and was fed up with it. None of us believed her story about being kidnapped and CPS didn't believe it either.

56.     When Kathie was about thirteen or fourteen years old, she ran away from home with an adult truck driver and was away with him for a week or so. It was assumed in our family that Kathie had sex with the truck driver during the time she was with him.

Initials

Our family didn't see any other reason for a truck driver to pick up a pretty younger teen girl and travel with her for a week. She got a job at a grocery store when she was in her teens and the manager there got her pregnant when she was sixteen years old. She stopped attending high school around that time. The child that was born when Kathie was seventeen was Josh. The grocery-store manager was Josh's dad. He killed himself by shooting himself out in the desert after Josh was born, so Kathie lost the father of her son to suicide when she was still a child herself.

57.     Kathie's husband, Lee, died in a car accident in 1988, about a week after they were married. Kathie had been strung out on coke for quite a while at that time and was so thin by the time Lee died that she weighed only eighty-eight pounds. For comparison, she looked thin when she weighed one hundred twenty-five pounds. When I saw her a couple of days after Lee died, I could see the bones, joints, and tendons clearly under her skin. It was like looking at a skeleton with skin and tendons still on it, which was really hard for me to see and I found it gross to look at. Her face was beyond drawn, like a skull with skin. The reason we went to see her after Lee died was that she called Alejo on the phone and was saying really weird things and that she needed help. When we went down to the house where she had lived with Lee before he died, we found that despite weighing only eighty-eight pounds and being ghastly thin she had torn things off the walls, torn up cushions on the couches, and generally trashed the house. There were a few of Lee's drug dealers at the house looking for stashes of money and coke and even they couldn't restrain her. It was during that time that Kathie told us she had been seeing

22 of 162



Initials

blood rising up in the carpets and bloodstains appearing on the carpets since she and Lee had been together, which as far as we could tell not being able to trust anything she told us, had been a few months.

58.     During the timeframe of about 2000 to 2004 I saw Kathie sitting and watching TV, and she carried on conversations with the people on TV. It was different than being caught up in a TV show and telling one of the characters not to do something or to watch out because you're so involved in the story. Kathie appeared to be talking to people on the shows like she was having real conversations with them, saying things to them, hearing responses from them that no one else could hear, and then responding to whatever responses she heard.

59.     Kathy has had a very hard life. In addition to Josh's father killing himself and her husband Lee dying under suspicious circumstances almost immediately after they were married, she has served time in prison for drug charges. Each of her three sons had a different dad, and she had her kids taken away from her by the state because she abandoned them and was not taking care of them. Because of her many incidents with CPS, she was supposed to go to counseling but she couldn't or didn't go because she was still strung out on drugs. She has been addicted to drugs for most of her life, from about age fourteen to the present, and has struggled with alcoholism from her late teens to the present. She has never had stable living arrangements for long and rarely has been able to stay in one place for long. Even now I almost never know where Kathie is at a given time or how to get hold of her. Some of her romantic partners have been drug dealers, and

23 of 162



Initials

multiple times she has gone from having a big fancy house with luxury because of drug money to suddenly having almost nothing and living in a dump or being on the street because the drug dealer she was with got busted. She has never been able to follow through with anything or stick with anything for long. I tried to get her into a resident drug rehab program in Pinal County near us in late 1988, where she would have been closer to Brandon, and she told me ~~she told me~~ she would do it, but she never showed up to do the intake and get started, and after she missed two or three appointments to meet for the first time with the counselors I gave up trying.

60.     From ~~hear~~ her early teens to the present, Kathie has been extremely loose sexually. She colored her hair blonde after it started to darken naturally when she was a teen, and she comes across as being very flirtatious with just about every man she meets. She has worked as a stripper. I saw her dancing once when she was twenty-one years old. Even when she's living with someone she's usually going out with multiple other men, and even when she's in a steady relationship that has lasted for years, she disappears suddenly and is gone for days to weeks with another man.

61.     It's not easy talking to Kathie because she jumps all over the place when she's talking and sometimes I can't follow her or understand what she's trying to tell me. She has been that way for many years. If she does stay on a topic or I can follow what she's saying, I almost never know if she's telling me the truth or if what she's telling me is connected to reality.

