about six to eight years old. I was also in the car but unaware that the incident occurred. It happened on a long drive to or from California, and I was asleep while Skip was sexually abusing his nieces. The incident occurred after I was married to Skip but before Wendi was born, sometime between 1968 and 1970. I learned about it from A.V.'s wife, Linda, after Skip and I were divorced.

105.   In about August of 1968, after being married in San Clemente for several months, Skip and I moved to San Diego. He was still doing military service in the Marine Corps and worked at the Marine Corps Recruit Depot, "M.C.R.D.," in San Diego as a Military Police sentry or guard. I got a job at a fancy hair salon on 5th Avenue in San Diego, as a receptionist.

106.   While we lived in San Diego, Skip and I drove from San Diego to Phoenix a couple of times a month to spend time with his brothers. We worked in San Diego from Monday to Friday, then left Friday to go to Phoenix and spend the weekend with his brothers. We drove back to San Diego in time to start work again on Monday morning. We took speed to be able to stay awake and drive all night. I just took a pill or two, and didn't drink alcohol and take speed at the same time. I'm sure that from time to time Skip drank beer and also took speed at the same time. Sometimes Skip was buzzed on alcohol but not drunk when we drove back and forth from San Diego to Phoenix. I went to work still high back in San Diego some Monday mornings, and sometimes was so wired that I was down on the floor scrubbing the baseboards at the hair salon just to use up the energy from the high.

Initials

107.   Skip was released from active duty in the Marine Corps on April 30, 1969, about nine months after we moved to San Diego. We went to Phoenix for a couple of months. We were still drinking, and Skip was still taking uppers, but I stopped taking them. I just took them when driving back and forth between California and Arizona. When I had a choice I preferred uppers to alcohol.

108.   At times Skip could be fun to be around, but he and I didn't have normal conversations or discussions about things like common interests during the years that we were married. That just wasn't possible with him. He had a short attention span and was mostly interested in having sex and drinking alcohol. He never finished high school and didn't have good options for starting a career. There was Veterans Administration money available to help him pay for schooling after we moved back to Phoenix when he was released from active military duty, and he attended Refrigeration School where he learned how to install, repair, and maintain air-conditioning and HVAC systems. He seemed to do well in Refrigeration School but couldn't stick with it.

109.   Not long after we moved to Phoenix, Skip started driving trucks for a living, which he had promised me he would never do. He also started running around with other women. He wasn't around much of the time after we moved to Phoenix. He kept taking uppers, including black birds, pink hearts, and white crosses, especially while driving trucks to stay awake on long hauls. When he was around, we fought a lot about money and sex. A typical fight included him coming home late, drunk, and wanting to have sex with me. I didn't want to have sex with him when he was drunk and smelling

Initials

like booze and cigarettes, so he yelled at me until I gave in.

110.    On one occasion in late 1968 or early 1969 while we were on the way to or from California, traveling with another couple, I slapped Skip on the cheek when we were playing around, when we hadn't been fighting. I had gotten away with doing that as a playful thing with guys while I was dating. It was like Skip snapped and lost control. He hit me back really hard, solidly, with the flat of his hand, and said that next time he hit me it would be with his fist. There was no next time because I learned well and did whatever he wanted after that to avoid having him hit me with his fist. I was also more careful about being playful with him after that because I didn't want to do anything that he might take wrong and use as a reason to hit me. He was always mental. He often told me "You're not good enough," and the next minute he needed me or had to have me sexually.

111.    My sister, Nadine, married her husband, Clark Otto Bednorz, Sr., on August 2, 1969. Even though I was about fifteen years younger than Nadine, I had Wendi before Nadine had a child.

112.    Growing up I told myself that I would never marry anyone who was like my father, but Skip was even worse when it came to drinking, being irresponsible, being disloyal with other women, and not supporting me in any way whatsoever. I left Skip for the first time in about July, 1969, the year after we were married, because he was running around with women, drinking heavily, and mistreating me. I left him in Phoenix and went to Tucson. I stayed in Tucson with a girlfriend from high school, Linda Robertson, who


Initials

had no blood relation to Skip's family and was a different Linda Robertson that the Linda who was married to A.V., and her husband, Jack. She's now deceased. Linda and Jack grew pot in their yard, but did not smoke it in front of me.

113.    Skip showed up looking for me after I'd been staying with Linda and Jack for a couple of weeks. He came from a family of cowboys while Linda and her husband were hippies. Skip didn't want me to be around them because they were growing and smoking pot, so we moved into an apartment together in Tucson.

114.    When Skip came to get me at Linda's in Tucson he said, "I'm going to change." He told me he would clean up, stop drinking, and stay away from his brothers, because he got very rowdy and got into trouble when he drank with them, but he was never able to keep his promises. When he tried it didn't last more than a few days at the most. When I left Linda's, Skip and I got an apartment in Tucson. I got a job with a company called Arizona Land Title and Trust Company and Skip continued driving trucks.

115.    After a couple of months of living in Tucson, I got pregnant with Wendi in November 1969. Skip and I had decided we wanted to be married for two years before having children because we wanted to get to know each other. We had seen people who had to get married because they got pregnant or had kids right away, and they never had much time together before raising kids. We decided we wanted to start having children two years after being married rather than two years before.

43 of 162

Initials

116.   By late 1969, I wanted a baby and had stopped taking birth-control pills. That was before EPTs, or Early Pregnancy Tests, even existed. I missed a period. By Christmas, 1969 I thought I was pregnant but wasn't sure. When I missed a second period I went to the doctor sometime after Christmas and he confirmed that I was pregnant. I thought everything would be okay after I got pregnant because I was the person who tried to make everyone else happy and I believed that if I made Skip happy that everything would work out. I got pregnant partly because I believed having a baby would help my marriage and solve problems between Skip and me. We were hoping that I was pregnant.

117.   I had a cockapoo dog during this time that I loved more than anything else. My dad gave her to me so that made her very special. Because she was from my dad, she was more important than if Skip or anyone else had given her to me. The dog slept with me in bed and was a companion for me through thick and thin, with everything else that was going on. The dog was like a substitute child for me.

118.   Around Christmas of 1969, before I knew for sure that I was pregnant, I received a phone call from Skip telling me he had been in an accident driving a truck through the Grapevine in California. It was a great big wreck that totaled out the big-rig but neither Skip nor his brother were seriously hurt. After that accident, Skip was home in Tucson with me for about a month before we were in another accident in about January 1970. I was riding with Skip while he was driving his car. It was a red Boss 302 Ford Mustang. We were on Fort Lowell Road, which was a two-lane road. A big Acme wrecking truck ran a stop sign and plowed right into us. The Mustang spun around and

Initials

landed in a ditch. My little cockapoo dog was thrown out of a car window. During and after the accident I was more concerned about the cockapoo being hurt or killed than anything else until I remembered that I was a couple of months pregnant and started freaking out about the baby, Wendi, although we didn't know it was a girl and hadn't named her at that time. I didn't use seat belts at the time so I'm sure I wasn't wearing one during the accident. I had whiplash in the accident. My neck and back were hurt and I had physical therapy after the accident and treatment by a chiropractor.

119.    I didn't have any source of information about pregnancy and nursing, such as how to breathe while giving birth. Whatever I knew came from my doctor. I continued to see a chiropractor for my neck and back injury in the car accident until we left for Texas in about June of 1970.

120.    My big complaint with Skip at that time was that he was always gone, on the road driving trucks. He was doing the one thing he promised he would never do, which was drive trucks for a living. I really thought that if I had a baby he would settle down and be home more. I fought with Skip a lot the whole time I was pregnant, and was consistently under a lot of stress the whole time I was pregnant. Even though Skip was making decent money driving trucks, plenty to support me and later Wendi, he drank and partied it all away with other women, just like my dad had done, and never gave money to me for basic living expenses, so I was constantly struggling to get by and survive.

121.    Skip was usually gone for one to three weeks at a time with his truck-driving trips. There were times when he was stuck somewhere for a few days finding a


Initials

load that needed to come back to wherever we were living so that he could come home. The driving Skip and his brothers did wasn't like some of the truck driving today, with the big nice trucks and a standard routine. It was piecemeal. They never knew what they'd be hauling or where they'd be going. I almost never knew where Skip was, who he was with, or when I'd see him next, and when he was with me, we were usually fighting. It was the same from the time he started driving trucks until we were divorced in 1974. My response then was the same as it is now: choke it down somehow, look the other way, pretend it isn't a problem, and all will be fine, or at least that's what I tell myself.

122.   In June 1970, Skip got a job fixing big truck-tire flats and pumping gas for truckers at a truck stop in Groom, Texas. I agreed to move to Groom because his job was supposed to be permanent, in one place, so that he could stop driving trucks. Groom was a small town in the dry Texas panhandle with a population of 200 people. The month of June was okay for me in Groom. I helped the owners of the truck stop that employed Skip by spending several hours each week adding up their total daily sales. I continued doing that work until Wendi was born on August 26. My wrist went numb and was very sore from all the hours with the ten-key, but I didn't know to call it carpal tunnel syndrome back then.

123.   I didn't look pregnant until I was about seven months along, which I liked because I was concerned about looking good for Skip to keep him happy while I was pregnant with Wendi. Then in July I started hearing stories about Skip running around with another woman. It turned out that Skip was having an affair with a floozy from the

Initials

area, a waitress who worked in a restaurant near the truck stop where he worked. He had

met her while driving trucks and started the affair with her before we moved there, and

she was the reason he wanted us to move there. I had no friends in Texas and nothing

there except an unfaithful husband. I was very stressed in Groom beginning when I found

out that Skip was unfaithful. I believed it was my fault that Skip was running around with

other women and gone drinking and doing uppers for days at a time, so I looked for a

way to fix it. I hoped that having a kid would help our marriage and hoped the baby

would be a boy because that's what Skip wanted.

124.   When I was with Skip and for most of my life, I always felt like everything

was my fault. That's how my life is. If anything went wrong back then, it was my fault.

Even today when anything goes wrong, especially in the lives of my loved ones, I often

feel that it's my fault. I take blame or responsibility when anything goes wrong and then

look for a way to fix it.

125.   I didn't like Groom even before I knew about Skip having an affair with

another woman. I was so depressed and homesick for Phoenix and Tucson that I started

listening to a Charley Pride song about a Phoenix every day. I sat in my car alone,

playing the song over and over again. Things got worse for me when I found out Skip

was seeing someone else. It wasn't long until I hated Texas.

126.   In Groom we lived in an old farmhouse in town. It was big with a living

room, dining room, small kitchen, two bedrooms, and a big front porch. One of the rooms

was being prepared for Wendi while I was pregnant. During the time I was pregnant,

Initials

Skip spent <sub>nearly</sub> all of the money he earned on alcohol and other women.

127.   After having been totally stressed for most of the time while I was pregnant, I started having contractions in Groom in early July 1970 that lasted the whole month. It doesn't take a genius to see that the early contractions were very likely the result of stress. Skip spent the days changing tires and working at the truck stop. Sometimes he came home to clean up and change clothes before he went back out. There were periods of time when he was seeing women that he didn't come home at all, or he came home for just a few hours during the middle of the night. The contractions were the worst at night when Skip wasn't around and I didn't know where he was. They were often five to eight minutes apart, and they got to be as close as four minutes apart, which is close enough that the baby should be coming. They prevented me from sleeping so I was frequently up all night. I became sleep-deprived. I continued doing the accounting work for the truck stop the entire time I was having contractions.

128.   Wendi wasn't due until August 20, 1970. My doctor was concerned that she might be a premature baby, so he started seeing me every week rather than every two or three weeks. The hospital in Groom was tiny and had limited services. It really wasn't set up to handle a preemie baby.

129.   My mom quit her job in Phoenix and came to Groom in July to stay with us because I was having the contractions. She helped with chores and with taking care of me. She also paid for almost all of my living expenses. Even though she was paying for food and almost all of my living expenses, I still treated her badly by being irritable,

Initials

impatient, and short with her.

130.   It wasn't until mid-July of 1970 that I fully understood everything about what was going on with Skip and the other women in Groom. It was my mom who brought it to my attention. It was horrible situation there with Skip running around, spending his money on alcohol and other women, and me eight months pregnant and having contractions all month. Groom was depressing and the weather was miserable, hot and humid when all we had for cooling was fans that didn't make much difference.

131.   Another reason I hated Groom was that Skip got drunk and then raced everybody in our Mustang. Not only was he drinking and driving, but he was street-racing all the time while he was drunk. There were aluminum heads in the~~the~~ *that we* year and make of Mustang that Skip and I had, and he pushed the engine so hard when he was drunk and racing that he melted the heads in our Mustang. I had to bail Skip out of jail when I was about eight months pregnant during the last few weeks before Wendi was born because he was arrested for speeding while drunk.

132.   In the months in Groom before Wendi was born, I wasn't working and had no money. My mother paid *nearly all* all my living expenses. The truck drivers who came through the truck stop where Skip worked that summer knew that Skip's pregnant wife liked watermelons, so they gave us watermelons, which were a big part of my diet while I was pregnant. Skip asked truckers coming through Groom at the truck stop to give him their green stamps that they got for getting gas at the truck stop and for other purchases. We filled cards with green stamps and bought things with them. Most of Wendi's baby stuff,

Initials

including a crib, a changing table, diapers, and baby clothes, was bought with the green stamps. There was a big redemption center in Amarillo, Texas about forty-five miles west of Groom.

133.   Wendi was my first and only baby. I didn't know what to expect. I had no friends in Groom. My doctor was a D.O, a doctor of osteopathic medicine. He was a sweetheart and the closest thing I had to a friend in Groom. He had ten or twelve kids of his own. By about August 10th, he was very concerned that my baby hadn't been born yet. Even though we hadn't reached the due date, I had been having contractions constantly for a month-and-a-half, since early July, and in August, fairly frequently they got so close, like three to four minutes apart, that the baby should have been born. Because he was a D.O., he used a natural remedy to try to bring on birth. He told me to take cod-liver oil and orange juice. He said, "Do that and the baby will come. It will drain everything through you and that activity in your abdomen will encourage you to deliver. If the baby is ready to come, you will have contractions and deliver." It was the nastiest stuff to drink. I got very sick with both vomiting and diarrhea. The contractions got really close and it looked like I would deliver, but the baby still wasn't born. The experience was so unpleasant that I hated my doctor after that.

134.   A couple of weeks later, on August 26, 1970, when I was nine months pregnant and past Wendi's due date, I saw my doctor in the late morning. I was having contractions the same as ever. By then I was used to it. After seeing the doctor, I went out in the afternoon with Skip to a fishing pond that was in a field. While we were out

Initials

fishing, a bull surprised us. It was a big Texas bull and it came running at me directly. It chased me through a field. I did my best to sprint a few hundred feet to a fence. The bull wasn't running at a full gallop. I was never very big while pregnant and was able to dive through the slats in a split-rail fence. It all happened so fast I don't think it even hit me how much danger I was in.

