329.   Wendi's memory blanks out about difficult and unpleasant experiences, what I call "the bad things." This has been the case throughout her whole life. I've been used to having her forget bad things since she was a young child, at least from the age of five years old. She completely forgets things that are really traumatic or a very big deal at the time, the kind of things that make a big impression and that normally people remember; they're all just gone from her memory. She forgets them completely, usually within weeks to months, and eventually doesn't remember them at all. The more unpleasant or painful an experience she has with someone close to her, the more completely she forgets it.

330.   She learned from me that if you want to continue to like someone, you just have to forget about the bad parts of who they are. That's what I did with my dad, her dad, Skip, and her step-dad, Alejo, and she did the same with Alejo and her husband, Joe.

331.   Wendi's forgetfulness about the bad things was very noticeable after we returned to Arizona from the traveling ministry when she was nine or ten years old. Within a year or two after we were back, she had blanked out almost completely on almost everything that happened during the years with the traveling ministry. Places we lived, such as Val's and a house in Martinez, were a complete blank for her, and almost everything we did during those years was gone from her memory. She remembered a couple of very small pieces of our experience there, such as a day when John Shaddle took her into San Francisco and they went around looking at things and sightseeing. She thought that he was like a big brother. The time with him was a good thing and was the

130 of 162


Initials

highlight for her of the couple of years or so that we were with the traveling ministry, so she was able to remember at least that day of sightseeing. She remembered a few other details, such as one or two of the campgrounds we stayed at where she had a good time. Pretty much all the rest of the time with the traveling ministry was gone from her memory not long after we were back in Casa Grande. The degree to which those years were gone from her memory and the completeness with which she forgot those experiences seemed strange. Her forgetting all that was really puzzling to me for years afterward. I wondered, "How can you completely forget all of that?" Even a lot of things that I thought might have been fun for her, like a trip to the zoo, were completely gone. It's not unusual for kids to forget some things but Wendi completely lost memory of nearly everything that happened during that period of her childhood. To this day she has never recovered memory of that time period.

332.    From the time she was a pre-teen after the traveling ministry, through being a teen, young adult, adult, and up until the present, Wendi has continued consistently to blank out the bad things from her memory. Even with me as oblivious as I was about what was going on with her for most of the time she was growing up, I noticed that she didn't forget fun things like birthday parties or sewing special dresses for the ACE conventions. She could remember those a few years later while she was growing up, and still remembers them today, but she forgot almost all the bad things. When she was ten or eleven years old after the traveling ministry, and I asked her, "Remember when Calvin Lorts yelled at you and the girls?" about a dramatic incident that occurred a few weeks before,

Initials

she couldn't remember it at all. When Alejo went on his tirades, and got more extreme than usual in yelling at her and then spanking her, and I asked her later, "Remember when Dad yelled at you and spanked you?" she couldn't remember it. Even for the most serious and traumatic incidents, within six months or a year at most the memory of those incidents was totally lost to her.

333.   As an adult, she has blanked out many incidents. After her leather jacket was stolen, probably the nicest jacket she ever owned, I made a comment about it a few years later. At a time when the jacket would have been useful to her, I said, "It would be nice if you still had your leather jacket that was stolen," and she didn't remember it at all. She said, "What leather jacket?"

334.   While she was with Joe, she told me they had an argument while he was driving and she was a passenger in his truck. This was before they had kids. In the middle of the disagreement she told him to stop the truck, and when he did, she got out and started to walk. They kept arguing and then he made her get back into the truck. Somehow she injured her knee as she was getting back into the truck. Joe pushed her or she fell down, but she didn't give me all the details. Her knee was badly cut up, to the point that she had a noticeable scar. Within a few months to several months she had no memory of this incident with Joe. She knew she had a scar on her knee, but had no idea how she had gotten it.

335.   There was another occasion while she was with Joe when she was so upset about Joe throwing a fit and spanking their kids that she called me. When they lived on

Liberty she had told me that she would never spank her kids, and she didn't want Joe to spank them either. It was very hard for her to tolerate when Joe started spanking them. When she called me on the phone on that occasion, Nicholas was two years old, almost three, and he had been peeling off wallpaper in his bedroom, so Joe decided to spank him. Wendi was crying and extremely upset, about as upset as I've ever known her to be, so upset that she had to leave the apartment while Joe spanked Nicholas and while she called me. Within a few months she had no memory of anything that occurred in that incident, not Joe spanking Nicholas and not her being upset or calling me.

336.   I also blank out most of the bad things. The last twenty years especially is more of a fog about many of the bad things. I don't remember dates when bad things happened, like when a family member died. Although I've talked about it a lot of times, and you would think it would stick in my mind, I still can't remember when my parents died, and I have to look it up when I need to know those dates. My not remembering seems automatic to me; it just happens whether I want it to or not.

337.   When I have fights with Alejo, almost every time, by the very next day I can't remember what the fight was about. When I say "fights" I mean him yelling at me and me apologizing or trying to help him calm down or feel better. I have rarely expressed anger at Alejo or done anything but try to soothe him when we are having our fights. It's been pretty much the same throughout our marriage, but I don't put up with quite as much yelling from him now or try as hard as I did years ago to make him feel better. Now I leave sooner or I just ignore him and stop paying attention to whatever

Initials

problem he's having. Sometimes I'll sit and read while he's still upset but usually I just leave. The way our fights go and have ^almost always gone is that Alejo starts yelling, usually about something that seems totally random to me, and I might just take it from him, or sometimes I say something back. If I say something it's almost always to apologize, tell him I didn't mean to do whatever has upset him, or just to try to understand what's upsetting him and ask him what's the matter. It can get a little heated and I might raise my voice but I'm just trying to make it better for him. I'm also mad but I'm just not expressing it, and I can't remember ever yelling at Alejo in our thirty-six years of marriage. Surely I must have yelled back at him once or twice in all that time but I just don't remember for sure. When Wendi was growing up there were times when I was angry and disagreed with something he was doing, but that was usually more like pleading with him to stop, and usually he just ignored me and continued doing whatever he was doing. It feels like a fight to me but on my side the fight is only in my mind. I've had the fight in my head with him, and back-and-forth angry statements and arguing, but it's just in my head and he's not really there. Alejo says that I set my jaw when I'm angry. I just bottle up the anger, push it down, and try to forget or rationalize it.

338.   I usually forget the details entirely of what happened during these "fights" within a day or two, but occasionally it takes a few days. I'm aware that we have had a fight because I remember that I was angry, but I have no ability to remember details of the fight and within a very short time the details are completely gone. I've explained this by telling myself that I just don't hold grudges. One of the few exceptions is with the

Initials

Andrianos and Lambeths about the child custody dispute over my grandkids.

339.    The forgetting also occurs with almost anyone else with whom I have a disagreement. I forget details just the same way. I've just never been able to remember to be mad at somebody or stay focused on what occurred in the disagreement, and to this day I still can't do that even if I try. I know I'm supposed to be mad at the other person but can't remember what it was about; it turns into this big blank.

340.    I also forget details of other bad things, such as when I have a physical injury, but I can give you accurate phone numbers from ten or twenty years ago even when I've stopped using them. If I'm hurt, usually within a few days I won't have any idea how it happened. When I had a small work injury within the last year or two, I could remember where and when it happened, but none of the details of what actually happened to me. I know I had a tetanus shot for something that happened at work not all that long ago, but I can't remember what occurred that caused me to need a tetanus shot and can't remember actually having the shot. With our AFLAC insurance at work, I know that there are things I could file for to get reimbursed for medical expenses, but I don't ever file for them and I can't remember the details of what happened to me. I do most of the wellness things that our insurance offers, like having mammograms, although it may take me a while or I might fall behind a couple of years on wellness doctor's visits, and I will take care of other people's paperwork for medical-expense or disability reimbursement, but I can't do my own.

Initials

341.   The most traumatic things are often the most difficult for me to remember. When I learned recently, just in the last year, that while she was growing up, Wendi reported to other people that my husband, Alejo, was molesting her sexually, I had difficulty remembering from one day to the next that I had received that information, and I was worried that it would fade away and that I would forget about it completely. I just couldn't accept and process it immediately. I really need to have that kind of information repeated and reinforced because within a few days after learning something that devastating it begins to fade away. I tell myself, "No, that's not really what they said," and it starts to fade away. If I don't keep it in the forefront it will just go away completely and be gone for good. It helped me to be reminded repeatedly that there were reports that my husband molested my daughter sexually while she was a child and young teen so that I could keep focusing on it.

342.   To an extent, Wendi's arrest and trial have forced me to look at things that I normally just push away and forget about completely. When she was arrested I cried out to God and had a meltdown. It wasn't real to me then, and couldn't be real. Still today it's unreal to me that my daughter is in prison, much less that she's on death row. Even though it all seems unreal, since her arrest I have had to look at a lot of things. I still push it all down and push it away.

343.   Since Wendi's arrest I haven't had much relief. I can still ignore a lot of unpleasant things from day to day but I can't forget for very long that Wendi is on death row. When I had the meltdown after she was arrested, that was the start of my not

Initials

wanting to live anymore, and I've stayed passively suicidal since that meltdown. I wanted to end my life, but I didn't have a specific plan until 2004. Since I decided not to kill myself in 2004 I have remained passively suicidal from then to the present.

344.   I don't seek therapy because if I go to therapy and talk to someone about everything, I will have to accept it all as being real. It will take on more dimension and make everything real, and I'm scared to have that happen. It still feels safer to me not to take the step of going to therapy. Having to keep looking at all these issues and not being able to blank them out is a big part of what keeps me passively suicidal. It's still very difficult and I'm afraid of what I'll see when I look at the past. I'm aware of the process now and constantly can feel myself pushing things away. The only reason I keep my attention on them is that Wendi needs me to do that.

345.   The burden of everything that's happened and the burden of everyone relying on me to take care of them and earn money to support them also keeps me passively suicidal. Can't I get a break? Can't someone take care of me for a change? Wendi tries to do that, but she can't really do much because she's in prison.

346.   I can only remember a few times in my life when I have expressed anger. I almost always maneuver it around so that the other person is expressing the anger. With Skip, by the time we were divorced, I didn't care if he got mad at me, I just got him to be the angry one so that he would leave.

347.   Most of the anger I have expressed in my life was directed at kids. There were two occasions when I became so angry at the ^Lambeth's ̅ Andrianos over custody of my


Initials

grandkids that I started to blank out, but even then I didn't express anger directly toward them. The couple of times when I've gotten very, very angry, everything went gray. I started screaming so hard, literally screaming, that I stopped the oxygen flow to my brain and started to blank out.

348.   No matter how abusive, crazy, or unfair Skip was, I almost never expressed anger directly at him. I yelled at him a couple of times early on before Wendi was born, but after the first year or so of being married to Skip I gave in and quit disagreeing with him.

349.   Despite being furious at Alejo frequently for his abusive behavior while Wendi was growing up, I did not respond angrily toward him. He says that he can tell when I'm angry because I set my jaw, but the anger stays in my jaw and doesn't get expressed externally. Instead of expressing the anger, I have intense anger talk and anger scenarios in my head.

350.   Over the years at times when Alejo was unfair, yelled at Wendi or another kid, or was mean to them, I got mad at him, but I just removed myself from the situation, usually by going into another room or driving around in my car, running through angry responses in my head, telling myself this is what I should have said or would have said if I had confronted him. In the thirty-six years I've been with Alejo I have asked him to stop doing things at times but haven't ever confronted him about anything serious.

351.   Wendi is the same way. Other than once or twice when she still had a spark as a young girl, before she was six or seven years old, I have never seen Wendi even be

138 of 162


Initials

direct or put much effort into disagreeing with any adult man, or any authority figure whether male or female, at any time in her life, much less express anger directly at one. She never expressed anger at Alejo while she was growing up no matter how mean he was to her or what he did to her. She didn't bring anything up with Joe when she was with him no matter how frustrated she was with him. She backed down on every single issue, question, or disagreement with Alejo and Joe, with no exceptions. I'm the same way. It's easier for both of us just to give in, not say anything no matter how frustrated, uncomfortable, or angry we are, do whatever makes the people in authority happy, and to take care of other people's needs by giving them whatever they want.

352.   An "argument" for Wendi and Joe usually meant Joe was angry with Wendi and yelling at her. At the start of an argument she might disagree with him once, or at least try to start disagreeing with him, but she always gave in after that and it never went beyond that from her side that I ever saw over the whole time that they were together. The arguments Wendi and Joe had were a lot like the ones Alejo and I had, with Wendi giving in and just trying to help Joe or make him feel better, which sometimes could get heated. Over the years I never saw or heard about them having a fight in which Wendi energetically disagreed with Joe about something.

353.   Wendi and I are both like chameleons. We both tell people that we're fine no matter how we are, even with people you normally share problems with, like family. We change so that we fit in. We do this because it's ingrained in us that the other people know what to do and how to do it right. They have it together, so what they're doing is

Initials

what you'll do. It's safer to be fitting in, and not drawing attention to yourself. It's easier to lay low and survive than to rock the boat. Sometimes you still get punished or people don't like you. The most important thing is that you need to learn to make people like you. It's like a form of obeying and acquiescing. You just do whatever the other people want and give in to whatever they think. That's the main way both Wendi and I have stayed safe and survived throughout our lives. Obeying those who are in authority over you is the foundation of our lives for Wendi and me.

354.   Even though I obey authority, I'm not always comfortable with people in authority. I feel like I'm not good enough for people in authority. I don't feel equal and don't feel that I'm at their level.

355.   When we were first in Casa Grande after Alejo and I were first married, we had church meetings at our home. One of our friends told Alejo once, "I don't ever know what Donna will say." We all thought it was funny at the time. I'm more concerned about fitting in than being who I am. The norm for me throughout my life is that I act differently, like I'm a different person, with each other person or group that I'm with.

