14.    In July of 1970, when I was 18 years old, Buck and my mom told me they REDACTED I was very screwed up. REDACTED like Charlotte, and I was down to ninety pounds. I'm 5'4" so I was very skinny. After Buck and my mom told me REDACTED they left for the day to go up to Phoenix. I called my boyfriend and told him I needed to get out of there. I went and stayed with a friend and my boyfriend and I got married three weeks later.

15.    In June of 1977, right after I had my son, I was having a lot of problems. I was having flashbacks and night sweats. I went to a facility in San Jose called "Parents United" for three weeks. My counselor there told me I should confront my mom about REDACTED so I called her and talked to her about it a little on the phone. After our telephone conversation, I went by the house to further speak with my mom, and all she had to say was that it was all just "part of life." I asked her why it had to be that way and she threw me out of the house. I did not talk to my mom or Buck for twenty-nine years.

16.    My brother, Leon, went on fishing trips with the Robertson brothers. He told me that they were always bragging about young girls that they were messing around with. He did not know at the time that REDACTED but we pieced it together in conversations we had later on.

17.    The only consistently good thing about my childhood was my little sister Debbie. After I left the house, Debbie lasted for about a year- until she was about fifteen or sixteen. She got pregnant and moved out of the house. Eventually she moved out of state. We were apart for nine years before I saw her again.

Page 6 of 7

D O
Initials

18.    My first husband turned out to be just as much of a monster as Buck and the rest of the Robertsons. I am on disability and I cannot hold a steady job.

19.    In the early 1990's, Skipper and Bud went to prison for molesting a thirteen-year-old girl. When Bud got out of prison, he was not supposed to be around kids, but my mom let him stay at her house even though she had little kids around.

20.    I never met Wendi, but I heard about what happened, and that she is now on death row. I would do anything I could to help Wendi because I know personally that being a child around Skip and the Robertson's can really affect you in your adult life.

21.    Until now, no one has contacted me about Wendi or the Robertson family. If they had, I would have told them what I have said in this declaration. I would have answered whatever questions were asked of me. If I had been asked to testify on Wendi's behalf and to what I have said in this declaration, I would have done so.

I have read the foregoing declaration consisting of seven (7) pages and twenty-one (21) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this 22 day of ____April____ 2011 at Pima County, Arizona.

Deblen Oke

Initials

Exhibit 31

## DECLARATION OF GIA PALICKI

I, Gia Palicki, declare as follows:

1.      I was born on May 15, 1963, in Chicago, Illinois.  I moved to Arizona in 1997 or 1998.  I have four children: Anthony, Ashley, Abby and Jesse.  I was the nanny for Joe and Wendi Andriano's two children, Nicholas and Ashlee, beginning in the summer or fall of 1999 until the time of Joe's death and Wendi's arrest.  I first met Joe Andriano sometime in the late summer or early fall when he interviewed me about my services as a nanny, and I met Wendi a few weeks later.  I cared for Nicholas and Ashlee almost every day for ~~about a~~ over a year, and developed a close friendship with both Wendi and Joe.  My daughters were like big sisters to Wendi and Joe's kids.

2.      When I met Joe, I was running a daycare service with my friend, Kim Payne.  Joe came to interview us at Kim's house.  It was an in-home daycare service, meaning that we watched other people's kids at our homes.  When I first started watching Nicholas and Ashlee they spent most of the day at Kim's house, where I worked, and then I took them home with me.  Pretty soon after they started at daycare, they became the only two kids I provided nanny services for and they spent the whole day at my house.  Wendi + Joe payed me extra to have them my only kids.

3.      At the time we met, Joe claimed that he had a glass business, where he replaced windows or windshields or something like that.  That was the last I heard about it.  While I was a nanny for Joe and Wendi, Joe never operated a business or worked at a job.  Wendi was always the one working and paying me.  She was generous and also occasionally

Initials

paid me extra just to help me out. Wendi and Joe told me that Joe's job was the kids, and

Wendi's job was work, but really Joe spent his time doing whatever he wanted. Wendi was

responsible for taking care of all the bills as long as Joe made sure that the children were

dropped off for daycare. He loved to go boating, and that's what he spent most of his time

doing. Wendi encouraged that hobby, and she was glad to have me care for her children so

that Joe was free to go have fun. *This arrangement was mutually agreed between Wendi & Joe. This was how their family worked.*

4.     As I said, I met Joe first, and then met Wendi within a few weeks after that.

Because Wendi was working, it worked out better for Joe to pick the kids up. Nicholas and

Ashlee became like part of my family, and my two daughters, Abby and Ashley, loved them.

I became fast, close friends with Wendi and Joe. Over time, I got to know Wendi and Joe's

extended families as well. *I cared greatly for Joe as well as Wendi & especially the kids.*

5.     Wendi's biggest concern after I met her in 1999 and during the time that I

watched her kids was that she wanted Joe to enjoy the time he had left. Wendi came to me

several times, crying, because she did not have enough money to take care of Joe the way

she wanted to. She wanted to provide him with everything he wanted in the little bit of time

he had left. Wendi was always concerned with Joe's comfort and she obsessed about taking

care of him. She went out of her way to make sure he got whatever he wanted. When Joe

was not well enough to go to the lake or go out to have fun, she went out of her way to find

his favorite foods. *One of her greatest fears was that Joe would not be around to have the opportunity to enjoy the malpractice settlement money.*

6.     Wendi and Joe's relationship was such that Joe could do whatever he wanted

as long as he dropped the kids off at the babysitter, which at that time was me. Otherwise,

Initials

he was always boating and having fun. I never heard anything else about the glass business after our initial meeting. He was always at the lake, never working. And Wendi didn't mind. She wanted Joe to enjoy himself and to do what he wanted. She did not care about Joe going boating until his friend was killed in a boating accident, and then she cared only because she was concerned for Joe's safety. *This really scared her.* ~~yet?~~

7.    Wendi was also constantly buying the kids everything they wanted. She went to Toys R Us and bought everything on the list.

8.    Wendi and Joe were very open with me about Joe's illness almost from the start, and as I became close friends with them, they confided things in me. I knew that Joe was trying to obtain a life insurance policy. Both Wendi and Joe talked to me about it. That was really soon after we met, because they told me about looking for life insurance and about a malpractice lawsuit when they first told me that Joe was sick with cancer. One of Joe's biggest concerns was that he might die before he obtained life insurance or the malpractice suit went through. He wanted all of that taken care of before he passed. Joe and Wendi were trying to get a life insurance policy and they told me they were running into difficulties because of Joe's cancer. *Joes concern was that Wendi & the kids would not be financially set after he was gone.*

9.    I was very close to Joe and Wendi for the year that I knew them. We knew each other well enough and trusted each other enough that when Joe's sister, Jana, came in to town, she gave me her kids to watch without ever meeting me.

10.    I did not know that much about Wendi's childhood, just that she was a small-town girl and that she was close to her mom and step-dad. Wendi and Joe told me that they

Initials

met in Casa Grande. Joe was a big, hot cowboy, and Wendi was a naïve young country girl who was swept off her feet. It was a cute story. When Wendi met Joe, he became her life. It was not until she moved up here to the Phoenix area, and started working at San Riva, that she developed a social life of her own, apart from Joe and his friends.

11.     Wendi and Joe had a very structured romantic life and a very strict routine. Every Saturday night, they put the kids to bed, took a bath together with candles and did their thing. It was so regimented and controlled. Wendi told me that she wanted her relationship with Joe to be more affectionate and intimate. She told me that Joe refused to kiss her at all. *"Joe was her best friend" she told me numerous times.*

12.     On one occasion, Joe wanted a particular kind of soup, and Wendi called around to all the different restaurants to find it. She seemed so distressed, almost in a panic. I thought to myself, "just get the guy some canned soup." But Wendi was so intent on making things perfect for Joe. If she wasn't calling around looking for Joe's favorite foods, Wendi ~~cooked~~ *tried to* for him every night. *or they would order out.* During this time, Wendi came over to my house and she cried over two things. She cried because she thought that Joe was not going to be able to enjoy himself in his final days because they did not have any money. And she cried because she wondered how she would go on when he died. She was not prepared to deal with Joe's death. *When he was sick from treatments Wendi took Fridays off so her & Joe could spend the day together, usually at the movies like he wanted.*

13.     I loved Joe very much, but he was very jealous, very controlling, and very obsessed. "Obsessed" is a good word to describe both of them. While Wendi was so afraid of being without Joe, so obsessed with taking the best care of him while he was dying, and

Initials

worried about him leaving her when he passed, Joe was so obsessed with their relationship

and what Wendi was doing day to day, moment to moment. He needed to know where she

was at all times, all hours of the day. If she was five minutes late getting home, he called

around looking for her. If she was five minutes late picking the kids up from my house, he

called me wanting to know where she was. This was not something I noticed right away,

but it definitely started happening within the first six months of our friendship. He would even

come over to see how long it was when she picked up the kids.

14.    Joe wanted his life to be over, and Wendi never wanted Joe to die. He hated

the chemotherapy treatments and he did not want to go. Wendi had to argue with him to

convince him to get treatment. He just wanted his discomfort and suffering to be over with

and he was aggravated about even having to go through it at all. He didn't want to be sick

anymore, and he hated going to chemotherapy and having to fight to get better.

15.    Wendi told me that sometimes Joe got angry. She told me that he grabbed

her and that he broke things. Joe also talked to me about his temper, and they both blamed

it on the medication.

16.    I went boating with Wendi and Joe and Joe's friends one time. Everyone

made fun of Wendi because she couldn't keep up with the drinking and she frequently fell

asleep early. We joked that Wendi fell asleep "by 6:00 pm." Everyone teased her about it.

17.    Joe went boating a lot, and he used nitrous to make the boats go faster than

anything else on the lake. When Joe's friend crashed his boat and died during a race, Wendi

helped put the funeral together – she ordered the food and made the calls. Joe was at the

lake that day, and was supposed to be in that race, but he wasn't feeling well enough. This

I asked Wendi why she didn't go boating more often because
we had so much fun + she told me she did the boating thing
for ten years. She was tired of it. Which was their arrangement
worked.

Initials

really got to Wendi. She wanted Joe to stop boating. It really upset her and freaked her out. She was really worried about Joe's safety but Joe did not take it seriously, even though Joe was the one who saw his friend crash and die. His biggest concern was that Wendi help handle all the funeral arrangements for his friend.

18.     When I met Joe, he was a free spirit, but towards the end he was not that way anymore. His attitude completely changed. Joe changed drastically over the year that I knew him. In the beginning, things were so different. He was all about the kids, having fun, and being happy. As the illness progressed, Wendi became the sole caregiver for the children. She also was the only one working. It got so that Joe was always pissed off, and he was hardly ever at home. Eventually he was almost never around at all and I hardly saw him anymore. *I even started picking the kids up in the morning instead of Joe dropping them off if Wendi couldn't.*

19.     Later, towards the end of Joe's life, Wendi confided in me that she went out and met a guy. She said that she met him at a bar, and she told me that she just liked to kiss, and that the guy kissed her, while Joe did not.

20.     Wendi told me that the guy that she was seeing while married to Joe came to her house one time. He called her from the parking lot outside the house and he wanted to see her. I think it stressed her out a little bit because she was at home with her family. She did not really like that. She told me that if Joe asked her about her relationship with the other man, she would have told him. I know she wanted to talk to him about it and she did not want to lie to him, she just had trouble knowing how to bring it up.

Initials

21.     If it is true that Wendi had an affair, I can understand that.  She was afraid to be alone.  She did not know anyone different than Joe, and towards the end he was not very affectionate with her, which is about all she would have asked for from him.  He was dying, and later on he was always angry even though she was doing everything she could to make his remaining time as comfortable and happy as possible.  She was young, and her relationship with Joe was cold physically.  If she had an affair, it was not because she did not love Joe.

22.     When I heard about Joe's death, I could not believe it.  I knew it had to be a *When I found out there was an incident (I called lately for kids) my first* mistake.  My first opinion of the whole thing, my first thought was, "What the hell did Joe *thought was the Joe hurt Wendi,* ~~strikethrough~~ *when I found out* do that caused Wendi to do this?"  I knew there was some part of the story missing. *Joe was dead - - -*

23.     I recall hearing someone say that the food in the apartment was laced with poison.  I find this shocking.  I ate the food there and Wendi and Joe's kids ate the food there.  I cannot believe that Wendi and Joe would put the kids' lives at risk.  Everything definitely makes more sense to me when I think that Wendi and Joe were in on it together and that Joe took the poison to end his life with Wendi's help.  *My children also ate +* *played there, they would not put my children at state especially abbi who is* *also* *ill.*

24.     Wendi and I wrote to each other a couple of times while she was in jail after Joe's death.  This was before Joe's sister, Jeanea, took custody of Nicholas and Ashlee, and I still thought I was going to be allowed in their lives.  Wendi asked me to please take care of her kids, and she told me that she appreciated that I had written to her and that she wished she could talk to me in detail about everything that had happened, but she couldn't.  I still wish she had called me that night.  Just before Joe's death, my daughter, Abby, had been

Initials

sick.  She was in the hospital leading up to the time of Joe's death, and Wendi did not

communicate with me much in the days before his death because she had told me that she

did not want to trouble me while my daughter was ill.

25.     At the trial, the attorneys were asking Jana about a time when Jana came to

town.  According to Jana, Wendi went out, and did not care what anyone had to say about

it.  She supposedly did not invite Jana or Joe.  I was there at that incident, however, and

Wendi actually did invite Jana out, but Jana did not want to go.  Wendi's attorneys did not

*I was also invited. I think it was for her birthday.*

seem to care much about these kinds of details.  I asked them Jana could just lie in her

testimony and get away with it.  Wendi's attorneys just told me that no one cared, that the

jury didn't care.

26.     I was not prepared when I testified at Wendi's trial and Wendi's trial attorneys

never properly interviewed me.  In fact, at the time I testified I was under the impression

that I was testifying at a custody hearing, not a criminal trial.  I was mostly asked about the

relationships Wendi and Joe had with their children.  If I had been asked about the things I

have said in this declaration then, I would have said what I have said here.  If I had been

asked to testify to what I have said here, I would have done so.

I have read the foregoing declaration consisting of eight (8) pages and twenty-six (26)
paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of
the state of Arizona and the United States of America that it is true and correct.
Signed this _29_ day of __May__ 2011 at Maricopa County, Arizona.

_____
Gia Palicki

Initials

Exhibit 32

## DECLARATION OF SHELBY WAYNE "SKIP" ROBERTSON

I, Shelby "Skip" Wayne Robertson, declare as follows:

1.    I am the biological father of Wendi Andriano.  Most people know me as "Skip."  I last saw Wendi when she was a just a little girl, about five or six years old.  Until I was told in 2009 that she is on death row, I had no knowledge of her whereabouts or what happened to her.  At the time I learned about her conviction and sentence to death, I was in the Arizona State Prison at the Winchester Unit in Tucson, Arizona, serving time for child molestation.  I was devastated by the news.  I could not believe it.  It hurt to the core.

2.    I found it unbelievable that I was never told about Wendi's arrest and charges.  I was not hard to find as I was in prison.  I believe I could have helped and know I would have helped in whatever way was asked of me.

3.    I met Donna Worsham, Wendi's mother, when I was a teenager living with my brother, Burl Boyd "Buck" Robertson, in Tucson, Arizona.  I was thirteen years old and in the 9th grade at Flowing Wells High School.  Donna was younger than me.  She was friends with one of my brother's four stepdaughters, Alice.  I remember that Leon, Buck's stepson, teased Donna because she was so skinny.  We called her "Olive Oyl" and said things like, "Stick your tongue out so we can see you."

4.    I was born on April 11, 1948 in Fort Stockton, Texas on the Red Ink Farm, to Flora Pearl Harrison and Boyd Gravely "BG" Robertson.  I was the youngest of eight

Initials

children born to my parents.  In birth order, my siblings are:  Eva Jane "Janey," born in

about 1928 or 1929; Burl Boyd, "Buck," born in 1932; Glen Franklin, born in 1935; Jerry

Don, born in 1939; AV, born in 1942; Myrna Louise, born in 1943; Tommie Lee "Bud,"

born in 1945; and myself, Shelby Wayne "Skip."  For a time, my sister Janey's daughter,

Susie, lived with us because her stepfather, Roy, was very abusive.

