hands were cold. She cried on and off, but generally seemed possessed. She said that she had reached her breaking point with Robin and her clique who were manipulating and threatening her. She said that she had begun to feel anxious aand upset Wednesday night. She said that Baby was in the next pod and she had been talking to her through the glass. She said that Robin had become angry and possessive. Wendi said that she could not ignore Robin anymore. She said that she asked the guards to get her out. She asked to be transferred to the pod that Baby was in. The guard agreed to put Wendi in voluntary look down until an evaluator could come and see if it would be safe to drop the "keep away" from Baby. Wendi said that by the third day she feared that she would be left in lock up indefinitely. She said that she was terrified of an extended stay there because of the emotional strain of the last time she had been in solitary. The last time she was in for 30 days and the guards threatened her with 90 days if she ever went back again. It seemed at the time that the indeterminate sentence along with the lack of a valid reason for isolating her made her feel out of control of her own life. Wendi tries to find ways of coping that allow her to feel that there is some order to her life. She seems to become anxious when she perceives chaos. Wendi asked a guard whom she trusted to check her file and see when the evaluator was coming. The guard found out that Wendi was in involuntary lock down and no evaluator was scheduled. Wendi said that the confirmation of her worst fear set off an extreme sense of anxiety. She said that she felt trapped and could think of no way to manage her anxiety. She said that she tried listening to Christian music and praying, but that when the commercial came on she could no longer distract herself. She said that she calmly wanted to die. She said that she intentionally cut the vein at the fold of her elbow. She said that she had looked at pictures of her children and had written a

DEL006441

letter and had not cried. She said that she felt peace about escaping the angst. Wendi

said that she watched the blood seep out and puddle calmly thinking that she wondered

how long it would take. She said that she passed out at some point and woke up with

bright lights in her eyes. She said that she was given blood and fluids in the hospital and

was sent back on the bus to Estrella jail. She said that she had cut herself Saturday (late

afternoon?) and had been in jail that night. Wendi said that she slipped in and out of

consciousness on the bus. She said that they took her back to Durango to the psych

hospital. At the hospital she was questioned by a nurse (?). The nurse spoke abusively to

Wendi and insisted that Wendi stop blaming others for her suicide attempt. She put

Wendi into a black molded restraint chair at about 5 a.m. Sunday. Wendi said that she

had urinated on herself while she was unconscious. She said that she was cold and weak.

She said that the woman left her in the restraints for 6 hours during which she would

return and ask Wendi to admit responsibility. Wendi said that she could not move at all

in the chair. She said that her body was held in a painful posture as she waited without

knowing if and when the treatment would end. She said that she got no water or food and

she felt weak, frightened and angry. She said that she tried to reason with the woman, but

that she would not listen to Wendi's explanation. Wendi said that at 11 a.m. she was

taken out of the restraint chair and was put in four point restraint on a cot. She said that

this was also painful and that she could not sleep. She said that a doctor came out to see

her and remove two of the restraints so that she could move enough to sleep. Wendi said

that she tried to tell the hospital staff that she was not suicidal and that this was an

impulsive act. She said that she felt like she was treated like a trouble maker rather than

someone in distress.

DEL006442

Sep 30 03 05:15p                    4803680704          p. 4

I spoke to the nurse on duty and the social worker (Laura). The nurse said that Wendi's medical records were at Estella not Durango. I asked if they were aware of the fact that Wendi had been prescribed 4 mg of ativan. They said that she was on 1mg twice a day. Wendi told me that they had cut her ativan from 4 mg to 2 mg on Wednesday. That was the day she began feeling unable to handle the anxiety. It seems that she would have been feeling rebound anxiety from the cut in her ativan which could reasonably have made it impossible to cope with the social stress of the pressure from Robin and her crowd as well as the fear of indefinite involuntary lock down. Laura assured me that Dr. Garcia was back and would handle Wendi's case at Estrella. Wendi said that she was cold and had asked for an extra blanket, but that they did not have her records authorizing another blanket. I asked the nurse and she said that she would write the request. She also said that Wendi was getting 2 prenatal vitamins as well as 2 mg of ativan and a seroquel for sleep. I am concerned that Wendi's weight is very low and she needs food water and rest to regain her health. Wendi said that she no longer wanted to die and would not do anything to hurt herself.

DEL006443

PCR000108

Oct 03 03 11:19a     *Andriano*     4803680704     p.1

TO: DAVID
FROM: KANDY     CONFIDENTIAL

Wendi Adriano October 2, 2003 3:30 – 4:45pm

Met with Wendi at Durango psych unit. She looked puffy and pale when I arrived and said that she had taken seroquel. She said that she had asked the doctors about it and they said that it was from the blood loss. By the end of the session she seemed less swollen. Wendi detailed the time line of the suicide attempt:

She cut her arm about 5 pm Saturday. She was aware of the second shift of guards when and they leave at 11 pm. She was aware of the third shift of guards who come on at 11 pm. She knows that she was in county hospital for some period of time, but she does not know how long. She knows that she told them that she was well enough to be transported back to jail. She remembers being on the bus to Estrella and that she was very cold. The third shift was on when she returned to Estrella. They go off at 5 am. Wendi recalls that she was put in the chair at Estrella at about 5:30 am. She said that she had no food or water since breakfast Saturday. She was locked in the chair until noon. The nurse scolded her several times telling her that she needed to be punished for what she did so she would not do it again. (Therapeutically, this is inappropriate because driving a suicidal person deeper into despair is more likely to increase suicidality.) Wendi said that she told the nurse that this was inhumane. Wendi said that she was shivering and her nails were blue. Wendi was taken out of the chair at noon and was told to stand up to get on the bus. She was too weak to stand and a guard (Branson) gave her bread. She ate the bread and was still too weak and he offered milk. Wendi said that she still couldn't stand and was in and out of consciousness. They were trying to chain her to another girl when Wendi fell. She said that she saw the milk on the floor. She said that the guards dragged her up the steps onto the bus. She was wet and couldn't lift her head. She said the transportation guards were saying "hurry and Stand" and she kept saying she couldn't and that she was going to pass out. She said that she was wet and too weak to lift her head so she only looked at the ground. Wendi slept on the bus and felt someone poke his finger into her chest to wake her. She said that they pulled her by the arm off the bus and put her into a wheel chair. When she got to D2 at Durango she got to change her wet clothes. She was four pointed on a cot. Wendi told the nurse what had happened and she got a doctor to look at Wendi. He allowed the restraints to be partially removed (two point) saying

Wendi said that the protocol for a suicide attempt is 6 hours in the chair if the attempt is more drama than suicide. Wendi's blood loss seems to have serious enough that this should have been viewed as a medical emergency as much as a psychiatric one. Punishing suicide attempts seems cruel and counterproductive at any rate.

At this visit Wendi expressed optimism about the trial and the attention she getting from the defense. She said that she finally believes the end is in sight. She said that she has adjusted to the current dose of ativan. I encouraged her to talk to Dr. Garcia about slowing weaning it down some more. She said that she is resting and reading and feels better, but is still extremely weak.

DEL006444

Apr-14-2004 08:13am From-                                    T-800 P.002/003 F-289

To: Sharon Murphy ~~~ ~~~ ~~~
From: Kandy Rohde 480-443-1351 CONFIDENTIAL

2 pages

said that it leads to her feeling like her mother expects her to be perfect in order to earn
God's love to be freed. She said that she no longer believes that she has to keep doing
these tasks to get God's goodwill. She said that she believes that He accepts her even in
imperfection and that He will lead her to the place He believes she belongs. She asked
me to deliver a letter to Dave to have him speak to her parents.

December 3, 2003

Met with Wendi in D-2. She said that she had read all the books. She said that she had
been extremely fearful of going back to Estrella and had been assured by Dr. Perry that
she would not be leaving. Wendi said that she feels strong and healthy. She said that her
roommate had asked to move out and it was the first time that had happened to her. She
said that the roommate worried that Wendi would disclose the woman's bladder problem.
Wendi said that she was feeling better about her parents and she thought that Dave had an
impact. She said that she was meeting more with Dan and Patrick and Dan had
encouraged her about the trial's outcome.

December 16, 2003

Met with Wendi in Durango visitors' room. She said that she was put on 20 days
restriction because they found "contraband" in her room. She said that she cannot have
commissary and is not getting enough food. She said that she might be on another 30
days because the guards found a seroquel on the floor and blamed her. She said that it
was not hers and she is appealing it. She will talk to Donna about buying pants during
after Xmas sales. She said that Dan seems optimistic about the trial outcome and she is
encouraged. She said that she has begun to think about rebuilding a life outside of jail
and she is frightened. She said that it puts her in touch with the old feeling of being
relieved by being in jail. She said that she is thinking of going into a photography studio
with her dad.

January 5, 2004  12:45-3:00

Met with Wendi in Durango visitors' area in contact room. She reported feeling isolated
and unhappy. She will be on restriction until January 24. She said that she has been
obsessing over the trial date. She said that she is not sure that she can tolerate another
continuance. She said that she is having suicidal ideation and she does not want to tell
her attorneys because it will look like she is leveraging them. I urged her to tell them the
truth and to find out if there is any chance that the trial will be delayed again. I urged her
to make a concrete thought of the ways she has to lift herself out of the suicidal thoughts.
She said that she is always happy when she gets a letter and when she can sing to the
radio. She agreed to focus on those solutions when her thoughts start to go to suicide.
She said that she consciously wants to live and is frightened by the thoughts.
Wendi said that restriction is harder than in Estrella because she is with people with
whom she cannot socialize. She said that Christmas without contact from her family was
depressing. She said that she was visited by the lawyer for her child custody case and he
was discouraging about the possibilities of getting the kids back even if she is acquitted.

DEL001813

Apr-14-2004  08:14am  From-

T-900  P.003/003  F-289

Wendi said that she is taking her meds as prescribed and that she would make no suicide attempt. She said that she will call me if she needs to talk.

