**Wendi Andriano**

Booking Number:  A631830
PID Number:       000082785

## CHS Special Needs Treatment Plan (SNTP) Form

**I. Counselor's Assessment continued**

| | | | |
|---|---|---|---|
| ☐ Violent Behavior toward others | 0 | charge: remains unsubstantiated, no other incidents reported or observed |
| ☑ Violent Behavior toward self | 2 | Serious SA led to D-2 admit |
| ☐ Property Destruction | 0 | not observed/reported |
| ☐ Eating Problems | 0 | not observed/reported |
| ☑ Sleep Problems | 1 | difficulty maintaining sleep |
| ☐ Inappropriate Behavior | 0 | not observed/reported |
| ☐ Alcohol Abuse | 0 | denied |
| ☐ Drug Abuse | 0 | denied |
| ☐ Compulsive behaviors (not already specified) | 0 | not observed/reported |
| ☐ Housing Problems | 0 | can return to family home if released |
| ☐ Poor Personal Hygiene/Dress | 0 | good |
| ☐ Social Support | 0 | good; family, legal team |
| ☑ Other | 2 | Significant stress due to facing trial on capital case whose outcome could include death sentence |

**Current Summary of problem:**

Pt coping strategies overwhelmed by multiple circumstances including time in custody, sleep disturbance, severe legal status, and unexpected placement in isolation in GP. Pt frightened by her  impulsive decision to suicide.

Counselor
Signature: _____

Date: _____

2

012655

PCR000153

**Wendi Andriano**

Booking Number:  A631830
PID Number:  000082785

## CHS Special Needs Treatment Plan (SNTP) Form

SNTP3

**II.  Counselor's Assessment continued**

**Clinical History**

☐ **Prior Psychiatric Hospitazations**

Date of Most Recent:

**Prior Hospitalizations**

| | | |
|---|---|---|
| N/A | ROI sent on | |
| | ROI sent on | |
| | ROI sent on | |

☐ **Prior Outpatient Mental Health**

| | |
|---|---|
| Date of most Recent OP tx | |
| Place of most recent OP | N/A |

☐ **Prior Residental Treatment Program** — N/A
☐ **Hx DeTox Service**
☐ **Prior OP drug/alcohol abuse service**

**Significant family mental health history:**

N/A

**Counselor Impressions:**

Pt comes to D-2 following nearly 3 years in custody. Pt facing capital charge, recently placed in adseg. Pt made serious SA by cutting arm. Cannot say why. Unanticipated by all service providers, family and legal team. Increasing stress of incarceration, legal status, and toxic GP environment have combined to erode pt's ability to cope successfully.

3

012656

PCR000154

CHS Special Needs Treatment Plan (SNTP) Form

Booking Number: 000082785 ADRIANO, WENDI
PID Number: 08-26-70   C/F

III.  Psychiatric Assessment (To be completed by psychiatric provider in three working days.)

| Y | N | Symptoms | Description |
|---|---|----------|-------------|
| ☑ | ☐ | Alert | |
| ☑ | ☐ | Oriented | |
| ☑ | ☐ | Appropriate Grooming | |
| ☑ | ☐ | Clean | |
| ☑ | ☐ | Motor Activity Normal | |
| ☑ | ☐ | Euthymic | |
| ☐ | ☑ | Speech Normal | |
| ☐ | ☑ | Associations Loose | |
| ☐ | ☑ | Flight of Ideas | |
| ☐ | ☑ | Tangential Thoughts | |
| ☐ | ☑ | Concrete Associations | |
| ☐ | ☑ | Blocking | |
| ☐ | ☑ | Auditory Hallucination | |
| ☐ | ☑ | Visual Hallucinations | |
| ☐ | ☑ | Delusions | |
| ☐ | ☑ | Suicidal | |
| ☐ | ☑ | Self Injurious | |
| ☐ | ☑ | Homicidal | |
| ☐ | ☑ | Destructive | |
| ☐ | ☑ | Memory Impaired | |
| ☑ | ☐ | Insight | |
| ☑ | ☐ | Judgement | |
| ☑ | ☐ | Attention Span Normal | |
| ☑ | ☐ | Cognition Intact | |

Axis I: _ADJUSTMENT DO_  Axis IV:

Axis II: _MIXED FEATURES_  Axis V:

Axis III: _DEF_   AIMS test results: ⊖

Psychiatric Provider Impressions Recommendations:

_VERY ARTICULATE GOOD SPIRITS CONSIDER-_
_ING 3 YR IN JAIL_

Psychiatric Provider: _K. Hoffert MD_

4

K. Hoffert MD #303

012657

**Wendi Andriano**

Booking Number: A631830
PID Number:     000082785

## CHS Special Needs Treatment Plan (SNTP) Form

Initial Assessment (Within three working days of admission)   DATE COMPLETED:   9/29/2003

**A. Discharge Criteria (stated in behavioral/measurable form)**

> No DTO/DTS 100% x 14 days
> Increase coping for current situation 25% x 14 days

**B. Discharge Pl**

To General Population (includes special precautions or supervision/support needs, mental health outpatient, other)

> F/U outpt psych as Rxd by discharging psych MD or PRN

To the Community (include residential, mental health outpatient, vocational, etc.)

> Refferal as appropriate

**Follow-up Assessments (at fourteen working days and monthly therafter)**

| DATE REVIEWED __/__/__ | DATE REVIEWED __/__/__ | DATE REVIEWED __/__/__ |
| DATE REVIEWED __/__/__ | DATE REVIEWED __/__/__ | DATE REVIEWED __/__/__ |

**A. CHANGES in Discharge Criteria (state in behavioral/measurable te**

_____

_____

_____

**B. CHANGES in Discharge Plans: (To General Population (include special precautions or supervision support needs, mental health outpatient, other)**

_____

_____

**To the Community (include residential, mental health outpatient, vocational, etc.)**

_____

_____

_____

5

012658

PCR000156

DOC082785
ANDRIANO, WENDI
06-10 6-70    C/F

Date Initiated: _____

Special Needs Plan *Update* Goals, Objectives and Interventions

Patient's Name __ANDRIANO__      BK # _____ Today's Date __/__/__

1.   Goal Area: Psychiatric Symptoms
     (Completed by Psychiatric Provider)

2.   Goal Area: Dangerous to Self/Others
     (Completed by Primary Counselor)

GOAL(s): ① ↓ DEPRESSION
         ② ↑ w/Nath

GOAL(s):  NO DTO/DTS

OBJECTIVES (in behavioral measurable terms):

A.   30 VO ↑ 1x)
     SENSE OF PEOPLE

B.   Adr/0  Mo#0-
     CDMP

C.   _____

OBJECTIVES (in behavioral measurable terms):

A.   pt will make no plan
     to harm self/others

B.   pt will take no action
     to harm self/others

C.   pt will notify staff of
     thoughts/feelings/intentions
     to harm

INTERVENTIONS (Specify activity & frequency)

1.   ANKR/

2.   1:1

3.   SPDLR/

INTERVENTIONS (Specify activity & frequency)

1.   1:1

2.   Groups

3.   _____

012659

PCR000157

PROCESTES
ANDRIANOPPENDI
Date Initiated: 08-26-70   C/F

Special Needs Plan *Update* Goals,
Objectives and Interventions con't

3.    Goal Area: Behaviors Precluding Less
      Restrictive Placement
      (Completed by <u>Primary Counselor</u>)

GOAL(s): 4 coping skills
for current situation.

