# Exhibit 45

Wendi Andiano January 9, 2001 9:45 a.m. – 11:15 a.m.

Met with client at Durango.  Informed client of her right to confidentiality.  Client
reported that she had minimal experience with counseling.  She said that she had relied
on the church for solace and had tried counseling.  She said that it was not helpful
because she could not affect Joe's behavior and that was at the heart of problems.  Client
cried and said that she thinks the tears are because of being separated from her two
children.  She said that she had signed their custody over to Joe's sister and brother in
law.  She said that she had felt confused and overwhelmed and was signing papers
obediently when the lawyers presented them.  She said that she has had time to evaluate
her actions. and she now believes her children would be better off living with her parents.
She said that her parents have been closely involved in the upbringing of the children and
she believes they would get the attention and the quality of interaction that she wants for
them.  She said she fears that her in laws are motivated by the malpractice suit that is
pending.  Wendi said that her parents might have been too upset to manage the kids when
she was first incarcerated but that they had adjusted enough now to be able to care for
the children.  She said that her in laws already have five children and that her kids are not
use to living with so many people.

A malpractice suit is pending from the misdiagnosis of a malignant tumor in his salivary
gland.  By the time a correct diagnosis was made, the cancer had spread into his lungs.
Because of the extent of the metastasis, the cancer was inoperable and terminal at the
time of accurate diagnosis.

Client said that she was willing to talk and to piece together a history.  She said that it is
difficult to talk about the case.  She said that she feared that the emotions would engulf
her if she accessed them at all.  She acknowledged that she restrained shedding tears
because she feared she might never stop them.  Client described her relationship with Joe
as that of "best friends."  She said that it was never a "passionate" relationship.  She said
she had grown up reading romance novels so she knew enough to know that the romance
was missing from her relationship with Joe.  Client said that her father was a pastor and
her early experience revolved around the church.  She said that she attended Christian
high school and it was small and isolated.  She said she was an only child until her parents
adopted their two-year-old nephew.  She said she was 16 when he came into their family
and she related to him more like a mother than a sibling.  She said that he has recently
returned to live with his mother and she feels a little hurt that he has left.  She said that
she writes to him, but that he has difficulty writing to her.  She said that she does speak to
him when she calls her parents and that make her feel better.  She said that his mother
(her aunt) is someone she really likes and someone you cannot help liking, but she is
irresponsible.

Wendy described a period in her life when she had moved into her own apartment.  She
said that she let her cousin move in with her and her cousin introduced her to going to
bars and staying out late.  Wendi enjoyed partying, but after about six months of it she
decided that it was not good for her.  She said that she was having difficulty staying out
so late and showing up for work in the morning.  She said that she remembered one time

DEL012207

PCR000007



when she was hung over and had to show an apartment to two girls who reeked of cigarettes. She said that the smell made her throw up. Wendi then said that she was embarrassed to tell me that and that she had ultimately become friends with the girls. Wendy said that she was also tired of running around with people who did not accept her. She said that she had gone to a small Christian high school where everyone was friendly. She said that she had also attended community college and had found the other students friendly. Wendi described the crowd at the bars as the farmers' kids. She said that the girls were particularly rejecting and she was tired of the treatment. She asked her cousin to move out intending to return to the quieter life she had led before.

On St. Patrick's Day of 1992 her neighbor Maureen, an older woman, invited her out to a bar to celebrate. She met Joe that night and they hit it off immediately. They talked for hours and Wendi accepted my characterization that it felt as if she had known him all her life. Wendi said that it was not a physical attraction, but it was like they were brother and sister. She said they began to see each other every day. She said that there were great differences in the way they were raised. She described her family as supportive. She said they did not have a great deal of money, but that she never wanted for anything. She said they have always been emotionally open and available. In contrast Joe's family was closed. His father was an alcoholic and his mother was "hurt" and silent. Joe had little ability to speak about his feelings even to Wendi. She adapted by keeping things to herself. She said they only had a handful of conversations about emotions and those were when he was drinking. She said that his family did not approve of their relationship probably because she was not part of the farming community. After——————— they were married in January,1994. Both Wendi and Joe cried throughout the ceremony. Wendi said she could not exactly express why they cried, but she accepted my suggestion that it might have been the relief that they were finally allowed to be together.

Wendi said that Joe was well liked and the life of any party. She said that it felt good to be with a man like that. But Joe was irresponsible and Wendi took over the adult duties. Joe never supported her and she had to ask her family for financial assistance. She said that they always came through for her and Joe would promise to repay them, but never did. Wendi and Joe had two children Nicolas and Ashlee, born June, 1997 and Sept.,1998. She said that the children became the center of her life. She loved being a mother.

Bring Kleenex. Find out about books. Wendi said that it was easier to talk about herself than to write and that it was all right to share what we had said with David DeLozier. I said I would type this up and let her read it for accuracy.

January 26, 2001 1:00pm to 2:30p.m.

DEL012208

PCR000008

Met with Wendi who said that she looked forward to talking. She took my narrative of our first session to confirm accuracy as well as the complete adult assessment. She agreed to fill in as much of the info as she could. She talked about the period after she and Joe were married. She said that money was tight because he was inconsistent in earning. He had a business welding the farm tools for the farmers around Casa Grande at the time they met. She said that he did good work but was not aggressive or consistent about getting customers. She said that he would slack off when he did start to succeed rather than building on his base. When farming was going through hard times he switched to working in auto glass repair and replacement. He went to work for a business in Mesa. When he quit the job because he did not want to conform to the restrictions of working in someone else's business, the owners asked if he wanted to buy the store. Wendi said that they were excited about the prospect but did not have the $185,000 to buy. She said that she went to her cousin who was in the drug world and had money to help them. He sent them to another man who happened to be an acquaintance of her father. She told her father and he went with her to meet that man. The man agreed to lend her $35,000 in traceable money and $50,000 in cash and they borrowed the balance from the sellers. They both worked in the business and were able to meet the payments to the sellers but not to the equity partner. Joe had his friends on the payroll and they used the business as place to hang out. They did do work, but Joe chose to spend the money to have fun rather than to meet his commitments. Business went down and Joe did not take his obligation to the equity partner seriously. Finally the equity partner took the store from them. Wendi said Joe was frustrated and seems not to have taken responsibility for the failure. He believed that Wendi's father should have stepped

DEL012209

PCR000009

in and stopped the lender from taking the business. He arranged with their baby's godfather to have the partner killed. Wendi learned of this plan and went to the connection to call it off. He agreed.

During this same time period (Wendi, could put dates into this?) Nicholas was born June, 1996, Joe had two surgeries on his salivary gland and Wendi became pregnant with Ashlee.

Wendi said that she had met a woman in Washington as a result of her efforts to find a source of income. She said that she started working for the woman in sales and they became friends over the phone. Wendi said that she decided that she had to leave Joe in October, 1997, so she and Nicholas could survive. She said that she stayed as long as she did because she believed strongly in the obligation to stay in a marriage for life. When she decided to leave she told her parents. She said that her parents always supported her choices even when they were difficult and against their beliefs. Wendi wrote Joe a letter explaining why she was leaving. He was out with friends who were going daily to boat races and she left the letter on the desk and took a nap. He returned early and unexpectedly and found the letter. He confronted her with it and she said she was not leaving and that she wrote such letter to vent her feelings. She said that she had failed to throw it away as she usually did. He accepted her story. She said that she lied because she was terrified of his rage. She said that she did not see him rage at first, but knew that he had been outside a restaurant when a bum kicked the tire of his truck. Joe responded by running over him.  She said that he had raged at her in the house and had broken up the house and broken holes in the walls. This happened about 6 months after they were married. She said that the first time he raged in the house she hid in the bathroom until it

DEL012210

was over. She said she came out and told him she would leave until he was finished and he said that it was over. She said that she trusted that and stayed. Joe never showed any remorse and never apologized. Wendi said that "Joe didn't know how to say I'm sorry, but he would always cleanup his mess." She said that there were no rages at first because she said yes to everything he wanted. She said that she thought if she loved him enough he would be healed from his upbringing. She said she was constantly aware of how emotionally deprived his upbringing was. She described three files the saw in his parents' house in which their father kept an accounting of everything they had given each child. She said that Joe's list was the longest and that his sister had been given a college education and that was not listed. She said that Joe and his sister Jeanea would talk at length about how terrible their parents were. Wendi talked to her own parents about healing him with love. Wendi said that she cut his toenails and fingernails and catered to his every wish. She said that she was able to do that up until she had the second child. She said that she thought he was jealous of the attention and care that the babies got from her. She said that he was unhappy and frustrated that he did not get her fulltime care.(What else did you do for him? How did he express his jealousy? How did she avert his anger?) Wendi was working 10-12 hours a day and Joe was not working. She had lost a job in bookkeeping at a hospital just before the opportunity to buy the auto glass store occurred. (Can you give me a time line for marriage, jobs, births, rages?) For three years they had lived in a three room building on Joe's family's land. She said that originally moved there as a temporary place, but that Joe's failure to earn a living kept them there. Wendi said that she tolerated Joe's behavior because she could not stand confrontation and she felt a duty to stay in her marriage. She said that she went to her

DEL012211

parents for emotional and financial help and they always came through. She said that Joe

expected sex every day and she complied. She said that she had never thought of it as

"rape" until I asked.

Will bring nuts and dried fruit next week.

February 1, 2001, 2:25-4:05 p.m. Wendi said that her parents' efforts to get the children

were meeting opposition from Jenea. She said that she feels hopeful because the children

have a proven history with her parents.

On Joe's rages: the first one was because his parents had not bought him a gift for his

birthday. Wendi said that she would hide out until they ended. She said that he got a

look in his eyes " that was not Joe." She said she knew that if she stayed out of his way it

would pass in several hours. She did not fear for the safety of the children. (Did you

worry about the effects of their hearing his rage?) Wendi said that her parents had argued

when she was growing up and she hated it. She vowed not to have that atmosphere in her

children's home. She and Joe agreed not to argue in front of the kids and they generally

were able to hold off until they were alone. Wendi said there was no debriefing after a

fight or a rage. She said that he had thrown a pot at her which made a big hole in the wall

and they had covered it with a picture. Joe would get up the next day, buy the necessary

supplies and would repair any damage to the house. She said that neither of them would

say anything about what had happened. The next day they would get along and she

would be relieved that there had been no conflict. Wendi said that this way of managing

DEL012212

PCR000012

their relationship worked until she had Ashlee. With two children and a full-time job she could not find the time or energy to cater to him.

Just before Ashlee's birth Joe discovered another tumor in his neck. He went to the doctor who took a chest X-ray and found tumor in his lungs. Joe and Wendi were shocked. Wendi suspected that it was life threatening but they did not discuss that possibility. The doctors offered Joe treatment alternatives. He chose not to have chemotherapy and they embarked on a course of prayer and meditation to treat the tumors. Wendi read scriptures to Joe and the congregation prayed for his recovery. Wendi had to support the family and she found an apartment management job near Phoenix. She worked long hours and Joe cared for the children. He would not change a diaper and she would have to backstop his childcare. Wendi confided in a co-worker. At first she had not gotten along with this woman because the woman was demanding and self-centered. Wendi used her techniques for getting along with Joe, and she catered to this woman's demands. Over time they became friends. Joe went to the doctor and found out that the tumors in his lungs had doubled in size. She said they were extremely disheartened because they had hoped the prayer would reduce the tumors. Neither of them articulated the possibility that Joe was going to die. Wendi said that when she saw the tumors double in size, she felt in her heart that he might be dying. They did go to a lawyer to write wills, but they never went back to sign them. When they heard about other people's concern that he was dying they were upset because it did not support the hope that they believed could be curative. Joe had tried several programs of unorthodox treatment and the tumors still grew. At that point he decided to try chemo. His mood became depressed.( I want to know more about the specifics of his mood...and yours.)

DEL012213

He stopped going to church and would not read scripture. He only tried if Wendi did the work for him. She was exhausted and frustrated and could not do it all.

February 7, 2001 1:45-3:45 p.m.

Wendi said that she felt guilty that she had started giving up on Joe. She said she started to feel frustrated that he was not keeping up the prayers and she was too exhausted to carry the load for him. She said that the job in Ahwahtukee was bigger than any job she had had before because she was expected to rent a large complex from scratch. She worked until about 7 p.m. and got home to feed Joe and the children and put the children to bed. She would give Joe a massage and care for him after the kids were in bed. Then she fell asleep. During the days Joe left the kids with sitters. Wendi said that he was good at finding sitters and she viewed that as a contribution. He would go to a boat store in Mesa and hang out. She gave him control of the money she earned and he would spend any extra money on things for himself at the boat store. She started the Ahwahtuckee job in October, 1999. For months she had no life except to tend to Joe and the children. In the spring of 2000 they found out that the tumors had doubled. When Joe was alone with Wendi he expected her to tend to him completely, but to everyone else he put on a front that he was fine. People he knew offered to have a benefit for him to help with the bills, but he did not want to be humiliated by their charity. When he started chemo in June, 2000, he began to lose his hair. He asked Wendi to shave his head, then he told everyone that she made him shave his head. His mood changed around the time he started chemo. He became gloomy and Wendi found it difficult to be around him. Still she continued the schedule of work and caretaking. She said that the redeeming part of their marriage had been the humor. She described Joe as playful and

DEL012214

PCR000014

affable and his disposition was the thing that made life bearable with him. She said that she knew he would not talk about the rages or be unpleasant to her as long as she lived according to his expectations. During the summer his new dark moods were making her so unhappy that she felt she had to get out of the house and have some social contact. She met a tenant and did not tell him she was married and had two kids. Joe had gone to Oklahoma to visit relatives and during that trip he began calling her repeatedly. She said he had never called like that before, but he seemed to sense that she was moving out of his control. She and Rick (the tenant) talked for hours and he listened to her. She said that it felt so good to have someone interested in her. Shortly after their meeting she told him the truth about her situation and still got attention and interest from him. However, soon after that, he told her he could not continue if she chose to stay with Joe, so they ended it. She said that she had fallen in love with him and the break was painful. She said she believes she harbored hope that he would stick around until Joe died and they could be "friends" until that time. She said that she started going out with her girlfriends once a week so she could have some life of her own. Joe would not go out with her and she felt imprisoned at home. She said that she told him she played cards with her friends but they actually went out to the bars. Joe had gone out with a woman before Wendi and she cheated on him. He told Wendi that he would kill her if she ever cheated on him. Wedi said that she had gone out with her friends to celebrate her 30th birthday in August and Joe had called her every 10 minutes. She said that when she left the cell phone in the car, he called around to the bars to track her down. She said that he had been invited to come, but turned her down. (I know he raged at you, but I cannot recall the details)

DEL012215

Joe hated the chemo and he was having more symptoms including chest pains and

difficulty breathing. Wendi began to steel herself because she knew death was getting

close. She said that she feared walking in after work and finding him dead. Even with

the time out with friends, she was spending 6 nights a week tending to him and the

household. He began to give up. He said that the chemo was unbearable and he wanted

out. Wendi and Joe had an emotional conversation that lasted several hours. She said that

it was one of few deep conversations they had in their marriage. She said that she loved

him and wanted to please (appease?) him and she supported his intentions. He enlisted a

friend (Sean?) to find out the easiest way to end his life. Joe conceived of the idea and

Wendi followed his instructions. She did the work to get the cyanide. He decided to

make one last visit to his family on the night he planned to take the poison. Wendi said

that they had dinner with his family and Joe lay down and did not talk to them. She siad

that she felt disconnected from her feelings as she witnessed this final dinner. She said

that she kept asking herself why she had no feelings. They went home and sat on the bed.

He took the pills and they talked and cried. They took a bath together. Joe started feeling

bad. It was not going as easily as he anticipated. He began asking her if she had ever had

an affair with Rick. At first she denied it, then admitted it. She said that she thought they

could have closure if she admitted it, but she misjudged. He became enraged. She said

she felt separated from her own body. She knew she felt anger as he confronted her, but

she didn't know why and didn't understand her lack of emotional clarity. She said she

remembers hitting him with a chair. She said that it was horrible and could not stand to

tell any more of it. She said that she does not understand why she feels relief being in

DEL012216

PCR000016

prison. She said she thinks she should have more feelings about his death and her imprisonment, but she feels peace.

February 14, 2001 1:40-3:45 pm

Wendi said that this is the first week since she got to Durango that she has not felt peace. She said that she has things to do for her defense and she has no interest in doing anything. She said that she feels upset that she cannot get engaged. She said that she recalls a time when she went to Mexico to do church work. When she first arrived she slept for three days because she could not muster the energy to do anything. She said that she was energetic when that period passed. She said that she is conflicted about talking about the night of Joe's death. She said that many people have come to get her account of the evening and she feels like she is supposed to have a story that is complete. She said that she has spent a great deal of time thinking about it and could put a logical story together, but that the truth is unclear. She said that she has lost time that night and she cannot regain it. I asked her if she would consider hypnosis. She said that it is against her religious beliefs, but she would give it thought. She said that she has dreaded having to talk about that night partly because Joe asking her to help him haunts her and partly because she is disgusted and upset over the mental images. She said that Joe took the poison and they waited for something to happen. She said that she thought that "it" was finally over. She defined "it" as the pressure she had felt build up since he had started chemo. Joe's cheerful personality had been the offset for the role she played in the marriage for all the previous years. When his personality changed to glum and grouchy she was unable to get the emotional reward she had been willing to earn before. Wendi

DEL012217

PCR000017

was used to believing that she could keep doing more and make things better for the people around her. When it became apparent to Joe that Wendi was not going to save him, he became angry and hopeless. Rather than reason that he was terminally ill because of happenstance or medical malpractice, he became angry with Wendi. Up to that time she had performed like a magic genie, and he expected it to continue. He became whiny and possessive. She had chosen him as a way of avoiding conflict. Now he was no longer willing to exchange a good-natured affect for Wendi's acquiescence to his will. No matter what she did for him, it would not stop the illness from killing him. She began to pull away from him. She felt attracted to other men and acted on it. He seemed to have sensed that he was losing control of her and that made him angrier. Batterers are at their most dangerous when they suspect their women are leaving. After Joe took the pills they waited. Wendi said she wondered what would happen. She said that she felt like she was watching herself and not understanding that she was not feeling anything. Joe said that he was feeling strange. H e laid his head in her lap. He started to panic. He asked for her help. She called 911 and her friend Chris. Chris waited outside for the paramedics. Wendi and Joe waited. He asked her if she had ever been unfaithful. She thought that if she told him the truth, it would calm him down. She admitted having had an affair. He became enraged and grabbed her. She said that he generally grabbed her head or her neck and threw her on the ground when he raged. This time they were sitting on the ground. She felt angry and hit him twice with a chair. She believes she continued to hit him with the chair but her recollection is that she watched herself do that. The next memory is of Wendi sitting on the ground next to Joe's body. She thinks she had her hand on him and she knew he was dead. She said they were in the

DEL012218

PCR000018

middle of a pool of blood. She got up to wash her face and glasses because they were so bloody she could not see. She said that she does not know how much time passed or what happened. She did not hear the paramedics. The children did not wake up. Chris did not return. She called her parents and her father told her to call the police. She did. Her most chilling memory is that of Joe asking her to help him as she hit him with the chair. In her head she said that she was helping him. She said that she felt relief when she found him dead. She was glad her old life was over. Until this week she has been relieved and at peace.

February 23, 2001  noon-1 p.m.

Wendi asked to have her roommate removed. She had been up all night while the woman had "spells." She is on lots of meds. Wendi tolerated her for 1 ½ weeks while others said they couldn't stand her for more than an hour. Wendi let her stay because the woman said Wendi was a nice person. She said that when someone is appreciative or apologetic she cannot stop herself from giving them another chance. Christians are supposed to be tolerant. She asked why she attracts these people and I tried to distinguish attracting form tolerating. She said that she has not yet read the paper on battered women. It is humiliating to think she was not in control. She felt as if she could fix anything. When she was first arrested her head was running a mile a minute to fix it. When she found out that it was first degree murder she realized that it was too big to fix. It cut her down and she had to face the helplessness and let go. She read the TAPP questions and answered all of them yes. She does not want to be pitied and neither did Joe (except from her). She asked her mother about losing memory and her mother said that she does it. Now Wendi recalls that she does forget things that are painful. Her best

DEL012219

feeling anything. Joe said that he was feeling strange. H e laid his head in her lap. He started to panic. He asked for her help. She called 911 and her friend Chris. Chris waited outside for the paramedics. Wendi and Joe waited. He asked her if she had ever been unfaithful. She thought that if she told him the truth, it would calm him down. She admitted having had an affair. He became enraged and grabbed her. She said that he generally grabbed her head or her neck and threw her on the ground when he raged. This time they were sitting on the ground. She felt angry and hit him twice with a chair. She believes she continued to hit him with the chair but her recollection is that she watched herself do that. The next memory is of Wendi sitting on the ground next to Joe's body. She thinks she had her hand on him and she knew he was dead. She said they were in the middle of a pool of blood. She got up to wash her face and glasses because they were so bloody she could not see. She said that she does not know how much time passed or what happened. She did not hear the paramedics. The children did not wake up. Chris did not return. She called her parents and her father told her to call the police. She did. Her most chilling memory is that of Joe asking her to help him as she hit him with the chair. In her head she said that she was helping him. She said that she felt relief when she found him dead. She was glad her old life was over. Until this week she has been relieved and at peace.

