**Wendi Andriano**

Booking Number: A631830
PID Number:     000082785

CHS Special Needs Treatment Plan (SNTP) Form

I. Counselor's Assessment continued

| | | | |
|---|---|---|---|
| ☐ Violent Behavior toward others | | 0 | charge: remains unsubstantiated, no other incidents reported or observed |
| ☑ Violent Behavior toward self | | 2 | Serious SA led to D-2 admit |
| ☐ Property Destruction | | 0 | not observed/reported |
| ☐ Eating Problems | | 0 | not observed/reported |
| ☑ Sleep Problems | | 1 | difficulty maintaining sleep |
| ☐ Inappropriate Behavior | | 0 | not observed/reported |
| ☐ Alcohol Abuse | | 0 | denied |
| ☐ Drug Abuse | | 0 | denied |
| ☐ Compulsive behaviors (not already specified) | | 0 | not observed/reported |
| ☐ Housing Problems | | 0 | can return to family home if released |
| ☐ Poor Personal Hygiene/Dress | | 0 | good |
| ☐ Social Support | | 0 | good; family, legal team |
| ☑ Other | | 2 | Significant stress due to facing trial on capital case whose outcome could include death sentence |

*Current Summary of problem:*

Pt coping strategies overwhelmed by multiple circumstances including time in custody, sleep disturbance, severe legal status, and unexpected placement in isolation in GP. Pt frightened by her impulsive decision to suicide.

*Counselor*
Signature: _____

Date: _____9 / 30 / 03_____

2

012655

PCR000153

**Wendi Andriano**

**CHS Special Needs Treatment Plan (SNTP) Form**

Booking Number: A631830
PID Number: 000082785

SNTP3

**II. Counselor's Assessment continued**

**Clinical History**

☐ **Prior Psychiatric Hospitazations**

Date of Most Recent:

Prior Hospitalizations

| N/A | | ROI sent on | |
| | | ROI sent on | |
| | | ROI sent on | |

☐ **Prior Outpatient Mental Health**

Date of most Recent OP tx

Place of most recent OP    N/A

☐ **Prior Residental Treatment Program**    N/A
☐ **Hx DeTox Service**
☐ **Prior OP drug/alcohol abuse service**

**Significant family mental health history:**

N/A

**Counselor Impressions:**

Pt comes to D-2 following nearly 3 years in custody. Pt facing capital charge, recently placed in adseg. Pt made serious SA by cutting arm. Cannot say why. Unanticipated by all service providers, family and legal team. Increasing stress of incarceration, legal status, and toxic GP environment have combined to erode pt's ability to cope successfully.

3

012656

PCR000154

CHS Special Needs Treatment Plan (SNTP) Form

Booking Number: ADRIANO, WENDI
PID Number: 08-26-70   C/F

CCCC82785

### III.  Psychiatric Assessment (To be completed by psychiatric provider in three working days.)

| Y | N | Symptoms | Description |
|---|---|----------|-------------|
| ☑ | ☐ | Alert | |
| ☑ | ☐ | Oriented | |
| ☑ | ☐ | Appropriate Grooming | |
| ☑ | ☐ | Clean | |
| ☑ | ☑ | Motor Activity Normal | |
| ☐ | ☑ | Euthymic | |
| ☑ | ☑ | Speech Normal | |
| ☑ | ☑ | Associations Loose | |
| ☑ | ☑ | Flight of Ideas | |
| ☑ | ☑ | Tangential Thoughts | |
| ☑ | ☑ | Concrete Associations | |
| ☑ | ☑ | Blocking | |
| ☑ | ☑ | Auditory Hallucination | |
| ☑ | ☑ | Visual Hallucinations | |
| ☑ | ☑ | Delusions | |
| ☑ | ☑ | Suicidal | |
| ☑ | ☑ | Self Injurious | |
| ☑ | ☑ | Homicidal | |
| ☑ | ☑ | Destructive | |
| ☑ | ☑ | Memory Impaired | |
| ☑ | ☑ | Insight | |
| ☑ | ☑ | Judgement | |
| ☑ | ☑ | Attention Span Normal | |
| ☑ | ☑ | Cognition Intact | |

Axis I: _ADJUSTMENT DM_   Axis IV:

Axis II: _Mixed Feature_   Axis V:

Axis III: _DEF_   AIMS test results: _⊖_

**Psychiatric Provider Impressions Recommendations:**

_VERY ARTICULATE. GOOD VARIETY. CONSIDER-_
_ING  3 YR IN JAIL_

Psychiatric Provider: _K. Hoffert MD_

4                    K. Hoffert MD #303

012657

PCR000155

**Wendi Andriano**

Booking Number: A631830
PID Number:      000082785

## CHS Special Needs Treatment Plan (SNTP) Form

Initial Assessment (Within three working days of admission)    DATE COMPLETED:    9/29/2003

A. Discharge Criteria (stated in behavioral/measurable form)

> No DTO/DTS 100% x 14 days
> Increase coping for current situation 25% x 14 days

B. Discharge Pl
To General Population (includes special precautions or supervision/support needs, mental health outpatient, other)

> F/U outpt psych as Rxd by discharging psych MD or PRN

To the Community (include residential, mental health outpatient, vocational, etc.)

> Refferal as appropriate

Follow-up Assessments (at fourteen working days and monthly therafter)

DATE REVIEWED __/__/__       DATE REVIEWED __/__/__       DATE REVIEWED __/__/__

DATE REVIEWED __/__/__       DATE REVIEWED __/__/__       DATE REVIEWED __/__/__

A. CHANGES in Discharge Criteria (state in behavioral/measurable te

_____

_____

_____

B. CHANGES in Discharge Plans: (To General Population (include special precautions or supervision support needs, mental health outpatient, other)

_____

_____

To the Community (include residential, mental health outpatient, vocational, etc.)

_____

_____

_____

5

012658

PCR000156

DOC082785
ANDRIANO, WENDI
08-19-70   C/F

Date Initiated: _____

Special Needs Plan *Update* Goals, Objectives and Interventions

Patient's Name  ANDRIANO          BK # _____ Today's Date __/__/__

1.  Goal Area: Psychiatric Symptoms
    (Completed by Psychiatric Provider)

2.  Goal Area: Dangerous to Self/Others
    (Completed by Primary Counselor)

GOAL(s): (1) ↓ DEPRESSION
         (2) ↑ w/Noth

GOAL(s):  No DTO/DTS

OBJECTIVES (in behavioral measurable terms):

A.  30 v/o ↑ 1x)
    SENSE OF PEOPLE

B.  Adr/o No 50-
    CDMD

C.  _____

OBJECTIVES (in behavioral measurable terms):

A.  pt will make no plan
    to harm self/others

B.  pt will take no action
    to harm self/others

C.  pt will notify staff of
    thoughts/feelings/intentions
    to harm

INTERVENTIONS (Specify activity & frequency)

1.  MHERP

2.  1:1

3.  SPD4RY

INTERVENTIONS (Specify activity & frequency)

1.  1:1

2.  Groups

3.  _____

012659

Date Initiated: _____

Special Needs Plan *Update* Goals,
Objectives and Interventions con't

3.  Goal Area: Behaviors Precluding Less
    Restrictive Placement
    (Completed by <u>Primary Counselor</u>)

GOAL(s): 9 coping skills
for current situation.

OBJECTIVES (in behavioral measurable terms):

A. Identify most pressing
issues.

B. Identify current coping
strategies and pros/cons

C. generate new or al-
ternative strategies

INTERVENTIONS (Specify activity & frequency)

1. 1:1

2. Groups

3. _____

4.  Goal Area: Medical Concerns
    (Completed by <u>Nursing</u> or <u>Medical</u>)

GOAL(s):

No current
medical concerns.

