

PAT012658

PCR000232



USE BALLPOINT PEN ONLY

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES

CHM-1550 R2-03
PHYSICIAN'S ORDER FORM

DRUG SENSITIVITIES:   NONE ☐   1.                    2.

**3.** DATE 12/1/03   TIME 13:20   HOURS

PNV ī tabs po QD ×84d

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE  Avalos, PA-C

**1** SIGNATURE OF R.N.  12-1-03 noted   Easton LPN

DATE 12/3/03   TIME 0540   HOURS

Motrin 800mg po ×1

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   54   12/03/03 9:40 AM

**2** SIGNATURE OF R.N.   VENEATARACA MD

DATE 12/3/03   TIME 1330   HOURS

Motrin 800mg po tid
prn × 28 days
CBC ī diff C 12/4

GENERIC SUBSTITUTION APPROVED
PHYSICIAN'S SIGNATURE   R. Reynolds PA-C #131

**3** SIGNATURE OF R.N.  12-03-03 @ 1754   F Trapanotto RN #269

012883

PAT012953



PAT012659

MO/YR Dec 2003

012594

BOOKING #

LOCATION

NURSE'S SIGNATURE

INITIALS NURSE'S SIGNATURE
F Despain LPN #705

D. Anderson RNC #2417
U. Rhoades RN
J. Easton LPN #729

Rx: DOSAGE, FREQUENCY, ROUTE

cipitex 800mg po tid

Asutain 800mg po XL

PRN MEDICATIONS

STAT & ONE TIME ORDERS



BOOKING # A63/830   LOCATION _____   MO/YR 1-04

012592

Andrios Profumo (bulena)
PROFIANO, WENCI
68-2...

| NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS |
|---|---|---|---|---|---|
| F Despain LPN #705 | | | | | |
| | | | | | |
| | | N Easton LPN #729 | | | |

| NURSE INITIAL | ORDER DATE | Rx: DOSAGE; FREQUENCY; ROUTE | TIME | DATE 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|---|---|
| | | Motrin 400mg PO TID x 3d | | |
| | 12-31-04 | Tylenol 650mg PO BID PRN x 3d | 0900 2000 | |

PRN MEDICATIONS

STAT & ONE TIME ORDERS

PCR000235



MEDICATIONS

C - COURT          NS - NON-STOCK
R - REFUSED        T - TRANSFER
A - NO ANSWER      NG - NOT GIVEN
M - OUT MEDICAL    H - HOLD
                   SG - SECURITY OVERRIDE

Bk #: A631830
ANDRIANO, WENDI ELIZABETH
Bk Dt: 10-08-2000
DOB: 08-26-1970          Sex: Female

BK # A631830

LOCATION 1-2
MONTH-YR 1/1/04
ALLERGIES NKDA

CORRECTIONAL HEALTH SERVICES          MARICOPA COUNTY

012591

001-1500   R10-97



BOOKING # A698830   LOCATION DE2   MO/YR 1-04

012550

NURSE'S SIGNATURE
F Despain LPN #705

J Easton LPN #729

| NURSE INITIAL | ORDER DATE | Rx; DOSAGE; FREQUENCY; ROUTE | TIME | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1-23-4 | Tylenol 650mg PO BID PRN x3D | 0900 | X | X | | | X D/C | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1-9-04 | Motrin 800mg PO BID PRN x38D | 2000 0900 3000 | X D/C | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

PRN MEDICATIONS

STAT & ONE TIME ORDERS





PCR000239



PCR000240





MEDICATIONS

C - COURT          NS - NON-STOCK
R - REFUSED        T - TRANSFER
NA - NO ANSWER     NG - NOT GIVEN
M - OUT MEDICAL    H - HOLD
                   SC - SECURITY OVERRIDE

Bk #: A631830
ANDRIANO, WENDI ELIZABETH
Bk Dt: 10-08-2000
DOB: 08-26-1970     Sex: Female

011585

LOCATION: D2    BK: A631830
MONTH/YR: 3-04
ALLERGIES/DATE: NKDA

| NURSE INITIAL | ORDER DATE | Rx: DOSAGE; FREQUENCY; ROUTE | TIME |
|---|---|---|---|
| 7 | 3-10-04 | Zoloft 50mg PO @ 9am x 28D | 0900 |
| m | 3-10-04 | Ativan 1mg PO BID x 28D | 0900 / 2000 |
| 7 | 3-10-04 | Seroquel 100mg PO @ HS x 28D | 2000 |
| m | 3-25-04 | PNV + PO PD x 56D | 0900 |

CORRECTIONAL HEALTH SERVICES
MARICOPA COUNTY
051-1561 REV 11-97

PCR000242



BOOKING # AC318530   LOCATION _____   MO/YR 404

012584

| NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS |
|---|---|---|---|---|---|
| F. Despain LPN #705 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Easton LPN #720 |

| NURSE INITIAL | ORDER DATE | Rx: DOSAGE, FREQUENCY, ROUTE | TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Ativan 1mg PO TID | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PRN x14 D | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | anxiety | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Ativan 1mg PO TID | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PRN x14 D | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | anxiety | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Tyl Extra Str TID prn x 4 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**PRN MEDICATIONS**

| | | Ativan 1mg PO now | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**STAT & ONE TIME ORDERS**

PCR000243



PCR000244





PCR000246



012530

Bk #: **A631830**
ANDRIANO, WENDI ELIZABETH
Bk Dt: 10-08-2000
DOB: 08-26-1970          Sex: Female

LOCATION D-2   BK# A631830
MONTH/YR 4-04   NKDA
ALLERGIES
DATE

## MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

CORRECTIONAL HEALTH SERVICES

MARICOPA COUNTY

081-1564 11-97

| NURSE INITIAL | ORDER DATE | Rx DOSAGE FREQUENCY: ROUTE | TIME |
|---|---|---|---|
| M | 4/4/04 | Zoloft 50mg PO Qam x 3.8R | 0900 |
| M | 4/4/04 | Ativan 1mg PO BID x 3.8R | 0900 / 2000 |
| A | 4/4/04 | Seroquel 100mg PO @ HS x 2.8R | 2000 |
| N | 5/4/04 | Zoloft 50mg PO Qam x 3.8R | 0900 |
| N | 5/4/04 | Ativan 1mg PO BID x 3.8R | 0900 / 2000 |
| N | 5/4/04 | Seroquel 100mg PO @ HS x 2.8R | 2000 |
| D | 5/1/04 | Prenatal Vitamins c qd PO x 81 days | 0900 |

PCR000247





012578

Bk #: **A631830**
ANDRIANO, WENDI ELIZABETH
Bk Dt: **10-08-2000**
DOB: **08-26-1970**    Sex: Female

