## Michelle Arvanitas - PDX

**From:**    Michelle Arvanitas - PDX
**Sent:**    Monday, August 05, 2002 2:59
**To:**      'GDDeLozier@aol.com'
**Subject:** RE: andriano

Dave,

Please direct all correspondence with Dan Patterson as he is the one who determines the  mailing list.
~Michelle

> -----Original Message-----
> **From:** GDDeLozier@aol.com [mailto:GDDeLozier@aol.com]
> **Sent:** Monday, August 05, 2002 12:58 PM
> **To:** Michelle Arvanitas - PDX
> **Cc:** dbpazlawyer@msn.com
> **Subject:** Re: andriano
>
> Michelle:
> Thanks for your return e-mail; however, I need to be on your regular mailing list to
> receive anything that is filed by your offices, any correspondence going to our
> client, any correspondence going to the prosecution, any filings made by the
> prosecution, etc.  I am "out of the loop".  We discussed this when you were here a
> couple of weeks ago, as you may recall.  Thanks.
>
> In a message dated 8/5/02 9:13:53 AM US Mountain Standard Time,
> arvanitas@mail.maricopa.gov writes:
>
> > Subj:**RE: andriano**
> > Date:8/5/02 9:13:53 AM US Mountain Standard Time
> > From:arvanitas@mail.maricopa.gov
> > To:GDDeLozier@aol.com
> > *Sent from the Internet*
> >
> >
> > Hi David,
> >
> > I understand your frustration.  I have spoken with Dan about sending you a copy of the last
> > motion.  I will speak with him again.  As far as I am aware there is not another second chair on the
> > case.  Maybe this email will help him understand your frustration.
> >
> > Michelle
> >
> > > -----Original Message-----
> > > **From:** GDDeLozier@aol.com [mailto:GDDeLozier@aol.com]
> > > **Sent:** Friday, August 02, 2002 4:51 PM
> > > **To:** Michelle Arvanitas - PDX
> > > **Cc:** dbpazlawyer@msn.com
> > > **Subject:** andriano

019718

8/5/02

PCR000337

**Michelle Arvanitas - PDX**

| | |
|---|---|
| **From:** | GDDeLozier@aol.com |
| **Sent:** | Friday, August 02, 2002 4:51 PM |
| **To:** | Michelle Arvanitas - PDX |
| **Cc:** | dbpazlawyer@msn.com |
| **Subject:** | andriano |

Michelle:

Donna Ochoa called me today around noon to advise that the scheduled hearing for 1:30 pm was postponed. I am glad I did not make a trip to Mesa!! Also, as we discussed when you were at my office, I am still not receiving any of the filings nor the previous ones filed. What do you suggest on how I might be able to keep informed on what is going on. I am working on keeping this from being frustrating. But, Dan made it very clear that I was second chair and that the PD's office was not going to put anyone else on the case. And, I am completely without knowledge of the case developments. Please advise. I am copying Dan, just in case he is unaware of these issues.

## G. David DeLozier
**LAW OFFICES OF G. DAVID DELOZIER, P.C.**
4016 E. Forest Pleasant Place
Cave Creek, AZ 85331
(480) 575-6660
Fax (480) 575-6661

This transmission is confidential and may not be reproduced or retransmitted without the express written permission of the author. If you receive this transmission in error, please delete from your computer and notify the sender. Thank you.

019570

5/10/2004

# Exhibit 64

## Patricia Rublo - PDX

| | |
|---|---|
| From: | Patricia Rublo - PDX |
| Sent: | Thursday, October 23, 2003 10:27 AM |
| To: | Daniel Patterson - PDX |
| Subject: | State v. Andriano |

*Hi Dan....*

*I met with DeLozier yesterday and went over the file. I will make copies of what he needs of the Original file. He states you only gave him one stack of papers yesterday which were the Defendant's Pleadings and not the State's Pleadings.*

*Since he was adamant about not having received ANYTHING since you took over the case, I showed a receipt for Discovery materials which were picked up by someone in his office back in May, which included all discovery in the binders. He said he would look for it in his office when he went back. He called me and said he could not find any of it. Sooooo ..I have to copy it for him ALL OVER AGAIN!!!! (Sorry just needed to vent)*

*Anyhow, just keeping you updated.*

*Thanks!*

*~ Patty*

1

019008

PCR000339

# Exhibit 65

MARICOPA COUNTY
OFFICE OF THE MEDICAL EXAMINER
120 S. 6th Avenue
Phoenix, Arizona 85003

MARICOPA COUNTY
OFFICE OF THE MEDICAL EXAMINER
NOT FOR DUPLICATION

REPORT OF AUTOPSY

**DECEDENT:** Joseph D. Andriano

**CASE:** 00-03022

**DATE OF EXAMINATION:** 10/11/2000

**TIME:** 0710 Hours

**PERSONS PRESENT AT AUTOPSY**
Forensic Assistants:   Garn Bailey
                          Michael Millette
                          Jarred Sanders

## PATHOLOGIC DIAGNOSES

I.     Multiple blunt force injuries head and scalp.
      A.  Superficial incised wounds scalp, posterior shoulders and both hands.
      B.  Contusion dorsum right wrist.
      C.  Deep incised wound left lateral neck.
      D.  Subarachnoid hemorrhage left temporal lobe brain secondary to blunt
           force craniocerebral trauma.

II.    Moderately well differentiated adenocarcinoma, kidney.

III.    Widely metastatic adenocarcinoma involving lungs, mediastinal lymph
      nodes, periaortic lymph nodes and kidneys.

**CAUSE OF DEATH:** Multiple blunt force and incised injuries
           **MANNER:** Homicide

PHILIP E. KEEN, MD
MEDICAL EXAMINER

009073

000445

JOSEPH D. ANDRIANO                                                    00-03022

## CIRCUMSTANCES OF DEATH

This man was found deceased inside his residence the apparent victim of multiple blunt force head injuries and incised wounds. His wife had been in the residence with him and was reportedly tardy in response to emergency personnel arrival at the address. This man had a previous history of metastatic malignancy.

## EXTERNAL EXAMINATION

The unembalmed body arrives at the Medical Examiner's facility in a zippered body pouch secured by evidence seal #1059117. Delivered to the autopsy suite by Detective Lucero Badge #4913 of the Phoenix Police Department in a separate paper bag is a container of prescription medications issued to the decedent and a pair of green Tommy Hilfiger label shorts with a belt. There are irregular, dried, red-brown, apparent blood stains on the fabric.

The body arrives attired in a pair of brown striped boxer shorts. Brown paper bags encircle each hand. Electrocardiographic electrode pads are present beneath each clavicle.

The body is that of a slender, adult Caucasian man, 70 inches in length, weighing 156 pounds. Rigor mortis is complete. Livor mortis is purple, posterior, dependent and fixed. Scalp hair appears to be brown and the head is bald and possibly shaved. There are multiple traumatic injuries of the scalp to be subsequently described. Irides are light brown. Pupils are round, equal, symmetrical, 4 mm in diameter each. There are no scleral or conjunctival lesions. There are no lesions of external auditory canals or nares. There is a contusion over the bridge of the nose to be subsequently described. There is neither a beard nor moustache. Dentition is natural and in reasonably good state of repair with no acute oral mucosal lesions noted. Trachea is in the midline. There is a gaping incised wound of the left lateral neck to be subsequently described. Thorax is symmetrical with transverse diameter exceeding the anterior-posterior diameter. The abdomen is scaphoid with no palpable intra-abdominal masses or areas of significant skin scarring. Pubic hair appears shaved. External genitalia are those of an adult male with circumcised penis. Two small testes are palpable within the scrotal sac. Extremities are paired and symmetrical with what appears to be old subcutaneous hemorrhage and mild fibrosis in the left antecubital space. Posterior aspects of the torso are symmetrical. General appearance is compatible with a chronically ill man of the reported age of 33 years.

## EXTERNAL EVIDENCES OF TRAUMA

### Head and Neck:

There are areas of dried abrasion over the right cheek ranging up to 1-1/4 inches in greatest dimension. Inline with this area of abrasion is a second area of small abrasion 5/16 of an inch in greatest dimension on the infraorbital rib of the lateral extent of the

009074

000446

Page 2 of 8

PCR000341

JOSEPH D. ANDRIANO                                                       00-03022

right orbit and a linear area of abrasion of the right upper lid extending to the level of the brow.

There is a contusion over the mid-bridge of the nose ranging up to 1/2 inch in greatest dimension. The overlying skin surfaces are intact.

There is an apparent stabbing/incised wound of the right neck beneath the angle of the jaw paralleling approximately the inferior mandibular axis and extending into the skin and right sternocleidomastoid muscle ranging up to 1-1/4 inches in length with a V-shaped cutting surface oriented anteriorly.

There is a large gaping wound of the left neck extending posteriorly from the anterior border of the left sternocleidomastoid muscle forming a defect 3-3/4 inches x up to 2 inches in maximum width. On the anterior borders of this wound are a series of four superficial incised wounds ("hesitation marks"). This wound extends through the muscle and soft tissue structures of the left lateral neck, severs a branch of the left external carotid artery and at its greatest depth passes into the intervertebral space of C-4 – C-5 and produces a notch-like tool mark on the left lateral surface of the cervical spine. The wound does not penetrate the spinal canal.

There are two superficial linear oblique to horizontal incised wounds of the upper lateral left neck overlying the mastoid and inferior to the mastoid process on the left ranging up to 1-1/2 inches in greatest dimension.

Distributed over the occipital and parietal scalp and concentrated within an area of approximately 6 x 5 inches are a minimum of no less than twenty-three separate wounds. At least eight of these have features of superficial stabbing or incised wound and range from 1/4 to 1 inch in length and vary in axis from vertical to horizontal. Center most within this region of the scalp, however, are multiple large intersecting lacerations range up to 3 inches in greatest vertical dimension, up to 3 inches in greatest single horizontal dimension. The wound margins are abraded and irregular. There are bridging fibers across the depths of these wounds. They form two very prominent patterns of a V-shaped laceration over the right parietal scalp and the other is a double Y-shaped laceration in the midline posterior occipital prominence.

Just to the left of the sagittal plane in the left posterior parietal scalp is a 1-1/2 inch linear laceration with contusion and abrasion on the posterior aspect at an acute angle to the breach in the skin. Lateral to this is a 1-3/4 inch flattened omega-shaped laceration of the scalp.

There are two lacerations of the posterior surface of the left ear ranging up to 1-1/2 inches in greatest dimension.

There are two 1/4 inch superficial stabbing-style wounds of the posterior right lateral neck and a 5/8 inch horizontal superficial incised wound with lateral superficial abrasions all concentrated over the right trapezius insertions of the right posterior neck.

009075

000447

PCR000342

JOSEPH D. ANDRIANO                                                      00-03022

There is a superficial linear apparently incised wound of the inferior surface of the mid-left mandible 1-1/4 inches in greatest dimension.

There is a superficial linear abrasion of the lateral left neck lying anterior to the sternocleidomastoid muscle and overlying the inferior portions of the left surface of the larynx.

### Posterior Shoulders:

There are linear areas of abrasion of the posterior shoulders one over the left 1-1/4 inches in greatest dimension forming a tapering triangular shaped pattern with a vertex oriented medially.

There is a linear area of superficial laceration over the superior-posterior surface of the right shoulder 3/4 of an inch in greatest dimension.

Over the dorsum of the right shoulder is a small 3/8 inch linear superficial stabbing-style wound penetrating only to the level of the dermis.

Between this wound and the 3/4 inch linear abrasion is a linear wound 5/16 of an inch in greatest dimension extending to the level of the subcutaneous fat.

There are a series of four superficial linear mostly vertically oriented incised wounds of the skin of the upper back medial and superior to the scapula. These are 3/8, 1, 5/8, and 3/8 inch in length, respectively lateral to medial.

### Hands and Wrists:

Over the dorsum of the right wrist on the radial aspect of this wrist is a 1-1/4 x 1 inch area of recent purple contusion with an intact overlying skin surface.

Over the dorsum of the right hand just distal to the wrist is a linear 1/2 inch superficial incised wound.

There are two superficial linear abrasions and/or lacerations of the dorsum of the left middle finger and the middle phalangeal segment and in the proximal phalangeal segment.

There are two incised defensive style wounds of the dorsum of the right hand. The first of these is 1/2 inch in length over the distal interphalangeal joint of the right ring finger. The second is V-shaped with two 1/2 inch arms over the middle interphalangeal joint of the right middle finger.

009076
000448

PCR000343

JOSEPH D. ANDRIANO                                          00-03022

## INTERNAL EVIDENCES OF TRAUMA

In addition to the hemorrhage on the soft tissue of the left lateral neck and the incised wound on the superficial branch of the left external carotid artery, there are intercranial evidences of trauma consisting of subarachnoid hemorrhage over the right temporal lobe of the brain. There are no grossly or radiographically demonstrable fractures of the skull.

## INTERNAL EXAMINATION

The body is opened by a standard Y-shaped thoracoabdominal incision. Subcutaneous adipose tissue ranges up to 2 cm in thickness at the level of the umbilicus. All viscera occupy their approximate appropriate anatomic relationships.   There are multiple metastatic tumor nodules present in both lungs, in the mediastinal lymph nodes, in the cortical zones of both kidneys.  A small quantity of serous fluid is present in each pleural space with no significant free fluid accumulation in any body cavities.  Inferior margin of the liver extends 8 cm beyond the costal margin in the right midclavicular line. Diaphragmatic leaflets are at the level of the anterior 6th rib bilaterally. Internal viscera are somewhat pale.

## HEART

The 320-gm heart occupies its usual mediastinal site.  The chambers are empty of fluid. There is a moderate quantity of epicardial fat present. Epicardial and endocardial surfaces are smooth and glistening.  All major vessels arise in their appropriate anatomic relationships. Coronary arteries arise and are distributed in the usual fashion with no significant narrowing or occlusions. Step sections of myocardium reveal moist, uniform, rubbery, red-brown muscle with no localizing areas of softening, hemorrhage, or gross scarring. No abnormal communications exist between the cardiac chambers.  The cardiac valves are normally formed with circumferences appropriate to the caliber of the cardiac chambers.