24 of 162

Initials

62.    As young adults, my half-siblings Stevie and Kathie thought they were born after my parents were divorced and when my dad was married to Virgie, but that's not true. Both were born while my mom and dad were still married while my dad and Virgie were having an affair. Virgie threatened me once not to tell anyone that she wasn't married to my dad when Stevie and Kathie were born. Sometime in the mid-1980s, Stevie and Kathie told me, "Mom and Dad have been married for twenty years," and I brought it up to Virgie because I didn't think it was right that she had lied to them. She was furious and used a scripture to threaten me. She told me I'd better never tell Stevie and Kathie that she and my dad weren't married when Virgie gave birth to them. She seemed crazy to me then and had seemed crazy to me many times before that, so I didn't think it was worth it to try to tell Stevie and Kathie the truth.

63.    My parents continued fighting from the time my dad started the affair with Virgie until after I graduated from high school, and my dad continued coming home drunk and still drinking all the time. They weren't actually divorced until 1969, a year or so before Wendi was born. It was a long time after my parents' divorce before I was nice to my mother again.

64.    I attended Flowing Wells High School in Tucson, located near the intersection of Flowing Wells Road and Prince Road. I lived with my parents down the street from the high school. I have known Wendi's biological father, Shelby "Skip" or "Skipper" Robertson, since high school.

Initials

65.     When I was in 9th or 10th grade one day while I was at school, I heard fire trucks getting closer and closer. My parents' house was only five or six houses away from the gates of my high school. I knew my dad smoked in bed all the time, and he often fell asleep smoking while he was drunk, so I had a feeling about the fire, and when I went to the door of the school sure enough I saw a billowing mass of smoke coming from my house and saw that the fire trucks were going there. There were several incidents in which my dad started his mattress on fire by smoking in bed, but the fire never got so bad that it burned out the whole bedroom. A few times when I came home from school my dad's mattress was out in the backyard, smoldering. The house always smelled like smoke during those years from the blankets and mattress burning. That frightened me as a child and teenager. It wasn't as big a deal for me as my parents fighting, but I was aware it could cause a disaster for us. I made a joke of it with my friends to make it seem like less of a big deal.

66.     Skip came to live with his brother, Alice McGuffee's stepfather, during his sophomore year in high school, and that's when I first met him. I was a freshman that year. In high school, Skip was one of the hoodlums or bad boys who rolled up cigarettes in their T-shirt sleeves. I had nothing in common with him at that time. He ditched class, went out with wild girls, and was not someone I hung around with during high school.

67.     Skip was the baby boy of eight kids in his family. His siblings in birth order to the best of my recollection were Eva Jane; Berle Boyd "Buck," who married Faye; Glen; Jerry Don; A.V., which is his real legal name; Myrna Louise; Tommy Lee, "Bud;"



Initials

and Shelby Wayne, "Skip." The Robertson family was from San Angelo, Texas.

68.     My dad was my more permissive parent. Shortly before I turned sixteen years old, I took driving classes in high school. When it came time for me to learn how to drive, my mom couldn't take me out driving without yelling at me. My dad was more patient, and he was the one who helped me learn to drive. While I was learning to drive, when my dad came home after closing the bars, meaning staying at bars until they closed for the night, he let me or one of my friends drive his car while he was with us, drinking in the car. He drank Napa Sonoma Mendocino white wine, and he also let us drink it, but not while we were driving, starting when I was about fifteen years old. Instead of talking about my Dad being drunk, I turned it into a way to make friends in high school. I told my peers, "I have booze and hard liquor at my house if you want to come over," and of course many of them were interested.

69.     Sometimes I went out with Dad and drove him around while he was drunk at about 11:00 p.m. to midnight after he closed the restaurant. He let me go out with my friends and on dates while he was with us in the car drunk, which I liked a lot, starting when I was fifteen years old. Somehow, despite his drinking and unfaithfulness to my mom, I had empathy toward him, and went out of my way to stay in his good graces and keep him happy. On the one hand he was a charismatic, nice-looking, happy-go-lucky man, who sang like Dean Martin. On the other hand he was a raging alcoholic who had violent fights with my mom to the point that I was so afraid for myself that I slept with a butcher knife by my bed.