135.    After being chased by the bull, Skip and I went home for a few hours. We lived about two blocks from the hospital. By about 5:00 p.m. the contractions were different; they were coming harder and faster. My mom and I went to see my doctor again, and when he saw me he told me to go to the hospital. I was dilated to about six or eight centimeters when I checked in to the hospital at about 5:30 p.m. At the hospital, the nurses checked on me. By about 6:00 p.m., the contractions were coming quickly, and a doctor broke my water and then went home. He figured I'd be in labor for many hours.

136.    I spent only about two-and-a-half hours in labor. Someone had to go find Skip so that he wouldn't miss the birth. He barely made it in time to be at the hospital when Wendi was born. My mom was present in the labor room and at the birth with me. Skip was at the hospital but not in the labor room during the birth. In those days guys weren't allowed into the delivery rooms; a few years later doctors realized that men should be there at the birth.

137.    I gave birth to Wendi at about 8:30 p.m. She was born in Groom, Texas on August 26, 1970, on a Wednesday. I didn't have an especially hard time compared to most women. It was like two blobs of Jell-O coming out, and then baby's here. When she

Initials

was born I was saying, "I quit. No more. I don't want to play this game anymore. I don't want to have a baby." I started freaking out as soon as she was born because I had heard stories that you were supposed to spank the baby and make it cry. I started calling out, "Spank the baby, make it cry, make it cry." I didn't know if it was a boy or girl at that point. Later I learned that you don't need to spank newborn babies or make them cry. When I found out the baby was a girl I freaked out even more because Skip wanted it to be a boy, and I was having the baby to try to make him happy, to convince him to stop seeing other women and to settle down and stop driving trucks. A big part of the point of having a child was to try to repair our marriage. There was also the trauma carried over from my dad wanting to have a boy the whole time I was growing up but never being able to have one.

138.    Wendi was healthy at birth and weighed 7 pounds, 11 ounces. She was an average-sized baby with a round face and chunky arms and legs. She was not at all skinny and had little fat rolls when she was born, probably from all the chicken-fried steak and mashed potatoes I ate while pregnant. She was the only baby born at the hospital that day, and the only baby in the hospital nursery while we stayed there. They took her from me immediately and she stayed in a nursery, which was a whole separate room. In those days you didn't bond with babies after they were born. The doctors didn't use any local anesthetic when stitching me after the birth. The nurses never made me get up and walk, so I never went to the nursery to visit Wendi, and the nurses must have played with her more than I did while we were in the hospital.

Initials

139.   I chose the name "Wendi" because it was the one name I couldn't see being turned into a nickname. I didn't want something that could be shortened or be made different for a nickname. I didn't want her name to be spelled like "Wendy" in Peter Pan.

140.   The nurses brought Wendi to me only when she was hungry so I could breastfeed her. The first day after her birth I didn't see Wendi much, and after that they brought her to me a few times per day, every few hours. I don't remember them waking me up at night to breastfeed her. They may have fed her a sugar water formula during the nights at the hospital.

141.   In thinking back I realize that I didn't bond with Wendi at all after she was born. My cockapoo dog disappeared after I went into the hospital to give birth. It was the same cockapoo that had been with me in the car accident in Tucson after I got pregnant with Wendi. My gosh, when Wendi was born I had a closer bond to that cockapoo dog that went missing than to my kid.

142.   I was able to nurse Wendy at the hospital from her birth until the following Saturday when I went home with her. When I got home with Wendi and found that the cockapoo dog was missing, I scrambled to find my puppy and when I couldn't, I just freaked out. My dog was gone. It wasn't just any dog; it was the dog my dad gave me. I was so homesick in Texas and having the dog was like bringing some of home with me; it felt like my only connection to home and my dad. We never found the dog. I was so upset I became hysterical and couldn't tend Wendi at all. I couldn't breastfeed her. I had a breakdown over the missing dog. I cried for a day in shock and then just shut down

Initials

completely. I wasn't able to feed myself and wasn't even able to get up. I was completely shut down for a couple of days, and completely unable to communicate or respond. I had no interactions with Wendi during this time. My mom and Skip had to feed her for two or three days while I was having the breakdown over the cockapoo dog going missing.

143.    I've had breakdowns like that a few times in my life. The first I remember was in junior high school after my dad had been having the affair with Virgie for two or three years and when my parents were fighting so much, and it all finally became too much. The second time was after Wendi was born when my dog went missing, and I went through the same thing again once when I was trying to get up the guts to leave Skip for good. That was two or three years after Wendi was born. The last time I can remember having that kind of breakdown was in 2000 after Wendi was arrested. When I have the breakdowns I start by crying uncontrollably or becoming hysterical. That usually lasts a day. Then I shut down. My brain completely stops processing. I'm not feeding myself and I'm not getting up. I'm completely gone for a couple of days. I don't even have facial expressions. You can't even really talk to me because I'm not there. Then it's over, and I either pull myself together, or I medicate myself, which is what I did this last time after Wendi was arrested in connection with Joe's death.

144.    It took me two or three days to get through the breakdown when I came home from the hospital with Wendi. She was able to start up nursing again; it hadn't been so long that she couldn't nurse anymore. I continued nursing Wendi for about two months after she was born for the time we were still in Groom and then in Phoenix for a

little while.

145.   I didn't know what to do with Wendi after she was born, and I didn't interact with her. All I did was go in where she was sleeping and poke her once in a while to make sure she was still breathing. Mom and Skip dealt with Wendi better than I did. My mom had the patience to sit and rock her, but I was like "No way." Skip knew about how to work with kids because he came from such a big family. He knew about putting oil on her head to deal with the icky stuff that formed on her scalp, which I later learned was called "cradle cap." He and my mom were the first to give Wendi a bath. I was going, "Ay yi yi, what's that thing on her tummy?" meaning the clip from the umbilical cord. "You mean I'm supposed to clean that thing? I don't think so!" Kids raised as single children should never have babies until they've been through classes, and I was no exception.

146.   I had a few days' reprieve with Skip after Wendi was born while I was having my breakdown. He stayed around for a few days for a change. I'm sure he said, "I'm sorry about everything," and that he would make it all better, stay around, shape up, be a father, and start being a husband. That happened so much it's hard to remember each specific time. It was just part of the cycle with Skip, just something he did when he felt that way but he always returned to drinking, partying, chasing women, and being absent shortly after the apologetic part of the cycle.

147.   I still hated Groom after Wendi was born, and still sat in my car every day playing the Charley Pride song about Phoenix. We still didn't have any money because

Initials

Skip still spent ^almost over everything he earned on alcohol, uppers, and women. My maternal grandfather, Sanford Tilley, died in 1969, around the time that Wendi was born, and somehow there was $1,000 for me when he died. The hospital bill for Wendi's birth was $500. The inheritance from Sanford paid for them and some of my doctor bills while I was pregnant. We also bought a dryer with the inheritance money.

148.    Wendi was colicky for the few weeks after she was born while we were still in Texas. I wasn't patient with her and didn't want to deal with her. I had enough going on with losing my favorite dog, my husband almost never being there with me and not providing money for our expenses, and mom my telling me "I told you so" about marrying Skip. Having a fussy, crying baby on top of that was too much for me, and having a crying baby increased my frustration. I couldn't deal with it. I remember that I just sat and held Wendi sometimes while she was crying and I cried too, which didn't help either of us. I felt hopeless in Groom after Wendi was born, until we left a few weeks later.

149.    Now I understand that when I was stressed back then, my body's hormones and everything else my body put out from being stressed was going from me into her when I nursed her. When she was sick and fussy, I couldn't hold her, and it seemed like whenever I picked her up she wanted to cry. It was frustrating because my mom could take her and quiet her down, but she never quieted down for me.

150.    Skip and I were also having more fights. They happened the same way over and over again, and were similar to the fights we'd had before Wendi was born. With a

Initials

few exceptions, they weren't physical fights. We yelled at each other. I wanted to throw things like dishes or whatever was handy while we were fighting, and I wanted to throw them at Skip, but was afraid Skip would hit me or throw them back at me harder if I did, so I waited until afterward when he was gone and then threw things. During the fights I usually retreated to the bedroom before too long into a fight because I didn't want to say something I would regret, either because it was just mean and hateful and later I would wish I hadn't said it, or because it might push Skip over the edge to the point that he would hit me. I've never been good at standing up and telling people how I really felt or what I really thought, especially not in my marriage to Skip. I wanted to tell him things like, "You're an idiot," "You're taking advantage of me," and "Grow up," but I never did.

151.   When we had physical fights they usually occurred when Skip was trying to leave. I got up close to him and asked him, "Where are you going? Where are you going?" and he threw me down or pushed me away hard. I was afraid of him hitting me after the first time he did that earlier in our marriage and I knew what I could get away with in fights without having him get so mad that he snapped and hit me.

152.   My doctor in Texas told me it was best to put kids to bed for the night at 7:00 p.m. or 8:00 p.m. He said to do that because "You guys need time for yourselves," so we put Wendi to bed early. Somewhere I had heard that it's okay to let babies cry, so if she wasn't hungry, wet, or feverish, I let Wendi cry. I had a really hard time letting her cry for even a short time but Skip kept telling me, "No, she's fine, She just needs to cry."

Initials

After fifteen or twenty minutes when she was still crying I really wanted to pick her up but Skip said that if she wasn't wet or hungry it was best to just let her cry. There was a period when she cried a lot more than usual when she was about ten months old and we were trying to wean her off the bottle. From the time she was born until she was about a year old, it seemed to me that she regularly cried for hours before she went to sleep. I was sensitive and her crying was stressful to me.

153.   It snowed on Labor Day in Groom after Wendi was born. That was the kicker for me. I told Skip, "I'm going back to Phoenix." So about two weeks after that, in September 1970, we headed back to Phoenix. Wendi was a few weeks old. I felt better leaving Groom. Wendi calmed down when we got to Arizona and slept almost all the way to Phoenix.

154.   When we got back to Phoenix, we stayed in a tract home on 81st or 82nd Avenue for about three months from about September until December of 1970. In those days 81st Avenue was way out west of Phoenix in a subdivision, but now it's almost part of downtown. Skip, my mom and I all lived together in that house. Skip went back to driving trucks but he still didn't give me any of the money he earned and kept spending it on alcohol, drugs, and women. My mom returned to work at Garcia's Restaurant, a big Mexican restaurant chain where she had worked as a waitress before moving to Groom, and she paid the rent, bought food, and paid for all of my expenses. I wasn't working for the first couple months after we arrived in Phoenix in September 1970.

Initials

155. Wendi's condition and disposition improved in Phoenix. She stopped being colicky once I was no longer so stressed and miserable from being in Groom. She was a happy baby in Phoenix, so much so that Skip's brothers, whom we saw every couple of weeks or so, nicknamed her "Happy Jack." I was also a little less stressed with Skip gone again driving trucks because he wasn't in my face all the time yelling at me, and I think Wendi calmed down because of that. It was easier for me to be around her when she was less fussy. I still wasn't comfortable giving Wendi baths for the first couple of months after we were in Phoenix so I let Skip and my mom give her all of her baths during that period. Even after I was a little more comfortable giving Wendi baths, Skip also continued giving Wendi baths.

156. Sometime during 1971 when my mom, Skip, and I were all living together in Phoenix. Skip was driving a truck with one of his brothers, A.V. or Glen, and he had a problem, got arrested, and ended up in jail in Bedford, Ohio. At first I was told that he had been trying to rob someone or that something like that had happened. What actually happened was that he went into someone's house like it was his own place. He got into the person's fridge and was eating their food. The owner of the house couldn't get him to stop or leave. He was drinking and on uppers the whole time, and had no memory of how he got there or why he was in the house. I tried to come up with bail money to get him out of jail. I called Skip's brother, Glen, but Glen and his wife, Ophelia, refused to put up money to bail out Skip even though they had the money. None of the other Robertson brothers were willing to offer any money to help Skip. I had to come up with about


Initials

$4,000 to cover bail, his attorney, his living expenses, and the cost of a flight home. My mom was so generous with helping Skip and me financially during this time. She came up with the money to help Skip. Skip said, "I'm going to pay you back, Mom," but he never did.

157.    Another time in about 1971 or 1972 Skip ran his big-rig truck through a freeway guardrail and had to pay back the state for the cost of the guardrail. He almost went to jail as a result of that.

158.    A couple of months after we returned to Phoenix, I went to work for a company called Stewart Title. Around that time, just before Christmas, we all moved into an old three-bedroom John F. Long tract house on Cheery Lynn Road in Phoenix, and then in spring of 1971, Wendi, Skip, and I moved into our own place with the money I was making at the title company. It was near 32nd Avenue south of McDowell on the west side of Phoenix. My mom moved into her own place, another little house that was just a few blocks away.

159.    My mom helped babysit Wendi. She took care of Wendi while I worked during the day up until late afternoon, then she took Wendi to daycare when it was time for her to start work at the restaurant. Wendi was at daycare for an hour or two after my mom started work and before I got off work at the title company. When I was off work I picked Wendi up and Skip or I watched her during the evening.

160.    Mom was much better at calming and tending Wendi than I was, and with me not being able to handle her when she was fussy, with there being so many problems

Initials

between me and Skip, and with me working full-time starting two or three months after Wendi was born, Wendi spent more time with my mom when she was an infant than she did with me. I'd really like to say that I held Wendi all the time during the first two years after she was born, but in reality I had so many challenges of my own, and by the time she was a few months old I was away working most of the day, that I was really just with her for a little while during the evenings, and we put her down early, by 8:00 p.m. at the latest. Wendi called my mom "Mom" first, before she ever called me "Mom." That's still painful for me to remember. It really tore me up.

161.   Skip seemed to adore Wendi but there was also definitely something weird about that. For example, he wasn't domestic and didn't do everyday chores or help at the house at all, but he gave Wendi baths whenever he was home when she was an infant and toddler. He knew how to change Wendi's diapers and he wanted to change them and volunteered to do that when he was around. He had her completely potty trained by the time she was ten months old, just like she was a dog, even before she started walking. I wasn't home much when Skip potty-trained Wendi but I saw him sit her on the toilet, telling her to go, and she went on demand, which was different than any other child that I've ever seen. She wasn't even walking yet and she couldn't even get into the bathroom and take care of it herself, but he had her trained so that when he told her to go, she did it. I know Skip was harsh with Wendi and must have punished her to train her because no kid just does that when you tell them to. He used a rough, angry, harsh voice with her when ordering her or training her while she was younger than a year old. It was more

Initials

than just a stern voice; it was a voice you would be afraid of. Skip said he knew what he was doing because he helped with his brother's kids while he was growing up. It was weird that he put so much of his attention on potty training Wendi before she could even walk, especially when he was gone so much either driving trucks or drinking alcohol.