356.   I really don't know who I am. I know some of my attributes. I can be kind, compassionate, and generous, but I don't know what I really want. Who I am is defined by is who I'm with, or it's defined by who or what I need to fit in with or give in to. That also describes Wendi exactly. We are both so much the same in that way. She needs someone to fit in with, and she needs authority and a clear structure of rules to survive. She also needs someone to take care of. While she grew up that was Alejo, and not long

Initials

after she was an adult, that became Joe.

357.    Wendi can't function without structure in her life. The only time I can think of that she was in a situation in which there weren't clear rules was when she first went out on her own as an adult. Even then, she found new people to give in to and to take care of. She met a lady at her first apartment and started going to bars with her, something she had never done before that. The lady's needs gave Wendi's life structure, and gave her someone to fit in with, and the lady was also a mess, so she was someone for Wendi to take care of.

358.    As Wendi was growing up, I believed she was prone to being raped and sexually abused. I worried consistently about her being raped and believed that that would be the worse thing that could happen to her. From the time she was a toddler right up until she was arrested, Wendi was innocent in a lot of ways. She thought the best of everyone. She was always very trusting and vulnerable. She never thought anyone would ever hurt her and she never even thought anyone wouldn't like her. From the time she was born she was open, unprotected, and vulnerable, starting with Skip and Skip's dad. That kind of thing was never a concern for me when I was growing up. Everyone around me took care of me. After the time I was in Tucson in grade school through high school there were guys around me who were a year or two older than I was. They had my back and watched out for me. Wendi didn't have that.

359.    When we did fundraisers later on with 91st Psalm Church when Wendi was a pre-teen through late teen, she just knocked on any door in any neighborhood and

Initials

believed that she would be fine. From the time she was little, Wendi was bold, innocent, and trusting, which is a dangerous combination that made her vulnerable. People hurt you and abuse you if you let them, and Wendi never had any way to protect herself from that and most of the time was so innocent that she wasn't even aware that it was possible to be hurt.

360.   As hard as it is to say, the truth is that my worrying about her being raped while she was growing up was a concern that it might happen again, that what I strongly suspect happened to her when she was little with Skip, Skip's dad, and Skip's brothers would happen to her again, that because she had been sexually abused as a child that made her prone to being sexually abused and raped later, and that it was my fault it happened the first time and it would be my fault if it happened to her again because I had let it happen when she was so little. I went through all of those fears and those feelings without ever fully admitting to myself or allowing the realization to form fully that while she was growing up Wendi had been sexually abused.

361.   Wendi was a smart kid and teenager in some respects. She passed her class subjects at Harvest School with honors, but she has always been naïve and gullible to the point of sheer stupidity when it comes to trusting people. When she was a little child, there was no such thing as a stranger in her world. Everyone was her friend. As a child she approached and talked to any adult, man or woman, in any neighborhood and it was always completely incomprehensible to her and never registered with her that someone might hurt her. She was never able to conceive, even after she was an adult, that people

Initials

could possibly lie, mislead her, deceive her to cause her harm, or be dishonest with her in any way.

362.    From the time we started at 91st Psalm Church and School when Wendi was about ten years old, she gave away her lunch to anyone who asked for it. I saw that happen repeatedly during the first year or two after we started with 91st Psalm in the little lunch area in front of the church while I was working as a monitor for the school. One boy or another finished his own lunch and then said something like, "I'm still hungry," or "Boy, your food looks good," to Wendi and she immediately gave him her food. This went on for years at the school even after Wendi became a teenager, with Wendi going hungry to give her lunch to the same boys over and over again after they ate their own lunches just because they said they were hungry. It never got through to her that they were just taking advantage of her to get her food, that if they were really so hungry after eating their own lunches that they could just bring more food for themselves, and she never stopped believing them when they told her they needed her food. To her she was just giving food to someone who was hungry and needed it.

363.    The only reason she had clothes as a kid was that there wasn't anyone else around who was her size to give them to. From the time she was a small child she gave away almost anything she owned to anyone who wanted it, even if she needed it and the other person was obviously just taking advantage of her.

364.    She couldn't conceive that people might be dishonest. For example, when she was seventeen or eighteen years old and going to classes at Central Arizona College,

I bought her an expensive, really nice leather coat. One day when she went to class she parked and left the coat in the car without bothering to lock it, and the coat was stolen. She was always sure no one would bother her stuff. She wouldn't steal someone's coat, so she couldn't believe that anyone else would steal hers.

365.   Wendi is the about the most gullible and trusting person who you could ever meet, to the point of sheer stupidity, especially with money. She has always been a real sucker, the perfect target for anyone who wants to take advantage of her. I and other people who have been close to Wendi have thought of this as being generous but a lot of it is really just plain stupidity. From the time she was a child she gave whatever she had to anyone who wanted it. If somebody liked or asked for something she had, she just gave it to them.

366.   When it came to loaning other people money, she gave them whatever they wanted, even if she didn't have enough money to take care of her basic needs like food and utilities. No matter how obvious it was that someone was scamming her, she really believed that they would pay her back. She was taken advantage of again and again, sometimes over and over again by the same person, and never understood that she was being taken advantage of. After years and years of not being paid back for money she had loaned, she still didn't get it and was still loaning money to people and even the same people who had scammed her all along. I know a few examples just because I accidentally stumbled across them when I was with Wendi, or Wendi ended up having to come to me to ask for money for things she needed to survive because she had loaned

Initials

whatever money she had for basic expenses like food and gas to someone who didn't pay her back. She came to me that way for money to meet her basic needs several times after she was out on her own as an adult and while she was with Joe.

367.   There was one time when Wendi gave some relative stranger, a guy at the apartments where she was living, $400 because he said he needed to buy new tires. She had heard somewhere that his dad was wealthy, so she figured he'd be good for the money, and he said he needed tires, so she gave him her money. It never occurred to her that if the guy was getting money from his dad who was supposed to be so rich, he should have been able to afford tires on his own. He wanted her money, so she gave it to him. It was that simple. It was totally obvious to people who knew her that she was being taken advantage of, but not to her. She could never see or understand it, even when it happened over and over again. For a few months I asked her every time I saw her about the $400 to the point that I nagged her. Finally she told me, "Mom, I wish I hadn't told you about loaning the $400." She wasn't upset about loaning the money, but just wished she hadn't told me because I kept bothering her about it.

368.   Even Barbara Mitchell, Wendi's cousin who was more like a sister to her, took advantage of Wendi's gullibility about money. After Wendi was out on her own, she had a waterbed that had cost $600 to $800. It was the bed she was currently using, not an extra bed. Barbara liked it so Wendi agreed to sell it to her for $200. Barbara actually paid her $50 or $100 when she took the bed, and never paid the rest, so Wendi was without a bed to sleep in and had almost nothing to show for it, just because Barbara

Initials

wanted her bed.

369.    Another time I gave Wendi my credit card to get something for herself that she needed, and after she returned the credit card there were a lot of charges on it. When I asked her about them, Wendi said that Barbara had needed some things and needed to get some gifts for people. Barbara promised Wendi that she would pay me back for the charges, and Wendi was so gullible she couldn't conceive that Barbara wouldn't pay me back, so of course it was fine with Wendi for Barbara to put the charges on my card. It was obviously a lost cause to get Barbara to pay me back, but Wendi couldn't see it. Wendi paid me for the things she had bought, but the money Barbara put on my card was down the drain and Barbara never paid me back.

370.    When Wendi went to jail after Joe's death, after she had been charged with murder, she didn't believe that the jail authorities recorded our conversations even though that was the explicitly stated policy. She just talked freely about her case with me, including things that could potentially be used against her. When I told her to be careful about what she told me, she said things like, "They're not recording us," and "Nobody here will treat me bad." She was in la la land. She was much more concerned about helping other people in jail than she was about the murder charges she was facing. She wasn't at all concerned for herself and hardly concerned about her case, but was very concerned that I bring a Bible to give it to some other prisoner. Whenever someone she had met got out of the jail, she wanted me to help them, go visit them at the halfway house, or give them money. She constantly had me put money onto the accounts of other

146 of 162


Initials

prisoners when we didn't even have enough money to hire an attorney to defend her, and I did put the money on other people's accounts. At the time I felt that I put more money on accounts for other prisoners than I put money on her account. She wanted me to do that because they didn't have parents coming to visit them, or at least they said they didn't. She was a true sucker, and I was too for going along with her.

371. Wendi was so clueless while she was on trial for murder, when she and I were both facing an intense level of hatred from the Andriano family in the courtroom that she actually told me, "I just want you all to be friends after this is over," meaning me, Alejo, and the Andrianos. She said, "I know they'll never forgive me but I don't see why they wouldn't want to get along with you, and why you all can't be friends again." She really believed that Alejo and I would patch things up somehow with the Andrianos when it was beyond obvious to every other person in the courtroom that that wasn't going to happen.

372. Wendi still never believes my visits with her in prison are being recorded and listened to by the authorities at the prison. Since the time Wendi first went into jail, she knew the policies of the jail and prison were to record all conversations with family and other visitors but she always tells me, "Don't worry about us being recorded. No one's going to listen. No one's going to record us." She has had ten years of trial and incarceration and is on death row after her confession to police was recorded and used and so against her, still doesn't get even now after everything she's been through that she can't trust the prison system not to record her and not to use whatever they record against her.

147 of 162

It's amazing to me that after all these years in the system, she still doesn't get that. At my visit with her on January 10, 2011, she told me "Why would they want to record me?" She still doesn't understand that it's not safe for her to trust the prison authorities after she has been sentenced to death and she's been in the system for more than ten years.

373.   I like shopping, It's a release for me, a happy or even euphoric time. I prefer to do shopping for other people. I like to give people things, especially if they don't have much. I fall in love with buying things and having stuff. The problem with it is that it becomes a habit, like an addiction, and I get into a mode where I'm shopping a lot.

374.   I always want to get things on sale. That feels really good to me, and I have taken pride in doing that. The hard side of it is that the bills come and I get into debt, or I spend all my cash and don't have enough money for basic expenses like gas for my car, and then I worry about money and being able to make ends meet. This has been going on since after we returned from the traveling ministry around 1979 or 1980 until now, even when we didn't have much money such as when I was watching DES kids and doing childcare in my home for the State of Arizona.

375.   I often don't use the items I buy, like just recently over the past few months, I bought a lot of equipment to make greeting cards but still haven't used it or even taken any of it out of the boxes. I'm buying stuff now because I'm telling myself this way I'll have the stuff and be able to use it when I retire.

376.   I got into a bad situation with shopping too much during the last few years

148 of 162



Initials

before Joe died. I put $5,000 in a cash advance onto a credit card to give the money to Wendi and Joe. I shopped a lot on credit cards, mostly for Wendi, Joe, and their kids, and built up a big debt on lots of cards. The debt became too much for me to carry and we filed for bankruptcy after 2001.

377.   I have experienced a lot of shame throughout my life. Filing bankruptcy made me feel shame. I got through it by trusting God. I told myself that if I have to go through bankruptcy I would trust God and go through it. I didn't want anyone who had been with Harvest Church to know about it. The attitude at the church was that as church leadership, you should never have financial problems. If God didn't step in and pay for your debts, it meant that you weren't legitimate church leadership, and also I didn't want people at the church to think that we weren't able to take care of our finances.

378.   At the time of our bankruptcy, I couldn't make payments on the Mazda and my ~~car~~ truck. There was no way for me to afford both. I ~~also~~ also let the Yukon go. I just parked it at a shopping center, and told the bank where it was so they could come get it. I also let go of the timeshare I had been paying on for Wendi and Joe even though I had only a few more payments on it.

379.   I learned a few years ago that I can shop, look at the stuff and see everything, put it in my basket for a while, and then I can take it out and don't have to buy it anymore, so that helps.

380.   I surprise myself in how I behave at parties. I tend to be bouncy and overdo it, almost like I turn into an instant socialite, bouncing around the room, getting interested



Initials

in everyone and talking to everybody, which is the opposite of how I am the rest of the time, and then I feel guilty for flirting or because the men or their wives and partners might think that I was flirting, which isn't what I'm doing from my side. I'm just kind of on a high and having fun talking to everyone.

381.   Sometimes I get into the mode of talking for a long period of time because it feels so good. This can happen in a group when we don't really have much to talk about, or sometimes when I'm with just one other person. I can ramble on with an acquaintance for an hour with me doing most of the talking, about topics that aren't really personal or important but it just feels good to be talking. I might go on for a lot longer but usually it's limited because I have to get home or have something else planned.

382.   For the most part I don't like talking on the phone, but sometimes I do, and then I talk a whole bunch and just ramble on about whatever. I have both extremes with talking. Sometimes I won't talk and won't say anything at all, and others I talk someone's head off.

383.   My house is a mess, partly because I have too much stuff but I'm doing better with getting it cleaned up. I buy and hoard food and always have a freezer full of extra food. We didn't buy good or expensive food when I was growing up, just staples and basic stuff, and sometimes we literally had only flour and salt in our food cabinet. I think of myself as having a poverty mentality that I learned from my parents.

384.   I also experienced a lot of distress about food in my twenties while we were with the traveling ministry. We experienced lack, hunger, and going without, and we dug


Initials

into garbage and trash-picked to find food so that we wouldn't go without. Normally we at least had beans to eat, but Wendi as a child and I in my twenties experienced a lot of trauma about food during those years. At the time, in the situation, we knew God would take care of us. It was traumatic but we had our faith and believed everything would work out. Having better food that I like stored up has been part of my life as an adult, at least since the traveling ministry.

385.   I tend to be all or nothing about many things. I have a fear of the unknown and don't want to try a ride or new experience until I do, then I want more and more.

386.   With work when I have a big project, I tend to wait until the last minute and then push really hard to finish by the deadline. My supervisors and other people on work projects know I'm that way and often give me their inputs late knowing that I'll still get it done. When the deadline approaches I go into a pleasurable phase where it's almost like a relief or a release to stay until midnight to get the project done. This can go on for many days, every day, sometimes for two weeks or longer. I can go on this way for at least two weeks, working nonstop for ten to fourteen hours or more per day easily, sometimes more, without taking lunches and with almost no breaks.