     5.      My family was, and many still are, all country folk.  We are originally from

the area around Pecos County.  We later moved to the area around San Angelo, Texas

when I was about four years old.  When my family stopped farming, many of the men in

my family became truckers, driving big rig tractor-trailers, either locally or all across the

United States.  The little bit of family still back in Texas live in the San Angelo area.

Growing up, I lived in San Angelo until I completed the 5th grade.  By the time I was in

6th grade, we moved to Chandler, Arizona.

     6.      My momma died of a stroke on December 26, 1961 when I was twelve

years old.  I was there with her on Christmas night at about eleven o'clock when she had

the stroke.  She was taken to the hospital and died at about three in the morning.  It was a

hard time for me.  I was booted around a lot and felt very alone for quite a while.  My

oldest brothers and sisters were out of the house by then and it was just me, Tommie and

Myrna at home.  Just before I was to end 8th grade, my dad moved us to Tucson.  We

stayed there for a while and then my dad wanted to go and work for my sister Janey and

her husband, Roy, back in the Chandler area.

Initials

7.      When my dad went back to Chandler, I was sent to live with my oldest brother, Buck. He lived in Tucson, across the street from Flowing Wells High School. By then, Buck had married Faye McGuffee, a widower with four daughters and a son whose husband had died in a mining accident. Faye's children, in birth order, are: Leon, Alice, Charlotte, Bonnie and Debbie. Eventually, Buck had one child with Faye, a boy named Wade.

8.      Just before I went to live with Buck and Faye, Myrna got married and moved out on her own. Myrna had gotten pregnant before she was married and Buck and Faye cared for her baby, Cindy, for several months until Myrna got married and situated back in Texas. Tommie joined the army just before I went to live with Buck and Faye. My mother's death had already been pretty hard for me and then with the last of the siblings closer to my age gone off, it became harder. I felt pretty alone. The time I lived there with Buck, things were hard for me. I was a country boy and Faye and her kids were city folks. While I was happy to be out in the pastures, they wanted to do things like go roller-skating and go to the movies. I shared a room with Leon and it was clear that I was the new kid in the place. I was punished a lot. I felt like favoritism was showed toward the other children. If I forgot to take out the trash, I was grounded for 30 days where as if Leon forgot, he just was reprimanded or corrected. I never really got to know Faye. It was always just, "Yes, Ma'am, No Ma'am." There were no conversations. Even after I was grown and I went by to visit Buck, she never stayed around when I visited but

_S.R._
Initials

went off to her room after I got there. I thought she did not like me but also, if I showed up, most likely I'd have been drinking beer and be there to be drinking with Buck.

9.     After living in the apartment for a while with my dad, I stayed with Buck and Faye and their kids through the 9th grade and then was sent to stay with my sister Janey in Chandler where I started 10th grade. By then, my dad wanted to move back to Tucson. He moved back to Tucson and took me with him during 10th grade. I lived there in Tucson in an apartment with my dad. Things got even worse. I felt alone and things were very dark. My dad worked at a Rexall drug store and left for work at one or two in the morning. By the time I got up for school, there was no one there. When I came home, sometimes he made dinner and sometimes he didn't. We never really spoke. I was brought up that way. Grown ups and kids did not speak to each other much. You only talked if you were talked to and the kids ate last. The grown ups all ate first and us kids had to wait and we got the leftovers from what the grownups didn't finish. Sometimes we had to wait hours, especially if there were aunts and uncles over in which case there would be seven or eight of them eating. We stayed outside and went in when they were done. After I had kids, they always ate first.

10.     In 1963, I was also sent to live with my brother AV and his wife, Betty. They had racehorses and were constantly on the move. I lived with them and we traveled around to South Dakota, Idaho and Colorado. I remember we wintered out on

Initials

a ranch outside Twin Falls, Idaho in 1963. After that, we moved to Colorado where I left and hitchhiked back to Chandler to live with my sister Janey.

11.     Things eventually got so bad, I became depressed and I tried committing suicide. I was about fifteen or sixteen years old. I knew my dad had a lot of pills in the medicine cabinet. By then, all of my brothers were truckers and I knew that they all had pills they took to help them stay awake on the road and to help them sleep when they needed to rest up. I took as many pills as I could find. I woke up in my brother Glen's house in Phoenix. I stayed with my brother Glen and his wife Ophelia and they nursed me back. Ninety percent of the time I am a good ole boy and the rest of the time, I get depressed and things build up.

12.     We never talked about my attempted suicide. In my family, we do not discuss things. That has changed for me since I was arrested and went to prison. Before I went to prison, I was in counseling and then had three years of counseling while I was in prison. I can recall when I was just a little kid, maybe seven years old, hearing my father talking to his brother, my uncle Floyd. He told my uncle that if you go out and kill someone, you have to live with it the rest of your life, that it is your business and your burden to bear, you don't tell anyone. That stuck with me – that whatever I did, it was my business and you just don't tell people about your personal business.

Initials

13.     There have been other times in my life when my depression got really bad. When I am depressed, I don't want to be bothered with anyone and I isolate. Over my life, I have thought about suicide every once in a while.

14.     On a positive note, I was always the best swimmer in the schools I attended. I started swimming in rivers when I was just four or five years old.

15.     Once when we were still living in Texas, I remember that my brother Buck
REDACTED
Back then, we all often slept together and shared beds because there were so many of us. Buck had already been out and married and divorced by then but still back home and stayed from time to time. I was about eight or nine years old. I remember it was me, AV and Buck in the bed.           REDACTED
REDACTED


REDACTED
From then on, I did not sleep next to him. When he was there, I slept on the couch until my daddy left for work around midnight then crawled into bed with my mom, or I slept on the floor.

16.     I first learned about sex after we moved to Chandler, Arizona. I was about ten or eleven years old. I went to an abandoned horse stable where we played and the boy who lived next door to me, who was about the same age as me, was on top of his girl cousin. He told me to try it and I did but nothing happened and I did not like trying to
REDACTED
do it.

Page 6 of 26

Initials

REDACTED

She got me all worked up and excited but we never did do more than kiss. After that, my brothers took me down to Nogales, Mexico and sent me to a prostitute when I was sixteen or seventeen years old. I wound up with gonorrhea.

17.     I got together with Donna when I was nineteen years old. The first time I went out with Donna, our first "official" date, was New Year's, 1968. We went to a party on Speedway Boulevard. I'm pretty sure that Donna was eighteen years old and attending college at the time. I was nineteen years old and I was home from the Marine Corps on a twenty-day leave. When I arrived home, I first went to Phoenix, Arizona, and that was on December 24th, 1967. I stayed in Phoenix for two or three days and then headed down to Tucson, where Buck and Alice and Donna and Faye all lived. By then, Donna had grown up from the skinny girl we used to tease. She was going to college in Stafford, Arizona.

18.     I remember after that first official date with Donna, I came down with the flu and I was sick in bed for a week or two or however long I had left on leave. I stayed at Buck and Faye's house and that whole time Donna nursed me. After my leave was up, I headed back to Camp Pendleton in California. By then, I had finished my tour of duty in Vietnam. After my tour of duty in Vietnam, I had three or four different jobs and ultimately was transferred to a military police job in San Diego, California.

Initials

19.     I was on twenty-seven operations in Vietnam.  I took a ricochet shot in the leg.  I was medivaced to the hospital ship.  But, I returned by the next morning.  I remember that hospital ship—it smelled like death.  I had had enough with all of the dead guys wrapped in ponchos.  After I received the treatment on the hospital ship, I got up, dressed, and I went over to the hospital pad for the first battalion, third Marines to De Nang Headquarters.  I went back with the supplies including sixty mortars.  I left the hospital without checking out.  I just wanted to get back and get away from all the death and dead bodies on the ship.

20.     I had an attitude for a few years after coming back from Vietnam.  It was a difficult time and when we came back from Vietnam, people called us "baby killers."  It was hard and treacherous being in the jungle in Vietnam.  Everything was face-to-face and very close.  The first time that I was out there on an operation and I saw guys getting shot up, I got sick and vomited.  After about five or six months, I was numb.  I had to relate the shooting to hunting an animal, like shooting a deer, because I couldn't handle shooting a human being.  But really, that was like taking an aspirin for a headache—it just covered it up.

21.     When I was in Vietnam, at night, we holed up in dugouts covered with ponchos.  The Vietnamese had satchel charges with pull pins that had a twenty second delay.  So, they could pull the pin and throw it a long way before it detonated.  As we lay there in the night, I thought any little movement or sound was a satchel charge.  I was

Initials

always on alert and very jumpy.  When I first returned from Vietnam, the first few months, especially, were really bad.  I remember laying in bed with Donna in San Clemente and throwing her out of bed, thinking I was under attack.  I had nightmares.  Another time, I woke up to find myself on top of her on the floor.  She had rolled over in bed and threw her arm across my chest and I thought I was being attacked.  Donna also woke me up plenty of times because I was hollering to get down.

22.    If I watch war movies, I have nightmares and I wake up hollering and screaming.  It still happens every once in a while.  I have to be careful what I watch on television.  Even some of the PBS documentaries or just an advertisement can kick me off.  In prison, if someone hit his shower shoes together somewhere and it made that slapping sound, I jumped.

23.    I have learned since going to prison and having counseling that what I experience is post-traumatic stress disorder.  Also related to this is the rush I get after driving in dangerous conditions and making it through.  I can recall driving through the snow and ice, hauling 80,000 pounds and knowing just one wrong tap on the brakes and me or maybe hundreds of people could be killed.  The stress and tension built in my muscles, in my shoulders and neck.  But after coming through it, the high and the rush is like it was when we were ambushed or under attack and afterwards checking to make sure I was not hit and still alive.  I can recall jackknifing in Chicago and thinking, "This is it."  But I came through it and felt that same rush.

*S.R.*
Initials

24.    Donna and I started going out after my visit home when she nursed me back to health and were married in February 1968 in Silver City, New Mexico. I had a three-day pass and there was no wait time there to get married, and that's why we got married there. We took our honeymoon at my brother Jerry Don's house and then moved to San Clemente and then on to San Diego.

25.    Donna and I lived in San Clemente in a one-bedroom bungalow. After that, we moved to San Diego where we lived in an apartment above a dentist's office. I remember we could see Sea World from our apartment window. During this time, I was an MP—Military Police. In San Diego, Donna worked at a beauty salon.

26.    When we got out of the service, in April 1969, Donna and I moved to an apartment in the North end of Phoenix, Arizona. I started driving trucks, delivering paper for an office supply company for about three or four months. I then started working for Showalter, driving coast to coast and into Canada. I worked as a team with my brothers Glen, Jerry and AV. After I had enough experience, I started going out on my own. I went on runs that had me gone two weeks, three weeks, sometimes a month or longer. Donna did not like me being gone working for days at a time. We then moved to a place near where my brother Jerry lived. Jack West, who had a truck stop in Groom, Texas, offered me a job.

27.    Donna never spoke much about her family. Just after we were married, her father Hank and her mother, Ann moved to the state of Washington. Ann returned from

Page 10 of 26

Initials

Washington without Hank.  She said that Hank had left her and they were not together anymore.  I later learned that Hank had another woman in Tucson with whom he had two or three kids all the while he was married to Ann.

28.     When Donna was about six months pregnant, we moved to Groom, Texas. At the time, it seemed to me like she was all for it.  Groom was very small, the population was maybe 500 people.  In Groom, I had a job at the Phillips 66 that put me home every night.  In Groom, I worked six days a week from six in the morning until six in the evening.  It was hard work at the truck stop.  I fixed flat tires for big rigs and dump trucks. Back then, it was all done by hand.  There were hundreds of dump trucks out that way because they were building Interstate 40.  By the time I got to work some mornings, there were eight to ten flats waiting for me.

29.     Sometimes I had a beer or two after work with the boss.  After that, I came home tired.  I ate dinner and then just went to bed.  So although I was not on the road, I also was not around that much because of how much I worked.  I thought we had some good times though, in Texas, when we were together.  We went fishing together.  Once, when Donna was really far along, pregnant with Wendi, we went fishing and ran into a bull.  Donna was very large, very far along in her pregnancy, eight months, maybe more. We went cat fishing.  On the way back, we came over a little bank and the bull was there. I distracted the bull so Donna could climb back out through the barbed wire fence and get away.  We came out unscathed.

Initials

30.     Donna's mom came with us to live with us in Groom. We lived in a two-story house. She had a bedroom up the stairs from the living room/dining room area of the house. Our bedroom was downstairs. Ann was very much to herself. I never knew her to have any friends. When we all lived together in Groom, Texas, she worked in a café there but never made friends with anyone, never did anything or went anywhere. Even after we moved back to Arizona from Texas, I never heard her once say she had an engagement or something to do. Even if we had a family get together, she was always invited but she never came.

31.     I assumed that Donna and Ann were close because Ann was always around. It seemed to me that Donna consulted with her about decisions because she often wanted to speak with her mom before agreeing with me on anything. They were not warm toward each other or physically affectionate.

32.     We only stayed in Groom for about four months. Wendi was still an infant when we returned to Arizona. We moved to Phoenix and shared a house with Ann. I started to go back out on the road again, although I worked driving more locally. However, it seemed like things went downhill. I never saw Donna angry but she never spoke her mind, either. She held things in.

33.     I remember Wendi as a beautiful baby and a good kid until the time I last saw her when she was about six and a half years old. She walked by the time she was a year or less and we took her bottle away when she was a year old. She was completely

toilet trained by fifteen or sixteen months. She jabbered all the time and by two years old she was a pretty good talker. She was a smart kid.

34.     After we were back from Groom for a few months, Ann got her own apartment and we moved into a house out by 32nd Avenue. Donna worked for U.S. Life Title Company. At one point, I went to work for the title company with Donna, trying to please her. I did title searches but it just was not for me. I was not a nine to five guy. I had to be outside, doing something. I quit the title company and went to work for Arizona Western Transport also known as Drake. I was driving for Drake trucking to places in Arizona and Southern California. Donna did go with me a few times and when she did, we left Wendi with my brothers and their wives.

35.     We moved from Phoenix to Tempe when Donna was transferred to the Tempe office of the title company. We lived in a duplex near Broadway and Hammond and that is where Donna started socializing with neighbors that I did not care for.

36.     Until we moved to Tempe, Donna's mom seemed to always be around. When we lived in Tempe, she was not around as much. Wendi went to day care when we lived in Tempe. We spent a lot of time with my dad and my brothers. When we all got together, we had backyard cookouts and did a lot of drinking.

37.     All my brothers and my father were drinkers. My brothers also all took mini bennies and pink hearts to stay awake while driving. My brother Tommie always took a lot of speed when he was driving. The first time I took pills while working on the

Initials

road, I was about twenty-one or twenty-two years old, before Wendi was born. I was driving for Showalter with my brother Glen. We were back East and he got sick with the flu and could not drive and I had to keep the truck going. The first time I bought speed myself, I bought a jar of 100 pink hearts, a type of speed, in Las Cruces, New Mexico, for ten dollars. Later on, when I was working for JL Jarden, the boss gave us 30 mg RJS – yellow jackets, another kind of speed. I recall driving to California and back to Texas without sleeping at all.

38.   By the time Wendi was less than a year old, I was already back out on the road. In the spring of 1971, I arrived in Ohio around six in the evening and had to wait until the next morning to unload. I parked in a lot with a bar and went in and started drinking. I hooked up with some guys from the bar and went out to other bars with them and continued drinking. Later on, they dropped me at a house they said was theirs and told me to go on in because we were going to have something to eat. They told me they would be right in. I went in the house, into the kitchen and helped myself to some food. The next thing I knew, a guy with a baseball bat was coming after me. I remember seeing dollar bills on the table and thinking I had put them there. I grabbed the bills and took off running. I was crazy scared. I flagged down a car, which was a police car and was arrested. I think the guys that took me drinking duped me.

39.   While living in Tempe, in 1972, I took a job drilling wells, which again took me away from home for several days or weeks at a time. Wendi was just about a year and

Initials

half old. Sometimes Donna or Donna and Wendi came and spent the weekend with me in the hotel room where I was staying on the job. I injured my finger while drilling wells and could not work so I decided to use my VA benefits to go to refrigeration school.