She said that she had spent time trying to reconstruct the last moments of Joe's life. She said that she is feeling responsible for trial preparation and it is motivating her to face the thoughts that she tries hard to avoid. She said that she tries to see the moment of Joe's death and she feels hopeless because she has no visual image. I held my pen in my hand and asked her to move me into Joe's position so she could reenact the moment. She showed me that she was sitting with her legs under her as she knelt over Joe. She said that she had come out of the bathroom when he became quiet. She said that he had been leaning forward when she hit him with the stool and the blood had flowed forward over his face. When she came out of the bathroom and knelt next to him, he rolled over and she saw his face again. She said that the blood had pooled in his face from leaning forward when she beat him with the stool and it looked horrible. She said that she had not expected him to look that bad. She said that she asked if he were ok. She said that as he rolled over she could see the knife in his hand. She said that she felt no fear, only compassion because he looked so bad. She reported that he said "Look what you did to me. I might as well kill myself now." Wendi said that she thought "What does he want?" She said that Joe's emotions during that evening had been a roller coaster from suicide to fear to anger and now what? She said that she remembered thinking "Here we are in another situation where it's my fault again so I'm not going to let him kill himself." She said that she was not sure if he was really going to do it but she did not want to take the chance. She said that she put her hand over his. He was holding the knife in his right fist with the blade facing him. She said that as she put both of her hands over his, he began to struggle for control of the knife. She said that she tried to pull it away from him with both of her hands. She said that the knife was about 4 inches from him. She said that she still couldn't "see" the moment but she could "hear" it. She said that no words were spoken after Joe said that he would kill himself, but there was a thud followed by a "gurgly breath." She said that she felt a warm spray of blood over her. I asked if she had closed her eyes during the struggle and she said that she thinks that she had closed her eyes when she saw the blood pooled in his face.

Wendi seems to have no gap in time in this memory only a gap in what she saw. She said that she is certain that she was not angry but was emotionally numb. She said that she knows that she did not want him dead and she knows that she was afraid that he would kill himself. She said that she remembers thinking that Joe never took responsibility for anything and that he was going to make his suicide her responsibility. It seems highly unlikely that Wendi would have tried to kill Joe if she were not motivated by fear. Her history was to avoid him and be passive, not to be aggressive. Even the beating with the stool was to stop him from killing her.

Wendi said that the 911 operator told her to turn Joe over to make sure he was dead or to give him mouth to mouth. Wendi said that Joe had fallen with one leg over the other and he was hard to turn over. She said that he was heavy and she had to roll his legs to roll him over. She said that his legs were crossed when he was rolled on his back and she recalls the police making an issue of that position.

Wendi said that she was surprised at how strong Joe was that night and she had used all her strength to restrain him and had failed. Wendi sat still in her chair and said that she felt nausea and did not want to go any further.

DEL001814

PCR000111

APR-28-2004 13:35  FROM:                                    TO:6025068289          P.1

To: Scott MacLeod / Sharon Murphy                    4 pgs

From: Kandy Rohde
480-443-1351

Met with Wendi in visitation room without privacy. She asked me if I knew about Travis
Black, then proceeded to tell me that she had met him at Rockin' Rodeo and then had
had a one night stand with him. She said that she was rehearsing Joe's death and feeling
single. She said that the sex was not satisfying and that he was kind. She said that she
had cried before they had sex because she felt conflict over doing it, but she did not want
to be a "tease." Wendi seemed to have always taken her "commitments" so seriously that
she used the language to negotiate against herself. She said that Joe must have been
angry about that event and not about Rick because she had used a condom from Joe's
drawer and he knew it was missing. She said that he had many condoms and had to
count to notice. This seems to confirm his sexual possessiveness of her.
Wendi gave me the mitigation document which I have read. I am disappointed in its flat
tone, yet I am not sure that I am the one to comment. Wendi asked to me to read it and
edit. I will talk to the defense. David DeLozier came in to visit her and he sat down with
us. He said that he believed that the defense was coming together and that they were
meeting tomorrow. He said that he would be fine whether he was asked to speak or not.
Could this be true when she is his client in such a personal way? Wendi said that she
believes that things are happening as God intended and she is feeling more and more
confidence in Dan's understanding of the case. She said that she has more confidence
about talking to the prosecution's expert and she knows that she can be calm if she tells
the truth.


April 26, 2004

Met with Wendi in legal booth. She said that she and Dan had realized that she had done
things to get money for Joe's needs while at San Riva. She said that she could not
specifically recall the demand Joe made on her, but did recall the first demand which was
to pay off a $2200 Radio Shack bill. Wendi said that she was working at Sierra
Mechanics on her day off to help them stay afloat financially. She said that Joe expected
her to keep expanding her ability to cover financial demands and she kept trying to
comply. She said that she never told him that it was his responsibility to pay his own
bills. She said that Joe's entire Casa Grande crowd had houses except them and Joe
"made her feel responsible" to get them a house. Joe said that Marcy (his former
girlfriend whose father was a well off builder) would have gotten him a house. Wendi
said that it did not enter her mind that it was Joe's responsibility to provide them a house.
She said that he said "You know you can always get your hands on money." Wendi said
that she went to her parents for money until she could no longer face them.
Wendi said that she spent four hours with the prosecution's psychiatrist. She said that it
was grueling and that she cried several times. She said that he tried to engage her anger
and her flirtation. She said that she believes that she will have another interview with
him. She said that she felt like he was trying to make her afraid of the prosecutor by
saying how tough and theatrical he is.
I wanted to explore Wendi's history with men and sex because Scott brought up issues of
the absence of mention of her fathers in the mitigation document. Wendi said that she
had no recollection of her natural father. I think that Donna is the best source of
information on him. I believe from Wendi's inability to be appropriately sexual as well
as her ability to dissociate is because she was molested by her natural father. Donna told

019564

PAT019619



me that he had (or is now) served time for molestation and there is a history among the
men in that family. This was helpful to me in assessing Wendi as well as Donna. While
I have no direct information about Donna's history, I can see that she has chosen a
sexually repressed way of living and of relating to her child.

Wendi said that she remembers Alejo as her father always. She said that he is more
liberal than Donna. She said that she was always "Daddy's little girl" and that they had a
joking and lighthearted way of interacting. Wendi said that she is a "flirt" but that flirting
is not a prelude to sex in her mind. She said that she flirts with her father and she defines
that as being charming and attentive and lighthearted. She said that she knows that she
can use that behavior to get attention. She said that she was able to get the attention of
the best looking man in the room by behaving that way. She said that she always picked
the man and was never the one pursued. She said that she thought of herself as
intimidating to men and that by picking the most attractive man she found someone with
enough confidence that she would not intimidate him. She said that she remembered
picking out a boy at a Christian conference when she was a teen. She said that the other
girls were giggling about him but she was the one who approached him. She said that she
spent the conference with him and that nothing sexual happened, not even handholding.
She said that she liked this conquest without sexual obligation. Wendi said that she did
the same thing when she picked Joe. She said that he could be "the life of the party" in
the bars "with a few beers in him". She said that she wanted his attention but did not
want sex with him. She said that she liked to hug and kiss and cuddle but it was not
sexual for her. She said that she never felt stirrings in her body from contact with men.
She said that she read romance novels and never felt sexually aroused. She said that
other women told her that the romance novels aroused them and Wendi did not
comprehend the feeling. Wendi said that she was able to go to bars in Casa Grande
because her Mexican cousins would protect her if any man got too forward. She said that
Billy (Nicholas' godfather) once knocked a guy out in a bar to protect her. Wendi said
that after she was married to Joe she would flirt with him in the bars and his friends were
jealous that Joe's wife still flirted with him. She said that she shut her mind to the idea
that she would have to have sex with him later in the evening. She said that he expected
sex whether she flirted or not and that the sex was "wham, bam, thank you ma'am." She
said that she did not think she could say no to Joe because it was her "marital duty" to
have sex when he wanted it. She said that she never had an orgasm with any man, not
Joe, Travis or Rick. Wendi said that shortly after Nicholas was born, Joe insisted on
having intercourse with her even though she was not healed from the baby's delivery.
She said that he had insisted on having sex with her at the end of the pregnancy. She said
that Nicholas was overdue and Joe said that sex would help her go into labor. Wendi said
that she asked the doctor to induce because she wanted the sex to end. She said that she
was so big and miserable that she found the sex nearly intolerable, but she did not tell Joe
no. She said that sex really became distasteful during this time. She said that she had
hoped for more consideration from Joe.

Wendi said that Joe gave her no affection. She said that she initiated hugs and that he put
his put his arms limply around her. She said that he did not like to kiss or hold hands and
that one time she sucked on his lip while she was kissing him and he told her never to do
that. She said that it hurt her feelings and she never tried it again.

019565

PAT019620

PCR000113



Wendi said that she became aware of sexual feeling for the first time in jail. She is extremely concerned about Donna's knowing about this. She said that she was seduced by a female inmate (Tina Stine) who took months to get her to the point that they had sex. She said that this woman gave her the touches and caresses that she had craved and that she pursued Wendi openly. Wendi said that it was the first time anyone pursued her. It seems that it was the first time that Wendi was aware of being pursued because I doubt if she was as intimidating and off-putting to men as she portrays. It also seems that the men that her cousins protected her from must have been in pursuit of her. I think she defines pursuit by her choosing to approach in the first place. Wendi said that Tina Stine never penetrated her and that she felt safe because of that. She said that she was able to have an orgasm with Tina giving her oral sex. Wendi said that she loved it and it was "addicting." She said that she has a fear of penetration and is not sure if she could enjoy sex with a man now. She said that she corresponds with a man whom she does find sexually attractive, but that her attraction to him has never been put to the test by sexual contact. She said that his letters do arouse her sexually. Wendi said that she never wanted sex with Travis Black or with Rick Freedman sp?. She said that she was aware that she owed it to them and thought that was always the way with men. She said that she likes kissing and being held and then it never crossed her mind that she could say no. She said that "as soon as the clothes are off she wants to stop."

Wendi said that she learned about sex from Alejo and could never talk to Donna about sex. She said that he has always been the parent she has gone to for open discussions. She said that when she asks him for guidance, he asks if she wants it as a friend, father or minister. She said that he is able to reconcile the differences in point of view. I find that Wendi is more able to open her point of view now than she was 3 years ago. At that time she clung to a literal Biblical interpretation of appropriate behavior and she went to her mother for authority.

Wendi said that she got into the sexy stories through a roommate in jail named Kelly. Kelly wrote stores for a guy who put money on her books in exchange for them. Wendi said that she had read many romance novels and had story ideas from them. She said that Donna reads a lot of romance novels too. Wendi tried writing a story and Kelly edited it to make it raunchier ("more ghetto"). Around that time Tina Stine was moved to another pod and was hanging around with another woman. Wendi said that she was jealous and she wanted to shock Tina into thinking of her as a sexual person. Wendi wrote a story and Kelly edited it and sent it to Tina. Tina was amazed and said that she didn't know that Wendi had it in her.