OBJECTIVES (in behavioral measurable terms):

A. Identify most pressing
issues.

B. Identify current coping
strategies and pros/cons

C. generate new or al-
ternative strategies

INTERVENTIONS (Specify activity & frequency)

1. 1:1

2. Groups

3. _____

4.    Goal Area: Medical Concerns
      (Completed by <u>Nursing</u> or <u>Medical</u>)

GOAL(s):

No current
medical concerns.

OBJECTIVES (in behavioral measurable terms):

A. _____

B. _____

C. _____

INTERVENTIONS (Specify activity & frequency)

1. _____

2. _____

3. _____

012660

PCR000158

ANDRIANO

CCUCH27E5
ANDRIANO,WENDI
08-26-70   C/F

Signature for SNTP

Patient _____   Date _____

Patient comments _____

Date Initiated: ___10.9.03___

ComCare notified: Yes/No   Date _____   Message left with: _____
(if present, signature)

Psychiatric Provider: _____   K. Hobert MD #1 Call CIII #402   Date: 10/9/03

Counselor: _L. King CM #427_   Date: 10·9·03

RN/LPN: _____   F Despain LPN #705   Date: 10-9-03

Medical Provider: D Anderson RNC #217 Reynolds PAC #137   Date: 10-28-03

Unit Manager: _____ R Lively CIII #422   Date: 10/9/03

*Full Special Needs Treatment Plan Update Reviews (Must be completed at least every 30 days)*

Review DATE: _11-5-03_

CHS PARTICIPANTS SIGNATURES   R. Reynolds PA-C #131   P.K. Despain LPN #705
L. King CIII #427   R Lively CIII #422

R Reynolds PAC #131   M Andriano   L Call CIII #402
GERALDM. PERRY PsyD   B Anderson RNC #217   11/6/03

ComCare Notified: Yes   No   Date   Message left with: _____
(if present, signature)

PROGRESS AND/OR CHANGES to Goals/Objectives

_____

_____

_____

CHANGES to Interventions

_____

_____

012661

PCR000159

**Wendi Andriano**

CHS Special Needs Treatment Plan (SNTP) Form

Booking Number: A631830
PID Number:     000082785

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

1. **Goal Area: Psychiatric Symptoms**
   (Completed by Psychiatric Provider)

   **GOAL (s)**

   **OBJECTIVES (in behavioral measurable terms):**

   A

   B

   C

   **INTERVENTIONS (Specify activity frequency)**

   1

   2

   3

1. **Goal Area: Dangerous to Self/Others**
   (Completed by Primary Counselor)

   **GOAL (s)**

   No DTS/DTO

   **OBJECTIVES (in behavioral measurable terms):**

   A pt will make no plan to harm self/others 100% x 30 days

   B Pt will take no action to harm self/others 100% x 30 days

   C Pt will notify staff of any thought, feeling, intention to harm self or others 100% x 30 days

   **INTERVENTIONS (Specify activity frequency)**

   1 1:1 weekly with counselor at least 30 min weekly

   2 participation in all groups offered

   3 Support/encouragement by staff

6

012662

PCR000160

**Wendi Andriano**

Booking Number: A631830
PID Number:     000062785

CHS Special Needs Treatment Plan (SNTP) Form

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

4. Goal Area: Behaviors Precluding Less Restrictive Placement
(Completed by Primary Counselor)

5. Goal Area: Medical Concerns
(Completed by Nursing or Medical)

**GOAL (s)**

Increase coping skills for current situation

**GOAL (s)**

**OBJECTIVES (in behavioral measurable terms):**

A Identify pressing issues that lead to distress or negative consequences

B Identify current coping strategies and pros/cons of each

C Generate alternative strategies and steps by which to apply them to current circumstances

**OBJECTIVES (in behavioral measurable terms**

A

B

C

**INTERVENTIONS (Specify activity frequency)**

1 1:1 weekly with counselor at least 30 min per week

2 Participation all groups weekly

3 Support/encouragement from staff PRN

**INTERVENTIONS (Specify activity frequency)**

1

2

3

7

012663

PCR000161

Name *ANDRIANO, WENDI-*

Booking Number:

PID Number:

**CHS Special Needs Treatment Plan (SNTP) Form**

Signature Page - SNTP                     Date Initiated  *12·4·03*

**PATIENT**

| | |
|---|---|
| Patient Signature: _____ | Date: _____ |
| Patient Comments: _____ | |
| _____ | |

**RBHA**

Notified: [Yes] [No] [NA]     Date: _____     Message Left With: _____

Case Manager _____     Date: _____

**CHS STAFF SIGNATURES:**

| | | |
|---|---|---|
| Psychiatric Provider: *(signature)* R Venkatabalali MD # | Date: | 12/30/03 |
| Counselor: *(signature)* King CIV #427   G Ziegler CIV #404 | Date: | 12·4·03 |
| RN/LPN: *(signature)* D Anderson RNC #217   F Despain LPN #705 | Date: | 12/4/03 |
| Medical Provider: | Date: | |
| Case Manager: *(signature)* Linda K Llewellyn | Date: | 12-4-03 |
| Other: *(signature)* M Lothian CIV #423 | Date: | 12·4·03 |
| Other: L Call CIII #402   *Lorraine Call* | Date: | 12/4/03 |
| Other: G. Perry Psychologist #325 *(signature)* | Date: | 12/4/03 |

**Update/Reviews**                     Date of Update:  *12·30·03*

*Full Special needs Treatment Plan update Reviews (Must be completed at least monthly)*

**CHS PARTICIPANTS SIGNATURES**

*(signature)* King   *(signature)* G Ziegler CIV #404

F Despain LPN #705

*Despain RN*                                    G. Perry Psychologist #325

**RBHA**

Notified: [Yes] [No] [NA]     Date: _____     Message Left With: _____

Case Manager _____     Date: _____

**PROGRESS AND/OR CHANGES to Goals/Objectives**

_____
_____
_____

**CHANGES to Interventions**

_____
_____
_____

012664

**Wendi Andriano**

CHS Special Needs Treatment Plan (SNTP) Form

Booking Number:  A631830
PID Number:        000082785

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

| 1.  Goal Area: Psychiatric Symptoms | 1.  Goal Area: Dangerous to Self/Others |
|---|---|
| (Completed by Psychiatric Provider) | (Completed by Primary Counselor) |

**GOAL (s)**

| | |
|---|---|
| | No DTS/DTO |

**OBJECTIVES (in behavioral measurable terms):**

| | |
|---|---|
| A | A pt will make no plan to harm self/others 100% x 30 days |
| B | B Pt will take no action to harm self/others 100% x 30 days |
| C | C Pt will notify staff of any thought, feeling, intention to harm self or others 100% x 30 days |

**INTERVENTIONS (Specify activity frequency)**

| | |
|---|---|
| 1 | 1 1:1 weekly with counselor at least 30 min weekly |
| 2 | 2 participation in all groups offered |
| 3 | 3 Support/encouragement by staff |