February 23, 2001  noon-1 p.m.

Wendi asked to have her roommate removed. She had been up all night while the woman had "spells." She is on lots of meds. Wendi tolerated her for 1-½ weeks while others said they couldn't stand her for more than an hour. Wendi let her stay because the woman said Wendi was a nice person. She said that when someone is appreciative or

007343

PAT007363

apologetic she cannot stop herself from giving them another chance. Christians are

supposed to be tolerant. She asked why she attracts these people and I tried to distinguish

attracting form tolerating. She said that she has not yet read the paper on battered

women. It seems to be humiliating for her to think she was not in control. She felt as if

she could fix anything. When she was first arrested her head was running a mile a minute

to fix it. When she found out that it was first degree murder she realized that it was too

big to fix. It cut her down and she had to face the helplessness and let go. She read the

TAPP questions and answered all of them yes. She does not want to be pitied and neither

did Joe (except from her). She asked her mother about losing memory and her mother

said that she does it. Now Wendi recalls that she does forget things that are painful. Her

best coping is to forget and move on. Wendi signed releases and contract with me. She

is leaning on others now and has to learn this concept. She leans on me and Dave and

God. She never trusted before even God. She did fire her public defender who was not

affable, but abrasive. She is not able to say no when people are "nice." Wendi thinks she

is like her mother; knows she is competent and that others cannot do things as well as she

can. She thought she made the choices but now sees that Joe did.

Does she "put her best foot forward and make things look like they are good? "

February 27, 2001 noon- 2p.m.

Wendi reported feeling peace of mind again. Worried about her kids who cry that they

want to stay with her parents. Suggested that they tape record entire visit.

Wendi said that there were witnesses to Joe's temper but she feared they are all on his

side now because he is dead. Before they met he was seen running down the "bum" who

007344

PAT007364

PCR000021

kicked his tires. He had a rage at the Circle K where he spun his truck into the glass windows and broke all the glass. He was kicked out of Denny's in Casa Grande for raging. Jenae's boyfriend locked him out one time and Joe broke the windows with a baseball bat then chased the boyfriend with the bat. Joe jumped his father and tried to kill him until Brandon Clark and Dale Hartman pulled him off.

Next door neighbors Joel and Melba Vandenberg saw hole in wall that Joe made when he threw a pot at Wendi. They might have heard him rage at her. Frank and Barbara Nagore (friend from lake) people from Joe's crowd, saw Joe's temper. Steve and Nola Barnes: Joe got mad at Steve whose father Bob did not give Joe a bonus. Joe wouldn't allow Wendi to have Nola as a bridesmaid. Wendi tried to convince Joe to let her have Nola in the wedding but he insisted that she be uninvited. Wendi sent her a note because she was so embarrassed and couldn't handle it face to face..

Six months into the marriage they had an argument in the parking lot. Wendi felt bolder in the relationship because they were married and she thought she was more secure. Joe came home after she waited for 2 hours and he went to sleep without talking to her. She had hopes that they could talk it out. She started cleaning and making noise to wake him. He woke up and raged. It was the first time she had seen his anger first hand. This is when he threw the pot at her and hit the wall. She vowed never to upset him again. He always threw things and punched walls in his rages. .

Joe wouldn't tell friends that he was sick, then he got mad that they did not inquire about him. Wendi went to Branden to patch things up and asked him to call Joe.

Wendi picked out his clothes every day as well as bought them.

007345

PAT007365

PCR000022

He controlled the money and gave her 5 or ten dollars. She had a good job prospect in California and she was the family's sole support. He threatened to take the kids if she took the job.

March 6, 2001  3-5 p.m.

Wendi was upset about the children wondering what they were thinking and if they were feeling abandoned by their grandparents. She said that Jenea has them calling her Mom. She said that other than that she felt peace again. Dave was there and he said that he feels like he has come into the twilight zone when he is with her. He said that he does not understand her calm. Wendi said that she has gained 15-20 pounds in jail and that she was down to 100 pounds when she was arrested. She had lost the weight over the last 4 or 5 months, which corresponds to the time of Joe's decline. Joe had been extremely possessive and jealous since his trip to Oklahoma. He checked up on her a lot and accused her of being unfaithful. He said that he would kill her if he caught her cheating and she believed that he meant it literally. Wendi knew that he had felt betrayed by his former girlfriend Shelley and Wendi feared that he couldn't handle a betrayal from her. She remembered that he used the word "kill" after Nov. 2000 when she had the affair with Rick. She thought he might have sensed a difference in her. He did not want her to have her own friends and he got mad when she went out. For most of their marriage she was willing to give up her friends. She wanted to please him and wanted to fit into his group. She felt like he thought her friends were not as good as his were socially. The night that he beat up the furniture he had been angry because she went out with friends of

007346

PAT007366



Nola in the wedding but he insisted that she be uninvited. Wendi sent her a note because she was so embarrassed and couldn't handle it face to face..

Six months into the marriage they had an argument in the parking lot. Wendi felt bolder in the relationship because they were married and she thought she was more secure. Joe came home after she waited for 2 hours and he went to sleep without talking to her. She had hopes that they could talk it out. She started cleaning and making noise to wake him. He woke up and raged. It was the first time she had seen his anger first hand. This is when he threw the pot at her and hit the wall. She vowed never to upset him again. He always threw things and punched walls in his rages.

Joe wouldn't tell friend that he was sick, then he got mad that they did not inquire about him. Wendi went to Branden to patch things up and asked him to call Joe.

Wendi picked out his clothes every day as well as bought them.

He controlled the money and gave her 5 or ten dollars. She had a good job prospect in California and she was the family's sole support. He threatened to take the kids if she took the job.


March 6, 2001 3-5 p.m.

Wendi was upset about the children wondering what they were thinking and if they were feeling abandoned by their grandparents. She said that Jenea has them calling her Mom. She said that other than that she felt peace again. Dave was there and he said that he feels like he has come into the twilight zone when he is with her. He said that he does not understand her calm. Wendi said that she has gained 15-20 pounds in jail and that she was down to 100 pounds when she was arrested. She had lost the weight over the last 4



DEL012227

PCR000024

..Mar-28-01 06:24P                          310 836 0695              P.04

or 5 months, which corresponds to the time of Joe's decline. Joe had been extremely
possessive and jealous since his trip to Oklahoma. He checked up on her a lot and
accused her of being unfaithful. He said that he would kill her if he caught her cheating
and she believed that he meant it literally. Wendi knew that he had felt betrayed by his
former girlfriend Shelley and Wendi feared that he couldn't handle a betrayal from her
She remembered that he used the word "kill" after Nov. 2000 when she had the affair
with Rick. She though he might have sensed a difference in her. He did not want her to
have her own friends and he got mad when she went out. For most of their marriage she
was willing to give up her friends. She wanted to please him and wanted to fit into his
group. She felt like he thought her friends were not as good as his were socially. The
night that he beat up the furniture he had been angry because she went out with friends of
hers. He pinned her down on the bed and called her names like slut, bitch, fucking this
and that. He said that she didn't love him.

Wendi said that Joe would not explode in rage, but would work himself up. He would
mutter at first, then start to yell. This is why she had time to go into the bathroom and
hide  He would go from the yelling into a full-blown rage hitting furniture and walls,
throwing things and breaking things. This would go on for hours until he ran out of
energy. She knew she could come out of the bathroom at that time. Often in the yelling
stage he would ask if she had cheated. "I know you had an affair. You had one. You tell
me. You're always lying." He though she hid money. He wanted to control all the
money. She would keep a few dollars for herself. Wendi wanted to tell Joe about the
affair. She felt very guilty and wanted to be relieved of it. It made her fear of his rages
greater. After he took the poison and decided he wanted her to call 911 he started



DEL012228

Mar-28-01 06:25P                              310 836 0695              P.05

working himself up about her infidelity. She had made a wedding box with her veil and other tokens from their wedding. It was framed and behind glass. He shattered it and a family picture saying, "You've ruined the family. How could you do this to me? I knew it." He grabbed her hair and she thought he was going to kill her. He yelled abusively at her the whole time. She has gap in memory starting with his grabbing her hair. The next memory is of Wendi picking up a kitchen stool and hitting him. She remembers not being able to stop hitting him. She believed he would kill her at that moment. His cell phone cord was on the kitchen counter. He wrapped it around her neck. (Was he still holding her by the hair?) She had her fingers between her neck and the cord. She grabbed a kitchen knife to cut the cord. She does not remember cutting the phone cord and has no other recall until waking up covered in blood sitting next to Joe's body. Wendi said that she wanted to understand my intent in writing a letter to the court asking for a psych eval. I explained the chronicity of personality disorders and the requirement that an M.D. evaluate for medication.

prenatal vitamins, power bars, bananas, grapes

March 28, 2001 11a.m.-1p.m.

Wendi cries when she thinks about her children. She lives to get out and care for them. When she thinks about anything else including her case and her situation she does not experience emotion. She has been reading about God's grace and is grappling with the realization that she still is trying to earn salvation rather than accepting it. She said that she knows she is trying too hard when she feels frustrated. Dr. Potts examined her briefly with other distractions. He did a mini mental status and told her she is fit to stand trial. She said that she is fit to stand trial and did not understand that he was determining only



DEL012229

PCR000026

she wanted to understand my intent in writing a letter to the court asking for a psych eval.
I explained the chronicity of personality disorders and the requirement that an M.D.
evaluate for medication.

prenatal vitamins, power bars, bananas, grapes

March 28, 2001  11a.m.-1p.m.

Wendi cries when she thinks about her children. She lives to get out and care for them.
When she thinks about anything else including her case and her situation she does not
experience emotion. She has been reading about God's grace and is grappling with the
realization that she still is trying to earn salvation rather than accepting it. She said that
she knows she is trying too hard when she feels frustrated. Dr. Potts examined her briefly
with other distractions. He did a mini mental status and told her she is fit to stand trial.
She said that she is fit to stand trial and did not understand that he was determining only
that. She said that she cannot talk to her mother frankly because she is monitored. She
said that she has never had a sexual feeling and wondered if I thought it had to do with
her possibly have been molested. She said that she has never had an orgasm and that she
only enjoys hugs and kisses; I told her that the dissociation and the lack of sexual
responsiveness fit a profile for early molestation, but that it is not proof. She said that she
had sex to accommodate Joe (and Rick.) She said that she felt nothing (good or bad) and
just waited to have it over. She did not fake pleasure. She read romance novels and
thought the romance was sweet, but not sexual exciting. She is not attracted to women
either. She said she would try to recall her early thoughts and feelings about sex. She
said that an inmate had come on to her sexually and she had enjoyed the attention. The
woman was bonded out and Wendi never had to tell her no. She felt relieved that the

007333

PAT007353

PCR000027

woman was removed and said that she did not know if she would have said no. She said that it probably would have been similar to allowing Joe to have sex with her. She said that she recognizes the need to say no, but still finds it overwhelmingly difficult to do.

April 4, 2001 3:00-4:45

Wendi said that she was concerned that she was repeating the "Joe" dynamic with a woman who she had met in Durango. She said that 90% of the women are involved in homosexual interaction and that some had come on to her. She said that a woman named Tina had befriended her and had flirted with her. Tina was bonded out and Wendi had no idea what had happened to her. She said that she felt worried about Tina's well-being, thinking that she was responsible for Tina. She said that she felt compelled to find someone to contact Tina and she asked her father. She said that her father is tolerant of the desire to help Tina as long as it is only inquiring about her welfare. Wendi said that she understands that she is not responsible for Tina, but that Tina pulled that rescuer feeling in her. She speculated that the feeling comes when someone "masculine" appears helpless. She said that she would never want sex from Tina, but that she has never wanted sex from a man. She would want to be held and comforted in the same way a man might hold her. She likes to flirt and have her attractiveness confirmed and she likes affection, but sex is always a duty. She turns her mind away and waits for it to end. She fears that her sense that she can protect Tina is an effort to maintain a sense of power or control. Ironically, she feels in control when she gives herself up taking care of another. Wendi said that she could not bring up any early sexual memories, but she had asked her mother about my reference to hiding in a closet. She said that her mother had refreshed her recollection that she had gone into the closet until she was 8 or 10 years old. She said

007334

PAT007354

PCR000028

that she had set up a "safe" place with blankets and she would sleep and hide in there. She said that she was not aware of having to hide from anything, just that she felt peace in the closet. She said that she often cannot remember things until her mother tells her enough detail that her memory is triggered. Her first response is to deny the memory, then to express surprise that she represses it so successfully. She said that she jokes with people to contain their anger. It is something she learned to do with her father and she still does it. She mediated her parents' relationship by joking with her father. Wendi told me early on that she loved joking with Joe and that it held their marriage together. Wendi recalled going around with her parents in a bus to preach. She said that she was with adults and felt like adult behavior was expected of her. She said that their religious beliefs had mellowed over time and that she had not been allowed to dance in those early days.

legal pad, file folders


April 9, 2001   2:15-3:45

Wendi said that she had trouble sleeping and is experiencing some of the pressure she feels in the outside world. She said that she felt peace when she read the Bible all day and kept to herself. Recently she has felt the need for social contact and is finding herself acting like the peacemaker and caretaker for the other inmates. She said that she has friends who are out of DOC who protect her. They are friends of her original friend and are watching out for her. She said that she does not know how to moderate herself to give the others some of her attention while holding onto herself for herself. She said that she has been intending to go back into her room to get away from the pressure. I

007335

PAT007355

suggested that she set aside 3 hours a day to be by herself and see if she can find a midway position. Wendi spoke to her mother about my question about her bruising. She had said that she never bruises and had no bruises from Joe's grabbing her and pushing her around. Her mother said she had witnessed bruises on Wendi's arms. It was during the time Joe was taking chemo. Donna was babysitting so Wendi could go out with friends. She went to a bar and encountered some of Joe's friends. Joe was supposedly at the lake. Joe allowed her to dance with his friends because he did nnot dance. She thought she was allowed to dance with his friends and she was doing so. Joe appeared on the dance floor and grabbed Wendi under the arm and dragged her off the dance floor. He took her home and yelled at her when they were alone. He never yelled in front of others. She went home with him feeling reasonably safe because she knew he would calm down in front of her mother. Her mother saw the bruises the next day. Debbie Rose from the Center Park Apts might recall things about how Joe treated her. Wendi said that she cried to Debbie about Joe. Wendi also thought that Jerry Robles the equity partner in their business might recall things. She said that he used to say sympathetic things to her. His bookkeeper Linda might also have things to say on Wendi's behalf. Wendi was worried that Jerry does not live a law abiding life and might not want to entangled in the legal system even for her.

April 14, 2001 noon-12:45 pm

Wendi said that she had understood court proceedings and felt a little annoyed that she was spoken to as if she were not capable of understanding. She said that she had tried to push the information away, but couldn't. She said that she had felt like Beth Ann had given up on her before she even spoke to Wendi and she could not provide good defense.

007336

PAT007356

PCR000030

Wendi said that she had believed that Dave was meant to be and she was shaken by the possibility that it wasn't so. She thinks her parents are burdened financially and would prefer her to use the PD. She said that she is definitely in touch and is not dissociating and hopes that Dave can remain active in some role.

April 17, 2001  3:15-4:15

Wendi said she is going with PD and felt court went well in a way. She said that Dave brought up the Beth Ann issue and the ombudsman to the court said she would get good defense. There will be a supervised transition of investigators and Dave will continue as nap counsel. I can keep coming under auspices of Dave's office. Wendy said she watched in court as if she were out of her body. Couldn't believe that she was the subject. Prosecution said that she had gotten insurance policy fraudulently on Joe. In fact Joe and Wendi had had a conversation with one of Joe's friends about his posing as Joe. It never happened. Identical policies for Wendi and Joe were going to be applied for. They were to replace existing policies that had been cancelled because they could not afford them. Also reference to poisoned stew on stove. Wendi said they ate at her in-laws and no dinner was being prepared. She could not recall if stew was in frig. She said that poison was in Elderberry Herbs bottle and as far as she knew that was all of the poison. She said that bottle might be covered with Joe's prints because he handled the poison himself. Wendi wishes that Sean would come to talk to her. She hopes he will come forth and tell the truth about who wanted the poison. Asked Wendi if she thought it possible that Joe would set her up. Would he kill her if he could not have her? When he found out about Rick for sure he tried to strangle her. Was the whole "suicide" a plan to

007337

PAT007357

PCR000031

possess her in a final way? (People who seriously plan a suicide don't usually change their minds in the middle of it.) Did he know more about Rick than she knew? Wendi said that she loved Joe and couldn't stand to think of him that way. She said that poisoned stew could kill the kids and that was unthinkable. She said that she wanted Dave to get the lab reports that say the stew was poisoned.

perfume (Joe never allowed it.) mocha lipstick

April 18, 2001 7am

Have been troubled all night over yesterday's session. Am feeling that Joe was setting Wendi up to kill her when it backfired and she killed him.

1. Batterers are most likely to kill when they think their mate is going to leave them.

2. Joe was fixed on the idea that Wendi was having an affair since his trip to Oklahoma. (Did he have information that Wendi is unaware of that substantiated his accusations?)

3. When terminally ill people decide to take their own lives and ask the family to assist they generally have given it much thought and have talked at length with the family who intends to help. The timing is usually carefully arranged and they wait until life becomes unbearable. They do not change their minds in mid-suicide. Mind changers are usually histrionic suicide attempts that are attempts to get noticed and appreciated and these are not done with accomplices. If they have an accomplice, they have enough attention from someone already.

4. Joe had a history of trying to kill his "enemies." He ran a guy down in his truck with others watching. He hired someone to kill Jerry Robles when Jerry took his business for nonpayment of the loan. (Who besides Wendi knew about that?)

007323

PAT007343

5.  Yesterday Wendi said that the prosecutor said there was poison in the stew ( and possibly other food in the frig).  Until then I understood that Joe took 4 pills and no other poison was taken out of the "Elderberry Herbs" bottle. Wendi says that Sean helped them (both Wendi and Joe) get the poison and that there are e-mails in the confiscated paperwork from her office that are to and from Sean. Wendi was unwilling to consider that Joe would poison the stew or other food because it might kill the children. Wendi has defended Joe every time I have asked things that might cast him in a negative light.  Over time she asks her parents about their recollections and a picture of Joe emerges that is less than Wendi seems to want to believe. Donna's account of Joe and the kids is that he had very little patience for them and that Wendi did everything.  Wendi reported that the one thing she can remember that he did well for the family was to hire babysitters.  How much did he care about them or anyone except himself.

6.  Why was Joe so adamant that no one outside the family know how sick he was?  Was it pride, denial or did he use it some way to keep Wendi under control?

7.  What would he have done if she had not confessed her affair?  Was the "suicide" a way to leverage her into a confession.  He had kept asking her to confess during the bathing.

8.  How much poison was in his stomach?  A lethal dose?  Wendi said she though it took 2 pills to die and he took 4.  She saw no symptoms.  Did he fake it?  Then got scared he would really die?

9.  Joe let Wendi sign for the poison.  If she were planning to murder him, would she have signed? If he cared about her, would he let her?  It was their pattern for her to do

007324

PAT007344

PCR000033

everything, so maybe she would have signed because neither thought of the
consequences.  Or Wendi did not think of the consequences.

April 26, 2001  2-3:30 p.m.