OBJECTIVES (in behavioral measurable terms):

A. _____

B. _____

C. _____

INTERVENTIONS (Specify activity & frequency)

1. _____

2. _____

3. _____

012660

PCR000158

ANDRIANO

Signature for SNTP

```
CCUCH2765
ANDRIANO,WENDI
08-26-70   C/F
```

Patient _____   Date _____

Patient comments _____

Date Initiated: ___ 10.9.03 ___

ComCare notified: Yes/No   Date _____   Message left with: _____
(if present, signature)

Psychiatric Provider: _____  K. Hollert MD #1 Call CIII #402  Date: 10/9/03

Counselor: _L. King CIII #427_  Date: 10·9·03

RN/LPN: _____  F Despain LPN #705  Date: 10-9-03

Medical Provider: _ D Anderson RNC #217  Reynolds PAC #131  Date: 10-28-03

Unit Manager: _____  R Lively CIII #422  Date: 10/9/03

*Full Special Needs Treatment Plan Update Reviews (Must be completed at least every 30 days)*

Review DATE: __11-5-03__  R Lively CIII #422

CHS PARTICIPANTS SIGNATURES  P.K. Despain MD CH311  R. Reynolds PA-C #131
L. King CIII #427  F Despain LPN #705
R Reynolds PAC #131  L Call CIII #402
GEMMA M. PERRY, PsyD  B. Anderson RNG #217  11/6/03

ComCare Notified: Yes  No  Date _____   Message left with: _____
(if present, signature)

PROGRESS AND/OR CHANGES to Goals/Objectives

_____
_____
_____

CHANGES to Interventions

_____
_____
_____

012661

**Wendi Andriano**

CHS Special Needs Treatment Plan (SNTP) Form

Booking Number: A631830
PID Number:  000082785

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

1. **Goal Area: Psychiatric Symptoms**
(Completed by Psychiatric Provider)

**GOAL (s)**

**OBJECTIVES (in behavioral measurable terms):**

A

B

C

**INTERVENTIONS (Specify activity frequency)**

1

2

3

1. **Goal Area: Dangerous to Self/Others**
(Completed by Primary Counselor)

**GOAL (s)**

No DTS/DTO

**OBJECTIVES (in behavioral measurable terms):**

A pt will make no plan to harm self/others 100% x 30 days

B Pt will take no action to harm self/others 100% x 30 days

C Pt will notify staff of any thought, feeling, intention to harm self or others 100% x 30 days

**INTERVENTIONS (Specify activity frequency)**

1 1:1 weekly with counselor at least 30 min weekly

2 participation in all groups offered

3 Support/encouragement by staff

6

012662

PCR000160

**Wendi Andriano**

Booking Number:  A631830
PID Number:      000062785

**CHS Special Needs Treatment Plan (SNTP) Form**

### V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

| 4. Goal Area: Behaviors Precluding Less Restrictive Placement (Completed by Primary Counselor) | 5. Goal Area: Medical Concerns (Completed by Nursing or Medical) |
|---|---|
| **GOAL (s)** | **GOAL (s)** |
| Increase coping skills for current situation | |
| **OBJECTIVES (in behavioral measurable terms):** | **OBJECTIVES (in behavioral measurable terms** |
| A Identify pressing issues that lead to distress or negative consequences | A |
| B Identify current coping strategies and pros/cons of each | B |
| C Generate alternative strategies and steps by which to apply them to current circumstances | C |
| **INTERVENTIONS (Specify activity frequency)** | **INTERVENTIONS (Specify activity frequency)** |
| 1 1:1 weekly with counselor at least 30 min per week | 1 |
| 2 Participation all groups weekly | 2 |
| 3 Support/encouragement from staff PRN | 3 |

7

012663

PCR000161

Name _ANDRIANO, WENDI-_

Booking Number:
PID Number:

**CHS Special Needs Treatment Plan (SNTP) Form**

Signature Page - SNTP              Date Initiated _12·4·03_

**PATIENT**

Patient Signature: _____ Date: _____

Patient Comments: _____

_____

**RBHA**

Notified: [Yes] [No] [NA]      Date:_____ Message Left With: _____

Case Manager _____ Date: _____

**CHS STAFF SIGNATURES:**

Psychiatric Provider: _____ R Venkatabalaii MD #___ Date: 12/30/03

Counselor: _____ G Ziegler CIII #404 Date: 12·4·03

RN/LPN: _____ D Anderson RNC #217   F Despain LPN #705  Despai, Date: N 12/4/63

Medical Provider: _____ Date: _____

Call Manager: _____ Date: 12-4-03

Other: _____ M Lothian CIV #423 Date: 12·4·03

Other: _____ L Call CIII #402 Date: 12/4/03

Other: G. Perry Psychologist #325 _____ Date: 12/4/03

**Update/Reviews**              Date of Update: _12·30·03_

_Full Special needs Treatment Plan update Reviews (Must be completed at least monthly)_

CHS PARTICIPANTS SIGNATURES
_____ King _____ G Ziegler CIII #404
F Despain LPN #705
Despain LPN
_____ G. Perry Psychologist #325

**RBHA**

Notified: [Yes] [No] [NA]   Date:_____ Message Left With: _____

Case Manager _____ Date: _____

**PROGRESS AND/OR CHANGES to Goals/Objectives**

_____

_____

_____

**CHANGES to Interventions**

_____

_____

_____

012664

**Wendi Andriano**

Booking Number: A631830
PID Number: 000082785

**CHS Special Needs Treatment Plan (SNTP) Form**

---

**V. Special needs Plan goals, Objectives and Interventions**
(to be completed by clinical team within 14 days of admission)

| 1.  Goal Area: Psychiatric Symptoms | 1.  Goal Area: Dangerous to Self/Others |
|---|---|
| (Completed by Psychiatric Provider) | (Completed by Primary Counselor) |

| GOAL (s) | GOAL (s) |
|---|---|
|  | No DTS/DTO |

**OBJECTIVES (in behavioral measurable terms):**

| | Psychiatric Symptoms | Dangerous to Self/Others |
|---|---|---|
| A | | pt will make no plan to harm self/others 100% x 30 days |
| B | | Pt will take no action to harm self/others 100% x 30 days |
| C | | Pt will notify staff of any thought, feeling, intention to harm self or others 100% x 30 days |

**INTERVENTIONS (Specify activity frequency)**

| | Psychiatric Symptoms | Dangerous to Self/Others |
|---|---|---|
| 1 | | 1:1 weekly with counselor at least 30 min weekly |
| 2 | | participation in all groups offered |
| 3 | | Support/encouragement by staff |

6

012665

PCR000163

**Wendi Andriano**
Booking Number: A631830
PID Number: 000082785

**CHS Special Needs Treatment Plan (SNTP) Form**

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

**4. Goal Area: Behaviors Precluding Less Restrictive Placement**
(Completed by Primary Counselor)

**GOAL (s)**

Increase coping skills for current situation

**OBJECTIVES (in behavioral measurable terms):**

A | Identify pressing issues that lead to distress or negative consequences

B | Identify current coping strategies and pros/cons of each

C | Generate alternative strategies and steps by which to apply them to current circumstances