LOCATION DQ 5-04
MONTH/YR
ALLERGIES: NKDA

**MEDICATIONS**

| C - COURT | NS - NON-STOCK |
| R - REFUSED | T - TRANSFER |
| NA - NO ANSWER | NG - NOT GIVEN |
| M - OUT MEDICAL | H - HOLD |
| | SG - SECURITY OVERRIDE |

| NURSE INITIAL | ORDER DATE | Rx, DOSAGE, FREQUENCY, ROUTE | TIME |
|---|---|---|---|
| | 5/20/04 | Zoloft 50mg PO QAM x 28D | 0900 |
| | 5/20/04 | Ativan 1mg PO BID x 28D | 0900 / 2000 |
| | 5/20/04 | Seroquel 100mg PO QHS x 28D | 2000 |
| | 5/14/04 | Prenatal Vitamins 1 QD PO x 84D | 0900 |

081-1563 R10-97

CORRECTIONAL HEALTH SERVICES          MARICOPA COUNTY

PCR000249



PCR000250





BOOKING # HG318330   LOCATION O-2   MO/YR 7·04/8·04

Adriano Wende Eliza

8·26·1970

013578

NURSE'S SIGNATURE
F Despain LPN #705

J Easton LPN #725

PRN MEDICATIONS

STAT & ONE TIME ORDERS

PCR000252



PCR000253





## MEDICATIONS

C - COURT
R - REFUSED
NA - NO ANSWER
M - OUT MEDICAL

NS - NON-STOCK
T - TRANSFER
NG - NOT GIVEN
H - HOLD
SC - SECURITY OVERRIDE

Bk #: A631830
ANDRIANO, WENDI ELIZABETH
Bk Dt: 10-08-2000
DOB: 08-26-1970     Sex: Female

LOCATION D-2   BK# A631830
MONTH/YR 8-04
ALLERGIES/DATE NKDA

| NURSE INITIAL | ORDER DATE | Rx: DOSAGE, FREQUENCY, ROUTE | TIME |
|---|---|---|---|
| | 8/1/04 | Zoloft 50mg PO qAM x 90Δ | 0900 |
| | 8/1/04 | Ativan 1mg PO BID x 90Δ | 0900 / 2000 |
| | 8-5-04 | M.Vit 1 PO QD x 4wks | 0900 |
| | 8-6-04 | Seroquel 75mg PO QHS x 2wks | 2000 |

CORRECTIONAL HEALTH SERVICES     MARICOPA COUNTY

061-1-061  R11-97

PCR000255

BOOKING #

MO/YR 8/04-9/04

LOCATION

Bk #: A631830
ANDRIANO, WENDI ELIZABETH
Bk Dt: 10-08-2000
DOB: 08-26-1970
Sex: Female

012571

NURSE'S SIGNATURE / INITIALS

F Despain LPN #705
K. Nass LPN #807
Lorie Dina RN
F Trapanotto RN #289
J Easton LPN #729

Rx: DOSAGE; FREQUENCY; ROUTE

8-12 Seroquel 50mg po 2tab administer QHS x 28 days

8-27 Motrin 800mg po x PRN BID x 7 days

8-27 Ativan 1mg po PRN agitation x 1D x 28 days

Meron...
Seroquel 50mg po QHS PRN x 90D agitation

Ativan 2mg po TID PRN x 28D agitation

PRN MEDICATIONS

STAT & ONE TIME ORDERS



PCR000257

BOOKING # A 63 1832    LOCATION _____ LPN    MO/YR 4-04

012569

Andriano Wendi
08-26-1970

NURSE'S SIGNATURE / INITIALS: F Daspain LPN #705 | K. Nass LPN #807 | F Trepanotto RN #269 | M. Clark RN #204 | M. Husband LPN #733 | T. Easton LPN #729

| NURSE INITIAL | ORDER DATE | Rx DOSAGE; FREQUENCY; ROUTE | TIME |
|---|---|---|---|
| | 9-7-04 | Seroquel 50 mg qHS prn x90 d agitation | 2100 |
| | 9-10-04 | Ativan 2 ½ TID prn x 26 d. agitation | 1400 |
| | 9-30-04 | Seroquel 50 mg BID PO x60 Days PRN PRN | 0900 / 2000 |
| | 10-05-04 | Ativan 2mg PO TID PRN x28 D anxiety | 0900 / 1400 / 2000 |
| | 10-19-04 | Motrin 400mg PO TID PRN x28 Pain | 0900 / 1400 / 1800 |

PRN MEDICATIONS

STAT & ONE TIME ORDERS

PCR000258



PCR000259





PCR000261





PCR000263

# Exhibit 50

**Daniel Patterson - PDX**

| | |
|---|---|
| **From:** | Donna Ochoa [grandmaochoa@hotmail.com] |
| **Sent:** | Tuesday, December 04, 2001 6:54 AM |
| **To:** | pattersond@mail.maricopa.gov |
| **Subject:** | Andriano |

Dan,
Thought I'd try this out to see if it gets to you.  I just listened to last
week's messages and heard that Michelle called to introduce herself.  Please
let her know that I will try to call her today.  I apologize, we don't
always listen to the messages, we just check the caller id.  Thank you for
working with our daughter Wendi.  I know that she doesn't belong in there
and that there is a lot more to this than the prosecuter has shown.  Wendi's
therapist, Kandy Rohde would really like to hear from your office.  She is
trying to keep a definite distinction between her relationship with Wendi
and the defense, so that she doesn't appear to be part of the defense.  Did
that make sense?  Anyway, please give her a call.  She has good
information.

---

Get your FREE download of MSN Explorer at
http://explorer.msn.com/intl.asp

1

009456

PCR000264

Exhibit 51

**Michelle Arvanitas - PDX**

| | |
|---|---|
| From: | Donna Ochoa [grandmaochoa@hotmail.com] |
| Sent: | Monday, September 30, 2002 7:44 AM |
| ): | pattersond@mail.maricopa.gov; GDDeLozier@aol.com; arvanitas@mail.maricopa.gov |
| Subject: | Wendi Andriano |

Just to keep you updated.  We had a call from Wendi early Sat morning.
She
was hysterical.  Another inmate was put in her cell Friday night and
some of
that girls behaviors almost sent Wendi over the edge.  Evidently, Wendi
started having 'flash backs' about her times prior to jail.  For Wendi
to
call like that is not common, in fact the only other time I recall
hearing
her voice like that was 10/8/00, I called Kandy.  Wendi said that the
guards
were refusing to move wither one of them even tho there were numerous
empty
beds.  Kandy went over to the jail and was able to get Wendi stable.  I
haven't spoken directly to Kandy, but she left a message that Wendi was
having something like Post Traumatic...  As Kandy left the jail she
spoke
with a guard and demanded that the Psych see Wendi that day (he was at
Estrella on Sat).  We had Wendi keep calling us throughout the day.  The

guards had her fill out the form to go into PC but they said she had to
say
she was in fear of her life and she refused to do that.  She knew that
he
would be in there for a month's time without contact with us and
couldn't do
it.  Of course, she couldn't tell us what all happened over the phone.
When
the afternoon crew came on she asked again.  Finally the head guard said

that they would momve the other girl.  We have not heard from Wendi
since
she told us that.  I don't know if they were in lockdown Sun or what.
And
the Dr. never did see her on Saturday, as of 7:00 pm.
Donna