Upon removal of the heart, pulmonary arteries and veins, inferior vena cava and aorta are compressed and all returning blood flow to the pericardial sac is harvested for toxicologic or serologic testing purposes.

## GREAT VESSELS

The aorta is of normal caliber with smooth glistening endothelial surfaces. There is no aneurysmal dilation or dissection. There are no occlusions of major arterial branches. No systemic venous abnormalities or thrombi are identified.

## LUNGS

Weight: left 500 gm, right 540 gm. The lungs are similar. They are moderately well expanded, fluffy, and pink-tan with a few glistening pleural surfaces focally distorted by

009077
000449

PCR000344

JOSEPH D. ANDRIANO                                    00-03022

subpleural and intraparenchymal masses.  These masses are firm and pale gray-white and yellow-white on cut surfaces with a few areas of central yellow necrosis.  The tumor nodules range up to 4 cm maximum diameter.  The bronchi are patent with smooth mucosal surfaces.  All of the nodules within the lungs appear to be metastatic disease. The perihilar lymph nodes are focally replaced by similar firm gray-white tumor.

## NECK ORGANS

There is hemorrhage in the soft tissue of the left lateral neck with incised injuries of the left sternocleidomastoid muscle, the thyroid artery branch of the carotid artery, superficial branches of the left external jugular vein, and penetration to the level of the cervical spine with separation of the lateral spinous ligaments.  The upper airway is patent.  There is no glottic or epiglottic edema.  There is no penetration of the trachea by the acute injuries.  Thyroid and parathyroid glands are grossly not remarkable.

## THYMUS

Grossly not remarkable.

## SPLEEN

The 210-gm spleen occupies its usual anatomic site.  It is moderately congested but otherwise grossly not remarkable.

## LIVER

The 2000-gm, dome-shaped, red-brown liver occupies its usual anatomic site and is covered by a flat, smooth, glistening capsule.  No metastatic disease is identified in the external or cut surfaces of the liver.  Intrahepatic and extrahepatic biliary ducts are patent and of normal caliber. The gallbladder is present, intact and contains orange-brown bile and no calculi.

## ADRENAL GLANDS

The adrenal glands are grossly not remarkable with no evidences of hemorrhage or metastatic tumor.

## PANCREAS

Grossly not remarkable. The duct system is patent. There are no mass lesions, areas of hemorrhage, fat necrosis or gross scarring.

## KIDNEYS

Weight: left 170 gm, right 150 gm. The kidneys are similar. The capsules strip with moderate ease from the cortical surfaces which are red-brown and focally have

009078
000450

PCR000345

JOSEPH D. ANDRIANO                                                    00-03022

peripheral cortical nodules ranging up to 1.3 cm in greatest diameter. The larger of these tumor nodules have umbilication of the surfaces. There are no gross abnormalities of the renal pyramids or the of the calyceal system. The renal vessels are patent. The ureters are patent and of normal caliber bilaterally.

## PELVIC ORGANS

The urinary bladder contains 20 ml of cloudy yellow urine. Mucosal surfaces are gray-white, flat and glistening. Trigone is patent. The prostate and seminal vesicles are grossly not remarkable.

## GASTROINTESTINAL TRACT

There are no intrinsic lesions of the esophagus. The esophagus itself is empty. The mucosal surfaces are gray-tan and glistening. The cardioesophageal junction is well delineated. The gastric fundus contains approximately 30 ml of cloudy-tan liquid all of which was harvested. There is a solitary yellow-tan portion of solid material also included in the gastric contents. There no areas of ulceration, hemorrhage, erosion or even hyperemia of the gastric mucosa. There are no intrinsic mucosal or mural lesions of small bowel, colon, cecum, or rectum. Vermiform appendix is present.

## MUSCULOSKELETAL SYSTEM

Other than traumatic injuries noted above, the musculoskeletal system is grossly not remarkable.

## SKULL AND CRANIAL CONTENTS

The scalp is further reflected and the galea is removed from the outer surface of the calvarium in an effort to inspect the pericardial surfaces of the calvarium. No gross fracture lines are present. The calvarium is of normal to slightly increased thickness. The brain weighs 1450 gm. It is covered by delicate, thin, glistening leptomeninges. There is good preservation of cerebral symmetry throughout. Convolutional patterns are intact. There is a small amount of fresh hemorrhage covering the right temporal lobe over the anterior pole and superior middle and inferior lobules of the temporal lobes on the outer surfaces. No gross cortical contusions are noted beneath this hemorrhage. No other localizing lesions are identified on multiple coronal sections of cerebrum, cerebellum and brain stem. Ventricular system is symmetrical, nondilated and contains clear fluid. Pituitary is not remarkable. There are no hemorrhages or fractures of the osseous structures of the floor of the cranial vault.

## EVIDENTIARY MATERIALS

There are varying length, fine caliber hairs adherent to dried blood on the palmar surfaces and intertriginous surfaces of both hands and from the surface of the body. No other extraneous foreign material is identified. These trace items are inventoried

009079
000451

PCR000346

JOSEPH D. ANDRIANO                                          00-03022

and released to the Phoenix Police Department. In addition, a purple-top tube of blood and the clothing are inventoried and released.

## TOXICOLOGY

Samples of blood, urine, vitreous humor, gastric contents, bile, liver, gastric mucosa and brain are harvested for toxicologic analysis.

PEK:plf
D:10/13/2000
T:10/31/2000

## MICROSCOPIC DESCRIPTIONS

Histologic sections confirm the presence of the subarachnoid hemorrhage of the left temporal lobe of the brain and further elucidate the character of the metastatic malignancy noted grossly. This tumor has a remarkably consistent gland-forming pattern in all of its sites consisting of pale amphiphilic mucinous secretions contained within variable tumor glands. The morphologic features of the tumor are more consistent with renal primary.

## FINAL SUMMARY

This man died of multiple blunt force and incised injuries.

The manner is homicide.

PEK:plf
F:11/28/2000

000492

PCR000347

**Maricopa County Office of the Medical Examiner**
120 South Sixth Avenue - Phoenix, AZ 85003 - (602) 506-3322



MARICOPA COUNTY
OFFICE OF THE MEDICAL EXAMINER
NOT FOR DUPLICATION

| Hair Color | Br. / Bald. | Eye Color | Light Brown |
|---|---|---|---|
| Teeth | Natural | Beard (Y/N) | No |
| Weight | 156 | Moustache (Y/N) | No |
| Height | 70 | Clothing | Yes |
| Rigor | full | | |
| Livor | Posterior | Seal No. | 009081 |
| | | | 1059117 |

00-03022          10/08/2000
K_ RIANO, JOSEPH

PPD                    DR: 01-797849
DOB: 8/18/1967    SSN: 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

000453



**Maricopa County Office of the Medical Examiner**
120 South Sixth Avenue · Phoenix, AZ 85003 · (602) 506-3322

MARICOPA COUNTY
OFFICE OF THE MEDICAL EXAMINER
NOT FOR DUPLICATION

009082

000454

PCR000349



MARICOPA COUNTY, OFFICE
OF THE MEDICAL EXAMINER

CASE #

MARICOPA COUNTY
OFFICE OF THE MEDICAL EXAMINER
NOT FOR DUPLICATION

"U" shaped ½ & ½

½'

↑ ¼'
½

—1"4X1" Contusion

000455

00-03022
ANDRIANO, JOSEPH

PPD

DOB: 8/18/1967

009083
10/08/2000

DR: 01-79

SSN: 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

900-021  10-88

MARICOPA COUNTY OFFICE OF THE MEDICAL EXAMINER

REPORT OF TOXICOLOGICAL EXAMINATION

MARICOPA COUNTY
OFFICE OF THE MEDICAL EXAMINER
**NOT FOR DUPLICATION**

Case Number:      00-03022
Decedent:         JOSEPH D. ANDRIANO
Date Submitted:   10/11/2000
Report Date:      12/27/2000

Specimens Collected:   VITREOUS, BILE, BLOT/FILTER PAPER, CARDIAC
BLOOD, URINE, GASTRIC, GASTRIC MUCOSA, LIVER, BRAIN

Medical Examiner:  PHILIP E. KEEN, MD

**RESULTS\*:**

Vitreous:        None detected for ethanol, methanol, isopropanol and acetone.

Cardiac Blood:   None detected for ethanol, methanol, isopropanol, acetone,
                 amphetamine, methamphetamine, phencyclidine, cocaine,
                 benzoylecgonine, methadone, morphine, codeine,
                 benzodiazepines, barbiturates, antihistamines, phenothiazines,
                 tricyclic antidepressants and sodium azide **

Bile:            None detected for amphetamine, methamphetamine,
                 phencyclidine, cocaine, methadone, codeine, antihistamines,
                 phenothiazines, and tricyclic antidepressants

Gastric:         Positive for
                     Sodium Azide 3.8 mg/L **
                 None detected for amphetamine, methamphetamine,
                 phencyclidine, cocaine, methadone, codeine, antihistamines,
                 phenothiazines, and tricyclic antidepressants

Urine:           None detected for amphetamine, methamphetamine,
                 phencyclidine, cocaine, methadone, codeine, antihistamines,
                 phenothiazines, and tricyclic antidepressants

\*If results are not listed for any specimen(s), that/those specimen(s) is/are deemed to be on "HOLD"
\*\*Assay performed by West Coast Analytical Service, Santa Fe Springs, CA.

Norman A. Wade
Laboratory Director

Agency:      PHOENIX PD                              009084
DR#          01-797849
By:rs                                                PEKeen
Tox. 1/2000                                          12/27/0
DAWN:                          000456

120 S. 6th Avenue • Phoenix, Arizona 85003 • (602) 506-3322 • (FAX) (602) 506-1546

PCR000351

MARICOPA COUNTY OFFICE OF THE MEDICAL EXAMINER

NOT FOR DUPLICATION

MARICOPA COUNTY OFFICE OF THE MEDICAL EXAMINER
120 South Sixth Avenue
Phoenix, Arizona  85003
(602)506-3322

### AMENDMENT TO MEDICAL EXAMINER'S REPORT OF INVESTIGATION

DATE OF AMENDMENT: January 5, 2001

CASE #00-03022

NAME OF DECEASED:  JOSEPH D. ANDRIANO
DATE OF DEATH:  10/08/2000

AGENCY  PHOENIX PD
DR# 01-797849

ITEMS TO BE AMENDED:

MEANS:  BLUNT FORCE TRAUMA

PERSON AMENDING REPORT:   PHILIP E. KEEN, M.D.

SUPPLEMENTARY DEATH CERTIFICATE FILED (Y/N):   NO

_____
SIGNATURE

/ogm

· 015321
000443

## OFFICE OF THE MEDICAL EXAMINER

120 South Sixth Avenue
Phoenix, Arizona 85003
(602) 506-3322

MARICOPA COUNTY
OFFICE OF THE MEDICAL EXAMINER

**NOT FOR DUPLICATION**

Case #: 00-03022

REPORT OF INVESTIGATION BY MEDICAL EXAMINER

| Name | Age | DOB | Sex |
|------|-----|-----|-----|
| JOSEPH D. ANDRIANO | 33 | 08/18/1967 | MALE |

| Race | Marital Status | Type of Death | Means |
|------|----------------|---------------|-------|
| CAUCASIAN | MARRIED | VIOLENT | FIREARMS |

| Address | City | State |
|---------|------|-------|
| 2155 E. LIBERTY LANE #132 | PHOENIX | AZ |

| Notification By | Agency | DR Number |
|-----------------|--------|-----------|
| LUCERO #4913 | PHOENIX PD | 01-797849 |

| | Address | Town/City | Type of Premises | Date | Time |
|---|---------|-----------|------------------|------|------|
| Illness | | | | | |
| Injured | 2155 E. LIBERTY LANE #132 | PHOENIX | RESIDENCE | 10/08/2000 | UNK |
| Death Pronounced | 2155 E. LIBERTY LANE #132 | PHOENIX | RESIDENCE | 10/08/2000 | 0345 |

Examination at the Maricopa County Office of the Medical Examiner:   Date: 10/11/2000       Time: 0710

### SEAL NUMBER# 1059117

Narrative Summary of Reported Circumstances Surrounding Death:

THIS MAN WAS FOUND DECEASED IN HIS RESIDENCE THE APPARENT VICTIM OF HEAD INJURIES AND INCISED WOUNDS.

Pursuant to section 11-594 Arizona Revised Statutes, I hereby certify that I took charge of the body described herein and that after making inquiries into the cause and manner of death and examination of the body it is my opinion that death occurred due to the cause(s) and in the manner stated.