Initials

70.   Buck Robertson, Alice McGuffee's stepfather, had an accident when fixing a tire before he was with Faye that harmed his reproductive organs so that he was unable to father a child. His wife, Faye, coupled with and had a child by Jerry Don, one of her husband's brothers, because Buck wasn't capable of having children. There were fights at Alice's house between adults about the situation because Faye was pregnant and everyone knew Buck couldn't father a child, and I saw Buck and Faye get into a heated argument about her being pregnant. This occurred while I was about fifteen or sixteen years old. It was a family secret and mostly kept hushed up.

71.   My mom caught me holding hands with my high school boyfriend, Worth Casey, on the sofa early on while we were dating and she had a fit. She asked me, "Why are you letting him crawl all over you?" My mom had a lot to do with how I reacted to men. She made everything feel dirty or cheap, even something as simple as holding hands, and then never talked to me about anything having to do with sex. That comment she made about me and Worth holding hands was the only thing she ever said to me about sex.

72.   My dad always said while I was in high school that "if you're not a virgin when you get married, I will get a shotgun," by which he meant get a shotgun to shoot me. It wasn't that he intended to make me get married; he intended to shoot me. He also said he would get a gun to shoot me if I dated a black guy. I never wanted to do anything to make my dad mad at me.

Initials

73.     Later on during the time Worth and I were dating, I cuddled up on his lap when we were by ourselves, such as at the drive-in movies. He started messing around sexually, like touching my breasts, and I pretended I was asleep. That was the only way I liked sex. If I had to take responsibility for sex or admit that it was happening, I didn't want to be involved and left the situation.

74.     After I stopped dating Worth in my senior year in high school, I went out with other boys indiscriminately and started partying and drinking more alcohol with my friends and with boys. I was cute and told myself I was going to do my own thing. We went around town, drinking alcohol. I liked vodka and coffee, tequila, or anything hard. The vodka and coffee was nice because it didn't smell bad. By halfway through my senior year I was having sex. It wasn't a big deal. I was never that thrilled about sex.

75.     Church has always been a safe place for me. I attended church even when I was partying in high school and during the years before I married Skip, church people were an important part of my social life. I felt safe with them and with the structure that church provided.

76.     Because my dad knew everyone in Tucson, he usually knew what I was doing. He had lots of contacts in the business community and had been involved with mining operations. He had many odd friends here and there who went to bars, so he often found out when I went to bars. The first night I ever went to stay at a motel to have sex with a boy while I was still in high school, my dad knew. One of his friends saw me and my companion going into the motel, and let him know. I did my own thing during my last


Initials

year of high school, but when my dad found out about something or told me to stop, I

obeyed. Whatever my dad told me to do, I did.

77.    Another one of my boyfriends during this time was a son of the Sheriff of

Pima County, so we were able to get into bars because all the bouncers knew him. I was

underage at the time but the sheriff's son might not have been. My dad had a fit because

some of the people I hung out with when I was seventeen were so much older than I was.

The ~~Banano~~ brothers, who were in their 20s, were part of my crowd. They were well

[*handwritten: Bonanno*]

known around town for being partiers and bad boys, and my dad knew about them. Once

when one of them called the house, my dad answered the phone. That's when he got

upset and had a fit. He ordered me to "stay away from those people," meaning the

~~Banano~~ brothers. I said, "Okay," because I wanted to make my dad happy. Having my

[*handwritten: Bonanno*]

dad lay down rules didn't make me want to rebel. I just didn't want my daddy to be mad

at me, because if he was mad at me he wouldn't like me.

78.    When I was seventeen years old, in my senior year in high school, I was

probably considered fresh meat for the partying crowd and the guys who were older than

I was. I partied with them all but left with the other girls when they left. I didn't take any

contraceptive but never got pregnant during this time.