162.    My mom didn't like Skip but she got along with him okay. She made little comments regularly to me about how Skip couldn't do this or that right, but never said anything to him directly, and she helped Skip and me with finances and helped me with living expenses, which were patterns I also repeated later on with Wendi and Joe. Our family pattern is that the women do whatever is necessary to take care of the men, whether financial or otherwise. That's just what we do, and in looking back I see how my mom taught me that while I was growing up and reinforced it while I was with Skip.

163.    I was not happy with Skip during this time because he was out drinking all the time. His PTSD wasn't quite as bad as it had been when we were first married, but he still had nightmares and woke up sweating, all tangled up in the sheets and bedding from thrashing around while he was dreaming about the war. He was still mental when he was around, like one time when I was using the bathroom at the house. The toilet in the bathroom was across from the bathroom door. Skip stared in through the keyhole at me while I was on the toilet and asked me what I was doing in there. He was very creepy and crazy when he did that, and at other times. I never answered him that time when he stared into the keyhole at me. That happened around the same time that Skip was potty training Wendi.

62 of 162

Initials

164.    Whether he was drunk or not, Skip was tough on Wendi when she was an infant and toddler. When he wanted her to do something, she did it. If she was fussy he used a rough voice with her and she stopped. He trained her like she was a dog, not a baby. He spanked her from the time she was an infant and toddler, including when he was potty training her from the time she was a few months old until she was ten months old. If she didn't obey or do something right when he told her to, for example if she was crying and he told her to stop, he spanked her, a good smack with his hand on her butt. She was a compliant child and he didn't have to tell her or spank her more than once or twice at any given time to get her to obey. Even at that age Wendi was already trying to make everybody happy. Skip's attitude was that if he told her to do something she would do it, and she was doing it because he told her to. If she didn't do it she got a spanking. In retrospect I know Skip was too extreme in how he trained and punished Wendi. He punished her because she wasn't able to do things. Some things she wasn't ready to do developmentally or couldn't control as an infant or toddler, such as wetting her diaper or crying when we took her bottle away. At the time I deferred to Skip in how we reared and punished Wendi because I believed he had more experience with raising kids and that he knew better than I did how to discipline and raise her.

165.    Sex abuse of kids was part of the culture of the Robertson family. At some point after we were divorced, Skip and at least one other Robertson brother went to prison for child molestation, and I learned later on from my friend Alice McGuffee that some of Skip's brothers molested the McGuffee girls. The women in the family, myself

Initials

included, talked about it on occasions when the men weren't there. I was hesitant about letting Skip's dad watch Wendi when she was an infant and toddler because it was treated as common knowledge in the Robertson family that Skip's ~~Dad~~ dad touched babies and toddlers sexually when there was an opportunity. The Robertson family considered Skip's dad to be a dirty old man. This came up in the family in early 1971, when I was twenty-two years old and Wendi was still less than a year old, when there was talk among the wives and women in the Robertson family that Skip's dad was sexually touching Glen and Ophelia's baby. Within the first few months of moving to Phoenix, while Wendi was still a baby, Ophelia told me, "Don't ever leave Wendi with her grandpa because he's a dirty old man and you don't know what he'll do with her." Skip's dad and brothers all had access to Wendi at various times.

166.   Skip wanted me to go to LA with him in his truck in February 1971, when Wendi was about six months old. Before we took the trip we brought Wendi to Skip's sister-in-law, Ida Mae, who was married to Jerry Don. They lived in Mesa. Ida Mae agreed to watch Wendi while we were gone.

167.   We happened to be in LA during the big earthquake on Feb 9, 1971. The trip was supposed to be two days but ended up being three days due to earthquake delays like roads being out and long delays in traffic. Some of the freeways were blocked and there were areas where the road was too cracked to drive on. Upon our return we went to pick up Wendi from Ida Mae but found out that Wendi was with Skip's dad. I was concerned about Skip's dad having ~~done~~ touched Wendi sexually while we were gone in

LA but I couldn't really focus on it. While it was a foregone conclusion at the time among the women within the Robertson family that Skip's dad had touched Wendi sexually while she was an infant or toddler, I did not think of it in those terms at the time or have any way to respond because I was doing everything I could to avoid having to deal with it and not notice what was happening. I was part of the culture of the Robertson family in which the women strongly suspected that the men sexually abused girls and the women considered themselves helpless to do anything about it.

168.    Later, when there was a very disturbing incident with Wendi at daycare, the suspected sex-abuse incident with Skip's dad while Skip and I were in L.A. became even more of a concern. When I was in Phoenix living with my mom after I divorced Skip and Wendi was four years old or just before she turned four years old, she was in daycare during the day while I was working at CODAC. I received a phone call from the daycare center telling me that Wendi was showing her private parts to other kids. The daycare people were really upset when they called me. From what the daycare people said, Wendi, a boy of about the same age, and one other kid had gone into the bathroom and were comparing and showing off their private parts in a way that was really unusual for kids of that age. This happened twice while Wendi was at the same daycare, and Wendi was almost kicked out of the daycare as a result because after the second incident the daycare people concluded that she was the instigator.

169.    Things were pretty much the same with Skip after we moved to Phoenix and later to Tempe. He made good money driving trucks and spent nearly it all on alcohol,


Initials

uppers, and other women. When he came home he was almost always drunk, got mad at me, and wanted to have me, meaning that he wanted sex. I didn't want to have sex with him. Most of the time I just did it with him anyway because that's what he wanted and if he didn't get it then he became extremely abusive with words and threats. Skip's behavior in these areas got even worse when we were in Tempe.

170.    The fights Skip and I had in Phoenix and Tempe from the time Wendi was an infant until about age three when Skip and I divorced, were pretty much the same as they had been in Groom and earlier. Skip was vicious and verbally abusive to me. He yelled a lot. I didn't yell back. Eventually I clammed up and didn't say anything no matter what he did, or locked myself in the bathroom to get away from him. After Skip got tired of having me not talk to him, he left. Then when he was gone I broke things outside on the doorway wherever we were living, or threw things. I waited until Skip was gone to throw or break things, never while he was home.

171.    During these fights Wendi was in the house but in another room. She was usually in her bedroom because we put her to bed by 8:00 p.m. At the time I thought that she wasn't exposed to the yelling, but now I realize that when Wendi was an infant and toddler we put her through the same thing I went through with my parents screaming and fighting while I was in my bedroom, only Wendi was younger when Skip and I fought. Now I know why my mom and dad didn't think about what it was like for me being in another room while they were fighting. I didn't think about the effect Skip and I were having on Wendi at all at the time.

66 of 162


Initials

172.    Once while we were living in Tempe and Wendi was about two years old, after a big fight with Skip, I waited until he was gone, and until it was the middle of the night. Then I got five or six dishes, a couple of glasses, a bottle of ketchup and other breakable food items from the 'fridge, and started throwing them one by one into the driveway. I didn't do this in the house because I didn't want to have to clean it up in there. I made a huge mess. I flung the ketchup bottle to the ground because when I was a girl I had seen ketchup all over the dining room wall one morning after my parents had had a huge fight during the night. My mom threw things when she got mad at my dad, so I was just repeating what I had seen her do. Of course, by the time Skip returned home from drinking or driving trucks, I had it all cleaned up.

173.    I kept a file with copies of Skip's jail records for many years because I thought later on Wendi might want to go find her biological dad. I thought she might assume her dad had been a great guy, so I kept the jail records to show her what he was really like. It was my proof of the kind of guy Skip really was.

174.    In 1971 I got a better position with a company called US Life Title. For the whole time we were in Phoenix, Skip was driving trucks and not around all that much.

175.    While Wendi was in day care when she was about nine months old, she came down with chicken pox, and I got them from her. I was twenty-one years old at the time. Wendi started walking when she was about eleven months old. She teethed at about fourteen months. She started talking at about two years old and was talking more clearly by three years old.

Initials

176.   Skip and his brothers took Wendi and me swimming at a mobile home park in Phoenix when she was still little, about two years old, and they threw her out into the water even though she couldn't swim. Wendi freaked out when they did this. She started screaming, flailing, and going under the water. They treated her like she was a puppy that if you threw it out into the water it would learn to swim. I was scared for her and then very angry with the Robertson brothers but I didn't dare confront them, especially all of them together at one time, so I didn't intervene to stop what they were doing with Wendi.

177.   I remember that at one point I knew I did not want Skip, his brothers, or their dad to be around Wendi at all. I felt that she wasn't safe with them. With Skip and his dad, I strongly suspected without really saying it clearly to myself that they were touching babies and kids sexually. I didn't let the thought form at the time, but I felt that they had abused Wendi sexually. Many of Skip's brothers were also creepy that way, and I felt that they also touched Wendi sexually when she was a toddler or little girl.

178.   I recognize now that I was overwhelmed and distanced from Wendi when she was born and when she was a toddler and young child. I was absent a lot. She spent much of the time in daycare or being babysat by my mom or someone else, and she spent a lot of time crying by herself as an infant because I was too overwhelmed or didn't know any way to help her. I had my hands full just trying to get by and to keep things afloat with Skip. I didn't really think about Wendi because I was trying to help my marriage and I was working so much to try to get by. Skip was mental and gone most of the time. When he was around her he was very strict with her. While she was still very little he


Initials

raised her, potty trained her, and made her obey like she was a dog. When Skip and I were together around Wendi, we were usually fighting.

179.   There have been a couple of periods in my life when I've surprised myself by being very sexually active. The first time was in my senior year in high school after I split up with Worth when I was seventeen years old. Other than fooling around with Worth, the first man I had sex with was Tom Mott, the brother of the boyfriend of my high-school girlfriend, Linda Robertson. He was twenty-three or twenty-four years old at the time and I was seventeen. We went out partying and drinking. I had sex with one other boy the summer after I graduated from high school, with my boyfriend that fall when I attended Eastern Arizona College, and with Skip before we were married. Being sexually active this was way totally against my beliefs. It just seemed to start happening suddenly. It really surprised me and would have shocked almost everyone who knew me if they had found out. At the time I asked myself, "Where in the world did that come from?" I was okay with because it just happened and I wasn't actively seeking it out.

180.   The second period when I was sexually active was when I was about twenty-two through twenty-four before and after the time that I left Skip. During this time I was very sexually active, terribly inappropriately so in my own opinion, and had sex with at least ten different men, and there might have been a few more. For the most part these were men I knew casually at work or through friends. One of the men was Ron Kessler, who I genuinely loved. Ron lived in a house with a few roommates.


Initials

181.   When Ron and I broke up, I started going to bed almost immediately with his roommate. I didn't even like most of the men who I slept with and it wasn't part of my personality or normal behavior to do those kinds of things. It was really unusual behavior for me and really surprised me.

182.   With the exception of Ron, I have never really enjoyed sex, including during the entire marriage to Skip, which makes it even harder for me to understand why I was so sexually active. Most of the time it was almost like it was going on without me. People I had known in high school and up until the time that I left Skip would have been totally shocked and would never have believed that I could be so sexually active. They would have said, "What? No way," if someone had told them about it.

183.   I began working for PADAC in Casa Grande in late 1974 or early 1975. My job with PADAC was to write grant applications and collect urine for drug testing, such as for people out of jail or prison and on probation. While I worked for PADAC, during the day Wendi went out into the streets, where she asked strangers for money. She was a cute little blonde and people gave her money when she begged. She was by herself but people in the area knew her. I was busy working and didn't pay much attention to what Wendi did during this time. On a corner across from PADAC was a grocery store called "Basha's." Another nearby store was Stoney's which was a furniture store ran by a sweet, grandpa kind of guy. Wendi spent a lot of time at Stoney's while I was working. When the grandpa guy saw her, he would keep her sometimes until I was done with work.

70 of 162

Initials

184.    I married Alejo Ochoa in June 1975. We never dated or had a courtship; we just had sex and moved in together. We got married because Rick Miller and Al Farmer, who were part of our Christian group at a local Christian bookstore and were trying to start up a traveling ministry, told us it wasn't right for us to be Christian and living together without being married.

185.    After I was married to Alejo, we became strict Christians. Rick and Al encouraged us to have meetings at our home, so we began meeting with a group of six to ten Christian friends once per week. Rick and Al both attended when they were in the area, which by 1977 led to our joining them in a traveling ministry. They had also started a church in Walnut Creek, California, and they traveled back and forth between Arizona and California during the time that Alejo and I had church meetings at our home.

186.    We didn't believe in seeking medical treatment while Wendi was growing up, so she almost never saw a doctor. We believed that God would heal us when we became sick.

187.    One example of a time when we didn't seek medical help for Wendi was when she became very sick and had a very high fever when she was about five years old. This happened while we were living on Geronimo or Arapaho, before the traveling ministry but after we met Rick and Al, near the end of the time in Casa Grande before we left to join the traveling ministry. Wendi was so sick that she had been crying and couldn't get up or move around. She had been sick for a day or two when her fever started spiking. It was very, very high. I could tell by touching her forehead that she was

71 of 162

Initials

burning up. We put damp washcloths on her forehead to try to control the fever. We didn't have aspirin or any other medicine to help reduce the fever. Heaven forbid that we might have had any of the Devil's stuff, which at that time for us meant anything like a thermometer to measure a child's fever or aspirin to help bring it down.

188.    We prayed for her but she continued to get worse over the next few hours. The fever was so high and lasted so long that I worried she'd get brain damage or die. We believed that God would take care of her but she was so sick that I started to question that. Finally I said, "I'm taking her to the doctor," but Wendi said, "No, I don't want to go to the doctor. Jesus is going to heal me." When I suggested again that we go to the doctor, she told me, "No, I'm not going." She had learned from us that that was the right thing to do.

189.    At the time I was thinking, "Why am I letting a child make this decision?" I was saying "doctor" and Wendi was saying "Jesus." Alejo was noncommittal. He told me, "She doesn't want to go to the doctor." If it had been just Wendi and me, I would have taken her to the doctor, but with Wendi so sure she didn't want to go and Alejo not supporting me, we didn't go. So we listened to Wendi, didn't go to the doctor, and prayed together again. It's hard to believe in retrospect that we listened to a five-year-old and prayed with her instead of seeking medical attention, but that's how we were at the time.

190.    She was sick all that night and had the spiking fever for at least a few hours, one of the highest fevers I've ever seen in a kid.

Initials

191.    With all the churches and ministries that I've been a part of throughout my life, religious authority has always come through men. There were never women pastors, and the woman's role was basically to be a doormat to her husband and do whatever he told her to do. However, there are some gifts of the Holy Spirit, such as healing, and speaking in tongues, which is the same thing as praying in tongues, which can be received by and through women without a man as an intermediary. We were taught that all practices, preaching, and miracles in the Bible such as healing or raising the dead were not just present in Bible times and then went away, but that everything in the Bible is available to us today. Speaking in tongues and praying in tongues are Gifts of the Holy Spirit from Bible times that are ways of communicating directly up to Heaven and God, and that allow us to receive information, revelation, and guidance in return directly from God.