387.   Once the project is done, I always crash, and the longer I go on that way, the bigger the crash. I know that I'll meet the deadline and I also know I'll need a break after I do because I will have fried myself. When the crash is bad I become physically sick, or when it's less bad I sleep a lot more than usual. When the crash isn't that bad, for a day or so I'll stick with routine or dull tasks at work, the kind of stuff that's so familiar

Initials

to me after working there this long that I can almost do it in my sleep, until I can focus again on more complicated work and start another project.

388.    I know I can get into that mode and am very good at using it to make up for lost time when we're behind on projects at work and for the benefit of my employer. There's no financial benefit to me from working this way. I don't get paid anything extra for putting in all the extra hours. They don't have to pay me. I'm not in it for the money. It's a little self-destructive but I like how it makes me feel. I get into that mode fairly regularly, every few weeks or several times per year and I don't pay attention to much else other than work when I'm in that mode. It was the same when I was in that mode while raising Wendi or other kids; I wasn't paying any attention to them or even noticing what was going on with them.

389.    I can usually enter the mode of working nonstop by choice, and sometimes I enter it when I don't have to. I just stay and do the work right then and there because it feels good even if there's no deadline or any other reason that I should.

390.    I'm also a perfectionist. At work this comes out when I do lots of research or whatever is required to make sure the final work is the best it can be. I can get stuck on projects if I don't know the exact details, if I don't know exactly what management wants or what I'm supposed to deliver, and if I get too much information coming in all at once I reach a point where I freeze.

391.    When I went back to school for a couple of years in about 1994 to 1995 for respiratory therapy, while Alejo and I were raising Brandon, I was in the same mode that


Initials

I get into now at work, and I overdid all week long. On weekdays I went to school in the morning and the movies in the afternoon. In the evening I came home and had dinner. Then I did homework, like writing papers or memorizing, until at least midnight or 1:00 a.m., sometimes later. I went to bed for a few hours and was back up by 5:00 a.m. to 6:00 a.m. to go back to school and start the cycle over. On weekends I crashed and could hardly function until Sunday evenings when I stayed up late to do schoolwork for Monday. This went on for two years, and during this time I didn't pay attention to Brandon or what was going on with him, the same way I didn't earlier with Wendi.

392.   In recent years, Wendi has kept telling me, "Mom, you need to slow down and think." I don't want to think because it's too painful. I can buy journals but I can't write in them. Wendi wanted me to write my life history and family stories to give to Nicholas and Ashlee for a time when I will not be around anymore, but I couldn't do it. I also don't want to write and then have to read what I've written.

393.   I'm able to bounce around at parties or events and talk to people, but I don't have lasting friendships or personal connections with people. After a party if someone invites me over to their house, I won't go, and if they try to get to know me, I withdraw or find a way to cut them off. Superficially I am very nice to people but if someone wants to get closer I always pull away. I was friends with Alice McGuffee when we were girls in grade school, and to an extent now, although I still keep her at a distance, with Linda Robertson for the last three years of high school, and had a strong connection with Ron around the time that Skip and I were getting divorced, but he died before we really got to


Initials

be good friends. From Linda in high school until now, for more than forty years I have never had a best friend or even a good friend, never someone who I really opened up to, trusted completely, or was intimate with. That never happened with Alejo or anyone else.

394.   From the time I was a child until now, I haven't enjoyed my life very much. It never mattered to me if I was happy or if I was enjoying myself. What other people thought or what they might think was always more important to me than being happy. From the time I was a kid, being happy for me has been like when a rainbow comes out. It doesn't happen very often and doesn't last very long.

395.   You know how when you're driving you just feel like steering your car into the headlights of an oncoming car, or you wonder what it would feel like to drive off a cliff? I've had thoughts like that for many years throughout my adult life. I still get urges to just end it all. The last thing I really enjoyed in my life was being around my grandkids, Wendi's kids, ten years ago. Since 1996 I've also enjoyed some of my work at the hospital, and occasionally have fun at a party, but that doesn't go very deep or amount to what I would call happiness. There was a period of time when Wendi was about three or four years old, while I was Terros, when Skip and I had separated but weren't yet divorced, that I liked my life because people liked me.

396.   In 2004, the year of Wendi's trial, I had a plan to kill myself. Brandon had left and didn't love me. Wendi was gone and in the prison system. I wondered, "What kind of mother am I?" We lost the grandkids in the child custody dispute. By March or April of that year I decided that if Wendi was found guilty, I would kill myself, and I

Initials

started saving my prescription pills to do that. During the trial in particular, I frequently felt like driving into the headlights of another car.

397.   By October the trial hadn't gone well and I told myself I would do it after the jury came back with the guilty verdict. I was comfortable, peaceful, and calm with the idea of killing myself. I had planned out every detail. I had stashed plenty of pills including Clonazepam, Ativan, Ambien, Cymbalta, and a painkiller, more than enough to succeed with suicide. I didn't take my prescriptions very consistently, and when the doctors offered more pills, I accepted and filled the prescriptions but saved the pills.

398.   If I was going to kill myself, I was going to do it right with no chance that I would survive. I did some research online to find out how much an overdose was for my medications but didn't need much research because I have a medical background and knew what it would take to kill myself. Part of my training as a respiratory therapist was about medications and I knew which ones would slow my heart.

399.   I had been in enough emergency rooms back in the day when I volunteered with Terros to know that if I was going to kill myself, I had better do it big. Otherwise they just fill your stomach with charcoal and you heave it all back up. My plan was to take all of the pills I had stashed plus painkillers, and that's all you need as long as no one gets to you in time to get you to a hospital. I knew I could do it just before bed and no one would bother me until sometime the next day when it would have been way too late to help me. I knew that I wouldn't leave a suicide letter because I'm not the type for drama and I don't want or care about drama. I planned to ask God to forgive me as I was

going down.

400.   I sought counseling in 2004 because I knew that I would go through with

the plan and I knew that I would succeed with suicide. In October or November of 2004,

I called Rona Curphy, who was the CNO, or Chief Nursing Officer at the time, and now

is CEO, or Chief Executive Officer, at Casa Grande Regional Medical Center where I

work. I told her that everything had become too much for me to handle and asked her if

there was someone I could talk to because I wasn't safe with myself. There wasn't time

to go through our Employee Assistance Program or "EAP" to get insurance approval for

counseling, so Rona had me talk to Sandy DeCuzzi, a geriatric counselor on staff at the

hospital.

401.   Sandy got me through it. She worked on my guilt to talk me out of suicide.

She asked me, "What would Wendi and your family do without you? What would it do to

Wendi and what position would it put her in if you kill yourself?" I wanted to be gone but

couldn't justify following through with it when Wendi still needed me. I would have

killed myself for sure if Wendi didn't need me.

402.   Years ago Wendi asked me to be there at the time that she is executed, and

to stay alive to help her while she's in prison. She tells me, "Mom, I need you. Dad won't

take care of me if you're gone." I've stayed alive and not killed myself basically because

she would need me to be there even though I don't want to be there, and to be there for

her now while she's in prison. I'm in it for Wendi and because it would be so hard for her

if I ended my life, but there's no guarantee that I won't kill myself once Wendi no longer

Initials

needs me.

403.   I still think about the child custody dispute Alejo and I had with the Andrianos and Lambeths over my grandkids. I desperately miss my grandchildren. The Andrianos and Lambeths won't let me have contact with them, and they even refuse and return cards unopened that I send to Nicholas and Ashlee. I'm still so hurt about that and it's hard for me to believe that they would be that way. They're taking their anger out on me when I did a lot for Joe, put a lot of time, money, and effort into taking care of him while he was with Wendi, and was probably closer to him than they were. I did a lot to help and take care of Joe, and it's hard for me to understand why they need to punish me to the point that I can't see my grandkids or even ~~send~~ them have a card. receive or

404.   During the last ten years or so of my mom's life, she frustrated me a lot by abruptly ending conversations on the phone. Often when we were talking and in the middle of a conversation, she just suddenly had to stop talking and get off the phone. Now I find myself doing that. I just need to get off the phone, so I stop family members in the middle of a conversation, like with Brandon, I tell him, "I love you and I miss you. I'll talk to you later. Bye," and I hang up. I reach a point where I'm just done talking and the idea of continuing to talk is intolerable.

405.   My mom became suddenly furious at times, and had rapid mood swings, which often hinged on my dad drinking and being unfaithful.

406.   There is a history of bi-polar disorder in my family. My sister Nadine was diagnosed with bi-polar. She suffered from migraine headaches as long as I can recall,

Initials

and my mom, Grandma Ina, and Nadine all told me that she had had migraines since she was a young teen. My grandmother, Ina also had migraines her whole life. Nadine told me that her daughter, Marjorie also suffers from migraines and was diagnosed as bi-polar in her 30's. Marjorie's daughter, Kayla, also has migraine headaches.

407.   Grandma Ina was all over the place with her moods. She changed quickly back and forth from being a calm Grandma baking in the kitchen to being enraged or hostile. When I was around Grandma Ina, I never knew how she was going to be. My uncle Lou once told me that Grandpa Pete told him that grandma Ina tried to kill herself. In a separate incident, at the time of her death, she was in the hospital for her migraines. She died in the hospital when she fell out of bed and hit her head. Grandpa Pete always suspected that it was a successful suicide attempt.

408.   My sister, Nadine, was highly sexually active to the point of being scandalous in her twenties, also in her late teens and early 30's. □□ She had a big problem with TV shopping on HSN and QVC shopping networks. She ordered lots of things, then got the boxes and didn't even open them. Sometimes she sent them back or had Alejo send them back for her. I know how good it feels to order like that. Nadine could talk on the phone for hours and hours, and her daughter Margie is the same way.

409.   While I grew up, during times when Nadine lived with my parents, she was very neat and particular. When I was a toddler, if I moved something in her room, even something very small such as moving a single book from its place on a □□ shelf, it completely unnerved her and she literally screamed at me or literally started crying and my mom had

to calm her down. She became hysterical at many times during her life, but when she was hysterical, it wasn't to get attention and resulted from real distress. While I was growing up, Nadine was also always taking medications. She took things to pep her up and then to calm her nerves and ^then DID to be able to sleep.

410.   When Nadine was in Chicago, in about 1968 or 1969, she received mental health treatment because she was addicted to uppers and downers. After living in Ethiopia in the early 1970s, Nadine and her husband Clark moved to Florida where Nadine received shock treatments. Sometime in the 1990's, she attempted suicide. She went to a hotel to kill herself with pills and telephoned Clark to say that she was not coming back. She wouldn't tell him where she was; however, the police were able to locate her car through an onboard tracking device. By the time they got to her, she had already started taking the pills. After she was prevented from committing suicide, Nadine spent two or three months in an inpatient psychiatric facility.

411.   I went through a period of time when we lived in the house on Cedar when I also became distressed if everything wasn't exactly how I thought it should be. For example, if my father came to visit and smoked a cigarette, as soon as he put the cigarette out in the ashtray, I had to empty and clean it even though I knew he would soon smoke another one. I made sure the baseboards were scrubbed twice or three times a week and I made Wendi and her cousin Barbara clean them. Over time, I realized I was making myself sick and so I slowed down and eventually was able to be less stressed out about having everything perfect in the house.

DID
Initials

412.    Over the years I have gone in the other direction and find my house is not organized or super clean. I have a hard time letting go of things, of physical objects that remind me of people. It is something that has grown over the years. Alejo yells at me for hoarding things and he claims he does not hoard but that is not true. His truck is always a mess and filled with empty cups, napkins, and trash. When Alejo went to Texas to help Nadine after her husband Clark died, I felt like there was a breath of fresh air in my home and my life. Alejo keeps the house dark with all the windows closed. When he was gone, I opened the windows and let the light in and I felt much better.

413.    Marjorie, who we call Margie, Nadine's daughter, has extreme mood swings. At times she can be the happiest person you could ever expect to meet and at other times, vicious and violent. She goes from fits of screaming and cursing to being nice and docile. She goes into the screaming fits suddenly, and can transition back to being happy and as calm as can be as though nothing happened within an hour. When that happens, family members are often standing around shocked, and Margie doesn't seem to think it's a big deal. She and her husband Jeff have been physically abusive toward each other. Nadine gave Margie thousands of dollars over the years to encourage her to leave him but still she has not left him though as far as I know the abuse and violence continues. Margie was so crazy that even Nadine was afraid of her.

414.    Clark Jr., Nadine's son, who we call Junior, came to stay with Alejo, Wendi, and me one summer when he was about ten or eleven years old. He's about a year younger than Wendi. During the time he stayed with us, he had curious habits. He was


Initials

always biting his shirt <sup>making holes in "it WZD</sup> and for no reason he could explain, he cut up the sheets on the bed.

He had mental health issues as a child and was seen for neuropsychological testing as a

child. Nadine was also afraid of him because of his violent rages.

415.   Now as an adult, Clark Jr. literally begins living on the street suddenly if he

doesn't take his medication regularly. He has been diagnosed as having Attention Deficit

Hyperactivity Disorder (ADHD).

416.   Margie's three oldest children, Brett, Kayla, and Tyler, are on medication

for mental health and behavioral issues, and were prescribed medications for these issues

beginning before they started grade school. The baby, Logan, is only about a year old so

we have yet to discover what issues he might have. Margie's daughter Kayla also has

been diagnosed with bi-polar disorder. She has extreme, wild mood swings. In addition,

Kayla was diagnosed as having ADHD or Attention Deficit Disorder (ADD).

417.   Prior to Wendi's trial, although I had contact with Wendi's attorneys, I was

never questioned very thoroughly about our family history or the things I have discussed

in this declaration. Much of what I provided to the attorneys, I provided on my own, with

no instruction or guidance. I simply typed things up that I felt they should know. If I had

been asked about the things in this declaration at that time, I would have provided the

information that I have provided here and whatever else was asked of me.