40.     I went to RFI refrigeration school with a VA loan for eight months. I worked part time at a Texaco station while I was in school. After I graduated, I worked at one place for a few months and then got a job with Parker refrigeration but found it boring and realized it would take years of working myself up through the union to be able to go out into the field on my own. We were barely getting by on our wages.

41.     I got to know Donna's father, Hank, a bit before Donna and I split up. He worked by court appointment in troubled businesses, where he went in for a period of time to resolve problems the businesses were having. I stayed with him and his wife, Virginia for a while when I was drilling wells. They had a couple of kids there when I stayed with them. I knew that Donna had an older sister but I never met her. It was two different worlds, Donna's family and mine. In my family we all knew where everyone was and what they were doing.

42.     During holidays, we went over to Jerry's house or to one of my family members. I recall one or two Christmases there at the house with Ann. Sometimes I was on the road and not even home for Christmas or other holidays. I stayed away from 4th of July celebrations because of Vietnam. I might watch fireworks from afar but do not go near them because the loud noise is too much for me.

Initials

43.     While I was married to Donna, I bought a fourteen-foot boat with a thirty-five-power horsepower motor.  We took the boat out to Canyon Lake and to Apache Lake to go fishing.  We did a lot of night fishing.  Wendi played in the water and we took her out on the boat.  She was a quick learner and never cried.  She was a good kid and I loved the devil out of her.

44.     Things continued to go downhill between Donna and me.  I was drinking too much and generally dissatisfied.  We had a hard time communicating.  We also were growing apart.  She was going to potluck dinners and socializing with people who I did not like back then.  I did not want to go with her.  Back then I thought of them as hippies and draft dodgers.  Her friends were not allowed in my house.  She held things inside too long like her not liking me being on the road.  She waited until "the fire done burnt the log in two."  I still liked Donna and still talked to her for a while after the divorce.

45.     I was getting itchy, wanted to get out and live life.  Things became routine and I felt like we were eighty years old.  I knew things were not good in our sex life anymore because Donna always seemed like she just wanted to get it over with.  If it was not for Wendi, I would have been gone sooner.  My sister-in-law, Ophelia, Glen's wife, helped me get the divorce going.  Glen and Ophelia had married when I was in high school.  Ophelia and my brother Glen met each other when they were both in prison.  I told Donna I was going to Texas to work.  The next morning, I got a ride to Casa

Initials

Grande where I was picked up by a trucker who took me down to Texas to start driving for JL Jarden Trucking.

46.     I knew that me being on the road all the time was no way to raise a kid. When Donna moved to Casa Grande and asked me to sign my rights away, I did it. By then, I was in Texas hauling cattle. I wish now I would have been around more. At the time, I thought I was doing the right thing.

47.     During the time Donna and I were together, my dad and brothers were often around. Over the years, I have been told about my father and my brothers sexually molesting or abusing children in the family. By the time I heard about it, the time had long since passed that the acts had occurred.

48.     I always thought that my brother Tommie must have had some weird sexual behavior. I also at times thought maybe he was a homosexual. He never did marry. There was something strange about his time in the service. He returned early and no one ever told me why he did not do his full time. I recall seeing strange things, sex toys. I once asked him about it and he said he found them. I did not ask any more questions. There were also times when he would go off and I did not see him for long stretches of time. He may have suffered from depression also.

49.     When Tommie was about fifteen and I was about thirteen years old, he still really did not have any friends. He did not socialize. He spent a lot of time by himself. He built model ships. He built the entire west coast war fleet. We had an old pond in the

Initials

side yard and I remember that after Tommie spent all that time building the ships, he put model glue on them and lit them on fire and watched them sink. He also shot them up with a bb gun. He had strange ways and I thought it was crazy for him to do that. It took him weeks or months to build those models. Our older brothers teased him saying it was sissy stuff and maybe that is why he destroyed them.

50.     Around the time Donna and I were going through our divorce, or maybe just after we divorced, Tommie and I took Wendi on the road in our rig to Texas. In Texas, I bought her jeans and boots. Wendi was a good, lovable kid. We were gone for a few days. I did not think anything of it at the time but Wendi, who was three, maybe four years old, was in the sleeper compartment of the truck, in bed with Tommie. Looking back on it, I would not be surprised if Tommie molested her.

51.     After living in Texas, I moved to Las Vegas, Nevada and married my second wife, Gail Currie, who I had met in Texas. I met Gail on a bet at the Golden Spur, a bar across from a truck stop. It was a gathering place for truckers where we hung out and waited to see if we got called for a run. I was there with my brother Tommie. I was about twenty-six years old. I took a bet that she would go out with me because all the guys said she would not date any of the customers. I won the bet when me and Gail and Tommie and a girl he picked up there all closed the place and finished the night and morning off dancing and honky tonkin' down in Matamoros, Mexico.

Initials

52.    Gail had two children, Joann and Bobby, both of whom took my last name. I stayed in Nevada until the end of 1976.  My brother Buck got a hauling job with Kerley Chemical and asked me to come work with him.  I moved to Sahuarita, Arizona with Gail and her two children.  Gail and I then had a daughter together, Crystal Kaye, who was born on April 22, 1977.  I remember that she looked a lot like Wendi.

53.    After Gail and got together, I picked Wendi up at Donna's house in Casa Grande and took her to a rodeo.  By then, Gail and I and her two children were living in Sahuarita.  We took Wendi for the weekend and she stayed with me and Gail and Joann and Bobby.  I recall waiting outside when I went to pick her up.  When I looked in the house, I saw that the television set was facing the wall.  It was the Magnavox TV that Donna and I had together and was a nice piece of furniture and I thought that it was strange that it was facing the wall.

54.    I last saw Wendi just before my daughter Crystal was born.  I picked Wendi up from her house in Casa Grande and took her out for a visit.  We may have gone for an ice cream.  We only spent an hour or two together.  At that time, the house Wendi lived in looked plain and did not have a welcoming feel.  I was not invited in but could see through the screen.  Donna told me, "I'll let you know the next time you can come by."  I got the feeling not to come around anymore and I never did.

55.    I heard through Buck that Donna and her husband had joined some kind of religious sect.  I grew up Baptist and now I am just a Christian.  I do not believe that the

Initials

Lord belongs to any one group or doctrine. When Donna and I were together, I do not recall Donna or Ann being religious and we did not go to church. I recall that in 1978, when the news broke about Jim Jones and all the people dying, I worried that Donna and Wendi were part of it. However, I think the names of the people who died were published and I looked to make sure Donna and Wendi were not on the list.

56.     While living in California from 1981 through 1985, I had three Driving Under the Influence cases. Gail and I divorced in 1982 and we maintained joint custody of Crystal. Crystal died in a car accident in Seattle when she was 29 years old. She has a daughter, Crystal Rue Ann Robertson who is now living with Gail in Redding, CA. I remained in Bakersfield until July of 1983.

57.                           REDACTED                           I never got the

                                                                REDACTED

details as to which ones, how many or exactly what he did.

                         REDACTED

                                                                My

father was around Theresa when she was about three to five years old. He was around her again when she was a teenager when he was in his 70s. I found out about Theresa when my father came to stay with me in Bakersfield, California. At the time, I was living with my wife Gail and her children, Bobby and Joann and our daughter Crystal. When

                                                                REDACTED

Jerry Don heard that my Dad was coming to stay he told me to watch it.

              REDACTED

                                                   At that time, I did not

Initials

believe it and did not ask more about it. I did, however keep and eye on him during the three or four months he lived with us.

58.     Sometime in the mid to late 1970s, my brother Jerry Don suffered a bout of depression. My brother Glen told me that Jerry was run down, was vitamin deficient and had sores on his body that did not heal.

59.     In July 1983, I loaded up and went to Houston. While in Houston, I worked in construction. I stayed there until 1984 when I went to Phoenix and worked for a few months at Luke Air Force Base. I then returned to Bakersfield later in 1984 and started driving trucks again. By then, Gail and I were friends again and she and her new husband, Bob, and me got together all the time.

60.     In the mid 1980s I heard that my brother AV and his wife, Linda, were getting a divorce. REDACTED                                                     Soon after that, AV became religious and eventually became a deacon in his church. REDACTED

REDACTED

REDACTED

, I told him that it could be him sitting there in prison.

61.     Near the end of 1987, I was loading trucks for Coast Gas. I drove out to Tucson to visit my dad. After that visit, I decided to stay in Arizona. In January 1988, I moved to Arizona and stayed with my sister-in-law, Ophelia. By then, my brother Glen had died. My niece Donna and her husband, Rim, asked me to help them out at their

Initials

company, Empire Fruit. I starting working for them but after a few months, I told them that the drive was too far to make each day. They wanted to keep me so they moved a small trailer onto their place and hooked it up with lights, gas and a phone. Later on, when I was with Crystal, my next wife, they got a bigger trailer and I lived in that with Crystal and her kids. I continued to work for Empire until late 1991. I worked seven days a week loading citrus for Rim's company, Empire Fruit. After that, I started working at Rickets Trucking, the last place I worked before getting arrested.

62.    In 1990, I remarried again, in Las Vegas, Nevada, to Crystal Overpeck, who I had met in the summer of 1989, and stayed married to her until 1998. I was in prison by then and she kept coming to see me, faithfully, every Saturday for five years. After five years in prison, she asked for a divorce, which I did not object to. She had another guy in her life. She said she still wanted to see me after she started the divorce but I took her off my visiting list because I wanted her to get on with her life, with her new relationship.

63.    In 1987, I drove with my brother Tommie for Frymiller. I was feeling alone and isolated. That time, I did not attempt suicide. I just drank a lot to drown my sorrows. The next time my depression got bad like that was when I was working at Empire and married to Crystal in about 1990 or 1991. I had been working seven days a week for ten months straight for Empire Fruit. We lived out in an area with no neighbors in the middle of nowhere. I drank quite a bit then. Crystal was working a lot also and it

Initials

was just me and Julie and James, Crystal's kids. About one year after I married Crystal, I wished I never had but I stayed with her. I think this fed my depression.

64.   I continued to work for Empire and continued to feel isolated and depressed.

REDACTED

REDACTED   I was intoxicated at the time. In the morning, I knew what I had done. REDACTED

REDACTED

65.   By December of 1992, I was arrested.

REDACTED

REDACTED

REDACTED   Tommie had a fifth wheel trailer that he lived in that was parked out there on the property. As soon as I saw the pictures, I told Tommie he had to leave the premises. He left and went to stay with Buck and Faye down in Tucson. A few months later, we were both arrested.

66.   The police detective called me in to meet with him for an interview in Mesa. He told me it was about Tommie. When I arrived, he met me at my car and told me to leave my wallet in there.   REDACTED

REDACTED   I denied it at first but then, after about an hour, I told him everything that had

Initials

REDACTED

happened.

REDACTED   I also signed a plea bargain because otherwise, she would have been put through a trial. I wanted it to end. I knew I did it and I knew it was wrong. I was not thinking about the consequences when I confessed, just that I wanted it all to be over with.

67.     I was arrested in November 1992 and went to prison in 1993 after pleading guilty to molestation charges. During the time I was in prison, I worked the first one or two years as a porter making between twenty-five and thirty cents an hour. I later worked for a private interest, ACI, making minimum wage. I was able to retain fifty cents an hour on my books. I sent the rest of the money out to my daughter Crystal and paid for her college education and I bought her a car.

68.     A strange thing happened in 1997 or 1998 when I was in prison. I was filling out a special visit form for my daughter Crystal but instead of putting Crystal's information down, I filled it in with Wendi's information--her name and date of birth instead of Crystal's.

69.     Before I went to Vietnam, I was a friendly guy and in school had lots of friends. After Vietnam, things changed with me. I became more isolated and felt better if I was off by myself. I learned to hide my emotions to be able to survive over there. I felt like I had to keep my guard up, otherwise, it hurt too much. I could not make friends because I never knew who would be killed. If I allowed myself to take everything in that I

Initials

experienced, I think would have wound up in the psycho ward. The Marine Corps teaches you to be a killing machine. Most of the time, we were shooting off into the jungle but we also came close to people we had to shoot. It was hard to shoot someone and I never got used to it. I think there must be something wrong with someone in the head to be able to just shoot someone.

70. In retrospect, driving trucks allowed me be to be isolated and away and not have to see and deal with things. At the time, I thought I liked it and liked doing what my brothers were doing.

71. Since my incarceration, I have learned a lot, including how to recognize when I am getting depressed and I know to do things to get myself out of it.

72. I believe that someone had to know where I was or that some of my relatives must have known what happened with Wendi and could have told me. If I had been told about her case back then, I would have done anything I could have to reach out and offer assistance in any way I could. I would have gone to my prison counselor to see what I could do to help.

73. The last information I had before now was that Donna and Wendi were on the road, which I learned during a visit with my brother Buck. When Donna asked me to allow her husband to adopt Wendi, and said that she thought that was for the best, I agreed. I never did make any efforts to pursue finding out more about where they were.

_L.R._
Initials

Now, I certainly wish I would have.  If I had known about Wendi's case, maybe I could even have helped pay for her legal costs.

74.    Until now, no one ever came and talked to me about Wendi's case.  If I had been asked to provide the information contained in this declaration, I would have done so.  If I had been asked to testify at Wendi's trial, I would have testified to what I have said in this declaration.

I have read the foregoing declaration consisting of 26 (twenty-six) pages and 74 (seventy-four) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct.  Signed this 22nd day of June 2011 at Los Angles County, California.

Shelby Wayne Robertson

Page 26 of 26

Initials

Exhibit 33

## DECLARATION OF STUART WADE ROBERTSON

I, Stuart Wade Robertson, declare as follows:

1.     I am the paternal first cousin of Wendi Andriano.  Everyone calls me by my middle name, "Wade."  My father, Berle Boyd "Buck" Robertson, is the oldest brother of Wendi's biological father, Shelby "Skip" Robertson.  I was born on August 20, 1966 to Berle Boyd "Buck" Robertson and Thelma "Faye" Robertson in Tucson, Arizona.  I have five half-siblings on my mother's side.  In birth order they are: Leon, Alice, Charlotte, Bonnie, who goes by "Deblen," and Debbie.  All five of my half-siblings have the same father, Kelsey McGuffee.  I'm the youngest among my siblings.  My sister, Alice, and Wendi's mother, Donna, were best friends growing up.

2.     My father, Buck, and Wendi's father, Skip, have six other siblings: Janie, AV, Glen, Myrna, Tommy Lee "Bud" and Jerry Don, for a total of eight siblings in the family.  Buck is the oldest son and Skip is the youngest sibling.  Janie, who was the oldest, passed away before I was born.  Glen passed away about twenty years ago, Bud passed away eight or ten years ago, and AV passed away in late 2009 or early 2010.  My father passed away in 1994.  Myrna and Jerry Don are both still living.

3.     As a child in my parents' household, I was expected to behave.  If I didn't, I got the belt.  I got into trouble occasionally for things most kids get in trouble for.  If I stayed out too late, or if I borrowed the car without permission, for example, I got a beating.  If I was somewhere I wasn't supposed to be, same thing.  I grew up in a very strict household.  I suppose today it would be called abuse, but I think of it as discipline.  I

Initials

knew how to behave. Kids today all run around thinking they're owed something. I didn't grow up that way.

4.      Though I have siblings, I grew up mostly as an only child, because I was so much younger than them. Debbie was the last one to leave the house aside from me, and she left when she was about seventeen, so I would have been five or six years old. My dad was on the road driving trucks most of the time and my mom was working. I was easy to raise and I pretty much raised myself.

5.      I started working when I was twelve years old. I did landscaping and maintenance at a trailer park in the afternoons after school. I had two paper routes and I paid for any extra things that I wanted, that is, anything above and beyond the essentials. I spent the money I earned on toys or models. I didn't depend on my parents for that sort of thing.

6.      I haven't had much contact with the Robertson family since my father's death in 1994. Even when my father was alive, the Robertsons were not a big part of my life. All of the men in the Robertson family were truck drivers, so they were gone a lot. I didn't even see much of my father. He was gone for most of my childhood.

7.      Wendi's father, who we call "Skip," lived with my parents when he was in high school, before I was born. As I understand it, he eventually got into trouble with the law and he had to choose between military service and jail. I don't know exactly what kind of trouble he was in, but I think he was stealing cars and things like that. He enlisted in the Marines in 1966 or 1967, around the time I was born.