Wendi said that she put Kelly up to reading her story to Alejo. She said that she told him about the Tina letter. Wendi said that Alejo said that she should send stories to him for the internet. Wendi said that someone Alejo knows from his photography was his connection into the internet. Wendi said that these photographers have "lingerie parties" some of which are innocent and some are more provocative. Wendi seems to have open knowledge of these enterprises and does not think they are inappropriate. It seems that Wendi has never connected the "flirtatious" element of Alejo's personality with the actual sex act. It seems that he was sort of her perfect man, sexually involved without actions. Wendi said that he continues to be a flirt and she sees him watch the women when he visits her.

019566

PAT019621

APR-28-2004 13:37 FROM:                                    TO:6025068289          P.4

Scott:  Wendi has gone out on limb to give me this information and I am expecting it be used sensitively, given that I understand that it does relate to the underpinning of her thwarted sexuality.  Wendi asked that David do the power point because he knows her best, but she wants Dan to do the main part of the opening.  She said that if she has to choose one of them to do the whole opening, she wants Dan because she believes he has the charisma.  Please let me know if I can be of help.  Wendi also wanted to be sure that you were aware that she beat Joe with the detached legs of the barstool which had wood screws at the end.  She thinks that might be why he has point cuts on his scalp.  She is certain the she never took the knife to his head and she has never budged on that belief.

019567

PAT019622

PCR000115

# Exhibit 46



## INTAKE INFORMATION

NAME: Wendi E. Andriano    SOCIAL SECURITY # 527659703-1
DATE 2-28-96    PHONE: Home 426-1074   Work 426-6582 Ext ___
ADDRESS 20032 N. Otter Rd.
CITY CG    STATE AZ    ZIP 35222
DATE OF BIRTH 8-26-70    AGE 25    SEX: ( )Male (X)Female
ETHNIC ORIGIN (X)Caucasion ( )Black ( )Native American ( )Hispanic ( )Oriental
EDUCATION COMPLETED: 8th grade ( ) 12th grade ( ) College 1 2 (3) 4 5 6 +

IF MARRIED OR LIVING WITH SOMEONE:
Person's Name Joe D. Andriano    Age 28  Social Security # 527718252
                                       Date of Birth 8-18-67

RELATIONSHIP STATUS:        PEOPLE LIVING IN HOUSEHOLD AT PRESENT:
___ Single          Name  Age  Relationship  Date of Birth  Social Sec.#
(X) Married         _____
___ Widowed         _____
___ Divorced        _____
___ Separated       _____
___ Living with     _____
       Someone
2 yrs. Length of time
REFERRAL SOURCE: ( )Self (X)Supervisor ( )Co-worker ( )Family ( )Other
HOW DID YOU HEAR ABOUT OUR SERVICES?   ( ) Brochure  ( ) Yellow Pages
( ) Co-worker (X) Supervisor   ( ) Family Member

HAVE YOU PREVIOUSLY USED COUNSELING SERVICES? ( )Yes  (X)No
STATEMENT OF CURRENT PROBLEM High Stress level

DO YOU HAVE ANY HEALTH PROBLEMS? ( )Yes  (X) No
   If yes, please explain
ARE YOU CURRENTLY TAKING ANY MEDICATION? ( )Yes (X)No
   If yes, name and amount

EMPLOYER NAME Casa Grande Regional Medical Center JOB TITLE Staff Accountant
COMPANY DIVISION _____ LOCATION CG
LENGTH OF EMPLOYMENT 3yrs
ARE YOU:   (X)Full-time ( )Part-time (X)Hourly ( )Salaried
SPOUSES EMPLOYER NAME Self-Employed — (auto glass repair)
YOUR TOTAL FAMILY INCOME: ( )0-10 ( )1-12 ( )13-14 ( )15-16 ( )17-19
(In thousands annual) ( )20-25 ( )25-30 ( )30-35 ( )35-40
                      ( )40-45 ( )45-50 ( )50-55 (X)55-60 ( )60 +.
HEALTH INSURANCE COMPANY NAME REBA/PPO + UMCC
INSURANCE COMPANY ADDRESS _____
GROUP # _____   POLICY # _____
VA# _____

AUTHORIZATION TO PAY FACILITY
I authorize Casa Grande Counseling Service to furnish any information require
by the above insurance carrier and I authorize my insurance company to make a
payments for this claim to Casa Grande Counseling Service. A photo copy of th
signature shall be considered valid as the original.
Signed: Wendi Andriano    Date: 2-28-96
** I understand that the name of Dr. Carlos Vega may appear on my insurance
   as he is supervisor of counseling at Casa Grande Counseling Service.

005436

## CLINICAL ASSESSMENT FORM
### TO BE COMPLETED ON EVERY CLIENT

Date of Assessment Session(s): 2/27/96 & 3/1/96
NEAS Referring Counselor: Ellen Pehrson
Client Referred to NEAS by Employer? _X_ Yes ___ No
Client Case #: 9601846

Client(s) attending sessions (Full Names): Wendi Andriano
Company: Casa Grande Regional Medical Ctr.

**Presenting Problem and Precipitant for Change (Please Be Complete):**
*****NOTES THAT CANNOT BE READ WILL BE RETURNED, WHICH WILL DELAY REIMBURSEMENT*****

Wendi cried through most of her first session, reported she's having problems with sleeping + focusing @ work. Was referred back to her physician for possible medication and/or evaluation at this session. The second appmt. session revealed the true nature of her problem when she reported she had stolen $2,000 from the nursing home within the last month to help pay off some personal debt. She spoke w/ HR abt this earlier today + is being put on suspension rather than the medical leave of absence her M.D. had authorized for her. Referred her to Consumer Credit Cnslng and to her school for exceptional/career testing.

**Work Problems/Stressors:** Reports she doesn't like her job + all the deadlines they face. Stole $2,000 last month, but did admit it to her employer.

**Impressions/Treatment Plan:** Wendi appears to be depressed and very angry at her husband although she does not report this to him. With financial + career counseling, plus some training in communication skills, a lot of her stress could be relieved.

Motivation to seek assistance at this time? ___ Low ___ Medium _X_ High

| DRUG/ALCOHOL USE | RISK ASSESSMENT (1=low, 5=high) | RELEVANT SOCIAL HISTORY |
|---|---|---|
| Drug(s) Used: None, reported | Suicidal — ①2345 | ☒ Significant Family of Origin Issues |
| except 2-3 mixed drinks (EtOH) | Verbal Aggression — 123④5 | _X_ Eating Disorders ↑10lbs-2mi |
| Family History: ___ Yes _X_ No | Physical Aggression — ①2345 | ___ Sexual Abuse |
| Related Consequences: | Depressed Mood — 12③④5 | ___ Physical Abuse/ Domestic Violence |
| ___ Job Loss/Performance Problems | Anxious Mood — 12③45 | ___ Significant Losses |
| ___ Marital/Family Discord | Impaired Functioning — 123④5 | _X_ Lack of Support Systems |
| ___ Lose/Changed Relationships | Substance Abuse — ①2345 | |
| ___ DUI/DWI | Significant Medical Problems — ①2345 | COUNSELING HISTORY |
| ___ Legal Problems | | N/A ___ Inpatient |
| ___ Health/Medical Problems | Overall Health: _X_ good ___ fair ___ poor | ___ Outpatient |
| ___ Financial Problems | Medications: none except herbs. | ___ Support Group |
| CONCLUSIONS: | | ___ Crisis Only |
| _X_ Chemical User | Date of Last Physical: 12/95 | |
| ___ Chemical Abuser | w/ Dr. Grady | Helpful to Client? ___ Yes ___ No |
| ___ Chemically Dependent | | |

| TREATMENT RECOMMENDATIONS/REFERRALS: | REFERRAL DATA (Please fill out completely): |
|---|---|
| ___ Continuing EAP Assessment (Addendum form to follow) | ___ No Referral Made |
| _X_ EAP Brief Therapy (Needs Prior Approval) | _X_ Referral Information Pending |
| ___ Outpatient Mental Health | Client Referred To: |
| ___ Inpatient Mental Health | Name: |
| ___ Inpatient Substance Abuse/Detox | Clinic/Service: |
| ___ Psychological Evaluation | Address: |
| _X_ Financial Counseling | City, State, Zip: |
| ___ Legal Assistance ** | Business Phone: (    ) |
| ___ Self Help/Reading Resource | Client(s) receiving referral: |
| ___ Other Resource (Please Specify) | ___ Referral Contacted With Assessment Info |
| _X_ Medical Evaluation | ___ Insurance Verified/Pre-cert done (if necessary) |
| ___ No Referral Needed | |

**Affiliates are NOT to provide legal referrals. All clients requesting legal referrals MUST be referred back to NEAS.

Fill out referral data box for all referrals made. Additional referral should be included on a separate sheet of paper.

CLINICIAN SIGNATURE/CREDENTIALS   Beverly A. Nichols M.D. 3/1/96  DATE

| FOLLOW-UP: (Date: _____) | YES | NO | N/A |
|---|---|---|---|
| Did you reach the client for follow-up? | | | |
| Did the client follow-through with the referral? | | | |
| Was the client satisfied with your referral services? | | | |
| Follow-up pending/Notes forthcoming | | | |

005437

PCR000117

sent 3/1/96
(as 230pm

## Casa Grande Valley Counseling Service Inc.

Marriage, Family, Personal, Group

836 E. Cottonwood Lane, Casa Grande, Arizona 85222, Ph: (520) 836-0440 Fax (520) 836-9924

FAX TRANSMISSION COVER SHEET          TIME: 2:20 pm.

DATE: 3/1/96

TO: Dr. Franklin Baroi

FAX#: (520) 426-9347

FROM: Beverly Nichols, M.Ed, CMFT, CPC

Casa Grande Counseling Service

FAX#: (520) 836-0924

NUMBER OF PAGES INCLUDING COVER SHEET: 2

The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us.