6

012665

PCR000163

**Wendi Andriano**
Booking Number:  A631830
PID Number:   .   000082785

**CHS Special Needs Treatment Plan (SNTP) Form**

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

| 4.  Goal Area: Behaviors Precluding Less Restrictive Placement<br>(Completed by Primary Counselor) | 5.  Goal Area: Medical Concerns<br>(Completed by Nursing or Medical) |
|---|---|
| **GOAL (s)** | **GOAL (s)** |
| Increase coping skills for current situation | |
| **OBJECTIVES (in behavioral measurable terms):** | **OBJECTIVES (in behavioral measurable terms** |
| A  Identify pressing issues that lead to distress or negative consequences | A |
| B  Identify current coping strategies and pros/cons of each | B |
| C  Generate alternative strategies and steps by which to apply them to current circumstances | C |
| **INTERVENTIONS (Specify activity  frequency)** | **INTERVENTIONS (Specify activity  frequency)** |
| 1  1:1 weekly with counselor at least 30 min per week | 1 |
| 2  Participation all groups weekly | 2 |
| 3  Support/encouragement from staff PRN | 3 |

7

012666

PCR000164

ANDRIANO, WENDI

Signature for SNTP

Patient _____   Date _____

Patient comments _____

_____

Date Initiated: __1-27-6A__                    M Lothian CIV #423

ComCare notified: Yes    No    Date _____   Message left with: _____
(If present, signature)        G Perry Psychologist #325          R Venkatabalaji MD #109

Psychiatric Provider: _____          1/27/04

Counselor: _____          Date: 1-27-04
          Call CIII #          R Lively CIII #422

RN/LPN: _____   J Easton LPN #729   Date: 1/27/04
          D Anderson RNC #917

Medical Provider: _____          Date: _____

Unit Manager: _____          Date: _____

*Full Special Needs Treatment Plan  Update Reviews (Must be completed at least every 30 days)*

*Review DATE:*  __2-2A-0A__  G Perry Psychologist #325          2/24/04

CHS PARTICIPANTS SIGNATURES          Call CIII #402    R Lively CIII #422

          M Lothian CIV #423          J Easton LPN #729          King CIII #427

          G Ziegler CIII #          R Venkatabalaji MD #109

ComCare Notified: Yes    No    Date _____   Message left with: _____
(If present, signature)

PROGRESS AND/OR CHANGES to Goals/Objectives

_____

_____

_____

CHANGES to Interventions

_____

_____

4

012667

PCR000165

**Wendi Andriano**
Booking Number: A631830
PID Number:     000082785

**CHS Special Needs Treatment Plan (SNTP) Form**

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

| 1. Goal Area: Psychiatric Symptoms | 1. Goal Area: Dangerous to Self/Others |
|---|---|
| (Completed by Psychiatric Provider) | (Completed by Primary Counselor) |

**GOAL (s)**

| | |
|---|---|
| ↓ depression & anxiety. | No DTS/DTO |

**OBJECTIVES (in behavioral measurable terms):**

| | |
|---|---|
| A  Pt reports ↓ in depression and anxiety and is able to manage her symptoms | A  pt will make no plan to harm self/others 100% x 30 days |
| B  100% medication compliance. ↓ | B  Pt will take no action to harm self/others 100% x 30 days |
| C  follow pod rules | C  Pt will notify staff of any thought, feeling, intention to harm self or others 100% x 30 days |

**INTERVENTIONS (Specify activity frequency)**

| | |
|---|---|
| 1  medications | 1  1:1 weekly with counselor at least 30 min weekly |
| 2  1:1 intervention c̄ staff weekly or as needed. | 2  participation in all groups offered |
| 3  group therapy if available | 3  Support/encouragement by staff |

6

012668

PCR000166

**Wendi Andriano**

CHS Special Needs Treatment Plan (SNTP) Form

Booking Number: A631830
PID Number:      000082785

## V. Special needs Plan goals, Objectives and Interventions

(to be completed by clinical team within 14 days of admission)

| 4. Goal Area: Behaviors Precluding Less Restrictive Placement<br>(Completed by Primary Counselor) | 5. Goal Area: Medical Concerns<br>(Completed by Nursing or Medical) |
|---|---|
| **GOAL (s)** | **GOAL (s)** |
| Increase coping skills for current situation | |
| **OBJECTIVES (in behavioral measurable terms):** | **OBJECTIVES (in behavioral measurable terms** |
| A Identify pressing issues that lead to distress or negative consequences | A |
| B Identify current coping strategies and pros/cons of each | B |
| C Generate alternative strategies and steps by which to apply them to current circumstances | C |
| **INTERVENTIONS (Specify activity frequency)** | **INTERVENTIONS (Specify activity frequency)** |
| 1 1:1 weekly with counselor at least 30 min per week | 1 |
| 2 Participation all groups weekly | 2 |
| 3 Support/encouragement from staff PRN | 3 |

7

012669

PCR000167

Signature for SNTP

Patient _____   Date _____

Patient comments _____

Date Initiated: _3·23·04_____   G. Perry Psychologist #325   3/23/04

ComCare notified: Yes   No   Date _____   Message left with: _____
(if present, signature)

Psychiatric Provider: _____ R Venkatabalaji MD #109   Date: _03·23·04_

Counselor: ___ King CIII #427   _____ Loraine Cali ___   Date: _3·23·04_

RN/LPN: _Joyce Van Ei___   Call CIII #402   Date: _3·23·04_

Medical Provider: _____   Date: _____

Unit Manager: _____ M Lothian CIV #423   Date: _____

*Full Special Needs Treatment Plan Update Reviews  (Must be completed at least every 30 days)*

Review DATE: _4·20·04_____   Loraine Cali

CHS PARTICIPANTS SIGNATURES   G Perry Psychologist #325   Call CIII #402
   L King CIII
   J Easton LPN #729   R Venkatabalaji MD #109
   Roberts Theobar ___   ___ CIII #___   H Lively CIII #422

ComCare Notified: Yes   No   Date _____   Message left with: _____
(if present, signature)

PROGRESS AND/OR CHANGES to Goals/Objectives

_____
_____
_____

CHANGES to Interventions

_____
_____
_____

4

012670

**Wendi Andriano**

Booking Number: A631830
PID Number: 000082785

CHS Special Needs Treatment Plan (SNTP) Form

**V. Special needs Plan goals, Objectives and Interventions**
(to be completed by clinical team within 14 days of admission)

1. **Goal Area: Psychiatric Symptoms**
   (Completed by Psychiatric Provider)

   **GOAL (s)**

   *Control depression*

   **OBJECTIVES (in behavioral measurable terms):**

   A  *Pt will not any X 5 consecutive wtys ɛ Y provider*

   B

   C

   **INTERVENTIONS (Specify activity frequency)**

   1  *Medication*

   2  *ind - counseling*

   3

1. **Goal Area: Dangerous to Self/Others**
   (Completed by Primary Counselor)

   **GOAL (s)**

   No DTS/DTO

   **OBJECTIVES (in behavioral measurable terms):**

   A  pt will make no plan to harm self/others 100% x 30 days

   B  Pt will take no action to harm self/others 100% x 30 days

   C  Pt will notify staff of any thought, feeling, intention to harm self or others 100% x 30 days

   **INTERVENTIONS (Specify activity frequency)**

   1  1:1 weekly with counselor at least 30 min weekly

   2  participation in all groups offered

   3  Support/encouragement by staff

6

012671

PCR000169

**Wendi Andriano**
Booking Number:  A631830
PID Number:      000082785

CHS Special Needs Treatment Plan (SNTP) Form

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

**4.  Goal Area: Behaviors Precluding Less Restrictive Placement**
(Completed by Primary Counselor)

**GOAL (s)**

| Increase coping skills for current situation |
| --- |

**OBJECTIVES (in behavioral measurable terms):**

A | Identify pressing issues that lead to distress or negative consequences

B | Identify current coping strategies and pros/cons of each

C | Generate alternative strategies and steps by which to apply them to current circumstances