Wendi said that she has been crying and upset about the prospect of not being able to
participate in raising her kids.  Her new roommate has been in DOC for 12 years and
talks about her experience of having little part in raising her son.  He is the valedictorian
of his class and spoke about her.  Wendi said she wished that she could still separate from
her feelings.  She used to be able to make herself not think about the things that were too
emotionally taxing.  She defined that as "letting go" and giving it over to God.  She said
that she tries to do it now and cannot.  She said that the separation from social support is
getting to her "making her crazy."  She cannot trust fellow inmates to confide in.  Her
calls to her family are recorded. I asked if she had thought more about the poisoned stew.
She was shocked when I said that I had asked Dave about it and he confirmed that the
labs said there was poisoned food.  She cried and said she felt so angry that Joe could
endanger the children.  She said there was a large container of poison and that they had
used less than 2 tablespoons to make a "handful" of capsules of poison.  She was not sure
how much he needed to take to commit suicide, but he took four pills.  She said that she
had trouble believing that he could want the kids dead, but that she could believe he
wanted her dead.  She never feared for her life around him until that night when he tried
to strangle her.  She cannot recall the position of her hands or how her fingers were
injured.  She wrote to Sean and he has not answered.  She said there were businesslike
conversations among the 3 of them about the poison.  Joe wanted the least traceable kind
because he wanted the kids to collect on the malpractice suit. Sean did the research and

007325

PAT007345

PCR000034

said this was it. She asked Joe to put the remainder of the poison in the shed and does not know if he did. She said that they did not throw it away because they feared that someone would get hurt if they found it in the garbage. Wendi said that she did not think of assisting in suicide as a legal issue, but rather as a moral issue. She believed it was right to help Joe. She said that she had been open about her feelings for Rick and people in the bar could have seen them and told Joe. She said that he became extremely suspicious from the Oklahoma trip on, which is when she started with Rick. (Wendi seemed surprised that it was odd that she would be so open.) Re: killing Jerry Robles: Joe's friend Billy who owned a body shop where Joe hung out is the "hit man." Wendi thinks he would not have done it, but agreed to the assignment to pacify Joe's rage. Wendi cried thru most of session apologizing for doing it and not seeming to hear my encouragement for feeling what was going on.

April 29, 2001  Approximately 9 a.m.

Received collect call from Wendi. She said that she needed $300 by midnite to cover a debt. She asked if I could give it to her and said that she did not want to call her mother. I told her that I did not want to have her waive privilege by speaking to me on recorded phone call. I asked for her mother's phone number and said I would call her. Told Wendi I would come to Durango to speak to her in private.

1:00 –2:15 p.m.

Met with Wendi and re-explained issues of confidentiality and privilege. She agreed that she had no intention of breaking down that protection and would not attempt to

007326

communicate with me if we were not in a secure setting. She will call and ask for me to visit. I told her that I spoke to Donna and told her that Wendi needed money.

Wendi said that she had vouched for other prisoners who needed credit and they had left the jail. Now the woman who runs the "commissary" is holding Wendi financially responsible. Same issue of Wendi being unable to say no, of taking care of anyone who seems needy. Wendi said that she had recently told another inmate no and she call Wendi "mean." When is it mean and when is it appropriate to say no? Wendi is beginning to see her patterns, but is not yet able to stop them. Has conflict over being good Christian and saying no. Had recent insight that God had to discipline man so one can act in God's image and say no. Wendi said that she does not like her parents to protect her by not telling her the bad news, yet she does the same to them.

May 7, 2001  1:30-3:30

Wendi said that she had been in involved in something that she could not disclose to me without clearance from David. She was moved to a different pod. She said that she continues to get herself into trouble by feeling like she can help or "fix" needy people. She questioned why she cannot say no to these people. The girl who had come back to her first pod and Wendi had realized that she was only taking from her had asked for her tweezers. She had asked through the window. Wendi knew that she would never get the tweezers back and she said no. She asked her neighbor to hold the tweezers for her. The next day the guards ransacked Wendi's room looking for the tweezers. She said that she keeps getting proof that the others are out for themselves but she said that she has trouble seeing it ahead. She said that she will try to notice the need to fix others as her cue that she is headed that way again. We discussed structure in her day so that she is not drawn

007327

PAT007347

PCR000036

into the social life. She said that she wishes for the peace she had before. (How much of the peace was numbness?) She said that the new pod is a new beginning and she will try to maintain some distance. She said that the women who have been in DOC are tough and wise in ways she is not. She said that they are often the only ones she can have "intelligent conversation" with and that causes her to let down her guard.

I am surprised at the trust Wendi is willing to give people regardless of their histories. She said that she likes to help and I suggested teaching or counseling as a career choice in the future. She said that she got into trouble at her job when she tried to help people get into apartments they could not afford. (Will look for boundaries handout.)

Power Bars/ no coffee flavors.


May 15, 2001  12:00-1:30 p.m.

Wendy has been on restricted privileges because she got involved with a former DOC inmate (Bev) who offered her financial help. Wendi trusted her and wound up getting her father and her clergyperson Cynthia involved in an illegal scheme. Cynthia has been arrested. Now Wendi is in a different pod with Corey who knew Bev in DOC. Corey has told Wendi that she was surprised that Wendi was close to Bev. Wendi is completely accepting Corey's friendship now. We worked on helping her understand how easily she gives her loyalty to people without analyzing their behavior toward her. She agreed to listen more and talk less when people approach her. She said that she is drawn to people who get her into to trouble. She seems willing to go along with schemes she knows are immoral if she can define them as one step removed from herself or the people she wants to protect. She does not follow her own judgment when faced with a convincing person

007328

PAT007348

who asserts their position. How did her parents switching from the extreme of drug

culture to extreme of Christianity affect Wendi? She says that she is drawn to exciting

people (risk takers) Did her parents protect her from people like themselves in their

hippie period denying her the chance to experience adolescent risk taking? Has she been

excluded from trial and error learning of adolescence? Is she doing remedial work in

jail? Will risk takers be redefined though these experiences? Is walking the straight and

narrow boring? Wendi showed me pictures of her family "when it was normal." She

said that she has trouble connecting with the feeling that Joe is dead and sometimes

thinks briefly that she can call him on the phone.

May 24, 2001

Wendi said that Corey was going out to the tents and she offered to have Wendi use her

as a conduit to the guard Wendi trusts. Wendi said that she intended to send notes

through Corey. She said that she was risking being labeled a snitch because her notes

would be about Bev. I asked if she were being too trusting of Corey and she said that she

had not considered that. I said that she needed to look closely at who she trusts with her

safety. We had a discussion about theology. She is contemplating her beliefs about her

deeds earning God's goodwill. Is God "micromanaging" her life? Is God's love a gift

without quid pro quo? Talked about 60's and God is Dead. Is His plan affected by her

behavior in jail?

carbon paper, call Donna

May 31, 2001  11-12:30

Met with Wendi. She met with her dad and he asked many questions about her earlier

life. He thinks she was abused in relationships prior to Joe. She said that she had no

007329

PAT007349

memory, but that his questions made her upset and she cried and cried. She asked me to speak to her father so I could hear his perspective. She thought it might broaden our work on helping her set and enforce boundaries with abusers. The Bev dynamic continues. Luz, Bev's girlfriend, is in Wendi's pod and is telling about Bev's schemes. Wendi is working on keeping things to herself and not getting in the middle of these dramas. She is aware of staying away from women she has the desire to fix. She is able to see that she gets drawn to people who do bad things because she is able to separate the person from the deed and she can find redeeming qualities in the person. Her ability to be cautious is growing, but it runs against her instincts.

June 7, 2001

Wendi said that Dave had come to see her and wanted her to read the Trauma book. She said that he wants her to write her thoughts and recollections and that it is hard for her to write. She asked if she could tell me and I could tell him. ( I have to find some ethical resolution for this. I want to remain her counselor, not her co-counsel.) She said there are people who saw Joe mistreat her and that the investigator should talk to them. She said that Joe's crowd was very competitive. When they first got together she had a car and he had a small truck. He wanted a full sized truck so he could keep up with his friends, so she agreed to give up her car so they could buy him a truck. He sometimes left her waiting at work while he sat in the bars and drank and she had to call other friends to take her to the bar to meet him. She said that two of his friends Dale and Brandon often said that she was such a good wife to Joe because she accepted his treatment and ever nagged. Being a nagging wife would cause her to lose status in the crowd. She said that she bought into the rules and tried not to nag in front of the others.

007330

PAT007350

She said that she felt it was her victory to make the marriage appear perfect. Wendi's friend Mia poked her head in to say hi. She asked Wendi to get a tattoo to express their undying sisterhood and Wendi agreed. Wendi said that she did not want a tattoo, but she felt that it was a small sacrifice for her and she could not ask Mia to sustain the disappointment. I asked if this was part of a familiar pattern and she laughed and said that she could see that she was doing the same thing as always, giving herself up, but she said that she did not think she could say no to Mia.

June 14, 2001

11am-12:45 pm

Met with Wendi. She got tattoo and thinks it is cute. She is aware of giving in to spare another from doing so. She says she needs to be needed and will do anything for those she cares about. She is struggling with the wisdom of giving everything and can see it in terms of her kids, Joe and Mia. She is self-aware intellectually, but keeps saying that she is inadvertently drawn to those who she needs to help. We talked about how the need to be needed is a false guarantee that we will never be alone. Theologically it is tolerable to be alone because God is always with us, but not in a micromanaging way. We also talked about being given choices by God and having to take responsibility for our actions. Another inmate who was interested in Mia and resentful toward Wendi stole her deodorant is causing Wendi to feel angry. She does not want to confront this woman even tho it is the ethic in here. What is the appropriate line between healthy confrontation and constant facing off? Wendi is considering telling the woman that she knows she has her deodorant but does not intend to fight physically for such a thing.

007331

Wendi says she could argue with the woman but cannot fight. A good sign that she can stand up for herself to some degree.

lipstick, deodorant, power bars, fruit

June 20, 2001

Met with Wendi who said that she had been crying because it is Nicholas' birthday. She said that she wants to talk to him, but fears that it would aggravate the conflict over custody. She said that her mother keeps reminding her to do the things God expects in order to get the best outcome. Wendi said that she understands her mother's urgings, but that she is beginning to think differently now that she is alone. She said that she is thinking more of God's grace than of his judgment. Her mother likened her to Esther in taking year to prepare and purify herself for the purpose God had for her. Wendi said that her mother was upset over the tattoo. Wendi likes it and is experiencing some adolescent joy in rebellion. She seems not to have lost her focus or judgment, but rather she seems to be struggling to find an ethic that is truly hers.

July 6, 2001

Wendi had placed three collect calls to me while I was away. I called Dave DeLozier to check on her well-being and he said that she had had some problems, but was fine. I called Donna who said that Wendi was fine and that she had wanted to go into solitary for 30 days to avoid the social pressure. I talked to Donna about the wisdom of using solitary as an easy way to set boundaries that are hard for Wendi to set.

Met with Wendi who said that she had wanted to talk about the return of Tina. Wendi sorted out the aspects of her friendship with Tina and decided that she could maintain her composure and distance if she stayed aware of herself. She seemed able to face setting

007313

PAT007333

boundaries and quickly saw the dynamics of the pressure that is brought to bear on her. She said that the guard that she trusts had said that Pat had been loyal to Wendi and had not betrayed her in the Bev check scam. Wendi said that she felt relieved that her trust was valued. Talked about my having spoken to her mother and to David and she repeated that she wanted me to speak freely to them unless she told me specifically not to reveal something. She asked that I not reveal the Tina story. She said that her mother talked to her about hiding from boundary setting and that they both thought it was good for her to face the issue rather than hide.

Wendi is showing insight and growth as she navigates the social structure of jail. The women she encounters seem to embody the dependency and domination issues that she experienced with Joe.

July 10, 2001

Wendi is happy. She set a boundary with Tina and it is holding. She understands what she was able to do and feels good about it. Talked about what ifs. Can she hold the line if Tina wants things from her that she doesn't want to give? She said that she thinks she will be able to maintain.

Wendi said that she tries to stay uninvolved with the outside world. Is that part of the dissociation? Told her that her conscious choice makes it different.

She said that Dave had sent her an article about a woman in another state in a similar circumstance. She will read it and bring it next week.

July 17, 2001

007314

PAT007334

Wendi said that she had been through the worst week. Her roommate Vanity who calls her "mom" became angry with her because Wendi was not giving her the care and attention that she expected. She raged at Wendi and Wendi felt the same feeling that she felt with Joe. She said that she did not see the abuser traits in Vanity, but did see the dependence. She said that Vanity gives her little things but they are never emotional or deeply satisfying. Vanity gave her tennis shoes to wear to court and when Wendi loaned them to Tina, Vanity got upset. Wendi said that it feels like giving gifts with strings attached. Wendi said that she talked to Amy and Tina and they told her to tell me. She said that she would have sloughed over it and made nice on Vanity if they had not encouraged her to stay self-aware. She said that she does not feel like they need her in the way Joe and Vanity have. She acknowledged that she uses the feeling of being needed as an antidote to her fear of abandonment. She said that Amy and Tina could leave her and she feels insecure in those relationships even thought they are more her peers developmentally and intellectually. She acknowledged that their autonomy might be a good thing but that it felt unfamiliar and a bit frightening. We looked at her past and saw abandonment from her natural father followed by her being a good girl and not being abandoned. She said that she has felt in the past that her mediation has maintained her parents' marriage. I suggested that she check out the reality of that feeling with her parents.

No more books or cosmetics. Guard told me that legal papers were the only thing I could bring in.

July 24, 2001 1pm-2pm

007315

PAT007335

Met with Wendi who reported that she was doing well despite court appearance. She liked Judge Akers who looked at her and spoke to her instead of about her. She felt acknowledged as a human being and she cried in court. She said that Joe's family was not there and she kept watching for them. Wendi said that she worried that someone was angry with her and accused her of having drugs. She said that she can lean on Tina and it feels good. She said that Tina was disappointed at not getting bail and that it would be difficult to engage her in conversation about their dynamic at this time. She said the deodorant inside breaks out her skin and she is trying to get a doctor to allow her gentler brands. She said that she feared that she could not see me and that she wanted to give up if she could not. Processed the idea of bending rules versus breaking them. Moral question is does bending a rule matter if no one is hurt? Wendi fears that her rental policies will be viewed as dishonest, but she was following policy and was not hurting anyone. Analogy with airline seats at different prices.

August 2, 2001

Met Wendi in "no contact" booth after she met with her new public defender. She said that she likes him, but did not confide in him that the postponement of her trial is depressing her. She said that she fears the February date will not be met either. She said that she had not felt like going to church and other inmates have challenged her. She explained that she would feel hypocritical if she went. She said that she is looking for a spiritual reason why her trial was postponed. Vanity has moved to another pod and her new roommate is awaiting sentencing. She is feeling comfortable with the status of things with Tina. She said that Dave and her old P.D. had argued in court because the P.D. had not spent any time on her case. She is fourth in line with the new one.

She was teary throughout the session, seems not to have allowed herself to grieve over the delay. Dave suggested that she ask to have her parents adopt her kids as a long-term solution. She says it would make incarceration easier for her. She said that seeing me in the no contact booth is not satisfying and that she will ask to go into the legal booth even if requires a strip search. I have been concerned with the indignity of it. She said that drugs were found in another pod and they were doing UA's on them but not her pod.

August 8, 2001

Met with Wendi in "no contact" booth. When I checked in at the window the guard made a call asking about a notation in the computer that Wendi be seen in a "no contact" booth. It is difficult to maintain emotional connection when there is a glass between us. We discussed how to cope with this. Wendi said that she is angry because we did not do something bad enough to deserve this punishment. She said that she would talk to the guard. I suggested that she speak to her new P.D. She said that Dave seemed to think we had earned this treatment by violating a rule. We agreed that we had two choices either to discontinue therapy or to try to work with what we have. Wendi said that she has been feeling like she doesn't care and doesn't want to engage emotionally. She said that she has been asked by the new PD to watch and listen to the tapes and make notes to help with her defense. She said that she does not want to that she watches other inmates get all involved in their cases to no avail. She said that she does not want to feel the bad feelings. I suggested that she try and that she could bring the work into our sessions if I could give her emotional support. She said the only "real world" things she feels connected to are her kids and the case to get them to her parents. She said that her last visit with her dad was chatty but inconsequential and that is how she has been. It appears

007317

as if she is returning to her first line defenses and is pushing away all difficult emotions.
She said she had not intended to tell me this, but she said that she is feeling insecure
about her relationship with Tina. She said that Tina fears abandonment and that she is
pulling away from Wendi. We talked about Wendi's fear of abandonment and its roots,
perhaps her father's leaving. She said that Joe would never leave her. Was that the thing
he gave her? She said she always felt like she needed to do more and more for him. Is
that because his guarantee never to leave was more valuable than anything she could give
in return? Session went deeper than either of us anticipated. Still not satisfying to do this
in "no contact." If she needs to use sessions to process work on case, open contact is a
necessity therapeutically and practically. Papers will need to be passed and hard feelings
will be addressed where touch will make it more possible for her to feel supported and
connected. She may not be able to help with her defense if she is left to her own defense
(psychological defense) style of dissociation and avoidance.

August 14, 2001 1 pm-2:45 pm
Met with Wendi in regular booth. Brought note from Donna asking about scar on
Wendi's knee. Wendi said it was "funny" that her mother was concerned. She said it
was nothing then proceeded to recount that Tracy one of Joe's crowd that did not
welcome her was trying to create a problem by saying that Wendi had been involved with
another guy from their group. Wendi had wanted Joe to defend her loyalty and he hadn't.
Finally she said something confrontational to Tracy, then insisted that Joe take her home.
In the car they had an argument because he believed Tracy and questioned Wendi's word.
Wendi got angry and demanded that he let her out of the truck. He got out, too. They

007318

PAT007338

PCR000046

continued to argue and he pushed her into an irrigation ditch.  She cut her knee badly.

She insisted that they go to Tracy's house so she could make it clear to Joe in front of

Wendi that Tracy's story was a lie.  Wendi said that she felt like she had to prove her love

to Joe, that she needed to justify herself.  She felt like his crowd did not want her for him

and she had to earn their approval as well as his.  She made a habit of doing what they

wanted and striving to live up to their standards to gain acceptance.  Wendi said that she

can now see that she was willing to make herself into another persona to gain acceptance.

She said that she has come to realize that a relationship with someone who does not

accept the genuine Wendi is really not worth much.  She said that it is hard to keep the

reins on that part of herself, but it is getting easier.  She said that she does nice things for

people and does not know for sure where the line is.  Wendi said that she shows different

faces to different people.  Her father has a "bad boy" streak and she can play into that and

her mother expects perfection.  Her mother also expects it from herself.  Wendi said that

her grandfather was a bad man and cheated on her grandmother.  He was in the military.

She said that her mother learned to kowtow to men and she thinks she picked that up, too.

Wendi said that her parents were Jesus freaks and the male dominates in that culture, too.

Thought about Military Brats book's comment on women that they become invisible.

Wendi said that she felt freer to speak in contact booth and would tolerate a strip search

to have the contact.  She will talk to new PD.

Ran into Donna in waiting room and asked about her upbringing and the way she treated

men.  She will make notes and FAX.  She said that Wendi's biological father was a truck

driver and he abandoned them regularly.  Women ate after the men in his family.

007319

PAT007339

PCR000047

August 22, 2001 noon-1:15

Met with Wendi in "no contact" booth. She said that she had had rec this morning and another inmate had beckoned to her and volunteered to read her palm. She told Wendi that she would be offered a plea with a 20 year sentence and that Wendi should not accept it because she would serve considerably less time. She told Wendi that a man was burning the midnight oil for her and that someone named Jeffrey would be central. She said that Wendi is missing her kids and that a child draws pictures for her. Wendi said that she never knows if people are sincere or scamming her. She said that she has been approached to get involved in things that are questionable and that she is feeling tempted. I assume they would yield money for her defense or for Dave to get the kids. She said that she knew it would be foolish and wondered why these things tempt her. We talked about holes in people's moral fabric and that none of us is perfect, so we do feel tempted. She said that Dave had visited her and said or implied that I had cut him off. I explained that I cannot be part of the defense and be her counselor. I must form my own impressions. She said that she is unusual for not being more involved in her defense. She said that she cuts off and does not feel emotion about it. I asked if she felt afraid when others are convicted and she said she is able to keep separate emotionally from it. She said that Tina said she has to participate in her defense and she though she might detach and read the documents without allowing the emotion. She said that Tina says she cuts off when she (Wendi) hears something that she doesn't want to hear. Asked Wendi to process this more with Tina. Wendi said that Dave has sent religious people in to talk to Wendi and she doesn't want them bringing up her case. She says she is torn between thinking she should hand her defense over to God and she should work on it. She said

007320

PAT007340

PCR000048

that she used to walk away from Joe when she felt upset by his friends in the bars. He would not defend her or take her seriously except when she left. Then he would chase after her. I suggested that she was baiting him to prove that he loved her and it appeared that he was. But in reality he was proving his possessiveness. She said she knew the strategy would bring him to her. In their last year when his family and hers came over for a barbecue she had to leave and Joe called her on the cell phone every five minutes. She said that she really wanted to get away then. It seems that he wanted to possess her throughout their relationship and she could not tell that from love. In the end I think she was inadvertently baiting him to follow her and he responded with the ultimate plan to possess her. She said that she does the same thing with Tina, but Tina tells her not to do that. I asked her to process that with Tina. We did better in the no contact booth and we seem to be adjusting to the set up. It is still not as good as contact and we both have some sense that we can be taped. Wendi said that her lack of memory for emotionally charged material scares her. She said that she has prided herself on an excellent memory and she amazed people that she could know who lived in every one of 196 apartments and that she did not have to study to get good grades, yet her memory is full of blanks. She said that she was visited by a friend from childhood who recalled many things that she could not.