**INTERVENTIONS (Specify activity frequency)**

1 | 1:1 weekly with counselor at least 30 min per week

2 | Participation all groups weekly

3 | Support/encouragement from staff PRN

**5. Goal Area: Medical Concerns**
(Completed by Nursing or Medical)

**GOAL (s)**

**OBJECTIVES (in behavioral measurable terms**

A

B

C

**INTERVENTIONS (Specify activity frequency)**

1

2

3

7

012666

PCR000164

ANDRIANO, WENDI

Signature for SNTP

Patient _____          Date _____

Patient comments _____

_____

Date Initiated: _1-27-6A_                                    M Lothian CIV #423

ComCare notified: Yes    No    Date _____          Message left with: _____
(If present, signature)
                        G Perry Psychologist #325                        A A #404

Psychiatric Provider: _____          R Venkatabalaji MD #109          1/27/04

Counselor: _____          R Lively CIII #422          Date: 1-27-04

RN/LPN: _____          J Easton LPN #729          Date: 1/27/04
                        D Anderson RNC #917

Medical Provider: _____          Date: _____

Unit Manager: _____          Date: _____

*Full Special Needs Treatment Plan  Update Reviews (Must be completed at least every 30 days)*

Review DATE: _2-2A-0A_    G Perry Psychologist #325          2/24/04

CHS PARTICIPANTS SIGNATURES                        R Lively CIII #422
                        Call CIII #402
          M Lothian CIV #423          J Easton LPN #729          King CIII #427

          G Ziegler CIII #___          R Venkatabalaji MD #109

ComCare Notified: Yes    No    Date _____          Message left with: _____
(If present, signature)

PROGRESS AND/OR CHANGES to Goals/Objectives

_____

_____

_____

CHANGES to Interventions

_____

_____

4

012667

PCR000165

**CHS Special Needs Treatment Plan (SNTP) Form**

**Wendi Andriano**
Booking Number: A631830
PID Number:  000082785

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

---

**1.  Goal Area: Psychiatric Symptoms**
(Completed by Psychiatric Provider)

**GOAL (s)**

*↓ depression & anxiety.*

**OBJECTIVES (in behavioral measurable terms):**

A  *Pt reports ↓ in depression and anxiety and is able to manage her symptoms*

B  *100% medication compliance.*

C  *follow pod rules*

**INTERVENTIONS (Specify activity frequency)**

1  *medications*

2  *1:1 intervention c̄ staff weekly or as needed.*

3  *group therapy if available*

---

**1.  Goal Area: Dangerous to Self/Others**
(Completed by Primary Counselor)

**GOAL (s)**

No DTS/DTO

**OBJECTIVES (in behavioral measurable terms):**

A  pt will make no plan to harm self/others 100% x 30 days

B  Pt will take no action to harm self/others 100% x 30 days

C  Pt will notify staff of any thought, feeling, intention to harm self or others 100% x 30 days

**INTERVENTIONS (Specify activity frequency)**

1  1:1 weekly with counselor at least 30 min weekly

2  participation in all groups offered

3  Support/encouragement by staff

---

6

012668

PCR000166

**Wendi Andriano**

Booking Number: A631830

PID Number:     000082785

CHS Special Needs Treatment Plan (SNTP) Form

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

| 4.  Goal Area: Behaviors Precluding Less Restrictive Placement (Completed by Primary Counselor) | 5.  Goal Area: Medical Concerns (Completed by Nursing or Medical) |
|---|---|
| **GOAL (s)** | **GOAL (s)** |
| Increase coping skills for current situation | |
| **OBJECTIVES (in behavioral measurable terms):** | **OBJECTIVES (in behavioral measurable terms** |
| A Identify pressing issues that lead to distress or negative consequences | A |
| B Identify current coping strategies and pros/cons of each | B |
| C Generate alternative strategies and steps by which to apply them to current circumstances | C |
| **INTERVENTIONS (Specify activity  frequency)** | **INTERVENTIONS (Specify activity  frequency)** |
| 1 1:1 weekly with counselor at least 30 min per week | 1 |
| 2 Participation all groups weekly | 2 |
| 3 Support/encouragement from staff PRN | 3 |

7

012669

PCR000167

Signature for SNTP

Patient _____   Date _____

Patient comments _____

_____

Date Initiated: __3·23·04_____

ComCare notified:  Yes   No   Date _____   G. Perry Psychologist #825   3/23/04
(if present, signature)                                 Message left with:

Psychiatric Provider: _____   R Venkatabalaji MD #109   Date: 03·23·04

Counselor: ___King CIII #427___   Loraine Cali   Date: 3·23·04

RN/LPN: __Joyce VanE__   Call CIII #402   Date: 3·23·04

Medical Provider: _____   Date: _____

Unit Manager: _____   M Lothian CIV #423   Date: _____

*Full Special Needs Treatment Plan Update Reviews  (Must be completed at least every 30 days)*

Review DATE: __4 20 04_____   Loraine Cali

CHS PARTICIPANTS SIGNATURES G Perry Psychologist #325 Call CIII #402
___King CIII___   J Easton LPN #729   R Venkatabalaji MD #109
Roberts Theobar #501   Call CIII #404   H Lively CIII #422

ComCare Notified:  Yes   No   Date _____   Message left with: _____
(if present, signature)

PROGRESS AND/OR CHANGES to Goals/Objectives

_____

_____

_____

CHANGES to Interventions

_____

_____

_____

4

012670

**Wendi Andriano**

CHS Special Needs Treatment Plan (SNTP) Form

Booking Number: A631830
PID Number:   000082785

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

| 1. Goal Area: Psychiatric Symptoms (Completed by Psychiatric Provider) | 1. Goal Area: Dangerous to Self/Others (Completed by Primary Counselor) |
|---|---|
| **GOAL (s)** | **GOAL (s)** |
| *Control depression* | No DTS/DTO |
| **OBJECTIVES (in behavioral measurable terms):** | **OBJECTIVES (in behavioral measurable terms):** |
| A *Pt will not any X 5 consecutive wtngs c Y Provider* | A pt will make no plan to harm self/others 100% x 30 days |
| B | B Pt will take no action to harm self/others 100% x 30 days |
| C | C Pt will notify staff of any thought, feeling, intention to harm self or others 100% x 30 days |
| **INTERVENTIONS (Specify activity frequency)** | **INTERVENTIONS (Specify activity frequency)** |
| 1 *Medications* | 1 1:1 weekly with counselor at least 30 min weekly |
| 2 *ind-counseling* | 2 participation in all groups offered |
| 3 | 3 Support/encouragement by staff |

6

012671

PCR000169

**Wendi Andriano**

Booking Number: A631830
PID Number:        000082785

## CHS Special Needs Treatment Plan (SNTP) Form

### V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

**4. Goal Area: Behaviors Precluding Less Restrictive Placement**
(Completed by Primary Counselor)

**GOAL (s)**

| |
|---|
| Increase coping skills for current situation |

**OBJECTIVES (in behavioral measurable terms):**

A | Identify pressing issues that lead to distress or negative consequences

B | Identify current coping strategies and pros/cons of each

C | Generate alternative strategies and steps by which to apply them to current circumstances

**INTERVENTIONS (Specify activity frequency)**

1 | 1:1 weekly with counselor at least 30 min per week

2 | Participation all groups weekly

3 | Support/encouragement from staff PRN

**5. Goal Area: Medical Concerns**
(Completed by Nursing or Medical)

**GOAL (s)**

| |
|---|
| *[handwritten, illegible]* |

**OBJECTIVES (in behavioral measurable terms**

A |

B |

C |

**INTERVENTIONS (Specify activity frequency)**

1 |

2 |

3 |

7

012672

PCR000170

**Wendi Andriano**
Booking Number: A631830
PID Number:   000082785

CHS Special Needs Treatment Plan (SNTP) Form

Signature Page - SNTP                      Date Initiated   5·18·04

**PATIENT**

| | | | |
|---|---|---|---|
| Patient Signature: | _____ | Date: | _____ |
| Patient Comments: | _____ | | |
| | _____ | | |