---

Join the world's largest e-mail service with MSN Hotmail.
http://www.hotmail.com

1

002205

Exhibit 52

Subj:
Date:           3/30/03 4:05:51 PM US Mountain Standard Time
From:           sbmurphyaz@yahoo.com
To:             mailto:gddelozier@aol.comgddelozier@aol.com,
                pattersond@mail.maricopa.gov

Dan and David:
Spent several hours on Sat and Sun with Wendi - I now have a handle on why she
didn't leave Joe.
She learned to disassociate from painful memories a long time ago - that is very clear to
me. Are you going to subpoena her counselor? I know there's something that happened
during childhood that she hasn't told me yet - I'll get at it before we're finished.
I've now spent over 10 hours with her and I think I have another 10 to go. I will see her
on Tuesday but not again until the following week. How sure are we that we're going to
get a continuance?
Sharon


Sharon B. Murphy PhD, CISW
Domestic Violence Consultant
Arizona State University
School of Social Work - Faculty Associate
work (480) 965-3525
fax (480) 831-8424


Do you Yahoo!?
Yahoo! Platinum - Watch CBS' NCAA March Madness, live on your desktop!

DEL006449

Subj:          Wendi ANdRIANo  —  Murphy work
Date:          3/25/03 5:28:08 PM US Mountain Standard Time
From:          sbmurphyaz@yahoo.com
To:            pattersond@mail.maricopa.gov, mailto:gddelozier@aol.com
               gddelozier@aol.com

Sent from the Internet (Details)

Hello Dan and David:
I spent a couple of hours with Wendi today and plan to see her again tomorrow,
possibly Friday and next Tuesday. I'm hoping that will conclude the interview time. We
didn't get very far into the story today (only up to the first year of marriage) because I
start with her childhood and work forward - so it's a pretty long process.
I think Wendi was very comfortable with me and I think she is looking forward to seeing
me tomorrow as well. This is very difficult as you know - she was very tearful so stopped
a number of times. I chose to end the interview after 2 hours because we both needed it
to end - draining, very draining.
She alternates between seeing the truth about her husband and not wanting to see it.
By the end of our work together she will see "it" which also means that she will become
quite depressed. **David**: it is important for her counselor to be available to her following
our meetings (if Wendi needs her) and throughout this process. The process of the
assesment is very painful because I'm asking her to talk about difficult things in a very
clear and forthright manner. She needs to reconstruct the past in a thoughtful way AND
then has to say it all out loud to me, a stranger. Can you communicate that to her
counselor for me or to her parents so that they can talk to her counselor? I did assess
for suicidality at the end of our time today and she's ok but admits to feeling suicidal on
occasion.
Will keep you both informed as I work. Is it OK with both of you for me to update via
email or would you prefer another method? When I have finished my work I will ask that
we sit down together to go over the key points - is that what you planned also or do you
have something else in mind?
Sharon


Sharon B. Murphy PhD, CISW
Domestic Violence Consultant
Arizona State University
School of Social Work - Faculty Associate
work (480) 965-3525
fax (480) 831-8424


Do you Yahoo!?
Yahoo! Platinum - Watch CBS' NCAA March Madness, live on your desktop!

Exhibit 53

**JAMES J. HAAS**
Public Defender



**LARRY GRANT**
Chief Trial Deputy – East Valley

**PETER C. ROSALES**
Group F Counsel

## Office of the Public Defender

RECEIVED
JAN 1 6 2002

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

INTEROFFICE MEMORANDUM

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

TO:       INITIAL SERVICES

FROM:    PATTY

DATE:    January 14, 2002

RE:       State v. Wendi Andriano; CR00-96032

Please have Ms. Andriano sign, but do not date the attached Releases. She is located at:

Wendi Elizabeth Andriano, #A631830
Estrella Jail
2939 W. Durango
Phoenix, AZ

If you have any questions, please contact me at my extension 62133

Thanks :)

~ *Patty* ~
*Legal Assistant Grp. F*
*Ext 62133*

Completed by - Kgs        1/16/2

019331

**LAW FIRM**
Southeast Facility • 1750 South Mesa Drive, Suite 150 • Mesa, Arizona 85210
(602) 506-2200 • (FAX) 506-2865 • (TT) 506-1646

PCR000268

**JAMES J. HAAS**
Public Defender



**LARRY GRANT**
Chief Trial Deputy – East Valley

**PETER C. ROSALES**
Group F Counsel

## Office of the Public Defender

### AUTHORIZATION AND RELEASE TO DISCLOSE MEDICAL RECORDS
### INCLUDING HIV & AIDS RELATED INFORMATION DISCLOSURE

Company/Persons Authorized to Receive Information:  Dan Patterson or any other Representative/Agent of the Maricopa County Public Defender, 1750 S. Mesa Drive, Suite 150, Mesa, AZ 85210-6211.

Patient Name:  Wendi Elizabeth Andriano          Date of Birth:  08/26/70
SS#:  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     Purpose for disclosure: Criminal defense
Extent of information to be disclosed:   Any and all records including but not limited to medical, physical, psychological records or other.

The undersigned hereby authorizes _____ to provide the above company and/or person identified above with a copy of any and all records, documents, reports, clinical abstracts, histories and charts, of any kind and description, related to care or services provided to the patient named above for the following dates:

_____

In addition to the general authorization to release records, the undersigned further authorizes the individuals or entities listed above to provide a copy of the following records: (please initial)

1.     Records of treatment for drug or alcohol abuse or psychiatric illness:
                              X Yes ___ No

2.     Records of testing diagnosis or treatment for HIV, HIV-related illness, AIDS, AIDS related diseases and communicable disease related information: .
                              ___ Yes  X No

This authorization shall be considered invalid after six months (or 60 days with respect to drug and alcohol abuse records) from the date of signing.  Undersigned may revoke authorization by written notice of revocation. However, undersigned may not revoke authorization retroactively for information already released.

With respect to any drug/alcohol abuse treatment information protected by federal confidentiality rules and release pursuant to this authorization, or records regarding communicable disease related information, recipient of this information understands that it is prohibited from making any further disclosure of this information unless further disclosure is expressly permitted by written consent of the undersigned or otherwise permitted by applicable law.