**Cause of Death:   MULTIPLE BLUNT FORCE AND INCISED INJURIES   Autopsy (Y/N):  YES**

Manner of Death: HOMICIDE

Toxicology:      YES

015322

PLF: 11/1/2000

PHILIP E. KEEN, MD, Medical Examiner

000444

```
TERMTST                        FMS LIVE System                    Page    1
                           Phoenix Fire Department             10/16/2000
                            INCIDENT HISTORY REPORT

Incident #: 00-162335
------------------------------------------------------------------------------
  DISPATCHED INCIDENT
Agcy PFD   Incident # 00-162335    Disp Date 10/08/2000 Time 02:25:53 DOW SUN
  Ity PHX Loc 2155 E LIBERTY LN, PHOENIX, AZ
Map SE1102 Census       Fire Dist 5       Council Dist 6
Lat: +33.294449  Lon: -112.035075 Desc               Phone
Fire                          DescAPT 132              Phone 4806592630
Nature: Initial DB     Final DB     Response: Initial ALS    Final ALS
Supp Text
Channel A8    Travel Code 3  Sub Zone 21970  Cancel Flag N
                 Date        Time     Elapsed
Received        10/08/2000   02:24:58
Entered         10/08/2000   02:25:46   00:00:48
Dispatched      10/08/2000   02:25:53   00:00:07
On Scene        10/08/2000   02:33:15   00:07:22
Closed          10/08/2000   02:45:52   00:12:37


UNIT TIMES
Unit   Dispatch  Enroute   Onscene   Lv Scene  Arr Hosp  Hosp  Available
E46    02:25:53  02:27:39  02:33:15                            02:45:43

UNIT PERSONNEL
Unit E46
UID    Name                                  Rank        Role
KJ1153  KIERNAN, JAMES D                      FF
MB1585  MCKINNON, BENJAMIN E                  ENGP*56
PR1605  PERROTT, RICHARD W                    CPTP*56
PA1300  PINEDA, ANGELICA                      FF


INCIDENT HISTORY
Time    Type    Oper ID  Misc
02:25:46  ENTRY   NC2709      DS6
02:25:46  ENTRY   NC2709      DS6
02:25:47  CHANGE  NC2709      Alert: R???-> R
02:25:47  CHANGE  NC2709      Alert: R???-> R
02:25:49  SUGG    AVLSUG  DS2  E46+[01.7]
02:25:49  SUGG    AVLSUG  DS2  E46+[01.7]
02:25:53  DISP    GE3021  E46  [01.7] (ALS/ENG/MPW/BIC)  #KJ1153 KIERNAN, JAME
                             S D  #MB1585 MCKINNON, BENJAMIN E  #PR1605 PERROTT,
                             RICHARD W  #PA1300 PINEDA, ANGELICA
02:25:53  DWARN   SYSTEM      Dispatch warning, zone 4601!** CHANGE SITE TO S
                             OUTH MTN ***
02:25:53  DWARN   SYSTEM      Dispatch warning, zone 4601!** CHANGE SITE TO S
                             OUTH MTN ***
02:25:53  DISP    GE3021  E46  [01.7] (ALS/ENG/MPW/BIC)  #KJ1153 KIERNAN, JAME
                             S D  #MB1585 MCKINNON, BENJAMIN E  #PR1605 PERROTT,
                             RICHARD W  #PA1300 PINEDA, ANGELICA
02:27:06  UPDATE  CJ4020  E46
02:27:06  UPDATE  CJ4020  E46
02:27:39 *ENROUT          E46  [01:46]
02:27:39 *ENROUT          E46  [01:46]
02:29:11  PTI     NC2709      AGE:33YO  SEX:M INFEC:NO PER CALLER
                             CC:HX OF LUNG CANCER, SAYS HE IS EXTREMELY SOB TURNING
                             BLUE BUT IS CONS. & TALKING, HAS ALSO VOMITTE D SAYS
                             HE FEELS LIKE HE IS HAVING A HRT ATTACK IS TAKING CHEM
                             OTHERAPHY
02:29:11  PTI     NC2709      AGE:33YO  SEX:M INFEC:NO PER CALLER
                             CC:HX OF LUNG CANCER, SAYS HE IS EXTREMELY SOB TURNING
                             BLUE BUT IS CONS. & TALKING, HAS ALSO VOMITTE D SAYS
```

004034

```
(FINBS)                    PHD LIVE System                    Page     2
                        Phoenix Fire Department             10/16/2011
                        INCIDENT HISTORY REPORT

Incident #: 00-162335

------------------------------------------------------------------
                        HE FEELS LIKE HE IS HAVING A HRT ATTACK IS TAKING CHEM
                        OTHERAPHY
12:33:15 *ONSCNE        E46   [17:22]
12:33:15 *ONSCNE        E46   [17:22]
12:40:18  MISC   CJ4020  E46   ,ATT TO CONT RESD....THEY ARE REFUSING TO ANSWER
                        THE DOOR
12:40:18  MISC   CJ4020  E46   ,ATT TO CONT RESD....THEY ARE REFUSING TO ANSWER
                        THE DOOR
12:45:43 *AOR           E46
12:45:43 *AOR           E46
12:45:52  CLOSE  CJ4020
12:45:52  CLOSE  CJ4020
14:13:14  CROSS  FJ1735        #F00162360
```

004035

000049

PCR000355

Exhibit 66



Injuries Wendi Sustained to Her Left Hand

PCR000356



Injuries to Wendi's Left-Hand

PCR000357



Injuries to the Top of Wendi's Left Hand

PCR000358



Injuries to the Underside of Wendi's Left Hand

PCR000359



Injuries to the Top Side of Wendi's Left Hand





Wendi's Neck Injuries

PCR000361



Injuries to Wendi's Neck
Underside and Back of Neck

Exhibit 67

1
2
3
4
5
6              SUPERIOR COURT OF ARIZONA
7                  COUNTY OF MARICOPA
8
9    State of Arizona,                    )
                                          )
10                       Respondent,      )    No. CR2000-096032-A
                                          )
11        vs.                             )    **DECLARATION OF**
                                          )    **KRISTEN POWERS**
12                                        )
     Wendi Elizabeth Andriano,            )
13                                        )
14                       Petitioner.      )
                                          )
15   _____ )
16
17        I, Kristen Powers, declare and state as follows:
18        1.      I am a mitigation specialist who worked with Capital Case Project ("CCP"),
19   the firm engaged by Petitioner to assist in conducting a mitigation investigation in
20   compliance with the American Bar Association's Guidelines for the Appointment and
21
22   Performance of Counsel in Death Penalty Cases and its Supplementary Guidelines for the
23   Mitigation Function of Defense Teams in Death Penalty Cases.  I personally worked on
24   the investigation conducted by CCP, and have personal knowledge of the matters stated
25   herein.
26
27
28
     4851-9822-3502.1

2.      The documents included in Tabs 68A, 68B, 69A, and 69B of the Petition are true and correct copies of Social Security earnings records CCP obtained from Donna Ochoa and/or the Social Security Administration.  The charts included in Tabs 68 and 69 are year-by-year summaries of the earnings indicated by those records, created by me and other members of CCP.

3.      The documents included in Tabs 70 and 71 are true and correct copies of inmate data records for Shelby Robertson and Tommy Robertson, obtained from the Arizona Department of Corrections Inmate Datasearch Web site, http://www.azcorrections.gov/inmate_datasearch/Index_Minh.aspx.

4.      The photograph included in Tab 72 is a true and correct copy of a photograph CCP obtained from Wendi Andriano, and is the "lightning" photo discussed in paragraph 165 of the Declaration of Alejo Ochoa (Tab 24).  Although it may not be discernable in the reproduction provided to the Court, based on my review of the original photograph I believe Wendi is nude in the photo (pubic hair appears to be visible).

5.      The photo proof sheets included in Tabs 73 and 74 are true and correct copies of proof sheets I obtained from the home of Alejo and Donna Ochoa, after receiving permission to review and copy photographs that Alejo had taken and kept in storage at their home.  The proof sheet in Tab 73 consists of a series of photographs of Wendi, taken by Alejo Ochoa.  The proof sheet included in Tab 74 consists of a series of photographs of Wendi and what appear to be some of her then-classmates at the church school they attended, where Alejo Ochoa served as the youth pastor.

2

4851-9822-3502.1

6.   The card included in Tab 75 is a true and correct copy of a greeting card I obtained from Wendi Andriano, who reported receiving it from Alejo Ochoa while incarcerated. From my review of documents with Alejo Ochoa's handwriting during the course of my investigation, I believe the handwriting on the card to be that of Alejo Ochoa.

7.   I declare under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of February, 2012.

Kristen Powers

3

4851-9822-3502.1

PCR000365

Exhibit 68

**Andriano - Poverty/Income Chart with Wendi's Age**

| Year | Age | Donna Ochoa | Alejo Ochoa | Totals | Federal Poverty Line[1] | Amount Below/Above Poverty Line | Percent Below Poverty Line |
|---|---|---|---|---|---|---|---|
| 1975 | 4 - 5 | $1,513.88 | $0.00 | $1,513.88 | $4,361.00 | -$2,847.12 | 65% |
| 1976 | 5 - 6 | $8.30 | $3,938.15 | $3946.45 | $4,613.00 | -$666.55 | 14% |
| 1977 | 6 - 7 | $0.00 | $2,937.41 | $2,937.41 | $4,910.00 | -$1,972.59 | 40% |
| 1978 | 7 - 8 | $3,191.00 | $1,883.66 | $5,074.66 | $5,284.00 | -$209.34 | 4% |
| 1979 | 8 - 9 | $0.00 | $1,923.13 | $1,923.13 | $5,879.00 | -$3,955.87 | 16% |
| 1980 | 9 - 10 | $1,348.00 | $7,357.63 | $8705.63 | $6,628.00 | +$2,077.63 | N/A |
| 1981 | 10 - 11 | $0.00 | $0.00 | $0.00 | $7,316.00 | -$7,316.00 | 100% |
| 1982 | 11 - 12 | $0.00 | $0.00 | $0.00 | $7,765.00 | -$7,765.00 | 100% |
| 1983 | 12 - 13 | $0.00 | $0.00 | $0.00 | $8,015.00 | -$8,015.00 | 100% |
| 1984 | 13 - 14 | $2,633.00 | $0.00 | $2,633.00 | $8,355.00 | -$5,722.00 | 68% |
| 1985 | 14 - 15 | $12,500.00 | $0.00 | $12,500.00 | $8,654.00 | +$3,846.00 | N/A |
| 1986 | 15 - 16 | $12,950.00 | $0.00 | $12,950.00 | $8,820.00 | +$4,130.00 | N/A |
| 1987 | 16 - 17 | $12,956.52 | $0.00 | $12,956.52 | $9,142.00 | +$3,814.52 | N/A |

[1] Source: http://www.census.gov/hhes/www/poverty/data/threshld/index.html

PCR000366

Andriano - Poverty/Income Chart with Wendi's Age

| Year | Age | Donna Ochoa | Alejo Ochoa | Totals | Federal Poverty Line[1] | Amount Below/Above Poverty Line | Percent Below Poverty Line |
|------|-----|-------------|-------------|--------|----------------------|--------------------------------|----------------------------|
| 1988 | 17 - 18 | $13,504.10 | $0.00 | $13,504.10 | $9,522.00 | +$3,982.10 | N/A |
| 1989 | 18 - 19 | $2,151.50 | $0.00 | $2,151.50 | $9,981.00 | -$7,829.50 | 78% |
| 1990 | 19 - 20 | $3,620.00 | $0.00 | $3,620.00 | $10,520.00 | -$6,900.00 | 66% |
| 1991 | 20 - 21 | $4,499.60 | $0.00 | $4,499.60 | $10,963.00 | -$6463.40 | 59% |
| 1992 | 21 - 22 | $8,254.00 | $1,927.35 | $10,181.35 | $11,293.00 | -$1,111.65 | 10% |
| 1993 | 22 - 23 | $0.00 | $0.00 | $0.00 | $11,631.00 | -$11,631.00 | 100% |
| 1994 | 23 - 24 | $176.00 | $0.00 | $176.00 | $11,929.00 | -$11,753.00 | 99% |
| 1995 | 24 - 25 | $0.00 | $0.00 | $0.00 | $12,267.00 | -$12,267.00 | 100% |

PCR000367

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *     FOR SSN  REDACTED        * * *
```

```
FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        300 N. GREENE STREET
        BALTIMORE, MARYLAND  21290-0300

CAPITOL CASE PROJECT                    NUMBER HOLDER NAME:
                                        ALEJO   OCHOA
19528 VENTURA BLVD
#520

TARZANA               CA  91356

PERIOD REQUESTED    JANUARY 1967  THRU  DECEMBER 2009

YEAR   JAN - MARCH  APRIL -JUNE  JULY - SEPT   OCT - DEC      TOTAL

EMPLOYER NUMBER:  86-0183480
ALEJO M OCHOA
OCHOAS TORTILLA FACTORY
112 N MARSHALL ST
CASA GRANDE AZ 85222-0000

1968        51.01                                          $51.01

SELF EMPLOYMENT


1974      -           -          -           -         $4,001.00
1978      -           -          -           -         $3,191.00
1995      -           -          -           -         $7,558.00

EMPLOYER NUMBER:  86-0281632
BARRY HOWARD GRIMMER
LIVING DESERT LANDSCAPING
851 PALM PARKE BLVD
CASA GRANDE AZ 85223-0000

1976     1,064.25      315.75                             $1,380.00
                          PAGE 001
```

CCP 002773



```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *      FOR SSN   REDACTED         * * *
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|

```
EMPLOYER NUMBER:  75-0278040
FOXWORTH GALBRAITH LUMBER CO
PO BOX 799002
DALLAS   TX 75379-9002
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1976 |             |              | 853.76      | 1,704.39  | $2,558.15 |
| 1977 | 1,496.25    | 1,218.75     |             |           | $2,715.00 |

```
EMPLOYER NUMBER:  86-0283779
DANIEL LESTER MUNSTER
PO BOX 425
MILFORD  UT 84751-0000
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1977 |             | 100.00       |             |           | $100.00 |

```
EMPLOYER NUMBER:  23-1994091
ADIA TEMPORARY SERVICES INC
PARTIME
PO BOX 2768
MENLO PARK CA 94026-2768
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1977 |             |              |             | 122.41    | $122.41 |
| 1978 | -           | -            | -           | -         | $844.71 |