79.    I graduated from high school in 1967. While I was in high school, my sister

Nadine was a nurse in the Navy in Guam. She put money for me into an account so that I

could get away from my parents and attend E.A.C., Eastern Arizona College, in Thatcher,

Arizona. Deannie wanted me out of my parents' house because my mom always said she

*[handwritten signature]*
Initials

wouldn't leave my dad until I was out on my own. Deannie figured that if she paid for my college I would be out of the house and Mom would no longer have that excuse to stay with my dad. That ended up being just an excuse, and my mom didn't leave my dad after I moved out.

80.     My mom and dad moved to Seattle together in 1968 after I was married to Skip, and my dad ended up being the one who finally left her. Within a couple of months my dad returned to Virgie in Tucson. My mom stayed in Seattle for a year after my dad returned to Arizona. When Mom returned to Phoenix, she worked at a restaurant called "Garcia's" as a waitress up until the time she moved to Groom, Texas to help me while I was pregnant with Wendi.

81.     I attended EAC for one semester in fall, 1967. My declared major was home economics but I changed it to computer science the second week. I was still drinking during this time, especially vodka and coffee. Then I got sick with tonsillitis, which resulted in my being hospitalized and missing school.

82.     I spent a lot of time in bars with my dad while he was drinking after we moved to Tucson from the time I was in 4th grade until I was thirteen or fourteen. I started smoking at about age 10 in the 5th grade.

83.     I got started drinking alcohol with my dad when I was fifteen years old. We drove around, just the two of us or with my friends, drinking wine. Either my dad or I sat in the passenger seat, drinking, with my girlfriends in the back, also drinking. Whoever was driving didn't drink. This happened about one or twice per week for a couple of

Initials

years, from the time I was fifteen to seventeen years old. I went out drinking with my dad more often when he was happy and when we could both get out of the house late at night, and less often when he wasn't or we couldn't. It was a big kick for me to go out drinking wine at night with my dad while I was in high school.

84.     While I was a senior in high school, after I broke up with Worth Casey, my friend Alice and our other friends drank sloe gin fizzes, a sickly sweet alcoholic drink once or twice per month for a period of about a year, and when we went to the movies on weekends we drank Everclear and soda.

85.     During the semester that I attended college in fall, 1967, my roommates and I drank so much that we almost got kicked out of school. I drank a lot, all the time, in my dorm and otherwise, during the whole semester. We drank anything hard that we could get our hands on or that the boys could buy for us. About the only thing we didn't drink that semester was beer.

86.     While I was getting together with Skip, we drank a lot, especially vodka. I was drunk the whole Christmas break after attending Eastern Arizona College ("EAC") in 1967. After we were married we regularly drank Rum and Coke and Tequila Sunrises when we got together with his military friends or Skip and I went to cowboy bars by ourselves or with his brothers. Skip and I also took lots of uppers, especially when driving back and forth between Arizona and California. I drank alcohol occasionally while I was pregnant with Wendi when I went to cowboy bars with Skip and his brothers.


Initials

87.     When I was about twenty-two to twenty-four years old, during the time that I surprised myself by how sexually active I was, I drank frequently with men I was seeing. I drank lots of Tequila Sunrises, which was a popular drink for women at the time. I often drank with Ron Kessler, who I dated for over a year during that time, when we went out to dinner. I also smoked pot during this time period with my neighbor who lived behind me in the duplex apartment.

88.     For about a year and a half from mid-1973 until about January 1975 while I was at Terros, I drank constantly. I drank during the week while I was working full-time. Although I drank a lot, it didn't cause me problems at work because I usually threw up the alcohol before I got so drunk that I couldn't have gone into work the next day. It's hard for me to get really drunk because I tend to throw up first. I also drank at Terros while I was volunteering there over the weekends.

89.     I continued drinking after I was first getting together with Alejo in 1975, although Alejo had stopped drinking by then. There were a few occasions when I drank a lot after I had met Alejo, such as once when we went to a Christian concert in downtown Phoenix and we got hot rum drinks before the concert and more afterwards. Alejo was the only member of our group who didn't drink. Nicky Barnes and I usually had cheap wine in the fridge during that period of time. After I married Alejo we didn't do much drinking. Since 1979 when we returned from the traveling ministry, my only drinking has been the night my mom died, when I got very drunk, and once every few years when I had a Kahlua and cream while we were traveling to California or for some special

Initials

occasion such as during the holidays.