192.    On many occasions throughout my life, beginning after I met Alejo and continuing throughout the traveling ministry and our years at 91st Psalm and Harvest Churches and up to the present, I have received direct communication from God while speaking or praying in tongues. I have also received healing and Gifts of the Spirit in prayer, such as being euphoric or held in a euphoric peacefulness during and after prayer. I have been into the Spirit and so close to God, during which times I feel transported and euphoric, for a time period of from several minutes to about an hour, many times since I was a young adult and first became a full-gospel Christian.

Initials

193.    In 1976, Alejo and I received word in prayer that we were to give up the house in Indian Hills, give away almost everything we had, and go into the ministry to bring people to God and save people in God. This occurred when one member of our prayer group was speaking in tongues, another member received the translation in English, and everyone else bore witness that the information was from God.

194.    When speaking in tongues, you're supposed to be in a group of believers or "saints." You need to be not in sin or unforgiveness and not arguing, or the prayer won't get through to God. Beginning to speak or pray in tongues is a voluntary act. You feel the Spirit coming on, and then you are supposed to open your mouth and have at it, by which I mean make whatever sounds you're moved to make because of the Holy Spirit that's in you. Many or all of the saints who are gathered may be speaking in tongues or translating at the same time, or just one at a time. Praying in tongues can be done aloud or silently, and it may or may not be translated. The communication with God and revelations received from speaking and praying in tongues are real. I've never had any doubt about that, and still don't.

195.    People who are speaking in tongues may fall to the ground and thrash around almost like they're having convulsions as part of the experience. You may start crying because you feel heaviness about whatever is being prayed about. Other times praying in tongues can be happy or joyful. It's possible to say wrong things or have things translated incorrectly, so that's why it's best to be in a gathering of saints when you exercise the gift of speaking in tongues. The gift of translation is also supposed to be

Initials

exercised so that whatever language is being spoken is translated, usually by another person who is present but the translation could be by the same person who is speaking in tongues. The pastors and elders of a church are more often the ones both speaking in tongues and translating.

196.    What is spoken in tongues always has a translation, but that translation may be from God, Satan, or from the soul of the person speaking. "Bearing witness" was our system of checks and balances in which one or more members confirmed that because of the strength of the spirit they were feeling, the information being received was from God and not just the person talking, so the gathering of saints or the congregation determines whether or not the translation is from God, and acts as a filter to discard anything that's not scripturally sound. True speaking in tongues is not repetitious, so if someone attempting to speak in tongues is saying the same few syllables over and over again, you know it's not real.

197.    When praying in English I could be praying for something that I shouldn't, such as something that is selfish or not part of God's plan. When praying or speaking in tongues I connect directly with God, am completely caught up in the Spirit, and pray for only appropriate things because I don't necessarily know what I'm praying about. When praying in tongues I could be praying for a situation or thing that I don't know anything about. For example, I could be praying for a sick lady two thousand miles away or for a child on a different continent, speaking in that child's native language, to ask for healing, and not even know what I was praying about or asking for or know what language I was

Initials

speaking. I'm praying at the Unction of the Holy Spirit, giving myself over to God, and praying because there is a situation that needs to have prayer even if I don't consciously know anything about it.

198.    When you first start learning to speak in tongues you might make sounds almost like a baby learning to talk or like an adult struggling to learn a new language. Once a person who is speaking in tongues is used to it and is filled with the spirit, they always speak fluently in a real language even though we may not recognize it or understand the words. There's not a set language for speaking in tongues. Usually what we say when speaking or praying in tongues sounds like gibberish to us because we don't know the language being spoken. The language that is being spoken may also switch abruptly or even change repeatedly from one sentence to the next. There have been times when Alejo recognized that someone speaking in tongues was saying Spanish words, even though that person didn't know Spanish, and other times when other pastors recognized someone speaking Swahili or an Oriental language.

199.    Praying in tongues allows me to pray without having to think about the words, and without having to put them in order or make them sound eloquent. When I'm praying in tongues I turn off my conscious brain and it's more like I'm just taking care of business with a direct connection open to God where I can both send and receive, getting right to the heart of the matter without all the garbage that's in everyday thought and without putting myself and my imperfections in the way.

200.    Praying in tongues can also be a group effort, whether those involved know it or not. There could be eighty-five grandmas out there praying in tongues all at the same time, none of them knowing or being aware of any of the others, none of them knowing what their prayers are for or what they're praying about, one of them speaking in Swahili, another in Spanish, and others in other languages with none of them recognizing the languages they're speaking, but they're all working together in God for a situation that needs prayer.

201.    A personal example of when praying in tongues affected my life is when Alejo was struck by lightning in about 1993 to 1994. The weekend that Alejo was struck ^by lightning^ ,Bobbie Arp a member of the congregation at Harvest Church, felt that something was going on that needed prayer. After she learned that Alejo had been struck by lightning, she shared with me that she felt like something was going on that weekend so she started praying in tongues and she had her boys praying with her. She did that before she found out what was going on with Alejo. She was moved to pray in tongues at about the same time that Alejo was struck by lightning. I felt at the time that Bobbie Arp praying in tongues helped Alejo to survive the lightning strike.

202.    Revelation from God was a big deal in the Pentecostal-type churches in the 1970s. Pastors and church leaders received very specific revelations, supposedly directly from God, to guide and control the actions and lives of the church members. Some pastors received information from God about who the individuals in their congregations were supposed to marry, and they expected those people to get married even if they

Initials

didn't know each other at the time the revelation was received. Rick and Al with the traveling ministry received a revelation that Mike and Mary Castro should marry before they were a couple or knew each other well, and Mike and Mary obeyed and got married right away, within a month or two at the most. There were big-time ministries in the full-gospel churches in those days where pastors told everyone in their congregations what they were going to do for any kind of a big decision, such as what color and kind of car to buy, which house to buy, or who women were to marry, with the women always being very dominated, and I was part of a similar culture with the Fishers of Men Traveling Ministry, where it was common for Rick or Al to tell someone, "I've got a Word. God says you have to break off from your family to join the ministry," or "God told me you are going into the ministry." This also happened later on at 91st Psalm and Harvest Churches but it was less common there.

203.   We were young in the Lord at the time that we entered the traveling ministry and very zealous as Christians. In those days after we received revelations from speaking in tongues, we pulled out scriptures to make them match what we wanted to believe or make them mean what we wanted them to mean. Later we learned that you have to read the verse before and after the one you're quoting, for context, but when we were young in Christianity we could make them mean almost whatever we wanted by taking them randomly or out of context. We hadn't learned to be balanced yet, and we went over the edge because we were so intent on doing everything right, the way we felt God wanted us to do everything.

Initials

204.   After we received the direction from God through prayer in tongues we gave up our house and possessions except for a couple of boxes with items that had been passed down through my family for a couple of generations that we left with Alejo's mom, and departed to go on the road with Rick Miller and Al Farmer and the Fishers of Men Traveling Ministry. Once we left Casa Grande we cut off all contact with family and everyone else we had known and stayed out of contact for the entire time that we were with the traveling ministry, from about June of 1977 until about September of 1979.

205.   We first went to Wilcox, Arizona where we stayed for a few weeks. In Wilcox we joined Rosalie and Rick, and Michael and Mary Castro, two couples; and a woman named Rebecca, who were all with the traveling ministry. Rosalie had an infant son. While in Wilcox, we left in the middle of the night because CPS, Child Protective Services had been called and a report made about Rick and Rosalie abusing Rosalie's baby son and her daughter, who was about two or three years old. Whoever made the report stated that Rick and Rosalie were beating the infant boy and toddler girl. When we left, Rosalie left both of her kids behind with her mother. Rosalie never recovered custody of her children.

206.   After Wilcox we traveled to Tucson where stayed in a home owned by Mary Castro. We spent about ten months in Tucson from 1977 to 1978 trying to get the traveling ministry together. During this time Mike Castro and my husband, Alejo, did work painting and for a temp agency doing odd jobs to pay for our living expenses.

Initials

207.   After Tucson we left Arizona, traveled to California, and remained constantly mobile until Alejo and I left the traveling ministry in about September of 1979. While we were on the road, we traveled in a Volkswagen van, which was pulled by a school bus that had been converted to a mobile home. The bus had a small kitchen, two beds, and a toilet-type thing, like a portapotty, which we emptied in restrooms or at campgrounds. The bus and the Volkswagen van belonged to Rick and Al. Once we arrived in California, a man who owned a nine-passenger van joined the ministry. Alejo and I traded our Ford pickup truck with Rick and Al for their Volkswagen van, and we converted the truck so that it had two rear wheels on each side and a hitch in the bed of so it could pull a live-in trailer or "fifth wheel," like a horse-trailer. A cargo carrier like a U-Haul truck that also carried supplies was also part of the caravan, and usually pulled our nine-passenger van.

208.   There were nine people who were core members of the traveling ministry, including Rick and Al, Rosalie who was with Rick, Rebecca who was with Al, Mike and Mary Castro, Alejo and me, and Wendi. John Shaddle was with us for a few months. Depending upon where we were staying, there might be several more people who were actively involved with the ministry, often the people we stayed with and their friends, but they didn't travel with us when we moved on. Wendi was the only child who was part of the traveling ministry from the time we left Wilcox in about July of 1977 until we returned to Tucson in September, 1979, when she was seven to nine years old. For most of this time, other than a short period after we first arrived in California, in Walnut Creek



Initials

with Valerie Miramonte's daughter, Lisa, there were no other children for Wendi to associate with or play with.

209.   When we first started out, Alejo, Wendi, and I slept in our van but that changed after two or three months and we started trading sleeping arrangements. We all rotated where we stayed and slept with no permanently designated personal areas for the rest of the time we were with the traveling ministry. When Alejo and I stayed in the camper on the fifth wheel, we slept in the bedroom and Wendi slept in the overhang part at the front with Rebecca and Rosalie. We switched around quite a bit after that, and usually rotated where we slept once per week as directed or ordered by Rick and Al.

210.   We were all confined into very small living spaces, often our truck and trailer. We woke up at a set time, five o'clock in the morning, when Rick and Al decided we should get up, and the adults and Wendi were expected to wake up singing, "Glory, glory, rise and shine and give God glory," and continue singing until everyone was up. It got so that my response was "Oh, my God, they're singing again already," when I heard Rick and Al singing to wake us up in the morning, and eventually we all just hated to hear them singing and having them wake us up singing in the mornings. We didn't get much sleep for most of the time we were with the traveling ministry. It was really a lot like brainwashing. We studied scriptures every day before we ate, washed up, or did anything else other than maybe going to the bathroom. Rick and Al kept us on a tight routine all day. We did everything together, even laundry, with all the females together all the time. Even when we went out to do laundry or shopping, either Rick or Al always

came with us.

211.   Most of what we did with the traveling ministry was preach and minister, meaning help people find a church, help them spiritually in other ways, and also just listen to them and care about them, often to strangers on the street. Sometimes we went to a church and met with people. In those days some of the larger full gospel churches had meetings on Wednesdays and Sundays, and during the week the congregation split into groups for Bible study at various homes, and we were often invited in to the home groups to speak and sing. At times someone knew a smaller church, even those from a different denomination, where we were invited to speak or sing.

212.   Everyone with the traveling ministry was always assigned plenty of chores to keep us busy all the time if we weren't studying the Word or schooling Wendi. We believed in and applied the saying that idle hands are the Devil's tools. At times Mike and Alejo were assigned to go out and get temporary jobs to earn money for the ministry. Everyone was always busy so that we never had a chance to just sit and relax. With extremely rare exceptions, there was zero leisure or personal time during our years with the traveling ministry. If Wendi wasn't doing her schoolwork, she also had chores that she did around the trailers. She washed dishes and cleaned up the living areas. She helped wash the van or vehicles. It seemed that we were doing some kind of construction almost all the time and Wendi was always the little gofer to get things and bring things like tools or water. It got so that we never really thought about anything, just did what we were told all day, from one day to the next. I can see in retrospect how it got to be like a cult. Rick

Initials

and Al even told us, all the adults as well as Wendi, when to go to sleep at night.

213.   We were often hungry during the years with the traveling ministry. We ate old food out of the trash or searched for pennies on streets to try to collect enough money to buy a bag of beans.

214.   The whole idea of the traveling ministry was that we were going to settle somewhere eventually to start our own church, but that never came into being. Instead of finding a place in California and starting a church, we traveled around, singing and preaching on the streets. We connected with local churches or missions upon arrival in any given place and then preached to folks on the street to get them to come to their local churches.

215.   While we were with the traveling ministry, Wendi was homeschooled. I taught her English during the mornings. Rosalie and Rebecca taught her Spanish, and science out of books, except evolution, which we refused to teach. For a short period of time, a man from Oakland, California, who was a landscaper and carpenter, taught Wendi math. We obtained our teaching materials from a private school organization in New Mexico and also bought old school textbooks to use in teaching Wendi.

216.   During the time we traveled, we never had our own money. Everyone pooled everything they had and Rick and Al were in charge of the finances. Rick handled all the money that came in. I was the eldest female who was a core member of the ministry at twenty-seven to twenty-nine years old while I was with the traveling ministry, so I was entrusted with money to go and do the laundry. None of the other women were



Initials

allowed to handle money. Men other than Rick and Al were allowed to handle money only when they were sent to buy something. Any money that they made or earned was given to Rick and Al and they decided what was done with the money and how it was spent.

217.    I loved the traveling ministry because I felt fully dedicated to God in the work we were doing but it did get very weird at times. For example, we were taught that we could raise people from the dead. After Alejo and I left, Rick and Al kept trying to raise people from the dead. This included them toting dead people around with them for a while. Rebecca or Mike told us that after Alejo and I left things got very, very strange, and Rick and Al kept a body with the group for a period of time while they intended to raise it from the dead.

218.    When Wendi was small, she was cuddly. She came to sit on my lap and be held by me. There came a time when she was between five and eight years old, from just before we left with the traveling ministry until some point while we were with the traveling ministry, when she didn't cuddle with me anymore. I was oblivious to a lot that went on while Wendi was growing up and I didn't catch exactly when the shift occurred so that she was no longer cuddly, but by age eight, she wasn't cuddly anymore and didn't let me hold her or hug her anymore. She either evaded getting hugged when I tried, or if I started hugging her she pulled away quickly. This continued the same way all the way through her teen years. Her not hugging applied specifically to me and to cuddling with me when we were alone together. She allowed strangers at the different churches to hug


Initials

her while we were with the traveling ministry, as a church greeting almost like shaking hands. She cuddled up to Rick a lot during the traveling ministry. But she didn't let me hold her or cuddle with me when we were alone.