Initials

418.   Prior to my testimony at Wendi's trial, no one prepared me for what would happen in the courtroom. If I had been asked to testify to the things I have stated in this declaration, I would have done so.

I have read the foregoing declaration consisting of 162 (one hundred sixty-two) pages and 418 (four hundred eighteen) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this 19th day of June 2011 at Pinal County, Arizona.

Donna Ochoa

Initials

Exhibit 28

## SUPPLEMENTAL DECLARATION OF DONNA OCHOA

I, Donna Worsham Ochoa, declare as follows:

1.     Wendi Andriano is my only biological child, and the only child I had with my first husband, Shelby W̶a̶d̶e̶ Wayne "Skip" Robertson.

2.     In paragraphs 68, 69, and 83 of my declaration signed June 19, 2011, when stating that I drove around with my dad in the car while he was drinking alcohol, this began before I had a driver's license when I was fifteen years old and continued after I obtained a driver's license.

3.     I worked full time at Arizona Land Title and Trust Company in Tucson, beginning shortly before I became pregnant with Wendi in 1969 until Skip and I moved to Groom, Texas in about June of 1970, when I was about seven months pregnant. I worked part time in Groom tallying sales for the truck stop where Skip worked, until Wendi was born. I was not employed from the time Wendi was born for the short period we remained in Groom, and for the first couple of months after Skip, Wendi, my mom, and I returned to Phoenix.

4.     I worked full-time from about November, 1970 until about May, 1975, just before I married Alejo. I was not employed from about May, 1975 until we joined the traveling ministry in June, 1977. From June, 1977 until September, 1979, I preached and ministered with the traveling ministry and had no personal income or employment per se. Although Rick and Al may have spread the income that the traveling ministry received


Initials

among various members for tax purposes, and Rick or Al may have submitted tax returns that I signed showing that I earned self-employment income during that time, I never personally received or had access to the money. After the traveling ministry, for a couple of years I worked as a certified daycare worker through Arizona's Department of Economic Security, babysitting and watching underprivileged and orphaned kids at my home. I began full-time work for 91st Psalm Church by fall of 1979, and thereafter continued working full-time at various jobs for the remainder of the time Wendi was growing up, until she became an adult and thereafter to the present, except for about 18 months from March or April of 1994, the year Wendi was married, until September or October, 1995 while I went to school full-time. During that time I went to school full-time, I was also working part-time about ten hours per week selling Avon products, something I had done since 1986 or 1987.

5.    Paragraphs 122 and 127 of my declaration signed June 19, 2011, which state that I worked tallying daily sales for the truck stop where Skip worked in Groom, correct paragraph 132 in that declaration, which incorrectly states that I wasn't working. Despite doing the part-time work in Groom, I had no spare money and my mother paid for almost all of my living expenses.

6.    Prior to Wendi's birth, beginning early in July, 1970, I had contractions constantly for nearly two months, day and night. I had them every night and occasionally during the day, so I never had a break of more than 24 hours, and often not more than a

Initials

few hours, between periods of contractions, until Wendi was born on August 26, 1970.

7.     Wendi and I moved forty-five times before she was ten years old, including thirty-four times while we were part of a traveling Christian ministry from the time Wendi was six to nine years old. We didn't have a permanent home while we were with the traveling ministry, and moved from one location to another, sometimes campgrounds or parking lots, every few days to few months.

8.     In 1974 or 1975, around the time I divorced Skip, I found out that my childhood best friend, Alice McGuffee, and her sisters, were sexually abused by Skip's brothers. Sexual abuse of children has been a common and consistent behavior of men I was close to throughout my life, with the Robertson brothers sexually abusing Alice McGuffee and her sisters while I was growing up, the first man I had sexual intercourse with when I was underage and he was several years older, my first husband Skip going to prison for sexual molestation, and Skip's brothers, Skip's dad, Rick Barnes, and Alejo all being sexual abusers of children. When I found the materials showing that Rick Barnes had molested girls sexually in Thailand in late 1974 or early 1975, I told myself, "Can't I get away from these people?" meaning child molesters. I never could seem to do so.

9.     Alice's younger sister, Charlotte, told me about her and her sisters being sexually molested by the Robertson brothers. At the time, Charlotte was glad to learn that I wasn't with Skip anymore and that I was no longer involved at all with the Robertson family. Charlotte said that many of the adult Robertson brothers sexually abused her and



Initials

her sisters while they were children. The abuse occurred regularly over a period of years while they were growing up. Whenever Faye wasn't around, the adult Robertson men sexually abused the McGuffee girls. Charlotte talked the most about AV, Jerry Don, and Tommie, all sexually abusing the McGuffee girls. The adult Robertson brothers sexually abused Charlotte, Alice, and at least one of the two younger girls, either Bonnie, who goes by the name "Deblen" now; Debbie, the youngest; or both.

10.    It was hard to talk about those things with Charlotte, so I didn't ask for a lot of detail about what specifically occurred or what exactly the Robertson brothers did when sexually abusing the McGuffee sisters. One specific example of the Robertson brothers' sexual abuse of the McGuffee sisters that Charlotte told me about was a time that she came home when she was about fourteen or fifteen years old and either AV Robertson or Glenn Robertson was stretched out on the couch. AV or Glenn held his hand up and told Charlotte that he had female juices on his hand from one of her sisters.

11.    Skip was about the same age as the older McGuffee girls, and was still growing up during the years that the McGuffee girls were sexually abused by the Robertsons. In a conversation I had with Skip early in 2011, he told me that he and Alice "messed around" and experimented physically as kids, when both of them were around thirteen years old, so it occurred during the time that Alice was being sexually abused by Skip's older brothers. Skip was a year older than Alice.

Initials

12.   I have talked to Alice McGuffee a couple of times in the past ten years about the sexual abuse in her family while the two of us were growing up. We started out discussing how as adults, even when our lives are dysfunctional, and so many important parts of our lives are falling to pieces, each of us can still function in the employment and work arena. Both of us have successfully maintained careers despite everything else that's happened in our lives, in my case specifically from the time Wendi was arrested after Joe died to the present. Alice truly understood what happened to Wendi and related to her because Alice has a history of trauma and abuse that's similar to Wendi's.

13.   In the talks we've had during the past ten years, Alice told me that it wasn't just the Robertson brothers who abused her sexually when she was a child, but Alice's biological father, Kelsey, also sexually abused Alice from the time she was a small child until he died when she was ten or eleven years old, before her mom married Buck Robertson and the sexual abuse by the Robertson brothers began. Alice was the oldest daughter, and the abuse from her dad was hard for her to bear. He made her feel guilty about the abuse, and told her not to tell anyone. She worried about her dad abusing her younger sisters as they grew up. Alice told me that when her father died in the mines when she was in the 5th or 6th grade, that it was the happiest day of her whole life, because the sexual abuse stopped and with her dad being dead that meant he couldn't sexually abuse her sisters.

Initials

14.   I was completely oblivious to the sexual abuse going on in Alice's family while I was growing up as her best friend. I was an only child, severely neglected by parents who had no affection for each other, and I had no clue and no way to understand or even notice the sexual abuse that was happening in Alice's family, despite the fact that I witnessed things that as an adult in retrospect I recognize as being inappropriate. I actually always thought that the McGuffees had the perfect happy family, the kind of family I always wanted, because it was a big family with siblings, lots of activities and things going on, and everyone involved in each other's lives. If I had known then what I know now as an adult, and if I had had the adult skills and perceptions that I have today, I would have recognized things that were going on in Alice's family as being odd, and in retrospect I can see some incidents as definitely being weird, mild things such as inappropriate grasping or touching of the McGuffee girls by the Robertson brothers while I was around and the girls had their clothes on, but at the time I didn't know that any of it was wrong or even unusual. I had nothing healthy in my own family to compare it with, and no context in my own life to recognize that anything was occurring other than the happy, normal family life that I thought the McGuffees had.

15.   When I spoke with Alice within the past ten years, she told me that her mom, Faye, went to California to visit Charlotte sometime during the mid 1970s, after Charlotte was an adult and married. Charlotte finally felt like she needed to bring everything out into the open so she confronted Faye about the sexual abuse by the


Initials

Robertson brothers when Charlotte and her sisters were growing up, and challenged her mom about it. Charlotte asked Faye why she allowed the abuse to occur and why she didn't put a stop to it. Faye got extremely upset and claimed that Charlotte was lying and that the abuse had never occurred. Faye went home, called Alice, and told her what Charlotte had said. While the McGuffee girls were growing up, Charlotte was always the prettiest of the girls and Charlotte was Faye's favorite daughter, so Alice was always jealous that her mom liked Charlotte the best. After the incident with Charlotte challenging Faye about the sexual abuse, when Faye was mad at Charlotte for bringing it up, that was an opening for Alice to displace Charlotte as her mother's favorite, which Alice did, and that caused a rift between Alice and Charlotte that lasted for somewhere around thirty years, their entire adult lives from that time until Charlotte died several years ago.

16.    I never intervened when Skip punished and potty trained Wendi in ways that were harsh or extreme while she was an infant and toddler. I trusted that Skip knew what he was doing because he had helped tend to his brothers' and sisters' kids while he was growing up. I never intervened at any time while Wendi was growing up when she was being punished or disciplined by anyone in a way that was harsh or extreme. In my religious practice during the time Wendi was growing up, the man or husband, and the male church leaders, had authority over what went on in the household and it was not the wife or woman's place to disagree with them.

Initials

17.    Wendi, Skip, and I spent a lot of time around Skip's brothers and his dad. The whole family gathered to watch ball games at one or another of the brother's houses. At these events the women cooked and the men drank alcohol. We got together with the Robertsons on most holidays, especially Thanksgiving. How many of the brothers came to the Robertson family events depended on who was out on the road driving trucks. Wendi was about age one to four when we attended these events. She was the youngest child in the extended family until Ophelia and Glen adopted their child. When Wendi was around the Robertson brothers, I usually cooked in the kitchen or talked with the other wives, and didn't pay much attention to Wendi or provide much supervision over what was going on with her. Skip's dad and brothers could easily have had sexual access to Wendi or other kids during these times.

18.    There were inappropriate incidents and behaviors that I saw personally after I was an adult with how the Robertson brothers treated the female children in their extended family. There was a sexual aspect to how the adult men regularly hugged and kissed girl children on the mouth, and there were other odd incidents that definitely weren't right, like how the Robertson brothers held or picked up girl children, because of inappropriate grasping or touching. They weren't blatant about it around the Robertson women or in front of a roomful of people, but I witnessed weird, inappropriate things the Robertson brothers did with girls in the family. I saw it with how the Robertson brothers treated AV's girls, the ones who Skip molested in the incident I described in paragraph

Initials

104 of my declaration signed on June 19, 2011, just as I had seen it with Alice McGuffee and her sisters when I was younger. Even with me being mostly oblivious and trying not to notice anything I considered creepy, I knew that the ways the adult Robertson men treated girl children in their family were definitely not kosher.

19.   Skip, Wendi, and I went fishing and camping in the mountains from time to time, and sometimes one or more of Skip's brothers or their wives came with us, especially when Skip and his brothers were on jobs drilling for water in Payson and in Jerome doing core drilling for mining later during the time we lived in Phoenix after Wendi was born, and while we were living in Tempe when she was about two to four years old. Again, there were plenty of times while camping or fishing that Skip's brothers could easily have had sexual access to Wendi.

20.   While Skip, Wendi, and I were in Phoenix, from the time Wendi was an infant until she was almost two years old, Skip's dad frequently asked me to let him babysit her. He wanted us to let him take care of her at his place while Skip was away and I was working. Skip's dad was an old man in his mid-sixties at the time and it was very odd that he was so persistent about wanting to babysit Wendi when she was so small. I don't consider it normal for an old grandpa to be so interested in babysitting an infant or toddler that he asks about it all the time. My sister-in-law at the time, Ophelia, the wife of Glen Robertson, said that Skip's dad touched babies sexually, and that he would have touched Wendi sexually while he watched her for the two or three days that Skip and I


Initials

were away in February, 1971, when Wendi was about six months old. She said, "You better keep Wendi away from the dirty old man," meaning Skip's dad, because Ophelia was certain that if he had any opportunity, he would touch Wendi sexually as he had done to Ophelia's baby.

21.    In 1971, at the time we concluded that Skip's dad abused Wendi sexually when she was a baby, it didn't seem like a big deal to me, and I didn't worry about it very much. The situation made me scared, but I didn't do anything about it because there didn't seem to be anything I could do. Later on, when Wendi was showing her private parts at daycare and initiating sexual behavior with other kids when she was about four years old, the situation with Skip's dad and the foregone conclusion among the wives of the Robertson brothers that Skip's dad had abused Wendi sexually seemed a lot more important.

22.    We had a one-year lease on the house near 32nd Avenue south of McDowell on the west side of Phoenix that we moved to in spring of 1971, so we stayed there for about a year. In about May of 1972, before Wendi turned two years old, Skip, Wendi, and I moved to a duplex apartment in Tempe, Arizona because the City of Phoenix was expanding the interstate highway, and the house where we had been living was in the way and scheduled for demolition. The title company that I worked for in Phoenix, US Life Title, allowed me to transfer to the Tempe office, and I continued working there for about two years, the rest of the time I was in Tempe. I'm loyal to a fault, to my friends, family,

Initials

and even employers. If nothing else, I'm loyal, so I stayed with the same title company as long as possible. My mom stayed in Phoenix in her little house near the freeway exchange, and continued working at Garcia's restaurant, so she wasn't able to help with daycare after we moved to Tempe. There was a period of several months to a year that Wendi was in daycare all day while I worked. Sometime after Wendi was two years old, I was able to enroll her in a Montessori school that was just down the road from our duplex, so after that she was there during the day while I worked.

23.    Tempe is about a half-hour drive from where my mother lived in Phoenix; it took more like forty-five minutes back then. My mom never traveled to Tempe to help with Wendi, but we did visit Mom occasionally, every few weeks or months, and also talked to her on the phone after we moved.