Page 2 of 7

_Sul_
Initials

8.     Sometime between 1967 and 1970, Skip married Wendi's mother, Donna. Wendi was born shortly thereafter.  They were only together a few years before they got a divorce.

9.     From 1974 until 1977, after Skip and Donna split, Skip worked with my father at Kerley Chemical, a chemical plant in Sahuarita, Arizona.  His job was to haul caustic soda into the mines.  He lived in a trailer at the plant, and I don't believe that he was allowed to see Wendi at that time.

10.    I recall that Skip drank quite a bit.  This was during the time that he was living with his niece, Susie, in Queen Creek, so I would have been in my early 20s.  When he was sober, he was pleasant to be around.  We went fishing and to the movies and did other fun things.  When he was drunk, however, I didn't like to be around him.  He was a mean drunk.  He wasn't the kind of person who could just have a few beers – he drank to the point of being drunk every time.  When he was drinking, he aggravated people.  I recall that he always managed to find a button to push and kept pushing it.  He threw rocks at me and tried to get me to fight him. This occurred at my parent's house when I was a child, as well as at Skip's house in Queen Creek.  He came down every once in a while to visit.  He just liked to pick at me for some reason, and sometimes I let it annoy me – I let it get the better of me.  I might say something like, "Knock it off, Skip, you're being an asshole," but usually I just tried to ignore him.  He just kept at it though, and nothing I did made him leave me alone.

Initials

11.    From what I've heard, all of the Robertson men were aggressive drunks. I recall hearing stories. They liked to drink and they liked to fight.

12.    I remember firsthand that my father liked to drink as well. He didn't drink at home. He always went out to the bars, and sometimes he came home really trashed. I don't remember him drinking that frequently, but there were a couple times where he went on a binge. I remember that when I was sixteen or seventeen, my father rode my horse to the bar. It made me angry. I went to the bar and pulled him out with every intention of having it out with him on the street. It made me angry because my mother worked so hard, and my father went out and got drunk. My mother was a meat-wrapper at Safeway for more than twenty years. As far as I know, my father stopped drinking after that incident.

13.    My father developed melanoma around 1989. He battled cancer for about five years. He was in a lot of pain, but he wasn't telling anybody. He finally went into the hospital on a Wednesday in 1994, and he died that Friday. He wanted a high quality of life, even if that meant it wouldn't be a very long one.

14.    While my father was sick, my uncle, Jerry Don, came around quite a bit. We went to the lakes with him to go fishing. After my dad passed, however, we lost contact. He did the eulogy at my father's funeral, but I don't think I've seen him since then. He called when Tommy died, to let us know.

15.    Skip went to prison in 1993, before my father died, for molesting REDACTED
REDACTED
At that time, he was living in Queen Creek

Initials

and working for his niece, Susie, at Empire Fruit. Susie is the daughter of either Myrna or Janie, I'm not sure which. I was never close with either of them, and, outside of my uncles, I didn't know the Robertsons well. The whole family was pretty shocked by Skip's crime, but there was no telling what he would do when he was drinking, so I wasn't that surprised.

16.     I know that Skip got out of prison recently. My mother told me that my sister, Deblen, had a fit over it. I'm not sure why it upset her so much. She's a different character altogether – a bit strange.

17.     I met Skip's step-daughter once. She seemed kind of different. She was slow and attention-starved. I think at the time I met her she was about twelve or thirteen years old but she acted like she was eight or nine. She was very clingy. She was perpetually holding onto someone's arm or leaning on someone. Skip's wife at the time, Crystal, the mother of the little girl, was a nice lady, but kind of dingy and naïve. I know that there was also a little boy who was Crystal's son, but I don't remember his name.

18.     I recall that on one occasion we were at the lake. I remember Crystal asked, "How do you get in and out of the boat?" And I thought to myself, "What do you mean? You just step off the damn thing." She just wasn't too bright.

19.     Tommy got in trouble at the same time as Skip, REDACTED
REDACTED    I was pretty close with Tommy and, after my dad passed away, I was the only one who continued to visit him in prison. When Tommy got out, I took him to Phoenix so he could set up his parole. This was in the late 1990s. He couldn't stay with us due to

Initials

stipulations in his parole. I had kids that were the same age as the girl he abused. I was not overly concerned that something would happen, but he wasn't allowed to stay with us nevertheless. He went to work for Ricketts Trucking when he got out of prison. He lived in a motor home parked in the truck yard until he died in 2001 or 2002.

20.     I have been around trucks my whole life. When I was a child, I spent summers on the truck with my father, driving around the country. It wasn't that exciting, you don't see much out the window of a truck, but I could drive a truck before I could drive a car. In high school, I studied mechanics and after high school I worked as a mechanic for several years. Now I work as the maintenance supervisor for Saguaro Environmental Services, a waste management facility in Tucson, Arizona.

21.     I don't know much about Wendi's childhood, or her parents, Donna and Alejo. I know that Donna was close to my sister Alice and that they grew up together. When I was very young, Donna lived in the house behind ours, but I don't remember anything about her from that time. I know her, but not well. I also met Alejo a few years ago through my sister, Alice. Alejo seemed like a nice guy.

22.     I enlisted in the Marine Corps in October of 1986. I was stationed at the Marine Corps Recruitment Depot in San Diego, California. I had previously had surgery on my knee, and the injury caused me problems in the military. I was only in for a couple of months and due to my injury, I was discharged.

23.     My grandfather, Boyd Gravely Robertson, stayed with us from June of 1983 to December of 1986. In December of 1986, he went to stay with my uncle, Jerry

Initials

Don, in California. He came back not long after that, and stayed with us until he died. He was set in his ways and he had problems with Jerry Don's wife. My grandfather was a difficult person. When you took him grocery shopping, he read every label. Everything you bought had too much of this, or too much of that. He insisted on having brand-name things; he wouldn't settle for the generic equivalent. He also only wanted to eat TV dinners. We found ways around it. I recall that we bought food and cooked it and put it in the TV dinner trays. We also bought generic painkillers and put them in an Advil or Tylenol bottle. He was set in his ways and did not like Jerry Don's wife, so he wound up coming back to stay with us. He passed away in 1987. He was eighty years old when he died.

24.     No one in connection with Wendi's case ever contacted me before now. If they had, I would have told them what I have said in this declaration or provided whatever information was asked of me. If I had been asked to testify on Wendi's behalf, I would have done so.

I have read the foregoing declaration consisting of seven (7) pages and twenty-four (24) paragraphs and it has been read to me. I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct. Signed this 22 day of October 2010 at Pima County, Arizona.

Stuart Wade Roberston

Initials

# Exhibit 34

## DECLARATION OF CYNTHIA DENISE SCHAIDER

I, Cynthia Denise Schaider, declare as follows:

1.    Everyone calls me "Cindy." I was born "Cynthia Denise McCann" on July 6, 1957 in Phoenix, Arizona. I have lived in Casa Grande, Arizona since January of 1980. I married my husband, Stephen "Steve" Schaider, in November of 1980, after we moved together to Casa Grande. I do not have any biological children of my own, but I have one stepdaughter, Bree Schaider, who was born on December 31, 1974. I have an Associate's degree in criminal justice, and a Bachelor's degree in public administration. I am the executive director of "CGA, Inc," a non-profit organization devoted to drug abuse prevention. I have known Wendi Andriano since she was nine years old. Though I have no training as an attorney and no work history in a law office or in any legal capacity, I wrote significant portions of the opening and closing arguments for the penalty phase of Wendi's trial.

2.    I met Wendi Andriano, and her parents, Donna and Alejo Ochoa, through our church in Casa Grande, Arizona in 1980. At that time, Wendi was a child and was called by her maiden name, "Wendi Ochoa." Later, our daughter, Bree, also attended school with Wendi at the Christian school on the church grounds. We got to know Wendi over the years. I saw her regularly at church and at the Christian school that was attached to the church. When she was a teenager, I let her do some work around my house to earn some extra money, and she also babysat for my stepdaughter, Bree.


Initials

3.      Wendi's parents, Donna and Alejo, had nothing, meaning they were always very poor.  They told me that before I knew them, they were part of a street ministry in Northern California.  They followed another strong-willed, "turn or burn" pastor there. It was a different time; the Jesus-freak movement was in full swing.  It consisted of born-again hippies who traveled around spreading "Jesus power."  This was in the mid-1970s. Donna and Alejo told me that while they were in the ministry, Wendi panhandled for them.  They lived out of a bus and walked the streets preaching and handing out tracts.

4.      When we began going to the church in 1980, Donna and Alejo lived in a rental house on the south side of the tracks in Casa Grande.  It was a low-income area. Later, Donna, Alejo and Wendi moved to a house in another housing project called "Hopi Hills," or "Indian Hills," or something like that.  The development was built specifically for copper miners.  The mine was a major employer in the area, and it closed and re-opened several times.  It closed for good around 1993, when the price of copper plummeted.  The soil in the housing development was very sandy, and the construction crew didn't build the footers deep enough.  The foundations of all the houses cracked and they were boarded up.

5.      My husband and I began attending 91st Psalm Ministries in July or August of 1980.  Wendi's family also attended the church, and her father, Alejo, was the youth pastor there.  The head pastor at that time was a man named Calvin "Cal" Lorts.  There was also a private school for kids on the church grounds called "91st Psalm Christian School."  A few years later in about 1983, Cal Lorts left 91st Psalm and the leadership of

Page 2 of 17


Initials

the church and school was passed on to Tom King.  The church was renamed "Harvest Family Church," and the school was renamed "Harvest Christian Academy."

6.   Wendi's father, Alejo, was a recovering drug addict.  The first words that come to mind when I think of Alejo are "drug burn-out," but that may be because I'm in the drug treatment business.  Alejo was unpredictable and temperamental.  As youth pastor, he could be silly, irreverent and playful with the children and they enjoyed him at times because, in many respects, he was a big kid himself.  He was goofy.  On the other hand, he created loose and unsteady boundaries with them.  Some days the children could get away with almost anything.  The next day, however, the same behavior wasn't permissible and was punished.  He used his authority at school to bully the children.  If they did something to make him angry, he made sure that they were humiliated.  He was so harsh on them.  Alejo sometimes let the children blow off steam during Children's Church on Wednesday nights.  They were permitted to be loud and rambunctious.  After getting them all wound up, however, Alejo scolded them.  He had the unreasonable expectation that the children would calm down at the drop of a hat.  It was confusing to the children and it hurt them.

7.   Alejo also liked photography.  When Wendi was fifteen or sixteen, Alejo took a series of photographs using Wendi as a model.  He showed me the photographs.  They were a part of his portfolio, examples of "modeling shots."  In the pictures, Wendi was dressed in lingerie, a white teddy, and posing in the desert.  I always took issue with that.  I felt that it was very inappropriate for a stepfather to take his beautiful, curvy step-

Page 3 of 17


Initials

daughter out into the desert in her underwear and take sexy photographs of her.  It was unseemly to me, but it was not my place to comment on the behavior of one of the pastors.

8.      Wendi grew up in a male-dominated environment.  Tom King frequently preached that a woman's place was in submission to her husband.  He often said that women should quit their jobs and stay at home.  He was sexist.  There were certain roles that men and women were expected to fulfill, and this was embedded in the culture of the church.  According to Tom, if a girl wore a bathing suit and a boy got aroused it was the girl's fault.

9.      As parents, we were encouraged by the pastor to use corporal punishment on our children.  This was presented as the Biblical way to raise children.  Wendi had a domineering daddy and grew up in a church with a domineering pastor.

10.      My family attended 91st Psalm and Harvest Family Church from 1980 until 2001.  We were dedicated churchgoers and we attended nearly every service for more than twenty years.  There were three services per week, two on Sundays and one on Wednesdays.  There were also three-day "special weekends" when a guest speaker came to the church.  We attended nearly every one of those.  We volunteered on workdays and helped with construction projects.  Steve and I were core members of the church, along with about ten other families, meaning that we attended nearly every service and we were almost always there on workdays.

Initials

11.    Cal Lorts, the original pastor who oversaw 91st Psalm from before we arrived until about 1983, was a very charismatic individual. Everyone in the church liked him. Cal had visions of becoming a great and powerful TV preacher in Phoenix. He said that God told him he must go into the television ministry. He left to establish an associated church, the 91st Psalm in Phoenix, Arizona. It was painful for the congregation when Cal left and many of the key members of the church went with him. I was very sorry to see Cal go.

12.    Prior to Cal's departure, Tom was already teaching the adult Sunday school. There were thirty or forty people on average who attended his classes. Occasionally, Tom also preached at the main services. Just before Cal left the church, there were about one hundred and fifty people with the church. Church services were held in the sanctuary, and there was not enough room for that number of people, so we had two services every Sunday to accommodate them all. Many of the church members just came to the church services, and were not involved in the weekday school in any way. When Cal left, there were dramatic changes. I remember people saying that all the good people left with Cal.

13.    Tom King was not as charismatic as Cal. Their preaching styles were very different. Tom saw himself as a teacher, not a preacher, and these are two different gifts according to the Word, meaning the Word of God in the Bible. Tom was a country boy, a preach-in-your-jeans kind of guy. He was very lowbrow. He prided himself on being a common man and often used words like "ain't." Over time, Tom King became more

Page 5 of 17


Initials

rigid and oppressive, almost tyrannical. He did not preserve the sanctity of the pulpit. When speaking as our pastor, he brought in his own opinions. It became a "bully pulpit" that he used to control the lives of church members. He tried to put the weight of God behind anything he said, even when it was obviously his own opinion. Wendi's adoptive brother, Brandon, dyed his hair orange when he was twelve or thirteen years old. Tom didn't like it, so he told the congregation on Sunday, speaking publicly as our pastor while delivering a sermon, that Brandon had dyed his hair and that he looked like a faggot. He instructed us to make fun of Brandon. Tom King was extremely homophobic and considered it a very big sin to engage in homosexual behavior. Tom King harangued the children of the congregation about this. Two boys could simply be wrestling each other, or even just standing close to each other, and Tom King approached them and called them "faggots."

14.    Tom King was also a recovering alcoholic. He got sober, but from the perspective of a treatment professional, he never got healthy. His addiction to alcohol was replaced by an addiction to Jesus. Tom was also socially inept and did or said whatever came to his mind. There was not any social filter in his brain. He was often rude, blunt, coarse, uncouth. He was flippant in his responses and he made jokes when jokes were not appropriate; he was irreverent in circumstances where he should have been reverent. A good word to describe Tom King is "adolescent."

15.    Tom King used ridicule, humiliation, strong statements, and the fear of God to influence his congregation. Sometimes, his messages were more subtle. He said

Page 6 of 17


Initials

things like, "I turn my television off because I don't like what it says – you might do the same." Tom King actually turned his television to face the wall. Tom also preached that if you were a Christian, you had to be a Republican, and he expected the entire congregation to be Republican. He told us from the pulpit how to vote in public elections. There were voting materials in the church – propaganda for certain candidates on the sideboard in the entryway.

16.     The kids liked Tom more than the adults did, I think. Tom was really another big kid himself. Tom was very similar to Alejo in that, when he scolded the children, he did so harshly and unexpectedly. He was disrespectful towards the children.

17.     Church members socialized with each other to the exclusion of almost everyone else. We were encouraged to do so with the backup of scripture. Tom said things like, "You're either with me or you're against me." He said "Be not unequally yoked with unbelievers." The implication was that we shouldn't be tightly linked to people outside our church culture. Tom's versions of what scriptures meant were usually intended to control us. Tom referred to other Christians as "nominal Christians," meaning those Christians who did not pray in tongues, who did not operate in the gifts, and who were denominational, like Methodists, Baptists, Presbyterians, and others.

18.     The differences between this Christian cult led by Cal Lorts and Tom King, and a denominational church, are vast. 91st Psalm and Harvest were established out of a born-again-Christian-revival movement, wherein the Bible was taken literally. We truly

Initials

believed that if we laid our hands on the sick and prayed they would recover. This included fatal illnesses like cancer. We called it "operating in the gifts."

19.     Tom King's wife, Patricia King, had a sister who attended the church named Cyndee Justus. Cyndee was married to a man named Steve Justus, and they had a daughter named Shiloh. Steve Justus worked for a man named Dick Herdegen, who owned a well-drilling business and who was involved in the church.        REDACTED

REDACTED

REDACTED

Dick swore that it was all a lie and he continued coming to church at Harvest, which Tom allowed him to do. Cyndee and Steve went to the police and there was an investigation. I was working at the jail at the time, and because the detectives knew me, they came and interviewed me. The evidence was not substantial enough to move forward with prosecuting the case.