MESSAGE/INSTRUCTIONS: Dr. Baroi — I saw Wendi for the second time today and still feel she would be a good candidate for a mild anti-depressant to help her sleep better and cope with the stresses she is facing at work and at home. Please call me if I can provide you with any further information.
— Beverly Nichols, M.Ed

BEVERLY A NICHOLS, M. Ed.
Certified Marriage & Family Therapist
Certified Professional Counselor

R. A. CORNELIUS, PH.D.
Certified Marriage & Family
Therapist

PHYLLIS E. WELLS, M.A.
Certified Marriage & Family

005440

NOTIFICATION OF ASSESSMENT
## CASA GRANDE VALLEY COUNSELING SERVICE INC.
635 E. COTTONWOOD LANE   CASA GRANDE, ARIZONA 85222
PHONE (520) 836 0440   FAX (520) 836 0924

CONTACT PERSON: MARGE SUNDBLOM

RE: _Wandi E. Adriano_       SS _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_ DOB _8-26-70_
       (Client Name)

This individual is receiving behavioral health services.  The client's
authorized medications and laboratory services, if any, are identified
on the attached Medication Plan.  If additional information is
required, please contact the aforementioned person.

DSM Provisional Diagnosis: Date _3/1/96_

AXIS I   _309.40_     ; _R/o Major_   Psychiatric Evaluation: Y or (N)
                        _depression_
AXIS II   _N/A_                Dr. _____

AXIS III   _N/A_               Outpatient Counseling: (Y) or N

AXIS IV   _Occupational problems +_    Therapist: _Beverly A. Nichols, M.Ed_

_Prblms w/primary support group_    Residential/Inpatient:  Y or (N)

_____
                                       (Facility)
AXIS V   _58_

RECOMMENDATIONS: _If Wandi continues to have crying spells and/or sleep_
_difficulties, I would strongly recommend she be considered for_
_anti-depressant medication to help stabilize her at school and work._

_X_   I CONSENT to the above named provider releasing this document on
       the date of consent to my Primary Care Physician

_____   I DO NOT consent to the above named provider releasing this
       information to my Primary Care Physician.

_Franklin Barre, M.D._                    _426-1871_
Primary Care Physician                    (Telephone)

_1820 E. Florence Blvd    CG   AZ 85222_    _426-9347_
Physician's Location                      (Fax)

_Wandi Adriano_                           _2-27-96_
Client/Parent/Guardian Signature          Date
                    2
                                          012816

PCR000119

*Casa Grande Valley Counseling Service Inc.*
*Marriage, Family, Personal, Group*
635 E. Cottonwood Lane, Casa Grande, Arizona 85222, Ph: (520) 836-0440 Fax (520) 836 0924

FAX TRANSMISSION COVER SHEET          TIME: 6:15 p.m.

DATE: 3-6-96

TO: Ellen Pederson or any EAP counselor
@ NEAS

FAX#: (414) 798-3928

FROM: Beverly Nichols, M.Ed.
Casa Grande Counseling Svc.

FAX#: (520) 836-0924

NUMBER OF PAGES INCLUDING COVER SHEET: ____1____

The documents accompanying this telecopy transmission contain
confidential information belonging to the sender which is legally
privileged. The information is intended only for the use of the
individual or entity named above. If you are not the intended
recipient, you are hereby notified that any disclosure, copying,
distribution or taking of any action in reliance on the contents
of this telecopied information is strictly prohibited. If you
have received this telecopy in error, please immediately notify
us.

MESSAGE/INSTRUCTIONS: RE: client - Wendi Andriano
Wendi came in for her appt. today and has rescheduled
for next Thurs @ 3pm. (March 14). She reports she signed
a release form which was faxed to you, even though she
was dismissed from her job on Monday, March 4th. She
has started on some anti-depressants, but has had a bad reaction
to them, so plans to re-contact her doctor. We worked alot on
improving her communication skills (esp. w/ her husband) at today's session.

008255

BEVERLY A NICHOLS, M.Ed.      R. A. CORNELIUS, PH.D.      PHYLLIS E. WELLS, M.A.      Thanks -
Certified Marriage & Family Therapist      Certified Marriage & Family      Certified Marriage & Family      Bev ☺
Certified Professional Counselor      Therapist      Therapist
Child Specialist

#1 BT

PROGRESS NOTES

NAME _Wendi Andriano_                ID #                DATE _3/6/96_

OBSERVATIONS (AFFECTIVE-BEHAVIORAL-COGNITIVE)
affect- appropriate to content
mood - slightly anxious but most approp. to content
behavior - pleasant/coop.
cog - unremarkable

NARRATIVE
    Wendi rpts. that she was dismissed from her job on Monday by mutual
agreement. She said she did not feel she could continue to work there.
She has not called CCC yet because her husband does not want them
to lose their credit cards. I informed her that would not happen and
stressed that they could greatly benefit from starting a definite weekly
budget. She is now on antidepressants, but rpts. she's having more difficulty
sleeping – I referred her back to her M.D. for a follow-up eval. + possible
med. change. Has found out that JTPA has no career testing she could
take.

PROGRESS TOWARD OBJECTIVES
    Limited, although she now knows she needs to begin a job hunt.

COGNITIVE/BEHAVIORAL/EDUCATIONAL RECOMMENDATIONS OR ASSIGNMENTS
    Contact  CCC, Univ. of Phx, her M.D. + Job Service

NEXT APPOINTMENT _Thurs. March 14 @ 5p.m._              008256

THERAPIST: _Beverly A. Nichols, M.Ed, CMFT_

PCR000121

PROGRESS NOTES                                    (LKW)

NAME Wendi Andriano                    ID #              DATE 3/14/96

OBSERVATIONS (AFFECTIVE-BEHAVIORAL-COGNITIVE)

NARRATIVE

Late reschedule to 3/18/96 @ 2p.m (Mon)
(1:10pm)
3/14
                                    (NS)

PROGRESS TOWARD OBJECTIVES

COGNITIVE/BEHAVIORAL/EDUCATIONAL RECOMENDATIONS OR ASSIGNMENTS

NEXT APPOINTMENT

THERAPIST: Beverly A. Nichols M.Ed.                    008257

PCR000122

Exhibit 47

## EXCERPTED MEDICAL NOTES FROM WENDI ANDRIANO'S INCARCERATION (TYPEWRITTEN)

*Note:* For ease of review, this document types up relevant handwritten medical notes from Wendi Andriano's incarceration for the period between her arrest and her sentencing. Where discernable, abbreviations in the notes are written out in full in this document. Copies of the original handwritten versions of all notes follow this typewritten document; because some pages have more than one note entry, the handwritten pages may include extraneous material not transcribed below.

| Date of Note | Prison Medical Provider Who Authored Note | Transcription of Handwritten Text | Bates Nos. |
|---|---|---|---|
| 11/03/00 | Dr. L. Garcia-Bunuel | [Wendi h]as been in jail for about two weeks, charged with murdering her husband. She is extremely depressed but has been so for at least a year. Husband had pulmonary metastasis from a cystoadenoma of a salivary gland and had been dying for months. For obvious reasons and at her attorney's request, she cannot discuss the case against her.<br><br>She cries easily, looks fragile, in despair.<br><br><u>Diagnosis</u> Depressive Disorder Not Otherwise Specified. | |
| 12/13/00 | Dr. L. Garcia-Bunuel | [Wendi] is not being seen because her attorney has instructed her not to speak to psychiatrists. Detention officers report, however, she is in a better mood. Will continue [taking] Remeron. | |
| 09/27/03<br><br>(2210 hours) | Nurse I. Sweeney | Man down "seizure – possible."<br><br>[Wendi] found lying on floor – DO is holding pressure over a "laceration on [her] left hand" upward from 5th digit towards wrist. Approximately 200 cc estimated blood loss on [her] bed and on floor. | |

1

PCR000123

| | | | |
|---|---|---|---|
| | | [Wendi] is awake – eyes closed – stating "help me." Skin is pale/dry.  Buccal membranes dry and pale.  Bleeding to left hand controlled – DO's "pressure drug." Puncture wound left AC area [inside crook of arm]; bleeding, open area appears 1 cm rounded.  911 called. . . . [vital signs] . . . [Wendi] transported in timely manner to Maricopa Medical Center ER for evaluation of self-inflicted wounds.<br><br>[Wendi] has written a suicide note, which is atop the bunk surrounded by pictures children, reportedly [Wendi's] children. | |
| 09/28/03<br><br>(0920 hours) | Dr. L. Harold and Nurse Donna [last name not provided] | [Wendi] seen in intact 4-point restraint, downgraded to 3-point restraint.  [Wendi] states remorse for stabbing her arm. . . .<br><br>Dressing on left forearm CLI.  Restraints checked OK.  [Vitals].  Toileted and complains of wrist and ankle pressure.<br><br>[Wendi] not able to make solid contract. Danger to self.<br><br>Transfer to [Durango Psychiatric Unit] order from Dr. Wandy obtained.  Report given to [Durango Psychiatric Unit] staff. | |
| 09/28/03<br><br>(1115 hours) | Nurse D. Anderson | Female inmate [Wendi] transported to [Durango Psychiatric Unit] . . . . [Wendi is] frail, pale white color – pale mucous membranes. Oriented x3, alert.  Complains of feeling dizzy.  Under-using the bathroom prior to 4-point [restraints].  [Vitals].  Mood: dysphoric.  Affect congruent.  Thoughts [are] irrational, minimizing suicide attempt last night ([she] stabbed self on left brachial area with a pencil and was sent to Maricopa Medial Center for sutures[)].  Bandage dry and intact. Good range of motion. [Wendi] states [she] just wants to sleep. Unable to complete her nursing assessment. Increased risk [for being a] danger to others/danger to self.  Level I [suicide watch] [and] 4-point [restraints] as | |