**INTERVENTIONS (Specify activity frequency)**

1 | 1:1 weekly with counselor at least 30 min per week

2 | Participation all groups weekly

3 | Support/encouragement from staff PRN

**5.  Goal Area: Medical Concerns**
(Completed by Nursing or Medical)

**GOAL (s)**

[handwritten, illegible]

**OBJECTIVES (in behavioral measurable terms**

A |

B |

C |

**INTERVENTIONS (Specify activity frequency)**

1 |

2 |

3 |

7

012672

PCR000170

**Wendi Andriano**
Booking Number: A631830
PID Number:    000082785

CHS Special Needs Treatment Plan (SNTP) Form

Signature Page - SNTP                    Date Initiated  5·18·04

**PATIENT**

Patient Signature: _____  Date: _____

Patient Comments: _____

_____

**RBHA**

Notified: [Yes] [No] (NA)   Date: _____  Message Left With: _____

Case Manager _____   Date: _____

**CHS STAFF SIGNATURES:**

Psychiatric Provider: _____  R Venkatabalaji MD #109  Date: 05/18/04

Counselor: _____ R L Ively CIII #422  G Ziegler CIII #404  Date: 5-18-04

RN/LPN: _____ J Easton LPN #729 ____  Date: 5-18-04

Medical Provider: _____  Date: 8-31-04

Unit Manager: _____  Date: _____

Other: _____ M Lethian CIV #423 ____  Date: 5·18·04

Other: _____ L Cali CIII #402 ____  Date: _____

Other: _____  Date: _____

**Update/Review**                        Date of Update: 6/15/04

*Full Special needs Treatment Plan update Reviews (Must be completed at least monthly)*

CHS PARTICIPANTS SIGNATURES: _____  R L Ively CIII #422

_____ J Easton LPN #729

_____ Roberto Esparza R #201

G Ziegler CIII #404  _____ R Venkatabalaji MD #109  Joyce Van Every

**RBHA**

Notified: [Yes] [No] (NA)   Date: _____  Message Left With: _____

Case Manager _____   Date: _____

**PROGRESS AND/OR CHANGES to Goals/Objectives**

5/18 ① meeting cont.         6/15 ① N/C
      ② meet 50%             ② N/C

**CHANGES to Interventions**

5/18  N/C                    6/15  N/C

012673

PCR000171

**Name**

Booking Number: ~~...~~

PID Number: ~~...~~

**CHS Special Needs Treatment Plan (SNTP) Form**

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

1. **Goal Area: Psychiatric Symptoms**
   (Completed by Psychiatric Provider)

   **GOAL (s)**

   *increase assertiveness skills*

   **OBJECTIVES (in behavioral measurable terms):**

   A *It will accurately describe assertive, aggressive & passive response styles*

   B

   C *It will ↓ passive responses to interpersonal conflicts / interactions*

   **INTERVENTIONS (Specify activity frequency)**

   1 *by 50% in 30 days ind. counseling*

   2 *assertiveness literature*

   3 *1:1 contact c staff*

1. **Goal Area: Dangerous to Self/Others**
   (Completed by Primary Counselor)

   **GOAL (s)**

   **OBJECTIVES (in behavioral measurable terms):**

   A

   B

   C

   **INTERVENTIONS (Specify activity frequency)**

   1

   2

   3

012674

PCR000172

Name
Booking Number
PID Number

**CHS Special Needs Treatment Plan (SNTP) Form**

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

| **4. Goal Area: Behaviors Precluding Less Restrictive Placement** (Completed by Primary Counselor) | **5. Goal Area: Medical Concerns** (Completed by Nursing or Medical) |
|---|---|
| **GOAL (s)** | **GOAL (s)** |
| **OBJECTIVES (in behavioral measurable terms):** | **OBJECTIVES (in behavioral measurable terms** |
| A | A |
| B | B |
| C | C |
| **INTERVENTIONS (Specify activity frequency)** | **INTERVENTIONS (Specify activity frequency)** |
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |

7

012675

PCR000173

Name

Booking Number:
PID Number:

CHS Special Needs Treatment Plan (SNTP) Form

**V. Special needs Plan goals, Objectives and Interventions**
(to be completed by clinical team within 14 days of admission)

**5. Goal Area: Other (if needed)**

GOAL (s)

OBJECTIVES (in behavioral measurable terms):

A

B

C

INTERVENTIONS (Specify activity _frequency)

1

2

3

**6. Goal Area: Other (if needed)**

GOAL (s)

OBJECTIVES (in behavioral measurable terms):

A

B

C

INTERVENTIONS (Specify activity _frequency)

1

2

3

8

012676

PCR000174

**Name**

Booking Number:

PID Number:

**CHS Special Needs Treatment Plan (SNTP) Form**

Signature Page - SNTP                    Date Initiated

**PATIENT**

Patient Signature: _____     Date: _____

Patient Comments: _____

_____

**RBHA**

Notified: [Yes] [No] [NA]    Date: _____    Message Left With: _____

Case Manager _____    Date: _____

**CHS STAFF SIGNATURES:**

Psychiatric Provider: _____    Date: _____

Counselor: _____    Date: _____

RN/LPN: E Despain LPN #705    Joyce Van Every RN    Date: 7/19/04

Medical Provider: _____    Date: _____

Unit Manager: G Perry Psychologist #325    Date: 7/15/04

Other: L King CIII #427    Date: 7/15/04

Other: G Ziegler CIII #304    Date: _____

Other: R Lively CIII #422    Date: 7/15/04

**Update/Reviews**                    **Date of Update:** _____

*Full Special needs Treatment Plan update Reviews (Must be completed at least monthly)*

CHS PARTICIPANTS SIGNATURES

_____

_____

_____

**RBHA**

Notified: [Yes] [No] [NA]    Date: _____    Message Left With: _____

Case Manager _____    Date: _____

**PROGRESS AND/OR CHANGES to Goals/Objectives**

_____

_____

**CHANGES to Interventions**

_____

_____

012677

CCCC827B5
ANDRIANO, WENDI
GB-26-?C   C/F
PID

Date Initiated: _____

Special Needs Plan *Update* Goals, Objectives and Interventions

Patient's Name _____     BK # _____ Today's Date __/__/__

1.  Goal Area: Psychiatric Symptoms
    (Completed by Psychiatric Provider)

2.  Goal Area: Dangerous to Self/Others
    (Completed by Primary Counselor)

GOAL(s): Control
anxiety

GOAL(s): No DTS

OBJECTIVES (in behavioral measurable terms):

A. Pt will report
≤ 5 hrs consec.
sleep / night x 5 nights

B. Pt will develop 2
new coping mech's
within 30 days

C. _____

OBJECTIVES (in behavioral measurable terms):

A. Pt will take no action
to harm self, nor make
any plan to harm self 100% x 30 days

B. Pt will report ↓ in
SI 20% x 30 days

C. _____

INTERVENTIONS (Specify activity & frequency)

1. meds

2. ind counsel

3. art / activities

INTERVENTIONS (Specify activity & frequency)