August 27, 2001  12-1:15

Met with client in no contact booth. She was tired from sleeping since they were locked down. She said there was a shortage of guards and they had to stay in. She said that she could only get three books a month from the library and that she read them in the first

007321

week. Tina has a lump on her breast and Wendi is concerned about her having cancer.

Tina has requested a visit to the doctor but Wendi says that it takes weeks before the

requests are acknowledged.

Wendi seemed quiet and emotionally disconnected. Loss of social contact and

intellectual stimulation allows her is "disappear."

September 4, 2001

No lock down. Met in no contact booth. Wendi said that she was upset about Tina who

had been offered a deal of 23 years. She said that Tina was in a terrible mood. We talked

about the appropriateness of a terrible mood. Wendi said that she finds it does no good to

be in a bad mood so she gets over it. I asked if getting over it sometimes allows her to

accept bad things that she might be able to avert if she expressed her bad mood. She said

that she can recognize that now, but it is not her basic style of coping. She said that Tina

has not been to the doctor and Wendi has an instinct that Tina is sick. Tina shaved her

head because she "had broken every promise to the people she cared about." One

promise was to her "wife" to never cut her hair. Tina said she was shaving her head to

have a fresh start. Wendi said that the shaved head made Wendi nauseous and she knew

it had to do with Joe. She said the words in her head were "poor Joe." She said that Tina

had cut her scalp while shaving and the blood might have brought on a vision of Joe on

the night he died. She called it a flashback. Wendi said that she was consciously aware

of it reminding her of Joe when he started chemo. He "made" her shave his head and

when the children asked what was going on, Joe said that Wendi "made " him do it. She

said that she hated doing it and it was the thing that made her really believe that he would

die. She said that she did not want him to die and no matter how bad their life was she

007322

PAT007342

PCR000050

could adapt and she wished he had lived. After the chemo Joe changed and was hostile and their life changed. She said that when Joe was told by the doctor at the Mayo clinic that he was terminal, the doctor said he had one to three years. He said that Joe could have radiation and chemo and would lose his saliva. Joe decided that he would not do those things because he feared the side effects. He sought out alternative treatments, diet and homeopathic treatment through a place in Colorado. Wendi's church also prayed for a cure. In the summer of 2000 Joe decided he had to take the chemo but not the radiation. He feared the damage from the radiation most. Joe's family was angry at them for not doing the chemo earlier, but they switched their view when he started it. Wendi said it was like they disapproved of whichever choice Joe made. She said that she was able to believe that Joe would get better until the chemo. She encouraged him to complete a will, but he never co-operated. She said that they had few possessions but that they wanted to designate a woman from church as their children's guardian. Joe did not trust the kids with his family and they thought that his family would be angry if they left the kids to her parents. The woman was a neutral choice.


September 13, 2001

Met with Wendi in no contact booth. She said that she had not intended to tell me but Tina was in the hole. She said she feels as if she has lost her best friend. Wendi said that Tina has been trying to talk to her through the vent. Wendi said that she is avoiding Tina. She said that she pulls away when the other person pursues her and she doesn't understand. I hypothesized that she loses control when the other person sets the agenda. Wendi said that she had lost interest in Sean when he courted her. Is it tied to self esteem

007354

or control? Tina says she is troubled about getting more involved with Wendi and is disloyal to her wife. Wendi says she wants Tina as her friend but not anything romantic. Tina has asked her to talk straight. Wendi said that she knows she should tell Tina the truth of her intentions. Wendi said that her mother asked if she wanted to change Nicolas' middle name from Joseph. She said that she fears his having to hear comments of recognition about Joe's name. She acknowledged that it would be healthiest for Nicolas to hear the truth from her and from her parents and that an ugly truth is better than an ugly secret.

September 19, 2001

Met with Wendi in no contact booth. It appears as if we will not get access to legal booths again. We have learned to address issues of content and emotion with the barriers of the no contact booth. Sessions seem slower to engage, but they do engage. Wendi said that Dave came to visit and said that the adoption is proceeding well. He thinks it will be complete it about 3 months and can be done without notifying Brad and Janae. She said that this gives her great peace of mind. Wendi said that her emotions are absorbed with the loss of Tina (who was removed from the hole and put in a different pod). She feels as if she has lost her best friend. Wendi describes herself as inclined to become dependent. Last session she called herself codependent and we talked about the distinctions between codependent and dependent. She described intrigue about who "likes" who. There is a quality of teens at school. Wendi seems to have perspective on this, but she does participate. I asked her to contemplate why she prefers to be the person in pursuit rather than pursued. Does it resonate because her birth father was a truck

007355

PAT007375

PCR000052

driver who was always leaving her? Wendi said that she thought she would have dreams about Joe's death as a result of her seeing Tina's shaved scalp, but she hasn't. She said it is funny (which usually means it is difficult for her). Her interest in Tina does not seem to have Joe elements. Tina seems to offer Wendi support and affirmation. She seems able to tolerate Wendi feeling strong. However the "wife" issue creates an escape for Wendi and a reason for Tina not to press Wendi for a sexual relationship. Wendi said that her public defender will be in touch in the next week and that she would like me to talk to him and give him my notes. I explained that I would release no information without her written release and that it was not my role to be a legal strategist. We have discussed on numerous occasions that our task is to improve her coping with life in jail as well as preparing her for healthier relationships in the future.

September 25, 2001 1:00-2:00

Met with Wendi in legal booth. She had been sleeping and said that she was sleeping in the day and staying up at night to have her privacy. She said that Tina will not be returning to her pod and she is feeling sad and lonely. Tina is writing her long letters and Wendi is having trouble answering them. I asked her if she is saying what she really thinks, she said that she is not because she does not want to hurt Tina. Tina wants her to make a commitment to her and is now saying that her relationship with her wife is over. Wendi said that it is unrealistic to consider the future because Tina is looking at a long prison term and Wendi is uncertain of her future. Wendi seems to be testing reality and is not following Tina's plans blindly. This seems different from the way she was with Joe where she followed his wishful thinking without question. Wendi said that Dave visited her and said that he likes the PD and the investigator. He also said that her trial will not

007356

take place by Feb.  She said that her parents only see the kids about one time a month and at Brad and Janae's discretion.  When I said that she will probably experience joy in a new way because she is staying emotionally present, she cried.

October 5, 2001 1:00-2:30

Met in no contact booth.  Discussed Wendi's request of cosmetics for her roommate.  Told her that I had them in car and would not carry things for anyone who she got involved with.  Wendi is conflicted over her mother's instructions about doing God's work in order to earn his blessing.  I told Wendi I had talked to Donna.  She said that it is harder and harder for her to talk to Donna because she feels bad that she is not doing the religious things that Donna expects.  Wendi fears that she is being hypocritical and God will know anyway.  I suggested that she simply read the Bible and see how its words affect her personally.  She seems to be going through a period of trying to find her own value system and her own system of religious belief.  She said that she has tried to be neither too good nor too bad as a tactic to stay between the devil and God's attention.  She seems to be reaching for a way of being in which she will take personal responsibility for herself.  Her obedience and adolescent rebellion have not been successful strategies.  While this discord with Donna is painful and will be painful for Donna it seems to be a real change in Wendi's way of seeing herself.  If she is to survive without becoming subject to another Joe she needs to test her own values and experience adulthood as a way of being answerable only to her own ethics and values.

October 26, 2001

Met with Wendi in "no contact" booth.  She reports doing well.  Dave says that adoption is in 60 day waiting period and he expects it soon.  Wendi says it is a great relief.  Tina

007357

PAT007377

PCR000054

and Wendi have been corresponding. Wendi says it is enabling her to discuss deeper feelings because she does not have to feel the impact immediately as the spoken word does. She is working on "saying good-bye" to Joe. She says she is able to feel as if he is still alive and she believes that she has never mourned him. She said that she understands the fact of his death but feels little or no emotional experience of it. Donna told her that money is tight so we will meet every two weeks. She will call if there is an emergency. I will call Donna to confirm.

November 14, 2001 noon-1:40 pm

Met with Wendi in "no contact" booth. She said she has been well and that she and Tina are roommates. She said that she was doing well emotionally and that Tina is supportive and a good companion. I told her that I had spoken to Donna who said that a friend of Joe's from the boat place would testify that Joe had said that he expected to live only a few more weeks. She said that she did not know who that would be. She said that she cannot construct a time line of the night of Joe's death because she did not keep track of the time. She knew she had gone to work in the office for about an hour in the morning. She took the kids. She did this regularly on Saturdays. Joe was alone in the apartment and could have expected to be alone. Did he use that time to poison the food? She said that she cannot bear to think of him poisoning the food. She said that they went to Joe's parents' house around 3 or 4 and they got home about 11:30. She said that the police came while it was still dark and she must have sat outside about an hour in the dark. She said that she believed that telling Joe about the affair would calm him down and she was shocked that it upset him more. She said that she knew he suspected it and she thought that she would have preferred the truth to a false denial. She thought they could work it

D07358

PAT007378

out if she were truthful. She said that she knows they are testing fingerprints and wonders if his prints will be on the food containers and on the poison. She said that he never cooked and he would not have handled food in the frig. She said that he had opened the box with the poison and his prints could be on it. She said that the poison had been on his nightstand (the elderberry container with the filled capsules). Wendi said that she was glad that her parents were getting the kids. She said that she had sent writing to her mother and father and her mother complimented her ability to write. Wendi said that she had intended the emotion to reach her mother rather than her skill as a writer. She said that she has felt some distance between them as a result of Wendi's having changed in jail. She said that she is no longer in synch with her mother philosophically. She no longer feels that obedience is the best way. She feels like things are less absolute than she did before and she fears she will lose her mother's love. She thinks her father is more flexible and will understand her better. She expressed concern that her kids will turn out like her because they are being reared in the same home as she was. I distinguished her early years with her biological father and the influence of Wendi as their mother. I suggested that she think about a long term plan for visitation if she does have to serve time. She recoiled from the suggestion that they come to prison if it becomes necessary. Her defense attorney arrived and introduced me to the investigator Michele.


November 30, 2001

Met with client in contact booth. She reported that she was doing well. She is enjoying having Tina as her roommate and is able to discuss things of greater depth and relevance. She is continuing to define herself in terms of her relationships with her peers, her mother

007359

and God. She seems to be more confident of her own perceptions and more able to draw boundaries. A former roommate asked her to give her food in exchange for unnamed things she would do for Wendi when she is released. Wendi said that she realizes that she gives to others and does expect something in return. She said that she had not realized that earlier. She does not believe this woman will return to jail to help her and she is not inclined to give her food now. Talked about conditional and unconditional love as it related to Joe and now to her parents. She sees how things were described as unconditional but they were really conditional. She said that she asked her mother to allow her to define her own beliefs and her mother responded well to the boundary. This relates to her struggle with having to do Bible study to earn God's blessing. She said that she is growing more comfortable with her own interpretations of God. Case for adoption awaits court date. There is now a question whether Brad and Janae have to be notified. Dan Patterson has been in contact and Wendi believes work is finally being done on her case.

December 11, 2001 noon-1:30

Met with Wendi who was struggling with the need to help Tina. Discussed it within a framework of addiction...Wendi's addiction to rescuing people. She is having difficulty saying no and Tina has not even asked for the help. Tina advocates independence to Wendi, yet Wendi assumes Tina's dependence. Wendi seems to be trying to fit Tina into a Joe mold by taking the reins of her life. Wendi will offer Tina the help she can actually give and will tell Tina that she feels responsible to fix Tina's crisis. Wendi did call me to come immediately so she did see herself behaving in this way.

January 3, 2002 1:40- 3:40 pm

Met with Wendi in contact booth. She said that the papers for the adoption had been on the judges desk for months and she was worried if there was something wrong. She said that she had had a spat with her mother and she felt tension about calling. We discussed boundaries, even with her mother and I suggested that she thank her mother for any financial help she can give while keeping other help to herself. Dave had called her mother and included her in info that caused Donna discomfort. Wendi winced, but said she would try. Wendi said that she has been reading paper from her lawyer about Joe's death. She said that it does not affect her emotionally and it concerns her. She said that she nearly collapsed with grief when she read Joe's death certificate especially the cause of death. She said that none of this jogs her memory. It seems certain to me that she is still dissociating and is not going to remember that night until she finds a way to cope with knowing. She is quick to deny that Joe might have been planning to kill her, and is as blocked about facing that possibility. She said that the defense has the containers of the poison and is subpoenaing Sean's computer. She said that Sean is a computer whiz and can remove things from his hard drive so she expects little info from him. She talked about grieving and said that she knows she has to, but she lives as if he were alive and out of touch. Talked about punishment, redemption and taking responsibility. She said that she hears other in jail talk about taking responsibility but doesn't see them act as if they feel it. If she killed him even in self defense, can she tolerate the knowledge and is there some way she can find to believe in her own redemption? She is very hard on herself and judges herself harshly for times of anger and frustration with Joe's temper and his illness. She judges herself harshly for participating in his suicide scheme. If she chose herself

007361

PAT007381

PCR000058

over him, can she face the thoughts? Will see her in a week because she promised to entertain these ideas.

January 10, 2002  11:30a-1:30 pm

Wendi said that she had had no more recollections of the night Joe died, but that she had felt irritable all week. She said that she was sad and disappointed that the judge had not signed the adoption papers. She said that she did not understand how he could ignore the law. She said that she has been upset with Tina and was considering asking to be moved away from her. She said that she has begun to repeat her old acquiescent pattern and it is making her unhappy. She said it felt like the old pattern with Joe, but this time she could see it. She said that she would never have acknowledged it with him. She will decide based on her own needs if the relationship with Tina is working. She will not buy into Tina's making Wendi's discomfort seem to be Wendi's problem. She said that she had begun Bible study with Tina and felt like she should stay to continue it. I suggested that she has given Tina a gift and it is Tina's decision whether to use it. I also suggested that she has received a gift from Tina because she has had her interest in the Bible renewed.

January 23, 2002 noon-1:40

Met with Wendi in contact booth. She brought letter from David regarding CPS report by Donna and Alejo. She said that she had no idea that this had happened and she was alarmed. She said that she was aware of an indictment against Cynthia and she was worried that she was one of the unnamed indicted. She said that she had been the first one to report it to the authorities and that she understood that she should not have co-operated with Beverly in the scheme. She said that now she would have been able to say no, but that she was afraid to go against the pressure when this had happened. She said

007362

PAT007382

that she had kept the threatening letters from Beverly and she would turn them over to her attorneys. I said that this is a legal issue but that from a psychological perspective it showed how she has grown in her ability to face reality in evaluating the people who befriend her as well as her ability to set boundaries with them. She said that Tina will be sentenced on Friday and will go to DOC next week. She said that she feels sad to lose her best friend, but that she told Tina that she was able to let her go without promises of continuing loyalty. Wendi said that she understands the difference between a friend in jail and a friend in the outside world. She said that she has been involved in her own defense and while it makes it upset to face, she is doing it and is not avoiding it. She is having computer meetings with Michele weekly. She said that she had a dream the she was taken away by a bunch of lawyers and that it related to Cynthia's indictment. She said that she never used to dream about the subjects she wanted to avoid. She said that she is surprised that she can no longer shut down all feelings like she used to. She said that she still has not remembered the night of Joe's death, but she said that she has been focused on the tasks of defense, adoption, Cynthia, Tina and has not meditated on memory. She said that she is not sure she likes having the feelings because most of them are painful. She asked if her good feelings will be stronger. She said that she has faked intensity of feeling in the past and wondered if everyone does. (When her child took its first steps)

January 29, 2002

Met with Michele at Public Defenders office. Told her my diagnosis of Wendi and why, origins and purpose of our counseling and my suspicions about Joe's behavior as a

007363

PAT007383

PCR000060

controlling abuser. Told her I was not an "expert witness" on abuse, dissociation or memory loss, but could testify clinically.

February 6, 2002  1pm-3:40

Met with Wendi in contact booth. Tina has not left and Wendi is grappling with feelings of loss and jealousy. Suggested that she now is experiencing some of the feelings that Joe had and she acknowledged the parallel. She said that Tina comments on her ability to shut down when she doesn't want to feel a painful emotion. Talked about the effects of early sexual abuse and how she has continued to use the strategy. She continues to remain out of contact with memory of the night. She said that she feels pressure form interviewers to complete the story, but that it would not be her honest recollection. She said that she is aware of consciously staying with a feeling, but that she knows she can escape it if necessary.

February 19, 2002 1:15 – 3:40

Met with Wendi in contact booth. Tina still has not been sentenced. Wendi said that she is conscious of staying with the feelings of Tina's departure. She said that she is aware of having the choice to disappear emotionally and although it is hard to bear the pain, she is staying. She said that she is encouraged about the case for the kids. She saw the material showing the possible abuse and she finds it puzzling and worrisome. She cried and said that she hates feeling helpless. She said that it is confusing that someone who needs to control things could be thought of as abused. Discussed that idea that she could be perfect to control Joe's temper. Her relationship with Tina has more give and take.

February 28, 2002

007390

PAT007410

Met with Wendi in contact booth. The judge in her kids' case is requiring Brad and Janae

to give set visitation to the Ochoas. Wendi expressed hope and relief that they are finally

being acknowledged. She said the pediatrician said the marks on the kids are chemical

burns. Brad has a fertilizer and farm chemical business. Wendi said that Tina has not

left yet. She said that she needs some time alone to get back in contact with God and

herself, and she plans to do that when Tina leaves. She said that she is disappointed that

Michele and the PD's psychologist have not been in contact with her despite their

promises. We talked about the possibility that her father might testify to his abuse of her

(or his family's abuse of her.) Wendi said that her father had been in touch with Jerry

Robles who said that he wanted to be available for any testimony he might have to give.

Wendi said that Jerry's wife knew a lot about the things Wendi had put up with from Joe.

Wendi said that she had not thought of her before. She could not specifically recall

anything that she might have told her. Wendi consistently seems vague in her

recollections of complaints she made to friends about Joe's treatment of her. She said that

she wrote to some of her old friends to say that she wished to be back in contact. She

said that she often felt confused about whether people had already judged her or whether

they were uncomfortable facing her because they did not what to say under the

circumstances.

March 3, 2002

Got a call from Wendi asking me to put money on her books because her parents could

not. She said that her grandfather would repay me. A week earlier she had asked me and

I had not had cash so I did not , however, upon reflection I decided that it might appear

improper for me to give her money. I told her that I would be the messenger only and

001391

PAT007411

that her grandfather needed to send me the money immediately. She said that he would. My concern is that I have the additional power of being a source of cash and that she feel unable to confront me for fear of losing my financial support. She does not seem aware of such a possibility and I will discuss it with her next session. I did deliver $100 against the money promised.

April 15, 2002 12:15-3:05

Met with Wendi in contact booth. She teared up and cried during much of session. She reported that Tina had left roughly six weeks ago and she had felt alone. She said that she cannot trust other inmates and has to live without the closeness she felt with Tina. She said that she is angry with her mother and it is upsetting her. She asked her mother to put money on someone else's books and her mother refused. She asked David and fears that her mother will get in between. It seems as if Donna wants to protect Wendi from the bad influence of the other inmates. She seems to feel the maternal duty of protecting her child and the situation makes that impossible. Wendi wants to assert her independence from Donna and the restrictions of jail make that nearly impossible. Discussed my bills and made agreement with Wendi that she is responsible to pay me the balance at the end of her term and Donna will make payments monthly until then. Discussed issues of control and helplessness: Wendi in relation to Joe, to Donna and Donna to Alejo. Wendi met a new inmate who is in jail for attempting to kill her boyfriend. She recognizes to passivity and dependence. She sees the difference in herself. She can no longer suppress the emotions at will. Talked about the difference between willfully shutting out emotion and subconsciously doing it. Wendi is upset

007392

PAT007412

PCR000063

about her mother saying that God might not be giving them the kids because Wendi

would give up if she knew that were taken care of.