**RBHA**

Notified: [Yes] [No] (NA)     Date:_____     Message Left With: _____
Case Manager _____                              Date: _____

**CHS STAFF SIGNATURES:**

| | | |
|---|---|---|
| Psychiatric Provider: | R Venkataballi MD #109 | Date: 05/18/04 |
| Counselor: | R J Ively CIII #422   G Ziegler CIII #404 | Date: 5-18-04 |
| RN/LPN: | J Easton LPN #729 | Date: 5-18-04 |
| Medical Provider: | Jamani PAC | Date: 8-31-04 |
| Unit Manager: | | Date: |
| Other: | M Lothian CIV #423 | Date: 5·18·04 |
| Other: | L Cali CIII #402 | Date: |
| Other: | Lorraine Cali | Date: |

**Update/Review**                           Date of Update:  6/15/04

*Full Special needs Treatment Plan update Reviews (Must be completed at least monthly)*

CHS PARTICIPANTS SIGNATURES:     G Easton R J Ively CIII #422
  J Easton LPN #729
  Lorraine Cali   Baxbara Espinoza RN #201
  G Ziegler CIII #404   R Venkataballi MD #109   Joyce Van Every

**RBHA**

Notified: [Yes] [No] (NA)     Date:_____     Message Left With:_____
Case Manager _____                              Date:_____

**PROGRESS AND/OR CHANGES to Goals/Objectives**

| | |
|---|---|
| 5/18 ① meeting cont | 6/15 ① N/C |
| ② meet 50% | ② N/C |

**CHANGES to Interventions**

| | |
|---|---|
| 5/18  N/C | 6/15 N/C |

012673

PCR000171

**CHS Special Needs Treatment Plan (SNTP) Form**

**Name** _____

Booking Number: _____

PID Number _____

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

| 1. Goal Area: Psychiatric Symptoms (Completed by Psychiatric Provider) | 1. Goal Area: Dangerous to Self/Others (Completed by Primary Counselor) |
|---|---|
| **GOAL (s)** | **GOAL (s)** |
| *increase assertiveness skills* | |
| **OBJECTIVES (in behavioral measurable terms):** | **OBJECTIVES (in behavioral measurable terms):** |
| A *It will accurately describe assertive (e.g. aggressive & passive) response styles* | A |
| B | B |
| C *It will ↓ passive responses to interpersonal conflicts/interactions* | C |
| **INTERVENTIONS (Specify activity frequency)** | **INTERVENTIONS (Specify activity frequency)** |
| 1 *by 50% in 30 days ind. counseling* | 1 |
| 2 *assertiveness literature* | 2 |
| 3 *1:1 contact E staff* | 3 |

012674

PCR000172

Name
Booking Number
PID Number

**CHS Special Needs Treatment Plan (SNTP) Form**

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

| **4. Goal Area: Behaviors Precluding Less Restrictive Placement** (Completed by Primary Counselor) | **5. Goal Area: Medical Concerns** (Completed by Nursing or Medical) |
|---|---|
| **GOAL (s)** | **GOAL (s)** |
| | |
| **OBJECTIVES (in behavioral measurable terms):** | **OBJECTIVES (in behavioral measurable terms** |
| A | A |
| B | B |
| C | C |
| **INTERVENTIONS (Specify activity  frequency)** | **INTERVENTIONS (Specify activity  frequency)** |
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |

7

012675

PCR000173

**Name**

CHS Special Needs Treatment Plan (SNTP) Form

Booking Number:
PID Number: ~~000062785~~
~~ADRIANO,WENDI~~
~~08-20-70   ,F~~

## V. Special needs Plan goals, Objectives and Interventions
(to be completed by clinical team within 14 days of admission)

**5. Goal Area: Other (if needed)**

**GOAL (s)**

**OBJECTIVES (in behavioral measurable terms):**

A

B

C

**INTERVENTIONS (Specify activity _frequency)**

1

2

3

**6. Goal Area: Other (if needed)**

**GOAL (s)**

**OBJECTIVES (in behavioral measurable terms):**

A

B

C

**INTERVENTIONS (Specify activity _frequency)**

1

2

3

8

012676

PCR000174

**CHS Special Needs Treatment Plan (SNTP) Form**

Name
Booking Number:
PID Number:

Signature Page – SNTP                    Date Initiated

**PATIENT**

Patient Signature: _____   Date: _____
Patient Comments: _____
_____

**RBHA**

Notified: [Yes] [No] [NA]   Date: _____   Message Left With: _____
Case Manager _____   Date: _____

**CHS STAFF SIGNATURES:**

Psychiatric Provider: _____   Date: _____
Counselor: _____   Date: _____
RN/LPN:   E Despain LPN #705   Joyce Van Every RN   Date: 7/19/04
Medical Provider: _____   Date: _____
Unit Manager:   G Perry Psychologist #325   Date: IPO 7/15/04   Loraine Lott
Other:   L King CIII #427   Date: 7/15/04
Other:   G Ziegler CIII #404   Date: _____
Other:   R Lively CIII #422   Date: 7/15/04

**Update/Reviews**              **Date of Update:** _____

*Full Special needs Treatment Plan update Reviews (Must be completed at least monthly)*

CHS PARTICIPANTS SIGNATURES
_____   _____
_____   _____
_____   _____

**RBHA**

Notified: [Yes] [No] [NA]   Date: _____   Message Left With: _____
Case Manager _____   Date: _____

**PROGRESS AND/OR CHANGES to Goals/Objectives**
_____
_____
_____

**CHANGES to Interventions**
_____
_____
_____

012677

CCCC82785
ANDRIANO, WENDI
08-26-70   C/F
PID

Date Initiated: _____

Special Needs Plan *Update* Goals, Objectives and Interventions

Patient's Name _____   BK # _____ Today's Date __/__/__

1.  Goal Area: Psychiatric Symptoms
    (Completed by Psychiatric Provider)

    GOAL(s): Control
    anxiety

    _____
    _____

2.  Goal Area: Dangerous to Self/Others
    (Completed by Primary Counselor)

    GOAL(s): No DTS

    _____
    _____
    _____

OBJECTIVES (in behavioral measurable terms):

A. Pt will report
≤ 5 hrs cnsec.
sleep / night x 5 nights

B. Pt will develop 2
new coping mech's
within 30 days

C. _____

OBJECTIVES (in behavioral measurable terms):

A. pt will take no action
to harm self, ISR make
any plans to harm self 100% x 30 days

B. pt will report to in
SI 20% x 30 days

C. _____

INTERVENTIONS (Specify activity & frequency)

1. meds

2. ind counseling

3. art / activities

INTERVENTIONS (Specify activity & frequency)

1. 1:1 w/ counselor

2. participation in
all groups offered

3. _____

012678

PCR000176

C0D0D827P5
ANDRIANO, WENDI
08-26-70 PID   C/F

Date Initiated: _____

Special Needs Plan *Update* Goals,
Objectives and Interventions con't

3.   Goal Area:  Behaviors Precluding Less
     Restrictive Placement
     (Completed by <u>Primary Counselor</u>)

GOAL(s): *Coping skills for*
*Current situation*
_____
_____

OBJECTIVES (in behavioral measurable terms):