_____        _____        _____        _____
Patient                                  Date                         Witness                                  Date

If patient is unable to consent by reason of age or some other factor, state reasons:

_____

_____

_____        _____        _____
Authorized Representative          Date                     Relationship to Patient

_____        _____
Witness                                  Date

**LAW FIRM**                                                                  019332
Southeast Facility • 1750 South Mesa Drive, Suite 150 • Mesa, Arizona 85210
(602) 506-2200 • (FAX) 506-2865 • (TT) 506-1646

PCR000269

**JAMES J. HAAS**
Public Defender



**LARRY GRANT**
Chief Trial Deputy – East Valley

**PETER C. ROSALES**
Group F Counsel

## Office of the Public Defender

### AUTHORIZATION AND RELEASE TO DISCLOSE MEDICAL RECORDS
### INCLUDING HIV & AIDS RELATED INFORMATION DISCLOSURE

Company/Persons Authorized to Receive Information:  Dan Patterson or any other Representative/Agent of the Maricopa County Public Defender, 1750 S. Mesa Drive, Suite 150, Mesa, AZ 85210-6211.

Patient Name:  Wendi Elizabeth Andriano        Date of Birth:  08/26/70
SS#:  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      Purpose for disclosure: Criminal defense
Extent of information to be disclosed:    Any and all records including but not limited to medical, physical, psychological records or other.

The undersigned hereby authorizes _____ to provide the above company and/or person identified above with a copy of any and all records, documents, reports, clinical abstracts, histories and charts, of any kind and description, related to care or services provided to the patient named above for the following dates:

_____

In addition to the general authorization to release records, the undersigned further authorizes the individuals or entities listed above to provide a copy of the following records: (please initial)

1.      Records of treatment for drug or alcohol abuse or psychiatric illness:
                            X Yes ___ No

2.      Records of testing diagnosis or treatment for HIV, HIV-related illness, AIDS, AIDS related diseases and communicable disease related information:
                            ___ Yes  X No

This authorization shall be considered invalid after six months (or 60 days with respect to drug and alcohol abuse records) from the date of signing.  Undersigned may revoke authorization by written notice of revocation. However, undersigned may not revoke authorization retroactively for information already released.

With respect to any drug/alcohol abuse treatment information protected by federal confidentiality rules and release pursuant to this authorization, or records regarding communicable disease related information, recipient of this information understands that it is prohibited from making any further disclosure of this information unless further disclosure is expressly permitted by written consent of the undersigned or otherwise permitted by applicable law.

_Wendi Andriano_____     _____        _____/S/_____        _____
Patient                              Date             Witness                          Date

If patient is unable to consent by reason of age or some other factor, state reasons:

_____

_____

_____  _____        _____
Authorized Representative        Date             Relationship to Patient

_____  _____
Witness                               Date

**LAW FIRM**                                        019333
Southeast Facility • 1750 South Mesa Drive, Suite 150 • Mesa, Arizona 85210
(602) 506-2200 • (FAX) 506-2865 • (TT) 506-1646

**JAMES J. HAAS**
Public Defender



**LARRY GRANT**
Chief Trial Deputy – East Valley

**PETER C. ROSALES**
Group F Counsel

## Office of the Public Defender

### AUTHORIZATION AND RELEASE TO DISCLOSE MEDICAL RECORDS
### INCLUDING HIV & AIDS RELATED INFORMATION DISCLOSURE

Company/Persons Authorized to Receive Information: Dan Patterson or any other Representative/Agent of the Maricopa County Public Defender, 1750 S. Mesa Drive, Suite 150, Mesa, AZ 85210-6211.

Patient Name: Wendi Elizabeth Andriano   Date of Birth: 08/26/70
SS#: 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   Purpose for disclosure: Criminal defense
Extent of information to be disclosed: Any and all records including but not limited to medical, physical, psychological records or other.

The undersigned hereby authorizes _____ to provide the above company and/or person identified above with a copy of any and all records, documents, reports, clinical abstracts, histories and charts, of any kind and description, related to care or services provided to the patient named above for the following dates:

_____

In addition to the general authorization to release records, the undersigned further authorizes the individuals or entities listed above to provide a copy of the following records: (please initial)

1.   Records of treatment for drug or alcohol abuse or psychiatric illness:
             X Yes    ___ No

2.   Records of testing diagnosis or treatment for HIV, HIV-related illness, AIDS, AIDS related diseases and communicable disease related information:
             ___ Yes    X No

This authorization shall be considered invalid after six months (or 60 days with respect to drug and alcohol abuse records) from the date of signing.  Undersigned may revoke authorization by written notice of revocation.  However, undersigned may not revoke authorization retroactively for information already released.

With respect to any drug/alcohol abuse treatment information protected by federal confidentiality rules and release pursuant to this authorization, or records regarding communicable disease related information, recipient of this information understands that it is prohibited from making any further disclosure of this information unless further disclosure is expressly permitted by written consent of the undersigned or otherwise permitted by applicable law.

_____    _____    _____    _____
Patient                              Date          Witness                            Date

If patient is unable to consent by reason of age or some other factor, state reasons:

_____

_____

_____    _____         _____
Authorized Representative     Date               Relationship to Patient

_____    _____
Witness                              Date

**019334**

LAW FIRM
Southeast Facility • 1750 South Mesa Drive, Suite 150 • Mesa, Arizona 85210
(602) 506-2200 • (FAX) 506-2865 • (TT) 506-1646

PCR000271

**JAMES J. HAAS**
Public Defender



**LARRY GRANT**
Chief Trial Deputy – East Valley

**PETER C. ROSALES**
Group F Counsel

## Office of the Public Defender

### AUTHORIZATION AND RELEASE TO DISCLOSE MEDICAL RECORDS
### INCLUDING HIV & AIDS RELATED INFORMATION DISCLOSURE

Company/Persons Authorized to Receive Information: <u>Dan Patterson or any other Representative/Agent of the</u> Maricopa County Public Defender, 1750 S. Mesa Drive, Suite 150, Mesa, AZ 85210-6211.

Patient Name: <u>Wendi Elizabeth Andriano</u>     Date of Birth: <u>08/26/70</u>
SS#: <u>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</u>     Purpose for disclosure: <u>Criminal defense</u>
Extent of information to be disclosed: <u>Any and all records including but not limited to medical, physical, psychological records or other.</u>

The undersigned hereby authorizes _____ to provide the above company and/or person identified above with a copy of any and all records, documents, reports, clinical abstracts, histories and charts, of any kind and description, related to care or services provided to the patient named above for the following dates:

_____

In addition to the general authorization to release records, the undersigned further authorizes the individuals or entitles listed above to provide a copy of the following records: (please initial)

1.     Records of treatment for drug or alcohol abuse or psychiatric illness:
                        <u>X</u> Yes    ___No

2.     Records of testing diagnosis or treatment for HIV, HIV-related illness, AIDS, AIDS related diseases and communicable disease related information:
                        ___ Yes    <u>X</u> No

This authorization shall be considered invalid after six months (or 60 days with respect to drug and alcohol abuse records) from the date of signing.  Undersigned may revoke authorization by written notice of revocation. However, undersigned may not revoke authorization retroactively for information already released.