```
EMPLOYER NUMBER:  86-0189901
MANPOWER INC OF TUCSON
5301 N IRONWOOD RD
MILWAUKEE  WI 53217-4910
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1978 | -           | -            | -           | -         | $170.45 |

```
EMPLOYER NUMBER:  86-0319966
WYBE DE VRIES
3521 E SYLVANE
TUCSON  AZ 85713-0000
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1978 | -           | -            | -           | -         | $868.50 |

PAGE 002

CCP 002774

SSA-1826              ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *      FOR SSN   REDACTED         * * *


| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

EMPLOYER NUMBER:  86-0197899
JOHN A JACKSON
JACKSONS CONSTRUCTION
2965 W CARNAUBA
TUCSON   AZ 85705-0000

| 1979 | - | - | - | - | $1,412.50 |

EMPLOYER NUMBER:  94-2161806
ADECCO
% ADIA SERVICES INC
175 BROADHOLLOW RD
MELVILLE   NY 11747-4902

| 1979 | - | - | - | - | $56.88 |

EMPLOYER NUMBER:  95-2117125
MINUTE MAN INC
PO BOX 710
BELL   CA 90201-0000

| 1979 | - | - | - | - | $105.75 |

EMPLOYER NUMBER:  95-2313401
TOYO LANDSCAPING COMPANY
764 N CYPRESS ST
ORANGE  CA 92867-6606

| 1979 | - | - | - | - | $348.00 |
| 1980 | - | - | - | - | $14.00 |

EMPLOYER NUMBER:  86-0310699
GALLO AND SGRIGNOLI INC
711 E COTTONWOOD LANE SUITE C
CASA GRANDE AZ 85222-2725

| 1980 | - | - | - | - | $7,121.63 |

PAGE 003

CCP 002775

SSA-1826          ITEMIZED STATEMENT·OF EARNINGS
VERSION 2009.001 * * *     FOR SSN  REDACTED        * * *


| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

EMPLOYER NUMBER:  86-0393445
GALLO PROPERTY MANAGEMENT
 CORPORATION
711 E COTTONWOOD LN SUITE C
CASA GRANDE AZ 85222-2725

| 1980 | - | - | - | - | $222.00 |

EMPLOYER NUMBER:  62-1167633
FEDERAL COMPRESS & WAREHOUSE CO INC
6060 PRIMACY·PKWY STE 400
MEMPHIS  TN 38119-5704

| 1992 | - | - | - | - | $1,927.35 |

EMPLOYER NUMBER:  86-0765813
OCHOAS TORTILLAS INC
% LUPE O GARCIA
502 W OCOTILLA ST
CASA GRANDE AZ 85222-2323

| 1996 | - | - | - | - | $1,950.00 |
| 1997 | - | - | - | - | $17,225.00 |
| 1998 | - | - | - | - | $17,650.00 |
| 1999 | - | - | - | - | $18,190.00 |
| 2000 | - | - | - | - | $18,200.00 |
| 2001 | - | - | - | - | $18,250.00 |
| 2002 | - | - | - | - | $18,755.47 |
| 2003 | - | - | - | - | $18,980.00 |
| 2004 | - | - | - | - | $21,320.00 |
| 2005 | - | - | - | - | $10,790.00 |

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER  2008 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

                    PAGE 004 END

CCP 002776

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *     FOR SSN   REDACTED          * * *
```

```
FROM:  SOCIAL SECURITY ADMINISTRATION
       OFFICE OF CENTRAL OPERATIONS
       300 N. GREENE STREET
       BALTIMORE, MARYLAND  21290-0300
```

CAPITAL CASE PROJECT                     NUMBER HOLDER NAME:
                                         DONNA    OCHOA

19528 VENTURA BLVD
#520

TARZANA                  CA  91356-0000

PERIOD REQUESTED   JANUARY 1964  THRU  DECEMBER 2009

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|------------|-------------|-------------|-----------|-------|

EMPLOYER NUMBER:  86-0199202
TUCSON YOUTH DEVELOPMENT INC
1901 N STONE AVE
TUCSON  AZ 85705-5642

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|------------|-------------|-------------|-----------|-------|
| 1966 | 132.52 | 37.50 | 212.50 | 168.75 | $551.27 |
| 1967 | 148.13 | 135.00 | | | $283.13 |

EMPLOYER NUMBER:  86-0148290
HORIZON CORPORATION 16838 E
 PALISADES BLVD
5847 SAN FELIPE 2600
HOUSTON  TX 77057-3000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|------------|-------------|-------------|-----------|-------|
| 1967 | | 140.00 | 819.44 | | $959.44 |

EMPLOYER NUMBER:  95-2231259
IRA R LYON
MUTUAL READERS LEAGUE OF
 LOS ANGELES
5601 VIA DEL CALLADO
TORRANCE  CA 90505-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|------------|-------------|-------------|-----------|-------|
| 1968 | 4.73 | | | | $4.73 |

PAGE 001

SSA-1826               ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *      FOR SSN ·  REDACTED        * * *


| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

EMPLOYER NUMBER:  95-1581868
RAYMOND A TURNER
KEYSTONE READERS SERVICE
P O BOX 6348
SAN DIEGO CA 92106-0000

| 1968 | | | 26.25 | | $26.25 |
|------|--|--|-------|--|--------|

EMPLOYER NUMBER:  95-2494484
JERI S GUIDI LOU SCUDDER JR
COIFFURES DE LEON
2550 5TH AVE
SAN DIEGO CA 92103-0000

| 1968 | | | 325.00 | 940.00 | $1,265.00 |
|------|--|--|--------|--------|-----------|
| 1969 | 862.00 | 308.00 | | | $1,170.00 |

EMPLOYER NUMBER:  86-0213395
PARR OF ARIZONA
1009 N 3RD ST
PHOENIX  AZ 85004-0000

| 1969 | | 365.38 | 572.80 | | $938.18 |
|------|--|--------|--------|--|---------|

EMPLOYER NUMBER:  86-0075205
LAWYERS TITLE OF ARIZONA
5600 COX RD
GLEN ALLEN VA 23060-9266

| 1969 | | | | 791.54 | $791.54 |
|------|--|--|--|--------|---------|
| 1970 | 937.50 | 415.00 | | | $1,352.50 |

EMPLOYER NUMBER:  86-0223200
STEWART TITLE & TRUST OF PHOENIX
244 W OSBORN RD
PHOENIX  AZ 85013-3910

| 1971 | 193.87 | 915.58 | 682.50 | | $1,791.95 |
|------|--------|--------|--------|--|-----------|

PAGE 002

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *      FOR SSN   REDACTED       * * *

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

EMPLOYER NUMBER:  86-0196814
ATI TITLE AGENCY OF ARIZONA INC
NORWEST MORTGAGE INC
4801 E WASHINGTON ST
PHOENIX  AZ 85034-2004

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1971 |             |             | 347.73      | 1,275.00  | $1,622.73 |
| 1972 | 1,275.00    | 1,275.00    | 1,325.00    | 1,425.00  | $5,300.00 |
| 1973 | 1,425.00    | 1,425.00    | 1,475.00    | 1,575.00  | $5,900.00 |
| 1974 | 1,675.00    | 1,725.00    | 1,738.87    |           | $5,138.87 |

EMPLOYER NUMBER:  86-0224913
COMCARE INC
1740 W ADAMS 4TH FLR
PHOENIX  AZ 85007-2602

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1974 |             |             |             | 1,581.17  | $1,581.17 |
| 1975 | 645.78      |             |             |           | $645.78 |
| 1976 |             | 8.30        |             |           | $8.30 |

EMPLOYER NUMBER:  86-0271185
PINAL COUNTY ALCOHOL & DRUG ABUSE
  COUNCIL
SERENITY HOUSE
102 N FLORENCE ST
CASA GRANDE AZ 85222-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1975 |             | 868.10      |             |           | $868.10 |

SELF EMPLOYMENT

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1978 | -           | -           | -           | -         | $3,191.00 |
| 1980 | -           | -           | -           | -         | $1,348.00 |

PAGE 003

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *        FOR SSN ¨ REDACTED          * * *

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| | | | | | |
| EMPLOYER NUMBER:  86-0317255 A | | | | | |
| AK-CHIN FARMS ENTERPRISE OF AK-CHIN | | | | | |
|  INDIAN COMMUNITY | | | | | |
| 42507 W PETERS AND NALL RD | | | | | |
| MARICOPA  AZ 85138-0000 | | | | | |
| | | | | | |
| 1984 | - | - | - | - | $2,633.00 |
| 1986 | - | - | - | - | $12,950.00 |
| 1987 | - | - | - | - | $12,956.52 |
| 1989 | - | - | - | - | $1,335.50 |
| | | | | | |
| EMPLOYER NUMBER:  86-0317255 | | | | | |
| AK-CHIN FARMS ENTERPRISE OF AK-CHIN | | | | | |
|  INDIAN COMMUNITY | | | | | |
| 42507 W PETERS AND NALL RD | | | | | |
| MARICOPA  AZ 85239-3940 | | | | | |
| | | | | | |
| 1985 | - | - | - | - | $12,500.00 |
| 1988 | - | - | - | - | $13,504.10 |
| | | | | | |
| EMPLOYER NUMBER:  13-0544597 | | | | | |
| AVON PRODUCTS INC | | | | | |
|  ATTN TAX DEPARTMENT | | | | | |
| ATT PAYROLL DEPT | | | | | |
| 1345 AVE OF THE AMERICAS | | | | | |
| NEW YORK NY 10105-0000 | | | | | |
| | | | | | |
| 1989 | - | - | - | - | $816.00 |
| 1990 | - | - | - | - | $3,620.00 |
| 1991 | - | - | - | - | $986.00 |
| | | | | | |
| EMPLOYER NUMBER:  62-1167633 | | | | | |
| FEDERAL COMPRESS & WAREHOUSE CO INC | | | | | |
| 6060 PRIMACY PKWY STE 400 | | | | | |
| MEMPHIS  TN 38119-5704 | | | | | |
| | | | | | |
| 1991 | - | - | - | - | $3,513.60 |
| 1992 | - | - | - | - | $8,254.00 |
| 1994 | - | - | - | - | $176.00 |

PAGE 004

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *      FOR SSN    REDACTED         * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

```
EMPLOYER NUMBER:  86-0173224
CHANDLER REGIONAL HOSPITAL
475 S DOBSON RD
CHANDLER  AZ 85224-5601
```

| 1996 | - | - | - | - | $724.20 |

```
EMPLOYER NUMBER:  86-0402200
PROFESSIONAL RESPIRATORY CARE
 SERVICES INC
3801 N 24TH ST
PHOENIX  AZ 85016-6512
```

| 1996 | - | - | - | - | $756.00 |

```
EMPLOYER NUMBER:  86-0779811
REGIONAL HEALTHCARE SERVICES
 CORPORATION
% ROBERT F THEILMANN
1800 E FLORENCE BLVD
CASA GRANDE AZ 85222-5303
```

| 1996 | - | - | - | - | $15,662.87 |
| 1997 | - | - | - | - | $25,685.53 |
| 1998 | - | - | - | - | $16,535.04 |

```
EMPLOYER NUMBER:  86-0919714
REGIONAL HEALTHCARE SERVICES
 CORPORATION
1800 E FLORENCE BLVD
CASA GRANDE AZ 85122-5303
```

| 1998 | - | - | - | - | $15,988.61 |
| 1999 | - | - | - | - | $32,525.39 |

```
EMPLOYER NUMBER:  86-0427850
CASA GRANDE REGIONAL MEDICAL CENTER
1800 E FLORENCE BLVD
CASA GRANDE AZ 85122-0000
```

| 2000 | - | - | - | - | $37,154.95 |

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *      FOR SSN    REDACTED          * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 2001 | - | - | - | - | $39,949.03 |
| 2002 | - | - | - | - | $45,142.01 |
| 2003 | - | - | - | - | $45,379.13 |
| 2004 | - | - | - | - | $47,171.08 |
| 2005 | - | - | - | - | $51,501.09 |
| 2006 | - | - | - | - | $53,990.94 |
| 2007 | - | - | - | - | $57,075.10 |
| 2008 | - | - | - | - | $56,844.28 |
| 2009 | - | - | - | - | $59,231.98 |

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER   2008 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

                         PAGE 006 END

Exhibit 69

| Andriano Wendi and Joe Income Comparison Chart | | | | | |
|---|---|---|---|---|---|
| Year | Age | Wendi | Joe | Totals | Percent of Total Income Made by Wendi |
| 1983 | 12 - 13 | N/A | 1,043.95 | N/A | N/A |
| 1984 | 13 - 14 | N/A | 1,348.41 | N/A | N/A |
| 1985 | 14 - 15 | N/A | 2,509.63 | N/A | N/A |
| 1986 | 15 - 16 | N/A | 1060.88 | N/A | N/A |
| 1987 | 16 - 17 | N/A | 4,148.83 | N/A | N/A |
| 1988 | 17 - 18 | 933.20 | 28.710.19 | N/A | N/A |
| 1989 | 18 - 19 | 5,912.10 | 1,733.81 | N/A | N/A |
| 1990 | 19 - 20 | 183.81 | 6,671.50 | N/A | N/A |
| 1991 | 20 - 21 | 8,821.78 | 1,340.50 | N/A | N/A |
| **Joe moves in with Wendi** | | | | | |
| 1992 | 21 - 22 | 15,201.60 | 2,220.75 | 17,422.35 | 87% |
| 1993 | 22 - 23 | 19,128.37 | 3,404.00 | 22,532.37 | 85% |
| **Wendi and Joe are married** | | | | | |
| 1994 | 23 - 24 | 22,447.32 | 0.00 | 22,447.32 | 100% |
| 1995 | 24 - 25 | 24,234.28 | 0.00 | 24,234.28 | 100% |
| 1996 | 25 - 26 | 6,647.97 | 0.00 | 6,647.97 | 100% |
| **Nicholas is born** | | | | | |
| 1997 | 26 - 27 | 0.00 | 5,576.10 | 5,576.10 | 0% |
| **Ashlee is born** | | | | | |
| 1998 | 27 - 28 | 17,063.61 | 11,529.48 | 28,593.09 | 60% |
| 1999 | 28 - 29 | 31,942.63 | 0.00 | 31,942.63 | 100% |
| 2000 | 29 - 30 | 38,682.20 | 0.00 | 38,682.20 | 100% |

PCR000378

```
SSA-1826            ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *      FOR SSN   REDACTED        * * *
```

FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        300 N. GREENE STREET
        BALTIMORE, MARYLAND  21290-0300

CAPITAL CASE PROJECT                    NUMBER HOLDER NAME:
                                        JOSEPH D ANDRIANO

19528 VENTURA BLVD
STE 520

TARZANA               CA  91356

PERIOD REQUESTED   JANUARY 1982  THRU  DECEMBER 2000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

EMPLOYER NUMBER:  73-1089107
RED MITCHELL ENTERPRISES INC
432 BUCKHEAD TRL
WHITE PINE TN 37890-4429

| 1983 | - | - | - | - | $1,043.95 |
| 1984 | - | - | - | - | $732.41 |
| 1991 | - | - | - | - | $1,068.00 |

EMPLOYER NUMBER:  86-6096192
JOE ANDRIANO
ANDRIANO CHEMICAL SALES
550 COTTONWOOD LN
CASA GRANDE AZ 85222-0000

| 1984 | - | - | - | - | $616.00 |
| 1985 | - | - | - | - | $597.00 |
| 1988 | - | - | - | - | $598.62 |
| 1989 | - | - | - | - | $1,733.81 |