90.    Skip Robertson, who I had first met in high school, had just come back from Vietnam by late 1967, where he had served as a Marine. When I returned to Tucson from E.A.C. for Christmas break during my first semester there, I went to see Alice McGuffee and found out that Tommy Robertson, Alice's stepdad Buck Robertson, and her mom Faye were going to Phoenix to Skip's welcome home party after he had returned from Vietnam, and they invited me to go with them. Tommy and I drank vodka and coffee on the way to Phoenix. When we arrived at Glen and Ophelia Robertson's house in Phoenix in the late afternoon or early evening, the Robertson men were already drunk. All the Robertson men drank a lot, all the time, and they drank anything with any kind of alcohol. The Robertson women had a drink or two at the parties, but the Robertson men got drunk and stayed drunk. For Skip's welcome-home party they started drinking early and stayed drunk all evening to celebrate Skip returning home safe from Vietnam.

91.    Skip had served in the Marine Corps since 1966 and had been stationed in Vietnam for a year. He was taking R&R, or rest and recuperation, with his family over Christmas, 1967 before returning to duty at the Marine base at Camp Pendleton. He had been through a lot of bad stuff in 'Nam and had put it off, meaning that he wasn't getting help and wasn't facing or dealing with what had happened to him. He served in Vietnam in the Marine Corps as a grunt, a mortar man. He was involved in several operations where lots of the men serving with him were killed.

Initials

92.    I was eighteen years old at the time Skipper came back from Vietnam, and I was closer to church members at that age than I was to my mom and dad. Skip had attended church when he was younger and that made him sound good to me as a partner. At one point when he was a teenager, before he left for 'Nam, Skip taught Sunday School. He told me that he prayed on the beach and read the Bible while he was serving in 'Nam. It seemed obvious to me that God gave him a second chance by allowing him to survive when many others around him were killed in 'Nam, and that also attracted me to him.

93.    I had sex with Skip over Christmas break, and when I returned to E.A.C. after Christmas break to finish the semester, I thought I was pregnant by Skip, who had returned to his military unit at Camp Pendleton, California. Skip and I had no real courtship and we never dated. We hung out and went to a party or two but never actually went out on anything that I considered a date. We just had sex and I thought I was pregnant so we got married. I called to tell him the news and his commanding officer gave him permission to come to Arizona from Oceanside. Skip promised me that he wouldn't drive trucks like all his brothers, which was a false promise, but I believed it at the time. We went to New Mexico to get married because blood tests and a waiting period weren't required there.

94.    My dad was disappointed when I told him that Skip and I were getting married. I didn't tell him that I had become pregnant because he had threatened so many times to get his shotgun with the implication that he would kill me or someone I was

35 of 162

Initials

dating that I was worried what he might do if he found out that I was pregnant. He put my picture facedown on his television set after I told him the news. He wanted me to turn nineteen years old before we were married. Skip and I went ahead with getting married when I was only eighteen years old and Skip was only nineteen, because I thought I was pregnant.

95.     Skip's family told him that our marriage was never going to last. He said, "It will last," and we stayed together as long as we did partly because he was stubborn and wanted to prove the rest of the Robertsons wrong.

96.     Skip and I were married in February 1968. I remember waiting in front of the courthouse, where I threw up and fainted. I woke up and we still got married. I was scared and sick, but it ended up that I was not actually pregnant.

97.     I was relieved to be married because I was worried what my dad would do, think, or say if he found out I was pregnant out of wedlock. I always wanted to make my dad proud and be perfect for him even though he was a jerk. Skip and I had no wedding party or celebration and no honeymoon. After we were married we went out looking for a hotel room in Tucson to stay in, but we couldn't find one because we got married during the Tucson Open Golf Tournament and there weren't any rooms available. By the time we gave up on finding a room, Skip's brothers were carrying on and getting drunk at Jerry Don and Ida Mae Robertson's house, so we spent the night there at his brother's house while the Robertsons were having a drunken party to celebrate our wedding.