219.   While she was a girl, during the traveling ministry and afterward, Wendi was always a good kid. She acted like a kid who has been adopted, knows it, and is afraid of being turned out. With very few exceptions she was always trying to please, be nice, give in, and fit in with whatever the authority figures around her expected. Compared to most kids she didn't get into much trouble.

220.   By the end of our time with Rick, Al, and the traveling ministry, by the time Wendi was nine years old, she had changed a lot. She wasn't the same energetic little girl she had been. She didn't want to get up in the morning and she didn't have the same spunk and independence. She didn't talk to me, and she wasn't affectionate with me anymore.

221.   After we returned from the traveling ministry when Wendi was about nine years old, Alejo, Wendi, and I went to Tucson where we lived with my dad for a couple of months. I continued homeschooling Wendi during this time. Then we moved back to Casa Grande, and Alejo and I joined a church called 91st Psalm, later changed to Harvest Family Church near the end of 1979.

222.   We went to 91st Psalm Church because Alejo knew Calvin Lorts, the pastor there, and because it was the closest thing we could find to a fully engaged evangelical church in Casa Grande. Alejo had known Cal Lorts since before Alejo and I met in late

Initials

1974. It was hard at first attending 91st Psalm Church because it was so different from the traveling ministry. After the life we'd had with Rick and Al, 91st Psalm seemed unstructured, and a whole lot less involved and engaged. It took some time to get used to that. We really weren't comfortable early on with 91st Psalm because it wasn't strict enough, and even with the paddling and swatting of the kids and the controlled school environment, it hardly seemed strict at all compared to the traveling ministry. Alejo and I told each other, "These people don't really believe the Word of God, do they," referring to the congregation at 91st Psalm because they seemed so undisciplined in their faith. Everyone did their own thing in their own homes, which seemed very odd and almost not Christian to Alejo and me after we returned from the traveling ministry. There was no communal living. Worship was social, not communal. But it was a lot more structured than the local Baptist Church, so it was the best option we could find. Alejo and I were still young and still very zealous. If it had not been for 91st Psalm, I don't know what we would have done because there were no other churches that seemed at all serious to us in or near Casa Grande.

223.    91st Psalm was at least a full gospel church, which meant that we had access to the whole Word of God that arises from the Bible, not just pieces of it as was the case with most other churches. At 91st Psalm and Harvest we believed in and preached about speaking in tongues to receive direct revelation from God, raising the dead, and everything else that's in the Bible, and that these things are available to people today just as they were to the people in Bible times.

Initials

224.   Cal Lorts tended to be very dictatorial, and that at least fit right in with what we were used to with the traveling ministry. He was very charismatic, the kind of person who if he stood up and talked, people got excited about bringing other people into the church and doing evangelical and missionary work. He was exactly the kind of man you drink punch for, like Jim Jones. At that time, if you had asked me "Were you really that weird?" or "Were you part of a cult?" about how we were with the traveling ministry and with the congregation at 91st Psalm, I would have said, "no," but now, looking back, I know that we were actually really close. I can see how the people who followed Jim Jones or those in the Children of God cult led by Mary Ann Girling in the 19th Century did what they did, how close we were to being a cult, and how easy it would have been for me and Alejo to end up going down with a cult like the followers of Jim Jones did during that era.

225.   All our efforts at 91st Psalm were focused on one goal: to lead people to Christ and get them saved in Christ. It was a very evangelical church, not limited to just meetings. Cal Lorts had a thing called "God's Special Forces," or "GSF" in which the men committed to doing a year of evangelical missionary work. These were men with families who quit work for a year and travelled around to states like Texas and Missouri to bring people to God, leaving their families behind, impoverished, in God's care, while they were away most of the time doing God's work. While doing the GSF program the men handed out tracts that asked things like, "If you were to die tonight, where would you be when you woke up? How sure are you that you would be in Heaven with God?"

and they tried to get people plugged in to their local churches.

226.   Once or twice per month the congregation in Casa Grande went out knocking on doors and trying to bring people to God. This happened the most with Cal Lorts while the church was still 91st Psalm, and less so once it changed to Harvest under Tom King.

227.   In addition to there being at least some evangelism, another thing that I really liked about 91st Psalm was that there was a Christian School by the same name that was part of the church. We put Wendi into 91st Psalm Christian School in January, 1980 when she was nine years old, and it was a relief to know that she was getting a good Christian education and not having to worry that as a homeschooler I wasn't teaching her everything she needed to learn. She attended 91st Psalm and then Harvest School from the age of nine until she graduated from our equivalent of what we considered high school at our small school. There were about ten to twelve students at 91st Psalm School when the school was organized, and it got up to about fifty students, to the best of my recollection when Wendi was about twelve years old, and then the student count declined again for the next fifteen or twenty years until there were only a couple of students as families left Harvest Church and as the core original members' children grew up and left the school.

228.   It was hard for Alejo and I to make friends at 91st Psalm because we were used to being so much more strict and engaged as Christians than the people there. As we got ingrained over the first few months we slowly made friends, but not close friends to the point that we went to anyone else's house. Alejo started working for 91st Psalm in

Initials

December of 1980, and after that we were guarded. Once we were in the leadership of the ministry we had to maintain a protective barrier between ourselves and the congregation at 91st Psalm and Harvest because people expect more of the church leadership than they expect of themselves, and they gossiped or tried to tear us down whenever there was a hint of misbehavior or something not being right.

229.    Wendi tried to run away from home with Kyre Lorts, the daughter of Cal Lorts, when she was nine or ten years old. One day Wendi and Kyre disappeared from the church grounds. No one knew where they were or what had happened to them. By evening we found them near Foxworth-Galbraith Lumber in Casa Grande that went out of business at that location several years ago. It was about two miles from the church at the time. Wendi and Kyre had stopped there to get a drink of water. They were heading toward Flagstaff because Wendi remembered a time when we were broken down in Flagstaff when we started with the traveling ministry where we camped until the bus was fixed. She knew there were camping sites there with showers because she had seen them two or three years earlier, and she wanted showers while she was running away.

230.    I started working as a bookkeeper at Harvest early in 1981. When the church hired Alejo, they really hired both of us. When determining how much to pay us, they asked us, "What are your living expenses?" and they paid us just enough to meet those expenses.

231.    We believed in corporal punishment at 91st Psalm and Harvest, and that physical punishment of children was necessary to drive sin from them and bring them up

Initials

properly. Wendi was swatted, meaning hit on the bottom with a wooden paddle or board as punishment, over many years at Harvest School, almost always by men. Depending upon what year, most of the swatting was done by Calvin Lorts, John Casey, Mark Keating, my husband Alejo, and Tom King.

232.   Parents were required to sign a release every year giving the school permission to swat their kids. That was a condition of any child attending the school. Later on, after Tom King was pastor, if a parent preferred, the school called them when a child misbehaved, and the parent could come down to the school right then to swat the child. If the parent couldn't show up immediately, the school handled the swatting regardless of the parent's preference. The punishment couldn't be delayed until the end of the school day.

233.   Reasons Wendi was swatted at school include doing anything that was seen as being disrespectful to the teacher such as disagreeing or arguing with directions; breaking any of the rules that kids had to follow at school such as staying at their desks; talking at all during the school day, such as talking with other kids over the desk dividers that isolated each of them; passing notes to other kids at school; not setting study goals; or not meeting study goals that had been set. We also had a twelve-inch rule ~~for~~ that forbid boys and girls from coming within twelve inches of each other, and Wendi was swatted if she broke that rule. You name it and we swatted them for it, at least that's how it seems to me in retrospect.



Initials

234.   While Wendi was growing up, we spanked or swatted her at home anytime she disobeyed or broke rules. By spanking and swatting I mean hitting her on her bottom for punishment, usually with an instrument such as a wooden spoon or paddle. At 91st Psalm and Harvest we taught that it's best not to hit a child with your hand because then they become afraid or flinch when you raise your hand whether or not you're going to hit them, and that was our justification for hitting them with paddles. When young parents hit their kids with a hand or belt, we told them that that wasn't the way to do it because we saw it as disciplining, not beating your child.

235.   Wendi was spanked regularly while she grew up, especially up until she was about thirteen years old, but she didn't need spanking every day or even every week. Some examples of reasons she was swatted at home include not doing her homework, not finishing her goals with schoolwork for the day or the week, and not coming when we called.

236.   I spanked Wendi, just a swat or two on the butt with my hand, when she was three or four years old if she didn't obey me or didn't come when I called. I gave her one or two swats with a wooden spoon as punishment from the time she was a toddler until she was about age six or seven. When punishing toddlers we were taught that you hit them with a wooden spoon, and you pull down the diaper to hit them; always hit them with the diaper off. When Skip punished Wendi during those years, he spanked her with his hand.

Initials

237.    Alejo and I started using a paddle on Wendi when she was six or seven years old. Since Wendi was born, I've always been to-the-letter, black-and-white when it comes to following church rules, including rules about disciplining kids, by which we meant spanking or swatting them. If the church authorities say to spank the kids, I spank them, and do it how I'm told to do it. You have to spank them hard enough so that they're not just angry; it has to go beyond that so you break them. They have to stop being angry and learn to obey. While Wendi was growing up, spanking and swatting was normal; it was just what we did to discipline the kids.

238.    During the years with the traveling ministry, we swatted Wendi about once per week. We swatted her hard enough so it made an impression and so she knew it was serious. Rick Miller and Al Farmer expected us to swat her more often than we wanted to. The rule was that no one other than Alejo or I was supposed to spank her unless neither of us was around, so I never saw how Wendi got swatted by anyone else during the traveling ministry, and we didn't think much about it at the time. Rick and Al did swat kids when parents weren't around, and they swatted really hard, a lot harder than Alejo or I did, and harder than I liked Wendi to be hit. They taught that you should swat kids hard and fast, and pull the paddle away after you hit, not swat them heavy or slow so the paddle stays on them after you hit them. They taught that you pull back after you hit to avoid causing internal injury or damage. I saw Karen's son and Rosalie's kids hit really hard by Rick and Al when Karen and Rosalie weren't around. Alejo and I were gone a lot and left Wendi with Rick and Al or other adults frequently while we were with

Initials

the traveling ministry. I wasn't there to see how often Rick and Al swatted Wendi during that time.

239.   After the traveling ministry when we were at 91st Psalm, we used paddles to swat Wendi at home. We had two different paddles, like the ones used for playing ping-pong, when Wendi was about nine to ten. By the time Wendi was eleven or twelve, we used paddles that we bought at Christian bookstores. They were sixteen inches long, including a handle that was four or five inches long, four inches wide, and were sanded and polished with scriptures etched into them like "Spare the rod, spoil the child."

240.   Alejo did most of the spanking, especially after we were at 91st Psalm. I spanked Wendi once in a while. While we were at the house on Cedar, we spanked her about once per month. When I did spank her I smacked her harder than Alejo did. One time after I hit her, Alejo said "That sounded awfully loud," but as far as I know I never bruised her. We believed it was better to swat kids when you had calmed down and weren't angry so that you weren't as likely to lose your temper and hit them too hard. I tended to want to spank Wendi when I was angry, and I didn't trust myself not to overdo it and lose my temper, so I let Alejo do it most of the time. We tried to hit Wendi hard enough that it would hurt and her butt would turn red, but not bruise. Some parents at 91st Psalm and Harvest bruised their kids, but I didn't believe that was right. Alejo usually swatted Wendi one to four times.

241.   After about age thirteen, Wendi didn't need swatting very often, only once or twice a year. That was after she finally acquiesced, completely gave in, and obeyed

Initials

almost all the rules at school, church, and home. From that time forward I only spanked her occasionally when she needed it right then and there, usually because Alejo was working late nights at the church, and by age fifteen or sixteen, swatting Wendi was mostly faded out. Although some church members, including Tom King, said they would continue swatting their kids when they were adults or even keep swatting them when they were middle-aged adults, we stopped swatting Wendi entirely after she was an adult and out on her own.

242.   Wendi never ate breakfast in the morning before going to school. Her first meal of the day was usually lunch.

243.   Alejo was fascinated with Wendi, spent a lot of time with her, and paid a lot of attention to her beginning shortly after he first met Wendi when she was about four years old and from then onward until she was grown up and even after she went out on her own as an adult. Alejo's initial response to me after we met was that PADAC shouldn't hire me, and shortly after that he wanted PADAC to fire me because he found marijuana roaches under my mattress when he and some other guys helped me move to .Casa Grande. One or two months after he met Wendi, without having much interaction with me in the meantime, he made a complete reversal about me and wanted to marry me. He told me that God had revealed to him that I was the one he was supposed to marry. There was no courtship during the time that passed between him wanting to fire me and the time he received the revelation from God that we were to be married. He and I never went out or dated; we just slept together and then he moved into the apartment with me.



Initials

244.   Wendi slept with the two of us at starting shortly after Alejo and I met and before we were married, when she was a little girl of four years old. The three of us slept together in our bed. Wendi started wetting the bed suddenly after Alejo began sleeping with us and the three of us were sleeping together, which was something she hadn't ever done before Alejo slept with us. I woke up frequently in the middle of the night to find that she had wet the bed. Sometimes Alejo was already awake when I woke up to find that Wendi had wet the bed.

245.   Even back in the days when I was working for PADAC and Wendi was four years old, Alejo spent more time with Wendi and knew a lot more about her than I did. I didn't pay much attention to what went on with Wendi during that time, so I learned a lot of what was going on with her from Alejo even before we were married. He's the one who knew she was panhandling and going around to beg for money in the neighborhood nearby while I was working at PADAC.

246.   Alejo was absolutely fascinated with Wendi as we were getting together, and once we were married Alejo's focus was mostly on Wendi. He was so much more interested in spending time with Wendi both before and after I married him than he was in spending time with me that it was almost like he married me to be with my daughter.

247.   By the time Wendi was eleven or twelve years old, she was more partnered with Alejo than I was, almost like she was his spouse. From then until she was in her late teens, Alejo and Wendi were the main family unit in our household. To an extent there was a family unit with the three of us, but there was never really a separate Alejo and

Initials

Donna unit. Alejo and I had some nice times together a few times before and just after we were married when we swung on a swing together, but that was about it as far as Alejo and I having any connection.

248.    Beginning when she was ten or eleven, Wendi cooked for Alejo and they ate meals together and spent evenings together without me. Beginning in 1984 after I was working full-time outside the church, Alejo and Wendi had dinner together more often than Alejo and I had dinner together or the three of us had dinner together for the rest of the time that Wendi was growing up. I told myself that that was what Wendi wanted, but most of what she did with Alejo was actually to pamper him and make him feel better, and spending time with him that way was no exception. It was easier for me to let Wendi spend so much time with Alejo because I got to ignore him, avoid the unpleasantness of being around him and his anger, and go into my room to read. After I started working out at Ak Chin Farms in 1984, when Wendi was about fourteen years old, the three of us hardly ever had dinner together from then on, and I was split off even more from what went on with Wendi and Alejo.