24.    We stayed in Tempe for a couple of years until about the time Skip and I were divorced in spring, 1974. While we were living at the duplex in Tempe, when Wendi was a toddler, she had chronic allergies that lasted over two years from the time Wendi was about twenty-one months old, just before she turned two years, until she was about four years old. Her nose ran all the time and it was hard for her to breathe. She never saw a doctor for her allergies, and after we moved back to Phoenix in 1974, they went away on their own. I never did figure out what she was allergic to.

25.    After moving to Tempe, I started smoking pot. I usually smoked pot on weekends over a period of about two-and-a-half years from around the time we moved to


Initials

Tempe until around the time I moved to Casa Grande to work for Pinal Alcohol and Drug

Abuse Council ("PADAC"). Also during this time, when Wendi was a year or two old, I

started smoking cigarettes again. After I put Wendi down in the evening, I went out and
*and my neighbor agreed to check in on Wendi.*

hit the bars at night and smoked while I was at the bars. I took Wendi to stay at a twenty-
*Sometimes*

four hour daycare while I was at the bars.

26.     Before I decided to leave Skip, beginning in 1972, I got to know a real-

estate guy at the title company in Tempe whose name was "Ron Kessler." I knew him at

work for a year or so before I starting dating him in about late 1973, while I was still with

Skip, during the time I was starting the process of leaving Skip. Ron and I cared a lot

about each other. He was my soul mate and soul companion, the only romantic partner

I've ever had who I really felt close to and trusted.

27.     Ron died in an airplane crash within several months of the time I started

dating him. He and another guy, a real-estate agent who lived with Ron, were traveling to

Colorado when the plane went down. After Ron died, I was never able to trust or bond

emotionally with another man the way I had done with Ron.

28.     I remember vaguely that Wendi took some short truck-driving trips with

Skip and Tommie when she was little, like to Nogales at the Mexico-Arizona border.

29.     Through another employee at the title company where I worked, I met a

man who ran Community Organization for Drug Abuse Control or "CODAC," which was

based in Phoenix. CODAC was an umbrella organization that applied for grants and


Initials

funding for many other organizations to fight drug abuse in Maricopa County, Arizona.

30. One of the organizations that CODAC helped to fund was called "Terros" and it operated from an old house in Phoenix, on Roosevelt Street. In 1973 I started volunteering there on weekend nights. They had a free clinic for people with sexually transmitted disease or venereal disease, a 24-hour hotline to help drug users, telephone counseling and regular counseling for drug users, and also ran ambulances for drug overdoses. There were so many people doing drugs back then that when there was a concert in Phoenix, Terros always had ambulances stationed at the concert. Terros treated and helped all kinds of drug users. We treated a lot of heroin addicts, primarily with methadone.

31. I went through the drug counseling program there and thought it was pretty neat. When I was going through the counseling program at Terros, we beat on pillows with a plastic bat as a way to process anger and emotion. I wasn't drug addicted but I wanted to become part of Terros because they took me for who I was, and they had no expectations that I would be different than that. In 1973 and 1974 I attended Phoenix College to obtain level one and level two certification as an "EMT," emergency medical technician, so I could go out with Terros ambulances as a volunteer worker on weekends. I wanted to stay at Phoenix College to become a drug counselor but couldn't continue when I moved to Casa Grande in early 1975 because the local community college didn't offer the classes I needed, and I couldn't get back and forth to Phoenix for classes.

Initials

32.   I was always busy during this time with working at the title company in Tempe, attending school, and going out with Ron, so I didn't see much of Wendi. During this time Wendi attended a Montessori pre-school during the day from about 1972 through 1974, and I put her in daycare in Tempe while Ron and I went out, while I attended school during evenings, and while I volunteered at Terros on evenings or weekends. I also drank a lot during this time, from mid-1973 until I started working for PADAC in early 1975.

33.   I was well trained to work at Terros but it was all-volunteer, never paid. I felt cared for and supported at Terros. That was the first time in my life that I ever experienced that. The people there weren't gaming to get something from me and weren't two-faced; what you saw with them was what you got. I tried to be Daddy's girl when I was growing up, but found out that he couldn't be trusted. Skip couldn't be trusted; he had us move to Groom while I was pregnant with Wendi so he could have an affair with another woman, and broke the one promise he made to me, which was that he wouldn't drive trucks. I had become paranoid about trusting people by the time I found Terros, and I never really overcame that, but I was at least able to relax a little more at Terros. I belonged there and was able to be of service there in a way that I never had before, and really haven't since.

34.   A lot of the people at Terros had used heroin and LSD, so that smoking pot, as I did on weekends, and drinking alcohol, was clean living to them. They discouraged

me from using harder drugs. It was a big change for me, and I felt protected and supported there. At times I actually felt like I was a little kid who everyone else was taking care of, which was a different feeling than I had ~~ever had before.~~ had since marrying Skip. WₑD All the people there were adults and I didn't have to take care of anybody as I had done with Skip. By then I had been through almost five years of Skip being drunk and coming home drunk demanding sex, having affairs, being vicious and verbally abusive, getting in accidents and into trouble with the law, providing almost no support, and being gone all the time. I really wanted to leave Skip and I was finally getting to the point where I thought maybe I could actually leave him.

35.    In 1973 while we were still living in Tempe, I tried to kick Skip out of our home a couple of times. He always had another woman who he was having an affair with on the side, so he always had somewhere to go when I kicked him out. But he kept coming back. I was wishy-washy with him for several months because I was afraid of him and didn't know how to tell him that I wanted a divorce.

36.    In 1973 or 1974, when Wendi was two or three years old, while we were living in Tempe and I was trying to get up the guts to leave Skip, I had another breakdown similar to the one I had right after Wendi was born. I cried uncontrollably for a day or so and then was completely absent mentally for a couple of days. I don't know where Wendi was or who looked after her, if anyone did, while I had the breakdown.

Initials

37.   I was afraid of what Skip would do when I told him I wanted a divorce. Finally, in about early spring, 1974, I presented divorce to Skip as a whole package so that he would agree. I told him that we would probably get married again in a couple of years. I didn't want to remarry Skip ever, but I told him that so it would be easier for him to accept a divorce, and it wouldn't seem like I was leaving him for good. I probably would have walked right back into the bad marriage with Skip if he wanted it and there had been a chance later to remarry him, even though by then I had had enough of him to know better.

38.   Skip and I filed for an uncontested divorce in Mesa, Arizona, in spring, 1974. The divorce was final in May, 1974. I had sole custody of Wendi. I didn't try to get much support from Skip because I wanted out of the marriage. Skip was supposed to pay $125 per month in child support for Wendi, starting June 1, 1974, but he only ended up making about two to four payments total over the first couple of years after we were divorced, and then nothing after that for the rest of the time Wendi was growing up. I didn't argue with Skip over child support or try to get the money from him because I wanted to stay clear of him.

39.   Skip saw Wendi only a few times after our divorce. The last time I know of that Skip saw Wendi was when she was about six years old. After the divorce from Skip I became determined never to marry again, but just a year later I ended up marrying Alejo. Later on, in 1976, Alejo and I used the lack of child support from Skip to pressure him to


Initials

agree to let Alejo adopt Wendi.

40.    Before we were divorced, Skip asked me to cosign so that he could buy a truck. He didn't make the payments on it after our divorce and that turned into a big hassle for me because the bank that Skip owed for the truck tried to collect payments from me. In the end I didn't have to pay for it because he took the truck debt in the divorce judgment.

41.    After Skip and I divorced, Wendi and I moved from Tempe back to Phoenix to live with my mom. I continued working at the title company in Tempe, smoking pot on the weekends, going to Phoenix College for EMT classes at night, and volunteering with Terros. Beginning in fall of 1974, I quit working for the title company and started working for CODAC writing grant applications, and Wendi stayed in daycare a lot because I was always busy. While working days at the CODAC center, I continued working nights as a volunteer at Terros. By fall of 1974, I had completed my EMT training, so I went on ambulance runs as a volunteer. Wendi was at a twenty-four-hour daycare on 7th Street during this time, and at times she was at the daycare for a couple of days straight without her going to my mom's place or being at home with me. I took Wendi to the twenty-four-hour daycare after she attended the Montessori School on weekdays, and dropped her off there before going to school, going out with Ron, or volunteering at Terros in the evenings and at night. There was a period of a few months in late 1974 when Wendi was at the twenty-four/seven daycare a lot. Sometimes my mom

Initials

watched Wendi for part of the day, until late afternoon, on weekend days, but my mom couldn't watch her all day even on weekends because my mom also worked weekends beginning late afternoon.

42.   I never took Wendi to the old house where Terros was headquartered in Phoenix because there were too many weird and potentially dangerous characters at Terros, but I did take her with me to CODAC regularly. Attached to the CODAC facility where I worked was a drug detoxification center used mostly by prostitutes off the street who were getting off drugs, or recovering after overdosing.  Compared with Terros, I considered the detox center at CODAC to be a relatively safe place for Wendi to hang out when she was a toddler. I brought Wendi in to work with me at CODAC starting when she was about three years old. I picked her up from my mom or from daycare at lunchtime, and brought her to CODAC for part of the day, usually about half of the day. From the age of three to four years old, Wendi went into the detox center and spent lots of time with the hookers and drug addicts there while I was working. I don't know everything that happened with Wendi at CODAC because I was working while she went into the detox center, but from what I saw, the hookers and addicts mothered her and watched TV with her. That's where she spent most of her time while she was at CODAC during my workday. I wasn't really paying attention to what she did and wasn't concerned about her safety with the hookers and addicts. My rationalization to myself for believing she was safe in the detox center was that there was always a CODAC employee

Initials

supervising rehab, but most of the CODAC employees were ex-druggies themselves, so in retrospect that might not be much of a defense for allowing her to hang out with the hookers and drug addicts. Looking back now I think I was an idiot or very naïve to let Wendi hang out with those people, but at the time I really had no clue that it wasn't appropriate.

43.    After I quit working for the title company and started working at CODAC, my style of dressing took a right turn and was totally different. I had worn wigs and business clothes when I was working at the title company. While I was working at CODAC and Terros, I wore long or cut-off Levis, a hippie, Indian-style shirt with colorful designs, and a leather hat from Olivera Street in LA. I dressed like a hippie to fit in and be liked at CODAC and Terros.

44.    In paragraph 168 of my declaration signed June 19, 2011, when I stated that Wendi was the "instigator" of sexual activity at the daycare, I mean that after having been raised by her biological father, Skip, who later served time in prison for child sexual molestation; after having been tended alone by Skip's dad during a time when it was treated as common knowledge among the Robertson family at that time that he touched babies and toddlers sexually; and after having Tommie and other Robertson brothers have access to her, that when Wendi was four years old or just before she turned four years old, she initiated inappropriate sexual activity with other kids at the daycare center who were also about four years old.

Initials

45.    My periods of alcoholism and being active sexually in ways that surprised me both ended by the time I was twenty-five to twenty-six years old and I haven't repeated those behaviors since then.

46.    I went to a conference in Scottsdale in about September 1974 where I met a guy named Rick Barnes who ran the PADAC drug program in Casa Grande.  PADAC was an organization based in Pinal County that provided services and counseling for drug and alcohol users.  PADAC needed someone to write grants to raise money for their organization, and Rick Barnes talked me into coming to work for them in Casa Grande.

47.    I interviewed with the board of directors of PADAC for the job in Casa Grande in about October of 1974. Alejo, my current husband, was on the board at that time. He was the only one on the PADAC board who was opposed to hiring me. There was no attraction or connection with Alejo whatsoever when we first met; just the opposite, because he didn't seem to like me at all and was not even in favor of hiring me to work for PADAC. Alejo dressed with the Terros hippie affect: Levis, long hair, and boots. He listened to alternative, Christian-based rock-and-roll for Jesus freaks.

48.    When I met Alejo, he had a friend named Calvin Lorts, who we call "Cal." Cal had gone to jail a couple or a few years earlier because he was caught in California running drugs. Alejo had known Cal for years before Cal went to jail because Alejo and Cal's younger brother, Barry, hung out together in high school. Cal was arrested in California when he was in his early twenties in possession of a lot of marijuana, more than


Initials

one 55 gallon drum full of marijuana. While Cal was in jail after being arrested, Christians came into the jail to tell Cal and the other prisoners there about Jesus. The way Alejo and maybe Cal's brother, Barry, have told me the story, by some miracle the legal paperwork in Cal's case got messed up in California, and Cal got off on a technicality. That was Cal's awakening and made him a zealous believer in Christianity.

49.     After getting out of jail, Cal was not wanted by traditional churches in Casa Grande because he dressed and looked like a hippie. Alejo, Barry, and their friends also couldn't attend the regular churches for the same reason. They all became part of a group of Jesus freaks, 1960s hippies who had got saved and turned Christian, that rented a building in Phoenix and had church meetings there. The place was called "God's Warehouse" and it actually was an old warehouse. That's where Alejo had gone to church with Calvin before he met me. Cal decided to go into the ministry after being part of God's Warehouse, so he went to Rhema Bible College in Oklahoma to become a pastor. This was all in Alejo's past when I got together with him in about February of 1975. Beginning later in 1979, after our time with the traveling ministry, Cal Lorts was our pastor at 91st Psalm Church.

50.     In November and December of 1974, I commuted back and forth from Phoenix to Casa Grande to work at PADAC, where they gave me a solid sixty-hour, two-and-a-half-day long work shift from Friday evening to Monday morning, meaning sixty hours when I was continuously on duty, with a couple of hours of sleep at the most the

Initials

whole weekend. Some weekends I had no sleep at all for the entire sixty-hour shift. The police brought drunken alcoholics off the street to the PADAC facilities instead of taking them to jail, and I assisted in transferring the alcoholics to a facility in Eloy where they could dry out and receive help. The police also dropped people off at PADAC who were high on drugs, and I monitored them until they came down and then arranged for them to be taken home. During the shift, in addition to receiving, monitoring, helping, and transferring alcoholics and drug users, I also worked on overdose and emergency cases, conducted urine tests for drug users who were enrolled in rehab programs to confirm that they weren't using again, answered the hotline phones for drug users who were having bad trips or other difficulties, and talked to drug users who walked in and were in need of counseling or just needed to talk.