20.     As a teenager, Shiloh Justus developed an addiction to methamphetamine. She got married on the sly against her mother's wishes when she was sixteen years old. She moved to New Hampshire where she lived with her husband, Daniel Demers, in a trailer. He was a meth addict, and she got involved in that lifestyle and also became addicted.

21.     My stepdaughter, Bree, attended school at Harvest from 1984 to about 1990. At the time, I honestly believed we were doing the right thing and that she was getting a good education. Steve and I were brainwashed. We were taught that if we


Initials

loved our children, we were to keep them segregated from other children and people who weren't part of the church.

22.     My daughter, Bree, is still traumatized from her experiences.  She is not walking with Jesus.  I regret having put her through the trauma she suffered at Harvest School and Church, and having punished and swatted her so harshly while she was growing up.  Recently, my husband and I had to give her permission to leave her husband.  She had it in her head that she had to stay married, because of what she learned at the church.  She is distant from us.  She has bad feelings about us that are wrapped up in the church.

23.     The curriculum used at Harvest and at 91st Psalm was called "Accelerated Christian Education" ("ACE").  The children were almost entirely self-taught, working out of workbooks called PACES.  There weren't really teachers, but volunteer parents, called "monitors" who kept order in the classrooms and answered questions as they came up.  The children sat in cubicles around the perimeter of the room with dividers between each student.  They could not see or interact with the other students.  They worked silently.  If they had a question, they placed a small flag in a hole in the wall above their desk and waited for the monitor to come to them.

24.     During school hours, there was something called a "six inch rule."  The children were not allowed to touch each other, and they had to keep six inches of distance between them.  During some of their breaks, they walked around the school in a line, in a

Initials

big circle. They did not interact, and they were not permitted to talk to each other. On other breaks, and during recess or lunch, they were permitted to interact.

25.     Discipline at that school centered around scolding, humiliation, corporal punishment, extreme work punishment, and social isolation. One time a student, Seth Galyon, the son of my best friend Linda, was placed in a chair in a room by himself and told not to move a muscle. He was made to sit that way for a long time. I was witness to at least five minutes of it. Seth                                    REDACTED

He was a kinesthetic learner, meaning that he needed to move in order to think. Due to the lack of training in any of the staff at that school, he was misunderstood and mistreated.

26.     On one occasion, I called Child Protective Services about a situation at the school. There was a teenage girl at the school, Frances Archuleta, who was caught kissing a teenage boy, JJ Arp. Frances was the daughter of the church secretary, Lola Archuleta. Frances and JJ were about fifteen years old at the time. Tom King and Frances' mother, Lola, had her pulled out of school for one month, and all day for the entire month she had to hoe weeds in the hot sun. It was April or May when this occurred, so it was very hot outside. I felt that this was an inappropriate and unsafe punishment. I called CPS, told them what the situation was, and asked if that was child abuse. CPS sent someone out to talk to Lola and Tom about it. They told Tom King that he couldn't do things like that. They told him that he couldn't punish kids in that way and that they needed to be in school. In his next sermon, Tom King said something like, "Some gutless wonder


Initials

called the state and told on us." This was a pretty clear message that we were not allowed to talk about things "outside the family," meaning the church congregation.

27.     Adults at Harvest School sometimes used corporal punishment, what we called "swatting." Children received corporal punishment in response to most infractions of the rules. Lying, cheating, talking out of turn, being a smart-mouth – all of these things were punishable by swatting. The punishment was always administered by an adult at the school, usually Tom or Pat King. The children were hit with a board or "paddle," with careful effort to stay within the "legal limitations." The official procedure was that children were taken into the nursery with an adult to witness, and an adult to swat. After the swats were delivered, the adults prayed with the child, and then the child was sent back to class. The child was sent home with a "correction paper," illustrating the punishment the child received and why. I didn't realize how pervasive the concept of swatting was until I was at a baby shower with twenty-five women from the church. We each had a piece of paper to write down advice for the soon to be mother. Almost every one of those pieces of paper made reference to the importance of "using the rod."

28.     In addition to the swats that were delivered at the school, we were encouraged by Tom to swat our children in our homes when they were "rebellious." He backed it up with scripture, such as, "Foolishness is born in the heart of a child and the rod of correction will drive it far from him."

29.     Wendi was a young girl growing up in this church-and-school environment. She went to school every day where a man named Tom told her how to think, what to



Initials

eat, what to wear, and where she faced punishment by scolding, humiliation, corporal punishment, and isolation.

30.    We lived in a church culture where we were expected to obey. At the church, we were taught that bad things would befall us if we didn't "toe the line." As a result, no one discussed the negative aspects of their lives. It kept us isolated from one another. It is interesting because as a member of the church, I did develop a sense of family, but I came to the realization that it was a false sense since none of us really knew each other. We were all so wrapped up in our church existence, with the result that everyone ran around pretending life was wonderful. Many people who attended that church lived a double life.

31.    In this Christian cult that we were all so enmeshed in, we were taught not to say anything bad about anyone, especially the pastors. We were expected to keep the negative parts of our lives to ourselves. We were taught that if we did speak badly of the Pastors, the "wrath of God" would come upon us. The accompanying scripture was "touch not God's anointed," meaning, do not speak badly about Tom King or the other church leaders.

32.    To this day I feel fear when I talk with non-members about the things that went on in the church. I fear that I have betrayed a confidence and am at risk of negative spiritual consequences. It is so deeply ingrained in me that, even though I no longer attend church there or subscribe to that way of thinking, I feel guilty when I speak badly of it.

Initials

33.   The negative things that went on at the church and amongst and between its members were never discussed; many individuals didn't even know some of the things that went on. For example, many of us were unaware that a girl at the school was being molested by her father. That girl was molested by her father for eleven years. She never told anyone and when I asked her why, she said that it wouldn't have mattered because children were seen and not heard.

34.   When Wendi was a teenager, about seventeen or eighteen, she started taking classes at Central Arizona College (CAC) and made some friends outside the church. When she graduated, she worked as a monitor for a short time, but then got a job managing the Courtyard Apartments in Casa Grande.  She still attended church at Harvest, but I didn't see as much of her. In 1992, she met Joe and married him a couple years later. I never got to know him that well because he was not that involved in church activities.

35.   When Joe got sick, Joe and Wendi went to Colorado Springs for a few months to seek medical treatment for Joe. It was an alternative medicine kind of thing. While they were in Colorado Springs, they attended a charismatic church. It was interdenominational, the "Focus on the Family" ministry. It was a tongue-talking, charismatic church. Joe came back on fire for God.  He wasn't working, so he started coming to the church.

36.   When Wendi and Joe moved up to Ahwatukee, I lost contact with them. I was very shocked by Joe's death and Wendi's subsequent arrest. Because I thought of

Page 13 of 17


Initials

other church members as my family, and because a good Christian must always help family, I was supportive of Donna and Alejo. Donna gave Steve and I periodic updates about the status of Wendi's case.

37.   Just before the trial began, Donna asked me to help her with some things related to Wendi's case. She told me that Wendi's attorney, David DeLozier, did not have time to listen to all of the tapes from the initial investigation and asked me if I would help. I listened to the tapes of police interviews and compared them to the transcripts to check for discrepancies. I received the tapes from Donna, who received them from Wendi's attorneys. Donna reviewed a lot of stuff for the attorneys. She spent a lot of time with David.

38.   When the trial began, my husband, Steve, was retired, so he had a lot of time on his hands. I was self-employed at the time, so I also had some free time. Steve attended more of the trial than I did, but we both tried to be there as frequently as we could. I did what I could to help as a volunteer with Wendi's defense during the trial, including giving advice and feedback and providing drafts of the opening and closing arguments for the penalty phase. I also provided David and Dan with a document that they ended up using in trial. It was a "domestic violence wheel," which illustrated the cycle of violence in abusive households.

39.   The mitigation specialist, Scott McLeod, was present at the courthouse on the first day of trial. He had never come to talk to us prior to Wendi's trial, but when he saw us there on the first day, he pulled us aside to talk to us about testifying on her behalf.

Page 14 of 17


Initials

We believed that our relationship with her had been too distant, and that we could not have helped as witnesses. During the trial, Wendi's history in the church came up. I approached Scott after a day in court and told him that I didn't think that the jury understood what it was like. He seemed irritated with me, and asked me what difference that would make, or what good it would do.

40.   I was troubled by David's performance in court. At one point I said to Dan, "He's doing a horrible job, why don't you take over?" Dan told me that there was a requirement on death penalty cases that you have two attorneys and that there had to be an equal sharing of the workload. I don't know exactly how Wendi found David, but as I understand it, he was a Christian man with shared values, and Wendi trusted him. He had absolutely no courtroom presence – he was constantly looking down at his notes and reading, without making eye contact with anyone. He seemed so worried and passive. It was as if he was constantly thinking, "How can I say this next thing so he won't object." David had no courtroom skill, agility, presentation ability, or charisma. He could hardly present his case. He was completely outmaneuvered by the prosecutor, Juan Martinez.

41.   At some point during Wendi's trial, I said to David DeLozier's wife that it seemed that David had not handled cases like that before. She responded with something like, "Oh, he does it all the time." This surprised me, because to me he seemed uncomfortable and lost, which made me wonder if he was qualified or had experience with death-penalty cases. He did not seem to be functioning on all cylinders. He was not quick; he was not with it. He seemed in way over his head.



Initials

42.     David DeLozier also fasted during Wendi's trial.  He did this because of his Christian faith – Christians believe that fasting and praying helps you find clarity.  He lost about forty pounds over the course of his fast during that part of the trial and he wasn't that large of a man to begin with.  It got to the point that his suits didn't fit him anymore; they just kind of hung off of him.  There were also one or two days when he wasn't there due to some illness, maybe because he was too sick or weak from fasting.  He was completely stressed out.

43.     Dan Patterson "debriefed" with Donna, Alejo, my husband Steve, and I every day after trial.  We always met in the courtroom or the hallway outside.  Dan asked us what our impressions of the day's proceedings were and what points he had made well.  He used us as "the everyman," and bounced ideas off of us.  He was exhausted from all his other cases and responsibilities, but even so I was generally impressed by his performance, at least at first.  As the trial wore on, it seemed that Dan got discouraged.  At one point he told me that it was a difficult case to win.  Dan and David were hanging a lot of hope on the domestic violence expert, and that didn't pan out the way they hoped it would.

44.     With help from my husband, Steve, I wrote drafts of the defense's opening and closing arguments for the penalty phase of Wendi's trial.  Wendi's attorney, David DeLozier, approached me and my husband, Steve, in the hallway after court.  He said that he needed help, that he was having trouble knowing what to say.  I didn't have much time to write either one of them.  I spent a couple of hours working on the closing


Initials

argument the evening before David had to use it, and then emailed it to him.  It was very affirming for me to get to do that, but it is an example of how inadequate David was.  In court the next day, he read it like a grocery list.  There was no passion or emphasis.  He didn't use what I wrote exactly word for word, but it was pretty close.

45.    Tom King made one appearance at Wendi's trial, the day that Alejo testified.  He came late, and he sat with Pastor Chuck Harrell, who was a church member.  While Wendi's dad, Alejo was on the stand, at a trial that was very serious for Wendi and her family, Tom made faces at Alejo and acted goofy while Alejo testified.  At one point, Alejo laughed, which came across as very inappropriate.  After his testimony, I commented to Alejo that I found Tom King's behavior inappropriate.  Alejo said that he was glad that Tom was there because Tom helped him relax.

I have read the foregoing declaration consisting of seventeen (17) pages and forty-five (45) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct.  Signed this _19_ day of _May___ 2011 at Pinal County, Arizona.

_Cynthia Schaider_
Cynthia Schaider

# Exhibit 35

## DECLARATION OF STEPHEN SCHAIDER

I, Stephen Schaider, declare as follows:

1.     I was born on March 8, 1947 in Cleveland, Ohio.  Everyone calls me "Steve."  I have one daughter, Bree Therese Schaider, with my former wife Christina Foster.  Bree was born on December 31, 1974.  I have been married to my second wife, Cynthia Denise Schaider, since November of 1980.

2.     I met Donna, Alejo, and Wendi Ochoa, now Wendi Andriano, through our church in Casa Grande, Arizona.  This was in 1980 after my wife, Cindy, and I moved to Casa Grande. Wendi was about nine years old when I met her.

3.     The church we began attending in Casa Grande was called "91st Psalm," *MINISTRIES* and the head pastor was a man named "Calvin Lorts."  A few years later the church was taken over by Tom King and was renamed "Harvest Family Church."

4.     We attended that church for about twenty-one years.  When we finally did leave, it was because we could not sit under the pastor, Tom King, anymore.  He was a very controlling individual, and we were tired of being told what to think and what was important. According to Tom King, if you did not interpret the Bible his way, you were mistaken.  He was very letter-of-the-law, a my-way-or-the-highway kind of person. According to him, everything was black or white, and I am of the opinion that there's more gray in the world.  Tom King could be very charismatic but he was also very domineering and controlling.  On the other hand, he could be a very good friend, and if you needed something and he could provide it for you, he would.

Page 1 of 11



Initials

5.   I think that the original pastor, Cal Lorts, had "the calling."  He was a showman and a good preacher.  Tom, on the other hand, had to manufacture it – he really had to work at it.  One-on-one, Tom was great, but he didn't connect with an audience the way that Cal did.

6.   I do not know much about Wendi's childhood before I met her.  I remember that Donna told me that Wendi panhandled as a child before I knew them, when her family was on the road with the traveling ministry.  She said that no one could resist a cute little girl asking for money.

7.   Wendi's father, Alejo, was the youth pastor at the church and school.  He helped Cal Lorts get 91st Psalm Ministries off the ground.  Alejo was a recovered drug addict, and his family owned a tortilla factory.  I believe that Alejo worked at the tortilla *& RESTARUNT ⑦* factory until they closed it down.  I was never that close with Alejo, though we did attend the same social events and I interacted with him on a regular basis.  I do not remember how I heard about Alejo's prior drug addiction, but I believe I pieced that together over time based on things people said.  To my knowledge, Alejo was clean when I met him.  I lost contact with him over the last few years, but there are no hard feelings.  I never had any troubles with him.

8.   My daughter, Bree, lived with her mother until about 1984 or 1985, when she was nine or ten years old.  At that time, she came to live with myself and my second wife, Cindy.  We enrolled her in school at the Christian academy run by Harvest Family Church, where Wendi also attended school.  It was an ACE school, meaning it followed a



Initials

Christian curriculum called "Accelerated Christian Education."  The education was based on individual, personal achievement.  Each child sat in a cubicle and was not allowed to interact with the children next to them.  They progressed at their own speed and there were no teachers, just monitors.  The monitors were not trained in any way – they were there to keep order in the classroom, and they were available to answer questions if they came up.  In retrospect, it was not fair to the kids.  The education was not complete because it was too narrowly focused on Christianity.  I have nothing against Christianity.  I still attend church and consider myself a Christian, but there is more to life than just that.  Growing up in that environment, a kid would never know it.

9.      I believe that the adults at the school were well-meaning and did their best, but none of them were trained to instruct.  The children really would have benefitted from trained, professional educators.  On top of all the other problems, the school was small.  There were not a lot of kids to interact with.  Of all the kids I know of that went through that school, only two or three went on to college.  In my opinion this is in part due to the limited education they received, but also due to the culture shock that occurred when a child went from that school to a college environment.  You can't take a child out of a Christian school with twenty other children and limited academic instruction and expect them to succeed at a university with twenty, thirty or forty thousand other students.  It's too overwhelming for them.

Initials

10.     At the end of each school day, the children were required to participate in something called "work jobs." The students did their "work jobs" for the last hour of each day. They had to clean the bathrooms, sweep the floors, rake, or pull weeds.

11.     I don't have any firsthand knowledge of the discipline that the children at the school were subjected to, because I was not there. I did not spend much time at the school because I was working, so I wasn't around to observe. I do recall that we received discipline reports when my daughter received punishment. What I gleaned from the reports was that discipline was delivered in the form of corporal punishment or social isolation. Sometimes, a child was forced to sit in a room by his or herself for a period of time – how long, I do not know. Sometimes the child received swats with a paddle.