PCR000124

| | | | |
|---|---|---|---|
| | | ordered. | |
| 09/29/03<br><br>(1600 hours) | Counselor<br>Laura King | [Wendi says]: "I guess I just panicked. That officer lied to me and I felt trapped. I knew I would be in lock down during my trial and I just couldn't do it. I just freaked out." [Wendi] is [a] 33 year-old white female approaching trial on serious charge. She came to [Durango Psychiatric Unit] after panicked and impulsive suicidal gesture which was too successful. [Wendi] has no prior suicide attempts in custody or prior. [She] has no psychiatric history prior to custody except for brief contact through employee assistance program at work. [Wendi] was married for 7 years. Had two children — now 5 [and] 6 [years old]. They live with husband's family, who are trying to terminate [Wendi's] parental rights. [Wendi] denies history of drugs, alcohol abuse, and smoking. [Wendi] has degree in accounting and real estate license. She was working in apartment management prior to arrest. [Wendi] has no history [of] other jail, prison, arrests. [Wendi] has support of family. Her father visits every Wednesday. Mother visits when she can. [Wendi] feels mom is too distressed by jail setting. [Wendi] has counselor that sees her every two weeks ([K]andy R[oh]de 430-443-1351). [Wendi] denies any further danger-to-self intention and reports confidence in defense team, connection to family, and hope at seeing children. She is future-oriented, organized thoughts, and good insight/judgment. Mood dysthemic.<br><br>Assessment: Need for psychiatric stabilization justifies [Durango Psychiatric Unit housing] . . . . [Wendi] acted out impulsively with significant suicide attempt in moment of panic. No peers or medical to reality test. [Wendi] simultaneously tearful and anxious, due to extraordinary length of time in jail and severity of upcoming events. [Wendi] would benefit from respit[e] on [Durango Psychiatric Unit]. Also need to verify that | |

PCR000125

| | | | |
|---|---|---|---|
| | | suicidal intent has genuinely abated.<br><br>Plan  Assist [Wendi] in locating property from Estrella, especially glasses/radio.  Contact mother regarding cards/coloring books for pod.  Check on double blanket. | |
| 09/30/03<br><br>(0900 hours) | Dr. K. Holfert | [Wendi] seen in day room – 4-point [restraints].  Actually quite articulate, appropriate – open about situation.<br><br>She has been in jail 3 years, goes to trial next 30-45 days.  She [wa]s being treated for anxiety issues and insomnia at Estrella, as well as being seen by a private therapist from outside twice a month.<br><br>[Wendi] apparently could not handle prospect of involuntary administrative segregation – impulsively stabbed self, "without thinking." [Wendi says:]  "I'm normally quite level-headed." . . .<br><br>We agreed [she] would spend short time here – [a] respit[e] – then move back to Estrella.<br><br>Assessment  Adjustment Disorder<br><br>Plan: Above | |
| 11/24/03<br><br>(1300 hours) | Dr. Gerald Perry | [Wendi] stated she has been feeling more anxious and depressed since various staff members have discussed possibility of going to general population.  She is very worried that she will regress to a state of hopelessness and again attempt suicide.  Said she surprised and scared herself with previous attempt and did it suddenly and without warning.  Stated she has been unable to sleep with worry and called her outpatient counselor last night for support.<br><br>Received a call from Dr. Garcia in outpatient saying he had received call from outpatient counselor expressing concern that Wendi was suicidal.  Received call | |

PCR000126

| | | | |
|---|---|---|---|
| | | from counselor (Kandy Rohde [phone numbers]) saying she feared Wendi would kill herself. [Wendi] was seen by me at 1300 hours.<br><br>Assessment [Wendi] is not an acute suicide risk at present, but does need to remain [in Durango Psychiatric Unit] to continue her current level of stability.<br><br>Plan (1) Maintain on [Durango Psychiatric Unit] to prevent decompensation. (2) Reassurance as needed. | |
| 1/14/04<br><br>(1330 hours) | Dr. Gerald Perry | [Wendi] tearful discussing her children. Was told she may have long court battle to regain custody of her children. Also discussed her family of origin and step-father's response of "pouting," withdrawing, and withholding attention and affection when he felt hurt or angry. She is learning how these dynamics have affected her and her need to "fix" or help other inmates with their problems. She is saddened by news of custody problems but denies [being a] danger to herself.<br><br>Assessment Not a current danger to self.<br><br>Plan (1) Maintain on [Durango Psychiatric Unit] (2) Supportive counseling through trial (3) Monitor mental status/danger to self. | |
| 1/13/04 | Counselor Laura King | [Wendi states:] "I'm just having a hard time with my sleep. They may keep my kids. I just feel so uncomfortable not helping someone when they're hurt or need something. It's like I can't stand it, but at the same time I don't want to do it." [Wendi] describes increased internal pressure when someone she is close to is in need. [Wendi] tearful when describing her conflict in feeling | |

PCR000127

| | | | |
|---|---|---|---|
| | | she must help others she is close to. [She is] very uncomfortable saying no, even when she knows it is the "right" thing to do.  [Wendi is] tearful, frustrated and anxious, but forthcoming with her struggle.<br><br>Assessment  [Wendi] engaged in conversation showing increase in insight and willingness to disclose painful conflicts.  [Wendi is] still on altered sleep pattern.<br><br>Plan  Continue Special Needs Treatment Plan. | |
| 1/22/04<br><br>(1600 hours) | Dr. Gerald Perry | [Wendi] complains of difficulty with slowed thought processes and is concerned about how this might affect her upcoming trial.  Feels the Seroquel is making her groggy and is asking for a medication change. During her trial she will be awakened between 1:30 and 2 a.m. for court and will not return to jail until between 5 and 6 p.m., when she will have to go to sleep.  Having some anxiety regarding trial but depression under good control.<br><br>Assessment  May be having medication effect.<br><br>Plan:  Have discussed with Dr. Venkatabalaji, who will review her medications. | |
| 1/23/04 | Nurse D. Rhoades | [Wendi] consistently denies suicidal ideation and homicidal ideation.  Increased anxiety related to trial (charges are serious). Hygiene and grooming remain good. [Wendi] requested change in medications to prevent drowsiness at trial.  No symptoms of psychosis.  Conversations are logical, 100% compliant with medications.  No management problems.  [Wendi has some somatic complaints of a sore throat and trouble sleeping, which will be further | |

PCR000128

| | | | |
|---|---|---|---|
| | | disturbed by court schedule. Eats within normal limits, no bowel complaints. Assessment: Fragile but holding up and coping well for her situation. Plan: Given Tylenol as required for sore throat as needed. Watch for increased symptoms. Monitor for mood swings. [Wendi] has history of impulsive acting out. | |
| 1/23/04 (2330 hours) | Dr. Gerald Perry | [Wendi] returned from court upset and tearful, being told her trial is being postponed for two months. Not danger to self. Stated decreased Seroquel is helping her focus, but asks for medications to help with emotional stability without causing cognitive slowing. Assessment: Not a current danger to self. Plan: (1) Maintain on [Durango Psychiatric Unit] (2) Have discussed medications with Dr. Venkatabalaji. He will see her regarding possible medication change. | |
| 02/13/04 | Dr. Gerald Perry | [Wendi] stated she is sleeping better and feels Zoloft is helping her. Was unhappy with new mitigator – feels that he does not understand her and won't be able to represent her well, but was concerned she may have hurt his feelings and felt like apologizing. We discussed her learning more assertiveness skills and not needing to take care of everyone. Assessment: Doing well with medication change but needs continued stay at [Durango Psychiatric Unit] because of history of a brittle response to stress. Plan (1) Maintain on [Durango Psychiatric Unit] (2) Medications as per Dr. Venkatabalaji (3) Continue to work on | |

PCR000129

| | | | |
|---|---|---|---|
| | | assertiveness skills. | |
| 03/02/04<br><br>(1200 hours) | Dr. Gerald Perry | [Wendi] felt physically and emotionally drained from court appearance Friday and disappointed that no rulings were made. Was tearful and isolative over weekend. Today became tearful when discussing upcoming trial and "having to dig up everything again." Discussed how much she has grown and individuated as a person since being in jail and how she is realizing how much she lacked her own identity and was so co-dependent when married.<br><br>Assessment  Experiencing vicissitudes of her situation, but clinical depression under good control and no danger to self.<br><br>Plan  (1) Maintain on [Durango Psychiatric Unit] for continued stability (2) Medications as per Dr. Venkatabalaji (3) Supportive group counseling. | |
| 3/24/04 | Counselor Laura King | [Wendi states:] "I don't know why I keep doing the same thing over and over again. I want to stop it. I want to learn but it's just so hard." [Wendi] alert and oriented. Discussed strategies for assertiveness with peers and history of exhausting self trying to assist others. Discusses frustration with unknown outcome regarding legal issues and relationships. [Wendi] shifts from giddy to tearful.<br><br>Assessment: [Wendi] remains fragile and at risk for decompensation due to current legal status. [Wendi] remains stabilizing presence on C pod. Need for psychiatric stabilization justifies [Durango Psychiatric Unit housing].<br><br>Plan  Continue Special Needs Treatment Plan. | |

PCR000130

| 3/25/04 (1300 hours) | Dr. Gerald Perry | [Wendi] continues to show pleasant affect despite feeling anxiety regarding her situation and some interpersonal conflict in her pod. She was tearful speaking of her codependency needs and how hard she has worked to change for the better. She had extra as-needed Ativan recently to deal with stress.<br><br>Assessment  Situational anxiety.<br><br>Plan  (1) Maintain on [Durango Psychiatric Unit] (2) Supportive counseling (3) Continue Special Needs Treatment Plan. | |
| --- | --- | --- | --- |
| 4/29/04 (1500 hours) | Counselor Laura King | [Wendi states:]  "I'm doing pretty well. I'm dreaming a lot these days, just about things like making breakfast. My mom puts her head in the sand. I can only hear things for so long from people and then I just have to get up and go." [Wendi] seen in APR. [Wendi is] alert and oriented. Discussed general occurrences during last week. [Wendi reports] increase in ability to detach from anxiety of peers.  [She is] housed [in] C pod, medication compliant and participating in all treatment offered. Mood euthymic, affect within normal limits, thoughts organized.<br><br>Assessment  Need for psychiatric stabilization justifies [Durango Psychiatric Unit housing].  [Wendi] making continued efforts to employ coping strategies in the face of stress.<br><br>Plan  Continue Special Needs Treatment Plan. | |
| 9/10/04 (1330 hours) | Dr. Gerald Perry | [Wendi] has been in court Tuesday through Thursday, awakened at 2 a.m. for transport and returns between 7 and 8 p.m.  She has [experienced] increasingly stressed but not a danger to self.  Has been tearful at night by her and staff's accounts but seemed more positive today.  [Wendi] asked for minor medication change to help get to sleep | |