1. 1:1 w/ counselor

2. participation in
all groups offered

3. _____

012678

PCR000176

CO0082775
ANDRIANO, WENDI
08-26-70 PID 27F

Date Initiated: _____

Special Needs Plan *Update* Goals,
Objectives and Interventions con't

3.  Goal Area: Behaviors Precluding Less
    Restrictive Placement
    (Completed by Primary Counselor)

GOAL(s): *Coping skills for*
*Current situation*
_____

_____

OBJECTIVES (in behavioral measurable terms):

A. _____

_____

_____

B. _____

_____

_____

C. _____

_____

_____

INTERVENTIONS (Specify activity & frequency)

1. _____

_____

2. _____

_____

3. _____

_____

_____


4.  Goal Area: Medical Concerns
    (Completed by Nursing or Medical)

GOAL(s):

_____

_____

_____

_____

OBJECTIVES (in behavioral measurable terms):

A. _____

_____

_____

B. _____

_____

_____

C. _____

_____

_____

INTERVENTIONS (Specify activity & frequency)

1. _____

_____

2. _____

_____

3. _____

_____

_____

012679

100062765
ANDRIANO,WENDI
08-26-70   C/F

PID

Date Initiated:_____

Special Needs Plan *Update* Goals, Objectives and Interventions con't

5.   Goal Area: *Other (if needed)*                6.   Goal Area: Other (if needed)

GOAL(s):                                           GOAL(s):

_____                    _____

_____                    _____

_____                    _____

_____                    _____

OBJECTIVES (in behavioral measurable terms):       OBJECTIVES (in behavioral measurable terms):
A. _____                     A. _____

_____                    _____

B. _____                     B. _____

_____                    _____

C. _____                     C. _____

_____                    _____

INTERVENTIONS (Specify activity & frequency):      INTERVENTIONS (Specify activity & frequency):

1. _____                     1. _____

_____                    _____

_____                    _____

2. _____                     2. _____

_____                    _____

_____                    _____

3. _____                     3. _____

_____                    _____

_____                    _____

012680

PCR000178

ADRIANO

Signature for SNTP

```
000082765
ANDRIANO, WENDI
08-26-70   C/F
```

Patient _____   Date _____

Patient comments _____

_____

Date Initiated: _8·12·04_____

ComCare notified: Yes · No   Date _____ Message left with: _____
(if present, signature)

Psychiatric Provider: _Pamela N Dean MD_____  Date: _8-12-04___
_G Zasper III #404_ King CIV #421  M Lothian CIV #423
Counselor: _____  Date: _8/12/04___
F Despain LPN #205
RN/LPN: _Despain LPN McClain_____  Date: _8/12/06___

Medical Provider: _____  Date: _____

Unit Manager: _G Perry Psychologist #325_____  Date: _8/12/04___
R Lively CIII #422
_Full Special Needs Treatment Plan Update Reviews (Must be completed at least every 30 days)_

Review DATE: _____

CHS PARTICIPANTS SIGNATURES

_____   _____   _____

_____   _____   _____

ComCare Notified: Yes · No   Date _____ Message left with: _____
(if present, signature)

_____

PROGRESS AND/OR CHANGES to Goals/Objectives

_____

_____

_____

CHANGES to Interventions

_____

_____

4

012681

PCR000179

# Exhibit 49



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:  NONE ☐

DATE 11/3/00   TIME

PROZAC 20 mg po q noon × 30 days

TRAZODONE 50 mg po qhs × 3 days;
then 100 mg po qhs × 27 days;

(please, start tonight!)

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD

1  SIGNATURE OF R.N.

DATE 11/7/00   TIME

DISC. PROZAC -

Continue TRAZODONE 50 mg po qhs × 3 days
then 100 mg po qhs × 27 days -
Start tonight, please!

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD

2  SIGNATURE OF R.N.

DATE 11/13/00   TIME

DISC. TRAZODONE -

REMERON 30 mg po qhs × 30 days

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD

3  SIGNATURE OF R.N.

012302

PAT012972

PCR000180



## MEDICATIONS

NS - NONSTOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1590  R10-97

PAT012691
012626
PCR000181



MEDICATIONS

C - COURT          NS - NON-STOCK
R - REFUSED        T - TRANSFER
NA - NO ANSWER     NG - NOT GIVEN
M - OUT MEDICAL    H - HOLD
                   SO - SECURITY OVERRIDE

LOCATION B3½2 BK# A63 820
MONTH/YR 11-12/00

CORRECTIONAL HEALTH SERVICES          MARICOPA COUNTY

012625

PAT012690



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES**

081 1573 R6-9c

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:    NONE ☐    1.                    2.

3.    DATE 12/13/00    TIME    10 mm    HOURS

REMERON 30 mgs po qls

x 60 days

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE    L. GARCA-BUNUEL MD

1    SIGNATURE OF R.N.

DATE 1/17/01    TIME    HOURS    X

Dsc. REMERON - pt. non-compliant.

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE    L. GARCA-BUNUEL MD

2    SIGNATURE OF R.N.    Noted J Garrett LPN 01/18/01 0650

DATE 2/18/01    TIME    HOURS

R/S Tues

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

3    SIGNATURE OF R.N.    9/4/01

012901

PAT012971



PAT012689

012624

## MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SO - SECURITY OVERRIDE

LOCATION B31L   BK# AC2836   000062185
Andriano, Wendi
DB 2le-70 4 F

MONTH/YR 12/00

ALLERGIES NKDA

| NURSE INITIAL | ORDER DATE | Rx; DOSAGE; FREQUENCY; ROUTE | TIME | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13 | | Kemeron 30mg PO<br>bits x 60 days<br>DIc 2-11-00 | | | | | | | | | | | | | | | | | | | | DH 1/17<br>Non-comp lvst | | | | | | | | | | | | |

09-1-561 R1/87

CORRECTIONAL HEALTH SERVICES          MARICOPA COUNTY

PCR000184



MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH          A631830
Rx 310463          02/26/92          EB
CALCIUM POLYCARBOPHIL 625 MG TABS
QTY: # 14                          RG
ORD STR:  01/29/02   ORD EXP:  04/23/02
Qty Due 98

A 1031830

MCCHS PHARMACY
Name:          ANDRIANO, WENDI ELIZABETH      A6318
Rx 3104B3          01/30/02          EB
Booking #:     CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1
DOB:          ORD STR:  01/29/02   ORD EXP:  04/23/02
               SIGNATURE:
Housing Unit:  1/28/02

## Correctional Health Services
### Keep on Person Medication Delivery Record

MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH          A6318
Rx 310483          02/05/02          ERC
CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1
ORD STR:  01/29/02   ORD EXP:  04/23/02
SIGNATURE:
2/5/02

MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH          A6318
Rx 310483          03/05/02          ERC
CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1
ORD STR:  01/29/02   ORD EXP:  04/23/02
SIGNATURE:

MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH          A6318
Rx 310483          02/26/02          EB
CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1
ORD STR:  01/29/02   ORD EXP:  04/23/02
SIGNATURE:

MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH          A6318
Rx 3104B3          02/12/02          EB
CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1
ORD STR:  01/29/02   ORD EXP:  04/23/02
SIGNATURE:

MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH          A6318
Rx 3104B3          02/19/02          ERC
CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1
ORD STR:  01/29/02   ORD EXP:  04/23/02
SIGNATURE:
2/19/02

012981

PCR000185



012960

PAT012970

PCR000186



MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

USE BALLPOINT PEN ONLY

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.   2.   Shamby MA #679

**1**
DATE 3/18/02   TIME

VISTARIL 50 mg po qhs - 100 hs.
x 30 days -

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD
SIGNATURE OF R.N.   M Peterman 3/18/02 1835   M Peterman LPN #748