May 8, 2002 12:15pm-1:50 pm

Met with Wendi in non-contact booth. It felt uncomfortably distant after recent sessions

in contact booth. Wendi had bad cold and felt chilled. She said that she was feeling less

unhappy and restless. She has a new roommate named Carrisa. They have been reading

a book of religion/philosophy/psychology which is helping Wendi stay focused on letting

go of trying to control the things she can't. She said that she is regaining faith that she

will be cleared and will go home before the end of the year. I told her that I had met with

Dan and Michele and that they want me to look at the video of her interrogation. She

said that she knows she lied but she cannot recall any specifics. She said that her

intention was to protect Joe. She did not want anyone to think he would attempt suicide.

She knew how important it was to him to have no one pity him. I asked her what she

thought the alternative explanation for his death might be and she said that she hadn't

thought about it. I told her that I had talked about her being an abused spouse and asked

why she had not communicated that to them. She said that she did not think of herself

this way and so she never brought it up. Wendi expressed frustration at Donna who is

pushing her to remember more. She said that she might have told me things that did not

tell Donna and that is why she wants me in contact with the PD. Wendi is taking

Seraquel to sleep. She was prescribed 100 mg but only takes 50. She said that she does

not want to be on any drugs but cannot sleep. She likes to stay up very late when others

sleep, so she can have privacy. She prefers to sleep in the morning so she misses the time

that others are awake. She is afraid that things she has said on the phone and in the

007393

PAT007413

PCR000064

noncontact booths have been recorded because there was some issue about this. The time the phones were down for repair are reportedly when the recording was removed. She has something she wants to tell me and wants me back on Monday. She is afraid of being overheard. Tina is back in contact with Tracy and Wendi has decided to take one day at a time. She seems fairly resolved about this. She explained that she had begun to feel the old Joe feelings about needing to do more as Tina did less. She saw it and is stopping. A good sign of moving out of the abuse set. I told her that I told the PD about Tina because they asked about her emotional openness. I said that I would tell them the things I believe contribute to her defense because I would not collude in her prettying things up to protect others' sensibilities.

May 13, 2002

Met with Wendi in contact booth. She said that she had wanted to speak privately to me about her realization that she was uncomfortable with Dave's description of Joe's death. Dave said that he thought Joe cut his own throat. Wendi said that she did not know that and did not want to endorse a scenario that she did not recall. She said that she worried about whether it was up to her to shape her defense or whether the lawyers should be free to say what they chose. She said that she had a history of trying to control everything and did not want to continue it. She said that she believes that God sent her the right lawyers and therefore is testing her ability to allow them free rein. She said that she has trouble knowing when she is exerting the old kind of control. I suggested that she never had control and that Joe controlled their life. She did everything but he controlled what she did. She said that she was inclined to resist that explanation, but that she did see my point in the context of her only control being to control the things that would upset Joe to

007394

PAT007414

PCR000065

protect him. I told her that the autopsy showed many stab wounds and she cried. She said she did not know that and the idea of it upset her. I suggested that he probably did not stab himself multiple times. She said that knowing that was terrible. I suggested that she might be feeling the worst and that letting the memory come back might be less painful than keeping it down. She said that she understood that but did not know if she could. I suggested that she pray for the courage and let God make the choice. I told her I would bring the autopsy report next time and she said she would read it. She said that she has been told so many things by different people that she is confused about their scenarios and her recollections. I asked her about the interrogation tape. She said that she recalls that the male officer was angry and hostile and the female tried to reassure her. She said that she was numb and was not connected to anything that went on. She said that she would not be surprise if she lied because it was foremost in her mind to protect Joe's memory. I asked her about the phone call to the insurance company. She said that Joe did talk to the agent on the $5000 policy that was paid. She said that she made the call initially and the agent would not talk to her. She said that the Andrianos were "insurance type people" and that Joe had initiated the insurance idea. It was always her responsibility to do the work so she called the agent. When Joe talked to the agent he was told that he would have to have a physical. Joe knew he couldn't do that. The agent called Joe several times on Joe's cell but he ignored the calls. Gave Wendi lipstick and perfume and am concerned about the consequences.

May 23, 2002

Met with Wendi in contact booth. Told her I would not bring in any more cosmetics because I did not think that it was worth risking my credibility. Asked how she felt and

007395

PAT007415

PCR000066

she said "disappointed." Working on modeling boundaries. Showed her autopsy report and she said that she did not have any emotional connection. She said that she is often unsure if her knowledge of that night is real or altered by the things others have suggested or asked. I told her that I had watched part of the interrogation tape and that I hoped she would watch it, too. I offered to be there with her and she said she would want me to be there. She said that she had a conversation with Carissa and listened to a story about Carissa's rage. She said that it made her cry. She cried when she told about the experience. She said that she had no recall of the night and yet she connected to the telling of the uncontrollable rage at an emotional level. She could not name the emotion, but said that she felt turmoil. I reassured her that she was actually feeling the things she feared and she is surviving. We talked about theology and her learning of the Bible in a literal way as opposed to my learning in a figurative way. She said that she had changed her way of believing during her time in jail and that she believed that she was supposed to carry her insights back to her church. She is no less a believer, but her new beliefs seem to allow her to act from her own instincts rather than from the dictates of others. As she gains autonomy spiritually, it seems to give her the strength to behave more autonomously.

June 6, 2002  1:10 -2:40

Met with Wendi in contact booth. She has not heard from any of the defense team. The ac has been off in her tower and it is over 100 degrees today. She said she felt physically awful. She also feels isolated without Tina there to talk with honestly. She is especially aware of the differences between herself and the others who are products of the prison culture. She said that she is not having any more insight about the night of Joe's death.

007396

She said that she expected to have dreams or feeling and has not. I told her that I doubt if there is anything to be learned from her memory that it shocking enough to continue to repress. She continues to worry about the placement of the children. There is a June court hearing, but she does not expect any changes at least until after her trial. She has had two inmates who claim to have "the sight" predict that she will be out soon and that she will serve 7 years. She said that she does not want to latch onto those predictions and that she needs to keep believing that justice will be done and she will be released. I am concerned about her social isolation because she seems to flatten emotionally without real human connection. She says that she writes to Tina and sometimes eggs Tina on. She said that she wants Tina to need her and Tina will not make herself that vulnerable. Joe needed Wendi and she felt disdain for him. Fostering need to feel secure is not a good basis for a relationship. Understanding that need and independence can co-exist is something Wendi can grasp.

June 25, 2002  12:25 pm – 2:45 pm

Met with Wendi in contact booth. Tina's letters are not getting out of prison and she has realized that Tina is not ignoring her. She is trying to figure ways for Tina to channel the mail. I asked her to see that it is Tina's responsibility to figure this out and that she should exercise herself by remaining patient. Can she allow Tina to be in charge of her own problems? A psychiatrist from the pd's office came to visit her. She said that she probably minimized her troubles when speaking to him. A handwriting expert came to see if she wrote certain things. She said that she could tell from the content that some of it was notes on the phone book that Joe had written about increasing the amount of an

007397

PAT007417

PCR000068

insurance policy. Wendi said she is tired of being in jail and is anxious for the trial. She

seemed fairly unemotional and laughed at things that I expected to bring anxiety.

July 11, 2002  2-3:30 pm

Met with Wendi in contact booth. She that her trial would be delayed because of a legal

issue that affected the death penalty favorably. She said that she did not have a new date.

She said that she had had a computer conference with Michele and that they would get

permission for Wendi and I to view the interrogation. I told her that I was unclear about

the discrepancy between her story and Chris'. She said that she recalled that she had put

the small towels over Joe to cover the vomit. She said that he had vomited while they

were waiting for the paramedics. She said the he seemed to feel better after he vomited

and that he told her that he did not want the paramedics at that time. She said that she

then sent them away and if Chris saw anything, it was Joe's vomit covered with the

towel. She said that she believes there was no blood at that time and that Joe was

certainly alive. She said that his head had been in her lap and she thinks that she changed

her shorts to get rid of the vomit. She said that she had called Sean earlier to find out

why the poison had not worked as she and Joe expected. She said that they both expected

it to work quickly and that he would just drift away. She asked me to contact the pd's

office to see if anything could be done about the lack of a/c in the towers. She said that

the dorms do have a/c. She said that when she "asked" if she needed an attorney, she

thought that was all she had to do. She said that when they said they were just trying to

get the truth that it meant that she did not need an attorney. She said that she relied on

that. I believe that the Wendi of 10/2000 would not have asserted herself in her own

behalf. I think her strategy in the questioning was to lay low until it ended, just the way

007382

PAT007402

PCR000069

she handled Joe's abuse. It was her experience that resisting a powerful man got her beat

up and acquiescing would get her farthest.

July 25, 2002

Met with Wendi in a contact booth. She described a lot of social drama in the jail and

with Tina. She seemed to be emotionally consumed with the intensity of this. She said

that she had not been doing Bible study until recently, but she had started again. She said

that she feared God's plan because the court rules against her parents in the custody. She

said the judge was angry that her parents had tried to adopt the kids without warning

anyone. She said that she thinks her father is depressed and she is calling him to cheer

him up. We are tentatively scheduled to view the interrogation tape together on July 31.

She said that it is hot in her pod and it is crowded and uncomfortable. She said that she

had heard through mail that Beverly is "talking shit" about her and it might not be safe to

go on the yard. She said that she has written letters to them and is not sure whether to

mail them.

July 31, 2002

Met with Wendi and Patty (legal assistant in PD's office/ phone number 602-506-2133)

in contact booth to watch the video of Wendi's interrogation by officer Lucero. At first

Wendi said that she felt sick at having to watch it, but then she was able to calm down.

She said that she could not remember what she was wearing and if she had changed. She

said that the interview made her uncomfortable because she knew so much more now

about trusting the police. She said that she thought she was not under arrest and that she

was worried about getting done to get to work. She said that she thought if she could

steer them away from Joe's wanting to commit suicide that things would be all right. She

007383

PAT007403

PCR000070

said that she knew she was lying when he kept saying that she was, but not about the

things he thought. She had not told Chris that Joe was committing suicide that night and

it made her sending the ambulance away seem unnatural. Wendi said that her parents

have a new attorney for the civil suit and that Wendi likes her. She said that this attorney

said that Wendi does have rights as a parent even though she is in jail. Wendi said that

she did not want to go to Friday's death penalty hearing because they hold you all day

without anything but a bag lunch served at 4 am. Wendi said that she believes she was

interrogated by the blonde female officer and there is no tape of it. Tape #1 ends at 10

am and Tape #2 begins at 12:45 pm. Wendi commented at 1:19 pm on Tape 2 "I'm

trying to give him a story that flies and I don't know what happened." On Tape #2 at

1:31 pm Wendi makes reference to Lucero's partner asking her questions. At 1:44 pm on

Tape #2 Wendi says, "Can your mind make you not see it?"

August 7, 2002  12:30 – 2:30

Met with Wendi in contact booth. She said that Dan had been there yesterday and he had

bad news that she would be in jail another year because the motion on the death penalty

was denied. She said that it would now be appealed as high as possible. She said that he

also said that there were problems in her case including multiple skull fractures on Joe.

She said that the fingerprint evidence is being gathered and he hopes to find that Joe's

fingerprints are on the box. She said that she was more present with Dan and she

participated in the conversations. She said that she laughed and joked with him because

that is how she manages her difficult emotions. She said that he said there might be

psychological issues that he had not previously emphasized. I asked her to review the

night of Joe's death to see if she could recall even one minute more. She said that she has

007384

no more recall, but that as an "outside observer" she sees that she might have killed him

but that the only certain thing in her head that night was that she believed that she had to

help Joe. She said that the theme of his life was that he had not learned how to love in his

family of origin and she was to teach him and fill in all his blanks. She said that she tried

to teach him how to hug the children. I asked her if he ever assumed any responsibility

for his own maturity and she said that she took it on and he did not have to. When he

suggested committing suicide, Wendi said that she understood that he wanted it to end.

She said that he had returned from visiting his sister and she had urged him to go to

Mexico for unorthodox treatment. Wendi said that he did not want to do any more.

Wendi said that she had no more hope to give him. Wendi said that on the night before

his death she and Joe cried and she comforted him. She said that she was numb on the

night of his death and the first feeling she can recall is fear. She said that happened after

the paramedics left and after Joe threw up. She said that she admitted the affair and he

became enraged and swore at her and smashed her wedding box. She said that her

reaction was "oh, my God!" because he had never struck out at something dear to her.

She said that she can remember being afraid for her physical safety. She said that she

knew this was serious both because of the pointedness and intensity of his expression and

because he had said many time that he would kill her if she had an affair. She said that

she knows she felt frustrated and even angry because she was not able to help Joe. She

said that she generally expects to succeed and she feels like she should have other ways

to get things under control. She said that it was incumbent upon her to rescue him at any

given time and the burden was unbearable that night. Wendi said that she does remember

feeling angry that night, but she does not know when or exactly why. She said that she

007385

has always kept a lid on her anger. She said that on her birthday (8/26/00) she had gone out drinking with friends and when she came home Joe was fuming because she was a little drunk. She said that she went immediately to bed and he threw a pitcher of Kool-aid on her, stormed around and broke the bed. She said that she lay on the bed at a tilt and he shook her and held her by the throat. She said that she was able to reach the phone and she called Brad and Janae to come over and stop him. She said that he took the phone form her and spoke to them calmly "blowing it off." She said that she was shocked to see that he could change from crazy to still instantly. She said that she believes he was that afraid that others would know. She said that she remained silent and Joe fixed the bed and they both fell asleep. She said they never discussed what happened, but the next day he brought her flowers and balloons. She said she showed this to Donna and he was embarrassed and that he blamed the chemo for his rages. Wendi said that it was normal for her to fall asleep in the midst of chaos and that she could sleep literally for days without food or water to avoid emotions. She said that she could remember doing it in her teens and that she did it then because her parents did not allow her to be herself. She said that she ran away several times and she often felt like she wanted to be with the regular kids in public school who had fun. She said that her church did not allow her to have fun, but that Joe and his crowd had fun. She said that part of the attraction was going to bars and the lake and doing the things she had not been allowed to do. It seems that his irresponsibility originally attracted her and then became a burden. Wendi said that she sometimes rehearsed what her life would be like after Joe died. She said that she knew she could not cry and be weak because she had two kids and responsibilities. She said that she does not like to cry in front of others because she feels

007386

PAT007406

PCR000073

judged and misunderstood and feels like their efforts to console her are false. She said that she planned not to cry at Joe's funeral or at the trial. She said that she wishes she could talk to Joe's family to explain herself. She seems to believe that she failed at her greatest undertaking and does not seem to be worried about her own well being. I asked her to consider changing her refusal to see her kids while she is in jail and she cried and said that they would recover from missing her but that they might see her incarceration as her approval of that way of life. I suggested that she had the chance to tell them the truth about her values and her circumstance and that abandonment, however well meaning might not be easy to get over. I continue to believe that Wendi dissociates and "left" her body when her fear turned into anger. I think she could tolerate being afraid but could not tolerate being angry. I am not sure if the anger was at herself or at Joe, but I suspect it was at herself because she was always the responsible one. Her history of sleeping while angry is a willful dissociation from anger. Her seeming even temper under the stresses on incarceration for first degree murder is a form of dissociation. I do not see evidence of "other Wendis" except perhaps for the power of her fight with him that night.

August 29, 2002   12:15 – 2:30

Met with Wendi in contact booth. She said that she had had a court hearing on Tuesday and that she now had no trial date and the next status hearing was in January. She said that she was sick of wasting her life in jail and did not know how she would cope. She said that she tries to sleep as much as she can but no longer has the ability to sleep for days at a time. She said that she consciously tries to get the old shut down strategies to work but they no longer do. I said that I would get her magazine subscriptions and books and would explore a correspondence course. She said that she had no interest in doing

007387

PAT007407

more Bible study and she needs something to think about. I asked her if I could confer

with Mark Hampton about her legal situation and she said I could and signed a release.

She said that Dan is exploring a challenge to the Grand Jury indictment and we

speculated on whether a reduction in the charge might lead to her getting bail. She said

that she believes that the Andrianos are fixed on having her convicted and even executed.

She said that Brad and Janae are trying to get her parents sanctioned for trying to adopt

the kids. She said that Daphne, her parents' new lawyer, is using Mary Margaret to

investigate. She said that everywhere she turns, it is overwhelmingly against her and that

she feels desperate. I told her that I would come weekly if that would help and asked her

to call if she needs me. She promised that she would not hurt herself and could hold on

until January. Will speak to Donna about this and lowering monthly payments to $200

for 3 months.

September 11, 2002  12:30-2:15

Met in no contact booth because a new guard at the front desk (Miller) refused to accept

my letter from Dave saying I need a new one every month. I called Dave and he will

issue me 7 months worth. I had to go in as a regular visitor, not a legal visitor. Wendi

said that she hates these booths and has things to tell me that she fears will be recorded.

She said that she is still trying to sleep as much as she can. She said that she was alone in

her room for a few days and she felt better, but Baby is back and so is the drama. I told

her that I had ordered her fashion magazines. She said that she would read novels and

had tried a detective novel and liked it. I will order her books. She said that she is

writing to Tina again and that she needs to have contact with someone who is more of a

peer. She said that the others in jail are people who she can help but they offer her

007388

PAT007408

PCR000075

nothing. She said that she feels like she is on the back burner again because her trial date

has been indefinitely postponed. I suggested that she write about her experiences in jail

and begin with " I had no idea it was going to be like this on the day I arrived." She said

she might try. I am concerned that she has no goals or direction and that she is truly

wasting away. I spoke to Dave about correspondence courses and he is having a friend of

his send her info on a paralegal course.

September 24, 2002 1pm-2:45

Met with Wendi in contact booth. She said that she had gone to court last Friday in the

custody case. She said that she had walked outside in jail uniform and shackled. She

said that it was uncomfortable, but it felt good to be outside. She said that she had done

well and had been spurred on by the Andrianos accusations. She said that she would not

have been as clear if they had made her feel sorry for them. She said that Dan had sat

with her and she had felt close to him. She said that she was impressed with his brief on

removing the death penalty. Wendi said that she had requested more medication to sleep

and they doubled her dose to 200 mg. She said that she takes half at night and half in the

morning and that she sleeps up to 18 hours a day. She said that she got the paralegal info

from Dave and that she was not going to learn a career that a felony will disqualify her

from. I said that I want her to choose something to focus on because I am concerned

about her choice to sleep. She said that she has a new friend Cheryl who has helped her.

She said that Cheryl is not an addict and is educated and offers Wendi real

companionship. Wendi said that she is not writing to Tina anymore because Tina has not

responded to Wendi's letters. Wendi said that she realizes that the "addict" part of Tina's

personality attracted her and caused her pain. She said that her parents relate to her in the

PAT007409

PCR000076

way that addicts do and she melts inside when she is exposed to that behavior. She said that she has felt responsible to keep her parents marriage together and she continues to even in jail. I asked her about reconsidering her decision to keep her kids away. I told her that I think living honestly is the best thing even when it requires facing pain and shame. I asked her to think about it with no expectations from me. It seems as if having Cheryl has helped Wendi look at some issues she has about rescuing the helpless.

September 28, 2002 noon- 1pm

Met with Wendi in noncontact booth after being assigned to a contact booth. The sergeant moved me. Wendi had called at 8:45 am to tell me that she had "gone crazy" because she had been assigned a new roommate at 3 am. She said that she had taken her whole sleeping pill, but still woke up because of the woman's snoring. Wendi said that it reminded her of Joe's snoring and she couldn't stand hearing it. She said that she hit the bottom of the woman's bed to awaken her, but the woman would fall asleep again and start snoring. Wendi said that the one time she really woke the woman, she was afraid to say anything because she feared the woman would attack her physically. Wendi said that she has seen this woman in jail before and she has "gone off" on others. Wendi said that the woman's temper reminds her of Joe. Wendi said that her feelings were rage and fear. Wendi said that she did not know what to do and she hit the walls. She said that she called Dave to get her out of the room, then she called me. She said that the guards were willing to help her, but the sergeant overrode their decision telling her that she was in jail and that she had already asked to be moved enough. Wendi said that she had asked only once and that was to get away from Beverly so she could stay out of trouble. Wendi said that she felt helpless. She said that she had called her parents for help and her mother

907364

PAT007384

told her to calm down and not to behave in a way that would displease God. Wendi said that her mother offered to read her scripture. Wendi said that her mother's reaction, although well meaning, made it worse. Wendi said it brought up the feelings she had in her marriage when Joe snored and she asked him to stop. She said that he seemed indifferent to her discomfort and never apologized or expressed empathy for her. She said she was expected to fix everything, even to be able to pray him to health. She said that she feels ashamed of her own upset because she knows that this woman and Joe did not intend to snore. She seems to censor her feelings almost as fast as she feels them. She said that she does not expect validation or empathy and that the most helpful person is her father who distracts her. Wendi cried on and off through the session and the phone call. She seemed calm by the end of the session and she said that she felt better having been able to speak and be understood. I told her that I would ask that the psychiatrist see her ASAP. I believe she was having PTSD flashbacks of being with Joe.