A. _____
_____
_____

B. _____
_____
_____

C. _____
_____
_____

INTERVENTIONS (Specify activity & frequency)

1. _____
_____
_____

2. _____
_____
_____

3. _____
_____
_____

4.   Goal Area:  Medical Concerns
     (Completed by <u>Nursing</u> or <u>Medical</u>)

GOAL(s):
_____
_____
_____
_____

OBJECTIVES (in behavioral measurable terms):

A. _____
_____
_____

B. _____
_____
_____

C. _____
_____
_____

INTERVENTIONS (Specify activity & frequency)

1. _____
_____
_____

2. _____
_____
_____

3. _____
_____
_____

012679

PCR000177

C00062765
ANDRIANO,WENDI
08-24-70   C/F

PID

Date Initiated:_____

Special Needs Plan *Update* Goals, Objectives and Interventions con't

| 5. Goal Area: *Other (if needed)* | 6. Goal Area: Other (if needed) |
|---|---|

GOAL(s): _____    GOAL(s): _____

_____    _____

_____    _____

_____    _____

OBJECTIVES (in behavioral measurable terms):    OBJECTIVES (in behavioral measurable terms):

A. _____    A. _____

_____    _____

_____    _____

B. _____    B. _____

_____    _____

_____    _____

C. _____    C. _____

_____    _____

_____    _____

INTERVENTIONS (Specify activity & frequency):    INTERVENTIONS (Specify activity & frequency):

1. _____    1. _____

_____    _____

_____    _____

2. _____    2. _____

_____    _____

_____    _____

3. _____    3. _____

_____    _____

_____    _____

012680

ANDRIANO

Signature for SNTP

```
0000001765
ANDRIANO,WENDI
08-26-70   C/F
```

Patient _____  Date _____

Patient comments _____

_____

Date Initiated: _8·12·04_____

ComCare notified: Yes · No    Date _____ Message left with: _____
(if present, signature)

Psychiatric Provider: _Pamela N Dean MD_____ Date: _8-12-04_
_____ II #404  King CIII #421____ M Lothian CIV #423
Counselor: _____ M B Pittman M SIO (R)___ Date: _8/12/84_
F Despain LPN #205
RN/LPN: _Despain LPM/McClark_____ Date: _8/12/04_

Medical Provider: _____ Date: _____

Unit Manager: _G. Perry Psychologist #??____ Date: _8/12/04_
                            R Lively CIII #422
Full Special Needs Treatment Plan Update Reviews (Must be completed at least every 30 days)

Review DATE: _____

CHS PARTICIPANTS SIGNATURES

_____  _____  _____

_____  _____  _____

ComCare Notified: Yes  No    Date _____ Message left with: _____
(if present, signature)

_____

PROGRESS AND/OR CHANGES to Goals/Objectives

_____

_____

_____

CHANGES to Interventions

_____

_____

4

012681

PCR000179

Exhibit 49



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

051 1573 75-9

DRUG SENSITIVITIES: NONE ☐

**1.**
DATE 11/3/00  TIME   HOURS 11-13-00

PROZAC 20 mgs po q noon x 30 days

TRAZODONE 50 mgs po qhs x 3 days,
then 100 mgs po qhs x 27 days.

(please, start tonight!)

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD

**1** SIGNATURE OF R.N.   11/5/00

DATE 11/7/00  TIME   HOURS

Disc. PROZAC -

Continue TRAZODONE 50 mgs po qhs x 3 days
then 100 mgs po qhs x 27 days -

Start tonight, please!

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD

**2** SIGNATURE OF R.N.   11/8/00 0200

DATE 11/13/00  TIME   HOURS

Disc. TRAZODONE -

REMERON 30 mgs po qhs x 30 days

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD

**3** SIGNATURE OF R.N.   070C

012302

PAT012972



PAT012691





PAT0126590

012625



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

PHYSICIAN'S ORDER FORM

081 1573 R5-9c

DRUG SENSITIVITIES:    NONE ☐   1.                          2.

3.                    DATE 12/13/00    TIME    10 i.m. HOURS

REMERON 30 mgs po qls
                          x 60 days

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE    L. GARGA-BUNLER MD

1    SIGNATURE OF R.N.

DATE 1/17/01    TIME    HOURS

Dsc. REMERON - pt. non-compliant.

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE    L. GARGA-BUNLER MD

2    SIGNATURE OF R.N.    Noted J Garrett LPN 01/18/01 0650

DATE 7/18/01    TIME    HOURS

R/s Tues

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE    9/4/01

3    SIGNATURE OF R.N.

012901

PAT012971



PAT012689

012624

PCR000184



MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH          A631830
Rx 310483          02/26/02          EB
CALCIUM POLYCARBOPHIL 625 MG TABS
QTY: # 14                          RG
ORD STR:  01/29/02   ORD EXP:  04/23/02
Qty Due 98

A 1031830

Name:
Booking #:
DOB:
Housing Unit:

MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH          A6318
Rx 31043          01/30/02          EB
CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1
ORD STR:  01/29/02   ORD EXP:  04/23/02
SIGNATURE:          1/28/02

## Correctional Health Services
### Keep on Person Medication Delivery Record

MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH          A6318
Rx 310483          02/05/02          ERC
CALCIUM POLYCARBOPHIL 625 MG TABS Qty #
ORD STR:  01/29/02   ORD EXP:  04/23/02
SIGNATURE:          2/5/02

MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH          A6318
Rx 310483          03/05/02          ERC
CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1
ORD STR:  01/29/02   ORD EXP:  04/23/02
SIGNATURE:

MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH          A6318
Rx 310483          02/26/02          EB
CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1
ORD STR:  01/29/02   ORD EXP:  04/23/02
SIGNATURE:

MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH          A6318
Rx 31043          02/12/02          EB
CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1
ORD STR:  01/29/02   ORD EXP:  04/23/02
SIGNATURE:

MCCHS PHARMACY
ANDRIANO, WENDI ELIZABETH          A6318
Rx 31043          02/19/02          ERC
CALCIUM POLYCARBOPHIL 625 MG TABS Qty # 1
ORD STR:  01/29/02   ORD EXP:  04/23/02
SIGNATURE:          2/19/02

012981

PCR000185



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.          2.

3.          DATE 1/29/02   TIME 13 10   INIT   HOURS

Fiberlax 2 gon HS x 14d
dx constipation

Labs - fasting  CMP
CBC
TSH   (H/HCL)

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

1   SIGNATURE OF R.N.

DATE          TIME          HOURS

Please send patient a copy
of the eyeglasses Rx to
the need to the address

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

2   SIGNATURE OF R.N.        11/30/02 130

DATE 3/14/02   TIME 070N   HOURS

D/C Fiberlax unused
per pt request
no med card
found

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   Marianne Poe

3   SIGNATURE OF R.N.        3/15/02 010

012900

PAT012970



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

PHYSICIAN'S ORDER FORM

081 15/13 R8-91

DRUG SENSITIVITIES:   NONE ☐   1.   2.   Shamby MA #679

**1.**
DATE 3/18/02   TIME   HOURS

VISTARIL 50 mg po qam + 100 hs.
x 30 days

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL MD
SIGNATURE OF R.N.  M Peterman 3/8/0X0 835   M Peterman LPN #748

**2.**
DATE 4/9/02   TIME   HOURS

VISTARIL 50 mg po qam + 100 hs
x 60 days

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL MD   L. Garcia-Bunuel MD #301
SIGNATURE OF R.N.  Noted  4/5/02 1810