With respect to any drug/alcohol abuse treatment information protected by federal confidentiality rules and release pursuant to this authorization, or records regarding communicable disease related information, recipient of this information understands that it is prohibited from making any further disclosure of this information unless further disclosure is expressly permitted by written consent of the undersigned or otherwise permitted by applicable law.

<u>Wendi Andriano</u>                      <u>(signature)</u>
Patient                         Date        Witness                    Date

If patient is unable to consent by reason of age or some other factor, state reasons:

_____

_____

_____         _____
Authorized Representative        Date        Relationship to Patient

_____
Witness                    Date

019335

**LAW FIRM**
Southeast Facility • 1750 South Mesa Drive, Suite 150 • Mesa, Arizona 85210
(602) 506-2200 • (FAX) 506-2865 • (TT) 506-1646

PCR000272

JAMES J. HAAS
Public Defender



LARRY GRANT
Chief Trial Deputy – East Valley

PETER C. ROSALES
Group F Counsel

## Office of the Public Defender

### AUTHORIZATION AND RELEASE TO DISCLOSE MEDICAL RECORDS
### INCLUDING HIV & AIDS RELATED INFORMATION DISCLOSURE

Company/Persons Authorized to Receive Information: <u>Dan Patterson or any other Representative/Agent of the</u>
<u>Maricopa County Public Defender, 1750 S. Mesa Drive, Suite 150, Mesa, AZ 85210-6211.</u>

Patient Name: <u>Wendi Elizabeth Andriano</u>          Date of Birth: <u>08/26/70</u>
SS#: <u>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</u>     Purpose for disclosure: <u>Criminal defense</u>
Extent of information to be disclosed:   <u>Any and all records including but not limited to medical, physical,</u>
<u>psychological records or other.</u>

The undersigned hereby authorizes _____to provide the above company and/or person identified
above with a copy of any and all records, documents, reports, clinical abstracts, histories and charts, of any kind
and description, related to care or services provided to the patient named above for the following dates:

_____

In addition to the general authorization to release records, the undersigned further authorizes the individuals or
entitles listed above to provide a copy of the following records: (please initial)

1.   Records of treatment for drug or alcohol abuse or psychiatric illness:
                        <u>X</u> Yes   ___ No

2.   Records of testing diagnosis or treatment for HIV, HIV-related illness, AIDS, AIDS related diseases and
     communicable disease related information:
                        ___ Yes   <u>X</u> No

This authorization shall be considered invalid after six months (or 60 days with respect to drug and alcohol abuse
records) from the date of signing.  Undersigned may revoke authorization by written notice of revocation.
However, undersigned may not revoke authorization retroactively for information already released.

With respect to any drug/alcohol abuse treatment information protected by federal confidentiality rules and release
pursuant to this authorization, or records regarding communicable disease related information, recipient of this
information understands that it is prohibited from making any further disclosure of this information unless further
disclosure is expressly permitted by written consent of the undersigned or otherwise permitted by applicable law.

_____          _____          _____          _____
Patient                            Date            Witness                             Date

If patient is unable to consent by reason of age or some other factor, state reasons:

_____

_____

_____          _____          _____
Authorized Representative           Date            Relationship to Patient

_____          _____
Witness                             Date

**LAW FIRM**
Southeast Facility • 1750 South Mesa Drive, Suite 150 • Mesa, Arizona 85210
(602) 506-2200 • (FAX) 506-2865 • (TT) 506-1646

**019336**

PCR000273

**JAMES J. HAAS**
Interim Public Defender



**Office of**
**The Public Defender**

### AUTHORIZATION AND RELEASE TO DISCLOSE MEDICAL RECORDS
### INCLUDING HIV & AIDS RELATED INFORMATION DISCLOSURE

Company/Persons Authorized to Receive Information:_____, Maricopa
County Public Defender, 1750 S. Mesa Dr., Ste. 150, Mesa, AZ 85210-6211.

Patient Name: _Wendi Andriano_   Date of Birth: _8-26-70_
SS#: _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_   Purpose for disclosure: _Criminal defense_
Extent of information to be disclosed: _____

The undersigned hereby authorizes _____to provide the
above company and/or person identified above with a copy of any and all records,
documents, reports, clinical abstracts, histories and charts, of any kind and
description, related to care or services provided to the patient named above for
the following dates: _____

In addition to the general authorization to release records, the undersigned
further authorizes the individuals or entitles listed above to provide a copy of
the following records: (please initial)

1.   Records of treatment for drug or alcohol abuse or psychiatric illness:
     __X__ Yes     ____ No

2.   Records of testing diagnosis or treatment for HIV, HIV-related illness,
     AIDS, AIDS related diseases and communicable disease related information:
     ____ Yes     __X__ No

This authorization shall be considered invalid after six months (or 60 days with
respect to drug and alcohol abuse records) from the date of signing. Undersigned
may revoke authorization by written notice of revocation. However, undersigned
may not revoke authorization retroactively for information already released.

With respect to any drug/alcohol abuse treatment information protected by federal
confidentiality rules and release pursuant to this authorization, or records
regarding communicable disease related information, recipient of this information
understands that it is prohibited from making any further disclosure of this
information unless further disclosure is expressly permitted by written consent
of the undersigned or otherwise permitted by applicable law.

_Wendi Andriano_   _3-6-02_   _____
Patient            Date       Witness            Date

If patient is unable to consent by reason of age or some other factor, state
reasons: _____

_____   _____
Authorized Representative   Date   Witness   Date

Relationship to Patient _____

**LAW OFFICES**
Southeast Facility • 1750 S. Mesa Drive, Suite 150 • Mesa, Arizona 85210-6211
(602) 506-2200 • (FAX) 506-2865 • (TT) 506-1646

007443

PCR000274

**JAMES J. HAAS**
Interim Public Defender



# Office of
# The Public Defender

### AUTHORIZATION AND RELEASE TO DISCLOSE MEDICAL RECORDS
### INCLUDING HIV & AIDS RELATED INFORMATION DISCLOSURE

Company/Persons Authorized to Receive Information:_____, Maricopa
County Public Defender, 1750 S. Mesa Dr., Ste. 150, Mesa, AZ 85201-6211.