EMPLOYER NUMBER:  47-0556263
A-G SOD FARMS INC
2900 ADAMS ST C-120
RIVERSIDE  CA 92504-8317

| 1985 | - | - | - | - | $1,023.77 |

                        PAGE 001

SSA-1826            ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *     FOR SSN   REDACTED       ' * * *


| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|

EMPLOYER NUMBER:  86-0267742
WWCNS INC
PO BOX 44015
PHOENIX  AZ 85064-4015

| 1985 | - | - | - | - | $888.86 |

EMPLOYER NUMBER:  47-0556263 A
A-G SOD FARMS INC
2900 ADAMS STE C-5
RIVERSIDE  CA 92504-4335

| 1986 | - | - | - | - | $1,060.88 |

EMPLOYER NUMBER:  23-1661651
STRICK CORP-TAX DEPT
U S HWY 1
FAIRLESS HILLS PA 19030-0000

| 1987 | - | - | - | - | $1,565.77 |

EMPLOYER NUMBER:  86-0550222
JOE ANDRIANO PETE LOPEZ & WAYLAND
 HARRIS ET AL PTR
ESTRELLA PARTNERSHIP
% JOE ANDRIANO GEN PTR
550 E COTTONWOOD LN
CASA GRANDE AZ 85222-2022

| 1987 | - | - | - | - | $838.00 |
| 1988 | - | - | - | - | $663.75 |

EMPLOYER NUMBER:  86-0574919
CHARLES W TURAQUIST
LIBERTY LEAD
513 N 54TH ST 1
CHANDLER  AZ 85226-2415

| 1987 | - | - | - | - | $255.00 |

PAGE 002

CCP 001010

SSA-1826                  . ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *      FOR SSN   REDACTED         * * *

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

EMPLOYER NUMBER:  94-2937548
STEELCO OF ARIZONA INC
17507 VALLEY BLVD
BLOOMINGTON  CA 92316-1944

| 1987 | - | - | - | - | $1,490.06 |

SELF EMPLOYMENT

| 1988 | - | - | - | - | $26,546.00 |
| 1992 | - | - | - | - | $2,072.00 |
| 1993 | - | - | - | - | $3,336.00 |

EMPLOYER NUMBER:  86-0591480
BENNYS RV & CAMPER SALES INC
 BENNY W TATE PRES
1547 S 5TH ST
MCALESTER  OK 74501-7007

| 1988 | - | - | - | - | $671.64 |

EMPLOYER NUMBER:  86-0592528
ANDRIANO-LOPEZ PTRSHP
ANDRIANO JOE C GEN PTR
 RT 3 BOX 79
RT 3 BOX 79
CASA CRANDE AZ 85222-9804

| 1988 | - | - | - | - | $230.18 |

EMPLOYER NUMBER:  86-0428394
TANNER COMPANIES
1000 KIEWIT PLZ
OMAHA  NE 68131-3374

| 1990 | - | - | - | - | $6,671.50 |

PAGE 003

CCP 001011

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *    FOR SSN   REDACTED        * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

```
EMPLOYER NUMBER:  73-1389261
JEANETTE ANDRIANO
1998 N THORNTON RD
CASA GRANDE AZ 85222-7822
```

| 1991 | - | - | - | - | $272.50 |

```
EMPLOYER NUMBER:  86-0419816
ROBERT L BARNES
2211 E HIGHLAND 110
PHOENIX  AZ 85016-4833
```

| 1992 | - | - | - | - | $148.75 |

```
EMPLOYER NUMBER:  86-0727728
ROBERT L & JANICE E BARNES PTRS
BOB BARNES FARMS
% ROBERT L BARNES GEN PTR
7305 W SELMA HWY
CASA GRANDE AZ 85222-8411
```

| 1993 | - | - | - | - | $68.00 |

```
EMPLOYER NUMBER:  86-0830096
LARRYS ENGINE & MARINE LLC
PETO LAWRENCE H MBR
600 W LESTER ST
TUCSON  AZ 85705-6433
```

| 1997 | - | - | - | - | $5,576.10 |
| 1998 | - | - | - | - | $11,529.48 |

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER  2008 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

PAGE 004 END

CCP 001012

```
SSA-1826            ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *    FOR SSN   REDACTED        * * *
```

```
FROM:  SOCIAL SECURITY ADMINISTRATION
       OFFICE OF CENTRAL OPERATIONS
       300 N. GREENE STREET
       BALTIMORE, MARYLAND  21290-0300

CAPITAL CASE PROJECT                  NUMBER HOLDER NAME:
                                      WENDI E ANDRIANO
19528 VENTURA BLVD
#520

TARZANA                 CA  91356

PERIOD REQUESTED   JANUARY 1985  THRU  DECEMBER 2000
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

```
EMPLOYER NUMBER:  86-0317255
AK-CHIN FARMS ENTERPRISE OF AK-CHIN
 INDIAN COMMUNITY
42507 W PETERS AND NALL RD
MARICOPA  AZ 85239-3940
```

| 1988 | - | - | - | - | $933.20 |
|------|---|---|---|---|---------|

```
EMPLOYER NUMBER:  13-5583779
J C PENNY CORP INC
% TAX DEPT
6501 LEGACY DR
PLANO  TX 75024-3612
```

| 1989 | - | - | - | - | $572.00 |
|------|---|---|---|---|---------|

```
EMPLOYER NUMBER:  62-1167633
FEDERAL COMPRESS & WAREHOUSE CO INC
6060 PRIMACY PKWY STE 400
MEMPHIS  TN 38119-5704
```

| 1989 | - | - | - | - | $2,984.10 |
|------|---|---|---|---|-----------|

PAGE 001

CCP 000767

```
SSA-1826                 ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *      FOR SSN   REDACTED        * * *


YEAR  JAN - MARCH  APRIL -JUNE  JULY - SEPT   OCT - DEC      TOTAL


EMPLOYER NUMBER:  86-0180838
PINAL COUNTY COMMUNITY COLLEGE DIST
8470 N OVERFIELD RD
COOUDGE  AZ 85128-0000

1989      -          -           -            -          $2,356.00

EMPLOYER NUMBER:  86-0648235 A
GALYON HAY COMPANY INC
11541 E TWIN HILLS TRL
TUCSON  AZ 85748-7931

1990      -          -           -            -           $183.81

EMPLOYER NUMBER:  36-0897670
CHICAGO CASKET COMPANY
PETERSON MACHINERY SALES
804 W GILA BEND HWY
CASA GRANDE AZ 85122-4303

1991      -          -           -            -          $3,804.00

EMPLOYER NUMBER:  86-0624255
SUN STATES MOTORS INC
1907 E MAIN ST
MESA  AZ 85203-9047

1991      -          -           -            -          $5,017.78

EMPLOYER NUMBER:  36-2089049
SARA LEE CORPORATION
 CORPORATE TAX DEPARTMENT
SARA LEE COFFEE & TEAS FOOD SERVICE
3500 LACEY ROAD
DOWNERS GROVE IL 60515-5450

1992      -          -           -            -           $395.30
                          PAGE 002
```

CCP 000768

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *      FOR SSN   REDACTED        * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

EMPLOYER NUMBER:  39-0519915
OSHKOSH B-GOSH INC
ONE WATERVIEW DRIVE
SHELTON  CT 06484-4368

| 1992 | - | - | - | - | $166.80 |

EMPLOYER NUMBER:  86-0624225
FIRST WEST PROPERTIES CORPORATION
1700 S HWY 92 STE E-100
SIERRA VISTA AZ 85635-0000

| 1992 | - | - | - | - | $14,639.50 |
| 1993 | - | - | - | - | $6,061.39 |

EMPLOYER NUMBER:  86-0427850
CASA GRANDE REGIONAL MEDICAL CENTER
1800 E FLORENCE BLVD
CASA GRANDE AZ 85122-0000

| 1993 | - | - | - | - | $13,066.98 |
| 1994 | - | - | - | - | $22,447.32 |

EMPLOYER NUMBER:  86-0779811
REGIONAL HEALTHCARE SERVICES
 CORPORATION
% ROBERT F THEILMANN
1800 E FLORENCE BLVD
CASA GRANDE AZ 85222-5303

| 1995 | - | - | - | - | $24,234.28 |
| 1996 | - | - | - | - | $6,647.97 |

EMPLOYER NUMBER:  86-0506575
PARADISE ISLAND LANDSCAPE INC
8750 E SPEEDWAY BLVD STE 170
TUCSON  AZ 85710-1826

| 1998 | - | - | - | - | $17,063.61 |

PAGE 003

CCP 000769

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
VERSION 2009.001 * * *         FOR SSN   REDACTED           * * *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1999 | - | - | - | - | $22,633.44 |

```
EMPLOYER NUMBER:  33-0775355
FF PROPERTIES L P
5510 MOREHOUSE DRIVE SUITE 200
SAN DIEGO CA 92121-0000
```

| 1999 | - | - | - | - | $3,953.83 |
| 2000 | - | - | - | - | $38,682.20 |