36 of 162


Initials

98.     Skip was a cowboy from a family of cowboys. They were all like what you'd expect from typical Texas cowboys, with mouths like sailors, no college education and all about sex, alcohol, Levis, and driving trucks. I didn't keep exact track but it seemed like all of Skip's brothers had been in jail by the time Skip and I got married. While we were married, I adopted his cowboy lifestyle and ways. It was almost like I was a chameleon. I just went along with it and tried to fit in. I have done that all my life with whatever group or person I was with, whether in high school with the party crowd, in church and ministry groups, with Skip's family, around hippies when I was working for the drug counseling centers, and later around Joe Andriano after he and Wendi were married. My first reaction when I'm part of a new group is always to get similar clothes as they have, so that I'll be liked. I morph well to be part of whatever group I'm with. Now in retrospect I think that I never wanted to make a decision about who and what I was, exactly, so I shifted to fit in with whatever was normal for the group I was with.

99.     After we married, Skip and I moved to San Clemente, California. We stayed there for six months. Skip was still in the Marine Corps. We lived off the military base in an apartment that was located over a ravine not far from the beach. We drank alcohol together after we were first married, such as when Skip had friends over to talk about the war. Skip also had access to illegal uppers, which were amphetamines that we took together, including white crosses and pink hearts. One or another of the Robertson brothers in Tucson supplied us with the pills, which all the Robertson brothers used to stay awake while driving trucks on long hauls. One of my sisters-in-law, Linda, who was


Initials

married to A.V., used the amphetamines as diet pills without a doctor's help or prescription.

100.    In San Clemente we learned that I wasn't pregnant, which was just as well. We had gotten married very young, and decided it was better not to have a baby right away.

101.    Skip was mental, meaning crazy, in many ways. One way was that he had PTSD after serving as a mortar man in Vietnam, although I didn't know the term at the time. He had it while he was in the service and during the years I was with him after he got out of the service. I had to be very careful when waking him up. I crouched at the end of the bed and touched his toes to wake him because he came out of his dreams swinging his fists hard enough to really hurt me if a punch connected. He also had bad nightmares about four or five nights per week where he thrashed around in bed and called out to people. After he woke up swinging or woke up violently from a nightmare he often apologized profusely. He never made friends outside of his family and the military during the six years that I was married to him. After he was released from active duty in the military in about May of 1969, other than women with whom he had affairs, he never made any new friends for the rest of the time we were married.

102.    In the early years of our marriage, Skip was very jumpy and easily startled. Any kind of loud noises or sudden surprises set him off. In San Clemente there were several incidents when there was a loud noise, like a car backfire, and Skip hit the ground like he was in combat. Skip and the military guys talked about military stuff but they

38 of 162

Initials

avoided talking about specifics of what they had experienced in Vietnam. I was interested in his experiences there but very rarely did he tell me anything specific.

103.    Skip drank steadily and was drunk much of the time I was around him for the whole time we were married, both before and after Wendi was born. When Skip wasn't drinking, he could be well mannered or even nice, especially early on, before and just after we were married. He was more of a hoodlum in high school, then became more of a cowboy later on after he started driving trucks. When he was drinking he was loud, belligerent, angry, and mean. I hated his drinking. He didn't just have a couple of beers or go out and get buzzed, he always drank to get really drunk. He started out happy when he was first drinking, then the more he drank the more ugly, mean, and verbally abusive he became. When drunk he was vicious with his words. There was nothing I could see that caused him to act that way and nothing in particular that happened to set him off. He just turned mean all by himself. When he started getting drunk I always wondered what he was going to be like. He tended to break laws and get into trouble while drunk. Sometimes he stayed out or was gone overnight or for multiple days and nights while drinking. We were still living in California in 1968 or 1969 when I realized that the marriage wasn't working but it took me as long as it did, until 1974, to have the courage to leave him for good.

104.    I was told about an incident in which Skip sexually abused his brother's children. He was in the car with his brother, A.V.; A.V.'s wife, Linda; and their children. Skip touched Linda's children sexually while riding with them in the car. The kids were


Initials