249.    Alejo and I were so disconnected that Wendi was the one who usually bought birthday and other gifts from Alejo for me. She did this throughout her teens and even after she was married to Joe. Alejo's excuse for having her do that was that Wendi knew what I liked better than he did.

250.    Even when we drove together on long trips while Wendi was growing up, such as out to California, Alejo always insisted that he drive and never let me drive. He

Initials

and Wendi always sat together in the front seats like they were the married couple and I

sat in back, usually sleeping most of the way.

251.    In some ways Alejo controlled the relationship I had with Wendi and kept

us separated. As long as both of us were fawning on him, he was okay. Otherwise when

the three of us were together it tended to set him off and he often started yelling and

screaming. Often when the three of us tried to do something together, Alejo became

upset, from just cranky if it was mild to literally screaming, and so Wendi and I put all

our energy into trying to make him feel better, which ruined the experience of whatever

we were trying to do together, so we got used to interacting with Alejo individually. He

behaved better when he had either all of my attention without Wendi or all of Wendi's

attention without me, so we gave in to Alejo about that like we did with everything else.

252.    Alejo's only social activity at home from the time we returned to Casa

Grande after the traveling ministry when Wendi was about nine years old until Wendi

went out on her own as an adult was with Wendi, Wendi's girlfriends as they were

growing up, and to an extent with me. There was external socializing with adults while

we were at church or when we did church activities, but the only interaction Alejo sought

on his own when he wasn't at church while Wendi was growing up was with Wendi and

her girlfriends, Kyre Lorts, Jeri Lynn Wilkirson, and Laura Bell. He particularly spent a

~especially~ 😊

lot of time with Jeri Lynn and Laura at sleepovers they had with Wendi, watching

movies, playing at our home, and while they practiced driving on back roads while

Wendi was in her early teens, two or three years before she could get her driver's license,

97 of 162



Initials

without me there or when I was in a another room reading or asleep. Jeri Lynn accompanied Wendi, Alejo, and me on one of our trips to California, and there was one occasion when Wendi was in her younger teens that Alejo took Wendi and either Jeri Lynn or Laura on a camping trip for the weekend, just the three of them. Wendi also had a few other girlfriends throughout those years who Alejo spent time with at our home for short periods of a few weeks to a few months. We never had any activities or dates with other adults or adult couples, and never had other adults, not even people from the church, into our home to have a meal, spend the evening together, or have an activity. Alejo never showed any interest in having adult friends other than in his position as a church leader and in interaction at church and church activities. Once Wendi was in her mid to late teens, Alejo took a college class in black-and-white photography at Casa Grande High School and had more interactions with adults outside of our home as a result of his work with photography.

253.   I got used to staying out of the way of Alejo's relationship with Wendi and letting the two of them spend lots of time together without me. It was like he broke up Wendi and I, and isolated her from me, so that he could control the household and get what he wanted from each of us. I remember hearing somewhere that around the time girls become teenagers, moms feel left out, and after a while I justified it as being normal that I didn't really have a relationship with Wendi and was left out of activities that Alejo and Wendi did together.

Initials

254.   Alejo decided to an extent how and when I interacted with Wendi. I never put up much of a fight, and Alejo easily overpowered me on just about everything, including how and when I spent time with my daughter. He was always undercutting me, telling me I wasn't capable of doing certain things or telling me that I wouldn't succeed at something without him or without him and Wendi. On a regular basis I felt excluded, like they were together and I was on the outside. Alejo spent a lot of time playing with Wendi from the time she was a little girl starting after we met when Wendi was four years old, until she was an older teen, and continued doing things with her after she was an adult. The three of us hardly ever played together, just a few board games once in a while when we were living at the Cedar house after the traveling ministry when Wendi was about nine to eleven years old, but that was about it. We almost never did family things at home.

255.   Once we were back in Casa Grande after the traveling ministry, almost every evening, Alejo sat on the floor and wanted Wendi or me to rub his head, or he lay on the couch and Wendi or I sat on the edge of the couch and rubbed his head, back, and legs. Being at home was almost like being in a harem with Wendi and I pampering Alejo, with him in control. The main focus of everyone's attention was to soothe him and respond to his every little need. That went on beginning when we returned from the traveling ministry and continued for all of Wendi's pre-teen and teenage years until she went out on her own as an adult. After a while, maybe after the first few months or a year back in Casa Grande after the traveling ministry, when Wendi was nine years old, she took over

Initials

almost all of the work rubbing Alejo. It was a relief to have Wendi rubbing Alejo so that I didn't have to do it.

256.   Beginning when Wendi was about ten years old, sometime after we returned from the traveling ministry and were living on Cedar, Alejo teased her when Tampax commercials came on TV. He used the commercials to embarrass and shame her. When the feminine hygiene items were being advertised, Alejo asked Wendi, "What are those? Do you need those? What do you use those for?" This continued until Wendi was an adult. He picked at her constantly about sexual topics and feminine hygiene to embarrass her. Wendi responded, "Dad, you're gross. That's disgusting. Stop it," and I often told him, "She doesn't like that. Stop it," but he said, "She likes it," and of course he kept teasing her. She got extremely embarrassed when he teased her that way, even when she was an adult.

257.   Alejo constantly teased, picked at, and provoked Wendi, and not in a nice way, throughout the time that she was growing up. Most people stop teasing after a point when they see that it is really bothering the other person, but Alejo went on and on ruthlessly picking at and teasing Wendi, after it was obvious that it was hard on her, almost as though he was intentionally breaking her down and trying to be hurtful and malicious. He degraded her constantly. That frustrated me and made me angry a lot, and when I told him to stop it and leave her alone, he just said, "No, she likes it." He constantly had to prove that he was the one in control.

Initials

258.   Alejo liked to dump glasses of cold water on Wendi while she was in the shower, beginning after the traveling ministry and continuing at least up until she was about sixteen years old. The doorknob on our bathroom door was the kind with a hole in the middle of the handle that was easy to unlock so he could sneak in and surprise her even if she locked the bathroom door while she was showering. He also did that to me. He must have gotten the idea from me when I told him that my dad had done that to me while I was growing up.

259.   Alejo loved the Fredericks of Hollywood and Victoria's Secret lingerie catalogs. They're full of images of adult women, mostly undressed and in lacy panties, bras, sexy underwear, and sexy little outfits. He spent time looking at them fairly regularly with Wendi at home while she was a pre-teen and teen. He also frequently wanted Wendi to look at any kind of women's magazine where the women were dressed nicely or wearing lingerie, and at ads in any kind of magazine or newspaper where women were mostly undressed in sexy clothes.

260.   From her pre-teens after the traveling ministry until she went out on her own as an adult, I occasionally shopped with Wendi to get inexpensive, basic clothes for her. I looked for functional clothes that were a good value for the price, like at Wal-Mart or thrift stores. For everything else, beginning when Wendi was about ten years old and even more so when she was thirteen to fourteen, Alejo took Wendi shopping to buy clothes.


Initials

261.   Alejo and Wendi almost always came home with two of whatever kind of clothing they were buying, such as a dress or T-shirt, often with one being modest or age-appropriate and the other being racy or sexy, and very inappropriate. Alejo always said, "We couldn't decide which one to get so we got both." Our money was tight and I had trouble understanding why she always needed two of everything. Alejo made very little or no money of his own, so he always charged the clothes purchases to our credit card, which I then paid off. Alejo didn't make good choices about what clothes he and Wendi brought home, either from the perspective of cost and finances or with the clothes being appropriate for a pre-teen and young teen to be wearing at all.

262.   The clothes Alejo bought for Wendi starting when she was about ten or eleven years old often surprised me because they were a lot tighter, shorter, and more provocative than anything I ever bought for her. I was really surprised at how inappropriate some of the clothes were that Alejo bought for Wendi while she was a pre-teen and young teen, not things she could wear around anyone we knew, much less to church activities or church. Many of the clothes he bought for her were too sexy and inappropriate for her to wear anywhere other than when she was at home with Alejo or when the three of us went on trips to California.

263.   It also surprised me that he bought such sexy clothes for her when she was a pre-teen and teen because he was a youth pastor at an evangelical church where the church leadership and congregation were expected to live by strict Christian standards. I asked myself, "Why is he letting her have these clothes?" and never had an answer. As a

Initials

youth pastor he was supposed to steward the kids to have good values but you would never have known that from the clothes he bought for Wendi. In his public role as youth pastor he preached against that kind of inappropriate behavior, and at least the way he presented himself at church, he never would have publicly allowed other kids to have those kinds of clothes. Privately was a different matter. For example, when Laura and Jeri Lynn stayed with us for sleepovers and were spending time with Alejo while I was sleeping or reading, the girls were often in little baby-doll pajamas that included little shorts and sleeveless or spaghetti-strap tops that were loose and open and didn't cover very much when the girls moved around.

264.   If I wanted to go shopping with Wendi and Alejo, he almost always made up reasons why I couldn't go. He or Wendi told me, "No, you're too tired, you should stay home," and I always gave in to Alejo, so I didn't argue, and after a few tries I stopped asking and it became expected that Alejo and Wendi shopped for clothes without me.

265.   There were times that Alejo took Wendi out of school and they went shopping together during the day, such as when Alejo had a weekday off from his duties at the church. I was working and paying so little attention to what was going on with Wendi that they could have shopped five days per week and I wouldn't have ~~know~~ known about it.

266.   By the time she was twelve or thirteen years old and continually throughout her teens until she left to go out on her own as an adult, Wendi had at least a dresser-

Initials

drawerful, maybe more, of little frilly bras and lacy, frilly, sexy underwear. Alejo bought her tiny little shorts, and little halter-top-type T-shirts. He bought her lots of little sexy outfits, and he also bought her lots of shoes, including lots of high heels. Alejo liked me in high heels, and he also liked Wendi in high heels while she was growing up as a pre-teen and teen. By age twelve and thirteen she owned lots of high-heel shoes that Alejo bought for her.

267.   Wendi had a lot more sexy underwear and sexy little outfits as a pre-teen and young teen than I did as an adult and as Alejo's wife. Wendi especially had lots of lacy, sexy little bras. Alejo bought me a nightie here or there and I always took them back. I'd rather wear something comfortable. My underwear was more cute and silky but not laced out and not the black, frilly, uncomfortable, tiny bras and underwear that Alejo bought for Wendi while she was a pre-teen and teen. He liked crotchless and thong panties, and lacy stuff that was all uncomfortable and itchy, things that I refused to wear. When Wendi was twelve, thirteen, and fourteen years old Alejo bought her lacy, silky, or satin garter belts, the corset kind of underwear that comes in separate pieces where the panties or bottoms hook or snap to nylons so there's a sexy gap at the top of the thighs around the panties. I specifically remember him buying those for Wendi, including the nylons. I had no idea why Alejo was buying Wendi underwear like that when she was a pre-teen and early teen, and didn't think about it.

268.   When Wendi was about twelve years old we went on a trip to Laguna Beach in California, and Alejo bought her a bikini bathing suit. That was completely

against our beliefs. He bought it knowing she could only wear it while we were at the beach in California and in the backyard at home while Alejo was playing with Wendi, when only Alejo, Wendi, and I were at home. She could never wear the bikini bathing suit around anyone else in Arizona, not even her girlfriends, because Alejo was the youth pastor and everyone at church would have a fit if they knew she even had it.

269.   There was a really tight, inappropriate T-shirt that he bought for her when she was thirteen or fourteen years old. Wendi had sexy teddies and camisoles as a fourteen or fifteen-year-old that I tried not to notice or think about. I didn't buy any of those things for her and she didn't have any money to get them on her own. The only person who bought the sexy outfits, underwear, and shoes for Wendi was Alejo. Owning and wearing these things, especially as a young teen, was completely against our public beliefs.

270.   By the time Wendi was age twelve or thirteen, Alejo took her shopping all the time, just the two of them, and they regularly went into stores like Fredericks of Hollywood or Victoria's Secret to buy underwear and skimpy, sexy outfits for Wendi. When she was a pre-teen and teen, most of the time he took her into those stores alone, but I went into the underwear stores with Alejo and Wendi once in a while. We all knew when we went into those stores that the purpose for being there was to buy sexy underwear and sexy little outfits for Wendi. We went in to look for me and to buy for Wendi. I had made my stand clear by then that the kinds of underwear and sexy outfits Alejo was buying for Wendi and that he liked to see her in were cute but not practical for

105 of 162



Initials

me so we never bought for me, just Wendi. We even visited the main Fredericks of Hollywood store in Hollywood on one of our visits to California when Wendi was a young teen. Alejo specifically and specially wanted to take Wendi into that store, so a big part of why we made that trip to California was so Alejo could take Wendi shopping for underwear in the main or original Fredericks of Hollywood store.

271.    Alejo also liked to take Wendi and me into a store called Spencer's at a mall in Phoenix where they sold gag gifts, toys, party supplies, and oddball items with an adult theme. They sold everything from blow-up dolls and other sex toys to gadgets like black lights and lava lamps, with brands like Hustler and Playboy, and even pole-dancing kits. It's not a triple-X hardcore sex store but there are sections that are for adults over twenty-one years old only. There were also cute things at Spencer's, including some stuff that I was willing to look at. Alejo really liked Spencer's, especially the section with sex toys and sexually explicit items, and he always wanted to take Wendi in there to see what was new in that section. We went in there fairly regularly, maybe once per month, starting when Wendi was about ten years old. We went to the malls and the Spencer's in Phoenix a lot when she was that young, and continuing through age eleven, twelve, and on up until she became an adult and was out on her own.

272.    When Alejo took Wendi and I into Spencer's, she and I tried to look at the less explicit and cuter things, and but he always called us over to look at the adults-only sex stuff, including the most explicit items. He said, "Come see, come see," or "Look, look at this!" and showed us some sexually themed greeting card or some explicit oddball

Initials

item that I considered disgusting. He loved looking at the sexually themed and explicit greeting cards. Wendi and I always came to look when he called us over. I always gave him a disgusted look and took off to look at something else. When Alejo told Wendi, "Look at this!" at first Wendi said, "Dad!" not wanting to look at the stuff, but once Alejo got started she didn't have a choice. He replied, "Look at this. Don't be that way," and early on, maybe for the first two or three visits, she said, "I don't want to," until he ordered her, "Look at it," so she gave in and did look at it. After the first few visits, she knew she had to look at it and didn't argue anymore.

273.    Wendi looked at a lot of the sexually explicit adults-only items and spent a lot of time with Alejo in the adult section at Spencer's from the time she was ten years old onward. She spent as much time as Alejo wanted looking at whatever he wanted in the adults-only section of Spencer's when she was ten, eleven, and twelve years old. The section Alejo liked best, where he spent the most time with Wendi as a pre-teen and young teen, was explicit, pornographic, and labeled not for minors under twenty-one years old. This included everything from adult magazines and cards to board games where the point of playing is answering questions about personal sexual preferences, experience, and practices, and things like soap in the shape of an explicit, anatomically correct penis, perverted candy, and sex toys like blow-up dolls. She was in that section a lot with Alejo at age ten, eleven, and twelve.