51.    I was extremely sleep-deprived during my very long, sixty-hour shift at PADAC every weekend. Occasionally I could catnap for a few minutes here and there or even catch a couple of hours sleep if someone else, like Alejo or his cousin Frank, or another friend or acquaintance who hung out at PADAC, happened to be there to cover for me. It really was an insane schedule but was also very exciting to me because I believed I was really doing important work to help people. I spent most of the day on Fridays, before the shifts started, trying to rest up in advance, and most of the day on Mondays and Tuesdays crashed out and sleeping, after going three nights without sleep over the weekend. I also slept a lot on Wednesdays and Thursdays.

Initials

52.     In addition to the weekend shift, I also came in to PADAC on weekdays to work on grants, usually afternoons on Tuesday, Wednesday, and Thursday when I was in a little better shape between the long weekend shifts, but I wasn't paid anything extra for the weekday work. Most of the grant writing I did was unpaid extra work on weekdays, but occasionally I worked on grant writing on the weekend shifts. I did the sixty-hour weekend shift for about eight months from about October or November of 1974 until about May of 1975. During this time I was working Friday night through Monday morning, mostly resting or incapacitated on Fridays, Mondays, and Tuesdays because of the long weekend shift, sleeping more during the rest of the week, and working at PADAC most afternoons from Tuesday to Thursday. That was pretty much my life during that time. As you would expect with the physically grueling schedule, I had very little energy, time, focus, or other personal resources to give to Wendi during this time.

53.     In January or February of 1975, I moved with Wendi to Casa Grande. Alejo and other guys from PADAC came to help me move, and they saw some marijuana roaches, meaning smoked marijuana cigarette butts, in between my mattress and box spring. Alejo wanted to fire me after they found the marijuana roaches, and later he told me that he took it as a sign that his instinct was right for not wanting to hire me.

54.     After moving to Case Grande in early 1975, I made friends with a woman named "Nicki Barnes." When I met Nicki, she was about eighteen or nineteen years old, about six years younger than I was, and by that time Nicki was already divorced from

Initials

Rick Barnes. Tascha, the daughter she had with Rick, was about two years old during the time I worked at PADAC, while Wendi was a couple of years older than Tascha. Rick introduced Nicki and me, and suggested we make friends and live together, so we moved into an apartment together in January 1975. I think the real reason Rick wanted me to move in with Nicki was to have me look after his young ex-wife and daughter. Nicki attended nursing school during the day, and the idea was that I could watch Tascha and Wendi while Nicki was in school on weekdays, while Nicki could watch the two of them while I was working on weekends. While we meant to share childcare duties for Tascha and Wendi, we were both so busy and overwhelmed that neither of us paid much attention to the girls.

55.     Wendi didn't go to daycare much during the time while I worked at PADAC. Sometimes she came in to PADAC with me, on weekdays as well as weekends. See paragraph 183 of my declaration signed on June 19, 2011 for a description of how Wendi played and begged on the streets, and hung out with people in the area, during the day while I was working the sixty-hour weekend shift and on weekdays at PADAC.

56.     It never dawned on me that having Wendi out there alone, begging in the streets or going over to Stoney's when she was four years old while I worked at PADAC, might be dangerous to her because of car traffic or any number of other things, or that she might be molested by a stranger or someone who she met in the neighborhood. It was not the safest neighborhood because of the clientele that PADAC served. My car was stolen

Initials

on one occasion while I worked at PADAC. When Wendi was older, doing missionary work and working to earn money for conferences as a pre-teen and teen, I worried more about something happening to her. While I was at PADAC, I didn't believe that people stole or harmed kids, or even think about it. For the longest time, about seven of the eight ~~several DED~~ months that I worked at PADAC, I didn't even realize that Wendi was gone at all, that she was out playing and begging in the streets, or that she went around the corner by herself to Stoney's. That whole time I thought she was playing on the sidewalk just outside the front entrance of PADAC. I learned about her wandering in about April 1975 when Alejo talked about it. He told me that she was out by herself and that the guy at Stoney's, whose name was Stoney, said, "Oh yeah, she comes over and spends time with me." It shows you how overwhelmed I was ~~as~~ PADAC that I was so oblivious about Wendi that I didn't at DED even know for ~~seven~~ months that she was wandering around the neighborhood on her Several DED own. Looking back I really don't know what I was even thinking. Nicki's daughter, Tascha, didn't come in with me to PADAC because Nicki was out of school during the times I was working.

57.    Nicki Barnes, Alejo, and everyone at PADAC smoked so I was around it all the time, and I picked up the habit. I smoked a lot more for the first five or six month that I worked at PADAC in Casa Grande than I had in Phoenix after Wendi was born, and I smoked regularly when I was around Wendi. When I decided it was time to make it right with the Lord and stop smoking again in about May 1975, I had a hard time giving it up.

Initials

Before then I had been able to smoke a couple of packs over a weekend and then not smoke at all during the week, but by May 1975, I couldn't do that. It was very hard to quit, but I ate a lot of sunflower seeds as a replacement for the habit, and was finally able to give up smoking.

58.     Even when we were not at the PADAC facility, Wendi didn't have much attention from me during the period of eight months while I was working at PADAC. Tascha was two years old and Wendi was four years old during this time, and they played together a lot, both inside and outside our apartment, often unsupervised by Nicki or me, especially during mornings while I was sleeping in while Nicki was in school.

59.     I found out sometime in early spring, 1975, that an old lady who lived near our apartment sometimes watched Wendi and Tascha when they were outside on the sidewalk. Alejo came by to see me one morning while I was still sleeping while recovering from the past weekend at PADAC, and he saw a little old lady cleaning up the sidewalk outside the apartment I shared with Nicki. Wendi and Tascha were there with the old lady. When Alejo asked her what was going on, the old lady tittered and acted embarrassed. She told Alejo that she was cleaning up after Wendi and Tascha, and that some mornings the girls brought ketchup, eggs, or other food from our fridge and went out there to play with it on the sidewalk. The old lady always cleaned up after the girls so they wouldn't get into trouble. By the time Alejo talked to the old lady, the girls had been playing that way during the mornings for at least a few weeks, and had made messes on


Initials

the sidewalk with food on a number of different occasions, without me or Nicki ever having a clue that it was going on, which shows how much attention Nicki and I paid to Wendi and Tascha. Nicki and I had both cartons of cigarettes in the freezer, and that was about all we really cared about in the fridge at that time so we never noticed that food was missing.

60.    Rick Barnes, the director of PADAC, was another sex abuser of children. I just seemed to attract them wherever I went. A few years before I met Rick in 1975, he was supposedly interested in dating Nicki's mother, but he ended up getting Nicki pregnant when she was fifteen or sixteen, about three years before I met her. He married her because he had gotten her pregnant, and they moved together to Thailand, where Rick worked teaching English to children of Americans living abroad there. Tascha was born in Thailand, but Rick had to return to the United States because he was fired for sexually abusing American girls at the school in Thailand where he was teaching.

61.    Rick Barnes was also a con man and a liar. He regularly lied to people to get done what he wanted done.  He was also involved in some shady, and even apparently outright illegal activities. For example, when I was first working at PADAC, commuting from Phoenix to Casa Grande, I wasn't always able to make the drive back to Phoenix after the sixty-hour weekend shift at PADAC. Sometimes on Monday morning I crashed at Rick Barnes' house to get enough sleep to be safe to drive before making the trip back to Phoenix later that day or the next day. At Rick's house I was nosy and curious about

who I was working for, so I poked around and found a ten-ream copy-paper box filled with pills that were prescription medications. The prescriptions were all for benzodiazepines, commonly knows as "benzos" or downers, and amphetamines, commonly known as speed or uppers, in many different people's names, and they were all different names. The prescriptions had all been recently filled.  I had never heard of any of the people's names so I knew the pills couldn't be for patients and clients at PADAC, because by then I had been working at PADAC long enough to know names. I knew that for Rick to have the pills was fishy and that something wasn't right.  There was no legal reason to have a box full of amphetamines and benzodiazepines in your house with everyone's name but yours on the bottles. I assumed at the time that he got them under assumed names or had other people get them for him, but whoever got the pills, they weren't PADAC clients. In those days, pharmacies were a lot looser about dispensing pills and it was relatively easy to get them under an assumed name. Rick also had bottles of the same kinds of amphetamines and benzodiazepines in his office at PADAC all the time, which he said were leftover prescriptions from clients and patients who had already left PADAC. I asked him about the pills in his office and he told me, "That's what we use to bring people down," but in eight months while I was one of two to four employees at PADAC at any given time, including Rick, I never once saw or heard about Rick or anyone else using ~~use~~ the pills he had to bring someone down. RW

Initials

62.    Rick had items that he had brought back from Thailand, like exotic jewelry, statues, and cookware that I thought was cool, so when I also found a smaller box at Rick's place with paperwork in it that was from Thailand, I thought, "Oh, wow, this is neat." Rick had told me that he was in the Peace Corps in Thailand, but that was contradicted by what I saw in the paperwork from Thailand, which said that he had been working for a company that had schools in foreign countries for American children. The company hired Americans to go to Thailand to be teachers. The paperwork in the box said that the school was firing Rick because of multiple accusations of sexual abuse between him and preteen to teen girl students, the kids of Americans living abroad. He had been fired from his job in Thailand within the past year prior to my finding the paperwork.

63.    I did not confront Rick about the pills in his house or about his having been fired for sexual abuse of girls in Thailand because I don't ever confront anybody, especially not about serious or really bad things. Avoiding that kind of confrontation has been the norm for me throughout my life. I didn't challenge Rick over anything I found out or about anything he did that I considered shady because I had just started a new job with him and didn't want to rock the boat. I moved down to Casa Grande to go to work, and if I lost the job, I didn't know what else was I going to do to make a living. Also, I didn't know how to bring up the pills to Rick and what I knew about him having been fired in Thailand for sexual abuse of girls without him knowing that I had looked through his stuff, so I just ignored the whole situation and stopped thinking about it, like I've done

Initials

throughout my life when I've known something bad or unsavory about another person. The more that I got to know Rick, the more that I felt he was creepy, but that didn't motivate me to leave PADAC.

64.    After I met Rick, I was actually kind of interested in going out with him, but by the time I discovered the pills in his house, I knew enough about him not to be interested anymore. I met a friend of his named "Leland," who I went out with for a couple of months. I almost left Wendi with Skip in fall of 1974 even though Skip and I had been divorced since earlier that year, and not really thinking about Skip's unstable lifestyle and my fears about him abusing Wendi sexually, to go to Thailand with the friend of Rick Barnes who I was dating. I had a good time with Rick's friend, whose family was wealthy. He had a cousin who owned an antique store on Rodeo Drive in Beverly Hills. I stayed with various members of his family at their mansions that had things like genuine gold faucet handles in the bathrooms and a full-sized indoor swimming pool.

65.    Rick was around Wendi and had access to her at PADAC.  By four years old, Wendi already thought everybody liked her, which was true for the most part. She was a cute little kid who had no problem asking for quarters from strangers. Wendi was regularly alone with Rick and spent time alone with him in his office at PADAC on weekdays and weekends while I was working there, which in retrospect seems odd for a four-year-old to do with an adult man who is supposedly running a drug-counseling

Initials

center. It didn't occur to me that he might abuse her sexually, even though I knew he had been fired for abusing girls at the school in Thailand. I didn't really think about it, but to the extent that I did, I assumed that he wouldn't abuse Wendi sexually because she was so young. Wendi stayed at Rick's house with me several times when Rick was there, when I was crashing after working the sixty-hour shift over a weekend or otherwise being busy and not paying attention, so he could have had sexual access to her then as well. I just can't say for sure if he did anything with her. I was so oblivious that I left her alone with him even after finding the boxful of prescriptions and paperwork on Rick being fired for sexual abuse in Thailand.

66. Somebody I had known from when I worked at CODAC told me later that Rick married a drug counselor named Linda a year or two after Alejo and I got married. Linda had a girl who was about Wendi's age, a couple of years older than Tascha, and there were accusations that Rick molested Tascha, Linda's little girl, and other little girls who were their friends, when the girls were around ten to twelve years old.

67. One of the weirdest things I've ever heard, maybe the weirdest, is something that Nicki or Nicki's sister told me, that Linda Barnes, the wife of Rick Barnes who was with him when Rick molested Tascha and Linda's little girl, who was a different Linda than two Linda Robertsons in my life history, taught her daughter and Tascha to masturbate starting around age five or six.

Initials

68.    Recently I found out from information in my historical Social Security earnings that Rick Barnes apparently paid payroll taxes for me for only one month out of the eight months that I worked at PADAC. I just accepted the check he gave me for my pay and didn't worry about taxes he should be taking out. I never even thought about it at the time, but I am not at all surprised to find out now that he apparently legally paid my payroll taxes for maybe a month of employment at PADAC, and for the other seven or so he paid me under the table.

69.    Nicki Barnes and I met Rick Miller and Al Farmer of the Fishers of Men Traveling Ministry in Casa Grande in February or March of 1975, and we started regularly attending their meetings at a Christian bookstore. During this time, Alejo lived at home with his mother. After Alejo and I got together in about February 1975, he started spending nights at the apartment that I shared with Nicki, where he slept with Wendi and me on a mattress in the living room. Wendi was about four-and-a-half years old at the time.

70.    In about March of 1975, around the time that Alejo and I were getting together, Nicki got together with a man who hung out at PADAC named "Randy Crawford," and they got married later that summer, two or three months after Alejo and I were married.