12.     In addition to the punishment the children received at the school, Tom King encouraged parents to swat their kids at home. Tom supported the use of corporal punishment with scriptural references such as "Spare the rod, spoil the child," and, "Foolishness is born in the heart of a child, but the rod of correction will drive it far from him."

13.     If I were raising a child today, I would do things a lot differently. I was too autocratic – too rigid in my thinking. At the time, the church and the dogma that came out of it was the "biggest thing in the room." I was unable to focus on anything else. If I had stepped back and looked at it in the context of life as a whole, I think I would have realized that it wasn't as important as I thought it was at that time.



Initials

14.     Today, my relationship with my daughter, Bree, is okay.  She lives near Ashland, Oregon, so we don't see a lot of each other.  We talk once every six weeks or so. There are things that I regret having done as a parent, and I'm sure there are things that she regrets.  We don't really talk about it though.

15.     I think that there is a lot that Bree has chosen not to remember. Occasionally, I'll make a comment about someone from the Church, such as, "Do you remember so-and-so?" And, if she remembers at all, she usually says, "Vaguely." She left Casa Grande in 1992 and hasn't had any contact with anyone in this area except for Cindy and I, since then.  She was eager to get away.

16.     Bree was always a very talented artist, but, like many artists, she didn't seem to be all there − she wasn't dancing to the same tune as everyone else.  I think that, because of this, she had an especially hard time with the rigid and repressive structure at Harvest. As I said, she didn't march to the same drummer, and this was seen as rebellion, as being wrong, and she was punished for it.

17.     I believe that today there are only three children at Harvest Christian Academy.  One is the son of Amy ~~King,~~ de LEON(s) who is the daughter of Tom King.  The other two are the children of Adam Gallegos, who is himself a former student of Harvest.  I know that one of his kids is named "AJ" but I don't know the other one's name. Everyone else left for similar reasons to myself.  The church had no real structure − the board consisted of Tom, his wife, Patricia, and the church secretary, Lola.  Patricia and Lola were completely submitted to Tom, so he was really the only person with any power.



Initials

A friend once told me, "If one person tries to control a crowd, the crowd will shrink to a number they can control." And I believe that's what happened.

18.     I have known Wendi since she was very young and it was such a shock when I heard what happened. Wendi always seemed like a normal young lady to me. I even entrusted her to take care of my daughter, Bree, when they were younger. When Bree first started going to Harvest, Cindy and I were both working, so Bree went home with Wendi after school every day. Bree would have been about nine or ten years old at the time. She stayed at the house with Wendi, Donna, and Alejo, until Cindy or I got off work. This was for the first year that Bree attended the school. After that, we bought a horse for my daughter, which Tom allowed us to keep on the Church property. Once Bree had her horse, she hung out at the horse corrals instead of at Wendi's house. Wendi also babysat on Friday or Saturday nights when Cindy and I went out. Wendi watched Bree until Bree was old enough to be at home by herself, so I think Wendi babysat Bree for about three or four years in all. Bree liked Wendi a lot and I felt that Bree was safe if she was with Wendi. Wendi seemed level-headed enough to deal with any situation that might come up.

19.     I recall that Wendi was not afraid to work, and she worked hard. In addition to babysitting our daughter, she did household chores for us. She and the other students had to raise money to go the ACE conventions, which were annual competitions between Harvest and other ACE schools. Wendi came to our house to cut weeds and wash windows and that kind of thing.

Page 6 of 11

Initials

20.     I did not know Wendi's husband, Joe, or his family, before he and Wendi got involved.  I did know the Andriano name, because the family was a very prominent farming family in the community.  I worked for UPS, so I knew a lot of names in the area, but the Andrianos were fixtures in the community.  I recall that they lived near the water tower.

21.     I don't think that I saw much of Wendi in the four years preceding Joe's death.  I do remember that Cindy helped Wendi with her resume when Wendi was trying to get a job in the late 1990s.  I believe that Wendi came to our house to work on it.  I saw Wendi and Joe from time to time in town for special occasions, such as the Casa Grande Electric Light Parade.

22.     To me, Wendi and Joe seemed like a normal, happily married couple.  I remember that when Joe got sick, they sought a lot of treatment for him.  As far as I could tell, it did not appear that they were hiding some dark secret.

23.     At the time of Wendi's arrest, Cindy and I were still attending church at Harvest.  The congregation had dwindled to about twenty people by that time.  Cindy and I gave no indication that we were leaving the church until the day we did so.  We made our departure in June of 2001.

24.     After Wendi's arrest, Donna shared with us that Joe hurt Wendi at times.  He squeezed her tight and held her so she could not breathe.  From what Donna has told me, it sounds like Joe was a very controlling man.

Initials

25.    After Wendi's arrest, Donna gave Cindy and I periodic updates about the case. When the trial began, I was retired and had time on my hands. I had never been to a murder trial, much less one of someone I knew, so I attended.

26.    I was present throughout the duration of Wendi's trial. On the days I was not able to make it, my wife, Cindy, attended. I was there during the opening statements. I remember that the prosecutor went on at length laying out the case to the jury, completely uninterrupted. When it was Wendi's lawyer's, David DeLozier's turn, the prosecutor objected to every other word, and almost all of his objections were sustained. I remember feeling that the prosecutor was intentionally breaking up the rhythm of David's statement. I didn't know David at the time, and so I was not yet aware that he didn't have any rhythm.

27.    As I remember it, Wendi liked David and he was a comfort to her. I do not know what the connection was or how the family met him. David consoled Wendi, and she liked him. He supposedly understood Wendi and had her best interests at heart, but he was in way over his head. Because David was in so far over his head, I don't feel that Wendi had a fair chance at the trial.

28.    When the trial first started, the public defender, Dan Patterson, informed me that during a capital trial there is a requirement that the defendant have at least two attorneys. I had never heard this before, but when I saw the wear and tear over the next several months, I realized that he did need help, and he wasn't getting it. Wendi may have had two attorneys in name, but for all intents and purposes, she really only had one,



Initials

and Dan didn't have the time he needed to defend her. Dan was more competent than David in my opinion, but this was not his only case and he was very overworked.

29.    I was in attendance at more of the trial than Cindy was. Most of what I remember are general impressions. For example, I remember that there was a consensus among the "Wendi-backers" that we hated the prosecutor. He was arrogant and had a bad attitude. I also believe that he played on the sympathies of the jury. He wore an arm brace every day in trial until the day the cameras showed up. Then his arm was miraculously better. I recall that he took advantage of every opportunity to cast dispersions on the defense. I also remember thinking that Wendi's judge, Judge Ishikawa, sided with the prosecution more than he did the defense.

30.    One day after trial, the defense team enlisted our help in carrying things out of the courtroom. They had a lot of paperwork, but they also had a boom box or tape recorder. My understanding was that they intended on playing a tape in court. I cannot remember who was carrying the boom box out, but someone from the Andriano family saw them. The next day in court, the prosecution accused us of recording the proceedings.

31.    Wendi wore a sweater every day at trial and underneath it, she wore a stun belt. I do not know if the jury was aware that she wore a stun belt, but I thought it was pretty obvious that there was something beneath her sweater. It is possible that it was only obvious to me because I knew how thin Wendi was.



Initials

32.     As the trial wore on, I got the distinct impression that they took the wrong defense.   In my opinion, there were two approaches they could have taken: domestic violence, or crime of passion.   They chose to go the domestic violence route and they beat that defense like a dead horse.

33.     Throughout the trial, Cindy and I met with Wendi's attorneys during breaks and in the mornings before trial.   We always met with them at the courthouse; we never went to their offices.   They asked our advice and enlisted our help in constructing a defense.   I believe that they met with us strictly at the courthouse because Dan was too busy to meet us elsewhere.

34.     Cindy and I wrote the closing argument for the penalty phase of the trial. I am not an attorney and have never worked in any legal capacity. Cindy and I weren't paid to write the closing argument. I didn't read the applicable law or go over legal arguments with anyone. Cindy and I just wrote the closing argument because we were Wendi's friends and wanted to help, and her attorneys asked us to.   We wrote the closing argument on our computer and read it aloud to each other.   We acted it out as if it was a script and we were Wendi's attorneys.   We stayed up late finishing it, and we took it to the court in the morning where we gave it to David.   I remember that when he read it, his delivery was such that it sounded as if he was reading from the Encyclopedia Brittanica.   It was monotone, with no inflection.   I would not have believed it if I was on the jury.



Initials

35.     Cindy and I also listened to tapes of the investigation – police interviews and things of that nature.  Donna asked us to do this, and I know that she got them from the attorney, whoever that was at that time.

36.     I recall that on the first day of the trial, I was approached by a man who I believe was a mitigation specialist.  He asked me how well I knew Wendi, and if I had insight into her life.  I told him that there had been a distance, and that I, therefore, would not be able to speak to her state of mind at the time of Joe's death.  I wasn't around for much of her marriage to Joe.  We left it at that.

37.     Other than the brief exchange with the man who I thought was a mitigation specialist on the first day of trial, no one has contacted me to provide information about Wendi, her life, or our shared community of 91st Psalm and Harvest Family Church.  If I had been asked to testify on Wendi's behalf and to what I have stated in this declaration, I would have done so.

I have read the foregoing declaration consisting of eleven (11) pages and thirty-seven (37) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that it is true and correct. Signed this _18th_ day of October 2010 at Pinal County, Arizona.

Stephen Schaider



Initials

Exhibit 36

## DECLARATION OF JOHN SHADDLE

I, John Shaddle, declare as follows:

1.    I was born September 3, 1957.

2.    I came to know Wendi and her parents, Donna and Alejo Ochoa, through a mutual contact, Valarie "Val" Miramonte, who was involved in the Christian ministry called "Fishers of Men" of which Donna, Alejo, Wendi, and me were a part of.  The "Fishers of Men" ministry was a loose collective of individuals led by Richard "Rick" Miller and to a lesser extent, Allen "Al" Farmer.   Rick was a very charismatic person. He was the "big hook," appealing to many people who took interest in the ministry.  He came from a drug background, previously being an addict of heroin, having turned his life around.  Al was more the quiet and studious type.   I recall that Al played a bigger role in the music we played and sang, but he didn't talk very much.

3.    I became involved in the ministry at a very young age—I was about nineteen years old.   With the exceptions of Val, Rick, and Al, the ministry was mostly comprised of young people in their early to mid-twenties. I was drawn to the ministry shortly after I separated from my first wife.  Previously I practiced the Catholic faith, but that didn't suit my spiritual needs anymore.  The ministry offered something different. We did not subscribe to organized religion, rather, we took to the streets preaching, singing songs, and living communally with each other.  We gave up our material possessions and sold them to fund the ministry.  In hindsight, the group was pretty far out there and today I would describe it as a cult.

Initials

4.     For a time, the group stayed at Val's house in Walnut Creek, California. Some of the members—Gavin and Jan Dillard, Rock and Nancy Miramonte, and Allen Miramonte—stayed stationary while the rest of us traveled.   For approximately five months in 1979, I toured with the ministry, preaching with the group up and down California in a caravan of vehicles that included a bus that belonged to Rick, a truck, and a couple other vehicles. The members who traveled included: Rick, Al, Rosalie Gallegos, Rebecca Martinez, Mike Castro, his wife, Maria Castro, Alejo, Donna, Wendi, and myself.   I slept in the van with Rick and Al.  Alejo, Donna, and Wendi slept in the back of a truck.  Mike and Maria slept in another car.  We traveled from Walnut Creek, Barstow, Costa Mesa, and San Diego.

5.     There wasn't a lot of money around while we were traveling.  Me, Alejo, and Mike worked when we could.  We used Manpower, Inc. temporary service to get jobs, we worked in a cannery, we worked doing landscaping—we took work wherever we could find it.  Rick and Al didn't work, though.  They stayed back at the caravan studying with the girls during the day.   What little money we made, we turned over to Rick and Al, for the group.  That was the way it was.  Rick and Al were the only ones privy to the group's finances.  Rick often quoted scripture from the Book of Acts, in an effort to compel us to keep funding the group.

6.     Our drifter lifestyle didn't afford many everyday conveniences.   There wasn't much food around, for one.  A meal consisted of tortillas and fried tomatoes.  I often ate tortillas and fried tomatoes in the morning before heading out to work with the

Initials

guys.  We also weren't doing a whole lot of bathing.  We had a toilet, but there was no shower on site.  We bathed using water from the sink.  The great thing, though, was that in many of the communities we visited, people donated to our cause.  They were very generous.  Our clothes were donated or came from the Goodwill.  Wendi's clothes were always kind of funky.  She sometimes wore Donna's clothes, which were too big for her.  I specifically remember her wearing Donna's pants, rolled up.  Nothing ever fit.

7.     When we weren't working, we preached out in the streets.  We went into barrios and spread the gospel, anywhere we could reach out to people.  For about three weeks, we lived in a parking lot, setting up camp where we could.  At night, Rick broke down the Bible to us.  We passed time reading chapters of books aloud.  We read, "Hinds Feet in High Places."  We sang songs together, not hymns, but other kinds of songs.  I used to have a book of songs from the ministry.  Val's daughter, Lisa, who has a lot of artistic talent, drew the cover for it.  I think Wendi colored it in.  I wish I could find that book of songs.  Today, Lisa attributes a lot of her difficulties in life to her time at the ministry.  She is twice divorced.

8.     Wendi was a real sweetheart.  She was about nine or ten years old during the time I traveled with her.  Every morning, Wendi made me hot chocolate.  Most everyone else in the group had a wife or husband.  I didn't really have anyone, so I really appreciated the fact that Wendi went out of her way to do something so thoughtful for me.  I don't really remember Wendi causing much trouble, but I do remember one time

Page 3 of 6

when Alejo mentioned that he needed to "discipline Wendi." I don't know what that meant. It was something done in private.

9.     Alejo filled a big bill in Wendi's life. From what I recall, Wendi was Donna's child from a previous marriage. Alejo was definitely a father figure to Wendi. I liked Alejo and Donna. I didn't interact with Donna as much as I did with Alejo, since it wasn't my place to talk to Alejo's wife. From what I recall, Alejo and Donna didn't talk bad about the ministry or voice any of their opinions about what was going on. When I talked to Alejo about some of my gripes with the ministry, he seemed resigned to the fact that he was doing what God wanted him to do and I think that was his motivation for continuing to participate. I know Alejo's calling was strong. Years later, I heard he was a pastor at a church in Arizona where he lives.

10.     My opinion about Rick and Al and the ministry really began to shift after an incident in which I borrowed their van for work. While Rick and Al were back with the girls studying, I got into a little fender bender. Though I owed my grandmother money at the time, Rick and Al wouldn't allow me to send her any. They wanted all of my money to go to them, for the ministry and to repay them for the damage to the van.

11.     When we arrived in Costa Mesa, things changed philosophically for the group. Rick met up with a local pastor from the Calvary Chapel named Chuck Smith who inspired Rick to reconsider the idea of organized religion. Rick told the group, "We have a problem. We need to submit to somebody." Although Rick's idea was to turn to Chuck Smith, Chuck told us that the best thing we could do is split up and go our own

Page 4 of 6



Initials

ways because we had all been brainwashed.  That was enough for me.   I decided I wasn't going to be a part of the ministry anymore.  Though there was nothing wrong with the basic principles we taught and lived by, the hypocrisy and all of the confidentiality about the money didn't sit right with me.  I talked to Alejo about my decision to leave. Alejo didn't quite see things eye to eye with me, but I remained friends with him.  After I left, Alejo was the only person I really kept in touch with.

12.   I was confident in my decision to leave, though many stayed behind. Subsequent to my leaving, the ministry back in Walnut Creek totally unraveled.  Val invested so much in the ministry, that she lost her house in Walnut Creek.  It was about thirty years ago when that happened.  Her house was worth a substantial amount of money, about $400,000.  If you talked to her today, she'd probably tell you that the ministry was a cult.  She's still resentful about what happened.