PCR000131

| | | | |
|---|---|---|---|
| | | sooner.<br><br>_Assessment_  Adjustment disorder with depressed mood.<br><br>_Plan_  (1) Maintain on [Durango Psychiatric Unit] to maintain level of functioning (2) Medications as per Dr. Drapeau (have discussed). | |
| 9/10/04<br><br>(1410 hours) | Dr. P. Drapeau | [Wendi] seen per Dr. Perry today.  She said that even with Seroquel 50 mg and Ativan 1 mg at night when she returns from court, she is having trouble sleeping.  She requests that Ativan be increased to 2 mg.  Order written for Ativan 2 mg three times a day as needed for agitation for 28 days. | |
| 9/30/04<br><br>(1840 hours) | Dr. P. Drapeau | [Wendi] seen on her return from court. She said prosecution has rested their case yesterday.  She said defense started today. She said she is sleeping from 9 p.m. to 1:30 a.m., getting 4.5 hours of sleep at night.  She said she would like to be able to sleep more on the weekend, to get rest prior to her testimony which will begin next week for four afternoons. Wendi requests Seroquel 50 mg twice a day, as needed.  Order written for Seroquel 50 mg twice a day by mouth, as needed for agitation for sixty days.  [Wendi] is alert and appears to be thinking clearly at this time.  No voiced danger-to-self ideation. | |

PCR000132

**PROGRESS NOTES**

☐ PUBLIC HEALTH

☐ CORRECTIONAL HEALTH

DT061-6035

This form will be used by the medical staff for:
PATIENT'S - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and
PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

PATIENT ID PLATE IMPRINT

ANDRIANO, Wendy

A6.31830

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 11.3.00 | PSYCH. NOTE |
| | Has been in jail for about two weeks, charged with murdering her husband. She is extremely depressed but has been so for at least a year. Husband had pulmonary metastasis from a cystoadenoma (?) of a salivary gland and had been dying for months. For obvious reasons and at her attorney's request, she cannot discuss the case against her. |
| | She cries easily, looks fragile, in despair. |
| | Dx Depressive Disorder NOS. |
| | L. GARGA-SUNIEL MD |
| 11.13.00 | Psych. note. |
| | Trazodone is causing a very dry mouth & throat and a stuffy nose. She has, however, been crying less but this could be due to her frequent visits by mother and father and a clergywoman from her non-denominational church. |
| | Wof Will switch to Remeron. |
| 12.13.00 | PSYCH. NOTE                    L. GARGA-SUNIEL MD |
| | Pt. is not being seen because her attorney has instructed her not to speak to psychiatrists. Det officers report, however, she is in a better mood. Will continue Remeron. |
| | L. GARGA-SUNIEL MD |

012691

081-6035 (Rev. 6/97)                                                                    (OVER)

PCR000133

**PROGRESS NOTES**

☐ PUBLIC HEALTH
☐ CORRECTIONAL HEALTH

|||||| DT081-8035 (barcode) ||||||

PATIENT ID PLATE IMPRINT

Andriano, Wendy
8.26.70
A 031830

This form will be used by the medical staff for:
PATIENT'S - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and
PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| | ESTRS R30     NKDA |
| 11-15-02 | Im to clinic C/o Blood in stool |
| | Im Refused Medical |
| 3-14-03 1305 | (O) Eyeglasses from riders have arrived. Cleared through security. Given to IM. Im signed for eyeglasses. |
| | (P) Gave eyeglasses    ___ |
| 5.13.03 1400 | PSYCH NOTE:    A. Hernandez RN ?Cr |
| | S- Per Detention staff this Inmate was tearful. |
| | O - tearful, fragile mood, states saw an old friend and was not able to talk to her. Denies S.I. /H+ Denies AH/VH+ problems. She wants to see to Dr. Garcia. |
| | A - Fragile mood / adjustment problems |
| | P - Staff to be supportive. ○C. Alster Couns III |
| | C Alster CIII #410 |
| 8-25-03 1350 | S: "Im anxious... on trial for 1st murder — need to be able to relax to prepare for trial" |
| (Psych M.D.) | O: Speech clear, spontaneous, logical, mood is calm affect appropriate. Reports above - wants to use Seroquel to achieve desired effect of "calming down" On Seroquel 200 mg HS and Ativan 1mg BID. Not psychotic - denies AV hallucinations. No SI. |
| | A: Anxiety - anticipating trial for 1st murder charge. |
| | P: Will ↑ Ativan to 2mg BID. Follow-up PRN. |
| | Vincent Stuart ___ Psych M.D.P |
| 9/27/03 0010 | man down "seizure - pain" |
| | ① On bunk lying on floor - D.O. is holding pressure over a "Lac on R hand" ↑ from 5th digit towards wrist. Appear were EBL on bed and on the floor. IM is swollen eyes closed stating "help me" |
| | 012693 ___ (OVER) |

PCR000134

Put Discharge Date on Front of Form.

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|

9/27/03 (cont'd) Skin is pale 1day. Buccal membranes dry and pale. Bleeding to ® hand contusion ē DO's "avulsae dog." Puncture around ® AC area 3 bleeding open area appear 1cm rounded. 911 called AR-134 R-16 100/68 97% on a/a Pt transported in timely manner to MMC ER for eval of self inflicted wounds.

I. Sweeney RN #284

® Pt has on there a suicide note which is above the toilet surrounded by various pictures of children repeatedly Pt children.

I. Sweeney RN #284

9-18-03 ® Pm seen in vestang 4pt restraint s'd to 0900. 2 pt. Pt. states remorse for stabbing her arm.

® dressing dry ® FA CLI. Restraints checked. ok, HR 900, RR 20. tolerated ē c/o of wrist on ankle pressure.

A) Pm not able to make solid contract. Danger to self.

P) transfer to DB order from Dr Wendy Obtained. Report given to Dr Hagg / RN Connor

F Hinkle RN

DISCHARGE NOTE:

012694

**PROGRESS NOTES**

☐ PUBLIC HEALTH

☐ CORRECTIONAL HEALTH

PATIENT ID PLATE IMPRINT

Andriano, Wendy
A 631830

This form will be used by the medical staff for:
PATIENT'S - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and
PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 9/28/03 | Admitted To Durango Psych |
| 1115 | S: female inmate transported to D2 for W/C from Estrella. O: pt frail, pale white skin c̄ pale mucous membranes. oriented X3, alert c/o feeling dizzy under using BP prior to 4 pts. VS: 114/64 P.84 T.977 Mood: dysphoric affect congruent. Thoughts - irrational, minimizing suicide attempt last p.m. (pt stabbed self on (L) brachial area c̄ pencil and went sent to NMC for suture. Bandage dry and intact. Good ROM. State just wants to sleep. Unable to complete nursing assessment. A: ↑ Risk DTO/DTS. P: Level I 4pt as ordered |
| | D Anderson RNC #217 |
| 9/28/03 | Nursing note. Level I (↓2pt). |
| 1400 | S: pt awake. Level I c̄. O: pt oriented X3, alert mood: smiling. Thoughts logical currently. ⊘ DTO/DTS (L) arm dressing changed. Sutures in place. skin edges approximated over brachial area. bandaid re-applied. Contract to reduce to 2pt. A: 2pt. P: cont tx plan as ordered. |
| | D Anderson RNC #217 |
| 9/28/03 | Nursing Note  Level 3 note - 2point restraint |
| 1926 | S: I know I have to be here until I see the Doctor. I was angry at being in jail. O: In 2 pt. restraint. Cooperative. Pleasant. A: Remains at risk for DTS. P: Continue Level I - 2 pt. restraint for safety. M Gait RN |

CHM - 1600 R 3-03

(OVER)

PCR000136

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 9/29/03 0600 | Level I Nrsg Note 5. "I'm OK, I just woke up and realized I need to go to the BR" O. Up to BR, gait steady; denies suicidal ideation "for now" A. Level I SR P̄ Continue level I SW — _____ L Brown RN #204 |
| 9.29.03 1800 | SOCIAL WORK NOTE ☐ No I/O re consumer access line. _____ L King CIII #427 |
| 9.29.03 1030 | INITIAL Rx STAFFING  Met with tx team to review pt status and establish discharge criteria. Pt referred from Estrella. Has been in custody since 10/00. Often on L/D status. Appears to have taken suicidal action in response to L/D by detention. Pt has count coming up for serious charge. Will keep on unit for brief respite unless behavior changes and she takes advantage of others. Discharge Criteria: ① No DTO/DTS 100.3 × 14 days ② Coping for current situation 258 × 14 days. Need for stabilization justified D-2 as "Lee" _____ L King CIII #427 |
| 9.29.03 1800 | COUNSELOR ADMIT NOTE  "I guess I just panicked. That officer lied to me and I felt trapped. I knew I would be in lock down during my trial and I just couldn't do it. I just freaked out." Pt is 33 y.o. white female approaching trial on serious charge. She came to D-2 after panicked and impulsive suicidal gesture which was too successful. Pt has no prior SA in custody or prior. Pt has no Rx prior to custody & apt for brief contact through EAP at work. Pt was married × 7 years, had two children - now 5/6. They live with husbands family who are trying to terminate pt's parental rights. Pt denies hx of drugs, etoh, and smoking. Pt has degree in accounting and real estate license 012698 She was working in apartment management |

PROGRESS NOTES

☐ PUBLIC HEALTH
☐ CORRECTIONAL HEALTH

ANDRIANO, WENDY
A 631930
D-2
8/26/70

This form will be used by the medical staff for:
PATIENTS - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and
PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 9.29.03 (Cont'd) | prior to arrest. Pt has no hx other jail, + prison) arrests. Pt receiving no entitlement funds. Pt has support of family. Her father visits every wednesday (Mother visits when she can. Pt feels Mom is too distressed by jail setting. Pt has counselor that sees her every two weeks (Candy Rhode 930-443-1351) pt denies any further DTS intention and reports confidence in defense team, connection to family, and hope at seeing children. She is future oriented, organized thoughts, and good insight/judgment. Mood dysthymic. ⓐ Need for ↑ stabilization. Notifies D-2 as GPE. pt acted out impulsively with significant SI in moment ↓ DANL'd no plans on medical to reality test pt situationally fearful and anxious, due to extraordinary length of time in jail and severity of upcoming events. Pt would benefit from (best) pt on D-2. Also need to verify that SI has genuinely abated. ⓐ Assist pt in locating property from Estrella especially glasses/radio. Contact Mother regarding Candy P. coloring books + pencil, check on double blankets.      Laura  L King CIII #427 |
| 9/29/03 | PSYCHIATRIC ADMIT NOTE       012699<br>LATE ENTRY 9/28 9P:00<br>PM SEEN IN DAYROOM + PT - ROTAPALLY QUITE ARTICULATE + APPROPRIATE - OPEN ABOUT SITUATION.<br>SHE HAS BEEN IN JAIL 3 YRS - |