**2**
DATE 4/9/02   TIME

VISTARIL 50 mg po qhs - 100 hs.
x 60 days -

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD   L Garcia-Bunuel MD #301
SIGNATURE OF R.N.   Noted   4/5/02 1810

**3**
DATE 4/18/02   TIME   0315 qij   HOURS   CS
C Shamby MA #674

D/C VISTARIL
SEROQUEL 100 mg po qhs x 30 days
Will D/C x duration -

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD   L Garcia-Bunuel MD #301
SIGNATURE OF R.N.   4/18/02 @ 0845

012899

PCR000187

PAT012969

PAT012688



PCR000188



PAT012687
012622



MEDICATIONS

C - COURT
R - REFUSED
LA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SO - SECURITY OVERRIDE

LOCATION B166 BK. A0631830   Uribiano, Wendi
MONTH/YR 4/09   5-24-70 c/f

ALLERGIES

| NURSE INITIAL | ORDER DATE | Rx DOSAGE: FREQUENCY: ROUTE | TIME | DATE 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 4/9 | Vistaril 50mg PO BID x 10 days | 900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A | 4/9 | Vistaril 100mg PO HS x 100 days | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A | 4/9 | 1R Seroquel 100 mg PO QHS x 30 days | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

01H-1581 2/11-00

012621

PAT0125686



PAT012685

012620

USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

PHYSICIAN'S ORDER FORM

081 1573 R6-92.

DRUG SENSITIVITIES:  NONE ☐  1.                    2.

3.          DATE 5/16/02   TIME   5 hr?    HOURS

SEROQUEL 100 mg po ghs

x 60 days

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD   L. Garcia-Bunuel MD #301

**1**  SIGNATURE OF R.N.   M Peterman 5/16/02 (R) 1950   Peterman LPN #748

DATE 7/14/02   TIME 1030   C. Bustamonte HUC #632   HOURS

Seroquel 100 mg PO QHS x 62 days

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   Vicki Alberts   Alberts

**2**  SIGNATURE OF R.N.   Ruth 7/14/02   M McIntosh LPN #7??

DATE 9/17/02   TIME 1940   HOURS
                              A DeLaTorre HUC #686
① D/C Seroquel
② Seroquel 200 mg PO QHS x 84 days

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   Vicki Alberts

**3**  SIGNATURE OF R.N.   V. Alberts LPN 9/17/02 2200

012898

PAT012968



PAT0102684

012619



PAT012683

012618



PAT012682

012617

MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION ___ BK# AL31830

MONTH/YR 7/02    NKDA

ALLERGIES

| NURSE INITIAL | ORDER DATE | Rx: DOSAGE; FREQUENCY; ROUTE | TIME |
|---|---|---|---|
| TX | 7-4-02 | Seroquel 100mg | 2000 |
| | | PO qhs x 84d. | |
| | | Rx 10-5-02 | |

CORRECTIONAL HEALTH SERVICES          MARICOPA COUNTY

081-1562 R10-97

PCR000195



## MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SO - SECURITY OVERRIDE

LOCATION 6207   BK# A 631830

MONTH/YR 08-06 - 09-06

| NURSE INITIAL | ORDER DATE | Rx DOSAGE FREQUENCY ROUTE | TIME | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MARICOPA COUNTY

CORRECTIONAL HEALTH SERVICES

081-1552 R10-97

PAT012681

012616

PCR000196



012615
PAT012680



PCR000198

PAT012679



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.   C Bustamonte

3.

**DATE** 10/16/02   **TIME**   CB10/16/02   **HOURS**

ELAVIL 50 mg, po gha × 3 days.

then: 100 mg po gha × 2 weeks.

PRE-NATAL VITS, I qd × 30 days.

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARGA-BUNUEL Mg   L. Garcia-Bunuel MD #301

1   SIGNATURE OF R.N.   V. Allen RN 1clidor 1830

**DATE** 10/29/02   **TIME**   C Bustamonte   **HOURS**

Dic. SEROQUEL & ELAVIL

ATIVAN 1 mg po gha × 30 days.

PRE-NATAL VITS - I (2) qd × 30 days.

(please start tonight!)

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARGA-BUNUEL MD   L. Garcia-Bunuel MD #301

2   SIGNATURE OF R.N.   10/29/02   1605 providing

**DATE** 11/22/02   **TIME**   **HOURS**

PSYCH. MEDS. REVIEW

Continue: Elavil 100 mg

ATIVAN 1 mg po gha.   6

PRE-NATAL vits - I qd   weeks

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARGA-BUNUEL MD   L. Garcia-Bunuel MD #301

3   SIGNATURE OF R.N.   A. Faulkner 11-22-02 0415   A. FAULKNER RN #225

A111   A631830   NKDA

A111   A631830   NKDA

U113   A631830   NKDA

012897

PAT012967



PAT012678

MEDICATIONS

C - COURT     NS - NON-STOCK
R - REFUSED   T - TRANSFER
NA - NO ANSWER NG - NOT GIVEN
M - OUT MEDICAL H - HOLD
              SC - SECURITY OVERRIDE

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1582  R10-97

PCR000200



PAT012677
012612



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.   C Bustamonte

3.   DATE 1/6/03   TIME         HOURS

1doc. ATIVAN

PRE-NATAL VITS 1 qd x 6 weeks.

✓ completed

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD      L. Garcia-Bunuel MD #301

SIGNATURE OF R.N.   noted CRodve LPN 1/6/02

1   DATE 1/8/03   TIME   HOURS

200
SEROQUEL mg qhs x 4 weeks

(please, start tonight!)

✓ completed

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD      L. Garcia-Bunuel MD #301

SIGNATURE OF R.N.   1/8/03 1600

2   DATE 2/3/03   TIME   HOURS

SEROQUEL 200 mg qhs x 4 weeks.

✓ completed

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD      L. Garcia-Bunuel MD #301

3   SIGNATURE OF R.N.   noted

012896

PAT012966



PAT012676



PAT0102675

012610



MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

USE BALLPOINT PEN ONLY

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.                2.

**1**
DATE 2/28/03   TIME   HOURS

Continue SEROQUEL 200 mg po qhs
x 6 weeks

PRENATAL VIT ↑ q.d. x 6 weeks

✓ completed

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL MD   L Garcia-Bunuel MD #301
SIGNATURE OF R.N.  M. Lugo 2/28/07  15  M. Lugo LPN #741

**2**
DATE 3/7/03   TIME   HOURS

ATIVAN 1 mg po bid x 1 week
(please, start tonight)   ✓ completed
(please, start tonight!)

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL MD   Garcia-Bunuel MD #301
SIGNATURE OF R.N.

**3**
DATE 3/10/03   TIME   HOURS  C Bustamonte HUC

Disc. ATIVAN

☑ completed

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL MD   L Garcia-Bunuel MD #301
SIGNATURE OF R.N.  R. Quiroz LPN #723

Andriano, Wendi
08-26-70
A631830
R205  NKA

Andriano, Wendi
2-26-70
A631830  A-4A

Andriano, Wendi
2-26-70
A631830  A404  C1F

PAT012965

12895



012699

PAT012674



PAT012673

012608

Anderson, Wendi
8/26/70

BK: A63 1830 ~

LOCATION: A-40 ~

MONTH/YR. 3/3

ALLERGIES: NKDA

**MEDICATIONS**

MARICOPA COUNTY

CORRECTIONAL HEALTH SERVICES

C - COURT          NS - NON-STOCK
R - REFUSED        T - TRANSFER
NA - NO ANSWER     NG - NOT GIVEN
M - OUT MEDICAL    H - HOLD
                   SC - SECURITY OVERRIDE

PCR000207



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES**

081 1673 RS-6

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.   2.