October 1, 2002

Spoke to Wendi by phone. She said that the psychiatrist was not sent to her. She said that she waited for the next guard shift and the next shift told her they had authority to move her without asking the sergeant. They moved her and she felt better. No more flashbacks reported.

October 23, 2002

Met with Wendi in contact booth. She has been pc'd since the 10th. She said that she is enjoying the solitude, but she is still sleeping days and waking nights. She said that the psychiatrist has given her Elavil to wean her off the Seraquil. She said that she wants to get off all meds. She said that she is reading a lot and is enjoying it. She said that her

007365

PAT007385

PCR000078

mother is always encouraging her to pray and read the Bible. She said that she got her mother into the Bible and now her mother is more involved in it than she is. Wendi said that the hearing for the custody of the kids is today. She said that she tries not to think about the results. I encouraged her to rehearse her feelings if a ruling does come down today. I suggested that she review her thoughts about having contact with the kids even if she is in jail. She cried. I am concerned that time is passing and the children will forget about her. I am also concerned that she needs a focus to want to continue.

November 5, 2002  1:15 – 2:45

Met with Wendi in contact booth. She was teary and cried saying that she was having trouble in PC because she felt arbitrarily discriminated against by some of the guards. She said that she had tried to speak to Jackson but that it took days. She said that Jackson assumed that it was not urgent. Wendi said that being alone and away from the drama of the general population has made it harder for her to distract herself from the problems and worries of her life. She said that she cries when she is reminded of her kids. She said that the court date has been postponed, but the reports look like they will not move the kids. She said the kids call Brad and Janae "mother and dad". She said that she wants to get Cheryl returned to County jail so she can have her company. She said that she fears that she is doing wrong by wanting her and that she is not pleasing God. She said that she prefers not to be bonded out because it would be impossible to go back if convicted. She said that the uncertainty of the timing is wearing on her and that she is growing more unable to hide from her feelings as time goes on.

November 14, 2002  12:45-1:30

007366

PAT007386

PCR000079

Met with Wendi in contact booth. She said that she felt wonderful to be out of PC. She said that she was in a relatively peaceful pod and had found out that she had four keepaways from the high drama pod. She said that she was not sure and was surprised about the number of keepaways including Baby. I encouraged her to stay away from the drama. She said that her father had collapsed with chest pain and it had been diagnosed as exhaustion. He is on SSRI's now. Wendi is off all meds except 1mg of ativan at night. Her spirits seemed better than they had in weeks. She has not been able to contact Cheryl but has had Helen for company.

December 19, 2002  11:30-1 pm

Met with Wendi in contact booth. She said that she is getting mail from Cheryl and is not inclined to answer. She said that she sees that Cheryl is now behaving the way she had with Tina. She said that it has given her insight. She said that she wonders how Cheryl can be so sure she wants Wendi when she hardly knows her. It seems that she is becoming more differentiated and able to maintain comfort living without being attached to someone else. She said that she can see that this is a long way from the dependence she and Joe had. She said that she has given up hope that her parents will get the kids and she wonders why nothing is breaking in her favor. She said that Helen is in trial now and it is reminding her of the inevitability of the trial. She said that things are going so badly that she fears the potential outcome. She said that Dan told her that Joe's fingerprints are not on the box of poison. I asked if hers were and she said that she had not asked. (She had told me earlier that they wore gloves.) I asked her about participation in her own defense and she said that she had avoided it. She agreed that it was time that she get involved in determining her own destiny and she said that she

007367

would call Dan and find out what the plan was.  She told me that she had planned not to
cry today but wound up doing it anyway.  I said that it was normal to cry and she said
that she feared that she would cry all the time if she let down.

January 2, 2003  11:30 am-12:45 pm

Met with Wendi in contact booth.  She seemed tense and reported that she had been taken
out of her room around midnite on New Year's Eve to be moved to "security
segregation" with Baby.  She said that this is usually done as a disciplinary action and she
felt wrongly accused and confused.  She said that the last time she had had problems
getting her room moved she had contacted Dave and it had backfired.  She said that she
had chosen to try to deal with this herself so as not to bring about a negative reaction
from the administration of the jail.  She said that she had sent in four tank orders and had
not heard a thing in response.  She said that she suspected that there was "jailhouse" talk
about Baby and her wife planning to break out and that she had been included because
she had heard it while she and Baby were roommates.  She said that it was nonsense and
that there was no chance they would try anything, but rather that they like to keep the
drama high.  She said that she cannot rat on these people because she has to co-exist.  She
said that she did not see anything to report anyway.  She teared up several times as she
talked and she said that she was joking with Baby and was trying not to show anyone
how upset she is.  She said that she had felt good that she had gone to PC and had
stopped all medication and made peace with having to be there longer, and this had set
her back.  She said that she had taken a seraquel to sleep and she wanted to sleep all the
time again.  I suggested that she focus on her defense and make notes for Dan to pursue.
I said that I would check with Dan about the advisability of his intervention and that I

007368

would talk to Donna to assure her that Wendi was alright.  Wendi reflected on the "keep

away" that she had been told existed on herself and Baby and she wondered if it related

to this.  Wendi said that she had talked to Dan and that she was more certain that she

would have to make a psychological defense.  She said that Joe's mood had become

markedly worse after he started chemo in the summer before his death and she wondered

if the medication itself caused mood changes.  (Did he get steroids?)  She said that his

family blamed her for Joe's not getting chemo earlier, but that it had been his decision

after Dr. Green at Mayo had told him how bad the side effects would be.  Joe had

declined treatment at that point after learning that his likelihood of survival was only

20%.  When he finally decided to try chemo, the party line was that Wendi had made him

do it.  Wendi said that her marriage began with her selling her car and his old truck to get

him a big truck that could compete with those that his friends had.  She then had no

transportation and dependent on his generosity to take her around.  She said that it was

representative of their whole relationship.


Called Donna and left message.  Called Dan.  He said that he did not think he should

intervene in " inside" jail events.  I asked him about pursuing a psychological defense.

He said that he had sent a doctor to interview her and the doctor said that she had PTSD.

I asked him if he had noticed how she remembers and forgets and said that she did and in

an odd way.  I said that it is necessary to be with her over time to see her go in and out.

He asked me to look for an expert.  I called the National Clearinghouse for the Defense of

Battered Women and spoke to Andrea. (800) 903-0111 x3 and she said that they are a

legal defense back-up center and they help with case law, social science literature and

007369

PAT007389

PCR000082

referrals for experts. She knew of Kathleen Ferraro at U of A. I gave her Dan's number and left a message for him with her info.

January 16, 2003  12:45- 2:30 pm

Met with Wendi in contact booth. She said that she was frightened by the likelihood of going to trial 4/23/03. She said that Cheryl had come back unexpectedly and she had been able to see the way they were together. She said that Cheryl wants Wendi to be "everything" to her. Wendi said that she can see that Cheryl is acting like she did with Tina and with Joe. Wendi is now able to set and enforce boundaries for her own good. When I point this out, she is able to see the change in herself. She said that she needs to be in relationship where people are honest and straightforward. She said that she is not sure when she is being "mean". I said that honesty especially about her feelings is kind and that she can move away from people she wants out of her life without telling them she doesn't like them. She is taking active interest in her defense and will contact Dan and Dave about the National Clearinghouse. She said that she is inclined to tell the jury that because she has no recollection, she has to entertain the possibility that she might have killed Joe. She said that she wants to be as forthcoming as possible. I encouraged her to discuss strategy with Dan.

January 30, 2003  12:15p-1:45 p

Met with Wendi in contact booth. She reported that she had been very upset because she had received service of Brad and Janae's intention to adopt Ashlee and Nicholas. She said that her pod had been locked down because of construction and she had not had access to a phone. She said that her inability to react to the lawsuit was extremely frustrating. She said that she had been able to use the phone in the psychiatrist's office

00/370

PAT007390

and had called and had spoken to the social worker who was evaluating the case. The papers said that she had had no contact with the kids for two years and had therefore shown herself as unfit. B and J had not admitted that they had stood between her and the kids. Wendi said that Brad and Janae had also denied her parents visitation for a month. Wendi said that she thinks her father is no longer depressed and is ready to fight this. She said that she thinks this is timed to her trial so her parents will have standing if she is convicted. She said that Dan visited her yesterday and she thinks he is finally able to see that her defense is abuse. She said that she does not think he is sophisticated in this area and she has at times felt hopeless that he would never see her point. She said that she hopes to testify and to tell the jury that she does not remember the night, but she does not know what that would add. She said that she wants them to see that she is an honest person. She said that she has had no more memory return. She said that she has had more drama with Cheryl but that she figured it out and has outplayed Cheryl at her own game. Wendi said that she is a different person than when she arrived in jail and that she now can see through people's gameplaying. She said that it frightens her that she will continue to relate in that gameplaying way out in the world. I said that the gameplaying does exist out here, too, but that she had only become aware of it in jail. She said that she sees now how Brad's girl friends played her to get rid of her and how she was too naïve to see it. She said that she hopes to find people who will deal with her "straight up" because that it how she wants her life. She said that her theology has changed, too. She said that she now prays that she sees the plan and makes the most it rather than scripting what God should do and praying for that. I said that the shift seems to mean that she is trying to give up being in control as much. She said that was more and more true. She

007371

PAT007391

PCR000084

said that she hardly recognizes the Wendi in the interrogation tapes because she has become so much stronger and healthier. She said that when she sees women come into jail who are enablers and victims, she sees her old self and she gives them the advice I gave her. (Stay away from the one you want to fix.) It seems as if Wendi has come a long way toward becoming "rehabilitated" in jail in a profound internal way.

March 4, 2003  noon-1:30pm

Met with Wendi in contact booth. She said that she had spoken to Dan and that the trial date might be delayed because the prosecutor was injured. I told her that I had met with Patrick Linderman and that I had liked him because he was trained as a social worker and understood the implications of my observations that she had been abused and was dissociating. She said that she had not felt comfortable talking to him and she did not think she had given him much information. She said that she had spoken to Dan and that he was going to engage Dr. Murphy, an expert on domestic violence. Wendi said that she will talk to Wendi. Wendi said that she is still not sure that Dan believes her when she says that she cannot recall the night that Joe died. She said that she has not remembered any more of that night. She said that she has a new friend in jail (Veronica) and that when she was getting to know Veronica she had to control her laughing when she talked about the night of Joe's death. She said that she fears that she will look like a psychopath with no feelings. She said that she has come to see that she laughs inappropriately when she is uncomfortable. She said that her emotions around the night of Joe's death are blank. She said that she can feel sad when she thinks about her grandmother's death, Joe's death seems removed from her. She said that she knows in her head that he is dead, but cannot feel it in her heart. Wendi said that she has occasionally dreamed about Joe,

007372

PAT007392

but he is always alive and the dreams are pleasant. She said that the one time she cried and felt upset about Joe's death was when Tina Stine shaved her head and Wendi saw the nicks in her head. She said that it made her sob. Wendi's eyes teared up when she told me this. She said that she had tried to write a letter of good-bye to Joe and it had brought up feelings of worthlessness, shame and humiliation over the way she behaved in the marriage. She said that those feelings were so painful that she threw the letter away. She said that when she was with him she felt constantly responsible to make his life all right. She said that she had been willing to give him anything or to do anything to help him. She said that each time she started a new job she vowed to herself that she would do everything right and it would take about 4 months before she was tempted to steal for Joe. She said that she had almost infinite energy to serve him, but that her paycheck was not something she could enlarge for him. I asked her if it was a relief to have him dead and she said that being in jail was a relief at first. She said that the time that Joe had torn up the bedroom in the summer before his death, her parents had come by the next day and had seen the mess. She said that her dad had photographed it.

Wendi told me about her relationship with Veronica and how Veronica could be brought around when Wendi expressed her anger. Wendi said that she was no longer willing to be led around and that she avoids people she meets that remind her of Joe. She said that she is afraid to risk getting close to someone who would want her to tend to their needs at her own expense. She said that now she feels anger when they take advantage of her. She said that she "didn't know how to be mad" before and that she never saw her mother mad. She said that her mother always hid in the bedroom to avoid anger and only her father got mad.

007373

PAT007393

I asked her if Dan might interview Rick Freeland, the man she had the affair with. She said that she had told Rick at the end of the evening that she was married and her kids and a sick husband. She said that he had said that he was ashamed for having gone with a married woman. She said that she thought he had denied the affair to the police, but she didn't know what he might say now.

April 1, 2003  noon-1:30 pm

Met with Wendi in contact booth. She said that she was not feeling well because she had been talking to Sharon Murphy at length about her life with Joe. She said that she was exhausted from talking and from being immersed in the recollections. She said that she was trying to recall as much detail as possible and that it is hard for her to do. She said that she is no longer able to shut down completely and because of that she gets no relief from these interviews. She said that the trial will probably go on April 23 and that there would be a different judge if it did not. She said that Sharon is a domestic violence expert. Wendi said that she had been in court last Friday and Dan had said he was using a domestic violence expert for the first time in front of the Andrianos. She said that emotion was palpable. Wendi said that the prosecution might have their experts talk to her and she would want to have Dan present before she talked. She said that she was so much better educated on domestic violence than she had been and that she feared that the jury would not be educated enough to understand. She said that Sharon had shown interest in her religious upbringing and she feared that it would hurt her mother to hear the implications of that. Wendi said that she has shifted to a belief that allows more letting go and that it is different from her mother's teachings. She said that she has studied the Bible for support of her new beliefs and she feels that she is supported in

007374

Scripture. Wendi said that she is worried and anxious about trial and that she has wanted in the past to reach this time. She said that this is hard without her old defense structure. I told her I would come more often and would sit in court if Dan had no other plans for me. I will see her again on Monday after she returns from court.

April 8, 2003

Met with Wendi in contact booth. She had been to court that day. She said that she felt supported when she is in court because the bailiffs and guards like her and are kind to her. She said that the trial had been postponed until July 7. She said that she had mixed feelings because she had been fearful of starting trial but was anxious for closure. She said that Dan and David and the bailiff had told her that the new judge might be more open to her defense. She said that she expects to be interviewed by the prosecution's expert and she does not want to talk to him/her alone. I asked her to talk to Dan and ask him to be present. She said the she remembered going to therapy during a time of financial pressure. She said that Joe had charged things from Radio Shack on a deal where there were no payments for 12 months and that time had come. She said that the therapist had said that her issues were rooted in Joe's behavior and Wendi had stopped the therapy because she did not want Joe to be criticized. She said that she now realizes that she should have stayed in therapy at that time because she might have learned about the dynamic between Joe and herself and avoided all the pain of the present situation. I asked her to tell Dan about this. She said that she was aware of family counseling done by the Andriano family when Joe was in his teens. She said that he had told her that he left the session because it was unbearable for him to be blamed and shamed in the family.

April 22, 2003  11:30 am -1:30 pm

007375

PAT007395

Met with Wendi in contact booth. She had been in lock down and had not been in contact with family in days. She said that she is enjoying being in A Tower in medium security instead of maximum. She said that she is not searched as often and feels like a human being. She said they had gone outside today, the first time since Christmas. She said that the court had ruled in an encouraging way where the kids are concerned. The new social worker has the ear of the old social worker and is explaining things from the Ochoa's point of view. Wendi said the court will not rule until her trial. She said that the judge will rotate out when her criminal judge does and she hopes for someone fair. I suggested that she consider communicating with the kids and having Nicholas visit. She said that she is terrified of that although she knows that Brad and Janae have told him that she is in jail. I discussed fantasies versus realities in kids' heads. Also gave her some info from web. Wendi said that she recalled that Joe had a gun he got from Billy that had the number shaved off. She said that he had it to kill Jerry. She said that when she told Joe she would tell Jerry, he pointed the gun at her head and said that he would use it on her if she did tell. She said that she knew he would and she kept her mouth closed. I suggested that she controlled Joe with her silence and that caused her to feel safe with him. She said that she did not feel safe the night he was killed because she miscalculated and told him the truth expecting that to calm him. She said that she remembered fear turning to anger, then nothing else. I asked her if being angry was so shameful that she repressed it. She said that she would not repress anger now, but did not know about then. She asked if I thought she would revert to the old ways. I said I did not think so. She said that she is being pursued romantically by a woman in jail and she told her no. She said she can tolerate the woman's anger and her own.

007376

May 5, 2003  12:45-pm -1:45 pm

Met with Wendi in contact booth.  She said that Tina Stine had been brought in and at
first she had wanted to go back to B Tower to see her.  She said that she slept on it and
realized the next day that she had no interest in resurrecting the drama.  She said that she
is learning that she has the power to stay true to herself despite the social and
psychological pressures around her.  She said that one woman pushed her to share her
"store" with her and the woman asks if Wendi is a Christian when Wendi will not give
herself away.  Wendi said that she trusts her instincts now but still argues in her head.
She said that the drug people in jail live a life of lies and I suggested that she might have
led a life of lies covering up for Joe and for the way they lived. · She said that she couldn't
help doing that and she seemed to realize that the drug addicts would say the same of
their powerlessness against drugs.  Wendi said that she is doing well with her dad and is
feeling compelled to poke at her mother to get a rise out of her.  It seems that Wendi is
feeling angry because her mother's beliefs cause Wendi to feel like she has to do
something to be acquitted.  Wendi said that she told her mother that she is strong enough
to tolerate incarceration.  Wendi said that she longs to make amends with people who
have been hurt as a result of Joe's death and her arrest.  I encouraged her to work within a
12 step model, doing the fearless inventory, making amends and not expecting a result.
She said that she was doing all right and was feeling more resolved about starting trial
than she had before.  She said that she had feared going to trial without feeling prepared.

May 12, 2003

Met with Sharon Murphy.  She asked me to ask Wendi about Wendi's having hid in the
bathroom the night of Joe's death, whether they used gloves when handling the poison

007377

PAT007397

PCR000090

and who her therapist was that told Wendi that her problems came from Joe. Sharon also asked me to get the Bible quotations she had asked Wendi to compile.

May 15, 2003  12:30 pm – 2:00 pm

Met with Wendi in contact booth. She said that she had spoken to Tina and felt good about it. She said that Tina is doing well and is trying to stay clean and serve out her term without getting involved with people who bring her down. Wendi said that Tina had not gotten her letters that expressed Wendi's epiphany that she had been co-dependent on Tina. Wendi said that it did not matter to her now because she felt that she had learned what she needed to get from the relationship. Wendi said that they parted friends and it felt complete. Wendi brought pictures of Nicholas and Ashlee. They had been with Donna and Alejo and appeared healthy and happy in the pictures. Wendi said that she is able to look at the pictures without having it bring up all the grief about not seeing them. She said that she had talked to Donna about my suggestion that she consider allowing them to see her in jail. She said that they had decided that it would be better to wait until after her trial because if she were convicted, it would be better for them to see her in prison than in jail. If she were acquitted she would not have to face this at all. She said that she could have physical contact in prison visitation.

I asked Wendi if she had hidden in the bathroom the night of Joe's death. She said that she had wondered if she had told me that and I said that she had not. She said that she had told David early on and had remembered it in her interviews with Sharon. She said that she had hidden that night in much the same way that she had numerous times when Joe was raging. I asked her to try to recollect the feelings she had while in the bathroom. She started to cry and said that she did not want to think about it. I urged her to try.

DEL011239

PCR000091

Wendi started to cry and swallow back the tears. It seems that she cries when she can

make an emotional connection, so I encouraged her to stay with the feelings. She stood

up and paced.   She said that she felt nervous and unsure while she was in the bathroom.

She said that she went in there after she hit him with the bar stool.  Her practice was to

hide and listen until he stopped banging things around.  (Wendi had said that Donna hides

in the bedroom when she argues with Alejo.)  She said that normally she knew she was

safe to come out when he quieted down. That night she crouched by the door to hear.