**3.**
DATE 4/18/02   TIME   HOURS   C'S Shamby MA #674

D/c VISTARIL
SEROQUEL 100 mg po qhs x 30 days
level bunk x duration

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL MD   L. Garcia-Bunuel MD #301
SIGNATURE OF R.N.  4/18/02 CRV

012899

PAT012969

PCR000187



MEDICATIONS

C - COURT          NS - NON-STOCK
R - REFUSED        T - TRANSFER
HA - NO ANSWER     NG - NOT GIVEN
M - OUT MEDICAL    H - HOLD
                   SC - SECURITY OVERRIDE

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1582  R10-97

PAT012688



012622
PAT012687



**MEDICATIONS**

C - COURT    NS - NON-STOCK
R - REFUSED    T - TRANSFER
LA - NO ANSWER    NG - NOT GIVEN
M - OUT MEDICAL    H - HOLD
    SG - SECURITY OVERRIDE

LOCATION  B1CC    MONTH/YR  4/09    ALLERGIES

BICC   BK.  A0631830   | Andriano, Wendi
S-24-70  CF

012821

PAT01Z686

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

041-1581  2/11-02

PCR000190



PAT012685



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES**

081 1573 R6-9C

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:  NONE ☐  1.  2.

3.  DATE 5/16/02  TIME 5 nel + ? HOURS

SEROQUEL 100 mg po ghs

x 60 days

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARZA-BUNUEL MD  L. Garcia-Bunuel MD #301

1  SIGNATURE OF R.N.  M Peterman 5/16/02 (R) 1950  M Peterman LPN #748

DATE 7/14/02  TIME 1030  D Bustamonte HUC #632  HOURS

Seroquel 100 mg PO QHS x 62 days

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  Vicki Alberts  Alberts

2  SIGNATURE OF R.N.  Ruth 7/14/02  M McIntosh LPN #75

DATE 9/17/02  TIME 1940  HOURS

A DeLaTorre HUC #686

① D/C Seroquel
② Seroquel 200 mg PO QHB x 84 days

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  Vicki Alberts

3  SIGNATURE OF R.N.  V. Alberts LPN 9/17/02 2200

012898



PAT012684

012619

MEDICATIONS

C - COURT          NS - NON-STOCK
R - REFUSED        T - TRANSFER
NA - NO ANSWER     NG - NOT GIVEN
M - OUT MEDICAL    H - HOLD
                   SO - SECURITY OVERRIDE

LOCATION _____   BK # A631820   Adriano Wera

MONTH/YR _____   NKDA

ALLERGIES _____

LOCATION: Adriano Wera
08-26-70

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

104-1501 R1-07

PCR000193



## MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION
MONTH-YR
ALLERGIES DATE

NURSE INITIAL / ORDER DATE | Rx DOSAGE FREQUENCY; ROUTE | TIME

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

012618

PAT012683



MEDICATIONS

C - COURT          NS - NON-STOCK
R - REFUSED        T - TRANSFER
NA - NO ANSWER     NG - NOT GIVEN
M - OUT MEDICAL    H - HOLD
                   SC - SECURITY OVERRIDE

LOCATION 62-1   BK # AL31830

MONTH/YR 7/02   NKDA

Rx: Seroquel 100mg
    PO QHS x 84d.
    Rx 10-5-02

012617

PAT012682

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1582 R10-97



PAT012681

012616



012615
PAT012680



PA1012679

012614

Adriano, Wendi
8/26/70   C/F

LOCATION A.1   BK. A631830
MONTH/YR  10/02
ALLERGIES NKDA

## MEDICATIONS

| C - COURT | NS - NON-STOCK |
|---|---|
| R - REFUSED | T - TRANSFER |
| NA - NO ANSWER | HS - NOT GIVEN |
| M - OUT MEDICAL | SC - SECURITY OVERRIDE |

Rx: DOSAGE, FREQUENCY, ROUTE

| ORDER DATE | NURSE INITIAL | Rx | TIME |
|---|---|---|---|
| 8/17 | | Seroquel 200mg PO QHS x 84 days | |
| 10-16 | | Elavil 50mg PO QHS x 3 days | 1900 |
| | | — Then — | |
| 10-16 | | Elavil 100mg PO QHS x 2 wks | 1900 |
| 10-16 | | Pre-natal VHS 1 PO QD x 30d | 1900 |
| 8/17 | | Seroquel 200mg PO QHS x 84 days | 1700 |
| 10-29 | | Ativan 1mg PO QHS x 30 days start tonight | 1700 |
| 10-29 | | Pre-natal VHS 1 PO QD x 30d start tonight | 1700 |

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1582 R10-97

PCR000198



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.        C Bustamonte

**1**

DATE 10/16/02   TIME

ELAVIL 50 mg po qhs × 3 days.

then 100 mg po qhs × 2 weeks

PRE-NATAL Vits, I qd × 30 days.

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE  L. GARZA-BUNUEL Mg        L. Garcia-Bunuel MD #301

SIGNATURE
OF R.N.  V. Allison RN  10/16/02  1830

**2**

DATE 10/29/02   TIME        C Bustamonte

D/c SEROQUEL + ELAVIL

ATIVAN 1 mg po qhs × 30 days.

PRE-NATAL Vits, I (2) qd × 30 days.

(please, start tonight!)

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE  L. GARZA-BUNUEL MD        L. Garcia-Bunuel MD #301

SIGNATURE
OF R.N.  10/29/02   1605

**3**

DATE 11/22/02   TIME        HOURS

PSYCH. MEDS. REVIEW

Continue: Elavil 100 mg

ATIVAN 1 mg po qhs.          6

PRE-NATAL Vits, I qd          weeks

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE  L. GARZA-BUNUEL MD        L. Garcia-Bunuel MD #301

SIGNATURE
OF R.N.  A. Faulkner  11-22-02  0415    A. FAULKNER RN #225

NKDA   012897

PAT012967



PCR000200



## MEDICATIONS

MARICOPA COUNTY

CORRECTIONAL HEALTH SERVICES

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION B-4-3   BK# A631830   ANDRIANO

MONTH/YR 11-12-02   Adrake   8-26-70   C/S

| NURSE INITIAL | ORDER DATE | Rx: DOSAGE: FREQUENCY: ROUTE | TIME | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BE | 11-22-02 | ATIVAN 1 mg PO QHS X6 weeks 1-3-03 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BE | 11-22-02 | Pre-Natl VITS T Qhd X 6 weeks 1-3-03 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NKDA

081-1562 R10-97

PAT012677
012612

PCR000201



**USE BALLPOINT PEN ONLY**

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

**PHYSICIAN'S ORDER FORM**

DRUG SENSITIVITIES: NONE ☐   1.                C. Bustamante

**3.**   DATE 1/6/03   TIME

1oz. ATIVAN

PRE-NATAL VITS 1 qd × C weeks.

☑ completed

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD            L. Garcia-Bunuel MD #301

**1**   SIGNATURE OF R.N.   noted CRodie LPN 1/6/02

DATE 1/8/03   TIME   200   HOURS

SEROQUEL 100 mg qhs × 4 weeks

(please, start tonight!)

☑ completed

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD            L. Garcia-Bunuel MD #301

**2**   SIGNATURE OF R.N.   1/8/03 1600

DATE 2/3/03   TIME   HOURS

SEROQUEL 200 mg qhs × 4 weeks.