Patient Name:_____ Date of Birth:_____
SS#:_____ Purpose for disclosure: _Criminal defense_
Extent of information to be disclosed: _____
_____

The undersigned hereby authorizes _____to provide the
above company and/or person identified above with a copy of any and all records,
documents, reports, clinical abstracts, histories and charts, of any kind and
description, related to care or services provided to the patient named above for
the following dates: _____
_____

In addition to the general authorization to release records, the undersigned
further authorizes the individuals or entitles listed above to provide a copy of
the following records: (please initial)

1.    Records of treatment for drug or alcohol abuse or psychiatric illness:
      ___X__ Yes      _____ No

2.    Records of testing diagnosis or treatment for HIV, HIV-related illness,
      AIDS, AIDS related diseases and communicable disease related information:
      _____ Yes    __X_X__ No

This authorization shall be considered invalid after six months (or 60 days with
respect to drug and alcohol abuse records) from the date of signing. Undersigned
may revoke authorization by written notice of revocation. However, undersigned
may not revoke authorization retroactively for information already released.

With respect to any drug/alcohol abuse treatment information protected by federal
confidentiality rules and release pursuant to this authorization, or records
regarding communicable disease related information, recipient of this information
understands that it is prohibited from making any further disclosure of this
information unless further disclosure is expressly permitted by written consent
of the undersigned or otherwise permitted by applicable law.

_Wendi Amiliano___ _3-1-02_ _____ _____
Patient                    Date       Witness                 Date

If patient is unable to consent by reason of age or some other factor, state
reasons: _____
_____

_____ _____ _____ _____
Authorized Representative   Date      Witness                  Date

Relationship to Patient _____

**LAW OFFICES**
Southeast Facility • 1750 S. Mesa Drive, Suite 150 • Mesa, Arizona 85210-6211
(602) 506-2200 • (FAX) 506-2865 • (TT) 506-1646

007444

JAMES J. HAAS
Interim Public Defender



## Office of
## The Public Defender

### AUTHORIZATION AND RELEASE TO DISCLOSE MEDICAL RECORDS
### INCLUDING HIV & AIDS RELATED INFORMATION DISCLOSURE

Company/Persons Authorized to Receive Information:_____, Maricopa
County  Public Defender, 1750 S. Mesa Dr., Ste. 150, Mesa, AZ 85210-6211.

Patient Name:_____ Date of Birth:_____
SS#:_____ Purpose for disclosure: <u>Criminal defense</u>
Extent of information to be disclosed: _____

The undersigned hereby authorizes _____to provide the
above company and/or person identified above with a copy of any and all records,
documents, reports, clinical abstracts, histories and charts, of any kind and
description, related to care or services provided to the patient named above for
the following dates: _____

In addition to the general authorization to release records, the undersigned
further authorizes the individuals or entitles listed above to provide a copy of
the following records: (please initial)

1.   Records of treatment for drug or alcohol abuse or psychiatric illness:
     _____ X Yes      _____ No

2.   Records of testing diagnosis or treatment for HIV, HIV-related illness,
     AIDS, AIDS related diseases and communicable disease related information:
     _____ Yes      _____ X No

This authorization shall be considered invalid after six months (or 60 days with
respect to drug and alcohol abuse records) from the date of signing. Undersigned
may revoke authorization by written notice of revocation. However, undersigned
may not revoke authorization retroactively for information already released.

With respect to any drug/alcohol abuse treatment information protected by federal
confidentiality rules and release pursuant to this authorization, or records
regarding communicable disease related information, recipient of this information
understands that it is prohibited from making any further disclosure of this
information unless further disclosure is expressly permitted by written consent
of the undersigned or otherwise permitted by applicable law.

_____  3-6-02_____
Patient                  Date   Witness              Date

If patient is unable to consent by reason of age or some other factor, state
reasons: _____

_____  _____  _____  _____
Authorized Representative    Date   Witness              Date

Relationship to Patient _____

### LAW OFFICES
Southeast Facility ● 1750 S. Mesa Drive, Suite 150 ● Mesa, Arizona 85210-6211
(602) 506-2200 ● (FAX) 506-2865 ● (TT) 506-1646

007116

PCR000276

FEB-04-2003  08:55    CORRECTIONAL HLTH ADMIN                    6025062577    P.02

CORRECTIONAL HEALTH SERVICES FOR MARICOPA COUNTY, ARIZONA
225 W. MADISON STREET
ATTENTION:  MEDICAL RECORDS DEPARTMENT (4TH FLOOR)
PHOENIX, ARIZONA 85003
PHONE: 602/256-5524   FAX: 602/256-9417

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

FROM: _____    TO: _____
        Name of person or organization        To whom disclosure is to be made.

_____
Address                                         City        State        Zip

PATIENT NAME: _____

DATE OF BIRTH: _____  PATIENT BOOKING OR SS# NUMBER: _____

PURPOSE FOR THE DISCLOSURE: _____

DATES OF SERVICES NEEDED: (TO/FROM): _____

| | |
|---|---|
| ☐  Medication Administration Record | ☐  PROGRESS NOTES |
| ☐  HISTORY and PHYSICAL | ☐  RADIOLOGY REPORTS |
| ☐  OTHER (Specify): _____ | ☐  COMPLETE RECORD |

The undersigned hereby authorizes and consents to the disclosure by the above-named clinic to the above-named company or persons, or their representatives, or the bearer of this instrument of any and all information, records, documents, reports, clinical abstracts, histories, and charts, of every kind and description, relating to my condition, care, confinement, and treatment, and consent to the furnishing to them of photostatic copies or other copies of same. I further authorize the clinic listed above to provide information from the following confidential records:

1.  RECORDS OF TREATMENT OR HISTORY OF DRUG OR ALCOHOL ABUSE OR PSYCHIATRIC
    ILLNESS: _____YES _____NO
    Confidential information relating to Mental Health and/or alcohol/drug use under the drug abuse office and treatment act of
    1972 (P.L. 92-255) and the comprehensive alcohol abuse and alcoholism prevention treatment, and rehabilitation act of
    amendments of 1974 (P.L. 93-282).

2.  RECORDS OF TESTING OR HISTORY OF DIAGNOSIS OR TREATMENT FOR HIV, HIV-RELATED
    ILLNESS, AIDS, AIDS-RELATED DISEASE AND COMMUNICABLE DISEASE RELATED
    INFORMATION: _____YES _____NO
    Confidential communicable disease information under ARS 36-661 et seq.

BE IT FURTHER KNOWN that this consent is subject to revocation at any time except to the extent that
action has been taken in reliance thereon.