```
EMPLOYER NUMBER:  95-6757355
FRANKLE FAM TR 121781
FRANKLE EDWARD B TTEE
434 S EUCLID ST
ANAHEIM  CA 92802-1247
```

| 1999 | - | - | - | - | $5,355.36 |

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER   2008 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

                              PAGE 004 END

CCP 000770

# Exhibit 70

Information for Inmate 100374 ROBERTSON                                    Page 1 of 3

RETURN TO SEARCH RESULTS   RETURN TO DATASEARCH FORM



| Last Name | First Name | Middle Initial | Birth Date |
|---|---|---|---|
| ROBERTSON | SHELBY | W | 03/11/1948 |
| Gender | Height (inches) | Weight | Hair Color |
| MALE | 68 | 165 | GRAY |
| Eye Color | Ethnic Origin | Custody Class | Inmate / Detainee |
| BROWN | CAUCASIAN | MED | INMATE |
| Sentence (yyymmdd) | Admission | Prison Release Date | Max End Date |
| 017/00/00 | 09/09/1993 | 07/10/2010 | 07/10/2010 |
| Cur. Absconded | Hist. Absconded | Release Type | Most Recent Loc. | Unit |
| -- | -- | EXPIRATION [info] | ASPC - TUCSON | |
| Community Supervision/ Parole | Last Movement | Commitment Status | | Status |
| N | 07/10/2010 | COMPLETE AND VERIFIED | | INACTIVE |

Inmate 100374
S ROBERTSON

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

**Commitment Information** 1 record(s)

| Commit# | Sentence | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| A06 | 0170000 | MARICOPA | 9203356 | 11/06/1992 | IMPOSED | (1) MOLESTATION OF CHILD (2) GANG, CRIMES AG. CHILDREN | N0/N0R | CL2 | Y | YES |

**Sentence Information** 1 record(s)

| Commit# | Sentence yyymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| A06 | 017/00/00 | 09/09/1993 | | | | | 07/10/2010 |

**Profile Classification** 31 record(s) [Info]

| Complete Date | Class. Type | Next Review | Custody Risk | Internal Risk | Edu. | Voc. | Alc/ Drug | Res. |
|---|---|---|---|---|---|---|---|---|
| 10/02/2009 | | 10/02/2010 | 3 | 1 | 0 | 2 | 0 | 0 |
| 09/30/2008 | | 10/02/2010 | 3 | 1 | 3 | 0 | 5 | 0 |
| 10/01/2007 | | 10/02/2010 | 3 | | 3 | 0 | 5 | 0 |
| 09/22/2006 | | 10/02/2010 | 3 | 1 | 2 | 1 | 3 | 3 |
| 01/30/2006 | | 10/02/2010 | 3 | 1 | 2 | 1 | 3 | 3 |
| 06/02/2005 | | 10/02/2010 | 3 | 1 | 2 | 1 | 3 | 3 |
| 02/07/2005 | MID YEAR REVIEW | 10/02/2010 | 3 | 1 | 2 | 1 | 3 | 3 |
| 08/10/2004 | | 10/02/2010 | 3 | 1 | 2 | 1 | 3 | 3 |
| 02/16/2004 | MID YEAR REVIEW | 10/02/2010 | 3 | 1 | 2 | 1 | 3 | 3 |
| 08/20/2003 | | 10/02/2010 | 3 | 1 | 2 | 1 | 3 | 3 |
| 02/24/2003 | MID YEAR REVIEW | 10/02/2010 | 3 | 1 | 2 | 4 | 3 | 3 |
| 08/26/2002 | REMAIN PRESENT STATUS REVIEW | 10/02/2010 | 3 | 1 | 2 | 4 | 3 | 3 |
| 02/27/2002 | REMAIN PRESENT STATUS REVIEW | 10/02/2010 | 3 | 1 | 2 | 4 | 3 | 3 |
| 08/29/2001 | REMAIN PRESENT STATUS REVIEW | 10/02/2010 | 3 | 1 | 2 | 4 | 3 | 3 |
| 02/28/2001 | REMAIN PRESENT STATUS REVIEW | 10/02/2010 | 3 | 1 | 2 | 4 | 3 | 3 |
| 08/30/2000 | REMAIN PRESENT STATUS REVIEW | 10/02/2010 | 3 | 1 | 2 | 4 | 3 | 3 |
| 03/02/2000 | REMAIN PRESENT STATUS REVIEW | 10/02/2010 | 3 | 1 | 2 | 4 | 3 | 3 |
| 03/02/1999 | REMAIN PRESENT STATUS REVIEW | 10/02/2010 | 3 | 1 | 2 | 4 | 3 | 3 |
| 03/08/1999 | RECLASSIFICATION | 10/02/2010 | 3 | 1 | 2 | 4 | 3 | 3 |
| 09/11/1998 | REMAIN PRESENT STATUS REVIEW | 10/02/2010 | 3 | 1 | 2 | 4 | 4 | 3 |
| 03/19/1998 | RECLASSIFICATION | 10/02/2010 | 3 | 1 | 2 | 4 | 4 | 3 |
| 09/16/1997 | RECLASSIFICATION | 10/02/2010 | 3 | 1 | 2 | 4 | 6 | 3 |

PCR000387

Information for Inmate 100374 ROBERTSON                                    Page 2 of 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/19/1997 | RECLASSIFICATION | 10/02/2010 | 3 | 1 | 2 | 4 | 5 | 3 |
| 03/17/1996 | RECLASSIFICATION | 10/02/2010 | 3 | 1 | 2 | 4 | 5 | 3 |
| 03/25/1996 | RECLASSIFICATION | 10/02/2010 | 3 | 1 | 2 | 4 | 5 | 3 |
| 09/28/1995 | RECLASSIFICATION | 10/02/2010 | 3 | 1 | 2 | 4 | 5 | 3 |
| 03/30/1995 | RECLASSIFICATION | 10/02/2010 | 4 | 1 | 2 | 4 | 5 | 3 |
| 09/30/1994 | RECLASSIFICATION | 10/02/2010 | | | | | | |
| 03/31/1994 | RECLASSIFICATION | 10/02/2010 | 4 | 1 | 2 | 4 | 5 | 3 |
| 11/30/1993 | 60 DAY - NO ACTION | 10/02/2010 | | | | | | |
| 10/04/1993 | INITIAL CLASSIFICATION | 11/30/1993 | 4 | 2 | 2 | 4 | 5 | 3 |

## Disciplinary Infractions 3 record(s) [info]

| Violation Date | Infraction | Verdict Date | Verdict |
|---|---|---|---|
| 06/31/2001 | DISOBEYING ORDER | 08/05/2001 | GUILTY-MIN.VIOL |
| 10/08/1995 | DISOBEYING ORDER | 10/11/1995 | GUILTY-MIN.VIOL |
| 10/24/1993 | FAIL TO OBEY ORD | 10/27/1993 | GUILTY-MIN.VIOL |

## Disciplinary Appeals 0 record(s)

## Parole Action 0 record(s)

## Parole Placement 25 record(s)

| Custody Date | Class Type | Approved Date | Next Review | Parole Class |
|---|---|---|---|---|
| 04/02/2010 | TR INELIGBL | | | |
| 09/24/2007 | ANNUAL REVW | | | |
| 09/29/2002 | R | 08/30/2002 | 02/24/2003 | |
| 02/27/2002 | R | 03/01/2002 | 08/25/2002 | |
| 08/29/2001 | R | 09/04/2001 | 02/25/2002 | |
| 02/28/2001 | R | 03/05/2001 | 08/27/2001 | |
| 08/30/2000 | R | 09/01/2000 | 02/28/2001 | |
| 03/02/2000 | R | 03/06/2000 | 08/28/2000 | |
| 09/02/1999 | R | 09/08/1999 | 03/28/2000 | |
| 03/08/1999 | RE-CLASS/ADM | 04/10/1999 | 09/04/1999 | |
| 09/21/1998 | R | 09/11/1998 | 03/10/1999 | |
| 03/16/1998 | RE-CLASS/ADM | 05/27/1998 | 09/15/1998 | |
| 09/16/1997 | RE-CLASS/ADM | 10/06/1997 | 03/15/1998 | |
| 03/19/1997 | RE-CLASS/ADM | 04/28/1997 | 09/15/1997 | |
| 09/17/1996 | RE-CLASS/ADM | 10/22/1996 | 03/16/1997 | |
| 03/25/1996 | RE-CLASS/ADM | 05/08/1996 | 09/21/1996 | |
| 09/28/1995 | RE-CLASS/ADM | 10/20/1995 | 03/26/1996 | |
| 03/30/1995 | RE-CLASS/ADM | 04/10/1995 | 09/28/1995 | |
| 09/30/1994 | RE-CLASS/ADM | | 03/28/1995 | |
| 03/31/1994 | RE-CLASS/ADM | 04/07/1994 | 09/27/1994 | |
| 11/30/1993 | 60 DAYS - NO | 12/02/1993 | 03/30/1994 | |
| 10/01/1993 | INITIAL CL. | 10/04/1993 | 11/30/1993 | 1 |
| 07/14/1993 | ADMISSION | 09/08/1993 | 01/07/1994 | 2 / 60 DAYS |
| 07/14/1993 | PAR CL.CHG | | 12/28/1993 | 7 / 60 DAYS |
| | END PC TIME | | | |

## Work Program 112 record(s)

| Eval Date | Assign | WorkType | Rating | Hours | Rate | SP |
|---|---|---|---|---|---|---|
| 07/12/2010 | AIDE-PROGRAM | | E | 36 | 0.31 | |
| 07/06/2010 | AIDE-PROGRAM | | E | 18 | 0.31 | |
| 06/28/2010 | AIDE-PROGRAM | | E | 48 | 0.31 | |
| 06/14/2010 | AIDE-PROGRAM | | E | 60 | 0.31 | |
| 06/01/2010 | AIDE-PROGRAM | | E | 60 | 0.31 | |
| 05/17/2010 | AIDE-PROGRAM | | E | 60 | 0.31 | |
| 05/03/2010 | AIDE-PROGRAM | | E | 60 | 0.31 | |
| 04/19/2010 | AIDE-PROGRAM | | E | 60 | 0.31 | |
| 04/05/2010 | AIDE-PROGRAM | | E | 60 | 0.31 | |
| 03/31/2010 | SEX OFF POST-TX | | E | 0 | 0.00 | |
| 03/22/2010 | AIDE-PROGRAM | | E | 60 | 0.31 | |
| 03/08/2010 | AIDE-PROGRAM | | E | 56 | 0.31 | |
| 02/22/2010 | AIDE-PROGRAM | | E | 54 | 0.31 | |
| 01/19/2010 | PROGRAM | | 0\|0\|0 | 0 | 0.31 | CHG SPVS |
| 01/06/2010 | PROGRAM | | 0\|0\|0 | 0 | 0.31 | NEW ASSI |
| 01/05/2009 | VISITATION PORTER | | 0\|0\|0 | 0 | 0.00 | NEW ASSI |
| 12/29/2008 | VISITATION PORTER | | 0\|0\|0 | 0 | 0.35 | NEW ASSI |
| 10/13/2007 | BLDG/HOUSE PORTER | | 0\|0\|0 | 0 | 0.00 | EXIT/XXC |
| 09/29/2007 | BLDG/HOUSE PORTER | | 0\|0\|0 | 0 | 0.10 | PAY DECR |
| 09/08/2007 | BLDG/HOUSE PORTER | | 4\|4\|4 | 60 | 0.20 | AGREES |
| 08/31/2007 | BLDG/HOUSE PORTER | | 4\|4\|4 | 60 | 0.20 | AGREES |
| 08/07/2007 | BLDG/HOUSE PORTER | | 0\|0\|0 | 0 | 0.20 | NEW ASSI |
| 08/22/2007 | BLDG/HOUSE PORTER | | 4\|4\|4 | 28 | 0.25 | AGREES |
| 08/14/2007 | BLDG/HOUSE PORTER | | 0\|0\|0 | 0 | 0.00 | QUIT |
| 05/25/2007 | BLDG/HOUSE PORTER | WIPP | 4\|4\|4 | 54 | 0.25 | AGREES |
| 04/27/2007 | BLDG/HOUSE PORTER | WIPP | 4\|4\|4 | 58 | 0.25 | AGREES |
| 03/30/2007 | BLDG/HOUSE PORTER | WIPP | 4\|4\|4 | 58 | 0.25 | AGREES |
| 02/16/2007 | EDUCATION AIDE | | 0\|0\|0 | 0 | 0.35 | PAY DAY |
| 02/16/2007 | EDUCATION AIDE | WIPP | 3\|3\|3 | 20 | 0.25 | AGREES |
| 02/12/2007 | BLDG/HOUSE PORTER | WIPP | 0\|0\|0 | 0 | 0.20 | NEW ASSI |
| 02/06/2007 | EDUCATION AIDE | WIPP | 0\|0\|0 | 0 | 0.00 | QUIT |
| 01/19/2007 | EDUCATION AIDE | | 4\|4\|4 | 39 | 0.35 | AGREES |
| 12/22/2006 | EDUCATION AIDE | | 4\|4\|4 | 7 | 0.35 | AGREES |
| 11/24/2006 | EDUCATION AIDE | WIPP | 4\|4\|4 | 38.6 | 0.35 | AGREES |
| 10/27/2006 | EDUCATION AIDE | WIPP | 3\|3\|3 | 5.6 | 0.35 | AGREES |
| 10/06/2006 | EDUCATION AIDE | WIPP | 0\|0\|0 | 0 | 0.35 | NEW ASSI |
| 05/10/2006 | BLDG/HOUSE PORTER | WIPP | 0\|0\|0 | 0 | 0.00 | EXIT/XXC |
| 04/28/2006 | BLDG/HOUSE PORTER | WIPP | 3\|3\|3 | 56 | 0.20 | AGREES |
| 03/31/2006 | BLDG/HOUSE PORTER | WIPP | 3\|3\|3 | 56 | 0.20 | AGREES |
| 02/17/2006 | BLDG/HOUSE PORTER | WIPP | 3\|3\|3 | 56 | 0.20 | AGREES |
| 01/20/2006 | BLDG/HOUSE PORTER | WIPP | 3\|3\|3 | 32 | 0.20 | AGREES |
| 01/12/2006 | BLDG/HOUSE PORTER | WIPP | 0\|0\|0 | 0 | 0.20 | NEW ASSI |

Information for Inmate 100374 ROBERTSON

| Date | Assignment | Location | | | | | Rate | Action |
|---|---|---|---|---|---|---|---|---|
| 12/10/2003 | PRIVATE EMPLOYER | WIPP | 0 | 0 | 0 | 0 | 5.15 | CHG SPVS |
| 04/12/2000 | PRIVATE EMPLOYER | WIPP | 0 | 0 | 0 | 0 | 0.00 | JOB CHAN |
| 03/25/2000 | CREW #7 | WIPP | 5 | 5 | 4 | 80 | 0.35 | AGREES |
| 02/24/2000 | CREW #7 | WIPP | 4 | 4 | 4 | 72 | 0.35 | PAY DAY |
| 01/27/2000 | CREW #7 | WIPP | 4 | 4 | 4 | 90 | 0.35 | AGREES |
| 12/30/1999 | CREW #7 | WIPP | 4 | 4 | 4 | 80 | 0.35 | AGREES |
| 12/03/1999 | CREW #7 | WIPP | 5 | 6 | 5 | 72 | 0.35 | AGREES |
| 11/04/1999 | CREW #7 | WIPP | 5 | 5 | 5 | 80 | 0.35 | AGREES |
| 09/28/1999 | CREW #7 | WIPP | 5 | 5 | 5 | 72 | 0.35 | AGREES |
| 08/27/1999 | CREW #7 | WIPP | 4 | 4 | 4 | 80 | 0.35 | AGREES |
| 08/03/1999 | CREW #7 | WIPP | 4 | 4 | 4 | 80 | 0.35 | AGREES |
| 07/02/1999 | CREW #7 | WIPP | 3 | 3 | 3 | 80 | 0.35 | PAY DAY |
| 05/15/1999 | CREW #7 | WIPP | 5 | 4 | 5 | 32 | 0.35 | PAY DAY |
| 05/08/1999 | CREW #7 | WIPP | 0 | 0 | 0 | 0 | 0.35 | JOB CHAN |
| 05/03/1999 | PORTERS | WIPP | 4 | 4 | 4 | 70 | 0.20 | PAY DAY |
| 04/27/1999 | PORTERS | WIPP | 3 | 3 | 3 | 70 | 0.20 | PAY DAY |
| 04/01/1999 | PORTERS | WIPP | 3 | 3 | 3 | 70 | 0.20 | PAY DAY |
| 02/26/1999 | PORTERS | WIPP | 3 | 3 | 3 | 70 | 0.20 | PAY DAY |
| 01/27/1999 | PORTERS | WIPP | 5 | 5 | 5 | 70 | 0.20 | PAY DAY |
| 01/05/1999 | PORTERS | WIPP | 5 | 5 | 5 | 70 | 0.20 | PAY DAY |
| 12/01/1998 | PORTERS | WIPP | 5 | 5 | 5 | 70 | 0.20 | PAY DAY |
| 11/02/1998 | PORTERS | WIPP | 4 | 4 | 4 | 70 | 0.20 | PAY DAY |
| 10/01/1998 | PORTERS | WIPP | 4 | 4 | 4 | 70 | 0.20 | PAY DAY |
| 09/01/1998 | PORTERS | WIPP | 3 | 3 | 3 | 70 | 0.20 | PAY DAY |
| 07/27/1998 | PORTERS | WIPP | 5 | 5 | 5 | 70 | 0.20 | AGREES |
| 07/15/1998 | PORTERS | WORK | 0 | 0 | 0 | 0 | 0.20 | CHG SPVS |
| 07/01/1998 | PORTERS | WIPP | 5 | 5 | 5 | 70 | 0.20 | AGREES |
| 06/02/1998 | PORTERS | WIPP | 5 | 5 | 5 | 70 | 0.20 | AGREES |
| 04/02/1998 | PORTERS | WIPP | 5 | 5 | 5 | 70 | 0.20 | AGREES |
| 02/21/1998 | PORTERS | WIPP | 0 | 0 | 0 | 0 | 0.20 | NEW ASSI |
| 02/16/1998 | VEGETABLE MAN | WIPP | 0 | 0 | 0 | 0 | 0.28 | NEW ASSI |
| 02/07/1998 | OTHER KITCHEN LABO | WIPP | 3 | 3 | 3 | 40 | 0.20 | PAY DAY |
| 02/07/1998 | PORTERS | WIPP | 5 | 5 | 5 | 20 | 0.20 | PAY DAY |
| 01/24/1998 | OTHER KITCHEN LABO | WIPP | 3 | 3 | 4 | 12 | 0.15 | PAY DAY |
| 01/02/1998 | OTHER KITCHEN LABO | WIPP | 0 | 0 | 0 | 0 | 0.15 | NEW ASSI |
| 09/25/1997 | AZ CORR INDUSTRIES | WIPP | 6 | 5 | 4 | 0 | 0.45 | AGREES |
| 08/09/1997 | AZ CORR INDUSTRIES | WIPP | 6 | 5 | 5 | 0 | 0.45 | AGREES |
| 06/29/1997 | AZ CORR INDUSTRIES | WIPP | 6 | 5 | 5 | 0 | 0.45 | AGREES |
| 05/31/1997 | BUTCHER | WIPP | 5 | 5 | 5 | 0 | 0.45 | AGREES |
| 04/15/1997 | BUTCHER | WIPP | 6 | 5 | 5 | 0 | 0.45 | AGREES |
| 03/18/1997 | BUTCHER | WIPP | 5 | 5 | 5 | 75 | 0.45 | PAY DAY |
| 12/03/1996 | BUTCHER | WIPP | 5 | 5 | 5 | 0 | 0.45 | JOB CHAN |
| 11/06/1996 | KITCHEN NIGHT CREW | WIPP | 0 | 0 | 0 | 0 | 0.35 | NEW ASSI |
| 10/09/1996 | UNASSIGNED | WIPP | 0 | 0 | 0 | 0 | 0.00 | TERMINAT |
| 07/15/1996 | CCOK | WIPP | 0 | 0 | 0 | 0 | 0.40 | JOB CHAN |
| 05/31/1996 | CCOK | WIPP | 5 | 5 | 5 | 160 | 0.36 | AGREES |
| 05/09/1996 | CCOK | WIPP | 0 | 0 | 0 | 160 | 0.30 | JOB CHAN |
| 03/19/1996 | KITCHEN TRAY MAKER | WIPP | 0 | 0 | 0 | 0 | 0.10 | NEW ASSI |
| 10/07/1995 | INMATE STORE | WIPP | 5 | 5 | 5 | 80 | 0.40 | AGREES |
| 09/23/1995 | INMATE STORE | WIPP | 5 | 5 | 5 | 80 | 0.40 | AGREES |
| 08/26/1995 | INMATE STORE | WIPP | 6 | 5 | 5 | 0 | 0.40 | AGREES |
| 07/22/1995 | INMATE STORE | WIPP | 5 | 5 | 5 | 80 | 0.40 | AGREES |
| 07/14/1995 | INMATE STORE | WIPP | 0 | 0 | 0 | 0 | 0.42 | AGREES |
| 06/03/1995 | INMATE STORE | WIPP | 5 | 5 | 5 | 80 | 0.42 | AGREES |
| 05/07/1995 | INMATE STORE | WIPP | 0 | 0 | 0 | 0 | 0.43 | MERIT IN |
| 05/06/1995 | INMATE STORE | WIPP | 5 | 5 | 5 | 80 | 0.40 | AGREES |
| 03/30/1995 | INMATE STORE | WIPP | 0 | 0 | 0 | 160 | 0.35 | AGREES |
| 02/26/1995 | INMATE STORE | WIPP | 5 | 5 | 5 | 160 | 0.35 | AGREES |