274.    When we shopped at Spencer's during the years that Wendi was growing up, we mostly just looked and bought something once in a while. We didn't have much


Initials

money to spend on that kind of stuff, especially before I started working at Ak-Chin

Farms and our only income was our tiny salaries we earned working at 91st Psalm and

Harvest Church. We bought some sexually themed items, like cards, little toys, knick-

knacks, or gag items, like something you put into the toilet to squirt water up when

someone sat down to go to the bathroom. We owned one of the explicit, anatomically

correct penis-soaps. If anyone, like my sister Deannie, ever saw any of this stuff in our

home, Alejo always said, "Donna is the one who bought it," which was technically true

because I earned all the money and paid off the credit card, but Alejo was always the one

who selected the items. I just paid for them. A couple of summers ago I bought a blow-up

doll because Alejo said he wanted to give it to his dad, but he never did. He kept it. Two

years later it's still in our home, and he's still saying that he intends to give it to his dad.

If anyone asks about it he always tells them that I bought it.

275.   By age twelve or thirteen, when Wendi and Alejo went shopping together

they went to lots of different places, and did so fairly regularly, most of it without me. I

didn't care to know where they went or what they did while they were shopping without

me.

276.   From age ten or eleven onward, until she left to go out on her own as an

adult, almost every night, weekdays and weekends, as long as Alejo was home which he

was most of the time, Wendi spent a couple of hours rubbing Alejo's head, back, and

legs. While she rubbed him Alejo was partly dressed. When this first started, he had his

shirt off. After a while he just wore shorts, and then it got so he was stripped down to his

Initials

briefs all the time while Wendi rubbed him for a couple of hours each night. What Wendi wore while she rubbed Alejo varied. During warm weather she wore little pajama shorts and a pajama top like she wore at the sleepovers with Jeri Lynn and Laura, or she put on one of Alejo's T-shirts with just her underwear on underneath. The most common thing she wore while rubbing Alejo was one of his T-shirts with her underwear. The pajama shorts that she sometimes wore were small and not tight around the legs so it was easy to see her panties under them. By the time she was eleven or twelve years old, lacy, sexy underwear was the only kind of underwear Wendi owned, so that's what she wore under Alejo's T-shirts while she was rubbing him. During cooler weather she wore pajamas. Most of the time when Wendi was rubbing Alejo I was reading alone in my room. Fairly regularly from the time Wendi was a pre-teen through older teen, Wendi and Alejo fell asleep together on the sofa after she had been with him and rubbing him for a couple of hours. I often came out later at night to find her asleep with Alejo while she was in her underwear, in one of his T-shirts, or in her small pajama shorts.

277.   Alejo really liked to have his head in Wendi's lap while she rubbed him beginning when she was nine years old and throughout her teens. At the time we called it Wendi being in a position of "ministering to him," although there was no religious aspect to it. Another way we described it was Wendi touching or "touching on" Alejo. He was constantly saying to Wendi in a kind of whiney way, "Just touch me," or "Why don't you just touch on me." He especially said that when Wendi and I got tired of rubbing him, to make us feel bad and feel that we needed to keep rubbing him.

278.   There was lots of cuddling and snuggling between Alejo and Wendi from the time that we returned from the traveling ministry through her teens and even after she was an adult. Usually when Wendi rubbed Alejo, she had his head in her lap, and she cuddled or snuggled up to him consistently when they watched TV. There was lots of snuggling and cuddling among Alejo, Wendi, Jeri Lynn, and Laura during evenings and on sleepovers, often when the girls were in baby-doll pajamas. Alejo also physically wrestled a lot with Wendi and her girlfriends, more with Jeri Lynn and Laura than others. When Alejo wrestled with the girls it was usually one at a time and they tussled around on the floor for a while until Alejo pinned them, and he pinned them so that they couldn't move at all. Wendi or the other girls often said, "Get off, get off, you're so heavy, I can't move," after Alejo pinned them, to the point that they clearly weren't having fun anymore, and Alejo just didn't know when to stop. When I told him, "Get off them, you're hurting them," he always said, "No, it's okay, I'm not hurting them. We're playing," as though he was making the decision that he wasn't hurting them even though they were telling him that he was. Alejo pinned Wendi down a lot when they were playing.

279.   Wendi always had little tiny, sexy underwear and bikini underwear after we returned from the traveling ministry. A lot of the time as a pre-teen and teen, Wendi wore one of her lacy, sexy bras to bed and wore them as nightclothes while she was sleeping, which is unusual, especially for a girl of that age. As a pre-teen and teen, Wendi was around Alejo a lot in just a T-shirt and panties, either her T-shirts or Alejo's. Usually

Initials

when she got home from school or church, she changed into little shorts and a sexy or cute little T-shirt, or into just a T-shirt and panties. She had lots of cute little T-shirts. She was more inclined to keep her top covered, and usually wasn't in just a plain bra while she hung around the house with me or Alejo, but it was normal for her to wear a T-shirt with panties. If one of her girlfriends was coming over, she usually stayed in shorts or long pants.

280.   As Wendi got older, by age fourteen and at ages fifteen, sixteen, and older, Alejo took Wendi into hardcore, triple-X, adult porno and sex stores. It was actually more like Alejo dragged Wendi into the hardcore porn stores. He said he wanted to take her in to look at the cards. She didn't want to go, but he insisted. It was just like earlier on with Spencer's when she at first resisted and said she didn't want to look at the adult items, but Alejo made her do it. He said, "We'll just go in for a minute," but then they spent longer than a minute, actually fifteen to twenty minutes or even more.

281.   Their shopping in hardcore porn stores came into my awareness mostly on vacations because I'd be with them while they were shopping. It was on vacations that the three of us shopped together the most at stores like Fredericks of Hollywood and the hardcore porn stores; otherwise Alejo and Wendi went without me most of the time to those stores. I wasn't really invited when Alejo and Wendi shopped at home, but Alejo couldn't help having me there when they shopped on vacations. I went into hardcore porn stores with Alejo and Wendi only occasionally, about once or twice per year. I hung around at the entrance and never went past the front section where the clothes and less

hardcore items are, but Alejo always took Wendi right into the main part of the store where the triple-x and hardcore sex magazines, videos, toys, and other hardcore items were displayed and sold. I didn't know exactly what they looked at or bought in those stores and didn't care to know. I just know that they weren't buying for me.

282.   I let Wendi be the one who looked at the hardcore porn stuff in those shops with Alejo instead of having me be the one who had to deal with it. Wendi was always made up nicely with her hair and makeup done, and she refused to even go out to shop unless she was all done up, so at a glance she looked older than she really was, and I think that's how she consistently got into the adults-only stores and how Alejo was able to get her inside to look at the hardcore stuff.

283.   I never really thought about any of this and never let myself see it as a problem or something I should be concerned about, much less as an indication that Alejo had an extremely inappropriate relationship with Wendi while she was a pre-teen and teen. For the most part I was oblivious and kept my head in the sand. I never attempted to talk to Wendi while she was growing up about any of the inappropriate shopping Alejo did with her, about Alejo's inappropriate focus on sexual things while she was with him, about Alejo's abnormal interest in having her dress in a sexy way, or about the inappropriate way Alejo required her as a young girl to have her attention on sexual things. Wendi never brought up her discomfort about any of that with me and we never openly talked about any of it while she was growing up and still have never talked about it to this day. On a couple of occasions when Wendi was a teen, I asked her, "Why do


Initials

you go look at that stuff with Dad?" meaning the adult and pornographic items, and she said that Alejo just kept bugging her until she went to look at it with him. While Wendi was growing up I lived by the old adage, "What you don't know isn't going to hurt you," and while I knew Alejo was shopping with Wendi for explicit, adults-only items by the time she was ten years old and taking her into hardcore porn stores by the time she was fourteen years old because I went into those stores with them, I didn't see myself as being able to do anything about it and I never let myself become aware that it might be a problem. Alejo was the head of our household and one of the main tenants of our religion was that as the head of the household he set the rules and it was our place to obey the rules, so that's what we did.

284.   Alejo said he wanted to take Wendi out on her first date so she'd know how a guy was supposed to behave. And he did take her on her first date, just the two of them, when she was about thirteen or fourteen years old. They got all dressed up and went to a restaurant in Phoenix.

285.   I never asked Wendi if she thought it was okay that her dad was taking her out on a date when she was a younger teen. Wendi and I never talked about anything having to do with sex. Alejo started educating Wendi about sex when she was very young, by nine or ten years old. Anything Wendi learned about sex while she was growing up came from Alejo. He almost threw it in my face during those years that she never talked to me about anything adult like sex, and that any questions she had she took to him.

113 of 162

286.   Even after Wendi was an adult and on her own, both before and after Wendi met and married Joe, Alejo and Wendi kept shopping together. Alejo even kept taking her to underwear stores after she was married to help her buy underwear that she wore for Joe, and Alejo shopped with Wendi to buy her dresses for special occasions. In retrospect it seems strange that a father would continue to shop for underwear with his adult daughter to help her find things to wear for her husband. It shows how much Wendi was still under Alejo's control when she was an adult, and that she was still fulfilling the same role she had as a pre-teen and teen as someone who was a companion to her father, who made her father feel good, and who did what her father wanted. Even after Wendi was an adult, if Alejo said to do something, we both continued to do it. Wendi still had no ability to tell Alejo "no," even after she was an adult.

287.   Living in my little fantasy world I thought Wendi would be a virgin up until the time she was married, and I talked myself into believing that Wendi was a virgin at the time that she married Joe. When it came out sometime after Wendi was arrested that Joe was not the only man she had ever had sex with and I was trying to deny it, Alejo told me, "Don't be stupid. She had sex a long time before that." He knows or acts like he knows a lot about Wendi's sexuality and sexual activity.

288.   I never wanted to admit to myself the possibility that anyone could have abused Wendi sexually while she was growing up, and in retrospect I see that I avoided even thinking about the issue and didn't let it fully register with me that inappropriate things were going on with Skip and Skip's family while Wendi was an infant and toddler,


Initials

and with Alejo and Wendi when she was a pre-teen and young teen, because then I would have had to admit that there was a problem.

289.   There are instances with Alejo since Joe died that only make sense to me as Alejo being worried that he might be caught as a child molester, or him struggling with worry or guilt about inappropriate things he did with girls. For example, after Joe died and Wendi was in jail, when Alejo and I got Nicholas and Ashlee to take care of them, he always made sure that he never changed Ashlee's diapers. At the time he told me that he didn't want to leave any room for the Andrianos or Lambeths to go after him or us for anything improper that might happen while he was changing Ashlee's diapers. Why on earth would he have been concerned about that in the middle of Wendi being on trial for murder? Why would that have been the foremost thing in his brain when it came to watching his granddaughter unless he was worried about being accused of being a child molester or that inappropriate things he had done sexually with girls might come out at trial? Changing diapers is such an ordinary thing I don't have any other explanation for why he said that.

290.   He has also said odd things out of the blue just in the past year, like how terrible it is when men sexually abuse girls, after seeing something about it on TV. It isn't something we've ever talked about and of all the subjects he might bring up randomly, that seems an odd choice unless it's already on his mind for other reasons.

291.   Alejo yelled a lot at me, Wendi, Brandon, Barbara, and other kids who were at our house while Wendi was growing up. To me it felt like he was continually



Initials

yelling at us, almost every day. For all those years he was—and he continues to the present to be—extremely explosive in his anger. I never know what will set him off, and even after thirty-six years with him I usually can't identify specific triggers for what sets him off. His anger has always seemed random. There's just no warning, then suddenly he's extremely upset, yelling, and even literally screaming. I almost never find out what actually set him off. Over the entire time Wendi was growing up, I made the decision to leave him and divorce him many times, but then I couldn't because he was the one raising the kids and I didn't feel that I could survive or afford to raise the kids on my own working full-time without his help. I decided many times to just separate from him for a while, but never could do that either for the same reasons.

292.   It's hard for me now to even place him as being the person he was all those years or connect him with the things he did. What I remember most is his yelling, his controlling me and Wendi about every little thing, his demanding to be pampered, his being childish and juvenile about almost everything, and his being bad with finances, and never really contributing significantly to our household with income or earnings. He never supported Wendi and me financially, and over thirty-six years, hardly contributed financially to the household. He knows how to push my buttons, how to make me feel bad, and how to make me accept guilt and responsibility for things even when they're not my fault. He doesn't need physical abuse to get me to give in. Words can hurt more than physical abuse and Alejo was always expert at using words to hurt me while I've been with him all these years, and with Wendi while she was growing up.

Initials

293.   It's like I've separated myself from Alejo and ignored everything unpleasant or abusive he did over more than thirty years so that I can stand to be around him and continue to be nice to him. I remember how he was because I can remember the anger I felt toward him.

294.   When Alejo was on his tirades throughout her teens, Wendi told me, "It's going to be okay, Mom. He'll come back eventually and things will be okay." She was always the middle person trying to make things better for me and Alejo.

295.   Because Alejo was the youth pastor at 91st Psalm and then Harvest Church, and because of all the teaching he did at the church in that role, I assumed he would be the head of our household in many ways that the church expected but that never happened. He was controlling, demanding, and demeaning, and despite Wendi and me giving in to him as the church taught, he never was the head of our household in the way I understood how that role was taught or portrayed at church.

296.   I expected Alejo to be the spiritual leader of our household. He appeared to be that way from the outside for people at church but was never that way for us at home. Our church taught that the husband was expected to lead Bible teaching with his family. Alejo taught the Bible at church but never with us. He isn't illiterate. His spelling has never been good but he can read and write. While Wendi was growing up, he read the Word a lot. We bought Bibles from Goodwill or at yard sales so he could cut out passages of scriptures to combine them onto paper for his lessons. When I asked him, "Why don't you do Bible study with Wendi and me at home?" he said that he had tried to

Initials

but that Wendi and I weren't available, and then he said that he was busy or didn't have enough time to do it. As part of his control, he always turned things around and required us to see or believe them to be a way that was never his fault. In general he controlled our thinking and didn't allow us to perceive our lives in an honest way. He spent a lot of time studying the Bible on his own at home, and there was plenty of time when he could have taught us at home, but he didn't.

297.    There's a whole lot that I really don't know about what went on with Wendi while she was growing up. I didn't bond with her right away and didn't know what to do with her after she was born, and a couple of months after she was born I went to work full-time. During the time period after Wendi was born, I was like a third party with Skip and my mom being the primary caregivers for Wendi. She was really closer to my mom while she was an infant and toddler.