71.    I quit working at PADAC in about May 1975 because of what I considered a conflict of interest I had between my work at PADAC and Christian faith. I concluded

Initials

by 1975 that drug programs, at PADAC and everywhere else, were not working. The recidivism rate was horrendous. I believed that only Christian programs and finding God actually worked to help drug addicts break their addictions and recover from drug use, so I didn't want to continue working for a non-Christian organization. By then, after about eight months at PADAC, I had concluded that Rick Barnes was extremely creepy and I knew he was a liar, which made it easier for me to leave PADAC, but that wasn't the motivation for why I quit.

72.    After I married Alejo, we stayed in the apartment that I shared with Nicki Barnes for a month or two, then moved in with his mom and lived in her house from about July through September while we waited for a house we wanted to buy to be completed. In about September 1975, around the time public school was starting, we moved to Indian Hills, a new development for low-income families at the outskirts of Casa Grande, to buy a new house through a government-subsidized program.

73.    Wendi started kindergarten in September 1975 after we moved to Indian Hills. She attended public schools in Casa Grande for kindergarten and first grade, Saguaro Elementary School for kindergarten, from 1975 to 1976, and Evergreen Elementary for first grade, from 1976 to 1977. In kindergarten and first grade she got along well with the other kids. Tascha was her main friend. There were no kids where we lived in Indian Hills around her age. The summer after Wendi finished first grade, we left to start the traveling ministry and Wendi never returned to public school after that until

Initials

she took a few community college courses in her late teens.

74.    Various people stayed with us while we lived in Indian Hills from about September 1975 until June 1977, including Alejo's cousin, Barbara Ochoa. Alejo and I started having Christian meetings at the house shortly after we moved in. In late 1975 or early 1976, Randy and Nicki Crawford, and Tascha Barnes came to live with us, and we closed in the carport for them to have as a bedroom. They moved out prior to the birth of their first child, Rebecca, in summer of 1976. Wendi and Tascha shared a room with bunk beds. They had become like sisters at this point. Wendi was more self-contained playing with Tascha during this period. Wendi loved playing outside at the house in Indian Hills. We got her a Big Wheel and a Flintstones Pebbles wagon. Our driveway was on an incline, and Wendi rode down it in the Big Wheel and Pebbles wagon. She played a lot in the backyard with Alejo, especially on weekends. We had one great big old tree, and he built a fort for her under that tree. Instead of building it up, he got one of construction guys working on houses in the subdivision to dig into the dirt, so there was a floor three feet below grade. They dug out the shape of a couple of rooms, so that when Wendi was standing up you could just barely see her. Alejo had tea parties with her in the fort.

75.    From the time I quit working at PADAC in about May 1975, until we left with the traveling ministry in about June 1977, I worked as a stay-at-home wife, and I was not employed outside of the home.  I did lots of cooking and housekeeping, and did things like buying milk fresh from the farm and making my own butter. I spent a lot of time



Initials

involved with our Christian group that eventually led to us joining the traveling ministry. I wasn't involved much with Wendi and Tascha. Alejo played with Wendi quite a bit, and otherwise I let Wendi and Tascha play together on their own. After Tascha moved out in summer, 1976, Wendi had to play by herself again. Alejo worked for a landscaping company and for a nursery-lumberyard called "Foxworths" to pay for our living expenses until we left with the traveling ministry.

76.    Alejo and I petitioned for him to become Wendi's adopted father in summer, 1976 and it took until early 1977 for the adoption to go through.

77.    After receiving word in prayer in 1976 that we were to give up our house and most of our possessions, Alejo and I waited to receive confirmation of that word over the next two or three months. We received the confirmation while praying in tongues with Rick and Al translating, and then we spent a few months carrying out the instructions, finding someone to take our house, and preparing to join the traveling ministry. Because it was a government subsidized program, we couldn't sell the house to make a profit, so the organization we bought it from found someone to take it over.

78.    Wendi and Tascha remained friends in intervals for eight or nine years while they were growing up. As a child, Wendi felt very close to Tascha, and felt that Tascha was a sister to her. They continued being friends until we left with the traveling ministry in June 1977. We broke off completely from all people we knew while in the ministry, so there was no contact between Wendi and Tascha from June 1977 until late

Initials

1979. Alejo and I never thought about what Wendi wanted or what might be good for her in our decision to join the traveling ministry. By the time we left for traveling ministry, Wendi was so obedient, and used to being around adults, after I took her with me to work at CODAC, PADAC, and the Christian meetings at our house, that when we told her that we were doing what God wanted us to do, she fully and unquestioningly accepted that, without any apparent distress about leaving Tasha. She never asked questions about why we were leaving to go with the traveling ministry, and never said that she didn't want to leave Tascha, or anything like that.

79.     In paragraph 205 of my declaration signed June 19, 2011, the Rick I am referring to is Rick Miller. Any references to Rick with the traveling ministry refer to Rick Miller.

80.     While we were in the traveling ministry, we stayed with a woman named "Valerie Miramonte" in Walnut Creek, California for five or six weeks in September and October, 1978. Valerie had four children, an adult daughter who thought she was crazy for getting involved with Rick Miller and Al Farmer, an adult son, a sixteen-year-old son, and a younger daughter named "Lisa" who was around the same age or about a year older than Wendi.

81.     Valerie gave us her sixteen-year-old son's truck to use with the ministry, and the adult son said if we didn't give it back he would send the police out after us, so we gave it back. Rick pressured Valerie to give money to the traveling ministry. He led


Initials

Valerie to believe that he would marry her to get her to give him money, but really he and Rosalie were already a couple, and Rick never intended to change that; he just led Valerie on to get her money.

82.    There was a second occasion during the traveling ministry, while we were staying with Valerie, when Child Protective Services, "CPS," came out to investigate us. Valerie's adult son specifically reported Alejo and me, Rick Miller, and Valerie, Lisa's mom, to CPS. We had bought a trailer but hadn't turned it into a Fifth Wheel yet, and were staying in it in a trailer park in Martinez while we were involved with Valerie in Walnut Creek. CPS came out to the trailer. They took Wendi and Val's daughter, Lisa, into the back room of the trailer and talked to them for about half an hour. Based on whatever the girls told them, CPS determined that they didn't need to follow up with further investigation. Before CPS left I had to show them that I was homeschooling Wendi.

83.    Early in the time we were with the traveling ministry, Wendi occasionally had playtime with other kids for at most a couple of hours per week. From the time that we left Arizona in 1978, Wendi was the only child who was part of the ministry except during the time we stayed with Valerie in Martinez, when Wendi had some playtime with Lisa. For the last year we were with the ministry, Wendi had no playtime at all with other kids.

Initials

84.    While we were with the traveling ministry, other than the people we ministered to and occasionally prospective members of the ministry, we did not associate or talk to other people or outsiders because Rick and Al did not allow it.

85.    At times during the years while we were with the traveling ministry, I had to cook the beans that we used for teaching Wendi math and the macaroni we used for arts and crafts, because they were the only things that we had to eat.

86.    While we were with the traveling ministry, it bothered me a lot that I wasn't able to get shoes for Wendi, and also that I often didn't know where our next meal would come from.  She went barefoot, even when we visited a new church or went to whatever church we were with at any given time, and a lot of the time she had to wear adult flip-flops that were too big for her.  Her clothes were usually a little bit better but didn't generally fit well. Although things like ~~that~~ that bothered me, it never even entered my mind that the hunger, always working and having little or no relaxation and playtime, getting very little sleep, most of the time having no other children to play with, and the disciplining we did by swatting Wendi, might be damaging to her as she was growing up. The way we saw it was that it was good for her because we were living the life God wanted for us and Wendi had attention from all the adults in the ministry, such as with Rosalie and Rebecca helping me with schooling her.

87.    When we came back to Casa Grande after the traveling ministry, Randy and Nicki Crawford were divorced.  I watched their kids, Joel and Rebecca, through the


Initials

Arizona State babysitting program that employed me at the time. Wendi and Tascha were together at 91st Psalm School for a year or two, until Nicki left Casa Grande to go into the military service.

88.   When we lived on Cedar, there were no kids of Wendi's age in the neighborhood for her to play with.

89.   Beginning when Wendi was a pre-teen, Alejo especially degraded her when she said something clueless, which she did fairly regularly. When she was in her teens, he often told her she was another dumb blonde or that she had had another blonde moment. After we all saw Bill and Ted's Excellent Adventure when it was first out in theaters, Wendi commented on the scene toward the end where lots of people piled into a phone booth. In a movie full of unreality and impossible things, she picked that out to say that they couldn't all have fit into the phone booth. Alejo kept at her about that for years, and was really mean about how she was a dumb blonde and had no common sense.

90.   I attended school full-time to be trained as a respiratory therapist from March or April 1994 until September or October 1995. The money that paid for my schooling came from a grant that was available to me through the Job Training Partnership Act, which was intended to improve the employment status of economically disadvantaged adults.

91.   I had a breakdown after Wendi was arrested. Joe died on a Sunday. At first I hardly showed any reaction to his death and to Wendi being arrested. Alejo and Chris

Initials

Hashisaki were wondering about me and going, "Why isn't she crying?" and "Why isn't she showing any emotion?" I held it all in until I couldn't hold it anymore. I held up until the following Wednesday, then finally broke down. I freaked poor Alejo out. I hit the ground and started balling and sobbing. My brain stopped processing and I went through the phase of not being there for a couple of days. When I came out of it, I medicated myself with antidepressants, anti-anxiety pills, and sleeping pills.

92.   My insights into myself being neglectful of Wendi developed after her arrest following Joe's death. Before that, while I did not necessarily see myself as a perfect parent, I had no sense that my behaviors while Wendi was growing up were at all abusive or neglectful. I saw myself as being a better mom than my mom had been to me. While Wendi was growing up, I went out of my way to give her the best upbringing I could provide, such as by working to afford the cost of the Montessori school that she attended ~~attending~~ while she was about two or two-and-a-half to four years old. There were other things I gave to and provided for Wendi, especially by earning money, that I considered special because I hadn't had them when I was growing up.

93.   While Wendi was in jail in the years before and during her trial, she was tired and lifeless. Her spark was gone. Her mood and demeanor were always just "blah." She had a lot of trouble sleeping at night, and then the jail staff could hardly get her up when they came to wake her up and start the process of bringing her to the courthouse for trial. They woke her up at about midnight and took her out of her cell around 1:00 a.m. to



Initials

put her with the group of men and women who would be going to the courthouse for the day. She was up all night and had almost no sleep so she was utterly exhausted and extremely sleep-deprived during the entire trial.

94.    Wendi's defense attorneys, Dan Patterson and David DeLozier, did almost nothing to prepare me for testifying at her trial. For the most part what was expected of me as a testifying witness was never explained to me and I had no idea in advance what DeLozier would ask me. When I was examined under oath by DeLozier, for many of the questions he asked me, he was apparently discovering the answers to his questions for the first time while I was testifying in court. By the time he examined me in court, he was really dragging physically and wasn't sharp mentally because he had been fasting, on a juice diet only as far as I know, for the entire trial to that point.

95.    David DeLozier asked me at some point during the trial if I could help him to write one of the documents he needed to present Wendi's defense, because he was running out of time and he needed help. I tried to help but I didn't really know what I was doing or how to help him, and I don't even understand what is required for a legal trial well enough to know what DeLozier was requesting of me, so I talked to Cindy Schaider, and she got together with DeLozier to help him write the argument he needed. I know that Cindy helped write an important argument or document for Wendi's defense, and it's my understanding from DeLozier and Cindy that the document was used in court.


Initials

96.    Many people in Wendi's extended family, both blood relatives and relatives by marriage, are or have been alcoholics, including Wendi's biological father, Skip, for much of his life; me for a couple of periods from the time I was a teenager until I was in my mid-twenties; Alejo, before he turned twenty or twenty-one; my dad and my paternal grandfather; all of Skip's brothers; my half-sister, Nadine, when she was younger and while she was in the service; Nadine's son, Clark, and her grandson, Brett; the husband of Nadine's daughter Marjorie, whose name is "Jeff;" my half-brother, Stevie; my half-sister, Kathie; my stepbrother, Adolfo; my mother's brother, Delmar; my mother's first husband, Theodore Zens; my father's second wife, Virginia, when she was younger; many of the men in my dad's extended family; Alejo's father, Alejo, Sr., who was a rowdy drinker until he was about sixty-five years old; Alejo's mother, Natalie; Wendi's paternal cousin, Natalie; and many other members of Alejo's extended family, including his aunts, uncles, and cousins.

97.    In paragraph 341 of my declaration signed June 19, 2011, I stated, "The most traumatic things are often the most difficult for me to remember." It's also the things I consider most shameful that I tend to shove down and forget. Discussing this in greater detail is difficult. I know that I've blanked out a lot of bad things but I can't access them, at least not right when I want to, because I have blanked them out. It's rough for me to even talk about this and makes me want to cry because I feel that things are there that hurt, but I can't find them because they're *bad*, meaning that they're too painful to

Initials

remember. When that pain starts to come up I just want it to stop, so I have learned how to stop it in my mind.

98.     I know that I've had at least four major breakdowns as I discussed in my declaration signed on June 19, 2011, and I know generally what occurs when I have the breakdowns, but I have difficulty remembering many specific details. I can place two of them in time because one was when Wendi was born and another was after she was arrested, and we know the dates when those things occurred, but for the other two, I can only place them into a timeframe of a year or two.

99.     I know I spent a lot of time around the Robertson family and at family gatherings over a period of about four years, but I have very few specific memories of what went on during the gatherings.  With my mom and dad there were so many secrets, and I never talked with anyone about what really went on in our family, and it was the same way with the Robertsons. I believe that the trauma of being part of the Robertson family and having to shove down and ignore the inappropriate sexual behavior toward children that I saw from them is connected to my forgetting so much about that period. I was really just repeating the pattern I already had experienced with my mom and dad, of ignoring abuse and keeping secrets. I know there was more to the incident when the Robertsons threw Wendi out into a swimming pool as a toddler when she couldn't swim, but other than the few details I provided in paragraph 176 of my declaration signed June 19, 2011, at this time I can't remember anything further.