13.   Many years later, Donna and Wendi came to visit my wife, Jeanne, and I at our house here in San Leandro while they were staying in Brisbane.  That was sometime in the 1990s.  I don't remember why there were in Brisbane.  I thought maybe they were both living out there, but I might be wrong about that.  They stayed the night—just one ~~till 10 pm~~ *(handwritten)* night.  We talked and the next day they were on their way.  That was the last time I saw Wendi.  Today, I am very surprised to learn of Wendi's conviction and incarceration. She was always a really sweet girl.

Page 5 of 6

Initials

14.     Until now, no one from Wendi's case ever came and talked to me.  If they had, I would have told them what I have said in this declaration.  If I had been asked to testify at Wendi's trial, I would have done so.

I have read the foregoing declaration consisting of __ pages and __ paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the State of California and the State of Arizona and the United States of America that it is true and correct.  Signed this 29th day of July 2011 in San Leando, California.

John Shaddle

Page 6 of 6

Initials

Exhibit 37

## DECLARATION OF CHRISTOPHER SHANE WEAVER

I, Christopher Shane Weaver, declare as follows:

1.    I am 43 years old and currently work for Qwest Communications as a cable repairman.  I first met Joe Andriano in January of 1983 when I moved to Casa Grande and began attending school at Casa Grande Union High School.  Joe and I were in the same graduating class and met through a mutual friend, Robby McMahon.  I met Joe's future wife, Wendi, sometime after I graduated in 19~~88~~ 86  I didn't know her well until she started dating Joe.

2.    Joe and I were friends throughout high school.  He was very knowledgeable about cars and about welding.  He taught me more about welding than my high school classes did.  I guess you could say Joe was a "speed-freak," in that the faster he could go, the better he felt.

3.    ~~At some point in 2004, after Joe and Wendi moved up to Ahwatukee,~~ *About a year before he was killed* Joe told me that he knew Wendi was having an affair with a guy at their apartment complex.  Joe said he had a friend at the apartment complex who ~~kept tabs on~~ *Would see Wendi going over to her "Friends" when Joe would Leave to* ~~Wendi for him.~~ *go to the Lake or Casa Grande*

4.    In the last several months before Joe died, it seemed to me that he had accepted the fact that he was dying.  Sometimes I'd try to make plans with him, like a month in advance.  Joe always said something like, "I don't know if I'll

Initials _____

*I only have a few weeks to Live,*   *This Part Okay*

be around then; ~~I'll probably be dead in two weeks.~~" ~~This was out-of-character for~~

~~the speed freak that I knew~~.  I would try to reassure him, telling him he'd be

around another five years, but it did not seem to have any effect.  As a friend of

Joe's for more than 15 years, it appeared to me that Joe knew he was dying and it

didn't really matter to him anymore.

5.   I have read the foregoing declaration and it has been read to me.  I

declare under penalty of perjury that it is true and correct.


Signed this __14__ day of August 2011.

_____

Christopher Weaver


Page 2 of 2


_____
Initials

# Exhibit 38

## DECLARATION OF KIMBERLY WILSON

I, Kimberly Wilson, declare as follows:

1.    I was born "Kimberly Ethington" on March 21, 1971.  When I was fifteen years old I transferred from a public school to a small, private, Christian school called "Harvest Christian Academy."  Harvest Christian Academy was part of a church called "Harvest Family Church," which was headed by Pastor Tom King.  I attended school there until I was eighteen.  It was at Harvest that I first met Wendi Andriano.  I knew her by her maiden name, Wendi Ochoa.

2.    When I first met Wendi, I had the impression that she was a bit snobby.  She was a good student.  She did all her work.  She may have even been the first student to graduate from that school. School personnel seemed to compare the other students to Wendi.  I don't think that anyone ever said, "You need to be more like Wendi," but that was the impression I got as a student there.  We were all held to the standard that Wendi set as a student there.  After getting to know Wendi a little better, I realized she wasn't really snobby at all.  I liked her and we became friends.

3.    Over the course of my friendship with Wendi I spent the night at her house a couple of times.  One time when I was staying at Wendi's house, when I was about fifteen or sixteen, Wendi showed me a sex book that she said belonged to her

Page 1 of 7

parents.  It was a book that illustrated different sexual positions.  She also showed me some "honey dust," a fragrant body powder that people apply to each other to enhance their sexual experiences.

4.      Another time when I spent the night at Wendi's house, we snuck out and TPed Jamie Allen's car, meaning that we put toilet paper all over his car.  Jamie Allen was a student at the school.  I think he was about a year or two older than me. Wendi and I got caught somehow and we both got into trouble for that.  Later on, I found out that Jamie got into trouble for molesting REDACTED a couple of young kids that went to the school.

5.      Wendi's stepfather, Alejo, was a pastor at the church.  He made a lot of sexual comments; everything was sexual innuendo with him.   It has been a long time, more than twenty years, so I can't remember specifically what he said, but at one point, I went with another student, Lonnie Carlin, to talk to Pastor Tom about Alejo's inappropriate behavior.  Pastor Tom seemed to listen to what we had to say and appeared taken aback, but nothing ever came of it.  Later, when Lonnie and I were kicked out of school, Pastor Tom accused us of lying about Alejo to deflect attention away from us and the things we were doing.

6.      When I was about seventeen years old, I was suspended from Harvest for about three months for having sex with Lonnie, who was my boyfriend at the time.  The experience was very traumatizing.  The day that I was suspended, Pastor

Page 2 of 7

Initials

Tom called my mom and told her that we had to have a meeting. It was on a Wednesday, and we had to go to church that day. I didn't really know what the meeting was going to be about, but I knew that I was in trouble. That day, I went into the teen room where I saw Pastor Tom's son, Shawn King. I asked Shawn if he knew what I was in trouble for. Shawn told me that he didn't know but that I should "just be truthful," because whatever it was, it would be worse if I lied.

7.      That day at church, there was a sermon dedicated to the subject of fornication. It made me very nervous. After the sermon, I had to go into the back room where Pastor Tom's "quarters" were. I was humiliated. I felt like I was on trial. I was sitting across from Pastor Tom, Pastor Alejo, the principal, Mark Keating, and his wife, Nancy Keating. I think that Pastor Tom's wife was also there. As soon as I sat down, Pastor Tom asked me how many times I had sex. I was already bawling my eyes out at this point. They asked me all kinds of questions. Pastor Tom asked me where I had sex, he *I believe* even asked me what positions we had used. The Keatings were present and sat there throughout the interrogation but did not say anything. I could tell that they were thinking, "What the heck is going on?" After Pastor Tom grilled me for a while, he called my parents in and I was required to tell them, in front of everyone, what I had done.

8.      During my suspension, I was not permitted to participate in any school-related activities. I was on the track team at the school, which was coached

Initials

by Nancy Keating. I was really into track at that time; it was my one outlet and I ran six days a week. I wasn't allowed to do that anymore. I was required to sit and read the Bible all the time. It was miserable. On one occasion, my mom caught me writing a letter to Lonnie and tried to "cast the demons" out of me by praying. This was not an uncommon practice at the church. There were whole services devoted to things like that. For example, the pastor might cast a "demon of alcoholism" out of a member of the congregation by praying in tongues and laying his hands on him. It was all very bizarre.

9.      Other students were suspended at the same time I was. Some of them never came back. Lonnie Carlin, his sister, Sarah Carlin, a girl named Laura Bell, and my cousin, Lisa Daugherty, were all suspended at that time. Laura Bell was kicked out for something that had occurred years prior. That one really surprised me. I thought, "No way, Laura?"

10.     Lonnie turned out to be very strange. Around the time that we were all kicked out of school it came out that Lonnie had REDACTED REDACTED Later on, after Lonnie and I had broken up, I walked to my car after work one night to find a note from Lonnie written in blood. I didn't even really read the note that he wrote. I saw it and flicked it off my car onto the ground. It really gave me the creeps.

Page 4 of 7



Initials

11.    Mark and Nancy Keating were really great people. They stewarded many activities for the students. Mark coached the swim team, which Wendi was on. During the time I was suspended, I was still attending church, and Nancy asked my mom if she could take me aside and talk to me. Nancy told me that she did not agree with what was happening but that her hands were tied. She told me that she and Mark were going to be leaving the school and moving away. They left before I returned to school. After they left, Pastor Tom took over as principal. He started preaching negative things about Mark and Nancy in his sermons.

12.    Harvest was a very strict environment. We were secluded. There were no teachers, just monitors. We worked independently by completing PACE booklets. Each month, we had to memorize long verses out of the Bible. Everyone had to stand up and recite them. It was like a cult, in that, if you were a part of the church you had to be in the school. When I started going to school there, I was not allowed to talk to my old friends from public school anymore because they were "bad." Kids my age, meaning fifteen to eighteen, were still getting "the rod of correction," meaning that they were still being hit with wooden paddles. I was intimidated by Tom. He acted as if he was God, or at least as if he had special direction from God. I went to public school until my tenth grade year, so I knew different from Harvest. Other kids like Wendi, who grew up in that church environment, didn't know anything different. I left Harvest and moved out of my parent's house when I turned



Initials

eighteen. I obtained my GED. My mom was still trying to spank me at that time and I had had enough.

13.     Wendi liked to party a little bit, and so did I. We were "teens being teens." Not long after I left Harvest, Wendi and I went to a couple of parties together in Casa Grande. On one occasion, I slept with a boy at a party. I was drunk, and I told him, "No" at first, but I eventually gave into his sexual advances. I think that, had I been around normal teenagers, I would have known how to deal with that situation, but I was naïve, due in large part to my involvement with the church school, and I was easily taken advantage of.

14.     While I was at Harvest, I knew that Shawn King really liked Wendi. I do not think that they had any kind of sexual relationship during that time, at least not that I was aware of. After I left Harvest, I lived at an apartment complex called "Quail Gardens" in Casa Grande. Wendi was the apartment manager, but I did not have that much interaction with her during that time. One night, I was outside of my apartment at Quail Gardens and I heard someone calling my name. I turned around and saw Shawn King. I asked him what he was doing there and he said that he was there to see Wendi. He asked me if I knew where she was. I do not remember exactly what I told him, but I said something that conveyed that Wendi was with a guy that I thought she was seeing. Shawn reacted by becoming very upset. He was so upset that he punched the wall or door and hurt his hand. Until then, I didn't

Initials

know that Shawn and Wendi were dating.  Even though I lived in the same apartment complex as Wendi, I wasn't really socially involved with her any more. Until that incident, it had been quite a while since I saw Shawn.

15.    I was really shocked to hear about Wendi's arrest.  I never would have guessed that something like this would have happened with Wendi.  She was just not that kind of person.  She was a good student.  She was nice.  She had a little cousin who she adored and took everywhere.

16.    Until now, no one has come to speak with me about Wendi or our experiences growing up together.  If they had, I would have told them what I have said in this declaration.  In fact, if someone had come to speak with me sooner, I likely would have remembered more information.

I have read the foregoing declaration consisting of seven (7) pages and sixteen (16) paragraphs and it has been read to me.  I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct.  Signed this 23 day of July 2011 at Navajo County, Arizona.

Kimberly Wilson

Initials

# Exhibit 39

## DECLARATION OF BARBARA BAUER

I, Barbara Bauer, declare as follows:

1.      I was the jury foreperson at Wendi Andriano's criminal trial in 2004.  We, the jury, found Wendi guilty of first-degree murder, found one aggravator, and ultimately sentenced her to death.

2.      The defense's position was that Wendi killed her husband to protect herself from her husband's abuse.  They stressed that a lot - that she was afraid she was going to get killed and that she was just defending herself.  It was questionable to us because there wasn't a lot of proof, and the testimony of crime scene personnel did not support the self defense plea.

3.      I had the opportunity to observe Wendi during the trial.  The way that Wendi appeared at trial made it seem like she was  presenting herself as a less confident and more easily influenced person than she really was.  It came through as kind of fake. We saw pictures of what she was dressed like before and it was way different from how she appeared during the trial.  During trial, she wore plain dresses.  Her hair was brown and not done up.  She didn't wear much make up.  It was as if they were trying to make her look like somebody who was meek and mild, almost Quakerish.

4.      Wendi did not appear to be actively engaged during the trial.  She sat through the trial, but I don't think she really had a lot of input.  She seemed quiet and shy. She had expressions, I'm sure, but it seemed that she didn't really react to anything.

Initials

5.      Wendi's father testified at trial.  I remember thinking at the time "I'm glad

he's not my father."  He appeared to be a strict and heavy-handed parent, and I could see

where that definitely would have affected Wendi.

6.      When Sharon Murphy, the Domestic Violence expert, testified, I thought

that she was pretty thorough.  She had charts and explained how certain behaviors would

affect a person like Wendi.  If there had been more of that type of expert testimony on the

defense's part, the domestic violence plea would have been given more weight, especially

if the defense would have presented evidence that this had occurred in her marriage.

7.      In the first phase of the trial, the guilt phase, we discussed what happened

in the courtroom and found Wendi guilty of first-degree murder.

8.      During deliberations at both the aggravation and mitigation phases of the

trial, we discussed what the possible outcome would be if the aggravation outweighed the

mitigation and vice versa.  We considered what her punishment would be.  It was hard for

us to understand what our decision would mean, so we made a chart outlining the

different possible outcomes and put it up, starting when we were determining the

aggravator, prior to the sentencing phase.  That helped a lot to make it clearer.  It was my

understanding that if the aggravator outweighed the mitigation factors, she would receive

the death penalty rather than life in prison without the possibility of parole.

9.      During deliberations at the mitigation phase of the trial, I wrote a question

to the judge asking what would happen if there was not a unanimous decision, i.e. we

were deadlocked.   His response was something along the lines of, "Keep deliberating,"


Initials

So we did.  When we made the decision to give Wendi the death penalty there was some discussion about the fact that she was going to have an appeal.  We figured that the whole case was going to be reviewed by other people who were more experienced than ourselves.  If we had made a mistake, they would correct it.

10.     When we were trying to make the decision about whether or not to give Wendi the death penalty, we considered the facts presented during the mitigation phase. None of them were really very convincing.  Some of them seemed to be true, but didn't really mean much.  For example, one of the mitigating factors we were presented with was "Married for six years."  That's true, she was married for six years, but a lot of people are married and her marriage didn't exactly end well.  The mitigating factors definitely did not outweigh the aggravating factors.

11.     If we had been presented with evidence of mitigation that was a little more powerful and convincing, it possibly would have made a difference.  For example, if we had been presented with evidence that Wendi had been sexually abused in her childhood, or that she had a history of psychiatric problems, we would have given those things consideration, because they would have explained some of the negative facts that were out there.  Likewise, if the domestic violence defense had been proven, that definitely would have had a major effect.

12.     I think that it was a mistake on the defense's part to show the entire interrogation video.  It did have a negative effect on the jury.  In particular, I noticed,

Initials

while watching it, that Wendi never asked about her kids, which was a factor during the deliberations.

13.    What it really came down to was that the prosecution was more convincing than the defense.

14.    I have read the foregoing declaration consisting of four (4) pages and fourteen (14) paragraphs.  I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct.


Signed this 18th day of June 2011 at Maricopa County, Arizona.

                                             _Barbara Bauer_
                                             Barbara Bauer

Initials

# Exhibit 40

## DECLARATION OF MARTHA COLVIN

I, Martha Colvin, declare as follows:

1.      I was an alternate juror at Wendi Andriano's criminal trial in 2004.  I sat through all phases of trial, though I was not a part of or privy to the deliberation process. The jury found Wendi guilty, determined one aggravating factor, and sentenced her to death.

2.      If given the opportunity to make a decision at the penalty phase, I would not have sentenced Wendi to death, but not because the defense was compelling in any way.  I thought their performance was horrid.  I personally felt that the crime Wendi was found guilty of was the result of Wendi cracking under the pressure of her overwhelming life.  In my mind, a more appropriate sentence would have been ten years in prison.

3.      When the jury was selected for Wendi's case, I was asked whether or not I thought I could impose a death sentence.  My brother, who was employed at the men's prison in Florence, worked death row for many years.  He shared a lot of stories with me about some of the prisoners he worked with and I felt that if the defendant was anything like those guys, I would not have a problem sentencing the defendant to death.  After sitting through trial and gleaning my own observations about Wendi and her life leading up to the crime, I felt very strongly that she shouldn't receive the death penalty.  Her crime was not nearly as senseless and cruel as the crimes committed by the prisoners my brother worked with on death row.  I do not know whether any other jurors had the

Page 1 of 5


Initials

unique insight on other capital crimes that I had through my brother, however, and neither the defense lawyers nor the Court ever gave the other jurors an idea of the nature of other crimes that did warrant the death penalty to compare against Wendi's actions.