CHM - 1000 R 3-03       (OVER)

PCR000138

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| | [illegible handwritten clinical notes] |
| | R. Hotter MD #503  X [signature], MD |
| 9/2/03 1000 | MA note – 9/01 Im was seen in medi-cal to redo a PPD & RPR test. which they were done. ℞ Continue as ordering Dakolli MA #804 |
| 10-3-03 | VS – 98⁷ – 109/68 – 89-16 S: states she is having drainage from Ⓛ antecub laceration O: sutures intact, Ⓛ antecubital ⊕ serosang. discharge ↑ erythema A: infected wound P: Sie aclus, RTC ℞ n/c 10-6-03 [illegible] removed  R. Reynolds PA-C #131  Roxanne Reynolds PA-C |
| 10-4-03 0950 | S) WTM (compliant) ℞ antibiotic given  G. Valdez MA #719 |
| | 012700 |

PCR000139

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|

**10.9.03 (CONT'D)** — Need for 4 stabilization justifies D-2 as LCE

*Lauren [signature]*
L King CIII #427

**10/10/03 PSYCHIATRIC NOTE**
**12:30**
I/M STABLE
MEDS RENEWED
WILL MAINTAIN ON UNIT AT CERT
UNTIL START OF TRIAL -
BY NAME

*[signature], MD*

**10·10·03 COUNSELOR WEEKLY NOTE**
**1300**
"I'm just afraid that I'll be called to roll up and have
no idea where I'm going. I'm just nervous, but
I'm doing alright." Pt alert and oriented. Relay-
ed to pt that due to security issues people could
not be told when they were moving. Agreed that
it would be ratified at some point that there
would be a move, if she is to be transferred. Dis-
cussed "keepaway" issue and relayed that housing
re: keepaways is at detentions discretion. This is
not a classification issue. Pt reports parents visit-
ed. Counselor visit on Tuesday. Mood dysthymic - affect
was - slightly anxious. Pt tearful towards conclu-
sion of encounter. No SI/O/I/S at issue now today.
Thoughts organized. ⊕ Need for 4 stabilization justifies
D-2 as LCE. Pt anxious and under much stress
as is expected in her situation. Stood at counseling -
appears more intact and ↓ distressed than
she is. Ⓟ Continue SNTP.

*Lauren [signature]*
L King CIII #427

**10/15/03** 1C: MH note - SO: P/m seen in medical
**8:30** for sick call. WSSBP regarding a
pap smear. V/S: BP: 112/63, P:98, T:98.2, WT: 112½
Ⓐ Contracting for safety.
Ⓟ Continue as needed. *B. Basolli MA #804 [signature]*

012702

PCR000140

Put Discharge Date on Front of Form.

| NCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|

1/24/83
1300

S - Stated she has been feeling ↑
anxious and depressed since
various staff members have
discussed possibility of going
to GP. She is very horrified that
she will regress to a state of
hopelessness and again attempt
suicide. Said she surprised &
scared herself = previous attempt
and did it suddenly and without
warning. Stated she has been
unable to sleep, worry ↑ and
called her outpt counselor
last night for support.

O - I recd a call from Dr. Garcia
in outpt saying he had recd a
call from outpt counselor ex-
pressing concern that Wendi was
suicidal. I recd a call from
counselor (Randy Rondo - H (480)
443-1351 cell (602) 312-95?)
saying she feared Wendi would
kill herself. Pt was seen by me
@ 1300.

A - Pt is not an acute suicide risk
at present but does need to
remain on D-2 to continue her
current level of stability.

P - (1) Maintain on D-2 to prevent
decompensation (2) Reassurance
as needed.
(GERALD M. PERRY, PsyD) [signature]

012710

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 1/14/04 1330 | PSYCH PROGRESS (So) Pt tearful discussing her children. Was told she may have long court battle to regain custody of her children. Also discussed her family of origin & step-father's response of "coldly" withdrawing and withholding attention & affection when he felt hurt or angry. She is learning how these dynamics have affected her & her need to "fix" or help others fix a their problems. She is saddened by news of custody problems but denies DTS. (A) Does not a current DTS (P) 1) Maintain on D 2 as ____ 2) Supportive counseling thru trial 3) Monitor mental status / DTS. |
| | G. Perry Psychologist #325 |
| 1/18/04 LE 0833 | Nursing note: weekly. S: pt sleeping most of W/E days. O: oriented alert. Mood dysphoric affect congruent. Thought logical. & 250 / DTS. pt attempting to stay busy by writing, reading and sleeping during the day. Taking meds as ordered & side effect noted. Eating well. A. Sleep pattern deficit R/T sleeping more during the day than night. P: cont tx plans goals encourage pt to stay up during the day |
| | D Anderson RNC #217 |
| 1.13.04 1600 | COUNSELOR WEEKLY NOTE "I'm just having a hard time with my sleep. They may keep my kids. I just feel so uncomfortable not helping someone when they're hurt or need something. It's like I can't stand it, but at the same time I don't want to do it. "It describes the internal pressure when someone else is close to us in need. It tearful when describing her conflict in feeling she must help |
| 1.20.04 Mckenzie (?) | |

012720

## PROGRESS NOTES

☐ PUBLIC HEALTH

☐ CORRECTIONAL HEALTH

PATIENT ID PLATE IMPRINT

8-26-70

A 631830.
D-2

This form will be used by the medical staff for:
PATIENT'S - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and
PROGRESS NOTES and DISCHARGE SUMMARY.  (In & Out Patients)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 1·13·04 Cont'd | Others she is close to. Pt very uncomfortable saying no, even when she knows it is the "right" thing to do. Pt tearful, frustrated and anxious, but forthcoming with her struggle - Ⓐ Pt engaged in conversation showing ___ in insight and willingness to disclose painful conflict. Ⓟ Continue Pt still on altered sleep pattern. Ⓟ Continue SOTP.  L. King CIII #42? Laura |
| 1/27/04 1600 | PSYCHOLOGY NOTE Ⓢ Pt c/o difficulty & slowed thought processes & is concerned about how this might affect her upcoming trial. Feels the Seroquel is making her groggy & is asking for a med ∆. During her trial she will be awakened ∓ 130 - ½ am for court & will not return to jail until ∓ 5-6 pm, when she will have to go to sleep. Having some anxiety re trial but depression under good control. Ⓐ May be having med effect Ⓟ Have discussed ∓ Dr. Venkatabillari who will review ∓ meds. G. Perry Psychologist #325 |
| 1·28·04 1425 | Ⓢ I/m to medical for sore throat. 1) T 97.9 2) chart given to provider — M. Estrada |

012721

CHM. 1600 R 3-00                                          (OVER)

**PROGRESS NOTES**

☐ PUBLIC HEALTH

☐ CORRECTIONAL HEALTH

PATIENT ID PLATE IMPRINT

ANDRIANO,WENDI
08-28-70   /F

A631830

This form will be used by the medical staff for:
PATIENT'S - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and
PROGRESS NOTES and DISCHARGE SUMMARY.  (In & Out Patients)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 1-23-04 2330 | Weekly Nursing Note (S+O) pt consistently denies SI HI intent. ↑ Anxiety related to trial (charges are serious) Hygiene and grooming remain good - pt requested to ↑ meds to prevent decompensation at Trial. - No S+O of psychosis. Conversations are logical 100%. compliant c̄ meds - No management problem - Pt has some somatic 7o - Sore throat and trouble sleeping which will be further disturbed by court schedule - eats WNL no bowel 7o. ⓐ Fragile but holds up well coping well for her situation - ⓟ give Tylenol PRN for sore throat as needed watch for ↑ Sx - Monitor for mood swings pt has hx of impulsive acting out behavior.    D. Rhoades, RN |
|  | PSYCHOLOGY NOTE (S) Pt returned from court upset tearful 2° being told her trial is being postponed ×2 months. ⓞ DTS. Stated √ Seroquel is helping her focus but asking for meds to help with emotional stability & causing cognitive slowing. ⓐ Not a current DTS. tearful & anxious. ⓟ Maintain on D-2, as is RCR 2° Have discussed meds c̄ Dr. Venkatabalaji. He will see her re possible meds ↑.    G. Perry Psychologist #325 |
| 1-26-04 1800 | Nursing Note - Seen in dayroom S: Talking about necessity of postponing trial for 2 months & Wanting to wean off Seroquel & start on anti-depressant. Talked of problems of being on 7 unit & how she is working through them. Cont →    012723 |

## PROGRESS NOTES

☐ PUBLIC HEALTH
☐ CORRECTIONAL HEALTH

PATIENT ID PLATE IMPRINT

ANDRIANO, WENDI
8/26/70 c/F

A631830

D-2

This form will be used by the medical staff for:
PATIENTS - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and
PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|

2-13-04
1000

Weekly Nursing Note - S: "I'm down to 112# I'm so happy" States Zoloft is helping - it's allowing her not to stress over things. Denies problems on unit & med compliant. O: Alert oriented good hygiene. Remains fragile - easily upset. Social & needs. Cooperative. Articulate. A: Compliant c̄ tx. P: Continue SNTP - Joyce Van Every

2/3/04
(S) Stated she is sleeping better & feels Zoloft is helping her. Was unhappy c̄ new mitigation - feels that he does not understand her & won't be able to represent her well, but was concerned she may have hurt his feelings & felt like apologizing. We discussed her learning more assertiveness skills & not needing to take care of everyone. (A) doing well c̄ med & but c̄ needs continued stay @ D-2 2° brittle response to stress (P) (1) Maintain on D-2 as CRE (2) meds as per Dr. Venkatabalaji (3) Continue to work on assertiveness skills

G. Perry Psychologist #325

2-20-04
1300

COUNSELOR WEEKLY NOTE
"I can't find my center. It's very upsetting" Pt seen in APZ. Discussed establishing boundaries with peers, and feelings surrounding changing relationships.

CHM - 1606 R 3-93                                                012?17?