3.   DATE 4/7/03   TIME   HOURS

M. Ucawan

— SeROQVEL 200 mg po qhs x 6 wks

PRE-NATAL VITS 1 qhs x 6 wks

**ENTERED**   ☒   **COMPLETED**

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL MD   L Garcia-Bunuel MD #301

SIGNATURE OF R.N.   I. Sweeney RN #284   4/8   0330

1

DATE 5/9/03   TIME   HOURS

ATIVAN 1 mg po qhs   **COMPLETED**

**ENTERED**

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL MD

SIGNATURE OF R.N.   I. Sweeney RN #284   6/9   2320

2

DATE 5/21/03   TIME   C Bustamonte HUC #   HOURS

SeROQVEL 200 mg qhs x 8 wks —

PRE-NATAL VITS, 1 qd x 8 wks —

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL MD   L Garcia-Bunuel MD #301

SIGNATURE OF R.N.   M. Lugo LPN #741

3

A404
AU31830

Andreano Wendi
08-26-70

PLOA

AU31830
ANdriano Wendi
8-26-70

A404

NKDA

AU31830
Andriano Wendi
8-26-70 C/F

A404

NKDA

012894

PAT012964

PCR000208



## MEDICATIONS

C - COUNT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION A-101  BK# A631880

MONTH/YR ___  NKDA  ALLERGIES

ANDRIANO WENDI
C/F 8/26/70

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

001-1584 11-97

PAT0126572

012607

PCR000209



PAT012671

Adriano, Wendi
8/26/70 C/F

LOCATION ANTHEL BK#
MONTH/YR 5-6-03 A631830
B201
012606

**MEDICATIONS**

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

Rx DOSAGE FREQUENCY ROUTE

Seroquel 200mg
PO QHS x 8 wks
DC 7-16-03

Remeron 45mg
PO QD x 8 wks
DC 7-16-03
Remeron

Ativan 1mg M B.U. (AM)
x 2 wks
211

Ativan 1mg PO
B.U.D. x 6 weeks

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

061-1583 R10-97

PCR000210



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

CHM-1550 R2-t

PHYSICIAN'S ORDER FORM

DRUG SENSITIVES: NONE ☐

DATE 5/28/03   TIME   T. E. White

ATIVAN 1 mg bid x 2 wks —

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. Garcia-Bunuel MD   L. Garcia-Bunuel MD #301

**1** SIGNATURE OF R.N.   R. Quiroz LPN #723

DATE 6/12/03   TIME   HOURS

ATIVAN 1 mg bid x 6 weeks —

(pt. may refuse it occasionally)

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD   L. Garcia-Bunuel MD #301

**2** SIGNATURE OF R.N.   N SANDROCK RN #273

DATE 6/25/03   TIME   HOURS

PSYCH. MEDS. REVIEW

ATIVAN 1 mg bid
SEROQUEL 200 mg hs
PRE-NATAL VITS ī qhs

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD   L. Garcia-Bunuel MD #301

**3** SIGNATURE OF R.N.   L. Sweeney RN #284.

012893

PAT012963

PCR000211



PAT0102670

012605

MEDICATIONS

C - COURT          NS - NON-STOCK
R - REFUSED        T - TRANSFER
NA - NO ANSWER     NG - NOT GIVEN
H - HOLD
M - OUT MEDICAL    SO - SECURITY OVERRIDE

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

Andriano, Wendi
8-26-70

LOCATION ___ BK# 963183 0
MONTH/YR 6-03



PAT012668



PAT012669



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

PHYSICIAN'S ORDER FORM

CHM-1550 A2-1

DRUG SENSITIVITIES:   NONE ☐   1.            2.

3.            DATE 8/19/03   TIME 1225   HOURS

Renew:
① Ativan 1 mg PO BID
② Seroquel 200 mg PO QHS
③ Prenatal vitamin 1 PO QHS

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   *V. Alberts M.D. #333*
SIGNATURE OF R.N.

**1**

DATE 8/25/03   TIME 1345   HOURS
DC Ativan 1 mg PO BID
Ativan 2 mg PO BID
x 6 wks

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE
SIGNATURE OF R.N.

**2**

DATE 9/24/03   TIME   HOURS
S. Carabajal MA #629

Inc above Seroquel + Ativan orders.
SEROQUEL 100 mg's am + 200 hs   x 6 wks
ATIVAN 1 mg bid   x 6 wks
PRENATAL VITS - II qam.   x 6 wks

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   *L. Garcia-Bunuel MD*   L. Garcia-Bunuel MD #301
SIGNATURE OF R.N.

**3**

912892

PAT012962



PAT012667



PAT012666

PCR000217



MARICOPA COUNTY

CORRECTIONAL HEALTH SERVICES

## MEDICATIONS

| C - COURT | NS - NON-STOCK |
| R - REFUSED | T - TRANSFER |
| NA - NO ANSWER | NG - NOT GIVEN |
| M - OUT MEDICAL | H - HOLD |
| | SO - SECURITY OVERRIDE |

LOCATION Belk   BK # A163,830   Andriano, Wendi

MONTH/YR 9105   8-26-70   c/f

ALLERGIES NKA

Received 9/20/05

| NURSE INITIAL | ORDER DATE | Rx DOSAGE FREQUENCY/ROUTE | TIME | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/19 | Seroquel 300mg PO qhs x6wks | 1700 | | | | | | | | | | | XDC | | | | XDC | | | | | | | | | | | | | | | | | |
| | 8/14 | Prenatal Vitamins i po qhs x6wks | 1700 | | | | | | | | | | | XDC | | | | | | | | | | | | | | | | | | | | | |
| | 8/25 | Ativan 2mg PO BID x6wks | 0900 / 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

081-1563 R10-97



PAT012664



PAT012663

PCR000220

CHM-1550 R2-0X

USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.                   2.

| 3. | DATE 9/26/03 | TIME 2210 | HOURS |
| --- | --- | --- | --- |

Ⓓ Transport to ER 1865 ambulance
do S.A. sub stitched Lac to Ⓛ
hand a d Ⓡ forearm
10.^M T. Colpitts MD /ssign

I. Sweeney RN #26.

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE

**1** SIGNATURE OF R.N. I. Sweeney RN #284   9/26/03  2200hr 0030

| DATE 9/28/03 | TIME 0500 | HOURS |
| --- | --- | --- |

Ⓓ Ⓐ a/c drsg Ⓐ's x 7 days
Ⓓ S/c for suture removal 2-days.
(10-5-03)
I. Sweeney RN #284 /ssign

9-28-03
Noted
& completed
M. Nelson RN

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE

**2** SIGNATURE OF R.N.

| DATE 9/28/03 | TIME 0520 | HOURS |
| --- | --- | --- |

Chair x 6' or until able to
Contract for safety
I. Sweeney RN #284 /ssign
T.O. Dr. Dranday

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE

**3** SIGNATURE OF R.N.

012891

PAT012961

Anderson, Derek   8/26/70   P 631830

Anderson, Derek   8/26/70   P 631830

Anderson, Derek   8/26/70   P 631830



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

CHM-1550 R2-0

**PHYSICIAN'S ORDER FORM**

DRUG SENSITIVITIES:    NONE ☐   1.    2.