She said that she remembered hearing him breathe heavily.  She said that she was

exhausted when she ran into the bathroom and she was in there long enough to catch her

breath.  She said that she wondered "What's coming next? Is he still raging? Is he

unconscious?"  Wendi said that she could not remember the night in a perfect

chronological way, but that she did remember the feelings.  She said that she remembered

Joe grabbing her head and slamming her up against the wall. She said that she thinks tha·

happened in the dining area near the kitchen.   She said that Joe kept the cell phone

charging on the long kitchen counter.  She said that she knew it was the phone cord

around her neck because the phone went flying.  She said that he had "bear-hugged" her

in the past and it had felt like she could not get oxygen.  She said that the cord around her

neck felt similarly.  She said that she had an ongoing fear that he would strangle her and

when she felt the cord around her neck, she believed that he would strangle her to death.

She gestured with her fingers and said that Sharon had asked her why she moved her

hand away from her throat. Wendi said that she was pushing the pressure of the cord

away from the front of her neck.  She said that she knew that she had to get the knife to

cut the cord or he would kill her.  She said that she flailed at the cord with the knife and

DEL011240

PCR000092

she thinks she might have made little cuts in her own hands as she attempted to cut the cord. She said she remembered cutting the cord, but not what happened immediately afterward. She said that it was all "craziness." I asked if she considered running away at that time and she said that it never crossed her mind to leave the apartment. She said that she thinks she dropped the knife once she got away from him. She said that she wasn't sure if he tried to strangle her first or broke the wedding box first, but whichever, she said to herself, "This is way more than you've seen before." She said that Sharon had asked if she felt fear or anger and Wendi said that it started as fear and turned into anger. She said that she knew she had to stop him from killing her and she picked up the bar stool to subdue him. She said that she knew she had to hit him repeatedly because he kept coming at her. She said that in her head he said, "I don't want to hit you another time. Just go unconscious so this will stop." Wendi said that Joe kept trying to get up. She said that she thought that after she hit him like she had that "he would get up and beat her to a pulp." Wendi said that hitting him over the head was awful. "I had no choice. I hit him as much as I dared. When the fight was out of him, I ran to the bathroom so tired." Wendi said that she waited in the bathroom for a cue that it was safe to come out. She said that this was their pattern. She said that he might throw things, bang things around or pound on the door until he was finished raging. She said that she was good at telling when he was through and she could come out without starting him up again. She said that she could hear his breathing through the door. She said that she came out apprehensively and saw him lying face down on the floor. Wendi said that she thought Joe was unconscious. She said that she knelt down next to him on the floor to see if he were breathing. She said that she knows she was crying because Joe was " a mess." She said

DEL011241

PCR000093

that she saw what she had done to the back of his head and it was a "bloody mess." She
said that her eyes were on his head. She said that Joe became aware of her and as he did,
he rolled onto his side to sit up. Wendi said that she thought "Oh, my God. My poor
baby." She said that she was no longer angry, but was horrified at what she had done.
She said that she felt sorry for him. She said that as he sat up she could see that Joe was
holding the knife that she had used to cut the phone cord. Wendi said that she could not
remember the specific words spoken. But she remembered the feelings. She said that Joe
threatened to cut himself and she argued with him to make him stop. She said that *she*
remembered saying "no" as she struggled with him over the knife. She said that he said,
"You did this to me." She said that she felt like it was all her fault, yet she thought at the
time, "All I wanted to do was take you to 911." Wendi said that because she had not
"fixed" it, all this had happened. She said that she had never wanted him to commit
suicide in the first place, that she wanted him to live. She said that if she had wanted to
hurt him, she would have used the knife when she had it. Wendi said that she
remembered putting her hand on top of Joe's to stop his hand from cutting himself and to
get the knife. She said that she remembered blood squirting during the struggle and Joe's
slumping over face first. Wendi said that she just sat there and he was still. She said that
she had "no feeling at all". She said that she called her dad to find out what to do. He
told her to hang up and call the police. Wendi said that she knew she washed herself off
and doesn't know when. She said that she called 911 at her father's instruction and they
asked if Joe was breathing. They told her to roll him over. She said that it was that most
horrible thing and that Joe looked like a monster. Blood had settled in his face. Wendi
said that she couldn't cry. She said that she remembered police in the house. She said

DEL011242

PCR000094

that her parents came and she sat on the sidewalk with her dad.  She said that her mom

and dad took the kids.  Wendi said that she had no idea that she was under arrest even

when they brought her in.  She said that she never imagined that she could be arrested for

that.  She said that she wasn't a "bad person" and she had tried to do the best she could.

She said "Now I might lose my kids over this.  It hurts."

Wendi cried and paced through much of this interview.  There were long silences

between sections of her recollections.  She seemed to be shaken by the recollections.

Wendi rarely can stay with an unpleasant topic for long.  She makes a great effort not to

cry in front of other people.  She seems to laugh at the first mention of an uncomfortable

topic, but the laughter changes to tears if she stays with the emotion.  She seems to have

great difficulty experiencing what she calls "a connection" with men.  When I have

encouraged her to tell things to Dan, she has reported that she feels embarrassed to cry

and unable to stay focused on painful information.  The affect she exhibits in her

interrogation tape is the affect I have seen when she is distancing herself from an

experience.  She has said often that suicide is the worst thing in the Andriano family and

it was the most shameful thing that they could learn about Joe.  She has said many times

that she lied in the interrogation to protect Joe's memory form that.  Wendi has been

consistent throughout the marriage in the hiding in the bathroom strategy.

In answer to Sharon's questions:  She and Joe used gloves when they made the capsules.

She said that she assumed that he would not have worn gloves when he put the box in

storage, but she had not witnessed his doing that because she was at work.  Wendi asked

me to help her get the written evidence that there was poison in the food in their

refrigerator.  She said that she heard the prosecutor describe poison in the food, but that

DEL011243

PCR000095

she could not believe it.  She described it as sounding so melodramatic that it must be

fiction.  She laughed when she talked about the possibility of the food being poisoned.

She apologized for laughing and then shifted to a serious expression when she spoke of

the children being at risk.  She said that it was Joe who handled the poison while she was

at work and she was "pissed off" if he had put poison in the food to kill her.  She said that

she could understand that he wanted her dead because she had been unfaithful, but she

couldn't understand his putting the babies in danger.

Patrick Linderman is working on finding the counselor who told Wendi that her problems

were Joe's fault.  Wendi said that she got the referral from her EAP at Casa Grande

Regional Medical Center.  The agency was Casa Grande Counseling Service on

Cottonwood Lane.  Wendi said that there might be billing records through the hospital

that would name the counselor.

DEL011244

she could not believe it. She described it as sounding so melodramatic that it must be fiction. She laughed when she talked about the possibility of the food being poisoned. She apologized for laughing and then shifted to a serious expression when she spoke of the children being at risk. She said that it was Joe who handled the poison while she was at work and she was "pissed off" if he had put poison in the food to kill her. She said that she could understand that he wanted her dead because she had been unfaithful, but she couldn't understand his putting the babies in danger.

Patrick Linderman is working on finding the counselor who told Wendi that her problems were Joe's fault. Wendi said that she got the referral from her EAP at Casa Grande Regional Medical Center. The agency was Casa Grande Counseling Service on Cottonwood Lane. Wendi said that there might be billing records through the hospital that would name the counselor.

May 22, 2003  1:00 pm – 2:30 pm

Met with Wendi in contact booth. She said that she had been in a bad mood since our last session. She said that she had not wanted to talk to anyone and had been short with people whom she normally would have tolerated. She said that she had feared that she would have nightmares after our last session, but that she had not, and instead she had had disconnected dreams about her children. She said that she had no interest in Bible study and she questioned the changes in her state of mind. She said that she had not had more material come to memory and she said that she had not rethought her way through the memories that she had last week. She said that she was happy that we were having a less intense session today because she did not want to suffer the feelings she had. She seemed surprised that she had talked for 1 ½ hours last time. She talked about not

007381

Jun 12 03 07:05p                                    4803680704                    p.1

receiving her mail and she said that it adds to her isolation. I told her that I had gotten a notice from the magazine that they cannot deliver her subscriptions. Wendi's experience after last week's session seems consistent with her defense structure. She seems to have moved as far away from the upsetting information as she can. She seems unable to close it off entirely. I will attempt to clarify some details if I think she is ready at next session.

June 3, 2003 1:30 -3:00

Met with Wendi in contact booth. She said that she had not read my notes and did not want to talk about the memories today. She said that she was preoccupied with Tina Stine and had manipulated the system to get her moved into A tower. She said that she wanted an apology and to feel like she could get the upper hand in their relationship. She said that she had been willing to go to B tower to see her. It seems that Wendi has a real attachment to Tina and she believes that she can revise that into a flip jailhouse relationship. It seems that her willingness to go to B tower shows how she still allows her own welfare to suffer for another. She promised that she would make herself ready to talk about the night of Joe's death in our next meeting.

June 12, 2003

Met with Wendi in contact booth. She said that Tina had been taken to prison and had never been moved into A Tower. She said that she was disappointed but that she was okay. She said that her current roommate has been upsetting her for awhile and that she had been able to tell her directly that her behavior was crowding Wendi. Wendi said that she had done some Bible study with her and had tried to help her see that it is appropriate to distance herself from other inmates. Wendi said that the confusion stems from equating forgiveness and continuing involvement. She said that she has come to

DEL011245

PCR000098

understand that she can forgive without repeating defeating behaviors that keep her ties to another. Wendi said that she spoke to David and Sharon and that they had asked her many questions about the night of Joe's death. She said that it was a difficult session. She said that when she sits alone and tries to recall more of that night, it is almost impossible for her to remember, but when she is asked "the right" questions, the information starts to come back. She said that she is not sure that she told them the same things she told me. She said that her memories do not run continuously "like a movie." She said that it is choppy. She said that this scares her because in a way she has to recall it all anew each time she is asked. She said that she fears that she will appear inconsistent or incomplete in her recall. I assured her that she would remember only what she was able to bear and that her defenses would protect her from things she was emotionally unable to see. She said that she has been careful for 2 ½ years not to surmise anything, but only to tell the things she can really "see." I suggested that we try to go back into the gaps in that night to see if there are any more feelings and/or pictures that come back. I asked her to tell me what the "wedding cabinet" looked like and how Joe broke it. She drew me a diagram of the apartment and explained that the cabinet was about the size of a kitchen cabinet. She said that it sat on top of a large stereo speaker in the corner of the living room. She said that it had a cherry wood base and was glass on all four sides. She said that there was felt on the inside bottom and peach colored matte board on the back wall. She said that Joe rammed the top of his head into the glass to break it. She said that the glass shattered and was on the floor of the living room. Wendi said that ramming things was one of characteristics of Joe's rages. She said that he had rammed the door in the "farmhouse" when he had also broken a hole in the wall with a

DEL011246

PCR000099

Jun 12 03 07:05p                4803680704               p.3

pot. Wendi said that when he rammed the door, he injured his head and arms and her

father, Billy and Joel Vandenberg saw the damage and injuries. She estimated that this

happened in 1996. She said that Joe had rammed the windshield of his truck when he got

angry that a rock had hit it and started a crack in it. She said that he rammed it hard

enough to break it and it hurt his head. She said that he had scars on his head from the

times he rammed things. She thought this happened in 1996 or 97 and Brandon was in the

car. She said that Joe had told her of cutting his head while ramming something on a ski

trip with his friend before they knew each other.

Wendi said that she treasured the wedding box and a family portrait almost as shrines to

their marriage and family. She said that she wanted everybody to think the marriage was

"perfect." Wendi cried when she spoke of this. She said that Joe's smashing of the

family portrait was even more painful for her than the smashing of the wedding cabinet.

She said that he took the portrait off the wall and threw it on the kitchen floor and broke

it saying "You fucked our family." Wendi said that she knelt down to look at the broken

portrait feeling sick over the loss and his blaming her. She said that Joe put the phone

cord around her neck while she was bending down. She said that she reached into the

"silverware drawer" to get a knife to stop him from strangling her. She said that after she

cut the cord, she continued to hold the knife to keep him at bay. She said that he seemed

to calm down and she thought to herself, "I couldn't believe we'd come to this." Wendi

said that she tried to reason with Joe, saying that it was not his fault. She said that he was

quiet. Wendi said that she felt stupid standing there holding the knife and because he was

no longer coming at her, she tossed the knife lightly in Joe's direction. She said that it

landed on the living room floor. (Wendi said that she had never used a knife during a

DEL011247

PCR000100

Jun 12 03 07:05p                    4803680704                    p.4

fight with Joe, but that this fight was more menacing than any before because this time she had "committed the unpardonable sin." She said that when she had been in her parents' home and felt afraid that there might be an intruder, she would get a large knife that her father used to cut watermelons. She said that she would fall asleep on the couch with the knife.) Wendi said that when she tossed the knife Joe started to rage again. She said that he bent over to get the knife. She said that she believed he would kill her at that moment and she reached for the closest weapon, the barstool. She said that she hit him until he went down and the stool broke apart. At that point Joe had fallen forward from a kneeling position with his head and shoulders down and his butt in the air. ("like a baby sleeps") She said that she "hurried" down the hall to the master bath. She said that she had hidden in that bathroom during other fights. She said that she could not recall how many times, but "it was more than a few." She said that she chose that bathroom because she knew in the past that Ashlee and Nicholas would be less likely to wake up than if she used their bathroom. She said that she thought of the bathroom as "hers" and the bedroom as "his." She said that she was the one who would sleep in another room if they did not sleep in the same bed. She said that they had sex in "his" room and he thought the bathroom was where you did "girly" things. She said that Joe and his friend peed in the yard. Wendi said that the apartment is small and she could hear into the living room from the bath. Wendi said that when she came out of the bathroom she found Joe on the floor in that same place that he had fallen. She said that he was lying flat. She said that when he sat up and displayed the knife he was not screaming, but spoke in a low voice through clenched teeth as if he were "dead set on doing something". She said that was not the usual "full blown rage" but something more threatening. She said that it was the

DEL011248

PCR000101

time she had seen this. She said that when he threatened to turn the knife on himself she felt guilty and she believed that he would do it. She said that she was confused because she "thought the whole evening had been about his killing himself." She said that she put her hand on top of his and they "pushed and pulled" and then the blood spurted and covered her glasses. She said that she could not recall anything more specific.

Wendi was tearful throughout the session, but not as agitated as she had been in recent sessions. She said that she believes that she has grown stronger during these years in jail and that she is becoming more able to handle this extremely difficult material. She said that she fears that she will have memory problems on the witness stand, but she said that she wants to tell her story especially so the Andrianos will understand. She said that she does not allow much of this information to come into her consciousness when she is alone, but it does not feel like dissociating. I encouraged her to trust herself and believe that she is able to emotionally contact these experiences when she has to. I asked her to reconfirm her permission to share this information with her attorneys and with Sharon Murphy and she said that I should.

DEL011249

Jun. 20  03  06:10a                                        4803680704          6-20 03 p.1

To: David DeLozier                                                           2 pgs
From: Kandy Rohde        CONFIDENTIAL

first time she had seen this. She said that when he threatened to turn the knife on himself

she felt guilty and she believed that he would do it. She said that she was confused

because she "thought the whole evening had been about his killing himself." She said

that she put her hand on top of his and they "pushed and pulled" and then the blood

spurted and covered her glasses. She said that she could not recall anything more

specific.

Wendi was tearful throughout the session, but not as agitated as she had been in recent

sessions. She said that she believes that she has grown stronger during these years in jail

and that she is becoming more able to handle this extremely difficult material. She said

that she fears that she will have memory problems on the witness stand, but she said that

she wants to tell her story especially so the Andrianos will understand. She said that she

does not allow much of this information to come into her consciousness when she is

alone, but it does not feel like dissociating. I encouraged her to trust herself and believe

that she is able to emotionally contact these experiences when she has to. I asked her to

reconfirm her permission to share this information with her attorneys and with Sharon

Murphy and she said that I should.

June 19, 2003  1:15 – 2:30 pm

Met with Wendi in contact booth. She said that she was back in B Tower because A

Tower was now being used for PC of anyone involved in a "child related crime." She

said that there was already "drama" with the girlfriends and wives and she wanted to

sleep her time away again. She appeared groggy and said that she had taken part of a

Seroquel. She said that she was getting Ativan at 10 am and 5 pm and that it helped her

relax. She said that she would try to sleep with the Ativan only and that she did not want

*Handwritten note:* Dave – I need more letters to authorize jail visits. Start w/ July 2 TX – K.

DEL011250

to be taking the Seroquel. She said that David had come to see her and ask her detailed questions about the sodium aside. She said that she did not understand why there were no fingerprints on the box because she thought both she and Joe must have handled it enough to leave prints. I asked if she thought it possible that Joe wiped the prints off and she said that it was her suspicion that the police had. She said that she still couldn't fathom that Joe could have put poison in the food in the refrigerator and that she had at times thought the police had done that, too. She said that she couldn't recall the name on the bottle they used and that David needed to know it. I recalled that she had said "elderberry" and she agreed. Wendi said that she is now more able to tolerate talking about the night of Joe's death. She seemed too sleepy to try to question her about the final struggle, but I asked her to think about it and make notes if anything came to mind. She said that David had said that she would testify and she said that she was afraid of the prosecutor. She said that she had been questioned in the hearing for the children's custody and she had become angry at the opposing counsel because he had tried to put words in her mouth. She said that it is hard to have "someone in your face" and not to get "an attitude." This seems like a different Wendi than the one questioned in the interrogation tape. The connection to feelings and that instinctive refusal to be bullied have been a long time coming.

DEL011251

PCR000104

Sep 30 03 05:14P                          4803680704                    P.1

*To David*
*From Kandy* { CONFIDENTIAL

giving herself up another in codependency and as long as she was asking Robin for the

things that Wendi needs it is not that. She said that she had been in a spiteful adolescent

drama with Robin and acknowledged that it was a power struggle. This seems

appropriate for Wendi because the struggle for power is conscious and she does not feel

guilty trying to get something for herself even when Robin calls her selfish. Wendi cried

and said it had been very unpleasant. I urged her to speak frankly with Robin, not to give

herself up and not to get even if she feels like Robin is engaging in a power play. I asked

to call me if there is any physical violence because I believe it is mandatory that Wendi

not befriend anyone who might abuse her physically. She agreed. She asked me to return

in a week.

September 24, 2003 12:30-1:30

Met with Wendi in contact booth. She said that she had asked David to help Laurie

Warren her former roommate and she was worried that Laurie had not met him this

morning. Wendi said that Laurie had said that she would help Wendi in exchange. It

seems that Wendi is trusting people unworthy of her trust. I asked if she were prepared to

be disappointed and she cried. I suggested that she be aware of the differences between

the jail culture and the outside culture. She said that she still knew how she was and

would be able to return to a less threatening dramatic world. Will speak to Dave. Wendi

said that Dr. Garcia has still not returned. I am concerned that she needs to see him to cut

the ativan down from the 4 mg she is now taking.

September 29, 2003 6:15 pm -8:15 pm

Received a call from David that Wendi was in the psych ward at Durango after a suicide

attempt. Met with Wendi face to face in psych ward. She was very thin and pale. Her

DEL005440

Sep 30 03 05:14p

4803660704          P.2

hands were cold. She cried on and off, but generally seemed possessed. She said that she
had reached her breaking point with Robin and her clique who were manipulating and
threatening her. She said that she had begun to feel anxious aand upset Wednesday night.
She said that Baby was in the next pod and she had been talking to her through the glass.
She said that Robin had become angry and possessive. Wendi said that she could not
ignore Robin anymore. She said that she asked the guards to get her out. She asked to be
transferred to the pod that Baby was in. The guard agreed to put Wendi in voluntary lock
down until an evaluator could come and see if it would be safe to drop the "keep away"
from Baby. Wendi said that by the third day she feared that she would be left in lock up
indefinitely. She said that she was terrified of an extended stay there because of the
emotional strain of the last time she had been in solitary. The last time she was in for 30
days and the guards threatened her with 90 days if she ever went back again. It seemed at
the time that the indeterminate sentence along with the lack of a valid reason for isolating
her made her feel out of control of her own life. Wendi tries to find ways of coping that
allow her to feel that there is some order to her life. She seems to become anxious when
she perceives chaos. Wendi asked a guard whom she trusted to check her file and see
when the evaluator was coming. The guard found out that Wendi was in involuntary lock
down and no evaluator was scheduled. Wendi said that the confirmation of her worst fear
set off an extreme sense of anxiety. She said that she felt trapped and could think of no
way to manage her anxiety. She said that she tried listening to Christian music and
praying, but that when the commercial came on she could no longer distract herself. She
said that she calmly wanted to die. She said that she intentionally cut the vein at the fold
of her elbow. She said that she had looked at pictures of her children and had written a

DEL006441

PCR000106

letter and had not cried.  She said that she felt peace about escaping the angst.  Wendi said that she watched the blood seep out and puddle calmly thinking that she wondered how long it would take.  She said that she passed out at some point and woke up with bright lights in her eyes.  She said that she was given blood and fluids in the hospital and was sent back on the bus to Estrella jail.  She said that she had cut herself Saturday (late afternoon?) and had been in jail that night.  Wendi said that she slipped in and out of consciousness on the bus.  She said that they took her back to Durango to the psych hospital.  At the hospital she was questioned by a nurse (?).  The nurse spoke abusively to Wendi and insisted that Wendi stop blaming others for her suicide attempt.  She put Wendi into a black molded restraint chair at about 5 a.m. Sunday.  Wendi said that she had urinated on herself while she was unconscious.  She said that she was cold and weak.  She said that the woman left her in the restraints for 6 hours during which she would return and ask Wendi to admit responsibility.  Wendi said that she could not move at all in the chair.  She said that her body was held in a painful posture as she waited without knowing if and when the treatment would end.  She said that she got no water or food and she felt weak, frightened and angry.  She said that she tried to reason with the woman, but that she would not listen to Wendi's explanation.  Wendi said that at 11 a.m. she was taken out of the restraint chair and was put in four point restraint on a cot.  She said that this was also painful and that she could not sleep.  She said that a doctor came out to see her and remove two of the restraints so that she could move enough to sleep.  Wendi said that she tried to tell the hospital staff that she was not suicidal and that this was an impulsive act.  She said that she felt like she was treated like a trouble maker rather than someone in distress.