☑ completed

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD            L. Garcia-Bunuel MD #301

**3**   SIGNATURE OF R.N.   noted

PAT012966



PAT012676

012611

## MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT/MEDICAL

NS - NON-STOCK
T - TRANSFER
HG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION 82-4   BK # AC631826   Adriano, Wendi
MONTH/YR 1103   NKDA   @2al70 CIF
ALLERGIES

| NURSES ORDER INITIAL | DATE | Rx DOSAGE FREQUENCY ROUTE |
|---|---|---|
| 11/13 | Donnatal tabs T PO QD X 8 wks DC 3-3-03 | |
| 1103 | Serzac 200 mg PO QHS X 4 wks 2/5/03 | Received 2/3/03 |

MARICOPA COUNTY   CORRECTIONAL HEALTH SERVICES

001-1501 R11-97

PCR000203



## MEDICATIONS

C - COURT
R - REFUSED
N - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION: B205   BK #: A631830   | Andriano, Wendi
MONTH/YR: 1-03   8/26/70 CIF

ALLERGIES: UKDA

Patient: Andriano, Wendi

| ORDER DATE | Rx: DOSAGE, FREQUENCY, ROUTE | TIME |
|---|---|---|
| 1-6-03 | Prenatal Vits + FA Q day x 8 wks 3/3/03 | 1700 |
| 1-6-03 | Seraquel 200 mg PO QHS x 4 wks 3/3/03 | 1700 |

CORRECTIONAL HEALTH SERVICES   MARICOPA COUNTY

091-1590   R10-97

012610   PAT012675



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:    NONE ☐    1.                    2.

3.    DATE 2/28/03    TIME    HOURS

Continue SEROQUEL 200 mg poghs
x 6 weeks
PRENATAL VIT T q.d. x 6 weeks

✔ completed

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD   L Garcia-Bunuel MD #301

SIGNATURE OF R.N.   M Lugo 2/28/07   M Lugo LPN #741

**1**

DATE 3/7/03    TIME    HOURS

ATIVAN 1 mg po bid x 1 week
(Please, start tonight)  ✔ completed
(Please, start tonight)

L Garcia-Bunuel MD #301

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD

SIGNATURE OF R.N.

**2**

DATE 3/10/03    TIME    C Bustamonte HUC

Disc. ATIVAN

✔ completed

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD   L Garcia-Bunuel MD #301

SIGNATURE OF R.N.   R. Quiroz LPN #723

**3**

Andriano, Wendi
08-26-70
A631830
R205    NKA

Andriano, Wendi
8-26-70
A631830 (WDR)
A-4A

Andriano, Wendi
8-26-70
A631830
A404
CIF

PAT012965

PCR000205



**MEDICATIONS**

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION AL04   BK # A623182D

MONTH/YR 02/03 - 03/03

ALLERGIES NKDA

| NURSE INITIAL | ORDER DATE | RX/DOSAGE/FREQUENCY/ROUTE | TIME | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Adriano, Wendt
08/26/70  C/F

081-1584  11-97

MARICOPA COUNTY     CORRECTIONAL HEALTH SERVICES

PAT012674
01269G
PCR000206

PAT012673



PCR000207



MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

USE BALLPOINT PEN ONLY

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.                      2.

3.                      DATE  4 / 7 / 03   TIME          HOURS

M. Ucaua

— SEROQUEL 200 mg po qhs x 8 weeks

PRE-NATAL VITS 1 qhs x 6 weeks.

ENTERED   ☒   COMPLETED

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL MD      L Garcia-Bunuel MD # 301

SIGNATURE OF R.N.   I. Sweeney RN #284   4/8   0330

1

DATE  5 / 9 / 03   TIME          HOURS

ATIVAN 1 mg po   COMPLETED

ENTERED

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL MD

SIGNATURE OF R.N.   I. Sweeney RN #284   6/9   2820

2

DATE  5 / 21 / 03   TIME   C. Bustamante HUC #   HOURS

SEROQUEL 200 mg qhs x 8 wks —

PRE-NATAL VITS, 1 qd x 8 wks —

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  L. GARCIA-BUNUEL MD      L Garcia-Bunuel MD # 301

SIGNATURE OF R.N.   M. Lugo LPN #

3

A404   A404   A404
A031830   PRDA

Andiano Wendi
08-26-70
A031830

A031830
Andiano Wendi
8-26-70
NKDA

A031830
Andiano Wendi
8-26-70 C/F
NKDA

012894

PAT012964



PAT0126572



PAT012671



MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

USE BALLPOINT PEN ONLY

CHM-155a R2-L

PHYSICIAN'S ORDER FORM

DRUG SENSITIVES:   NONE ☐   1.                    2.

3.        DATE  5/28/03   TIME        E. White

ATIVAN 1 mg bid x 2 wks —

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. Garcia-Bunuel MD   L. Garcia-Bunuel MD #301
SIGNATURE OF R.N.   R. Quiroz LPN #723

**1**

DATE  6/12/03   TIME        HOURS

ATIVAN 1 mg bid x 6 weeks —

(pt. may use it occasionally)

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD   L. Garcia-Bunuel MD #301
SIGNATURE OF R.N.   6/12/03    N SANDROCK RN #273

**2**

DATE  6/25/03   TIME        HOURS

Psych. MEDS. REVIEW

ATIVAN 1 mg bid
SEROQUEL 200 mg hs
PRE-NATAL VITS ī qhs

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD   L. Garcia-Bunuel MD #301
SIGNATURE OF R.N.   L. Sweeney RN #284.

**3**

012893

PAT012963



MEDICATIONS

C - COUNT          NS - NON-STOCK
R - REFUSED        T - TRANSFER
NA - NO ANSWER     NG - NOT GIVEN
N - NO ANSWER      H - HOLD
M - OUT MEDICAL    SO - SECURITY OVERRIDE

LOCATION _____ BK# 9631830   Andriano, Wendi

MONTH/YR 6-03

012605

8-26-70

PAT0126Z0

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

PCR000212



PAT0126668

012603

Adriano, Wardi
08-06-70 w/F

MEDICATIONS

C - COURT          NS - NON-STOCK
R - REFUSED        T - TRANSFER
NA - NO ANSWER     NG - NOT GIVEN
M - OUT MEDICAL    H - HOLD
                   SC - SECURITY OVERRIDE

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

061-1583  R1C-97



PAT012669

MEDICATIONS

C - COURT          NS - NON-STOCK
R - REFUSED        T - TRANSFER
NA - NO ANSWER     NG - NOT GIVEN
M - OUT MEDICAL    H - HOLD
                   SO - SECURITY OVERRIDE

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1585 R10-97

PCR000214



DRUG SENSITIVITIES:     NONE ☐     1.                    2.

3.     DATE 8/19/03   TIME 1225

Renew:
① Ativan 1 mg PO BID
② Seroquel 200 mg PO LHS
③ Prenatal Vitamin 1 PO LHS    x 6 weeks

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   V. Alberts M.D. #333

SIGNATURE OF R.N.

**1**

DATE 8/25/03   TIME 1345   i White HUC #000

DC Ativan 1mg PO BID
Ativan 2mg PO BID    x 6 wks

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

SIGNATURE OF R.N.

**2**

DATE 9/24/03   TIME            S. Carabajal MA #629

Inc. above SEROQUEL & ATIVAN orders.

SEROQUEL 100 mg Qm + 200 hs    x 6 wks
ATIVAN 1 mg bid
PRENATAL VITS - 1 qam.    x 6 wks

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   L. GARCIA-BUNUEL MD   L. Garcia-Bunuel MD #301

SIGNATURE OF R.N.