DATE OF CONSENT: _____        DATE OF EXPIRATION OF CONSENT: _____
                                       (90-day limit)

_____        _____
SIGNATURE OF PATIENT                    WITNESS

_____        _____
SIGNATURE OF AUTHORIZED PARTY           WITNESS

Fees: $10.00/first 10 pages and $0.50/page for additional sheets copied. The fee for the record copied for you is $_____ for
_____ pages. (There is a $25.00 retrieval fee for records in off-site storage). Please send a cashier's check or money order
payable to MARICOPA COUNTY CORRECTIONAL HEALTH SERVICES.

medrel52.doc/ag/1-14-00

## 007117

FEB-04-2003  08:55      CORRECTIONAL HLTH ADMIN

6025062577    P. 02

CORRECTIONAL HEALTH SERVICES FOR MARICOPA COUNTY, ARIZONA
225 W. MADISON STREET
ATTENTION: MEDICAL RECORDS DEPARTMENT (4TH FLOOR)
PHOENIX, ARIZONA 85003
PHONE: 602/256-5524   FAX: 602/256-9417

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

FROM: _____    TO: _____
         Name of person or organization              To whom disclosure is to be made.

_____
Address                                  City         State        Zip

PATIENT NAME: _____

DATE OF BIRTH: _____  PATIENT BOOKING OR SS# NUMBER: _____

PURPOSE FOR THE DISCLOSURE: _____

DATES OF SERVICES NEEDED: (TO/FROM): _____

☐   Medication Administration Record     ☐   PROGRESS NOTES
☐   HISTORY and PHYSICAL                  ☐   RADIOLOGY REPORTS
☐   OTHER (Specify): _____          ☐   COMPLETE RECORD

The undersigned hereby authorizes and consents to the disclosure by the above-named clinic to the above-named company or persons, or their representatives, or the bearer of this instrument of any and all information, records, documents, reports, clinical abstracts, histories, and charts, of every kind and description, relating to my condition, care, confinement and treatment, and consent to the furnishing to them of photostatic copies or other copies of same. I further authorize the clinic listed above to provide information from the following confidential records:

1.  RECORDS OF TREATMENT OR HISTORY OF DRUG OR ALCOHOL ABUSE OR PSYCHIATRIC
    ILLNESS:  _____ YES   _____ NO
    Confidential information relating to Mental Health and/or alcohol/drug use under the drug abuse office and treatment act of 1972 (P.L. 92-255) and the comprehensive alcohol abuse and alcoholism prevention treatment, and rehabilitation act of amendments of 1974 (P.L. 93-282).

2.  RECORDS OF TESTING OR HISTORY OF DIAGNOSIS OR TREATMENT FOR HIV, HIV-RELATED
    ILLNESS, AIDS, AIDS-RELATED DISEASE AND COMMUNICABLE DISEASE RELATED
    INFORMATION:  _____ YES   _____ NO
    Confidential communicable disease information under ARS 36-661 et seq.

BE IT FURTHER KNOWN that this consent is subject to revocation at any time except to the extent that action has been taken in reliance thereon.

DATE OF CONSENT: _____         DATE OF EXPIRATION OF CONSENT: _____
                                          (90-day limit)

SIGNATURE OF PATIENT                      WITNESS _____

SIGNATURE OF AUTHORIZED PARTY             WITNESS _____

Fees: $10.00/first 10 pages copied. The fee for the record copied for you is $_____ for _____ pages. (There is a $25.00 retrieval fee for records in off-site storage).  Please send a cashier's check or money order payable to MARICOPA COUNTY CORRECTIONAL HEALTH SERVICES.

medrel.52.doc/wp/1-14-00

007118

**JAMES J. HAAS**
Public Defender



**LARRY GRANT**
Chief Trial Deputy – East Valley

**PETER C. ROSALES**
Group F Counsel

## Office of the Public Defender

INTEROFFICE MEMORANDUM

TO:     INITIAL SERVICES

FROM:     PATTY Moncada Group F

DATE:     August 7, 2002

RE:     State v. Wendi Andriano; CR00-96032     Est B301-03

Please have Ms. Andriano sign, but do not date the attached Authorizations. She is located at:

Wendi Elizabeth Andriano, #A631830
Estrella Jail
2939 W. Durango
Phoenix, AZ

If you have any questions, please contact me at my extension 62133

Thanks :)

~Patty~
Legal Assistant Grp. F
Ext 62133

**LAW FIRM**
Southeast Facility • 1750 South Mesa Drive, Suite 150 • Mesa, Arizona 85210
(602) 506-2200 • (FAX) 506-2865 • (TT) 506-1646

019327

PCR000279

**JAMES J. HAAS**
Public Defender



**LARRY GRANT**
Chief Trial Deputy – East Valley

**PETER C. ROSALES**
Group F Counsel

## Office of the Public Defender

### AUTHORIZATION

Re:   <u>Wendi Andriano    DOB:  08/26/70</u>

To Whom It May Concern:

  I hereby request and authorize you to disclose whenever requested to do so by the Office of the Public Defender or its representatives, any and all information you may have relative to my case.

A photocopy of this authorization shall be considered as effective and valid as the original.

_____  8-9-02          _____  8/9/02
Client signature (or guardian)    Date          Witness signature          Date

019328

PCR000280

JAMES J. HAAS
Public Defender



LARRY GRANT
Chief Trial Deputy – East Valley

PETER C. ROSALES
Group F Counsel

## Office of the Public Defender

### AUTHORIZATION

Re:   Wendi Andriano   DOB:  08/26/70

To Whom It May Concern:

I hereby request and authorize you to disclose whenever requested to do so by the Office of the Public Defender or its representatives, any and all information you may have relative to my case.

A photocopy of this authorization shall be considered as effective and valid as the original.

_Wendi Andriano_  8-9-02          _Joann Cody_  8/9/02
Client signature (or guardian)   Date          Witness signature   Date

LAW FIRM                    019329
Southeast Facility • 1750 South Mesa Drive, Suite 150 • Mesa, Arizona 85210
(602) 506-2200 • (FAX) 506-2865 • (TT) 506-1646

PCR000281



JAMES J. HAAS
Public Defender

LARRY GRANT
Chief Trial Deputy – East Valley

PETER C. ROSALES
Group F Counsel

## Office of the Public Defender

### AUTHORIZATION

Re:   Wendi Andriano    DOB:  08/26/70

To Whom It May Concern:

I hereby request and authorize you to disclose whenever requested to do so by the Office of the Public Defender or its representatives, any and all information you may have relative to my case.

A photocopy of this authorization shall be considered as effective and valid as the original.

_____     8-9-02
Client signature (or guardian)    Date

_____     8/9/02
Witness signature              Date

LAW FIRM
Southeast Facility • 1750 South Mesa Drive, Suite 150 • Mesa, Arizona 85210
(602) 506-2200 • (FAX) 506-2865 • (TT) 506-1646

019330

PCR000282

# OFFICE OF THE PUBLIC DEFENDER
## MARICOPA COUNTY

JAMES J. HAAS
Public Defender

**LARRY GRANT**
Chief Trial Deputy – East Valley

**PETER C. ROSALES**
Group F Counsel

### AUTHORIZATION AND RELEASE TO DISCLOSE MEDICAL RECORDS
### INCLUDING HIV & AIDS RELATED INFORMATION DISCLOSURE

Company/Persons Authorized to Receive Information: Dan Patterson or any other Representative/Agent of the Maricopa County Public Defender, 1750 S. Mesa Drive, Suite 150, Mesa, AZ 85210-6211.