| 01/30/1995 | INMATE STORE | WIPP | 6 | 5 | 5 | 150 | 0.35 | AGREES |
| 01/03/1995 | INMATE STORE | WIPP | 0 | 0 | 0 | 0 | 0.35 | CHG SPVS |
| 11/01/1994 | INMATE STORE | WIPP | 0 | 0 | 0 | 0 | 0.35 | NEW ASSI |
| 10/31/1994 | GENERAL LABOR | WIPP | 0 | 0 | 0 | 0 | 0.00 | JOB CHAN |
| 08/30/1994 | OFFICERS DINING RM | WIPP | 5 | 5 | 5 | 160 | 0.35 | AGREES |
| 07/30/1994 | OFFICERS DINING RM | WIPP | 4 | 5 | 5 | 160 | 0.35 | AGREES |
| 05/03/1994 | OFFICERS DINING RM | WIPP | 0 | 0 | 0 | 0 | 0.35 | JOB CHAN |
| 04/30/1994 | JANITORIAL | WIPP | 5 | 5 | 5 | 80 | 0.20 | AGREES |
| 02/02/1994 | JANITORIAL | WIPP | 0 | 0 | 0 | 0 | 0.20 | JOB CHAN |
| 01/05/1994 | JANITORIAL | WIPP | 6 | 5 | 5 | 160 | 0.20 | AGREES |
| 12/03/1993 | KITCHEN TRAY MAKER | WIPP | 5 | 5 | 5 | 160 | 0.10 | AGREES |
| 11/03/1993 | KITCHEN TRAY MAKER | WIPP | 0 | 0 | 0 | 0 | 0.10 | NEW ASSI |

### Detainer/ Warrants 3 record(s)

| Detainer Date | Detainer Type | Charges | Authority | Agreement Date | Cancel Date |
|---|---|---|---|---|---|
| 08/19/2009 | N/R | COMM CORR:6/22-7715780 | DO NOT REL : CONTACT | | 03/23/2010 |
| 10/13/1998 | N/R | CR9233356-RG | MAR CTY ADULT PROB | 06/03/2010 | |
| 10/13/1993 | N/R | CR92-93356 LIFE CT1V* | MAR CTY ADULT PROB | 06/03/2010 | |

PCR000389

Exhibit 71

Information for Inmate 099844 ROBERTSON                                              Page 1 of 2

RETURN TO SEARCH RESULTS | RETURN TO DATASEARCH FORM

| Last Name | First Name | Middle Initial | Birth Date |
|---|---|---|---|
| ROBERTSON | TOMMY | L | 11/02/1943 |
| Gender | Height (Inches) | Weight | Hair Color |
| MALE | 70 | 155 | BROWN |
| Eye Color | Ethnic Origin | Custody Class | Inmate / Detainee |
| BROWN | CAUCASIAN | 3/1 | INMATE |
| Sentence (yyymmdd) | Admission | Prison Release Date | Max End Date |
| 005/00/00 | 08/30/1993 | 12/07/1997 | 12/07/1997 |
| Cur. Absconded | Hist. Absconded | Release Type | Most Recent Loc. | Unit |
| -- | -- | EXPIRATION [info] | ASPC - TUCSON | |
| Community Supervision Parole | Last Movement | Commitment Status | Status |
| N | 12/07/1997 | COMPLETE AND VERIFIED | INACTIVE |

Inmate 099844
T ROBERTSON

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

**Commitment Information** *1 record(s)*

| Commit# | Sentence# | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| A01 | 0050000 | MARICOPA | 9293359 | 10/19/1992 | IMPOSED | (1) SEX EXPLOIT OF MINOR (2) DANG. CRIMES AG. CHILDREN (3) ATTEMPT TO COMMIT | NON/NR | CL3 | Y | YES |

**Sentence Information** *1 record(s)*

| Commit# | Sentence yyymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| A01 | 005/00/00 | 08/13/1993 | | Parole:09/09/1996 Temporary:04/09/1996 | | 07/05/1996 | 12/07/1997 |

**Profile Classification** *7 record(s)* **[Info]**

| Complete Date | Class. Type | Next Review | Publ. Risk | Inst. Risk | Edu. | Voc. | Alc/Drug | Res. |
|---|---|---|---|---|---|---|---|---|
| 01/23/1996 | RECLASSIFICATION | | 3 | 1 | 2 | 2 | 1 | 3 |
| 08/03/1995 | RECLASSIFICATION | | 3 | 1 | 2 | 2 | 1 | 3 |
| 02/16/1995 | RECLASSIFICATION | | 4 | 1 | 2 | 2 | 1 | 3 |
| 05/18/1994 | RECLASSIFICATION | | 4 | 1 | 2 | 2 | 1 | 3 |
| 02/17/1994 | RECLASSIFICATION | | 4 | 1 | 2 | 2 | 1 | 3 |
| 10/29/1993 | 60 DAY - NO ACTION | | | | | | | |
| 08/31/1993 | INITIAL CLASSIFICATION | 10/29/1993 | 4 | 2 | 2 | 1 | 1 | 3 |

**Disciplinary Infractions** *4 record(s)* **[Info]**

| Violation Date | Infraction | Verdict Date | Verdict |
|---|---|---|---|
| 10/07/1995 | DISOBEYING ORDER | 10/11/1995 | GUILTY-MIN.VIOL. |
| 09/15/1995 | ANY SEX ACT/ST.LK | 09/22/1995 | GUILTY-MIN.VIOL. |
| 09/15/1994 | EXCH. MONEY/PROP | 09/24/1994 | GUILTY-MIN.VIOL. |
| 11/29/1993 | VIO. GROOM RULE | 12/08/1993 | GUILTY-MIN.VIOL. |

**Disciplinary Appeals** *0 record(s)*

**Parole Action** *0 record(s)*

**Parole Placement** *12 record(s)*

| Custody Date | Class Type | Approved Date | Next Review | Parole Class |
|---|---|---|---|---|

Information for Inmate 099844 ROBERTSON

| 02/07/1996 | IERO-MEETS CR | | | |
|---|---|---|---|---|
| 01/23/1996 | RE-CLASS/ADM | 02/06/1996 | 07/21/1996 | |
| 01/23/1996 | PROD/ERCD REL | 01/31/1996 | | |
| 08/03/1995 | IRE CLASS/ADM | 08/26/1995 | 01/30/1996 | |
| 02/16/1995 | RE-CLASS/ADM | 03/15/1995 | 08/16/1995 | |
| 08/18/1994 | RE-CLASS/ADM | 09/21/1994 | 02/14/1995 | |
| 02/17/1994 | RE-CLASS/ADM | 03/28/1994 | 08/15/1994 | |
| 10/29/1993 | 50 DAYS - NO | 11/30/1993 | 02/28/1994 | |
| 09/13/1993 | PRO-DOES NOT | | | |
| 08/30/1993 | ADMISSION | 08/30/1993 | 12/08/1993 | 2 / N/A |
| 08/30/1993 | INITIAL CL. | 09/31/1993 | 10/29/1993 | 1 / 041 DAYS |
| | END PC TIME | | 08/30/1993 | |

## Work Program  14 record(s)

| Eval Date | Assign | WorkType | Rating | Hours | Rate | SP |
|---|---|---|---|---|---|---|
| 07/31/1998 | LAUNDRY PORTER-A | WIPP | 5\|5\|5 | 2 | 0.35 | AGREES |
| 06/28/1998 | LAUNDRY PORTER-A | WIPP | 5\|5\|5 | 128 | 0.35 | AGREES |
| 05/31/1998 | LAUNDRY PORTER-A | WIPP | 5\|5\|5 | 126.5 | 0.35 | AGREES |
| 04/30/1998 | LAUNDRY PORTER-A | WIPP | 0\|0\|0 | 193.5 | 0.35 | AGREES |
| 03/22/1998 | LAUNDRY PORTER-A | WIPP | 0\|0\|0 | 0 | 0.25 | AGREES |
| 03/11/1998 | LAUNDRY PORTER-A | WIPP | 0\|0\|0 | 0 | 0.25 | JOB CHAN |
| 01/31/1996 | FARMER II | WIPP | 5\|5\|5 | 40 | 0.25 | AGREES |
| 01/31/1996 | COMPLEX CREW | WIPP | 5\|5\|5 | 88 | 0.25 | AGREES |
| 12/30/1995 | COMPLEX CREW | WIPP | 5\|5\|5 | 120.6 | 0.25 | AGREES |
| 12/01/1995 | COMPLEX CREW | WIPP | 5\|5\|5 | 64 | 0.25 | AGREES |
| 10/26/1995 | COMPLEX CREW | WIPP | 0\|0\|0 | 0 | 0.25 | JOB CHAN |
| 10/20/1995 | PAID LABOR POOL | WIPP | 3\|3\|3 | 7.5 | 0.10 | AGREES |
| 09/28/1995 | PAID LABOR POOL | WIPP | 0\|0\|0 | 0 | 0.10 | NEW ASSI |
| 09/26/1995 | SUPPLY/WAREHOUSE | WIPP | 0\|0\|0 | 0 | 0.20 | NEW ASSI |

## Detainer/ Warrants  1 record(s)

| Detainer Date | Detainer Type | Charges | Authority | Agreement Date | Cancel Date |
|---|---|---|---|---|---|
| 09/16/1993 | NR | 9293356 | MARICOPA ADLT PROB | | |

Site Disclaimer    Privacy Statement    Accessibility Policy    FAQs    Contact ADC    Contact Web Team    Home

© Copyright 2012 Arizona Department of Corrections

PCR000391

Exhibit 72



PCR000392

Exhibit 73



PCR000393

Exhibit 74



PCR000394

Exhibit 75



Tender Thoughts

BRIGHT...
Talented...
Cute...
Witty...

This is The first
riddle! I'll send The
Answer with The next
Riddle! Have fun!!

These are just
a few of the
things we have
in common!

- I someTimes geT balls
  caught in my Throat!
- my Pet smells
- ...an have a little pussy.

CCPDO 000975

# Exhibit 76

# American Bar Association
# Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases



## Revised Edition
## February 2003

PCR000396

*Copyright © 2003 American Bar Association*

All rights reserved.  The materials herein may be reproduced, in whole or in part, provided that such use is for informational, non-commercial purposes only and any copy of the materials or portion thereof acknowledges original publication by the American Bar Association and includes the title of the publication, the name of the author, and the legend "Copyright 2003 American Bar Association. Reprinted by permission."  Requests to reproduce materials in any other manner should be addressed to: Copyrights & Contracts Department, American Bar Association, 321 N. Clark St,, Chicago, IL 60610; Phone: 312-988-6102; FAX: 312-988-6030; E-mail: copyright@abanet.org.

*Library of Congress Control Number: 2003104861*
*ISBN 1-59031-236-8*

The commentary contained herein does not necessarily represent the official position of the American Bar Association. Only the text of the black-letter guidelines has been formally approved by the American Bar Association House of Delegates as official policy.  The commentary, though unofficial, serves as a useful explanation of the black-letter guidelines.

Joint Project of the
American Bar Association
Standing Committee on Legal Aid and Indigent Defendants
Chicago, Illinois
www.abalegalservices.org

And the
American Bar Association
Special Committee on Death Penalty Representation
Washington, D.C.
www.abanet.org/deathpenalty

Printed in the United States of America

# ACKNOWLEDGEMENTS

The American Bar Association gratefully acknowledges the assistance of the members of the Advisory Committee and others who contributed valuable insight and expertise to this endeavor: Barry Alberts, private practitioner, Schiff Hardin & Waite, Chicago, Illinois (Representative from ABA Section of Litigation); Sylvia Bacon, Judge (Retired), Superior Court of the District of Columbia, Washington, D.C. (Representative from ABA Criminal Justice Section); Stephen B. Bright, Director, Southern Center for Human Rights, Atlanta, Georgia (Representative from National Association of Criminal Defense Lawyers); David I. Bruck, private practitioner, Columbia, South Carolina (Representative from Federal Death Penalty Resource Counsel); Mardi Crawford, Staff Attorney, New York State Defenders Association, Albany, New York; Lawrence J. Fox, private practitioner, Drinker Biddle & Reath LLP, Philadelphia, Pennsylvania (Chair, ABA Special Committee on Death Penalty Representation); Stephen K. Harper, Co-coordinator, Capital Litigation Unit, Miami-Dade County Public Defender's Office, Miami, Florida (Representative from National Legal Aid and Defender Association); Randy Hertz, Professor of Law, New York University School of Law, New York, New York; Henderson Hill, private practitioner, Ferguson, Stein, Chambers, Wallas, Adkins, Gresham & Sumter, P.A., Charlotte, North Carolina (Representative from ABA Special Committee on Death Penalty Representation); Denise LeBoeuf, Director, Capital Post-Conviction Project of Louisiana, New Orleans, Louisiana; Norman Lefstein, Professor of Law and Dean Emeritus, Indiana University School of Law, Indianapolis, Indiana; Margaret Love, Of Counsel, Asbill Moffitt & Boss, Chartered, Washington, D.C.; Jill Miller, Forensic Social Worker, Madison, Wisconsin;  L. Jonathan Ross, private practitioner, Wiggin & Nourie, P.A., Manchester, New Hampshire (Chair, ABA Standing Committee on Legal Aid and Indigent Defendants); Skadden, Arps, Slate, Meagher & Flom LLP, New York, New York; Randolph Stone, Professor of Law, University of Chicago School of Law, Chicago, Illinois (Representative from ABA Standing Committee on Legal Aid and Indigent Defendants); Ronald J. Tabak, private practitioner, Skadden, Arps, Slate, Megher & Flom LLP, New York, New York (Representative from ABA Section of Individual Rights and Responsibilities); Scott Wallace, Director, Defender Legal Services, National Legal Aid and Defender Association, Washington, D.C.; and Denise Young, private practitioner, Tucson, Arizona (Representative from Habeas Assistance and Training Project).

The following ABA staff and ABA entities participated in this project:  Terry Brooks; Rebecca Coffee; Shubhangi Deoras; Judith Gallant; Robin Maher; Melanie Mays; Elisabeth Semel; the Association of the Bar of the City of New York; Criminal Justice Section; the Special Committee on Death Penalty Representation; the Section of Individual Rights and Responsibilities; the Standing Committee on Legal Aid and Indigent Defendants; the Section of Litigation; and the Senior Lawyers Division.

Finally, the ABA thanks Raoul Schoenemann, Chris Spaulding, and Janice Bergmann, who served as consultants to this project, and expresses its special appreciation to the Reporter, Eric M. Freedman, Professor of Law, Hofstra University School of Law, Hempstead, New York.

PCR000398

# INTRODUCTION

This revised edition of the *ABA Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases* is the product of a two-year long drafting effort. In April 2001, the ABA Standing Committee on Legal Aid and Indigent Defendants and the ABA Special Committee on Death Penalty Representation jointly sponsored the ABA Death Penalty Guidelines Revision Project to update the Guidelines, which were originally adopted by the ABA House of Delegates in 1989. An Advisory Committee of experts was recruited to review and identify necessary revisions, including representatives from the following ABA and outside entities: ABA Criminal Justice Section; ABA Section of Litigation; ABA Section on Individual Rights and Responsibilities; ABA Standing Committee on Legal Aid and Indigent Defendants; ABA Special Committee on Death Penalty Representation; National Association of Criminal Defense Lawyers; National Legal Aid and Defender Association; Federal Death Penalty Resource Counsel; Habeas Assistance and Training Counsel; and State Capital Defenders Association.