298.    Sometimes I played with Wendi during the years with the traveling ministry, in ways that were similar to how I played by myself while I was growing up, mostly with toys that were self-contained, but Wendi was closer to Rosalie and Rebecca, who were adults in their early twenties at the time, and she slept with the two of them at night, all three of them together in one bed after we turned the trailer into a fifth wheel, while Alejo and I always slept somewhere else, like in the back of the trailer or the back of the truck.

299.    I grew up without siblings, have always been used to entertaining myself, and it didn't come naturally to me to play with Wendi while she was growing up. Except

118 of 162


Initials

for board games with Alejo and Wendi that Alejo wanted us to play at the Cedar house for a year or so, I really never played with Wendi after the traveling ministry. I occupied myself while I was growing up and expected her to do the same.

*before, during and after were*

300. I was frustrated several times ~~while~~ we were with the traveling ministry and took it out on Wendi by hitting her when she was five to nine years old. My frustration was really at everything that was going on, especially at Alejo or another adult, at how unpleasant our living conditions were, or how hard it was for us to find enough to eat. It came out with Wendi when I thought she wasn't doing something right and lashed out at her, slapping her with my hand. I also did this to Brandon later on, when he was seven to eight years old.

301. After we returned from the traveling ministry, I worked at 91st Psalm Church, which at times was more than a full-time job and by 1984, when Wendi was about fourteen years old, I had full-time work outside the church and always worked full-time after that for the rest of Wendi's childhood and up to the present.

302. Beginning after we returned from the traveling ministry I was living in my own fantasy world and was oblivious to most of what went on with Wendi. I don't know most of the day-to-day detail of what went on with Wendi while she was growing up because I was focused on other things and wasn't paying attention to her. I believed what I wanted to believe, which was that we were a happy, upstanding, churchgoing household, and I just ignored anything that might contradict that. With Alejo yelling and screaming *most* all the time, worries and frustration about making ends meet and having

119 of 162

Initials

enough money to survive, and problems in the bedroom with Alejo, it was easier just to ignore most of what happened at home and withdraw into my own world. When things are unpleasant or difficult I close down and avoid everything, and I was in that mode for years at a time while Wendi was growing up.

303.   I didn't work outside of the church until 1984 when I started work at Ak-Chin Farms, which was my first job outside of the church after the traveling ministry, but after that I used work to avoid everything that was going on at home. I avoided almost everything that went on with Wendi and the other kids while they were growing up, and left taking care of them almost entirely up to Alejo. I worked hard, did what had to be done so we could eat and afford basic expenses, and was the breadwinner providing money for us to survive but emotionally I wasn't there for Wendi while she was growing up. It was always me trying to spend money and me buying things for Wendi, trying to make up for all the bad stuff that way. I loved her but we weren't emotionally connected and didn't have much of a bond.

304.   I see a lot of my mom in myself. I didn't like it when my mom neglected me while I was growing up, but I didn't really blame her because I knew she did the best she could. It's very hard to say, but because I taught about neglect and abuse when I was working for the hospital, I'm aware that I neglected Wendi while she was growing up, just like my mom neglected me, that emotionally I was not there, and that neglect can be just as bad as abuse. That's hard to talk about because I feel guilty like I'm at fault for what happened to Joe. It's easy for me to feel like I'm a bad person, to take responsibility

Initials

and feel ~~guilt~~ guilty for everything bad that happens in the lives of my loved ones, including Joe's death.

305.    There was a big difference in Wendi's sleep patterns and needs after we returned from the traveling ministry when she was about nine years old. When Wendi was very little, from two to four years old, she got up early every day on her own and was energetic in the morning. On Saturday mornings when I could have slept in because I didn't have to work, there she would be, early in the morning, waking me up, telling me to come look at something or do something. She never just sat in front of the television on Saturday mornings to watch cartoons when I wanted her to do that so I could sleep.

306.    By the time we returned from the traveling ministry, she was just the opposite of how she was as a little child, and withdrew to sleep when things got to be too much for her, or when she was having a lot of stress and pressure. This started after the traveling ministry and became a clear pattern by the time she was about ten years old. It was especially severe from the time she was a teen all through her adulthood. It happened most often after she got into trouble, like after Alejo swatted her. Sometimes when Wendi was sleeping so much I couldn't put my finger on why that was happening. I told her, "You've got to learn to open up and tell me what's going on," but she never did. This frustrated me a lot when she got into her teens. When she was in trouble she didn't want to talk to me. She still sleeps a lot today in prison as an escape or when things are hard. Wendi and I both sleep a lot when things get to be too much.

307.    The cycle of what happened around Wendi sleeping too much when she

121 of 162


Initials

was growing up went like this: Wendi got into trouble or didn't keep the rules. She refused to talk to me about what was going on and why she was in trouble. Some of the time when she was in trouble she was swatted by Alejo. Then she became sleepy, and could stay that way for weeks or even a couple of months at a time, and there were lots of times when she was sleepy for three or four weeks in a row. After she got over being sleepy, she was normal again for a few days to a few months until she got sleepy again. She had several sleepy periods that were at least two or three weeks long every year beginning when she was about age ten.

308.    Except during summertime, she was in school, and her normal bedtime when she was a pre-teen and teen was about 9:00 p.m. or 10:00 p.m.. During periods when she was sleepy she went to bed for the night by 5:00 p.m. or by 7:00 p.m. at the latest, and slept straight through the night until she had to get up the next morning. Some days during sleepy periods she went straight to bed as soon as she got home from school as early as 4:00 p.m. without eating or changing into pajamas, without talking to me or telling me anything, just going straight in to bed as soon as she got home in the clothes she had worn to school that day. Every day of the week except Saturday, she had to be up fairly early, like by 7:00 a.m., to go to church or school. On Saturdays we let her sleep in as long as she wanted, which usually until noon, and then she was back asleep Saturday evenings by 7:00 p.m. to sleep another twelve hours until she had to be up Sunday morning for church.

Initials

309.   She was also notorious for falling asleep at her desk at school. That happened a lot from the time she was a late pre-teen onward. Once she got her study goals done for the day, usually by midmorning, she put her head down and went to sleep at her desk for a half hour to an hour-and-a-half.

310.   Other than when she was little, Wendi was never a morning person, even when she wasn't in a sleepy period, and someone always had to wake her up or she didn't get up. I was working all the time, so it was usually Alejo who woke Wendi up. Sometimes I started getting her up by popping my head into her room before I left for work, but after that it was up to Alejo to wake her up.

311.   Her being sleepy like this went on night after night the same way, and the same on weekends, for weeks at a time. During these times she slept twelve to fifteen hours per night every night but Friday night, and from Friday to Saturday slept seventeen to nineteen hours. She also got a little more sleep during the day at school. Her sleepiness became more extreme when she was a teen, and was at its worst after she turned sixteen years old.

312.   Wendi kept being sleepy all the time after she and Joe were married. She tried to sleep in late whenever she could, and told me often about how tired she was. She said Joe kept her up late at night. She was exhausted all the time starting when she was still in Casa Grande before Nicholas was born and continuing up until the time of Joe's death. There were times when it affected her work because she had trouble getting up in the morning and tended to be late to work. When she managed apartments, she was in

123 of 162

Initials

charge, so she could be late. She ended up sleeping in later than she should a lot of the time, arriving at work later than she should have, and putting on her makeup at work because she was running too late from oversleeping to do it at home.

313.   With Joe yelling at her all the time, having financial pressures, and lots of stress at work, it was easier for Wendi just to go to bed and sleep. I'm the same way. We told each other that maybe when you wake up some of the problems wouldn't be there. She always slept in as late as she could or until at least 10:00 a.m. or 11:00 a.m. on holidays and weekends. During the summers of 1997 and 1998, Joe often came over to my place in his pajamas and wearing flip flops, on Saturday and Sunday mornings while Wendi was still sleeping, to bring Nicholas so that I would take care of him while Wendi slept in. Joe dropped Nicholas off in the morning about 9:00 a.m. or 10:00 a.m. on weekend days and then went back to their apartment to go back to bed.

314.   Wendi's room at the Cedar house, the first place of our own that we had after the traveling ministry, had been the master bedroom. It had a closet that ran the length of the room, with two huge closet doors. Wendi spent hours and hours alone in that closet as a pre-teen. Sometimes she took Toby, our Sheltie dog, with her into the closet. When I asked her what she was doing in the closet she told me that she was praying. It's hard for me to believe in retrospect that she was praying for hours and hours at a time, sometimes every day, as a pre-teen while she was in the closet but at the time I didn't think about it. She could have been in there overnight; I just don't know because I wasn't paying attention. She was in there a lot, at least a few times per week, but I don't

know the exact frequency or duration of her time in the close because I was really oblivious to a lot of what was going on with Wendi during that time, and I didn't check on her at all during the afternoons and evenings when she was in her closet. I spent most of my time at home after working at the church during the day reading by myself, or cooking and cleaning. After I brought Wendi home from school on weekdays I went to read by myself and didn't pay any attention to what Wendi was doing after that.

315.    On the occasions when Wendi had friends over, she played with them and didn't go into the closet at all, but it was unusual for Wendi to have friends over while we were living on Cedar. At times Wendi's cousin, Barbara Mitchell, or other kids, and Kyre Lorts came over to be with Wendi after school, but most of the time it was just Wendi and I home together after school. When the kids were there, I just ignored them and didn't pay attention to what they were doing together or with Alejo.

316.    Wendi just disappeared quietly into the closet by herself when no one other than me was in the house. Also, sometimes after she was spanked or swatted by Alejo she went into the closet crying. I usually didn't even notice that she was gone or realize that she was in the closet because I was so checked out and doing everything I could not to notice all the difficult and unpleasant things that were going on.

317.    During this time, when Alejo took her into her room to hit her with a wooden paddle, Wendi sometimes slipped a book into her pants so when he hit her it wouldn't hurt. I could hear him yelling at her to take the book out of her pants so he could spank her. She often started screaming and was overly dramatic when he spanked


Initials

her. It was all he could do not to laugh while he was punishing her and he got out of the room quickly so he could laugh sometimes after he hit her because Wendi was so dramatic and loud about the punishment.

318.   We moved to a house off Val Vista on Arapaho, in a low-income subdivision with HUD houses, when Wendi was about eleven years old. At that house Wendi had her own room with a waterbed. There was a space about a foot wide between the outside wall and the bed under a window that made a little nook she could fit into between her bed and the wall. Sometimes when I came to her room she was down in that space between the bed and the wall. If I asked her why she was there she claimed she was getting something that fell down there, but she was actually down inside the nook, lying down, not leaning over to get something. I didn't go into her room very often at the Arapaho house, but several of the times that I did she was down in that nook by herself.

319.   Wendi was in a car accident when she was about thirteen years old. I was driving. We were on our way home in our Subaru hatchback, near the Arapaho house. A guy driving a pickup truck turned off onto a side street, did a U-turn on that street, then punched it. We came to the street just in time for him to ram us. I was driving about thirty to thirty-five miles per hour and he wasn't going slowly. His truck hit our car directly on Wendi's side, right on her door, hard enough to spin our car around ninety degrees. The only reason our car wasn't totaled was that Subarus are built in one piece. The hit was strong enough that it would have totaled another make of car. The whole side of the heavy Subaru was crushed in a few inches. The passenger door wouldn't open after the


Initials

accident, and we had to cut out that whole side of the car to repair it.

320.   When the truck hit us, Wendi hit her head hard on the passenger side window. I heard the loud thunk when her head hit the window. Her brain took a hard side-to-side blow. She was hurt, scared, and crying after the collision.

321.   I let the other driver leave. He said "I've got to run down to my house." He lived right behind us. His family told me later that he had been drinking and wanted to get home to throw out beer bottles that were in his truck before any police arrived. The police went down to his house to talk to him after they talked to me at the accident site.

322.   For religious reasons, we still didn't believe in seeking medical treatment at the time of this car accident, so we didn't take Wendi to the hospital or even to a doctor for her head injury. She had a bad headache that night. I borrowed aspirin from a neighbor and made her stay awake most of the night because I was worried that she had a concussion. She missed at least one day of school because of her head injury. She was jumpy about being in cars and nervous about other drivers for about a year after the accident.

323.   Wendi had changed a lot by the time we returned from the traveling ministry, and there was another big shift in her when she was about thirteen years old. There was a period during this time when she became very unhappy with Harvest School and she tried to get Alejo and me to allow her to go to a public school. For a year or two around the time she was thirteen years old, Wendi did everything she could to get into trouble. She acted out and tried to get expelled so she could leave Harvest. The ways she



Initials

acted out were the same kinds of things we swatted her for, like not meeting her study goals at school, trying to talk to boys, and telling us that she wanted to attend a public school.

324.   During this time she got a lot of spankings and swattings, at least a couple of times per week, and we hit her more times on each occasion when she was swatted. She weeded the school grounds for several months instead of attending school. Her punishment was that she had to weed the grounds and work outside, alone, in the heat, until she gave in and agreed to stay at Harvest School and obey all the rules. She was also humiliated every day because school was still in session and all of the other kids saw her out there weeding. A number of church members were very upset with Alejo for making her do that. I figured he knew what was best, and it wouldn't have mattered what I said to him if I had opposed him.

325.   When that phase passed for Wendi, and she realized she was not going to be allowed to go to another school, she rarely disobeyed us or any authority figure again. She was much more obedient and hardly pushed back against the rules at all, maybe just a little at the ACE conventions, and when she tried to talk to boys occasionally as an older teen, but she wasn't the same ever again. After that phase passed she rarely needed swatting again at home or at school.

326.   While Wendi was learning to drive, I was just like my mom. I tried to help her and take her out to practice but I ended up yelling at her, so Alejo took over teaching her how to drive.

Initials

327. There were a couple of times after she was sixteen years old and could drive that she went into town to talk to boys with Laura, Jeri Lynn, or both. She told us she was going to the movies but once or twice we found out that they were down on Florence Boulevard hanging around with kids who weren't from the church, and one time Alejo went into town and caught them talking to boys. Otherwise she capitulated almost completely after about age thirteen, and turned into an obedient, acquiescent, cheerful, agreeable girl.

328. Because we were such a small school, kids of all ages graduated in the same ceremony. By the time she graduated from the high school grades at Harvest School, Wendi hadn't only given in completely and become a model, obedient daughter and student, but she had changed her tune and thought that our punishments had been the best thing for her. Alejo bought her a fancy dress for graduation. At her graduation, she gave a speech, directing it especially to one of the little boys she had helped while she was a school monitor, who was graduating from kindergarten with his classmates, telling them that she had rebelled against her parents but that we had made her stick with it, and she was glad that we had done so. Just a few years earlier she had done whatever she could to force us to take her out of Harvest School, but when she left the school as a young adult she encouraged other kids to hang in there and give in to the authority of their parents. No one coached her for her speech. I was so proud of her I cried like a baby at the graduation ceremony.

Initials