Initials

100.  I know that my soul mate, Ron, died in a plane crash, and I have given the details I can recall in this declaration, but I've pushed away most of what happened surrounding that because of how painful the experience was.  It's one of the things I don't want to remember and can't remember. I don't know why the plane went down, when it went down except for a general time period, how I learned the news, how I reacted to the news, what I said or did after the incident, or any other details that I'd expect myself to recall about the death of the man I have most loved in my life.

101.  I have a very hard time remembering details about what went on at my home with Wendi's girlfriends while she was growing up.  Even though I was oblivious, working, and withdrawn a lot, I know I spent time around them regularly over many years, but other than some basic details and a few memories, especially of the times we went on trips or camping, I can't access those memories at this time.

102.  The first four years after Joe died and Wendi was in jail and then on trial, from 2000 to 2004, feel like almost a complete blank. I know that I worked at my job and lived through those years, but I don't remember and don't want to remember much else at this time. I was there at the courtroom every day during Wendi's trial. I did not go inside the courtroom because I was a testifying witness, but what occurred during four months of her trial, when I went to be at the courtroom every day, is mostly vague and blank.

103.  I cannot underestimate the shock that I felt when I learned that other people have said that while Wendi was growing up, she reported that Alejo molested her. I was


Initials

devastated. Despite having been there throughout her childhood, and having observed things over years that I know show Alejo had an inappropriate sexual relationship with Wendi, I continue to push it down. Even in the less than three months that have passed since I signed the declaration on June 19, 2011, I have tried to forget and make it go away.

104.   Prior to Wendi's trial, although I had contact with Wendi's attorneys, I was never questioned very thoroughly about our family history or the things I have discussed in this supplemental declaration.  Much of what I provided to the attorneys, I provided on my own, with no instruction or guidance. I simply typed things up that I felt they should know. If I had been asked about the things in this declaration at that time, I would have provided the information that I have provided here and whatever else was asked of me.

105.   Prior to my testimony at Wendi's trial, no one prepared me for what would happen in the courtroom. If I had been asked to testify to the things I have stated in this declaration, I would have done so.

I have read the foregoing declaration consisting of forty-five (45) pages and one hundred and five (105) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this 11th day of September 2011 at Pinal County, Arizona.

Donna Ochoa

45 of 45

Initials

# Exhibit 29

SECOND SUPPLEMENTAL DECLARATION OF DONNA ELIZABETH OCHOA

I, Donna Ochoa, declare as follows:

1. I met in person with Attorneys David DeLozier and Daniel Patterson approximately five or six times before Wendi's trial began. Most of these meetings involved attorneys DeLozier and Patterson providing updates on the status of Wendi's case and, shortly before trial began, discussing clothing selection for Wendi during her trial. When they asked me questions, these questions focused almost exclusively on Joe's death and Wendi's relationship with Joe. I was present at the courthouse during Wendi's entire trial but had limited interaction with DeLozier and Patterson during the trial.

2. I met with Wendi's mitigation specialist, Scott MacLeod, a few times in preparation for Wendi's trial. I never met with Mr. MacLeod alone. My husband, Alejo, or one of the attorneys was always also present. These meetings primarily involved identifying photographs for use in the Power Point presentation Mr. MacLeod prepared for the mitigation phase. Mr. MacLeod told me that the purpose of his investigation and presentation was to show that Wendi did not deserve the death penalty because she was a good person.

3. While preparing for Wendi's trial, Mr. MacLeod told me that a recent case, *Ring v. Arizona,* had dramatically changed the requirements for conducting an adequate mitigation investigation, and that he did not know how to perform his job as a mitigation specialist post-*Ring*.


Initials

4.   Attorneys DeLozier and Patterson and mitigation specialist Mr. MacLeod did not ask me any questions about Wendi's mental-health history. I would have been willing to provide this information if requested.

5.   Attorneys DeLozier and Patterson and mitigation specialist Mr. MacLeod did not ask me any questions about Wendi's family mental-health history. I would have been willing to provide this information if requested.

6.   Attorneys DeLozier and Patterson and mitigation specialist Mr. MacLeod did not ask me any questions about my family background or childhood, or about the family background or childhood of Wendi's father or stepfather. I would have been willing to provide this information if requested.

7.   While the jury was deliberating during the penalty phase, I told Mr. MacLeod that Wendi's cousin had recently attempted to burn down his mother's house and that this cousin had been previously diagnosed with bipolar disorder. In response to this information, Mr. MacLeod expressed surprise that he had forgotten to ask about Wendi's family mental-health history, and told me that I should tell Wendi's appellate counsel that he failed to do so.

8.   Well in advance of trial, I informed Attorneys DeLozier and Patterson that Wendi's biological father was currently imprisoned because he had confessed to sexually assaulting his step-daughter. I told them that Wendi's biological father may have

Page 2 of 4


Initials

sexually abused Wendi as well. I also informed Attorneys DeLozier and Patterson that Wendi's paternal grandfather had a reputation for sexually abusing infants and young children in the family, and that I believed that he may have sexually abused Wendi when she was under the age of three. Attorneys DeLozier and Patterson and mitigation specialist Mr. MacLeod did not request that I provide any additional information about the possibility that Wendi had a history of childhood sexual abuse.

9.      Several other attorneys from the Public Defenders' Office represented Wendi briefly before Attorney Patterson was assigned to her case. One of these attorneys asked me to review the transcripts from Wendi's police interviews for any factual or transcription errors because they did not have the time to complete this task. I reviewed the transcripts as they had requested.

10.     During Wendi's trial, Attorney DeLozier requested that I help him write a legal document or material that was very important for Wendi's defense. I did not feel qualified to even make helpful suggestions, much less actually write the document or material. I did not even understand the legal aspect or purpose of what DeLozier was requesting of me, but I know it was very important for Wendi's defense. I was already on emotional overload by that point during the trial and the pressure I felt as a result of Delozier's request was completely overwhelming. I suggested that DeLozier ask one of my friends, Cindy Schaider, to write the material because she had experience writing requests for grants at her work. Cindy Schaider agreed to write what DeLozier needed.


Initials

From what I understand from Cindy and DeLozier, what Cindy wrote was presented in court.

11.     Before my testimony during the guilt phase of Wendi's trial, Attorneys DeLozier and Patterson told me that I should answer honestly any questions that they or the prosecutor asked. Attorneys DeLozier and Patterson did not do anything else to help me prepare for my testimony beyond telling me this. Attorneys DeLozier and Patterson did not tell me what types of questions I could expect from the prosecutor.

12.     Attorney DeLozier told me that he was fasting during Wendi's trial to improve his ability to hear God's instructions for Wendi's defense and curry God's favor. Attorney DeLozier told me that he was not consuming any food, but was drinking juices, throughout the duration of the trial. Attorney DeLozier appeared to lose a significant amount of weight during Wendi's trial and seemed tired and worn-down.

13.     An attorney who worked in Attorney DeLozier's firm was murdered during Wendi's trial.  After this occurred, Attorney DeLozier appeared sad and withdrawn for the remainder of Wendi's trial.

I have read the foregoing declaration consisting of four (4) pages and thirteen (13) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct. Signed this 29th day of October 2011 at Pinal County, Arizona.

Donna Elizabeth Ochoa

Page 4 of 4

Initials

Exhibit 30

## DRAFT DECLARATION OF DEBLEN OKE

I, Deblen Oke, declare as follows:

1.    I was born Bonita "Bonnie" McGuffee in Colorado on November 9, 1951 to Thelma "Faye" Snell and Kelsey McGuffee. My family moved to Tucson, Arizona when I was four years old. I have four siblings: Leon, who is 4 years older than me, Alice, who is 3 years older than me, Charlotte, who is 2 years older than me, and Debbie, who is 4 years younger than me, and one half-sibling, Wade, who is 14 years younger than me. My biological father was killed in a mining accident when I was eight or nine years old. When I was ten, my mother remarried to Buck Robertson, who is the paternal uncle of Wendi Andriano. My mother and Buck had one child together, Wade. Wendi's father, who we called "Skipper," or "Skip," lived in our house off and on from the time I was ten until I was fourteen or fifteen years old. I changed my name to Deblen when I was 16 years old because of what happened to me as a child. My stepfather, his father, and all of his brothers, including Skipper, his youngest brother, REDACTED time I was ten until I moved out of my mother's house at the age of eighteen.

2.    I spent the first nine years of my life in and out of the hospital with rheumatic fever. I was very shy and withdrawn and was afraid of my own shadow. I can't remember ever feeling safe as a child. I didn't start talking until I was five years old. It was around that time that my little sister, Debbie, started trying to talk. At that time, Debbie would be just a year old or so. I think I started talking so I could talk to her.

Initials

DO

I never talked much to anyone else. She ~~was~~ always been the "older sister," even though she's four years younger than me.

3.    In 1960 my father was killed in a mining accident. About a year later, my mom married Buck. Buck moved into our house with us. He was a truck driver. Right after my mom and Buck got married, they went on the road for six weeks. As soon as they got back.              REDACTED                 I was ten years old. The REDA CTED continued for the next eight years, until I got out of the house.

Berl Boyle                                    Thomas                           Shelby Wayne

4.    Buck had five brothers, Glen, A.V. Bud, Jerry Don and Skip, Wendi's biological father. On a regular basis, one of the brothers or Buck's father stayed at our house. Skipper was a teenager at the time, and he came around quite often. Sometimes both Skipper and his father stayed with us. Skipper was about the same age as my brother Leon, maybe a year younger, so he was three or four years older than me. It was a revolving door, and it seemed like one of the Robertsons was always around. They stayed for three, four, six months at a time. My brother Leon was gone a lot, so sometimes Bud, Skipper or Jerry Don stayed in Leon's room, and sometimes they stayed in the living room. At one point, Buck's father got an apartment about a block away from our house. The Robertsons were always around.

5.    Buck was a monster. He used to call me into his bedroom. He told me to get him some tea or bring him something. When I went back into the room.        REDACTED
REDACTED I often wish I was as smart then as I am now, I would have brought a camera with me and taken a picture so I'd have had the proof. Buck walked around the house naked

Page 2 of 7

DO
Initials

when my mother was at work. He cut the pockets out of his pants to play with himself. There is one occasion in particular that sticks out for me                REDACTED

REDACTED

6.      There were four bedrooms at my mother's house. I shared a room with my sister Debbie. Charlotte and Alice shared another room, and Leon had his own room. It seemed that every night                REDACTED                                Sometimes they          REDACTED          in there.  But I was tiny, so I could be moved, and so          REDACTED          Debbie was in the same room as me and she knew what was happening, but we never shared anything with each other. To this day, we haven't really spoken about it.          REDACTED

REDACTED

REDACTED

7.      Buck was a truck driver so he was on the road a lot. Every time he came home he and my mom fought for a good day about other women my mom suspected him of seeing. There was another woman back East that my mom found about one time. I guess Buck had a whole other life going on back there.

8.      The Robertsons were big drinkers and they were often drunk. They usually drank beer. They went drinking which they called, "Honky-Tonking." In that family, turning fifteen meant you finally got to go Honky-Tonking. When I turned fifteen, I did not want to go, and I was punished for it. The way I felt I was usually punished was that my mom or Buck made me go on a hunting trip with Buck or Jerry Don. The hunting

Page 3 of 7


Initials

trips typically lasted a weekend and            REDACTED                    My mom

pretends like she did not know what was going on, but I don't believe that she did not

know.

9.      When I was thirteen or fourteen years old, my mom and Jerry Don bought

me a package of see-through underwear for Christmas. The underwear had the days of

the week on them, one pair for each day. They thought that was real funny.

10.     When my sister, Charlotte, was about sixteen years old, Buck just about

beat her to death. She was an extremely emotional girl, and she wanted more freedom.

Buck and my mother always said that as long as we were under their roof or until we

were paying rent that we were to do things their way. One day Charlotte slapped some

money down on the table and said something like, "There's my rent." My mom would

tell you that Charlotte hit her first, but I was there and I saw it. My mom slapped

Charlotte and Charlotte hit her back. Buck and my mom both went to town on her. The

fight started in the living room, but Buck drug Charlotte by her hair down the hall and

into the bedroom. Debbie and I hid under the bed crying and saw the whole thing. I was

terrified. I thought Buck might kill her, and I was also scared he would turn it on me and

beat me too. Buck hit ~~Debbie~~ Charlotte DO with his fists to where you could not recognize her face

any longer. When he finally left the room, Charlotte escaped out the window. Her

boyfriend took her to the hospital and someone came by my school the next day to

interview me about it. I think it was a detective of some sort. Charlotte was removed

from the home and sent to live with some other family. My mom has always maintained

Page 4 of 7


Initials

that Charlotte hurt herself climbing out the window. My understanding is that when Charlotte was removed, the judge decided that she needed to be in a "stricter" home, that she was a rebellious kid.

11.    Buck told me and my siblings that he would kill the next one of us to do something like what Charlotte did. I was about fourteen years old when Charlotte left. I used to sneak out to go see her once in a while. Charlotte never recovered from what happened to her. She had a rough adult life. <span>REDACTED</span> big time and she was married five times. She died about five years ago of a heart attack and stroke.

12.    I did my best to lay low in that house, so I was never punished in the same way Charlotte was. I was so afraid of everything. I frequently got grounded for weeks at a time. I could not do anything right in my mom and Buck's eyes. Most of the time, when I got in trouble, it felt like I then had to go somewhere with one of the Robertson's. I had to go on hunting trips with Buck or Jerry Don, or on some other errand. In reality,
REDACTED

13.    Wendi's mother, Donna, was best-friends with my older sister Alice when we were growing up. She reminded me of Goldie Hawn from the Laugh-In days. She was ditzy, funny, outgoing. Everyone loved her. She was at our house a lot. When it was announced that Skip and Donna were getting married, I thought to myself, "Are you kidding me?" To the outside world, they were charmers, the Robertsons. After Skip married Donna, I did not see him anymore.



Initials