4.      The trial lasted several months and was held at the Mesa Courthouse. The courtroom where the trial took place was small and stuffy. In fact, one of the jurors fell asleep during trial and the judge questioned him about it.

5.      The prosecutor, Juan Martinez, was a little terrier, meaning that he was very good at what he did and presented his case well. The prosecution put on expert after expert, witness after witness, for weeks and weeks. The State witness who testified about blood spatter evidence testified for quite a long time. During the testimony of all these State witnesses, the defense rarely objected. I expected the defense to object to those portions of testimony, but for the most part, they did not. It just went on and on.

6.      Two defense attorneys represented Wendi—Dan Patterson and David DeLozier. Wendi's attorneys did her a huge disservice. Their only defense was that Wendi was a victim of domestic violence. The case that the prosecution put on was overwhelming and convincing, unlike the defense's theory which was weak and unsubstantiated. Based on my observations, I thought Wendi's attorneys had no business working on a death penalty case and I wondered if either one of them had ever tried a death penalty case before. They didn't call many witnesses to refute the case put on by the prosecution. The majority of people who *did* testify on Wendi's behalf, of which

there were few, went up on the stand and came back down so fast, it was impossible for them to make a real impact on the jury.

7.      Wendi's mother and step-father testified on Wendi's behalf.  Her mom looked hard when she was on the stand.  I watched Wendi when her mom was on the stand and it appeared that there was no bond or warmth between them.  Wendi didn't make a lot of eye-contact with her.  From what I gathered, Wendi's mother had a hard life and just dragged Wendi along with her.

8.      Wendi appeared to have a stronger bond with her step-father, who also testified.  He made a bad and unsettling impression on me.  He laughed during his testimony, and based on his testimony and the body language of him and Wendi throughout the trial, Wendi appeared to be under his control.  I thought it was interesting that one of the first people Wendi contacted on the night of the crime was her father and my heart broke thinking about Wendi being influenced for most of her life by someone like him.  By the end of the case, I felt that if Wendi was going to be in prison, her step-father should be there with her.

9.      The defense lawyers tried to make Wendi's parents out to be "great people" and painted a picture of Wendi's upbringing as sweet and sheltered.  They highlighted Wendi's family's involvement in several churches.  One of those churches was a traveling ministry.  It sounded like Wendi was raised like a gypsy, never had a stable home, and wasn't afforded a decent education, but the defense lawyers didn't drive any

MC
Initials

of those points home. The defense lawyers kept focusing on how great Wendi's family was. I didn't buy that; neither one of Wendi's parents did anything to help her case.

10.     Wendi looked so young and scared throughout trial. I didn't see a lot of expression on her face, during trial. She talked to her attorneys now and then. When I looked at her, I had to wonder whether or not she understood what was going on and whether or not she knew that a death sentence was a real possibility. I wondered if anyone explained that to her. It seemed that Wendi was going along with whatever her attorneys wanted, whatever her step-father wanted, and none of them were helping her out. It was so painful for me to observe that sometimes during our breaks, I went into the stairwell and just cried. I waited for someone to say something to help her. I waited for someone to better explain Wendi's state of mind, but that moment never came.

11.     I wish that Wendi's case was presented differently at trial. Nothing about the defense's position seemed to be about the truth. It should have been explained that Wendi was a young person who made a bad decision. She was miserable, her husband had cancer, she had two children, she was working, trying to raise a family, and she cracked under the pressure. Those are stresses to which many people can be sympathetic. After the trial, I was interviewed by a television news reporter, and I spoke to that point.

12.     When trial was finished, I was distraught over the outcome. I didn't think Wendi deserved to die. It was incredibly traumatic for me, so I turned to my daughter for comfort. My daughter is an attorney. I talked to her about what a poor job Wendi's attorneys did defending her and I talked with her about how I hoped that Wendi's case

Page 4 of 5

*M C*
Initials

would be reviewed because what happened to Wendi just wasn't right.  I still feel very strongly about Wendi's case, to this today.  It still moves me to tears when I think about it, sometimes.

13.    I have read the foregoing declaration.  I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that it is true and correct.

Signed this *31* day of July, 2011 in Maricopa County, Arizona.

Martha Colvin

Initials

# Exhibit 41

## DECLARATION OF LINDA PERCY

I, Linda Percy, declare as follows:

1.     In 2004, I was selected and impaneled as a jury member in the criminal trial of Wendi Andriano. The trial took place at the Mesa Courthouse. The trial lasted approximately four months. We, the jury, determined Wendi's guilt, a cruelty aggravator, and a sentence of death.

2.     During the trial, I made many observations with respect to the prosecution, defense counsel, and the judge. I was totally impressed with the prosecutor, Juan Martinez. I was so impressed with him, that I wrote a letter to his office, commending him. I also had occasion to speak with him over the telephone about the trial, after it was over. I could listen to him speak all day. He's very good. In contrast, Wendi's attorneys weren't of the same caliber as Martinez.

3.     The case the defense put on was not impressive to me. I took notes to stay alert. One of the jurors who sat in front of me, Nino, had a hard time staying awake. I kicked the back of his chair to wake him up, from time to time. There was no evidence that Wendi was abused, so the testimony of her domestic violence expert had no effect on me whatsoever.

4.     The defense's overall angle seemed to focus on making Wendi into this meek, religious person. It was a real mess and not believable at all. At trial, Wendi

Initials

looked like she had let herself go.  She was ~~heavier~~ DOWDY (JSP) and her hair was brown.  She was dressed very conservatively.  She looked way different from the pictures of her when she lived at San Riva.  The older pictures we saw of Wendi when she lived at San Riva, showed her in a bikini with a cute blonde haircut.  It looked nothing like the Wendi I saw in court.  None of it added up.  It seemed put on.

5.     The jury deliberated after the first phase and we found Wendi guilty of murder.

6.     At the end of the second phase, when we decided on the aggravator, we talked about what might happen if we didn't find an aggravating circumstance.  We discussed how her sentencing would go back to the judge and agreed that none of us wanted that.  We talked about how we didn't want to see Wendi get out of prison, and that was a key reason why we decided on the cruelty aggravator.

7.     In the final phase, we determined that Wendi's punishment should be death. We weighed the mitigating factors against the aggravating factors, but there weren't enough compelling and believable mitigating factors there to spare Wendi's life.  Had we been presented with evidence that Wendi was sexually molested, for example, that would have weighed ~~heavily~~ (JSP) on our decision-making process, but that information simply wasn't there.

8.     After the trial, ~~Juan Martinez~~ AZ. REPUBLIC REPORTER put me in touch with the parents of the victim, Joe Andriano.  I spoke with them for about an hour and I finally was able to find out

*JSP*
Initials

what happened to Wendi's children.  They wound up with Joe's sister and brother-in-law.

I was relieved they weren't with Wendi's parents.  That was very satisfying for me.

9.       I have read the foregoing declaration consisting of three (3) pages and nine

(9) paragraphs.  I declare under penalty of perjury under the laws of the state of Arizona,

and the United States of America that it is true and correct.  Signed July 18, 2011 in

Maricopa County, Arizona.

Linda Percy

Page 3 of 3

Initials

# Exhibit 42

## DECLARATION OF JACQUELINE SACAMANO

I, Jacqueline Sacamano, declare as follows:

1.      In 2004, I was a member of the jury in the criminal trial of Wendi Andriano.   The trial took place at the Mesa Courthouse.   The trial lasted approximately four months.  We found Wendi guilty and sentenced her to death.

2.      When I served as a juror on Wendi's case, it was my first experience as a juror.  The experience was kind of scary for me because the case received a lot of media coverage and the media presence at the courthouse was overwhelming. I had to think about avoiding them every day.

3.      As a juror, I had the opportunity to observe and evaluate the performance of the prosecution and defense.  I felt that the prosecution had "more bullets" than the defense, meaning that the facts seemed to be behind the prosecution and not the defense.  The prosecution put on a lot of witnesses and who testified to the facts of the case and presented Wendi as a "devious character." The defense, on the other hand, argued that Wendi was a battered woman and acted in self-defense, but we were presented with no evidence to support that.  A domestic violence expert testified, but because we were not presented with evidence that Wendi was the victim of domestic violence, it was not effective.

Initials

4.      During trial, Wendi was dressed as a "school marm" type, which was quite different than the way she appeared in photographs prior to her arrest in which she wore modern outfits and her hair was cut differently.   The jury was also presented with the interrogation video of Wendi that showed her just after her arrest.   During her interrogation, Wendi sat funny, with her legs up in front of her. She flirted.  It appeared she wasn't taking her arrest seriously.  Wendi seemed a lot different in the interrogation video than she did in court.

5.      Wendi's mother and step-father testified on her behalf during trial. Wendi's mom testified that Wendi was raised as a Christian and that she was a good girl.  Her step-father testified to the same, but he seemed less credible than Wendi's mother.  The problem with the information about Wendi as a child was that it didn't really explain what happened with Wendi between the time she was a good Christian girl and her arrest.  Wendi's adult life was not addressed or explained.

6.      Trial went on for a long time; several months.  It lasted throughout the holidays and ended right before Christmas, which was tough.  Some days, I doodled during testimony to keep myself alert.  I wouldn't be surprised if other jurors did the same.  There were times that the trial was just plain boring.  Nino, the juror who sat next to me, fell asleep more than once during trial.

Initials

7.     When the jury deliberated to determine Wendi's guilt, we were not all in agreement at first.  One man on the jury thought that Wendi should be found guilty of second-degree murder and not first-degree murder.  He eventually came around and we determined that Wendi was guilty of first-degree murder.  We deliberated again, after the second phase of trial, to determine an aggravator.  We did find an aggravator.  During the third and final phase of the trial, we were presented with mitigating factors.  I considered the mitigating factors the jury was presented with, but none of them were applicable, in my opinion.  Wendi was still guilty and that's what I based my decision at the penalty phase on; she was an impatient person who couldn't wait for her husband to die.  I was comfortable sentencing Wendi to death based on that information, *and the law.* JS

8.     I have read the foregoing declaration.  I declare under penalty of perjury under the laws of the state of Arizona, and the United States of America that it is true and correct.

Signed August _16_ 2011 in Maricopa County, Arizona.


*Jacqueline Sacamano*
Jacqueline Sacamano


Page 3 of 3

Initials

Exhibit 43

1
2
3
4
5
6                          SUPERIOR COURT OF ARIZONA
7                              COUNTY OF MARICOPA
8
9    State of Arizona,                   )
                                         )
10                      Respondent,      )    No. CR2000-096032-A
                                         )
11        vs.                            )    **DECLARATION OF**
                                         )    **MATTHEW R. LYNCH**
12   Wendi Elizabeth Andriano,           )
13                                       )
                                         )
14                      Petitioner.      )
                                         )
15   _____)
16
17        I, Matthew R. Lynch, declare and state as follows:
18
19        1.      I am one of the attorneys representing Petitioner Wendi Andriano in her
20   post-conviction relief proceedings.  I have personal knowledge of the matters stated
21   herein.
22
23        2.      As noted in the Affidavit of Daniel Patterson (Tab 6, ¶ 34) and Declaration
24   of G. David DeLozier (Tab 7, ¶ 26), Attorneys Patterson and DeLozier provided post-
25   conviction relief counsel with several boxes containing true and correct copies of
26   documents from their respective files relating to Petitioner's criminal trial.
27
28
4835-8374-2862.1

3.      The documents included in Tabs 44 through 66 are true and correct copies of documents retrieved from the boxes my firm received from Attorney Patterson and/or DeLozier, with two qualifiers. *First*, Tab 47 includes a typed transcription of excerpts of handwritten medical notes, with the handwritten notes following the transcribed pages. This typed transcription was prepared by my firm for the convenience of the Court, given that some of the handwritten notes are difficult to read. *Second*, the photographs in Tab 66 are printed from digital photograph files and/or photo scans received from the files of Attorney Patterson.  The digital files themselves were not altered in any way prior to printing; the images included in Tab 66 are merely re-sized print-outs of the images contained in those files.

4.      The counseling session notes included in Tab 45 are a compilation of notes recovered from the files of Attorneys Patterson and DeLozier, which appeared in scattered locations within the boxes they sent to my firm.  Tab 45 endeavors to put these scattered notes in chronological order.  We note that in some instances certain pages include material from the prior page, and that there appear to be gaps in the sequence where notes are missing—presumably because Attorneys Patterson or DeLozier did not receive those missing notes, or because they did not retain them in the files my firm obtained.  Tab 45 represents the fullest and most complete set of notes by counselor Kandy Rohde that we could compile from the records of counsel.

5.      I declare under penalty of perjury that the foregoing is true and correct.

4835-8874-2862.1

2

1    DATED this 14th day of February, 2012.

2

3                                         Matthew R. Lynch

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        3

4835-8574-2862.1

PCR000003

# Exhibit 44

1  **G. DAVID DELOZIER, P.C.**
   4016 East Forest Pleasant Place
2  Cave Creek, AZ 85331
   Phone: (480) 575-6660
3  Fax: (480) 575-6661
   E-Mail: gddelozier@aol.com
4
   G. David DeLozier
5  State Bar of Arizona I.D: 005237
   Attorney for Defendant
6

7           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8               IN AND FOR THE COUNTY OF MARICOPA

9
                                    Case No. CR2000-096032
10  STATE OF ARIZONA,

11          Plaintiff,
                                    **NOTICE OF DEFENSES AND**
12          Vs.                     **DISCLOSURE BY DEFENDANT**
                                    **AND REQUEST FOR DISCLOSURE**
13  WENDI ELIZABETH ADRIANO,        **OF REBUTTAL WITNESSES**

14          Defendant

15

16

17          Pursuant to  Rule 15.2(b) and (e) of the Arizona Rules of Criminal Procedure, defendant

18  submits the following disclosure.

19

20  A. NOTICE OF DEFENSES. .

21

22          Defendant gives notice that defendant may raise the following defenses at trial:

23  [ ] Alibi.

24  [ ] Consent.

25  [ ] Entrapment.

26  [ ] Good Character.

27  [ ] Impotency.

28  [x ] Insanity [temporary].

    [ ] Insufficiency of Prior Conviction.

                            -1-

PCR000004

[ ] Invalidity of Prior Conviction.

[x] Lack of Intent.

[ ] Marriage.

[ ] Mistaken Identity.

[x] No Criminal Intent.

[x] Self-Defense.

[ ] Other: _____.

B. DISCLOSURE BY DEFENDANT.

1. Names and addresses of witnesses for case-in-chief:

    a.    Wendi E. Andriano

    b.    Alejo Ochoa

    c.    Donna Ochoa

    d.    Bill King

    e.    Shawn King

    f.    Others to be identified at a later date.

2. Names and addresses of experts:

    a.    Forensic pathologist [not able to designate at this time]

    b.    Psychologist [not able to designate at this time]

    c.    May be others but not able to designate at this time.

3. Tangible objects of evidence:

    a.    All items in the possession of the State.

    b.    May be others but not able to designate at this time.

C. REQUEST FOR NOTICE OF REBUTTAL WITNESSES.

Pursuant to Rule 15.1(I) of the Arizona Rules of Criminal Procedure, defendant requests that the state disclose the names and addresses of all persons the state intends to call as rebuttal witnesses, together with their written or recorded statements.

-2-

PCR000005

1    Dated this _16th_ day of _January_, 2001.

2                                             G. DAVID DELOZIER, P.C.

3

4

5                                             G. David Delozier
                                              Attorney for Defendant
6
     Original of the foregoing filed this
7    _12th_ day of _January_, 2000, with:

8    Clerk of the Superior Court
     222 East Javelina
9    Mesa, AZ 85210-6201

10   Copies of the foregoing delivered*/mailed** this
     _16th_ day of _January_, 2000, to:
11

12   The Honorable Daniel A. Barker
     Judge, Maricopa County Superior Court
13   222 East Javelina
     Mesa, AZ 85210-6201
14
     John R. Ditsworth, Esquire
15   Deputy County Attorney
     301 West Jefferson
16   Phoenix, AZ 85003
     Attorney for the Plaintiff
17

18

19   By

20

21

22

23

24

25

26

27

28

                                    -3-