PCR000145

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|

**PSYCHOLOGY NOTE**

2/2/04
1200

(S) Felt physically & emotionally drained from court appearance Fri & disappointed that no rulings were made. Was tearful & isolative over wkend. Today became tearful when discussing upcoming trial & "having to dig up everything again." Discussed about much she has grown & individuated as a person since being in jail & how she is realizing just how much she lacked her own identity & was so codependent when married, experiencing vicissitudes of her situation but (A) clinical depression under good control & NO DTS (P) Maintain on D-2 for continued stability (2) Meds as per Dr. Venkataraman (3) Supportive counseling / grp.

G. Perry Psychologist #325

**COUNSELOR WEEKLY NOTE**

2-3-04
1600

"I have something that I have to read. I'm kind of putting it off because its so hard to remember that person I was." Pt seen on A.P.R. Pt alert and oriented. Discussed with pt concerns about legal pressures and interaction with peers. Mood euthymic. Affect anxious. Thoughts organized. (A) Need for GP/Mental review justifies D-2 as well. Pt benefitting from therapeutic structure of unit. (P) Continue SVTP.

L King CIII #421

**PROGRESS NOTES**

☐ PUBLIC HEALTH

☐ CORRECTIONAL HEALTH

PATIENT ID PLATE IMPRINT

A 631830
D-2

This form will be used by the medical staff for:
PATIENT'S - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and
PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|

**3-23-04**
**0700**   TREATMENT PLAN STAFFING

Met with SMTP Signers to review pt status. Pt remains
housed on C pod, med compliant and participating in
adl & offered. Pt maintaining stability, but remains
fragile and will continue to benefit from D-2 as
LRA. Discharge criteria / treatment goals — pt. pr.

L King CIII #427

**3-24-04**   (?EB?) Nursing Note - Seen in dayroom
**1155**   S/O: Tearful @ times due to personal
situation. Also upset over a
needy peer, who keeps bothering
her for various needs. Easily
upset. Remains pleasant, cooperative.
States she does well for anything +
than "falls apart" over something
insignificant. A: Compliant c̄ tx
P: Continue to monitor   Joyce Van Every ?

**3-24-04**   COUNSELOR WEEKLY NOTE
"I don't know why I keep doing the same thing over and
over again. I want to stop it. I want to learn, but it's
just so hard." Pt alert and oriented. Discussed strategies
for assertiveness with peers and history of extending
self trying to assist others. Discussed frustration of un-
known outcome re: legal issues and relationships. Pt
shifts from giddy to fearful. ① Pt remains fragile and
at risk for decompensation due to current legal status.
Pt remains stabilizing presence on C pod. Need for ↑
stabilization justifies D-2 as LRA. ② Continue SMTP

L King CIII #427

CHM - 1600   R 3-03

(OVER)

#012766

Put Discharge Date on front of Form

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|

**3/25/04**
**1350** (S) Pt continues to show pleasant affect despite feeling anxiety re her litigation + some interpersonal conflict in her pod. She was tearful speaking of her codependency needs and how hard she has worked to change for the better. She had extra PRN Ativan recently to deal c̄ stress. (A) Situational anxiety. (P) 1 Maintain D-2 as LRE ② Supportive counseling ③ Continue SNTP

G. Perry Psychologist #325

**4-2-04**
**0820** Weekly Nursing Note — Seen in dayroom S/O: Talking about mixed feelings as trial date gets closer. Feels her meds have "sharpened" her thoughts so she is better able to assist her lawyers. Still gets caught up in various studies of the DTM's. A: Compliant c̄ tx. P: Continue to monitor — Joyce VanEvery

**4/2/04**
(S) Depression being controlled well generally but having some anxiety re upcoming trial. Does not like having painful memories + events brought to surface again. (A) No significant Δ since last visit. (P) Continue SNTP.

G. Perry Psychologist #325

**4/2/04**
**1500** "I'm doing fine, I'm sleeping alright, I'm just trying to relax." Pt alert and oriented. Briefly processed pt's possible concerns about ↑ stress on unit this week. Pt asserts that she is fine and remains focused on legal matters. Pt housed c̄ pod, med compliant, and treatment compliant. Mood euthymic. Affect approp. Thoughts organized. (A) Need for psychological intervention just fair. D-2 as LRE. Pt benefiting from structure and ↑ routine encounters with staff. (P) Continue SNTP. [signature] King City #

Put Discharge Date on Front of Form.

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|

4

4/29/04
1500  **COUNSELOR WEEKLY NOTE** "I'm doing pretty well. I'm dreaming a lot
these days, jst about thing like making
breakfast. My Mom puts her head in the
sand. I can only hear thing for so long
from people and then I just have to get up
and go." Pt seen in APM. Pt alert and
oriented. Discussed general occurrences during
last week. Pt + in ability to detach from
anxiety of peers. Pt housed C pod. Med com-
pliant and participating in all tx offered.
Mood euthymic, affect WNL. Thoughts org and
zed. Advised for continued stabilization. Justifies D-2
as LRE. Pt making continued efforts to
employ coping strategies on the table of stress.
(P) Continue SOTP.                    L King Clif #425

~~**PSYCHOLOGY ADMISSION NOTE**~~ error

4/30/04 (SP)  **PSYCHOLOGY NOTE** Attempted to see
0930  Pt but she was GTC. (P) See
next wk.
        G. Perry Psychologist #325

5/7/04  **PSYCHOLOGY NOTE** 5/6/4 seen in day rm
0800  Felt exhausted from court last
Fri. She was picked up @ 2 am
& did not return until 7 PM. She
seems to be handling the stress fairly
well — cried once talking about the
media coverage getting info only from
the prosecutor & not being able to
respond to or tell her her explanations
of what happened. Says meds are
fine as is. (P) Doing well considering
the stress. (P) Continue SOTP.
        G. Perry Psychologist #325

012761

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 7-2-04 cont'd | water has been put on the defense table. Retd. atty's call & left message for him to call me. _____ M.S. Sullivan MSW, LCSW |

M Lothian CIV #423

**PSYCHOLOGY NOTE**

9/10/04 1530

(S) Pt has been in court Tues → Thurs, Awakened @ 7ᵃᵐ for transport & returns 2-8ᵖᵐ. She has been ↑ stressed but not a DTS. Has been tearful @ night by her & staff's accounts but seemed more positive today. Asked for minor med to help get to sleep sooner. (A) Adj. Dis. & Depressed mood. (P) ① Maintain on D-2 to maintain level of functioning ② Meds as per Dr. Drapeau (have discussed).

G. Perry Psychologist #325

7/10/04 1410

**PSYCHIATRIC NOTE**   I/M seen per Dr. Perry today. She said that even with Seroquel 50mg + Ativan 1mg @ HS when she returns from court — she is having trouble sleeping. She requests that Ativan be increased to 2mg — A/P- Order Written for Ativan 2mg TID prn — Agitation ×28

P. Drapeau #311   P.K. Drapeau MD

012737

PCR000150

## PROGRESS NOTES

☐ PUBLIC HEALTH
☐ CORRECTIONAL HEALTH

PATIENT ID PLATE IMPRINT

This form will be used by the medical staff for:
PATIENT'S - PERSONAL HISTORY, PHYSICAL EXAMINATIONS and
PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

PLEASE DATE AND SIGN ALL ENTRIES.

Anguiano Wendi

| ENCOUNTER DATE: | |
|---|---|
| 9/30/04 1840 | PSYCHIATRIC NOTE — I/M seen on her return from court. She said prosecution has rested their case yesterday. She said defense started today. She said she is sleeping from 9pm to 1:30am getting 4.5 hrs. of sleep @ night. She said she would like to be able to sleep more on the weekend to get some rest prior to her testimony which will begin next week x 4 a/m noons. She requests Seroquel 50mg BID prn. A/P ① Order written for Seroquel 50mg BID po prn Agitation x 60 ② I/M is alert + appears to be thinking clearly @ this time. ③ No c/o'ed DTS ideation. — P.K. Drapeau MD P. Drapeau #311 |
| 10-8-04 1220 | Courtesy Nursing Note — Seen in dayroom S/O: Upbeat pleasant Says her defense is going well Upset over her mom Crying while testifying. Does state is anxious — Has been picking @ cuticles + appears to have lost wt. States she will be testifying in 2 weeks + is c/o that. A: ① Deferred P: Continue to monitor — Joyce VanElsen |

012736

(OVER)

PCR000151

Exhibit 48

**Wendi Andriano**

Booking Number: A631830
PID Number:     000082785

## CHS Special Needs Treatment Plan (SNTP) Form

### I. Basic Information

Date of Admission: _____ 9/28/2003 _____
Booking Number: _____ A631830 _____
Patient Name: _____ Wendi Andriano _____

Age: ___30___ Race: Caucasian ___ Sex ☐ Male ☑ Female
Date of Birth: _____ 08/26/70 _____
Social Security Number: _____ 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 _____

☑ English spoken    ☑ English written
☐ Spanish spoken    ☐ Spanish written
What other language?:

Home Address:
2155 E Liberty
Phoenix

Home Phone: (480) 689-2630

### Education
Highest Grade Completed: 14

### Employment
☑ Employed Full-time   ☐ Employed Part-time

Most Recent Jobs Held:
apartment manager

### Financial Information, Entitlements
☐ SSD  ☐ SSI  ☐ GA  ☐ Worker's Comp  ☐ AFDC
☐ Food Stamps  ☐ VA Benefits  ☐ Unemployment

1

### 1. Significant Other or Relative

Name: Alejo Ochoa
Relation: father    Phone: (520) 831-6829
Name:
Relation:           Phone:
Name:
Relation:           Phone:

### 2. RBHA Contact/NA

RBHA Casemanager: N/A
Clinic Location:
Clinic Phone:

☐ COT
  COT Requested Date:
☐ DTO  ☐ DTS  ☐ GD  ☐ PAD

☐ ISP Requested
ISP Request Date:
☐ Medical Records Requested
Medical Records Request Date:

### 3. Attorney Name PRIVATE ATTY. DAVID DELOZIER
480.575.6660
CELL:-
602.989.1759
FAX:-
480.575.666

Attorney Name: Daniel Patterson
Attorney Phone: (602) 506-2200

### 4. Probation/Parole Officer

Probation/Parole Officer Name:
N/A
Phone:

Counselor
Signature:
Date: 9/30/03

012654

PCR000152