3.    DATE 9-28-03    TIME 0920    HOURS

Transfer to D2
level one   4pk X4 hrs

V.O. Dr Wendy / Rhinold R

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

**1**   SIGNATURE OF R.N.

DATE    TIME    HOURS

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

**2**   SIGNATURE OF R.N.

DATE    TIME    HOURS

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

**3**   SIGNATURE OF R.N.

012890

PAT012960



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

061 1573 R5-9X

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:    NONE ☐    1.    2.

3.    DATE 9/28/03  TIME 1330    HOURS

(admitted to D2)

① may reduce to 2 pt. S.W.
X 4 hr.

T.O. Dr. Wendig / Anderson RNC

K. Hoffert MD #305    JNKO, MD

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE    D Anderson RNC #2    9/28/03 1445

1  SIGNATURE
OF R.N.

DATE 9/28/03  TIME 1736    HOURS

Renew Level / S.W.
(2-4 pt) X 4 hrs.    JNKO MD

K. Hoffert MD

T.O. Dr Wendig / M Acton

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE

2  SIGNATURE
OF R.N.    Actid (M Acton 9/28/03 1747

DATE 9/28/03  TIME 2130    HOURS

Renew Level / (2-4 pts)
S.W. X 4 hrs

T.O. Dr Wendig / M Acton

K. Hoffert MD #305    JNKO MD

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE

3  SIGNATURE
OF R.N.    Actid (M Acton 9/28/03 2147

A631836
NKDA
Andriano, Wendy
8-26-70

A631836
Andriano, Wendy
8-26-70

NKDA

A631836
Andriano, Wendy
8-26-70

NKDA

012889

PAT012959

PCR000223



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

081 1873 R6-03

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☒   1.   2.

3.

| DATE 7/28/03 | TIME 2155 | HOURS |

Andiono, Wendy
A 631830
8-24-70

Seroquel 200 mg po
Ativan 1mg po
one time only

T.O. Dr Wandry / M Tarka

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

**1** SIGNATURE OF R.N. noted M Tait RN 7/28/03 2212

| DATE 9/29/03 | TIME 0130 | HOURS |

Continue level I SW c 2-4pt
restraint X4°

T.O. Dr. Wandry

Adriano, Wendy
8/26/70
A 631830

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

**2** SIGNATURE OF R.N. noted 8/29/03 0130

| DATE 9/29/03 | TIME 0530 | HOURS |

Continue level I SW c 2-4pt
restraint X4°

T.O. Dr. Wandry

Adriano, Wendy
8/26/70
A 631830

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

**3** SIGNATURE OF R.N. noted 9/29/03 0530

012888

PAT012958



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

CHM-1550 R2-8

DRUG SENSITIVITIES:   NONE ☐   1.                    2.

3.

DATE 9/29/03   TIME  09:30   HOURS

① d/c S.W.—

Andriano, Wendy
A631830
8-26-76

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

K. Hoffert MD #303

**1** SIGNATURE OF R.N.

noted on Tait RN 9/29/03 /640

DATE   TIME   HOURS

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

**2** SIGNATURE OF R.N.

DATE   TIME   HOURS

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

**3** SIGNATURE OF R.N.

012887

PAT012957

PCR000225



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

PHYSICIAN'S ORDER FOR

DRUG SENSITIVITIES:   NONE ☒   1.   2.
3.

**DATE** 9/25/03   **TIME** 1330   **HOURS**

Ativan 1mg po bid                    x
Seroquel 100mg po q AM   x 14 days
Seroquel 200mg po q HS
Prenatal vitamin i po q AM
May have AM doses of ABOVE
meds now

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE          K. Hoffert MD

**1**  SIGNATURE OF R.N.  noted GM Tait #303 9/29/03 1657

**DATE** 9/29/03   **TIME** 1600   **HOURS**

May have 2nd
blanket.

T.O. Dr Hoffert / GM Tait RN

GENERIC SUBSTITUTION APPROVED K. Hoffert MD #303
PHYSICIAN'S SIGNATURE

**2**  SIGNATURE OF R.N.  noted GM Tait RN 9/29/03 1956

**DATE** 10/1/03   **TIME** 1305   **HOURS** 1450 OP

CBC, CMP 10-2U
Schedule for PAP 10-15-03 + uAdip
Keflex 500mg po tid x 7 days
Sp. Suture removal 10-6-03

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE        R. Reynolds PA-C #131

**3**  SIGNATURE OF R.N.  noted F Despain LPN 10/1/03 1500
F Despain LPN #705

012886

PAT012956



MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1584   11-97

LOCATION D2 BK# A63193 O
MONTH/YR 1/03   ALLERGIES: NKDA

Bk #: A631830
ANDRIANO, WENDI ELIZABETH
Bk Dt: 10-06-2000
DOB: 08-26-1970   Sex: Female

PAT012662

PCR000227

**USE BALLPOINT PEN ONLY**

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

081 1673 R5-93

**PHYSICIAN'S ORDER FORM**

DRUG SENSITIVITIES: NONE ☐   1.                    2.

3.

**DATE** 10/3/03   **TIME** 1500   **HOURS** ☐

Dr Kilby
Augmentin 825 mg po
bid x 10 days
warm compresses @ rt cheek
bid x 2 days
Gbard & comalter

R. Reynolds PA-C #131

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE                    Rosanne Reynold PA-C

1  SIGNATURE
   OF R.N.  noted M Tait Rd 10/3/03  1553

**DATE** 10/06/03  **TIME** 15:00  **HOURS** 1570e

Cefolin 1 mg 11.60

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE  R Avalos PA-C

2  SIGNATURE
   OF R.N.  noted J Eaton RN

**DATE** 10/10/03  **TIME** 12:30  **HOURS** 2:00 p

(1) Ativan 1. mg PD BID
(2) Seroquel  100 mg PO
    P. O.M. @ 1200 mg
    HP M
(3) PRN  ☐ PO

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE  K. Hoffert MD #303

3  SIGNATURE
   OF R.N.  noted F Despain LPN 10/10/03  1450

F Despain LPN #705

012385

PAT012955

PCR000228



PAT012661

PCR000229

USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

CHM-1530 R2-0C

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.                    2.

3.   DATE 10/16/03   TIME 1240   1433   HOURS

iPAP, GC, Chlamydia cultures—
done
IC·10C

R Reynolds PAC #131

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE

1   SIGNATURE OF R.N.   F Despain LPN #705
noted faxppain   P.N 10/16/03   1508

DATE 10/30/03   TIME 1330   HOURS 344   CP

DC Extra Blanket
CP

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE

R Reynolds PA #131

2   SIGNATURE OF R.N.   F Despain LPN #705
noted faxppain   P.N 10/30/03   1359

DATE 11/5/03   TIME 1330.   HOURS 420   CP

DC Prev. Order Ativan, Seroquel
+PNV —

Ativan 1mg po BID X 60.
Seroquel 100mg po AM + 200mg HS
X 60.
PNV — ii po QD.   X 28.

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE

3   SIGNATURE OF R.N.   noted faxppain   P.N 11/6/03   1457
F Despain LPN #705

012884

PAT012854



PAT012660

PCR000231