DEL006442

Sep 30 03 05:15p                                    4803680704              p.4

I spoke to the nurse on duty and the social worker (Laura). The nurse said that Wendi's medical records were at Estella not Durango. I asked if they were aware of the fact that Wendi had been prescribed 4 mg of ativan. They said that she was on 1mg twice a day. Wendi told me that they had cut her ativan from 4 mg to 2 mg on Wednesday. That was the day she began feeling unable to handle the anxiety. It seems that she would have been feeling rebound anxiety from the cut in her ativan which could reasonably have made it impossible to cope with the social stress of the pressure from Robin and her crowd as well as the fear of indefinite involuntary lock down. Laura assured me that Dr. Garcia was back and would handle Wendi's case at Estrella. Wendi said that she was cold and had asked for an extra blanket, but that they did not have her records authorizing another blanket. I asked the nurse and she said that she would write the request. She also said that Wendi was getting 2 prenatal vitamins as well as 2 mg of ativan and a seroquel for sleep. I am concerned that Wendi's weight is very low and she needs food water and rest to regain her health. Wendi said that she no longer wanted to die and would not do anything to hurt herself.

DEL006443

Oct 03 03 11:19a     *Andriano*     4803680704     p.1

TO: DAVID
FROM: KANDY    CONFIDENTIAL

Wendi Adriano October 2, 2003 3:30 – 4:45pm

Met with Wendi at Durango psych unit. She looked puffy and pale when I arrived and said that she had taken seroquel. She said that she had asked the doctors about it and they said that it was from the blood loss. By the end of the session she seemed less swollen. Wendi detailed the time line of the suicide attempt:

She cut her arm about 5 pm Saturday. She was aware of the second shift of guards when and they leave at 11 pm. She was aware of the third shift of guards who come on at 11 pm. She knows that she was in county hospital for some period of time, but she does not know how long. She knows that she told them that she was well enough to be transported back to jail. She remembers being on the bus to Estrella and that she was very cold. The third shift was on when she returned to Estrella. They go off at 5 am. Wendi recalls that she was put in the chair at Estrella at about 5:30 am. She said that she had no food or water since breakfast Saturday. She was locked in the chair until noon. The nurse scolded her several times telling her that she needed to be punished for what she did so she would not do it again. (Therapeutically, this is inappropriate because driving a suicidal person deeper into despair is more likely to increase suicidality.) Wendi said that she told the nurse that this was inhumane. Wendi said that she was shivering and her nails were blue. Wendi was taken out of the chair at noon and was told to stand up to get on the bus. She was too weak to stand and a guard (Branson) gave her bread. She ate the bread and was still too weak and he offered milk. Wendi said that she still couldn't stand and was in and out of consciousness. They were trying to chain her to another girl when Wendi fell. She said that she saw the milk on the floor. She said that the guards dragged her up the steps onto the bus. She was wet and couldn't lift her head. She said the transportation guards were saying "hurry and Stand" and she kept saying she couldn't and that she was going to pass out. She said that she was wet and too weak to lift her head so she only looked at the ground. Wendi slept on the bus and felt someone poke his finger into her chest to wake her. She said that they pulled her by the arm off the bus and put her into a wheel chair. When she got to D2 at Durango she got to change her wet clothes. She was four pointed on a cot. Wendi told the nurse what had happened and she got a doctor to look at Wendi. He allowed the restraints to be partially removed (two point) saying

Wendi said that the protocol for a suicide attempt is 6 hours in the chair if the attempt is more drama than suicide. Wendi's blood loss seems to have serious enough that this should have been viewed as a medical emergency as much as a psychiatric one. Punishing suicide attempts seems cruel and counterproductive at any rate.

At this visit Wendi expressed optimism about the trial and the attention she getting from the defense. She said that she finally believes the end is in sight. She said that she has adjusted to the current dose of ativan. I encouraged her to talk to Dr. Garcia about slowing weaning it down some more. She said that she is resting and reading and feels better, but is still extremely weak.

DEL006444

Apr-14-2004 09:13am From-                                    T-900 P.002/003 F-289

To: Sharon Murphy ~~~ ~~~ ~~~
From: Kandy Rohde 480-443-1351 CONFIDENTIAL

2 pages said that it leads to her feeling like her mother expects her to be perfect in order to earn
God's love to be freed. She said that she no longer believes that she has to keep doing
these tasks to get God's goodwill. She said that she believes that He accepts her even in
imperfection and that He will lead her to the place He believes she belongs. She asked
me to deliver a letter to Dave to have him speak to her parents.

December 3, 2003

Met with Wendi in D-2. She said that she had read all the books. She said that she had
been extremely fearful of going back to Estrella and had been assured by Dr. Perry that
she would not be leaving. Wendi said that she feels strong and healthy. She said that her
roommate had asked to move out and it was the first time that had happened to her. She
said that the roommate worried that Wendi would disclose the woman's bladder problem.
Wendi said that she was feeling better about her parents and she thought that Dave had an
impact. She said that she was meeting more with Dan and Patrick and Dan had
encouraged her about the trial's outcome.

December 16, 2003

Met with Wendi in Durango visitors' room. She said that she was put on 20 days
restriction because they found "contraband" in her room. She said that she cannot have
commissary and is not getting enough food. She said that she might be on another 30
days because the guards found a seroquel on the floor and blamed her. She said that it
was not hers and she is appealing it. She will talk to Donna about buying pants during
after Xmas sales. She said that Dan seems optimistic about the trial outcome and she is
encouraged. She said that she has begun to think about rebuilding a life outside of jail
and she is frightened. She said that it puts her in touch with the old feeling of being
relieved by being in jail. She said that she is thinking of going into a photography studio
with her dad.

January 5, 2004  12:45-3:00

Met with Wendi in Durango visitors' area in contact room. She reported feeling isolated
and unhappy. She will be on restriction until January 24. She said that she has been
obsessing over the trial date. She said that she is not sure that she can tolerate another
continuance. She said that she is having suicidal ideation and she does not want to tell
her attorneys because it will look like she is leveraging them. I urged her to tell them the
truth and to find out if there is any chance that the trial will be delayed again. I urged her
to make a concrete thought of the ways she has to lift herself out of the suicidal thoughts.
She said that she is always happy when she gets a letter and when she can sing to the
radio. She agreed to focus on those solutions when her thoughts start to go to suicide.
She said that she consciously wants to live and is frightened by the thoughts.
Wendi said that restriction is harder than in Estrella because she is with people with
whom she cannot socialize. She said that Christmas without contact from her family was
depressing. She said that she was visited by the lawyer for her child custody case and he
was discouraging about the possibilities of getting the kids back even if she is acquitted.

DEL001813

Apr-14-2004  08:14am  From-

T-900   P.003/003   F-289

Wendi said that she is taking her meds as prescribed and that she would make no suicide attempt. She said that she will call me if she needs to talk.

She said that she had spent time trying to reconstruct the last moments of Joe's life. She said that she is feeling responsible for trial preparation and it is motivating her to face the thoughts that she tries hard to avoid. She said that she tries to see the moment of Joe's death and she feels hopeless because she has no visual image. I held my pen in my hand and asked her to move me into Joe's position so she could reenact the moment. She showed me that she was sitting with her legs under her as she knelt over Joe. She said that she had come out of the bathroom when he became quiet. She said that he had been leaning forward when she hit him with the stool and the blood had flowed forward over his face. When she came out of the bathroom and knelt next to him, he rolled over and she saw his face again. She said that the blood had pooled in his face from leaning forward when she beat him with the stool and it looked horrible. She said that she had not expected him to look that bad. She said that she asked if he were ok. She said that as he rolled over she could see the knife in his hand. She said that she felt no fear, only compassion because he looked so bad. She reported that he said "Look what you did to me. I might as well kill myself now." Wendi said that she thought "What does he want?" She said that Joe's emotions during that evening had been a roller coaster from suicide to fear to anger and now what? She said that she remembered thinking "Here we are in another situation where it's my fault again so I'm not going to let him kill himself." She said that she was not sure if he was really going to do it but she did not want to take the chance. She said that she put her hand over his. He was holding the knife in his right fist with the blade facing him. She said that as she put both of her hands over his, he began to struggle for control of the knife. She said that she tried to pull it away from him with both of her hands. She said that the knife was about 4 inches from him. She said that she still couldn't "see" the moment but she could "hear" it. She said that no words were spoken after Joe said that he would kill himself, but there was a thud followed by a "gurgly breath." She said that she felt a warm spray of blood over her. I asked if she had closed her eyes during the struggle and she said that she thinks that she had closed her eyes when she saw the blood pooled in his face.

Wendi seems to have no gap in time in this memory only a gap in what she saw. She said that she is certain that she was not angry but was emotionally numb. She said that she knows that she did not want him dead and she knows that she was afraid that he would kill himself. She said that she remembers thinking that Joe never took responsibility for anything and that he was going to make his suicide her responsibility. It seems highly unlikely that Wendi would have tried to kill Joe if she were not motivated by fear. Her history was to avoid him and be passive, not to be aggressive. Even the beating with the stool was to stop him from killing her.

Wendi said that the 911 operator told her to turn Joe over to make sure he was dead or to give him mouth to mouth. Wendi said that Joe had fallen with one leg over the other and he was hard to turn over. She said that he was heavy and she had to roll his legs to roll him over. She said that his legs were crossed when he was rolled on his back and she recalls the police making an issue of that position.

Wendi said that she was surprised at how strong Joe was that night and she had used all her strength to restrain him and had failed. Wendi sat still in her chair and said that she felt nausea and did not want to go any further.

DEL001814


PCR000111

APR-28-2004 13:35  FROM:                                    TO:6025068289        P.1

To: Scott MacLeod/ Sharon Murphy      4pgs
From: Kandy Rohde
480-443-1351

Met with Wendi in visitation room without privacy. She asked me if I knew about Travis
Black, then proceeded to tell me that she had met him at Rockin' Rodeo and then had
had a one night stand with him. She said that she was rehearsing Joe's death and feeling
single. She said that the sex was not satisfying and that he was kind. She said that she
had cried before they had sex because she felt conflict over doing it, but she did not want
to be a "tease." Wendi seemed to have always taken her "commitments" so seriously that
she used the language to negotiate against herself. She said that Joe must have been
angry about that event and not about Rick because she had used a condom from Joe's
drawer and he knew it was missing. She said that he had many condoms and had to
count to notice. This seems to confirm his sexual possessiveness of her.
Wendi gave me the mitigation document which I have read. I am disappointed in its flat
tone, yet I am not sure that I am the one to comment. Wendi asked to me to read it and
edit. I will talk to the defense. David DeLozier came in to visit her and he sat down with
us. He said that he believed that the defense was coming together and that they were
meeting tomorrow. He said that he would be fine whether he was asked to speak or not.
Could this be true when she is his client in such a personal way? Wendi said that she
believes that things are happening as God intended and she is feeling more and more
confidence in Dan's understanding of the case. She said that she has more confidence
about talking to the prosecution's expert and she knows that she can be calm if she tells
the truth.


April 26, 2004

Met with Wendi in legal booth. She said that she and Dan had realized that she had done
things to get money for Joe's needs while at San Riva. She said that she could not
specifically recall the demand Joe made on her, but did recall the first demand which was
to pay off a $2200 Radio Shack bill. Wendi said that she was working at Sierra
Mechanics on her day off to help them stay afloat financially. She said that Joe expected
her to keep expanding her ability to cover financial demands and she kept trying to
comply. She said that she never told him that it was his responsibility to pay his own
bills. She said that Joe's entire Casa Grande crowd had houses except them and Joe
"made her feel responsible" to get them a house. Joe said that Marcy (his former
girlfriend whose father was a well off builder) would have gotten him a house. Wendi
said that it did not enter her mind that it was Joe's responsibility to provide them a house.
She said that he said "You know you can always get your hands on money." Wendi said
that she went to her parents for money until she could no longer face them.
Wendi said that she spent four hours with the prosecution's psychiatrist. She said that it
was grueling and that she cried several times. She said that he tried to engage her anger
and her flirtation. She said that she believes that she will have another interview with
him. She said that she felt like he was trying to make her afraid of the prosecutor by
saying how tough and theatrical he is.
I wanted to explore Wendi's history with men and sex because Scott brought up issues of
the absence of mention of her fathers in the mitigation document. Wendi said that she
had no recollection of her natural father. I think that Donna is the best source of
information on him. I believe from Wendi's inability to be appropriately sexual as well
as her ability to dissociate is because she was molested by her natural father. Donna told

019564

PAT019619



APR-28-2004 13:35  FROM:                                    TO:6025068289        P.2

me that he had (or is now) served time for molestation and there is a history among the
men in that family. This was helpful to me in assessing Wendi as well as Donna. While
I have no direct information about Donna's history, I can see that she has chosen a
sexually repressed way of living and of relating to her child.

Wendi said that she remembers Alejo as her father always. She said that he is more
liberal than Donna. She said that she was always "Daddy's little girl" and that they had a
joking and lighthearted way of interacting. Wendi said that she is a "flirt" but that flirting
is not a prelude to sex in her mind. She said that she flirts with her father and she defines
that as being charming and attentive and lighthearted. She said that she knows that she
can use that behavior to get attention. She said that she was able to get the attention of
the best looking man in the room by behaving that way. She said that she always picked
the man and was never the one pursued. She said that she thought of herself as
intimidating to men and that by picking the most attractive man she found someone with
enough confidence that she would not intimidate him. She said that she remembered
picking out a boy at a Christian conference when she was a teen. She said that the other
girls were giggling about him but she was the one who approached him. She said that she
spent the conference with him and that nothing sexual happened, not even handholding.
She said that she liked this conquest without sexual obligation. Wendi said that she did
the same thing when she picked Joe. She said that he could be "the life of the party" in
the bars "with a few beers in him". She said that she wanted his attention but did not
want sex with him. She said that she liked to hug and kiss and cuddle but it was not
sexual for her. She said that she never felt stirrings in her body from contact with men.
She said that she read romance novels and never felt sexually aroused. She said that
other women told her that the romance novels aroused them and Wendi did not
comprehend the feeling. Wendi said that she was able to go to bars in Casa Grande
because her Mexican cousins would protect her if any man got too forward. She said that
Billy (Nicholas' godfather) once knocked a guy out in a bar to protect her. Wendi said
that after she was married to Joe she would flirt with him in the bars and his friends were
jealous that Joe's wife still flirted with him. She said that she shut her mind to the idea
that she would have to have sex with him later in the evening. She said that he expected
sex whether she flirted or not and that the sex was "wham, bam, thank you ma'am." She
said that she did not think she could say no to Joe because it was her "marital duty" to
have sex when he wanted it. She said that she never had an orgasm with any man, not
Joe, Travis or Rick. Wendi said that shortly after Nicholas was born, Joe insisted on
having intercourse with her even though she was not healed from the baby's delivery.
She said that he had insisted on having sex with her at the end of the pregnancy. She said
that Nicholas was overdue and Joe said that sex would help her go into labor. Wendi said
that she asked the doctor to induce because she wanted the sex to end. She said that she
was so big and miserable that she found the sex nearly intolerable, but she did not tell Joe
no. She said that sex really became distasteful during this time. She said that she had
hoped for more consideration from Joe.

Wendi said that Joe gave her no affection. She said that she initiated hugs and that he put
his put his arms limply around her. She said that he did not like to kiss or hold hands and
that one time she sucked on his lip while she was kissing him and he told her never to do
that. She said that it hurt her feelings and she never tried it again.

013565

PAT019620

PCR000113



APR-28-2004 13:35 FROM:                                    TO:6025068399          P.3

Wendi said that she became aware of sexual feeling for the first time in jail. She is
extremely concerned about Donna's knowing about this. She said that she was seduced
by a female inmate (Tina Stine) who took months to get her to the point that they had sex.
She said that this woman gave her the touches and caresses that she had craved and that
she pursued Wendi openly. Wendi said that it was the first time anyone pursued her. It
seems that it was the first time that Wendi was aware of being pursued because I doubt if
she was as intimidating and off-putting to men as she portrays. It also seems that the men
that her cousins protected her from must have been in pursuit of her. I think she defines
pursuit by her choosing to approach in the first place. Wendi said that Tina Stine never
penetrated her and that she felt safe because of that. She said that she was able to have an
orgasm with Tina giving her oral sex. Wendi said that she loved it and it was
"addicting." She said that she has a fear of penetration and is not sure if she could enjoy
sex with a man now. She said that she corresponds with a man whom she does find
sexually attractive, but that her attraction to him has never been put to the test by sexual.
contact. She said that his letters do arouse her sexually. Wendi said that she never
wanted sex with Travis Black or with Rick Freedman sp?. She said that she was aware
that she owed it to them and thought that was always the way with men. She said that she
likes kissing and being held and then it never crossed her mind that she could say no.
She said that "as soon as the clothes are off she wants to stop."
Wendi said that she learned about sex from Alejo and could never talk to Donna about
sex. She said that he has always been the parent she has gone to for open discussions.
She said that when she asks him for guidance, he asks if she wants it as a friend, father or
minister. She said that he is able to reconcile the differences in point of view. I find that
Wendi is more able to open her point of view now than she was 3 years ago. At that time
she clung to a literal Biblical interpretation of appropriate behavior and she went to her
mother for authority.
Wendi said that she got into the sexy stories through a roommate in jail named Kelly.
Kelly wrote stores for a guy who put money on her books in exchange for them. Wendi
said that she had read many romance novels and had story ideas from them. She said that
Donna reads a lot of romance novels too. Wendi tried writing a story and Kelly edited it
to make it raunchier ("more ghetto"). Around that time Tina Stine was moved to another
pod and was hanging around with another woman. Wendi said that she was jealous and
she wanted to shock Tina into thinking of her as a sexual person. Wendi wrote a story
and Kelly edited it and sent it to Tina. Tina was amazed and said that she didn't know
that Wendi had it in her.
Wendi said that she put Kelly up to reading her story to Alejo. She said that she told him
about the Tina letter. Wendi said that Alejo said that she should send stories to him for
the internet. Wendi said that someone Alejo knows from his photography was his
connection into the internet. Wendi said that these photographers have "lingerie parties"
some of which are innocent and some are more provocative. Wendi seems to have open
knowledge of these enterprises and does not think they are inappropriate. It seems that
Wendi has never connected the "flirtatious" element of Alejo's personality with the
actual sex act. It seems that he was sort of her perfect man, sexually involved without
actions. Wendi said that he continues to be a flirt and she sees him watch the women
when he visits her.

019566

PAT019621

APR-28-2004 13:37 FROM:                                TO:6025068289        P.4

Scott: Wendi has gone out on limb to give me this information and I am expecting it be used sensitively, given that I understand that it does relate to the underpinning of her thwarted sexuality. Wendi asked that David do the power point because he knows her best, but she wants Dan to do the main part of the opening. She said that if she has to choose one of them to do the whole opening, she wants Dan because she believes he has the charisma. Please let me know if I can be of help. Wendi also wanted to be sure that you were aware that she beat Joe with the detached legs of the barstool which had wood screws at the end. She thinks that might be why he has point cuts on his scalp. She is certain the she never took the knife to his head and she has never budged on that belief.

019567

PAT019622

PCR000115