**3**

912892



PAT012667

012602

PCR000216



PAT012666



PAT0126655



PA1012664

013599

## MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NONSTOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

LOCATION _____ BK • A(o31830 [Andrew, Wendi.]

MONTH/YR 9/05

ALLERGIES NEA
DATE

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1503 R N6-97



PAT012663

USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

CHM-1550 R2-0

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1._____   2._____

| 3. | DATE 9/26/03 | TIME 2210 | HOURS |
|---|---|---|---|

① Transport to ER 1368 ambulance
810 S.A. soft stitched Lac to Ⓡ
had a Ⓡ forearm
10 M T. Colpitts MD [signature]
I. Sweeney RN #284

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

**1**  SIGNATURE OF R.N.   I. Sweeney RN #284   9/26/03   [signature]   0030

| DATE 9/28/03 | TIME 0500 | HOURS |
|---|---|---|

① Ⓡ s/c drsg ∆'s x 7 days
② S/c for suture removal 14 days.
(10-5-03)
I. Sweeney RN #284   [signature]

9-28-03
Noted
& completed
M. Nelson RN

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

**2**  SIGNATURE OF R.N.

| DATE 9/28/03 | TIME 0520 | HOURS |
|---|---|---|

Chair x 6' or until able to
contract for safety
I. Sweeney RN #284   [signature]
T.O Dr Avanday

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

**3**  SIGNATURE OF R.N.

012891

PAT012961

PCR000221



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

CHM-1550 R2-0

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.                    2.

3.                DATE 9-28-03          TIME 0920          HOURS

Transfer to D2
level nne 4pk x4 hrs

V.O. Dr Wendry / Rthold Rn

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE

1   SIGNATURE
    OF R.N.          Rthold Rn ( Rthold RN Mira

    DATE              TIME              HOURS

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE

2   SIGNATURE
    OF R.N.

    DATE              TIME              HOURS

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE

3   SIGNATURE
    OF R.N.

012890

PAT012960

PCR000222





MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

USE BALLPOINT PEN ONLY

PHYSICIAN'S ORDER FORM

081 1873 R6-03

DRUG SENSITIVITIES:   NONE

DATE 7/28/03   TIME 2155   HOURS

√ Seroquel 200 mg po
√ Ativan 1mg po
one time only

T.O. Dr Wandry / M Tait RN

noted M Tait RN 7/28/03 2212

DATE 9/29/03   TIME 0130   HOURS

Continue level I SW c 2-4pt
restraint X4°

T.O. Dr. Wandry

noted 8/29/03 0130

DATE 9/__/03   TIME 0530   HOURS

Continue level I SW c 2-4pt
restraint X4°

T.O. Dr. Wandry

noted 9/29/03 0530

Andiono, Wendy
A 631830
8-24-70

Adiono, Wendy
8/26/70
A 631830

Adiono, Wendy
8/26/70
A 631830

012888

PAT012958

PCR000224



USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

CHM-1550 R2-0

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.                    2.

3.              DATE 9/29/03   TIME 09:30   HOURS

① D/C S.W.—

Andriano, Wendy
A631830
8-26-76
02

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE          K. Hobbit MD #303   [signature] MD, MN

1   SIGNATURE OF R.N.   noted on Tait RN 9/29/03 1640

2   DATE   TIME   HOURS
    GENERIC SUBSTITUTION APPROVED PHYSICIAN'S SIGNATURE
    SIGNATURE OF R.N.

3   DATE   TIME   HOURS
    GENERIC SUBSTITUTION APPROVED PHYSICIAN'S SIGNATURE
    SIGNATURE OF R.N.

012887

PAT012957

PCR000225



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

061 1573 R5-
PHYSICIAN'S ORDER FOR

DRUG SENSITIVITIES:   NONE ☒   1.   2.

3.

DATE 9/25/03   TIME 1330   HOURS

Ativan 1 mg po Bid
Seroquel 100mg po ⓧ AM } x 14 days
Seroquel 200mg po ⓧ HS
Prenatal vitamin 1̄ po ⓧ AM adm
May have AM doses of above
meds now

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   K. Hoffert MD

SIGNATURE OF R.N.   **1**   noted GM Tait #303 9/29/03 1657

DATE 9/29/03   TIME 1600   HOURS

May have 2nd
blanket.

T.O. Dr Hoffert/GM Tait

GENERIC SUBSTITUTION APPROVED K. Hoffert MD #303
PHYSICIAN'S SIGNATURE

SIGNATURE OF R.N.   **2**   noted GM Tait RN 9/29/03 1956

DATE 10/1/03   TIME 1305   HOURS 1450 CP

CBC, CMP 10 2○
Schedule for PAP 10-15-03 ↑ UA dip
Keflex 500mg po tid x 7 days
Gyn suture removal 10-6-03

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   R. Reynolds PA-C #131   R. Reynolds PA-C

SIGNATURE OF R.N.   **3**   noted F Despain LPN 10/1/03 1500
F Despain LPN #705

012886

PAT012956



PA1012662

USE BALLPOINT PEN ONLY

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

061 1673 R5-93
PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.   2.

3.   DATE 10/3/03   TIME 1500   HOURS

Dr Kilby
Augmentin 825 mg po
bid x 10 days
warm compresses @ buttock
bid x 3 days
BCMD & COMALTER

R. Reynolds PA-C #131

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE   Rosann Reynolds PA-C

1   SIGNATURE OF R.N.   noted MTait RN 10/3/03  1553

DATE 10/06/03   TIME 15:00   HOURS

Cipro 1 mo II be

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE   P Avalos PA-C

2   SIGNATURE OF R.N.   noted JEaton LPN

DATE 10/10/03   TIME 12:30   HOURS

(1) Ativan 1 mg PO BID
(2) Seroquel 100 mg po
  Q AM & 1200 mg
  P M
(3) Prozac po

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S
SIGNATURE   K. Hoffert MD #303

3   SIGNATURE OF R.N.   noted F Despain LPN 10/10/03 1450

F Despain LPN #705

D2A631830 NKDA

D2A631830 NKDA

D2A631830 NKDA
012385

PAT012955



MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SO - SECURITY OVERRIDE

Bk #: A631830
ANDRIANO, WENDI ELIZABETH
Bk Dt: 10-08-2000
DOB: 08-25-1970     Sex: Female

LOCATION D2     Bk: A63/830
MONTH/YR 10-03
ALLERGIES NKDA

CORRECTIONAL HEALTH SERVICES          MARICOPA COUNTY

PAT012661
012596

PCR000229

CHM-1530 R2-0C

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**

USE BALLPOINT PEN ONLY

PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.                    2.

3.   DATE 10/16/03   TIME 1240   1433   HOURS

i PAP, GC, Chlamydia cultures —
done
IC IOC

R Reynolds PAC #131

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

SIGNATURE OF R.N.   F Despain LPN #705   noted Despain RN 10/16/03 1508

1

DATE 10/30/03   TIME 1330   HOURS 344 CP

D/C Extra Blanket
CP

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE

SIGNATURE OF R.N.   F Despain LPN #705   Reynolds PAC #131
noted Despain RN 10/30/03 1359

2

DATE 11/5/03   TIME 1330.   HOURS 1420 CP

DC prev order Ativan, Seroquel
+ PNV —

Ativan 1mg po BID X 60.
Seroquel 100mg po AM + 200mg HS
X 60.
PNV — ii po QD. X 28.

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   Pamela R Adeaw MD

SIGNATURE OF R.N.   noted Despain RN 11/16/03 1437
F Despain LPN #705

3

012884

PAT012854



PAT012660