Patient Name: Wendi Elizabeth Andriano      Date of Birth: 08/26/70
SS#: 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     Purpose for disclosure: Criminal defense
Extent of information to be disclosed: Any and all records including but not limited to medical, physical, psychological records or other.

The undersigned hereby authorizes Casa Grande Counseling Center to provide the above company and/or person identified above with a copy of any and all records, documents, reports, clinical abstracts, histories of any kind and description, related to care or services provided to the patient named above for the following dates:
January ↔ March of 1998

In addition to the general authorization to release records, the undersigned further authorizes the individuals or entities listed above to provide a copy of the following records: (please initial)

1.    Records of treatment for drug or alcohol abuse or psychiatric illness:
                    X Yes    ___ No

2.    Records of testing diagnosis or treatment for HIV, HIV-related illness, AIDS, AIDS related diseases and communicable disease related information:
                    ___ Yes    X No

This authorization shall be considered invalid after six months (or 60 days with respect to drug and alcohol abuse records) from the date of signing.  Undersigned may revoke authorization by written notice of revocation. However, undersigned may not revoke authorization retroactively for information already released.

With respect to any drug/alcohol abuse treatment information protected by federal confidentiality rules and release pursuant to this authorization, or records regarding communicable disease related information, recipient of this information understands that it is prohibited from making any further disclosure of this information unless further disclosure is expressly permitted by written consent of the undersigned or otherwise permitted by applicable law.

_Wendi Andriano_ 4/30/03      _Jennifer Mox_ 4/30/03
Patient            Date        Witness            Date

If patient is unable to consent by reason of age or some other factor, state reasons:

_____

_____

| | | |
|---|---|---|
| Authorized Representative | Date | Relationship to Patient |

| | |
|---|---|
| Witness | Date |

**LAW FIRM**
Southeast Facility • 222 East Javelina, Suite 1300 • Mesa, Arizona 85210-6201  007570
(602) 506-2200 • (FAX) 506-2865 • (TT) 506-1646

# OFFICE OF THE PUBLIC DEFENDER
## MARICOPA COUNTY

### JAMES J. HAAS
Public Defender

**LARRY GRANT**
Chief Trial Deputy – East Valley

**PETER C. ROSALES**
Group F Counsel

## AUTHORIZATION

Re:    Wendi Andriano    DOB:  08/26/70

To Whom It May Concern:

    I hereby request and authorize you to disclose whenever requested to do so by the Office of the Public Defender or its representatives, any and all information you may have relative to my case.

A photocopy of this authorization shall be considered as effective and valid as the original.

| | |
|---|---|
| Client signature (or guardian)    Date | Witness signature    Date |

**LAW FIRM**
Southeast Facility • 1750 South Mesa Drive, Suite 150 • Mesa, Arizona 85210
(602) 506-2200 • FAX (602) 506-2865 • TT (602) 506-1646

*Delivering America's Promise of Justice for All*

019337

PCR000284

# OFFICE OF THE PUBLIC DEFENDER
## MARICOPA COUNTY

**LARRY GRANT**
Chief Trial Deputy – East Valley

**JAMES J. HAAS**
Public Defender

**PETER C. ROSALES**
Group F Counsel

### AUTHORIZATION

Re:   <u>Wendi Andriano    DOB:  08/26/70</u>

To Whom It May Concern:

I hereby request and authorize you to disclose whenever requested to do so by the Office of the Public Defender or its representatives, any and all information you may have relative to my case.

A photocopy of this authorization shall be considered as effective and valid as the original.

_____                    _____
Client signature (or guardian)      Date     Witness signature            Date

**LAW FIRM**
Southeast Facility • 1750 South Mesa Drive, Suite 150 • Mesa, Arizona 85210
(602) 506-2200 • FAX (602) 506-2865 • TT (602) 506-1646

*Delivering America's Promise of Justice for All*

019338

PCR000285

# OFFICE OF THE PUBLIC DEFENDER
## MARICOPA COUNTY

JAMES J. HAAS
Public Defender

**LARRY GRANT**
Chief Trial Deputy – East Valley

**PETER C. ROSALES**
Group F Counsel

### AUTHORIZATION AND RELEASE TO DISCLOSE MEDICAL RECORDS
### INCLUDING HIV & AIDS RELATED INFORMATION DISCLOSURE

Company/Persons Authorized to Receive Information: Dan Patterson or any other Representative/Agent of the Maricopa County Public Defender, 1750 S. Mesa Drive, Suite 150, Mesa, AZ 85210-6211.

Patient Name: Wendi Elizabeth Andriano     Date of Birth: 08/26/70
SS#: 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     Purpose for disclosure: Criminal defense
Extent of information to be disclosed: Any and all records including but not limited to medical, physical, psychological records or other.

The undersigned hereby authorizes _____ to provide the above company and/or person identified above with a copy of any and all records, documents, reports, clinical abstracts, histories and charts, of any kind and description, related to care or services provided to the patient named above for the following dates:

_____

In addition to the general authorization to release records, the undersigned further authorizes the individuals or entities listed above to provide a copy of the following records: (please initial)

1.     Records of treatment for drug or alcohol abuse or psychiatric illness:
                    X Yes     No

2.     Records of testing diagnosis or treatment for HIV, HIV-related illness, AIDS, AIDS related diseases and communicable disease related information:
                    Yes  X No

This authorization shall be considered invalid after six months (or 60 days with respect to drug and alcohol abuse records) from the date of signing. Undersigned may revoke authorization by written notice of revocation. However, undersigned may not revoke authorization retroactively for information already released.

With respect to any drug/alcohol abuse treatment information protected by federal confidentiality rules and release pursuant to this authorization, or records regarding communicable disease related information, recipient of this information understands that it is prohibited from making any further disclosure of this information unless further disclosure is expressly permitted by written consent of the undersigned or otherwise permitted by applicable law.

_____     _____     _____     _____
Patient                              Date       Witness                               Date

If patient is unable to consent by reason of age or some other factor, state reasons:

_____

_____

_____     _____     _____
Authorized Representative     Date       Relationship to Patient

_____     _____
Witness                              Date

**LAW FIRM**
Southeast Facility • 222 East Javelina, Suite 1300 • Mesa, Arizona 85210-6201
(602) 506-2200 • (FAX) 506-2865 • (TT) 506-1646          019343