Expert capital litigators were retained as consultants to the ABA Death Penalty Guidelines Revision Project to incorporate the decisions of the Advisory Committee into preliminary drafts of revisions. Drafts were considered by Advisory Committee members during several day-long meetings in Washington, D.C. as well as follow-up discussions. The final working draft of the revisions was approved by the ABA Standing Committee on Legal Aid and Indigent Defendants and the ABA Special Committee on Death Penalty Representation. The ABA House of Delegates approved the revised edition of the Guidelines on February 10, 2003.

The final product, this revised edition of the *ABA Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases*, is the result of an extensive and conscientious drafting and review process by experts in the field of death penalty litigation. The revised edition provides comprehensive, up-to-date guidance for professionals who work in this specialized and demanding field and helps to ensure effective assistance of counsel for all persons charged with or convicted of capital crimes.

PCR000399

# TABLE OF CONTENTS

**Guideline 1.1**     Objective and Scope of Guidelines ................................................. 1

**Guideline 2.1**     Adoption and Implementation of a Plan to Provide High Quality Legal
Representation in Death Penalty Cases ..................................................... 18

**Guideline 3.1**     Designation of a Responsible Agency ........................................................ 22

**Guideline 4.1**     The Defense Team and Supporting Services ........................................... 28

**Guideline 5.1**     Qualifications of Defense Counsel ............................................................ 35

**Guideline 6.1**     Workload ................................................................................................ 38

**Guideline 7.1**     Monitoring; Removal ............................................................................... 42

**Guideline 8.1**     Training .................................................................................................. 46

**Guideline 9.1**     Funding and Compensation ..................................................................... 49

**Guideline 10.1**    Establishment of Performance Standards ................................................ 55

**Guideline 10.2**    Applicability of Performance Standards ................................................. 58

**Guideline 10.3**    Obligations of Counsel Respecting Workload .......................................... 61

**Guideline 10.4**    The Defense Team ................................................................................... 63

**Guideline 10.5**    Relationship with the Client .................................................................. 68

**Guideline 10.6**    Additional Obligations of Counsel Representing a Foreign National ... 73

**Guideline 10.7**    Investigation ......................................................................................... 76

**Guideline 10.8**    The Duty to Assert Legal Claims ............................................................ 86

**Guideline 10.9.1**  The Duty to Seek an Agreed-Upon Disposition ....................................... 91

**Guideline 10.9.2**  Entry of a Plea of Guilty ......................................................................... 97

**Guideline 10.10.1** Trial Preparation Overall ...................................................................... 99

**Guideline 10.10.2** Voir Dire and Jury Selection ................................................................ 100

**Guideline 10.11**   The Defense Case Concerning Penalty .................................................. 104

**Guideline 10.12**   The Official Presentence Report ............................................................ 117

**Guideline 10.13**   The Duty to Facilitate the Work of Successor Counsel ........................ 119

**Guideline 10.14**   Duties of Trial Counsel After Conviction .............................................. 121

**Guideline 10.15.1** Duties of Post-Conviction Counsel ........................................................ 123

**Guideline 10.15.2** Duties of Clemency Counsel ................................................................. 130

PCR000400

## Guideline 1.1     Objective and Scope of Guidelines

A.   **The objective of these Guidelines is to set forth a national standard of practice for the defense of capital cases in order to ensure high quality legal representation for all persons facing the possible imposition or execution of a death sentence by any jurisdiction.**

B.   **These Guidelines apply from the moment the client is taken into custody and extend to all stages of every case in which the jurisdiction may be entitled to seek the death penalty, including initial and ongoing investigation, pretrial proceedings, trial, post-conviction review, clemency proceedings, and any connected litigation.**

### *Definitional Notes*

Throughout these Guidelines:

1.   As in the first edition, "should" is used as a mandatory term.

2.   By "jurisdiction" is meant the government under whose legal authority the death sentence is to be imposed. Most commonly, this will be a state (as opposed to, *e.g.*, a county) or the federal government as a whole. The term also includes the military and any other relevant unit of government (*e.g.*, Commonwealth, Territory). Where a federal judicial district or circuit is meant, the Commentary will so state.

3.   The terms "counsel," "attorney," and "lawyer" apply to all attorneys, whether appointed, retained, acting *pro bono*, or employed by any defender organization (*e.g.*, federal or state public defenders offices, resource centers), who act on behalf of the defendant in a capital case. When modified by "private," these terms apply to both *pro bono* and retained attorneys.

4.   The term "custody" is used in the inclusive sense of *Hensley v. Municipal Court*, 411 U.S. 345, 350-51 (1973).

5.   The term "post-conviction" is a general one, including (a) all stages of direct appeal within the jurisdiction and certiorari (b) all stages of state collateral review proceedings (however denominated under state law) and certiorari, (c) all stages of federal collateral review proceedings, however denominated (ordinarily petitions for writs of habeas corpus or motions pursuant to 28 U.S.C. § 2255, but including all applications of similar purport, *e.g.*, for writ of error coram nobis), and including all applications for action by the Courts of Appeals or the United States Supreme Court (commonly certiorari, but also, *e.g.*, applications for original writs of habeas corpus, applications for certificates of probable cause), all applications for interlocutory relief (*e.g.*, stay of execution, appointment of counsel) in connection with any of the foregoing. If a particular subcategory of post-conviction proceeding is meant, the language of the relevant Guideline or Commentary will so state.

6.   The terms "defendant," "petitioner," "inmate," "accused" and "client" are used interchangeably.

PCR000401

7.  The terms "capital case" and "death penalty case" are used interchangeably.

8.  The terms "defender organization," "Independent Authority," and "Responsible Agency" are defined in Guideline 3.1 and accompanying Commentary

9.  The term "Legal Representation Plan" is defined in Guideline 2.1.

### *History of Guideline*

The Commentary to the original edition of this Guideline stated that it was designed to express existing "practice norms and constitutional requirements." This thought has been moved to the black letter in order to emphasize that these Guidelines are not aspirational. Instead, they embody the current consensus about what is required to provide effective defense representation in capital cases.

The first edition of this Guideline stated that the objective in providing counsel in death penalty cases should be to ensure the provision of "quality legal representation." The language has been amended to call for "high quality legal representation" to emphasize that, because of the extraordinary complexity and demands of capital cases, a significantly greater degree of skill and experience on the part of defense counsel is required than in a noncapital case.

The Guidelines formerly covered only "defendants eligible for appointment of counsel." Their scope has been revised for this edition to cover "all persons facing the possible imposition or execution of a death sentence." The purpose of the change is to make clear that the obligations of these Guidelines are applicable in all capital cases, including those in which counsel is retained or providing representation on a *pro bono* basis. The definition of "counsel" reflects this change.

The use of the term "jurisdiction" as now defined has the effect of broadening the range of proceedings covered. In accordance with current ABA policy, the Guidelines now apply to military proceedings, whether by way of court martial, military commission or tribunal, or otherwise.

In accordance with the same policy, the words "from the moment the client is taken into custody" have been added to make explicit that these Guidelines also apply to circumstances in which an uncharged prisoner who might face the death penalty is denied access to counsel seeking to act on his or her behalf (*e.g.*, by the federal government invoking national security, or by state authorities exceeding constitutional limitations). This language replaces phraseology in the former Guidelines which made them applicable to "cases in which the death penalty is sought." The period between an arrest or detention and the prosecutor's declaration of intent to seek the death penalty is often critically important. In addition to enabling counsel to counsel his or her client and to obtain information regarding guilt that may later become unavailable, effective advocacy by defense counsel during this period may persuade the prosecution not to seek the death penalty. Thus, it is imperative that counsel begin investigating mitigating evidence and assembling the defense team as early as possible – well before the prosecution has actually determined that the death penalty will be sought.

These Guidelines, therefore, apply in any circumstance in which a detainee of the government may face a possible death sentence, regardless of whether formal legal proceedings have been commenced or the prosecution has affirmatively indicated that the death penalty will be

PCR000402

sought. The case remains subject to these Guidelines until the imposition of the death penalty is no longer a legal possibility. In addition, as more fully described in the Commentary, these Guidelines also recognize that capital defense counsel may be required to pursue related litigation on the client's behalf outside the confines of the criminal prosecution itself.

### Related Standards

ABA STANDARDS FOR CRIMINAL JUSTICE: DEFENSE FUNCTION Standard 4-1.2(c) & cmt. ("Role of Defense Counsel in Capital Cases"), *in* ABA STANDARDS FOR CRIMINAL JUSTICE: PROSECUTION FUNCTION AND DEFENSE FUNCTION (3d ed. 1993).

ABA STANDARDS FOR CRIMINAL JUSTICE: PROVIDING DEFENSE SERVICES Standard 5-1.1 (3d ed. 1992) ("Objective").

ABA STANDARDS FOR CRIMINAL JUSTICE: PROVIDING DEFENSE SERVICES Standard 5-1.2 cmt. (3d ed. 1992) ("Capital Cases").

ABA STANDARDS FOR CRIMINAL JUSTICE: PROVIDING DEFENSE SERVICES Standard 5-6.1 (3d ed. 1992) ("Initial Provision of Counsel").

ABA STANDARDS FOR CRIMINAL JUSTICE: PROVIDING DEFENSE SERVICES Standard 5-6.2 (3d ed. 1992) ("Duration of Representation").

ABA, House of Delegates Resolution 8C (adopted Feb. 5, 2002)

### Commentary

Introduction

In 1932, Mr. Justice Sutherland, writing for the United States Supreme Court in *Powell v. Alabama*, a death penalty case, acknowledged that a person facing criminal charges "requires the guiding hand of counsel at every step in the proceedings against him."[1]

More than seventy years later, death penalty cases have become so specialized that defense counsel have duties and functions definably different from those of counsel in ordinary criminal cases.[2]

The quality of counsel's "guiding hand" in modern capital cases is crucial to ensuring a reliable determination of guilt and the imposition of an appropriate sentence. Today, it is

---

[1]   Powell v. Alabama, 287 U.S. 45, 69 (1932).

[2]   *See* McFarland v. Scott, 512 U.S. 849, 855 (1994) (noting the uniqueness and complexity of death penalty jurisprudence); *see also* Gary Goodpaster, *The Trial for Life: Effective Assistance of Counsel in Death Penalty Cases*, 58 N.Y.U. L. REV. 299 (1983); Andrea D. Lyon, *Defending the Death Penalty Case: What Makes Death Different?*, 42 MERCER L. REV. 695 (1991); Welsh S. White, *Effective Assistance of Counsel in Capital Cases: The Evolving Standard of Care*, 1993 U. ILL. L. REV. 323 (1993).

PCR000403